JASON LO, SBN 219030
  jlo@gibsondunn.com
BROOKE WALLACE, SBN 259169
  bwallace@gibsondunn.com
CAROLINE MONROY, SBN 329018
  cmonroy@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
Attorneys for Plaintiff Netlist Inc.



**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
5/28/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-JAK(DFMx)<br><br>**COMPLAINT FOR BREACH OF CONTRACT**<br><br>**DEMAND FOR JURY TRIAL** |

**REDACTED VERSION OF COMPLAINT PROPOSED TO BE FILED UNDER SEAL**



RECEIVED
CLERK, U.S. DISTRICT COURT
5/26/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

Plaintiff Netlist Inc. ("Netlist") complains and alleges the following against Defendant Samsung Electronics Co., Ltd. ("Samsung"):

## THE PARTIES

1. Netlist is a Delaware corporation having its principal place of business at 175 Technology, Suite 150, Irvine, CA 92618.

2. Samsung Electronics Co., Ltd. is a Korean corporation with its principal offices at 129 Samsung-Ro, Yeontong-gu, Suwon-si, Gyeonggi-do, South Korea. Samsung manufactures and sells a wide range of products, including semiconductors, memory components, and memory modules, in the United States.

## JURISDICTION

3. This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a) because the amount in controversy exceeds seventy-five thousand dollars ($75,000) exclusive of interest and costs, and there is complete diversity of citizenship because Defendant Samsung is a citizen of South Korea and Plaintiff Netlist is a citizen of California.

4. This Court has personal jurisdiction over Samsung because Samsung transacted and continues to transact business in this district and its actions caused and continue to cause injury to Netlist within this District.

## VENUE

5. Venue is proper within this District under 28 U.S.C. § 1391(b) and (c). Samsung transacts business and contracted to sell its products to Netlist within this District. Venue also is proper because Netlist's principal place of business is in this District, and Netlist suffered harm in this District. Finally, a substantial part of the events giving rise to the claims occurred in this District.

## BACKGROUND

6. Netlist is a leading provider of high-performance modular memory subsystems to original equipment manufacturers, and specializes in hybrid memory

1   that merges DRAM and NAND flash raw materials to create efficient memory
2   solutions.
3       7.   Samsung is South Korea's largest company and one of the world's largest
4   producers of semiconductors. Among other things, Samsung develops, manufactures,
5   and sells memory components and memory modules.
6       8.   On November 12, 2015, Netlist and Samsung entered into a Joint
7   Development and License Agreement (the "Agreement"). Netlist and Samsung
8   entered into the Agreement ███████████████████████
9   ████████████████████████████████████████
10  ███████████████
11      9.   As part of the consideration of the Agreement, Netlist sought to ensure
12  that it would have a dependable and stable supply of ████████████████
13  ████████████████████████████████████████
14  ████████████████████████████████████████
15  ████████████████████████████████████████
16  ███████████████████
17      10.  In the year prior to entering the Agreement, Samsung supplied ██████
18  ███████████████████ to Netlist. After signing the Agreement, Netlist and
19  Samsung increased their transactions. At first, Samsung supplied ███████████
20  █████████████████████████████████, and Netlist purchased
21  these products regularly. During the first two years, Samsung sold Netlist ████████
22  █████████████████ each quarter. In 2016, Netlist purchased approximately ██
23  █████████████████████ from Samsung. In 2017, Netlist's
24  purchases ███████████████████████
25      11.  However in 2018, Samsung began not to fulfill Netlist's requests or
26  orders. Samsung deliberately began to restrict Netlist's access to products and failed
27  to fulfill its orders, often without notice and always in violation of the Agreement. For
28  example, in the first quarter of 2018, Samsung supplied Netlist with ███████████

▇▇▇▇▇▇▇—despite Netlist's request for substantially higher volumes—which is less than ▇▇▇▇▇▇▇ supplied in the same quarter of the previous year.

12. Samsung continues to restrict the supply of ▇▇▇▇▇▇▇ to Netlist.

13. By repeatedly breaching the Agreement, Samsung forced Netlist to forgo business opportunities and ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ Netlist was unable to obtain many products that Samsung provided and was required to supply under the Agreement. When Samsung failed to fulfill Netlists' orders, Netlist could not supply its customers and lost business opportunities and profits it otherwise would have earned had Samsung performed. In addition, Netlist ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇.

## COUNT ONE

### (Breach of Contract)

14. Plaintiffs hereby incorporate each preceding and succeeding paragraph as relevant and as though fully set forth herein.

15. As alleged above, Samsung entered into an Agreement with Netlist that required ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇

16. Samsung breached the Agreement by failing to ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ These breaches occurred repeatedly, beginning in June 2017, and continue to this day.

17. Netlist has performed all material obligations owed to Samsung under the Agreement.

18. As a direct and proximate result of Samsung's breach of the Agreement, Netlist has suffered damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests:

(a)   An award of damages to Netlist in an amount to be determined at trial;

(b)   A judgment that Samsung's failure to supply ████████ is a material breach of the Agreement;

(c)   Prejudgment and post-judgment interest; and

(d)   Any such other, further, and general relief as is just and proper.

## DEMAND FOR JURY TRIAL

Netlist hereby demands trials by jury on all issues raised by the Complaint under Rule 38(b) of the Federal Rules of Civil Procedure.

Dated: May 22, 2020

JASON LO
GIBSON, DUNN & CRUTCHER LLP

By: _____
Jason Lo
jlo@gibsondunn.com

Attorney for Netlist Inc.