NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Jason Lo
Brooke Wallace
Caroline Monroy
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000

FILED
CLERK, U.S. DISTRICT COURT

5/28/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: DD DEPUTY



ATTORNEY(S) FOR: Plaintiff Netlist Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff(s),<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant(s) | CASE NUMBER:<br><br>8:20-cv-00993-JAK(DFMx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Netlist Inc._____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| No parent corporation and no publicly held corporation owns 10% or more of Netlist's stock. | |

May 22, 2020
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Netlist Inc.

CV-30 (05/13)            NOTICE OF INTERESTED PARTIES