FILED
CLERK, U.S. DISTRICT COURT
5/28/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DD DEPUTY

ORIGINAL

JASON LO, SBN 219030
  jlo@gibsondunn.com
BROOKE WALLACE, SBN 259169
  bwallace@gibsondunn.com
CAROLINE MONROY, SBN 329018
  cmonroy@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-JAK(DFMx)<br><br>**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S COMPLAINT** |

Pursuant to Local Rule 79-5.2.2(a), Plaintiff Netlist Inc. ("Netlist") hereby applies for leave to file under seal portions of Plaintiff's Complaint ("Complaint"). This Application is accompanied by the following documents:

- A Declaration of Jason Lo in support of this Application, dated May 21, 2020;
- A redacted version of the Complaint;
- An unredacted version of the Complaint, highlighting the portions of the Complaint that have been omitted from the redacted version; and
- A Proposed Order, narrowly tailored to seal only the sealable material, and listing in table form each document or portion thereof to be filed under seal.

Plaintiff requests that portions of the Complaint be filed under seal because the disclosure of these portions would violate the terms of the agreement that underlies this

dispute and would reveal Netlist and Defendant Samsung Electronics Co, Ltd.'s confidential and proprietary information for misuse by competitors. These portions reveal the specific products that Netlist and Samsung use to conduct their businesses, supply and price terms, and the volume of business between the parties. In addition, the underlying agreement prohibits Netlist from revealing this confidential information. For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Application for Leave to File Under Seal Portions of Plaintiff's Complaint.

A Proposed Order granting the requested relief is submitted herewith.

Date: May 22, 2020

JASON LO
GIBSON, DUNN & CRUTCHER LLP

By: _____
Jason Lo
jlo@gibsondunn.com

Attorney for Netlist Inc.