FILED
CLERK, U.S. DISTRICT COURT
5/28/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DD DEPUTY

ORIGINAL

JASON LO, SBN 219030
  jlo@gibsondunn.com
BROOKE WALLACE, SBN 259169
  bwallace@gibsondunn.com
CAROLINE MONROY
  cmonroy@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-JAK(DFMx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S COMPLAINT** |

The Court, having considered Plaintiff Netlist Inc.'s Application for Leave to File Under Seal Portions of Plaintiff's Complaint ("Application"), and compelling reasons that overcome the presumption of public access having been shown, hereby GRANTS Plaintiff's Application and ORDERS that the following portions be filed UNDER SEAL:

| Document | Portions to be sealed |
|---|---|
| Netlist Inc.'s Complaint | ¶ 8 (p. 3, lines 8-10);<br>¶ 9 (p. 3, lines 12-16);<br>¶ 10 (p. 3, lines 17-18);<br>¶ 10 (p. 3, lines 19-20);<br>¶ 10 (p. 3, lines 21-22);<br>¶ 10 (p. 3, lines 22-23); |

Gibson, Dunn &
Crutcher LLP

1

|  | ¶ 10 (p. 3, line 24); <br> ¶ 11 (p. 3, line 28); <br> ¶ 11 (p. 4, line 1); <br> ¶ 11 (p. 4, line 2); <br> ¶ 12 (p. 4, line 3); <br> ¶ 13 (p. 4, lines 6-7); <br> ¶ 13 (p. 4, lines 11-12); <br> ¶ 15 (p. 4, lines 18-19); <br> ¶ 16 (p. 4, lines 20-21); <br> Prayer for Relief (p. 5, line 4). |
|---|---|

IT IS SO ORDERED.

DATED: _____, 2020          By: _____

Gibson, Dunn & Crutcher LLP

2