UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**REDACTED**

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV20-00993 JAK (DFMx) | Date | June 3, 2020 |
|---|---|---|---|
| Title | Netlist Inc. v. Samsung Electronics Co., Ltd. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Cheryl Wynn | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DIRECTING PLAINTIFF TO FILE DECLARATION IN SUPPORT OF APPLICATION TO SEAL (DKT. 4)**

Plaintiff has filed an Application for Leave to File Under Seal Portions of Plaintiff's Complaint (the "Application" (Dkt. 4)). ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Therefore, on or before June 10, 2020, Plaintiff shall file a declaration that complies with these requirements by confirming the statements made in the Lo Declaration, and establishing the foundational basis for the knowledge of the declarant as to these matters. The Application will be addressed following the filing of the required declaration.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | cw |