FILED
CLERK, U.S. DISTRICT COURT

6/25/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NETLIST INC., a Delaware corporation, | Case No. 8:20-cv-00993-JAK (DFMx) |
|---|---|
| Plaintiff, | **ORDER RE PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S COMPLAINT (DKT. 4)** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, | |
| Defendant. | |

Based on a review of Plaintiff's Application for Leave to File Under Seal Portions of Plaintiff's Complaint (the "Application" (Dkt. 4)) and the supporting Sealed Declaration of Gail Sasaki (the "Sasaki Decl." (Dkt. 10)), sufficient good cause has been shown for the requested relief. Therefore, the Application is **GRANTED**, and the following portions of the Complaint (Dkt. 1) shall be filed under seal:

| Document | Portions to Be Sealed |
|---|---|
| Netlist Inc.'s Complaint (Dkt. 1) | ¶ 8 (p. 3, lines 8-10) <br> ¶ 9 (p. 3, lines 12-16); <br> ¶ 10 (p. 3, lines 17-18); <br> ¶ 10 (p. 3, lines 19-20); |

|  |  |
|---|---|
|  | ¶ 10 (p. 3, lines 21-22);<br>¶ 10 (p. 3, lines 22-23);<br>¶ 10 (p. 3, line 24);<br>¶ 11 (p. 3, line 28);<br>¶ 11 (p. 4, line 1);<br>¶ 11 (p. 4, line 2);<br>¶ 12 (p. 4, line 3);<br>¶ 12 (p. 4, lines 6-7);<br>¶ 13 (p. 4, lines 11-12);<br>¶ 15 (p. 4, lines 18-19);<br>¶ 16 (p. 4, lines 20-21);<br>Prayer for Relief (p. 5, line 4). |

This Order is without prejudice to a de novo review of the issue should a non-party file a motion with respect to access to the sealed filing.

**IT IS SO ORDERED.**

Dated: June 25, 2020        _____
                                              John A. Kronstadt
                                              United States District Judge