| *Attorney or Party without Attorney:*<br>JASON LO (#SBN 219030)<br>GIBSON DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>   *Telephone No:* 213-229-7000<br>   *Attorney For:* Plaintiff | *Ref. No. or File No.:* | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION | | |
| *Plaintiff:* NETLIST INC., a Delaware corporation<br>*Defendant:* SAMSUNG ELECTRONICS CO., LTD., a Korean corporation | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:20-cv-00993-JAK-DFM |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint, Unredacted Version of Complaint Proposed to Be Filed Under Seal

3. a. Party served: SAMSUNG ELECTRONICS CO., LTD., a Korean corporation
   b. Person served: Albert Damonte, CT Corporation System, Registered Agent
      (authorized to accept served under F.R.C.P. Rule 4.)

4. Address where the party was served: 818 W 7th St Suite 930, Los Angeles, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jun 23 2020 (2) at: 01:45 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** *for Service was:*

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**



06/25/2020
   (Date)                                          (Signature)



PROOF OF SERVICE

4630897
(4385189)