JASON LO, SBN 219030
  jlo@gibsondunn.com
BROOKE WALLACE, SBN 259169
  bwallace@gibsondunn.com
CAROLINE MONROY, SBN 329018
  cmonroy@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520
Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-993-JAK (DFMx)<br><br>**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Pursuant to Local Rule 79-5.2.2(a), Plaintiff Netlist Inc. ("Netlist") hereby applies for leave to file under seal portions of Plaintiff's First Amended Complaint ("FAC") and the corresponding "redline" appendix ("Appendix") showing all additions and deletions from the prior pleading as required by this Court's standing order.  This Application is accompanied by the following documents:

- A Sealed Declaration of Jason Lo in support of this Application;
- A Sealed Declaration of Gail Sasaki in support of this Application;
- A redacted version of the FAC;
- An unredacted version of the FAC, highlighting the portions of the FAC that are proposed to be redacted;

- A redacted version of the Appendix;
- An unredacted version of the Appendix highlighting the portions of the Appendix that are proposed to be redacted; and
- A Proposed Order, narrowly tailored to seal only the sealable material, and listing in table form each document or portion thereof to be filed under seal.

Plaintiff requests that portions of the FAC and its Appendix be filed under seal because the disclosure of such information would violate the terms of the agreement that underlies this dispute and would reveal Netlist's and Defendant Samsung Electronics Co., Ltd.'s confidential and proprietary information. The information sought to be redacted reveals the specific terms relating to fees for Netlist's development efforts, products that Netlist and Samsung use to conduct their businesses, supply and price terms for these products, and termination provisions adopted in the parties' Joint Development and License Agreement ("Agreement"). In addition, the underlying Agreement prohibits Netlist from revealing this confidential information. Netlist and Samsung have not conferred regarding this matter as Samsung has not yet made an appearance in this case. For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Application for Leave to File Under Seal Portions of Plaintiff's First Amended Complaint and its corresponding Appendix.

A Proposed Order granting the requested relief is submitted herewith.

Date: July 22, 2020

GIBSON, DUNN & CRUTCHER LLP

*/s/ Jason Lo*
Jason Lo

Attorney for Netlist Inc.