1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-JAK (DFMx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT** |
|---|---|

The Court, having considered Plaintiff Netlist Inc.'s Application for Leave to File Under Seal Portions of Plaintiff's First Amended Complaint ("Application"), and good cause and compelling reasons that overcome the presumption of public access having been shown, hereby GRANTS Plaintiff's Application and ORDERS that the following portions of Plaintiff's First Amended Complaint and Appendix thereto be filed UNDER SEAL:

| Document | Portions to be sealed |
|---|---|
| Netlist Inc.'s First Amended Complaint ("FAC") | ¶ 9 (p. 3, lines 11–13);<br>¶ 10 (p. 3, lines 16–20);<br>¶ 11 (p. 3, lines 21–22);<br>¶ 11 (p. 3, lines 23–24); |

| | |
|---|---|
| | ¶ 11 (p. 3, lines 25–26); |
| | ¶ 11 (p. 3, lines 26–27); |
| | ¶ 11 (p. 3, line 28); |
| | ¶ 12 (p. 4, line 4–5); |
| | ¶ 12 (p. 4, line 6); |
| | ¶ 13 (p. 4, line 7); |
| | ¶ 14 (p. 4, lines 10–11); |
| | ¶ 14 (p. 4, lines 15–16); |
| | ¶ 15 (p. 4, lines 18–20); |
| | ¶ 15 (p. 4, lines 22–24); |
| | ¶ 16 (p. 4, lines 25–26); |
| | ¶ 16 (p. 4, lines 27–28); |
| | ¶ 18 (p. 5, lines 9–10); |
| | ¶ 19 (p. 5, lines 15–18) |
| | ¶ 20 (p. 5, lines 20–21); |
| | ¶ 23 (p. 5, lines 26–27); |
| | ¶ 23 (p. 5, line 28); |
| | ¶ 23 (p. 6, lines 1–3); |
| | ¶ 26 (p. 6, lines 12–13); |
| | ¶ 27 (p. 6, lines 14–15); |
| | ¶ 31 (p. 6, lines 26–28); |
| | ¶ 32 (p. 7, lines 1–2); |
| | ¶ 34 (p. 7, line 8). |
| Appendix to FAC | ¶ 9 (p. 3, lines 11–13); |
| | ¶ 10 (p. 3, lines 16–20); |
| | ¶ 11 (p. 3, lines 21–22); |
| | ¶ 11 (p. 3, lines 23–24); |
| | ¶ 11 (p. 3, lines 25–26); |
| | ¶ 11 (p. 3, lines 26–27); |
| | ¶ 11 (p. 3, line 28); |
| | ¶ 12 (p. 4, line 4–5); |
| | ¶ 12 (p. 4, line 6); |
| | ¶ 13 (p. 4, line 7); |
| | ¶ 14 (p. 4, lines 10–11); |
| | ¶ 14 (p. 4, lines 15–16); |
| | ¶ 15 (p. 4, lines 18–20); |
| | ¶ 15 (p. 4, lines 22–24); |
| | ¶ 16 (p. 4, lines 25–26); |
| | ¶ 16 (p. 4, lines 27–28); |

Gibson, Dunn & Crutcher LLP

2

|  | ¶ 18 (p. 5, lines 9–10);<br>¶ 19 (p. 5, lines 15–18)<br>¶ 20 (p. 5, lines 20–21);<br>¶ 23 (p. 5, lines 26–27);<br>¶ 23 (p. 5, line 28);<br>¶ 23 (p. 6, lines 1–3);<br>¶ 26 (p. 6, lines 12–13);<br>¶ 27 (p. 6, lines 14–15);<br>¶ 31 (p. 6, lines 26–28);<br>¶ 32 (p. 7, lines 1–2);<br>¶ 34 (p. 7, line 8);<br>Prayer for Relief (p. 8, lines 7–8). |
|---|---|

IT IS SO ORDERED.

DATED: _____, 2020          By: _____