FILED
CLERK, U.S. DISTRICT COURT

8/12/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>    Defendant. | CASE NO. 8:20-cv-00993-JAK (DFMx)<br><br>**ORDER RE PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT (DKT. 17)** |

Based on a review of Plaintiff's Application for Leave to File Under Seal Portions of Plaintiff's First Amended Complaint (the "Application" (Dkt. 17)) and the supporting Sealed Declaration of Gail Sasaki ("Sasaki Decl." (Dkt. 18-1)), sufficient good cause has been shown for the requested relief. Therefore, the Application is **GRANTED**, and the following portions of the First Amended Complaint ("FAC" (Dkt. 18-2)) shall be filed under seal:

| Document | Portions to be sealed |
|---|---|
| Netlist Inc.'s FAC | ¶ 9 (p. 3, lines 11–13);<br>¶ 10 (p. 3, lines 16–20);<br>¶ 11 (p. 3, lines 21–22);<br>¶ 11 (p. 3, lines 23–24); |

|  |  |
|---|---|
|  | ¶ 11 (p. 3, lines 25–26); |
|  | ¶ 11 (p. 3, lines 26–27); |
|  | ¶ 11 (p. 3, line 28); |
|  | ¶ 12 (p. 4, lines 4–5); |
|  | ¶ 12 (p. 4, line 6); |
|  | ¶ 13 (p. 4, line 7); |
|  | ¶ 14 (p. 4, lines 10–11); |
|  | ¶ 14 (p. 4, lines 15–16); |
|  | ¶ 15 (p. 4, lines 18–20); |
|  | ¶ 15 (p. 4, lines 22–24); |
|  | ¶ 16 (p. 4, lines 25–26); |
|  | ¶ 16 (p. 4, lines 27–28); |
|  | ¶ 18 (p. 5, lines 9–10); |
|  | ¶ 19 (p. 5, lines 15–18) |
|  | ¶ 20 (p. 5, lines 20–21); |
|  | ¶ 23 (p. 5, lines 26–27); |
|  | ¶ 23 (p. 5, line 28); |
|  | ¶ 23 (p. 6, lines 1–3); |
|  | ¶ 26 (p. 6, lines 12–13); |
|  | ¶ 27 (p. 6, lines 14–15); |
|  | ¶ 31 (p. 6, lines 26–28); |
|  | ¶ 32 (p. 7, lines 1–2); and |
|  | ¶ 34 (p. 7, line 8). |
| Appendix to FAC | ¶ 9 (p. 3, lines 11–13); |
|  | ¶ 10 (p. 3, lines 16–20); |
|  | ¶ 11 (p. 3, lines 21–22); |
|  | ¶ 11 (p. 3, lines 23–24); |
|  | ¶ 11 (p. 3, lines 25–26); |
|  | ¶ 11 (p. 3, lines 26–27); |
|  | ¶ 11 (p. 3, line 28); |
|  | ¶ 12 (p. 4, lines 4–5); |
|  | ¶ 12 (p. 4, line 6); |
|  | ¶ 13 (p. 4, line 7); |
|  | ¶ 14 (p. 4, lines 10–11); |
|  | ¶ 14 (p. 4, lines 15–16); |
|  | ¶ 15 (p. 4, lines 18–20); |
|  | ¶ 15 (p. 4, lines 22–24); |
|  | ¶ 16 (p. 4, lines 25–26); |
|  | ¶ 16 (p. 4, lines 27–28); |

|   |   |
|---|---|
|   | ¶ 18 (p. 5, lines 9–10);<br>¶ 19 (p. 5, lines 15–18)<br>¶ 20 (p. 5, lines 20–21);<br>¶ 23 (p. 5, lines 26–27);<br>¶ 23 (p. 5, line 28);<br>¶ 23 (p. 6, lines 1–3);<br>¶ 26 (p. 6, lines 12–13);<br>¶ 27 (p. 6, lines 14–15);<br>¶ 31 (p. 6, lines 26–28);<br>¶ 32 (p. 7, lines 1–2);<br>¶ 34 (p. 7, line 8); and<br>Prayer for Relief (p. 8, lines 7–8). |

This Order is without prejudice to a de novo review of the issue should a non-party file a motion with respect to access to the sealed filing.

**IT IS SO ORDERED.**

Dated:  August 12, 2020          _____
John A. Kronstadt
United States District Judge