JASON C. LO, SBN 219030
    jlo@gibsondunn.com
BROOKE M. WALLACE, SBN 259169
    bwallace@gibsondunn.com
CAROLINE K. MONROY, SBN 329018
    cmonroy@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Plaintiff Netlist Inc.

Ekwan E. Rhow
    erhow@birdmarella.com
Kate S. Shin
    kshin@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone:  213.201.2100
Facsimile:   213.201.2110

Attorneys for Defendant Samsung Electronics Co., Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>　　　　　　Defendant. | CASE NO. 8:20-cv-993-JAK (DFMx)<br><br>**JOINT STIPULATION TO WAIVE SERVICE OF PROCESS AND SET TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>[Proposed] Order Submitted Herewith |

1  WHEREAS Plaintiff Netlist Inc. ("Netlist") filed its Complaint in the above
2  captioned matter on May 28, 2020 (Dkt. 1), and filed its First Amended Complaint
3  ("FAC") on July 22, 2020 (Dkts. 17, 18);

4  WHEREAS defendant Samsung Electronics Co., Ltd. ("Samsung")  is a
5  corporation organized under the laws of the Republic of South Korea and is
6  headquartered in South Korea;

7  WHEREAS on June 23, 2020, Netlist attempted to effect service by serving
8  Samsung Electronics America, Inc. an affiliate of Samsung with its principal place of
9  business in New Jersey under *Yamaha Motor Co., Ltd. v. Super. Ct.*, 174 Cal. App. 4th
10 264, 270−75 (Cal. Ct. App. 2009) (approving service on a foreign corporation through
11 the service of process agent for its domestic subsidiary), *Khachatryan v. Toyota Motor*
12 *Sales, U.S.A., Inc.*, 578 F. Supp. 2d 1224, 1226−27 (C.D. Cal. 2008);

13 WHEREAS out of an abundance of caution, Netlist also initiated service under
14 the Hague Convention on July 9, 2020;

15 WHEREAS defendant Samsung asserts that service on Samsung Electronics
16 America is ineffective, and that Samsung is a Korean corporation that must be served
17 under the Hague Convention pursuant to Rule 4;

18 WHEREAS even before the current pandemic, service under the Hague
19 Convention may take four months or more to complete;

20 WHEREAS Netlist and Samsung wish to avoid any disputes as to the
21 effectiveness of service;

22 WHEREAS in view of the foregoing, Netlist and Samsung have agreed that
23 Samsung shall waive service in exchange for an agreement that Samsung may have
24 until November 6, 2020 to respond to the First Amended Complaint;

25 THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and
26 between Netlist and Samsung, that:

27 1.  Samsung waives service of the summons and FAC, and any defenses or
28 objections based on service of process in the above captioned matter;

2. The deadline for Samsung to answer the FAC shall be November 6, 2020.

3. Nothing in this Joint Stipulation shall be construed as a waiver of any of rights, defenses, or arguments that Netlist or Samsung would otherwise have.

DATED: August 28, 2020

GIBSON, DUNN & CRUTCHER

By: _____/s/ Jason C. Lo_____
Jason C. Lo

Attorney for Plaintiff Netlist Inc.

DATED: August 28, 2020

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By: _____/s/ Ekwan E. Rhow_____
Ekwan E. Rhow

Attorney for Defendant Samsung Electronics Co., Ltd.

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 28, 2020

By: _____/s/ Jason C. Lo_____
Jason C. Lo