UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-993-JAK (DFMx)<br><br>**[PROPOSED] ORDER APPROVING JOINT STIPULATION TO WAIVE SERVICE OF PROCESS AND SET TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

Having considered the parties' Joint Stipulation to Waive Service of Summons and Set Time to Respond to the First Amended Complaint, and good cause having been shown, the Court ORDERS that defendant Samsung Electronics Co., Ltd. shall answer the First Amended Complaint on or before November 6, 2020.

IT IS SO ORDERED.

Dated: _____          _____
                                                                            Hon. John A. Kronstadt
                                                                            United States District Judge

Gibson, Dunn & Crutcher LLP

1

[PROPOSED] ORDER APPROVING JOINT STIPULATION TO WAIVE SERVICE OF PROCESS AND SET TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT