JASON LO, SBN 219030
   jlo@gibsondunn.com
BROOKE WALLACE, SBN 259169
   bwallace@gibsondunn.com
CAROLINE MONROY, SBN 329018
   cmonroy@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>        Defendant. | CASE NO. 8:20-cv-993-JAK (DFMx)<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Franklin Tipple, declare as follows:

I am employed in the County of Los Angeles, State of California. My business address is 333 S. Grand Ave., Los Angeles, CA 90071. On August 31, 2020, I served the following documents:

**REDACTED FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT AND DECLARATORY RELIEF**

**REDACTED APPENDIX TO FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT AND DECLARATORY RELIEF**

**SEALED FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT AND DECLARATORY RELIEF**

**SEALED APPENDIX TO FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT AND DECLARATORY RELIEF**

**PROOF OF SERVICE**

on the parties stated below, by the following means of service:

Ekwan E. Rhow
Kate S. Shin
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
erhow@birdmarella.com
kshin@birdmarella.com

*Counsel for Defendant Samsung Electronics Co., Ltd.*

☑ **BY UNITED STATES MAIL:** I placed a true copy in a sealed envelope or package addressed to the persons as indicated above, on the above-mentioned date, and placed the envelope for collection and mailing. On the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service in a sealed envelope with postage fully prepaid. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth in this declaration.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

1  ☑  **(FEDERAL)**  I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2020 at Los Angeles, California.

                                             */s/ Franklin Tipple*
                                                 Franklin Tipple

Gibson, Dunn & Crutcher LLP