UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>              Defendant. | CASE NO. 8:20-cv-993-JAK (DFMx)<br><br>**ORDER RE JOINT STIPULATION TO WAIVE SERVICE OF PROCESS AND SET TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT (DKT. 21)** |

1    Based on a review of the parties' Joint Stipulation to Waive Service of Process
2 and Set Time to Respond to the First Amended Complaint (the "Stipulation" (Dkt.
3 21)), sufficient good cause has been shown for the requested relief. Therefore, the
4 relief requested in the Stipulation is **GRANTED**, and the waiver of Defendant
5 Samsung Electronics Co., Ltd. as to service of the First Amended Complaint is
6 adopted, and it shall file an answer to the First Amended Complaint on or before
7 November 6, 2020.

9    **IT IS SO ORDERED.**

10 Dated: September 1, 2020    _____
11                             John A. Kronstadt
12                             United States District Judge