FILED
CLERK, U.S. DISTRICT COURT
September 28, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar ) ) ) of ) ) Judge MARK C. SCARSI ) ) | ORDER OF THE CHIEF JUDGE<br><br>**20-136** |

    Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Mark C. Scarsi,

    IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge John A. Kronstadt to the calendar of Judge Mark C. Scarsi:

| Case Number | Case Name |
|---|---|
| 2:15-cv-06291-JAK-DFM | Jason Edwin Devore v. David R. Dominguez et al. |
| 2:18-cv-06560-JAK-JCx | Joseph Horne v. Darry Lee et al. |
| 2:18-cv-09868-JAK-MAA | Ismael Marquez v. Raymond Madden |
| 2:19-cv-03269-JAK-Ex | Garrison Property and Casualty Insurance Company v. Electrolux Home Products, Inc. et al. |
| 2:19-cv-09049-JAK-AGR | James Duane Grzeslo v. Raythel Fisher |
| 2:20-cv-00357-JAK-JCx | Kathleen K. Johnson et al. v. UBS AG |
| 2:20-cv-00630-JAK-PJWx | Anthony Bouyer v. Simco Financial Services Inc. et al. |
| 2:20-cv-01120-JAK-KSx | Terry Fabricant et al. v. Team Velocity Marketing, LLC et al. |
| 2:20-cv-01789-JAK-AGRx | Frankie Mitchell v. New York Life Insurance Company |
| 2:20-cv-02965-JAK-GJSx | Sara DeRosa v. ViacomCBS, Inc. et al. |
| 2:20-cv-03897-JAK-GJSx | Charlotte Flaherty v. The United States of America, et al. |
| 2:20-cv-04301-JAK-MAAx | Karla Uribe v. Songwhale LLC et al. |
| 2:20-cv-05174-JAK-SKx | Chris Langer v. Mary Sloan Family Limited Partnership et al. |
| 2:20-cv-05404-JAK-PLAx | Carlos Marsh v. MGP X Properties, LLC et al. |

In the Matter of the
Creation of Calendar for
District Judge Mark C. Scarsi                                                                 2

| | |
|---|---|
| 2:20-cv-05946-JAK-JEMx | Unicolors, Inc. v. Bealls, Inc. et al. |
| 2:20-cv-05972-JAK-MAAx | American Landscape, Inc. v. Abel Avila-Jabobo et al |
| 2:20-cv-06273-JAK-SKx | Banyan Risk Group, LLC v. Spotlight Operations LLC et al. |
| 2:20-cv-06510-JAK-KKx | Xuluo Liu v. Kenneth T. Cuccinelli et al. |
| 2:20-cv-07361-JAK-Ex | Double Coin Tyre Group Ltd et al. v. Regal Nova Int, LLC |
| 5:18-cv-02314-JAK-JEMx | Adan Garcia v. Harkins Administrative Services, Inc. et al. |
| 5:18-cv-02474-JAK-KKx | Christine Anderson v. RSCR California Inc. et al. |
| 5:19-cv-01152-JAK-MAAx | Jean Perryman v. Employment Development Department State of California |
| 5:20-cv-01686-JAK-KKx | Antonio Rodriguez v. Medline Industries, Inc., et al. |
| 8:20-cv-00993-JAK-DFMx | Netlist Inc. v. Samsung Electronics Co., Ltd. |

DATED: September 28, 2020                       _____
                                                Chief Judge Philip S. Gutierrez