# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Netlist, Inc.,<br><br>PLAINTIFF(S)<br>v.<br>Samsung Electronics Co., Ltd.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA CV20-993 MCS (DFMx)<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| 11/6/2020 | 27 | Answer |

**IT IS HEREBY ORDERED:**

☑ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other
   Defendant must file its notice of interested parties by November 10, 2020.

Clerk, U.S. District Court

Dated: November 6, 2020           By: Stephen Montes Kerr (213) 894-0051
                                       Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge