NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Ekwan E. Rhow (SBN 174604 ); Kate S. Shin(SBN 279867 )
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg &
Rhow, P.C
1875 Century Park East, 23rd Floor
Los Angeles, CA  90067-2561
erhow@birdmarella.com, kshin@birdmarella.com
Ph: (310) 201-2100
Fax: (310) 201-2110
ATTORNEY(S) FOR: Defendant Samsung Electronics Co., LTD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NETLIST INC.,

Plaintiff(s),

v.

SAMSUNG ELECTRONICS CO., LTD.,

Defendant(s)

CASE NUMBER:
8:20-cv-00993-MCS-DFM

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant Samsung Electronics Co., Ltd.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|-------|----------------------|
| Samsung Electronics America, Inc. | A subsidiary of defendant |
| Samsung Semiconductor, Inc. | A subsidiary of Samsung Electronics America, Inc. |

November 9, 2020

Date

/s/ Kate Shin

Signature
Kate Shin

Attorney of record for (or name of party appearing in pro per):

Defendant Samsung Electronics Co., Ltd.

American LegalNet, Inc.
www.FormsWorkFlow.com
