JASON LO, SBN 219030
   jlo@gibsondunn.com
BROOKE WALLACE, SBN 259169
   bwallace@gibsondunn.com
CAROLINE MONROY, SBN 329018
   cmonroy@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>              Defendant. | CASE NO. 8:20-cv-993-MCS (DFMx)<br><br>**PLAINTIFF NETLIST INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF JOINT RULE 26(F) REPORT** |

Pursuant to Local Rule 79-5.2.2(a), Plaintiff Netlist Inc. ("Netlist") hereby applies for leave to file under seal portions of Netlist and Defendant Samsung Electronics Co., Ltd.'s ("Samsung") (together, the "Parties") Joint Rule 26(f) Report ("Joint Report").  This Application is accompanied by the following documents:

- Sealed Declaration of Jason Lo in support of this Application;
- Sealed Declaration of Gail Sasaki in support of this Application;
- Redacted version of the Joint Report;
- Unredacted version of the Joint Report, highlighting the portions of the Joint Report that are redacted and proposed to be sealed; and

- A Proposed Order, narrowly tailored to seal limited portions of the Joint Report, and listing in table form the portions sought to be filed under seal.

Plaintiff requests that portions of the Joint Report be filed under seal because the disclosure of such information would reveal Netlist's confidential and sensitive business information. The portions of the Joint Report that Netlist seeks to seal concern specific terms relating to compensation for Netlist's development efforts and the specific products that the Parties use to conduct their businesses. The Joint Report also references specific terms in the Parties' Joint Development and License Agreement ("Agreement"). In addition, disclosure of such information may violate the Agreement that underlies this dispute, which prohibits disclosure of certain business, financial, and contractual information without prior written consent. On January 22, 2021, counsel for the Parties met and conferred telephonically regarding this Application. Sealed Declaration of Jason Lo in Support of Netlist's Application to File Under Seal Portions of Joint Rule 26(f) Report ¶ 2. Counsel for Samsung do not oppose this Application and agreed to the proposed sealing of portions of the Joint Report. *Id*.

Plaintiff respectfully requests that the Court grant this Application for Leave to File Under Seal Portions of the Parties' Joint Rule 26(f) Report.

Date: January 25, 2021

GIBSON, DUNN & CRUTCHER LLP

*/s/ Jason C. Lo*
Jason C. Lo

Attorneys for Netlist Inc.