UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-993-MSC (DFMx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF NETLIST INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF JOINT RULE 26(F) REPORT** |

The Court, having considered Plaintiff Netlist Inc.'s Application for Leave to File Under Seal Portions of Joint Rule 26(f) Report ("Application") and the supporting Sealed Declaration of Gail Sasaki, finds sufficient good cause has been shown for the requested relief. Therefore, the Application is **GRANTED**, and the following portions of the Joint Rule 26(f) Report shall be filed under seal:

| Document | Portions to be sealed |
|---|---|
| Joint Rule 26(f) Report | P. 1, lines 25–26;<br>P. 1, line 28;<br>P. 2, lines 2–3;<br>P. 2, line 20;<br>P. 2, lines 22–24;<br>P. 3, line 13; |

1

[PROPOSED] ORDER GRANTING PLAINTIFF NETLIST INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF JOINT RULE 26(F) REPORT

|  | P. 3, line 17;<br>P. 3, line 19;<br>P. 4, line 19;<br>P. 4, line 22;<br>P. 4, line 23. |
|---|---|

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
Mark C. Scarsi
United States District Judge