UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 8:20-cv-00993-MCS-DFM | Date February 4, 2021 |
| Title *Netlist Inc. v. Samsung Elecs. Co., Ltd.* | |

Present: The Honorable **Mark C. Scarsi, United States District Judge**

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER DENYING APPLICATION FOR LEAVE TO FILE UNDER SEAL (ECF NO. 33)

Plaintiff Netlist Inc. applies for leave to file under seal portions of the parties' Joint Rule 26(f) Report. (Appl., ECF No. 33.) The application is denied.

Although the application presents valid reasons to keep certain information from the public docket, the information sought to be redacted from the Joint Rule 26(f) Report is tangential to the subject of the proposed filing. The parties doubtlessly could amend their discovery and case management plan to comport with the public's "general right to inspect and copy public records and documents," *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016), and promote the "public interest in understanding the judicial process," *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (internal quotation marks omitted). Given the "strong presumption in favor of access to court records," *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003), the Court encourages the parties to file an amended report that need not be redacted.

The parties shall file a Joint Rule 26(f) Report within seven days of this Order.

**IT IS SO ORDERED.**