Name and address:
Jason Lo
Gibson Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>8:20-cv-00993-MCS-DFM<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Benjamin, Matthew
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-351-4079          212-351-4035
*Telephone Number*   *Fax Number*

MBenjamin@gibsondunn.com
*E-Mail Address*

of

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Netlist Inc.

*Name(s) of Party(ies) Represented*          ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Lo, Jason
*Designee's Name (Last Name, First Name & Middle Initial)*

219030          213-229-7000          213-229-7520
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

jlo@gibsondunn.com
*E-Mail Address*

of

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 9071-3197
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge