Name and address:
Jason Lo
Gibson Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NETLIST INC.

Plaintiff(s)

v.

SAMSUNG ELECTRONICS CO., LTD.

Defendant(s).

CASE NUMBER

8:20-cv-00993-MCS-DFM

~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Benjamin, Matthew
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

212-351-4079
*Telephone Number*

212-351-4035
*Fax Number*

MBenjamin@gibsondunn.com
*E-Mail Address*

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Netlist Inc.

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Lo, Jason
*Designee's Name (Last Name, First Name & Middle Initial)*

of

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 9071-3197

219030
*Designee's Cal. Bar No.*

213-229-7000
*Telephone Number*

213-229-7520
*Fax Number*

jlo@gibsondunn.com
*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☒ not be refunded.

Dated: February 9, 2021

*/s/ Mark C. Scarsi*
U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)    ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1