# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. SACV20-00993 MCS (DFMx) | Date: June 4, 2021 |
| Title Netlist, Inc. v. Samsung Electronics | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | AT&T Digital Recording |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Jason Lo<br>Raymond LaMagna | Chris Lee |

**Proceedings:** Informal Discovery Conference

Case called and counsel make their appearances. Court and counsel confer regarding outstanding discovery issues. Court sets further hearing for June 10, 2021, at 10:00 am.

: 50

Initials of Clerk  nb