1  Ekwan E. Rhow - State Bar No. 174604
       erhow@birdmarella.com
2  Marc E. Masters - State Bar No. 208375
       mmasters@birdmarella.com
3  Kate S. Shin - State Bar No. 279867
       kshin@birdmarella.com
4  Christopher J. Lee - State Bar No. 322140
       clee@birdmarella.com
5  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
6  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
7  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-DFM<br><br>**DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S UNOPPOSED *EX PARTE* APPLICATION TO FILE PORTIONS OF MOTION FOR JUDGMENT ON THE PLEADINGS AND REQUEST FOR JUDICIAL NOTICE UNDER SEAL**<br><br>Date: June 19, 2021<br>Time: 9:00 a.m.<br>Crtrm.: 7C<br><br>Assigned to Hon. Mark C. Scarsi |

Defendant Samsung Electronics Co. Ltd. ("Samsung"), by and through its counsel of record, files this Ex Parte Application for an order directing that the unredacted version of its Motion for Judgment on the Pleadings (the "Motion") and the entirety of Exhibit A to its accompanying Request for Judicial Notice be filed under seal. This application is made pursuant to Local Rule 79-5.2.2.

The documents Samsung seeks to seal are the entirety of its November 12, 2015 Joint Development and License Agreement (the "JDLA") with Netlist, as well as the portions of its Motion which refer to the terms of the JDLA. The JDLA contains highly sensitive commercial information, disclosure of which would reveal confidential information for both parties. (Lee Decl. ¶ 2.) In addition, disclosure of such information may violate the JDLA itself, which prohibits disclosure of certain confidential information without prior written consent. The Supreme Court has found that protecting confidential business information that "might harm a litigant's competitive standing" is a compelling reason to order a document filed under seal. *Nixon v. Warner Comc'ns, Inc.*, 435 U.S. 589, 598 (1978).

On June 15, 2021, counsel for the parties met and conferred over the phone, and Plaintiff indicated that it would not object to this Application. (Lee Decl. ¶ 3.)

DATED: June 15, 2021

Ekwan E. Rhow
Marc E. Masters
Kate S. Shin
Christopher J. Lee
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: /s/ Ekwan E. Rhow
Ekwan E. Rhow
Attorneys for Defendant Samsung Electronics Co., Ltd.