Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
    mmasters@birdmarella.com
Kate S. Shin - State Bar No. 279867
    kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>        Defendant. | CASE NO. 8:20-cv-00993-MCS-DFM<br><br>**DECLARATION OF CHRISTOPHER J. LEE IN SUPPORT OF UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Date:    July 19, 2021<br>Time:    9:00 a.m.<br>Crtrm.:  7C<br><br>Assigned to Hon. Mark C. Scarsi |

3724649.1

## DECLARATION OF CHRISTOPHER JUMIN LEE

I, Christopher Jumin Lee, declare as follows:

1.      I am an active member of the Bar of the State of California and an associate with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Defendant Samsung Electronics Co. Ltd. ("Samsung") in this action.  I make this declaration in support of the Unopposed *Ex Parte* Application to File Under Seal. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2.      The documents Samsung seeks to seal are the entirety of its November 12, 2015 Joint Development and License Agreement (the "JDLA") with Netlist, as well as the portions of its Motion which refer to the terms of the JDLA. The JDLA contains highly sensitive commercial information, disclosure of which would reveal confidential information for both parties.

3.      On June 15, 2021, counsel for the parties met and conferred over the phone, and Plaintiff indicated that it would not object to this Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on June 15, 2021, at Los Angeles, California.

_____
Christopher J. Lee

3724649.1

2
DECLARATION OF CHRISTOPHER J. LEE