# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV20-00993 MCS (DFMx) | Date: | June 10, 2021 |
| Title | Netlist, Inc. v. Samsung Electronics | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | AT&T Digital Recording |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Jason Lo<br>Raymond LaMagna | Chris Lee |
| **Proceedings:** | **Informal Discovery Conference** |

Case called and counsel make their appearances. Court and counsel confer regarding outstanding discovery issues. Court makes rulings as reflected on the record. Court sets further hearing for June 17, 2021, at 11:00. Court also sets briefing schedule. Briefing due June 18, 2021. Reply due June 25, 2021. Telephonic hearing set for June 29, 2021, at 9:30 am.

1 : 05

Initials of Clerk   nb