UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>              Defendant. | CASE NO. 8:20-cv-993-MSC (DFMx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF NETLIST INC.'S *EX PARTE* APPLICATION TO CONTINUE THE HEARING DATE FOR DEFENDANT'S MOTION FOR JUDGEMENT ON THE PLEADINGS** |

Gibson, Dunn & Crutcher LLP

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING DATE FOR DEFENDANT'S MOTION FOR JUDGEMENT ON THE PLEADINGS

This matter came before the Court on Plaintiff Netlist Inc.'s *Ex Parte* Application to Continue the Hearing Date for Defendant's Motion for Judgment on the Pleadings. The Court, having considered the memoranda submitted, the relevant authorities, and the arguments of counsel,

HEREBY FINDS that good cause exists to grant Plaintiff Netlist Inc's *Ex Parte* Application for a continuance and HEREBY ORDERS that Plaintiff Netlist Inc.'s *Ex Parte* Application to Continue the Hearing Date for Defendant's Motion for Judgment on the Pleadings is GRANTED.

- The July 19, 2021 hearing date on Defendant's Motion for Judgment on the Pleadings is continued to August 16, 2021;
- Plaintiff is ORDERED to file its opposition brief 21 days before the hearing; and
- Defendant is ORDERED to file its 14 days before the hearing.

Dated: _____, 2021

_____

Hon. Mark C. Scarsi

United States District Judge

Gibson, Dunn & Crutcher LLP

2

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING DATE FOR DEFENDANT'S MOTION FOR JUDGEMENT ON THE PLEADINGS

# CERTIFICATE OF SERVICE

I, Raymond A. LaMagna, an attorney, hereby certify that the **[PROPOSED] ORDER GRANTING PLAINTIFF NETLIST INC.'S *EX PARTE* APPLICATION TO CONTINUE THE HEARING DATE FOR DEFENDANT'S MOTION FOR JUDGEMENT ON THE PLEADINGS,** was emailed to counsel for Samsung Electronics Inc., Ltd., on June 16, 2021.

By: */s/ Raymond A. LaMagna*
Raymond A. LaMagna

Attorney for Plaintiff Netlist Inc.