JASON C. LO, SBN 219030
  jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
  mbenjamin@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
  rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>                    Defendant. | CASE NO. 8:20-cv-993-MSC (DFMx)<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER**<br><br>Action Filed: May 28, 2020<br>Trial Date      November 30, 2021 |

## NOTICE OF LODGING OF [PROPOSED] ORDER

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Netlist Inc., by and through its counsel of record, hereby lodges the attached [Proposed] Order Granting Netlist Inc.'s *Ex Parte* Application to Continue the Hearing Date for Defendant's Motion for Judgment on the Pleadings.

Dated: June 16, 2021

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jason C. Lo*
Jason C. Lo
333 South Grand Avenue
Los Angeles, CA 90071
213.229.7153
jlo@gibsondunn.com

Attorneys for Plaintiff Netlist Inc.

# CERTIFICATE OF SERVICE

I, Raymond A. LaMagna, an attorney, hereby certify that **PLAINTIFF NETLIST INC.'S NOTICE OF LODGING OF [PROPOSED] ORDER,** was emailed to counsel for Samsung Electronics Inc., Ltd., on June 16, 2021.

By: _____/s/ Raymond A. LaMagna_____
Raymond A. LaMagna

Attorney for Plaintiff Netlist Inc.