UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-993-MSC (DFMx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF NETLIST INC.'S *EX PARTE* APPLICATION TO CONTINUE THE HEARING DATE FOR DEFENDANT'S MOTION FOR JUDGEMENT ON THE PLEADINGS** |

Gibson, Dunn & Crutcher LLP

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING DATE FOR DEFENDANT'S MOTION FOR JUDGEMENT ON THE PLEADINGS

1   This matter came before the Court on Plaintiff Netlist Inc.'s *Ex Parte*
2   Application to Continue the Hearing Date for Defendant's Motion for Judgment on the
3   Pleadings. The Court, having considered the memoranda submitted, the relevant
4   authorities, and the arguments of counsel,

5   HEREBY FINDS that good cause exists to grant Plaintiff Netlist Inc's *Ex Parte*
6   Application for a continuance and HEREBY ORDERS that Plaintiff Netlist Inc.'s *Ex*
7   *Parte* Application to Continue the Hearing Date for Defendant's Motion for Judgment
8   on the Pleadings is GRANTED.

- The July 19, 2021 hearing date on Defendant's Motion for Judgment on the Pleadings is continued to August 16, 2021;
- Plaintiff is ORDERED to file its opposition brief 21 days before the hearing; and
- Defendant is ORDERED to file its 14 days before the hearing.

Dated: _____, 2021

_____
Hon. Mark C. Scarsi
United States District Judge

Gibson, Dunn & Crutcher LLP

2

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING DATE FOR DEFENDANT'S MOTION FOR JUDGEMENT ON THE PLEADINGS

**CERTIFICATE OF SERVICE**

I, Raymond A. LaMagna, an attorney, hereby certify that the **[PROPOSED] ORDER GRANTING PLAINTIFF NETLIST INC.'S *EX PARTE* APPLICATION TO CONTINUE THE HEARING DATE FOR DEFENDANT'S MOTION FOR JUDGEMENT ON THE PLEADINGS,** was emailed to counsel for Samsung Electronics Inc., Ltd., on June 16, 2021.

By: */s/ Raymond A. LaMagna*
Raymond A. LaMagna

Attorney for Plaintiff Netlist Inc.