Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
  mmasters@birdmarella.com
Kate S. Shin - State Bar No. 279867
  kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
  clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>            Defendant. | CASE NO. 8:20-cv-00993-MCS-DFM<br><br>**DECLARATION OF CHRISTOPHER J. LEE IN SUPPORT OF OPPOSITION TO PLAINTIFF NETLIST'S INC.'S *EX PARTE* APPLICATION TO CONTINUE HEARING DATE FOR MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Assigned to Hon. Mark C. Scarsi |

3725223.1

# DECLARATION OF CHRISTOPHER J. LEE

I, Christopher J. Lee, declare as follows:

1. I am an active member of the Bar of the State of California and an associate with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Defendant Samsung Electronics Co. Ltd. ("Samsung") in this action. I make this declaration in support of Samsung's Opposition to Plaintiff Netlist, Inc.'s ("Netlist's") Ex Parte Application to Continue Hearing Date for Motion for Judgment on the Pleadings.

2. On May 28, 2021, I sent an email to Netlist's counsel to request a meet & confer pursuant to Local Rule 7.3 regarding Samsung's Motion for Judgment on the Pleadings (the "Motion").

3. On June 1, 2021, Netlist's counsel, Raymond A. LaMagna, replied and informed me that Netlist would be available on June 8, 2021 to meet and confer.

4. On June 8, 2021, the Parties conducted a Local Rule 7.3 conference of counsel. During the conference, I explained the legal basis for the Motion. After the conference, I transmitted an email to Netlist containing over a dozen citations to relevant case law and statutes supporting the Motion. A true and accurate copy of that email is attached to this declaration as **Exhibit A**. Netlist did not agree to amend or withdraw their First Amended Complaint ("FAC").

5. On June 12, 2021, Mr. LaMagna responded to my June 8 email and indicated that Netlist wished to meet & confer again on the Motion. That second meet & confer took place on June 15, and Netlist took the position that it would not amend or withdraw the FAC.

6. Based on correspondence with Netlist's counsel, I am aware of at least three attorneys on Netlist's legal team other than the three listed on their case caption. These attorneys are: Nicole Lee, Soolean Choy, and Marissa Moshell.

I declare under penalty of perjury under the laws of the United States of

1 | America that the foregoing is true and correct, and that I executed this declaration
2 | on June 17, 2021, at Los Angeles, California.

_____
Christopher J. Lee

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

Ex A -4

| | |
|---|---|
| **From:** | Christopher J. Lee |
| **To:** | LaMagna, Raymond A.; *** Gibson Dunn Netlist Litigation Team |
| **Cc:** | Ekwan E. Rhow; Kate S. Shin |
| **Subject:** | Case citations for motion for judgment on the pleadings |
| **Date:** | Tuesday, June 8, 2021 11:17:00 AM |

Ray,

Here's the various citations I promised you during the call.

### Exclusivity is necessary for requirements contract
- *Corning Inc. v. VWR Intern., Inc.*, 2007 WL 841780, at *6 (W.D.N.Y. March 16, 2007)
- *CSL Behring, LLC v. Bayer Healthcare, LLC*, 2019 WL 4451368 at *2 (D. Del. Sep. 17, 2019) (applying New York law)
- Uniform Commercial Code § 2-201

### Netlist has failed to allege that Samsung's withholding was not in compliance with Korean law
- Beobinsaebeob [Corporate Tax Act], Act No. 11758, amended December 29, 2020, art. 93, subpara. 8.
- Jibangsaebeob [Local Tax Act], Act No. 17769, amended December 29, 2020.
- Convention for the avoidance of double taxation and the prevention of fiscal evasion with respect to taxes on income and the encouragement of international trade and investment, U.S.–R.O.K., art. 14, para. 1, June 4, 1976, 30 U.S.T. 5253.

### Doctrine of election prevents termination by Netlist
- *Calvin Klein Trademark Trust v. Wachner*, 129 F. Supp. 2d 254, 258 (S.D.N.Y.2001)
- *Bigda v. Fischbach Corp.*, 898 F. Supp. 1004, 1011–12 (S.D.N.Y.1995)
- *ESPN, Inc. v. Office of Com'r of Baseball*, 76 F. Supp. 2d 383, 391-92 (S.D.N.Y. 1999)

### Court may consider contractual text in entirety when plaintiff only includes quotations in complaint
- *Arnold Chevorlet LLC v. Tribune Co.*, 418 F. Supp. 2d 172, 191 (E.D.N.Y. 2006) (citing *International Audiotext Network, Inc. v. American Tel. & Tel. Co.*, 62 F.3d 69, 72 (2d Cir. 1995))

### Court may consider any relevant material or source when addressing question of foreign law
- Fed. R. Civ. P. 44.1
- *de Fontbrune v. Wofsy*, 838 F.3d 992, 995-96 (9th Cir. 2016)

Please let us know:
(1) whether, based on our meet & confer today, Netlist intends to make any amendments to its complaint
(2) whether Netlist intends to object to Samsung's request for judicial notice of: (a) the JDLA (as discussed on the call, we have produced a copy to you); (b) the two Korean statutes cited above and the tax treaty.

We would appreciate an answer by Thursday.

Best,

Chris

**Christopher Jumin Lee**
*Associate*
O: 310.201.2100
F: 310.201.2110
E: clee@birdmarella.com
**Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**www.BirdMarella.com**