UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.   8:20-cv-00993-MCS-DFM                         Date   June 17, 2021

Title   *Netlist Inc. v. Samsung Elecs. Co., Ltd.*

Present: The Honorable   Mark C. Scarsi, United States District Judge

|  Stephen Montes Kerr  |  Not Reported  |
|---|---|
|  Deputy Clerk  |  Court Reporter  |

Attorney(s) Present for Plaintiff(s):       Attorney(s) Present for Defendant(s):

None Present                                None Present

**Proceedings:**   (IN CHAMBERS) ORDER RE: APPLICATION TO SEAL (ECF No. 49) AND EX PARTE APPLICATION TO CONTINUE (ECF No. 52)

Defendant Samsung Electronics Co., Ltd., applies ex parte for an order sealing portions of its contemplated motion for judgment on the pleadings. (Sealing Appl., ECF No. 49.) The Court denies the application without prejudice to renewal for failure to comply with Local Rule 79-5.2.2(a). Specifically, the application is not accompanied by a declaration "establishing good cause or demonstrating compelling reasons why the strong presumption of public access in civil cases should be overcome, with citations to the applicable legal standard." C.D. Cal. R. 79-5.2.2(a). (*See also* Order, ECF No. 8 (directing party to file declaration establishing the foundational basis for the declarant's knowledge as to reasons to seal document).)

Plaintiff Netlist Inc. applies ex parte to continue the hearing date on the contemplated motion for judgment on the pleadings. (Appl. to Continue, ECF No. 52.) Because Defendant has not filed the contemplated motion, Plaintiff's application is denied as unnecessary. The Court encourages the parties to cooperate in the scheduling and briefing of the motion.

**IT IS SO ORDERED.**