Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
  mmasters@birdmarella.com
Kate S. Shin - State Bar No. 279867
  kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
  clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>　　　　Defendant. | CASE NO. 8:20-cv-00993-MCS-DFM<br><br>**DECLARATION OF KYONG YONG LEE**<br><br>Date:　July 29, 2021<br>Time:　9:30 a.m.<br><br>Assigned to Hon. Mark C. Scarsi |

3724873.3

DECLARATION OF KYONG YONG LEE

## DECLARATION OF KYONG YONG LEE

I, Kyong Yong Lee, declare as follows:

1. I am an employee of Samsung Electronics Co. Ltd. ("Samsung"), a party in this action. I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. At Samsung, I hold the title of Principal Professional. My responsibilities at Samsung involve its sales of certain products which may be broadly categorized as NAND or DRAM, and I am generally familiar with Samsung's policies and practices regarding such sales.

3. The quantities and prices of NAND and DRAM products sold to Samsung's buyers is sensitive information that would cause severe damage to Samsung's competitive standing if disclosed to the public. Samsung offers prices and quantities of products to numerous buyers based on characteristics of the respective business relationships. Were Samsung's buyers to become aware of exactly what prices and quantities other buyers were being offered, that would result in serious disruption to the international memory market, Samsung's relationships and ability to negotiate, and would cause substantial loss of business opportunities for both Samsung and its buyers.

4. The quantity and price of NAND and DRAM products purchased from Samsung is also extremely sensitive business information to its buyers, the disclosure of which would reveal critical information regarding their business strategy. As such, many of Samsung's buyers would have serious concerns regarding the disclosure of this information even in the context of litigation. Samsung has contractual obligations to its buyers to keep quantity and price information confidential.

5. Samsung sells different types of semiconductor products to numerous buyers across the world, in many cases through its international subsidiaries. Sales of these products, including products in the NAND or DRAM categories, are

handled by a number of independent sales teams, with each team often servicing groups of buyers or in some cases, a small number of large buyers.

6. NAND and DRAM are wide-ranging product categories involving many different kinds of semiconductor products. While the types of products purchased by Netlist broadly fall within the NAND and DRAM categories, they involve only a small subset which is distinct from other products in terms of both availability and pricing.

7. For example, different DRAM products are used in personal computers, servers, consumer electronics, graphic cards, and mobile devices. Similarly, different NAND products are used for solid-state drives, eStorage, wafers, and brand cards. Out of these categories of products, the vast majority of Netlist's purchases were DRAM products used in servers and consumer electronics, and NAND products used for solid-state drives.

8. Collecting the quantities and prices at which Samsung sold all products – without limitation – in the NAND and DRAM categories to all of Samsung's customers since November 12, 2015 would be an extremely onerous task, given the following: (a) the large number of buyers and transactions (sometimes numbering in the millions annually); (b) the fact that sales data is maintained internally based on disparate policies, practices, and formats among separate sales teams, and would need to be centrally aggregated and standardized before it is produced; (c) the fact that many of these sales teams exist as units not within Samsung itself, but within its international subsidiaries; and (d) the time period of six years.

9. Netlist is by far one of Samsung's smallest buyers in terms of quantity. Samsung has many buyers that purchase, on average, hundreds or thousands of times more product from the NAND and DRAM categories in any given time period relative to Netlist.

10. I understand that in 2020, Samsung's memory business revenue was in excess of $47 billion. Samsung's global market share of the DRAM product

1  category is approximately 40%. Its market share of the NAND product category is
2  approximately 30%.
3
4       I declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct, and that I executed this declaration
6  on June 18, 2021, at Seoul, Republic of Korea.

_____
Kyong Yong Lee