Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
    mmasters@birdmarella.com
Kate S. Shin - State Bar No. 279867
    kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-DFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S UNOPPOSED *EX PARTE* APPLICATION TO FILE PORTIONS OF MOTION FOR JUDGMENT ON THE PLEADINGS AND REQUEST FOR JUDICIAL NOTICE UNDER SEAL**<br><br>Assigned to Hon. Mark C. Scarsi |

3724681.1

This matter came before the Court on the motion of Defendant Samsung Electronics Co. Ltd. ("Samsung") Unopposed *Ex Parte* Application to File Portions of its Motion for Judgment on the Pleadings and Request for Judicial Notice Under Seal. Compelling reasons to file the documents under seal having been shown, the Court GRANTS Samsung's Application.

IT IS HEREBY ORDERED that the following documents shall be filed under seal:

| Document | Portions to be sealed |
|---|---|
| Defendant Samsung's Notice of Motion and Motion for Judgment on the Pleadings; Memorandum of Points and Authorities | Entire document (redacted version filed publicly) |
| Defendant Samsung's Request for Judicial Notice, Exhibit A | Entire exhibit |

IT IS SO ORDERED

DATED: _____, 2021

_____
Honorable Mark C. Scarsi
United States District Judge