UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

Case No.   8:20-cv-00993-MCS-DFM                                   Date   June 22, 2021

Title   *Netlist Inc. v. Samsung Elecs. Co., Ltd.*

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present                                                            None Present

**Proceedings:   (IN CHAMBERS) ORDER RE: APPLICATION TO SEAL (ECF NO. 57)**

    Defendant Samsung Electronics Co., Ltd., applies ex parte for an order sealing portions of its contemplated motion for judgment on the pleadings and request for judicial notice in support thereof. (Sealing Appl., ECF No. 57.) The Court grants the application. As set forth in Defendant's submission, compelling reasons appear to seal the documents and information the parties designated confidential. Pursuant to Local Rule 79-5.2.2(c), Defendant may file the unredacted motion for judgment on the pleadings and request for judicial notice under seal.

    Defendant filed the proposed order on the motion for judgment on the pleadings under seal. (ECF No. 58-3.) Defendant's application does not seek to seal this document, and compelling reasons do not support sealing it. The Court directs Defendant to file the proposed order on the public docket alongside redacted versions of the motion and request for judicial notice.

    Defendant filed an unredacted version of the exhibit to the request for judicial notice it apparently intended to file in redacted form. (ECF No. 57-3.) On its own motion, for the compelling reasons articulated in the application, the Court seals the document.

      Counsel for Defendant assumed the motion would be on file with the Court on June 21. (*See* Lee Decl. ¶ 3 ("Samsung has had to file the Motion on [June 21], in order to comply with the notice requirements [of] Local Rule 6.1.").) Because the motion will not be on file until Defendant files it pursuant to Local Rule 79-5.2.2(c), providing insufficient notice under Local Rule 6-1, the Court on its own motion directs Defendant to set the motion for hearing on July 26, 2021, at 9:00 a.m. Motion briefing deadlines shall be calculated based on the July 26 hearing date.

**IT IS SO ORDERED.**