Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
    mmasters@birdmarella.com
Kate S. Shin - State Bar No. 279867
    kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>                 Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>                 Defendant. | CASE NO. 8:20-cv-00993-MCS-DFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:   July 26, 2021<br>Time:   9:00 a.m.<br>Crtrm.:  7C<br><br>Assigned to Hon. Mark C. Scarsi |

This matter came before the Court on the motion of Defendant Samsung Electronics Co. Ltd. ("Samsung") Motion for Judgment on the Pleadings on the First Amended Complaint ("FAC").

Having considered the papers filed in support of and in opposition to the Motion, the authorities submitted by counsel, the oral argument of counsel, and the pleadings on file in this case, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Motion is GRANTED.
2. The FAC is DISMISSED without leave to amend.
3. The above-captioned action is DISMISSED with prejudice.

IT IS SO ORDERED

DATED: _____, 2021

_____
Honorable Mark C. Scarsi
United States District Judge