Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
    mmasters@birdmarella.com
Kate S. Shin - State Bar No. 279867
    kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-DFM<br><br>**DECLARATION OF CHRISTOPHER J. LEE IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:   July 26, 2021<br>Time:  9:00 a.m.<br>Crtrm.: 7C<br><br>Assigned to Hon. Mark C. Scarsi |

# DECLARATION OF CHRISTOPHER JUMIN LEE

I, Christopher Jumin Lee, declare as follows:

1. I am an active member of the Bar of the State of California and an associate with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Defendant Samsung Electronics Co. Ltd. ("Samsung") in this action. I make this declaration in support of the Unopposed *Ex Parte* Application to File Under Seal. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. On June 8, 2021, counsel for the Parties met and conferred pursuant to Local Rule 37-1. Due to ongoing public health measures resulting from the COVID-19 pandemic, this conference took place telephonically. Following a good-faith effort to eliminate as many disputes as possible, the Parties agreed that the disputes could not be resolved without filing of this motion.

3. On June 17-18, 2021, the Parties conferred further on the scheduling and briefing of this motion. The Parties were unable to reach a final agreement on scheduling at this time, and Samsung has had to file the Motion on this date, in order to comply with the notice requirements Local Rule 6.1. However, discussions between the Parties are ongoing, and Samsung has indicated to Netlist that it is amenable to a stipulation continuing the hearing date for this Motion should Netlist agree to also stipulate to the continuation of other deadlines so that Samsung will not be prejudiced in preparing its subsequent Motion for Summary Judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on June 21, 2021, at Los Angeles, California.

Christopher J. Lee