Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
    mmasters@birdmarella.com
Kate S. Shin - State Bar No. 279867
    kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>　　　　　Defendant. | CASE NO. 8:20-cv-00993-MCS-DFM<br><br>**REDACTED DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:　July 26, 2021<br>Time:　9:00 a.m.<br>Crtrm.:　7C<br><br>Assigned to Hon. Mark C. Scarsi |

**REDACTED**

3724541.1

1

REQUEST FOR JUDICIAL NOTICE

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant Samsung Electronics Co. Ltd. ("Samsung") files this request for judicial notice of documents referenced in its Motion for Judgment on the Pleadings and accompanying Memorandum of Points and Authorities. These documents are attached as exhibits hereto. All documents are properly subject to judicial notice.

Exhibits A-C are true and correct copies of the following:

A. The November 12, 2015 Joint Development and License Agreement between Samsung and Netlist, Inc.

B. Relevant portions of the Republic of Korea statute, Beobinsaebeob [Corporate Tax Act], Act No. 11758, amended December 31, 2018, *available at* https://elaw.klri.re.kr/kor_service/lawView.do?hseq=49689&lang=ENG

C. Relevant portions of the Republic of Korea statute, Jibangsaebeob [Local Tax Act], Act No. 17769, amended December 41, 2018, *available at* https://elaw.klri.re.kr/kor_service/lawView.do?hseq=50974&lang=ENG

**Exhibit A** is properly subject to judicial notice because it is a contract between the Parties that is integral to Netlist's First Amended Complaint. "[W]hen a plaintiff chooses not to attach to the complaint or incorporate by reference a document upon which it solely relies and is integral to the complaint the court may nevertheless take the document into consideration in deciding the defendant's motion to dismiss, without converting the proceeding into one for summary judgment. *International Audiotext Network, Inc. v. American Tel. and Tel. Co.*, 62 F.2d 69, 72 (2d. Cir. 1995).

**Exhibits B and C** are properly subject to judicial notice because they are excerpts from the official English versions of the relevant Korean statutes, publicly accessible on a database maintained by the Government of the Republic of Korea. When ruling on issues of foreign law, courts may "consider any relevant material or other source . . . whether or not submitted by a party or admissible under the Federal

Rules of Evidence." Fed. R. Civ. P. 44.1. The accuracy of these documents can be accurately and readily determined, as they are official English versions of the statutes publicly available on the official website of the Korean Legislation Research Institute (KLRI), an agency of the Republic of Korea Government. *See* Fed. R. Evid. 201(b)(2).

DATED: June 21, 2021

Ekwan E. Rhow
Marc E. Masters
Kate S. Shin
Christopher J. Lee
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: /s/ Ekwan E. Rhow
Ekwan E. Rhow
Attorneys for Defendant Samsung Electronics Co., Ltd.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# REDACTED IN ENTIRETY
## EXHIBIT A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

# CORPORATE TAX ACT

Wholly Amended by Act No. 5581, Dec. 28, 1998
Amended by Act No. 6047, Dec. 28, 1999
Act No. 6259, Feb.  3, 2000
Act No. 6293, Dec. 29, 2000
Act No. 6558, Dec. 31, 2001
Act No. 6852, Dec. 30, 2002
Act No. 7005, Dec. 30, 2003
Act No. 7117, Jan. 29, 2004
Act No. 7317, Dec. 31, 2004
Act No. 7289, Dec. 31, 2004
Act No. 7838, Dec. 31, 2005
Act No. 7908, Mar. 24, 2006
Act No. 8141, Dec. 30, 2006
Act No. 8852, Feb. 29, 2008
Act No. 9267, Dec. 26, 2008
Act No. 9401, Jan. 30, 2009
Act No. 9346, Jan. 30, 2009
Act No. 9673, May 21, 2009
Act No. 9763, jun.  9, 2009
Act No. 9898, Dec. 31, 2009
Act No. 9924, Jan.  1, 2010
Act No. 10221, Mar. 31, 2010
Act No. 10337, May 31, 2010
Act No. 10361, jun.  8, 2010
Act No. 10423, Dec. 30, 2010
Act No. 10898,  Jul. 25, 2011
Act No. 10907,  Jul. 25, 2011
Act No. 11128, Dec. 31, 2011
Act No. 11603, Jan.  1, 2013
Act No. 11607, Jan.  1, 2013
Act No. 11873, jun.  7, 2013

```
Act No. 12153, Jan.  1, 2014
Act No. 12166, Jan.  1, 2014
Act No. 12420, Mar. 18, 2014
Act No. 12850, Dec. 23, 2014
Act No. 13230, Mar. 27, 2015
Act No. 13448, Jul. 24, 2015
Act No. 13426, Jul. 24, 2015
Act No. 13499, Aug. 28, 2015
Act No. 13550, Dec. 15, 2015
Act No. 13555, Dec. 15, 2015
Act No. 14386, Dec. 20, 2016
Act No. 15022, Oct. 31, 2017
Act No. 15222, Dec. 19, 2017
Act No. 16008, Dec. 24, 2018
Act No. 16096, Dec. 31, 2018
```

**Article 93 (Domestic Source Income of Foreign Corporations)**

Domestic source income of a foreign corporation shall be classified as follows: <Amended by Act No. 11128, Dec. 31, 2011; Act No. 13555, Dec. 15, 2015; Act No. 14386, Dec. 20, 2016; Act No. 16008, Dec. 24, 2018>

1. The following income, which includes interest income referred to in Article 16 (1) of the Income Tax Act (excluding the income provided for in subparagraph 7 of the same paragraph), other interest on loans and profits from trusts: Provided, That the same shall not apply to interest on any loan directly obtained by an overseas place of business for the overseas place of business of a resident or domestic corporation:

(a) Income received as a payment from the State, a local government, a domestic place of business of a resident, domestic corporation or foreign corporation, or a domestic place of business of a non-resident referred to in Article 120 of the Income Tax Act;

(b) Income received as a payment from a foreign corporation or non-resident, which is substantially related to the domestic place of business of the foreign corporation or non-resident and is included in deductible expenses or incurred expenses for the purpose of calculating the amount of income of such domestic place of business;

2. Dividend income provided for in Article 17 (1) of the Income Tax Act (excluding the income provided for in subparagraph 6 of the same paragraph) that is paid in the Republic of Korea by any domestic corporation, any organization deemed a corporation, or any other domestic source and the amount disposed of as a dividend under Articles 9 and 14 of the Adjustment of International Taxes Act;

3. Income accrued from real estate in the Republic of Korea or real estate rights and mining rights, mining concessions or rights to quarry earth, sand, and rocks, each of which is acquired in the Republic of Korea, or the transfer or lease of rights to use or develop underground water or other management of underground water: Provided, That excluded herefrom shall be capital gains referred to in subparagraph 7;

4. Income accrued from the rental of a ship, aircraft, registered motor vehicles, construction machinery, industrial, commercial or scientific machinery, facilities and equipment, and other tools prescribed by Presidential Decree to a domestic place of business of a resident, domestic corporation or foreign corporation, or a domestic place of business of a non-resident referred to in Article 120 of the Income Tax Act;

5. Income prescribed by Presidential Decree and accrued from any business operated by a foreign corporation (including income taxable as domestic source business income under any tax treaty): Provided, That excluded herefrom shall be income referred to in subparagraph 6;

6. Income accrued by rendering personal services prescribed by Presidential Decree in the Republic of Korea (including the income deemed to have accrued in the Republic of Korea according to a tax treaty by rendering personal services prescribed by Presidential Decree, among personal services rendered abroad). In such cases, where the person provided with the personal services bears expenses prescribed by Presidential Decree, including airfares, in connection with the provision of such personal services, such income means an amount excluding such expenses;

7. Capital gains on a transfer of any of the following assets or rights: Provided, That this shall be limited where the assets or rights which generate such gains are in the Republic of Korea:

   (a) Assets or rights referred to in Article 94 (1) 1, 2, and 4 (a) and (b) of the Income Tax Act;

   (b) Stocks, etc. (hereafter in this Article, referred to as "real estate, stocks, etc.") of a domestic corporation, where the aggregate of the following values is at least 50/100 of total assets of that domestic corporation as at the start date of the business year in which the relevant assets are transferred, among stocks, etc. (including depository receipts or preemptive rights issued on the basis of stocks, etc.; hereafter in this Chapter, the same shall apply) of such domestic corporation, which have not been listed on any securities market under the Financial Investment Services and Capital Markets Act;

8. Where any of the following rights, assets, or information (hereafter in this subparagraph, referred to as "rights, etc.") are used or the remuneration therefor is paid in the Republic of Korea, the relevant price and the income accrued from the transfer of such rights, etc.: Provided, That where the place of use rule applies, under an agreement for preventing double taxation on income, to determine whether the relevant income is domestic source income, the remuneration for rights, etc., used overseas shall not be deemed domestic source income, regardless of whether it was paid in the Republic of Korea. In such cases, rights requiring registration to exercise thereof, such as patent rights, utility model rights, trademark rights, and design rights (hereafter in this subparagraph, referred to as "patent rights, etc.")

shall be deemed used in the Republic of Korea, irrespective of whether they were registered in the Republic of Korea, where the relevant patent rights, etc., were registered overseas and have been used for manufacture, sale, etc., in the Republic of Korea:

    (a) Copyrights, patent rights, trademark rights, designs, forms, and sketches of academic or artistic works (including movie films) or secret formulae or processes, film and tapes for radio and television broadcasts, and other similar assets or rights;

    (b) Information or know-how related to industrial, commercial, or scientific knowledge and experience;

9. Income prescribed by Presidential Decree and accrued from the transfer of any of the following stocks, etc. (including real estate stocks, etc., listed on any securities market under the Financial Investment Services and Capital Markets Act), or other securities (including securities defined in Article 4 of the Financial Investment Services and Capital Markets Act; hereinafter the same shall apply):

    (a) Stocks, etc., and other securities issued by a domestic corporation;

    (b) Stocks, etc., issued by a foreign corporation (limited to stocks, etc., listed on any securities market under the Financial Investment Services and Capital Markets Act), and other securities issued by a domestic place of business of a foreign corporation;

10. Other domestic source income: Any of the following, other than those provided for in subparagraphs 1 through 9:

    (a) Insurance money, indemnification, or compensation paid in connection with any real property or other assets situated in the Republic of Korea, or business run in the Republic of Korea;

    (b) Income prescribed by Presidential Decree as penalties for breach of any contract or compensation for damage paid in the Republic of Korea;

    (c) Income accrued from the inheritance of domestic assets;

    (d) Prize money, monetary rewards, compensation, and other similar income paid in the Republic of Korea;

    (e) Income accrued from buried property discovered in the Republic of Korea;

    (f) Income accrued from the transfer of licenses, approval, or rights established by other similar administrative dispositions under laws of the Republic of Korea, and from the transfer of domestic assets, other than real estate;

    (g) Prize received based on lottery, gift tickets, or other drawing tickets, and refunds paid to the purchasers of horse-race tickets, winner-betting tickets, bullfighting tickets, or sports promotion tickets, all issued in the Republic of Korea;

    (h) Amounts disposed of as other income pursuant to Article 67;

    (i) Income accruing from an increase in the value of the stocks, etc., of a domestic corporation that are held by any related party prescribed by Presidential Decree (referred to as "foreign related party" hereafter in Article 98) that arises from capital transactions prescribed by Presidential Decree;

(j) Income from any business operated in the Republic of Korea, from personal services rendered in the Republic of Korea, or from economic benefits received in relation to assets located in the Republic of Korea (excluding the difference, if any, between the amount received for redemption of foreign currency-denominated bonds issued by the State or financial companies, etc., established under any special Act and the issue prices of such bonds) or other similar income prescribed by Presidential Decree, other than those referred to in any of items (a) through (i).

Last updated : 2021-03-10



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

# LOCAL TAX ACT

Wholly Amended by Act No. 10221, Mar. 31, 2010
Amended by Act No. 10252, Apr. 12, 2010
Act No. 10340, jun.  4, 2010
Act No. 10361, jun.  8, 2010
Act No. 10416, Dec. 27, 2010
Act No. 10469, Mar. 29, 2011
Act No. 10924,  Jul. 25, 2011
Act No. 11108, Dec.  2, 2011
Act No. 11124, Dec. 31, 2011
Act No. 11137, Dec. 31, 2011
Act No. 11617, Jan.  1, 2013
Act No. 11690, Mar. 23, 2013
Act No. 11873, jun.  7, 2013
Act No. 12118, Dec. 26, 2013
Act No. 12153, Jan.  1, 2014
Act No. 12505, Mar. 24, 2014
Act No. 12602, May 20, 2014
Act No. 12738, jun.  3, 2014
Act No. 12801, Oct. 15, 2014
Act No. 12844, Nov. 19, 2014
Act No. 12855, Dec. 23, 2014
Act No. 12954, Dec. 31, 2014
Act No. 13427,  Jul. 24, 2015
Act No. 13425,  Jul. 24, 2015
Act No. 13636, Dec. 29, 2015
Act No. 13796, Jan. 19, 2016
Act No. 13797, Jan. 19, 2016
Act No. 13805, Jan. 19, 2016
Act No. 14033, Feb. 29, 2016
Act No. 14116, Mar. 29, 2016
Act No. 14475, Dec. 27, 2016

```
Act No. 14474, Dec. 27, 2016
Act No. 14476, Dec. 27, 2016
Act No. 14567, Feb.  8, 2017
Act No. 14569, Feb.  8, 2017
Act No. 14839, Jul. 26, 2017
Act No. 15292, Dec. 26, 2017
Act No. 15335, Dec. 30, 2017
Act No. 16008, Dec. 24, 2018
Act No. 16194, Dec. 31, 2018
Act No. 16113, Dec. 31, 2018
```

**Article 103-13 (Obligations to Perform Special Collection)**

(1) Where a person obligated to withhold tax under the Income Tax Act or the Restriction of Special Taxation Act withholds income tax from residents, he/she shall specially collect the amount equivalent to 10/100 of income tax (where special provisions on taxation, such as a tax reduction or exemption or heavy taxation, apply pursuant to the Restriction of Special Taxation Act and other Acts, referring to income tax to which such special provisions on taxation apply) withheld as personal local income tax simultaneously with the withholding of income tax, as prescribed by Presidential Decree. In such cases, a person obligated to withhold tax under the said Act shall be a person responsible for special collection of personal local income tax (hereafter referred to as "person responsible for special collection" in the Section).

(2) Where a person responsible for special collection has specially collected personal local income tax pursuant to paragraph (1), he/she shall pay personal local income tax to the head of a local government having jurisdiction over a place for tax payment by the tenth day of the month immediately following the month to which the date of such collection belongs: Provided, That where he/she pays income tax withheld pursuant to the proviso to Article 128 (2) of the Income Tax Act on a half-yearly basis, he/she may pay income tax by the tenth day of the month immediately following the last month of each half year.

(3) Where a person responsible for special collection of personal local income tax under paragraph (1) discovers any error in the amounts of specially collected tax paid to each local government pursuant to Article 89 (3) 3 through 5, he/she shall adjust the overpaid or underpaid portion in the specially collected tax amount he/she is required to pay to the relevant local government, as prescribed by Presidential Decree. In such cases, the head of the relevant local government shall not impose an additional tax under Article 56 of the Framework Act on Local Taxes on the specially collected tax amount the person responsible for special collection additionally pays due to addition and subtraction, and shall not make an additional payment on refund of local tax on the tax amount refunded. *<Amended by Act No. 14474, Dec. 27, 2016>*

(4) Except as otherwise provided for in this Act, the provisions on withholding under the Income Tax Act shall apply mutatis mutandis to the special collection of personal local income tax.

Last updated : 2020-10-12

