UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>　　　　　　　Defendant. | CASE NO. 8:20-cv-993-MSC (DFMx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF NETLIST INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORY NO. 8 AND REQUEST FOR PRODUCTION NO. 11** |

1    This matter came before the Court on Plaintiff Netlist Inc.'s Motion to Compel
2    Responses to Interrogatory No. 8 and Request for Production No. 11.  The Court,
3    having considered the memoranda submitted, the relevant authorities, and the
4    arguments of counsel,

   HEREBY FINDS that Plaintiff Netlist Inc.'s Motion to Compel is GRANTED.

- In response to Request for Production No. 11, Defendant must produce data summarizing, by customer and product, monthly unit and pricing totals for Samsung NAND and DRAM products sold to customers other than Netlist.[1] This can be limited to the time period of November 2015 through July 2020. This may be in the form of an Excel file or files reflecting data exported from Defendants' records and/or those of its subsidiaries or affiliates as applicable.
- In response to Interrogatory No. 8, Defendant must identify the data files produced above and provide any further narrative response as necessary to explain the data produced.  For example, if multiple Excel files are produced, Defendant should explain what data is covered by the respective files, or other identifying facts if not apparent on the face of the file.

The above responses shall be due 28 days from the date of this Order.

Dated: _____, 2021

                                            _____
                                            Hon. Douglas F. McCormick
                                            United States Magistrate Judge

---

[1] Sales to or for Apple or its subsidiaries are excluded from this Order.