1    JASON C. LO, SBN 219030
      jlo@gibsondunn.com
2    MATTHEW BENJAMIN (*pro hac vice*)
      mbenjamin@gibsondunn.com
3    RAYMOND A. LAMAGNA, SBN 244821
      rlamagna@gibsondunn.com
4    GIBSON, DUNN & CRUTCHER LLP
5    333 South Grand Avenue
   Los Angeles, CA  90071-3197
6    Telephone:  213.229.7000 • Fax:  213.229.7520
7
   Attorneys for Plaintiff Netlist Inc.
8

9    EKWAN E. RHOW, SBN 174604
      erhow@birdmarella.com
10    MARC E. MASTERS, SBN 208375
      mmasters@birdmarella.com
11
   KATE S. SHIN, SBN 279867
12      kshin@birdmarella.com
13    CHRISTOPHER J. LEE, SBN 322140
      clee@birdmarella.com
14    BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
15    DROOKS, LINCENBERG & RHOW, P.C.
   1875 Century Park East, 23rd Floor
16    Los Angeles, CA 90067-2561
17    Telephone: 213.201.2100 • Fax: 213.201.2110

18    Attorneys for Defendant Samsung Electronics Co., Ltd.

19            UNITED STATES DISTRICT COURT

20           CENTRAL DISTRICT OF CALIFORNIA

21                SOUTHERN DIVISION

| | |
|---|---|
| 22   NETLIST INC., a Delaware corporation, | CASE NO. 8:20-cv-993-MSC (DFMx) |
| 23 | **JOINT STIPULATION TO CONTINUE HEARING DATE AND EXTEND DEADLINES** |
| 24            Plaintiff, | |
| 25    v. | *[Proposed] Order and Declaration of Jason Lo filed concurrently herewith* |
| 26   SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, | Action Filed:  May 28, 2020 |
| 27           Defendant. | Trial Date      November 30, 2021 |
| 28 | |

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION TO CONTINUE HEARING DATE AND EXTEND DEADLINES

1      WHEREAS, Defendant Samsung Electronics Co., Ltd. has filed a dispositive

2  Motion for Judgment on the Pleadings, noticed for hearing on July 26, 2021 (Dkt. 60);

3      WHEREAS, the Court previously instructed the parties to cooperate in the

4  scheduling and briefing on the Motion (Dkt. 55), and the parties have since conferred;

5      WHEREAS, Plaintiff Netlist Inc. requires more time to prepare its opposition,

6  and its lead counsel, Mr. Jason Lo, is in trial on July 26, 2021, in another matter;

7      WHEREAS, Plaintiff has therefore requested a continuance of the hearing date

8  on Defendant's Motion by three weeks to August 16, 2021, to address its above

9  concerns;

10     WHEREAS, Defendant hereby agrees to continue the hearing date on its Motion

11  to August 16, 2021.

12     WHEREAS, should the Court grant a continuance of the hearing date for

13  Defendant's Motion, Defendant requires additional time to prepare a Motion for

14  Summary Judgment and to complete fact discovery, given that the Parties will lack

15  certainty on which claims will survive ruling on Defendant's Motion until the August

16  16, 2021 hearing.

17     WHEREAS, Defendant concurrently requests that the filing and hearing dates

18  for Motions for Summary Judgment also be extended by at least three weeks from

19  August 16, 2021 and September 20, 2021 respectively as currently scheduled (Dkt. 41

20  at 3) to September 9, 2021 (accounting for Labor Day and Rosh Hashanah) and

21  October 18, 2021 (accounting for Columbus Day) respectively.

22     WHEREAS, Defendant concurrently also requests that the close of Fact

23  Discovery be extended by at least three weeks from August 16, 2021 as currently

24  scheduled (Dkt. 41 at 3) to September 9, 2021 (accounting for Labor Day and Rosh

25  Hashanah).

26     WHEREAS, Plaintiff does not oppose Defendant's requests to extend deadlines;

27     THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and

28  between Netlist and Samsung, that:

Gibson, Dunn &
Crutcher LLP

2

JOINT STIPULATION TO CONTINUE HEARING DATE AND EXTEND DEADLINES

1.     The hearing on Plaintiff's Motion to Dismiss on the Pleadings may be continued to August 16, 2021;

2.     The filing and hearing dates for Motions for Summary Judgment may be extended to September 9, 2021 and October 18, 2021 respectively;

3.     The close of Fact Discovery may be extended to September 9, 2021.

Dated: July 1, 2021

GIBSON, DUNN & CRUTCHER LLP

By: _/s/ Jason C. Lo_
Jason C. Lo

Attorneys for Plaintiff Netlist Inc.

Dated: July 1, 2021

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By: _/s/ Ekwan E. Rhow_
Ekwan E. Rhow

Attorneys for Defendant Samsung Electronics Co., Ltd.

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 1, 2021     By: _/s/ Jason C. Lo_
Jason C. Lo