JASON C. LO, SBN 219030
    jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
    mbenjamin@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
    rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>              Defendant. | CASE NO. 8:20-cv-993-MSC (DFMx)<br><br>**DECLARATION OF JASON C. LO IN SUPPORT OF JOINT STIPULATION TO CONTINUE HEARING DATE**<br><br>Action Filed: May 28, 2020<br>Trial Date      November 30, 2021 |

# DECLARATION OF JASON C. LO

I, Jason C. Lo, declare:

1. I am an attorney admitted to practice before this Court. I am a Partner with the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Plaintiff Netlist Inc. in the above-captioned matter. I am submitting this declaration in support of Plaintiff's and Defendant's Joint Stipulation to Continue the Hearing Date on Defendant's Motion for Judgment on the Pleadings. I have personal knowledge of the matters stated here and I could and would testify hereto if needed.

2. I am currently scheduled for trial in *Beats Electronics LLC et al. v. Monster LLC et al.*, Case No. BC675937, from July 26, 2021 (the current date of the hearing on Defendant's motion in this matter) to approximately August 13, 2021 in Los Angeles Superior Court. Setting a hearing date on August 16, 2021 would help ensure that my prior trial obligation is over and that I can attend the hearing on Defendant's dispositive motion and represent Netlist in person in defending against it.

3. Defendant's Motion raises multiple issues of law and seeks dismissal of all claims asserted by Plaintiff. Given the range and complexity of the issues, as well as the dispositive impact of the motion, Plaintiff requires additional time beyond the minimum default period for oppositions under the Court's Local Rules in order to thoroughly review, research, and respond to the issues that Defendant has raised.

4. I have conferred several times with Defendant's counsel (Ekwan Rhow) regarding Plaintiff's Netlist's scheduling concerns for the opposition and hearing dates on Defendant's motion. We conferred both before and after Defendant's present motion was filed. The parties have made good faith efforts to find a mutually agreeable hearing date in light of the Court's Order on June 17, 2021 that the parties "cooperate in the scheduling and briefing of the motion." Dkt. 55.

5. My last discussion with Defendant's counsel was today, July 1. During this discussion, I communicated my preference for an August 16, 2021 hearing date so that Netlist can fully prepare its opposition and so that I can fully and effectively

represent my client in connection with this dispositive motion. Defendant's counsel agreed that an August 16, 2021 hearing date was acceptable.

I certify under penalty of perjury under the laws of the United States that the foregoing statements are true.

Dated: July 1, 2021          By:          /s/ *Jason C. Lo*
                                              Jason C. Lo