UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>             Defendant. | CASE NO. 8:20-cv-993-MSC (DFMx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE AND EXTEND DEADLINES** |

This matter came before the Court on Plaintiff's and Defendant's Joint Stipulation to Continue Hearing Date and Extend Deadlines. The Court, having considered the stipulation and declarations submitted, the relevant authorities, and the arguments of counsel,

HEREBY ORDERS that:

- The hearing on Defendant's Motion for Judgment on the Pleadings is continued to August 16, 2021. Plaintiff is to file its opposition brief 21 days before the hearing; and Defendant is to file its reply brief 14 days before the hearing.

- The deadline to file Motions for Summary Judgment is extended to September 9, 2021, and the hearing date for such motions is continued to October 18, 2021.

- The deadline for the close of fact discovery is extended to September 9, 2021.

SO ORDERED.

Dated: _____, 2021

_____
Hon. Mark C. Scarsi
United States District Judge