Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
    mmasters@birdmarella.com
Kate S. Shin - State Bar No. 279867
    kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-DFM<br><br>**DECLARATION OF EKWAN E. RHOW IN SUPPORT OF EX PARTE APPLICATION TO CONTINUE FACT DISCOVERY AND SUMMARY JUDGMENT MOTION DEADLINES**<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

3728140.2

DECLARATION OF EKWAN E. RHOW IN SUPPORT OF EX PARTE APPLICATION TO CONTINUE FACT DISCOVERY AND SUMMARY JUDGMENT DEADLINES

# DECLARATION OF EKWAN E. RHOW

I, Ekwan E. Rhow, declare as follows:

1. I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Defendant Samsung Electronics Co., Ltd. ("Samsung") in this action. I make this declaration in support of Ex Parte Application To Continue Fact Discovery And Summary Judgment Deadlines. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. After the initial complaint was filed by Netlist, Jason Lo, lead counsel for Netlist, and I engaged in an ongoing dialogue to seek resolution of the business disputes between Netlist, who is a customer of Samsung's semiconductor chips, and Samsung.

3. We attempted direct communications as attorneys for the parties. We also attempted to facilitate party-to-party communications in the hopes of reaching a business resolution. My goal in doing so early in the case and directly with Mr. Lo, who I know professionally from prior experiences, was to avoid the expense and fees associated with discovery and the litigation altogether. Unfortunately, these negotiations ultimately proved unsuccessful. Thereafter, the parties engaged in discovery given the existing deadlines.

4. Plaintiff Netlist, Inc.'s ("Plaintiff") first set of requests for production, special interrogatories, and requests for admissions were served on Samsung on March 4, 2021.

5. Plaintiff served its second set of special interrogatories and requests for admissions on June 8, 2021.

6. Plaintiff served its third set of special interrogatories and requests for admissions on June 14, 2021.

7. Plaintiff served its "Combined Notice of Deposition" on Samsung on June 8, 2021. The notice of deposition proposed deposing eight individuals, beginning on June 29, 2021, with the last individual being deposed on July 20, 2021.

8. Samsung has served its first set of requests for production, special interrogatories, and requests for admissions on Plaintiff on June 28, 2021.

9. Samsung has served its notices of deposition to Plaintiff on June 15, 2021.

10. I have conveyed by email the date and substance of this application to counsel for Netlist, Jason Lo, whose address and telephone number is as follows: Gibson, Dunn & Crutcher LLP, 333 South Grand Ave., Los Angeles, CA 90071-3197; (213) 229-7000.  Counsel for Netlist has stated that Netlist does not oppose this application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on July 6, 2021, at Los Angeles, California.

/s/ Ekwan E. Rhow
Ekwan E. Rhow

3728140.2

2

DECLARATION OF EKWAN E. RHOW IN SUPPORT OF EX PARTE APPLICATION TO CONTINUE FACT DISCOVERY AND SUMMARY JUDGMENT DEADLINES