# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-DFM<br><br>**[PROPOSED] ORDER**<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

3728147.1

1        This matter comes before the Court on Defendant Samsung Electronics Co., Ltd.'s ("Samsung") Ex Parte Application to Continue Fact Discovery and Summary Judgment Motion Deadlines.

       After reviewing the materials submitted by Samsung and considering the arguments therein, the Court GRANTS the application.

       The last date to complete fact discovery, and to move for summary judgment, is continued to **September 9, 2021**.

DATED:

                                               Hon. Mark C. Scarsi
                                               United States District Judge