# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SACV20-00993 MCS (DFMx) | Date: | June 17, 2021 |
|---|---|---|---|
| Title | Netlist, Inc. v. Samsung Electronics | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | AT&T Digital Recording |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Jason Lo<br>Raymond LaMagna | Chris Lee |

**Proceedings:** Informal Discovery Conference

Case called and counsel make their appearances. Court and counsel confer regarding outstanding discovery issues. Court sets further hearing for June 29, 2021, at 9:30 am.

                                                                                       :    10

                                                   Initials of Clerk     nb