UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | SACV20-00993 MCS (DFMx) |
| Date: | June 29, 2021 |
| Title | Netlist, Inc. v. Samsung Electronics |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | AT&T Digital Recording |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Jason Lo<br>Raymond LaMagna | Chris Lee |

**Proceedings:** Informal Discovery Conference

Case called and counsel make their appearances. Court and counsel confer regarding outstanding discovery issues. Court sets further hearing for July 13, 2021, at 10:30 am.

: 36

Initials of Clerk    nb