# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SACV20-00993 MCS (DFMx) | Date: | July 13, 2021 |
|---|---|---|---|
| Title | Netlist, Inc. v. Samsung Electronics | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | AT&T Digital Recording |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Jason Lo<br>Raymond LaMagna | Chris Lee<br>Jong-Min Choi |

**Proceedings:** Informal Discovery Conference

Case called and counsel make their appearances. Court and counsel confer regarding outstanding discovery issues. Court sets the following hearings: July 19, 2021, at 10:00 am; July 22, 2021, at 10:00 am; and July 29, 2021, at 10:00 am

: 35

Initials of Clerk   nb