# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC.<br><br>Plaintiff(s),<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:20−cv−00993−MCS−ADS<br><br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 07/17/21 | 75 | Notice of Appearance or Withdrawal of Counsel |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

The document is stricken and counsel is ordered to file an amended or corrected document by 7/23/21.

Clerk, U.S. District Court

Dated: July 19, 2021          By: /s/ *Jennifer Graciano*
                                   Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*