# Exhibit G

SLIP-SHEETED VERSION OF EXHIBIT G PROPOSED TO BE FILED UNDER SEAL