# Exhibit H

SLIP-SHEETED VERSION OF EXHIBIT H PROPOSED TO BE FILED UNDER SEAL