# Exhibit I

SLIP-SHEETED VERSION OF EXHIBIT I PROPOSED TO BE FILED UNDER SEAL