# Exhibit K

SLIP-SHEETED VERSION OF EXHIBIT K PROPOSED TO BE FILED UNDER SEAL