# Exhibit M

SLIP-SHEETED VERSION OF EXHIBIT M PROPOSED TO BE FILED UNDER SEAL