UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>　　　　　　Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**[PROPOSED] ORDER GRANTING NETLIST INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Action Filed:  May 28, 2020<br>Trial Date:  November 30, 2021<br><br>Hon. Autumn D. Spaeth, U.S. Magistrate Judge |

**[Discovery Document: Referred to Magistrate Judge Autumn D. Spaeth]**

The Court, having considered the materials and arguments submitted by Plaintiff Netlist Inc. in its Application for Leave to File Under Seal Pursuant to L.R. 79–5.2.2(a) (the "Application"), and the declaration of Raymond A. LaMagna submitted in support thereof, and having found good cause, hereby ORDERS as follows:

The Application is GRANTED.  The following documents SHALL BE FILED UNDER SEAL as follows:

| Document | Portions to be Sealed |
|---|---|
| Exhibit G to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Motion to Compel Depositions of Jung Bae Lee and Joo Sun Choi | Entire Exhibit G |
| Exhibit H to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Motion to Compel Depositions of Jung Bae Lee and Joo Sun Choi | Entire Exhibit H |
| Exhibit I to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Motion to Compel Depositions of Jung Bae Lee and Joo Sun Choi | Entire Exhibit I |
| Exhibit K to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Motion to Compel Depositions of Jung Bae Lee and Joo Sun Choi | Entire Exhibit K |
| Exhibit M to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Motion to Compel Depositions of Jung Bae Lee and Joo Sun Choi | Entire Exhibit M |

In accordance with L.R. 79–5.2.2(a), Netlist is directed to file the sealed documents pursuant to the protocol outlined in L.R. 79–5.2.2(c).  The Clerk will not convert the proposed sealed documents submitted with the Application into a new filing.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
The Hon. Autumn D. Spaeth
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I, Raymond A. LaMagna, an attorney, hereby certify that the **[PROPOSED] ORDER GRANTING NETLIST INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL,** was emailed to counsel for Samsung Electronics Inc., Ltd., on July 20, 2021.

By: _____*/s/ Raymond A. LaMagna*_____
Raymond A. LaMagna

Attorney for Plaintiff Netlist Inc.