MATTHEW BENJAMIN (*pro hac vice*)
  mbenjamin@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
  rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:   213.229.7520

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>           Defendant. | CASE NO. 8:20-cv-993-MCS (ADSx)<br><br>**DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF NETLIST INC.'S MOTION TO COMPEL THE DEPOSITION OF JUNG BAE LEE AND JOO SUN CHOI** |

**[Discovery Document: Referred to Magistrate Judge Autumn D. Spaeth]**

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF NETLIST INC.'S MOTION TO COMPEL THE DEPOSITION OF JUNG BAE LEE AND JOO SUN CHOI

# DECLARATION OF RAYMOND A. LAMAGNA

I, Raymond A. LaMagna, declare:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP licensed to practice in the State of California and before this Court. I represent for Plaintiff Netlist Inc. ("Netlist") in the above-captioned matter. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. On July 12, 2021, counsel for the parties met and conferred (telephonically due to current conditions) pursuant to Local Rule 37-1. During this meet and confer, the parties discussed the substance of the contemplated motion and any potential resolution, but were unable to reach a resolution to avoid the Motion. We also conferred on the subject matter of this motion at our prior meet and confer on June 28, 2021, but were unable to reach a resolution.

3. Attached hereto as **Exhibit A** is a copy of Plaintiff Netlist Inc.'s Combined Notice of Deposition pursuant to Fed. R. Civ. P. 30(B)(1).

4. Attached hereto as **Exhibit B** is a letter from counsel for Samsung Electronics Co., Ltd. regarding Netlist's deposition notices, dated June 17, 2021.

5. Attached hereto as **Exhibit C** is a copy of the publicly available LinkedIn Profile page for Mr. Jung Bae Lee.

6. Attached hereto as **Exhibit D** is a copy of the publicly available LinkedIn Profile page for Mr. Joo Sun Choi.

7. Attached hereto as **Exhibit E** is a copy of a Samsung Semiconductor webpage titled "Meet our Leading Executives," *available at* https://www.samsung.com/semiconductor/about-us/executives/, accessed on July 19, 2021.

8. Attached hereto as **Exhibit F** is a copy of the Interim Consolidated Financial Statements of Samsung Electronics Co., Ltd. and Its Subsidiaries for 2021 Q1, dated May 14, 2021, *available at*

Gibson, Dunn & Crutcher LLP

2

DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF NETLIST INC.'S MOTION TO COMPEL THE DEPOSITION OF JUNG BAE LEE AND JOO SUN CHOI

https://images.samsung.com/is/content/samsung/assets/global/ir/docs/2021_con_quarter01_all.pdf, which has been annotated with highlighter for convenience.

9. Attached hereto as **Exhibit G** is a certified translation of an email chain dated November 12, 2015 from Ji Bum Kim to, among others, Jung Bae Lee.

10. Attached hereto as **Exhibit H** is a certified translation of an email chain dated November 2, 2015 from Ji Bum Kim to, among others, Jung Bae Lee.

11. Attached hereto as **Exhibit I** is a certified translation of an email chain dated August 25, 2015 from Ji Bum Kim to Jung Bae Lee and Hyun Ki Ji.

12. Attached hereto as **Exhibit J** is a certified translation of an email chain dated October 1, 2015 from Ji Bum Kim to Jung Bae Lee and Hyun Ki Ji.

13. Attached hereto as **Exhibit K** is a certified translation of an email chain dated June 2, 2016 between Jung Bae Lee and Joo Sun Choi, produced by Samsung bearing bates numbers SEC000259-262, and annotated with highlighter for convenience.

14. Attached hereto as **Exhibit L** is a certified translation of an email chain dated April 15, 2015 from Jung Bae Lee to, among others, Ji Bum Kim.

15. Attached hereto as **Exhibit M** is a certified translation of an email chain dated March 16, 2016 from Jung Bae Lee to Ji Bum Kim.

16. Attached hereto as **Exhibit N** is a certified translation of an email chain dated July 21, 2016 from Jung Bae Lee to, among others, Ji Bum Kim.

17. Attached hereto as **Exhibit O** is a copy of an email from Neal Knuth to Neal Knuth dated December 4, 2017.

18. Attached hereto as **Exhibit P** is a certified translation of an email chain dated July 12, 2017 from Sebastian Lee to, among others, Paik Ki Hong.

19. As part of discovery efforts in this case, Netlist has located and produced over 140 emails sent between Jung Bae Lee and Netlist concerning the negotiation and performance of the parties' JDLA and related business matters.

3
DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF NETLIST INC.'S MOTION TO COMPEL THE DEPOSITION OF JUNG BAE LEE AND JOO SUN CHOI

Gibson, Dunn & Crutcher LLP

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that I executed this declaration on the 20th of July, 2021, in Los Angeles, California.

Dated: July 20, 2021             By: _____
                                      Raymond A. LaMagna

Gibson, Dunn & Crutcher LLP

4

DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF NETLIST INC.'S MOTION TO COMPEL THE DEPOSITION OF JUNG BAE LEE AND JOO SUN CHOI

# CERTIFICATE OF SERVICE

I, Raymond A. LaMagna, an attorney, hereby certify that the **DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF NETLIST INC.'S MOTION TO COMPEL THE DEPOSITION OF JUNG BAE LEE AND JOO SUN CHOI,** was emailed to counsel for Samsung Electronics Inc., Ltd., on July 20, 2021.

By: _____*/s/ Raymond A. LaMagna*_____
Raymond A. LaMagna

Attorney for Plaintiff Netlist Inc.

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF NETLIST INC.'S MOTION TO COMPEL THE DEPOSITION OF JUNG BAE LEE AND JOO SUN CHOI