# Exhibit B



Ekwan E. Rhow
erhow@birdmarella.com

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone (310) 201-2100
Facsimile (310) 201-2110
www.BirdMarella.com

File 3783.16

June 17, 2021

**Via E-Mail**

Jason Lo, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
E-Mail: jlo@gibsondunn.com

Re: **Netlist Inc. v. Samsung Electronics Co., LTD.
USDC Case No. 8:20-cv-00993-MCS-DFM**

Dear Jason:

We write in response to your deposition notices served June 8, 2021.

**Joo Sun Choi & Jung Bae Lee**

Samsung objects to these depositions on the basis that Mr. Choi & Mr. Lee[1] are high-ranking corporate executives who do not possess "non-repetitive knowledge of discoverable information." *Apple Inc. v. Samsung Electronics Co., Ltd.*, 282 F.R.D. 259, 263 (N.D. Cal. 2012) (denying Apple's motion to compel deposition of the President of SEC's Mobile Division). Mr. Choi is Chief Executive Officer and President of Samsung Display Co., Ltd., and Mr. Lee is Corporate Head and President of SEC's Memory Business. These are textbook apex witnesses who sit near the very top of their respective corporate hierarchies, and are thus shielded from deposition. In addition, the deposition notice for Mr. Choi is not properly directed to Samsung Electronics Co., Ltd., as Mr. Choi is no longer an employee. We have no authority to accept service on his behalf.

Samsung is willing to meet & confer with Netlist regarding your factual basis for noticing the depositions of Mr. Choi and Mr. Lee. Should the Parties be unable to resolve their disagreement, Samsung intends to request an IDC and seek a ruling from the Court.

---

[1] Netlist has noticed a deposition for "Jun Bae Lee," which we assume is a typographical error.

Jason Lo, Esq.
June 17, 2021
Page 2

### Steve Metz

Mr. Metz is not employed with Samsung Electronics, Co. Ltd., and we have no authority to accept service on his behalf.

### Scheduling

Samsung's remaining witnesses are not available for deposition on the dates unilaterally noticed by Netlist. We propose that all depositions be taken off calendar so the Parties may meet & confer on a mutually agreeable schedule for the depositions noticed by both Parties.

### Video Depositions

Several of the noticed witnesses currently reside in the Republic of Korea. In light of ongoing public safety measures relating to the COVID-19 pandemic, and resulting difficulties in international travel, Samsung proposes that their depositions be taken remotely by video teleconference.

### Translation

Certain of Samsung's witnesses will require sequential Korean-English translation. Samsung intends to designate a court-certified translator of its choosing for this purpose.

Let us know your availability for a meet & confer call so we may discuss these issues. Samsung reserves all rights.

Sincerely,

Ekwan E. Rhow

EER:cjl
3723870.2