# Exhibit C

# Jung-Bae Lee

President at Samsung Electronics
South Korea

## Contact

www.linkedin.com/in/jung-bae-lee-67760136 (LinkedIn)

## Top Skills

Semiconductors
IC
Product Management

## Summary

Memory Business
DRAM Product & Technology
Quality Assurance
Memory Product Planning
DRAM Design
Semiconductor Noise

## Experience

**Samsung Electronics**
29 years 3 months

President
December 2020 - Present (8 months)
Hwaseong, Gyeonggi, South Korea

Executive Vice President
May 2017 - December 2020 (3 years 8 months)
대한민국 경기도 화성

Quality Assurance ( Memory )

Senior Vice President
December 2014 - May 2017 (2 years 6 months)
Memory product planning

Vice President
January 2010 - December 2014 (5 years)
DRAM design 2010-2013
Memory product planning 2014

Engineer
May 1992 - December 2009 (17 years 8 months)
DRAM Design

## Education

### Seoul National University
Bachelor's degree, Electronics Engineering

### Seoul National University
Master's degree, Electronics Engineering

### Seoul National University
Doctor of Philosophy (Ph.D.), Electronics Engineering