# Exhibit D

# Joo Sun Choi

President, Semiconductor, Display and LED Business in US, Corporate EVP at Samsung Device Solutions
South Korea

## Contact

www.linkedin.com/in/joo-sun-choi-1909a9b (LinkedIn)
www.isscc.org (Other)

## Top Skills

ASIC
Semiconductors
Semiconductor Industry

## Summary

DRAM Design, Concept Design and Product Definition.

Specialties: Memory Sub-system

——

## Experience

**Samsung Electronics America**
President, Memory, Foundry, SysLSI, Display and LED Business in US, Corporate EVP
May 2017 - Present (4 years 3 months)
San Jose

**Samsung Electronics**
Executive Vice President and GM of Memory Sales & Marketing
December 2014 - March 2017 (2 years 4 months)
Korea

Head of Sales, Marketing, Product Definitions & Applications Engineering for DRAM/Flash Products, Memory Business

**Samsung Electronics**
Senior Vice President and GM, DRAM Product & Technology Development
October 2005 - December 2011 (6 years 3 months)
Korea

Responsible for DRAM Process Technology, Design, Test and Product Engineering

**Micron Technology**
Expert
July 2002 - October 2005 (3 years 4 months)

Worked for the Startegic Marketing and Engineering Group for the new product definition.

Hynix Semiconductor
Director
1989 - 2001 (12 years)

DRAM Design, Product Planing and Strategic Marketing.

---

## Education

Korea Advanced Institute of Science and Technology
Ph.D. & MS, EE · (1989 - 1994)

Seoul National University
BS, Electronics · (1982 - 1986)