# Exhibit E





# Dr. Kinam Kim, Vice Chairman & CEO

Device Solutions Division

**Dr. Kinam Kim is the head of Samsung Electronics Device Solutions Division, overseeing global operations of the memory, System LSI and foundry business units.**

Under Dr. Kim's leadership, Samsung's memory business continues to maintain its top market share and technology leadership with first-to-market products in DRAM, NAND flash and solid state drives (SSD) for more than a decade. Samsung's system LSI Business also demonstrates excellence in logic IC products such as application processors (AP), modem chipsets, CMOS image sensors and display driver ICs for a wide range of applications. In addition, the newly-formed foundry business is a leader in advanced logic process and specialty technologies, such as radio frequency (RF), industry's first high-k metal gate (HKMG) transistor, and 14-nanometer (nm) and 10nm FinFET process technologies. His contributions, leadership and strategic vision have paved the way for Samsung's role as a technology leader in the semiconductor industry.

Dr. Kim has been a driving force at Samsung for more than 35 years since he joined the company in 1981. Prior to his current role, he has served in numerous leadership positions including President and CEO of Samsung Display Co. and Samsung advanced Institute of Technology (SAIT) where he spearheaded the research and development of frontier technologies that have significantly impacted not only the semiconductor industry but also adjacent industries, such as quantum dots, graphene, carbon nanotubes and advanced materials.

Dr. Kim has published more than 470 technical papers in top academic journals, including several papers in Nature and Science, and holds more than 360 international and domestic patents. He is a member of the US National Academy of Engineering, an IEEE Fellow as well as an executive board member of the National Academy of Engineering of Korea. His contributions to the semiconductor industry have been recognized, and some of the latest recognitions include "IMEC Lifetime Achievement Award" in 2017 and "Flash Memory Summit Lifetime Achievement Award" in 2016, "The Korea Science & Technology Award" in 2019.[1]

Dr. Kim received his B.S. in Electrical Engineering from Seoul National University in 1981, M.S. in Electrical Engineering from Korea Advanced Institute of Science and Technology (KAIST) in 1983, and his Ph.D. in Electrical Engineering from University of California Los Angeles (UCLA) in 1994.

1) The government of Korea bestows the Korea Science and Technology Award to those who have contributed greatly to the development of the nation and the welfare of the people through global technological innovation and achievements in R&D.

# Dr. Jungbae Lee, President & GM

Memory Business, Device Solutions Division

**Dr. Jung-Bae Lee is President and General Manager of Memory Business in Samsung Electronics' Device Solutions Division.**

Dr. Lee joined Samsung the DRAM Design Team and became an expert in DRAM technology. He participated in the development of various DRAM products, most notably DDR, DDR2, DDR3, GDDR, LPDDR2, LPDDR3.

In 2011, he was elevated to VP and Head of the Design Team for his contribution to the advancement of DRAM technology.

Additionally, his business acumen was instrumental in strategically productizing and gaining market acceptance of Samsung's most advanced technologies such as 3D-NAND and HBM (High Bandwidth Memory) during his tenure as Senior VP in the Product Planning Team from 2013 to 2017.

Other roles Dr. Lee has fulfilled are Executive VP of Quality Assurance Department of Memory Business and later become in charge of DRAM Product and Technology Development prior to being promoted to President and General Manager of Memory Business.

He received his B.S., M.S., and Ph.D. degrees in electronics engineering from Seoul National University.





## Dr. Inyup Kang, President & GM

System LSI Business, Device Solutions Division

**Dr. Inyup Kang is the president and general manager of the System LSI Business in Samsung Electronics' Device Solutions Division.**

Before his appointment as general manager of System LSI Business in 2017, he led numerous R&D teams in and out of the company. From 1996 to 2009, he led cellular modem developments at Qualcomm. In 2010, he joined Samsung Electronics and he has led R&D and commercialization of cellular baseband/RF chipsets. Owing to his experience and insight in modem and relevant wireless communication technologies, Samsung's System LSI Business has become one of the key players in the mobile industry.

As a general manager of System LSI Business, he has strengthened Samsung's industry-leading position in system on chip, image sensor, display solution, power IC, and security solution markets. With the development of diverse innovative solutions, such as the industry's first commercial 5G modem, AI-enabled mobile processor, and the first 0.7μm and 0.8μm 108Mp CMOS image sensors, he is driving the growth of Samsung's System LSI Business.

He is an IEEE Fellow and a Member of the National Academy of Engineering of Korea, and was awarded "The Gold Tower Order of Industrial Service Merit" in 2019.

Dr. Kang received B.S. and M.S. degrees in Electronics Engineering from Seoul National University in 1985 and 1987, respectively, and a Ph.D. degree in Electrical Engineering from UCLA in 1996.

## Dr. Siyoung Choi, President & GM

Foundry Business, Device Solutions Division

**Dr. Siyoung Choi is the president and general manager of the foundry business in Samsung Electronics' Device Solutions Division.**

Prior to his current position, Dr. Choi successfully led establishing the world's largest semiconductor manufacturing cluster serving as the head of Manufacturing Technology Center since 2017. He also spearheaded the innovation of manufacturing system to greatly strengthen fab operation efficiency as well as maximize technology competitiveness.

Since joining Samsung Electronics in 1995, Dr. Choi has played a pivotal role in developing next-generation process technologies across memory and logic ICs that strengthened Samsung's leading position in the semiconductor market. Under his leadership, Samsung successfully launched industry's first SoCs based on 14 and 10nm FinFET process technologies.



Dr. Choi has published more than 100 technical papers in top academic journals, and holds more than 100 U.S. patents. He also has been serving as a member of numeral technical committees including VLSI, ITRS, and IMEC.

Dr. Choi received his B.S. and M.S in Materials Science and Engineering from Yonsei University in 1986 and 1988 respectively, and his Ph.D. in Materials Science and Engineering from Ohio State University in 1994.

| Products | Solutions | Support | More information | Sustainability | Company |
|---|---|---|---|---|---|
| DRAM | Applications | Global Network | Consumer Storage (日本語) ↗ | **Sustainability for All** | About Us |
| SSD | Topics | FAQs | Consumer SSD ↗ | Green Chips | Newsroom |
| eStorage | Technology | Product Finder | Exynos ↗ | Climate Action | Careers |
| MCP (Multi Chip Package) | | Technical Resources | ISOCELL ↗ | Reduce and Reuse | |
| Exynos Processor | | | | | |

| ISOCELL Image Sensor | | Storage TCO Calculator | LED ↗ | Preserving Nature |
| --- | --- | --- | --- | --- |
| | | | Display ↗ | |
| Security Solution | | OpenMPDK | Worker Safety ↗ | Safety First |
| Display IC | | Consumer SSD Download ↗ | B2B Workplace ↗ | Staying Healthy |
| Power IC | | | | Education for All |
| | | Contact Us | Samsung Foundry ↗ | Growing Together |
| | | | Samsung Business ↗ | |

Stay in the loop?      Memory

Exynos                                    ISOCELL

한국어    ENGLISH    中文 (简体)         PRIVACY    LEGAL    SITEMAP

Copyright© 1995-2021 SAMSUNG ALL rights reserved.