# Exhibit J

From: u=Jibum Kim/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9D2D463399F548AA9F280D7919CC6291-JBKIM
Sent: Thu, 1 Oct 2015 18:37:59 -0400 (EDT)
To: jung-bae.lee@samsung.com; hyunki.ji@samsung.com
Cc: jeff.sung@samsung.com
Subject: DA related Meeting required.

Dear All,

Our company's President Hong is scheduled to arrive next week and have lunch with President Jeon next Monday and we would like to have a meeting about DA either before or after then. We would like to eliminate any delay in the future resulting from difference of opinions in regard to DA.
We are available any time before or after the lunch on Monday the 5th, so please check and let us know.

Best regards.
JB Kim.

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California        )
                           )   S. S.
Los Angeles County         )

    I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated <u>Email dated 10/01/2015 with the subject 'DA related Meeting required.'</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

**Description of Translated Documents**

<u>Email dated 10/01/2015 with the subject 'DA related Meeting required.'</u>

Executed on July 19, 2021

*[signature]*

Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

**From:** Jibum Kim/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9D2D463399F548AA9F280D7919CC6291-JBKIM
**Sent:** Thu, 1 Oct 2015 18:37:59 -0400 (EDT)
**To:** jung-bae.lee@samsung.com; hyunki.ji@samsung.com
**Cc:** jeff.sung@samsung.com
**Subject:** DA관련 Meeting필요.

---

Dear All,

다음주 자사 홍사장이 귀국하여 다음주 월요일 전사장님과 점심을 하기로 되어 있는데 전후해서 DA관련 Meeting을 진행하였으면 합니다. DA관련하여 각사의 생각이 달라 향후 시간이 지체되는 것을 사전에 제거하려고 합니다.
저희는 5일(월), 점심 전후해서 다 가능하니 검토 부탁합니다.

Best regards.
JB Kim.