# Exhibit L

| | |
|---|---|
| From: | JUNG-BAE LEE <jung-bae.lee@samsung.com> |
| Sent: | Wed, 15 Apr 2015 02:05:50 -0400 (EDT) |
| To: | Jibum Kim <jbkim@netlist.com>; Kyu-han Han<kyuhan_han@samsung.com>; Dong-ki Lee <daniel00.lee@samsung.com>; CPGS <cpgs@samsung.com>; Saebomi Lee <qhal74.lee@samsung.com> |
| Subject: | Re: RE: RE: Re: RE: RE: Netlist |

Understood. Please use the address on the business card.
(Please come to the H1 main entrance.)

I will prepare the meeting room for 1:00PM.

I am including my secretary Saebomi Lee to this email.
Ms. Saebomi, please prepare the clearance for entry and reserve the meeting room.

Please provide the ID number (first digits of the Resident Registration Number or the passport number) to apply for clearance for entry.
Jung-bae Lee

Jung-Bae Lee, Ph.D.
Senior Vice President
Product Planning & Application Engineering Team
Memory Division, Samsung Electronics Co., LTD
jung-bae.lee@samsung.com
office : +82-31-208-6750
cellular : +82-10-4613-3946


------- **Original Message** -------
**Sender** : Jibum Kim<jbkim@netlist.com>
**Date** : 2015-04-15 13:11 (GMT+09:00)
**Title** : RE: RE: Re: RE: RE: Netlist

Let's do it at 1:00PM on the 17th.

There are 2 attendees,
Chuck Hong, Jibum Kim
Vehicle: 48 Jo 9405

The location is the address on the business card, correct?

Regards

From: JUNG-BAE LEE [mailto:jung-bae.lee@samsung.com]
Sent: Wednesday, April 15, 2015 1:00 PM
To: Jibum Kim; Kyu-han Han; Dong-ki Lee; CPGS
Subject: Re: RE: Re: RE: RE: Netlist

I'm only available from 1:00PM. I'll be available from then to 5:00PM, so I'd like to arrange the meeting between then.

Jung-bae Lee
Jung-Bae Lee, Ph.D.
Senior Vice President
Product Planning & Application Engineering Team
Memory Division, Samsung Electronics Co., LTD

jung-bae.lee@samsung.com
office : +82-31-208-6750
cellular : +82-10-4613-3946

------- **Original Message** -------
**Sender** : Jibum Kim<jbkim@netlist.com>
**Date** : 2015-04-15 12:54 (GMT+09:00)
**Title** : RE: Re: RE: RE: Netlist

Would it be possible to have the meeting at 12:00PM (on 17th)?
And the 16th is wide open. How about that day?

Regards.

From: Jung-bae Lee [mailto:jung-bae.lee@samsung.com]
Sent: Wednesday, April 15, 2015 9:00 AM
To: Jibum Kim; Kyu-han Han; Dong-ki Lee; CPGS
Subject: Fwd: Re: RE: RE: Netlist

I'm sorry, but I can only do after 1:00PM on 17th.

I apologize for so many changes to the schedule. Would it be possible to change it to 1:00PM?

Jung-bae Lee
Jung-Bae Lee


---Original Message---
From: jung-bae.lee@samsung.com
Sent: 2015/04/15 08:10 (GMT+09:00)
Title: Re: RE: RE: Netlist

Understood. I will prepare a location.

I'll make the preparation for a meeting for about 1 hour starting at 11:00AM on the 17th (FRI) and then having lunch afterwards. (I am including VP Kyu-han Han from the Planning Team and VP Dong-ki Lee from Flash Planning for preparation purposes.)

Please provide the vehicle license plate number and the ID numbers of the attendees to secure entry to the building and for preparation purposes.

Jung-bae Lee
Jung-Bae Lee, Ph.D.
Senior Vice President
Product Planning & Application Engineering Team
Memory Division, Samsung Electronics Co., LTD
jung-bae.lee@samsung.com
office : +82-31-208-6750
cellular : +82-10-4613-3946


------- **Original Message** -------

**Sender** : Jibum Kim<jbkim@netlist.com>
**Date** : 2015-04-14 11:56 (GMT+09:00)
**Title** : RE: RE: Netlist

We can do 17th at 11:00AM.

Regards.

---

From: Jung-bae Lee [mailto:jung-bae.lee@samsung.com]
Sent: Tuesday, April 14, 2015 11:26 AM
To: Jibum Kim
Subject: Re: RE: Netlist

I'm sorry, but we need to adjust the schedule. How about the 17th at 11:00AM or 1:00PM?
To be clear, next week on the 23rd or 24th would be even better…
I'm not sure if your schedules would work then.

Please let me know.

Jung-bae Lee
Jung-Bae Lee, Ph.D.
Senior Vice President
Product Planning & Application Engineering Team
Memory Division, Samsung Electronics Co., LTD
jung-bae.lee@samsung.com
office : +82-31-208-6750
cellular : +82-10-4613-3946

------- **Original Message** -------
**Sender** : Jibum Kim<jbkim@netlist.com>
**Date** : 2015-04-14 00:49 (GMT+09:00)
**Title** : RE: Netlist

Yes, that's fine.

Please provide the location.

Regards.
JB Kim.

---

From: Jung-bae Lee [mailto:jung-bae.lee@samsung.com]
Sent: Monday, April 13, 2015 1:31 PM
To: Jibum Kim; Hyun-ki Ji
Subject: Re: Netlist

Hello,
I heard from the general manager.
Around 11:00AM on the 16th is good for me. Would that work for you?

Jung-bae Lee
Jung-Bae Lee, Ph.D.
Senior Vice President
Product Planning & Application Engineering Team
Memory Division, Samsung Electronics Co., LTD
jung-bae.lee@samsung.com
office : +82-31-208-6750
cellular : +82-10-4613-3946

office : +82-31-208-6750
cellular : +82-10-4613-3946


------- **Original Message** -------
**Sender** : Jibum Kim<jbkim@netlist.com>
**Date** : 2015-04-13 10:59 (GMT+09:00)
**Title** : Netlist

    SVP Lee,

    How are you?

    My name is Ji-bum Kim, and I newly joined Netlist as SVP.
    The president of Netlist and I would like to set up a meeting with you next week. Would you be available?
    Please let me know if you have availability on 4/16 or 4/17.
    We would like to discuss strategic collaboration or the Business Model.

    Best regards.

    JB Kim
    Executive Vice President, Netlist
    Mobile : 82_10-2414-3760
    jbkim@netlist.com

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California            )
                               )     S. S.
Los Angeles County             )

      I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated <u>Email chain dated 04/15/2015 with the subject 'Re: RE: RE: Re: RE: RE: Netlist'</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

**<u>Description of Translated Documents</u>**

<u>Email chain dated 04/15/2015 with the subject 'Re: RE: RE: Re: RE: RE: Netlist'</u>

Executed on July 19, 2021

*[signature]*

Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

**From:** JUNG-BAE LEE <jung-bae.lee@samsung.com>
**Sent:** Wed, 15 Apr 2015 02:05:50 -0400 (EDT)
**To:** Jibum Kim <jbkim@netlist.com>; 한규한<kyuhan_han@samsung.com>; 이동기<daniel00.lee@samsung.com>; CPGS <cpgs@samsung.com>; 이새보미 <qhal74.lee@samsung.com>
**Subject:** Re: RE: RE: Re: RE: RE: Netlist

알겠습니다. 주소는 명함 것 사용하시면 되겠습니다.
(H1 정문으로 오시기 바랍니다.)

1시에 맞추어 회의실 준비하겠습니다.

제 비서 이새보미 씨 수신처에 추가합니다.
새보미씨가 출입 신청 및 회의실 준비 해 주세요.

출입 신청을 위해 신분증 (주민등록번호 앞자리, 혹은 여권번호) 번호 부탁합니다.

이정배
Jung-Bae Lee, Ph.D.
Senior Vice President
Product Planning & Application Engineering Team
Memory Division, Samsung Electronics Co., LTD
jung-bae.lee@samsung.com
office : +82-31-208-6750
cellular : +82-10-4613-3946


------- **Original Message** -------
**Sender** : Jibum Kim<jbkim@netlist.com>
**Date** : 2015-04-15 13:11 (GMT+09:00)
**Title** : RE: RE: Re: RE: RE: Netlist

17일, 1시에 하시지요.

참석자는 2명,
Chuck Hong, 김지범
차량 : 48조 9405

장소는 명함에 나온 주소로 찾아가면 되지요?

Regards


**From:** JUNG-BAE LEE [mailto:jung-bae.lee@samsung.com]
**Sent:** Wednesday, April 15, 2015 1:00 PM
**To:** Jibum Kim; 한규한; 이동기; CPGS
**Subject:** Re: RE: Re: RE: RE: Netlist

제가 1시부터만 가능한 상황입니다.
그 이후는 저녁 5시 이전까진 가능하므로
그 사이에 만나뵐 수 있었으면 합니다.

이정배
Jung-Bae Lee, Ph.D.
Senior Vice President
Product Planning & Application Engineering Team
Memory Division, Samsung Electronics Co., LTD

------- **Original Message** -------
**Sender** : Jibum Kim<jbkim@netlist.com>
**Date** : 2015-04-15 12:54 (GMT+09:00)
**Title** : RE: Re: RE: RE: Netlist

12시(17일) 미팅은 가능한지요?

혹 16일은 Wide open인데 어떠신지요?

Regards.

**From:** 이정배 [mailto:jung-bae.lee@samsung.com]
**Sent:** Wednesday, April 15, 2015 9:00 AM
**To:** Jibum Kim; 한규한; 이동기; CPGS
**Subject:** Fwd: Re: RE: RE: Netlist

죄송합니다만,
17일은 오후 1시 이후만 가능합니다.

일정에 변동이 많아 죄송합니다.
1시로 조정하는 것이 가능하실지요.


이정배
Jung-Bae Lee


---원본 메시지---
발신인 : jung-bae.lee@samsung.com
발신일자 : 2015/04/15 08:10 (GMT+09:00)
제목 : Re: RE: RE: Netlist


알겠습니다. 장소 준비하겠습니다.

17일(금) 11시부터 한시간 진행하고, 식사하시는 것으로 준비하겠습니다.
(준비를 위해 기획팀 한규한 상무 및 Flash 기획 이동기 상무를 수신처에 넣습니다.)

준비를 위해서, 그리고 사업장 출입을 위해서
차량번호 및 참석자 신분증 번호를 알려주시기 바랍니다.

이정배
Jung-Bae Lee, Ph.D.
Senior Vice President
Product Planning & Application Engineering Team
Memory Division, Samsung Electronics Co., LTD
jung-bae.lee@samsung.com
office : +82-31-208-6750
cellular : +82-10-4613-3946



------- **Original Message** -------

**Sender** : Jibum Kim<jbkim@netlist.com>
**Date** : 2015-04-14 11:56 (GMT+09:00)
**Title** : RE: RE: Netlist

17일 11시 가능합니다.

Regards.

**From:** 이정배 [mailto:jung-bae.lee@samsung.com]
**Sent:** Tuesday, April 14, 2015 11:26 AM
**To:** Jibum Kim
**Subject:** Re: RE: Netlist

죄송합니다만, 저희쪽 일정이 변경 필요해서
17일 11시 혹은 1시가 어떠실지요?
정확하게는 다음주 23일,24일 중이 더 좋습니다만...
일정이 어떠신지 모르겠습니다.

의견 주시기 바랍니다.

이정배
Jung-Bae Lee, Ph.D.
Senior Vice President
Product Planning & Application Engineering Team
Memory Division, Samsung Electronics Co., LTD
jung-bae.lee@samsung.com
office : +82-31-208-6750
cellular : +82-10-4613-3946




------- **Original Message** -------
**Sender** : Jibum Kim<jbkim@netlist.com>
**Date** : 2015-04-14 00:49 (GMT+09:00)
**Title** : RE: Netlist

예 좋습니다.

장소를 부탁드립니다.

Regards.
JB kim.

**From:** 이정배 [mailto:jung-bae.lee@samsung.com]
**Sent:** Monday, April 13, 2015 1:31 PM
**To:** Jibum Kim; 지현기
**Subject:** Re: Netlist

안녕하십니까?
사업부장님께 얘기 들었습니다.
저는 16일 오전 11시 경이 좋습니다만, 어떠신지요?

이정배
Jung-Bae Lee, Ph.D.
Senior Vice President
Product Planning & Application Engineering Team
Memory Division, Samsung Electronics Co., LTD
jung-bae.lee@samsung.com

office : +82-31-208-6750
cellular : +82-10-4613-3946

------- **Original Message** -------
**Sender** : Jibum Kim<jbkim@netlist.com>
**Date** : 2015-04-13 10:59 (GMT+09:00)
**Title** : Netlist

이전무님,

안녕하신지요?

저는 최근 Netlist에 Join한 김지범부사장 입니다.
다음주에 Netlist사 사장과 제가 이전무님을 찾아보려그 하는 데
시간이 가능하신지요?
4/16일 또는 4/17일 중 가능한 시간 알려 주시길 부탁드립니다.
안건은 전략적 협업 또는 Business Model에 대해 논의하려고
합니다.

Best regards.

JB Kim
Executive Vice President, Netlist
Mobile : 82_10-2414-3760
jbkim@netlist.com

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술 등을 포함**하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지**됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.