# Exhibit N

From: Jung-bae Lee <jung-bae.lee@samsung.com>
Sent: Thu, 21 Jul 2016 04:38:47 -0400 (EDT)
To: Jibum Kim <jbkim@netlist.com>; "Hyun-ki Ji" <hyunki.ji@samsung.com>; CPGS <cpgs@samsung.com>
Cc: In-dong Kim<indong2.kim@samsung.com>
Subject: Re: HVDIMM PR Launch Draft

I will review and provide feedback.
Principal Engineer In-dong Kim, please review.


Jung-bae Lee
Jung-bae Lee


--------- **Original Message** ---------
**Sender** : Jibum Kim <jbkim@netlist.com>
**Date** : 2016-07-21 16:02 (GMT+9)
**Title** : HVDIMM PR Launch Draft

SVP Jung-bae Lee,

We are trying to announce the HVDIMM that we mentioned during the previous meeting with President Jeon at the upcoming FMS (8/8) and last week, we met with Lenovo at the U.S. headquarters and decided to collaborate with each other in regard to HVDIMM and are planning to exhibit a System that can directly assess the increase in performance by mounting HVDIMM on the Lenovo server system.
Of course, we're planning to share the presentation with Samsung through a meeting prior to FMS. (7/29)

What we're requesting is that we're trying to PR the HVDIMM at the same time as FMS and we believe that many advantages of HVDIMM represented by our company and the effect on the industry has been detailed very well in the PR content, so we'd like to ask that Samsung also review it in advance and help provide a timely PR.

Best regards.

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California           )
                              )    S. S.
Los Angeles County            )

      I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated <u>Email chain dated 07/21/2016 with the subject 'Re: HVDIMM PR Launch Draft'</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

**<u>Description of Translated Documents</u>**

<u>Email chain dated 07/21/2016 with the subject 'Re: HVDIMM PR Launch Draft'</u>

Executed on July 19, 2021

*[signature]*
_____
Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

KO & MARTIN Certified Interpreters and Translators www.komartin.com (213) 999-7848

| | |
|---|---|
| From: | 이정배 <jung-bae.lee@samsung.com> |
| Sent: | Thu, 21 Jul 2016 04:38:47 -0400 (EDT) |
| To: | Jibum Kim <jbkim@netlist.com>; 지현기<hyunki.ji@samsung.com>; CPGS <cpgs@samsung.com> |
| Cc: | 김인동 <indong2.kim@samsung.com> |
| Subject: | RE: HVDIMM PR Launch Draft |

검토하고 feedback 드리겠습니다.
김인동 수석,
검토 바랍니다.

이정배
Jung-Bae Lee

--------- Original Message ---------
Sender : Jibum Kim <jbkim@netlist.com>
Date : 2016-07-21 16:02 (GMT+9)
Title : HVDIMM PR Launch Draft

이정배전무님,

지난 번 전사장님과의 미팅시 저희가 언급한 HVDIMM을 오는 FMS(8/8)에서 발표를 하려고 하며 지난 주 미국 본사에서 Lenovo를 만나 HVDIMM 관련하여 양사가 Collaboration하기로 하였으며 HVDIMM을 Lenovo server system에 장착하여 Performance의 향상을 직접 파악할 수 있는 System을 전시 할 예정입니다.
물론 삼성과는 FMS전에 Meeting을 통해 발표 너용을 공유토록 할 예정입니다. (7/29)

저희가 요청하는 내용은 FMS와 같은 시기에 HVDIMM에 대해 PR을 하려고 하며 이 PR내용에는 자사가 생각하는 HVDIMM의 많은 장점과 Industry에 미치는 영향들을 아주 잘 기술하였다고 생각하니 삼성에서도 사전에 점검하셔서 Timely PR이 될 수 있도록 협조 부탁 드리겠습니다.

Best regards.

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.

상기 메일은 지정된 수신인만을 위한 것이며,「부정경쟁방지 및 영업비밀보호에 관한 법률」,「개인정보보호법」을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술, 기밀정보, 개인정보 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 복사 또는 사용하거나, 제3자에게 공개, 배포, 제공하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 즉시 발신인 또는 당사에 알려주시고 본 메일을 삭제하여 주시기 바랍니다.