# Exhibit O

| | |
|---|---|
| **From:** | Neal Knuth <n.knuth@samsung.com> |
| **Sent:** | Mon, 4 Dec 2017 12:08:38 -0500 (EST) |
| **To:** | Neal Knuth <n.knuth@samsung.com> |
| **Subject:** | 2018 SSD Demand: P/SM1633A and P/SM1725A |
| **Attachments:** | Samsung_Roadmapl_110117_RA.PDF |

Hi All,

Looks like 2018 will be a challenge to get support on the P/SM1633A and P/SM1725A (Or next V4 generation of family series) of drives. I do have some forecasts but I need you to confirm by customer what you believe (don't inflate) you will need in terms of support in next year. Roadmap is attached. I am meeting with JS Choi this week to discuss the below so please send back to me ASAP.

Need the below info to support:

Customer Name:
Application:
Samples Status:  On order?  Delivered, still need?
Qual Status:
Q1 forecast:
Q2 forecast:
Q3 forecast:
Q4 forecast:
Price given:
Any special requirements?

Lastly, any customers that may be good targets but we have not yet confirmed, etc.

   Thank you,
감사합니다
Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
**New Office Number**:  949 910 2835

nealk@ssi.samsung.com

   Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.
   *Privacy Notic*e: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.