1
2
3
4
5
6
7

8                   UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>            Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**[PROPOSED] ORDER GRANTING NETLIST INC.'S MOTION TO COMPEL DEPOSITIONS OF JUNG BAE LEE AND JOO SUN CHOI**<br><br>Action Filed:  May 28, 2020<br>Trial Date:  November 30, 2021<br><br>Hon. Autumn D. Spaeth, U.S. Magistrate Judge |

**[Discovery Document: Referred to Magistrate Judge Autumn D. Spaeth]**

1       The Court, having considered the materials and arguments submitted by Plaintiff Netlist Inc. in its Motion to Compel Depositions of Jung Bae Lee and Joo Sun Choi, and the declarations of Raymond A. LaMagna and Paik Ki Hong submitted in support thereof, and having found good cause, hereby GRANTS the motion.

      Samsung shall produce Jung Bae Lee and Joo Sun Choi for deposition in this matter before August 16, 2021.

**IT IS SO ORDERED.**

Dated: _____, 2021

                                                                                  The Hon. Autumn D. Spaeth
                                                                             United States Magistrate Judge