# Exhibit 15

SLIP-SHEETED VERSION OF EXHIBIT 15 PROPOSED TO BE FILED UNDER SEAL