# Exhibit 16

SLIP-SHEETED VERSION OF EXHIBIT 16 PROPOSED TO BE FILED UNDER SEAL