# Exhibit 17

SLIP-SHEETED VERSION OF EXHIBIT 17 PROPOSED TO BE FILED UNDER SEAL