UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>               Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**[PROPOSED] ORDER GRANTING NETLIST INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Action Filed: May 28, 2020<br>Trial Date: November 30, 2021<br><br>Hon. Mark C. Scarsi |

1  The Court, having considered the materials and arguments submitted by Plaintiff Netlist Inc. in its Application for Leave to File Under Seal Pursuant to L.R. 79–5.2.2(a) (the "Application"), and the declaration of Raymond A. LaMagna submitted in support thereof, and having found compelling reasons, hereby ORDERS as follows:

The Application is GRANTED. The following documents SHALL BE FILED UNDER SEAL as follows:

| Document | Portions to be Sealed |
|---|---|
| Exhibit 1 to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Opposition to Defendant's Motion for Judgment on the Pleadings | Entire Exhibit 1 |
| Exhibit 2 to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Opposition to Defendant's Motion for Judgment on the Pleadings | Entire Exhibit 2 |
| Exhibit 3 to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Opposition to Defendant's Motion for Judgment on the Pleadings | Entire Exhibit 3 |
| Exhibit 4 to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Opposition to Defendant's Motion for Judgment on the Pleadings | Entire Exhibit 4 |
| Exhibit 7 to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Opposition to Defendant's Motion for Judgment on the Pleadings | Entire Exhibit 7 |

| | |
|---|---|
| Exhibit 10 to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Opposition to Defendant's Motion for Judgment on the Pleadings | Entire Exhibit 10 |
| Exhibit 13 to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Opposition to Defendant's Motion for Judgment on the Pleadings | Entire Exhibit 13 |
| Exhibit 14 to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Opposition to Defendant's Motion for Judgment on the Pleadings | Entire Exhibit 14 |
| Exhibit 18 to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Opposition to Defendant's Motion for Judgment on the Pleadings | The specified language at:<br>• page 3, lines 13-15;<br>• page 4, lines 7-15, 17-21;<br>• page 5, lines 3-6, 21-23;<br>• page 6, lines 4, 8-10, 15; and<br>• page 7, lines 8-12, 18-20 |
| Exhibit 19 to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Opposition to Defendant's Motion for Judgment on the Pleadings | The specified language at:<br>• page 3, lines 13-15;<br>• page 4, lines 8-17, 19-24;<br>• page 5, lines 7-10, 25-27;<br>• page 6, lines 8, 12-15, 21;<br>• page 7, lines 17-21, 27; and<br>• page 8, lines 1-2 |
| The Declaration of C.K. Hong in Support of Netlist Inc.'s Opposition to Defendant's Motion for Judgment on the Pleadings | The specified language at:<br>• page 3, lines 13-14, 26-28;<br>• page 4, lines 1-2, 8-9, 16-19, 27-28;<br>• page 5, lines 6-8, 12-15, 17-19; and<br>• page 6, lines 5-10, 14-17 |
| Netlist Inc.'s Opposition to Defendant's Motion for Judgment on the Pleadings | The specified language at:<br>• page 1, lines 15-16; |

|  | <ul><li>page 2, lines 10, 12-14;</li><li>page 3, lines 1-9, 11-15;</li><li>page 4, lines 12-15, 27;</li><li>page 5, lines 1-2, 25-26;</li><li>page 14, lines 14-15;</li><li>page 16, lines 12-14; and</li><li>page 18, lines 18, 22</li></ul> |
|---|---|

In accordance with L.R. 79–5.2.2(a), Netlist is directed to file the sealed documents pursuant to the protocol outlined in L.R. 79–5.2.2(c). The Clerk will not convert the proposed sealed documents submitted with the Application into a new filing.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
The Hon. Mark C. Scarsi
United States District Judge

**CERTIFICATE OF SERVICE**

I, Raymond A. LaMagna, an attorney, hereby certify that the **[PROPOSED] ORDER GRANTING NETLIST INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL,** was emailed to counsel for Samsung Electronics Inc., Ltd., on July 26, 2021.

By: */s/ Raymond A. LaMagna*
Raymond A. LaMagna

Attorney for Plaintiff Netlist Inc.