# Exhibit 1

SLIP-SHEETED VERSION OF EXHIBIT 1 PROPOSED TO BE FILED UNDER SEAL