# Exhibit 2

SLIP-SHEETED VERSION OF EXHIBIT 2 PROPOSED TO BE FILED UNDER SEAL