# Exhibit 3

SLIP-SHEETED VERSION OF EXHIBIT 3 PROPOSED TO BE FILED UNDER SEAL