# Exhibit 4

SLIP-SHEETED VERSION OF EXHIBIT 4 PROPOSED TO BE FILED UNDER SEAL