# Exhibit 7

SLIP-SHEETED VERSION OF EXHIBIT 7 PROPOSED TO BE FILED UNDER SEAL