# Exhibit 10

SLIP-SHEETED VERSION OF EXHIBIT 10 PROPOSED TO BE FILED UNDER SEAL