# Exhibit 13

SLIP-SHEETED VERSION OF EXHIBIT 13 PROPOSED TO BE FILED UNDER SEAL