# Exhibit 14

SLIP-SHEETED VERSION OF EXHIBIT 14 PROPOSED TO BE FILED UNDER SEAL