JASON C. LO, SBN 219030
jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
mbenjamin@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JASON SHEASBY, SBN 205455
jsheasby@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-993-MCS (ADS)<br><br>**REDACTED VERSION OF THE DECLARATION OF C.K. HONG IN SUPPORT OF NETLIST INC.'S OPPOSITION TO SAMSUNG ELECTRONICS CO., LTD.'S MOTION FOR JUDGMENT ON THE PLEADINGS PROPOSED TO BE FILED UNDER SEAL** |

# DECLARATION OF C.K. HONG

I, C.K. Hong, declare:

1. I am Chief Executive Officer and co-founder of Netlist Inc. ("Netlist"). I am submitting this declaration in support of Netlist's Opposition to Samsung Electronics Co., Ltd.'s ("Samsung") Motion for Judgment on the Pleadings. I have personal knowledge of the matters stated here and I could and would testify hereto if needed.

2. Netlist is an innovator in high-performance memory module technologies. We design and manufacture a variety of high-performance products used in servers and storage systems for the cloud computing, virtualization, and big data markets. Netlist's technology enables users to derive useful information from vast amounts of data in a shorter period of time.

3. Since its founding in 2000, Netlist has been focused on creating breakthrough products that fill the performance gap between server and storage architectures and the capabilities of existing memory technologies. Netlist's early products were built on a variety of pioneering ideas from Netlist engineers that improved performance and lowered cost compared to conventional memory. Netlist quickly established itself as a creator of unique technology and as an important supplier of high-performance server memory modules to the world's largest high-tech companies including Dell, IBM, HP, and Apple, among others. Given this track record, customers have engaged Netlist to create custom, proprietary products to satisfy unique requirements.

4. Samsung's commitment to supply NAND and DRAM to Netlist as consideration for the agreement we entered into was of crucial value to Netlist. First, the semiconductor industry has historically experienced cyclical shortages of NAND and DRAM, so Netlist aimed to reduce business risk stemming from the possibility that these shortages would disrupt the flow of products to our customers. Second, even as the largest memory producer in the world, Samsung supplies NAND and DRAM

directly to a surprisingly small number of select companies. As a result, an agreement with Samsung for direct product supply elevated Netlist into an elite group of industry players and provided assurances to Netlist's customers that if they engaged Netlist, they would have good access to supply. In an industry where the inability to secure NAND and DRAM forces businesses to shut down, a direct supply relationship with the world's largest memory semiconductor manufacturer is a significant strategic advantage.

5. Because securing direct supply of NAND and DRAM was so critical to Netlist, Netlist was willing to make a number of important concessions to Samsung in exchange for Samsung's contractual commitment to provide supply. Chief among these, Samsung sought and Netlist agreed to provide Samsung with a license to its patents. Netlist also agreed to a lower upfront payment to support the overall structure of the deal. In particular, Netlist initially sought an █████████████. Following several months of negotiations, Netlist eventually agreed to an $8 million NRE fee but with a commitment from Samsung that its supply obligation was firm and binding. Netlist and Samsung executed a Joint Development and License Agreement ("JDLA") in November 2015.

6. The market for NAND and DRAM is effectively an oligopoly with Micron, SK Hynix, and Samsung controlling approximately 95% of the world's supply. Although all three manufacturers offer NAND and DRAM, the products from the three suppliers are not interchangeable. This is because each company implements different design and fabrication processes which result in varying speed, power, and endurance characteristics in customers' server and storage systems. Therefore, a server or storage manufacturer cannot simply replace a Hynix or Micron server memory for a Samsung server memory without re-qualification or, in some cases, a redesign of their server systems. ███████████████████████

1. ███████████████████████████████████████████████████
2. ██████████ For those Netlist customers who have qualified a given server or storage system to run Samsung NAND and DRAM, it was Samsung and Netlist's mutual understanding that Netlist would obtain the product directly from Samsung. I know this based on communications between Netlist and Samsung. Indeed, for Netlist to voluntarily go to a third-party middleman for supply of Samsung NAND and DRAM when Samsung was obligated to provide them directly would make no sense. ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ For these reasons, after the JDLA was signed, Netlist attempted to fill its entire requirement for Samsung-qualified NAND and DRAM from Samsung.

7. Before the JDLA was signed, Samsung supplied effectively no product to Netlist. After the execution of the JDLA, Netlist and Samsung engaged in a course of dealing in which Netlist would make regular requests for NAND and DRAM and Samsung would reasonably comply. For nearly two years following the execution of the JDLA, Samsung sold Netlist ██████████ worth of products each quarter. In 2016, Netlist purchased approximately ███████ worth of NAND and DRAM from Samsung. In the first half of 2017 alone, Samsung's supply to Netlist exceeded ████████.

8. The ability to obtain supply from Samsung was crucial to Netlist's ability to service its new customer base. After the execution of the JDLA, Netlist invested heavily in sales and marketing efforts to expand the market for Samsung-based products. Netlist convinced customers who previously had not had access to Samsung products to qualify server systems with Samsung NAND and DRAM.

9. In May 2017, Samsung unilaterally and without any prior notice informed Netlist that its allocation would be cut to zero. This meant that Samsung's management made a conscious decision to stop supplying Netlist directly. ████████████████████████████████████████████ as the product supply from Samsung

was ramping up nicely, the joint development was progressing well, and there was no indication of trouble in the growing partnership. With its enormous market power, over the years I have seen Samsung cease business dealing with large, longtime customers abruptly with no explanation. The difference here is that none of those companies had a comprehensive and binding product supply, joint development, and license agreement with Samsung; we did. ▮

▮ In the quarters after Samsung's zero-allocation decision, Samsung's supply to Netlist of DRAM and NAND ▮. By the third quarter after this decision, the supply from Samsung trickled to virtually nothing. Because of pre-existing purchase orders, the deliveries from Samsung did not drop to zero immediately.

▮

10.   Netlist customers who also invested financial and technical resources to design and build servers that used Samsung memory ▮

▮ For some time following Samsung's decision to cut Netlist's allocation to zero, Netlist did everything in its power to convince Samsung to comply with its supply obligations. It implored Samsung sales management to reverse its decision and provide Netlist with allocation. Within a few weeks of receiving notice of Samsung's allocation decision, Netlist's management flew to Samsung's U.S. headquarters in Silicon Valley and made a presentation on the critical importance of supply continuity. Between the second half of 2017 and the first half of 2018, several additional meetings were held in Korea. Because the supply arrangement with Samsung was so uniquely valuable to Netlist, we did not want to walk away from it. It ultimately became clear, however, that Samsung was not going to change its mind. Samsung was simply going

to decide unilaterally when, if ever, it would honor its obligations under the JDLA to supply Netlist.

11. After Netlist filed this lawsuit and after the termination of the agreement came into effect, Samsung began to increase the product it was willing to supply to us.

12. When Samsung failed to honor its legal obligations and fulfill Netlist's orders, Netlist could not supply its customers and lost business opportunities and profits it otherwise would have earned had Samsung performed as required under the JDLA.

I certify under penalty of perjury under the laws of the United States that the foregoing statements are true.

Dated: July 26, 2021    By: _____

C.K. Hong