JASON C. LO, SBN 219030
   jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
   mbenjamin@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
   rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>           Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF NETLIST INC.'S OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Action Filed: May 28, 2020<br>Trial Date: November 30, 2021<br><br>Hon. Mark C. Scarsi |

1
DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF NETLIST INC.'S OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Gibson, Dunn & Crutcher LLP

# DECLARATION OF RAYMOND A. LAMAGNA

I, Raymond A. LaMagna, declare:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP licensed to practice in the State of California and before this Court. I represent Plaintiff Netlist Inc. ("Netlist") in the above-captioned matter. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. Attached hereto as **Exhibit 1** (presently as a placeholder) is an email dated April 16, 2015 from Chuck Hong of Netlist to Jiho Lee of Samsung (NL107804), and attached Microsoft Word document. Exhibit 1 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application to Seal.

3. Attached hereto as **Exhibit 2** (presently as a placeholder) is an email chain dated May 18, 2015 from Kyuhan Han of Samsung to Ji Bum Kim of Netlist (NL108668), and attached Microsoft Word document. Exhibit 2 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application to Seal.

4. Attached hereto as **Exhibit 3** (presently as a placeholder) is a certified translation[1] of an email chain dated October 8, 2015 from Ji Bum Kim of Netlist to Chuck Hong, Sherry Rex, and Gail Sasaki of Netlist (NL045848), and attached Microsoft Word document. Exhibit 3 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application to Seal.

5. Attached hereto as **Exhibit 4** (presently as a placeholder) is a certified translation of an email chain dated October 13, 2015 from Ji Bum Kim of Netlist to Jung Bae Lee, Kyuhan Han, and Hyunki Ji of Samsung (NL045876), and attached

---

[1] Where translations are attached, the original version in Korean is also provided.

2

DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF NETLIST INC.'S OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

1  Adobe PDF and Microsoft Word documents.  Exhibit 4 itself is being
2  contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of
3  Raymond A. LaMagna in Support of Netlist Inc.'s Application to Seal.

4        6. Attached hereto as **Exhibit 5** is a certified translation of an email chain
5  dated February 1, 2016 from Ji Bum Kim of Netlist to Brian Peterson, Devon Park,
6  and Paik Ki Hong of Netlist (NL119244).

7        7. Attached hereto as **Exhibit 6** is a letter dated November 23, 2016 from
8  Hyunki Ji of Samsung to Netlist, Inc. (NL044947).

9        8. Attached hereto as **Exhibit 7** (presently as a placeholder) is an email
10 dated June 9, 2017 from Raymond Jiang of Netlist to Neal Knuth of Samsung
11 (NL000037), and attached Adobe PDF document.  Exhibit 7 itself is being
12 contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of
13 Raymond A. LaMagna in Support of Netlist Inc.'s Application to Seal.

14       9. Attached hereto as **Exhibit 8** is an email dated December 5, 2017 from
15 Paik Ki Hong of Netlist to Neal Knuth of Samsung (NL020700), attaching a Microsoft
16 PowerPoint document.

17       10. Attached hereto as **Exhibit 9** is an email dated January 23, 2018 from
18 Paik Ki Hong of Netlist to Steven Metz of Samsung (NL020770).

19       11. Attached hereto as **Exhibit 10** (presently as a placeholder) is an email
20 chain dated July 20, 2017 from Paik Ki Hong of Netlist to "the SS Product Team" at
21 Netlist (NL062754).  Exhibit 10 itself is being contemporaneously filed pursuant to
22 L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of
23 Netlist Inc.'s Application to Seal.

24       12. Attached hereto as **Exhibit 11** is a letter dated May 27, 2020 from Marc J.
25 Frechette, Esq. of Netlist to Seung Min Sung of Samsung (NL000006).

26       13. Attached hereto as **Exhibit 12** is a letter dated July 15, 2020 from Marc J.
27 Frechette, Esq. of Netlist to Seung Min Sung of Samsung (NL000568).

28

Gibson, Dunn & Crutcher LLP

3
DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF NETLIST INC.'S OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

14. Attached hereto as **Exhibit 13** (presently as a placeholder) is a certified translation of a Notice of Tax Appeal Decision from the Korean Tax Tribunal (NL108731). Exhibit 13 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application to Seal.

15. Attached hereto as **Exhibit 14** (presently as a placeholder) is a certified translation of Samsung's response to a questionnaire from the Korean Tax Tribunal (NL107763). Exhibit 14 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application to Seal.

16. Attached hereto as **Exhibit 15** (presently as a placeholder) is a certified translation of an email chain dated June 2, 2016 from Indong Kim of Samsung to Steven Metz of Samsung (SEC000259) with highlights added. Exhibit 15 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

17. Attached hereto as **Exhibit 16** (presently as a placeholder) is a certified translation of an email chain dated February 2, 2018 from Arnold Sunghan Kim of Samsung to Kyong Yong Lee and Hyeoksang Yoo of Samsung (SEC000315) with highlights in original. Exhibit 16 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

18. Attached hereto as **Exhibit 17** (presently as a placeholder) is a certified translation of an email dated January 18, 2018 from Hojung Kim of Samsung to Hsang Yoo of Samsung (SEC001269). Exhibit 17 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in

Gibson, Dunn & Crutcher LLP

DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF NETLIST INC.'S OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

19. Attached hereto as **Exhibit 18** (presently redacted) is Netlist's proposed Second Amended Complaint. Exhibit 18 is being contemporaneously filed in full pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application to Seal.

20. Attached hereto as **Exhibit 19** (presently redacted) is a redline of Netlist's proposed Second Amended Complaint against Netlist's First Amended Complaint. Exhibit 19 is being contemporaneously filed in full pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application to Seal.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that I executed this declaration on the 26th of July, 2021, in Los Angeles, California.

Dated: July 26, 2021           By:    _____
                                      Raymond A. LaMagna

Gibson, Dunn & Crutcher LLP

5

DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF NETLIST INC.'S OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS