# Exhibit 5

| | |
|---|---|
| **From:** | "Jibum Kim" <jbkim@netlist.com> |
| **Sent:** | Mon, 1 Feb 2016 03:41:27 -0500 (EST) |
| **To:** | "Brian Peterson" <bpeterson@netlist.com>; "Devon Park" <dpark@netlist.com>; "Paik Ki Hong" <pkhong@netlist.com> |
| **Cc:** | "Sebastian Lee" <SLee@netlist.com>; "Noel Whitley" <nwhitley@netlist.com>; "Gail Sasaki" <gsasaki@netlist.com>; "C.K. Hong" <ckhong@netlist.com> |
| **Subject:** | Contact Point for purchasing SS's product |

Hi Paik Ki,
I got the contact window of SS, US for purchasing SS's product and Mr. Yoo is the contact point, hsang.yoo@samsung.com.
So pls contact him for purchasing.
If you have any problem, pls let me know.
Thanks.


**From:** From: Ho-jung Kim [mailto:hojung4623.kim@samsung.com]
**Sent:** Monday, February 1, 2016 1:07 PM
**To:** Jibum Kim <jbkim@netlist.com>
**Cc:** Hyun-ki Ji <hyunki.ji@samsung.com>
**Subject:** Samsung Contact Point for NAND/DRAM Sales

Vice President Ji-bum Kim, this is Manager Ho-jung Kim from Samsung Electronics.

As you mentioned, I am sending you our company's Contact Point for NAND and DRAM sales.

☐ U.S. RA Representative
- Affiliation: Hyuk-sang Yoo, General Manager of Sales Team
- Email: hsang.yoo@samsung.com

[Contact point] has been informed on Netlist and Samsung's cooperation and supply terms per agreement (JDLA). You can inquire about it.

Happy New Year.
Thank you.
Ho-Jung Kim

**Ho-Jung Kim | Jay Kim**

Manager | Strategic Planning Team | Memory Division | Samsung Electronics co.,Ltd.
Office +82-31-208-6159 | Mobile +82-10-5361-0001 | hojung4623.kim@samsung.com

CONFIDENTIAL – ATTORNEYS' EYES ONLY

NL119244

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

201602011307703_BEI0XT4

CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                          NL119245

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California )
) S. S.
Los Angeles County )

I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated <u>Document with Bates No. NL119244 - NL119245</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

**<u>Description of Translated Documents</u>**

<u>Document with Bates No. NL119244 - NL119245</u>

Executed on July 26, 2021

Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

| | |
|---|---|
| **From:** | "Jibum Kim" <jbkim@netlist.com> |
| **Sent:** | Mon, 1 Feb 2016 03:41:27 -0500 (EST) |
| **To:** | "Brian Peterson" <bpeterson@netlist.com>; "Devon Park" <dpark@netlist.com>; "Paik Ki Hong" <pkhong@netlist.com> |
| **Cc:** | "Sebastian Lee" <SLee@netlist.com>; "Noel Whitley" <nwhitley@netlist.com>; "Gail Sasaki" <gsasaki@netlist.com>; "C.K. Hong" <ckhong@netlist.com> |
| **Subject:** | Contact Point for purchasing SS's product |

Hi Paik Ki,

I got the contact window of SS, US for purchasing SS's product and Mr. Yoo is the contact point, hsang.yoo@samsung.com.
So pls contact him for purchasing.
If you have any problem, pls let me know.
Thanks.

---

**From:** 김호정 [mailto:hojung4623.kim@samsung.com]
**Sent:** Monday, February 1, 2016 1:07 PM
**To:** Jibum Kim <jbkim@netlist.com>
**Cc:** 지현기 <hyunki.ji@samsung.com>
**Subject:** NAND/DRAM 구매 관련 삼성 Contact Point

김지범 부사장님, 삼성전자 김호정 과장입니다.

말씀하신 NAND 및 DRAM 구매 관련 당사 Contact Point를 송부드립니다.

☐ 미주 RA 담당
 - 소속 : 영업팀 유혁상 부장
 - Email : hsang.yoo@samsung.com

Netlist와 삼성과의 협력 내용 및 계약(JDLA)上 공급조건에 대해 인폼되어있는 상태입니다.
관련하여 문의해보시면 될 것 같습니다.

새해 복 많이 받으세요.
감사합니다.
김호정 드림

김호정 | Jay Kim

Manager | Strategic Planning Team | Memory Division | Samsung Electronics co.,Ltd.
Office +82-31-208-6159 | Mobile +82-10-5361-0001 | hojung4623.kim@samsung.com

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                          NL119244

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술 등을 포함**하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지**됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

✉ 201602011307703_BEI0XT4

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                         NL119245