# Exhibit 6

**SAMSUNG ELECTRONICS**
1 Samsungjeonja-ro, Hwasung-si, Gyeonggi-do 18448, Republic of Korea

**SAMSUNG**

Netlist, Inc
175 Technology
Suite 150
Irvine, CA 92618

November 23, 2016

To Whom It May Concern:

This letter is to confirm that Netlist is authorized to purchase Samsung Electronics Co., Ltd.'s full line of memory semiconductor products to support Netlist's products and customers.

Netlist is a direct customer of Samsung Semiconductor Inc. ( a U.S. sales subsidiary of Samsung Electronics Co., Ltd.) with purchase orders placed directly with Samsung and shipments made from Samsung to Netlist.

Sincerely,

*[signature]*

Hyunki Ji
Vice President of Strategic Planning Team
Memory Business
Samsung Electronics Co., Ltd.

- 1 -