# Exhibit 8

| | |
|---|---|
| **From:** | u=Paik Ki Hong/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=67B73B262A5349059FE8E81545589EA5-PKHONG |
| **Sent:** | Tue, 5 Dec 2017 13:02:15 -0500 (EST) |
| **To:** | "Neal Knuth" <n.knuth@samsung.com> |
| **Cc:** | "Steven Yu" <syu@netlist.com>; "Devon Park" <dpark@netlist.com>; "Raymond Jiang" <rjiang@netlist.com> |
| **Subject:** | Samsung Update Dec-05-2017.pptx |
| **Attachments:** | Samsung Update Dec-05-2017.pptx |

Neal,

A few slides/talking points for your meeting with JS Choi this week

Please review and let me know if you have any suggested changes

Appreciate all you have done but need your management support to get more allocation (more than the current $1M/month)

Thanks.

CONFIDENTIAL NL020700

## Netlist & Samsung

- Efforts made to convert customers from Micron DRAM & Intel/Micron SSDs negatively impacted by allocation support
- **Need monthly allocation increased to $3M per month to maximize ability to support customers with Samsung products**
- Losing qualification opportunities with inability to guarantee support when required due to limited allocation
- Credit line increase to $3M to $5M in Samsung legal awaiting approval

1

CONFIDENTIAL

NL020701



CONFIDENTIAL  NL020702

## Status of JDLA Phase 2 (commercialization)

- Executive and technical meetings in Hwasung – Oct. 12th

- Successful demonstration of HybriDIMM for Samsung engineers – industry 1st for concurrent run of Storage and Memory big data applications

- BU requested Netlist proposal of JDLA Phase 2 business model

- Netlist proposed terms sent to BU on Nov. 1st

- BU to provide counterproposal by next week

Netlist, Inc. Confidential                    The Memory Storage Company™

3