UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:20-00993 MCS (ADSx)　　　　　　　Date:  July 27, 2021

Title:  *Netlist, Inc. v. Samsung Electronics Co., Ltd.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  AT&T  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):　　Attorney(s) Present for Defendant(s):
　　　Raymond A. LaMagna　　　　　　　　Marc E. Masters
　　　Marissa Mulligan　　　　　　　　　　Jumin "Christopher" Lee
　　　　　　　　　　　　　　　　　　　　　Ekwan E. Rhow

**Proceedings:**　　**INFORMAL DISCOVERY CONFERENCE**

　　Informal Discovery Conference held before Magistrate Judge Autumn D. Spaeth .

　　Conference held as reflected on the record.

　　Further Informal Discovery Conference set July 29, 2021 at 10:00 p.m. Plaintiff's Motion to Compel [84] is continued to August 2, 2021 at 1:00 p.m. Both matters will be conducted telephonically with the same call information previously provided.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1:33
　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　kh