Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
    mmasters@birdmarella.com
Kate S. Shin - State Bar No. 279867
    kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
Jong-min Choi - State Bar No. 329474
    jmchoi@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,,<br><br>    Defendant. | CASE NO. 8:20-cv-00993-MCS-DFM<br><br>**DECLARATION OF JUNG BAE LEE IN SUPPORT OF DEFENDANT SAMSUNG ELECTRONICS CO., LTD'S OPPOSITION TO PLAINTIFF NETLIST, INC.'S MOTION TO COMPEL DEPOSITIONS OF JUNG BAE LEE AND JOO SUN CHOI**<br><br>[Discovery Document: Referred to Magistrate Judge Autumn D. Spaeth] |

3730415.3

DECLARATION OF JUNG BAE LEE

## DECLARATION OF JUNG BAE LEE

I, Jung Bae Lee, declare as follows:

1. I make this declaration in support of Defendant Samsung Electronics Co., Ltd.'s ("Samsung") Opposition to Plaintiff Netlist, Inc.'s ("Netlist") Motion to Compel. I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. I am President and General Manager of Samsung's Memory Business. In this capacity, I am the highest ranking corporate officer of Samsung's Memory Business, and directly or indirectly oversee approximately 30,000 employees in 33 offices across the world consisting hundreds of different departments with their own unique functions. I report directly to the CEO of Samsung.

3. The Memory Business's revenue in 2020 was in excess of $47 billion, and during that year I also oversaw nearly $18 billion in investments. Samsung's Memory Business accounts for a global market share of over 40% for DRAM products and 30% for NAND products.

4. From 2013 to 2017, I was Senior Vice President in Samsung's Product Planning Team.

5. In November 2015, I signed the Joint Development and Licensing Agreement ("JDLA") between Samsung and Netlist. While I understand that I was included on some emails due to my position, I had minimal involvement in the negotiation of the JDLA, and no involvement whatsoever with the terms relevant to this litigation, such as those relating to supply or taxation.

6. I was chosen to sign the JDLA because of my position as Senior VP of the Product Planning Team, and my decision to sign was largely based on information provided to me by others at the company.

7. I recall attending a meeting with Netlist in April 2015 where potential joint development was discussed. There was no discussion of any of the terms of the JDLA relevant to this litigation. The meeting was also attended by Indong Kim,

who I understand is being deposed in this case.

8. I have not had any direct involvement with the sale of NAND and DRAM products to Netlist.

9. I am not aware of any unique personal information I have relevant to this litigation that could not be obtained from other individuals employed at Samsung.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on July 26th, 2021, at Hwaseong, Republic of Korea.

*Jung-Bae Lee*
Jung Bae Lee