1  Ekwan E. Rhow - State Bar No. 174604
       erhow@birdmarella.com
2  Marc E. Masters - State Bar No. 208375
       mmasters@birdmarella.com
3  Kate S. Shin - State Bar No. 279867
       kshin@birdmarella.com
4  Christopher J. Lee - State Bar No. 322140
       clee@birdmarella.com
5  Jong-min Choi - State Bar No. 329474
       jmchoi@birdmarella.com
6  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
7  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
8  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| NETLIST INC., a Delaware corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-DFM<br><br>**DECLARATION OF CHRISTOPHER J. LEE IN SUPPORT OF DEFENDANT SAMSUNG ELECTRONICS CO., LTD'S OPPOSITION TO PLAINTIFF NETLIST, INC.'S MOTION TO COMPEL DEPOSITIONS OF JUNG BAE LEE AND JOO SUN CHOI**<br><br>[Discovery Document: Referred to Magistrate Judge Autumn D. Spaeth] |

3737385.1

DECLARATION OF CHRISTOPHER J. LEE

## DECLARATION OF CHRISTOPHER J. LEE

I, Christopher J. Lee, declare as follows:

1. I am an active member of the Bar of the State of California and an associate with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Defendant Samsung Electronics Co. Ltd. ("Samsung") in this action. I make this declaration in support of Samsung's Opposition to Plaintiff Netlist, Inc.'s ("Netlist's") Motion to Compel Depositions of Jung Bae Lee and Joo Sun Choi.

2. Attached herein as Exhibit A is a true and accurate copy of the U.S. Department of State's Judicial Assistance Information webpage on South Korea, *available at* https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/KoreaRepublicof.html, last retrieved July 27, 2021.

3. Attached herein as Exhibit B is a true and accurate copy of the "Greetings from the CEO" page on Display's website, available at https://www.samsungdisplay.com/eng/intro/message.jsp, last retrieved July 27, 2021.

4. Attached herein as Exhibit C is a true and accurate copy of Samsung's Further Supplemental Responses to Plaintiff's Interrogatories (Sets 1 and 2).

5. Attached herein as Exhibit D is a true and accurate copy of Samsung's Supplemental Responses to Plaintiff's Interrogatories (Set 1).

6. Attached herein as Exhibit E is a true and accurate copy of Netlist's Combined Notice of Deposition to Samsung, dated June 8, 2021.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1     I declare under penalty of perjury under the laws of the United States of
2 America that the foregoing is true and correct, and that I executed this declaration
3 on July 27th, 2021, at Los Angeles, California.

4

5

6 _____
7 Christopher J. Lee