# Exhibit A

## South Korea
Republic of Korea

### Hague/Inter-American

| | |
|---|---|
| **Party to Hague Service Convention?** | **Party to Inter-American Convention?** |
| Yes | No |
| **Party to Hague Evidence Convention?** | **Service of Process by Mail?** |
| Yes | No |
| **Party to Hague Apostille Convention?** | |
| Yes | |

### DISCLAIMER

**DISCLAIMER: THE INFORMATION IS PROVIDED FOR GENERAL INFORMATION ONLY AND MAY NOT BE TOTALLY ACCURATE IN A SPECIFIC CASE. QUESTIONS INVOLVING INTERPRETATION OF SPECIFIC FOREIGN LAWS SHOULD BE ADDRESSED TO THE APPROPRIATE FOREIGN AUTHORITIES OR FOREIGN COUNSEL.**

ALL ➕/➖

Embassies and Consulates ➕

List of Attorneys ➕

Service of Process ➕

Criminal Matters ⊕

Obtaining Evidence in Civil and Commercial Matters ⊖

The Republic of Korea is a party to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters. See the Hague Evidence Convention Model Letters of Request for guidance on preparation of the letter of request. Requests for the compulsion of evidence under the Hague Evidence Convention are transmitted directly from the requesting court or person in the United States to the Korean Central Authority and do notrequire transmittal via diplomatic channels. Letters of Request and accompanying documents should be prepared in duplicate and translated into Korean. See the Republic of Korea's Declarations and Reservations regarding the Hague Evidence Convention. See also the Republic of Korea's response to the 2008 Hague Conference questionnaire on the practical operation of the Hague Evidence Convention.

**Requests from the Republic of Korea to Obtain Evidence in the United States**: The U.S. Central Authority for the Hague Evidence Convention is the Office of International Judicial Assistance, Civil Division, Department of Justice, 1100 L Street N.W., Room 8102, Washington, D.C. 20530.

Taking Voluntary Depositions of Willing Witnesses ⊕

Authentication of Documents ⊕

Last Updated: November 15, 2013

5 - Exhibit A