# Exhibit B

# SAMSUNG DISPLAY

Company Profile    Products/Technology    Sustainable Management    Media Center

Careers    Customer Service

HOME  >  Company Profile  >  CEO's Greeting

KOR    CHN    VIT

# Greetings from the CEO

We will always be with you a top-notch global company that adds value and contributes to humanity.

Samsung Display Co., Ltd.
President & CEO Joo-Sun Choi

We will change the world with infinitely expandable display technology and add new value to our lives.

==Hello, I am Joo-Sun Choi, President and CEO of Samsung Display.==

A "display" is not just a piece of technology, but also a "window" that connects people to other people and people to the world. When IoT (Internet of Things) based on 5G mobile communications becomes a reality within the colossal wave of the Fourth Industrial Revolution, the world around us will change at a very rapid speed.

Just as when black-and-white TVs evolved to color TVs, CRTs to flat displays, and feature phones to smartphones, changes in technology will completely transform the way we live, our cultures, and our societies. And when the time comes, Samsung Display's cutting-edge technology of the future will be with you in all

9 - Exhibit B

products and spaces so that you can more vividly experience the world that comes to you through the internet.

Displays with larger screens and clearer and livelier image quality, brought to you in newly designed, non-standardized forms, will show you a whole new world of things to see. Samsung Display will continue to grow as a top-notch global company that changes the world and adds new value to life with our technology.

Thank you.

NEWSLETTER SUBSCRIBE

Sitemap    Cyber audit team    Unsolicited Idea Submission Policy

B2B+ Payment information    Security Reporting Center



10 - Exhibit B

7/27/2021
Case 8:20-cv-00993-MCS-ADS    Document 94-4    Filed 07/27/21    Page 6 of 6    Page ID #:1451
Samsung Display | Greetings from the CEO

Personal information protection policy

Copyright © SAMSUNG DISPLAY All rights reserved.    Tel : +82-31-5181-1114

11 - Exhibit B