UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:20-00993 MCS (ADSx)            Date: July 29, 2021

Title: *Netlist, Inc. v. Samsung Electronics Co., Ltd.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | AT&T Digital Recording |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Raymond A. LaMagna | Marc E. Masters |
| Marissa Mulligan | Jumin "Christopher" Lee |

**Proceedings:**     **FURTHER INFORMAL DISCOVERY CONFERENCE**

Informal Discovery Conference held before Magistrate Judge Autumn D. Spaeth regarding outstanding discovery issues.

Court makes rulings as reflected on the record.

Further Informal Discovery Conference set August 2, 2021 at 1:00 p.m., to be conducted telephonically with the same call information previously provided.

|  | 1:45 |
|---|---|
| Initials of Preparer | kh |