Name and address:
JungEun Lee
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave NW,
Washington, DC 20036
Phone: (202) 887-3717
Fax: (202) 530-9636
E-mail: nlee@gibsondunn.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Netlist, Inc. | CASE NUMBER |
|---|---|
| Plaintiff(s) v. | 8:20-cv-00993-MCS-DFM |
| Samsung Electronics Co., Ltd. Defendant(s). | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

JungEun Lee of GIBSON, DUNN & CRUTCHER LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   1050 Connecticut Ave NW
202-887-3717    202-530-9636                                    Washington, DC 20036
*Telephone Number*   *Fax Number*
nlee@gibsondunn.com
*E-Mail Address*                                                *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Netlist, Inc.

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

and designating as Local Counsel
Raymond A. LaMagna                                              of   GIBSON, DUNN & CRUTCHER LLP
*Designee's Name (Last Name, First Name & Middle Initial)*           333 South Grand Avenue
244821      213-229-7000        213-229-7520                         Los Angeles, CA 90071-3197
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
RLaMagna@gibsondunn.com
*E-Mail Address*                                                     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated _____                            _____
                                                **U.S. District Judge/U.S. Magistrate Judge**