Name and address:
JungEun Lee
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave NW,
Washington, DC 20036
Phone: (202) 887-3717
Fax: (202) 530-9636
E-mail: nlee@gibsondunn.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Netlist, Inc. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:20-cv-00993-MCS-DFM |
| v. | |
| Samsung Electronics Co., Ltd. | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

JungEun Lee of GIBSON, DUNN & CRUTCHER LLP
*Applicant's Name (Last Name, First Name & Middle Initial)* 1050 Connecticut Ave NW
202-887-3717   202-530-9636   Washington, DC 20036
*Telephone Number*   *Fax Number*
nlee@gibsondunn.com
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Netlist, Inc.

*Name(s) of Party(ies) Represented*   ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

and designating as Local Counsel
Raymond A. LaMagna   of GIBSON, DUNN & CRUTCHER LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   333 South Grand Avenue
244821   213-229-7000   213-229-7520   Los Angeles, CA 90071-3197
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
RLaMagna@gibsondunn.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
**U.S. District Judge/U.S. Magistrate Judge**