Name and address:
JungEun Lee
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave NW,
Washington, DC 20036
Phone: (202) 887-3717
Fax: (202) 530-9636
E-mail: nlee@gibsondunn.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Netlist, Inc. | **CASE NUMBER** |
| | 8:20-cv-00993-MCS-ADS |
| **Plaintiff(s)** | |
| v. | |
| Samsung Electronics Co., Ltd. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| **Defendant(s).** | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

JungEun Lee                                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave NW
Washington, DC 20036

202-887-3717          202-530-9636

*Telephone Number          Fax Number*

nlee@gibsondunn.com

*E-Mail Address*                                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Netlist, Inc.

*Name(s) of Party(ies) Represented*                    ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Raymond A. LaMagna                                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

244821          213-229-7000          213-229-7520

*Designee's Cal. Bar No.     Telephone Number     Fax Number*

RLaMagna@gibsondunn.com

*E-Mail Address*                                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

  ☐ for failure to complete Application: _____

  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

**Dated** July 31, 2021          _____

                                        **U.S. District Judge** Mark C. Scarsi