UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:20-00993 MCS (ADSx)　　　　　　　　　　Date: August 2, 2021

Title: *Netlist, Inc. v. Samsung Electronics Co., Ltd.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | CS 08/02/2021 |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Raymond A. LaMagna | Ekwan E. Rhow |
| Matthew Benjamin | Marc E. Masters |
|  | Jong-Min Choi |

**Proceedings:**   1) **PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF LUNG BAE LEE AND JOO SUN CHOI [84]**
　　　　　　　　2) **FURTHER INFORMAL DISCOVERY CONFERENCE**

　　Case is called for hearing. Appearances entered. Argument by counsel on Motion to Compel.

　　Plaintiff's Motion to Compel [84] is DENIED WITHOUT PREJUDICE as reflected on the record.

　　Informal Discovery Conference held regarding outstanding discovery issues.

　　Court makes rulings as reflected on the record.

　　Further Informal Discovery Conference set August 6, 2021 at 10:00 a.m., to be conducted telephonically with the same call information previously provided.

　　　　　　　　　　　　　　　　　　　　　　　　　　　1:50
　　　　　　　　　　　　　　　　　　Initials of Prepare　kh