| | |
|---|---|
| 1 | Ekwan E. Rhow - State Bar No. 174604 |
| | erhow@birdmarella.com |
| 2 | Marc E. Masters - State Bar No. 208375 |
| | mmasters@birdmarella.com |
| 3 | Kate S. Shin - State Bar No. 279867 |
| | kshin@birdmarella.com |
| 4 | Christopher J. Lee - State Bar No. 322140 |
| | clee@birdmarella.com |
| 5 | Jong-min Choi - State Bar No. 329474 |
| | jmchoi@birdmarella.com |
| 6 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, |
| | DROOKS, LINCENBERG & RHOW, P.C. |
| 7 | 1875 Century Park East, 23rd Floor |
| | Los Angeles, California 90067-2561 |
| 8 | Telephone: (310) 201-2100 |
| | Facsimile: (310) 201-2110 |

Attorneys for Defendant Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,, | CASE NO. 8:20-cv-00993-MCS-DFM |
| Plaintiff, | **DEFENDANT'S EX PARTE APPLICATION FOR ADVANCING THE HEARING ON ITS MOTION FOR REVIEW OF NONDISPOSITIVE RULING PURSUANT TO FED. R. CIV. P. 72(A)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,, | |
| Defendant. | Assigned to Hon. Mark C. Scarsi Courtroom 7C |

3738379.1

1    Defendant Samsung Electronics Co., Ltd. ("Samsung") applies *ex parte* for an
2 advanced hearing date for its motion for review of a discovery order because it has
3 no other timely means to ask the Court for review of that order.
4    Samsung's motion for review objects to Magistrate Judge McCormick's July
5 19, 2021 order (Dkt. 76; the "Order") compelling Samsung to "produce data
6 summarizing, by customer and product, monthly unit and pricing totals for Samsung
7 NAND and DRAM products sold to customers other than Netlist." The motion as
8 filed is attached as **Exhibit A** to accompanying Declaration of Jong-min Choi
9 ("Choi Decl."). This application seeks an order setting the motion's hearing date to
10 **August 11, 2021** and directing Netlist to file its opposition by **August 9, 2021**.
11   Per Local Rules 7-19 and 7-19.1, Samsung states that the name, address, and
12 telephone number for Netlist's counsel is as follows:
13   Jason Lo
14   Gibson, Dunn & Crutcher LLP
15   333 South Grand Ave., Los Angeles, CA 90071-3197
16   (213) 229-7000
17   Samsung has advised Netlist of the date and substance of this application;
18 Netlist's counsel does not oppose this application. Choi Decl., ¶ 3.
19   Samsung has good cause to apply *ex parte*. The Order, which gave Samsung
20 28 days to comply, remains in effect unless it is stayed or modified (Civ. L.R. 72-
21 2.2), yet it does not provide Samsung with sufficient time for a regularly-noticed
22 motion for review. As set forth in the filed motion for review, the Order is
23 prejudicially overbroad and unduly burdensome, and can be modified in a way that
24 still provides Netlist relevant sales data. This *ex parte* application is the only way in
25 which Samsung can obtain meaningful review before its compliance comes due and
26 moots the issue.
27   Local Rule 72-2 allows parties to object to "a Magistrate Judge's ruling on a
28 pretrial matter not dispositive of a claim or defense." In turn, Rule 72(a) of the

Federal Rules of Civil Procedure states the district judge in the case "must consider" timely objections. The objection is timely because it is brought within fourteen days of the order. Fed. R. Civ. P. 72(a). Since this *ex parte* application is the only way this Court could meaningfully consider Samsung's objection, the extraordinary relief is warranted.

For the reasons given above, Samsung respectfully requests the Court issue an order setting its motion for review of the Order for hearing on the advanced date of **August 11, 2021**, and directing Netlist to file its opposition by **August 9, 2021**.

DATED: August 2, 2021

Respectfully submitted,

Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _/s/ Ekwan E. Rhow_
Ekwan E. Rhow
Attorneys for Defendant Samsung Electronics Co., Ltd.