Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
  mmasters@birdmarella.com
Kate S. Shin - State Bar No. 279867
  kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
  clee@birdmarella.com
Jong-min Choi - State Bar No. 329474
  jmchoi@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,,<br><br>  Defendant. | CASE NO. 8:20-cv-00993-MCS-DFM<br><br>**DECLARATION OF JONG-MIN CHOI IN SUPPORT OF EX PARTE APPLICATION TO ADVANCE THE HEARING DATE ON MOTION FOR REVIEW OF NONDISPOSITIVE RULING PURSUANT TO FED. R. CIV. P. 72(A)**<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

3738381.2

DECLARATION OF JONG-MIN CHOI IN SUPPORT OF EX PARTE APPLICATION

**DECLARATION OF JONG-MIN CHOI**

I, Jong-min Choi, declare as follows:

1. I am an active member of the Bar of the State of California and an Associate with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Defendant Samsung Electronics Co., Ltd. in this action. I make this declaration in support of Defendant's Motion For Review Of Nondispositive Ruling Pursuant To Fed. R. Civ. P. 72(a). Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. Attached hereto as **Exhibit A** is a true and correct copy of Defendant Samsung Electronics Co., Ltd.'s ("Samsung") motion for review of nondispositive ruling.

3. On August 1, 2021, I informed Netlist's counsel that on August 2, 2021, Samsung will apply *ex parte* for an order permitting Samsung to have the motion heard on August 11, 2021, with the opposition due August 9, 2021, and asked Netlist's counsel whether Netlist will oppose the application. I also informed Netlist's counsel of the substance of the motion. Counsel for Netlist advised me that Netlist would not oppose the *ex parte* application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on August 2, 2021, at Los Angeles, California.

>                 */s/ Jong-min Choi*
>                 Jong-min Choi