# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,,<br><br>    Defendant. | CASE NO. 8:20-cv-00993-MCS-DFM<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO ADVANCE THE HEARING DATE ON MOTION FOR REVIEW**<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

3738401.1

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION

1   This matter comes before the Court on Defendant Samsung Electronics Co.,
2  Ltd.'s ("Samsung") unopposed Ex Parte Application for Review of Nondispositive
3  Ruling Pursuant to Fed.R.Civ.P. 72(a).
4   After reviewing the materials submitted by Samsung and considering the
5  arguments therein, the Court GRANTS the application.
6   Defendant's motion filed August 2, 2021 is set for hearing on **August 11,**
7  **2021**.
8   Plaintiff Netlist, Inc. is to file its opposition no later than **August 9, 2021**.

10 DATED:

_____
Hon. Mark C. Scarsi
United States District Judge