UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>              Defendant. | CASE NO. 8:20-cv-993-MCS (ADS)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF NETLIST INC.'S *EX PARTE* APPLICATION TO TAKE DEPOSITIONS OUT OF TIIME** |

This matter came before the Court on Plaintiff Netlist Inc.'s *Ex Parte* Application to Take Depositions Out of Time.  The Court, having considered the memoranda submitted, the relevant authorities, and the arguments of counsel,

HEREBY FINDS that good cause exists to grant Plaintiff Netlist Inc's *Ex Parte* Application for a continuance and HEREBY ORDERS that Plaintiff Netlist Inc.'s *Ex Parte* Application to Take Depositions Out of Time is GRANTED.

- All fact discovery shall be completed by August 16, 2021, except that Netlist Inc. shall be permitted to take fact depositions through September 10, 2021;
- Initial expert disclosures shall be completed by September 20, 2021;
- Rebuttal disclosures shall be completed by October 11, 2021; and
- Expert discovery shall be completed by October 22, 2021.

Dated: _____, 2021

_____
Hon. Mark C. Scarsi
United States District Judge

# CERTIFICATE OF SERVICE

I, Raymond A. LaMagna, an attorney, hereby certify that the **[PROPOSED] ORDER GRANTING PLAINTIFF NETLIST INC.'S *EX PARTE* APPLICATION TO TAKE DEPOSITIONS OUT OF TIME** was emailed to counsel for Samsung Electronics Inc., Ltd., on August 3, 2021.

By: _____*/s/ Raymond A. LaMagna*_____
　　　Raymond A. LaMagna

Attorney for Plaintiff Netlist Inc.