```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
                    (SOUTHERN DIVISION - SANTA ANA)


NETLIST, INC,              ) CASE NO: 8:20-CV-00993-MCS-DFMx
                           )
        Plaintiff,         )              CIVIL
                           )
    vs.                    )         Santa Ana, California
                           )
SAMSUNG ELECTRONICS CO, LTD, )       Monday, July 19, 2021
                           )
        Defendant.         )


                   INFORMAL DISCOVERY CONFERENCE

           BEFORE THE HONORABLE DOUGLAS F. McCORMICK,
                 UNITED STATES MAGISTRATE JUDGE
```

**APPEARANCES**:

| | |
|---|---|
| For Plaintiff: | JASON C. LO, ESQ.<br>RAYMOND A. LaMAGNA, ESQ.<br>Gibson Dunn & Crutcher, LLP<br>333 S. Grand Ave.<br>Los Angeles, CA 90071 |
| For Defendant: | JUMIN (CHRIS) LEE, ESQ.<br>MARC E. MASTERS, ESQ.<br>JONG-MIN CHOI, ESQ.<br>Bird Marella Boxer, et al.<br>1875 Century Park East<br>23rd Floor<br>Los Angeles, CA 90067 |
| Court Reporter: | Recorded; AT&T; digital |
| Courtroom Deputy: | Nancy Boehme |
| Transcribed by: | Exceptional Reporting Services, Inc.<br>P.O. Box 8365<br>Corpus Christi, TX 78468<br>361 949-2988 |

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

<u>**Santa Ana, California; Monday, July 19, 2021**</u>

<u>**(Remote Appearances)**</u>

<u>**Call to Order**</u>

**THE CLERK:** We're on the record on Case SA CV 20-00993-MCS(DFMx); it's Netlist, Inc. versus Samsung Electronics.

Counsel, your appearances, please.

**MR. LaMAGNA:** Raymond LaMagna of Gibson Dunn and Crutcher on behalf of plaintiff, Netlist Inc.

**MR. LEE:** Good morning, Your Honor. Christopher Lee of Bird Marella on behalf of defendant, Samsung. And I'm joined by my colleagues, Marc Masters and Jong-min Choi.

**THE COURT:** All right, counsel. This is Judge McCormick. Thank you for joining me this morning.

We're going to have -- we're going to have some -- let me start over.

Regrettably, we're going to have some -- a change in plans today, and I think going forward; not I think. A change in plans today and going forward.

And I realize that this comes at an unfortunate time for the case because you-all and I have worked quite a bit in the last few weeks, several weeks, and we were planning to work a lot in the next couple of weeks.

I received on Friday afternoon, I was actually not in the office Friday morning, I received on Friday afternoon an

1  alert from our conflict screening software that Irell and
2  Manella had made an appearance in the case, and that will
3  require me to have to recuse myself, as my wife is a former
4  partner, and we continue to have financial entanglements with
5  the firm.
6          So, Ms. Boehme has or will shortly take the steps
7  with the Clerk's office to have a new magistrate judge
8  assigned, and I will then have to hand over responsibility of
9  the case to one of my colleagues, which not only is not good
10 for the case, but I'm not happy as -- in a personal matter with
11 I have to do that to one of my colleagues, but I will let them
12 know everything that's going on.  I will let them know that I
13 have received from Netlist a proposed order as to several
14 matters, and I've also received, and I'll transmit to them,
15 Samsung's concerns or objections thereto.
16         I'll let them know additionally that we set a
17 briefing schedule for the Apex depositions and that we had
18 planned to hear those next week.  I will also forward the
19 letter I received this morning from Mr. LaMagna setting forth
20 some additional issues the parties wanted to discuss with me
21 today, but all of our hearing dates will have to be vacated
22 obviously.
23         And I don't know what -- I don't know who the new
24 magistrate judge is yet, so I don't know whether he or she will
25 handle things in the same way I've been handling them.  You

1 know, we have a coupler dozen magistrate judges in the district
2 and as I'm sure you guys know better than me, we all do things
3 quite a bit differently. And so, that's what I wanted to make
4 sure. But I wanted to make sure from both of you that I'm not
5 forgetting about something that we have set because I want to
6 make sure that I give my colleague the full range of things
7 that are on our plate.

8 Mr. LaMagna, have I missed anything?

9 **MR. LaMAGNA:** No, I think that's it, Your Honor. The
10 -- as you recall, we had submitted on the papers a prior
11 dispute that concerned, I think it was RFP 11 and ROG 8.

12 We had a separate proposed order, but just so that
13 for cleanliness, since that had not yet been ruled on, we had
14 included the scope of that in sort of reduced language to sort
15 of simplify into the order that we submitted for today's
16 discussion. So, I just wanted -- there may be confusion if a
17 new magistrate is looking at that, but they'll see an old order
18 that is also now subsumed into the order that I just submitted
19 a couple of days ago.

20 **THE COURT:** And that was -- that was an old written
21 order -- didn't we have a written order on that already,
22 Mr. LaMagna? I guess I didn't look at that carefully but I --

23 **MR. LaMAGNA:** I don't believe -- I apologize. If
24 Your Honor issued an order, you know, there's been a lot of
25 stuff going on in this case, and I missed it, then I -- my

1   deepest apologies.  I didn't see that there had been an order
2   on that motion, the one that we papered.
3           **MR. LEE:**  Your Honor, Samsung has not seen an order
4   either.
5           **MR. LaMAGNA:**  And so, for that reason, for
6   convenience, we had put, you know, sort of one stop shopping
7   into the one single order, and I think I sort of simplified the
8   language while trying to capture the same thing, so it was just
9   less words in what we submitted last week, but there are two
10  orders, and we're not looking for a ruling on both orders since
11  it would be duplicative.
12          I think then my letter of July 16th, there may be a
13  few things at the margin, Your Honor, but it largely covers the
14  current range of disputes.  We didn't expect to get through all
15  that today, of course, but I think that we wanted to give Your
16  Honor an indication of what was on the horizon, and so that
17  would be a good sort of summary for anyone that would be new
18  taking over the case.
19          **THE COURT:**  Okay.  I have an order on 11 and 8, and
20  if it did not go out, I need to figure out why.  And it was
21  done and completed, and I think that should be docketed before
22  my recusal takes effect because it was done.  And I don't want
23  to leave that issue open.
24          So, I'll find out what happened between, you know,
25  where I have this and the finish line.  It may have been an

6

1  error on my part in not moving it from where it is to where it
2  should have been, and if that's the case, I'll make that
3  happen, and then we'll make the recusal happen in the early
4  after.
5         **MR. LaMAGNA:**  And Your Honor, just for
6  clarification --
7         **THE COURT:**  Mr. Lee?
8         **MR. LaMAGNA:**  -- in our -- in the proposed order
9  that I submitted a couple of days ago, what we have as
10 romanette ii --
11        **THE COURT:**  Yes.
12        **MR. LaMAGNA:**  -- should be stricken.
13        **THE COURT:**  I understand.  I'll pass that along.
14 Mr. Lee, anything I've missed?
15        **MR. LEE:**  No, Your Honor, I think that covers the
16 full range of issues.  And the issues that Samsung would like
17 to raise with whichever judge takes over the case from you are
18 outlined in our letter dated July 16th.
19        **THE COURT:**  Okay.  All right.  Well, I've enjoyed
20 working on the matter, and I'm sorry this happened, but you
21 know, it is what it is.  And we'll just -- hopefully you'll --
22 we'll all continue accordingly.
23 Ms. Boehme, let's -- let me call you back in a couple
24 of minutes and we'll figure out what to do about this other
25 matter, and then we'll adjourn this hearing.

1       **MR. LaMAGNA:** And thank you, Your Honor, for your extensive time with the parties so far. We appreciate your time.

4       **THE COURT:** No worries. Happy to.

5       **MR. LEE:** Your Honor, it's been a pleasure working with you.

7       **THE COURT:** Uh-huh.

8    **(Proceeding adjourned)**

## CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____                            <u>August 5, 2021</u>
         Signed                                              Dated

*TONI HUDSON, TRANSCRIBER*

**EXCEPTIONAL REPORTING SERVICES, INC**