UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:20-00993 MCS (ADSx)            Date: August 6, 2021

Title: *Netlist, Inc. v. Samsung Electronics Co., Ltd.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | CS 08/06/2021 |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Raymond A. LaMagna | Jong-Min Choi |
| | David Hurwitz |

**Proceedings:      FURTHER INFORMAL DISCOVERY CONFERENCE**

Informal Discovery Conference held regarding outstanding discovery issues.

Court makes rulings as reflected on the record.

                                                                                    1:55
                                                Initials of Preparer      kh