UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>    Defendant. | CASE NO. 8:20-cv-993-MSC (ADSx)<br><br>**AMENDED ORDER REGARDING PLAINTIFF NETLIST INC.'S MOTION TO COMPEL DISCOVERY RESPONSES** |

This matter came before the Court on Plaintiff Netlist Inc.'s requests to compel responses to (i) Netlist's Interrogatories 10–11, 14–18, (ii) Netlist's Interrogatory No. 8 and Request for Production No. 11 (summarized in Dkt. 62), and (iii) Netlist's remaining First Set of Requests for Production.

Having considered the arguments of counsel on July 27, 2021, the Court hereby ORDERS Defendant to produce:[1]

- Any email and attachments sent to, from, or cc'ing a netlist.com email address, Netlist, or a Netlist employee, from January 2015 on; and
- All documents from January 2015 on, that reference Netlist, *Netlist.com, or 네트리스트 or 넷리스트 (Netlist in Korean); N 사 or N 社 (N-Company) or "Neptune" or any other Samsung code for Netlist; or the JDLA or "Joint Development and License Agreement", including any family documents such as forwarding, attaching, or transmittal materials.[2]

//
//
//

---

[1] Samsung document custodians shall include: Neal Knuth, Steve Metz, Hyuk Sang (Harrison) Yoo, Jung Bae Lee, Joo Sun Choi, Hyun Ki Ji, Indong Kim, Byungyup Jeon, Young-Hyun Jun, Kihoon (Lane) Kim, Kyuhan Han, Seung Min (Jeff) Sung, Yong Hwangbo, Ho Jung Kim, Gyo Young Jin, Kyong Yong Lee, Tae Jin Jeong, Ha Ryong Yoon, Wooseok Nam, Jinho Jeon, Dohee Kim, and Sun Young Lim.

[2] For documents internal to Samsung that were not sent to third parties, Samsung shall log any items withheld on the basis of attorney-client privilege or attorney work product, provided that the document or attachment lists an identifiable attorney and that Samsung has a good faith basis to assert that such privilege applies. Samsung need not log correspondence with litigation counsel.

The above responses shall be due no later than August 6, 2021.[3]

**IT IS SO ORDERED.**

Dated: August 6, 2021

/s/ Autumn D. Spaeth
Hon. Autumn D. Spaeth
United States Magistrate Judge

---

[3] The Court recognizes that the discovery at issue here was served on March 4, 2021, and that certain documents produced by Samsung may require translation by Netlist prior to the upcoming depositions.