1   JASON C. LO, SBN 219030
        jlo@gibsondunn.com
2   MATTHEW BENJAMIN (*pro hac vice*)
        mbenjamin@gibsondunn.com
3   RAYMOND A. LAMAGNA, SBN 244821
        rlamagna@gibsondunn.com
4   GIBSON, DUNN & CRUTCHER LLP
5   333 South Grand Avenue
    Los Angeles, CA  90071-3197
6   Telephone:  213.229.7000
    Facsimile:   213.229.7520
7
8   Attorneys for Plaintiff Netlist Inc.

9

10                  UNITED STATES DISTRICT COURT

11        CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

12

| | |
|---|---|
| NETLIST INC., a Delaware corporation, | CASE NO. 8:20-cv-00993-MCS-ADS |
| Plaintiff, | **EXHIBITS 15, 16, AND 17 TO THE DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF NETLIST INC.'S OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, | Action Filed:  May 28, 2020 |
| Defendant. | Trial Date:  November 30, 2021 |
| | Hon. Mark C. Scarsi |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBITS 15, 16, AND 17 TO THE DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF NETLIST
INC.'S OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

# Exhibit 15

Message

---

**From**: INDONG KIM [indong2.kim@samsung.com]
**Sent**: 6/2/2016 8:12:38 AM
**To**: Steven C Metz [s.metz@samsung.com]
**Cc**: Hyuk-sang Yoo [hsang.yoo@samsung.com]
**Subject**: Fwd: Re: Re: Re: Fwd: FW: Netlist Meeting: Minutes & Action Items 5-27-16

Hi Steve,

It's been a while. Hope everything's well except, Netlist trying to abuse the relationship...

Could you please share their presentation? I heard there are multiple version (?), so I'd like to see all of them.

Both JS Choi and my boss (JB Lee) are quite concerned about it so I would like to check the whole thing.

Thanks,
-Indong

------- **Original Message** -------
**Sender** : INDONG KIM<indong2.kim@samsung.com> E6/Principal Engineer/Memory Product Planning & Application Engineering Team/Samsung Electronics
**Date** : 2016-06-01 11:33 (GMT+09:00)
**Title** : Re: Re: Fwd: FW: Netlist Meeting: Minutes & Action Items 5-27-16

SVP Jung-bae Lee,

This is what is stated per current agreement.

Samsung will supply NAND and DRAM products to Netlist on Netlist's request at a competitive price (i.e., among customers purchasing similar volumes of similar products).

It is a provision limited to the volume condition, so Netlist claiming that it is low cost is an overinterpretation that's extending beyond the agreement. I spoke with EVP Ji-bum Kim on the phone and took measures to make sure that all materials follow the agreement to avoid any chance of misunderstanding and also to correct the applicable material.

Thank you.

------- **Original Message** -------
**Sender** : JUNG-BAE LEE<jung-bae.lee@samsung.com> Senior Vice President/Team Leader/Memory Product Planning & Application Engineering Team/Samsung Electronics
**Date** : 2016-06-01 10:59 (GMT+09:00)
**Title** : Re: Fwd: FW: Netlist Meeting: Minutes & Action Items 5-27-16

Understood.

Confidential

I will assess the situation.
Generally, we are also constantly controlling the situation so that they don't cross the line.

Jung-bae Lee


----- Original Message -----
Sender: Joo-sun Choi <joosun.choi@samsung.com> EVP/Team Leader/Strategic Marketing Team(Memory)/Samsung Electronics
**Date** : 2016-06-01 10:26 (GMT+09:00)
**Title** : Fwd: FW: Netlist Meeting: Minutes & Action Items 5-27-16


SVP Jung-bae Lee,

I think that Netlist is excessive in their use of the relationship with our company in the market.
Please assess the situation below, and while maintaining the basis of the IP cooperation relationship, make sure there is no contamination.

----- Original Message -----
Sender: Jae-soo Han <js.han@samsung.com> SVP/Regional Director/U.S. Director(DS)/Samsung Electronics
**Date** : 2016-06-01 09:28 (GMT+09:00)
**Title** : FW: Netlist Meeting: Minutes & Action Items 5-27-16


EVP,

This is the Netlist presentation material that I mentioned earlier but this is the previous material so there is no bullet point that states that Netlist represents Samsung, but Low-cost, $5M credit line (currently $200K), and there's concern that it may be promoted to the market as resale Samsung product, so I told Netlist's Brian Peterson (SVP Sales & Marketing) that for NV-DIMM, it would be a complimentary line-up with Netlist but don't expect a low cost for resale and a credit that is not in line with the process, so there may be direct contact for additional support and complaints. I've already told the president that we will be proceeding with Netlist as Biz Usual, the same as other customers.

Thank you.
Jae-soo Han


---

**From:** Steven Metz
**Sent:** Friday, May 27, 2016 6:13 PM
**To:** Jae Soo Han
**Cc:** Dongsung Yang; Jim Elliott; Ryan Smith; Michael Williams; Steven Metz; Chang Sup Han; Neal Knuth; Steven Metz; Lane Kim; Michael (Sie Pook) Law
**Subject:** Netlist Meeting: Minutes & Action Items 5-27-16

<u>Attendees:</u>
Samsung: Jaesoo Han, Jim Elliott, Mike Williams, Ryan Smith.
Netlist: Brian Peterson (SVP Sales and Marketing), Sebastian Lee (Dir of App Engineering).

<u>Exec Summary:</u>
Netlist Sales in 2015 were $10M.  Brian came from Emulex and has been tasked to grow revenue in the short term.
As Netlist finishes their development and gets customer adoption of their NVDIMM product they could become a good long term design collaboration partner.
Samsung Ventures invested $23M in November or 2015.
(15M Invest & 8M for a Joint development agreement giving Netlist License to Samsung's patents and "access to Samsung resources and DRAM/Nand at low-cost")
Netlist is engaged with multiple customers for NVDIMM and Storage and are committed to selling 100% Samsung product.

<u>Customer Engagements:</u>
Netlist has secured a PO from Uber for $1,000 pcs of SM863 @ $780 for June Delivery. They expect another PO Next week for another 1K pcs.
The product was expedited directly to YH Jun through Ji Bam Lee a Netlist employee in Korea before engaging the teams in the US.
They are also engaged with HyperScale customers (MSFT), and some small customers like Solidfire and Kaminario (Engineering in Israel).

<u>Credit Line:</u>
Netlist credit line is $200K so they are unable to support the existing orders.

<u>Action Items:</u>
-Broker a meeting between Samsung Ventures and DSA Finance and receivables insurance companies. – S.Metz
-Investigate alternative channels to support the ~$1.6 in SSD orders for Uber alone. –S.Metz and Neal Knuth
-Follow up on future and existing design in Opportunities leveraging Netlists Storage technologies and 100% Samsung commitment.

Attached is a brief on Netlist.  A similar version was used for the meeting.
If you have any questions or concerns please give me a call.   For those who attended.  Thank you.

Thanks,
S.Metz


Steven Metz | Sr. Dir of Global Sales | Samsung Semiconductor Inc. | Office: 408-544-4361 | Cell: 408-420-4382 |

Notice: Unless specifically identified as a "firm offer" or an "offer to sell," this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.


JS Choi, Ph.D.
Executive Vice President
Memory Sales & Marketing
Samsung Electronics


Indong Kim, Ph.D. | Technical Lead, Next Gen. Solution Planning | Samsung Electronics Co., Ltd

Office: +82)31-208-2356 | Mobile: +82)10-4185-7834

**Noel Whitley**
VP, IP & Licensing

Technical lead, Next Gen. Solution Planning | Samsung Electronics Co., Ltd
175 Technology

Office: +82)31-208-2356 | Mobile: +82)10-4185-7834
Irvine, CA 92618

Tel:949.435.0025

Fax:949.435.0031                     Direct: 949-679-0115

www.netlist.com                      Email: nwhitley@netlist.com

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

Confidential                                                                                        SEC000262

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California        )

                                 )     S. S.

Los Angeles County     )

        I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated <u>Email chain dated 6/2/2016 with the subject</u> <u>'Fwd: Re: Re: Re: Fwd: FW: Netlist Meeting: Minutes & Action items 5-27-16'</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

### <u>Description of Translated Documents</u>

<u>Email chain dated 6/2/2016 with the subject</u>
<u>'Fwd: Re: Re: Re: Fwd: FW: Netlist Meeting: Minutes & Action items 5-27-16'</u>

Executed on July 19, 2021

_____

Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

Message

| | |
|---|---|
| **From:** | INDONG KIM [indong2.kim@samsung.com] |
| **Sent:** | 6/2/2016 8:12:38 AM |
| **To:** | Steven C Metz [s.metz@samsung.com] |
| **CC:** | 유혁상 [hsang.yoo@samsung.com] |
| **Subject:** | Fwd: Re: Re: Re: Fwd: FW: Netlist Meeting: Minutes & Action Items 5-27-16 |

Hi Steve,

It's been a while. Hope everything's well except, Netlist trying to abuse the relationship...

Could you please share their presentation? I heard there are multiple version (?), so I'd like to see all of them.

Both JS Choi and my boss (JB Lee) are quite concerned about it so I would like to check the whole thing.

Thanks,
-Indong


------- **Original Message** -------
**Sender** : INDONG KIM<indong2.kim@samsung.com> E6/Principal Engineer/Memory Product Planning & Application Engineering Team/Samsung Electronics
**Date** : 2016-06-01 11:33 (GMT+09:00)
**Title** : Re: Re: Fwd: FW: Netlist Meeting: Minutes & Action Items 5-27-16


이정배 전무님,

현재 계약서 상으로는 아래와 같이 되어 있습니다.

Samsung will supply NAND and DRAM products to Netlist on Netlist's request at a competitive price (i.e., among customers purchasing similar volumes of similar products).

물량 조건으로 한정된 조항이므로 Netlist쪽에서 low cost라고 주장하는 것은 계약을 벗어난 확대 해석입니다.

김지범 부사장과 통화 해서 어떠한 자료든 반드시 계약서에 기준하여 오해의 소지가 없게 정리 하도록 조치 하였고,

해당 자료도 수정 할 수 있도록 이야기 하였습니다.

감사합니다.

------- **Original Message** -------
**Sender** : JUNG-BAE LEE<jung-bae.lee@samsung.com> Senior Vice President/Team Leader/Memory Product Planning & Application Engineering Team/Samsung Electronics
**Date** : 2016-06-01 10:59 (GMT+09:00)
**Title** : Re: Fwd: FW: Netlist Meeting: Minutes & Action Items 5-27-16


알겠습니다.

Confidential

상황 파악해 보겠습니다.

기본적으로 저희도 계속 선을 넘지 않도록 제어하고 있습니다.


이정배


------- **Original Message** -------

**Sender** : 최주선<joosun.choi@samsung.com> 부사장/팀장/전략마케팅팀(메모리)/삼성전자

**Date** : 2016-06-01 10:26 (GMT+09:00)

**Title** : Fwd: FW: Netlist Meeting: Minutes & Action Items 5-27-16


이정배전무,


Netlist사가 당사와의 관계를 시장에서 과도하게 이용하는 것 같습니다.

아래 사항 파악하여, 당사와의 IP 협력 관계에서 기조는 유지하되 Contamination되는 부분이

생기지 않도록 해주기 바랍니다.

------- **Original Message** -------

**Sender** : 한재수<js.han@samsung.com> 전무/지역총괄/미주총괄(DS)/삼성전자

**Date** : 2016-06-01 09:28 (GMT+09:00)

**Title** : FW: Netlist Meeting: Minutes & Action Items 5-27-16


부사장님,

아까 말씀드렸던 Netlist 발표자료인데 이전자료라 Netlist가 삼성 represent한다는 bullet point는 없습니다만

Low-cost, $5M credit line(현재 $200K), resale Samsung product로 시장에 promotion될 것이 우려되어 Netlist Brian

Peterson(SVP Sales &Marketing)에게

Netlist와 NV-DIMM의 경우 complimentary line-up이 되겠지만Resale을 위한 low cost및 process에 어긋나는 credit

설정은 기대하지 말라고 선언을 했기 때문에

추가 support를 위한 직접 접촉 및 불평이 전달될 수 있을 것 같습니다. 사장님께서도 Netlist를 여타의 거래선과

같이 Biz Usual로 진행하겠다 말씀드린 상황입니다.


감사합니다

한재수 올림


**From:** Steven Metz
**Sent:** Friday, May 27, 2016 6:13 PM
**To:** Jae Soo Han
**Cc:** Dongsung Yang; Jim Elliott; Ryan Smith; Michael Williams; Steven Metz; Chang Sup Han; Neal Knuth; Steven Metz; Lane Kim; Michael (Sie Pook) Law
**Subject:** Netlist Meeting: Minutes & Action Items 5-27-16

Confidential

<u>Attendees:</u>
Samsung: Jaesoo Han, Jim Elliott, Mike Williams, Ryan Smith.
Netlist: Brian Peterson (SVP Sales and Marketing), Sebastian Lee (Dir of App Engineering).

<u>Exec Summary:</u>
Netlist Sales in 2015 were $10M.  Brian came from Emulex and has been tasked to grow revenue in the short term.
As Netlist finishes their development and gets customer adoption of their NVDIMM product they could become a good long term design collaboration partner.
Samsung Ventures invested $23M in November or 2015.
(15M Invest & 8M for a Joint development agreement giving Netlist License to Samsung's patents and "access to Samsung resources and DRAM/Nand at low-cost")
Netlist is engaged with multiple customers for NVDIMM and Storage and are committed to selling 100% Samsung product.

<u>Customer Engagements:</u>
Netlist has secured a PO from Uber for $1,000 pcs of SM863 @ $780 for June Delivery. They expect another PO Next week for another 1K pcs.
The product was expedited directly to YH Jun through Ji Bam Lee a Netlist employee in Korea before engaging the teams in the US.
They are also engaged with HyperScale customers (MSFT), and some small customers like Solidfire and Kaminario (Engineering in Israel).

<u>Credit Line:</u>
Netlist credit line is $200K so they are unable to support the existing orders.

<u>Action Items:</u>
-Broker a meeting between Samsung Ventures and DSA Finance and receivables insurance companies. – S.Metz
-Investigate alternative channels to support the ~$1.6 in SSD orders for Uber alone. –S.Metz and Neal Knuth
-Follow up on future and existing design in Opportunities leveraging Netlists Storage technologies and 100% Samsung commitment.

Attached is a brief on Netlist.  A similar version was used for the meeting.
If you have any questions or concerns please give me a call.   For those who attended.  Thank you.

Thanks,
S.Metz


Steven Metz | Sr. Dir of Global Sales | Samsung Semiconductor Inc. | Office: 408-544-4361 | Cell: 408-420-4382 |

Notice: Unless specifically identified as a "firm offer" or an "offer to sell," this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.


JS Choi, Ph.D.

Executive Vice President

Memory Sales & Marketing

Samsung Electronics


Indong Kim, Ph.D. | Technical Lead, Next Gen. Solution Planning | Samsung Electronics Co., Ltd

Office: +82)31-208-2356 | Mobile: +82)10-4185-7834

**Indong Kim,** Ph.D. | Technical Lead, Next Gen. Solution Planning | Samsung Electronics Co., Ltd
Office: +82)31-208-2356 | Mobile: +82)10-4185-7834

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술 등을 포함**하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지** 됩니다.  본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

# Exhibit 16

Message

___

| | |
|---|---|
| **From**: | Arnold Sunghan Kim [arniee.kim@samsung.com] |
| **Sent**: | 2/2/2018 1:21:45 PM |
| **To**: | Kyong Yong Lee , Daniel [ky1217.lee@samsung.com]; Hyeoksang Yoo [hsang.yoo@samsung.com] |
| **CC**: | Yejin Moon [yejin.moon@samsung.com]; Hyerim Liz Park [liz.park@samsung.com] |
| Subject: | FW: Regarding the Netlist agreement |

Please refer to the information below.

VP Sung-han Kim (Head of Group 1)
Arnold S. Kim / VP, Sales Group 1

Office : 82-31-208-3764 / 82-10-2046-8943

This email is confidential and privileged.  If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

----- Original Message -----
Sender: Yong Hwangbo  <yong.hwangbo@samsung.com> VP/Group Leader/Business Strategy Group(Memory)/
    Samsung Electronics
Date: 2018-02-02 11:40 (GMT+9)
Title: Regarding the Netlist agreement
To: Joo Sun Choi <joosun.choi@samsung.com> Hyun-ki Ji <hyunki.ji@samsung.com>, Sung-han Kim
    <arniee.kim@samsung.com, Ho-jung Kim <hojung4623.kim@samsung.com>

EVP.

This is the part of the agreement related to N company's sales,
and there is an obligation to supply NAND/DRAM at a competitive price if N company makes a request.

You may have already received a report on it and have knowledge of this, but
The quantity for N company has decreased a lot to the level of '17.1Q $8.2M → 4Q $2.5M,
and the supply price is somewhat higher than other similarly sized company (Smart Modular).
I will report this matter to the business director on Monday next week and will circle back.

Thank you.
Yong Hwangbo

## Section 6.   SUPPLY OF COMPONENTS

6.1     Supply by Netlist. Netlist will provide Samsung any NVDIMM-P controller on Samsung's request at a price lower than the price Netlist provides to any other buyer.

6.2     Supply by Samsung. Samsung will supply NAND and DRAM products to Netlist on Netlist's request at a competitive price (*i.e.*, among customers purchasing similar volumes of similar products).

## Section 13.   TERM AND TERMINATION

13.1     Term. This Agreement, including the license, shall become effective on the Effective Date and shall remain in effect until the expiration of the Term unless earlier terminated as provided herein.

13.2     Termination. Notwithstanding the Term of this Agreement as set forth in Section 13.1 herein above, the other Party shall have a right to terminate this Agreement upon written notice to a Party if:

> 1) such Party is in material breach of this Agreement and it is not cured within thirty (30) days period from the other Party's written demand, or as a consequence of the breach the purpose of this Agreement cannot be achieved; or
> 2) such Party becomes insolvent or files or has a petition filed against it under bankruptcy or insolvency law, makes an assignment for the benefit of creditors or takes any similar action under applicable bankruptcy or insolvency law.

13.3     Effect of Termination. Upon the earlier termination of this Agreement by reason of material breach or insolvency pursuant to Section 13.2 1) and 2) by a Party, all licenses and other rights granted to such defaulting Party pursuant to this Agreement will cease forthwith as of the effective date of such termination; provided, however, that the license granted to the non-defaulting Party will continue in full force and effect.   Upon any expiration or termination of this Agreement, each Party shall return all Confidential Information of the other Party in such first Party's possession or under such first Party's control and certify in writing its compliance with such obligation.

The above message is intended solely for the named addressee and may contain trade secret, industrial
technology or privileged and confidential information otherwise protected under applicable law including the
Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution,
copying or use of the information contained in this communication is strictly prohibited. If you have received
this communication in error, please notify the sender by email and delete this communication immediately.

The above message is intended solely for the named addressee and may contain trade secret, industrial
technology or privileged and confidential information otherwise protected under applicable law including the
Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution,
copying or use of the information contained in this communication is strictly prohibited. If you have received
this communication in error, please notify the sender by email and delete this communication immediately.

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California          )
                            )          S. S.
Los Angeles County          )


       I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated <u>Document with Bates No. SEC000315 - SEC000317</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

### Description of Translated Documents

<u>Document with Bates No. SEC000315 - SEC000317</u>


Executed on July 23, 2021


Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com


Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

Message

| | |
|---|---|
| **From:** | Arnold Sunghan Kim [arniee.kim@samsung.com] |
| **Sent:** | 2/2/2018 1:21:45 PM |
| **To:** | Kyong Yong Lee , Daniel [ky1217.lee@samsung.com]; Hyeoksang Yoo [hsang.yoo@samsung.com] |
| **CC:** | Yejin Moon [yejin.moon@samsung.com]; Hyerim Liz Park [liz.park@samsung.com] |
| **Subject:** | FW: Netlist社 계약 관련 |

아래 내용 참조하세요.


김성한 상무 (1그룹장)

Arnold S. Kim / VP, Sales Group 1

Office : 82-31-208-3764 / 82-10-2046-8943

This email is confidential and privileged.  If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.


--------- **Original Message** ---------

**Sender** : 황보용 <yong.hwangbo@samsung.com> 상무/그룹장/사업전략그룹(메모리)/삼성전자

**Date** : 2018-02-02 11:40 (GMT+9)

**Title** : Netlist社 계약 관련

**To :** 최주선<joosun.choi@samsung.com>, 지현기<hyunki.ji@samsung.com>, 김성한<arniee.kim@samsung.com>, 김호정<hojung4623.kim@samsung.com>


총괄님.

N사의 영업관련 계약내용인데,
N사가 요청이 있을 경우 NAND/DRAM을 Competitve Price로 공급할 의무가 있습니다.


총괄님 이미 보고 받아 아시고 계시겠지만,
N사 물량은 많이 줄여 '17.1Q $8.2M → 4Q $2.5M 수준이고,
유사규모의 업체(Smart Modular)보다도 공급가격은 일부 높은 수준입니다.
본건 사항을 차주 월요일 사업부장님께도 보고 드리고 다시 말씀드리겠습니다.


감사합니다.
황보용 드림.

SEC000315

## Section 6.   SUPPLY OF COMPONENTS

6.1     Supply by Netlist. Netlist will provide Samsung any NVDIMM-P controller on Samsung's request at a price lower than the price Netlist provides to any other buyer.

6.2     Supply by Samsung. Samsung will supply NAND and DRAM products to Netlist on Netlist's request at a competitive price (i.e., among customers purchasing similar volumes of similar products).

## Section 13.   TERM AND TERMINATION

13.1     Term. This Agreement, including the license, shall become effective on the Effective Date and shall remain in effect until the expiration of the Term unless earlier terminated as provided herein.

13.2     Termination. Notwithstanding the Term of this Agreement as set forth in Section 13.1 herein above, the other Party shall have a right to terminate this Agreement upon written notice to a Party if:

      1) such Party is in material breach of this Agreement and it is not cured within thirty (30) days period from the other Party's written demand, or as a consequence of the breach the purpose of this Agreement cannot be achieved; or

      2) such Party becomes insolvent or files or has a petition filed against it under bankruptcy or insolvency law, makes an assignment for the benefit of creditors or takes any similar action under applicable bankruptcy or insolvency law.

13.3     Effect of Termination. Upon the earlier termination of this Agreement by reason of material breach or insolvency pursuant to Section 13.2 1) and 2) by a Party, all licenses and other rights granted to such defaulting Party pursuant to this Agreement will cease forthwith as of the effective date of such termination; provided, however, that the license granted to the non-defaulting Party will continue in full force and effect.  Upon any expiration or termination of this Agreement, each Party shall return all Confidential Information of the other Party in such first Party's possession or under such first Party's control and certify in writing its compliance with such obligation.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술 등을 포함**하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지**됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

Confidential

# Exhibit 17

Message

---

From:          Ho-jung Kim [hojung4623.kim@samsung.com]
Sent:          1/18/2018 1:09:06 PM
To:            Hyeok-sang Yoo[hsang.yoo@samsung.com]
Subject:       Netlist JDLA Agreement
Attachments:   151113_Netlist Agreement (Signed version).pdf

Director,

Please refer to the attached JDLA agreement with Netlist.
Pursuant to the agreement, supply for NAND and DRAM products is necessary if there is a request from Netlist.

6.2   Supply by Samsung. Samsung will supply NAND and DRAM products to Netlist on Netlist's request at a competitive price (*i.e.*, among customers purchasing similar volumes of

similar products).

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

Confidential

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California )
 ) S. S.
Los Angeles County )

   I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated Document with Bates No. SEC001269 from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

**Description of Translated Documents**

Document with Bates No. SEC001269

Executed on July 23, 2021

_____

Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

Message

| | |
|---|---|
| **From:** | 김호정 [hojung4623.kim@samsung.com] |
| **Sent:** | 1/18/2018 1:09:06 PM |
| **To:** | 유혁상 [hsang.yoo@samsung.com] |
| **Subject:** | 넷리스트 JDLA 계약서 |
| **Attachments:** | 151113_Netlist社 계약서(서명본).pdf |

부장님,

첨부 넷리스트와의 JDLA 계약서 참조하시기 바랍니다.
계약서 上 넷리스트의 요청이 있을 경우 NAND, DRAM 제품은 공급이 필요합니다.

6.2    Supply by Samsung. Samsung will supply NAND and DRAM products to Netlist on
Netlist's request at a competitive price (*i.e.*, among customers purchasing similar volumes of

similar products).

The above message is intended solely for the named addressee and may contain trade secret, industrial
technology or privileged and confidential information otherwise protected under applicable law including the
Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution,
copying or use of the information contained in this communication is strictly prohibited. If you have received
this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여
관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술 등을 포함**하고 있을 수 있습니다. 본 문서에
포함된 정보의 전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지**
됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

Confidential