UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>          Defendant. | CASE NO. 8:20-cv-993-MCS (ADS)<br><br>**STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS PRODUCED IN DISCOVERY** |

IT IS HEREBY STIPULATED AND AGREED by and among Netlist, Inc. ("Netlist") and Samsung Electronics Co., Ltd. ("Samsung," and collectively with Netlist, the "Parties"), through their undersigned counsel of record, as follows:

    1.    All documents and communications produced by the Parties (the "Produced Documents") are authentic. Neither Netlist nor Samsung will object to the admission of any of the Produced Documents on the ground that they are not authentic.

    2.    All correspondence produced were sent and received by the individuals identified on the face of the correspondence by name or email address, or as are identified in the metadata accompanying the production of electronic correspondence.

    3.    For the avoidance of doubt, the Parties expressly reserve the right to object to the admissibility of any of the Produced Documents for any reason other than the authenticity of the document.

    4.    Notwithstanding the foregoing, the Parties reserve the right to challenge the admissibility of any of the Produced Documents on the grounds of authenticity, or to challenge the sender or recipient of any correspondence, should they have a good faith basis for doing so in regards to a particular document or communication.

Dated:   Los Angeles, CA
         August 13, 2021

By: __/s/ *Jason C. Lo*_____
    Jason C. Lo, SBN 219030
     jlo@gibsondunn.com
    Matthew Benjamin (*pro hac vice*)
     mbenjamin@gibsondunn.com
    Raymond A. LaMagna, SBN 244821
     rlamagna@gibsondunn.com
    GIBSON, DUNN & CRUTCHER
    333 South Grand Avenue
    Los Angeles, CA 90071
    Telephone: 213.229.700
    Facsimile:  213.229.7520

    Jason Sheasby, SBN 205455
     jsheasby@irell.com
    IRELL & MANELLA LLP
    1800 Ave. of the Stars
    Los Angeles, CA 90067
    Telephone: 310.203.7096
    Facsimile:  310.203.7199

*Attorneys for Netlist, Inc.*

By: ___/s/ *Ekwan E. Rhow*_____
    Ekwan E. Rhow, SBN 174604
     erhow@birdmarella.com
    Marc E. Masters, SBN 208375
     mmasters@birdmarella.com
    Kate S. Shin, SBN 279867
     kshin@birdmarella.com
    Christopher J. Lee, SBN 322140
     clee@birdmarella.com
    Jong-min Choi, SBN 329474
     jmchoi@birdmarella.com
    BIRD, MARELLA, BOXER,
    WOLPERT, NESSIM, DROOKS,
    LINCENBERG & RHOW, P.C.
    1875 Century Park East
    Los Angeles, CA 90067
    Telephone: 310.201.2100
    Facsimile: 310.201.2110

*Attorneys Samsung Electronics Co., Ltd.*

## ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 13, 2021       By: __/s/ *Jason C. Lo*_____
                                                Jason C. Lo