**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Netlist Inc. | | CASE NUMBER: |
| | Plaintiff(s) | 8:20-cv-00993-MCS-ADSx |
| v. | | |
| Samsung Electronics Co., Ltd. | | MOTION RE: INFORMAL DISCOVERY DISPUTE |
| | Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Autumn D. Spaeth

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

Dated:   August 13, 2021                    By:            K. Hopkins
                                                              Deputy Clerk