UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:20-00993 MCS (ADSx)                               Date: August 16, 2021

Title: *Netlist Inc. v. Samsung Elecs. Co., Ltd.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DENYING PLAINTIFF'S REQUEST FOR AN INFORMAL DISCOVERY CONFERENCE**

Before the Court is Plaintiff Netlist Inc.'s August 13, 2021 request for an informal discovery conference.  The Court has also reviewed Samsung Electronics Co., Ltd.'s response.  The Court DENIES Plaintiff's request for an informal discovery conference.

   **IT IS SO ORDERED.**

Initials of Clerk kh