UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>　　　　　　Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**[PROPOSED] ORDER GRANTING NETLIST INC.'S APPLICATION SUBMITTING DOCUMENTS FOR SAMSUNG'S FORTHCOMING DECLARATION SUPPORTING LEAVE TO FILE UNDER SEAL REGARDING EXHIBITS 15 AND 18**<br><br>Action Filed: May 28, 2020<br>Trial Date: November 30, 2021<br><br>Hon. Mark C. Scarsi |

The Court, having considered the materials and arguments submitted by Plaintiff Netlist Inc. in its Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Pursuant to L.R. 79–5.2.2(a) (the "Application"), and the declaration of Raymond A. LaMagna submitted in support thereof, and having found compelling reasons, hereby ORDERS as follows:

The Application is GRANTED.  The following documents SHALL BE FILED UNDER SEAL as follows:

| Document | Portions to be Sealed |
|---|---|
| **Exhibit 15** to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents For Samsung's Forthcoming Declaration Supporting Leave to File Under Seal | Page SEC005299 (portion of Samsung email disclosing non-public list of third-party customers of Netlist) |
| **Exhibit 18** to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents For Samsung's Forthcoming Declaration Supporting Leave to File Under Seal | Pages SEC058105-06 (portion of Samsung email disclosing non-public list of third-party customers of Netlist) |

In accordance with L.R. 79–5.2.2(a), Netlist is directed to file the sealed documents pursuant to the protocol outlined in L.R. 79–5.2.2(c).  The Clerk will not convert the proposed sealed documents submitted with the Application into a new filing.

**IT IS SO ORDERED.**

Dated: _____, 2021

                                           The Hon. Mark C. Scarsi
                                           United States District Judge

## CERTIFICATE OF SERVICE

I, Raymond A. LaMagna, an attorney, hereby certify that the **[PROPOSED] ORDER GRANTING NETLIST INC.'S APPLICATION SUBMITTING DOCUMENTS FOR SAMSUNG'S FORTHCOMING DECLARATION SUPPORTING LEAVE TO FILE UNDER SEAL REGARDING EXHIBITS 15 AND 18,** was emailed to counsel for Samsung Electronics Inc., Ltd., on August 16, 2021.

By: _____*/s/ Raymond A. LaMagna*_____
Raymond A. LaMagna

Attorney for Plaintiff Netlist Inc.