# EXHIBIT 18

**PUBLIC**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**