# EXHIBIT 31

*PUBLIC
REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*