# EXHIBIT 40

*PUBLIC*
*REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*