UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**[PROPOSED] ORDER GRANTING NETLIST INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Action Filed: May 28, 2020<br>Trial Date: November 30, 2021<br><br>Hon. Mark C. Scarsi |

The Court, having considered the materials and arguments submitted by Plaintiff Netlist Inc. in its Application for Leave to File Under Seal Pursuant to L.R. 79–5.2.2(a) (the "Application"), and the declaration of Raymond A. LaMagna submitted in support thereof, and having found compelling reasons, hereby ORDERS as follows:

The Application is GRANTED.  The following documents SHALL BE FILED UNDER SEAL as follows:

| Document | Portions to be Sealed |
|---|---|
| Exhibit 1 to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Motion for Summary Judgment | Entire Exhibit 1 |
| Exhibit 2 to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Motion for Summary Judgment | Entire Exhibit 2 |
| Exhibit 3 to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Motion for Summary Judgment | Entire Exhibit 3 |
| Exhibit 4 to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Motion for Summary Judgment | Entire Exhibit 4 |
| Exhibit 5 to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Motion for Summary Judgment | Entire Exhibit 5 |
| Exhibit 9 to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Motion for Summary Judgment | Entire Exhibit 9 |
| Exhibit 13 to the Declaration of Raymond A. LaMagna in Support of | Entire Exhibit 13 |

| Document | Portions to be Sealed |
|---|---|
| Netlist Inc.'s Motion for Summary Judgment | |
| Exhibit 24 to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Motion for Summary Judgment | Entire Exhibit 24 |
| Exhibit 25 to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Motion for Summary Judgment | Entire Exhibit 25 |
| Exhibit 27 to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Motion for Summary Judgment | Entire Exhibit 27 |
| Exhibit 30 to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Motion for Summary Judgment | Entire Exhibit 30 |

In accordance with L.R. 79–5.2.2(a), Netlist is directed to file the sealed documents pursuant to the protocol outlined in L.R. 79–5.2.2(c). The Clerk will not convert the proposed sealed documents submitted with the Application into a new filing.

**IT IS SO ORDERED.**

Dated: _____, 2021

                                                  The Hon. Mark C. Scarsi
                                            United States District Judge

# CERTIFICATE OF SERVICE

I, Raymond A. LaMagna, an attorney, hereby certify that the **[PROPOSED] ORDER GRANTING NETLIST INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL,** was emailed to counsel for Samsung Electronics Inc., Ltd., on August 16, 2021.

By: _____*/s/ Raymond A. LaMagna*_____
Raymond A. LaMagna

Attorney for Plaintiff Netlist Inc.