JASON C. LO, SBN 219030
    jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
    mbenjamin@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
    rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>                    Defendant. | CASE NO. 8:20-cv-993-MCS (ADS)<br><br>**DECLARATION OF C.K. HONG IN SUPPORT OF NETLIST INC.'S PARTIAL MOTION FOR SUMMARY JUDGMENT** |

## DECLARATION OF C.K. HONG

I, C.K. Hong, declare:

1.      I am Chief Executive Officer and co-founder of Netlist Inc. ("Netlist").  I am submitting this declaration in support of Netlist's Motion for Partial Summary Judgment.  I have personal knowledge of the matters stated here and I could and would testify under oath as to them if needed.

2.      Netlist is an innovator in high-performance memory module technologies. We design and manufacture a variety of high-performance products used in servers and storage systems for the cloud computing, virtualization, and big data markets. Netlist's technology enables users to derive useful information from vast amounts of data in a shorter period of time.

3.      Since its founding in 2000, Netlist has been focused on creating breakthrough products that fill the performance gap between server and storage architectures and the capabilities of existing memory technologies.  Netlist's early products were built on a variety of pioneering ideas from Netlist engineers that improved performance and lowered cost compared to conventional memory.  Netlist quickly established itself as a creator of unique technology and as an important supplier of high-performance server memory modules to the world's largest high-tech companies including Dell, IBM, HP, and Apple, among others.  Given this track record, customers have engaged Netlist to create custom, proprietary products to satisfy unique requirements.

4.      The commitment from Samsung Electronics Co., Ltd. ("Samsung") to supply NAND and DRAM to Netlist as consideration for the agreement we entered into was of crucial value to Netlist.  First, the semiconductor industry has historically experienced cyclical shortages of NAND and DRAM, so Netlist aimed to reduce business risk stemming from the possibility that these shortages would disrupt the flow of products to our customers.  Second, even as the largest memory producer in the world, Samsung supplies NAND and DRAM directly to a surprisingly small number of

select companies.  As a result, an agreement with Samsung for direct product supply elevated Netlist into an elite group of industry players and provided assurances to Netlist's customers that if they engaged Netlist, they would have good access to supply.  In an industry where the inability to secure NAND and DRAM forces businesses to shut down, a direct supply relationship with the world's largest memory semiconductor manufacturer is a significant strategic advantage.

5.      Because securing direct supply of NAND and DRAM was so critical to Netlist, Netlist was willing to make a number of important concessions to Samsung in exchange for Samsung's contractual commitment to provide supply.  Chief among these, Samsung sought and Netlist agreed to provide Samsung with a license to its patents.  Netlist also agreed to a lower upfront payment to support the overall structure of the deal.  In particular, Netlist initially sought an $85 million payment and a running royalty.  Following several months of negotiations, Netlist eventually agreed to an $8 million NRE fee but with a commitment from Samsung that its supply obligation was firm and binding.  Netlist and Samsung executed a Joint Development and License Agreement ("JDLA") in November 2015.

6.      The market for NAND and DRAM is effectively an oligopoly with Micron Technology, Inc., SK Hynix Inc., and Samsung controlling approximately 95% of the world's supply.  Although all three manufacturers offer NAND and DRAM, the products from the three suppliers are not interchangeable.  This is because each company implements different design and fabrication processes which result in varying speed, power, and endurance characteristics in customers' server and storage systems.  Therefore, a server or storage manufacturer cannot simply replace a Hynix or Micron server memory for a Samsung server memory without re-qualification or, in some cases, a redesign of their server systems.  Further, NAND and DRAM sourced in secondary channels from a third party are often of inferior quality compared to those components procured directly from the manufacturer.  It would thus be risky to buy Samsung products from a third party without screening those products ahead of

manufacturing and shipment.  For those Netlist customers who have qualified a given server or storage system to run Samsung NAND and DRAM, it was Samsung and Netlist's mutual understanding that Netlist would obtain the product directly from Samsung.  I know this based on communications between Netlist and Samsung.  Indeed, for Netlist to voluntarily go to a third-party middleman for supply of Samsung NAND and DRAM when Samsung was obligated to provide them directly would make no sense.  In addition to the risk of inferior quality, Samsung products sourced from a third-party middleman are priced higher than the same products purchased directly from Samsung.  And a third-party middleman is not able to commit to or provide a continuous and stable supply of Samsung products.

7.     For these reasons, after the JDLA was signed, Netlist attempted to fill its entire requirement for Samsung-qualified NAND and DRAM from Samsung.

8.     Before the JDLA was signed, Samsung supplied effectively no product to Netlist and the relationship was *ad hoc*.  After the execution of the JDLA, Netlist and Samsung engaged in a course of dealing in which Netlist would make regular requests for NAND and DRAM and Samsung would reasonably comply.  For nearly two years following the execution of the JDLA, Samsung sold Netlist millions of dollars worth of products each quarter.  In 2016, Netlist purchased approximately $9 million worth of NAND and DRAM from Samsung.  In the first half of 2017 alone, Samsung's supply to Netlist was approximately $16 million.

9.     The ability to obtain supply from Samsung was crucial to Netlist's ability to service its new customer base.  After the execution of the JDLA, Netlist invested heavily in sales and marketing efforts to expand the market for Samsung-based products.  Netlist actively promoted its access to Samsung memory chips, building relationships with customers who relied on Netlist's access.  Netlist thus built important goodwill with its customers, who relied on Netlist for a supply of Samsung NAND and DRAM for products designed to utilize Samsung memory.  In addition,

Netlist convinced customers who previously had not had access to Samsung products to qualify server systems with Samsung NAND and DRAM.

10.   In May 2017, Samsung unilaterally and without any prior notice informed Netlist that its allocation would be cut to zero.  This meant that Samsung's management made a conscious decision to stop supplying Netlist directly.  This was a shocking development for me and the company as the product supply from Samsung was ramping up nicely, the joint development was progressing well, and there was no indication of trouble in the growing partnership.  With its enormous market power, over the years I have seen Samsung cease business dealing with large, longtime customers abruptly with no explanation.  The difference here is that none of those companies had a comprehensive and binding product supply, joint development, and license agreement with Samsung; we did.  The ramifications to Netlist's business were significant, and it is my understanding they will be the subject of expert reports and testimony.  In the quarters after Samsung's zero-allocation decision, Samsung's supply to Netlist of DRAM and NAND dropped by more than two thirds.  By the third quarter after this decision, the supply from Samsung trickled to virtually nothing.  Because of pre-existing purchase orders, the deliveries from Samsung did not drop to zero immediately.



Netlist customers who also invested financial and technical resources to design and build servers that used Samsung memory could no longer be reliably supplied and their investments to qualify Samsung NAND and DRAM products went to waste.  For some time following Samsung's decision to cut Netlist's allocation to zero, Netlist did everything in its power to convince Samsung to comply with its supply obligations.  Netlist explained to Samsung that its refusal to fulfill Netlist's requests for NAND and

DRAM was causing Netlist to lose valuable business opportunities and tarnishing the goodwill Netlist had established with a customer base that had come to rely on Netlist. It implored Samsung sales management to reverse its decision and provide Netlist with allocation.  Within a few weeks of receiving notice of Samsung's allocation decision, Netlist's management flew to Samsung's U.S. headquarters in Silicon Valley and made a presentation on the critical importance of supply continuity.  Between the second half of 2017 and the first half of 2018, several additional meetings were held in Korea. Because the supply arrangement with Samsung was so uniquely valuable to Netlist, we did not want to walk away from it.  It ultimately became clear, however, that Samsung was not going to change its mind.  Samsung was simply going to decide unilaterally when, if ever, it would honor its obligations under the JDLA to supply Netlist.

11.    After Netlist filed this lawsuit and after the termination of the agreement came into effect, Samsung began to increase the product it was willing to supply to us. But the damage has been done.  We lost important customers that we had developed from 2015-2017 for our Samsung-related products business, and our reputation with those customers and others was damaged.  Moreover, we were no longer able to supply predictable quantities of Samsung NAND and DRAM products to many of our customers.  And Netlist has no assurance that Samsung will not, as soon as this case ends, again refuse to supply Netlist with product, meaning that this part of our business can again be damaged any time Samsung chooses.

12.    When Samsung failed to honor its legal obligations and fulfill Netlist's orders, Netlist could not supply its customers and lost business opportunities and profits it otherwise would have earned had Samsung performed as required under the JDLA.  Netlist lost major customers, and its reputation in the industry was damaged. Samsung's decision to limit Netlist's direct supply of NAND and DRAM prevented Netlist from growing a stable products business.  Samsung's refusal to supply caused extreme commercial harm to Netlist.

Gibson, Dunn &
Crutcher LLP

DECLARATION OF C.K. HONG

13.     Netlist performed all material obligations it owed to Samsung under the JDLA.

14.     Under the JDLA, the parties were to conduct joint development to develop an interface and associated technologies for memory modules and to promote such interface to standards-setting organizations.  As part of this effort, Netlist, among other things, spent nearly $10 million in research and development, reported on test results to Samsung, sent Samsung samples, met with Samsung regularly to discuss the results of Netlist's development efforts, and responded to Samsung's inquiries.

15.     The invoices for Netlist's purchase of NAND and DRAM products from Samsung under the JDLA have been paid in full.

I certify under penalty of perjury under the laws of the United States that the foregoing statements are true.

Dated: August 16, 2021

By: _____
C.K. Hong