JASON C. LO, SBN 219030
 jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
 mbenjamin@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
 rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>                  Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>                  Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DECLARATION OF RAYMOND LAMAGNA IN SUPPORT OF NETLIST INC.'S MOTION FOR SUMMARY JUDGEMENT**<br><br>Action Filed:  May 28, 2020<br>Trial Date:  November 30, 2021<br><br>Hon. Mark C. Scarsi |

# DECLARATION OF RAYMOND A. LAMAGNA

I, Raymond A. LaMagna, declare:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP licensed to practice in the State of California and before this Court. I represent Plaintiff Netlist Inc. ("Netlist") in the above-captioned matter. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. Attached as **Exhibit 1** (presently as a placeholder) is a copy of the Joint Licensing and Development Agreement (JDLA) entered into November 12, 2015, between Netlist and Samsung, Bates labeled SEC000001. Exhibit 1 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application to Seal.

3. Attached as **Exhibit 2** (presently as a placeholder) is a copy of a confidential Netlist Proposal sent to Samsung dated April 2015, bearing Bates number NL107804. Exhibit 2 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application to Seal.

4. Attached as **Exhibit 3** (presently as a placeholder) is a copy of an email dated May 18, 2015 from Kenny Han of Samsung to JB Kim of Netlist, attaching a counter proposal titled "Technology Partnership and IP Cooperation Agreement" bearing Bates number NL108668. Exhibit 3 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

5. Attached as **Exhibit 4** (presently as a placeholder) is a copy of an email thread dated October 8, 2015 between Jibum Kim of Netlist and Ho-jung Kim of Samsung, *et al.*, attaching an initial draft of the "Joint Development and License Agreement" bearing Bates number NL045848. Exhibit 4 itself is being

contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application to Seal.

6. Attached as **Exhibit 5** (presently as a placeholder) is a copy of an email thread dated October 13, 2015 between Jibum Kim of Netlist and Jung-bae Lee of Samsung, *et al.*, attaching Netlist's draft of the Joint Development and License Agreement" bearing bate number NL045876. Exhibit 5 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application to Seal.

7. Attached as **Exhibit 6** is a certified translation[1] of an internal Samsung email dated June 1, 2016 sent by Indong Kim of Samsung bearing Bates number SEC000259, which has been annotated with highlighter.

8. Attached as **Exhibit 7** is a certified translation of an internal Samsung email dated January 18, 2018 received by Hyeok-Sang Yoo of Samsung, bearing Bates number SEC001269.

9. Attached as **Exhibit 8** is a certified translation of an internal Samsung email dated February 2, 2018, sent by Yong Hwangbo of Samsung, bearing Bates number SEC000315.

10. Attached as **Exhibit 9** (presently as a placeholder) is a certified translation of Samsung's statement to the Korean Tax Authority, bearing Bates number NL107763. Exhibit 9 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application to Seal.

11. Attached as **Exhibit 10** is a copy of a letter dated December 31, 2015 from Yong Hwangbo of Samsung to Gail Sasaki, bearing Bates number NL048003.

---

[1] Where translations are attached, the original version in Korean is also provided.

12. Attached as **Exhibit 11** is a copy of a letter dated December 16, 2015 from Gail Sasaki of Netlist to Kyuhan Han of Samsung, bearing Bates number NL000174.

13. Attached as **Exhibit 12** is a certified translation of an email thread dated September 16, 2019 from Jin-ho Jeon of Samsung et al., to Michael Kim of Pricewaterhouse bearing Bates number NL118609.

14. Attached as **Exhibit 13** (presently as a placeholder) is a certified translation of a Notice of Tax Appeal Decision from the Korean Tax Tribunal dated November 11, 2020 bearing Bates number NL108731. Exhibit 13 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application to Seal.

15. Attached as **Exhibit 14** is a certified translation of an email thread dated February 23, 2016 from Paik Ki Hong of Netlist to Jibum Kim *et al.,* bearing Bates number NL119258.

16. Attached as **Exhibit 15** (presently as a placeholder) is a certified translation of an internal email thread dated March 16, 2017 from Hsang Yoo of Samsung bearing Bates number SEC005294. Exhibit 15 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

17. Attached as **Exhibit 16** (presently as a placeholder) is a certified translation of an email thread dated April 21, 2017, from Arnold Kim of Samsung bearing Bates number SEC094241. Exhibit 16 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

18. Attached as **Exhibit 17**.

19.     Attached as **Exhibit 18** (presently as a placeholder) is a copy of an email thread dated May 24, 2017 between Steven Metz of Samsung *et at.,* and Paik Ki Hong of Netlist bearing Bates number SEC058105.  Exhibit 18 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

20.     Attached as **Exhibit 19** (presently as a placeholder) is certified translation of an internal email thread dated July 15, 2017 from Lane Kim of Samsung bearing Bates number SEC236725.  Exhibit 19 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

21.     Attached as **Exhibit 20** (presently as a placeholder) is a copy of an internal email thread dated May 25, 2017 from Indong Kim of Samsung bearing Bates number SEC552489.  Exhibit 20 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

22.     Attached as **Exhibit 21** (presently as a placeholder) is a certified translation of an internal email thread dated March 22, 2021 from Hyeok-sang Yoo of Samsung *et at.,* bearing Bates number SEC116009.  Exhibit 21 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

23.     Attached as **Exhibit 22** (presently as a placeholder) is certified translation of an internal email thread dated May 17, 2018 from Je-jin Moon of Samsung bearing Bates number SEC001357.  Exhibit 22 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in

Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

24. Attached as **Exhibit 23** (presented in redacted form) is certified translation of an internal email thread dated February 7, 2018 from Ye-jin Moon of Samsung *et al.,* bearing Bates number SEC000263. Exhibit 23 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal

25. Attached as **Exhibit 24** (presently as a placeholder) is certified translation of an email thread dated June 9, 2017, between Ji Bum Kim of Netlist *et al.,* and Jyum-ki Ji of Samsung *et al.*, bearing Bates number NL046673. Exhibit 24 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application to Seal.

26. Attached as **Exhibit 25** (presently as a placeholder) is a copy of an email thread dated August 09, 2017 between Indong Kim and David Wang of Samsung and Brian Peterson of Netlist bearing Bates number SEC248015. Exhibit 25 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application to Seal.

27. Attached as **Exhibit 26** is an excerpt of Samsung's Second Supplemental Response to Netlist's First Set of Interrogatories dated July 8, 2021.

28. Attached as **Exhibit 27** (presently as a placeholder) is a copy of an email dated June 9, 2017 from Raymond Jiang of Netlist *attaching* a Samsung Sales presentation dated June 9, 2017, bearing Bates number NL000037. Exhibit 27 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application to Seal.

29. Attached as **Exhibit 28** (presently as a placeholder) is a certified translation of an email thread dated July 12, 2017 between Sebastian Lee and Ji Bum

1  Kim of Netlist *et al.*, and Jin-man Han of Samsung *et al.,* bearing Bates number
2  NL118379.

3  30.  Attached as **Exhibit 29** (presently redacted) is a copy of an email thread
4  dated July 12, 2017, between Raymond Jiang *et al.*, of Netlist and Neal Knuth of
5  Samsung bearing Bates number NL013960

6  31.  Attached as **Exhibit 30** (presently as a placeholder) is a copy of an email
7  thread dated July 20, 2017, between Paik Ki Hong of Netlist and Neal Knuth of
8  Samsung bearing Bates number NL062754.  Exhibit 30 itself is being
9  contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of
10 Raymond A. LaMagna in Support of Netlist Inc.'s Application to Seal.

11 32.  Attached as **Exhibit 31** (presently as a placeholder) is a certified
12 translation of an email thread dated November 29, 2017, between Hyeok-sang Yoo of
13 Samsung and Sebastian Lee of Netlist, bearing Bates number SEC002284.  Exhibit 31
14 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the
15 Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application
16 Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to
17 File Under Seal.

18 33.  Attached as **Exhibit 32** is a copy of an email dated December 5, 2017,
19 from Paik Ki Hong of Netlist and Neal Knuth of Samsung attaching "slides/talking
20 points" bearing Bates numbers NL020700.

21 34.  Attached as **Exhibit 33** (presently as a placeholder) is a copy of an email
22 dated December 7, 2017, from Neal Knuth of Samsung to Steve Metz *attaching* a
23 presentation entitled "JS CHOI FINAL 3" bearing Bates numbers SEC126793. Exhibit
24 33 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the
25 Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application
26 Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to
27 File Under Seal.

35. Attached as **Exhibit 34** is a copy of an email dated January 23, 2018, from Paik Ki Hong of Netlist to Steve Metz of Samsung bearing Bates number NL020770.

36. Attached as **Exhibit 35** is a copy of an email thread dated February 19, 2018 from Paik Ki Hong of Netlist to Neal Knuth of Samsung bearing Bates number NL020775.

37. Attached as **Exhibit 36** (presently as a placeholder) is a copy of an email thread dated February 27, 2019, including TJ Jeong, Kevin Lee, and Neal Knuth *et al.*, bearing Bates numbers SEC005984. Exhibit 36 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

38. Attached as **Exhibit 37** are excerpts from the 2015 Netlist Annual Report (SEC Form 10-K) dated March 4, 2016.

39. Attached as **Exhibit 38** is an excerpt from Samsung's Amended Responses and Objections to Plaintiff Netlist Inc.'s Second Set of Requests for Admissions.

40. Attached as **Exhibit 39** is an excerpt from Samsung's Further Supplemental Responses to Interrogatory Sets 1 and 2.

41. Attached as **Exhibit 40** (presently as a placeholder) is a copy of an internal Samsung email thread dated June 8, 2017 from Lane Kim of Samsung bearing Bates number SEC264217. Exhibit 40 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

42. Attached as **Exhibit 41** is a copy of a letter dated May 27, 2020, sent by Marc Frechette of Netlist to Seung Min Sung of Samsung, bearing Bates number NL000006.

43. Attached as **Exhibit 42** is a copy of an email dated July 22, 2020 from Marc Frechette of Netlist to Jeff Sung of Samsung attaching Netlist's July 15, 2020 letter, bearing Bates number NL109261.

44. Attached as **Exhibit 43** is a copy of an email thread dated June 16, 2017 from Steven Metz of Samsung to Arnold Kim *et al*., bearing Bates number SEC000405. Exhibit 43 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

45. Attached as **Exhibit 44** is a copy of an internal Samsung email thread dated July 8, 2017 from Neal Knuth of Samsung bearing Bates number SEC057776. Exhibit 43 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

46. Attached as **Exhibit 45** is a copy of a letter dated July 15, 2020 from Marc Frechette of Netlist to Seung Min Sung of Samsung bearing Bates numbers NL000568.

47. Attached as **Exhibit 46** is a copy of an email dated June 12, 2020 from Marc Frechette of Netlist to Jeff Sung of Samsung bearing Bates number NL107424.

48. Attached as **Exhibit 47** is an excerpt from Samsung's Responses and Objections to Plaintiff Netlist Inc.'s Second Set of Requests for Admissions.

49. Attached as **Exhibit 48** are excerpts from the deposition of Hyuhan Han, taken on August 9, 2021. Exhibit 49 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

50. Attached as **Exhibit 49** are excerpts from the deposition of Indong Kim, taken on August 10, 2021. Exhibit 49 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

51. Attached as **Exhibit 50** are excerpts from the deposition of Lane (Kihoon) Kim, taken on August 12, 2021. Exhibit 50 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

52. Attached as **Exhibit 51** are excerpts from the deposition of Ho-Jung Kim, taken on August 13, 2021. Exhibit 51 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

53. Attached as **Exhibit 52** are excerpts from the deposition of Hyeoksang (Harrison) Yoo, taken on August 14, 2021. Exhibit 52 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

54. Attached as **Exhibit 53** are excerpts from the deposition of Steven Metz, taken on August 6, 2021. Exhibit 53 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that I executed this declaration on August 16, 2021, in Los Angeles, California.

Dated: August 16, 2021        By: /s/ Raymond A. LaMagna

Raymond A. LaMagna