# EXHIBIT 8

Message

| | |
|---|---|
| **From**: | Arnold Sunghan Kim [arniee.kim@samsung.com] |
| **Sent**: | 2/2/2018 1:21:45 PM |
| **To**: | Kyong Yong Lee , Daniel [ky1217.lee@samsung.com]; Hyeoksang Yoo [hsang.yoo@samsung.com] |
| **CC**: | Yejin Moon [yejin.moon@samsung.com]; Hyerim Liz Park [liz.park@samsung.com] |
| Subject: | FW: Regarding the Netlist agreement |

Please refer to the information below.


VP Sung-han Kim (Head of Group 1)

Arnold S. Kim / VP, Sales Group 1

Office : 82-31-208-3764 / 82-10-2046-8943

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.


----- Original Message -----
Sender: Yong Hwangbo  <yong.hwangbo@samsung.com> VP/Group Leader/Business Strategy Group(Memory)/
        Samsung Electronics
Date: 2018-02-02 11:40 (GMT+9)
Title: Regarding the Netlist agreement
To: Joo Sun Choi <joosun.choi@samsung.com> Hyun-ki Ji <hyunki.ji@samsung.com>, Sung-han Kim
        <arniee.kim@samsung.com, Ho-jung Kim <hojung4623.kim@samsung.com>


Chief.

This is the part of the agreement related to N company's sales,
and there is an obligation to supply NAND/DRAM at a competitive price if N company makes a request.

You may have already received a report on it and have knowledge of this, but
The quantity for N company has been decreased a lot to the level of '17.1Q $8.2M → 4Q $2.5M,
and the supply price is somewhat higher than other similarly sized company (Smart Modular).
I will report this matter to the business director on Monday next week and will circle back.

Thank you.
Yong Hwangbo

## Section 6.   SUPPLY OF COMPONENTS

6.1   <u>Supply by Netlist</u>. Netlist will provide Samsung any NVDIMM-P controller on Samsung's request at a price lower than the price Netlist provides to any other buyer.

6.2   <u>Supply by Samsung</u>. Samsung will supply NAND and DRAM products to Netlist on Netlist's request at a competitive price (*i.e.*, among customers purchasing similar volumes of similar products).

## Section 13.   TERM AND TERMINATION

13.1   <u>Term</u>. This Agreement, including the license, shall become effective on the Effective Date and shall remain in effect until the expiration of the Term unless earlier terminated as provided herein.

13.2   <u>Termination</u>. Notwithstanding the Term of this Agreement as set forth in Section 13.1 herein above, the other Party shall have a right to terminate this Agreement upon written notice to a Party if:

> 1) such Party is in material breach of this Agreement and it is not cured within thirty (30) days period from the other Party's written demand, or as a consequence of the breach the purpose of this Agreement cannot be achieved; or
> 2) such Party becomes insolvent or files or has a petition filed against it under bankruptcy or insolvency law, makes an assignment for the benefit of creditors or takes any similar action under applicable bankruptcy or insolvency law.

13.3   <u>Effect of Termination</u>. Upon the earlier termination of this Agreement by reason of material breach or insolvency pursuant to Section 13.2 1) and 2) by a Party, all licenses and other rights granted to such defaulting Party pursuant to this Agreement will cease forthwith as of the effective date of such termination; provided, however, that the license granted to the non-defaulting Party will continue in full force and effect. Upon any expiration or termination of this Agreement, each Party shall return all Confidential Information of the other Party in such first Party's possession or under such first Party's control and certify in writing its compliance with such obligation.

Confidential

SEC000316

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

Confidential                                                                                                                    SEC000317

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California         )
                            )     S. S.
Los Angeles County          )

      I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated <u>Document with Bates No. SEC000315 - SEC000317</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

**<u>Description of Translated Documents</u>**

<u>Document with Bates No. SEC000315 - SEC000317</u>

Executed on August 12, 2021

*[signature]*

Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

Message

| | |
|---|---|
| **From:** | Arnold Sunghan Kim [arniee.kim@samsung.com] |
| **Sent:** | 2/2/2018 1:21:45 PM |
| **To:** | Kyong Yong Lee , Daniel [ky1217.lee@samsung.com]; Hyeoksang Yoo [hsang.yoo@samsung.com] |
| **CC:** | Yejin Moon [yejin.moon@samsung.com]; Hyerim Liz Park [liz.park@samsung.com] |
| **Subject:** | FW: Netlist社 계약 관련 |

아래 내용 참조하세요.

김성한 상무 (1그룹장)

Arnold S. Kim / VP, Sales Group 1

Office : 82-31-208-3764 / 82-10-2046-8943

This email is confidential and privileged.  If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

--------- **Original Message** ---------

**Sender** : 황보용 <yong.hwangbo@samsung.com> 상무/그룹장/사업전략그룹(메모리)/삼성전자

**Date** : 2018-02-02 11:40 (GMT+9)

**Title** : Netlist社 계약 관련

**To** : 최주선<joosun.choi@samsung.com>, 지현기<hyunki.ji@samsung.com>, 김성한<arniee.kim@samsung.com>, 김호정<hojung4623.kim@samsung.com>

총괄님.

N사의 영업관련 계약내용인데,
N사가 요청이 있을 경우 NAND/DRAM을 Competitve Price로 공급할 의무가 있습니다.

총괄님 이미 보고 받아 아시고 계시겠지만,

N사 물량은 많이 줄여 '17.1Q $8.2M → 4Q $2.5M 수준이고,

유사규모의 업체(Smart Modular)보다도 공급가격은 일부 높은 수준입니다.

본건 사항을 차주 월요일 사업부장님께도 보고 드리고 다시 말씀드리겠습니다.

감사합니다.

황보용 드림.

## Section 6. SUPPLY OF COMPONENTS

6.1 <u>Supply by Netlist</u>. Netlist will provide Samsung any NVDIMM-P controller on Samsung's request at a price lower than the price Netlist provides to any other buyer.

6.2 <u>Supply by Samsung</u>. Samsung will supply NAND and DRAM products to Netlist on Netlist's request at a competitive price (*i.e.*, among customers purchasing similar volumes of similar products).

## Section 13. TERM AND TERMINATION

13.1 <u>Term</u>. This Agreement, including the license, shall become effective on the Effective Date and shall remain in effect until the expiration of the Term unless earlier terminated as provided herein.

13.2 <u>Termination</u>. Notwithstanding the Term of this Agreement as set forth in Section 13.1 herein above, the other Party shall have a right to terminate this Agreement upon written notice to a Party if:

1) such Party is in material breach of this Agreement and it is not cured within thirty (30) days period from the other Party's written demand, or as a consequence of the breach the purpose of this Agreement cannot be achieved; or
2) such Party becomes insolvent or files or has a petition filed against it under bankruptcy or insolvency law, makes an assignment for the benefit of creditors or takes any similar action under applicable bankruptcy or insolvency law.

13.3 <u>Effect of Termination</u>. Upon the earlier termination of this Agreement by reason of material breach or insolvency pursuant to Section 13.2 1) and 2) by a Party, all licenses and other rights granted to such defaulting Party pursuant to this Agreement will cease forthwith as of the effective date of such termination; provided, however, that the license granted to the non-defaulting Party will continue in full force and effect. Upon any expiration or termination of this Agreement, each Party shall return all Confidential Information of the other Party in such first Party's possession or under such first Party's control and certify in writing its compliance with such obligation.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술 등을 포함**하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지**됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

Confidential                                                                                                                                    SEC000317