# EXHIBIT 10



Samsung Electronics Co., Ltd.
Semiconductor Business
San #16, Banwol-Dong
Hwasung-City, Gyeonggi-Do 445-701, Korea
Tel: + 82-31-208-7500

December 31, 2015

<u>VIA E-MAIL: *gsasaki@netlist.com*</u>
Ms. Gail Sasaki
CFO
175 Technology Drive, Irvine, California 92618

RE:     Withholding Tax Status from Samsung-Netlist Transaction

Dear Ms. Sasaki:

With reference to your letters of December 16, 2015 "RE: Netlist Letter Requesting Funds" and December 21, 2015 "RE: Letter of Assurance to Samsung," our position is as follows:

1) Samsung deducted withholding tax of $1,320,000 (16.5%) from $8,000,000 NRE fee, calculated according to the United States-Republic of Korea Income Tax Convention, Article 14 and Republic of Korea Corporate Tax Act, Article 93 (Domestic Source Income).

2) On November 5, 2015 Netlist submitted an Application for Entitlement to Reduced Tax Rate on Domestic Source Income (for Foreign Corporation), signed by Netlist's CFO, to Samsung.

3) As required by law, Samsung reported and paid withholding tax of $1,320,000 to the National Tax Service (NTS) on December 10, 2015. Therefore, Netlist should discuss this matter directly with the NTS, which is the final withholding tax recipient.

Please let me know if you have any questions.

Sincerely,

Yong Hwangbo
Vice President
Business Development Group