# EXHIBIT 12

| From: | Jin-ho Jeon <jinho83.jeon@samsung.com> |
|---|---|
| Sent: | Mon, 16 Sep 2019 01:32:26 -0400 (EDT) |
| To: | "Michael Kim (KR)" <michael.kim@pwc.com> |
| Cc: | Gail Sasaki <gsasaki@netlist.com>; Marc Frechette <mfrechette@netlist.com>; Yoon-ji Kang <lilliana.kang@pwc.com>; Ki-youn Lee <kiyoun.lee@samsung.com> |
| Subject: | RE: FW: Attorney Client Privileged |

Hello, Mr. Joo-deok Kim. This is Jin-ho Jeon from Samsung Electronics Finance & Economy Group (DS).

As you may see in the Draft of the Q&A that we sent previously, the original purpose of the agreement executed between our company and Netlist in November 2015 was for granting of license and at that time, the nature of the agreement for our company was to make products utilizing the license related to LRDIMM and NVDIMM.
※ Existing licenses and licenses filed within the next 5 years

Company N may say that the nature of the agreement is NRE, but there are no joint development activities conducted between the two companies after the execution of the agreement and there aren't any product resulting from development, so it is difficult to view it as NRE considering this situation.

Currently, NTS is continuously requesting a response from our company, so even if we are not able to reply with details about the agreement between our two companies, our company believes that we should reply to the effect that the nature of the agreement was viewed as license and tax was withheld accordingly.

Please advise.

Thank you.


--------- **Original Message** ---------
**Sender** : Michael Kim (KR) <michael.kim@pwc.com>
**Date** : 2019-09-10 09:33 (GMT+9)
**Title** : Fwd: Attorney Client Privileged

Dear Mr. Jeon,
We have read Samsung's Q&A related to NTS' request. Although there are instances where we Netlist do not agree, we could not provide any edits thereon since we do not have information internal to Samsung necessary to answer those questions.

We would therefore kindly request that you submit Samsung's Q&A to the NTS on the basis that the $8 million is an NRE payment not a license fee and that you stick to the factual background.

If you have any questions, please do not hesitate to contact us.

Best regards,

Michael

Michael Kim
Partner
Samil PricewaterhouseCoopers
Office: +82 2 709 0707
Mobile: +82 10 4945 9707
Email: michael.kim@pwc.com

NL118609

---------- Forwarded message ---------
From: **Michael Kim (KR)** <michael.kim@pwc.com>
Date: Wed, Aug 28, 2019 at 3:05 PM
Subject: Re: Attorney Client Privileged
To: Byung-yup Jeon <byungyup.jeon@samsung.com>
Cc: Gail Sasaki <gsasaki@netlist.com>, Marc Frechette <mfrechette@netlist.com>, Jinho Jeon <jinjo83.jeon@samsung.com>, Yoon-ji Kang <lilliana.kang@pwc.com>

Thank you for your cooperation Mr. Jeon.

I will coordinate with Gail to expedite our response.

Best regards,

Michael

Michael Kim
Partner
Samil PricewaterhouseCoopers
Office: +82 2 709 0707
Mobile: +82 10 4945 9707
Email: michael.kim@pwc.com

On Wed, Aug 28, 2019 at 2:43 PM Byung Jeon <byungyup.jeon@samsung.com> wrote:

> + Jinho, Jeon
>
> Dear Gail,
>
> Thank you for your feedback. We will not send our draft to NTS.
> Then, could you give us Netlist's draft to the NTS's questions?
> Once we receive the draft, we will review it and if there is no disagreement, we will send it to NTS
>
> Thank you
>
> **Byung, Jeon**
>
> Business Development | Strategic Planning Team | Memory Division | Samsung Electronics co.,Ltd.
> Office +82-31-208-3233 | Mobile +82-10-7222-7526 | byungyup.jeon@samsung.com
>
>
> --------- **Original Message** ---------
> **Sender** : Gail Sasaki <gsasaki@netlist.com>
> **Date** : 2019-08-21 09:17 (GMT+9)
> **Title** : Attorney Client Privileged
>
> Dear Mr. Jeon,
>
> Thank you for giving us an opportunity to review the letter you have prepared in relation to the National Tax Service's (NTS) request for additional information on our refund claim.  Unfortunately your  letter is factually incorrect and

therefore Netlist can not provide written consent for Samsung to submit the letter to the NTS.

If you would like to talk further please let us know.

Best regards,
Gail

..........................................................................................................................................................................

**Gail Sasaki**
**Chief Financial Officer**
175 Technology
Irvine, CA 92618
Tel:949.435.0025
Fax:949.435.0031
www.netlist.com
Direct: 949.679.0113
Cell: 714.337.2155
Fax: 949.435.0031
Email: gsasaki@netlist.com

The information transmitted in this electronic mail (e-mail) is intended for the named recipient(s) only, and may contain confidential and/or privileged material, disclosure of which is restricted by applicable law, including professional codes of conduct. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you have received this e-mail in error, please notify the sender and delete this e-mail, including any attachments, immediately. Unless otherwise noted, any views expressed in this e-mail and/or its attachments are those of the author and do not necessarily reflect the views of PwC.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

 ATT000

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California           )
                              )      S. S.
Los Angeles County            )

       I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated <u>Document with Bates No. NL118609 – NL118611</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

**<u>Description of Translated Documents</u>**

<u>Document with Bates No. NL118609 – NL118611</u>

Executed on August 4, 2021

Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

| | |
|---|---|
| **From:** | 전진호 <jinho83.jeon@samsung.com> |
| **Sent:** | Mon, 16 Sep 2019 01:32:26 -0400 (EDT) |
| **To:** | "Michael Kim (KR)" <michael.kim@pwc.com> |
| **Cc:** | Gail Sasaki <gsasaki@netlist.com>; Marc Frechette<mfrechette@netlist.com>; 강윤지 <lilliana.kang@pwc.com>; 이기윤 <kiyoun.lee@samsung.com> |

**Subject:** RE: FW: Attorney Client Privileged

안녕하십니까, 김주덕 선생님. 삼성전자 재경그룹(DS) 전진호라고 합니다.

이미 보내드린 질의회신 Draft에서도 확인하실 수 있지만,

당사와 Netlist사가 '15.11월에 체결한 계약의 본래 목적은 라이선스 허여로,
당시 당사는 LRDIMM 및 NVDIMM 관련 라이선스를 활용한 제품화가 계약의 본질이었습니다.
※ 기존 보유 및 이후 5년간 출원되는 라이선스

N사에서는 본질이 NRE라고 말씀하실 수 있겠으나, 계약 체결후 사실상 양사에서 공동으로 진행한 개발활동이 없고,
개발결과물 또한 존재하지 않는 상황에서 이것이 NRE였다라고 주장하기에는 무리가 있는 것으로 보입니다.

현재 국세청에서 지속적으로 당사에 계속 답변 독촉을 하는 상황으로
양사의 계약과 관련된 내용을 세부적으로 답변하지 못하더라도,
당사는 이것의 본질을 라이선스로 보고 원천징수했다라고 답변해야 할 것으로 생각됩니다.

의견을 부탁드립니다.

감사합니다.


--------- **Original Message** ---------
**Sender** : Michael Kim (KR) <michael.kim@pwc.com>
**Date** : 2019-09-10 09:33 (GMT+9)
**Title** : Fwd: Attorney Client Privileged

Dear Mr. Jeon,
We have read Samsung's Q&A related to NTS' request. Although there are instances where we Netlist do not agree, we could not provide any edits thereon since we do not have information internal to Samsung necessary to answer those questions.

We would therefore kindly request that you submit Samsung's Q&A to the NTS on the basis that the $8 million is an NRE payment not a license fee and that you stick to the factual background.

If you have any questions, please do not hesitate to contact us.

Best regards,

Michael

Michael Kim
Partner
Samil PricewaterhouseCoopers
Office: +82 2 709 0707
Mobile: +82 10 4945 9707
Email: michael.kim@pwc.com

CONFIDENTIAL                                                                                      NL118609

---------- Forwarded message ---------
From: **Michael Kim (KR)** <michael.kim@pwc.com>
Date: Wed, Aug 28, 2019 at 3:05 PM
Subject: Re: Attorney Client Privileged
To: 전병엽 <byungyup.jeon@samsung.com>
Cc: Gail Sasaki <gsasaki@netlist.com>, Marc Frechette <mfrechette@netlist.com>, Jinho Jeon <jinho83.jeon@samsung.com>, 강윤지 <lilliana.kang@pwc.com>


Thank you for your cooperation Mr. Jeon.

I will coordinate with Gail to expedite our response.

Best regards,

Michael

Michael Kim
Partner
Samil PricewaterhouseCoopers
Office: +82 2 709 0707
Mobile: +82 10 4945 9707
Email: michael.kim@pwc.com


On Wed, Aug 28, 2019 at 2:43 PM Byung Jeon <byungyup.jeon@samsung.com> wrote:


> + Jinho, Jeon
>
> Dear Gail,
>
> Thank you for your feedback. We will not send our draft to NTS.
> Then, could you give us Netlist's draft to the NTS's questions?
> Once we receive the draft, we will review it and if there is no disagreement, we will send it to NTS
>
> Thank you
>
> **Byung, Jeon**
>
> Business Development | Strategic Planning Team | Memory Division | Samsung Electronics co.,Ltd.
> Office +82-31-208-3233 | Mobile +82-10-7222-7526 | byungyup.jeon@samsung.com
>
>
> --------- **Original Message** ---------
> **Sender** : Gail Sasaki <gsasaki@netlist.com>
> **Date** : 2019-08-21 09:17 (GMT+9)
> **Title** : Attorney Client Privileged
>
> Dear Mr. Jeon,
>
> Thank you for giving us an opportunity to review the letter you have prepared in relation to the National Tax Service's (NTS) request for additional information on our refund claim. Unfortunately your letter is factually incorrect and

therefore Netlist can not provide written consent for Samsung to submit the letter  to the NTS.

If you would like to talk further please let us know.

Best regards,
Gail

……………………………………………………………………………………………………………………………………

**Gail Sasaki**
**Chief Financial Officer**
175 Technology
Irvine, CA 92618
Direct: 949.679.0113
Cell: 714.337.2155
Fax: 949.435.0031
Email: gsasaki@netlist.com

Tel:949.435.0025
Fax:949.435.0031
www.netlist.com

The information transmitted in this electronic mail (e-mail) is intended for the named recipient(s) only, and may contain confidential and/or privileged material, disclosure of which is restricted by applicable law, including professional codes of conduct.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you have received this e-mail in error, please notify the sender and delete this e-mail, including any attachments, immediately. Unless otherwise noted, any views expressed in this e-mail and/or its attachments are those of the author and do not necessarily reflect the views of PwC.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다.  본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

 ATT000

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.