# EXHIBIT 14

| | |
|---|---|
| **From:** | Paik Ki Hong <pkhong@netlist.com> |
| **Sent:** | Tue, 23 Feb 2016 14:14:58 -0500 (EST) |
| **To:** | Jibum Kim <jbkim@netlist.com>; "C.K. Hong" <ckhong@netlist.com>; "Devon Park" <dpark@netlist.com>; Brian Peterson <bpeterson@netlist.com>; Christopher Lopes <clopes@netlist.com> |
| **Subject:** | RE: Contact Point for purchasing SS's product |

---

Meeting notes from Samsung visit – 2/22/16

    Samsung attendees

    Hyeoksang Yoo (Harrison)- Director Memory Sales Team (out of Korea)

    Neal Knuth- Regional Sales (in SOCAL- office in San Diego but lives in San Clemente)

    Netlist-

    Paik Hong

    Introduced Sebastian and Chris at the end of the meeting

- I have known HS Yoo for many years. He is based in Korea but was based in San Jose until 2 years ago
- HS Yoo has always tried to help Netlist
- HS mentioned that up to a year ago- he was told to not support Netlist. He actually was not allowed to visit Netlist. GAM conflict. This comes from our VLP business at IBM
- HS mentioned that he is now being told to support Netlist and will
- He stated that selling Samsung memory would be difficult unless we owned the account relationship. Too many channels/smaller module companies/broker doing the same
  - He stated this would be very low margin and wondered why we would try
- He told us we should focus on specialty modules that Samsung does not build- typical response from Samsung
- I told him that we would do both- sell Samsung and sell Netlist. HS stated he will support any requests
- He stated the development team will support TSV. Samsung has many requests for TSV
  - Should have no issue supporting leading edge parts
- Though we do very little business with Samsung, we are still a focused direct account for Samsung
- Neal Knuth seemed to have a better grasp of what we are trying to do
- Neal is open to more open conversations over lunch or dinner- Chris and I will try to engage
  - Name customers. Especially in Texas as Neal used to cover
- They both mentioned other than GAM accounts that we can go after all accounts and they will tell us when we have some conflicts. Both eager to grow there number
- Samsung trying to push into the Industrial Automotive application space- stated if we could they would be very supportive

There is a lot of work to do. But the positive note is Samsung will support. He mentioned we are a technology partner now.

---

**From:** Jibum Kim
**Sent:** Monday, February 01, 2016 12:41 AM
**To:** Paik Ki Hong <pkhong@netlist.com>; Devon Park <dpark@netlist.com>; Brian Peterson <bpeterson@netlist.com>
**Cc:** C.K. Hong <ckhong@netlist.com>; Gail Sasaki <gsasaki@netlist.com>; Noel Whitley <nwhitley@netlist.com>; Sebastian Lee <SLee@netlist.com>
**Subject:** Contact Point for purchasing SS's product

CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                      NL119258

> Hi Paik Ki,
>
> I got the contact window of SS, US for purchasing SS's product and Mr. Yoo is the contact point, hsang.yoo@samsung.com.
> So pls contact him for purchasing.
> If you have any problem, pls let me know.
> Thanks.

---

**From:** From: Ho-jung Kim [mailto:hojung4623.kim@samsung.com]
**Sent:** Monday, February 1, 2016 1:07 PM
**To:** Jibum Kim <jbkim@netlist.com>
**Cc:** Hyun-ki Ji <hyunki.ji@samsung.com>
**Subject:** Samsung Contact Point for NAND/DRAM Sales

Vice President Ji-bum Kim, this is Manager Ho-jung Kim from Samsung Electronics.

As you mentioned, I am sending you our company's Contact Point for NAND and DRAM sales.

☐ U.S. RA Representative
- Affiliation: Hyuk-sang Yoo, General Manager of Sales Team
- Email: hsang.yoo@samsung.com

[Contact point] has been informed on Netlist and Samsung's cooperation and supply terms per agreement (JDLA). You can inquire about it.

Happy New Year.
Thank you.
Ho-Jung Kim



...gic Planning Team | Memory Division | Samsung Electronics co.,Ltd.
...-6159 | Mobile +82-10-5361-0001 | hojung4623.kim@samsung.com

**n | Jay Kim**

**Noel Whitley**
VP, IP & Licensing
175 Technology
Irvine, CA 92618
Direct: 949-679-0115
Email: nwhitley@netlist.com

Tel:949.435.0025
Fax:949.435.0031
www.netlist.com

**Noel Whitley**
VP, IP & Licensing
175 Technology
Irvine, CA 92618
Direct: 949-679-0115
Email: nwhitley@netlist.com

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

image0

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California            )
                               )      S. S.
Los Angeles County             )

      I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated <u>Document with Bates No. NL119258 - NL119259</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

**<u>Description of Translated Documents</u>**

<u>Document with Bates No. NL119258 - NL119259</u>

Executed on July 29, 2021

*[signature]*

Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

**From:** Paik Ki Hong <pkhong@netlist.com>
**Sent:** Tue, 23 Feb 2016 14:14:58 -0500 (EST)
**To:** Jibum Kim <jbkim@netlist.com>; "C.K. Hong" <ckhong@netlist.com>; "Devon Park" <dpark@netlist.com>; Brian Peterson <bpeterson@netlist.com>; Christopher Lopes <clopes@netlist.com>
**Subject:** RE: Contact Point for purchasing SS's product

---

Meeting notes from Samsung visit – 2/22/16
    Samsung attendees
    Hyeoksang Yoo (Harrison)- Director Memory Sales Team (out of Korea)
    Neal Knuth- Regional Sales (in SOCAL- office in San Diego but lives in San Clemente)
    Netlist-
    Paik Hong
    Introduced Sebastian and Chris at the end of the meeting

- I have known HS Yoo for many years. He is based in Korea but was based in San Jose until 2 years ago
- HS Yoo has always tried to help Netlist
- HS mentioned that up to a year ago- he was told to not support Netlist. He actually was not allowed to visit Netlist. GAM conflict. This comes from our VLP business at IBM
- HS mentioned that he is now being told to support Netlist and will
- He stated that selling Samsung memory would be difficult unless we owned the account relationship. Too many channels/smaller module companies/broker doing the same
    - He stated this would be very low margin and wondered why we would try
- He told us we should focus on specialty modules that Samsung does not build- typical response from Samsung
- I told him that we would do both- sell Samsung and sell Netlist. HS stated he will support any requests
- He stated the development team will support TSV. Samsung has many requests for TSV
    - Should have no issue supporting leading edge parts
- Though we do very little business with Samsung, we are still a focused direct account for Samsung
- Neal Knuth seemed to have a better grasp of what we are trying to do
- Neal is open to more open conversations over lunch or dinner- Chris and I will try to engage
    - Name customers. Especially in Texas as Neal used to cover
- They both mentioned other than GAM accounts that we can go after all accounts and they will tell us when we have some conflicts. Both eager to grow there number
- Samsung trying to push into the Industrial Automotive application space- stated if we could they would be very supportive

There is a lot of work to do. But the positive note is Samsung will support. He mentioned we are a technology partner now.

---

**From:** Jibum Kim
**Sent:** Monday, February 01, 2016 12:41 AM
**To:** Paik Ki Hong <pkhong@netlist.com>; Devon Park <dpark@netlist.com>; Brian Peterson <bpeterson@netlist.com>
**Cc:** C.K. Hong <ckhong@netlist.com>; Gail Sasaki <gsasaki@netlist.com>; Noel Whitley <nwhitley@netlist.com>; Sebastian Lee <SLee@netlist.com>
**Subject:** Contact Point for purchasing SS's product

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                              NL119258

Hi Paik Ki,

I got the contact window of SS, US for purchasing SS's product and Mr. Yoo is the contact point, hsang.yoo@samsung.com.

So pls contact him for purchasing.

If you have any problem, pls let me know.

Thanks.

---

**From:** 김호정 [mailto:hojung4623.kim@samsung.com]
**Sent:** Monday, February 1, 2016 1:07 PM
**To:** Jibum Kim <jbkim@netlist.com>
**Cc:** 지현기 <hyunki.ji@samsung.com>
**Subject:** NAND/DRAM 구매 관련 삼성 Contact Point

김지범 부사장님, 삼성전자 김호정 과장입니다.

말씀하신 NAND 및 DRAM 구매 관련 당사 Contact Point를 송부드립니다.

☐ 미주 RA 담당
  - 소속 : 영업팀 유혁상 부장
  - Email : hsang.yoo@samsung.com

Netlist와 삼성과의 협력 내용 및 계약(JDLA)上 공급조건에 대해 인품되어있는 상태입니다.
관련하여 문의해보시면 될 것 같습니다.

새해 복 많이 받으세요.
감사합니다.
김호정 드림

**김호정 | Jay Kim**

Manager | Strategic Planning Team | Memory Division | Samsung Electronics co.,Ltd.
Office +82-31-208-6159 | Mobile +82-10-5361-0001 | hojung4623.kim@samsung.com

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

 image0

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                  NL119259