# EXHIBIT 17

**Intentionally Left Blank**