# EXHIBIT 28

**From:** u=Sebastian Lee/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DB6C2E38882040E8A937142A5D420B17-SLEE
**Sent:** Wed, 12 Jul 2017 13:39:20 -0400 (EDT)
**To:** "Brian Peterson" <bpeterson@netlist.com>; "Raymond Jiang" <rjiang@netlist.com>; "Paik Ki Hong" <pkhong@netlist.com>
**Subject:** FW: About the Netlist meeting
**Attachments:** image002.png

After talking to Harrison,
He got request from Strategic team and Product Planning team about Netlist business,
He was not sure Mr. Jinman Han reported to Mr. Jaesoo Han, but strategic team asked to Sales to support Netlist at last $4M a month.

However, Harrison thinks HQ can move forward based on Local (SSI) request to support Netlist since Netlist is ne of SSI's customers.
Therefore, he recommends to meet JS Choi at SSI which he believe it is the first priority to be the momentum of Netlist support as Samsung,
And the meeting in July which we requested will NOT affect anything for Netlist support.
And in general feeling at Samsung HQ, there is no negative sign where Strategic and Product Planning asked about Netlist support.

After talking to Harrison, I talked to Lane as San Jose.
He suggested to arrange the meeting with Mr. JS Choi thru either Neal or Steve Mets.
(Steve will be on biz trip nest week to Pueto Rico)
He thinks Mr. Choi's schedule is very tight in July, but worth to try to arrange the meeting with JS Choi and JB Kim.

So, here is my suggestion
- JB is arrange the biz trip to USA and he wants to meet JS Choi.
- Once the meeting is confirmed with JS Choi, JB will finalize the itinerary.
- There is no specific agenda, but JB wants to update the status of HybriDIMM which we are working with Korea.
- It will be OK for Lunch, Dinner or Tea Time....

Paik,
Can you ask to Neal or Steve?
Thank you
Sebastian Lee

**From:** C.K. Hong
**Sent:** Tuesday, July 11, 2017 11:52 PM
**To:** Sebastian Lee <SLee@netlist.com>
**Cc:** Ji Bum Kim <jbkim@netlist.com>; Paik Ki Hong <pkhong@netlist.com>
Subject: Re: About the Netlist meeting

Let's proceed as below.
On Jul 12, 2017, at 10:14 AM, Sebastian Lee <SLee@netlist.com> wrote:

> Director Hyuk-sang Yoo from the HQ said he received inquiry about status check from Planning (VP Ji's team) and Product Planning (SVP Han's team). It couldn't be confirmed whether SVP Han reported to EVP Jae-soo Han and there was even a request from Planning for at least $4M of support per month.
>
> Director Yoo's opinion is that for HQ, there has to be request from the field in order for the HQ to have the basis to act.
> And the opinion is that having a meeting with EVP Joo Sun Choi of the U.S. corporation is priority. In the current situation, it doesn't seem like there would be any changes even if we have the Korea meeting in July that we requested, and the priority is the initiation of the U.S. corporation. And it doesn't seem like there are any ill feelings from the hands-on working level about the support request from other departments (Planning and Product Planning).
>
> I spoke on the phone with Director Gi-hoon Kim of the U.S. corporation and asked for a meeting with EVP Joo Sun Choi, but he proposed arranging a meeting through Steve Mets.
> FYI, EVP Choi's schedule in July is tight and Steve Mets has a business trip to Puerto Rico next week.
> We need to convey through Neal that EVP Ji-bum Kim from Korea has a business trip coming up in the U.S. and he would like to have a brief meeting with EVP Choi during his business trip and _**arrange a meeting by saying that he is trying to schedule the U.S. business trip to line it up with EVP Choi's schedule as much as possible.**_
>
> Thank you
> Sebastian Lee

> From: Ji Bum Kim
> Sent: Tuesday, July 11, 2017 6:44 PM
> To: C.K. Hong <ckhong@netlist.com>; Paik Ki Hong <pkhong@netlist.com>; Sebastian Lee <SLee@netlist.com>
> Subject: FW: About the Netlist meeting
>
> FYI.
>
> Sebastian,
>
> Please share the details of the call with Harrison.

> From: Ji Bum Kim
> Sent: Wednesday, July 12, 2017 10:43 AM
> To: 'jin.man.han@samsung.com' <jin.man.han@samsung.com>
> Cc: Hyun-ki Ji <hyunki.ji@samsung.com>; Nak-won Heo <nakwon.heo@samsung.com>
> Subject: RE: About the Netlist meeting
>
> SVP Han,

CONFIDENTIAL                                                                                                         NL118379

How are you?

Is there any decision made in regard to sales volume?
It's a very critical matter for us.

I understand you're busy, but please look into it once again.


Best regards.

---

From: Jin-man Han [mailto:jin.man.han@samsung.com]
Sent: Monday, July 10, 2017 8:06 AM
To: Ji Bum Kim <jbkim@netlist.com>
Cc: Hyun-ki Ji <hyunki.ji@samsung.com>; Nak-won Heo <nakwon.heo@samsung.com>
Subject: RE: About the Netlist meeting


EVP Kim,

The last meeting was very helpful in understanding the Netlist's situation. Thank you. In regard to volume, I put in a request to the sales executive handling the matter to assess the situation and respond accordingly. I hope that it results in a win-win for both our companies.

Sincerely,
Jin-man Han

--------- Original Message ---------
Sender : Ji Bum Kim <jbkim@netlist.com>
Date : 2017-07-07 10:02 (GMT+9)
Title : About the Netlist meeting

SVP Han,

I believe that the evening meeting the day before yesterday was very beneficial to both companies and was very helpful in your general understanding of the current development status for HDIMM and our company's overall situation.

And we're especially curious about how the situation is proceeding on what you said about having discussion about the volume. Please let us know once the results are in.

Furthermore, I would like to inform you that we are doing our best to show you the 1 HDIMM movement and Performance advantage as soon as possible.

Thank you.

Best regards.

JIN MAN HAN

Vice President
SSD DevelopmentTeam,
Memory Division,
Samsung Electronics

Phone: 82-31-208-7252
Mobile: 82-10-4808-1015
E-mail: jin.man.han@samsung.com

<image002.png>

http://ext.samsung.net/mail/ext/v1/external/status/update?

CONFIDENTIAL                                                                                                                                                           NL118380

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California        )
                           )    S. S.
Los Angeles County         )

      I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated <u>Document with Bates No. NL118379 - NL118380</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

**<u>Description of Translated Documents</u>**

<u>Document with Bates No. NL118379 - NL118380</u>

Executed on July 26, 2021

*[signature]*

Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

| | |
|---|---|
| From: | u=Sebastian Lee/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DB6C2E38882040E8A937142A5D420B17-SLEE |
| Sent: | Wed, 12 Jul 2017 13:39:20 -0400 (EDT) |
| To: | "Brian Peterson" <bpeterson@netlist.com>; "Raymond Jiang" <rjiang@netlist.com>; "Paik Ki Hong" <pkhong@netlist.com> |
| Subject: | FW: Netlist meeting건 |
| Attachments: | image002.png |

After talking to Harrison,
He got request from Strategic team and Product Planning team about Netlist business,
He was not sure Mr. Jinman Han reported to Mr. Jaesoo Han, but strategic team asked to Sales to support Netlist at last $4M a month.

However, Harrison thinks HQ can move forward based on Local (SSI) request to support Netlist since Netlist is ne of SSI's customers.
Therefore, he recommends to meet JS Choi at SSI which he believe it is the first priority to be the momentum of Netlist support as Samsung,
And the meeting in July which we requested will NOT affect anything for Netlist support.
And in general feeling at Samsung HQ, there is no negative sign where Strategic and Product Planning asked about Netlist support.

After talking to Harrison, I talked to Lane as San Jose.
He suggested to arrange the meeting with Mr. JS Choi thru either Neal or Steve Mets.
(Steve will be on biz trip nest week to Pueto Rico)
He thinks Mr. Choi's schedule is very tight in July, but worth to try to arrange the meeting with JS Choi and JB Kim.

So, here is my suggestion
- JB is arrange the biz trip to USA and he wants to meet JS Choi.
- Once the meeting is confirmed with JS Choi, JB will finalize the itinerary.
- There is no specific agenda, but JB wants to update the status of HybriDIMM which we are working with Korea.
- It will be OK for Lunch, Dinner or Tea Time....

Paik,
Can you ask to Neal or Steve?
Thank you
Sebastian Lee

---

**From:** C.K. Hong
**Sent:** Tuesday, July 11, 2017 11:52 PM
**To:** Sebastian Lee <SLee@netlist.com>
**Cc:** Ji Bum Kim <jbkim@netlist.com>; Paik Ki Hong <pkhong@netlist.com>
**Subject:** Re: Netlist meeting건

아래대로 진행합시다.
On Jul 12, 2017, at 10:14 AM, Sebastian Lee <SLee@netlist.com> wrote:

> 본사 유혁상 부장은 기획(지상무팀)과 상품기획(한전무팀) 쪽에서의 상황 체크에 대한 문의를 받았다고 합니다.
> 한전무가 한재수 부사장에게 보고를 했는지는 파악할 수 없고, 기획에서는 월 $4M은 지원해야 한다는 요청까지 있었다고 합니다.
>
> 유부장은 본사 입장에서는 현지의 요청이 있어야 본사에서 움직일 수 있는 근거가 있는 것이다 라는 의견입니다.
> 이에 미주법인의 최 주선 부사장과 Meeting을 하는 것이 우선이라는 의견입니다.
> 현 상황에서 저희가 요청한 7월 한국Meeting을 한다고 해서 변동이 있을 것 같지 않을 것 같고, 우선 순위는 미주법인의 Initiation이라고 합니다.
> 그리고 타부서 (기획과 성품기획)에서 지원 요청이 있는 것에 대해서는 실무선 Level에서 반감은 없는 것 같습니다.
>
> 미주법인의 김 기훈 부장을 통화를 하여 최주선 부사장님과의 Meeting을 요청하였으나, Steve Mets를 통하여 Arrange할 것을 제안하였습니다.
> 참고로 최부사장님의 7월 일정이 tight하다고 하며, Steve Mets가 다음주에 Pueto Rico출장이 있다고 합니다.
> Neal을 통해 한국의 김지범 부사장님이 미국 출장일정이 있는데 미국 출장시 최부사장님과 잠깐이라도 만나길 희망하시니, *이에 최부사장님의 가능한 일정에 맞춰 미국 출장 일정을 잡으려고 하신다고 하여 Meeting을 Arrange 하는 것이 필요합니다.*
>
> Thank you
> Sebastian Lee

---

**From:** Ji Bum Kim
**Sent:** Tuesday, July 11, 2017 6:44 PM
**To:** C.K. Hong <ckhong@netlist.com>; Paik Ki Hong <pkhong@netlist.com>; Sebastian Lee <SLee@netlist.com>
**Subject:** FW: Netlist meeting건

FYI.

Sebastian,

Harrison하고 통화한 내용 공유토록 합시다.

---

**From:** Ji Bum Kim
**Sent:** Wednesday, July 12, 2017 10:43 AM
**To:** 'jin.man.han@samsung.com' <jin.man.han@samsung.com>
**Cc:** 지현기 <hyunki.ji@samsung.com>; 허낙원 <nakwon.heo@samsung.com>
**Subject:** RE: Netlist meeting건

한전무님,

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                           NL118379

안녕하시지요?

영업 물량에 대해 결정된 내용이 있는지요?
저희 한테는 매우 Critical사항이라서요.

바쁘시겠지만 다시 한번 부탁드립니다.

Best regards.

**From:** 한진만 [mailto:jin.man.han@samsung.com]
**Sent:** Monday, July 10, 2017 8:06 AM
**To:** Ji Bum Kim <jbkim@netlist.com>
**Cc:** 지현기 <hyunki.ji@samsung.com>; 허낙원 <nakwon.heo@samsung.com>
**Subject:** RE: Netlist meeting건

김부사장님,

지난번 미팅은 Netlist사의 상황을 이해하는데 많은 도움이 되었습니다. 감사드립니다.

물량건 관련해서 담당 영업 임원에게 상황 파악하여 대응할 수 있도록 요청해 두었습니다.

양사에 win-win하는 방향으로 결정이 날 수 있으면 좋겠습니다.

한진만드림

--------- Original Message ---------

**Sender** : Ji Bum Kim <jbkim@netlist.com>

**Date** : 2017-07-07 10:02 (GMT+9)

**Title** : Netlist meeting건

한전무님,

그저께 저녁 미팅은 양사간에 매우 유익했다고 생각되며,
저희 회사의 전반적인 상황과 현재 HDIMM의 개발 상황을 폭 넓게 이해하시는 데 많은
도움이 되었다고 판단됩니다.

그리고 특히 한전무님께서 물량 관련하여 협의 하시겠다는 내용이 어떻게 진행되는지 무척
궁금합니다. 결과가 나오면 회신 부탁드립니다.

아울러 1 HDIMM의 동작과 Performance advantage를 빠른 시간안에 보여 드릴 수
있도록 최선을 다 하고 있음을 알려 드립니다.

감사합니다.

Best regards.

JIN MAN HAN

Vice President
SSD DevelopmentTeam,
Memory Division,
Samsung Electronics

Phone: 82-31-208-7252
Mobile: 82-10-4808-1015
E-mail: jin.man.han@samsung.com

<image002.png>

http://ext.samsung.net/mail/ext/v1/external/status/update?

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                                NL118380