# EXHIBIT 29

**From:** Raymond Jiang <rjiang@netlist.com>
**Sent:** Wed, 12 Jul 2017 15:21:25 -0400 (EDT)
**To:** Paik Ki Hong <pkhong@netlist.com>; Devon Park <dpark@netlist.com>
**Subject:** FW: July The Cupboard is Bare Inventory List - PO 324541

Just had another discussion with Neal -

- Parts are gone but he first said he will work on SEC again for more parts then he realized that we are capped at $500K limit as the Riot Game PM1725a samples were counted as July's.
- Nothing he can do and he mentioned he is not even supposed to discuss with what he has available to us or he gets in trouble – "Not going to get fired for this".

| Product | Qty | Price | Total |
|---|---|---|---|
| PM1725a 6.4TB | 75 | 3963 | $297,225.00 |
| 8GB RDIMM | 445 | 83 | $36,935.00 |
| 1.92TB SM863a | 214 | 1000 | $214,000.00 |
| DDR4 4Gb x8 DRAM | 679 | 3.1 | $2,104.90 |
| | | | $550,264.90 |

**From:** Neal Knuth [mailto:n.knuth@samsung.com]
**Sent:** Wednesday, July 12, 2017 11:55 AM
**To:** Raymond Jiang <rjiang@netlist.com>
**Cc:** Val (Valeriia) Pletneva <valeriia.p@partner.samsung.com>
**Subject:** RE: July The Cupboard is Bare Inventory List - PO 324541

What?  I cannot help it.  Market is sizzling.

Thanks,

Neal Knuth
949 910 2835

**From:** Raymond Jiang [mailto:rjiang@netlist.com]
**Sent:** Wednesday, July 12, 2017 11:54 AM
**To:** Neal Knuth
**Cc:** Val (Valeriia) Pletneva
**Subject:** RE: July The Cupboard is Bare Inventory List - PO 324541

All gone????

Come on…

**From:** Neal Knuth [mailto:n.knuth@samsung.com]
**Sent:** Wednesday, July 12, 2017 11:52 AM
**To:** Raymond Jiang <rjiang@netlist.com>
**Cc:** Val (Valeriia) Pletneva <valeriia.p@partner.samsung.com>
**Subject:** RE: July The Cupboard is Bare Inventory List - PO 324541

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          NL013960

Sorry, these are all gone for now.

Thanks,

Neal Knuth
949 910 2835

---

**From:** Raymond Jiang [mailto:rjiang@netlist.com]
**Sent:** Wednesday, July 12, 2017 11:50 AM
**To:** Neal Knuth
**Cc:** Val (Valeriia) Pletneva
**Subject:** RE: July The Cupboard is Bare Inventory List - PO 324541

Neal,
PO for below, please confirm –

| MPN | Description | Avail Qty | U/P | Req/Order Qty | AMT |
|---|---|---|---|---|---|
| M386A8K40BM1-CRC4Q | 64GB DDR4 2400 LRDIMM | 546 | $585.00 | 100 | $58,500.00 |
| M393B1G70EB0-YK0Q2 | 8GB DDR3 1600 RDIMM | 3770 | $84.00 | 250 | $21,000.00 |
| M471A1G43EB1-CPBD0 | 8GB 2Rx8 DDR4 2133 SODIMM | 1100 | $57.00 | 900 | $51,300.00 |

Going to need below DRAM, will send a separate PO –

| | | | |
|---|---|---|---|
| K4A8G085WB-BCPB000 | DDR4 2133 8Gb x8 | 14373 | $6.70 |

---

**From:** Neal Knuth [mailto:n.knuth@samsung.com]
**Sent:** Wednesday, July 12, 2017 10:44 AM
**Subject:** July The Cupboard is Bare Inventory List

And here are the lists everyone is waiting for.  Bare pickings..

| | |
|---|---|
| M386A8K40BM1-CRC4Q | 546 |
| M393B1G70EB0-YK0Q2 | 3770 |

| | |
|---|---|
| M471A1G43EB1-CPBD0 | 1100 |
| M471A1K43BB1-CRC00 | 55 |
| M471A5143EB0-CPBD0 | 2159 |
| M474A1G43EB1-CRCQ0 | 65 |
| M474A2K43BB1-CRCQ0 | 75 |

| | |
|---|---|
| K4B4G1646E-BYK0000 | **9150** |
| K4A4G045WD-BCPB000 | **8434** |
| K4A4G045WD-BCRC000 | **256** |
| K4A8G085WB-BCPB000 | **14373** |
| K4B1G0846I-BCK0000 | **10555** |

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                         NL013961

| | |
|---|---|
| K4B1G0846I-BYK0000 | **18000** |
| K4B8G1646D-MYK0000 | **31156** |
| K4T1G164QJ-BCE7000 | **9800** |

Thank you,
감사합니다
Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
**New Office Number**:  949 910 2835

nealk@ssi.samsung.com

Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.
*Privacy Notice*: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.