# EXHIBIT 34

| | |
|---|---|
| **From:** | u=Paik Ki Hong/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=67B73B262A5349059FE8E81545589EA5-PKHONG |
| **Sent:** | Tue, 23 Jan 2018 13:22:30 -0500 (EST) |
| **To:** | "Steven Metz" <s.metz@samsung.com> |
| **Cc:** | "Neal Knuth" <n.knuth@samsung.com> |
| **Subject:** | Samsung/Netlist |

Steve,

I was just told that Samsung North America has decided to give Netlist $0 allocation and no support. This is a problem

I just tried to call you but went to your voice mail and your mailbox is full

Can we talk.

Need to figure a way to fix this issue.

We have a JDLA that states Samsung will support Netlist

We have on paper that Samsung will support Netlist with components for NVDIMM

We have been qualifying Samsung everywhere so how do we move forward

Please reply to this email

Thanks.

.................................................................................................................................................

 Netlis

Tel:949.435.0025
Fax:949.435.0031
www.netlist.com

**Paik Ki Hong**
Vice-President, WW Operations
175 Technology
Irvine, CA 92618
Direct: 949.679.0102
Cell: 949.285.8242
Email: pkhong@netlist.com