# EXHIBIT 35

| | |
|---|---|
| **From:** | u=Paik Ki Hong/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=67B73B262A5349059FE8E81545589EA5-PKHONG |
| **Sent:** | Mon, 19 Feb 2018 15:19:21 -0500 (EST) |
| **To:** | "Neal Knuth" <n.knuth@samsung.com> |
| **Cc:** | "Raymond Jiang" <rjiang@netlist.com>; "Devon Park" <dpark@netlist.com>; "Jane Zhou" <janezhou@netlist.com>; "Joon Park" <joon.p@partner.samsung.com> |
| **Subject:** | RE: NETLIST Backlog of 01/19/18 |
| **Attachments:** | SS forecast 2_16.xlsx |

Neal,

I have attached what Netlist requires for 2018 - support of DRAM and NAND products. We need this supported. This attached forecast is in line with the forecast we provided Samsung in our meeting with SSI in June 2017.

We cannot accept partial support. We cannot accept $1M/month support. In the 1st half of 2017 we were growing our business and Samsung was supporting $8M/QTR. Then in 2H'17 Samsung lowered this support to under $3M/QTR, even though we had requested $15M+/QTR for 2H'17 in June 2017. Then in Jan'18 Samsung stopped shipments altogether. These drastic changes have impacted our business and impacted our ability to support our customers.

We need Samsung to support the forecast we have included in this email.

Please review and provide a committed delivery schedule per our requirements.



| | Nov. 15 | Q116 | Q216 | Q316 | Q416 | Q117 | Q217 | Q317 | Q417 | Q118 |
|---|---|---|---|---|---|---|---|---|---|---|
| Samsung Supply | $ - | $ 1.2 | $ 2.1 | $ 2.1 | $ 4.7 | $ 8.2 | $ 7.7 | $ 2.8 | $ 2.5 | $ 0.4 ** |
| Samsung Allocation | NoLimitSet | NoLimitSe | NoLimitSet | NoLimitSet | NoLimitSet | NoLimitSet | NoLimitSet | $3.0 * | $ 3.0 | $ - |

*June '17 Samsung (SSI) unilaterally moved allocation to $3M

** January '18 shipment prior to Samsung (SSI) notifying Netlist that allocation was cut to zero (without any consultation with Netlist)

**From:** Neal Knuth [mailto:n.knuth@samsung.com]
**Sent:** Wednesday, February 14, 2018 9:24 AM
**To:** Raymond Jiang <rjiang@netlist.com>
**Cc:** Joon Park <joon.p@partner.samsung.com>; Paik Ki Hong <pkhong@netlist.com>; Jane Zhou <janezhou@netlist.com>; Devon Park <dpark@netlist.com>
**Subject:** NETLIST Backlog of 01/19/18

Hi Raymond,

Change of plans.

Joon,

Can you update backlog to Netlist. Once done, I will need Netlist to prioritize line items.

Raymond,

Please consider components first, then modules, then SSD last.

Thanks,

Neal Knuth
949 910 2835

---

**From:** Neal Knuth
**Sent:** Thursday, February 8, 2018 10:39 AM
**To:** Raymond Jiang <rjiang@netlist.com>
**Cc:** Joon Park <joon.p@partner.samsung.com>
**Subject:** NETLIST Backlog of 01/19/18

Raymond,

Can you advise?

Thanks,

Neal Knuth
949 910 2835

CONFIDENTIAL

NL020776