# EXHIBIT 38

Ekwan E. Rhow - State Bar No. 174604
   erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
   mmasters@birdmarella.com
David I. Hurwitz - State Bar No. 174632
   dhurwitz@birdmarella.com
Kate S. Shin - State Bar No. 279867
   kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
   clee@birdmarella.com
Jong-min Choi - State Bar No. 329474
   jmchoi@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>       Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO**<br><br>Assigned to Hon. Mark C. Scarsi Courtroom 7C |

PROPOUNDING PARTY:  PLAINTIFF NETLIST INC.

RESPONDING PARTY:    DEFENDANT SAMSUNG ELECTRONICS CO., LTD.

SET NO.:          TWO

3739040.2

1

1  investigation is not yet complete, and Defendant reserves the right, without
2  assuming any obligation, to supplement its response.

3      Subject to and without waiving its objections, Defendant responds as follows:
4  admit only that Defendant has indicated routinely to Plaintiff throughout the time
5  period from November 12, 2015 to present – as it would with any other similarly
6  situated customer during the same time period – that it is unable to support every
7  request for products.

8  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

9      Defendant incorporates by reference its general objections. Defendant objects
10  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
11  further objects to this request to the extent that it calls for facts not within
12  Defendant's knowledge. Defendant also objects to this request to the extent that it
13  seeks confidential, proprietary, or trade secret information. Defendant's fact
14  investigation is not yet complete, and Defendant reserves the right, without
15  assuming any obligation, to supplement its response.

16      Subject to and without waiving its objections, Defendant responds as follows:
17  admit only that Defendant has indicated routinely to Plaintiff throughout the time
18  period from November 12, 2015 to present – as it would with any other similarly
19  situated customer during the same time period – that it is unable to support every
20  request for products, and that Samsung ultimately did not support requests that it
21  indicated it is unable to support.

22  **REQUEST FOR ADMISSION NO. 17:**

23      Admit that between December 1, 2015 and July 15, 2020, Samsung failed to
24  fulfill in whole some orders for NAND or DRAM Products that Netlist placed.

25  **RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

26      Defendant incorporates by reference its general objections. Defendant objects
27  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
28  further objects to this request to the extent that it calls for facts not within

1   Defendant's knowledge. Defendant also objects to this request to the extent that it
2   seeks confidential, proprietary, or trade secret information. Defendant's fact
3   investigation is not yet complete, and Defendant reserves the right, without
4   assuming any obligation, to supplement its response.

5        Subject to and without waiving its objections, Defendant responds as follows:
6   admit only that Defendant has indicated routinely to Plaintiff throughout the time
7   period from November 12, 2015 to present – as it would with any other similarly
8   situated customer during the same time period – that it is unable to support every
9   request for products.

10  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

11       Defendant incorporates by reference its general objections. Defendant objects
12  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
13  further objects to this request to the extent that it calls for facts not within
14  Defendant's knowledge. Defendant also objects to this request to the extent that it
15  seeks confidential, proprietary, or trade secret information. Defendant's fact
16  investigation is not yet complete, and Defendant reserves the right, without
17  assuming any obligation, to supplement its response.

18       Subject to and without waiving its objections, Defendant responds as follows:
19  admit only that Defendant has indicated routinely to Plaintiff throughout the time
20  period from November 12, 2015 to present – as it would with any other similarly
21  situated customer during the same time period – that it is unable to support every
22  request for products, and that Samsung ultimately did not support requests that it
23  indicated it is unable to support.

24  **REQUEST FOR ADMISSION NO. 18:**

25       Admit that between December 1, 2015 and July 15, 2020, Samsung failed to
26  fulfill in part some orders for NAND or DRAM Products that Netlist placed.

27  **RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

28       Defendant incorporates by reference its general objections. Defendant objects

5

1   to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

2   further objects to this request to the extent that it calls for facts not within

3   Defendant's knowledge. Defendant also objects to this request to the extent that it

4   seeks confidential, proprietary, or trade secret information. Defendant's fact

5   investigation is not yet complete, and Defendant reserves the right, without

6   assuming any obligation, to supplement its response.

7           Subject to and without waiving its objections, Defendant responds as follows:

8   admit only that Defendant has indicated routinely to Plaintiff throughout the time

9   period from November 12, 2015 to present – as it would with any other similarly

10  situated customer during the same time period – that it is unable to support every

11  request for products.

12  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

13          Defendant incorporates by reference its general objections. Defendant objects

14  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

15  further objects to this request to the extent that it calls for facts not within

16  Defendant's knowledge. Defendant also objects to this request to the extent that it

17  seeks confidential, proprietary, or trade secret information. Defendant's fact

18  investigation is not yet complete, and Defendant reserves the right, without

19  assuming any obligation, to supplement its response.

20          Subject to and without waiving its objections, Defendant responds as follows:

21  admit only that Defendant has indicated routinely to Plaintiff throughout the time

22  period from November 12, 2015 to present – as it would with any other similarly

23  situated customer during the same time period – that it is unable to support every

24  request for products, and that Samsung ultimately did not support requests that it

25  indicated it is unable to support.

26  **REQUEST FOR ADMISSION NO. 19:**

27          Admit that on multiple occasions between December 1, 2015 and June 14,

28  2020, Samsung declined to support requests for NAND or DRAM Products that

1   Netlist made.

2   **RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

3   Defendant incorporates by reference its general objections. Defendant objects

4   to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

5   further objects to this request to the extent that it calls for facts not within

6   Defendant's knowledge. Defendant also objects to this request to the extent that it

7   seeks confidential, proprietary, or trade secret information. Defendant's fact

8   investigation is not yet complete, and Defendant reserves the right, without

9   assuming any obligation, to supplement its response.

10   Subject to and without waiving its objections, Defendant responds as follows:

11   admit only that Defendant has indicated routinely to Plaintiff throughout the time

12   period from November 12, 2015 to present – as it would with any other similarly

13   situated customer during the same time period – that it is unable to support every

14   request for products.

15   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

16   Defendant incorporates by reference its general objections. Defendant objects

17   to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

18   further objects to this request to the extent that it calls for facts not within

19   Defendant's knowledge. Defendant also objects to this request to the extent that it

20   seeks confidential, proprietary, or trade secret information. Defendant's fact

21   investigation is not yet complete, and Defendant reserves the right, without

22   assuming any obligation, to supplement its response.

23   Subject to and without waiving its objections, Defendant responds as follows:

24   admit only that Defendant has indicated routinely to Plaintiff throughout the time

25   period from November 12, 2015 to present – as it would with any other similarly

26   situated customer during the same time period – that it is unable to support every

27   request for products, and that Samsung ultimately did not support requests that it

28   indicated it is unable to support.

3739040.2

7

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO
PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

**REQUEST FOR ADMISSION NO. 20:**

Admit that between June 15, 2020 and July 15, 2020, Samsung declined to support some requests for NAND or DRAM Products that Netlist made.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every

request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 21:**

Admit that on multiple occasions between December 1, 2015 and June 14, 2020, Netlist requested to purchase more NAND or DRAM Products from Samsung than Samsung agreed to support or sell to Netlist.

**RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows:

1 admit only that Defendant has indicated routinely to Plaintiff throughout the time
2 period from November 12, 2015 to present – as it would with any other similarly
3 situated customer during the same time period – that it is unable to support every
4 request for products, and that Samsung ultimately did not support requests that it
5 indicated it is unable to support.

6 **REQUEST FOR ADMISSION NO. 22:**

7       Admit that between June 15, 2020 and July 15, 2020, Netlist requested to
8 purchase more NAND or DRAM Products from Samsung than Samsung agreed to
9 support or sell to Netlist.

10 **RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

11       Defendant incorporates by reference its general objections. Defendant objects
12 to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
13 further objects to this request to the extent that it calls for facts not within
14 Defendant's knowledge. Defendant also objects to this request to the extent that it
15 seeks confidential, proprietary, or trade secret information. Defendant's fact
16 investigation is not yet complete, and Defendant reserves the right, without
17 assuming any obligation, to supplement its response.

18       Subject to and without waiving its objections, Defendant responds as follows:
19 admit only that Defendant has indicated routinely to Plaintiff throughout the time
20 period from November 12, 2015 to present – as it would with any other similarly
21 situated customer during the same time period – that it is unable to support every
22 request for products.

23 **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

24       Defendant incorporates by reference its general objections. Defendant objects
25 to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
26 further objects to this request to the extent that it calls for facts not within
27 Defendant's knowledge. Defendant also objects to this request to the extent that it
28 seeks confidential, proprietary, or trade secret information. Defendant's fact

1  investigation is not yet complete, and Defendant reserves the right, without

2  assuming any obligation, to supplement its response.

3      Subject to and without waiving its objections, Defendant responds as follows:

4  admit only that Defendant has indicated routinely to Plaintiff throughout the time

5  period from November 12, 2015 to present – as it would with any other similarly

6  situated customer during the same time period – that it is unable to support every

7  request for products, and that Samsung ultimately did not support requests that it

8  indicated it is unable to support.

9  **REQUEST FOR ADMISSION NO. 23:**

10      Admit that on multiple occasions between December 1, 2015 and June 14,

11  2020, Samsung refused to sell Netlist any NAND or DRAM products in response to

12  a request from Netlist.

13  **RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

14      Defendant incorporates by reference its general objections. Defendant objects

15  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

16  further objects to this request to the extent that it calls for facts not within

17  Defendant's knowledge. Defendant also objects to this request to the extent that it

18  seeks confidential, proprietary, or trade secret information. Defendant's fact

19  investigation is not yet complete, and Defendant reserves the right, without

20  assuming any obligation, to supplement its response.

21      Subject to and without waiving its objections, Defendant responds as follows:

22  admit only that Defendant has indicated routinely to Plaintiff throughout the time

23  period from November 12, 2015 to present – as it would with any other similarly

24  situated customer during the same time period – that it is unable to support every

25  request for products.

26  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

27      Defendant incorporates by reference its general objections. Defendant objects

28  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

3739040.2

11

further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 24:**

Admit that between June 15, 2020 and July 15, 2020, Samsung refused to sell Netlist any NAND or DRAM products in response to a request or requests from Netlist.

**RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

3739040.2

12

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 25:**

Admit that between June 15, 2020 and July 15, 2020, Samsung did not support all of Netlist's requests for NAND or DRAM products.

**RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO
PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

1 │ situated customer during the same time period – that it is unable to support every

2 │ request for products.

3 │ **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

4 │      Defendant incorporates by reference its general objections. Defendant objects

5 │ to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

6 │ further objects to this request to the extent that it calls for facts not within

7 │ Defendant's knowledge. Defendant also objects to this request to the extent that it

8 │ seeks confidential, proprietary, or trade secret information. Defendant's fact

9 │ investigation is not yet complete, and Defendant reserves the right, without

10 │ assuming any obligation, to supplement its response.

11 │      Subject to and without waiving its objections, Defendant responds as follows:

12 │ admit only that Defendant has indicated routinely to Plaintiff throughout the time

13 │ period from November 12, 2015 to present – as it would with any other similarly

14 │ situated customer during the same time period – that it is unable to support every

15 │ request for products, and that Samsung ultimately did not support requests that it

16 │ indicated it is unable to support.

17 │ **REQUEST FOR ADMISSION NO. 26:**

18 │      Admit that between June 15, 2020 and July 15, 2020, Samsung did not supply

19 │ Netlist with all the NAND and DRAM products Netlist requested.

20 │ **RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

21 │      Defendant incorporates by reference its general objections. Defendant objects

22 │ to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

23 │ further objects to this request to the extent that it calls for facts not within

24 │ Defendant's knowledge. Defendant also objects to this request to the extent that it

25 │ seeks confidential, proprietary, or trade secret information. Defendant's fact

26 │ investigation is not yet complete, and Defendant reserves the right, without

27 │ assuming any obligation, to supplement its response.

28 │      Subject to and without waiving its objections, Defendant responds as follows:

admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 27:**

Admit that at some point between February 1, 2017 and May 18 2017, Samsung set a cap or limit on the amount of NAND and DRAM Products that Netlist could purchase from Samsung.

**RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact

1  investigation is not yet complete, and Defendant reserves the right, without
2  assuming any obligation, to supplement its response.

3      Subject to and without waiving its objections, Defendant responds as follows:
4  admit only that Defendant has indicated routinely to Plaintiff throughout the time
5  period from November 12, 2015 to present – as it would with any other similarly
6  situated customer during the same time period – that it is unable to support every
7  request for products.

8  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

9      Defendant incorporates by reference its general objections. Defendant objects
10 to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
11 further objects to this request to the extent that it calls for facts not within
12 Defendant's knowledge. Defendant also objects to this request to the extent that it
13 seeks confidential, proprietary, or trade secret information. Defendant's fact
14 investigation is not yet complete, and Defendant reserves the right, without
15 assuming any obligation, to supplement its response.

16     Subject to and without waiving its objections, Defendant responds as follows:
17 admit only that Defendant has indicated routinely to Plaintiff throughout the time
18 period from November 12, 2015 to present – as it would with any other similarly
19 situated customer during the same time period – that it is unable to support every
20 request for products, and that Samsung ultimately did not support requests that it
21 indicated it is unable to support.

22 **REQUEST FOR ADMISSION NO. 28:**

23     Admit that at some point between February 1, 2017 and May 18, 2017,
24 Samsung set a cap or limit on the amount of NAND and DRAM Products that
25 Samsung would support for Netlist.

26 **RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

27     Defendant incorporates by reference its general objections. Defendant objects
28 to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

3739040.2

16

further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 29:**

Admit that at some point between February 1, 2017 and May 18, 2017, Samsung set an allocation limit on the amount of NAND and DRAM Products that Netlist could purchase from Samsung.

**RESPONSE TO REQUEST FOR ADMISSION NO. 29:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 29:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

3739040.2

18

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

**REQUEST FOR ADMISSION NO. 30:**

Admit that as of May 18, 2017, the allocation of NAND and DRAM Products that Netlist could purchase from Samsung was set by Samsung at zero.

**RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO
PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

1  request for products, and that Samsung ultimately did not support requests that it
2  indicated it is unable to support.

3  **REQUEST FOR ADMISSION NO. 31:**

4       Admit that as of May 18, 2017, Samsung set the amount of NAND and
5  DRAM Products that Netlist could purchase from Samsung at zero.

6  **RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

7       Defendant incorporates by reference its general objections. Defendant objects
8  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
9  further objects to this request to the extent that it calls for facts not within
10  Defendant's knowledge. Defendant also objects to this request to the extent that it
11  seeks confidential, proprietary, or trade secret information. Defendant's fact
12  investigation is not yet complete, and Defendant reserves the right, without
13  assuming any obligation, to supplement its response.

14       Subject to and without waiving its objections, Defendant responds as follows:
15  admit only that Defendant has indicated routinely to Plaintiff throughout the time
16  period from November 12, 2015 to present – as it would with any other similarly
17  situated customer during the same time period – that it is unable to support every
18  request for products.

19  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

20       Defendant incorporates by reference its general objections. Defendant objects
21  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
22  further objects to this request to the extent that it calls for facts not within
23  Defendant's knowledge. Defendant also objects to this request to the extent that it
24  seeks confidential, proprietary, or trade secret information. Defendant's fact
25  investigation is not yet complete, and Defendant reserves the right, without
26  assuming any obligation, to supplement its response.

27       Subject to and without waiving its objections, Defendant responds as follows:
28  admit only that Defendant has indicated routinely to Plaintiff throughout the time

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO
PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 32:**

Admit that in May 2017, Samsung informed Netlist that it would not allocate any NAND or DRAM Products for sale to Netlist.

**RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 33:**

Admit that in May 2017, Samsung informed Netlist that it would not support any orders for NAND or DRAM Products from Netlist.

**RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact

investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 34:**

Admit that in May 2017, Samsung stopped supporting any orders for NAND or DRAM Products from Netlist.

**RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within

1    Defendant's knowledge. Defendant also objects to this request to the extent that it
2    seeks confidential, proprietary, or trade secret information. Defendant's fact
3    investigation is not yet complete, and Defendant reserves the right, without
4    assuming any obligation, to supplement its response.

5         Subject to and without waiving its objections, Defendant responds as follows:
6    admit only that Defendant has indicated routinely to Plaintiff throughout the time
7    period from November 12, 2015 to present – as it would with any other similarly
8    situated customer during the same time period – that it is unable to support every
9    request for products, and that Samsung ultimately did not support requests that it
10   indicated it is unable to support.

11   **REQUEST FOR ADMISSION NO. 35:**

12        Admit that in May 2017, Samsung stopped accepting any orders for NAND or
13   DRAM Products from Netlist.

14   **RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

15        Defendant incorporates by reference its general objections. Defendant objects
16   to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
17   further objects to this request to the extent that it calls for facts not within
18   Defendant's knowledge. Defendant also objects to this request to the extent that it
19   seeks confidential, proprietary, or trade secret information. Defendant's fact
20   investigation is not yet complete, and Defendant reserves the right, without
21   assuming any obligation, to supplement its response.

22        Subject to and without waiving its objections, Defendant responds as follows:
23   admit only that Defendant has indicated routinely to Plaintiff throughout the time
24   period from November 12, 2015 to present – as it would with any other similarly
25   situated customer during the same time period – that it is unable to support every
26   request for products.

27   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

28        Defendant incorporates by reference its general objections. Defendant objects

to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 36:**

Admit that from May 19, 2017 to June 14, 2020, Samsung maintained a cap or limit on the amount of NAND and DRAM Products that Netlist could purchase from Samsung.

**RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every

1  request for products.

2  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

3      Defendant incorporates by reference its general objections. Defendant objects

4  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

5  further objects to this request to the extent that it calls for facts not within

6  Defendant's knowledge. Defendant also objects to this request to the extent that it

7  seeks confidential, proprietary, or trade secret information. Defendant's fact

8  investigation is not yet complete, and Defendant reserves the right, without

9  assuming any obligation, to supplement its response.

10      Subject to and without waiving its objections, Defendant responds as follows:

11  admit only that Defendant has indicated routinely to Plaintiff throughout the time

12  period from November 12, 2015 to present – as it would with any other similarly

13  situated customer during the same time period – that it is unable to support every

14  request for products, and that Samsung ultimately did not support requests that it

15  indicated it is unable to support.

16  **REQUEST FOR ADMISSION NO. 37:**

17      Admit that from May 19, 2017 to June 14, 2020, Samsung maintained a cap

18  or limit on the amount of NAND and DRAM Products that Samsung would support

19  for Netlist.

20  **RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

21      Defendant incorporates by reference its general objections. Defendant objects

22  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

23  further objects to this request to the extent that it calls for facts not within

24  Defendant's knowledge. Defendant also objects to this request to the extent that it

25  seeks confidential, proprietary, or trade secret information. Defendant's fact

26  investigation is not yet complete, and Defendant reserves the right, without

27  assuming any obligation, to supplement its response.

28      Subject to and without waiving its objections, Defendant responds as follows:

3739040.2

26

admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 38:**

Admit that from May 19, 2017 to June 14, 2020, Samsung maintained an allocation limit on the amount of NAND and DRAM Products that Netlist could purchase from Samsung.

**RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact

1 investigation is not yet complete, and Defendant reserves the right, without
2 assuming any obligation, to supplement its response.

3     Subject to and without waiving its objections, Defendant responds as follows:
4 admit only that Defendant has indicated routinely to Plaintiff throughout the time
5 period from November 12, 2015 to present – as it would with any other similarly
6 situated customer during the same time period – that it is unable to support every
7 request for products.

8 **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

9     Defendant incorporates by reference its general objections. Defendant objects
10 to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
11 further objects to this request to the extent that it calls for facts not within
12 Defendant's knowledge. Defendant also objects to this request to the extent that it
13 seeks confidential, proprietary, or trade secret information. Defendant's fact
14 investigation is not yet complete, and Defendant reserves the right, without
15 assuming any obligation, to supplement its response.

16     Subject to and without waiving its objections, Defendant responds as follows:
17 admit only that Defendant has indicated routinely to Plaintiff throughout the time
18 period from November 12, 2015 to present – as it would with any other similarly
19 situated customer during the same time period – that it is unable to support every
20 request for products, and that Samsung ultimately did not support requests that it
21 indicated it is unable to support.

22 **REQUEST FOR ADMISSION NO. 39:**

23     Admit that from June 15, 2020 to July 15, 2020, Samsung maintained a cap or
24 limit on the amount of NAND and DRAM Products that Netlist could purchase from
25 Samsung.

26 **RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

27     Defendant incorporates by reference its general objections. Defendant objects
28 to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

28

further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 40:**

Admit that from June 15, 2020 to July 15, 2020, Samsung maintained a cap or limit on the amount of NAND and DRAM Products that Samsung would support for Netlist.

3739040.2

29

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

**RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 41:**

Admit that from June 15, 2020 to July 15, 2020, Samsung maintained an allocation limit on the amount of NAND and DRAM Products that Netlist could purchase from Samsung.

**RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly

3739040.2

1    situated customer during the same time period – that it is unable to support every

2    request for products, and that Samsung ultimately did not support requests that it

3    indicated it is unable to support.

4

5    DATED:  August 9, 2021                    Ekwan E. Rhow
                                               Marc E. Masters
6                                              Kate S. Shin
7                                              Christopher J. Lee
                                               Jong-min Choi
8                                              Bird, Marella, Boxer, Wolpert, Nessim,
9                                              Drooks, Lincenberg & Rhow, P.C.

10

11

12   By: _____
13                          Christopher J. Lee
                            Attorneys for Defendant Samsung
14                          Electronics Co., Ltd.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

### *Netlist Inc. v. Samsung Electronics Co., Ltd.*
### Case No. 8:20-cv-00993-MCS-ADS

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067-2561.

On August 9, 2021, I served the following document(s) described as **DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address jkinsey@birdmarella.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 9, 2021, at Los Angeles, California.

_____
Jessica D. Kinsey

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO