# EXHIBIT 45

Marc J. Frechette, Esq.
Chief Licensing Officer
175 Technology, Suite 150
Irvine, CA 92618
Mobile: 714.458.2571
Direct: 949.679.0167
mfrechette@netlist.com

July 15, 2020

VIA REGISTERED MAIL

Seung Min Sung
Director
Samsung Electronics Co., Ltd.
San #16
Banwol-Dong, Hwasung City
Gyeonggi-do 445-701, South Korea

Re: License termination under the Joint Development and License Agreement

Dear Sir:

This letter is in reference to the Joint Development and License Agreement (the "Agreement") between Samsung Electronics Co., Ltd. ("Samsung") and Netlist Inc. ("Netlist"), dated November 12, 2015.

Under Section 13 of the Agreement, Netlist may terminate the Agreement including the license contained therein if Samsung, *inter alia*, "…is in material breach of this Agreement and it is not cured within thirty (30) days period from the other Party's written demand…" Netlist has provided Samsung with notice of a material breach by sending multiple correspondence to Samsung at the address listed in the notice provision of the Agreement as well as sending correspondence (which was received by Samsung on June 15, 2020) to the following address via DHL:

> Samsung Electronics Co, LTD
> Seung Ming Sung
> 16 Banwol-dong
> Hwaseong, GG 18448
> South Korea
> +82 31-208-1732
> (DHL Tracking: 5973629303)

At present, Netlist has not received a response from Samsung regarding the material breaches set forth in our correspondence let alone any cure of such breaches. Based on the foregoing, and in accordance with Section 13 of the Agreement, Netlist is hereby terminating, effective immediately, the Agreement including the patent license granted to Samsung as set forth in Section 8 of the Agreement.

The breaches by Samsung, including the failure to supply products to Netlist as well as the failure to cooperate with Netlist regarding the tax withholdings, have fundamentally undermined the purpose of the Agreement, and Netlist considers Samsung to be in material breach that has not been cured. Netlist reserves all other rights and remedies relating to this breach.

Please contact me if you have any questions.

Sincerely,

Marc J. Frechette, Esq.
Chief Licensing Officer