UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>             Defendant. | CASE NO. 8:20-cv-993-MCS (ADS)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF NETLIST INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

The Court, having reviewed and considered Plaintiff Netlist Inc.'s Motion for Partial Summary Judgment, all of the written evidence and arguments submitted by the parties, the Court's records and files on this action, and the oral arguments of the parties' counsel, HEREBY ORDERS that Plaintiff's Motion is GRANTED.

The Court grants summary judgment with respect to Plaintiff's First Cause of Action for Breach of Contract, Second Cause of Action for Breach of Contract, and Third Cause of Action of Declaratory Relief. In connection with the Third Cause of Action, it is HEREBY DECLARED that Plaintiff has terminated the parties' Joint Development and License Agreement pursuant to Section 13.2 thereof, and that Defendant Samsung Electronics Co., Ltd.'s licenses and rights thereunder have ceased. This matter shall now proceed to trial to ascertain the amount of damages that Plaintiff has suffered.

IT IS SO ORDERED.

Dated: _____, 2021

_____
Hon. Mark C. Scarsi
United States District Judge

## CERTIFICATE OF SERVICE

I, Raymond A. LaMagna, an attorney, hereby certify that the **[PROPOSED] ORDER GRANTING PLAINTIFF NETLIST INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** was emailed to counsel for Samsung Electronics Inc., Ltd., on August 16, 2021.

By: _____*/s/ Raymond A. LaMagna*_____
Raymond A. LaMagna

Attorney for Plaintiff Netlist Inc.