Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
  mmasters@birdmarella.com
Kate S. Shin - State Bar No. 279867
  kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
  clee@birdmarella.com
Jong-min Choi - State Bar No. 329474
  jmchoi@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>[Filed concurrently with Choi Decl. ISO Application, Exhibits, and [Proposed] Order]<br><br>Assigned to Hon. Mark C. Scarsi Courtroom 7C |

3742228.1

1

2 **APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

3 **TO PLAINTIFF AND ITS COUNSEL OF RECOD:**

4      **Please take notice that** Defendant Samsung Electronics Co. ("Samsung"), by

5 and through their counsel of record, request leave pursuant to Local Rule 79-5 to file

6 under seal **Exhibit 19**, in full.

7

8 DATED:  August 16, 2021            Bird, Marella, Boxer, Wolpert, Nessim,

9                                 Drooks, Lincenberg & Rhow, P.C.

10

11                          By:       /s/ Joyce J. Choi

12                                    Joyce J. Choi

13                           Attorney for Defendant Samsung Electronics
Co., Ltd.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28