Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
    mmasters@birdmarella.com
Kate S. Shin - State Bar No. 279867
    kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
Jong-min Choi - State Bar No. 329474
    jmchoi@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SAMSUNG ELECRONICS CO., LTD.S' APPLICATION UNDER L.R. 79-5 FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>[Filed concurrently with Application, Choi Decl. ISO Application, Exhibits]<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

3742238.1

[PROPOSED] ORDER GRANTING SAMSUNG'S APPLICATION TO FILE DOCUMENTS UNDER SEAL

Upon due consideration and good cause appearing, Defendant Samsung Electronics Co., Ltd.'s ("Samsung") to File Documents Under Seal ("Application") is GRANTED. The following documents will be redacted or sealed in the Court's record:

| Document | Redaction/Seal Description |
|---|---|
| Exhibit 19 - Joint Development and License Agreement entered into between Netlist and Samsung dated November 12, 2015 (SEC000001) | Redacted in Full |

In accordance with L.R. 79–5.2.2(a), Samsung is directed to file the sealed documents pursuant to the protocol outlined in L.R. 79–5.2.2(c). The Clerk will not convert the proposed sealed documents submitted with the Application into a new filing.

IT IS SO ORDERED.

DATED: _____, 2021

The Honorable Mark C. Scarsi
UNITED STATES DISTRICT JUDGE