# EXHIBIT 19

**Exhibit Redacted In Its Entirety**