Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
  mmasters@birdmarella.com
David I. Hurwitz - State Bar No. 174632
  dhurwitz@birdmarella.com
Kate S. Shin - State Bar No. 279867
  kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
  clee@birdmarella.com
Jong-min Choi - State Bar No. 329474
  jmchoi@birdmarella.com
Joyce J. Choi - State Bar No. 256165
  jchoi@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation, | CASE NO. 8:20-cv-00993-MCS-ADS |
| Plaintiff, | **APPLICATION SUBMITTING DOCUMENTS FOR NETLIST'S DECLARATION SUPPORTING LEAVE TO FILE UNDER SEAL; DECLARATION OF JOYCE J. CHOI** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, | |
| Defendant. | Assigned to Hon. Mark C. Scarsi Courtroom 7C |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 79–5.2.2, Defendant Samsung Electronics Co. Ltd. ("Samsung") hereby submits the attached documents for the Court's consideration pending Plaintiff Netlist Inc.'s ("Netlist") declaration supporting its request that the following documents be filed under seal:

- Specified language in Samung's Motion for Summary Judgment
- Specified language in Samsung's Rule 56.1 Statement in Support of Samsung's Motion for Summary Judgment
- **Exhibit 2,** in full
- **Exhibit 5,** in full
- **Exhibit 7,** in full
- **Exhibit 11**, in full
- **Exhibit 12**, in full
- **Exhibit 13,** redacted
- **Exhibit 17**, in full and which was already sealed by the Court in a previous filing, Dkt. 120 responding to Dkt. 87
- **Exhibit 21**, in full
- **Exhibit 23**, in full
- **Exhibit 24**, in full
- **Exhibit 25**, in full
- **Exhibit 27,** in full
- **Exhibit 28,** in full and which was already sealed by the Court in a previous filing, Dkt. 120 responding to Dkt. 87
- **Exhibit 29**, in full
- **Exhibit 31**, in full and which was already sealed by the Court in a previous filing, Dkt. 120 responding to Dkt. 87
- **Exhibit 32**, in full

- **Exhibit 34**, in full
- **Exhibit 35**, in full
- **Exhibit 40**, attachment should be sealed
- **Exhibit 51**, in full
- **Exhibit 54**, in full
- **Exhibit 58,** attachment should be sealed
- **Exhibit 59**, in full and which was already sealed by the Court in a previous filing, Dkt. 120 responding to Dkt. 87
- **Exhibit 65**, attachment should be sealed
- **Exhibit 72**, in full

The parties met and conferred on the above items . During those discussions, Samsung informed Netlist that it intended to use the above as exhibits in its motion for summary judgement, and to cite to or quote from them in its motion papers and Rule 56.1 statement. Netlist indicated that it did not want them filed publicly, requesting this submission so that Netlist may submit a declaration in support of sealing.

As such, Samsung would file its moving papers and Rule 56.1 statement fully unredacted in the public record but for the fact that it cites to and quotes from the above materials produced by Netlist and over which Netlist desires a seal.

Thus, pursuant to Local Rule 79-5.2.2(b), Samsung files this Application to allow Netlist the opportunity to file its supporting declaration explaining why it believes the above referenced documents should be sealed.

This application is accompanied by the declaration of Joyce J. Choi, and full and slip-sheeted versions of the exhibits at issue.

3742226.1

3

Case No. 8:20-cv-00993-MCS-ADS

APPLICATION SUBMITTING DOCUMENTS FOR NETLIST'S DECLARATIONN SUPPORTING LEAV TO FILE UNDER SEAL; DELCARATION OF JOYCE J. CHOI

1 DATED: August 16, 2021    Bird, Marella, Boxer, Wolpert, Nessim,
                            Drooks, Lincenberg & Rhow, P.C.

                            By:    /s/ Joyce J. Choi
                                      Joyce J. Choi
                            Attorney for Defendant Samsung Electronics
                            Co., Ltd.