Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
    mmasters@birdmarella.com
Kate S. Shin - State Bar No. 279867
    kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
Jong-min Choi - State Bar No. 329474
    jmchoi@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**PROPOSED] ORDER GRANTING SAMSUNG'S APPLICATION SUBMITTING DOCUMENTS FOR NETLIST'S FORTHCOMING DECLARATION SUPPORTING LEAVE TO FILE UNDER SEAL**<br><br>[Filed concurrently with Application, Choi Decl. ISO Application, Exhibits]<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

3742245.1

[PROPOSED] ORDER GRANTING SAMSUNG'S APPLICATION TO FILE DOCUMENTS UNDER SEAL

1       The Court, having considered the materials and arguments submitted by Samsung in its Application Submitting Documents for Netlist's Forthcoming Declaration Supporting Leave to File Pursuant to L.R. 79–5.2.2(a) (the "Application"), and the declaration of Joyce Choi submitted in support thereof, and having found compelling reasons, hereby ORDERS as follows: The Application is GRANTED

IT IS SO ORDERED.

DATED: _____, 2021

                                            The Honorable Mark C. Scarsi
                                            UNITED STATES DISTRICT JUDGE