# EXHIBIT 13

**REDACTED VERSION OF EXHIBIT 13**

**From:** Paik Ki Hong <pkhong@netlist.com>
**Sent:** Mon, 4 Dec 2017 19:36:41 -0500 (EST)
**To:** "C.K. Hong" <ckhong@netlist.com>; Ji Bum Kim <jbkim@netlist.com>
**Cc:** Sebastian Lee <SLee@netlist.com>
**Subject:** RE: Netlist Overview

OK

**From:** C.K. Hong
**Sent:** Monday, December 04, 2017 4:35 PM
**To:** Ji Bum Kim <jbkim@netlist.com>
**Cc:** Paik Ki Hong <pkhong@netlist.com>; Sebastian Lee <SLee@netlist.com>
**Subject:** Re: Netlist Overview

This is too much information. I will summarize and send tonight.

Best regards

> On Dec 4, 2017, at 3:32 PM, Ji Bum Kim <jbkim@netlist.com> wrote:
>
> I got the contents from BOD material as below and
> I think we don't need show the amount of NRE and royalty %, just NRE and royalty for mass production.
>
> Currently BU is waiting for engineering's feedback and BU'll counter propose at the end of this week or early next week.
>
> **Current status of JDLA 2nd phase**



> Pls let me know if you have any further question.
>
> Thanks.

**From:** C.K. Hong
**Sent:** Tuesday, December 5, 2017 8:23 AM

**To:** Paik Ki Hong <pkhong@netlist.com>
**Cc:** Ji Bum Kim <jbkim@netlist.com>; Sebastian Lee <SLee@netlist.com>
**Subject:** Re: Netlist Overview

> JB, Please draft initial content.

Best regards

> On Dec 4, 2017, at 3:21 PM, Paik Ki Hong <pkhong@netlist.com> wrote:
>
>> Our Samsung Sales guy- Neal is meeting with JS Choi this week in San Jose. Can we update SSI on 2nd phase discussions regarding HDIMM with SEC
>>
>> Our end goal is to get this $1M/month allocation removed and get more support.
>>
>> Please advise.
>>
>> **From:** Devon Park
>> **Sent:** Monday, December 04, 2017 3:18 PM
>> **To:** Paik Ki Hong <pkhong@netlist.com>; Raymond Jiang <rjiang@netlist.com>
>> **Subject:** RE: Netlist Overview
>>
>>> Modified below. Can't get the bottom border to show up on the chart for some reason.
>>>
>>> **From:** Devon Park
>>> **Sent:** Monday, December 04, 2017 2:44 PM
>>> **To:** Paik Ki Hong <pkhong@netlist.com>; Raymond Jiang <rjiang@netlist.com>
>>> **Subject:** RE: Netlist Overview
>>>
>>>> **2017 Review / 2018 Plan**
>>>>
>>>> 1. 2016/early 2017 efforts made to convert customers from Micron DRAM and Intel/Micron SSDs negatively impacted by limited allocation support
>>>> 2. Need monthly allocation increased to $5M per month to maximize our ability to support customers with Samsung products
>>>> 3. Losing qualification opportunities with inability to guarantee support when required, Micron (Crucial) supporting directly at our larger customers and assuring support
>>>> 4. Purchase history – Q3'17 & Q4'17 impacted by support
>>>>
>>>>    <image001.png>
>>>>
>>>> 5. **[Modify status]** Have met and discussed JDLA phase two with xxx groups or people…targeting close in 1H'18
>>>> 6. Credit line increase to between $3M and $5M in Samsung legal awaiting approval
>>>>
>>>> **From:** Paik Ki Hong
>>>> **Sent:** Monday, December 04, 2017 2:21 PM
>>>> **To:** Devon Park <dpark@netlist.com>; Raymond Jiang <rjiang@netlist.com>
>>>> **Subject:** RE: Netlist Overview
>>>>
>>>>> Credit Line update

CONFIDENTIAL - ATTORNEYS' EYES ONLY
NL004680

- We are working on a $3 to $5M credit line
- It is in Samsung legal. Some delays due to some management changes. But apparently close

    ○ We are giving them more collateral to get this done – no need to tell Samsung

**From:** Devon Park
**Sent:** Monday, December 04, 2017 2:12 PM
**To:** Paik Ki Hong <pkhong@netlist.com>; Raymond Jiang <rjiang@netlist.com>
**Subject:** RE: Netlist Overview

**2017 Review / 2018 Plan**

1. 2016/early 2017 efforts made to convert customers from Micron DRAM and Intel/Micron SSDs negatively impacted by limited allocation support
2. Need monthly allocation increased to $5M per month to maximize our ability to support customers with Samsung products
3. Losing qual opportunities with inability to guarantee support when required, Micron (Crucial) supporting directly at our larger customers and assuring support
4. [Modify status] Have met and discussed JDLA phase two with xxx groups or people…targeting close in 1H'18
5. Credit line increase to between $3M and $5M in Samsung legal awaiting approval

I don't think we mention anything else:
1. Saying we've been buying from brokers or other third party Samsung dealers just says they don't need to sell to us if we can find it in the channel.
2. Complaining about high SSD pricing is not going to help with anything. Volumes are still too small to matter to them and as Neal said, they're not going to give us special pricing on our small volumes and wreck their standard pricing to everyone else.
3. eMMC and mobile DRAM, I'm a little mixed on. We want to sell them but if I'm JS Choi, I'm thinking "Why does Netlist need these products? Where is the value add they're providing? This has no tie-in to NVDIMMs or storage class memories." Think we get our allocation increased and keep working on this later.

**From:** Neal Knuth [mailto:n.knuth@samsung.com]
**Sent:** Friday, December 01, 2017 10:14 AM
**To:** Paik Ki Hong <pkhong@netlist.com>; Raymond Jiang <rjiang@netlist.com>; Devon Park <dpark@netlist.com>
**Subject:** RE: Netlist Overview

Perfect.  Thanks.

Thanks,

Neal Knuth
949 910 2835

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL004681

**From:** Paik Ki Hong [mailto:pkhong@netlist.com]
**Sent:** Friday, December 1, 2017 9:21 AM
**To:** Neal Knuth <n.knuth@samsung.com>; Raymond Jiang <rjiang@netlist.com>; Devon Park <dpark@netlist.com>
**Subject:** RE: Netlist Overview

When do you need this by?

Can we provide to you by the end of day Monday

---

**From:** Neal Knuth [mailto:n.knuth@samsung.com]
**Sent:** Friday, December 01, 2017 9:19 AM
**To:** Raymond Jiang <rjiang@netlist.com>; Paik Ki Hong <pkhong@netlist.com>; Devon Park <dpark@netlist.com>
**Subject:** Netlist Overview

Can I get the latest?  Would like for a meeting I need to go to next week in San Jose.

Thank you,

감사합니다
Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
**New Office Number**:  949 910 2835

nealk@ssi.samsung.com

Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.
**Privacy Notice**: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.