# REDACTED EXHIBITS

**Exhibits 2, 5, 7, 11, 12, 17, 21, 23, 24, 25, 27, 28 and 29 Under Seal in Their Entirety**