Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
  mmasters@birdmarella.com
David I. Hurwitz - State Bar No. 174632
  dhurwitz@birdmarella.com
Kate S. Shin - State Bar No. 279867
  kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
  clee@birdmarella.com
Jong-min Choi - State Bar No. 329474
  jmchoi@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DECLARATION OF JOYCE J. CHOI IN SUPPORT OF DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>[*Filed Concurrently with Motion for Summary Judgment; [Proposed] Statement of Uncontroverted Facts and Conclusions of Law; [Proposed] Judgment*]<br><br>Date: September 20, 2021<br>Time: 9:00 a.m.<br>Crtrm.: 7C<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

3741918.1

DECLARATION OF JOYCE J. CHOI

# DECLARATION OF JOYCE J. CHOI

I, Joyce J. Choi, declare as follows:

1. I am an active member of the Bar of the State of California and an attorney with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Defendant Samsung Electronics Co., Ltd. ("Samsung") in this action. I make this declaration in support of Defendant Samsung Electronics Co., Ltd.'s Motion For Summary Judgment Or In The Alternative, Partial Summary Judgment. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. Attached herein as **Exhibit 1** is a true and accurate copy of emails exchanged between Samsung employees between June 10, 2021 and June 11, 2021 and attachments (SEC008145), marked as Exhibit 42 at the deposition of Paik Ki Hong on August 12, 2021.

3. Attached herein as **Exhibit 2** (presently as a placeholder) is a true and accurate copy of portions of the transcript of the deposition of Paik Ki Hong on August 12, 2021. Exhibit 2 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

4. Attached herein as **Exhibit 3** is a true and accurate copy of the Form 10 – K filed by Netlist Inc. ("Netlist") with the United States Securities and Exchange Commission dated December 27, 2014, marked as Exhibit 17 at the deposition of Gail Sasaki on August 5, 2021.

5. Attached herein as **Exhibit 4** is a true and accurate copy of the Form 10-K filed by Netlist Inc. ("Netlist") with the United States Securities and Exchange Commission dated December 29, 2018, marked as Exhibit 62 at the deposition of Paik Ki Hong on August 12, 2021.

6. Attached herein as **Exhibit 5** (presently as a placeholder) is a true and

accurate copy of portions of the transcript of the deposition of Gail Sasaki on August 5, 2021. Exhibit 5 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

7. Attached herein as **Exhibit 6** is a true and accurate copy of the Form 10-K filed by Netlist Inc. ("Netlist") with the United States Securities and Exchange Commission dated December 30, 2017, marked as Exhibit 61 at the deposition of Paik Ki Hong on August 12, 2021.

8. Attached herein as **Exhibit 7** (presently as a placeholder) is a true and accurate copy of portions of the transcript of the deposition of Chuck Hong on August 13, 2021. Exhibit 7 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

9. Attached herein as **Exhibit 8** is a true and accurate copy of emails exchanged between Netlist and Samsung from September 1, 2015 to September 2, 2015 (NL041772).

10. Attached herein as **Exhibit 9** is a true and accurate copy of emails exchanged between Netlist and Samsung from May 28, 2015 to August 10, 2015 (NL038846).

11. Attached herein as **Exhibit 10** (presently as a placeholder) is a true and accurate copy of portions of the transcript of the deposition of Hyeok-Sang Yoo on August 13, 2021 and August 14, 2021. Exhibit 10 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

12. Attached herein as **Exhibit 11** (presently as a placeholder) is a true and accurate copy of portions of the transcript of the deposition of Steven Yu on August 11, 2021. Exhibit 11 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to

Seal.

13. Attached herein as **Exhibit 12** (presently as a placeholder) is a true and accurate copy of portions of the transcript of the deposition of Raymond Jiang on August 8, 2021. Exhibit 12 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

14. Attached herein as **Exhibit 13** is a true and accurate copy of emails exchanged between Netlist and Samsung from December 1, 2017 to December 4, 2017 (NL004679), marked as Exhibit 52 at the deposition of Paik Ki Hong on August 12, 2021.

15. Attached herein as **Exhibit 14** is a true and accurate copy of portions of Plaintiff Netlist, Inc.'s Objections and Responses to Defendant's First Set of Requests for Admission, marked as Exhibit 14 at the deposition of Gail Sasaki on August 5, 2021.

16. Attached herein as **Exhibit 15** (presently as a placeholder) is a true and accurate copy of portions of the transcript of the deposition of Ho-jung Kim on August 13, 2021. Exhibit 15 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

17. Attached herein as **Exhibit 16** is a true and accurate copy of emails exchanged between Samsung employees from June 10, 2021 to June 11, 2021 and attachments (SEC008145), marked as Exhibit 60 at the deposition of Paik Ki Hong on August 12, 2021.

18. Attached herein as **Exhibit 17** (presently as a placeholder) is a true and accurate copy of an email sent from Chuck Hong of Netlist to Jiho Hwang of Samsung dated April 16, 2015 with attachment (NL107804), marked as Exhibit 70 at the deposition of Chuck Hong on August 13, 2021. Exhibit 17 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce

...

J. Choi in Support of Samsung's Application to Seal.

19. Attached herein as **Exhibit 18** is a true and accurate copy of the Form 10-K filed by Netlist with the United States Securities and Exchange Commission dated January 2, 2016, marked as Exhibit 18 at the deposition of Gail Sasaki on August 5, 2021.

20. Attached herein as **Exhibit 19** (presently as a placeholder) is a true and accurate copy of the Joint Development and License Agreement entered into between Netlist and Samsung dated November 12, 2015 (SEC000001), marked as Exhibit 16 at the deposition of Gail Sasaki on August 5, 2021. Exhibit 19 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

21. Attached herein as **Exhibit 20** is a true and accurate copy of the Form 8-K filed by Netlist with the United States Securities and Exchange Commission dated November 12, 2015 (NL074566).

22. Attached herein as **Exhibit 21** (presently as a placeholder) is a true and accurate copy of an email sent from Gail Sasaki of Netlist to Dong-Su Kim of Samsung dated September 23, 2015 with attachments (NL069663), marked as Exhibit 78 at the deposition of Chuck Hong on August 13, 2021. Exhibit 21 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

23. Attached herein as **Exhibit 22** is a true and accurate copy of the e-mail from Jibum Kim of Netlist to Jung-Bae Lee of Samsung dated April 21, 2015 (NL108603).

24. Attached herein as **Exhibit 23** (presently as a placeholder) is a true and accurate copy of the draft "Technology Partnership and IP Cooperation Agreement Term Sheet (Preliminary Outline)" dated April 22, 2014, attached to the e-mail from Jibum Kim of Netlist to Jung-Bae Lee of Samsung dated April 21, 2015 (NL108604). Exhibit 23 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to

the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

25. Attached herein as **Exhibit 24** (presently as a placeholder) is a true and accurate copy of emails exchanged between Netlist and Samsung on June 9, 2015 with attachment (NL107814), marked as Exhibit 74 at the deposition of Chuck Hong on August 13, 2021. Exhibit 24 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

26. Attached herein as **Exhibit 25** (presently as a placeholder) is a true and accurate copy of emails exchanged between Netlist and Samsung from June 25, 2015 to July 1, 2015 with attachment (NL005090), marked as Exhibit 76 at the deposition of Chuck Hong on August 13, 2021. Exhibit 25 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

27. Attached herein as **Exhibit 26** is a true and accurate copy of a certified translation of an email from Ho-jung Kim of Samsung to Jibum Kim of Netlist dated October 8, 2015 (NL049006), marked as Exhibit 122 at the deposition of Ho-jung Kim on August 13, 2021.

28. Attached herein as **Exhibit 27** (presently as a placeholder) is a true and accurate copy of a draft of the Joint Development and License Agreement dated October 31, 2015 (NL049008) marked as Exhibit 123 at the deposition of Ho-jung Kim on August 13, 2021. Exhibit 27 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

29. Attached herein as **Exhibit 28** (presently as a placeholder) is a true and accurate copy of a certified translation of e-mails exchanged between Netlist and Samsung dated October 13, 2015 (NL045876), marked as Exhibit 16 at the deposition of Kyuhan (Kenny) Han on August 9, 2021. Exhibit 28 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce

1  J. Choi in Support of Samsung's Application to Seal.

2      30.    Attached herein as **Exhibit 29** (presently as a placeholder) is a true and
3  accurate copy of a certified translation of e-mails exchanged between Netlist and
4  Samsung dated October 21, 2015 (NL049026), marked as Exhibit 18 at the deposition
5  of Kyuhan (Kenny) Han on August 9, 2021.  Exhibit 29 itself is being
6  contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce
7  J. Choi in Support of Samsung's Application to Seal.

8      31.    Attached herein as **Exhibit 30** is a true and accurate copy of a draft Joint
9  Development and License Agreement dated October 13, 2015 (NL049029) attached to
10  the e-mails exchanged between Netlist and Samsung dated October 21, 2015, marked
11  as Exhibit 19 at the deposition of Kyuhan (Kenny) Han on August 9, 2021.

12      32.    Attached herein as **Exhibit 31** (presently as a placeholder) is a true and
13  accurate copy of a certified translation of emails exchanged between Netlist and
14  Samsung from October 14, 2015 to October 21, 2015 with attachment (NL118148),
15  marked as Exhibit 80 at the deposition of Chuck Hong on August 13, 2021.  Exhibit 31
16  itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the
17  Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

18      33.    Attached herein as **Exhibit 32** (presently as a placeholder) is a true and
19  accurate copy of emails exchanged between Netlist and Samsung on September 18,
20  2015 (NL048993), marked as Exhibit 15 at the deposition of Gail Sasaki on August 5,
21  2021.  Exhibit 32 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2
22  attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to
23  Seal.

24      34.    Attached herein as **Exhibit 33** is a true and accurate copy of the Form 8-
25  K filed by Netlist with the United States Securities and Exchange Commission dated
26  April 5, 2021, retrieved from
27  https://investors.netlist.com/websites/netlist/English/3200/us-sec-filings.html.
28      35.    Attached herein as **Exhibit 34** (presently as a placeholder) is a true and

1  accurate copy of an email from Gail Sasaki to Chuck Hong dated November 6, 2015
2  (NL117923). Exhibit 34 itself is being contemporaneously filed pursuant to L.R. 79-
3  5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application
4  to Seal.

5        36.    Attached herein as **Exhibit 35** (presently as a placeholder) is a true and
6  accurate copy of materials in a "Binder for Special Meeting of the Board," attached to
7  the email from Gail Sasaki to Chuck Hong dated November 6, 2015 (NL117925).
8  Exhibit 35 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to
9  the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

10        37.    Attached herein as **Exhibit 36** is a true and accurate copy of the Form 10
11  - K filed by Netlist with the United States Securities and Exchange Commission dated
12  January 2, 2016, retrieved from
13  https://investors.netlist.com/websites/netlist/English/3200/us-sec-filings.html.

14        38.    Attached herein as **Exhibit 37** is a true and accurate copy of the Form 10-
15  K filed by Netlist with the United States Securities and Exchange Commission dated
16  December 31, 2016, marked as Exhibit 83 at the deposition of Chuck Hong on August
17  13, 2021.

18        39.    Attached herein as **Exhibit 38** is a true and accurate copy of the Form 10-
19  K filed by Netlist with the United States Securities and Exchange Commission dated
20  December 28, 2019, retrieved from
21  https://investors.netlist.com/websites/netlist/English/3200/us-sec-filings.html.

22        40.    Attached herein as **Exhibit 39** is a true and accurate copy of the Form 10-
23  K filed by Netlist with the United States Securities and Exchange Commission dated
24  January 2, 2021, retrieved from
25  https://investors.netlist.com/websites/netlist/English/3200/us-sec-filings.html.

26        41.    Attached herein as **Exhibit 40** (presently as a placeholder) is a true and
27  accurate copy of an email from Chuck Hong to himself dated November 2, 2015 with
28  attachment (NL117918). Exhibit 40 itself is being contemporaneously filed pursuant to

L.R. 79-5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

42. Attached herein as **Exhibit 41** is a true and accurate copy emails exchanged between Samsung employees from February 20, 2017 to February 21, 2017 (SEC000472), marked as Exhibit 142 at the deposition of Neal Knuth on August 14, 2021.

43. Attached herein as **Exhibit 42** (presently as a placeholder) is a true and accurate copy of portions of the rough transcript of the deposition of Neal Knuth on August 14, 2021. Exhibit 42 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

44. Attached herein as **Exhibit 43** is a true and accurate copy the Declaration of Paik Ki Hong in Support of Netlist Inc.'s Motion to Compel the Deposition of Jung Bae Lee and Joo Sun Choi filed as Docket No. 84-18 in this action on July 20, 2021, marked as Exhibit 44 at the deposition of Paik Ki Hong on August 12, 2021.

45. Attached herein as **Exhibit 44** is a true and accurate copy the Unredacted Version of the Declaration of C.K. Hong in Support of Netlist Inc.'s Opposition to Samsung Electronic Co., Ltd.'s Motion for Judgment on the Pleadings Proposed to be Filed Under Seal filed as Docket No. 88-11 in this action on July 26, 2021, marked as Exhibit 82 at the deposition of Chuck Hong on August 13, 2021.

46. Attached herein as **Exhibit 45** is a true and accurate copy of emails exchanged between Netlist and Samsung from April 6, 2016 to April 14, 2016 (NL039163).

47. Attached herein as **Exhibit 46** is a true and accurate copy of emails exchanged between Netlist and Samsung from August 10, 2016 to August 11, 2016 (NL010308).

48. Attached herein as **Exhibit 47** is a true and accurate copy of emails exchanged between Netlist and Samsung from September 8, 2016 to September 13,

2016 (NL010667).

49. Attached herein as **Exhibit 48** is a true and accurate copy of emails exchanged between Netlist and Samsung from December 8, 2016 to December 14, 2016 (NL024952).

50. Attached herein as **Exhibit 49** is a true and accurate copy of emails exchanged between Netlist and Samsung dated June 16, 2017 (NL000160).

51. Attached herein as **Exhibit 50** is a true and accurate copy of a compilation of excerpts from Forms 10 – K filed by Netlist with the United States Securities and Exchange Commission, retrieved from https://investors.netlist.com/websites/netlist/English/3200/us-sec-filings.html.

52. Attached herein as **Exhibit 51** (presently as a placeholder) is a true and accurate copy of spreadsheets summarizing the invoices data in the spreadsheet marked as Exhibit 12 at the deposition of Gail Sasaki on August 5, 2021 (NL117869), and summarizing data regarding purchase orders from 2015 to 2020 in the spreadsheet produced by Netlist as NL117868. Exhibit 51 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

53. Attached herein as **Exhibit 52** is a true and accurate copy of emails exchanged between Netlist and Samsung from January 31, 2021 and February 6, 2020 and attachments (NL002024), marked as Exhibit 50 at the deposition of Paik Ki Hong on August 12, 2021.

54. Attached herein as **Exhibit 53** is a true and accurate copy of emails exchanged between Netlist and Samsung from April 6, 2016 to April 14, 2016 (NL039163), marked as Exhibit 23 at the deposition of Raymond Jiang on August 8, 2021.

55. Attached herein as **Exhibit 54** (presently as a placeholder) is a true and accurate copy of a portion of the purchase orders from Netlist to Samsung (NL116204), marked as Exhibit 15 at the deposition of Raymond Jiang on August 8,

2021. Exhibit 54 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

56. Attached herein as **Exhibit 55** is a true and accurate copy of emails exchanged between Netlist and Samsung from April 2, 2018 to April 8, 2018 (NL008985), marked as Exhibit 21 at the deposition of Raymond Jiang on August 8, 2021.

57. Attached herein as **Exhibit 56** is a true and accurate copy of emails exchanged between Netlist and Samsung on March 15, 2016 (NL041573), marked as Exhibit 22 at the deposition of Raymond Jiang on August 8, 2021.

58. Attached herein as **Exhibit 57** (presently as a placeholder) is a true and accurate copy of portions of the transcript of the deposition of Indong Kim on August 10, 2021. Exhibit 57 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

59. Attached herein as **Exhibit 58** (presently as a placeholder) is a true and accurate copy of emails exchanged between Netlist and Samsung from June 9, 2017 and February 14, 2018 and attachment (NL000078), marked as Exhibit 63 at the deposition of Paik Ki Hong on August 12, 2021. Exhibit 58 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

60. Attached herein as **Exhibit 59** (presently as a placeholder) is a true and accurate copy of a certified translation of Netlist's Rebuttal for Defense submitted to the Korean Tax Tribunal dated June 10, 2020 (NL000346), marked as Exhibit 11 at the deposition of Gail Sasaki on August 5, 2021. Exhibit 59 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

61. Attached herein as **Exhibit 60** is a true and accurate copy of emails

exchanged between Netlist and Samsung on November 5, 2015 with attachments (NL04086), marked as Exhibit 9 at the deposition of Gail Sasaki on August 5, 2021.

62. Attached herein as **Exhibit 61** is a true and accurate copy of emails exchanged between Netlist and Samsung from November 18, 2015 to November 19, 2015 (NL118219), marked as Exhibit 2 at the deposition of Gail Sasaki on August 5, 2021.

63. Attached herein as **Exhibit 62** is a true and accurate copy of a certified translation of emails exchanged between Netlist and Samsung from August 21, 2019 to September 16, 2019 (NL118609).

64. Attached herein as **Exhibit 63** is a true and accurate copy of emails exchanged between Netlist, Samsung, and PriceWaterhouseCoopers from July 23, 2019 to August 19, 2019 (NL118533), marked as Exhibit 4 at the deposition of Gail Sasaki on August 5, 2021.

65. Attached herein as **Exhibit 64** is a true and accurate copy of emails exchanged between Netlist, Samsung, and PriceWaterhouseCoopers from August 21, 2019 to August 28, 2019 (NL118535), marked as Exhibit 5 at the deposition of Gail Sasaki on August 5, 2021.

66. Attached herein as **Exhibit 65** (presently as a placeholder) is a true and accurate copy of emails exchanged between Netlist, Samsung, and PriceWaterhouseCoopers from August 21, 2019 to September 2, 2019 with attachment (NL118544), marked as Exhibit 6 at the deposition of Gail Sasaki on August 5, 2021. Exhibit 65 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

67. Attached herein as **Exhibit 66** is a true and accurate copy of emails exchanged between Netlist, Samsung, and PriceWaterhouseCoopers from August 21, 2019 to September 9, 2019 (NL118556), marked as Exhibit 7 at the deposition of Gail Sasaki on August 5, 2021.

68. Attached herein as **Exhibit 67** is a true and accurate copy of emails

exchanged between Netlist and PriceWaterhouseCoopers from December 15, 2020 to December 28, 2020 with attachments (NL118871), marked as Exhibit 8 at the deposition of Gail Sasaki on August 5, 2021.

69. Attached herein as **Exhibit 68** is a true and accurate copy of Plaintiff Netlist Inc.'s Supplemental Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(A)(1) in this action, dated August 5, 2021.

70. Attached herein as **Exhibit 69** is a true and accurate copy of emails exchanged between Netlist and Samsung from February 5, 2016 to March 4, 2016 with attachments (NL048126), marked as Exhibit 3 at the deposition of Gail Sasaki on August 5, 2021.

71. Attached herein as **Exhibit 70** is a true and accurate copy of portions of Plaintiff Netlist Inc.'s Objections and Responses to Defendant's First Set of Interrogatories in this action, dated August 4, 2021.

72. Attached herein as **Exhibit 71** is a true and accurate copy of the letter from Marc Frecehette at Netlist to Seung Min Sung of Samsung dated March 27, 2020 (NL107425).

73. Attached herein as **Exhibit 72** (presently as a placeholder) is a true and accurate copy the Senior Secured Convertible Promissory Note by Netlist in favor of SVIC No. 28 New Technology Business Investment L.L.P. dated November 18, 2015 (NL000341). Exhibit 72 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Joyce J. Choi in Support of Samsung's Application to Seal.

74. Attached herein as **Exhibit 73** is a true and accurate copy the Form 10-K filed by Netlist with the United States Securities and Exchange dated December 29, 2012 (NL112084).

75. Attached herein as **Exhibit 74** is a true and accurate copy the Form 10-K filed by Netlist with the United States Securities and Exchange dated December 28, 2013, marked as Exhibit 65 at the deposition of Paik Ki Hong on August 12, 2021.

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct, and that I executed this declaration on August 16,
3  2021, at Los Angeles, California.

                                                        /s/ Joyce J. Choi
                                                        Joyce J. Choi