1 Ekwan E. Rhow - State Bar No. 174604
     erhow@birdmarella.com
2 Marc E. Masters - State Bar No. 208375
     mmasters@birdmarella.com
3 Kate S. Shin - State Bar No. 279867
     kshin@birdmarella.com
4 Christopher J. Lee - State Bar No. 322140
     clee@birdmarella.com
5 Jong-min Choi - State Bar No. 329474
     jmchoi@birdmarella.com
6 BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
  DROOKS, LINCENBERG & RHOW, P.C.
7 1875 Century Park East, 23rd Floor
  Los Angeles, California 90067-2561
8 Telephone: (310) 201-2100
  Facsimile: (310) 201-2110
9
  Attorneys for Defendant Samsung
10 Electronics Co., Ltd.

11

12                 **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| 15  NETLIST INC., a Delaware corporation, | CASE NO. 8:20-cv-00993-MCS-ADS |
| 16             Plaintiff, | **DEFENDANT SAMSUNG ELECTRONICS CO., LTD'S NOTICE OF LODGING OF PROPOSED STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW** |
| 17         vs. | |
| 18  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,, | |
| 19             Defendant. | [*Filed Concurrently with Motion for Summary Judgment; Declaration of Joyce J. Choi; [Proposed] Judgment*] |
| 20 | |
| 21 | Date:    September 20, 2021 |
| 22 | Time:    9:00 a.m. |
| 23 | Crtrm.:  7C |
| 24 | Assigned to Hon. Mark C. Scarsi Courtroom 7C |

25

26

27

28

3741950.1

Defendant's Notice of Lodging of Proposed Uncontroverted Facts and Conclusions of Law

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2         PLEASE TAKE NOTICE THAT on August 16, 2021, Defendant Samsung

3  Electronics Co., Ltd. lodged its Proposed Statement of Uncontroverted Facts and

4  Conclusions of Law in Support of its Motion for Summary Judgment or in the

5  Alternative, Partial Summary Judgment against Plaintiff Netlist Inc.  A true and correct

6  copy of this Proposed Statement is attached to this Notice.

7

8  DATED:  August 16, 2021          Bird, Marella, Boxer, Wolpert, Nessim,
                                     Drooks, Lincenberg & Rhow, P.C.
9

10                                   By:  _____/s/ Ekwan E. Rhow_____
                                              Ekwan E. Rhow
11                                       Attorneys for Defendant Samsung
                                         Electronics Co., Ltd.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3741950.1                              2

Defendant's Notice of Lodging of Proposed Uncontroverted Facts and Conclusions of Law