Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
    mmasters@birdmarella.com
Kate S. Shin - State Bar No. 279867
    kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
Jong-min Choi - State Bar No. 329474
    jmchoi@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DEFENDANT SAMSUNG ELECTRONICS CO., LTD'S NOTICE OF LODGING OF PROPOSED JUDGMENT**<br><br>Date:     September 20, 2021<br>Time:    9:00 a.m.<br>Crtrm.:  7C<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

3741950.1

Defendant's Notice of Lodging of Proposed Judgment

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE THAT on August 16, 2021, Defendant Samsung Electronics Co., Ltd. lodged its Proposed Judgment Granting its Motion for Summary Judgment or in the Alternative, Partial Summary Judgment against Plaintiff Netlist Inc. A true and correct copy of this Proposed Judgement is attached to this Notice.

DATED: August 16, 2021

Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By:    /s/ Ekwan E. Rhow
       Ekwan E. Rhow
   Attorneys for Defendant Samsung Electronics Co., Ltd.