Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
    mmasters@birdmarella.com
David I. Hurwitz - State Bar No. 174632
    dhurwitz@birdmarella.com
Kate S. Shin - State Bar No. 279867
    kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
Jong-min Choi - State Bar No. 329474
    jmchoi@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>        Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**[PROPOSED] JUDGMENT**<br><br>[*Filed Concurrently with Notice of Motion and Motion for Summary Judgment or in the Alternative, Partial Summary Judgment; Declaration of Joyce J. Choi; Statement of Uncontroverted Facts and Conclusions of Law*]<br><br>Date:       September 20, 2021<br>Time:       9:00 a.m.<br>Crtrm.:    7C<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

3742224.1

1    Defendant Samsung Electronics Co., Ltd.'s Motion for Summary Judgment, or

2  in the Alternative, Summary Adjudication ("Motion") came before the Court for

3  hearing on September 20, 2021. After full consideration of the evidence and authorities

4  cited by the parties, Defendant's Motion is hereby GRANTED.

5    Judgment is hereby entered in favor of Defendant and against Plaintiff on each

6  of the three claims in Plaintiff's First Amended Complaint: the First Claim for Relief of

7  Breach of Contract, Second Claim for Relief for Breach of Contract, and Third Claim

8  for Relief for Declaratory Relief: Termination of Contract.

9    IT IS SO ORDERED AND ADJUDGED.

10

11

12  DATED: _____, 2021

                              _____

13                                The Honorable Mark C. Scarsi
UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28