UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:20-cv-00993-MCS-ADS | Date August 16, 2021 |
| Title *Netlist Inc. v. Samsung Elecs. Co., Ltd.* | |

Present: The Honorable Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): None Present

Attorney(s) Present for Defendant(s): None Present

**Proceedings:** (IN CHAMBERS) ORDER UNSEALING ORDER RE: MOTION FOR JUDGMENT ON THE PLEADINGS (ECF NO. 120)

The Court provisionally sealed its August 5 Order resolving Defendant's motion for judgment on the pleadings. (Order, ECF No. 120.) The parties did not timely submit a joint statement indicating "whether any matter stated in th[e] Order is information that should remain under seal." (Order 8.) Accordingly, the Court directs the Clerk to unseal the Order.

**IT IS SO ORDERED.**