Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
    mmasters@birdmarella.com
David I. Hurwitz - State Bar No. 174632
    dhurwitz@birdmarella.com
Kate S. Shin - State Bar No. 279867
    kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
Jong-min Choi - State Bar No. 329474
    jmchoi@birdmarella.com
Joyce J. Choi - State Bar No. 256165
    jchoi@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>  Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**NOTICE OF ERRATA REGARDING DEFENDANT'S APPLICATION SUBMITTING DOCUMENTS FOR NETLIST'S DECLARATION SUPPORTING LEAVE TO FILE UNDER SEAL**<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

3742346.1

1

NOTICE OF ERRATA REGARDING DEFENDANT'S APPLICATION SUBMITTING DOCUMENTS FOR NETLIST'S DECLARATION SUPPORTING LEAVE TO FILE UNDER SEAL

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT** on August 16, 2021, Defendant Samsung Electronics Co. Ltd. made the following inadvertent omissions to its Declaration of Joyce J. Choi In Support of Application Submitting Documents for Netlist's Declaration Supporting Leave to File Under Seal [Dkt 151] ("Declaration"), filed in this Court on August 16, 2021.

*First*, Defendants did not attach the unredacted highlighted versions of the Defendant Samsung Electronics Co., Ltd's Notice of Motion and Motion for Summary Judgment Or In the Alternative Partial Summary Judgment ("MSJ") and the Defendant Samsung Electronics Co., Ltd.'s [Proposed] Statement of Uncontroverted Facts and Conclusions of Law In Support of Motion for Summary Judgment Or In the Alternative, Partial Summary Judgment ("SUF") to the under seal Declaration.

*Second*, a version of Exhibit 7 with incorrect highlighting was filed under [151-1].

*Third*, Exhibit 31 that was filed under attachment [151-2] did not have a cover slip sheet for the exhibit that was filed conditionally under seal.

Concurrently with this Notice of Errata, Defendant has filed a Corrected Declaration of Joyce J. Choi In Support of Application Submitting Documents for Netlist's Declaration Supporting Leave to File Under Seal ("Corrected Declaration"). The only changes to the Corrected Declaration are as follows: (1) the addition of the inadvertently omitted unredacted highlighted versions of the MSJ and the SUF have been attached; (2) the replacement of Exhibits 7 and 31 with corrected versions.

/ / /
/ / /
/ / /
/ / /

3742346.1

2

NOTICE OF ERRATA REGARDING DEFENDANT'S APPLICATION SUBMITTING DOCUMENTS FOR NETLIST'S DECLARATION SUPPORTING LEAVE TO FILE UNDER SEAL

| | | |
|---|---|---|
| 1 | DATED: August 17, 2021 | Ekwan E. Rhow |
| 2 | | Marc E. Masters |
| | | David I. Hurwitz |
| 3 | | Kate S. Shin |
| 4 | | Christopher J. Lee |
| | | Jong-min Choi |
| 5 | | Joyce J. Choi |
| 6 | | Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. |

By: _____
Christopher J. Lee
Attorneys for Defendant Samsung
Electronics Co., Ltd.

3742346.1

3

NOTICE OF ERRATA REGARDING DEFENDANT'S APPLICATION SUBMITTING DOCUMENTS FOR
NETLIST'S DECLARATION SUPPORTING LEAVE TO FILE UNDER SEAL