Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
  mmasters@birdmarella.com
David I. Hurwitz - State Bar No. 174632
  dhurwitz@birdmarella.com
Kate S. Shin - State Bar No. 279867
  kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
  clee@birdmarella.com
Jong-min Choi - State Bar No. 329474
  jmchoi@birdmarella.com
Joyce J. Choi - State Bar No. 256165
  jchoi@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung Electronics Co., Ltd.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**NOTICE OF ERRATA REGARDING DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S PROPOSED STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW AND EXHIBITS TO DECLRATION OF JOYCE J. CHOI IN SUPPORT OF DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT** on August 16, 2021, Defendant Samsung Electronics Co. Ltd. ("Defendant") inadvertently filed its Proposed Statement of Uncontroverted Facts and Conclusions of Law ("Statement") [Dkt. 150-7] with erroneously numbered citations. In addition, Defendant inadvertently omitted the public portions from the publicly-filed versions of certain exhibits (partially submitted for sealing) to the Declaration of Joyce J. Choi in Support of Defendant Samsung Electronics Co. Ltd.'s Motion for Summary Judgment or in the Alternative, Partial Summary Judgment. [Dkt. No. 150-1]. The affected exhibits are Exhibit 40 [Dkt. 150-4], as well as Exhibits 58 and 65 [Dkt. 150-5].

Attached as **Exhibit A** is a corrected version of the Statement [Dkt. 150-7]. The only change is to correct the page numbers and/or exhibit numbers of the erroneous citations. An unredacted version of the Statement has been filed separately today as an exhibit to the Corrected Declaration of Joyce J. Choi In Support of Application Submitting Documents for Netlist's Declaration Supporting Leave to File Under Seal [Dkt. No. 157-2]. Attached as **Exhibit B** is a corrected version of Exhibit 40. Attached as **Exhibit C** is a corrected version of Exhibit 58. Attached as **Exhibit D** is a corrected version of Exhibit 65. The only changes to **Exhibits B, C, and D** are that the public portions of the relevant exhibits have been added.

| | |
|---|---|
| DATED: August 17, 2021 | Ekwan E. Rhow<br>Marc E. Masters<br>David I. Hurwitz<br>Kate S. Shin<br>Christopher J. Lee<br>Jong-min Choi<br>Joyce J. Choi<br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. |

By: _/s/ Christopher J. Lee_

    Christopher J. Lee
    Attorneys for Defendant Samsung
    Electronics Co., Ltd.