# EXHIBIT B

CORRECTED

# EXHIBIT 40

**FULL VERSION OF EXHIBIT 40 PROPOSED TO BE FILED UNDER SEAL**

| | |
|---|---|
| **From:** | "C.K. Hong" <ckhong@netlist.com> |
| **Sent:** | Mon, 2 Nov 2015 03:15:10 -0500 (EST) |
| **To:** | "C.K. Hong" <ckhong@netlist.com> |
| **Subject:** | 11 xx 15 - Alliance draft 10 30 15 CKH |
| **Attachments:** | 11 xx 15 - Alliance draft 10 30 15 CKH.docx |

CONFIDENTIAL - ATTORNEYS' EYES ONLY NL117918

# Portions Submitted for Sealing