# EXHIBIT C

CORRECTED

# EXHIBIT 58

**FULL VERSION OF EXHIBIT 58 PROPOSED TO BE FILED UNDER SEAL**

| | |
|---|---|
| **From:** | u=Paik Ki Hong/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=67B73B262A5349059FE8E81545589EA5-PKHONG |
| **Sent:** | Wed, 14 Feb 2018 19:32:54 -0500 (EST) |
| **To:** | "Gail Sasaki" <gsasaki@netlist.com> |
| **Subject:** | FW: Presentation |
| **Attachments:** | Samsung Sales June-9-2017.pdf |

What we presented to Samsung and sent to Samsung (Below) to Neal

**From:** Devon Park
**Sent:** Wednesday, February 14, 2018 4:30 PM
**To:** Paik Ki Hong <pkhong@netlist.com>
**Subject:** FW: Presentation


**From:** Raymond Jiang
**Sent:** Friday, June 9, 2017 1:41 PM
**To:** Neal Knuth <n.knuth@samsung.com>
**Cc:** Paik Ki Hong <pkhong@netlist.com>; Devon Park <dpark@netlist.com>
**Subject:** Presentation

Neal,

Digital copy as discussed.

Thanks
Raymond

Ex C
Exhibit 0063
8/12/2021
PK Hong
37
CONFIDENTIAL                                                                 NL000078

# Portions Submitted for Sealing