# EXHIBIT D

CORRECTED

# EXHIBIT 65

**FULL VERSION OF EXHIBIT 65 PROPOSED TO BE FILED UNDER SEAL**

| | |
|---|---|
| **From:** | "Michael Kim (KR)" <michael.kim@pwc.com> |
| **Sent:** | Mon, 2 Sep 2019 22:07:31 -0400 (EDT) |
| **To:** | Gail Sasaki <gsasaki@netlist.com> |
| **Cc:** | Marc Frechette <mfrechette@netlist.com>; "Lilliana Kang (KR)" <lilliana.kang@pwc.com> |
| **Subject:** | Fwd: Attorney Client Privileged |
| **Attachments:** | Netlist_Samsung's Position Paper_English_190903.docx |

Hi Gail,

As promised, please find attached a redacted Samsung's position paper for your review.

Best regards,

Michael

Michael Kim
Partner
Samil PricewaterhouseCoopers
Office: +82 2 709 0707
Mobile: +82 10 4945 9707
Email: michael.kim@pwc.com


---------- Forwarded message ---------
From: **Michael Kim (KR)** <michael.kim@pwc.com>
Date: Mon, Sep 2, 2019 at 6:24 PM
Subject: Fwd: Attorney Client Privileged
To: Gail Sasaki <gsasaki@netlist.com>
Cc: Lilliana Kang (KR) <lilliana.kang@pwc.com>, Marc Frechette <mfrechette@netlist.com>


Hi Gail,

The attached is English translation of Samsung's response to NTS.

We are currently working on our draft and will be able to send it to you by tomorrow.

In the meantime, it might be helpful to glance over Samsung's initial draft.

If there are any concerns or questions, feel free to ask.

Best regards,

Michael

**Michael Kim**
Partner
Samil PricewaterhouseCoopers
Office: +82 2 709 0707
Mobile: +82 10 4945 9707
Email: michael.kim@pwc.com



----------------------
From: **Gail Sasaki** <gsasaki@netlist.com>
Date: Sat, Aug 31, 2019 at 5:20 PM
Subject: Re: Attorney Client Privileged
To: Michael Kim (KR) <michael.kim@pwc.com>
Cc: Lilliana Kang (KR) <lilliana.kang@pwc.com>, Marc Frechette <mfrechette@netlist.com>
------------------------------------

Thanks Michael.

Sent from my iPhone

On Aug 31, 2019, at 1:16 AM, Michael Kim (KR) <michael.kim@pwc.com> wrote:

> I see. I thought you had an English translation already somehow. Let us draft the letter in English for your review. It may take a few days due to other schedules but we will try our best to send you as quickly as possible.
>
> Best regards,
>
> Michael

2019년 8월 31일 (토) 오후 5:10, Gail Sasaki <gsasaki@netlist.com>님이 작성:

**Exhibit 0006**

41

Ex D

CONFIDENTIAL                                                                                                                                                              NL118544

Not sure how i can do that when i have no idea what the questions or answers are since remember i can't read Korean

Sent from my iPhone

On Aug 30, 2019, at 4:14 PM, Michael Kim (KR) <michael.kim@pwc.com> wrote:

> I thought you would be sending the technical revision in English for us to draft in Korean...

2019년 8월 31일 (토) 오전 8:12, Gail Sasaki <gsasaki@netlist.com>님이 작성:

> Michael,
>
> It is now Friday our time and had not heard back from you yet. Will you be forwarding an English draft soon?
>
> Thanks and hope all is well,
>
> Gail
>
> ............................................................................................................................................
>
> <image001.png>
> Tel:949.435.0025
> Fax:949.435.0031
> www.netlist.com
>
> Gail Sasaki
> Chief Financial Officer
> 175 Technology
> Irvine, CA 92618
> Direct: 949.679.0113
> Cell: 714.337.2155
> Fax: 949.435.0031
> Email: gsasaki@netlist.com

**From:** Gail Sasaki
**Sent:** Wednesday, August 28, 2019 5:22 PM
**To:** Michael Kim (KR) <michael.kim@pwc.com>
**Cc:** Marc Frechette <mfrechette@netlist.com>; Lilliana Kang (KR) <lilliana.kang@pwc.com>
**Subject:** RE: Attorney Client Privileged

Hi Michael,

As soon as I see the draft in English I can let you know – but assuming we can get something turned back around to you in 24 hours.

............................................................................................................................................

<image001.png>
Tel:949.435.0025
Fax:949.435.0031
www.netlist.com

Gail Sasaki
Chief Financial Officer
175 Technology
Irvine, CA 92618
Direct: 949.679.0113
Cell: 714.337.2155
Fax: 949.435.0031
Email: gsasaki@netlist.com

**From:** Michael Kim (KR) <michael.kim@pwc.com>
**Sent:** Wednesday, August 28, 2019 5:15 PM
**To:** Gail Sasaki <gsasaki@netlist.com>
**Cc:** Marc Frechette <mfrechette@netlist.com>; Lilliana Kang (KR) <lilliana.kang@pwc.com>
**Subject:** Re: Attorney Client Privileged

42

Ex D

Hi Gail,

When do you expect to have a draft version ready?

I think it would be good to communicate to Samsung about our timeline.

Best regards,

Michael

Michael Kim

Partner

Samil PricewaterhouseCoopers

Office: +82 2 709 0707

Mobile: +82 10 4945 9707

Email: michael.kim@pwc.com

On Thu, Aug 29, 2019 at 1:30 AM Gail Sasaki <gsasaki@netlist.com> wrote:

> Michael,
>
> Yes, please have it translated OR we can work on it together and you can redline as we go through it live.
>
> Let me know your preference.
>
> Thanks,
>
> Gail
>
> ................................................................................................................................
>
> Gail Sasaki
> Chief Financial Officer
> Tel:949.435.0025   175 Technology
> Fax:949.435.0031   Irvine, CA 92618
> www.netlist.com    Direct: 949.679.0113
>                    Cell: 714.337.2155
>                    Fax: 949.435.0031
>                    Email: gsasaki@netlist.com

**From:** Michael Kim (KR) <michael.kim@pwc.com>
**Sent:** Tuesday, August 27, 2019 11:09 PM
**To:** Gail Sasaki <gsasaki@netlist.com>
**Cc:** Marc Frechette <mfrechette@netlist.com>; Lilliana Kang (KR) <lilliana.kang@pwc.com>
**Subject:** Fwd: Attorney Client Privileged

Hi Gail,

Can you please let me know the technical changes to Samsung's draft responses that you would like to reflect?

I can have it translated into Korean if this is more convenient.

The NTS officer called me last Friday and told me that it is imperative he receives something from Samsung before he could either accept or reject our refund request. Otherwise, he said he cannot process it.

Please let me know.

Best regards,

Michael

Michael Kim

Partner

Samil PricewaterhouseCoopers

Office: +82 2 709 0707

Mobile: +82 10 4945 9707

Email: michael.kim@pwc.com

---------- Forwarded message ---------
From: **Byung Jeon** <byungyup.jeon@samsung.com>
Date: Wed, Aug 28, 2019 at 2:43 PM
Subject: RE: Attorney Client Privileged
To: Gail Sasaki <gsasaki@netlist.com>
Cc: Marc Frechette <mfrechette@netlist.com>, Michael Kim (KR) <michael.kim@pwc.com>, Jinho Jeon <jinho83.jeon@samsung.com>

+ Jinho, Jeon

Dear Gail,

Thank you for your feedback. We will not send our draft to NTS.

Then, could you give us Netlist's draft to the NTS's questions?

Once we receive the draft, we will review it and if there is no disagreement, we will send it to NTS

Thank you

**Byung, Jeon**

Business Development | Strategic Planning Team | Memory Division | Samsung Electronics co.,Ltd.
Office +82-31-208-3233 | Mobile +82-10-7222-7526 | byungyup.jeon@samsung.com

--------- **Original Message** ---------

**Sender** : Gail Sasaki <gsasaki@netlist.com>

**Date** : 2019-08-21 09:17 (GMT+9)

**Title** : Attorney Client Privileged

Dear Mr. Jeon,

Thank you for giving us an opportunity to review the letter you have prepared in relation to the National Tax Service's (NTS) request for additional information on our refund claim. Unfortunately your letter is factually incorrect and therefore Netlist can not provide written consent for Samsung to submit the letter to the NTS.

If you would like to talk further please let us know.

Best regards,

Gail

...........................................................................................................................................................

Gail Sasaki
Chief Financial Officer
175 Technology
Irvine, CA 92618
Tel: 949.435.0025         Direct: 949.679.0113
Fax: 949.435.0031         Cell: 714.337.2155
www.netlist.com           Fax: 949.435.0031
                          Email: gsasaki@netlist.com

Netlist_Samsung's Position

The information transmitted in this electronic mail (e-mail) is intended for the named recipient(s) only, and may contain confidential and/or privileged material, disclosure of which is restricted by applicable law, including professional codes of conduct. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you have received this e-mail in error, please notify the sender and delete this e-mail, including any attachments, immediately. Unless otherwise noted, any views expressed in this e-mail and/or its attachments are those of the author and do not necessarily reflect the views of PwC.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

The information transmitted in this electronic mail (e-mail) is intended for the named recipient(s) only, and may contain confidential and/or privileged material, disclosure of which is restricted by applicable law, including professional codes of conduct. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you have received this e-mail in error, please notify the sender and delete this e-mail, including any attachments, immediately. Unless otherwise noted, any views expressed in this e-mail and/or its attachments are those of the author and do not necessarily reflect the views of PwC.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

--
Michael Kim
Partner
Samil PricewaterhouseCoopers
Office: +82 2 709 0707

45

Ex D

Mobile: +82 10 4945 9707
Email: michael.kim@pwc.com

The information transmitted in this electronic mail (e-mail) is intended for the named recipient(s) only, and may contain confidential and/or privileged material, disclosure of which is restricted by applicable law, including professional codes of conduct.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you have received this e-mail in error, please notify the sender and delete this e-mail, including any attachments, immediately. Unless otherwise noted, any views expressed in this e-mail and/or its attachments are those of the author and do not necessarily reflect the views of PwC.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

--
Michael Kim
Partner
Samil PricewaterhouseCoopers
Office: +82 2 709 0707
Mobile: +82 10 4945 9707
Email: michael.kim@pwc.com

The information transmitted in this electronic mail (e-mail) is intended for the named recipient(s) only, and may contain confidential and/or privileged material, disclosure of which is restricted by applicable law, including professional codes of conduct.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you have received this e-mail in error, please notify the sender and delete this e-mail, including any attachments, immediately. Unless otherwise noted, any views expressed in this e-mail and/or its attachments are those of the author and do not necessarily reflect the views of PwC.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

--
Michael Kim
Partner
Samil PricewaterhouseCoopers
Office: +82 2 709 0707
Mobile: +82 10 4945 9707
Email: michael.kim@pwc.com

The information transmitted in this electronic mail (e-mail) is intended for the named recipient(s) only, and may contain confidential and/or privileged material, disclosure of which is restricted by applicable law, including professional codes of conduct.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you have received this e-mail in error, please notify the sender and delete this e-mail, including any attachments, immediately. Unless otherwise noted, any views expressed in this e-mail and/or its attachments are those of the author and do not necessarily reflect the views of PwC.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

# Portions Submitted for Sealing