# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC.<br><br>Plaintiff(s),<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:20–cv–00993–MCS–ADS<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   8/17/2021

Document Number(s):   153

Title of Document(s):   Statement by Netlist

**ERROR(S) WITH DOCUMENT:**

Proposed Document was not submitted as separate attachment.

Incorrect event selected. Correct event to be used is: SEE BELOW UNDER OTHER

proposed statement of controverted facts are to be approved by the Judge, and should not be efiled, but submitted as a separate attachment to a main document. In alternative, prepare a formal document: A Notice of lodging as the main pdf document, to which the proposed statement of uncontroverted facts will be submitted as the 2nd pdf attachment thereto.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: August 18, 2021           By:   /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**