JASON C. LO, SBN 219030
  jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
  mbenjamin@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
  rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>              Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**NOTICE OF ERRATA REGARDING ECF DKT. 146 REPLACING DKT. 143**<br><br>Action Filed:  May 28, 2020<br>Trial Date:  November 30, 2021<br><br>Hon. Mark C. Scarsi |

Gibson, Dunn & Crutcher LLP

NETLIST'S NOTICE OF ERRATA REGARDING ECF DKT. 146 REPLACING DKT. 143

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on August 16, 2021, Plaintiff Netlist Inc. ("Plaintiff") filed an Application for Leave to File Under Seal ("Application"), which was recorded at ECF Dkt. 143. In this filing, Plaintiff inadvertently left off the *public* slipsheets/placeholders for the documents that were being requested to be filed under seal (those documents being attached in full, unredacted form to ECF 144).

Plaintiff promptly filed a corrected Application for Leave to File Under Seal, which was recorded as ECF Dkt. 146 and which included all public slipsheets/placeholders for the documents over which a seal was requested. ECF Dkt. 146 was then related back to the filing of the declaration and documents for which seal was requested (ECF Dkt. 144), and thus now serves as the operative Application.

The first application filing at Dkt. 143 is thus surplus and may be disregarded.

Dated: August 16, 2021					GIBSON, DUNN & CRUTCHER LLP

							By:  */s/ Raymond A. LaMagna*
								Raymond A. LaMagna

							Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Raymond A. LaMagna, an attorney, hereby certify that **NETLIST'S NOTICE OF ERRATA REGARDING ECF DKT. 146 REPLACING DKT. 143,** was emailed to counsel for Samsung Electronics Inc., Ltd., on August 18, 2021.

By: _____*/s/ Raymond A. LaMagna*_____
Raymond A. LaMagna

Attorney for Plaintiff Netlist Inc.