# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| NETLIST INC. | 8:20−cv−00993−MCS−ADS |
| Plaintiff(s), | |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD. | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| Defendant(s). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 8/17/2021 | 153 | Statement of Uncontroverted Facts and Conclusions of Law |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

The document is stricken and counsel is ordered to file an amended or corrected document by August 23, 2021.


Clerk, U.S. District Court

Dated: August 19, 2021      By: /s/ *Stephen Montes*
                               Deputy Clerk


*cc: Assigned District Judge and/or Magistrate Judge*