# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC.<br><br>Plaintiff(s),<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:20–cv–00993–MCS–ADS<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

### REGARDING:

| 8/16/2021 | 141-1 | Re ONLY proposed order re application to file under seal by plaintiff |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

### IT IS HEREBY ORDERED:

The document is accepted as filed.

Clerk, U.S. District Court

Dated: August 19, 2021       By: /s/ *Stephen Montes*
                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*