JASON C. LO, SBN 219030
  jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
  mbenjamin@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
  rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:   213.229.7520

Attorneys for Plaintiff Netlist Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>        Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**PLAINTIFF NETLIST, INC.'S NOTICE OF LODGING OF PROPOSED STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW (REDACTED PUBLIC VERSION)**<br><br>Action Filed: May 28, 2020<br>Trial Date: November 30, 2021<br><br>Hon. Mark C. Scarsi |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on August 16, 2021, Plaintiff Netlist Inc. ("Plaintiff") lodged its *unredacted* Proposed Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Partial Summary Judgment at ECF Dkt. 142-2, pursuant to an Application to File Under Seal at ECF Dkt. 141.

Netlist then also filed the *redacted public version* of this same document (its Proposed Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Partial Summary Judgment) at ECF Dkt. 153.  This filing was subject to a Notice to Filer of Deficiency (ECF Dkt. 159).  That Notice directed that Netlist should instead have filed a "Notice of lodging as the main pdf document, to which the proposed statement of uncontroverted facts will be submitted as the 2nd pdf attachment thereto."  The Court subsequently directed Netlist to file an amended or corrected document as directed by August 23, 2021 (ECF Dkt. 161).

Accordingly, Netlist hereby lodges its Proposed Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Partial Summary Judgment (Redacted Public Version).  A true and correct copy of Netlist's Proposed Statement of Uncontroverted Facts (Redacted Public Version) is attached to this notice.

Dated:      August 20, 2021      GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Raymond A. LaMagna*
　　　　　Raymond A. LaMagna

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Raymond A. LaMagna, an attorney, hereby certify that **PLAINTIFF NETLIST, INC.'S NOTICE OF LODGING OF PROPOSED STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW (REDACTED PUBLIC VERSION)** was emailed to counsel for Samsung Electronics Inc., Ltd., on August 20, 2021.

By: _____*/s/ Raymond A. LaMagna*_____
Raymond A. LaMagna

Attorney for Plaintiff Netlist Inc.