Ekwan E. Rhow - State Bar No. 174604
　　erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
　　mmasters@birdmarella.com
David I. Hurwitz - State Bar No. 174632
　　dhurwitz@birdmarella.com
Kate S. Shin - State Bar No. 279867
　　kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
　　clee@birdmarella.com
Jong-min Choi - State Bar No. 329474
　　jmchoi@birdmarella.com
Joyce J. Choi - State Bar No. 256165
　　jchoi@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>　　　　Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DECLARATION OF HYEOK-SANG YOO**<br><br>[Filed Concurrently with (1) Defendant's Opposition to Netlist's Partial Motion for Summary Judgment; (2) Defendant's Statement of Genuine Dispute of Material Facts; (3) Defendant's Separate Statement of Additional Material Facts; (4) Defendant's Evidentiary Objections to Declarations; (5) [Proposed] Order and (6) Lee Declaration].<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

# DECLARATION OF HYEOKSANG YOO

I, Hyeoksang Yoo, declare as follows:

1. I am an employee of Samsung Electronics Co., Ltd. ("Samsung"), a party in this action. I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. On or about February 22, 2016, I met with Paik Ki Hong of Netlist.

3. I did not tell Mr. Hong, or anyone else from Netlist, that I was told by others at Samsung not to support Netlist and was not allowed to visit Netlist up to a year ago (i.e., 2015).

4. I did not tell Mr. Hong, or anyone else from Netlist, that I was now being told by others at Samsung to support Netlist and would.

5. I did not tell Mr. Hong, or anyone else from Netlist, that I would support any requests from Netlist.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on August 27, 2021, at Hwaseong, Republic of Korea.

_____
Hyeoksang Yoo

3744458.1

2

DECLARATION OF HYEOK-SANG YOO

영업1그룹(메모리)/유혁상/94153534/2021-08-27 14:57