Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
    mmasters@birdmarella.com
David I. Hurwitz - State Bar No. 174632
    dhurwitz@birdmarella.com
Kate S. Shin - State Bar No. 279867
    kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
Jong-min Choi - State Bar No. 329474
    jmchoi@birdmarella.com
Joyce J. Choi - State Bar No. 256165
    jchoi@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant
Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DECLARATION OF CHRISTOPHER J. LEE IN SUPPORT OF DEFENDANT SAMSUNG ELECTRONICS CO., LTD'S OPPOSITION TO PLAINTIFF NETLIST, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Concurrently Filed with: (1) Defendant's Opposition; (2) Defendant's Statement of Genuine Disputes of Material Facts; (3) Defendant's Separate Statement of Additional Material Facts; (4) Declaration of Hyeoksang Yoo; (5) Defendant's Evidentiary Objections and (6) [Proposed] Order].<br><br>Date: September 20, 2021<br>Time: 9:00 a.m.<br>Crtrm.: 7C |

3744964.1

## **DECLARATION OF CHRISTOPHER J. LEE**

I, Christopher J. Lee, declare as follows:

1. I am an active member of the Bar of the State of California and an associate with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Defendant Samsung Electronics Co. Ltd. ("Samsung") in this action. I make this declaration in support of Samsung's Opposition to Plaintiff Netlist, Inc.'s ("Netlist's") Motion for Partial Summary Judgment.

2. Attached herein as **Exhibit 54** is a true and accurate copy of portions of the transcript of the deposition of Byungyeop Jeon (Volume 1) on August 16, 2021 (South Korea time).

3. Attached herein as **Exhibit 55** is a true and accurate copy of portions of the transcript of the deposition of Byungyeop Jeon (Volume 2) on August 17, 2021 (South Korea time).

4. Attached herein as **Exhibit 56** is a true and accurate copy of portions of the transcript of the deposition of Ho Jung Kim on August 13, 2021 (South Korea time).

5. Attached herein as **Exhibit 57** is a true and accurate copy of portions of the transcript of the deposition of Hyeok-Sang Yoo (Volume 1) on August 13, 2021 (South Korea time).

6. Attached herein as **Exhibit 58** is a true and accurate copy of portions of the transcript of the deposition of Hyun-Ki Ji on August 12, 2021 (South Korea time).

7. Attached herein as **Exhibit 59** is a true and accurate copy of portions of the transcript of the deposition of In-Dong Kim on August 10, 2021.

8. Attached herein as **Exhibit 60** is a true and accurate copy of portions of the transcript of the deposition of Kyuhan Han on August 9, 2021 (German time).

9. Attached herein as **Exhibit 61** is a true and accurate copy of portions of

1 the transcript of the deposition of Neal Knuth on August 14, 2021.

2   10.   Attached herein as **Exhibit 62** is a true and accurate copy of portions of
3 the transcript of the deposition of Raymond Jiang on August 8, 2021.

4   11.   Attached herein as **Exhibit 63** is a true and accurate copy of portions of
5 the transcript of the deposition of Steven Metz on August 6, 2021.

6   12.   Attached herein as **Exhibit 64** is a true and accurate copy of an email
7 document produced by Netlist, bates stamped NL018659-018660.

8   13.   Attached herein as **Exhibit 65** is a true and accurate copy of an email
9 document produced by Netlist, bates stamped NL118390-118391.

10   14.   Attached herein as **Exhibit 66** is a true and accurate copy of an email
11 document produced by Netlist, bates stamped NL012975-012976.

12   15.   Attached herein as **Exhibit 67** is a true and accurate copy of a certified
13 English translation of an email document produced by Samsung, bates stamped
14 SEC003566-003569.

15   16.   Attached herein as **Exhibit 68** is a true and accurate copy of an email
16 document produced by Samsung, bates stamped SEC005294-005312.

17   17.   Attached herein as **Exhibit 69** is a true and accurate copy of an email
18 document produced by Samsung, bates stamped SEC058105-058107.

19   18.   Attached herein as **Exhibit 70** is a true and accurate copy of an email
20 document produced by Netlist, bates stamped NL090356-090357.

21   19.   Attached herein as **Exhibit 71** is a true and accurate copy of Samsung's
22 Second Supplemental Response to Netlist's Interrogatories (Set Two).

23   20.   Attached herein as **Exhibit 72** is a true and accurate copy of an email
24 document produced by Netlist, bates stamped NL024952-024953.

25 / / /
26 / / /
27 / / /
28 / / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on August 30th, 2021, at Los Angeles, California.

Christopher J. Lee