# EXHIBIT 54

ATTORNEYS EYES ONLY

```
 1               UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3                    SOUTHERN DIVISION

 4

 5     NETLIST INC., A DELAWARE      ) CASE NO.:

 6     CORPORATION,                  ) 8:20-cv-00993-MCS-DFM

 7                                   )

 8              PLAINTIFF,           )

 9                                   )

10         v.                        )

11                                   )

12     SAMSUNG ELECTRONICS CO., LTD.,)

13     A KOREAN CORPORATION,         )

14                                   )

15              DEFENDANT.           )

16     _____)

17

18                 ATTORNEY'S EYES ONLY

19         VIDEOTAPED DEPOSITION OF BYUNGYEOP JEON

20                     VOLUME I

21            MONDAY, AUGUST 16, 2021

22                    SOUTH KOREA

23     JOB. NO 4758627

24     REPORTED BY  MARK McCLURE, CRR

25              CAL CSR 12203
```

Page 1

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.    I cannot answer that question. | 08:43 |
| 2 | Let me ask you a different question, though. | 08:43 |
| 3 | Withdrawn. | 08:43 |
| 4 | Is it fair to say that the idea here was for | 08:43 |
| 5 | Samsung to supply products to Netlist, Netlist would | 08:43 |
| 6 | then resell them, and the $5 million credit line was | 08:43 |
| 7 | intended to facilitate that set of transactions? | 08:43 |
| 8 | A.    That's what it looks like. | 08:43 |
| 9 | Q.    And according to the JDLA, those -- that | 08:44 |
| 10 | credit line would be secured by collateral for those | 08:44 |
| 11 | sales under the contract, correct? | 08:44 |
| 12 | MR. LEE:  Object to form. | 08:45 |
| 13 | THE WITNESS:  Can I have that interpreted | 08:45 |
| 14 | again? | 08:45 |
| 15 | MR. BEST:  Sure. | 08:45 |
| 16 | THE WITNESS:  Well, as I look at this | 08:47 |
| 17 | document, the date of the document is 2016.  So on or | 08:47 |
| 18 | about this time, I do not believe there was any supply | 08:47 |
| 19 | pursuant to JDLA, so I am thinking that this credit line | 08:47 |
| 20 | has not -- is not relevant to JDLA, and I am thinking | 08:47 |
| 21 | maybe this is Netlist's purchasing products or | 08:47 |
| 22 | components and they wanted to continuously purchase | 08:47 |
| 23 | that. | 08:47 |
| 24 | Maybe that's why. | 08:47 |
| 25 | Q.    Well, would you agree with me that part of | 08:48 |

Page  43

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Netlist's -- withdrawn. | 08:48 |
| 2 | Would you agree with me that part of the | 08:48 |
| 3 | purpose of the JDLA was to supply NAND and DRAM products | 08:48 |
| 4 | from Samsung to Netlist under at least some | 08:48 |
| 5 | circumstances? | 08:48 |
| 6 | MR. LEE:  Objection to form. | 08:49 |
| 7 | THE WITNESS:  You know, when you say "some | 08:49 |
| 8 | circumstances," that is very vague.  However, my | 08:49 |
| 9 | understanding is that product to be supplied is limited | 08:49 |
| 10 | to components relevant to NVDIMM-P. | 08:49 |
| 11 | BY MR. BEST: | 08:49 |
| 12 | Q.   Aside from conversation -- withdrawn. | 08:49 |
| 13 | Setting aside any conversations you may have | 08:49 |
| 14 | had with counsel, have you ever heard from anyone at | 08:49 |
| 15 | Samsung that the product to be supplied under the JDLA | 08:49 |
| 16 | from Samsung to Netlist was limited to components | 08:49 |
| 17 | relative to NVDIMM-P? | 08:50 |
| 18 | MR. LEE:  Objection to form. | 08:50 |
| 19 | THE WITNESS:  Yes, I recall.  I've been told | 08:50 |
| 20 | that by my predecessor. | 08:51 |
| 21 | BY MR. BEST: | 08:51 |
| 22 | Q.   When? | 08:51 |
| 23 | A.   As to when, I don't recall. | 08:51 |
| 24 | Q.   Was it within the past year's time? | 08:51 |
| 25 | A.   No. | 08:51 |

Page 44

ATTORNEYS EYES ONLY

```
 1   STATE OF CALIFORNIA        )

 2   COUNTY OF SANTA BARBARA  )   ss.

 3

 4        I, Mark McClure, C.S.R. No. 12203, in and for

 5   the State of California, do hereby certify:

 6          That prior to being examined, the witness

 7   named in the foregoing deposition was by me duly sworn

 8   to testify to the truth, the whole truth, and nothing

 9   but the truth;

10          That said deposition was taken down by me in

11   shorthand at the time and place therein named and

12   thereafter reduced to typewriting under my direction,

13   and the same is a true, correct, and complete transcript

14   of said proceedings;

15          That if the foregoing pertains to the original

16   transcript of a deposition in a Federal Case, before

17   completion of the proceedings, review of the transcript

18   {X} was { } was not required.

19          I further certify that I am not interested in

20   the event of the action.

21          Witness my hand this 16th day of August, 2021.

22

23

24              Certified Shorthand Reporter

                State of California

25              CSR No. 12203
```

Page 79