# EXHIBIT 55

```
 1                UNITED STATES DISTRICT COURT
 2               CENTRAL DISTRICT OF CALIFORNIA
 3                     SOUTHERN DIVISION
 4
 5    NETLIST INC., A DELAWARE    ) CASE NO.:
      CORPORATION,                ) 20-cv-00993-MCS-DFM
 6                                )
              PLAINTIFF,          )
 7                                )
          v.                      )
 8                                )
      SAMSUNG ELECTRONICS CO., LTD.,)
 9    A KOREAN CORPORATION,       )
                                  )
10            DEFENDANT.          )
      _____)
11
12
13
              CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15         VIDEOTAPED DEPOSITION OF BYUNGYEOP JEON
16                        VOLUME II
17                 TUESDAY, AUGUST 17, 2021
18                   HWASEONG, SOUTH KOREA
19
20
21
22
      JOB NO.  CA 4758627
23
      REPORTED BY  MARK McCLURE, CRR
24             CAL CSR 12203
25    PAGES 83 - 203
```

Page 83

| | | |
|---|---|---|
| 1 | A. No. | 14:13 |
| 2 | Q. Who do you believe probably conducted an | 14:14 |
| 3 | evaluation of the validity of Netlist's patents before | 14:14 |
| 4 | entering into the JDLA? | 14:14 |
| 5 | A. If such evaluation was done, I think it may | 14:14 |
| 6 | have been conducted by our company IP. | 14:15 |
| 7 | Q. I'm sorry, what do you mean by "our company | 14:15 |
| 8 | IP"? | 14:15 |
| 9 | A. Oh, I said it was probably done by IP team. | 14:15 |
| 10 | Q. Understood. | 14:15 |
| 11 | Did Samsung conduct an evaluation of Netlist's | 14:15 |
| 12 | patents to confirm the scope of what they cover before | 14:16 |
| 13 | entering into the JDLA? | 14:16 |
| 14 | A. Probably. I believe the content of the | 14:17 |
| 15 | Netlist patents were understood. However, I do not | 14:17 |
| 16 | believe those patents were reviewed in connection to our | 14:17 |
| 17 | company. | 14:17 |
| 18 | THE INTERPRETER: Let me confirm that. | 14:17 |
| 19 | Okay, interpreting stands. | 14:18 |
| 20 | BY MR. BEST: | |
| 21 | Q. So, by that, do you mean you do not believe | 14:18 |
| 22 | that Samsung considered whether Netlist's patents | 14:18 |
| 23 | covered Samsung's own activities in evaluating those | 14:18 |
| 24 | patents prior to entering the JDLA? | 14:18 |
| 25 | MR. LEE: Objection to form. | 14:19 |

Veritext Legal Solutions
866 299-5127

Ex. 55

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | THE WITNESS: That's correct. | 14:19 |
| 2 | BY MR. BEST: | |
| 3 | Q. What was the purpose of obtaining licenses to | 14:20 |
| 4 | Netlist's patents for Samsung if Samsung did not | 14:20 |
| 5 | consider whether Netlist's patents covered Samsung's | 14:20 |
| 6 | activities? | 14:20 |
| 7 | MR. LEE: Objection to form. | 14:20 |
| 8 | THE WITNESS: That is because our company | 14:21 |
| 9 | thought that there's a possibility of Netlist lodging a | 14:21 |
| 10 | patent infringement litigation against our company, and | 14:22 |
| 11 | as a part of hedging such risk, they entered into the | 14:22 |
| 12 | agreement regardless of whether or not our company | 14:22 |
| 13 | actually infringed or not. | 14:22 |
| 14 | THE INTERPRETER: Let me clean that up. | 14:22 |
| 15 | THE WITNESS: That is because our company | 14:22 |
| 16 | thought that there is a possibility of Netlist lodging a | 14:22 |
| 17 | patent infringement litigation against our company, and | 14:22 |
| 18 | as part of hedging such risk, they entered into an | 14:22 |
| 19 | agreement, and that's regardless of whether or not our | 14:23 |
| 20 | company actually infringed such patents. | 14:23 |
| 21 | BY MR. BEST: | |
| 22 | Q. Did you do anything to prepare for the | 14:23 |
| 23 | depositions you have undertaken yesterday and today? | 14:23 |
| 24 | MR. LEE: Objection to form, and I instruct | 14:23 |
| 25 | the witness not to answer to the extent it involves | 14:23 |

Page 184

```
 1   STATE OF CALIFORNIA      )
 2   COUNTY OF SANTA BARBARA  )   ss.
 3
 4          I, Mark McClure, C.S.R. No. 12203, in and for
 5   the State of California, do hereby certify:
 6            That prior to being examined, the witness
 7   named in the foregoing deposition was by me duly sworn
 8   to testify to the truth, the whole truth, and nothing
 9   but the truth;
10            That said deposition was taken down by me in
11   shorthand at the time and place therein named and
12   thereafter reduced to typewriting under my direction,
13   and the same is a true, correct, and complete transcript
14   of said proceedings;
15            That if the foregoing pertains to the original
16   transcript of a deposition in a Federal Case, before
17   completion of the proceedings, review of the transcript
18   { } was { } was not required.
19            I further certify that I am not interested in
20   the event of the action.
21            Witness my hand this 18th day of August, 2021.
22
23                          [signature: M. McClure]
24                          Certified Shorthand Reporter
                            State of California
25                          CSR No. 12203
```

Page 201