# EXHIBIT 56

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF CALIFORNIA


    NETLIST, INC.,                )
                                  )
              Plaintiff,          )
                                  )
       vs.                        )  Case No.
                                  )  8:20-cv-00993-MCS-DFM
                                  )
    SAMSUNG ELECTRONICS, CO.,     )
    LTD.,                         )
                                  )
              Defendant.          )
    _____)


              CONFIDENTIAL ATTORNEYS' EYES ONLY
         REMOTE VIDEOTAPED DEPOSITION OF HO-JUNG KIM
                       South Korea
                Thursday, August 13, 2021



         REPORTED BY: Dayna Michelle Glaysher
                      CSR No. 13079; RPR, CRR No. 28081
```

Page 1

CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1    BY MS. LEE:
 2       Q.  Correct.  If you either understand it to be one
 3    or you don't think it is one, but it is a yes and no --
 4    yes-or-no question.  So that's what I'm asking.
 5              MR. MASTERS:  Object to form.                    09:37:05
 6              THE WITNESS:  That was -- no, that was not
 7    my understanding.
 8    BY MS. LEE:
 9       Q.  Okay.  Do you know if Samsung engaged in a
10    valuation of Netlist patents in connection with the         09:37:22
11    JDLA negotiation?
12              MR. MASTERS:  Object to form.
13              THE WITNESS:  Yes.
14    BY MS. LEE:
15       Q.  Were you involved in the valuation?                  09:37:51
16       A.  I only received the result of the evaluation.
17       Q.  And do you recall if the value of the result of
18    the valuation was higher or lower than the NRE fee that
19    Samsung paid to Netlist?
20              MR. MASTERS:  Object to form.                     09:38:39
21              THE WITNESS:  I think it was higher than
22    that amount.
23    BY MS. LEE:
24       Q.  Do you recall roughly how much the valuation was,
25    if you recall?                                              09:38:57
```

Page 24

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1     BY MS. LEE:

2         Q.   So during the negotiation of the JDLA, was it

3     your understanding that the supply of NAND and DRAM

4     products from Samsung would be beneficial to Netlist?

5                MR. MASTERS:   Object to form.                09:47:01

6                THE WITNESS:   Well, I didn't really think

7     much about NAND, DRAM products.   But I just thought that

8     since we were trying to engage in a joint development,

9     they could've gotten the supplies of these products.

10    BY MS. LEE:                                              09:47:43

11        Q.   Going back to what we were talking about earlier,

12    do you know why Samsung performed the valuation of

13    Netlist patents?

14               MR. MASTERS:   Object to form.

15               THE WITNESS:   Since the agreement itself was  09:48:08

16    for joint development and license, licensing, when there

17    is license involved, it was automatic to evaluate the

18    value of the patent.

19    BY MS. LEE:

20        Q.   So in your understanding is the NRE fee primarily  09:49:01

21    for the licensing of Netlist patents?

22        A.   I thought of it as a fee for the joint

23    development and license.

24        Q.   Do you recall anyone, including yourself, at

25    Samsung -- sorry.  Strike that.                          09:49:56

Page 27

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1                        CERTIFICATE

 2                            OF

 3                CERTIFIED SHORTHAND REPORTER

 4

 5

 6           The undersigned certified shorthand reporter

 7   of the State of California does hereby certify:

 8           That the foregoing deposition was taken

 9   before me at the time and place therein set forth, at

10   which time the witness was duly sworn by me.

11           That the testimony of the witness and all

12   objections made at the time of the deposition were

13   recorded stenographically by me and thereafter

14   transcribed, said transcript being a true copy of my

15   shorthand notes thereof.

16           In witness whereof, I have subscribed my

17   name this date: August 13, 2021

18

19

20                        [signature]

21

22                   CSR Number 13079

23                   RPR, CRR Number 28081

24

25
```

Page 141