# EXHIBIT 57

```
 1                 UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
 3                        SOUTHERN DIVISION
 4
 5     NETLIST INC., A DELAWARE     ) CASE NO.: 8:20-CV-00993
       CORPORATION,                ) (DFMX)
 6                                  )
                 PLAINTIFF,         )
 7                                  )
            v.                      )
 8                                  )
       SAMSUNG ELECTRONICS CO., LTD.,)
 9     A KOREAN CORPORATION,        )
                                    )
10               DEFENDANT.         )
       _____)
11
12
13
14
15                         VOLUME I
16             VIDEOTAPED DEPOSITION OF HYEOK-SANG YOO
17                   FRIDAY, AUGUST 13, 2021
18                   HWASEONG, SOUTH KOREA
19
20
21
22
23
24     FILE NO.  CA 4743994
25     REPORTED BY  MARK McCLURE, CRR
                    CAL CSR 12203

                                                  Page 1
```

| | | |
|---|---|---|
| 1 | A.   It was supposed to be renewed every year. | 09:16 |
| 2 | However, it did not get renewed. | 09:16 |
| 3 | Q.   How do you know that Samsung does not have a | 09:16 |
| 4 | supply agreement with Netlist? | 09:16 |
| 5 | A.   As far as supply agreement is concerned, that | 09:16 |
| 6 | is something the sales department is in charge of.  So | 09:16 |
| 7 | as far as I am concerned, I have never entered into a | 09:17 |
| 8 | supply agreement with Netlist, and I know that the sales | 09:17 |
| 9 | department does not have such agreement.  That's how I | 09:17 |
| 10 | know. | 09:17 |
| 11 | Q.   Do you know whether Samsung has any kind of | 09:17 |
| 12 | contract in place with Netlist? | 09:17 |
| 13 | A.   Yes, my understanding is that there is a | 09:17 |
| 14 | technology cooperation or collaboration agreement that | 09:17 |
| 15 | is referred to as JDLA. | 09:17 |
| 16 | Q.   Has anybody told you that the JDLA imposes on | 09:18 |
| 17 | Samsung an obligation to supply NAND or DRAM at a | 09:18 |
| 18 | competitive price, if Netlist makes a request?  Did | 09:18 |
| 19 | anyone ever say that to you? | 09:18 |
| 20 | A.   What I have heard in regards to JDLA is that, | 09:18 |
| 21 | for Samsung memory, meaning NVDIMM-P, in order to make | 09:19 |
| 22 | that we need to supply products. | 09:19 |
| 23 | Q.   Have you heard anybody at Samsung tell you | 09:19 |
| 24 | that, under the JDLA, Samsung has an obligation to | 09:19 |
| 25 | supply NAND or DRAM at a competitive price, if Netlist | 09:19 |

Page 17

| | | |
|---|---|---|
| 1 | makes a request?  Have you heard that, yes or no? | 09:19 |
| 2 | MR. LEE:  Same objections. | 09:20 |
| 3 | MR. LO:  Mr. Yoo, whenever your counsel has | 09:20 |
| 4 | finished objecting, you can go ahead and answer. | 09:20 |
| 5 | THE WITNESS:  Okay.  So, should I go ahead? | 09:20 |
| 6 | BY MR. LO: | |
| 7 | Q.  Go ahead. | 09:21 |
| 8 | A.  My understanding is that it's not general | 09:21 |
| 9 | products -- strike that.  I'm going to star over. | 09:21 |
| 10 | Pursuant to JDLA and that is not in regards to | 09:21 |
| 11 | general products that has no relevancy to JDLA, but | 09:22 |
| 12 | Samsung is not supposed to supply any and all NAND or | 09:22 |
| 13 | DRAM, but only those memory products that are needed for | 09:22 |
| 14 | the joint development of NVDIMM is supposed to be | 09:22 |
| 15 | supplied to Netlist, and what I heard is that those had | 09:22 |
| 16 | been supplied to Netlist. | 09:22 |
| 17 | Q.  Did you hear that for the products that were | 09:22 |
| 18 | supposed to be supplied to Netlist, they were supposed | 09:22 |
| 19 | to be supplied at a competitive price? | 09:22 |
| 20 | MR. LEE:  Objection to form. | 09:23 |
| 21 | THE WITNESS:  So should I answer? | 09:23 |
| 22 | BY MR. LO: | |
| 23 | Q.  Yes.  You can always answer after Mr. Lee has | 09:23 |
| 24 | objected. | 09:23 |
| 25 | MR. LEE:  Jason, the witness is asking about | 09:23 |

Page 18

| 1 | objections. | 09:23 |

```
 1    objections.                                          09:23

 2         Can I just explain to him briefly that he can   09:23

 3    answer after I've objected?                          09:24

 4         MR. LO:  Yes, go ahead.                         09:24

 5         (Mr. Lee and the witness conversed in Korean    09:24

 6    language).                                           09:24

 7         INTERPRETER:  The witness just stated that he   09:24

 8    did not know if -- whether or not if he was supposed to  09:24

 9    hear something after objection, but he couldn't hear,    09:24

10    but now he understands, so he would like the question    09:24

11    read back.                                           09:24

12    BY MR. LO:                                           09:24

13         Q.   Yes.  Let me just re-ask the question.     09:24

14         Did you hear that for the products that were    09:24

15    to be supplied to Netlist, Samsung was supposed to   09:24

16    supply them at a competitive price?                  09:25

17         MR. LEE:  Objection to form.                    09:25

18         THE WITNESS:  My understanding is that for the  09:25

19    JDLA, meaning the joint development effort, the Samsung   09:25

20    memory products that's applicable to that joint      09:26

21    development, yes.  However, for other type of business   09:26

22    that does not have agreement, I do not believe that  09:26

23    is -- what is supposed to be done.                   09:26

24    BY MR. LO:                                           09:26

25         Q.   Of the products that were supplied, did you    09:26
```

Page 19

| | | |
|---|---|---|
| 1 | understand that they were supposed to be supplied at a | 09:26 |
| 2 | competitive price? | 09:26 |
| 3 | MR. LEE:  Same objection. | 09:26 |
| 4 | THE WITNESS:  That is true, only for those | 09:26 |
| 5 | products that's relevant for JDLA. | 09:27 |
| 6 | BY MR. LO: | 09:27 |
| 7 | Q.   Did you have any responsibility for setting | 09:27 |
| 8 | the price of the products sold to Netlist? | 09:27 |
| 9 | MR. LEE:  Objection to form. | 09:27 |
| 10 | THE WITNESS:  No, not necessarily.  Samsung | 09:28 |
| 11 | has basic price guide, and that also depends on the | 09:28 |
| 12 | market situation and also the inventory situation as to | 09:28 |
| 13 | we have a lot of inventory or less, and we have price | 09:28 |
| 14 | guide for that circumstances as well, so I follow such | 09:28 |
| 15 | guides. | 09:28 |
| 16 | BY MR. LO: | 09:28 |
| 17 | Q.   You've mentioned that -- strike that. | 09:28 |
| 18 | You've mentioned a couple of times the joint | 09:28 |
| 19 | development between Samsung and Netlist. | 09:28 |
| 20 | What did you understand that joint development | 09:28 |
| 21 | to be about? | 09:28 |
| 22 | MR. LEE:  Objection to form. | 09:29 |
| 23 | THE WITNESS:  My understanding is that that | 09:29 |
| 24 | joint development was for technology joint development. | 09:29 |
| 25 | Since I work in sales, I don't know exactly what that | 09:29 |

Page 20

Ex. 57

| 1 | circumstances, I think there have been quarters where | 10:26 |
| 2 | almost all products have been provided. | 10:26 |
| 3 |    Q.   How many quarters since 2015 do you believe | 10:26 |
| 4 | that Samsung indicated to Netlist that it can place | 10:26 |
| 5 | purchase orders for almost all of the products being | 10:27 |
| 6 | forecasted?  On how many occasions did that occur? | 10:27 |
| 7 |       MR. LEE:  Objection to form. | 10:27 |
| 8 |       THE WITNESS:  I do not recall exactly how many | 10:27 |
| 9 | quarters or in which quarters that took place.  I | 10:28 |
| 10 | believe there have been quarters where we were able to | 10:28 |
| 11 | fulfill almost all, and there have been quarters where | 10:28 |
| 12 | we were not able to supply goods, as requested.  So, to | 10:28 |
| 13 | point out which quarters those were or how many times | 10:28 |
| 14 | such event happened, I cannot say. | 10:28 |
| 15 | BY MR. LO: | |
| 16 |    Q.  And just to be clear, when you say that there | 10:28 |
| 17 | were quarters when Samsung "was able to fulfill almost | 10:28 |
| 18 | all," you mean that Samsung was able to fulfill almost | 10:28 |
| 19 | all of the forecast being made by Netlist, correct? | 10:28 |
| 20 |    A.  Yes, that's what I mean.  And the process is | 10:29 |
| 21 | such that once that forecast is done and Samsung | 10:29 |
| 22 | confirms the supply by confirming the purchase order, | 10:29 |
| 23 | and once that purchase order is confirmed, then, the | 10:29 |
| 24 | process of supply starts. | 10:30 |
| 25 |    Q.  And you believe there are quarters in which | 10:30 |

Page 30

```
 1   Netlist.                                                  10:47

 2       Q.   Is it correct that, since 2015, Samsung has      10:47

 3   continuously imposed allocation limits on the quantity    10:47

 4   of goods Samsung can provide to Netlist?                  10:47

 5       A.   I don't think you can characterize it as         10:47

 6   imposing allocation limit.  What Samsung would have to    10:48

 7   do is, every month and every quarter, they will set an    10:48

 8   allocation quantity bound for Netlist, and that will be   10:49

 9   the quantity, particularly when there are shortages of    10:49

10   inventory.                                                10:49

11       Q.   Since 2015, Samsung has set an allocation        10:49

12   quantity amount for Netlist for every month and every     10:49

13   quarter, correct?                                         10:49

14       A.   Well, when Samsung says "allocation quantity,"   10:49

15   that means Samsung is providing goods to that company.    10:50

16   It is not that Samsung fixed an amount of allocation      10:50

17   quantity bound for Netlist; rather, depending on the      10:50

18   available inventory, they could have larger allocation    10:50

19   quantity, and if there is not sufficient quantity         10:50

20   available, then, that allocation number would go down.    10:51

21   Therefore, that allocation quantity is set on a monthly   10:51

22   basis or whatever the circumstances is at the time.       10:51

23       Q.   What is the current monthly allocation           10:51

24   quantity for Netlist?                                     10:51

25       A.   Right now, I don't recall the exact number of    10:52
```

                                                        Page 36

Ex. 57

| | | |
|---|---|---|
| 1 | a set dollar amount, even if there is remaining volume, | 11:33 |
| 2 | Samsung would not supply the products to Netlist, | 11:33 |
| 3 | correct? | 11:33 |
| 4 | A.   Yes, that is correct, and, as I told you, | 11:33 |
| 5 | allocation is a quantity which the decision was | 11:35 |
| 6 | made -- strike that. | 11:35 |
| 7 | As far as allocation is concerned, that | 11:35 |
| 8 | quantity is set for each of the customer, and based on | 11:35 |
| 9 | that allocation number, we would notify each of the | 11:35 |
| 10 | customers of our decision, and in the cases of Netlist, | 11:35 |
| 11 | when that allocation number is not sufficient, they | 11:35 |
| 12 | could get -- they could understand that as not providing | 11:35 |
| 13 | a quantity enough, especially when the word "cap" is | 11:35 |
| 14 | being used, and that sounds like, somehow, there was a | 11:36 |
| 15 | limitation that was put into allocation rather than the | 11:36 |
| 16 | number was determined by allocation. | 11:36 |
| 17 | MR. LEE:  Let me just remind Mr. Yoo, again. | 11:36 |
| 18 | Mr. Yoo, after Soomi is done, please give me a | 11:36 |
| 19 | moment to get my objections on the record so we're not | 11:36 |
| 20 | talking over each other. | 11:36 |
| 21 | THE WITNESS:  Okay, I understand. | 11:36 |
| 22 | BY MR. LO: | |
| 23 | Q.   You write to Mr. Kim that:  "If the customer | 11:36 |
| 24 | has the understanding that it is a cap, this is actually | 11:36 |
| 25 | a very dangerous situation." | 11:36 |

Page 45

| | | |
|---|---|---|
| 1 | Do you see that in your email? | 11:36 |
| 2 | A.   Yes. | 11:36 |
| 3 | Q.   What is the dangerous situation you are | 11:37 |
| 4 | concerned about? | 11:37 |
| 5 | A.   Well, what I thought there dangerous is that | 11:37 |
| 6 | if our customer is thinking that rather than | 11:38 |
| 7 | understanding allocation as the quantity that we were | 11:38 |
| 8 | able to provide to that customer, if their understanding | 11:38 |
| 9 | is that allocation number is cap and think that they | 11:38 |
| 10 | could have given us more quantity, but they are reducing | 11:38 |
| 11 | the quantity by putting the cap, then, that will be a | 11:39 |
| 12 | dangerous situation.  And, furthermore, I felt that for | 11:39 |
| 13 | us to directly get involved about allocation and/or cap | 11:39 |
| 14 | regarding any particular customer is not ideal, in the | 11:39 |
| 15 | first place. | 11:39 |
| 16 | Q.   What is dangerous about a customer believing | 11:39 |
| 17 | that Samsung has set a cap at a maximum amount that the | 11:39 |
| 18 | customer can order? | 11:39 |
| 19 | MS. LEE:  Objection to form. | 11:40 |
| 20 | INTERPRETER:  Okay, there was an objection, | 11:40 |
| 21 | correct? | 11:40 |
| 22 | THE WITNESS:  In reality, to us, cap is -- | 11:40 |
| 23 | that word "cap" equals allocation, and allocation | 11:41 |
| 24 | quantity is a quantity that have been arrived based on | 11:41 |
| 25 | doing the very best for that particular customer. | 11:41 |

Page 46

Ex. 57

```
 1    STATE OF CALIFORNIA        )

 2    COUNTY OF SANTA BARBARA    )    ss.

 3

 4          I, Mark McClure, C.S.R. No. 12203, in and for

 5    the State of California, do hereby certify:

 6          That prior to being examined, the witness

 7    named in the foregoing deposition was by me duly sworn

 8    to testify to the truth, the whole truth, and nothing

 9    but the truth;

10          That said deposition was taken down by me in

11    shorthand at the time and place therein named and

12    thereafter reduced to typewriting under my direction,

13    and the same is a true, correct, and complete transcript

14    of said proceedings;

15          That if the foregoing pertains to the original

16    transcript of a deposition in a Federal Case, before

17    completion of the proceedings, review of the transcript

18    { } was {X} was not required.

19          I further certify that I am not interested in

20    the event of the action.

21          Witness my hand this 15th day of August,

22    2021.

23

24          Certified Shorthand Reporter
            State of California

25          CSR No. 12203
```

Page 110