# EXHIBIT 58

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3                   SOUTHERN DIVISION
 4
 5   NETLIST INC., A DELAWARE   ) CASE NO.: 8:20-CV-00993
     CORPORATION,               ) (DFMX)
 6                              )
               PLAINTIFF,       )
 7                              )
         v.                     )
 8                              )
     SAMSUNG ELECTRONICS CO., LTD.,)
 9   A KOREAN CORPORATION,      )
                                )
10             DEFENDANT.       )
     _____)
11
12
13
                         CONFIDENTIAL
14
15        VIDEOTAPED DEPOSITION OF HYUN-KI JI
16            WEDNESDAY, AUGUST 12, 2021
17               HWASEONG, SOUTH KOREA
18
19
20
21
22
23
     FILE NO.  CA 4754492
24
     REPORTED BY  MARK McCLURE, CRR
25            CAL CSR 12203
```

Page 1

| | | |
|---|---|---|
| 1 | Q. Thank you. | 08:55 |
| 2 | What do you understand the purpose of the JDLA | 08:55 |
| 3 | to be? | 08:55 |
| 4 | MR. LEE: Objection to form. | 08:55 |
| 5 | THE WITNESS: Netlist made suggestion in | 08:55 |
| 6 | regards to IP-related matter. After listening to | 08:56 |
| 7 | Netlist's suggestions, our company felt that, from our | 08:56 |
| 8 | company's perspective, it will be beneficial for us to | 08:56 |
| 9 | collaborate with Netlist. | 08:56 |
| 10 | BY MR. BEST: | |
| 11 | Q. When you referred to IP, are you referring to | 08:56 |
| 12 | patents? | 08:56 |
| 13 | A. Yes, I am. | 08:56 |
| 14 | Q. So, in your view, was a substantial part of | 08:56 |
| 15 | the purpose of the JDLA to obtain access to Netlist's | 08:56 |
| 16 | patents? | 08:56 |
| 17 | A. Yes, that's correct. | 08:56 |
| 18 | Q. Was another purpose from Samsung's perspective | 08:57 |
| 19 | to jointly develop products with Netlist? | 08:57 |
| 20 | A. Yes, according to the agreement, the agreement | 08:57 |
| 21 | also has joint development in regards to NVDIMM | 08:58 |
| 22 | products, and from Samsung's side, we felt that if that | 08:58 |
| 23 | went well, that could be helpful to business as well. | 08:58 |
| 24 | Q. I believe you testified that you were involved | 08:58 |
| 25 | in the negotiation of the JDLA. | 08:58 |

Page 20

```
 1   STATE OF CALIFORNIA     )
 2   COUNTY OF SANTA BARBARA )   ss.
 3          I, Mark McClure, C.S.R. No. 12203, in and for
 4   the State of California, do hereby certify:
 5          That prior to being examined, the witness
 6   named in the foregoing deposition was by me duly sworn
 7   to testify to the truth, the whole truth, and nothing
 8   but the truth;
 9          That said deposition was taken down by me in
10   shorthand at the time and place therein named and
11   thereafter reduced to typewriting under my direction,
12   and the same is a true, correct, and complete transcript
13   of said proceedings;
14          That if the foregoing pertains to the original
15   transcript of a deposition in a Federal Case, before
16   completion of the proceedings, review of the transcript
17   { } was { } was not required.
18          I further certify that I am not interested in
19   the event of the action.
20          Witness my hand this 13th day of August,
21   2021.
22
23              [signature: M. McClure]
24              Certified Shorthand Reporter
                State of California
25              CSR No. 12203
```

Page 132