# EXHIBIT 59

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3                    SOUTHERN DIVISION

 4

 5   NETLIST INC., a Delaware      )
     corporation,                  ) Case No.:
 6                                 ) 8:20-cv-993-MCS-DFM
              Plaintiff,           )
 7                                 )
          v.                       )
 8                                 )
     SAMSUNG ELECTRONICS CO.,      )
 9   LTD., a Korean corporation,   )
                                   )
10            Defendant.           )
     _____)
11

12

13

14      *** CONFIDENTIAL -- ATTORNEYS' EYES ONLY ***

15                   DEPOSITION OF:

16                     INDONG KIM

17             TUESDAY, AUGUST 10, 2021

18                    9:05 a.m.

19

20   REPORTED BY:

21   Vickie Blair

22   CSR No. 8940, RPR-CRR

23   JOB NO. 4743987

24

25   PAGES 1 - 146
```

Page 1

| | | |
|---|---|---|
| 1 | NAND has a large storage area and is competitively low | 09:44:53 |
| 2 | in price, although NAND is slower than the DRAM. | 09:45:00 |
| 3 | Q    What project were you trying to create | 09:45:09 |
| 4 | together by collaborating with Netlist? | 09:45:13 |
| 5 | MR. MASTERS:  Objection.  Object to form. | 09:45:27 |
| 6 | Vague and ambiguous.  Assumes facts. | 09:45:28 |
| 7 | Go ahead. | 09:45:31 |
| 8 | THE WITNESS:  That project was started | 09:46:23 |
| 9 | with the thought of only taking the beneficial aspect | 09:46:24 |
| 10 | of DRAM and Rand -- and NAND, and to create another | 09:46:31 |
| 11 | memory device that can perform better than the | 09:46:35 |
| 12 | existing, meaning that DRAM was very fast; however, the | 09:46:44 |
| 13 | memory space was small, and the price of DRAM is | 09:46:49 |
| 14 | expensive; whereas NAND is so much slower; however, it | 09:46:55 |
| 15 | has a larger storage area, and the price was low. | 09:47:01 |
| 16 | So we wanted to take the beneficial | 09:47:07 |
| 17 | aspects of these two products and make another memory | 09:47:10 |
| 18 | device. | 09:47:16 |
| 19 | BY MS. CHOY: | 09:47:16 |
| 20 | Q    Why did Samsung want to collaborate with | 09:47:17 |
| 21 | Netlist on this project? | 09:47:21 |
| 22 | MR. MASTERS:  Objection.  Object to form. | 09:47:30 |
| 23 | Lacks foundation.  Calls for speculation.  Assumes | 09:47:33 |
| 24 | facts. | 09:47:35 |
| 25 | THE WITNESS:  At the time, it wasn't that | 09:47:36 |

Page 22

| | | |
|---|---|---|
| 1 | we pinpointed Netlist as a project partner or we sought | 09:49:21 |
| 2 | Netlist out as the company that we needed to do this | 09:49:28 |
| 3 | particular project.   That wasn't the case. | 09:49:34 |
| 4 | The background of what took place at the | 09:49:41 |
| 5 | time is that Intel, the company Intel, came out with a | 09:49:43 |
| 6 | new product in the market which incorporated the | 09:49:50 |
| 7 | benefits of the DRAM and NAND, as I described earlier | 09:49:57 |
| 8 | to you, and, as a company, we needed to have a strategy | 09:50:01 |
| 9 | responding to the Intel's new product in the market. | 09:50:07 |
| 10 | At the time, our company had a strategy of | 09:50:14 |
| 11 | going through JEDEC, that is spelled J-D-E-C [sic], and | 09:50:19 |
| 12 | JEDEC is a standard setting company for memory devices, | 09:50:26 |
| 13 | and our strategy at the time was to go through JEDEC in | 09:50:35 |
| 14 | regards to coming up with counter measures for the | 09:50:41 |
| 15 | Intel product, and that was the direction we were going | 09:50:45 |
| 16 | to go with. | 09:50:48 |
| 17 | However, on or about this time, the | 09:50:50 |
| 18 | company management instructed that a project was being | 09:50:53 |
| 19 | planned with the company called Netlist, and that we | 09:51:02 |
| 20 | should seek to undergo a project with Netlist for the | 09:51:09 |
| 21 | product that we were thinking about developing, and | 09:51:14 |
| 22 | that's how it came about. | 09:51:18 |
| 23 | Okay -- | 09:51:26 |
| 24 | BY MS. CHOY: | 09:51:26 |
| 25 | Q    What was the name -- sorry, go ahead. | 09:51:27 |

Page 23

| | | |
|---|---|---|
| 1 | A      It's not that at certain point in time we | 10:11:54 |
| 2 | have come to an official conclusion in that regard, | 10:11:57 |
| 3 | that's not my recollection. | 10:12:03 |
| 4 | But, as the project started on or about | 10:12:05 |
| 5 | the end of 2015, thereafter, we visited them and they | 10:12:10 |
| 6 | visited us, there have been emails and datas that have | 10:12:18 |
| 7 | been exchanged, so information had been accumulating | 10:12:23 |
| 8 | since 2015, at the end, to 2017 for about two years and | 10:12:31 |
| 9 | based on that -- those interaction, internally at our | 10:12:44 |
| 10 | company, we have come to that type of determination and | 10:12:49 |
| 11 | everyone's sentiment was that Netlist is not capable. | 10:12:57 |
| 12 | Q      Did Samsung ever communicate that | 10:13:04 |
| 13 | sentiment to Netlist? | 10:13:07 |
| 14 | MR. MASTERS:  Objection.  Foundation. | 10:13:18 |
| 15 | Speculation. | 10:13:19 |
| 16 | You can answer. | 10:13:20 |
| 17 | THE WITNESS:  Yes, I believe things like | 10:13:21 |
| 18 | that were said during meeting. | 10:13:36 |
| 19 | BY MS. CHOY: | 10:13:38 |
| 20 | Q      Which meeting? | 10:13:39 |
| 21 | A      Well, I can't recall exactly at which | 10:13:39 |
| 22 | meeting what was said, and what -- in what explicity | 10:14:35 |
| 23 | that was expressed to Samsung. | 10:14:45 |
| 24 | However, we have been undergoing a joint | 10:14:49 |
| 25 | project with the Netlist from 2015 all the way through | 10:14:54 |

Page 31

| | | |
|---|---|---|
| 1 | 2017, and, by 2017, our thought was that this was a | 10:15:03 |
| 2 | difficult technology, and, going forward, it would not | 10:15:11 |
| 3 | be easy to achieve that technology. | 10:15:19 |
| 4 | And although I cannot pinpoint exactly at | 10:15:26 |
| 5 | which meeting when, however, the opinion that this will | 10:15:31 |
| 6 | be a difficult technology to achieve had been conveyed | 10:15:38 |
| 7 | to Netlist at those meetings. | 10:15:45 |
| 8 | Q    So what was the technology that Samsung | 10:15:49 |
| 9 | was trying to achieve? | 10:15:52 |
| 10 | A    Well, as I told you, we were trying to | 10:15:54 |
| 11 | come up with the technology that is -- would be | 10:16:33 |
| 12 | strategic response to Intel's product called Optane, | 10:16:40 |
| 13 | and that technology that we were trying to achieve was | 10:16:48 |
| 14 | to somehow, by using the NAND, we can minimize the | 10:16:52 |
| 15 | price and the storage space issue of the DRAM.  That's | 10:17:07 |
| 16 | what we were trying to achieve. | 10:17:13 |
| 17 | Q    Can you elaborate on that a little bit | 10:17:14 |
| 18 | more, like the specific type of technology? | 10:17:17 |
| 19 | MR. MASTERS:  Objection.  Object to form. | 10:17:32 |
| 20 | Calls for a narrative. | 10:17:35 |
| 21 | And, after the witness is done with this, | 10:17:36 |
| 22 | I'll ask for a break because I have gardeners in my | 10:17:38 |
| 23 | backyard that are making noise. | 10:17:40 |
| 24 | THE WITNESS:  As far as DRAM is concerned, | 10:18:04 |
| 25 | in order to guarantee the fast performance of DRAM, | 10:19:25 |

Page 32

| | | |
|---|---|---|
| 1 | there is a protocol that had been defined in DRAM on | 10:19:33 |
| 2 | how to bring the data and process that data. | 10:19:40 |
| 3 | For example, if we were to do the function | 10:19:46 |
| 4 | of one plus one, we will need to bring the one and | 10:19:50 |
| 5 | another one and, from the CPU, apply the function of | 10:19:57 |
| 6 | addition, and, in order to do this, there was a set | 10:20:03 |
| 7 | protocol as to the speed of that data that has to be | 10:20:07 |
| 8 | brought out. | 10:20:15 |
| 9 | So if data of one is requested, and that | 10:20:18 |
| 10 | requested data is not brought out within the defined | 10:20:22 |
| 11 | time, then the system will crash, and the screen will | 10:20:29 |
| 12 | go to a blue screen. | 10:20:33 |
| 13 | So there is that defined protocol of the | 10:20:36 |
| 14 | set response time. | 10:20:42 |
| 15 | In contrast, NAND is about thousand times | 10:21:00 |
| 16 | slower than DRAM, so NAND cannot be used in the DRAM | 10:21:04 |
| 17 | protocol environment.  And then -- however, at the | 10:21:13 |
| 18 | time, Netlist was claiming that the technology that | 10:21:47 |
| 19 | they could realize is somewhat like a -- | 10:21:53 |
| 20 | (Whereupon, witness and the | 10:22:10 |
| 21 | interpreter confer in Korean.) | 10:22:12 |
| 22 | THE WITNESS:  And the claim that Netlist | 10:22:12 |
| 23 | was making that somehow hijacking the DRAM protocol and | 10:22:36 |
| 24 | find the time frame that is in between DRAM and by | 10:22:49 |
| 25 | squeezing these and putting in the NAND, that they | 10:22:54 |

Page  33

| | | |
|---|---|---|
| 1 | could increase the performance. | 10:23:00 |
| 2 | Although we thought that was an extremely | 10:23:42 |
| 3 | difficult technology to realize, since Netlist was | 10:23:46 |
| 4 | claiming that they could do this technology, and our | 10:23:53 |
| 5 | position is that even as little as one out of 10,000 | 10:23:59 |
| 6 | chance that that technology indeed could be realized | 10:24:07 |
| 7 | and could be made as a product, then that could be a | 10:24:13 |
| 8 | direction to respond to the Intel Optane product. | 10:24:20 |
| 9 | That's what we thought. | 10:24:26 |
| 10 | MR. MASTERS:  And I'd like to ask if we | 10:24:29 |
| 11 | can take a break.  I think it's been over an hour, and | 10:24:31 |
| 12 | I need to take care of the gardening issues. | 10:24:34 |
| 13 | MS. CHOY:  No problem. | 10:24:39 |
| 14 | Can we go off the record, please. | 10:24:40 |
| 15 | INTERPRETER KO:  How long? | 10:24:42 |
| 16 | MS. CHOY:  Marc, how much time do you | 10:24:44 |
| 17 | need? | 10:24:46 |
| 18 | MR. MASTERS:  Dr. Kim, do you need to use | 10:24:46 |
| 19 | the restroom or anything? | 10:24:50 |
| 20 | THE WITNESS:  Yeah. | 10:24:51 |
| 21 | MR. MASTERS:  Okay.  Why don't we just say | 10:24:51 |
| 22 | 10 minutes. | 10:24:54 |
| 23 | VIDEOGRAPHER MACDONELL:  Okay.  We're off | 10:24:57 |
| 24 | the record.  It's 10:24 a.m. | 10:24:58 |
| 25 | (Recess taken.) | 10:25:02 |

Page 34

```
 1    technology that needed to be done to carry out such        10:41:46

 2    task.                                                       10:41:51

 3              So, like typical project management, at           10:41:52

 4    the meetings, we will check whether or not those            10:41:57

 5    relevant testing was actually realized or not, and, if      10:42:00

 6    it was not done, then evaluate as to why it wasn't          10:42:07

 7    done.                                                       10:42:13

 8    BY MS. CHOY:                                                10:42:17

 9         Q    What support did Samsung provide to               10:42:19

10    Netlist with regards to the development work?               10:42:23

11              MR. MASTERS:  Objection.  Object to form.         10:42:33

12    Foundation, speculation, and vague and ambiguous.           10:42:34

13                    (Whereupon, witness and the                 10:44:29

14                    interpreter confer in Korean.)              10:44:29

15              THE WITNESS:  Samsung's role in that joint        10:44:29

16    project was of -- that of asking a -- asking questions      10:44:59

17    about the technology that Netlist was claiming that         10:45:10

18    they could do, and, above and beyond asking questions       10:45:16

19    about that particular technology, also making               10:45:24

20    determination as to logically whether or not that was       10:45:26

21    possible based on the technology that was going to be       10:45:32

22    incorporated.                                               10:45:37

23              And, as far as that particular joint              10:45:39

24    project is concerned, Netlist did not particularly ask      10:45:42

25    Samsung for any specific request.  And, toward the end,     10:45:47
```

                                                    Page 36

1  on or about 2017, of the project, what our, meaning                10:45:56

2  Samsung's, position was that we kept saying that was a              10:46:06

3  very difficult technology to achieve, and our role was             10:46:15

4  to ask core question, meaning a very basic core                    10:46:21

5  question as to what kind of technology or method will              10:46:26

6  be employed in order to achieve that particularly                  10:46:34

7  difficult technology.                                              10:46:42

8          So when Samsung would ask specifically                     10:46:43

9  which time frame of DRAM was going to be used as the               10:46:48

10 core technology, then the Netlist response to Samsung's            10:46:53

11 such question was that, in order for Samsung to obtain             10:47:00

12 that level of information, Samsung will need to go to              10:47:04

13 the next stage of JDLA, meaning we needed to enter into            10:47:11

14 stage two of JDLA in order to find specifically what              10:47:19

15 technology of DRAM timing that will be employed, or                10:47:26

16 Netlist can come up with the ASIC, which means                     10:47:35

17 application specific integrated --                                 10:47:38

18          (Whereupon, witness and the                               10:47:44

19          interpreter confer in Korean.)                            10:47:46

20          THE WITNESS:   -- circuit, that they could               10:47:46

21 make this type of semiconductor from Netlist, that that           10:47:48

22 will be done next stage in order for us to find out               10:47:59

23 further about the Netlist technology that they were                10:48:02

24 talking about.                                                     10:48:08

25          And, at the time, Netlist's suggestion was               10:48:16

                                                        Page  37

| | | |
|---|---|---|
| 1 | that Samsung should come up with the funding necessary | 10:48:19 |
| 2 | to make that ASIC, A-S-I-C, product. | 10:48:28 |
| 3 | BY MS. CHOY: | 10:48:33 |
| 4 |     Q    Aside from -- | 10:48:37 |
| 5 |         INTERPRETER KO:  Not come out, but should | 10:48:40 |
| 6 | be "come up with the funding." | 10:48:42 |
| 7 | BY MS. CHOY: | 10:48:45 |
| 8 |     Q    Do you know whether Samsung provided that | 10:48:45 |
| 9 | funding? | 10:48:47 |
| 10 |     A    No, from Samsung's perspective, we did not | 10:49:27 |
| 11 | have confidence in Netlist technology, based on our | 10:49:34 |
| 12 | dealing with technology of Netlist, and I believe there | 10:49:37 |
| 13 | were many delays from Netlist's side during such | 10:49:46 |
| 14 | project, so we did not have confidence that Netlist | 10:49:52 |
| 15 | could actually make semiconductor products.  So we | 10:50:00 |
| 16 | didn't even think about funding. | 10:50:10 |
| 17 |     Q    Did you have confidence in Netlist | 10:50:11 |
| 18 | technology at the time you entered into the joint | 10:50:13 |
| 19 | collaboration work? | 10:50:15 |
| 20 |         MR. MASTERS:  Objection.  Object to form. | 10:50:35 |
| 21 | Vague and ambiguous as to "Netlist technology." | 10:50:37 |
| 22 |         THE WITNESS:  As I told you earlier, when | 10:50:47 |
| 23 | our company, meaning Samsung, started that techno- -- | 10:51:33 |
| 24 | that joint development project, that was for the reason | 10:51:37 |
| 25 | of defending patent dispute, and, at the time of the | 10:51:47 |

Page 38

| | | |
|---|---|---|
| 1 | that that is one of the purpose, and the actual | 11:10:12 |
| 2 | licensing is a part of that. | 11:10:21 |
| 3 | BY MS. CHOY: | 11:10:22 |
| 4 | Q    Are there other provisions of the JDLA | 11:10:28 |
| 5 | that you're familiar with? | 11:10:33 |
| 6 | INTERPRETER KO:  Ms. Choy, when you say | 11:10:42 |
| 7 | "provisions" here, are you talking about terms of JDLA | 11:10:43 |
| 8 | or -- | 11:10:46 |
| 9 | MS. CHOY:  Yes, terms. | 11:10:47 |
| 10 | INTERPRETER KO:  I don't under -- yeah. | 11:10:49 |
| 11 | Okay. | 11:10:49 |
| 12 | MS. CHOY:  Terms. | 11:12:03 |
| 13 | THE WITNESS:  The fundamental strategy | 11:12:03 |
| 14 | that our company came up with in order to counter the | 11:12:08 |
| 15 | Intel's Optane product was to somehow utilize the | 11:12:12 |
| 16 | JEDEC's standardization system because, at the time, | 11:12:23 |
| 17 | Intel's Optane product was not standardized, but it | 11:12:28 |
| 18 | utilized the nonstandard Intel protocol itself. | 11:12:35 |
| 19 | So our strategy was to somehow bring about | 11:12:48 |
| 20 | a product which utilized DRAM and NAND's beneficial | 11:12:51 |
| 21 | characteristics into a standardized product so that | 11:12:58 |
| 22 | other memory product companies can be engaged in this | 11:13:09 |
| 23 | effort, as well, so that the product that we come up | 11:13:14 |
| 24 | with could be considered a commodity within the | 11:13:18 |
| 25 | industry, and that was our basic strategy to counter | 11:13:25 |

Page 45

| | | |
|---|---|---|
| 1 | measure Intel's Optane product. | 11:13:30 |
| 2 | So my anticipation of being involved with | 11:13:45 |
| 3 | Netlist and -- was that somehow bring Netlist | 11:15:17 |
| 4 | technology to standardization, and make suggestion and | 11:15:26 |
| 5 | collaboration in this effort, meaning standardization | 11:15:36 |
| 6 | of the technology effort. | 11:15:44 |
| 7 | However, I don't recall exactly from what | 11:15:47 |
| 8 | point in time, but, from a particular point in time, | 11:15:50 |
| 9 | the situation was so that, and Netlist stated that they | 11:15:55 |
| 10 | could no longer actively participate in JEDEC | 11:16:03 |
| 11 | activities because of the patent litigation lawsuits | 11:16:07 |
| 12 | that they were involved in. | 11:16:11 |
| 13 | So, rather than collaboration effort of | 11:16:13 |
| 14 | standardization of the technology, which I thought the | 11:16:19 |
| 15 | joint development effort was going to be, became a | 11:16:25 |
| 16 | product centered collaboration effort. | 11:16:31 |
| 17 | So, to answer your question, to me, our | 11:16:34 |
| 18 | collaboration or development of technology effort with | 11:16:41 |
| 19 | Netlist, to me, was going to be technology that counter | 11:16:47 |
| 20 | measures Intel's technology, but it changed so -- | 11:16:53 |
| 21 | changed from JEDEC's standardized collaboration effort | 11:17:02 |
| 22 | to a product specific collaboration. | 11:17:08 |
| 23 | BY MS. CHOY: | 11:17:17 |
| 24 | Q    Can you explain what you mean by "a | 11:17:24 |
| 25 | product specific collaboration"? | 11:17:27 |

Page 46

| | | | |
|---|---|---|---|
| 1 | A | It -- that is in regards to hybrid DIMM. | 11:17:29 |
| 2 | | (Whereupon, the witness and the | 11:18:07 |
| 3 | | interpreter confer in Korean.) | 11:18:08 |
| 4 | | THE WITNESS:  Yeah, hybrid DIMM is a part | 11:18:08 |
| 5 | | name, which Netlist came up with -- it's a product | 11:18:10 |
| 6 | | name, thank you. | 11:18:14 |
| 7 | | BY MS. CHOY: | 11:18:19 |
| 8 | Q | Can you explain the distinction between | 11:18:19 |
| 9 | | the collaboration effort of the standardization of the | 11:18:22 |
| 10 | | technology and then the work with regards to the hybrid | 11:18:26 |
| 11 | | DIMM? | 11:18:29 |
| 12 | | (Whereupon, the witness and the | 11:19:11 |
| 13 | | interpreter confer in Korean.) | 11:19:30 |
| 14 | | THE WITNESS:  Yes, the effort of | 11:19:30 |
| 15 | | technology standardization was to come up with the new | 11:19:32 |
| 16 | | protocol standardization called NVDIMM, and for your | 11:19:38 |
| 17 | | reference, we have standardized this technology about | 11:19:49 |
| 18 | | three years ago, which Samsung spearheaded. | 11:19:59 |
| 19 | | Okay, let me -- that is called NVDIMM-P, | 11:20:05 |
| 20 | | that's the name of the protocol, yes. | 11:20:16 |
| 21 | | And this NVDIMM protocol approach -- | 11:20:33 |
| 22 | | NVDIMM-P, this protocol is a technology of officially | 11:20:55 |
| 23 | | changing the DRAM timing so that NAND and other slower | 11:21:07 |
| 24 | | memory device can utilize the DRAM timing officially | 11:21:18 |
| 25 | | rather than hijacking the tDRAM timing. | 11:21:25 |

Page 47

| | | |
|---|---|---|
| 1 | And -- and the hybrid DIMM, which I talked | 11:21:55 |
| 2 | about earlier, is a product named by Netlist which | 11:22:03 |
| 3 | employs the technology that, by using a Netlist | 11:22:07 |
| 4 | proprietary technology, that it hijacks DRAM timing so | 11:22:23 |
| 5 | that a slower memory device such as NAND can utilize | 11:22:32 |
| 6 | the DRAM timing. | 11:22:38 |
| 7 | BY MS. CHOY: | 11:22:43 |
| 8 | Q     You mentioned earlier that Netlist told | 11:22:44 |
| 9 | Samsung that they could no longer actively participate | 11:22:46 |
| 10 | in JEDEC activities because of patent litigation | 11:22:50 |
| 11 | lawsuits; right? | 11:22:55 |
| 12 | A     Rather than that they cannot actively | 11:23:26 |
| 13 | participate, what I recall is that Netlist state that | 11:23:31 |
| 14 | legally they would have to seize the JEDEC activity in | 11:23:37 |
| 15 | order to be engaged in these lawsuits. | 11:23:44 |
| 16 | Q     When did Netlist inform Samsung about | 11:23:47 |
| 17 | this? | 11:23:51 |
| 18 | MR. MASTERS:  Object to the form.  Lacks | 11:23:58 |
| 19 | foundation.  Calls for speculation. | 11:24:00 |
| 20 | You can answer. | 11:24:02 |
| 21 | THE WITNESS:  I don't recall the exact | 11:24:03 |
| 22 | point in time. | 11:24:11 |
| 23 | BY MS. CHOY: | 11:24:11 |
| 24 | Q     Was it in 2017? | 11:24:13 |
| 25 | MR. MASTERS:  Same objections. | 11:24:18 |

Page 48

| | | |
|---|---|---|
| 1 | detail; however, I have been told by the SSI Americas | 14:04:33 |
| 2 | sales, as well as the director, Hyuk-sang Yoo, about | 14:04:46 |
| 3 | that supply agreement, and that that was that Netlist | 14:04:56 |
| 4 | had wanted to become our company's reseller, and that | 14:05:00 |
| 5 | that has been accepted by our company. | 14:05:10 |
| 6 | Q   And so you're referring to an agreement | 14:05:11 |
| 7 | that is different than the JDLA? | 14:05:15 |
| 8 | A   Correct, as far as my understanding is | 14:05:29 |
| 9 | concerned, those two are different documents. | 14:05:31 |
| 10 | Q   Have you seen that supply agreement | 14:05:36 |
| 11 | between SSI and Netlist? | 14:05:39 |
| 12 | MR. MASTERS:  Am I still on mute? | 14:05:59 |
| 13 | INTERPRETER KO:  You're good. | 14:06:02 |
| 14 | MR. MASTERS:  Okay.  I did not put myself | 14:06:03 |
| 15 | on mute, but I -- I'm sorry, I objected, object to | 14:06:05 |
| 16 | form.  And assumes facts. | 14:06:10 |
| 17 | You can go ahead and answer. | 14:06:14 |
| 18 | INTERPRETER KO:  This is the interpreter | 14:06:22 |
| 19 | spelling, the comment of "you're good" was made by the | 14:06:24 |
| 20 | interpreter, not Ms. Choy, thank you. | 14:06:28 |
| 21 | THE WITNESS:  No, I have not seen it. | 14:06:37 |
| 22 | BY MS. CHOY: | 14:06:40 |
| 23 | Q   I'd like to direct your attention to page | 14:06:40 |
| 24 | ending in 1049, at the top of the page, there is an | 14:06:42 |
| 25 | email from Joo-Sun Choi dated June 1, 2016. | 14:06:49 |

Page 86

| | | |
|---|---|---|
| 1 | What's your understanding as to | 14:07:15 |
| 2 | Mr. Joo-Sun Choi's statement (as read): | 14:07:19 |
| 3 | ...maintain the basic flow of the | 14:07:20 |
| 4 | relationship of our company for IT | 14:07:22 |
| 5 | collaboration while making sure that there | 14:07:24 |
| 6 | is no contamination? | 14:07:26 |
| 7 | MR. MASTERS:  Objection.  Speculation. | 14:07:50 |
| 8 | THE WITNESS:  My understanding of the vice | 14:08:34 |
| 9 | president, Joo-Sun Choi, meaning executive VP, Joo-Sun | 14:08:45 |
| 10 | Choi's email is that we enter into JDLA in order to | 14:08:52 |
| 11 | minimize the IP risk, and that was the -- the reason | 14:08:59 |
| 12 | was limited to that, and he is expressing concern about | 14:09:09 |
| 13 | Netlist becoming supplier of other components, and that | 14:09:24 |
| 14 | word getting out. | 14:09:28 |
| 15 | BY MS. CHOY: | 14:09:32 |
| 16 | Q    Which product supply was within the scope | 14:09:33 |
| 17 | of the JDLA? | 14:09:37 |
| 18 | MR. MASTERS:  Objection.  Object to form. | 14:09:53 |
| 19 | Calls for a legal conclusion.  Assumes facts. | 14:09:57 |
| 20 | Foundation.  Speculation. | 14:09:59 |
| 21 | Go ahead. | 14:10:03 |
| 22 | THE WITNESS:  As far as JDLA's concern, I | 14:10:03 |
| 23 | cannot recite exactly what the supply provision of that | 14:11:05 |
| 24 | agreement states; therefore, I cannot tell you exactly | 14:11:10 |
| 25 | what that provision is all about. | 14:11:16 |

Page 87

| | | |
|---|---|---|
| 1 | However, my understanding is that the -- | 14:11:18 |
| 2 | the component that are relevant to my understanding is | 14:11:23 |
| 3 | that these are DRAM and NAND stand on alone components | 14:11:32 |
| 4 | that may be relevant to the hybrid DIMM product | 14:11:40 |
| 5 | concept. | 14:11:50 |
| 6 | BY MS. CHOY: | 14:11:51 |
| 7 | Q    If we turn to page ending in 1048, there's | 14:11:51 |
| 8 | an email from you, Dr. Kim, dated June 1, 2016. | 14:11:57 |
| 9 | A    Yes, I'm looking at that. | 14:12:19 |
| 10 | Q    You -- you copy/paste the sentence from | 14:12:23 |
| 11 | the supply provision, and then, right below, you write | 14:12:27 |
| 12 | (as read): | 14:12:31 |
| 13 | It is a provision limited to the | 14:12:31 |
| 14 | volume condition. | 14:12:33 |
| 15 | Correct? | 14:12:35 |
| 16 | A    Yes, that's what it says. | 14:12:48 |
| 17 | Q    What did you mean by that, by "limited to | 14:12:50 |
| 18 | the volume condition"? | 14:12:54 |
| 19 | A    Well, that sentence is simply translating | 14:13:01 |
| 20 | what I cut and pasted from the supply provision, | 14:13:37 |
| 21 | specifically in the parenthetical in English, it says | 14:13:42 |
| 22 | "among customers purchasing similar volume of similar | 14:13:48 |
| 23 | products." This portion is, which I describe as the, | 14:13:53 |
| 24 | hmm, provision limited to volume condition. | 14:14:07 |
| 25 | Q    And what did you mean by the second | 14:14:11 |

Page 88

1   segment, "Netlist claiming that it is low cost is an   14:14:15

2   overinterpretation that's extending beyond the   14:14:20

3   agreement"?   14:14:25

4        A    What's described there is my opinion about   14:16:37

5   the low cost matter to my own manager, and this low   14:16:44

6   cost -- in regarding to this low cost, I believe this   14:16:52

7   was part of the meeting minute that Steve Metz had   14:17:00

8   shared in the earlier email, so let me look for that.   14:17:06

9   Okay.  Here it is, the original document which I'm   14:17:12

10  referring to, or original email, is on SEC0001049 about   14:17:15

11  in the middle where executive VP, Jay-soo Han, is   14:17:27

12  sending the email to vice president and, within this   14:17:42

13  email, he is mentioning the (as read):   14:17:49

14               Low cost, comma, five million credit   14:17:54

15               line, paren open, (presently 200,000).   14:17:57

16               There's a concern of this being promoted   14:18:04

17               in the market as the resale Samsung   14:18:07

18               product.  And so I told Netlist, Brian   14:18:14

19               Peterson, paren open, (SVP sales and   14:18:37

20               marketing), paren close, that for NV,   14:18:41

21               dash, DIMM it will be a complimentary   14:18:46

22               lineup with Netlist, but don't expect the   14:18:49

23               low cost for resale, a credit that is not   14:18:52

24               in line with the process.   14:18:56

25               That's what the email stated, and, based   14:18:59

Page  89

```
 1    on that, I am also sharing my opinion that that      14:19:06

 2    interpretation is expanded from the contract terms.  14:19:10

 3         Q    So as the person responsible for the       14:19:25

 4    tech -- tech -- technology collaboration aspect of the 14:19:28

 5    relationship, why are you providing your input here on 14:19:34

 6    the supply terms?                                    14:19:37

 7              MR. MASTERS:  Objection.  Object to form.  14:19:56

 8    Assumes facts.  Asked and answered.                  14:20:01

 9              THE WITNESS:  As you can see from the       14:20:14

10    email chain from the beginning and to end, you can see 14:21:29

11    that this direction or instruction of -- instruction  14:21:39

12    came from my boss's boss, meaning the big boss,      14:21:44

13    JS Choi, and JS Choi sent down directive to Jung-Bae  14:21:51

14    Lee who was actually spearheading the collaboration   14:22:02

15    effort with Netlist.                                 14:22:07

16              And the direct instruction was that make    14:22:07

17    sure to manage this issue and keep it within technology 14:22:12

18    collaboration, and that is why myself, who was managing 14:22:19

19    the relationship of the technology collaboration, had  14:22:27

20    to be involved since technology channel was something  14:22:32

21    that I had to -- I was managing, and that was part of  14:22:41

22    the strategic marketing team effort.                 14:22:44

23    BY MS. CHOY:                                         14:22:56

24         Q    Dr. Kim, had you finished your answer or    14:22:56

25    had you --                                           14:22:59
```

Page 90

| | | |
|---|---|---|
| 1 | were continuously expressing our concern about our | 14:54:10 |
| 2 | initial standardization collaboration effort that we | 14:54:18 |
| 3 | were intending was not taking place, and that | 14:54:28 |
| 4 | collaboration was being limited to a product specific | 14:54:35 |
| 5 | collaboration, and, to me, I am expressing that concern | 14:54:39 |
| 6 | internally in this communication as I see the content | 14:54:50 |
| 7 | of the email. | 14:54:56 |
| 8 | BY MS. CHOY: | 14:54:56 |
| 9 | Q    And Samsung had expressed to Netlist in | 14:54:57 |
| 10 | 2015 that Samsung's intention was not to focus on | 14:55:02 |
| 11 | specific product, slash, technology? | 14:55:06 |
| 12 | INTERPRETER KO:  Vickie, can you have that | 14:55:32 |
| 13 | question back?  Let me see. | 14:55:33 |
| 14 | MS. CHOY:  I was reading the email, Soomi, | 14:55:40 |
| 15 | there was a slash in the email. | 14:55:44 |
| 16 | INTERPRETER KO:  Okay. | 14:55:47 |
| 17 | MR. MASTERS:  Object to form. | 14:56:13 |
| 18 | THE WITNESS:  The fact that our company's | 14:56:23 |
| 19 | top priority was the standardization effort was | 14:56:50 |
| 20 | conveyed numerous times to Netflix -- oh, no, Netlist, | 14:56:57 |
| 21 | I'm sorry, Netlist. | 14:57:07 |
| 22 | However, as to what has been | 14:57:08 |
| 23 | expressedly -- explicitly expressed to Netlist in the | 14:57:15 |
| 24 | year 2005 -- '15 or 2016, I'm not sure. | 14:57:20 |
| 25 | ///                                    /// | |

Page 96

| | | |
|---|---|---|
| 1 | BY MS. CHOY: | 14:57:29 |
| 2 | Q    And what is the product that Netlist was | 14:57:31 |
| 3 | focused on? | 14:57:33 |
| 4 | We can put that one aside. | 14:58:08 |
| 5 | A    As I told you during the morning hour, the | 14:58:12 |
| 6 | product name that Netlist has given was a hybrid DIMM, | 14:58:15 |
| 7 | and that was the product that only took the positive | 14:58:23 |
| 8 | characteristics of a DRAM and NAND together and was | 14:58:32 |
| 9 | going to come up with a new device. | 14:58:38 |
| 10 | Q    I'm going to mark a new exhibit. | 14:58:43 |
| 11 | INTERPRETER KO:  Interpreter speaking, I'd | 14:58:54 |
| 12 | like to re-render the witness's statement because that | 14:58:56 |
| 13 | has interpreter's error, so I would re-render the | 14:58:59 |
| 14 | previous answer. | 14:59:03 |
| 15 | The fact that our company's top priority | 14:59:04 |
| 16 | was the standardization effort was conveyed numerous | 14:59:09 |
| 17 | times to Netlist; however, as to what has been | 14:59:20 |
| 18 | explicitly expressed to Netlist in the years 2015 or | 14:59:26 |
| 19 | 2016, I am not sure. | 14:59:35 |
| 20 | BY MS. CHOY: | 14:59:38 |
| 21 | Q    Dr. Kim, let me know when you've had a | 14:59:43 |
| 22 | chance to review Exhibit 38, which has been stamped as | 14:59:45 |
| 23 | PX 38 bearing Bates numbers SEC009037. | 14:59:48 |
| 24 | A    Okay. | 15:00:06 |
| 25 | (Deposition Exhibit 38 was marked | 15:00:06 |

Page 97

```
1    STATE OF CALIFORNIA      )

2                             )  ss.

3    COUNTY OF LOS ANGELES    )

4              I, Vickie Blair, CSR No. 8940, RPR-CRR, in

5    and for the State of California, do hereby certify:

6              That, prior to being examined, the witness

7    named in the foregoing deposition was by me duly sworn

8    to testify as to the truth, the whole truth, and

9    nothing but the truth;

10             That said deposition was taken before me

11   at the time and place therein set forth, and was taken

12   down by me stenographically and thereafter transcribed

13   via computer-aided transcription under my direction and

14   is a true record of the testimony given;

15             I further certify I am neither counsel

16   for, nor related to, any party to said action, nor

17   interested in the outcome thereof;

18             IN WITNESS WHEREOF, I have hereto

19   subscribed my name this 11th day of August, 2021.

20

21

22

23

24

25        Vickie Blair, CSR No. 8940, RPR-CRR
```

Page 146