# EXHIBIT 61

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3                          ---oOo---
 4      NETLIST, INC.,     Case No.  820-CV-993-MCS (AVSX)
 5           Plaintiff,
 6      vs.
 7      SAMSUNG ELECTRONICS
 8      COMPANY LTD,
 9           Defendants.
10      _____/
11
12
13
14
15        VIDEOTAPED REMOTE DEPOSITION OF NEAL KNUTH
16                   (CONFIDENTIAL TRANSCRIPT)
17                 (FOR ATTORNEYS' EYES ONLY)
18
19       Taken before KIMBERLEY RICHARDSON, RPR, CCRR
20                       CSR No. 5915
21                     August 14, 2021
22
23
24
25
                                                       Page 1
```

```
 1        A.   I don't recall.
 2        Q.   Do you recall anyone, aside from Samsung's
 3   lawyers, ever telling you that Samsung was
 4   obligated to provide competitive pricing to
 5   Netlist for NAND and DRAM products under the JDLA?   09:54AM
 6        A.   No.  I did that anyway.
 7        Q.   When you say you did that anyway, you mean
 8   you provided competitive pricing for NAND and DRAM
 9   products to Netlist under the JDLA?  Is that what
10   you meant?                                           09:55AM
11             MR. MASTERS:  Object to form.
12             THE WITNESS:  Not under the JDLA.  Just as
13   normal business practice.
14   BY MR. BEST:
15        Q.   And you say not under the JDLA because you  09:55AM
16   viewed your sales to Netlist as not being bound by
17   the JDLA as you discussed earlier; is that right?
18        A.   Yes.
19        Q.   Did you understand that Netlist would buy
20   only Samsung's NAND and DRAM products?               09:55AM
21             MR. MASTERS:  Object to form.
22             THE WITNESS:  No.  I understood they could
23   buy from anyone.
24   BY MR. BEST:
25        Q.   Do you recall roughly when the JDLA went   09:56AM
```

Page 26

```
 1   BY MR. BEST:
 2       Q.  What do you understand a purchase order
 3   which you also discussed earlier to be in the
 4   context of Samsung's relationship with Netlist?
 5           MR. MASTERS:  Object to form.              09:58AM
 6           THE WITNESS:  A request to supply product.
 7   BY MR. BEST:
 8       Q.  Do you see any distinction between backlog
 9   and purchase orders in the context of the
10   relationship between Samsung and Netlist?          09:59AM
11           MR. MASTERS:  Object to form.
12           THE WITNESS:  I would not have backlog
13   without a purchase order.
14   BY MR. BEST:
15       Q.  How does backlog arise?                    09:59AM
16           MR. MASTERS:  Object to form.
17           THE WITNESS:  A customer has a request for
18   product.  I review that request.  And then I
19   either allow the purchase order to be entered
20   which becomes backlog or I reject the purchase     09:59AM
21   order based on support.
22   BY MR. BEST:
23       Q.  So is backlog then an approved purchase
24   order whereas a purchase order is not approved?
25           MR. MASTERS:  Object to form.              10:00AM
```

Page 28

```
 1    to the family of product SM.
 2    BY MR. BEST:
 3        Q.  Including the product that we referred to
 4    a moment ago SM863a?
 5        A.  Correct.                                    11:18AM
 6        Q.  Now, do you understand Mr. Yoo to be
 7    telling you here that Samsung management had not
 8    decided as of February 2017 whether it would
 9    supply these products to Netlist at any time
10    between then and June of 2017?                      11:18AM
11            MR. MASTERS:  Object to form.
12            THE WITNESS:  I believe at the time we had
13    other SM products, so without a more descriptive,
14    it's hard for me to tell.
15    BY MR. BEST:                                        11:19AM
16        Q.  Well, would you agree with me that Mr. Yoo
17    is telling you here that there has been no
18    decision yet whether to provide Netlist with any
19    product allocation of the SM product line between
20    this time and June of 2017?                         11:19AM
21            MR. MASTERS:  Object to form.
22            THE WITNESS:  Yes, I believe I got little
23    or no support of SM overall for all my customers.
24    BY MR. BEST:
25        Q.  Who in management do you understand to be   11:19AM
```

Page 60

| | | |
|---|---|---|
| 1 | A. Yes. | |
| 2 | Q. What does it mean for a purchase order to | |
| 3 | be confirmed? | |
| 4 | MR. MASTERS: Object to form. | |
| 5 | THE WITNESS: That would mean I have | 12:02PM |
| 6 | enough PA to cover that PO. I would get a PO, | |
| 7 | check PA. If it wasn't enough, I would make the | |
| 8 | decision to have the PO entered and hopefully | |
| 9 | later get PA or reject the PO there because I | |
| 10 | didn't have PA. | 12:03PM |
| 11 | BY MR. BEST: | |
| 12 | Q. And just to clarify, when you say "if it | |
| 13 | wasn't enough," you meant that if the product | |
| 14 | allocation wasn't enough to cover the amount | |
| 15 | requested by the PO you would make the decision | 12:03PM |
| 16 | whether or not to enter or reject the PO; correct? | |
| 17 | MR. MASTERS: Object to form. | |
| 18 | THE WITNESS: Correct, based on my | |
| 19 | experience. | |
| 20 | BY MR. BEST: | 12:03PM |
| 21 | Q. What is confirmed backlog? | |
| 22 | MR. MASTERS: Object to form. | |
| 23 | THE WITNESS: Confirm backlog would | |
| 24 | actually have PA already before I put the order in | |
| 25 | or at a later date would get PA to match. | 12:04PM |

Page 76

```
 1   earlier; correct?
 2        A.   Yes.
 3        Q.   Now, a couple of sentences later you write
 4   "In July our backlog is very limited for Netlist,
 5   and I am rejecting new orders as they will buy          02:01PM
 6   Samsung from other sources."
 7        Do you see that?
 8        A.   Yes.
 9        Q.   So at this time in July of 2017, you were
10   rejecting purchase orders made by Netlist to           02:02PM
11   Samsung for memory products; correct?
12        A.   I don't recall, but that's what it says,
13   yes.
14        Q.   And does that in general conform with --
15   well, withdrawn.                                       02:02PM
16        You also indicate at the end of this
17   e-mail "I am afraid Netlist will buy from SEA and
18   other branch possible also.  I have rejected over
19   $10 million of business for Q3 already."
20        Do you see that?                                  02:02PM
21        A.   Yes.
22        Q.   Who is SEA in that sentence?
23        A.   Samsung Electronics America, I believe.
24        Q.   What is the relationship between Samsung
25   Electronics America and SSI where you worked at        02:03PM
```

Page 117

```
 1   this time?
 2           MR. MASTERS:  Object to form.
 3           THE WITNESS:  Sister division.  They were
 4   in charge of our branded products.
 5   BY MR. BEST:                                          02:04PM
 6      Q.  And when you say "branded products," what
 7   do you mean by that?
 8      A.  They sold similar products with the
 9   Samsung brand.  But they did not sell DRAM, but
10   they did have access to SSD.                          02:04PM
11      Q.  And when you say they sold similar
12   products, do you mean SEA sold similar products?
13      A.  Yes.
14      Q.  Why were you afraid that Netlist could buy
15   from SEA instead of SSI?                              02:05PM
16      A.  I would lose revenue.
17      Q.  If you would, please, turn to the -- well,
18   I'm going to look at the e-mail that begins at the
19   bottom of the preceding page 5294 and that ends at
20   the page you were just looking at 5295.               02:05PM
21           This was an e-mail you sent once again to
22   Mr. Lee and others at Samsung dated July 7,
23   2016 -- sorry, 2017; correct?
24      A.  I'm sorry.  You said Mr. Who?
25      Q.  Mr. Daniel Lee of Samsung and others at       02:06PM
```

Page 118

```
 1                THE WITNESS:  Yes.
 2     BY MR. BEST:
 3         Q.  Now, did there -- you can set this aside.
 4             Did there come a time when you learned
 5     that Netlist was trying to find other non Samsung          02:09PM
 6     sources for the NAND and DRAM products that
 7     Samsung was not supplying to Netlist?
 8         A.  Yes.
 9         Q.  Did you ever hear from Netlist that if
10     Samsung failed to supply those products Netlist           02:09PM
11     would lose some of its own customers?
12         A.  I don't recall those messages.
13             MR. BEST:  Can we have the document up
14     that we believe was previously been marked as
15     Plaintiff's Exhibit 63 beginning SEC626735.               02:10PM
16             (Plaintiff's Exhibit No. 63 previously
17             marked for Identification.)
18     BY MR. BEST:
19         Q.  Please take a look, and when you're ready,
20     I'll have some questions about it.                        02:10PM
21         A.  Is this a new document?
22         Q.  It should be marked new in the sense that
23     you've probably not seen it before during this
24     deposition.
25         A.  I'm sorry, what's the exhibit number?             02:10PM
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    imposed careful monitoring over your ability to
 2    supply Netlist with products?
 3            MR. MASTERS:  Object to form.
 4            THE WITNESS:  I can't recall the time
 5    frame.                                              02:32PM
 6    BY MR. BEST:
 7        Q.  Do you recall Samsung management ever
 8    carefully monitoring your ability to provide
 9    products to Netlist?
10            MR. MASTERS:  Object to form.              02:32PM
11            THE WITNESS:  Yes.
12    BY MR. BEST:
13        Q.  You can set this document aside.
14            Would you agree with me that in Samsung's
15    view perhaps this is DSK's view in July '17 that   02:33PM
16    Samsung wanted to avoid doing business with
17    Netlist?
18            MR. MASTERS:  Object to form.
19            THE WITNESS:  No.  I still had an
20    allocation.                                        02:33PM
21    BY MR. BEST:
22        Q.  Did Samsung express -- withdrawn.
23            Was it Samsung's view that in July of 2017
24    that they wanted to avoid doing business with
25    Netlist as much as possible?                       02:33PM
```

Page 132

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              MR. MASTERS:  Object to form.
 2              THE WITNESS:  I had a allocation limit in
 3     a very tight market.
 4     BY MR. BEST:
 5          Q.  And do you think that allocation limit          02:34PM
 6     meant that Samsung wanted to avoid doing business
 7     with Netlist as much as possible?
 8              MR. MASTERS:  Object to form.
 9              THE WITNESS:  I don't know.
10              MR. BEST:  Please pull up the next exhibit     02:34PM
11     which I think has previously been marked
12     Plaintiff's 71.
13              MS. CHOY:  What's the Bates number for
14     that?
15              MR. BEST:  Yeah, sure, it starts              02:35PM
16     SEC060327.
17              MS. CHOY:  Hang on a second.  PX148, so
18     Exhibit 148, Mr. Knuth.
19              MR. MASTERS:  Counsel, after you're done
20     questioning on this document, I would like to ask    02:35PM
21     for a break.  We've been going over an hour, I
22     think.
23              MR. BEST:  Yes, that would be fine.
24              MS. CHOY:  I'm sorry, it was previously
25     marked as 71.                                         02:36PM
```

Page 133

```
 1    BY MR. BEST:
 2         Q.   Sure.   Is this an example of Netlist
 3    telling you that it was losing business
 4    opportunities as a consequence of not being
 5    allocated all of the products from Samsung that it        03:19PM
 6    had requested?
 7              MR. MASTERS:   Form.
 8              THE WITNESS:   This is a constant battle
 9    that I fought back in that time frame, yes.
10    BY MR. BEST:                                              03:19PM
11         Q.   And it's a battle between who and whom?
12         A.   Fighting for more product allocation.
13         Q.   You were -- withdrawn.
14              Just so I'm sure that I understand what
15    you're saying, you're saying in and around that           03:20PM
16    time you were fighting a battle with Samsung to
17    obtain product allocation for your customers;
18    correct?
19              MR. MASTERS:   Object to form.
20              THE WITNESS:   Those were my customers.         03:20PM
21    BY MR. BEST:
22         Q.   And I have no doubt you were doing your
23    best in that regard, but Netlist is telling you
24    here something.   Withdrawn.
25              Netlist is saying we are losing business        03:20PM
```

| | |
|---|---|
| 1 | opportunities in consequence of Samsung's failure |
| 2 | to provide the product that you were battling for |
| 3 | them to get from Samsung; correct? |
| 4 |       MR. MASTERS: Object to form. |
| 5 |       THE WITNESS: Yes.   03:21PM |
| 6 | BY MR. BEST: |
| 7 |   Q. On the next page ending in 702, there's a |
| 8 | slide showing "Purchase History." |
| 9 |     Do you see that? |
| 10 |   A. Can you repeat the question, please?   03:22PM |
| 11 |   Q. Yes, of course. This page is a slide |
| 12 | entitled "Purchase History"; correct? |
| 13 |   A. Yes. |
| 14 |   Q. And like one of the graphs we looked at |
| 15 | earlier, along the bottom or X axis time is listed   03:22PM |
| 16 | preceding forward, in this case from the first |
| 17 | quarter of 2017 to the fourth quarter of 2017; is |
| 18 | that right? |
| 19 |       MR. MASTERS: Object to form. |
| 20 |       THE WITNESS: That is how I read this,   03:23PM |
| 21 | yes. |
| 22 | BY MR. BEST: |
| 23 |   Q. And the subtitle for this slide at the top |
| 24 | of the graph says "2017 Samsung Purchases"; |
| 25 | correct?   03:23PM |

Page 150

```
 1              Do you see that?
 2       A.   Yes.
 3       Q.   Does that accord with your understanding
 4  of what actually occurred as we've been discussing
 5  today?                                                  04:33PM
 6            MR. MASTERS:  Form.
 7            THE WITNESS:  It matches the other graph
 8  that we saw.
 9  BY MR. BEST:
10       Q.   And he goes on to say "Then in January of   04:34PM
11  2018, Samsung stopped shipments altogether.  These
12  drastic changes have impacted our business and
13  impacted our ability to support our consumers" --
14  "our customers."
15            Do you see that?                              04:34PM
16       A.   Yes.
17       Q.   So as of February 2018, Netlist was
18  expressing its understanding that Samsung had
19  stopped supplying NAND and DRAM products to them;
20  correct?                                                04:34PM
21            MR. MASTERS:  Object to form.
22            THE WITNESS:  I only remember one month,
23  February of 2018, that I had no shipments.
24  BY MR. BEST:
25       Q.   And Netlist expressed its understanding      04:35PM
```

Page 178

```
 1      Q.   What did you mean when you said, "We have
 2   zero support on these?  How do we get PA from
 3   zero?"
 4      A.   I booked orders for Netlist and others
 5   with product allocation.  That product -- I get a      04:57PM
 6   weekly update, and that weekly update showed zero,
 7   and I was asking "How does my PA just disappear?"
 8      Q.   Did you ever receive a response telling
 9   you why your product allocation disappeared?
10      A.   Did I ever receive a response?  No.           04:58PM
11      Q.   You say here at the end of this message
12   "We have to get minimum support at least?"
13           Do you see that?
14      A.   Yes.
15      Q.   Why in your view did you need to get           04:58PM
16   minimum support for Netlist at least?
17           MR. MASTERS:  Object to form.
18           THE WITNESS:  Because I had PA.
19   BY MR. BEST:
20      Q.   How was the fact that you had PA related      04:59PM
21   to why you had to get minimum support at least for
22   Netlist?
23           MR. MASTERS:  Object to form.
24           THE WITNESS:  Because I had backlog for
25   Netlist and others.  It's my job to fight for PA.     05:00PM
```

Page 190

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    BY MR. BEST:
 2         Q.   And for some reason Samsung is not
 3    providing you with PA to Netlist at this time;
 4    correct?
 5         A.   Netlist, Smart, SET and others.           05:00PM
 6         Q.   Why was that?
 7         A.   I don't know how the allocation works.
 8         Q.   Aside from this message to Mr. Lee, did
 9    you ask anyone why your product allocation for
10    Netlist and others had been zeroed out?             05:01PM
11             MR. MASTERS:  Object to form.
12             THE WITNESS:  It's a normal occurrence for
13    salespeople.
14    BY MR. BEST:
15         Q.   Well, that's as may be, but that doesn't  05:01PM
16    really ask the question that I asked, so I'm going
17    to try it again.  Withdrawn.
18             Aside from this message to Mr. Lee, did
19    you ask anyone why your product allocation for
20    Netlist and others had been zeroed out at this      05:01PM
21    time?
22             MR. MASTERS:  Object to form.
23             THE WITNESS:  After 20 years, I just --
24    what I deal with.
25    BY MR. BEST:                                        05:02PM
```

Page 191

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                REPORTER'S CERTIFICATE
 2
 3
 4          I, KIMBERLEY RICHARDSON, a Shorthand
 5    Reporter, State of California, do hereby certify:
 6          That NEAL KNUTH, in the foregoing
 7    deposition named, was present and by me sworn as a
 8    witness in the above-entitled action at the time
 9    and place therein specified;
10          That said deposition was taken before me at
11    said time and place, and was taken down in
12    shorthand by me, a Certified Shorthand Reporter of
13    the State of California, and was thereafter
14    transcribed into typewriting, and that the
15    foregoing transcript constitutes a full, true and
16    correct report of said deposition and of the
17    proceedings that took place;
18          IN WITNESS WHEREOF, I have hereunder
19    subscribed in my hand this 16th day of August
20    2021.
21
22
23

24          KIMBERLEY RICHARDSON, CSR No. 5915
25          State of California
```

Page 204