# EXHIBIT 62

```
 1              UNITED STATES DISTRICT COURT
 2             SOUTHERN DISTRICT OF CALIFORNIA
 3
 4
 5
 6   NETLIST, INC.,                       )
                                          )
 7        Plaintiff,                      )
                                          ) Case No.
 8        vs.                             ) 8:20-cv-00993
                                          ) MCS-DFM
 9   SAMSUNG ELECTRONICS, CO.,            )
     LTD.,                                )
10                                        )
          Defendant.                      )
11   _____)
12
13       REMOTE VIDEOCONFERENCE AND VIDEO-RECORDED
14              DEPOSITION OF RAYMOND JIANG
15
16            Taken on Sunday, August 8, 2021
17                    At 10:32 a.m.
18
19           WITNESS APPEARING REMOTELY FROM
20                   Las Vegas, Nevada
21
22
23   Reported By: Gale Salerno, RMR, RVR-MS
24   Nevada CCR No. 542, California CSR No. 12375
25   Job No. 4736188
```

Page 1

```
 1    that is being qualified.                                01:25
 2         Q.   So based on your understanding, it's          01:25
 3    possible for a customer to be qualified for multiple    01:25
 4    products; is that right?                                01:25
 5              MR. LaMAGNA:   Objection.  Calls for          01:25
 6    speculation.                                            01:25
 7              THE WITNESS:   Again, it really depends.      01:25
 8    BY MR. LEE:                                             01:25
 9         Q.   But you've seen it before because the         01:25
10    salespeople told you?                                   01:25
11         A.   I've seen it before.                          01:26
12         Q.   Do you have a sense of how common that is?    01:26
13         A.   I don't think it's common.                    01:26
14         Q.   But you don't know?                           01:26
15         A.   But I don't know.                             01:26
16         Q.   It's not your area of expertise?              01:26
17         A.   That's right.                                 01:26
18         Q.   So have you ever had a situation in which     01:26
19    you couldn't get a Samsung product, but the customer    01:26
20    happened to be qualified for multiple products so you   01:26
21    covered with something else?                            01:26
22              MR. LaMAGNA:   I'm sorry, I'll just object    01:26
23    to form.                                                01:26
24    BY MR. LEE:                                             01:26
25         Q.   You can answer.                               01:26
```

```
 1       A.   Okay.  Again, it's not something I would        01:26
 2  know.  But I actually, you know, there were cases         01:27
 3  where that happened.                                      01:27
 4       Q.   Can you -- go ahead.  Sorry.  I'll let you      01:27
 5  finish.                                                   01:27
 6       A.   I'm done, sorry.                                01:27
 7       Q.   Can you describe those cases for me?            01:27
 8       A.   Again, I don't recall the details of them.      01:27
 9  But I know there was one or two instances where we        01:27
10  worked with the customer.  And, you know, worst case,     01:27
11  you cannot get Samsung, this is another part that you     01:27
12  can try to find.  So that has happened before.            01:27
13       Q.   So you got them something else?                 01:27
14       A.   I don't know if we were able to get them        01:27
15  something else.  But that -- that was something --        01:27
16  that's something that actually happened.  I don't         01:27
17  recall whether we were able to find what they need.       01:28
18       Q.   What's the customer's reaction?                 01:28
19            MR. LaMAGNA:  Objection.  Calls for             01:28
20  speculation.  Lacks foundation.                           01:28
21            THE WITNESS:  Again, I'm not a salesperson,     01:28
22  right?  So I would not know what the reaction from        01:28
23  the customer.                                             01:28
24            But from what I was told, they were             01:28
25  definitely not happy about that we're not able to         01:28
```

Page 79

```
 1                CERTIFICATE OF REPORTER
 2           I, the undersigned, a Certified Shorthand
 3   Reporter of the State of Nevada, do hereby certify:
 4           That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were duly sworn; that a record
 8   of the proceedings was made by me using machine
 9   shorthand which was thereafter transcribed under my
10   direction; that the foregoing transcript is a true
11   record of the testimony given to the best of my
12   ability.
13           Further, that before completion of the
14   proceedings, review of the transcript [ X ] was
15   [  ] was not requested pursuant to NRCP 30(e).
16           I further certify I am neither financially
17   interested in the action, nor a relative or employee
18   of any attorney or party to this action.
19           IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated: August 9, 2021
23
24
             GALE SALERNO, RMR, RVR-MS, CCR #542
25
```

Page 241