# EXHIBIT 63

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3                      SOUTHERN DIVISION
 4
 5    NETLIST INC., a Delaware       )
      corporation,                   ) Case No.:
 6                                   ) 8:20-cv-993-MCS-DFM
                 Plaintiff,          )
 7                                   ) Pages 1 to 149
           v.                        )
 8                                   )
      SAMSUNG ELECTRONICS CO.,       )
 9    LTD., a Korean corporation,    )
                                     )
10               Defendant.          )
      _____)
11
12
13        *** CONFIDENTIAL -- ATTORNEYS' EYES ONLY ***
14                      DEPOSITION OF:
15                 STEVEN CHRISTOPHER METZ
16                 FRIDAY, AUGUST 6, 2021
17                      10:08 a.m.
18
19
20    REPORTED BY:
21    Vickie Blair
22    CSR No. 8940, RPR-CRR
23    JOB NO. 4743983
24
25    PAGES 1 - 152
```

Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A     Yeah. | 10:15:35 |
| 2 | Q     Am I pronouncing that right, by the way? | 10:15:35 |
| 3 | I'm actually not sure. | 10:15:39 |
| 4 | A     Yeah, that's how I -- that's what I called | 10:15:41 |
| 5 | him. | 10:15:42 |
| 6 | Q     Okay. | 10:15:42 |
| 7 | A     But I was his boss, so he might not have | 10:15:42 |
| 8 | corrected me, I don't know. | 10:15:47 |
| 9 | Q     Fair enough. | 10:15:47 |
| 10 | What was the purpose of the meetings that | 10:15:48 |
| 11 | occurred with Netlist at which you attended? | 10:15:50 |
| 12 | MR. MASTERS:  Object as to form.  Vague | 10:15:53 |
| 13 | and ambiguous. | 10:15:58 |
| 14 | THE WITNESS:  Yeah, they were just | 10:15:58 |
| 15 | customer, so customer meetings. | 10:16:00 |
| 16 | BY MR. BEST: | 10:16:02 |
| 17 | Q     And what would take place in those | 10:16:02 |
| 18 | meetings? | 10:16:11 |
| 19 | A     Discussions on backlog, customers, plans | 10:16:05 |
| 20 | for sales, standard customer meetings. | 10:16:10 |
| 21 | Q     What do you mean by "backlog" in that | 10:16:15 |
| 22 | context? | 10:16:18 |
| 23 | A     If they had placed orders against Samsung | 10:16:22 |
| 24 | for product, that's backlog purchase orders. | 10:16:24 |
| 25 | Q     So do you mean by that that every purchase | 10:16:28 |

| | | |
|---|---|---|
| 1 | order was considered backlog or do you mean something | 10:16:32 |
| 2 | else? | 10:16:43 |
| 3 |     A    No, I mean backlog was the purchase orders | 10:16:43 |
| 4 | that they had tried to place. | 10:16:45 |
| 5 |         (Phone interruption.) | 10:16:45 |
| 6 |         THE WITNESS:  I'm sorry, guys. | 10:16:55 |
| 7 | BY MR. BEST: | 10:16:56 |
| 8 |     Q    Sure. | 10:16:56 |
| 9 |         Who else at Samsung are you aware of who | 10:16:57 |
| 10 | took part in those discussions with Netlist? | 10:16:59 |
| 11 |     A    Usually that -- just Neal in my | 10:17:07 |
| 12 | discussions. | 10:17:10 |
| 13 |         You guys might have dropped off. | 10:17:12 |
| 14 |         MS. SAMIENTO:  Counsel, Masters actually | 10:17:16 |
| 15 | dropped off, just wanted to let everybody know. | 10:17:18 |
| 16 |         MR. BEST:  Okay.  Well, we should pause | 10:17:20 |
| 17 | then. | 10:17:22 |
| 18 |         THE WITNESS:  Okay. | 10:17:22 |
| 19 |         VIDEOGRAPHER MACDONELL:  So do you want to | 10:17:26 |
| 20 | go off the record? | 10:17:34 |
| 21 |         MR. BEST:  Yeah, I think so. | 10:17:29 |
| 22 |         VIDEOGRAPHER MACDONELL:  Thanks. | 10:17:31 |
| 23 |         We're off the record.  It's 10:17 a.m. | 10:17:31 |
| 24 |         (Discussion held off the record.) | 10:17:48 |
| 25 |         VIDEOGRAPHER MACDONELL:  We're back on the | 10:22:08 |

Page 12

```
 1                and future business, close quote.           12:44:26
 2                Do you see that?                            12:44:30
 3        A       Yep, I do see that.                         12:44:30
 4        Q       So it's fair to say you understood at --    12:44:33
 5   in May of 2017, that Samsung was nearly 100 percent of   12:44:35
 6   Netlist's support; correct?                              12:44:40
 7        A       That's what the email says.                 12:44:49
 8        Q       And you have no reason to believe that's    12:44:50
 9   incorrect; fair?                                         12:44:53
10        A       No.                                         12:44:55
11        Q       Sorry, multiple negatives, so I'll ask it   12:44:55
12   in the positive.                                         12:44:59
13                Would you agree that you understood at      12:45:00
14   this time that Samsung was nearly 100 percent of         12:45:03
15   Netlist's support?                                       12:45:09
16                MR. MASTERS:  Objection.  Foundation.       12:45:10
17   Speculation.                                             12:45:13
18                THE WITNESS:  From the email, I -- I        12:45:13
19   would -- so it was my impression that we were nearly a   12:45:20
20   hundred percent of their support.                        12:45:24
21   BY MR. BEST:                                             12:45:25
22        Q       And nearly 100 percent of their revenue;    12:45:26
23   correct?                                                 12:45:29
24                MR. MASTERS:  Same objections.              12:45:29
25                THE WITNESS:  I don't believe that was the  12:45:30
```

```
1    case, actually.  I don't know that to be the case.        12:45:36
2    BY MR. BEST:                                              12:45:40
3         Q    So, when you said, quote, "Samsung is           12:45:40
4    nearly 100 percent of their support and revenue," close   12:45:43
5    quote, what did you mean by "and revenue"?                12:45:46
6         A    Hmm.                                            12:45:49
7              MR. MASTERS:  Same objections.                  12:45:50
8              THE WITNESS:  I -- yeah, I don't -- hmm,        12:45:54
9    memory resale revenue, is what I would be referring to.   12:45:57
10   BY MR. BEST:                                              12:46:01
11        Q    And Samsung, it was your understanding,         12:46:02
12   was nearly 100 percent of that revenue stream; correct?   12:46:05
13             MR. MASTERS:  Same objections.                  12:46:09
14             THE WITNESS:  Yeah, that was my                 12:46:11
15   impression.                                               12:46:14
16   BY MR. BEST:                                              12:46:14
17        Q    And when it was shown to be the case that       12:46:19
18   Samsung had zero allocation in Q3 to support that         12:46:24
19   Netlist, you understood that that would have a dramatic   12:46:29
20   impact on their financials and future business;           12:46:33
21   correct?                                                  12:46:36
22             MR. MASTERS:  Same objections.                  12:46:36
23             THE WITNESS:  Given the -- yeah, given          12:46:37
24   these assumptions, yes.                                   12:46:42
25   ///                                            ///
```

Page 92

```
 1       Q    Got it.                                           13:00:43
 2            Now, the next line says, for Netlist,             13:00:44
 3    quote (as read):                                          13:00:45
 4                 Sales limited to 500,000K, dollars,          13:00:45
 5            per month per SEC request.  Netlist               13:00:49
 6            management requesting support to                  13:00:55
 7            approximately $4 million per month, close         13:00:57
 8            quote.                                            13:00:59
 9            Do you see that?                                  13:00:59
10       A    Uh-huh.                                           13:00:59
11       Q    So, at this time in June of 2017, Netlist         13:01:00
12    management was requesting about $4 million per month of   13:01:07
13    products to be supplied from Samsung; correct?            13:01:09
14       A    That would be the -- if that's what I             13:01:13
15    wrote, then yes.                                          13:01:18
16            MR. MASTERS:  Belated objection.                  13:01:19
17    Foundation.  Speculation.  Object to form.                13:01:20
18    BY MR. BEST:                                              13:01:25
19       Q    But, at this time, Samsung had ordered            13:01:25
20    supply of products to Netlist to be limited to five       13:01:28
21    thou- -- $500,000 per month; correct?                     13:01:32
22            MR. MASTERS:  Same objections.                    13:01:34
23            THE WITNESS:  At that time, per my email,         13:01:34
24    that's how I would interpret this.                        13:01:36
25    ///                                                ///
```

Page 103

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | and whether you're talking about Flash and/or DRAM. | 13:02:51 |
| 2 | BY MR. BEST: | 13:02:55 |
| 3 | Q   So let's assume that I mean both Flash and | 13:02:55 |
| 4 | DRAM, and that I mean $4 million per month, and I'll | 13:02:59 |
| 5 | ask the question:  Can you identify any other firms | 13:03:06 |
| 6 | that were seeking to purchase similar volumes of | 13:03:08 |
| 7 | similar products as Netlist was whom Samsung rationed | 13:03:11 |
| 8 | or eliminated their supply in this time frame? | 13:03:16 |
| 9 | MR. MASTERS:  Objection.  Asked and | 13:03:20 |
| 10 | answered.  Vague and ambiguous.  Lacks foundation. | 13:03:24 |
| 11 | Calls for speculation.  Object to form. | 13:03:25 |
| 12 | THE WITNESS:  At that point in time, we | 13:03:32 |
| 13 | received requests from lots of potential customers that | 13:03:35 |
| 14 | wanted to buy product. | 13:03:39 |
| 15 | BY MR. BEST: | 13:03:39 |
| 16 | Q   And did you refuse to sell those products | 13:03:39 |
| 17 | to those customers? | 13:03:47 |
| 18 | MR. MASTERS:  Same objections. | 13:03:49 |
| 19 | THE WITNESS:  They -- they weren't | 13:03:50 |
| 20 | customers, so, yeah, I mean, we -- we got quotes, | 13:03:53 |
| 21 | people had requested to buy product from Samsung all | 13:03:58 |
| 22 | the time. | 13:04:01 |
| 23 | BY MR. BEST: | 13:04:01 |
| 24 | Q   And did any of those companies to which | 13:04:01 |
| 25 | you're referring have an agreement such as the joint | 13:04:03 |

Page 105

```
 1              close quotes.                                    14:04:34
 2              Do you see that?                                 14:04:36
 3       A      Uh-huh.                                          14:04:36
 4       Q      What would be an authorized reseller in          14:04:36
 5   this context?                                               14:04:39
 6              MR. MASTERS:  Foundation.  Speculation.          14:04:41
 7   BY MR. BEST:                                                14:04:44
 8       Q      Well, this is an email you wrote, so just        14:04:44
 9   to be clear what my question is, what did you mean by       14:04:46
10   authorized reseller in this context?                        14:04:49
11              MR. MASTERS:  Same objections.                   14:04:51
12              THE WITNESS:  My intent was all of our OEM       14:04:55
13   customers that were not distributors were referred to       14:04:58
14   as authorized resellers.                                    14:05:01
15   BY MR. BEST:                                                14:05:06
16       Q      And so what was the larger issue                 14:05:12
17   concerning the fact that Netlist would continue to sell     14:05:15
18   Samsung products as an authorized reseller?                 14:05:19
19              MR. MASTERS:  Same objections.                   14:05:23
20              THE WITNESS:  They were going to buy             14:05:23
21   product somewhere else.                                     14:05:26
22   BY MR. BEST:                                                14:05:28
23       Q      And why was that an issue?                       14:05:29
24       A      Because it wouldn't be our team's revenue.       14:05:32
25       Q      Now, you indicate in the next line that in       14:05:35
```

Page 127

| | | |
|---|---|---|
| 1 | lieu of Samsung selling products to Netlist, Netlist, | 14:05:44 |
| 2 | quote, (as read): | 14:05:48 |
| 3 | ...will procure product through the | 14:05:49 |
| 4 | open markets in Taiwan, Hong Kong, and | 14:05:50 |
| 5 | most likely the branded group for SSD, | 14:05:54 |
| 6 | close quote. | 14:05:59 |
| 7 | Do you see that? | 14:06:01 |
| 8 | A    Yep. | 14:06:01 |
| 9 | Q    What did you mean by "branded group" in | 14:06:01 |
| 10 | this context? | 14:06:03 |
| 11 | A    I meant we had a branded group that was | 14:06:04 |
| 12 | managed out of New Jersey that sold very -- the same | 14:06:08 |
| 13 | products with different part numbers, and Netlist could | 14:06:13 |
| 14 | have bought from that group and resold the product. | 14:06:18 |
| 15 | Q    And what was the branded group?  What did | 14:06:25 |
| 16 | that mean? | 14:06:27 |
| 17 | A    I don't understand the question.  It | 14:06:29 |
| 18 | was -- it was a different entity that sold SSDs. | 14:06:34 |
| 19 | Q    It was a different Samsung associated | 14:06:38 |
| 20 | entity? | 14:06:42 |
| 21 | A    Yeah, it was a different legal entity of | 14:06:42 |
| 22 | Samsung that sold branded product. | 14:06:45 |
| 23 | Q    I see. | 14:06:47 |
| 24 | And so what did you mean by "procure on | 14:06:53 |
| 25 | the open markets" in the context of this message? | 14:06:56 |

Veritext Legal Solutions
866 299-5127

Ex. 63

| | | |
|---|---|---|
| 1 | A  They would buy parts in Taiwan or Hong | 14:06:59 |
| 2 | Kong or from the branded group. | 14:07:01 |
| 3 | Q  And the price that they would pay for | 14:07:05 |
| 4 | those products would be set by whatever Netlist would | 14:07:10 |
| 5 | have to pay to outcompete other buyers for those | 14:07:12 |
| 6 | products; correct? | 14:07:15 |
| 7 | MR. MASTERS:  Objection.  Object to form. | 14:07:17 |
| 8 | Lacks foundation.  Calls for speculation. | 14:07:19 |
| 9 | THE WITNESS:  Yeah, I mean they would have | 14:07:23 |
| 10 | to pay whatever they would have to pay to get the | 14:07:25 |
| 11 | product. | 14:07:28 |
| 12 | BY MR. BEST: | 14:07:28 |
| 13 | Q  So you understood that Netlist would have | 14:07:33 |
| 14 | to obtain products from other sellers at those sellers' | 14:07:35 |
| 15 | prices to cover what Samsung did not supply to them; | 14:07:38 |
| 16 | correct? | 14:07:41 |
| 17 | MR. MASTERS:  Object to form. | 14:07:41 |
| 18 | THE WITNESS:  That was not implied even in | 14:07:47 |
| 19 | this email.  It was about product; that was -- it | 14:07:50 |
| 20 | wasn't about price. | 14:07:55 |
| 21 | BY MR. BEST: | 14:07:59 |
| 22 | Q  You can set this one aside. | 14:08:02 |
| 23 | And can we mark tab 14 as the next | 14:08:04 |
| 24 | exhibit. | 14:08:07 |
| 25 | A  So now we got exhibit -- we're going to | 14:08:23 |

Page 129

```
 1   STATE OF CALIFORNIA     )
 2                           )  ss.
 3   COUNTY OF LOS ANGELES   )
 4              I, Vickie Blair, CSR No. 8940, RPR-CRR, in
 5   and for the State of California, do hereby certify:
 6              That, prior to being examined, the witness
 7   named in the foregoing deposition was by me duly sworn
 8   to testify as to the truth, the whole truth, and
 9   nothing but the truth;
10              That said deposition was taken before me
11   at the time and place therein set forth, and was taken
12   down by me stenographically and thereafter transcribed
13   via computer-aided transcription under my direction and
14   is a true record of the testimony given;
15              I further certify I am neither counsel
16   for, nor related to, any party to said action, nor
17   interested in the outcome thereof;
18              IN WITNESS WHEREOF, I have hereto
19   subscribed my name this 7th day of August, 2021.
20
21
22
23
24
                 [signature: Vickie Blair]
25              Vickie Blair, CSR No. 8940, RPR-CRR
```

Page 149