# EXHIBIT 64

| | |
|---|---|
| **From:** | Harrison Jin <hgene@netlist.com> |
| **Sent:** | Tue, 22 Aug 2017 22:14:39 -0400 (EDT) |
| **To:** | Paik Ki Hong <pkhong@netlist.com>; Raymond Jiang <rjiang@netlist.com>; "SS Product Team" <ssb@netlist.com> |
| **Cc:** | Sebastian Lee <SLee@netlist.com>; Ji Bum Kim <jbkim@netlist.com>; "Harrison Jin" <hgene@netlist.com> |
| **Subject:** | RE: 8Gb DDP DDR3 DRAM |

DDR3 16GB VLP is very spot order. Only one customer needs 10Kpcs. We have support 3.8K. the balance 6.4Kpcs opportunities is LT.
Samsung DRAM base VLP qualification is not big issue. Customer can accept it easily but Samsung 8Gb x4 DDP allocation is 6wks. But we could not get how many can be asked.
It is one of issues. I am checking forecast with GC now. How many q'ty can be estimated such as How many is monthly forecast for another customer
I can review DDR3 DDP sourcing after GC forecast updated.
Next year VLP may be changed to DDR4 VLP. So revenue goal is planned with DDR4 VLP. It also support Gooxi demands.

| Row Labels | Sum of 1Q 17 | Sum of 2Q 17 | Sum of 3Q 17 A | Sum of 3Q 17 | Sum of Q4 17 | Sum of Q1 18 | Sum of Q2 18 | Sum of Q3 18 | Sum of Q4 18 |
|---|---|---|---|---|---|---|---|---|---|
| **CEC Global** | **$0** | **$0** | **$0** | **$67,050** | **$248,100** | **$419,100** | **$620,250** | **$620,250** | **$620,250** |
| SS RD 16GB | $0 | $0 | $0 | $23,550 | $47,100 | $47,100 | $117,750 | $117,750 | $117,750 |
| SS RD 32GB | $0 | $0 | $0 | $43,500 | $87,000 | $87,000 | $217,500 | $217,500 | $217,500 |
| SSD | $0 | $0 | $0 | $0 | $114,000 | $285,000 | $285,000 | $285,000 | $285,000 |
| **Celestica** | **$24,103** | **$243,304** | **$19,380** | **$229,455** | **$710,706** | **$847,859** | **$980,781** | **$1,113,703** | **$1,113,703** |
| Flash | $0 | $0 | $0 | $49,613 | $49,613 | $92,265 | $92,265 | $92,265 | $92,265 |
| SS RD 16GB | $23,039 | $157,804 | $0 | $0 | $55,938 | $55,938 | $83,906 | $111,875 | $111,875 |
| SS RD 32GB | $0 | $0 | $0 | $39,375 | $157,500 | $252,000 | $252,000 | $252,000 | $252,000 |
| SS RD 64GB | $0 | $0 | $0 | $9,542 | $91,750 | $91,750 | $91,750 | $91,750 | $91,750 |
| SS RD 8GB | $1,064 | $85,500 | $19,380 | $130,925 | $355,906 | $355,906 | $460,859 | $565,813 | $565,813 |
| **Cyber World** | **$0** | **$36,750** | **$0** | **$39,840** | **$223,680** | **$295,680** | **$295,680** | **$295,680** | **$379,680** |
| SS RD 16GB | $0 | $0 | $0 | $11,360 | $22,720 | $22,720 | $22,720 | $22,720 | $22,720 |
| SS RD 32GB | $0 | $0 | $0 | $22,400 | $44,800 | $44,800 | $44,800 | $44,800 | $44,800 |
| SS RD 8GB | $0 | $0 | $0 | $6,080 | $12,160 | $12,160 | $12,160 | $12,160 | $12,160 |
| SSD | $0 | $36,750 | $0 | $0 | $144,000 | $216,000 | $216,000 | $216,000 | $300,000 |
| (blank) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Gooxi** | **$0** | **$0** | **$0** | **$40,125** | **$55,125** | **$121,000** | **$242,000** | **$242,000** | **$403,500** |
| NL RDIMM | $0 | $0 | $0 | $19,375 | $11,625 | $38,750 | $77,500 | $77,500 | $155,000 |
| SS RD 16GB | $0 | $0 | $0 | $0 | $25,200 | $42,000 | $84,000 | $84,000 | $168,000 |
| SS RD 8GB | $0 | $0 | $0 | $20,750 | $18,300 | $40,250 | $80,500 | $80,500 | $80,500 |
| **Great Chin** | **$282,175** | **$2,080** | **$874,314** | **$555,763** | **$1,008,664** | **$1,144,339** | **$1,208,177** | **$1,252,352** | **$1,362,789** |
| eMMC | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Flash | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| NL RDIMM | $0 | $0 | $660,424 | $136,625 | $422,500 | $422,500 | $448,875 | $448,875 | $448,875 |
| SS RD 16GB | $282,175 | $2,080 | $213,890 | $233,125 | $179,222 | $199,857 | $210,194 | $210,194 | $210,194 |
| SS RD 32GB | $0 | $0 | $0 | $55,313 | $93,417 | $120,107 | $152,136 | $152,136 | $152,136 |
| SS RD 8GB | $0 | $0 | $0 | $81,875 | $215,875 | $215,875 | $220,272 | $220,272 | $220,272 |
| SSD | $0 | $0 | $0 | $48,825 | $97,650 | $186,000 | $176,700 | $220,875 | $331,313 |
| **Inspur** | **$54,000** | **$1,805,100** | **$96,000** | **$207,500** | **$749,000** | **$1,007,000** | **$1,007,000** | **$1,007,000** | **$1,007,000** |
| EV3 | $0 | $57,600 | $96,000 | $96,000 | $96,000 | $96,000 | $96,000 | $96,000 | $96,000 |
| SSD | $54,000 | $1,747,500 | $0 | $111,500 | $653,000 | $911,000 | $911,000 | $911,000 | $911,000 |
| **(blank)** | | | | | | | | | |
| (blank) | | | | | | | | | |
| **Grand Total** | **$360,278** | **$2,087,234** | **$989,694** | **$1,139,732** | **$2,995,275** | **$3,834,978** | **$4,353,888** | **$4,530,984** | **$4,886,922** |

Thanks

**From:** Paik Ki Hong
**Sent:** Wednesday, August 23, 2017 5:13 AM
**To:** Raymond Jiang; SS Product Team
**Cc:** Harrison Jin; Sebastian Lee; Ji Bum Kim

Ex. 64

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                                                   NL018658

**Subject:** RE: 8Gb DDP DDR3 DRAM

The issue is continuity of DDP support.

Hynix DDP from a distributor – continuity of support – risky in my opinion

The other issue is the GC works this sku like a broker sku. We cannot get visibility or a forecast. No way to get Samsung to support with a forecast

If the GC forecast includes 16GB VLP- we will need to get Samsung qualified. Samsung offers a better chance at continuity of support than Hynix.

|  | 1Q 17 Actual | 2Q 17 Actual | 3Q 17 Actual | 3Q 17 Plan | Q4 17 Plan | Q1 18 Plan | Q2 18 Plan | Q3 18 Plan | Q4 18 Plan |
|---|---|---|---|---|---|---|---|---|---|
| Great Chin | $282,175 | $2,080 | $874,314 | $555,763 | $1,008,664 | $1,144,339 | $1,208,177 | $1,252,352 | $1,362,789 |
| Inspur | $54,000 | $1,805,100 | $96,000 | $207,500 | $749,000 | $1,007,000 | $1,007,000 | $1,007,000 | $1,007,000 |
| Celestica | $24,103 | $243,304 | $19,380 | $229,455 | $710,706 | $847,859 | $980,781 | $1,113,703 | $1,113,703 |
| CEC Global | $0 | $0 | $0 | $67,050 | $248,100 | $419,100 | $620,250 | $620,250 | $620,250 |
| Cyber World | $0 | $36,750 | $0 | $39,840 | $223,680 | $295,680 | $295,680 | $295,680 | $379,680 |
| Gooxi | $0 | $0 | $0 | $40,125 | $55,125 | $121,000 | $242,000 | $242,000 | $403,500 |
| Grand Total | $360,278 | $2,087,234 | $989,694 | $1,139,732 | $2,995,275 | $3,834,978 | $4,353,888 | $4,530,984 | $4,886,922 |

**From:** Raymond Jiang
**Sent:** Tuesday, August 22, 2017 2:06 PM
**To:** SS Product Team <ssb@netlist.com>
**Subject:** FW: 8Gb DDP DDR3 DRAM

FYI – 8Gb x8 DDP for GC's business, supporting with Hynix currently.

**From:** Neal Knuth [mailto:n.knuth@samsung.com]
**Sent:** Tuesday, August 22, 2017 1:25 PM
**To:** Raymond Jiang <rjiang@netlist.com>; Dhruti Panchal <d.panchal@partner.samsung.com>
**Subject:** RE: 8Gb DDP DDR3 DRAM

We will have parts in September. Let me know.

Thanks,

Neal Knuth
949 910 2835

**From:** Raymond Jiang [mailto:rjiang@netlist.com]
**Sent:** Tuesday, August 15, 2017 3:13 PM
**To:** Dhruti Panchal; Neal Knuth
**Subject:** RE: 8Gb DDP DDR3 DRAM

Dhruti,

If none in stock, I just read Neal's response for September support.

Will discuss with our customer in Asia tonight as how they want to proceed. We'll support but there will be lead-time.

Thanks
Raymond

**From:** Dhruti Panchal [mailto:d.panchal@partner.samsung.com]
**Sent:** Tuesday, August 15, 2017 3:05 PM
**To:** Raymond Jiang <rjiang@netlist.com>; Neal Knuth <n.knuth@samsung.com>
**Subject:** RE: 8Gb DDP DDR3 DRAM

Hi Neal,

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                 NL018659

Please advise if we can support K4B8G0846D-MYK0?

Thank you,
Dhruti Panchal

---

**From:** Raymond Jiang [mailto:rjiang@netlist.com]
**Sent:** Tuesday, August 15, 2017 2:10 PM
**To:** Dhruti Panchal <d.panchal@partner.samsung.com>
**Subject:** RE: 8Gb DDP DDR3 DRAM

Ok, thanks Dhruti. I am sorry, just realized these are x16 and I actually need the x8.

K4B8G0846D-MYK0

Would it be possible to check if you have this DRAM in stock?

---

**From:** Dhruti Panchal [mailto:d.panchal@partner.samsung.com]
**Sent:** Tuesday, August 15, 2017 1:56 PM
**To:** Raymond Jiang <rjiang@netlist.com>
**Subject:** RE: 8Gb DDP DDR3 DRAM

Hi Raymond,

We can ship the entire QTY 9/1.

Thank you,
Dhruti Panchal

---

**From:** Raymond Jiang [mailto:rjiang@netlist.com]
**Sent:** Tuesday, August 15, 2017 12:24 PM
**To:** Dhruti Panchal <d.panchal@partner.samsung.com>
**Subject:** 8Gb DDP DDR3 DRAM

Dhruti,

| K4B8G1646D-MYK0000 | **8Gb D3 DDP** | 98596 |
|---|---|---|

Need a favor -

Neal had these available last week, can you please check if these are still available?

Thanks
Raymond

You're receiving this message because you're a member of the **SS Product Team** group. If you don't want to receive any messages or events from this group, stop following it in your inbox.

View group conversations   |   View group files

Ex. 64

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                           NL018660