# EXHIBIT 65

| From: | Paik Ki Hong <pkhong@netlist.com> |
|---|---|
| Sent: | Wed, 27 Apr 2016 11:39:35 -0400 (EDT) |
| To: | Devon Park <dpark@netlist.com> |
| Cc: | Raymond Jiang <rjiang@netlist.com>; Sebastian Lee <SLee@netlist.com> |
| Subject: | RE: 4GB DDR3 ECC SODIMM |

Confidential-

We could have legal issues with Hynix moving forward. So trying to stay away from Hynix.

Need to do everything with Samsung- modules and DRAM

**From:** Devon Park
**Sent:** Tuesday, April 26, 2016 9:16 PM
**To:** Paik Ki Hong <pkhong@netlist.com>; Raymond Jiang <rjiang@netlist.com>
**Cc:** Samsung Product Support <ss@netlist.com>
**Subject:** RE: 4GB DDR3 ECC SODIMM

I don't see we have much of a choice. Volumes are too small to ask Samsung to do anything else with it.

One other option would be to contact Hynix as they were supporting non-standard parts better than Samsung was.

**From:** Paik Ki Hong
**Sent:** Tuesday, April 26, 2016 5:11 PM
**To:** Devon Park <dpark@netlist.com>; Raymond Jiang <rjiang@netlist.com>
**Cc:** Samsung Product Support <ss@netlist.com>
**Subject:** FW: 4GB DDR3 ECC SODIMM

Do we want to offer our NL# part for this Whizz opportunity?

Please advise.

**From:** John Wong
**Sent:** Monday, April 25, 2016 12:25 PM
**To:** Paik Ki Hong <pkhong@netlist.com>; Raymond Jiang <rjiang@netlist.com>
**Cc:** Devon Park <dpark@netlist.com>
**Subject:** RE: 4GB DDR3 ECC SODIMM

| 0726-98A-200D | | 4GB 1RX8 EP3L-12800E-11-13-C0 ROHS 1.35V DDR3 SODIMM ECC SAMSUNG-D RH-FREE | NLQ517235107C-D12TSD | D35128CCJB-2D -- K4B4G0846D-BYK0000 |
|---|---|---|---|---|
| 0726-98A-200E | | 4GB 1RX8 EP3L-12800E-11-13-C0 ROHS 1.35V DDR3 SODIMM ECC SAMSUNG-E RH-FREE | NLQ517235107C-D12TSE | D35128CCJB-2E -- K4B4G0846E-BYK0000 |

**From:** Paik Ki Hong
**Sent:** Monday, April 25, 2016 11:59 AM
**To:** John Wong <JWong@netlist.com>; Raymond Jiang <rjiang@netlist.com>
**Cc:** Devon Park <dpark@netlist.com>
**Subject:** RE: 4GB DDR3 ECC SODIMM

Will need a 4GB ECC 1R SODIMM

**From:** John Wong
**Sent:** Monday, April 25, 2016 11:59 AM
**To:** Paik Ki Hong <pkhong@netlist.com>; Raymond Jiang <rjiang@netlist.com>
**Cc:** Devon Park <dpark@netlist.com>
**Subject:** RE: 4GB DDR3 ECC SODIMM

| 0660-98A-200D | X00 | 8GB 2RX8 EP3L-12800E-11-13-D1 ROHS DDR3 SODIMM ECC SAM -D RH-Free | NLQ1G7235107C-D12TSD | D35128CCJB-2D -- K4B4G0846D-BYK0000 |
|---|---|---|---|---|
| 0660-98A-200E | X00 | 8GB 2RX8 EP3L-12800E-11-13-D1 ROHS DDR3 SODIMM ECC SAM -E RH-Free | NLQ1G7235107C-D12TSE | D35128CCJB-2E -- K4B4G0846E-BYK0000 |

**From:** John Wong
**Sent:** Monday, April 25, 2016 8:59 AM
**To:** Paik Ki Hong <pkhong@netlist.com>; Raymond Jiang <rjiang@netlist.com>
**Cc:** Devon Park <dpark@netlist.com>
**Subject:** RE: 4GB DDR3 ECC SODIMM

| We have | | |
|---|---|---|
| 0511A/B | 1Rx8 Brain Power non-JEDEC | |

Exhibit 0064
8/12/2021
PK Hong

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              NL118390

| | |
|---|---|
| 0512A/B | 2Rx8 Brain Power non-JEDEC |
| 0660A | 2Rx8 Brain Power JEDEC r/c D |
| 0726A | 1Rx8 Brain Power JEDEC r/c C |

**From:** Paik Ki Hong
**Sent:** Monday, April 25, 2016 8:47 AM
**To:** John Wong <JWong@netlist.com>; Raymond Jiang <rjiang@netlist.com>
**Cc:** Devon Park <dpark@netlist.com>
**Subject:** FW: 4GB DDR3 ECC SODIMM

John,

What BOMs do we have internally to build a 4GB ECC DDR3 SODIMM

**From:** Neal Knuth-SSI [mailto:NealK@ssi.samsung.com]
**Sent:** Monday, April 25, 2016 8:42 AM
**To:** Raymond Jiang <rjiang@netlist.com>; Jose Santos-SSI <jpaul.santos@ssi.samsung.com>
**Cc:** Samsung Product Support <ss@netlist.com>
**Subject:** 4GB DDR3 ECC SODIMM

Hi Raymond,

We don't have any WW demand on this part.  Do you have a large forecast?  If not, we should pass for now.  I would be happy to support components if we can make that work.

Thanks,

Neal Knuth
858 535 6410

**From:** Raymond Jiang [mailto:rjiang@netlist.com]
**Sent:** Sunday, April 24, 2016 7:09 PM
**To:** Neal Knuth-SSI; Jose Santos-SSI
**Cc:** Samsung Product Support
**Subject:** 4GB DDR3 ECC SODIMM

Neal,

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Samsung | M474B5173EB0-YK0 | DDR3 | SODIMM - ECC | 4GB | 1Rx8 | DDR3-1600 CL11 | 1.35V | MP |

Would like to get our hands for 2pcs.

Please let me know if you can sample two at FOC, otherwise we will buy. Would like to know today's price as well.

Paul,

Please use the same program as the 4GB SODIMM (none ECC) that we just bought last week if you need the info for system entry.

Thanks
Raymond

Ex. 65

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    NL118391