# EXHIBIT 66

| | |
|---|---|
| From: | Raymond Jiang <rjiang@netlist.com> |
| Sent: | Wed, 5 Apr 2017 16:27:37 -0400 (EDT) |
| To: | Paik Ki Hong <pkhong@netlist.com> |
| Subject: | Re: 32GB D4 2400 |

Yeah.

Samsung -

Smith said they can buy at $245 but won't able to sell at cost or lower than what they can sell if they get any.

Asia - $254-$260 selling price

Micron -

Smith - can buy lower than $245 but limited qty

Asia - selling same price as Samsung's.

Concluded better to go direct with Samsung so I pressed Neal again but he has no stock as I've talked to him this morning.


On Apr 5, 2017, at 12:50 PM, Paik Ki Hong <pkhong@netlist.com> wrote:

> Have you tried to but 32GB DDR4 RDIMM in the spot market?
>
> Samsung or Micron/Hynix
>
> Please advise.

**From:** Raymond Jiang
**Sent:** Wednesday, April 5, 2017 11:46 AM
**To:** Neal Knuth <n.knuth@samsung.com>; Devon Park <dpark@netlist.com>
**Cc:** Val (Valeriia) Pletneva <valeriia.p@partner.samsung.com>; Paik Ki Hong <pkhong@netlist.com>
**Subject:** RE: 32GB D4 2400

> Neal,
>
> Can take 500pcs this week if you have parts.
>
> Please let me know.
>
> Thanks
> Raymond

**From:** Raymond Jiang [mailto:rjiang@netlist.com]
**Sent:** Wednesday, March 29, 2017 12:43 PM
**To:** Neal Knuth; Devon Park

Ex. 66

CONFIDENTIAL - ATTORNEYS' EYES ONLY   NL012975

**Cc:** Val (Valeriia) Pletneva
**Subject:** RE: 32GB D4 2400

> Neal,
>
> Not this week. We need SSDs this week.
>
> We will revisit memory next week with our customers.
>
> Thanks
> Raymond

**From:** Neal Knuth [mailto:n.knuth@samsung.com]
**Sent:** Wednesday, March 29, 2017 12:17 PM
**To:** Raymond Jiang <rjiang@netlist.com>; Devon Park <dpark@netlist.com>
**Cc:** Val (Valeriia) Pletneva <valeriia.p@partner.samsung.com>
**Subject:** 32GB D4 2400

> Got 1k ready to ship @ 248.00, need to go ASAP.
>
> Thanks,
>
> Neal Knuth
> 949 910 2835

Thank you,
감사합니다
Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
**New Office Number**: 949 910 2835

nealk@ssi.samsung.com

Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.
*Privacy Notice*: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law. If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.

Ex. 66