# EXHIBIT 68

## Message

**From:** Hyeok-sang Yoo [hsang.yoo@samsung.com]
**Sent:** 6/9/2017 4:45:23 PM
**To:** Hyeok-sang Yoo  Principal Professional  Sales Group 1(Memory)  Samsung Electronics [hsang.yoo@samsung.com]
**Subject:** NN

-------------------------------------

**From:** Lane Kim
**Sent:** Thursday, September 28, 2017 2:08 PM
**To:** Neal Knuth
**Cc:** Nicholas Marchewka; Val (Valeriia) Pletneva
**Subject:** RE: NETLIST Backlog

Neal, let's keep $1M support plan and ship these out in Oct. we need to keep it.

Thanks,

Lane

**From:** Neal Knuth
**Sent:** Wednesday, September 27, 2017 1:06 PM
**To:** Lane Kim
**Cc:** Nicholas Marchewka; Val (Valeriia) Pletneva
**Subject:** NETLIST Backlog

Hi Lane,

Can we release some of the below today? I believe Nick has included some in the pre-close. Please advise..

Thanks,

Neal Knuth

949 910 2835

**From:** Neal Knuth
**Sent:** Tuesday, September 26, 2017 9:14 AM
**To:** Lane Kim
**Cc:** Nicholas Marchewka; Val (Valeriia) Pletneva
**Subject:** NETLIST Backlog

Hi Lane,

We hare currently at **999,564.20 for Netlist shipments in September.** I would like to ship the below samples (about $250k). Would it be ok? These are in HQ warehouse. If I cannot ship all, can I ship less?

| Document No | Sample No | Status | Part No | Request Qty | HQ GR Qty | 1st RTF | 2nd RTF | Sold to Party Code | Sold to Party Name | Unit |
|---|---|---|---|---|---|---|---|---|---|---|
| 17060821 | SPM0145503 | HQ_GR | MZPLL6T4HMLS-00003 | 25 | 19 | 2017-09-10 | 2017-08-22 | 1141810 | NETLIST, INC. | $ 3,9 |
| 17071247 | SPM0147912 | HQ_GR | MZPLL3T2HMLS-00003 | 20 | 10 | 2017-09-10 | 2017-08-23 | 1141810 | NETLIST, INC. | $ 1,9 |
| 17071250 | SPM0147915 | HQ_GR | MZPLL6T4HMLS-00003 | 25 | 25 | 2017-09-10 | 2017-08-28 | 1141810 | NETLIST, INC. | $ 3,9 |
| 17081618 | SPM0150066 | HQ_GR | MZWLL1T6HEHP-00003 | 12 | 12 | | | 1141810 | NETLIST, INC. | $ 1,0 |

**From:** Neal Knuth
**Sent:** Friday, July 7, 2017 8:11 AM
**To:** Daniel (Kyong Yong) Lee-mySingle ; Steven Metz
**Cc:** Harrison Yoo ; TJ Jeong ; Liz Park ; Youngwoo Kim ; Arnold Kim ; Lane Kim ; Yejin Moon
**Subject:** Netlist June sales result

Confidential

**Exhibit PX 0144**

SEC005294

Thanks Daniel.

Not really been much fun. Netlist also wants to help relationship and I have convinced them to cancel the $2M in backlog.. (I am crying)… ;-)

I will advise the 500k mix tomorrow.

| | | | | 16GB 2Rx4 1600 | | | | |
|---|---|---|---|---|---|---|---|---|
| 324412 | 1290948037 | 10 | M393B2G70EB0-YK0Q2 | RDIMM | 1,873 | 1,873 | $120.0 | $224,760.00 |
| 324222 | 1268870573 | 10 | MZ7LM3T8HMLP-00005 | PM863a 3.84TB | 500 | 450 | $1,710.0 | $855,000.00 |
| 324146 | 1266354686 | 110 | MZ7LM1T9HMJP-00005 | PM863a 1.92TB | 440 | 230 | $855.0 | $376,200.00 |
| 324202 | 1266814838 | 30 | MZ7LM960HMJP-00005 | PM863a 960GB | 733 | 125 | $440.0 | $322,520.00 |
| 324202 | 1266814838 | 10 | MZ7LM480HMHQ-00005 | PM863a 480GB | 800 | 650 | $232.0 | $185,600.00 |

Thanks,
Neal Knuth
949 910 2835

**From:** Kyong-yong Lee [mailto: ky1217.lee@samsung.com]
**Sent:** Thursday, July 06, 2017 4:00 PM
**To:** Steven Metz; Neal Knuth; Daniel (Kyong Yong) Lee-mySingle
**Cc:** Harrison Yoo; TJ Jeong; Liz Park; Youngwoo Kim; Arnold Kim; Lane Kim; Yejin Moon
**Subject:** RE: RE: Netlist June sales result

Thanks Steve,
If there is strategic decision change, we will follow that.

----- Original Message -----
**Sender:** Steve C Metz < s.metz@samsung.com> Director Sr/Americas Office(DS)-West2 Sales Exec Team/Samsung Electronics
**Date:** 2017-07-07 01:02 (GMT+9)
**Title:** RE: Netlist July sales result

Daniel,

I'll let you know if JS Choi mentions this issue to me. He has not up till now and I have had it highlighted in my weekly reports…

The larger issue is that Netlist will continue to sell Samsung product as an "authorized reseller".

They will procure product through the open markets in Taiwan, Hong Kong, and most likely the Branded group for SSD.

Steven Metz | Samsung Semiconductor | Office: 408-544-4361 | Cell: 408-420-4382 |
**From:** Neal Knuth
**Sent:** Thursday, July 06, 2017 6:59 AM
**To:** Daniel (Kyong Yong) Lee-mySingle <ky1217.lee@samsung.com>; Steven Metz <s.metz@samsung.com>
**Cc:** Harrison Yoo <hsang.yoo@samsung.com>; TJ Jeong <tj76.jeong@samsung.com>; Liz Park <liz.park@samsung.com>; Youngwoo Kim <yw0420.kim@samsung.com>; Arnold Kim <arniee.kim@samsung.com>; Lane Kim <kihoon74.kim@samsung.com>; Yejin Moon <yejin.moon@samsung.com>
**Subject:** Netlist June sales result

Daniel,

We cleared backlog and will be moving forward with the $500k a month limit now. We did commit some DRAM, eMMC and SSD in Q2 that are mostly cleared. In July, our backlog is very limited for Netlist and I am rejecting new orders as they will buy Samsung from other sources. If you want we can have a call to review. I am afraid Netlist will buy from SEA and other branch possible also. I have rejected over $10 Million of business for Q3 already.

Thank you,
Thank you
Neal Knuth
Samsung Semiconductor, INC

Confidential

SEC005295

Southwest Regional Manager
**New Office Number**: 949 910 2835

nealk@ssi.samsung.com

Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.
*Privacy Notice*: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law. If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.

**From:** Kyong-yong Lee [mailto: ky1217.lee@samsung.com]
**Sent:** Wednesday, July 05, 2017 7:37 PM
**To:** Steven Metz
**Cc:** Daniel (Kyong Yong) Lee-mySingle; Harrison Yoo; TJ Jeong; Liz Park; Neal Knuth; Youngwoo Kim; Arnold Kim; Lane Kim; Yejin Moon
**Subject:** FW: Netlist June sales result

Dear Steve,

I received the sales result of Nestlit for June and it showed $1.6M.

I think it is more than the consensus guide $500K between Arnold and JS Choi.

Do you have any background of this?

If there was already committed leftover PO such as eMMC ($480K) in June as a last support, can we manange around $500K from July then?

I think it is also important to manange that level since JS Choi is in DSA side also.

Thank you,

----- Original Message -----
**Sender:** Hyeok-sang Yoo <hsang.yoo @samsung.com> Principal Professional/Sales Group 1(Memory)/Samsung Electronics
**Date:** 2017-07-06 11:16 (GMT+9)
**Title:** Netlist June sales result
**To:** Kyong-yong Lee <ky1217.lee@samsung.com>
**CC:** Hye-rim park <liz.park@samsung.com>

$1.6M in June is correct. They sold over $1M even when taking out about $0.5M for eMMC (NAND).
There isn't a specific hot product among DRAM.

**From:** Lane Kim
**Sent:** Saturday, July 8, 2017 8:44 AM
**To:** Harrison Yoo ; TJ Jeong ; Daniel (Kyong Yong) Lee-mySingle
**Cc:** Liz Park ; Youngwoo Kim
**Subject:** RE: RE: Netlist

Okay, then let's have them do $600K for July and we'll take it that August would be $500K. Because we're following instructions. As you mentioned, we'll determine whether the amount will be raised or not after we report it to the Chief internally within DSA.

Lane Kim | Samsung DSA | Director | 3655 N 1st Street, San Jose, CA 95134 | tel. 408.544.5217 | mobile. 408.529.9051

**From:** Hyeok-sang Yoo [mailto: hsang.yoo@samsung.com]
**Sent:** Friday, July 07, 2017 3:37PM
**To:** Lane Kim; TJ Jeong; Daniel (Kyong Yong) Lee-mySingle
**Cc:** Liz Park; Youngwoo Kim
**Subject:** RE: RE: Netlist

In relation to Netlist biz and the budget amount, this part needs to be determined by DSA under Chief's guidance and DSK would just go along with their decision.

Chief had a guideline when he was the Strategic Marketing Team Leader, and after he became the chief, VP Sung-han

Kim emailed him to check once more and also because there was a request from the Planning Team of the Business Division. Chief initially said $300,000 and then said let's go up a little more, up to $500,000. Since that's what happened, you can say that Mr. Kyong-yong Lee and I confirmed the sales amount for June in the process of checking if the US Business is managing it correctly…

So, for Netlist, the Business Division would just provide support within the available volume once the amount is determined again after getting Chief's input.

However, regarding supply for the customer West2 of products requiring further stabilization such as PM1725a and 1633a, we are currently conducting a review of the internal guide, so I will let you know about the final decision on this part by next week.

----- Original Message -----
**Sender:** Ki-hoon Kim <kihoon74.kim@samsung.com> Principal Professional/US Business(DS)/Samsung Electronics
**Date:** 2017-07-08 03:12 (GMT+9)
**Title:** RE: Netlist

Umm. the amount includes all POs (sample or MP)
Harrison, how about $800K ($500K + $300K) for July and $500K from August..?
Neal, could you explain what samples there are? (customer…)
Thanks,
Lane
**From:** Neal Knuth
**Sent:** Thursday, July 13, 2017 4:04 AM
**To:** Lane Kim ; Harrison Yoo ; Daniel (Kyong Yong) Lee-mySingle ; Liz Park
**Cc:** Steven Metz ; Val (Valeriia) Pletneva ; Nicholas Marchewka
**Subject:** Netlist: PO on 64GB LRDIMM

Team,
Just FYI, one customer that will pay the $585.00 for the 64GB LRDIMM is Netlist but I am close to $600k limit so I will reject the attached PO. They want another 500-600pc next week and I have also rejected.
Thank you,

**From:** Tae-jin Jeong
**Sent:** Monday, May 15, 2017 8:29AM
**To:** Neal Knuth
**Cc:** Hyeok-sang Yoo; Kyong-yong Lee; Steve C Metz; Nicholas Peter Marchewka; Valeriia Pletneva; Ki-hoon Kim; Ye-jin Moon
**Subject:** RE: Netlist: Q3 SSD Demand

Neal,

As we replied, we could not secure Q3 SSD PA for Netlist. Please do not accept SSD POs from Netlist.

Thanks.

TJ Jeong

US. NW Sales

Samsung Electronics

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.
----- Original Message -----
**Sender:** Neal Knuth <n.knuth@samsung.com> Manager Sr/Americas Office(DS)-W2 Sales – SD/Samsung Electronics
**Date:** 2017-05-13 03:13 (GMT +9)

**Title** : Netlist: Q3 SSD Demand

Can I get some feedback now?

Thanks,

Neal Knuth

949 910 2835

**From:** Neal Knuth
**Sent:** Tuesday, May 09, 2017 12:21 PM
**To:** TJ Jeong; Harrison Yoo
**Cc:** Daniel (Kyong Yong) Lee-mySingle; Steven Metz; Nicholas Marchewka; Val (Valeriia) Pletneva
**Subject:** Netlist: Q3 SSD Demand

TJ, Harrison,

Here is the Q3 demand for Netlist. By Friday, I will also send Tech Coast OEM Q3 SSD demand and Viking Q3 SSD demand. Can I confirm the below for Netlist. Even break out by month is great, the below is total for Q3.

Of course, this assumes we ship all Q2 backlog and nothing slips into Q3. Also, ASAP quantity should ship against Q2 allocation and backlog. Let me know of any questions. Customers are below.

| Samsung Part Number | Description | ASAP Qty | Q3 FCST |
|---|---|---|---|
| MZ7KM240HMHQ-00005 | 240GB 2.5" SATA3 6Gbps SM863a | 200 | 1,000 |
| MZ7KM480HMHQ-00005 | 480GB 2.5" SATA3 6Gbps SM863a | | 1,000 |
| MZ7KM960HMJP-00005 | 960GB 2.5" SATA3 6Gbps SM863a | 200 | 1,000 |
| MZ7KM1T9HMJP-00005 | 1.92TB 2.5" SATA3 6Gbps SM863a | | 1,000 |
| MZ7LM240HMHQ-00005 | 240GB 2.5" SATA3 6Gbps PM863a | | 1,000 |
| MZ7LM480HMHQ-00005 | 480GB 2.5" SATA3 6Gbps PM863a | | 1,000 |
| MZ7LM960HMJP-00005 | 960GB 2.5" SATA3 6Gbps PM863a | 200 | 2,000 |
| MZ7LM1T9HMJP-00005 | 1.92TB 2.5" SATA3 6Gbps PM863a | | 2,000 |
| MZ7LM3T8HMLP-00005 | 3.84TB 2.5" SATA3 6Gbps PM863a | | 800 |
| MZ1LW960HMJP-00003 | 960GB M.2 NVMe PCIe PM963 | | 50 |
| MZ1LW1T9HMLS-00003 | 1.92TB M.2 NVMe PCIe PM963 | | 50 |
| MZQLW960HMJP-00003 | 960GB 2.5" NVMe PCIe PM963 | | 500 |
| MZQLW1T9HMJP-00003 | 1.92TB 2.5" NVMe PCIe PM963 | | 300 |
| MZQLW3T8HMLP-00003 | 3.84TB 2.5" NVMe PCIe PM963 | | 100 |
| MZPLL1T6HEHP-00003 | 1.6TB PCIe NVMe (HHHL) PM1725a | | 20 |

SEC005298

| | 3.2TB PCIe NVMe (HHHL) | | |
|---|---|---|---|
| MZPLL3T2HMLS-00003 | PM1725a | | 20 |
| MZPLL6T4HMLS-00003 | 6.4TB PCIe NVMe (HHHL) PM1725a | 150 | 300 |

| Samsung Part Number | End Customer/users targeted |
|---|---|
| MZ7KM240HMHQ-00005 | Kaminario, MBX, 24-7, Unicom Engineering |
| MZ7KM480HMHQ-00005 | Kaminario, MBX, 24-7, Unicom Engineering |
| MZ7KM960HMJP-00005 | Kaminario, MBX, 24-7, Unicom Engineering, A3Cube, L3 Communications, Archion Storage |
| MZ7KM1T9HMJP-00005 | MBX, 24-7, Unicom Engineering |
| MZ7LM240HMHQ-00005 | MBX, Harmonic, AMI Stortrends, Dolby Laboratories, Core Systems |
| MZ7LM480HMHQ-00005 | MBX, AMI Stortrends, Cohesity, Iron Systems, Unicom Engineering, Redapt, Themis, Patriot Technologies, Core Systems |
| MZ7LM960HMJP-00005 | MBX, AMI Stortrends, Cohesity, Iron Systems, Unicom Engineering, Redapt, Themis, Patriot Technologies, Core Systems |
| MZ7LM1T9HMJP-00005 | Kaminario, MBX, AMI Stortrends, iXsystems, Cohesity, Iron Systems, Unicom Engineering, Redapt, Themis, Patriot Technologies, Core Systems, JetStor, SquareTrade |
| MZ7LM3T8HMLP-00005 | Kaminario, MBX, AMI Stortrends, iXsystems, Cohesity, Iron Systems, Unicom Engineering, Redapt, Themis, Patriot Technologies, Core Systems, JetStor, SquareTrade |
| MZ1LW960HMJP-00003 | Rave Computers, Patriot Technologies |
| MZ1LW1T9HMLS-00003 | Rave Computers, Patriot Technologies |
| MZQLW960HMJP-00003 | MBX, iXsystems, Rave Computers, Ace Computers |
| MZQLW1T9HMJP-00003 | MBX, iXsystems, Rave Computers, Ace Computers |
| MZQLW3T8HMLP-00003 | MBX, iXsystems, Rave Computers, Ace Computers |
| MZPLL1T6HEHP-00003 | Broadcom, Microsemi |
| MZPLL3T2HMLS-00003 | Riot Games |
| MZPLL6T4HMLS-00003 | Riot Games, Parsons, Blizzard Games |

----------

**From:** Tae-jin Jeong
**Sent:** Monday, May 15, 2017 8:27AM
**To:** Neal Knuth; Hyeok-sang Yoo; Hye-rim Park
**Cc:** Nicholas Peter Marchewka; Ki-hoon Kim; Valeriia Pletneva; Steve C Metz; Kyong-yong Lee; Sung-han Kim
**Subject:** RE: Netlist eMMC 2H 2017

Neal,

Due to strong demand from mobile customers, DSK sales strategy team cannot assign 2H eMMC PA for Netlist.

Please do not accept 2H eMMC POs.

Thanks.

TJ Jeong

US. NW Sales

Samsung Electronics

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

--------- **Original Message** ---------
**Sender:** Neal Knuth <n.knuth@samsung.com> Manager Sr/Americas Office(DS)-W2 Sales – SD/Samsung Electronics
**Date** : 2017-05-13 03:11 (GMT+9)

**Title** : Netlist eMMC 2H 2017
TJ,
Here is the 2H Netlist forecast. Please advise support and Q3 price.

| PN | Descriptions | Q3'17 | | | Q4'17 | | |
|---|---|---|---|---|---|---|---|
| | | Jul | Aug | Sep | Oct | Nov | Dec |
| KLM8G1GEME-B041001 | FLASH eMMC 8GB (64Gb *1die) | 450,000 | 450,000 | 480,000 | 450,000 | 450,000 | 400,000 |
| KLMAG1JENB-B041007 | FLASH eMMC 16GB (128Gb *1die) | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 |

**From:** Neal Knuth
**Sent:** Friday, March 24, 2017 10:46 AM
**To:** TJ Jeong
**Cc:** Steven Metz ; Harrison Yoo ; Nicholas Marchewka ; Arnold Kim ; Howard Sung ; Daniel (Kyong Yong) Lee-mySingle ; Val (Valeriia) Pletneva ; Lane Kim
**Subject:** Netlist Confirmed PO(backlog) to verify
I am working on it. Thanks for your help.
Thanks,
Neal Knuth
949 910 2835
**From:** Tae-jin Jeong
**Sent:** Friday, March 24, 2017 10:44AM
**To:** Neal Knuth
**Cc:** Steve C Metz; Hyeok-sang Yoo; Nicholas Peter Marchewka; Sung-han Kim; Hwa-nam Sung; Kyong-yong Lee; Valeriia Pletneva; Ki-hoon Kim
**Subject:** RE: RE: Netlist Confirmed PO(backlog) to verify
Neal,

As Steve mentioned, we would like to know SSD PO confirm status and End-customers.

Here is the summary of Netlilst SSD Backlogs and Mnthly PA. Please verify confirmed POs and End-customers.

Thanks.

| Netlist | | Backlog | | | | | March Avail | | | PA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QTY | March | April | May | June | TTL | Shipped | Avail | TTL | April | May | Jun |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MZ7KM1T9HAJM-00005 | 253 | | | | 253 | 193 | 360 | 553 | 30 | 200 |
| MZ7KM1T9HMJP-00005 | 235 | 1,000 | 900 | 900 | 3,035 | 292 | 300 | 592 | 300 | 0 |
| MZ7KM240HMHQ-00005 | 254 | 400 | 400 | 400 | 1,454 | 72 | - | 72 | 300 | 300 |
| MZ7KM480HMHQ-00005 | 469 | 400 | 400 | 400 | 1,669 | - | 288 | 288 | 300 | 300 |
| MZ7KM960HMJP-00005 | 228 | 600 | 600 | 600 | 2,028 | - | - | - | 150 | 0 |
| MZ7LM1T9HMJP-00005 | 1,045 | | | | 1,045 | - | 815 | 815 | 650 | 250 |
| MZ7LM240HMHQ-00005 | 1,028 | | | | 1,028 | 504 | 68 | 572 | 500 | 500 |
| MZ7LM3T8HMLP-00005 | 1,312 | 500 | 500 | | 2,312 | 51 | 586 | 637 | 250 | 250 |
| MZ7LM480HMHQ-00005 | 342 | 800 | | | 1,142 | 258 | - | 258 | 200 | 200 |
| MZ7LM960HMJP-00005 | 5 | 800 | | | 805 | 71 | - | 71 | 100 | 100 |
| EQ TTL | | 9,495,552 | 6,246,400 | 4,812,800 | 2,764,800 | 23,319,552 | 1,554,432 | 5,585,920 | 7,140,352 | 3,747,840 | 2,508,800 | 2,432, |

**From:** Neal Knuth
**Sent:** Thursday, March 23, 2017 12:34 PM
**To:** Harrison Yoo
**Cc:** Nicholas Marchewka ; Howard Sung ; TJ Jeong ; Daniel (Kyong Yong) Lee-mySingle ; 김기훈 ; Steven Metz ; Val (Valeriia) Pletneva
**Subject:** Netlist Confirmed PO(backlog) to verify

Harrison,
As you know, I am careful (too careful) with adding backlog and as far as I see, all backlog for Netlist is either approved, within PA, or within lead time.
As you know, I have rejected many PO from Netlist for LTB of V2, Q2 SSD, Q2 DRAM all that I could have accepted within PA and lead time.
Where do you see the issue? Q4 and Q1 PO's were approved? I also believe the backlog is sent weekly and reviewed by SEC and this is the first I hear of an issue with Netlist backlog?
Thanks,
Neal Knuth
949 910 2835

**From:** Hyeok-sang Yoo [mailto:hsang.yoo@samsung.com]
**Sent:** Wednesday, March 22, 2017 6:44 PM
**To:** Neal Knuth
**Cc:** Nicholas Marchewka; Howard Sung; TJ Jeong; Daniel (Kyong Yong) Lee-mySingle; 김기훈; Steven Metz; Val (Valeriia) Pletneva
**Subject:** RE :Netlist Confirmed PO(backlog) to verify

Neal,
hope you had nice vacation and productive biz trip with customers.
As I requested a couple of times, Please finalize Netlist PO status based on support-confirmation for Netlist and discuss internally. Daniel shared with Steven and Lane and they also can help you understood the background and
discuss how to work with your customer.
Regards.

------- **Original Message** -------
**Sender** : Neal Knuth
**Date** : 2017-03-18 00:15 (GMT+09:00)
**Title** : Netlist Confirmed PO(backlog) to verify

Confidential

SEC005301

Harrison,
Let me discuss internally. I am on vacation now. Netlist is my top customer. I don't have a way to recover this revenue.

Thanks,
Neal Knuth
949 910 2835

---

**From:** Hyeok-sang Yoo [mailto:hsang.yoo@samsung.com]
**Sent:** Friday, March 17, 2017 1:08 AM
**To:** Neal Knuth; Val (Valeriia) Pletneva
**Cc:** Nicholas Marchewka; Daniel (Kyong Yong) Lee-mySingle; TJ Jeong; Howard Sung
**Subject:** FW: Netlist Confirmed PO(backlog) to verify

Neal, Valieriia, Nick
Can DSK consider no confirmed PO from April except for eMMC? Or some components for NVDIMM development will be honored?
Please finalize confirmed fixed PO status for Netlist. DSK need to share Netlist status .
Regards.

----- Original Message -----
**Sender:** Hyeok-sang Yoo <hsang.yoo@samsung.com> Principal Professional/Sales 1 Group(Memory)/Samsung
         Electronics
**Date:** 2017-03-16 15:45 (GMT+9)
**Title:** Netlist Confirmed PO(backlog) to verify
**To:** Neal Knuth <n.knuth@samsung.com>, Valeriia Pletneva <valeriia.p@partner.samsung.com>
**CC:** Nicholas Peter Marchewka <n.marchewka@samsung.com>, Kyong-yong Lee <ky1217.lee@samsugn.com>, Tae-jin
         Jeong <tj76.jeong@samsung.com>, Hwa-nam Sung <hwanam.sung@samsung.com>, Sung-han Kim
         <arniee.kim@samsung.com>

Neal, Valeriia
Please screen for confirmed POs only based on availability confirmation within PA or DP plan.
And please delete any of non-confirmed PO which Netlist placed without your commitment.
We have to honor and support firm confirmed backlog but any of non confirmed won't be considered from now on.
Regards

----- Original Message -----
**Sender:** Kyong-yong Lee <ky1217.lee@samsung.com> Principal Professional/Sales 1 Group(Memory)/Samsung
         Electronics
**Date:** 2017-03-16 15:19 (GMT+9)
**Title:** RE: RE: RE: RE: RE: Netlist Backlog Balance Volume
**From:** Kyong-yong Lee
**Sent:** Thursday, March 16, 2017 3:19PM
**To:** Tae-jin Jeong; Hyeok-sang Yoo
**Cc:** Kyong-yong Lee; Hwa-nam Sung; Ye-jin Moon
**Subject:** RE: RE: RE: RE: RE: Netlist Backlog Balance Volume

I've organized it as below, so please proceed with organizing and reporting it by tomorrow morning after deleting the parts that haven't been confirmed with Neal.

Unit: Kpcs

| QTY | 구분 | March | April | May | June | TTL | Remark |
|---|---|---|---|---|---|---|---|
| **DRAM (1Gb EQ)** | | **322** | **812** | **516** | **520** | **2,170** | |
| K4A4G045WE-BCRC000 | 4Gb Component | | 6.00 | | | 6.00 | |
| K4A4G045WE-BCTD000 | 4Gb Component | | 3.00 | 3.00 | 4.00 | 10.00 | |
| K4A4G085WE-BCRC000 | 4Gb Component | 44.35 | | | | 44.35 | |
| K4B1G0846I-BYK0000 | 1Gb Component | | 4.00 | | | 4.00 | |
| K4B4G0446E-BYK0000 | 4Gb Component | 10.00 | | | | 10.00 | |
| M391A2K43BB1-CRCQ0 | 16GB ECC DIMM | 0.10 | | | | 0.10 | |
| M391A5143EB1-CRCQ0 | 512GB RDIMM | 0.10 | | | | 0.10 | |
| M391B1G73EB0-YK0Q0 | 8GB RDIMM | 0.30 | | | | 0.30 | |
| M393A1G40DB0-CPB0Q | 8GB RDIMM | 0.90 | 1.00 | | | 1.90 | |
| M393A1G40EB1-CRC0Q | 8GB RDIMM | | 1.00 | | | 1.00 | |
| M393A2G40EB1-CRC0Q | 16GB RDIMM | | 1.00 | 1.00 | | 2.00 | |
| M393A2K40BB1-CRC0Q | 16GB RDIMM | | 0.91 | 1.50 | 1.50 | 3.91 | |
| M393A2K43BB1-CRC0Q | 16GB RDIMM | | 2.45 | | | 2.45 | |
| M393A4K40BB1-CRC0Q | 32GB RDIMM | | | 0.50 | 1.00 | 1.50 | |
| **NAND (GB EQ)** | | **10,014** | **9,414** | **7,981** | **5,933** | **33,342** | |
| KLM8G1GEME-B041006 | 8GB eMMC | 64.84 | 136.00 | 136.00 | 136.00 | 472.84 | <- Plexus eMMC |
| KLMAG1JENB-B041013 | 16GB eMMC | | 130.00 | 130.00 | 130.00 | 390.00 | <- Plexus eMMC |
| MZ7KM1T9HAJM-00005 | 1.92TB SSD | 0.25 | | | | 0.25 | |
| MZ7KM1T9HMJP-00005 | 1.92TB SSD | 0.24 | 1.00 | 0.90 | 0.90 | 3.04 | |
| MZ7KM240HMHQ-00005 | 240GB SSD | 0.25 | 0.40 | 0.40 | 0.40 | 1.45 | |
| MZ7KM480HMHQ-00005 | 480GB SSD | 0.47 | 0.40 | 0.40 | 0.40 | 1.67 | |
| MZ7KM960HMJP-00005 | 960GB SSD | 0.23 | 0.60 | 0.60 | 0.60 | 2.03 | |
| MZ7LM1T9HMJP-00005 | 1.92TB SSD | 1.05 | | | | 1.05 | |
| MZ7LM240HMHQ-00005 | 240GB SSD | 1.03 | | | | 1.03 | |
| MZ7LM3T8HMLP-00005 | 3.8TB SSD | 1.31 | 0.50 | 0.50 | | 2.31 | |
| MZ7LM480HMHQ-00005 | 480GB SSD | 0.34 | 0.80 | | | 1.14 | |
| MZ7LM960HMJP-00005 | 960GB SSD | 0.01 | 0.80 | | | 0.81 | |

**From:** Kyong-yong Lee
**Sent:** Tuesday, February 21, 2017 6:53PM
**To:** Joo Sun Choi; Geol Yang; Dong-sung Yang; Sung-han Kim
**Cc:** Jae-soo Han; Kyong-yong Lee; Hyeok-sang Yoo; Ye-jin Moon; In-dong Kim; Jung-bae Lee; Sang-yeon Kim; Tae-jin Jeong; Hwa-nam Sung; Min-sook Ko; Young-kyun Lee; Hyung-seok Kwon; Jae-hyun Park; Dae-il Ahn; Dong-wook Lee
**Subject:** [Meeting Minutes] Netlist @ Feb 21st (Hwasung)

Please see below for a summary report of the meeting minutes related to Netlist visit on the morning of 2/21.

- Attendees: JB Kim (Executive VP, Sales & Marketing), Brian Peterson (SVP Sales & Marketing), Paik Ki Hong (VP), Sebastian Lee (Dir. App Eng.)
VP Dong-seong Yang, GM Hyung-seok Kwon, GM Hyuk-sang Yoo, GM Ye-jin Moon, GM Kyong-yong Lee and more
[Main Meeting Topics]
- Netlist was established in 2000 and the current main product line is High Performance Module for Servers and is represented by Express Vault (PCIe offering), NVValut (NVDIMM), Hybri DIMM [HyperDIMM(DRAM+NAND)]
- In relation to Uber's request for SSD, in the current situation of extremely limited available supply, our company received a request directly from the End customer (Uber) to directly source the quantity and explained that indirect supply through Netlist would be difficult.
- Netlist emphasized the cooperative relationship between our companies and in regard to the request made by expanding into our company's Official Distributor Partnership Agreement, we stated that the partnership between the two companies is based in technological collaboration (JDLA) and proposed that additional requests related to Business should be dealt with separately.

Confidential

SEC005303

Ex. 68

**From:** Tae-jin Jeong
**Sent:** Friday, February 3, 2017 11:11AM
**To:** Hyeok-sang Yoo; Kyong-yong Lee; Ye-jin Moon; Tae-jin Jeong
**Subject:** RE: Netlist
SM863/SM863a PA issued today is as below. Realistically, it is difficult to secure additional availability for the applicable volume.

It seems like we need to make a counterproposal by mixing the PA below.

| Process + Product | Model | Group | GC | GC code | Part No. | January | February | March | April | May | June |
|---|---|---|---|---|---|---|---|---|---|---|---|
| V32 128Gb MLC | SM863 | Group 1 | West2 | Y000097 | MZ7KM1T9HAJM-00005 | 188 | 181 | 360 | 200 | 200 | 200 |
| V32 128Gb MLC | SM863 | Group 1 | West2 | Y000097 | MZ7KM480HAHP-00005 | 400 | 0 | 300 | 300 | 0 | 0 |
| V32 128Gb MLC | SM863 | Group 1 | West2 | Y000097 | MZ7KM960HAHP-00005 | 950 | 0 | 0 | 0 | 0 | 0 |
| V48 256Gb MLC | SM863a | Group 1 | West2 | Y000097 | MZ7KM1T9HMJP-00005 | 100 | 0 | 700 | 300 | 0 | 0 |
| V48 256Gb MLC | SM863a | Group 1 | West2 | Y000097 | MZ7KM240HMHQ-00005 | 300 | 0 | 300 | 300 | 300 | 0 |
| V48 256Gb MLC | SM863a | Group 1 | West2 | Y000097 | MZ7KM480HMHQ-00005 | 300 | 0 | 300 | 300 | 300 | 300 |
| V48 256Gb MLC | SM863a | Group 1 | West2 | Y000097 | MZ7KM960HMJP-00005 | 200 | 400 | 0 | 150 | 0 | 0 |

Since SM863 is the product that is most difficult to secure a PA

**From:** Kyong-yong Lee
**Sent:** Tuesday, January 31, 2017 2:56PM
**To:** Sung-han Kim
**Cc:** Hyeok-sang Yoo; Ye-jin Moon; Ki-hoon Kim; Tae-jin Jeong; Hwa-nam Sung
**Subject:** RE: RE: RE: (Netlist) eMMC order complete and SSD (SM863a) supply request
SM863a is MLC product so there is absolutely no room for PA.
First, there is no possibility of supply in Q1 and even for Q2, it would only be possible with transfusion from other customers. From the NW part, it needs to be discussed internally after the Q2 PA is confirmed for MSFT/AWS/Cisco/Oracle. Considering the MLC Bit Loss, the required quantity would be 13M GB.

----- Original Message -----
**Sender:** Sung-han Kim <arniee.kim@samsung.com> M7(Director)/Relevant Director/Sales 1 Group(Memory)/Samsung Electronics
**Date:** 2017-01-31 14:07 (GMT+9)

Confidential                                                                                          SEC005304

**Title:** RE: RE: (Netlist) eMMC order complete and SSD (SM863a) supply request

Director KY,

In relation to the supply of SM863a below, please check again and let me know if it can be supplied.

Upon checking, if it is determined that it cannot be supplied, then rather than clumsily committing to it and then backing out, I believe it is necessary to clearly convey 'yes' if it is possible and 'no' if it cannot be done. And if they come back with their request later, we can respond again then, so...

KY, please review the entire situation again and let me know of the response plan.

Arnold S. Kim (Director Sung-han Kim)
Director, Sales
Office 82-31-208-3764 / Mobile 82-10-2046-8943

 I ♥ NW part

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

----- Original Message -----
**Sender:** Dong-sung Yang <ds.yang@samsung.com> VP/Group Leader/Sales 1 Group(Memory)/Samsung Electronics
**Date:** 2017-01-31 10:53 (GMT+9)
**Title:** RE: (Netlist) eMMC order complete and SSD (SM863a) supply request

We're providing a big help even with eMMC, so aside from that, if SM863a is not something that was discussed between both companies, it would be good to indirectly avoid confirming supply even with the L/T base in this situation where even the existing companies have a severe lack of supply.

----- Original Message -----
**Sender:** Hyeok-sang Yoo <hsang.yoo@samsung.com> M7(Director)/Relevant Director/Sales 1 Group(Memory)/Samsung Electronics
**Date:** 2017-01-31 10:20 (GMT+9)
**Title:** (Netlist) eMMC order complete and SSD (SM863a) supply request

1. **In regard to eMMC request**, Netlist **provided the PO for the total quantity with the proposed price** and the possible supply quantity for the 1H(below) provided by our company.
   : 8GB 493K, 16GB 475K ($4.3M total) **(Price $3.5/$5.5  * Our company BSP $3.0/$4.8)**
2. Netlist is **requesting supply for SM863a (1.92TB)** since immediately before the holidays. **(4.8K units between Feb~May)** The applicable demand is for Uber, and it is for mounting on mapping vehicles and as the Uber vehicle mapping that was proceeding in Pittsburg expanded to California and Arizona, they needed the SM863a mounting version, but supply and demand is very difficult, so it seems like they're pushing Netlist.
   As same as eMMC, our company did not originally have a forecast and our company's available SM is very limited, so realistically, it's not easy securing availability, so we're planning to propose to supply as L/T base, but they're asking for help, saying that they need immediate supply starting this month.

(Request status per schedule)
- 500pcs  2/8
- 500pcs  2/15

‒ 500pcs 2/22
‒ 300pcs 3/1
‒ 1Kpcs 4/7
‒ 1.5Kpcs 5/5
‒ 500pcs 6/2
- The End –

----- Original Message -----
**Sender:** Neal Knuth <n.knuth@samsung.com> Manager Sr/Americas Office(DS)-W2 Sales – SD/Samsung Electronics
**Date:** 2017-01-27 06:00 (GMT +9)
**Title:** eMMC Support plan for Netlist
<!–[if mso 9]--><!--[endif]-->

Hi Harrison,

We have aligned the PO **(attached)** to match the support plan for Q1 and Q2. With no objections, I will have Val enter the order as per your monthly breakdown below.

To get started, if any way to get 20k of each in February, please let me know.

Thanks,

Neal Knuth

949 910 2835

---

**From:** Hyeok-sang Yoo [mailto: hsang.yoo@samsung.com]
**Sent:** Wednesday, January 25, 2017 7:52 PM
**To:** Neal Knuth; Lane Kim
**Cc:** Yejin Moon; Steven Metz; TJ Jeong; Howard Sung; Val (Valeriia) Pletneva; Nicholas Marchewka
**Subject:** RE: eMMC Support plan for Netlist

Neal, Good for them to start to place PO.
Below monthly support plan for 1st half and please get the additional PO for balance parts.

|  |  | Jan | Feb | Mar | Apr | May | June | 1H TTL |
|---|---|---|---|---|---|---|---|---|
| 8GB 64G MLC | KLM8G1GEME-B0410 | 0 | 0 | 85,000 | 136,000 | 136,000 | 136,000 | **493,000** |
| 16GB 128G MLC | KLMAG1JENB-B0410 | 0 | 0 | 85,000 | 130,000 | 130,000 | 130,000 | **475,000** |

----- Original Message -----
**Sender:** Neal Knuth <n.knuth@samsung.com> Manager Sr/Americas Office(DS)-W2 Sales – SD/Samsung Electronics
**Date:** 2017-01-26 11:23 (GMT +9)
**Title:** eMMC Support plan for Netlist

Harrison,

Ok. Please see attached with full part numbers and your revised price. I also had the NC/NR term added. I appreciate your support on this. I will update Q2 soon. Please advise any issue.

**Val,** looks ok to enter order.

**Nick,** please update DP. I will have Q2 by end of the week I believe.

Thanks,

Neal Knuth

949 910 2835

**From:** Sebastian Lee
**Sent:** Thursday, January 26, 2017 1:24PM
**To:** Hyeok-sang Yoo (hsang.yoo@samsung.com)
**Subject:** Re: Progress status

EVP Ji-bum Kim made a request to VP Ji over the phone.
Please let me know if there are any changes in the internal atmosphere even within today.
We are scheduled to speak with the customer tomorrow and need to prepare a response.

Thank you

Sebastian Lee

On Jan 25, 2017, at 6:06 PM, Sebastian Lee <SLee@netlist.com> wrote:

Hello,
For now, the plan is to issue eMMC PO with the price proposed by Samsung today. And FYI, our EVP Kim will request support from VP Ji for Company U, even though eMMC has been secured. (Probably within this morning)
Thank you.
Seok-woo Lee


**From:** Tae-jin Jeong
**Sent:** Tuesday, January 24, 2017 11:18 AM
**To:** Hyeok-sang Yoo
**Cc:** Ye-jin Moon; Hwa-nam Sung
**Subject:** RE: FW: Netlist/Uber

There is currently no inventory available for MZ7KM1T9HAJM-00005, the product requested by Netlist, and the main customer for it is West1. Strategy [team] is saying that there is no PA available for additional allocation, so PA would have to be redistributed within Sales Group 1 to supply this product.

Thank you.

TJ Jeong

Manager, US. Northwest Sales

Samsung Electronics

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

--------- **Original Message** ---------
**Sender:** Neal Knuth <n.knuth@samsung.com> Manager Sr/Americas Office(DS)-W2 Sales – SD/Samsung Electronics
**Date:** 2017-01-24 10:42 (GMT +9)
**Title:** Netlist/Uber

Please help respond on the below.

Thanks,
Neal Knuth
949 910 2835

---

**From:** Neal Knuth
**Sent:** Friday, January 13, 2017 8:28 AM
**To:** Harrison Yoo; Howard Sung; Nicholas Marchewka
**Cc:** Val (Valeriia) Pletneva; Lane Kim
**Subject:** Netlist/Uber

Sorry, here is the V2 version part number. MZ7KM1T9HAJM−00005
I need options on both the SM863 or SM863A. Also, any price relief on Q1 matrix?
Uber/Netlist
1000pc
MZ7KM1T9HAJM−00005
MZ7KM1T9HMJP−00005

Thanks,
Neal Knuth
949 910 2835

---

**From:** Neal Knuth
**Sent:** Friday, January 13, 2017 8:22 AM
**To:** Harrison Yoo; Howard Sung; Nicholas Marchewka
**Cc:** Val (Valeriia) Pletneva
**Subject:** Netlist/Uber

Harrison,
Uber is needing 1k more of MZ7KM1T9HMJP−00005
Netlist is pushing very hard to get support. Anything we can do?
Any PM863 or SM863 available for Netlist LTB? You rejected but they are still pushing very hard.
**From:** JiSeok Moon
**Sent:** Thursday, January 19, 2017 11:34 AM
**To:** Ye-jin Moon; Jae-hoon Choi
**Cc:** Young-joo Choi; Jong-myung Kim; Tae-jin Jeong; Hwa-nam Sung; Hyeok-sang Yoo; Sun-hee Kim
**Subject:** RE: RE: FW: eMMC (8GB, 16GB) Q1 price inquiry
Director Ye-jin Moon,
I am sending you the Q1 price guide for two eMMC products as described below.
 **KLM8G1GEME-B0410 (FET 64Gb 8GB eMMC) : $3.00**
 **KLMAG1JENB-B0410 (FET 128Gb 16GB eMMC) : $4.80**
Thank you.

-------- **Original Message** --------
**Sender:** Ye-jin Moon <yejin.moon@samsung.com> M7 (Director) / Relevant Director / Sales Group 1 (Memory) / Samsung Electronics
**Date:** 01-19-2017 09:51 (GMT+9)
**Title:** RE: FW: eMMC (8GB, 16GB) Q1 price inquiry
Manager Jae-hoon Choi, thank you for your reply.

Confidential                                                                                     SEC005308

Manager JiSeok Moon,

Please send me the price guide for Q1.

-----

**From:** Ye-jin Moon [mailto: yejin.moon@samsung.com]
**Sent:** Tuesday, January 17, 2017 11:30 PM
**To:** Neal Knuth
**Cc:** Steven Metz; Harrison Yoo; TJ Jeong; Howard Sung; Lane Kim
**Subject:** eMMC Support plan for Netlist

Hi Neal,

I am Kate working with Harrison covering channel business from this year. Very nice to talk to you over the email first.

Regarding eMMC suuport for Netlist, we got their quantity needed in each month as below and we can support from March.

\* Customer : Plexus (US)

\* Application : Speaker/Media Player

\* Forecast (eMMC 8GB: 1,279,000pcs, 16GB: 1,279,000pcs), Total=2,558,000pcs

| Samsung Part Number | Purchase | | | Forecast | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec |
| KLM8G1GEME-B0410 | 28,000 | 54,000 | 85,000 | 98,000 | 100,000 | 110,000 | 120,000 | 120,000 | 120,000 | 148,000 | 148,000 | 148,000 |
| KLMAG1JENB-B0410 | 28,000 | 54,000 | 85,000 | 98,000 | 100,000 | 110,000 | 120,000 | 120,000 | 120,000 | 148,000 | 148,000 | 148,000 |

We can support through H1 with 11M pcs (1GB Eq.) with PO of NCNR condition. The 1st shipping will be in March with the corresponding price for March. Thus, whatever the price is on the PO, it should be adjusted for the March price. Did you get their PO yet? What is the price?

**From:** Ki-hoon Kim
**Sent:** Thursday, January 19, 2017 3:23 AM
**To:** Sung-han Kim; Dong-sung Yang; Hyeok-sang Yoo
**Cc:** Kyong-yong Lee; Ye-jin Moon; Hwa-nam Sung
**Title:** RE: RE: FW: RE: RE: Regarding US Netlist eMMC quantity request

Yes, please send the HQ's Q1/Q1 price. I will proceed with NCNR PO (with the price raised sufficiently).
Finished products like eMMC are not provided to channel companies, but Netlist this time would be an exception.
(The Uber SSD matter last time was also Netlist… BU head was contacted directly to provide it)
The corporation said no, but Netlist pushed it in a roundabout way through SEC planning team.
In return, since it's not a general commodity product, we will proceed with the NCNR PO terms.
Thank you.

----- Original Message -----
**Sender:** Sung-han Kim <arniee.kim@samsung.com> M7(Director)/Relevant Director/Sales Team 1(Memory)/ Samsung Electronics
**Date:** 2017-01-17 22:59 (GMT-8)
**Title:** RE: FW: RE: RE: Regarding US Netlist eMMC quantity request
**To:** Dong-sung Yang <ds.yang@samsung.com>; Hyeok-sang Yoo <hsang.yoo@samsung.com>; Ki-hoon Kim <kihoon74.kim @samsung.com>
**CC:** Kyong-yong Lee <ky1217.lee@samsung.com>, Ye-jin Moon <yejin.moon@samsung.com>, Hwa-nam Sung <hwanam.sung@samsung.com>

VP, regarding the same matter, it has come to an understanding to take out about 12MGb PA in Q1 from Nintendo and

give it to Netlist (Manager Jong-myung Kim) and it will be entered once the pa is received within this week. Sr. Mgr. Ki-hoon Kim.

Please confirm whether the price for the product below has been received.. THANK YOU.


----- Original Message -----

**Sender:** Eung-soon Park <espark@samsung.com> M7(Director)/Handling Director/Sales Team(Memory)/ Samsung Electronics

**Date:** 2017-01-18 08:46 (GMT+9)

**Title:** RE: RE: Regarding US Netlist eMMC quantity request

**To:** Geol Yang <greg.yang@samsung.com>; Hyun-ki Ji <hyunki.ji@samsung.com>; Dong-sung Yang <ds.yang@samsung.com>; Eung-soon Park <espark@samsung.com>

**CC:** Yong Hwangbo <yong.hwangbo@samsung.com>, Nak-won Heo <nakwon.heo@samsung.com>, Ho-jung Kim <hojung4623.kim@samsung.com>, Jong-myung Kim <jongmyung@samsung.com>

Team Leader;

For the quantity needed by Netlist below, I will review the PA and P-Mix in the direction of providing support for 11.4M GB in the first half.

Currently, overall satisfaction rate for NAND is at 70-75%, so PA per company would have to be adjusted to provide support for the quantity below.

I am going to convert some of the 50M GB that you approved for Japan Sales (Nintendo) last week.

(I will proceed after asking for understanding from Japan Sales)

| | | | | Jan | Feb | Mar | Apr | May | Jun | TTL | Q1 | Q2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8GB | FN14 | 64G MLC | KLM8G1GEME-B0410 | 28,000 | 54,000 | 85,000 | 98,000 | 100,000 | 110,000 | 1,279,000 | 167,000 | 308,00 |
| 16GB | FN14 | 128G MLC | KLMAG1JENB-B0410 | 28,000 | 54,000 | 85,000 | 98,000 | 100,000 | 110,000 | 1,279,000 | 167,000 | 308,00 |
| | | TTL Simple Sum | | 56,000 | 108,000 | 170,000 | 196,000 | 200,000 | 220,000 | 2,558,000 | 334,000 | 616,00 |

| | | | | Jan | Feb | Mar | Apr | May | Jun | TTL | Q1 | Q2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8GB | FN14 | 64G MLC | KLM8G1GEME-B0410 | 224,000 | 432,000 | 680,000 | 784,000 | 800,000 | 880,000 | 10,232,000 | 1,336,000 | 2,464, |
| 16GB | FN14 | 128G MLC | KLMAG1JENB-B0410 | 448,000 | 864,000 | 1,360,000 | 1,568,000 | 1,600,000 | 1,760,000 | 20,464,000 | 2,672,000 | 4,928, |
| | | TTL GB Eq | | 672,000 | 1,296,000 | 2,040,000 | 2,352,000 | 2,400,000 | 2,640,000 | 30,696,000 | 4,008,000 | 7,392, |

Thank you.


-----

**From:** Dong-sung Yang

**Sent:** Wednesday, January 18, 2017 7:28AM

**To:** Ki-hoon Kim; Hyeok-sang Yoo; Ye-jin Moon; Kyong-yong Lee; Sung-han Kim

**Subject:** FW: RE: Regarding US Netlist eMMC quantity request


PO was issued unilaterally? How's the price?

Confidential

There are barely any PA within Group 1 itself, correct?

**----- Original Message -----**
**Sender:** Geol Yang <greg.yang@samsung.com> SVP/Team Leader/Sales Team(Memory)/ Samsung Electronics
**Date:** 2017-01-17 21:40 (GMT+9)
**Title:** RE: Regarding US Netlist eMMC quantity request
**To:** Hyun-ki Ji <hyunki.ji@samsung.com>, Dong-sung Yang <ds.yang@samsung.com>, Eung-soon Park <espark@samsung.com>
**Cc:** Yong Hwangbo <yong.hwangbo@samsugn.com>, Nak-won Heo <nakwon.heo@samsung.com>, Ho-jung Kim <hojung4623.kim@samsung.com>

Understood, Team Leader Ji.
Director Park, please urgently confirm the current available quantity.


**----- Original Message -----**
**Sender:** Hyun-ki Ji <hyunki.ji@samsung.com> VP/Team Leader/Planning Team(Memory)/ Samsung Electronics
**Date:** 2017-01-17 15:55 (GMT+9)
**Title:** Regarding US Netlist eMMC quantity request

SVP Geol Yang, VP Dong-sung Yang,
During the staff meeting last December, U.S. Netlist provided a report on the current proceeding on the ITC case (U.S. import ban request) related to the patent infringement with Hynix, and our company invested $15M convertible bonds and is currently in collaboration for NVDIMM, so it has been mentioned before to look into supporting them if possible. This is a request from Netlist for eMMC to sell to Plexus, a company in the US (Application: Speaker/Media Player).

**--------- Original Message ---------**

**Sender** : Ji Bum Kim <jbkim@netlist.com>

**Date** : 2017-01-06 12:22 (GMT+9)

**Title** : eMMC Forecast

VP Ji,
This is what we spoke about on the phone,
and a PO has already been issued to US Sales for the quantity below.
We ask for your active support.

* Customer : Plexus (US)

* Application : Speaker/Media Player

* Forecast (eMMC 8GB: 1,279,000pcs, 16GB: 1,279,000pcs), Total=2,558,000pcs

| Samsung Part Number | Purchase | | | Forecast | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec |
| KLM8G1GEME-B0410 | 28,000 | 54,000 | 85,000 | 98,000 | 100,000 | 110,000 | 120,000 | 120,000 | 120,000 | 148,000 | 148,000 | 148,000 |
| KLMAG1JENB-B0410 | 28,000 | 54,000 | 85,000 | 98,000 | 100,000 | 110,000 | 120,000 | 120,000 | 120,000 | 148,000 | 148,000 | 148,000 |

Best regards.
Hyun-ki Ji, VP (JI, HYUN KI)
Strategic Planning Team (Planning Team)
Memory Business (Memory Business Division)


Confidential

SEC005311

hyunki.ji@samsung.com

=======================================================

-----Original Message-----
From: Sebastian Lee
Sent: Thursday, January 19, 2017 12:08 PM
To: Hyeok-sang Yoo
Subject: eMMC

Hello,

Is there any change internally in relation to *sujae*?

VP Ji said he would provide support on the side.

Sent from my iPhone

**Hyeoksang(Harrison) Yoo**
**America Sales (Consumer & EDP)**

# Hyeoksang Yoo

B2B Sales Management, Principal Professional
Memory Sales Group 1
Samsung Electronics

T. +82.31.208.3733   M. +82.10.8861.9054   F. +82.31.208.3959
hsang.yoo@samsung.com
www.samsung.com

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

Confidential

SEC005312

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California        )
                           )        S. S.
Los Angeles County         )


      I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated <u>Document with Bates No. SEC005294– SEC005312</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

### Description of Translated Documents

<u>Document with Bates No. SEC005294– SEC005312</u>


Executed on August 4, 2021


_____
Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com


Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

Message

| From: | 유혁상 [hsang.yoo@samsung.com] |
|---|---|
| Sent: | 6/9/2021 4:45:23 PM |
| To: | 유혁상 Principal Professional 영업1그룹(메모리) 삼성전자 [hsang.yoo@samsung.com] |
| Subject: | NN |

------------------------------------

**From:** Lane Kim
**Sent:** Thursday, September 28, 2017 2:08 PM
**To:** Neal Knuth
**Cc:** Nicholas Marchewka; Val (Valeriia) Pletneva
**Subject:** RE: NETLIST Backlog

Neal, let's keep $1M support plan and ship these out in Oct. we need to keep it.

Thanks,

Lane

**From:** Neal Knuth
**Sent:** Wednesday, September 27, 2017 1:06 PM
**To:** Lane Kim
**Cc:** Nicholas Marchewka; Val (Valeriia) Pletneva
**Subject:** NETLIST Backlog

Hi Lane,

Can we release some of the below today? I believe Nick has included some in the pre-close. Please advise..

Thanks,

Neal Knuth

949 910 2835

**From:** Neal Knuth
**Sent:** Tuesday, September 26, 2017 9:14 AM
**To:** Lane Kim
**Cc:** Nicholas Marchewka; Val (Valeriia) Pletneva
**Subject:** NETLIST Backlog

Hi Lane,

We hare currently at **999,564.20 for Netlist shipments in September.** I would like to ship the below samples (about $250k). Would it be ok? These are in HQ warehouse. If I cannot ship all, can I ship less?

| Document No | Sample No | Status | Part No | Request Qty | HQ GR Qty | 1st RTF | 2nd RTF | Sold to Party Code | Sold to Party Name | Unit |
|---|---|---|---|---|---|---|---|---|---|---|
| 17060821 | SPM0145503 | HQ_GR | MZPLL6T4HMLS-00003 | 25 | 19 | 2017-09-10 | 2017-08-22 | 1141810 | NETLIST, INC. | $ 3,9 |
| 17071247 | SPM0147912 | HQ_GR | MZPLL3T2HMLS-00003 | 20 | 10 | 2017-09-10 | 2017-08-23 | 1141810 | NETLIST, INC. | $ 1,9 |
| 17071250 | SPM0147915 | HQ_GR | MZPLL6T4HMLS-00003 | 25 | 25 | 2017-09-10 | 2017-08-28 | 1141810 | NETLIST, INC. | $ 3,9 |
| 17081618 | SPM0150066 | HQ_GR | MZWLL1T6HEHP-00003 | 12 | 12 | | | 1141810 | NETLIST, INC. | $ 1,0 |

**From:** Neal Knuth
**Sent:** Friday, July 7, 2017 8:11 AM
**To:** Daniel (Kyong Yong) Lee-mySingle ; Steven Metz
**Cc:** Harrison Yoo ; TJ Jeong ; Liz Park ; Youngwoo Kim ; Arnold Kim ; Lane Kim ; Yejin Moon
**Subject:** Netlist June sales result

Confidential

Thanks Daniel.

Not really been much fun. Netlist also wants to help relationship and I have convinced them to cancel the $2M in backlog.. (I am crying)… ;-)

I will advise the 500k mix tomorrow.

| | | | | 16GB 2Rx4 1600 | | | | |
|---|---|---|---|---|---|---|---|---|
| 324412 | 1290948037 | 10 | M393B2G70EB0-YK0Q2 | RDIMM | 1,873 | 1,873 | $120.0 | $224,760.00 |
| 324222 | 1268870573 | 10 | MZ7LM3T8HMLP-00005 | PM863a 3.84TB | 500 | 450 | $1,710.0 | $855,000.00 |
| 324146 | 1266354686 | 110 | MZ7LM1T9HMJP-00005 | PM863a 1.92TB | 440 | 230 | $855.0 | $376,200.00 |
| 324202 | 1266814838 | 30 | MZ7LM960HMJP-00005 | PM863a 960GB | 733 | 125 | $440.0 | $322,520.00 |
| 324202 | 1266814838 | 10 | MZ7LM480HMHQ-00005 | PM863a 480GB | 800 | 650 | $232.0 | $185,600.00 |

Thanks,
Neal Knuth
949 910 2835
**From:** 이경용 [mailto:ky1217.lee@samsung.com]
**Sent:** Thursday, July 06, 2017 4:00 PM
**To:** Steven Metz; Neal Knuth; Daniel (Kyong Yong) Lee-mySingle
**Cc:** Harrison Yoo; TJ Jeong; Liz Park; Youngwoo Kim; Arnold Kim; Lane Kim; Yejin Moon
**Subject:** RE: RE: Netlist June sales result

Thanks Steve,

If there is strategic decision change, we will follow that.

-------- Original Message --------

Sender : Steven C Metz <s.metz@samsung.com> Director Sr/Americas Office(DS)-West2 Sales Exec Team/삼성전자

Date : 2017-07-07 01:02 (GMT+9)

Title : RE: Netlist June sales result

Daniel,

I'll let you know if JS Choi mentions this issue to me. He has not up till now and I have had it highlighted in my weekly reports…

The larger issue is that Netlist will continue to sell Samsung product as an "authorized reseller".

They will procure product through the open markets in Taiwan, Hong Kong, and most likely the Branded group for SSD.

Steven Metz | Samsung Semiconductor | Office: 408-544-4361 | Cell: 408-420-4382 |
**From:** Neal Knuth
**Sent:** Thursday, July 06, 2017 6:59 AM
**To:** Daniel (Kyong Yong) Lee-mySingle <ky1217.lee@samsung.com>; Steven Metz <s.metz@samsung.com>
**Cc:** Harrison Yoo <hsang.yoo@samsung.com>; TJ Jeong <tj76.jeong@samsung.com>; Liz Park <liz.park@samsung.com>; Youngwoo Kim <yw0420.kim@samsung.com>; Arnold Kim <arniee.kim@samsung.com>; Lane Kim <kihoon74.kim@samsung.com>; Yejin Moon <yejin.moon@samsung.com>
**Subject:** Netlist June sales result

Daniel,

We cleared backlog and will be moving forward with the $500k a month limit now. We did commit some DRAM, eMMC and SSD in Q2 that are mostly cleared. In July, our backlog is very limited for Netlist and I am rejecting new orders as they will buy Samsung from other sources. If you want we can have a call to review. I am afraid Netlist will buy from SEA and other branch possible also. I have rejected over $10 Million of business for Q3 already.

Thank you,

감사합니다

Neal Knuth
Samsung Semiconductor, INC

Confidential

Southwest Regional Manager
**New Office Number**: 949 910 2835

nealk@ssi.samsung.com

Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.

***Privacy Notice***: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law. If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.

**From:** 이경용 [mailto:ky1217.lee@samsung.com]
**Sent:** Wednesday, July 05, 2017 7:37 PM
**To:** Steven Metz
**Cc:** Daniel (Kyong Yong) Lee-mySingle; Harrison Yoo; TJ Jeong; Liz Park; Neal Knuth; Youngwoo Kim; Arnold Kim; Lane Kim; Yejin Moon
**Subject:** FW: Netlist June sales result

Dear Steve,

I received the sales result of Nestlit for June and it showed $1.6M.

I think it is more than the consensus guide $500K between Arnold and JS Choi.

Do you have any background of this?

If there was already committed leftover PO such as eMMC ($480K) in June as a last support, can we manange around $500K from July then?

I think it is also important to manange that level since JS Choi is in DSA side also.

Thank you,

--------- Original Message ---------

**Sender** : 유혁상 <hsang.yoo@samsung.com> Principal Professional/영업1그룹(메모리)/삼성전자

**Date** : 2017-07-06 11:16 (GMT+9)

**Title** : Netlist 6월 실적

**To** : 이경용<ky1217.lee@samsung.com>

**CC** : 박혜림<liz.park@samsung.com>

6월 $1.6M 맞구요. eMMC (NAND) 약 $0.5M를 빼도 백만불 넘게 판거네요. DRAM중 딱히 hot한 제품은 없습니다.

**From:** Lane Kim
**Sent:** Saturday, July 8, 2017 8:44 AM
**To:** Harrison Yoo ; TJ Jeong ; Daniel (Kyong Yong) Lee-mySingle
**Cc:** Liz Park ; Youngwoo Kim
**Subject:** RE: RE: Netlist

예, 그럼 7월은 $600K로 하라 하고, 8월에 $500K로 하는걸로 하겠습니다. 지시사항을 따르는 것이니요.

말씀 하신대로 금액을 더 올릴지는 DSA내에서 총괄께 보고하고 결정하고요.

Lane Kim | Samsung DSA | Director | 3655 N 1st Street, San Jose, CA 95134 | tel. 408.544.5217 | mobile. 408.529.9051
**From:** 유혁상 [mailto:hsang.yoo@samsung.com]
**Sent:** Friday, July 07, 2017 3:37 PM
**To:** Lane Kim; TJ Jeong; Daniel (Kyong Yong) Lee-mySingle
**Cc:** Liz Park; Youngwoo Kim
**Subject:** RE: RE: Netlist

Netlist biz 여부와 금액 budget관련하여 이부분은 총괄님 지침하에 DSA결정사항이고 DSK는 거기에 그저 따르는것입니다.

총괄께서 전마팀장시절에 지침이 있었는데, 총괄로 가신후 김성한 상무가 재확인차원 과 사업부 기획팀요청도 있어

Confidential                                                                 SEC005296

총괄님과 메일, 총괄님께서는 3십만불로 일단 얘기하였고 그김에 좀더 써서 5십만불까지로 하자고 하신 상태입니다.

일단 그렇게 된 이상 미주 총괄에서 제대로 관리가 되고있는지 하여 이경용님과 내가 6월 판매금액에 대해 확인을 한거라고 보면 되고....

그러니 Netlist는 총괄님의견받아 금액은 다시 정해서 진행하면 사업부는 물량이 되는 한에서 그저 지원을 하는것입니다.

다만 PM1725a, 1633a같이 안정화가 더 필요한 제품에 대한 West2 거래선향의 공급여부에 대해서는 내부 guide를 현재 검토중이니

이부분은 차주에 최종 알려드리도록 하겠습니다.

--------- **Original Message** ---------

**Sender** : 김기훈 <kihoon74.kim@samsung.com> Principal Professional/미주총괄(DS)/삼성전자

**Date** : 2017-07-08 03:12 (GMT+9)

**Title** : RE: Netlist

Umm. the amount includes all POs (sample or MP)

Harrison, how about $800K ($500K + $300K) for July and $500K from August..?

Neal, could you explain what samples there are? (customer…)

Thanks,

Lane

**From:** Neal Knuth

**Sent:** Thursday, July 13, 2017 4:04 AM

**To:** Lane Kim ; Harrison Yoo ; Daniel (Kyong Yong) Lee-mySingle ; Liz Park

**Cc:** Steven Metz ; Val (Valeriia) Pletneva ; Nicholas Marchewka

**Subject:** Netlist: PO on 64GB LRDIMM

Team,

Just FYI, one customer that will pay the $585.00 for the 64GB LRDIMM is Netlist but I am close to $600k limit so I will reject the attached PO. They want another 500-600pc next week and I have also rejected.

Thank you,

**From:** 정태진

**Sent:** Monday, May 15, 2017 8:29 AM

**To:** Neal Knuth

**Cc:** 유혁상 ; 이경용 ; Steven C Metz ; Nicholas Peter Marchewka ; Valeriia Pletneva ; 김기훈 ; 문예진

**Subject:** RE: Netlist: Q3 SSD Demand

Neal,

As we replied, we could not secure Q3 SSD PA for Netlist. Please do not accept SSD POs from Netlist.

Thanks.

TJ Jeong

US. NW Sales

Samsung Electronics

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

--------- **Original Message** ---------

**Sender** : Neal Knuth <n.knuth@samsung.com>  Manager Sr/Americas Office(DS)-W2 Sales - SD/삼성전자

**Date** : 2017-05-13 03:13 (GMT+9)

Confidential

SEC005297

**Title** : Netlist: Q3 SSD Demand

Can I get some feedback now?

Thanks,

Neal Knuth

949 910 2835

**From:** Neal Knuth
**Sent:** Tuesday, May 09, 2017 12:21 PM
**To:** TJ Jeong; Harrison Yoo
**Cc:** Daniel (Kyong Yong) Lee-mySingle; Steven Metz; Nicholas Marchewka; Val (Valeriia) Pletneva
**Subject:** Netlist: Q3 SSD Demand

TJ, Harrison,

Here is the Q3 demand for Netlist. By Friday, I will also send Tech Coast OEM Q3 SSD demand and Viking Q3 SSD demand. Can I confirm the below for Netlist. Even break out by month is great, the below is total for Q3.

Of course, this assumes we ship all Q2 backlog and nothing slips into Q3. Also, ASAP quantity should ship against Q2 allocation and backlog. Let me know of any questions. Customers are below.

| Samsung Part Number | Description | ASAP Qty | Q3 FCST |
|---|---|---|---|
| MZ7KM240HMHQ-00005 | 240GB 2.5" SATA3 6Gbps SM863a | 200 | 1,000 |
| MZ7KM480HMHQ-00005 | 480GB 2.5" SATA3 6Gbps SM863a | | 1,000 |
| MZ7KM960HMJP-00005 | 960GB 2.5" SATA3 6Gbps SM863a | 200 | 1,000 |
| MZ7KM1T9HMJP-00005 | 1.92TB 2.5" SATA3 6Gbps SM863a | | 1,000 |
| MZ7LM240HMHQ-00005 | 240GB 2.5" SATA3 6Gbps PM863a | | 1,000 |
| MZ7LM480HMHQ-00005 | 480GB 2.5" SATA3 6Gbps PM863a | | 1,000 |
| MZ7LM960HMJP-00005 | 960GB 2.5" SATA3 6Gbps PM863a | 200 | 2,000 |
| MZ7LM1T9HMJP-00005 | 1.92TB 2.5" SATA3 6Gbps PM863a | | 2,000 |
| MZ7LM3T8HMLP-00005 | 3.84TB 2.5" SATA3 6Gbps PM863a | | 800 |
| MZ1LW960HMJP-00003 | 960GB M.2 NVMe PCIe PM963 | | 50 |
| MZ1LW1T9HMLS-00003 | 1.92TB M.2 NVMe PCIe PM963 | | 50 |
| MZQLW960HMJP-00003 | 960GB 2.5" NVMe PCIe PM963 | | 500 |
| MZQLW1T9HMJP-00003 | 1.92TB 2.5" NVMe PCIe PM963 | | 300 |
| MZQLW3T8HMLP-00003 | 3.84TB 2.5" NVMe PCIe PM963 | | 100 |
| MZPLL1T6HEHP-00003 | 1.6TB PCIe NVMe (HHHL) PM1725a | | 20 |

Ex. 68

Confidential

| MZPLL3T2HMLS-00003 | 3.2TB PCIe NVMe (HHHL) PM1725a | | 20 |
| MZPLL6T4HMLS-00003 | 6.4TB PCIe NVMe (HHHL) PM1725a | 150 | 300 |

| Samsung Part Number | End Customer/users targeted |
|---|---|
| MZ7KM240HMHQ-00005 | Kaminario, MBX, 24-7, Unicom Engineering |
| MZ7KM480HMHQ-00005 | Kaminario, MBX, 24-7, Unicom Engineering |
| MZ7KM960HMJP-00005 | Kaminario, MBX, 24-7, Unicom Engineering, A3Cube, L3 Communications, Archion Storage |
| MZ7KM1T9HMJP-00005 | MBX, 24-7, Unicom Engineering |
| MZ7LM240HMHQ-00005 | MBX, Harmonic, AMI Stortrends, Dolby Laboratories, Core Systems |
| MZ7LM480HMHQ-00005 | MBX, AMI Stortrends, Cohesity, Iron Systems, Unicom Engineering, Redapt, Themis, Patriot Technologies, Core Systems |
| MZ7LM960HMJP-00005 | MBX, AMI Stortrends, Cohesity, Iron Systems, Unicom Engineering, Redapt, Themis, Patriot Technologies, Core Systems |
| MZ7LM1T9HMJP-00005 | Kaminario, MBX, AMI Stortrends, iXsystems, Cohesity, Iron Systems, Unicom Engineering, Redapt, Themis, Patriot Technologies, Core Systems, JetStor, SquareTrade |
| MZ7LM3T8HMLP-00005 | Kaminario, MBX, AMI Stortrends, iXsystems, Cohesity, Iron Systems, Unicom Engineering, Redapt, Themis, Patriot Technologies, Core Systems, JetStor, SquareTrade |
| MZ1LW960HMJP-00003 | Rave Computers, Patriot Technologies |
| MZ1LW1T9HMLS-00003 | Rave Computers, Patriot Technologies |
| MZQLW960HMJP-00003 | MBX, iXsystems, Rave Computers, Ace Computers |
| MZQLW1T9HMJP-00003 | MBX, iXsystems, Rave Computers, Ace Computers |
| MZQLW3T8HMLP-00003 | MBX, iXsystems, Rave Computers, Ace Computers |
| MZPLL1T6HEHP-00003 | Broadcom, Microsemi |
| MZPLL3T2HMLS-00003 | Riot Games |
| MZPLL6T4HMLS-00003 | Riot Games, Parsons, Blizzard Games |

-----------
**From:** 정태진
**Sent:** Monday, May 15, 2017 8:27 AM
**To:** Neal Knuth ; 유혁상 ; 박혜림
**Cc:** Nicholas Peter Marchewka ; 김기훈 ; Valeriia Pletneva ; Steven C Metz ; 이경용 ; 김성한
**Subject:** RE: Netlist eMMC 2H 2017

Neal,

Due to strong demand from mobile customers, DSK sales strategy team cannot assign 2H eMMC PA for Netlist.

Please do not accept 2H eMMC POs.

Thanks.

Ex. 68

Confidential

TJ Jeong

US. NW Sales

Samsung Electronics

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

--------- **Original Message** ---------

**Sender** : Neal Knuth <n.knuth@samsung.com> Manager Sr/Americas Office(DS)-W2 Sales - SD/삼성전자

**Date** : 2017-05-13 03:11 (GMT+9)

**Title** : Netlist eMMC 2H 2017

TJ,

Here is the 2H Netlist forecast. Please advise support and Q3 price.

| PN | Descriptions | Q3'17 | | | Q4'17 | | |
|---|---|---|---|---|---|---|---|
| | | Jul | Aug | Sep | Oct | Nov | Dec |
| KLM8G1GEME-B041001 | FLASH eMMC 8GB (64Gb *1die) | 450,000 | 450,000 | 480,000 | 450,000 | 450,000 | 400,000 |
| KLMAG1JENB-B041007 | FLASH eMMC 16GB (128Gb *1die) | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 |

**From:** Neal Knuth
**Sent:** Friday, March 24, 2017 10:46 AM
**To:** TJ Jeong
**Cc:** Steven Metz ; Harrison Yoo ; Nicholas Marchewka ; Arnold Kim ; Howard Sung ; Daniel (Kyong Yong) Lee-mySingle ; Val (Valeriia) Pletneva ; Lane Kim
**Subject:** Netlist Confirmed PO(backlog) to verify

I am working on it. Thanks for your help.

Thanks,
Neal Knuth
949 910 2835

**From:** 정태진
**Sent:** Friday, March 24, 2017 10:44 AM
**To:** Neal Knuth
**Cc:** Steven C Metz ; 유혁상 ; Nicholas Peter Marchewka ; 김성한 ; 성화남 ; 이경용 ; Valeriia Pletneva ; 김기훈
**Subject:** RE: RE: Netlist Confirmed PO(backlog) to verify

Neal,

As Steve mentioned, we would like to know SSD PO confirm status and End-customers.

Here is the summary of Netlilst SSD Backlogs and Mnthly PA. Please verify confirmed POs and End-customers.

Thanks.

| Netlist | | Backlog | | | | | March Avail | | | PA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QTY | March | April | May | June | TTL | Shipped | Avail | TTL | April | May | Jun |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MZ7KM1T9HAJM-00005 | 253 | | | | 253 | 193 | 360 | 553 | 30 | 200 |
| MZ7KM1T9HMJP-00005 | 235 | 1,000 | 900 | 900 | 3,035 | 292 | 300 | 592 | 300 | 0 |
| MZ7KM240HMHQ-00005 | 254 | 400 | 400 | 400 | 1,454 | 72 | - | 72 | 300 | 300 |
| MZ7KM480HMHQ-00005 | 469 | 400 | 400 | 400 | 1,669 | - | 288 | 288 | 300 | 300 |
| MZ7KM960HMJP-00005 | 228 | 600 | 600 | 600 | 2,028 | - | - | - | 150 | 0 |
| MZ7LM1T9HMJP-00005 | 1,045 | | | | 1,045 | - | 815 | 815 | 650 | 250 |
| MZ7LM240HMHQ-00005 | 1,028 | | | | 1,028 | 504 | 68 | 572 | 500 | 500 |
| MZ7LM3T8HMLP-00005 | 1,312 | 500 | 500 | | 2,312 | 51 | 586 | 637 | 250 | 250 |
| MZ7LM480HMHQ-00005 | 342 | 800 | | | 1,142 | 258 | - | 258 | 200 | 200 |
| MZ7LM960HMJP-00005 | 5 | 800 | | | 805 | 71 | - | 71 | 100 | 100 |
| EQ TTL | 9,495,552 | 6,246,400 | 4,812,800 | 2,764,800 | 23,319,552 | 1,554,432 | 5,585,920 | 7,140,352 | 3,747,840 | 2,508,800 | 2,432... |

**From:** Neal Knuth
**Sent:** Thursday, March 23, 2017 12:34 PM
**To:** Harrison Yoo
**Cc:** Nicholas Marchewka ; Howard Sung ; TJ Jeong ; Daniel (Kyong Yong) Lee-mySingle ; 김기훈 ; Steven Metz ; Val (Valeriia) Pletneva
**Subject:** Netlist Confirmed PO(backlog) to verify
Harrison,
As you know, I am careful (too careful) with adding backlog and as far as I see, all backlog for Netlist is either approved, within PA, or within lead time.
As you know, I have rejected many PO from Netlist for LTB of V2, Q2 SSD, Q2 DRAM all that I could have accepted within PA and lead time.
Where do you see the issue? Q4 and Q1 PO's were approved? I also believe the backlog is sent weekly and reviewed by SEC and this is the first I hear of an issue with Netlist backlog?
Thanks,
Neal Knuth
949 910 2835
**From:** 유혁상 [mailto:hsang.yoo@samsung.com]
**Sent:** Wednesday, March 22, 2017 6:44 PM
**To:** Neal Knuth
**Cc:** Nicholas Marchewka; Howard Sung; TJ Jeong; Daniel (Kyong Yong) Lee-mySingle; 김기훈; Steven Metz; Val (Valeriia) Pletneva
**Subject:** RE :Netlist Confirmed PO(backlog) to verify
Neal,
hope you had nice vacation and productive biz trip with customers.
As I requested a couple of times, Please finalize Netlist PO status based on support-confirmation for Netlist
and discuss internally. Daniel shared with Steven and Lane and they also can help you understood the background and
discuss how to work with your customer.
Regards.
------- **Original Message** -------
**Sender** : Neal Knuth
**Date** : 2017-03-18 00:15 (GMT+09:00)
**Title** : Netlist Confirmed PO(backlog) to verify

Ex. 68

Confidential

Harrison,
Let me discuss internally. I am on vacation now. Netlist is my top customer. I don't have a way to recover this revenue.

Thanks,
Neal Knuth
949 910 2835

---

**From:** 유혁상 [mailto:hsang.yoo@samsung.com]
**Sent:** Friday, March 17, 2017 1:08 AM
**To:** Neal Knuth; Val (Valeriia) Pletneva
**Cc:** Nicholas Marchewka; Daniel (Kyong Yong) Lee-mySingle; TJ Jeong; Howard Sung
**Subject:** FW: Netlist Confirmed PO(backlog) to verify

Neal, Valieriia, Nick
Can DSK consider no confirmed PO from April except for eMMC? Or some components for NVDIMM development will be honored?
Please finalize confirmed fixed PO status for Netlist. DSK need to share Netlist status .
Regards.

--------- **Original Message** ---------
**Sender** : 유혁상 <hsang.yoo@samsung.com> Principal Professional/영업1그룹(메모리)/삼성전자
**Date** : 2017-03-16 15:45 (GMT+9)
**Title** : Netlist Confirmed PO(backlog) to verify
**To** : Neal Knuth<n.knuth@samsung.com>, Valeriia Pletneva<valeriia.p@partner.samsung.com>

**CC** : Nicholas Peter Marchewka<n.marchewka@samsung.com>, 이경용<ky1217.lee@samsung.com>,

정태진<tj76.jeong@samsung.com>, 성화남<hwanam.sung@samsung.com>, 김성한<arniee.kim@samsung.com>

Neal, Valeria
Please screen for confirmed POs only based on availability confirmation within PA or DP plan.
And please delete any of non-confirmed PO which Netlist placed without your commitment.
We have to honor and support firm confirmed backlog but any of non confirmed won't be considered from now on.
Regards

--------- **Original Message** ---------
**Sender** : 이경용 <ky1217.lee@samsung.com> Principal Professional/영업1그룹(메모리)/삼성전자
**Date** : 2017-03-16 15:19 (GMT+9)
**Title** : RE: RE: RE: RE: RE: Netlist Backlog 잔량
**From:** 이경용
**Sent:** Thursday, March 16, 2017 3:19 PM
**To:** 정태진 ; 유혁상
**Cc:** 이경용 ; 성화남 ; 문예진
**Subject:** RE: RE: RE: RE: RE: Netlist Backlog 잔량

하기와 같이 정리 하였으니 내일 오전 까지 Neal과 Confirm 안된 부분은 삭제해서 정리하고 보고 하는걸로 진행해 주십시요.

Confidential

Unit: Kpcs

| QTY | 구분 | March | April | May | June | TTL | Remark |
|---|---|---|---|---|---|---|---|
| **DRAM (1Gb EQ)** | | 322 | 812 | 516 | 520 | 2,170 | |
| K4A4G045WE-BCRC000 | 4Gb Component | | 6.00 | | | 6.00 | |
| K4A4G045WE-BCTD000 | 4Gb Component | | 3.00 | 3.00 | 4.00 | 10.00 | |
| K4A4G085WE-BCRC000 | 4Gb Component | 44.35 | | | | 44.35 | |
| K4B1G0846I-BYK0000 | 1Gb Component | | 4.00 | | | 4.00 | |
| K4B4G0446E-BYK0000 | 4Gb Component | 10.00 | | | | 10.00 | |
| M391A2K43BB1-CRCQ0 | 16GB ECC DIMM | 0.10 | | | | 0.10 | |
| M391A5143EB1-CRCQ0 | 512GB RDIMM | 0.10 | | | | 0.10 | |
| M391B1G73EB0-YK0Q0 | 8GB RDIMM | 0.30 | | | | 0.30 | |
| M393A1G40DB0-CPB0Q | 8GB RDIMM | 0.90 | 1.00 | | | 1.90 | |
| M393A1G40EB1-CRC0Q | 8GB RDIMM | | 1.00 | | | 1.00 | |
| M393A2G40EB1-CRC0Q | 16GB RDIMM | | 1.00 | 1.00 | | 2.00 | |
| M393A2K40BB1-CRC0Q | 16GB RDIMM | | 0.91 | 1.50 | 1.50 | 3.91 | |
| M393A2K43BB1-CRC0Q | 16GB RDIMM | | 2.45 | | | 2.45 | |
| M393A4K40BB1-CRC0Q | 32GB RDIMM | | | 0.50 | 1.00 | 1.50 | |
| **NAND (GB EQ)** | | 10,014 | 9,414 | 7,981 | 5,933 | 33,342 | |
| KLM8G1GEME-B041006 | 8GB eMMC | 64.84 | 136.00 | 136.00 | 136.00 | 472.84 | <- Plexus eMMC |
| KLMAG1JENB-B041013 | 16GB eMMC | | 130.00 | 130.00 | 130.00 | 390.00 | <- Plexus eMMC |
| MZ7KM1T9HAJM-00005 | 1.92TB SSD | 0.25 | | | | 0.25 | |
| MZ7KM1T9HMJP-00005 | 1.92TB SSD | 0.24 | 1.00 | 0.90 | 0.90 | 3.04 | |
| MZ7KM240HMHQ-00005 | 240GB SSD | 0.25 | 0.40 | 0.40 | 0.40 | 1.45 | |
| MZ7KM480HMHQ-00005 | 480GB SSD | 0.47 | 0.40 | 0.40 | 0.40 | 1.67 | |
| MZ7KM960HMJP-00005 | 960GB SSD | 0.23 | 0.60 | 0.60 | 0.60 | 2.03 | |
| MZ7LM1T9HMJP-00005 | 1.92TB SSD | 1.05 | | | | 1.05 | |
| MZ7LM240HMHQ-00005 | 240GB SSD | 1.03 | | | | 1.03 | |
| MZ7LM3T8HMLP-00005 | 3.8TB SSD | 1.31 | 0.50 | 0.50 | | 2.31 | |
| MZ7LM480HMHQ-00005 | 480GB SSD | 0.34 | 0.80 | | | 1.14 | |
| MZ7LM960HMJP-00005 | 960GB SSD | 0.01 | 0.80 | | | 0.81 | |

**From:** 이경용
**Sent:** Tuesday, February 21, 2017 6:53 PM
**To:** 최주선 ; 양걸 ; 양동성 ; 김성한
**Cc:** 한재수 ; 이경용 ; 유혁상 ; 문예진 ; 김인동 ; 이정배 ; 김상연 ; 정태진 ; 성화남 ; 고민숙 ; 이영균 ; 권형석 ; 박재현 ; 안대일 ; 이동욱
**Subject:** [회의록] Netlist @ Feb 21st (Hwasung)

하기와 같이 2/21일 오전에 있었던 Netlist 내방 미팅 관련 회의록 간략 보고 드립니다.
- 참석자 : JB Kim (Executive VP ,Sales& Marketing) Brian Peterson (SVP Sales&Marketing) Paik Ki Hong (VP), Sebastian Lee(Dir. App Eng.)
양동성 상무, 권형석 부장, 유혁상부장, 문예진부장, 이경용 부장外
[주요 회의 내용]
- Netlist는 2000년도에 설립되어 現주력 제품군은 Server향 High Performance Module로 Express Vault (PCIe offering),NVValut (NVDIMM),Hybri DIMM[HyperDIMM(DRAM+NAND)]으로 대표됨
- Uber向 SSD요청 관련하여 현재 공급 가용이 극히 제한적인 상황인 와중에,당사는 End customer(Uber)
로부터 직접 물량을 공급 해달라는 요청을 받았고 Netlist를 통한 우회적인 공급은 힘든 상황임을 설명함.
- Netlist는 양사의 협력 관계를 강조하면서 당사의 Official Distributor Partnership Agreement
等으로 확대하여 요청하는 부분에 대해서는 양사간의 Partnership은 기술협력(JDLA)가 근간이며,
Business관련한 추가적 요청은 별도 분리하여 대응하자고 제안함.

Ex. 68

Confidential

**From:** 정태진
**Sent:** Friday, February 3, 2017 11:11 AM
**To:** 유혁상 ; 이경용 ; 문예진 ; 정태진
**Subject:** RE: Netlist

금일 발행된 SM863/SM863a PA는 하기와 같습니다. 해당 수량이에 추가 가용 확보는 사실상 어렵습니다.

하기 PA를 Mix 하여 대응하는 안을 역제안 해야 할 것으로 보입니다.

| 공정 + 제품 | Model | Group | GC | GC code | Part No. | 1월 | 2월 | 3월 | 4월 | 5월 | 6월 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| V32 128Gb MLC | SM863 | 1그룹 | West2 | Y000097 | MZ7KM1T9HAJM-00005 | 188 | 181 | 360 | 200 | 200 | 200 |
| V32 128Gb MLC | SM863 | 1그룹 | West2 | Y000097 | MZ7KM480HAHP-00005 | 400 | 0 | 300 | 300 | 0 | 0 |
| V32 128Gb MLC | SM863 | 1그룹 | West2 | Y000097 | MZ7KM960HAHP-00005 | 950 | 0 | 0 | 0 | 0 | 0 |
| V48 256Gb MLC | SM863a | 1그룹 | West2 | Y000097 | MZ7KM1T9HMJP-00005 | 100 | 0 | 700 | 300 | 0 | 0 |
| V48 256Gb MLC | SM863a | 1그룹 | West2 | Y000097 | MZ7KM240HMHQ-00005 | 300 | 0 | 300 | 300 | 300 | 0 |
| V48 256Gb MLC | SM863a | 1그룹 | West2 | Y000097 | MZ7KM480HMHQ-00005 | 300 | 0 | 300 | 300 | 300 | 300 |
| V48 256Gb MLC | SM863a | 1그룹 | West2 | Y000097 | MZ7KM960HMJP-00005 | 200 | 400 | 0 | 150 | 0 | 0 |

가장 PA 확보가 어려운 제품이 SM863이기에

**From:** 이경용
**Sent:** Tuesday, January 31, 2017 2:56 PM
**To:** 김성한
**Cc:** 유혁상 ; 문예진 ; 김기훈 ; 정태진 ; 성화남
**Subject:** RE: RE: RE: (Netlist) eMMC 수주완료 및 SSD (SM863a) 공급 요청

SM863a가 MLC 제품이라 PA의 여유가 전혀 없습니다.
일단 Q1에는 공급 가능성이 없으며 Q2에도 타거래션에서
PA 수혈을 받아야 가능한 상황입니다. NW 파트쪽에서는
MSFT /AWS /Cisco/ Oracle쪽 Q2 PA가 확정된 후 내부적으로
논의해 봐야 합니다. 수량은 MLC Bit Loss까지 감안하면
13M GB가 필요 합니다.
--------- Original Message ---------
**Sender** : 김성한 <arniee.kim@samsung.com> M7(부장)/담당부장/영업1그룹(메모리)/삼성전자
**Date** : 2017-01-31 14:07 (GMT+9)

Ex. 68

SEC005304

Title : RE: RE: (Netlist) eMMC 수주완료 및 SSD (SM863a) 공급 요청

KY 부장님,

아래 SM863a 공급 관련, 공급 가능한지 다시한번 확인해서 알려주시기 바랍니다.

확인 결과 없다고 판단되면 어설프게 commit해서 물리지 말고 되면 되고 안되면

확실히 안된다고 답변하는거 필요해 보입니다. 그래서 다시 위로 치고 오면 그때

가시 대응하면 될듯하니..

KY가 전체 다시함 봐서 대응안 알려주세요.

Arnold S. Kim (김성한 부장)
Director, Sales
Office 82-31-208-3764 / Mobile 82-10-2046-8943



This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

--------- Original Message ---------
Sender : 양동성 <ds.yang@samsung.com> 상무/그룹장/영업1그룹(메모리)/삼성전자
Date : 2017-01-31 10:53 (GMT+9)
Title : RE: (Netlist) eMMC 수주완료 및 SSD (SM863a) 공급 요청
eMMC 에서도 큰 도움을 주는 것인데, 그것 이외에 SM863a는 양사간 협의한 내용이 아니라면, 기존 업체들도 공급이
많이 부족한 상황에서 L/T base로 해도 공급 Confirm은 간접적으로 피하는 것이 좋아 보입니다.

--------- Original Message ---------
Sender : 유혁상 <hsang.yoo@samsung.com> M7(부장)/담당부장/영업1그룹(메모리)/삼성전자
Date : 2017-01-31 10:20 (GMT+9)
Title : (Netlist) eMMC 수주완료 및 SSD (SM863a) 공급 요청

1. Netlist에서 **eMMC 요청관련** 당사가 상반기 공급가능한 수량(하단) 과 **제시한 가격대로 전량 PO를 냈습니다.**

: 8GB 493K, 16GB 475K (총 $4.3M) **(가격 $3.5/$5.5 * 당사 BSP $3.0/$4.8)**

2. Netlist는 연휴 직전부터 **SM863a (1.92TB) 공급요청을 하고 있습니다.(2~5월간 4.8K대)**
해당 수요는 Uber향 인데 mapping차량 탑재용으로 Uber의 차량mapping 진행중인 Pittsburg에서
California와 Arizona로 확대하면서 탑재용 SM863a가 필요하지만 수급이 도저히 어려운 상황에서
Netlist를 push하는것으로 보입니다.
eMMC와 마찬가지로 당초 당사로 forecast는 없었고 당사 SM가용이 매우 제한적이라
현실적으로 가용 확보는 쉽지 않은 상황으로,
L/T base공급으로 제시하고자 하나 당월부터 당장 공급이 필요하다고 도움 요청하는 상황입니다.
(일정별 요청현황)
- 500pcs 2/8
- 500pcs 2/15

Confidential

SEC005305

- 500pcs 2/22
- 300pcs 3/1
- 1Kpcs 4/7
- 1.5Kpcs 5/5
- 500pcs 6/2
- 이 상 -
--------- Original Message ---------
Sender : Neal Knuth <n.knuth@samsung.com> Manager Sr/Americas Office(DS)-W2 Sales - SD/삼성전자
Date : 2017-01-27 06:00 (GMT+9)
Title : eMMC Support plan for Netlist
<!--[if mso 9]--><!--[endif]-->

Hi Harrison,

We have aligned the PO **(attached)** to match the support plan for Q1 and Q2. With no objections, I will have Val enter the order as per your monthly breakdown below.

To get started, if any way to get 20k of each in February, please let me know.

Thanks,
Neal Knuth
949 910 2835

---

**From:** 유혁상 [mailto:hsang.yoo@samsung.com]
**Sent:** Wednesday, January 25, 2017 7:52 PM
**To:** Neal Knuth; Lane Kim
**Cc:** Yejin Moon; Steven Metz; TJ Jeong; Howard Sung; Val (Valeriia) Pletneva; Nicholas Marchewka
**Subject:** RE: eMMC Support plan for Netlist

Neal, Good for them to start to place PO.
Below monthly support plan for 1st half and please get the additional PO for balance parts.

|  |  | Jan | Feb | Mar | Apr | May | June | 1H TTL |
|---|---|---|---|---|---|---|---|---|
| 8GB 64G MLC | KLM8G1GEME-B0410 | 0 | 0 | 85,000 | 136,000 | 136,000 | 136,000 | **493,000** |
| 16GB 128G MLC | KLMAG1JENB-B0410 | 0 | 0 | 85,000 | 130,000 | 130,000 | 130,000 | **475,000** |

--------- Original Message ---------
Sender : Neal Knuth <n.knuth@samsung.com> Manager Sr/Americas Office(DS)-W2 Sales - SD/삼성전자
Date : 2017-01-26 11:23 (GMT+9)
Title : eMMC Support plan for Netlist

**Harrison,**

Ok. Please see attached with full part numbers and your revised price. I also had the NC/NR term added. I appreciate your support on this. I will update Q2 soon. Please advise any issue.

**Val,** looks ok to enter order.

**Nick,** please update DP. I will have Q2 by end of the week I believe.

Thanks,

Confidential

Neal Knuth

949 910 2835

**From:** Sebastian Lee
**Sent:** Thursday, January 26, 2017 1:24 PM
**To:** 유 혁상 (hsang.yoo@samsung.com)
**Subject:** Re: 진행 상황

김 지범 부사장님께서 지상무님과 통화를 하여 부탁을 하셨다고 합니다

혹시 오늘 중이라도 내부 기류 변화가 있는지 연락 부탁드립니다

내일 고객과 통화를 하기로 하였는데 대응을 준비해야 합니다


Thank you

Sebastian Lee


On Jan 25, 2017, at 6:06 PM, Sebastian Lee <SLee@netlist.com> wrote:


안녕하세요?

일단 오늘 삼성에서 제시한 가격으로 eMMC PO를 발행할 예정입니다.

그리고 저희 김 부사장님께서 지상무님께 eMMC는 확정이 되었으나 U사 지원을

요청드릴겁니다. (아마도 오전 중)

참조하시기 바랍니다.

감사합니다.

이 석우

**From:** 정태진
**Sent:** Tuesday, January 24, 2017 11:18 AM
**To:** 유혁상
**Cc:** 문예진 ; 성화남
**Subject:** RE: FW: Netlist/Uber

Netlist에서 요청하는 제품은 MZ7KM1T9HAJM-00005은 현재 재고 없는 상황이며, 주요 거래선도 West1입니다.

전략에서는 추가 배정 가능한 PA가 없다고 하는 상황이기에, 본 제품 공급을 하려면 영업1그룹안에서 PA를

재배분해야 하는 상황입니다.

감사합니다.

TJ Jeong

Manager, US. Northwest Sales

Samsung Electronics

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

--------- **Original Message** ---------

**Sender** : Neal Knuth <n.knuth@samsung.com>  Manager Sr/Americas Office(DS)-W2 Sales - SD/삼성전자

**Date** : 2017-01-24 10:42 (GMT+9)

**Title** : Netlist/Uber


Ex. 68

Please help respond on the below.

Thanks,
Neal Knuth
949 910 2835

---

**From:** Neal Knuth
**Sent:** Friday, January 13, 2017 8:28 AM
**To:** Harrison Yoo; Howard Sung; Nicholas Marchewka
**Cc:** Val (Valeriia) Pletneva; Lane Kim
**Subject:** Netlist/Uber

Sorry, here is the V2 version part number. MZ7KM1T9HAJM-00005
I need options on both the SM863 or SM863A. Also, any price relief on Q1 matrix?
Uber/Netlist
1000pc
MZ7KM1T9HAJM-00005
MZ7KM1T9HMJP-00005

Thanks,
Neal Knuth
949 910 2835

---

**From:** Neal Knuth
**Sent:** Friday, January 13, 2017 8:22 AM
**To:** Harrison Yoo; Howard Sung; Nicholas Marchewka
**Cc:** Val (Valeriia) Pletneva
**Subject:** Netlist/Uber

Harrison,
Uber is needing 1k more of MZ7KM1T9HMJP-00005
Netlist is pushing very hard to get support. Anything we can do?
Any PM863 or SM863 available for Netlist LTB? You rejected but they are still pushing very hard.

**From:** 문지석
**Sent:** Thursday, January 19, 2017 11:34 AM
**To:** 문예진 ; 조재훈
**Cc:** 최영주 ; 김종명 ; 정태진 ; 성화남 ; 유혁상 ; 김선희
**Subject:** RE: RE: FW: eMMC(8GB, 16GB) 1분기 가격 문의

문예진 부장님

하기와 같이 두가지 eMMC 제품에 대한

1분기 가격 가이드 송부드립니다.

**KLM8G1GEME-B0410 (FET 64Gb 8GB eMMC) : $3.00**
**KLMAG1JENB-B0410 (FET 128Gb 16GB eMMC) : $4.80**

감사합니다.

--------- **Original Message** ---------

**Sender** : 문예진 <yejin.moon@samsung.com> M7(부장)/담당부장/영업1그룹(메모리)/삼성전자

**Date** : 2017-01-19 09:51 (GMT+9)

**Title** : RE: FW: eMMC(8GB, 16GB) 1분기 가격 문의

조재훈 과장님, 회신 감사합니다.

Ex. 68

Confidential

문지석 과장님,

1분기 가격 가이드 부탁드립니다.

-----------

**From:** 문예진 [mailto:yejin.moon@samsung.com]
**Sent:** Tuesday, January 17, 2017 11:30 PM
**To:** Neal Knuth
**Cc:** Steven Metz; Harrison Yoo; TJ Jeong; Howard Sung; Lane Kim
**Subject:** eMMC Support plan for Netlist

Hi Neal,

I am Kate working with Harrison covering channel business from this year. Very nice to talk to you over the email first.

Regarding eMMC suuport for Netlist, we got their quantity needed in each month as below and we can support from March.

* Customer : Plexus (US)

* Application : Speaker/Media Player

* Forecast (eMMC 8GB: 1,279,000pcs, 16GB: 1,279,000pcs), Total=2,558,000pcs

| Samsung Part Number | Purchase | | | Forecast | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec |
| KLM8G1GEME-B0410 | 28,000 | 54,000 | 85,000 | 98,000 | 100,000 | 110,000 | 120,000 | 120,000 | 120,000 | 148,000 | 148,000 | 148,000 |
| KLMAG1JENB-B0410 | 28,000 | 54,000 | 85,000 | 98,000 | 100,000 | 110,000 | 120,000 | 120,000 | 120,000 | 148,000 | 148,000 | 148,000 |

We can support through H1 with 11M pcs (1GB Eq.) with PO of NCNR condition. The 1st shipping will be in March with the corresponding price for March. Thus, whatever the price is on the PO, it should be adjusted for the March price. Did you get their PO yet? What is the price?

**From:** 김기훈
**Sent:** Thursday, January 19, 2017 3:23 AM
**To:** 김성한 ; 양동성 ; 유혁상
**Cc:** 이경용 ; 문예진 ; 성화남
**Subject:** RE: RE: FW: RE: RE: 美 Netlist社 eMMC 물량 요청 관련

예, 본사 Q1/Q2가격 보내주십시오.(충분히 가격 높여서), NCNR PO로 진행시키겠습니다.

채널업체들에게는 eMMC 같은 완제품은 공급 않하는데, 이번 Netlist가 예외가 되네요.

(지난번 우버향 SSD건도 Netlist였는데.. 사업부장께 직접 연락하여 공급해 주웠었고요)

법인에선 안된다고 하는데, Netlist가 SEC 기획팀 통해 우회적으로 push를 했네요.

대신 일반 commodity 제품이 아니니, NCNR PO조건으로 진행시키겠습니다.

감사합니다.

--------- **Original Message** ---------

**Sender** : 김성한 M7(부장)/담당부장/영업1그룹(메모리)/삼성전자

**Date** : 2017-01-17 22:59 (GMT-8)

**Title** : RE: FW: RE: RE: 美 Netlist社 eMMC 물량 요청 관련

**To :** 양동성, 유혁상, 김기훈

**CC :** 이경용, 문예진, 성화남

상무님 동건 관련해서 Q1에 약 12MGb PA를 닌텐도에서 빼서 넷리스트로 돌려주라고

Confidential

이야기 되었고 (김종명 과장) 금주중 pa 받으면 입력하도록 하겠습니다. 김기훈 차장.

아래 제품에 대해 가격은 받았는지 확인바랍니다..THANK YOU.

--------- **Original Message** ---------

**Sender** : 박웅순 <espark@samsung.com> M7(부장)/담당부장/영업팀(메모리)/삼성전자

**Date** : 2017-01-18 08:46 (GMT+9)

**Title** : RE: RE: 美 Netlist社 eMMC 물량 요청 관련

**To** : 양걸<greg.yang@samsung.com>, 지현기<hyunki.ji@samsung.com>, 양동성<ds.yang@samsung.com>, 박웅순<espark@samsung.com>

**CC** : 황보용 <yong.hwangbo@samsung.com>, 허낙원<nakwon.heo@samsung.com>,
김호정<hojung4623.kim@samsung.com>, 김종명<jongmyung@samsung.com>

팀장님 ;
아래 Netlist사에 필요한 수량, 상반기 11.4M GB로 지원하는 방향으로 PA 및 P-Mix 변경 검토하겠습니다.
현재 NAND 전체 충족율 70~75% 수준으로 하기 물량을 지원하기 위해 업체별 PA를 조정하여야 하는 상황으로
지난 주 일본 영업 (Nintendo)으로 의사 결정해 주셨던 50M GB 중 일부를 전환하도록 하려 합니다.
(일본 영업에는 양해를 구하고 작업 진행하겠습니다)

| | | | | Jan | Feb | Mar | Apr | May | Jun | TTL | Q1 | Q2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8GB | FN14 | 64G MLC | KLM8G1GEME-B0410 | 28,000 | 54,000 | 85,000 | 98,000 | 100,000 | 110,000 | 1,279,000 | 167,000 | 308,00 |
| 16GB | FN14 | 128G MLC | KLMAG1JENB-B0410 | 28,000 | 54,000 | 85,000 | 98,000 | 100,000 | 110,000 | 1,279,000 | 167,000 | 308,00 |
| | | TTL 단순합 | | 56,000 | 108,000 | 170,000 | 196,000 | 200,000 | 220,000 | 2,558,000 | 334,000 | 616,00 |

| | | | | Jan | Feb | Mar | Apr | May | Jun | TTL | Q1 | Q2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8GB | FN14 | 64G MLC | KLM8G1GEME-B0410 | 224,000 | 432,000 | 680,000 | 784,000 | 800,000 | 880,000 | 10,232,000 | 1,336,000 | 2,464, |
| 16GB | FN14 | 128G MLC | KLMAG1JENB-B0410 | 448,000 | 864,000 | 1,360,000 | 1,568,000 | 1,600,000 | 1,760,000 | 20,464,000 | 2,672,000 | 4,928, |
| | | TTL GB Eq | | 672,000 | 1,296,000 | 2,040,000 | 2,352,000 | 2,400,000 | 2,640,000 | 30,696,000 | 4,008,000 | 7,392, |

감사합니다.

--------------
**From:** 양동성
**Sent:** Wednesday, January 18, 2017 7:28 AM
**To:** 김기훈 ; 유혁상 ; 문예진 ; 이경용 ; 김성한
**Subject:** FW: RE: 美 Netlist社 eMMC 물량 요청 관련
일방적으로 PO 발행했다고? 가격은 어떤데 ?

Ex. 68

Confidential

1그룹 자체적으로는 PA가 거의 없겠지 ?

--------- **Original Message** ---------

**Sender** : 양걸 <greg.yang@samsung.com> 전무/팀장/영업팀(메모리)/삼성전자

**Date** : 2017-01-17 21:40 (GMT+9)

**Title** : RE: 美 Netlist社 eMMC 물량 요청 관련

**To** : 지현기 <hyunki.ji@samsung.com>, 양동성 <ds.yang@samsung.com>, 박응순<espark@samsung.com>

**CC** : 황보용<yong.hwangbo@samsung.com>, 허낙원 <nakwon.heo@samsung.com>,
김호정 <hojung4623.kim@samsung.com>

잘알겠습니다. 지팀장님.

박부장, 현재 가용 물량 긴급히 확인바랍니다.

--------- **Original Message** ---------

**Sender** : 지현기 <hyunki.ji@samsung.com> 상무/팀장/기획팀(메모리)/삼성전자

**Date** : 2017-01-17 15:55 (GMT+9)

**Title** : 美 Netlist社 eMMC 물량 요청 관련

양걸 전무님, 양동성 상무님,

지난 12월 스텝간담회에서 美 Netlist社가 하이닉스와 특허침해 관련 ITC 소송(미국 수입금지 요청) 진행중인 현황 보고드렸고,

당사가 $15M 전환사채 투자했고, NVDIMM 협력 진행중이니, 가능하다면 지원해주는 것도 검토해 보라고 한 적이 있습니다.

Netlist사에서 美 Plexus社(Application : Speaker/Media Player)에 판매할 eMMC를 요청하는 건입니다.

--------- **Original Message** ---------

**Sender** : Ji Bum Kim <jbkim@netlist.com>

**Date** : 2017-01-06 12:22 (GMT+9)

**Title** : eMMC Forecast

지상무님,

유선상으로 얘기한 내용이며,

하기 물량은 이미 미국 영업에 PO를 발행한 상태입니다.

적극적인 지원 부탁드리겠습니다.

* Customer : Plexus (US)

* Application : Speaker/Media Player

* Forecast (eMMC 8GB: 1,279,000pcs, 16GB: 1,279,000pcs), Total=2,558,000pcs

| Samsung Part Number | Purchase | | | Forecast | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec |
| KLM8G1GEME-B0410 | 28,000 | 54,000 | 85,000 | 98,000 | 100,000 | 110,000 | 120,000 | 120,000 | 120,000 | 148,000 | 148,000 | 148,000 |
| KLMAG1JENB-B0410 | 28,000 | 54,000 | 85,000 | 98,000 | 100,000 | 110,000 | 120,000 | 120,000 | 120,000 | 148,000 | 148,000 | 148,000 |

Best regards.

지현기 상무 (JI, HYUN KI)

Strategic Planning Team (기획팀)

Memory Business (메모리사업부)

Ex. 68

Confidential

hyunki.ji@samsung.com
=======================================================
-----Original Message-----
From: Sebastian Lee
Sent: Thursday, January 19, 2017 12:08 PM
To: 유혁상
Subject: eMMC

안녕하세요?

수제와 관련하여 혹시 내부적으로 변화가 있는지요?

지 상무님의 측면 지원을 해 주신다고 하셨는데요

Sent from my iPhone
*Hyeoksang(Harrison) Yoo*
*America Sales (Consumer & EDP)*

# Hyeoksang Yoo

B2B Sales Management, Principal Professional
Memory Sales Group 1
Samsung Electronics

T. +82.31.208.3733     M. +82.10.8861.9054     F. +82.31.208.3959
hsang.yoo@samsung.com
www.samsung.com

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술** 등을 **포함**하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지**됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

Confidential                                                                                          SEC005312