# EXHIBIT 69

**Message**

| | |
|---|---|
| **From**: | Steven Metz [s.metz@samsung.com] |
| **Sent**: | 5/24/2017 5:25:49 AM |
| **To**: | Neal Knuth [n.knuth@samsung.com]; Lane Kim [kihoon74.kim@samsung.com] |
| **CC**: | Daniel (Kyong Yong) Lee-mySingle [ky1217.lee@samsung.com]; TJ Jeong [tj76.jeong@samsung.com]; Val (Valeriia) Pletneva [valeriia.p@partner.samsung.com]; Liz Park [liz.park@samsung.com]; Harrison Yoo [hsang.yoo@samsung.com]; Youngwoo Kim [yw0420.kim@samsung.com] |
| **Subject**: | RE: A call on Monday- Netlist |
| **Attachments**: | Samsung Sales May-22-2017 (003).pdf |

DSK Channel partners,
I didn't see a response.  I know DSK has a lot going on….

I had a call with Paik Ki  (VP of Ops) today and let him know that Samsung had zero allocation in Q3 to support Netlist and/or the end customers Netlist is currently supporting.

Heads up.
Since Samsung is nearly 100% of their support and Revenue this will have a dramatic impact on their financials and future business.
They most likely will escalate through their Finance group to Samsung Ventures, SSIC and Young Sohn.

Please see below from Neal and attached for some additional information.
Note: the largest opportunity for both companies is/was Riot Games for the NVMe drives that are Not offered by SEA (Branded Group).

Thanks,
S.Metz


| MPN | Description | Customers |
|---|---|---|
| MZ7KM240HMHQ-00005 | SM863a 240GB 2.5" SATA3 6Gbps | Kaminario, MBX, 24-7, Unicom Engineering |
| MZ7KM480HMHQ-00005 | SM863a 480GB 2.5" SATA3 6Gbps | Kaminario, MBX, 24-7, Unicom Engineering |
| MZ7KM960HMJP-00005 | SM863a 960GB 2.5" SATA3 6Gbps | Kaminario, MBX, 24-7, Unicom Engineering, A3Cube, L3 Communications, Archion Storage |
| MZ7KM1T9HMJP-00005 | SM863a 1.92TB 2.5" SATA3 6Gbps | MBX, 24-7, Unicom Engineering |
| MZ7LM240HMHQ-00005 | PM863a 240GB 2.5" SATA3 6Gbps | MBX, Harmonic, AMI Stortrends, Dolby Laboratories, Core Systems |
| MZ7LM480HMHQ-00005 | PM863a 480GB 2.5" SATA3 6Gbps | MBX, AMI Stortrends, Cohesity, Iron Systems, Unicom Engineering, Redapt, Themis, Patriot Technologies, Core Systems |
| MZ7LM960HMJP-00005 | PM863a 960GB 2.5" SATA3 6Gbps | MBX, AMI Stortrends, Cohesity, Iron Systems, Unicom Engineering, Redapt, Themis, Patriot Technologies, Core Systems |
| MZ7LM1T9HMJP-00005 | PM863a 1.92TB 2.5" SATA3 6Gbps | Kaminario, MBX, AMI Stortrends, iXsystems, Cohesity, Iron Systems, Unicom Engineering, Redapt, Themis, Patriot Technologies, Core Systems, JetStor, SquareTrade |
| MZ7LM3T8HMLP-00005 | PM863a 3.84TB 2.5" SATA3 6Gbps | Kaminario, MBX, AMI Stortrends, iXsystems, Cohesity, Iron Systems, Unicom Engineering, Redapt, Themis, Patriot Technologies, Core Systems, JetStor, SquareTrade |
| MZWLL800HEHP-00003 | PM1725a 800GB 2.5" PCIe PM1725a | Broadcom, Microsemi |

Exhibit PX 0007

Ex. 69

| | | |
|---|---|---|
| MZPLL3T2HMLS-00003 | PM1725a 3.2TB PCIe NVMe (HHHL) | Riot Games, Jump Trading |
| MZPLL6T4HMLS-00003 | PM1725a 6.4TB PCIe NVMe (HHHL) | Riot Games, Jump Trading |
| MZ1LW1T9HMLS-00003 | PM963 1.92TB M.2 22110 NVMe PCIe | Rave Computers, Patriot Technologies |
| MZQLW960HMJP-00003 | PM963 960GB 2.5" NVMe PCIe | MBX, iXsystems, Rave Computers, Ace Computers |
| MZQLW1T9HMJP-00003 | PM963 1.92TB 2.5" NVMe PCIe | MBX, iXsystems, Rave Computers, Ace Computers |
| MZQLW3T8HMLP-00003 | PM963 3.84TB 2.5" NVMe PCIe | MBX, iXsystems, Rave Computers, Ace Computers |

Steven Metz | Samsung Semiconductor | Office: 408-544-4361 | Cell: 408-420-4382 |

**From:** Neal Knuth
**Sent:** Tuesday, May 23, 2017 1:14 PM
**To:** Steven Metz <s.metz@samsung.com>; Lane Kim <kihoon74.kim@samsung.com>
**Cc:** Daniel (Kyong Yong) Lee-mySingle <ky1217.lee@samsung.com>; TJ Jeong <tj76.jeong@samsung.com>; Val (Valeriia) Pletneva <valeriia.p@partner.samsung.com>; Liz Park <liz.park@samsung.com>; Harrison Yoo <hsang.yoo@samsung.com>
**Subject:** A call on Monday- Netlist

Hi Steve,

Attached is the presentation we saw last week.  I have let Netlist know that we have no support for Q3, and they will investigate getting support from SEA for SSD.  Hopefully we can find out what is issue to continue Netlist business.  I project $50M in 2017 revenue and $75M in 2018 (before issues).

Appreciate your help.

Thank you,
감사합니다
Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
**New Office Number**:  949 910 2835

nealk@ssi.samsung.com

Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.
**Privacy Notice**: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.

**From:** Steven Metz
**Sent:** Monday, May 22, 2017 6:13 PM
**To:** Neal Knuth; Lane Kim
**Cc:** Daniel (Kyong Yong) Lee-mySingle; TJ Jeong
**Subject:** FW: A call on Monday- Netlist

Hey Guys,
We should discuss some way to support Netlist at the Run-Rates.   We all agreed that driving growth in this allocated market is not possible.
Some of these designs were Netlist generated and supported New OEMs.

---

**From:** Paik Ki Hong [mailto:pkhong@netlist.com]
**Sent:** Sunday, May 21, 2017 5:18 PM
**To:** Steven Metz <s.metz@samsung.com>
**Cc:** Neal Knuth <n.knuth@samsung.com>; Brian Peterson <bpeterson@netlist.com>; Devon Park <dpark@netlist.com>
**Subject:** A call on Monday

Steve,

Thank you for meeting with us last Thursday.

Can we have a call Monday to discuss some matters regarding future product support- mainly NAND- SSDs and eMMC

1. Riot Games-
- We need 130pcs- PM1725a 6.4TB this week
    i. The customer wants to integrate the wk of 5/30
2. Q3 allocation-
- We need certain allocation. We understand the current market conditions
- We have grown the SSD business from nothing to purchasing 10.4M 1GB equivalents in Q1'17.
    i. We need 10M – 1GB equivalent support in Q3'17 (similar to the last 2 Quarters) to maintain current business while the market remains tight
    ii. Samsung's own internal data shows NAND supply and demand equilibrium in Q4'17
- In Q2'17 we had 9.5M- 1GB equivalent support for eMMC (8GB and 16GB)
    i. We ask for the same level of support for Q3'17 and 12M- 1GB equivalent in Q4'17

We appreciate Samsung's support to help us grow this business. We want to continue to maintain and grow this business in the future but product allocation support is critical

Any time that is convenient for you would work.

Thank you.

………………………………………………………………………………………………………………………………………………………………

Tel:949.435.0025
Fax:949.435.0031
www.netlist.com

**Paik Ki Hong**
Vice-President, WW Operations
175 Technology
Irvine, CA 92618
Direct: 949.679.0102
Cell: 949.285.8242
Email: pkhong@netlist.com

Ex. 69

Attorneys' Eyes Only

SEC058107