# EXHIBIT 70

**From:** Neal Knuth <n.knuth@samsung.com>
**Sent:** Mon, 24 Jul 2017 15:44:05 -0400 (EDT)
**To:** Raymond Jiang <rjiang@netlist.com>
**Cc:** Devon Park <dpark@netlist.com>; Paik Ki Hong <pkhong@netlist.com>; "Val (Valeriia) Pletneva" <valeriia.p@partner.samsung.com>
**Subject:** Weekly Market Update 7/24/2017

---

- 8Gb x4 2666 DRAM for NVDIMM (Need to sample AMD)

Val will provide RTF when available.
- Inventory list - we would like a first look before anyone else so that we can make sure we purchase $1M by the end of the month

I think the same and asking SEC for some help.
- Can take 8GB eMMC to make up the difference of $1M if it's easier

As above, agree and will advise..
- Feedback on the required allocation list we sent? Not sure how many parts for July we can get, if not all, below are items to focus -
  - Need 1K 8GB 1Rx4 2400 RDIMM (M393A1G40EB1-CRC) for customer by 7/27

  Trying
  - Need 300pcs 16GB 2Rx8 2400 RDIMM (M393A2K43BB1-CRC) – (150pcs 8/1, 150pcs 8/30)

  Trying
  - Need 1K 16GB 1Rx4 2400 RIDMM (M393A2K40BB1-CRC) or 2Rx4 2133 (M393A2G40DB0-CPB) for customer by 8/15

  Trying
- PM1633a sample PO – accepted?

  These are ok. Val will enter paid sample
- Telstra samples

  Still issue with cost.
- SM863a Q3 price

| SM863a | 2.5" | 240GB | 154 |
|---|---|---|---|
| V3 MLC | | 480GB | 287 |
| | | **960GB** | **553** |
| | | 1,920GB | 1,080 |
| | | 3,840GB | 2,120 |

- Pricing for 16GB DDR3 mobile DRAM and can we support the customer for this part

What quantity? Target price?
- Aug/Sept outlook (Price/market)

Ex. 70

Exhibit 0051
8/12/2021
PK Hong

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              NL090356

I don't see any way for price to come down through 2018 at this time for DRAM. SSD I think will trend down at end of year.

-----Original Appointment-----
**From:** Raymond Jiang
**Sent:** Tuesday, September 20, 2016 11:55 AM
**To:** Paik Ki Hong; Devon Park; Neal Knuth
**Subject:** Weekly Market Update
**When:** Monday, July 24, 2017 4:00 PM-4:30 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Call 303-928-2617 Bridge # 1750463

Please dial in 303-928-2617  Bridge # 1750463

Agenda:
Market update
Backlog Review
Forecast Review

Ex. 70