JASON C. LO, SBN 219030
  jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
  mbenjamin@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
  rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>                    Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**NETLIST INC.'S APPLICATION SUBMITTING DOCUMENTS FOR SAMSUNG'S FORTHCOMING DECLARATION SUPPORTING LEAVE TO FILE UNDER SEAL**<br><br>Action Filed:  May 28, 2020<br>Trial Date:  November 30, 2021<br><br>Hon. Mark C. Scarsi |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 79–5.2.2, and in relation to Plaintiff Netlist Inc.'s Opposition to Samsung's Motion for Summary Judgment, Netlist hereby submits the attached documents for the Court's consideration pending Samsung's forthcoming declaration supporting its request to the Court that the following materials be filed under seal:

1. Specified language in **Netlist Inc.'s Statement of Genuine Disputes of Material Fact** in Support of Netlist Inc.'s Opposition to Defendant Samsung's Motion for Summary Judgment at paragraphs 4, 53, 58, and 59;

2. **Exhibit 79** to the September 30, 2021, Declaration of Raymond A. LaMagna filed in support of Plaintiff's Opposition to Samsung's Motion for Summary Judgment (the "LaMagna Declaration") in full;

3. **Exhibit 89** to the LaMagna Declaration in full.

The parties met and conferred on the above items on August 27, 2021, and then over the subsequent days. During those discussions, Netlist informed Samsung that it intended to use the above as exhibits in Netlist's Opposition to Samsung's Motion for Summary Judgment, and to cite to or quote from them in Netlist's Statement of Genuine Disputes of Material Fact. Samsung indicated that it did not want the above items filed publicly, requesting this submission so that Samsung may submit a declaration in support of sealing.

For Netlist's part with respect to the above documents, Netlist does not oppose Samsung redacting from the public record the identity of Samsung's other customers or details of arrangements with those customers that are not at issue in this case. But Netlist would not support filing the entirety of the above documents under seal. The relevant portion of these exhibits—reflecting Samsung's intentional limiting or cutting of supply to Netlist—is already disclosed in public documents and not suitable for seal.

1   Thus, pursuant to Local Rule 79-5.2.2(b), Netlist files this Application to allow
2   Defendant Samsung the opportunity to file its supporting declaration explaining why it
3   believes these documents should be sealed, either in redacted form or sealed in full:

4   1.  Specified language in **Netlist Inc.'s Statement of Genuine Disputes of**
5       **Material Fact** in Support of Netlist Inc.'s Opposition to Defendant
6       Samsung's Motion for Summary Judgment at paragraphs 4, 53, 58, and
7       59 is being lodged pursuant to this sealing application solely because it
8       contains citations to and/or quotes from materials Samsung seeks to file
9       under seal, as noted in the subsequent paragraphs below;

10  2.  **Exhibit 79** an internal Samsung email Bates labeled SEC060292 dated
11      July 3, 2017 reflecting Samsung's decision to cut product supply to
12      Netlist, which has been designated as Attorneys' Eyes Only by counsel
13      for Samsung;

14  3.  **Exhibit 89** an internal Samsung email Bates labeled SEC000379 dated
15      February 7, 2018 reflecting Samsung's decision to cut product supply to
16      Netlist, which has been designated as Attorneys' Eyes Only by counsel
17      for Samsung.

19                        *    *    *

20  This Application is accompanied by the Declaration of Raymond A. LaMagna,
21  and full and slip-sheeted versions of Exhibits the above exhibits and materials.

23  Dated: August 30, 2021          GIBSON, DUNN & CRUTCHER LLP

25                                  By:  /s/ Raymond A. LaMagna
                                         Raymond A. LaMagna
26                                  Attorneys for Defendants

# CERTIFICATE OF SERVICE

I, Raymond A. LaMagna, an attorney, hereby certify that **NETLIST INC.'S APPLICATION SUBMITTING DOCUMENTS FOR SAMSUNG'S FORTHCOMING DECLARATION TO SUPPORT LEAVE TO FILE UNDER SEAL,** was emailed to counsel for Samsung Electronics Inc., Ltd., on August 30, 2021.

By: _____*/s/ Raymond A. LaMagna*_____
Raymond A. LaMagna

Attorney for Plaintiff Netlist Inc.