# EXHIBIT 79

PUBLIC
REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED