# EXHIBIT 89

PUBLIC
REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED