MATTHEW BENJAMIN (*pro hac vice*)
   mbenjamin@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
   rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>           Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF NETLIST INC.'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT**<br><br>Action Filed: May 28, 2020<br>Trial Date: November 30, 2021<br><br>Hon. Mark C. Scarsi |

# DECLARATION OF RAYMOND A. LAMAGNA

I, Raymond A. LaMagna, hereby declare as follows:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP licensed to practice in the State of California and before this Court. I represent Plaintiff Netlist Inc. ("Netlist") in the above-captioned matter. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. Attached as **Exhibit 75** is an excerpt of data from an Excel file Bates labeled NL117869 reporting Netlist's purchase orders of Samsung Products in 2015.

3. Attached as **Exhibit 76** is an excerpt from the Expert Report of Dr. Michael Akemann dated August 23, 2020, along with an attached exhibit thereto. Dr. Akemann's report and excerpt submitted were signed under penalty of perjury.

4. Attached as **Exhibit 77** are excerpts from the deposition of Hyeoksang (Harrison) Yoo, taken on August 14, 2021.

5. Attached as **Exhibit 78** is a copy of an internal Samsung email thread dated March 29, 2017 from T.J. Jeong of Samsung bearing Bates number SEC003842.

6. Attached as **Exhibit 79** (presently as a placeholder) is a copy of an internal Samsung email thread dated July 3, 2017 from T.J. Jeong bearing Bates number SEC060292. Exhibit 79 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

7. Attached as **Exhibit 80** is a copy of the Framework Act on National Taxes taken from the website of the Korea Legislation Research Institute (a Korean government research institute under the Prime Minister's Office of the Republic of Korea that makes available Korean and English language versions of statutes), as printed on August 30, 2021 from https://elaw.klri.re.kr/kor_service/lawView.do?hseq=46374&lang=ENG.

8. Attached as **Exhibit 81** are excerpts from the deposition of Kane (Kihoon) Kim, taken on August 12, 2021.

9. Attached as **Exhibit 82** are excerpts from the deposition of Raymond Jiang, taken on August 18, 2021.

10. Attached as **Exhibit 83** are excerpts from the deposition of Paik Ki Hong, taken on August 12, 2021.

11. Attached as **Exhibit 84** are excerpts from the deposition of Chuck Hong, taken on August 13, 2021.

12. Attached as **Exhibit 85** are excerpts from the deposition of Gail Sasaki, taken on August 18, 2021.

13. **Exhibit 86** is intentionally omitted.

14. Attached as **Exhibit 87** is an email from Raymond Jiang of Netlist to Neal Knuth of Samsung dated April 6, 2017 bearing Bates number NL063129.

15. Attached as **Exhibit 88** is an an internal Samsung email thread from Lane Kim to Neal Knuth dated September 28, 2017 bearing Bates number SEC143892.

16. Attached as **Exhibit 89** (presently as a placeholder) is a copy of an internal Samsung email thread from Arnold Kim dated February 7, 2018 bearing Bates number SEC000379. Portions of Exhibit 89 are provided as a certified translation from Korean to English.[1] Exhibit 89 itself is being contemporaneously filed pursuant to L.R. 79-5.2.2 attached to the Declaration of Raymond A. LaMagna in Support of Netlist Inc.'s Application Submitting Documents for Samsung's Forthcoming Declaration Supporting Leave to File Under Seal.

17. Attached as **Exhibit 90** are excerpts from the deposition of Neal Knuth, taken on August 14, 2021.

18. **Exhibit 91** is intentionally omitted.

---

[1] Where translations are attached, the original version in Korean is also provided.

19. Attached as **Exhibit 92** is a certified translation of an internal Samsung email dated December 11, 2018 from Indong Kim to Byung Jeon bearing Bates number SEC001918.

20. Attached as **Exhibit 93** is a certified translation of an email thread dated October 29, 2015 from Ho-jung Kim of Samsung to Netlist bearing Bates number NL044878.

21. Attached as **Exhibit 94** is a copy of the Expert Report of Byungwook Kam [Corrected Version] dated August 23, 2021. Mr. Kam's report was signed under penalty of perjury.

22. Attached as **Exhibit 95** is a certified translation of an internal Samsung email thread dated June 26, 2019 from Byung-yup Jeon to C.K. Hong Bates number NL005043.

23. Attached as **Exhibit 96** is an excerpt from the transcript of Netlist's Second Quarter 2016 Earnings Call dated August 3, 2016. Exhibit 96 has been annotated with highlighter for convenience.

24. Attached as **Exhibit 97** is an excerpt from the transcript of Netlist's Third Quarter 2016 Earnings Call dated November 14, 2016. Exhibit 97 has been annotated with highlighter for convenience.

25. Attached as **Exhibit 98** is an excerpt from the transcript of Netlist's First Quarter 2017 Earnings Summary dated May 16, 2017. Exhibit 98 has been annotated with highlighter for convenience.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that I executed this declaration on August 30, 2021, in Los Angeles, California.

Dated: August 30, 2021                    By: *[signature: Raymond A. Lamagna]*

# CERTIFICATE OF SERVICE

I, Raymond A. LaMagna, an attorney, hereby certify that the **DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF NETLIST INC.'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT,** was emailed to counsel for Samsung Electronics Inc., Ltd., on August 30, 2021.

By: _____*/s/ Raymond A. LaMagna*_____
　　　　　Raymond A. LaMagna

Attorney for Plaintiff Netlist Inc.