# EXHIBIT 75

| PurchaseOrderNo | Invoice date | ExtensionAmt |
|---|---|---|
| 0322757 | 3/26/15 | 2,240.00 |
| 0322757 | 3/26/15 | 1,260.00 |
| 0322950 | 10/3/15 | 13,696.00 |
| 0322950 | 6/4/15 | 5,632.00 |
| 0323210 | 11/7/15 | 515.00 |
|  |  | 23,343.00 |

NL117869 (data excerpt)