# EXHIBIT 77

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3                    SOUTHERN DIVISION
 4
 5    NETLIST INC., A DELAWARE    ) CASE NO.: 8:20-CV-00993
      CORPORATION,                ) (DFMX)
 6                                )
              PLAINTIFF,           )
 7                                )
         v.                        )
 8                                )
      SAMSUNG ELECTRONICS CO., LTD.,)
 9    A KOREAN CORPORATION,       )
                                  )
10            DEFENDANT.           )
      _____)
11
12
13
14
                              VOLUME I
15
            VIDEOTAPED DEPOSITION OF HYEOK-SANG YOO
16
                    FRIDAY, AUGUST 13, 2021
17
                    HWASEONG, SOUTH KOREA
18
19
20
21
22
23
24    FILE NO.  CA 4743994
25    REPORTED BY  MARK McCLURE, CRR
                   CAL CSR 12203
```

Page 1

Veritext Legal Solutions
866 299-5127

1        FRIDAY, AUGUST 13, 2021, 8:40 A.M.

2            HWASEONG, SOUTH KOREA

3

4        VIDEOGRAPHER:  We are on the record.  It's

5   8:40 a.m., South Korean time, on August 13, 2021.                0

6        This is the deposition of Hyeok-sang Yoo, and

7   we're here in the matter of Netlist versus Samsung.

8        I'm John MacDonnell, the videographer with

9   Veritext.

10        Before the reporter swears the witness, would

11   counsel please identify themselves, beginning with

12   Mr. Lo, please.

13        MR. LO:  Jason Lo and Soolean Choi, of Gibson,

14   Dunn & Crutcher, on behalf of Netlist.

15        MR. LEE:  This is Christopher Lee, of Bird

16   Marella, on behalf of Samsung, and I'm here with, I

17   believe, Mr. Matthew Ng, who is in-house counsel for

18   Samsung.

19

20              SOOMI KO,

21     was sworn to interpret the Korean language.

22

23            HYEOK-SANG YOO,

24         having been sworn, was examined

25            and testified as follows:

Page 5

1   A.  Since I'm not in charge of all of the large
2   account customers, I do not know exactly which of those
3   customers had agreements.
4       Q.  Are you able to name a single Samsung customer
5   that has an agreement for Samsung to supply NAND
6   products between 2015 and the present?
7       A.  As far as I know, there are few customers that
8   had supply agreements with Samsung.  However, that is
9   not necessarily limited to NAND products, but it could
10  be other memory products as well.
11          However, I do not know who have such
12  agreements.
13      Q.  You do not know who has such agreements, or
14  are you unwilling to disclose their identities?
15          MR. LEE:  Objection to form.
16          THE WITNESS:  Among the accounts that I was
17  charged with, there is a customer named Ma Lab that had
18  supply agreement with Samsung in regards to NAND.
19  BY MR. LO:
20      Q.  Which other customers had supply agreements
21  with Samsung with regards to NAND?
22      A.  As far as I know, I know that Ma Lab had such
23  supply agreement.  But other than Ma Lab, I don't know
24  other accounts that has supply agreements.
25      Q.  In preparing to testify as to Topic 15, what

Veritext Legal Solutions
866 299-5127

1  but I have heard someone verbally saying that the
2  products that were being requested by Netlist are either
3  no longer being manufactured or it is difficult to
4  manufacture.  And those are products only Netlist can
5  take.
6      Q.  Did you ever hear Arnold Kim say that?
7      A.  No.
8      Q.  Did you ever hear JS Choi say that?
9      A.  No.  Both of them would not know until -- to
10 that extent.
11     Q.  And who made the decision to move the
12 allocation from Netlist to Ma Lab and other customers?
13     A.  TJ Jeong, who is here in the email, he was the
14 person who was supporting Netlist in regards to SSD,
15 and, I believe, sales of DSA had discussion.
16     Q.  Did Samsung ever communicate to Netlist that
17 its allocation had been provided to other customers?
18     A.  No, it did not.
19     Q.  Did Samsung ever communicate to Netlist that
20 it was losing its SSD allocation because the product was
21 difficult to manufacture?
22     A.  My recollection is that that was informed to
23 DSA.
24     Q.  Did DSA tell Netlist that Netlist was losing
25 its SSD allocation to other customers because of the

Page 68

```
 1   STATE OF CALIFORNIA       )
 2   COUNTY OF SANTA BARBARA   )   ss.
 3
 4         I, Mark McClure, C.S.R. No. 12203, in and for
 5   the State of California, do hereby certify:
 6           That prior to being examined, the witness
 7   named in the foregoing deposition was by me duly sworn
 8   to testify to the truth, the whole truth, and nothing
 9   but the truth;
10           That said deposition was taken down by me in
11   shorthand at the time and place therein named and
12   thereafter reduced to typewriting under my direction,
13   and the same is a true, correct, and complete transcript
14   of said proceedings;
15           That if the foregoing pertains to the original
16   transcript of a deposition in a Federal Case, before
17   completion of the proceedings, review of the transcript
18   { } was {X} was not required.
19           I further certify that I am not interested in
20   the event of the action.
21           Witness my hand this 15th day of August,
22   2021.
23                   [signature]
24                   Certified Shorthand Reporter
                     State of California
25                   CSR No. 12203
```

Page 110