# EXHIBIT 78

Message
___

| | |
|---|---|
| **From**: | 정태진 [tj76.jeong@samsung.com] |
| **Sent**: | 3/29/2017 8:15:07 AM |
| **To**: | 김기훈 [kihoon74.kim@samsung.com]; 유혁상 [hsang.yoo@samsung.com]; 이경용 [ky1217.lee@samsung.com]; 성화남 [hwanam.sung@samsung.com] |
| **CC**: | Steven C Metz [s.metz@samsung.com]; 김성한 [arniee.kim@samsung.com] |
| **Subject**: | RE: WEST2 SSD allocation. - Improivng. |

Lane,

We should make a decision for Netlist support, then we can utilize Netlist SSD PA for Ma Lab support.

Without clear decision regarding Netlist supprot , we cannot request more support to sales strategy team.

Thanks.


TJ Jeong

US. NW Sales


Samsung Electronics



--------- **Original Message** ---------

**Sender** : 김기훈 <kihoon74.kim@samsung.com> Principal Professional/미주총괄(DS)/삼성전자

**Date** : 2017-03-29 03:41 (GMT+9)

**Title** : WEST2 SSD allocation. - Improivng.


SEC team,

We need more support and visibility on West2 SSD
**TJ, let's get forecast and secure run rate SSD allo.** Treating as OEM biz.

Our Ma labs, our support is poor,
and on Netlist – we know the complexity, let's talk with Steve , how to ..

Steve will also ask our active engagement on West2 SSD for many OEMs at 4/3 workshop

Exhibit PX 0067

Thanks,
Lane

**Lane Kim**   |   Samsung AHQ (DS)   |   Sr. Manager   | 3655 N 1st Street, San Jose, CA 95134   |   tel. 408.544.5217   |   mobile. 408.529.9051

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술 등을 포함**하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지**됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.