# EXHIBIT 80

# FRAMEWORK ACT ON NATIONAL TAXES

```
             Act No. 2679, Dec. 21, 1974
Amended by Act No. 2932, Dec. 22, 1976
             Act No. 2925, Dec. 22, 1976
             Act No. 3097, Dec.  5, 1978
             Act No. 3199, Dec. 28, 1979
             Act No. 3471, Dec. 31, 1981
             Act No. 3746, Aug.  7, 1984
             Act No. 3755, Dec. 15, 1984
             Act No. 3754, Dec. 15, 1984
             Act No. 4177, Dec. 30, 1989
             Act No. 4277, Dec. 31, 1990
             Act No. 4561, jun. 11, 1993
             Act No. 4672, Dec. 31, 1993
             Act No. 4743, Mar. 24, 1994
             Act No. 4810, Dec. 22, 1994
             Act No. 4981, Dec.  6, 1995
             Act No. 5189, Dec. 30, 1996
             Act No. 5193, Dec. 30, 1996
             Act No. 5454, Dec. 13, 1997
             Act No. 5579, Dec. 28, 1998
             Act No. 5993, Aug. 31, 1999
             Act No. 6070, Dec. 31, 1999
             Act No. 6303, Dec. 29, 2000
             Act No. 6299, Dec. 29, 2000
             Act No. 6782, Dec. 18, 2002
             Act No. 7008, Dec. 30, 2003
             Act No. 7032, Dec. 31, 2003
             Act No. 7329, Jan.  5, 2005
             Act No. 7582, Jul. 13, 2005
             Act No. 7796, Dec. 29, 2005
             Act No. 7930, Apr. 28, 2006
```

```
                              Act No.  8139, Dec. 30, 2006
                              Act No.  8372, Apr. 11, 2007
                           Act No.  8521,  Jul. 19, 2007
                              Act No.  8830, Dec. 31, 2007
                              Act No.  8860, Feb. 29, 2008
                              Act No.  9131, Sep. 26, 2008
                              Act No.  9263, Dec. 26, 2008
                              Act No.  9259, Dec. 26, 2008
                              Act No.  9346, Jan. 30, 2009
                            Act No.  9412, Feb.  6, 2009
                           Act No.  9911, Jan.   1, 2010
                             Act No.  9968, Jan. 25, 2010
                            Act No. 10219, Mar. 31, 2010
                            Act No. 10405, Dec. 27, 2010
                            Act No. 10580, Apr. 12, 2011
                            Act No. 10621, May  2, 2011
                            Act No. 11124, Dec. 31, 2011
                             Act No. 11845, May 28, 2013
                          Act No. 11873, jun.  7, 2013
                          Act No. 12162, Jan.  1, 2014
                            Act No. 12848, Dec. 23, 2014
                            Act No. 13552, Dec. 15, 2015
                             Act No. 14382, Dec. 20, 2016
                            Act No. 15220, Dec. 19, 2017
```

**Article 52 (Additional Refund of National Taxes)**

(1) When the head of a tax office appropriates or pays a national tax refund under Article 51, he/she shall add, to the national tax refund, the amount calculated according to the interest rate prescribed by Presidential Decree (hereinafter referred to as "additional refund of national tax"), taking into consideration the period between the reckoning day of additional refund of national taxes prescribed by Presidential Decree and the day of appropriation or decision on payment, and the interest rate, etc. of deposits in financial institutions, etc.

(2) In cases of appropriating for national taxes pursuant to Article 51 (8), additional refund of national taxes shall be calculated by the date when a decision of payment is made. <*Newly Inserted by Act No. 15220, Dec. 19, 2017*>

52 (                    )

51

(       "
"            )                                                . < 2017.12.19.>
       51       8
. < 2017.12.19.>

Last updated : 2019-06-12

