# EXHIBIT 81

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1
 2                 UNITED STATES DISTRICT COURT
 3                SOUTHERN DISTRICT OF CALIFORNIA
 4
 5    NETLIST, INC.,              )
                                  )
 6              Plaintiff,        )
                                  )
 7       vs.                      ) Case No.
                                  ) 8:20-cv-00993-MCS-DFM
 8                                )
      SAMSUNG ELECTRONICS, CO.,   )
 9    LTD.,                       )
                                  )
10              Defendant.        )
      _____)
11
12
13           CONFIDENTIAL ATTORNEYS' EYES ONLY
14      REMOTE VIDEOTAPED DEPOSITION OF LANE (KIHOON) KIM
15                       South Korea
16                 Thursday, August 12, 2021
17
18
            REPORTED BY: Dayna Michelle Glaysher
19                  CSR No. 13079; RPR, CRR No. 28081
20
21
22
23
24
25
                                                      Page 1
```

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1                    LANE (KIHOON) KIM,
 2     called as a witness by and on behalf of the Plaintiff,
 3     having been placed under oath by the Certified Shorthand
 4     Reporter, was examined and testified as follows:
 5                                                          09:38:32
 6               THE INTERPRETER:  Good afternoon.  This is
 7     Kathy Sim, certified court interpreter for Korean
 8     language with Certification Number 300836.
 9
10                        EXAMINATION                       09:38:43
11     BY MR. LO:
12         Q.  Good morning, Mr. Kim.
13         A.  Yes, good morning.
14         Q.  My name is Jason Lo.  And I represent Netlist.
15     And I will be taking your deposition today.           09:38:56
16         A.  Yes.
17         Q.  Have you had your deposition taken before?
18         A.  No, I have not.
19         Q.  Have you ever testified in a court proceeding in
20     the United States before?                             09:39:25
21         A.  No, I have not.
22         Q.  You understand that you are testifying under oath
23     today?
24         A.  Yes.
25         Q.  Is there any reason why you are unable to give  09:39:49
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1 | them directly. |
| 2 | BY MR. LO: |
| 3 | Q. As part of your job responsibility do you have |
| 4 | any responsibility with connection to Netlist? |
| 5 | MR. MASTERS: Object to form.    09:54:44 |
| 6 | THE WITNESS: I was in charge of the data |
| 7 | center, OEM, and channel. So included in the channel |
| 8 | there was customer connected to the Netlist. There was |
| 9 | Netlist included in the channel. |
| 10 | BY MR. LO:    09:55:26 |
| 11 | Q. How many other customers were included in that |
| 12 | channel? |
| 13 | A. I can't tell exactly because it's company's |
| 14 | confidential information. But several tens. |
| 15 | MR. MASTERS: Mr. Lo, would you like me to    09:56:12 |
| 16 | go off the record? I think we can get you an answer. |
| 17 | MR. LO: Yeah, why don't you talk to the |
| 18 | witness about that during the next break. |
| 19 | MR. MASTERS: Okay. |
| 20 | MR. LO: I'll come back to it. That's no    09:56:23 |
| 21 | problem. |
| 22 | BY MR. LO: |
| 23 | Q. With respect to Netlist, who was the local |
| 24 | salesperson that you understood communicated directly |
| 25 | with Netlist?    09:56:52 |

Page 13

CONFIDENTIAL-ATTORNEYS' EYES ONLY

```
 1        Q.  Did you have an understanding that Netlist had

 2    repeated cancellations?

 3             MR. MASTERS:  Let me --

 4    BY MR. LO:

 5        Q.  Let me ask a different question.  Let me ask a      10:23:21

 6    different question.

 7             Did you have an understanding that Netlist had a

 8    record of repeatedly cancelling its orders to Samsung,

 9    that Netlist wanted to cancel?

10             MR. MASTERS:  Object to form.                      10:24:03

11             THE WITNESS:  Of all of the channel

12    customers, actually what I handle of the channel, it was

13    only less than 5% of the entire customers that I

14    handled.  So I didn't know about such details.  But I

15    had heard of such case.                                     10:24:46

16    BY MR. LO:

17        Q.  You heard -- let me make sure I understand.

18             Did somebody at Samsung tell you that Netlist

19    repeatedly cancelled orders that it had made?

20        A.  Since Netlist was such a small customer, I don't    10:25:03

21    have detailed recollection.

22        Q.  Do you recall anybody at Samsung telling you that

23    Netlist had a history of repeatedly cancelling orders it

24    had made?

25             MR. MASTERS:  Object to form.                      10:25:58
```

Page 22

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                THE WITNESS:  I don't have any clear
 2    recollection on that.  I had heard that there was a case
 3    of a cancellation.  But other than that, I don't have
 4    any other recollections.
 5    BY MR. LO:                                              10:26:23
 6       Q.  So you recall at a single instance in which there
 7    was a cancellation; is that correct?
 8       A.  I do remember hearing about a cancellation.  I
 9    don't know if it was just a single case or if there were
10    multiple.  I just don't know how many.                  10:26:56
11       Q.  In any of your discussions about channel
12    allocations, did anybody suggest that Netlist allocation
13    should be lowered because of cancellations?
14                MR. MASTERS:  Object to form.
15                THE WITNESS:  No, I didn't hear about       10:27:40
16    anybody -- I didn't hear anybody telling me that it had
17    to be lower because of cancellation.
18    BY MR. LO:
19       Q.  In any of your discussions about channel
20    allocations, did anyone suggest that Netlist allocations 10:28:00
21    should be lowered because of credit concerns?
22                MR. MASTERS:  Object to form.
23                THE WITNESS:  No, no one ever told me about
24    any lowering because of credit issue.
25    ///                                                     10:28:47
```

Page 23

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   negatively, meaning caused Samsung to lower Netlist's

 2   allocation?

 3              MR. MASTERS:  Object to form.

 4              THE WITNESS:  No, no.  However, with -- when

 5   it comes to Netlist, even before we could confirm the        10:38:47

 6   supply, Netlist would issue a lot of purchase orders.

 7   We asked them not to do so, but they continued to do it.

 8   BY MR. LO:

 9      Q.  Why did -- why would Samsung tell Netlist not to

10   issue purchase orders?                                        10:39:21

11              MR. MASTERS:  Object to form.

12              THE WITNESS:  It's not that we asked them

13   not to issue any purchase orders.  But we asked them to

14   just order the purchase orders on the -- on the supplies

15   that we would -- were able to confirm.                        10:40:05

16              However, they would just issue purchase

17   orders for whatever they need.  So since we don't have

18   enough allocation, that's something that we had to -- we

19   had a hard time with.

20   BY MR. LO:                                                    10:40:25

21      Q.  So from time to time Netlist would provide to

22   Samsung forecasts; is that correct?

23      A.  Yes, that's correct.

24      Q.  And Samsung's preferred way of operating was for

25   Samsung to then look at the forecast and tell Netlist         10:40:55
```

Page 27

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   which orders Samsung could fulfill; is that right?
2              MR. MASTERS:  Object to form.
3              THE WITNESS:  Not just Netlist, but we
4   handle all of the channel customers in same way.  So the
5   customers would provide us with their forecast.  And we         10:42:06
6   would tell them or we would rather confirm as to what
7   could be supplied to them.  And then the customers would
8   issue the purchase orders, which we would fulfill
9   afterwards.  That is the sequence of the order process.
10  BY MR. LO:                                                      10:42:30
11     Q.  And if Samsung tells the customer that parts of
12  the forecast cannot be fulfilled, then Samsung's
13  preference is that the customer not place a purchase
14  order for the portions that cannot be fulfilled,
15  correct?                                                        10:42:49
16             MR. MASTERS:  Object to form.
17             THE WITNESS:  Yes, that's correct.  So the
18  customers will provide us with the forecast.  And then
19  we would just confirm the supplies that we would be able
20  to provide.  So it is correct, we would only promise on         10:43:49
21  the supplies that we could provide.  And that's how we'd
22  get the purchase orders issued.
23  BY MR. LO:
24     Q.  Is the preferred sequence that until Samsung
25  either confirms or responds to the forecast, the                10:44:09

Page 28

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1 | customer should not place a purchase order? |
| 2 |     MR. MASTERS:  Object to form. |
| 3 |     THE WITNESS:  Yes, we only receive the |
| 4 | purchase orders on the products that we could supply and |
| 5 | that we could promise to supply.                          10:45:17 |
| 6 | BY MR. LO: |
| 7 |    Q.  And so if a customer places a purchase order for |
| 8 | products that have not been approved after the forecast |
| 9 | by Samsung, those purchase orders are not fulfilled, |
| 10 | correct?                                                  10:45:37 |
| 11 |     Actually, let me restate the question.  I think I |
| 12 | stated it wrong. |
| 13 |     If a customer placed -- if a customer submits a |
| 14 | forecast and Samsung has not confirmed the forecast, but |
| 15 | the customer nevertheless places a purchase order, that   10:45:55 |
| 16 | purchase order will not be fulfilled, correct? |
| 17 |     MR. MASTERS:  Object to form. |
| 18 |     THE WITNESS:  That's correct.  And also, for |
| 19 | the POs, so we would just fulfill the orders on the PO |
| 20 | that we promised to fulfill.  But for the remainder       10:47:00 |
| 21 | products or the POs that we could not fulfill, we would |
| 22 | ask the customers to void them.  So we asked them to |
| 23 | just remove such purchase orders. |
| 24 | BY MR. LO: |
| 25 |    Q.  Before a forecast is confirmed by Samsung, is    10:47:33 |

Page 29

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1                          CERTIFICATE

2                              OF

3                 CERTIFIED SHORTHAND REPORTER

4

5

6          The undersigned certified shorthand reporter

7   of the State of California does hereby certify:

8          That the foregoing deposition was taken

9   before me at the time and place therein set forth, at

10  which time the witness was duly sworn by me.

11         That the testimony of the witness and all

12  objections made at the time of the deposition were

13  recorded stenographically by me and thereafter

14  transcribed, said transcript being a true copy of my

15  shorthand notes thereof.

16         In witness whereof, I have subscribed my

17  name this date: August 12, 2021

18

19

20

21                        [signature]

22                        CSR Number 13079

23                        RPR, CRR Number 28081

24

25

                                              Page 122
```