# EXHIBIT 82

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF CALIFORNIA
 3
 4
 5
 6   NETLIST, INC.,                      )
                                         )
 7        Plaintiff,                     )
                                         ) Case No.
 8        vs.                            ) 8:20-cv-00993
                                         ) MCS-DFM
 9   SAMSUNG ELECTRONICS, CO.,           )
     LTD.,                               )
10                                       )
          Defendant.                     )
11   _____)
12
13       REMOTE VIDEOCONFERENCE AND VIDEO-RECORDED
14              DEPOSITION OF RAYMOND JIANG
15
16           Taken on Sunday, August 8, 2021
17                   At 10:32 a.m.
18
19           WITNESS APPEARING REMOTELY FROM
20                  Las Vegas, Nevada
21
22
23   Reported By: Gale Salerno, RMR, RVR-MS
24   Nevada CCR No. 542, California CSR No. 12375
25   Job No. 4736188
```

Page 1

|   |   |   |
|---|---|---|
| 1 | least part of this.  He's in-house counsel at | 10:34 |
| 2 | Netlist. | 10:34 |
| 3 | THE VIDEOGRAPHER:  Thank you. | 10:34 |
| 4 | Will the court reporter please swear in the | 10:34 |
| 5 | witness. | 10:34 |
| 6 | - - - | 10:34 |
| 7 | RAYMOND JIANG, | 10:35 |
| 8 | having been first duly sworn, was | 10:35 |
| 9 | examined and testified as follows: | 10:35 |
| 10 | - - - | 10:35 |
| 11 |  | 10:35 |
| 12 | EXAMINATION | 10:34 |
| 13 | BY MR. LEE: | 10:35 |
| 14 | Q.   Good morning, Mr. Jiang.  How are you doing | 10:35 |
| 15 | today? | 10:35 |
| 16 | A.   Good.  Hi, Chris. | 10:35 |
| 17 | Q.   Hi.  So my name is Chris.  I will be taking | 10:35 |
| 18 | your deposition today. | 10:35 |
| 19 | Have you ever been deposed before? | 10:35 |
| 20 | A.   No. | 10:35 |
| 21 | Q.   So I'm going to explain some ground rules | 10:35 |
| 22 | for you so you understand the procedure today. | 10:35 |
| 23 | First of all, so although we're having this | 10:35 |
| 24 | conversation over Zoom, this is a court proceeding. | 10:35 |
| 25 | You are under oath, so all of your testimony will be | 10:35 |

```
 1              THE WITNESS:  So no.  I mean, it could be      11:08
 2   two different products.  It's like you're buying a        11:09
 3   BMW, right?  And you know, if you're trying to buy a      11:09
 4   BMW transmission, you cannot just buy a Mercedes          11:09
 5   transmission to replace that.                             11:09
 6              So it really depends on what's qualified in    11:09
 7   the product.                                              11:09
 8   BY MR. LEE:                                               11:09
 9       Q.   Of course, I mean, you would be buying           11:09
10   different -- I'm sorry.  You can finish.                  11:09
11       A.   So it's not interchangeable.  That's what       11:09
12   I'm trying to say.                                        11:09
13       Q.   Of course, I understand you would be buying     11:09
14   different product obviously.  You would not be buying    11:09
15   Samsung product from Hynix.  But I'm asking only          11:09
16   about procedure here.                                     11:09
17       A.   Okay.                                            11:09
18       Q.   And earlier you told me when you buy from       11:09
19   Samsung, the procedure is e-mail, quote, and then        11:09
20   purchase order; is that right?                            11:09
21       A.   Correct.  But there's also involving            11:09
22   callings, too.  I mean, we also, you know, pick up       11:10
23   the phone and call and see what they have, and if        11:10
24   price works and we'll put a PO in place.                  11:10
25       Q.   So it's either e-mail, call -- sorry.           11:10
```

Veritext Legal Solutions
866 299-5127

```
1      Strike that.                                              11:10
2              So it's either -- you ask about                   11:10
3      availability by e-mail?                                   11:10
4         A.   Right.                                            11:10
5         Q.   And then they give you a quote.  And then         11:10
6      you issue a PO, or you ask about availability by          11:10
7      phone, and they give you a quote, and you issue a PO;     11:10
8      is that all right?                                        11:10
9         A.   Correct, yes.                                     11:10
10        Q.   So is this process the same with Hynix?           11:10
11        A.   Yes.  That's just a standard purchase             11:10
12     process.  But again, I'm not sure -- so we're still       11:10
13     on the period of before the Samsung agreements,           11:11
14     right?                                                    11:11
15        Q.   That's right.                                     11:11
16        A.   Okay.  Just so you know, I mean, so there's       11:11
17     an extra step that we have to do for Samsung which we     11:11
18     have to provide a forecast to as well.  And that's        11:11
19     more -- that's something more like -- again, it's a       11:11
20     request, right?  We want to have those products           11:11
21     against our forecast.  And they would cherry pick or      11:11
22     decide what they want to be put on the PO.                11:11
23        Q.   Does the forecast happen before you check         11:11
24     for availability?                                         11:11
25        A.   That's -- that's basically what I am doing.       11:11
```

Page 33

| | | |
|---|---|---|
| 1 | Q.  You would have to pay down before you can | 11:35 |
| 2 | actually get the product if you reach your credit | 11:35 |
| 3 | limit? | 11:35 |
| 4 | MR. LaMAGNA:  Sorry.  Objection.  Calls for | 11:35 |
| 5 | speculation and lacks foundation. | 11:35 |
| 6 | THE WITNESS:  That's how it normally works. | 11:35 |
| 7 | BY MR. LEE: | 11:35 |
| 8 | Q.  So does that refresh your recollection at | 11:35 |
| 9 | all as to whether generally you have ever not been | 11:35 |
| 10 | able to receive support for product because of credit | 11:35 |
| 11 | issues? | 11:36 |
| 12 | MR. LaMAGNA:  Objection.  Vague. | 11:36 |
| 13 | THE WITNESS:  Again, that would not be an | 11:36 |
| 14 | issue, because what he meant by that is it has | 11:36 |
| 15 | reached to a credit limit that is set by Samsung, but | 11:36 |
| 16 | if you need the product, we always pay cash in | 11:36 |
| 17 | advance so that the products can be released. | 11:36 |
| 18 | BY MR. LEE: | 11:36 |
| 19 | Q.  But Mr. Jiang, you just testified that it | 11:36 |
| 20 | would be an issue until you pay down, right? | 11:36 |
| 21 | A.  Yes. | 11:36 |
| 22 | Q.  And do you recall whether this particular | 11:36 |
| 23 | issue in this e-mail was resolved? | 11:36 |
| 24 | A.  I don't recall.  Well, again, if we need | 11:37 |
| 25 | the products and credit limit is the bottom, we will | 11:37 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | ==pay down so that we would get the products that we== | 11:37 |
| 2 | ==wanted.== | 11:37 |
| 3 | Q.   So did you pay down in this case? | 11:37 |
| 4 | A.   I don't know.  I don't recall for this | 11:37 |
| 5 | particular case. | 11:37 |
| 6 | Q.   Do you recall any other instances in which | 11:37 |
| 7 | Samsung told you that you had to pay down before you | 11:37 |
| 8 | could receive additional product? | 11:37 |
| 9 | A.   There were actually many instances that we | 11:37 |
| 10 | pay down and they release a shipment. | 11:38 |
| 11 | Q.   Can you give me an example -- I'm sorry. | 11:38 |
| 12 | You can finish. | 11:38 |
| 13 | A.   They were able to release the shipments. | 11:38 |
| 14 | Q.   Can you give me an example? | 11:38 |
| 15 | A.   Well, I'm just going to use this as an | 11:38 |
| 16 | example.  But I'm not sure if it was -- the shipment | 11:38 |
| 17 | was released or not, right? | 11:38 |
| 18 | So when Neal said that there's a credit | 11:38 |
| 19 | limit issue right now and we will pay down, then that | 11:38 |
| 20 | becomes a nonissue and he's going to release the | 11:38 |
| 21 | shipment.  That's what that is. | 11:38 |
| 22 | Q.   But you don't remember in this case whether | 11:38 |
| 23 | you actually paid down or not, right? | 11:38 |
| 24 | A.   I just don't remember. | 11:38 |
| 25 | Q.   Yeah. | 11:38 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | 1,000 pieces and we are only getting 500 pieces, | 05:34 |
| 2 | they're not fulfilling to the request that we asked | 05:34 |
| 3 | for.  And that would become an issue as we were not | 05:34 |
| 4 | able to fulfill our customer's request. | 05:34 |
| 5 | BY MR. LaMAGNA: | 05:34 |
| 6 |     Q.   So let me ask this differently.  What is | 05:35 |
| 7 | your business understanding of the types of products | 05:35 |
| 8 | that Samsung was -- had an agreement to sell Netlist? | 05:35 |
| 9 |          MR. LEE:  Objection.  Leading. | 05:35 |
| 10 |          THE WITNESS:  I was told that we should be | 05:35 |
| 11 | getting DRAM components and NAND flash components | 05:35 |
| 12 | from Samsung. | 05:35 |
| 13 | BY MR. LaMAGNA: | 05:35 |
| 14 |     Q.   And if Netlist sent a request to Samsung | 05:35 |
| 15 | for NAND or DRAM products, what is your business | 05:35 |
| 16 | understanding of what should happen? | 05:35 |
| 17 |          MR. LEE: Objection. Leading. Incomplete | 05:35 |
| 18 | hypothetical.  Calls for speculation. | 05:35 |
| 19 |          THE WITNESS:  They supposed to fulfill it. | 05:35 |
| 20 |          MR. LaMAGNA:  I have no other questions.  I | 05:36 |
| 21 | want to thank you, Mr. Jiang, for his patience. | 05:36 |
| 22 |          MR. LEE:  Okay.  I have more questions now. | 05:36 |
| 23 | So do you want to take a break? | 05:36 |
| 24 |          MR. LaMAGNA:  Yeah, let's take a short | 05:36 |
| 25 | break.  We'll try to make it real short so we can get | 05:36 |

Page 206

```
 1                CERTIFICATE OF REPORTER
 2           I, the undersigned, a Certified Shorthand
 3   Reporter of the State of Nevada, do hereby certify:
 4           That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were duly sworn; that a record
 8   of the proceedings was made by me using machine
 9   shorthand which was thereafter transcribed under my
10   direction; that the foregoing transcript is a true
11   record of the testimony given to the best of my
12   ability.
13           Further, that before completion of the
14   proceedings, review of the transcript [ X ] was
15   [  ] was not requested pursuant to NRCP 30(e).
16           I further certify I am neither financially
17   interested in the action, nor a relative or employee
18   of any attorney or party to this action.
19           IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated: August 9, 2021
23
24
              GALE SALERNO, RMR, RVR-MS, CCR #542
25
```

Page 241