# EXHIBIT 83

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3                   SOUTHERN DIVISION
 4
 5   NETLIST INC., a Delaware       )
     corporation,                   ) Case No.:
 6                                  ) 8:20-cv-993-MCS-DFM
               Plaintiff,           )
 7                                  )
          v.                        ) Pages 1 to 303
 8                                  )
     SAMSUNG ELECTRONICS CO.,       )
 9   LTD., a Korean corporation,    )
                                    )
10             Defendant.           )
     _____)
11
12
13                 *** CONFIDENTIAL ***
14                   DEPOSITION OF:
15                   PAIK KI HONG
16              THURSDAY, AUGUST 12, 2021
17                     9:12 a.m.
18
19
20   REPORTED BY:
21   Vickie Blair
22   CSR No. 8940, RPR-CRR
23   JOB NO. 4744083
24
25   PAGES 1 - 303
```

Page 1

```
 1                MS. SHIN:  Good morning, Kate Shin on        09:14:51

 2    behalf of Samsung.                                        09:14:54

 3                MR. LEE:  Hello, Han Lee, in-house counsel    09:14:58

 4    for Samsung.                                              09:15:02

 5

 6                     PAIK KI HONG,

 7              having been first duly sworn, was

 8              examined and testified as follows:

 9

10                      EXAMINATION

11    BY MR. RHOW:                                              09:15:26

12        Q     Okay.  Mr. Hong, nice to meet you.             09:15:26

13        A     Nice to meet you.                              09:15:28

14        Q     Thank you for coming.  I'm not going to        09:15:29

15    have any admonitions other than the following, which     09:15:31

16    is:  If you do need a break, you let me know.  Since we   09:15:33

17    are on a clock, I have a tendency to just lose track of   09:15:38

18    time, and so, if -- Ray, if you feel a break is           09:15:42

19    necessary or, Mr. Hong, you need one, just let me know,   09:15:45

20    and then -- and then to the extent I'm done with the      09:15:47

21    question and an answer, we certainly can do that.         09:15:48

22                Does that make sense?                        09:15:51

23        A     Makes sense.                                    09:15:52

24        Q     All right.  Mr. Hong, you've been with          09:15:53

25    Netlist for how many years?                              09:15:56
```

Page 10

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | then Samsung would then respond as to what is available | 10:46:58 |
| 2 | or not available? | 10:47:01 |
| 3 |     A    Or what they can -- not -- not that -- | 10:47:02 |
| 4 | that is not right.  It's out of context.  What they can | 10:47:05 |
| 5 | support. | 10:47:09 |
| 6 |     Q    And then depending on what Samsung can | 10:47:10 |
| 7 | support, POs are then issued? | 10:47:12 |
| 8 |     A    I would say in most -- in most cases, we | 10:47:17 |
| 9 | would issue POs on what Samsung could support. | 10:47:21 |
| 10 |     Q    And that was the practice after 2015; | 10:47:25 |
| 11 | correct? | 10:47:31 |
| 12 |     A    Yes.  Yes, that was the practice after | 10:47:31 |
| 13 | 2000- -- 2000- -- November 2015, that was common | 10:47:35 |
| 14 | practice, yes. | 10:47:38 |
| 15 |     Q    Was that also the practice before 2000- -- | 10:47:38 |
| 16 | November 2015? | 10:47:41 |
| 17 |     A    The -- the signing of the JDLA changed how | 10:47:43 |
| 18 | we did things a bit, but I cannot recall exactly | 10:47:49 |
| 19 | every -- every purchase that we did before 2015 and how | 10:47:55 |
| 20 | we -- how we -- how we processed them. | 10:47:59 |
| 21 |     Q    All right.  Let's go to what we'll mark as | 10:48:03 |
| 22 | Exhibit 46. | 10:48:07 |
| 23 |     And, Kate, this is tab eight. | 10:48:10 |
| 24 |     A    Okay. | 10:48:55 |
| 25 |     (Deposition Exhibit 46 was marked | 10:48:55 |

Page 62

| | | |
|---|---|---|
| 1 | Q    Okay.  Whatever it was, however you define | 11:59:35 |
| 2 | credit line, my question is:  Netlist purchased | 11:59:40 |
| 3 | products from Samsung using that credit line, however | 11:59:42 |
| 4 | you're defining it? | 11:59:44 |
| 5 | MR. LAMAGNA:  Objection.  Form. | 11:59:49 |
| 6 | THE WITNESS:  We did not order products | 11:59:51 |
| 7 | based on a credit line.  Products were shipped based -- | 11:59:55 |
| 8 | the credit line impacted shipments but not the way we | 11:59:59 |
| 9 | ordered. | 12:00:02 |
| 10 | BY MR. RHOW: | 12:00:04 |
| 11 | Q    Okay.  That's fair. | 12:00:04 |
| 12 | So without available credit, products | 12:00:05 |
| 13 | would not get shipped to Netlist; is that fair? | 12:00:07 |
| 14 | A    I don't recall -- | 12:00:10 |
| 15 | MR. LAMAGNA:  Object to form. | 12:00:12 |
| 16 | THE WITNESS:  -- instances where that | 12:00:13 |
| 17 | happened.  We would always accommodate Samsung to make | 12:00:15 |
| 18 | sure we received parts. | 12:00:18 |
| 19 | BY MR. RHOW: | 12:00:19 |
| 20 | Q    Wait, I am confused. | 12:00:20 |
| 21 | Who is providing the credit line?  Is it | 12:00:21 |
| 22 | Samsung or Netlist? | 12:00:26 |
| 23 | A    In terms of -- again, the credit line -- | 12:00:27 |
| 24 | there really isn't a credit line because we would | 12:00:31 |
| 25 | gar- -- we would -- it would be a letter of credit on | 12:00:35 |

Page 101

| | | |
|---|---|---|
| 1 | our side. | 12:00:39 |
| 2 | Q    I see. | 12:00:39 |
| 3 | So what are you asking for in this | 12:00:40 |
| 4 | particular document from Samsung, if anything? | 12:00:42 |
| 5 | A    We have -- we had asked Samsung for -- to | 12:01:01 |
| 6 | increase or provide credit and increase credit. | 12:01:06 |
| 7 | Q    Why? | 12:01:10 |
| 8 | A    Frequently. | 12:01:11 |
| 9 | Q    Why did you do that frequently? | 12:01:11 |
| 10 | A    So -- so we wouldn't have to pay down the | 12:01:14 |
| 11 | credit every time Samsung needed to ship us parts. | 12:01:18 |
| 12 | Q    Okay.  And so -- | 12:01:22 |
| 13 | A    Transactional -- yeah, really limits | 12:01:24 |
| 14 | that -- it wasn't business limitations. | 12:01:27 |
| 15 | Q    So without available credit, Netlist could | 12:01:33 |
| 16 | not get parts shipped to it; fair? | 12:01:36 |
| 17 | A    No, I do not believe it impact -- credit | 12:01:42 |
| 18 | impacted Netlist's shipment.  Samsung -- Samsung would | 12:01:45 |
| 19 | alert us that we are going over the credit line, and we | 12:01:50 |
| 20 | would pay down to get the shipment. | 12:01:53 |
| 21 | Q    Okay. | 12:01:55 |
| 22 | A    And we would always try to accommodate a | 12:01:55 |
| 23 | credit line applicable to the business. | 12:01:58 |
| 24 | So here, in this time frame, there was, | 12:02:01 |
| 25 | you know -- there was no allocate -- there was no | 12:02:05 |

Page 102

| | | | |
|---|---|---|---|
| 1 | | I believe we are working on getting | 14:05:30 |
| 2 | | a credit line high enough to handle the | 14:05:32 |
| 3 | | business growth. | 14:05:36 |
| 4 | | Do you see that? | 14:05:38 |
| 5 | A | Yes. | 14:05:38 |
| 6 | Q | And is that a true statement? | 14:05:38 |
| 7 | A | Again, I think the statement is getting | 14:05:47 |
| 8 | the credit line higher to make it easier to grow the | | 14:05:50 |
| 9 | business. | | 14:05:53 |
| 10 | Q | So is what Raymond Jiang wrote there true | 14:05:53 |
| 11 | or not true? | | 14:05:56 |
| 12 | | MR. LAMAGNA:  Form. | 14:05:57 |
| 13 | | THE WITNESS:  I don't know his -- what he | 14:05:58 |
| 14 | was aiming to do -- that he -- his intentions on that | | 14:06:00 |
| 15 | email. | | 14:06:03 |
| 16 | BY MR. RHOW: | | 14:06:03 |
| 17 | Q | Neal Knuth's email in response says the | 14:06:04 |
| 18 | following, quote (as read): | | 14:06:06 |
| 19 | | These kind of things do not help me | 14:06:07 |
| 20 | | get support and allocation, so anything I | 14:06:10 |
| 21 | | can do to help clear this issue, just let | 14:06:12 |
| 22 | | me know. | 14:06:15 |
| 23 | | Do you see that? | 14:06:18 |
| 24 | A | Yes, I see the email. | 14:06:18 |
| 25 | Q | And was it your understanding in May 2016 | 14:06:18 |

Page 137

| | | |
|---|---|---|
| 1 | that credit line issues could affect allocation? | 14:06:22 |
| 2 | MR. LAMAGNA:   Form. | 14:06:29 |
| 3 | THE WITNESS:   In my opinion, I don't think | 14:06:31 |
| 4 | credit line issues impacted allocation. | 14:06:35 |
| 5 | BY MR. RHOW: | 14:06:37 |
| 6 | Q     Did you ever let Mr. Knuth know that? | 14:06:37 |
| 7 | A     I think I have verbally communicated that | 14:06:39 |
| 8 | to him. | 14:06:42 |
| 9 | Q     In writing in any of the emails that | 14:06:43 |
| 10 | you've seen in this case, did you ever communicate | 14:06:45 |
| 11 | anything along those lines to anyone at Samsung? | 14:06:48 |
| 12 | MR. LAMAGNA:   Form. | 14:06:51 |
| 13 | THE WITNESS:   I cannot recall, but I have | 14:06:52 |
| 14 | made it -- I -- I can remember verbally saying this, | 14:06:55 |
| 15 | that the credit line should not impact business growth. | 14:07:01 |
| 16 | BY MR. RHOW: | 14:07:04 |
| 17 | Q     And then Samsung told you, sorry -- | 14:07:04 |
| 18 | A     We would -- | 14:07:04 |
| 19 | Q     Wait, you gotta let me finish. | 14:07:09 |
| 20 | Samsung would tell you, "Well, that's your | 14:07:11 |
| 21 | opinion, but, for Samsung, we do need a credit line"; | 14:07:12 |
| 22 | correct? | 14:07:15 |
| 23 | A     No, never been told that. | 14:07:15 |
| 24 | Q     They would -- they would agree with your | 14:07:17 |
| 25 | statement and say it's perfectly fine to buy without | 14:07:19 |

Page 138

| | | |
|---|---|---|
| 1 | Q     Okay.  Now, at any point in time, was -- | 14:14:04 |
| 2 | did Samsung impose a credit hold on Netlist? | 14:14:09 |
| 3 | A     I don't recall a credit hold.  I can't | 14:14:15 |
| 4 | answer that question. | 14:14:18 |
| 5 | Q     You recall that, at various times, Samsung | 14:14:19 |
| 6 | would impose a credit hold and that would prevent | 14:14:24 |
| 7 | Netlist from making purchases; correct? | 14:14:28 |
| 8 | MR. LAMAGNA:  Form. | 14:14:36 |
| 9 | THE WITNESS:  Credit hold would not impact | 14:14:39 |
| 10 | Netlist to purchase. | 14:14:42 |
| 11 | BY MR. RHOW: | 14:14:43 |
| 12 | Q     Is that based on your recollection or on a | 14:14:49 |
| 13 | specific document? | 14:14:51 |
| 14 | A     I -- I -- you know, again, I don't have a | 14:14:53 |
| 15 | specific document, so, yeah. | 14:14:55 |
| 16 | Q     That's based on your recollection? | 14:15:03 |
| 17 | A     Yes. | 14:15:04 |
| 18 | Q     Okay.  But not on a specific document? | 14:15:06 |
| 19 | A     That is fair. | 14:15:15 |
| 20 | Q     Do you recall Neal Knuth telling you at | 14:15:16 |
| 21 | various times that the failure to settle a credit | 14:15:21 |
| 22 | balance would affect the ability of Samsung to supply | 14:15:25 |
| 23 | product? | 14:15:33 |
| 24 | A     I don't recall.  I don't recall he ever | 14:15:37 |
| 25 | made that statement to me. | 14:15:40 |

Page 143

| | | |
|---|---|---|
| 1 | of that. | 18:00:59 |
| 2 | Q      And if a product has hit the end of life | 18:00:59 |
| 3 | and Samsung has just run out of stock and doesn't have | 18:01:04 |
| 4 | anymore left, is that something that Netlist would | 18:01:07 |
| 5 | still be trying to buy from Samsung? | 18:01:09 |
| 6 | A      No, we would not expect Samsung to fulfill | 18:01:15 |
| 7 | a product that's end of life with no stock. | 18:01:18 |
| 8 | Q      Now, turning to Exhibit 46 again, do you | 18:01:21 |
| 9 | know, just looking at the face of it here, sitting here | 18:01:24 |
| 10 | today, which scenario is playing out in Exhibit 46? | 18:01:29 |
| 11 | A      Yeah, I sort of -- I -- I -- it -- it's -- | 18:01:36 |
| 12 | it's -- I believe it's -- we're trying to see if they | 18:01:40 |
| 13 | have stock of an end of life product is the context of | 18:01:45 |
| 14 | this. | 18:01:50 |
| 15 | Q      And so if they have stock, you're looking | 18:01:50 |
| 16 | to buy it; and if they don't, they don't. | 18:01:53 |
| 17 | Is that fair to say? | 18:01:56 |
| 18 | A      Yes. | 18:01:57 |
| 19 | Q      We had some discussion earlier | 18:01:58 |
| 20 | regarding -- well, assuming that Samsung has stock of | 18:02:06 |
| 21 | an item, do you -- is it your business understanding | 18:02:13 |
| 22 | that Netlist -- strike that. | 18:02:20 |
| 23 | Assuming that Samsung has stock of a NAND | 18:02:22 |
| 24 | or DRAM product, is it your business understanding, | 18:02:25 |
| 25 | during the period of the JDLA, that Netlist should be | 18:02:28 |

Page 261

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | able to order that product? | 18:02:31 |
| 2 | A    I believe the clause of the JDLA, | 18:02:35 |
| 3 | referring -- referring to supply, upon Netlist's | 18:02:38 |
| 4 | request, yes, I believe if the part is -- product is in | 18:02:41 |
| 5 | mainstream production, that Samsung needs -- needs to | 18:02:44 |
| 6 | fulfill our request. | 18:02:49 |
| 7 | Q    Now, earlier I think you mentioned that | 18:02:50 |
| 8 | you didn't have any discussions regarding the terms of | 18:02:59 |
| 9 | the JDLA with Samsung. | 18:03:01 |
| 10 | Do you recall that? | 18:03:04 |
| 11 | A    I was -- I -- so I did not -- I did not | 18:03:04 |
| 12 | partake in many of the negotiations for the JDLA with | 18:03:09 |
| 13 | Samsung, but when supply -- when these supply issues | 18:03:14 |
| 14 | arose, when the allocation was taken to zero, I | 18:03:18 |
| 15 | mentioned the supply portion of the JDLA several times | 18:03:25 |
| 16 | to Samsung sales, mainly Neal Knuth and Steve Metz. | 18:03:28 |
| 17 | Q    What did you -- what did you tell them? | 18:03:35 |
| 18 | A    I told them Samsung is obligated by the | 18:03:40 |
| 19 | clause of the JD -- of the agreement of the JDLA that | 18:03:43 |
| 20 | Samsung -- Samsung will support DRAM, Netlist -- NAND | 18:03:47 |
| 21 | products to Netlist upon Netlist's request, and that is | 18:03:53 |
| 22 | part -- it is -- it is an obligation to that JDLA -- | 18:03:57 |
| 23 | Q    Did you ask them -- | 18:04:00 |
| 24 | A    -- that they could not take us to zero. | 18:04:02 |
| 25 | Q    Did you ask them to provide -- to sell you | 18:04:03 |

Page 262

| | | |
|---|---|---|
| 1 | to which your procurement of product is impacted by | 18:05:27 |
| 2 | credit? | 18:05:33 |
| 3 | A  So with respect to that, I was trying to | 18:05:37 |
| 4 | just point out that the decisions that I make in terms | 18:05:42 |
| 5 | of making the request to Samsung, and Samsung | 18:05:45 |
| 6 | fulfilling that request, in that dialogue there's no | 18:05:48 |
| 7 | mention of credit. | 18:05:51 |
| 8 | There is no mention, you know, if I put in | 18:05:52 |
| 9 | a request that is far over the credit line, there is | 18:05:57 |
| 10 | no -- there -- during the times when they were | 18:06:01 |
| 11 | supporting us very well, there was no comeback saying | 18:06:04 |
| 12 | that you can't buy this because of credit line, | 18:06:07 |
| 13 | so -- so that's what I was -- why I was saying that | 18:06:13 |
| 14 | the -- the credit line never impacted the business. | 18:06:15 |
| 15 | Q  So in -- do you recall in 2016 what | 18:06:17 |
| 16 | Netlist's credit line was with Samsung? | 18:06:26 |
| 17 | A  I think I answered -- I testified that I | 18:06:31 |
| 18 | did not know the exact number. | 18:06:35 |
| 19 | Q  Do you know what it was in 2017? | 18:06:36 |
| 20 | A  No, I do not know that number. | 18:06:39 |
| 21 | Q  In 2016, do you recall if Samsung ever | 18:06:43 |
| 22 | either rejected a request or refused a PO or refused | 18:06:46 |
| 23 | shipment on credit issues? | 18:06:52 |
| 24 | A  They did not. | 18:06:54 |
| 25 | Q  Do you recall if, in the first, say, four | 18:06:57 |

Page 264

CONFIDENTIAL

| 1 | months of 2017, did Samsung ever reject POs or refuse | 18:07:01 |
| 2 | shipments on the basis of credit, that you recall? | 18:07:09 |
| 3 | A    No, they did not. | 18:07:13 |
| 4 | Q    Now, I think you mentioned that you said | 18:07:15 |
| 5 | there was a period where you were sort of taken to | 18:07:22 |
| 6 | zero, correct -- | 18:07:25 |
| 7 | A    Yeah. | 18:07:26 |
| 8 | Q    -- around May or June of 2017? | 18:07:26 |
| 9 | A    Yeah. | 18:07:29 |
| 10 | Q    After that time period, did Neal Knuth at | 18:07:30 |
| 11 | Samsung begin to reject orders, at least more | 18:07:33 |
| 12 | frequently, on the grounds of credit or refused to | 18:07:39 |
| 13 | ship? | 18:07:42 |
| 14 | A    I -- I -- I've seen it -- I've seen it in | 18:07:43 |
| 15 | emails where he is excitedly telling Samsung, his | 18:07:47 |
| 16 | management, that he did not take -- he'd find ways to | 18:07:54 |
| 17 | not take Netlist POs, he wrote emails with emojis at | 18:07:58 |
| 18 | the end saying he did such a great job. | 18:08:04 |
| 19 | So I -- I believe the answer is yes. | 18:08:06 |
| 20 | Q    So one way to buy product is, we talked | 18:08:10 |
| 21 | about, is on credit. | 18:08:13 |
| 22 | Are there any other -- assuming your | 18:08:15 |
| 23 | credit line is at its maximum, you've purchased the | 18:08:17 |
| 24 | full amount of the credit line, are there any other | 18:08:23 |
| 25 | things you can do to purchase product besides using the | 18:08:26 |

Page 265

| | | |
|---|---|---|
| 1 | credit line? | 18:08:32 |
| 2 | A     We would pay cash for products.  I mean, | 18:08:32 |
| 3 | we frequently do.  I mean, I think -- I think the | 18:08:35 |
| 4 | Samsung lawyer provided one exhibit that showed -- | 18:08:41 |
| 5 | showed that, but that was an outlier, we generally -- | 18:08:46 |
| 6 | again, that's -- that's why I made that statement that | 18:08:52 |
| 7 | the credit line never impacted business, we would pay | 18:08:54 |
| 8 | down our credit line, in fact, we did it today, to | 18:08:57 |
| 9 | get -- to get Samsung to ship parts, and it was not -- | 18:09:02 |
| 10 | Q     So you could -- so is it correct to say | 18:09:06 |
| 11 | that you could either pay down the credit line, make a | 18:09:09 |
| 12 | payment on it, or you could pay cash for something in | 18:09:12 |
| 13 | order to get it to ship?  Is that fair? | 18:09:15 |
| 14 | A     Yes, that's fair, we do that. | 18:09:19 |
| 15 | And, you know, I don't know, you know, you | 18:09:21 |
| 16 | know, so I don't want to take it out of context, but I | 18:09:27 |
| 17 | do not know the answers to the questions he asked about | 18:09:29 |
| 18 | the credit limits, but I know recently, because Samsung | 18:09:31 |
| 19 | has shipping us more product, that our finance -- | 18:09:36 |
| 20 | finance would -- has increased the credit line to be | 18:09:39 |
| 21 | commensurate to the amount of business we're doing. | 18:09:43 |
| 22 | So they would make attempts to do that | 18:09:50 |
| 23 | themselves, but, again, the credit line was never -- | 18:09:52 |
| 24 | maybe I shouldn't use the word "never," was not an | 18:09:55 |
| 25 | impact to any decision -- decisions -- business | 18:09:57 |

Page 266

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | decisions involving Samsung supply. | 18:10:01 |
| 2 | Q    So if -- if you wanted product, and you | 18:10:04 |
| 3 | were at the maximum of your credit line, then would | 18:10:10 |
| 4 | Netlist just pay cash for it if it needed to? | 18:10:15 |
| 5 | A    Yes, we do that frequently, as I've -- as | 18:10:18 |
| 6 | I've stated. | 18:10:20 |
| 7 | Q    So in your view, should the question -- -- | 18:10:20 |
| 8 | well, strike that. | 18:10:20 |
| 9 | Do you know whether or not the credit line | 18:10:26 |
| 10 | with Samsung is collateralized at all? | 18:10:29 |
| 11 | A    It's, as I've also testified, it is | 18:10:37 |
| 12 | collateralized by a letter of credit, or -- standby LC. | 18:10:43 |
| 13 | Q    Okay.  So to what extent -- do you believe | 18:10:48 |
| 14 | that the question of the amount of credit that you're | 18:10:54 |
| 15 | extended -- well, strike that. | 18:11:01 |
| 16 | A    Let me just re- -- reiterate on the | 18:11:04 |
| 17 | question of paying down.  Our terms with Samsung is net | 18:11:06 |
| 18 | 45, I just saw -- recently saw some data of our pay -- | 18:11:13 |
| 19 | our days to pay is in the 30 range, it's -- it's -- | 18:11:18 |
| 20 | my -- we don't pay at 45 because we're paying down so | 18:11:23 |
| 21 | much to get products. | 18:11:27 |
| 22 | Q    Now -- | 18:11:27 |
| 23 | MR. RHOW:  Ray, really quick, sorry, I'm | 18:11:28 |
| 24 | going to have more questions, I'm just factoring that | 18:11:31 |
| 25 | in. | 18:11:34 |

Page 267

CONFIDENTIAL

1  STATE OF CALIFORNIA    )

2                        ) ss.

3  COUNTY OF LOS ANGELES  )

4          I, Vickie Blair, CSR No. 8940, RPR-CRR, in

5  and for the State of California, do hereby certify:

6          That, prior to being examined, the witness

7  named in the foregoing deposition was by me duly sworn

8  to testify as to the truth, the whole truth, and

9  nothing but the truth;

10         That said deposition was taken before me

11  at the time and place therein set forth, and was taken

12  down by me stenographically and thereafter transcribed

13  via computer-aided transcription under my direction and

14  is a true record of the testimony given;

15         I further certify I am neither counsel

16  for, nor related to, any party to said action, nor

17  interested in the outcome thereof;

18         IN WITNESS WHEREOF, I have hereto

19  subscribed my name this 13th day of August, 2021.

20

21

22

23         Vickie Blair, CSR No. 8940, RPR-CRR

24

25

Page 300