# EXHIBIT 84

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3                     SOUTHERN DIVISION
 4
 5    NETLIST INC., a Delaware        )
      corporation,                    ) Case No.:
 6                                     ) 8:20-cv-993-MCS-DFM
              Plaintiff,              )
 7                                     )
          v.                          ) Pages 1 to 245
 8                                     )
      SAMSUNG ELECTRONICS CO.,        )
 9    LTD., a Korean corporation,     )
                                       )
10            Defendant.              )
      _____)
11
12
13        *** CONFIDENTIAL -- ATTORNEYS' EYES ONLY ***
14                   DEPOSITION OF:
15                    CHUCK HONG
16              FRIDAY, AUGUST 13, 2021
17                    10:11 a.m.
18
19
20    REPORTED BY:
21    Vickie Blair
22    CSR No. 8940, RPR-CRR
23    JOB NO. 4738026
24
25    PAGES 1 - 245
```

Page 1

1          My name is Brandon Miller from the firm

2    Veritext Legal Solutions, and I'm the videographer.

3          The court reporter is Vickie Blair from

4    the firm Veritext Legal Solutions.

5          I'm not related to any party in this

6    action, nor am I financially interested in the outcome.

7          Counsel and all present in their rooms and

8    everyone attending remotely will now state their

9    appearances and affiliations for the record beginning

10   with the noticing attorney, and the witness will be

11   sworn in.

12          Thank you.

13          MR. RHOW:  Good morning, everyone.  This

14   is Ekwan Rhow, and Kate Shin is also here, as well, on

15   behalf of Samsung, and we are the noticing attorneys.

16          MR. LAMAGNA:  This is Raymond LaManga of

17   Gibson, Dunn & Crutcher on behalf of Netlist and the

18   plaintiffs, and we may be joined by Vivian Tran who is

19   a summer associate who may be observing, I don't think

20   she's on now.

21          THE REPORTER:  She's signing in right now.

22

23          CHUCK HONG,

24    having been first duly sworn, was

25          examined and testified as follows:

Page  9

```
 1                        EXAMINATION

 2   BY MR. RHOW:

 3        Q     Mr. Hong, good morning.  Thank you for

 4   being here.

 5             As I mentioned, my name is Ekwan Rhow, and

 6   the only admonition I'm going to give to you is really,

 7   if you need a break, let me know, this is not meant to

 8   be an endurance contest.

 9             And the other admonition is if you don't

10   understand one of my questions, just let me know.

11             Does that sound good?

12        A     Thank you.

13        Q     All right.  Let's jump into it.

14             And, Ray, for our purposes, I think some

15   of my initial questions will be in Mr. Hong's personal

16   capacity, and then I'll pretty quickly switch into sort

17   of the negotiation of the JDLA.  If I don't switch back

18   and forth, I actually don't mind if there is a kind of

19   running stipulation that, as to questions that are

20   30(b)(6), that you have an objection on scope because

21   I -- sometimes I'm not clear on that, but it's up to

22   you as to whether you want to take advantage of that

23   stipulation.

24             MR. LAMAGNA:  Well, that's fine, I don't

25   mind doing so, but I might just flag if there's a
```

Page 10

```
 1    '14, I went over to -- along with my executive team,

 2    went over to Samsung to meet with Dr. Jun in Korea,

 3    Dr. Jun and his staff, probably Dung-Ki Lee, Jung-Bae

 4    Lee, Kenny Han.

 5                 So that meeting came about, I don't know

 6    how it came about, but we had a big meeting, and then,

 7    after that meeting, I believe Samsung reciprocated and

 8    came back, came -- visited us in Irvine sometime in the

 9    spring of 2015, and so those back and forth and -- is

10    probably --

11                 Those are -- those are the two meetings

12    that I recall and -- you know, ahead of this proposal.

13         Q     Who requested the initial meeting and what

14    was the purpose of that meeting?

15         A     You know, I -- I don't recall who -- who

16    initiated it, but the purpose was to explore our

17    various path to create a, you know, strategic

18    partnership.

19                 We had a fairly unique access to Dr. Jun,

20    who was the president of the device solutions group,

21    that is Samsung's organization for -- acronym for their

22    memory division, so, you know, we -- we took advantage

23    of that relationship, and -- and, you know, started to

24    have conversations about a broader strategic

25    relationship with Samsung.
```

Page 43

1      Q      You used the word "strategic partnership."
2   What -- what do you mean by that or what did you mean
3   by that?
4      A      Yeah, I think it's captured in this -- in
5   this proposal, so it's a combination of we -- we -- we
6   had technology that would be -- that would be helpful
7   or compliment Samsung's existing product line, and, you
8   know, Samsung -- and then we had -- we had patents, you
9   know, which could potentially be useful for Samsung,
10  and then obviously Samsung, being the largest supplier
11  of memory in the world, access to that supply would
12  have been, you know -- that's -- that's important.
13          So -- so you -- yeah, strategic
14  relationship means beyond just, you know, a
15  buyer/seller relationship, something that is more
16  formalized, more binding that encompasses multiple
17  attributes of the business than just buy and sell.
18      Q      You always mentioned that you had unique
19  access to Dr. Jun.
20          What was that unique access?
21      A      Well, yeah, J.B. Kim, who was the
22  executive VP of our Asia pact, and I and Dr. Jun, we
23  had all worked together back in Korea for many years at
24  L and G, so we were former colleagues and then -- and
25  then J.B. and Dr. Jun were college mates at KAIST,

                                              Page 44

1  the -- and that's Korean Advanced Institute of Science

2  and Technology, where J.B. was, I believe, a couple

3  years senior to Dr. Jun.

4           So, yeah, there are relationships, and

5  then there are, you know, very close relationships, and

6  that's -- that is -- yeah, that is the answer to unique

7  access.

8           Q    Okay.  Prior to the -- 2014 when you began

9  those meetings, had you previously requested a

10  strategic partnership from Samsung?

11          A    I don't know.  We could have.

12          Q    Any reason why you wouldn't have requested

13  it before, if that, as you describe, was something

14  important to Netlist?

15          A    It could have been where we were as a

16  company at that point, whether we were ready to take on

17  a partnership with Samsung or Samsung was ready to, you

18  know, do a partnership, yeah, I -- we -- we could have,

19  but I can't -- that was a long time ago.

20          Q    In the two meetings, the one in Seoul, the

21  one in Irvine, leading up to Exhibit 70, do you recall

22  ever mentioning the potential that Samsung might be

23  infringing hynix's patent?

24          A    No, no.

25          Q    And so I'll say it more directly, in those

                                              Page  45

```
 1    BY MR. RHOW:
 2         Q      Okay.
 3         A      I don't know the answer.
 4         Q      And then how about the middle column on
 5    "IP licensing," was that the business strategy or not?
 6                MR. LAMAGNA:  Form.
 7                THE WITNESS:  I think, you know, we may
 8    have pursued it.  It says here, you know, "make the IP
 9    available to product partners," product partner meaning
10    companies like Samsung and hynix that manufacture their
11    products, so otherwise stated, it's supply -- it's
12    securing supply.
13                And "pursue enforcement against those that
14    are not partners," so it -- it implies that, for
15    relationships where you are -- you are getting supply
16    of product, you're in a collaborative situation, and
17    where -- where you're not.
18                Where there are other infringers or
19    implementers of our technology, then we would enforce
20    that.
21    BY MR. RHOW:
22         Q      And so I'm not trying to be argumentative
23    here, but to the extent that Samsung did not sign the
24    JDLA, was it Netlist's intention to then sue them for
25    enforcement on the patent?
```

Page 61

```
 1              MR. LAMAGNA:  Objection.  Form.

 2              And I would instruct the witness to answer

 3    as to any business plan you may have had, but to omit

 4    any conversations you may have had with counsel.

 5              THE WITNESS:  Yeah, I would refer back to

 6    no, it wasn't, if they don't sign, we're going to sue

 7    you for patent infringement, that was not the case.

 8              You asked a question about the visit from

 9    Samsung, as I brought it up, yeah, they came to us, and

10    you asked whether -- they came to us to discuss

11    patents, so when the party comes to you to discuss the

12    potential of licensing your patents, there's no need to

13    do anything else but to be collaborative.

14              So, and you asked about, you know, whether

15    it was cordial in those meetings, it was, yeah, very

16    much cordial.

17    BY MR. RHOW:

18         Q    Okay.  Let's go to Exhibit 72, which we'll

19    try to put up.

20              Internal tab 107.

21         A    107?  Exhibit 107?

22         Q    No, it's 72.  It's internal tab 107,

23    that's just for my reference.

24              72 is what you're looking for.

25         A    It's not -- I mean, I have -- I've got 70
```

                                        Page 62

```
 1                    MR. LAMAGNA:  Objection.  Form.

 2                    THE WITNESS:  It could be.

 3       BY MR. RHOW:

 4            Q    What does raw materials mean?

 5            A    In our industry, raw materials are the

 6       components themselves.  In the memory industry, memory

 7       raw materials would be DRAM, various DRAMs, and various

 8       NAND Flash components.

 9            Q    And so, at least in this term sheet, the

10       reference to raw materials means components necessary

11       for the NVDIMM-P product; correct?

12            A    I believe that's the case.

13                    MR. LAMAGNA:  Form.

14       BY MR. RHOW:

15            Q    All right.  Let's go to -- let me ask --

16       let me ask you a more general question.

17                    What is the term of the JDLA?

18            A    The term of the agreement?

19            Q    Correct.

20                    MR. LAMAGNA:  Form.

21                    THE WITNESS:  Well, yeah, I -- I think it

22       probably would be better to have an attorney interpret

23       that, right.

24       BY MR. RHOW:

25            Q    Honestly, I think that's fair because
```

Page 92

```
 1   know, laying the proper context for this, so yeah, so

 2   yeah, it -- it applies to this term sheet, but this

 3   term sheet was changed and JDLA's all -- that was the

 4   deal.

 5   BY MR. RHOW:

 6        Q    Right, and I understand that.

 7             So the sentence, at least in this term

 8   sheet, that reads (as read):

 9                  Samsung will provide competitive

10             pricing, i.e., among customers purchasing

11             the same products and similar volumes for

12             the supply of Samsung NAND and DRAM

13             products,

14             that sentence, at least in this term

15   sheet, applies to the dash P technology; correct?

16             MR. LAMAGNA:  Form.

17             THE WITNESS:  The dash P product, if it

18   ever, you know, became commercialized, you know, it --

19   you know, within, you know, a few years time.

20   BY MR. RHOW:

21        Q    So that sentence in this term sheet

22   applies to the dash P product to the extent it ever got

23   commercialized; correct?

24        A    Yes.

25        Q    All right.  Let's go to next in order, and
```

Page 104

```
 1    there -- you have a customer and -- you've got a
 2    non-customer and then you've got an at-will customer,
 3    and then you have a customer where there are
 4    contractual obligations.
 5             So we were going from -- the JDLA
 6    represented to move us from a non-customer and bypass
 7    the at-will customer and turn us into an at-will
 8    cust- -- turn us into a contractual supply customer,
 9    which means we would go right to the front of the line.
10             You are paying with the JDLA, in my mind,
11    to get to become the preferred or the most preferred
12    customer of Samsung with that agreement.
13        Q    But you understood that even preferred
14    customers at Samsung are subject to allocation
15    planning; fair?
16             MR. LAMAGNA:   Form.
17             THE WITNESS:   At -- at-will customers are,
18    but contracted customers, their obligations must be
19    ful- -- must be filled ahead of everyone.
20             I mean, I can say this with authority
21    because that was my job.  I was a head of worldwide
22    sales for LG in Korea, and I did these allocations, I
23    managed the customer supply for many years, so this is
24    why I'm asking you for very specifics because this kind
25    of is the area of my expertise.
```

Page 124

1           Now, if you're trying to extrapolate that

2     as being he was obsessed with the MOU and that governs,

3     and everything, you know, that ends up in a JDLA, then

4     must be what was in the MOU, that is not the case.

5           MOU and JDLA, I'm sure that there are,

6     such as the supply condition, there are a number of

7     differences.

8     BY MR. RHOW:

9         Q    So -- but let me ask it like this:  As to

10    this particular document, Netlist was telling Samsung

11    that the JDLA should not conflict with the MOU;

12    correct?

13           MR. LAMAGNA:  Object.  Objection.  Form.

14           THE WITNESS:  You know, you're an

15    attorney, and he is also, and I am sure that if the

16    conflict was advantageous to one party, the attorney

17    representing that party would accept that regardless of

18    whether it conflicts.  If the conflict was

19    disadvantageous -- disadvantageous, then they would

20    take it up and try to correct it.

21    BY MR. RHOW:

22        Q    And you're insinuating motivation.

23           I'm just asking you, based on what you

24    read here, based on what you understood at the time,

25    Netlist's position was that as far as it -- to the

                                        Page 133

1        A        2015, or --

2        Q        Correct.

3        A        Well, I think, you know, getting the deal

4    done with Samsung certainly, you know, made -- made

5    things better and we were -- you know, things were

6    looking up.

7        Q        And so that's my question:   Before the

8    JDLA, before things were looking up, how were things

9    looking?

10        A        Oh, we were certainly working on the --

11    the partnership with Samsung, we were working on

12    investing significant product in hybriDIMM, which is -

13    which is kind -- you know, it's a huge game changing

14    technology, I don't recall where we were on product

15    sales, but yeah, I -- we had a lot of promise as a

16    business.

17        Q        Now, hybriDIMM, as you mentioned, this is

18    the dash P product we've been talking about; correct?

19        A        Yeah, dash P, again, dash P never became a

20    product, hybriDIMM was supposed to sync up with the

21    dash P as that became a standard.

22        Q        But you just said that hybriDIMM was a

23    game changing product; correct?

24        A        Technology, yes, game -- game changing

25    product and a technology at the time.

Page 139

1      Q      And how so?  Please explain what you mean
2   by "game changing."
3      A      Well, hybriDIMM is very unique.  If you
4   look at the DRAM and NAND, the cost characteristics,
5   DRAMs cost 10 to 20 times in the server application per
6   dollar per gigabyte.  So, you know, for the same
7   capacity, DRAM costs 10 to 20 times more.
8             So what hybriDIMM technology is about is
9   utilizing a lot of NAND, much cheaper, five, 10 percent
10  of the cost of DRAM, and then having an intelligent
11  controller in software to have that NAND mimic or look
12  to the system as DRAM, so it's kind of a -- yeah,
13  through an intelligent controller.
14            So if we can -- if we can do that, then
15  you can have products that are, you know, a fraction of
16  the cost of DRAM doing the same thing that expensive
17  DRAM does.
18            So that was the -- you know, the
19  underlying, you know, architecture of that technology.
20     Q      And, when you say "game changing," game
21  changing in what industry?
22     A      Well, it could be in any industry, in data
23  centers in the cloud for Dell, HP, IBM, I mean, whoever
24  the users of DRAMs, and everybody uses a lot of DRAMs
25  and they pay a lot of money for that, anybody who is

                                      Page 140

```
 1    position that the Korean tax authorities resolved, you
 2    believed that when they held the monies right after the
 3    JDLA that they should have given you advance notice of
 4    that; correct?
 5         A     That's right.
 6         Q     And they should have cooperated with you
 7    in connection with that withholding; correct?
 8         A     That's correct.
 9         Q     And they had not done that; correct?
10         A     Well, whether they cooperated or not in
11    terms of recovering that, that cooperation or lack of
12    cooperation, you -- you don't know at that time, okay,
13    you -- it was years of working with them, right, to try
14    to get their cooperation.
15         Q     Now, in terms of the May 2017 date that
16    you mentioned, why did you not terminate later in 2017?
17         A     Well, I mean, that's not what you do.  You
18    don't -- we don't take this litigation lightly or
19    complaint lightly and, you know, I -- I don't think --
20    I mean, I -- you know, I believe you're Korean, that's
21    not how -- you know, that's not an appropriate thing to
22    do at the drop of a hat, you litigate.
23               We tried to work it out, you know,
24    especially over there, in that culture, that's not what
25    I do.  We tried to work it out, and we tried hard to
```

Page 187

1    try to get them to, you know, to uphold, to get back in

2    line, the way they were supporting or fulfilling their

3    obligations early on for the first couple of years.

4              So we tried hard, as a good partner

5    should, but yeah, I think over the years we discovered

6    that they are, you know, you know, they're a big

7    company, they act that way, you know, they -- they --

8    you know, they think they're -- they're above whatever

9    their obligations were.

10             So it took years to try to resolve that,

11   and -- but we found that that was not possible, and

12   then, you know, in the end, you know, after so much

13   effort, at that point, it becomes too much, and you

14   take action.

15        Q    In 2018, as you were trying to resolve

16   your differences with Samsung, the amount of the

17   monthly allocation was increasing; correct?

18        A    2018?

19        Q    Correct.

20        A    No, 2018, it went to virtually zero.

21        Q    2019, did the amount of the monthly

22   allocations increase?

23        A    Probably only slightly.

24        Q    Now, your 10Ks for 2019 and 2020 indicate

25   that over 20 percent of your supply comes from Samsung.

Page 188

```
 1    don't know.  I don't know the dates.  I don't know
 2    precisely whether we were trying to get our product to
 3    meet dash H, but, you know, from what I remember is
 4    that we'd been working on a hybriDIMM product before we
 5    discussed this with -- on the JDLA with Samsung,
 6    Samsung left it, you know, abandoned it, whenever, and
 7    then afterwards we continued to work on it.  We
 8    continued to work on the hybriDIMM.
 9    BY MR. RHOW:
10         Q     And I think what the phrase you used is we
11    moved our separate ways, and you continued to work on
12    the hybriDIMM without Samsung?
13         A     Yes, because Samsung -- Samsung left us.
14         Q     And would that be in or about 2018?
15         A     What I have heard, yes, I was talking to
16    Samsung, guys like Hang-Jin Man who was the head of
17    their business unit for NAND in -- in 2018, and I know
18    that J.B. was talking to them until the middle of 2018
19    about -- about the, you know, joint development, but
20    then we had heard later on that Samsung internally
21    decided to shut it down without -- without letting us
22    know, it -- it -- at the end of 2017.
23         Q     So at some point in 2018 because
24    Samsung -- strike that.
25               At some point in '18, Netlist went its
```

Page 199

```
 1    patent license to Samsung?

 2        A      Zero.

 3        Q      What was that $8 million paid to Netlist

 4    for?

 5        A      To -- to what's in the JDLA as -- as

 6    nonrecurring engineering expense.

 7        Q      Did --

 8        A      For the development of the -- yeah, for

 9    the development of the -- of the product.

10        Q      Did Netlist end up spending $8 million on

11    nonreoccurring engineering expenses under this

12    agreement?

13        A      We spent more, I believe we spent around

14    10 million.

15        Q      All right.  Let's talk about the

16    $15 million.

17               Was that $15 million that you received

18    under the JDLA agreement with Samsung?

19        A      No, it was a -- I think I -- you know,

20    I've already spoken to that topic, it was a separate

21    transaction, it was a -- it was a loan, $15 million in

22    convertible debt with SVIC, Samsung Venture Investment

23    Company.

24        Q      An affiliate of Samsung's; correct?

25        A      That's correct.
```

Page 212

```
 1    the product business that you are aspiring to build, to

 2    become a product company, I think was his words.

 3              So yeah, we knew and they knew that's

 4    where -- how important products are and allocation and

 5    supply certainty, so yeah, that's -- that's well --

 6    well documented.

 7         Q    We spoke earlier about whether or not DRAM

 8    or NAND products could be interchangeable or fungible

 9    whether -- for a particular use, one could switch from,

10    say, Samsung to hynix or Micron.

11              Do you remember that?

12         A    Yes.

13         Q    I want to focus for a moment on your

14    customers in your Samsung resale product line.

15              Are you following me on that?

16         A    Yes.

17         Q    For your customers in your resale, you

18    know, Samsung resale product line, can they simply

19    switch if Samsung product's not available, over to

20    hynix or Micron or some other maker?

21         A    No, I -- I -- yeah, I explained that.

22    They're -- it -- they're not fungible, otherwise -- I

23    mean, if it were fungible, they wouldn't -- they

24    wouldn't need to do testing and qualifications, they

25    just simply do it.
```

Page 218

1          But they -- you know, they could go ahead

2    and do the qualification, but as they need the product

3    in volume, if they don't -- if they can't have that,

4    then they won't go through the qualification.

5          So, you know, some of these customers that

6    we discussed earlier with Mr. Rhow, they asked those

7    questions; okay.  It's not fungible, once I qualify

8    Samsung, then I will have to make sure that I get

9    Samsung in that volume, whereas you have -- you've done

10   press releases, so you're saying -- these customers are

11   asking us give me proof that you can -- that you will

12   get direct supply, that you do have supply assurance.

13          So we received -- yeah, documentation on

14   Samsung letterhead from Samsung executive to -- to show

15   to our customers that we were working on to qualify

16   Samsung that, after the work, that they would get

17   supply.

18       Q     And so from my next question, just --

19   we'll just -- I want to try to move along a little

20   faster, so here's my question:  For your Samsung resale

21   business, for those customers, if they order a Samsung

22   product with you, can you substitute and instead of

23   deliver to them a hynix or Micron product?

24       A     No, no, you can't.  It won't accept --

25   it's a different part number.  If that's possible, they

Page 219

1    wouldn't do -- you wouldn't need -- you wouldn't need

2    to qualify; right.

3         Q     When you signed the JDLA, did you

4    understand the supply provision there to be limited to

5    NVDIMM-P?

6         A     No, absolutely not.

7         Q     Would you have signed the JDLA if you had

8    thought that the supply provision was limited to

9    NVDIMM-P?

10        A     No, absolutely not.

11              I mean, the NVDIMM-P, again, in the JDLA,

12   was not about commercialization, it is about getting

13   the development done to a point where you're proving

14   out the viability, technically, technical viability of

15   this technology, okay, and for that, you don't need

16   supply assurance, you need, you know, 200 DRAMs and a

17   few hundred NAND to do that, so, you know, you don't

18   need supply assurance for that.

19              So we would not give -- license these

20   patents that we believe were worth hundreds of millions

21   of dollars, 85 million for five years -- yeah, for --

22   for supply assurance to get a few hundred DRAM chips.

23   That's -- that's just common sense wise, that wouldn't

24   make sense.

25        Q     At any point during the negotiations with

Page 220

1    Samsung, did you understand that the supply provision

2    would be limited to NVDIMM-P products?

3        A     No, no.

4        Q     Did Samsung --

5        A     Sorry, yeah, it -- yeah, from the

6    beginning, it was about getting supply certainty,

7    assurance, commitment for -- to be able to build a

8    business from zero supply to hundreds of millions of

9    dollars over the period of a few years, that was the

10   understanding.

11       Q     Did anyone at Samsung ever say that

12   they -- that Samsung wanted to have that provision

13   limited to components for making NVDIMM-P products?

14       A     No.

15       Q     In preparation for your deposition today,

16   did you have an opportunity to talk to anybody about

17   the negotiating that went on to refresh your

18   recollection or otherwise to prepare?

19       A     Well, as you've seen, I'm sure, in the

20   records, that most of the negotiations for this, me in

21   the background here in the U.S., J.B. Kim was the main

22   negotiating point, you had Noel Whitley, those three --

23   it was -- it was us three doing most of the

24   negotiations.

25            And so I -- I did speak with J.B., I

Page 221

```
 1    didn't speak to Noel, I spoke to J.B. a few nights ago
 2    to -- you know, to discuss the history of those
 3    negotiations.
 4         Q     And how long did you talk to him for?
 5         A     Well, probably a couple hours.
 6         Q     Did he say that Samsung had ever indicated
 7    to him that the supply provision was or should be
 8    limited to NVDIMM-P products?
 9         A     No, it's -- no.  Yeah, that's -- it's not
10    even -- even within the realm of possibility.  It
11    doesn't make -- it wouldn't make logical sense.
12         Q     Did he say anything to the contrary, that
13    it would be unlimited, that it would be limited --
14    strike that.
15              Did -- in your conversation with J.B. Kim,
16    did he indicate to you that he had a recollection that
17    the provision was broader than just supplying
18    components for NVDIMM-P products?
19         A     Yes, the -- the supply was never -- the
20    supply commitment was never about NVDIMM-P.  You don't
21    need, again, a supply commitment assurance for, you
22    know, a few hundred parts that you're going to need.
23              Now, Mr. Rhow said, "Well, you know, how
24    about after it becomes a huge product, a breakthrough
25    product down the road?"
```

Page 222

1           Yeah, that's three years down the road,

2    and we don't know, as -- as we've seen what happened,

3    Samsung abandoned it, it never got commercialized, so

4    we're -- we're not going to give away our patents for

5    free for -- or for -- for, you know, a few hundred

6    units of DRAM and NAND supply, that just would not

7    make, you know, commercial sense if you're half a

8    businessman.

9         Q    Can you open up Exhibit 16.  I'm going to

10   direct you to what I think is page six there, section

11   6.2.

12              Let me know when you've found it.

13        A    Joint development, yeah, JDLA.

14        Q    Can you go to section 6.2.

15        A    Yes.

16        Q    Mr. Hong, in defendant's Exhibit 16,

17   section 6.2, is that what you understand to be the

18   supply provision we've been discussing?

19        A    Yes.

20        Q    Do you see any reference in section 6.2 to

21   NVDIMM-P?

22        A    No.

23        Q    Do you see any category or limitation in

24   section 6.2 to the type of NAND or DRAM products that

25   Netlist can purchase from Samsung?

                                        Page  223

```
 1          A      Okay, 6.2, "Supply by Samsung."
 2          Q      So my question is:  Mr. Hong, in
 3     defendant's Exhibit 80, you see there that there is a
 4     redline of the JDLA agreement with Samsung; correct?
 5          A      In the section 6.2?
 6          Q      Well, just in general what we're looking
 7     at attached to Exhibit 80 --
 8          A      Yes.
 9          Q      -- is a redline --
10          A      That Samsung did.
11          Q      So let me just start my question over
12     again.
13                 Mr. Hong, in defendant's Exhibit 80 is an
14     email, and, attached to that email, is a redline of the
15     Samsung Netlist agreement; correct?
16          A      Yes.
17          Q      And that agreement is labeled at the top,
18     I'll direct you to the page labeled Bates number
19     NL118155.
20                 Do you see that page?
21          A      Yes.
22          Q      And, at the top, that is labeled "Netlist
23     draft" and then the date October 13, 2015; correct?
24          A      Yes.
25          Q      And if we look down at section 6.2 in the
```

                                             Page 225

```
 1    email that attaches the executed MOU, or memorandum of

 2    understanding between the parties; is that correct?

 3           A    That is correct.

 4           Q    And let's turn to Netlist, the second to

 5    the last page there, for the record, is NL 069669.

 6           A    069669?

 7           Q    Yes.

 8           A    Yes, I see it.

 9           Q    And do you see there, there is a sentence

10    that says -- the last sentence of section six refers to

11    supply.

12                Do you see that?

13           A    Yes.

14           Q    Does that sentences include reference to

15    NVDIMM-P?

16           A    No, it does not.

17           Q    Now, if we look to the prior sentences in

18    that sentence -- in that paragraph, they do refer to

19    NVDIMM-P; correct?

20           A    Yes.

21           Q    But, whoever wrote this, did not include

22    that limitation in the last sentence; is that correct?

23           A    That is correct.

24           Q    Okay.  Let's put that aside and go to

25    Exhibit 77 -- and, well, actually, I'm sorry.  Can you
```

Page 227

```
 1    go back to what I was just -- never mind, let's go back

 2    to 77 and move it along.

 3         A    Yes, I have it up.

 4         Q    And, again, I want to -- exhibit --

 5    defendant's Exhibit 77 is a copy of an email attaching

 6    a redline for a term sheet.

 7              Do you see that?

 8         A    Yes, I see it.

 9         Q    And when we go now -- I want to go to the

10    fourth page labeled NL005646.

11              Let me know when you get there.

12         A    I have it.

13         Q    And do you see a paragraph that has been

14    renumbered to paragraph six?

15         A    Yes.

16         Q    Okay.  So in defendant's Exhibit 77 on the

17    page ending in 46, in the paragraph that is numbered

18    six, do you see the last sentence that refers to the

19    supply of Samsung NAND and DRAM products?

20         A    That is correct, I see it.

21         Q    And does that make any reference to any

22    limitation to NVDIMM at all?

23         A    No.

24         Q    And what is the header for the section,

25    you have to look back to the prior page, what is the
```

Page 228

```
 1    header named for the section in which this discussion
 2    that we were just looking at of supply occurs?
 3         A      "Technology standards and productization."
 4         Q      Is that header limited or -- to NVDIMM-P?
 5         A      No.
 6         Q      Does that header mention NVDIMM-P?
 7         A      No.
 8         Q      Let's go now to Exhibit 76.
 9                Let me know when you have it up.
10                And we're going to go to the --
11         A      Yeah, it's the -- yes, I have it up.
12         Q      All right.  I'm going to go to the fourth
13    page again, it ends in 092.
14                Let me know when you get there.
15         A      Yes, I have it.
16         Q      Okay.  So plaintiff's Exhibit 76 is,
17    again, a copy of an email attaching a redline of a term
18    sheet; is that correct?
19         A      That is correct.
20         Q      And on the fourth page of the exhibit,
21    page number ending in 92, there is a section three
22    described there.
23                Do you see that, the Roman -- Roman three?
24         A      Yes.
25         Q      And it looks like somebody's done some
```

Page 229

1   editing in this redline to that header.

2            Do you see that?

3      A     Yes.

4      Q     The header says now product -- I mean,

5   sorry my apol- -- strike that.

6            The header, why don't you tell me what the

7   header says?

8      A     "Technology productization."

9      Q     What has been edited out, redlined out of

10  the header?

11     A     "Of NVDIMM-P."

12           VIDEOGRAPHER MILLER:  Mr. Hong, can you

13  turn the camera towards you a little bit, just a tiny

14  bit.

15           Thank you.

16           THE WITNESS:  Sorry.

17           VIDEOGRAPHER MILLER:  That's good, that's

18  good.

19           Thank you.

20  BY MR. LAMAGNA:

21     Q     What is your business understanding of

22  what it means when a term or a limitation in a term

23  sheet is redlined out?

24     A     I believe that is expressing the parties'

25  intention to -- to, you know, take out that concept.

                                    Page 230

```
 1        Q      And if we look further down that page,
 2   there's what's renumbered paragraph four.
 3              Do you see that?
 4        A      Which one, please?
 5        Q      This is on Exhibit 76, page ending in 92,
 6   the discussion there that's --
 7        A      Okay.
 8        Q      -- now Roman three, and subparagraph four,
 9   it's renumbered as four.
10        A      Okay.  "Raw materials"?
11        Q      Yeah.  Okay.  So here's my question:  In
12   defendant's Exhibit 76, in the page there ending in 92,
13   do you see the reference in paragraph four to the --
14   that (as read):
15              Samsung will supply NAND and DRAM to
16              Netlist on mutually agreed terms?
17              Do you see that, those words?
18        A      Yes.
19        Q      Okay.  In this draft, is that limited
20   there in any way to NVDIMM-P?
21        A      No.
22        Q      Let's set that aside and go back one more
23   to Exhibit 74.
24              Now, let me know when you have that up.
25        A      It's still coming up.
```

Page 231

1           I have it.

2       Q       Exhibit 74 is a copy of an email -- I

3   mean, attaching a term sheet that you sent to -- I'm

4   sorry, let me strike that.

5               Exhibit 74 is a copy of an email attaching

6   a term sheet that Netlist had sent to Samsung; is that

7   correct?

8       A       Yes, that's correct.

9       Q       Okay.  And do you see the header with the

10  Roman number two there?

11      A       Yes.

12      Q       And that header is -- what does that

13  header say?

14      A       "Technology collaboration."

15      Q       Is that header limited to NVDIMM-P?

16      A       No.

17      Q       If we go to section five under that header

18  on the next page --

19      A       Section, section five, yes.

20      Q       Sub point five.

21      A       Right.

22      Q       Is there any limitation in sub point five

23  that -- listing NVDIMM-P?

24      A       No.  It's (as read):

25               Samsung will supply NAND and DRAM

Page 232

1          products to Netlist on mutually agreed

2          terms.

3      Q    Okay.  And so, assuming for a moment, that

4  Netlist was to manufacture NVDIMM-P products, is it

5  your understanding that this proposal here would allow

6  you to purchase components from Samsung in order to

7  make NVDIMM-P products?

8      A    If necessary, yeah, if necessary, but --

9  yeah.

10     Q    Is it your view, then, that this provision

11 of -- this proposal part five here is exclusively

12 limited only to the supply of components for the

13 manufacturer of NVDIMM-P products?

14     A    No, it's all products.  Again, it would

15 make no sense to do a supply -- supply certainty

16 contract confining -- confined to raw material for

17 NVDIMM-P when you only need a few hundred pieces, and

18 if that NVDIMM-P were to be commercialized and it goes

19 into big volume, that requires a separate agreement

20 beyond the JDLA.

21          That was clearly understood, and I believe

22 that is reflected in the JDLA.

23     Q    Okay.  So, just to clarify in short form,

24 is it your understanding that, in defendant's

25 Exhibit 74, on -- that the supply provision where it

Page 233

```
 1   says "Samsung will supply NAND and DRAM to Netlist,"
 2   that that is exclusively limited to only the supply of
 3   components for use in making NVDIMM-P products?
 4        A     Can you repeat that, please.
 5        Q     Is it your understanding -- I just want to
 6   confirm because you gave me kind of a longer answer
 7   there so I was just wanting to make sure that we got a
 8   yes or a no or whatever, you know.  I'm -- I'm --
 9              In other words, I want to make sure that
10   I'm not misunderstanding which direction the question
11   is -- the answer is going.
12              I'm sorry, so let me start over.
13              In defendant's Exhibit 74, on the page
14   that is Netlist 107816, there is the supply provision
15   that says (as read):
16                   Samsung will supply NAND and DRAM to
17              Netlist.
18              Do you see that?
19        A     Yes.
20        Q     Is it your understanding of that or was it
21   your intent for that that it would be exclusively
22   limited to the supply of components for Netlist to make
23   NVDIMM-P products only?
24              MR. RHOW:  Form.
25              THE WITNESS:  Yeah, absolutely not.
```

Page 234

1    BY MR. RHOW:

2        Q    Notation on redlines, so we talked about

3    deletions of redlines, I'm not going to go through all

4    the editions that I saw, but when you add in something

5    on a redline, that's something that Netlist wants to

6    include in the document.

7            Is that a fair statement?

8        A    Probably, yeah.

9            MR. RHOW:  All right.  I have nothing

10   further then.

11           MR. LAMAGNA:  All right.  Quick question.

12

13                  FURTHER EXAMINATION

14   BY MR. LAMAGNA:

15       Q    Mr. Hong, did Netlist ever communicate to

16   Samsung that Samsung's obligation to supply NAND and

17   DRAM products would be limited to NVDIMM-P?

18       A    No, and it doesn't make sense because from

19   day one this Samsung supply, there was no NVDIMM-P, and

20   their supply was very broad because that was the

21   understanding and that was the agreement.  It -- it --

22   it cut across all of their product line from day one

23   until middle of 2017 when they cut us off as a

24   customer.

25           MR. LAMAGNA:  Nothing further from me.

                                        Page 238

```
1    STATE OF CALIFORNIA      )

2                             )  ss.

3    COUNTY OF LOS ANGELES   )

4              I, Vickie Blair, CSR No. 8940, RPR-CRR, in

5    and for the State of California, do hereby certify:

6              That, prior to being examined, the witness

7    named in the foregoing deposition was by me duly sworn

8    to testify as to the truth, the whole truth, and

9    nothing but the truth;

10             That said deposition was taken before me

11   at the time and place therein set forth, and was taken

12   down by me stenographically and thereafter transcribed

13   via computer-aided transcription under my direction and

14   is a true record of the testimony given;

15             I further certify I am neither counsel

16   for, nor related to, any party to said action, nor

17   interested in the outcome thereof;

18             IN WITNESS WHEREOF, I have hereto

19   subscribed my name this 15th day of August, 2021.

20

21

22

23

24

25             Vickie Blair, CSR No. 8940, RPR-CRR

                                            Page  242
```