# EXHIBIT 85

***CONFIDENTIAL ATTORNEYS' EYES ONLY***

```
 1         UNITED STATES DISTRICT COURT
 2       SOUTHERN DISTRICT OF CALIFORNIA
 3
 4    NETLIST, INC.,
 5       Plaintiff,
 6
 7    VS.                           CASE NO.
 8                       8:20-cv-00993-MCS-DFM
 9    SAMSUNG ELECTRONICS,
10    CO., LTD.,
11       Defendant.
12    ******************************************
         ***CONFIDENTIAL ATTORNEYS' EYES ONLY***
13              DEPOSITION OF GAIL M. SASAKI
                   Thursday, August 5, 2021
14                     10:38 a.m. PDT
      ******************************************
15
16
    TAKEN BY:
17     MARC MASTERS, ESQ.
       ATTORNEY FOR DEFENDANT
18
19  REPORTED BY:
20     BELLE VIVIENNE, CRR
       CERTIFIED STENOGRAPHIC REALTIME
21     COURT REPORTER
22
23
24
    JOB NO. 4744081
25  PAGES 1 - 343
```

Page 1

***CONFIDENTIAL - ATTORNEYS' EYES ONLY***

```
1            THE COURT REPORTER:  Can you              10:45:48
2    raise your right hand, please.                    10:45:49
3            MR. LAMAGNA:  Gail, that's for            10:45:52
4    you.                                              10:45:53
5            MS. SASAKI:  Oh, I didn't                 10:45:53
6    understand.  My name is Gail Sasaki,              10:45:54
7    and I am the CFO of Netlist.                      10:45:57
8            MR. LAMAGNA:  Can you raise your          10:46:04
9    right hand to be sworn.                           10:46:05
10           MS. SASAKI:  Oh.                          10:46:06
11           MR. LAMAGNA:  Apologies.                  10:46:07
12                GAIL M. SASAKI,
13   having been first duly sworn by the
14   Certified Stenographic Realtime Reporter,
15   testified as follows:
16                    EXAMINATION
17   BY MR. MASTERS:
18       Q.   Good morning, Ms. Sasaki.                10:46:21
19       A.   Good morning, Marc.                      10:46:22
20       Q.   Nice to meet you.  Again, just           10:46:24
21   for formalities, my name is Marc Masters.         10:46:27
22   I'm from the law firm Bird Marella, and as        10:46:31
23   you're aware, we represent Samsung in this        10:46:35
24   litigation.                                       10:46:37
25           I'm going to go through a series          10:46:38
```

Page 10

***CONFIDENTIAL ATTORNEYS' EYES ONLY***

| | | |
|---|---|---|
| 1 | other things change such as the contract | 12:24:34 |
| 2 | with SK hynix? | 12:24:38 |
| 3 | A. That's not what I answered. I | 12:24:40 |
| 4 | said the breach comes from lack of | 12:24:43 |
| 5 | cooperation, and I was still hopeful that | 12:24:49 |
| 6 | I would get cooperation from Samsung. I | 12:24:53 |
| 7 | wasn't thinking about anything else except | 12:24:56 |
| 8 | for getting the taxes back. | 12:24:59 |
| 9 | Q. Okay. So now that we've looked | 12:25:00 |
| 10 | at these e-mails, does that help you | 12:25:03 |
| 11 | recall when Netlist felt -- first felt | 12:25:05 |
| 12 | that Samsung had breached the Joint | 12:25:08 |
| 13 | Development and License Agreement? | 12:25:11 |
| 14 | A. No, it doesn't. | 12:25:15 |
| 15 | Q. Was it in this time period of | 12:25:17 |
| 16 | March 2016 or earlier? | 12:25:21 |
| 17 | A. Again, they -- they had not yet | 12:25:25 |
| 18 | breached as my recollection was that we | 12:25:28 |
| 19 | were still trying to get cooperation. It | 12:25:33 |
| 20 | was only about the taxes in March 2016. | 12:25:37 |
| 21 | We were just starting up on everything | 12:25:42 |
| 22 | else, so... | 12:25:44 |
| 23 | Q. So if you felt they had not yet | 12:25:45 |
| 24 | breached, why were you discussing a | 12:25:48 |
| 25 | potential notice of breach to be sent to | 12:25:50 |

Page 67

| | | |
|---|---|---|
| 1 | A. Yes, that's what it says. | 15:17:19 |
| 2 | Q. And then the next section below | 15:17:21 |
| 3 | that it says claim of applicable tax | 15:17:23 |
| 4 | treaty provisions. Do you see that? | 15:17:25 |
| 5 | A. Yes, I see that. | 15:17:29 |
| 6 | Q. And then there's a line that | 15:17:34 |
| 7 | says "tax treaty between Korea and United | 15:17:35 |
| 8 | States, article 14, paragraph 1, | 15:17:39 |
| 9 | subparagraph," and there's a blank, and | 15:17:42 |
| 10 | then it says "type of income royalties." | 15:17:44 |
| 11 | Do you see that? | 15:17:47 |
| 12 | A. I see that. | 15:17:52 |
| 13 | Q. And did you review that line | 15:17:52 |
| 14 | that we just discussed at the time before | 15:17:54 |
| 15 | you signed this document? | 15:17:57 |
| 16 | A. I was actually asked to put in | 15:18:02 |
| 17 | that information. It wasn't there before. | 15:18:05 |
| 18 | Q. And who asked you to put that | 15:18:09 |
| 19 | information in? | 15:18:10 |
| 20 | A. Samsung did. | 15:18:11 |
| 21 | Q. Who at Samsung? | 15:18:13 |
| 22 | A. I don't recall. It was some -- | 15:18:15 |
| 23 | you'd have to ask JB. | 15:18:17 |
| 24 | Q. Okay. And do you recall whether | 15:18:21 |
| 25 | that was a request made by phone or by | 15:18:30 |

Page 146

***CONFIDENTIAL ATTORNEYS' EYES ONLY***

```
 1   e-mail?                                          15:18:33
 2        A.    If it was by e-mail, I guess you      15:18:37
 3   would have it.  I don't know.                    15:18:39
 4        Q.    Okay.  And then right after that      15:18:40
 5   line it says tax rate, and the next line         15:18:43
 6   down it says 15 percent plus 1.5 percent         15:18:46
 7   local rate.  Do you see that?                    15:18:50
 8        A.    Yes.                                  15:18:51
 9        Q.    And you put those numbers in as       15:18:51
10   well before you signed it?                       15:18:53
11        A.    Yes.                                  15:18:56
12        Q.    And did you understand when you       15:18:58
13   signed the form that this form was               15:19:00
14   indicating that the $8 million fee was           15:19:05
15   royalties?                                       15:19:09
16            MR. LAMAGNA:  Objection,                15:19:14
17        misstates the form.  Calls for a legal      15:19:14
18        conclusion.                                 15:19:17
19   BY MR. MASTERS:                                  15:19:17
20        Q.    You can answer.                       15:19:18
21        A.    I understood that -- that the         15:19:21
22   line itself is correct on a stand-alone          15:19:27
23   basis.  There is a tax treaty.  If there's       15:19:30
24   royalties involved, then, yes, there would       15:19:34
25   be taxes.  It's a special tax rate, this         15:19:37
```

Page 147

***CONFIDENTIAL-ATTORNEYS' EYES ONLY***

| | | |
|---|---|---|
| 1 | 1950 tax treaty between Korea and the U.S. | 15:19:41 |
| 2 | That was an accurate statement.  Now, | 15:19:46 |
| 3 | that's fine.  I figured that's okay.  That | 15:19:50 |
| 4 | doesn't mean that our specific transaction | 15:19:54 |
| 5 | had -- had to do with royalties.  We were | 15:19:56 |
| 6 | merely -- this was in the process of | 15:19:59 |
| 7 | setting ourselves up as a vendor and they | 15:20:03 |
| 8 | were -- in order to remit money to us they | 15:20:06 |
| 9 | had to -- there were several other forms | 15:20:09 |
| 10 | that I recall that we had to fill out and | 15:20:10 |
| 11 | it was just -- and that's why Tanya was | 15:20:12 |
| 12 | involved having, you know, being involved | 15:20:15 |
| 13 | in accounts receivable.  She was not | 15:20:17 |
| 14 | involved in the transaction at all.  She | 15:20:18 |
| 15 | was just setting up the vendor. | 15:20:20 |
| 16 |      Q.    Where did you get the | 15:20:23 |
| 17 | understanding that this form wasn't a | 15:20:25 |
| 18 | claim that the 8 million was royalties but | 15:20:30 |
| 19 | rather it was a form that was filled out | 15:20:33 |
| 20 | in case there were royalties involved? | 15:20:36 |
| 21 |      A.    I don't recall exactly, but when | 15:20:42 |
| 22 | we had the form reviewed, you know, it | 15:20:49 |
| 23 | came back, and I'm pretty sure you have my | 15:20:52 |
| 24 | e-mail with blanks.  And that's the way we | 15:20:55 |
| 25 | submitted it to Samsung with blanks.  It | 15:20:58 |

Page 148

***CONFIDENTIAL - ATTORNEYS' EYES ONLY***

| | | |
|---|---|---|
| 1 | didn't say anything about anything, no | 15:21:01 |
| 2 | percentages, didn't say type of income. | 15:21:03 |
| 3 | So that's the way we returned it, and | 15:21:06 |
| 4 | that's the way I signed it originally. | 15:21:09 |
| 5 | And then as you can see from the e-mail, | 15:21:11 |
| 6 | JB requested that this information be put | 15:21:16 |
| 7 | into save -- I think his words, I mean you | 15:21:19 |
| 8 | have it there.  His words were something | 15:21:24 |
| 9 | like in order to save Samsung taxes.  I'm | 15:21:26 |
| 10 | like okay, well, I guess this is something | 15:21:31 |
| 11 | that's going to save them money.  I -- I | 15:21:34 |
| 12 | just -- I wasn't sure.  It didn't make -- | 15:21:37 |
| 13 | it didn't seem to affect us one way or the | 15:21:40 |
| 14 | other since we -- we had not entered into | 15:21:43 |
| 15 | a royalty agreement. | 15:21:46 |
| 16 |     Q.   Okay.  You mentioned that JB | 15:21:47 |
| 17 | requested that you put in this | 15:21:50 |
| 18 | information.  Is that JB Kim? | 15:21:52 |
| 19 |     A.   Yes.  He requested it on behalf | 15:21:54 |
| 20 | of Samsung.  It says clearly -- I'm pretty | 15:21:58 |
| 21 | sure my recollection in his e-mail was | 15:22:02 |
| 22 | that Samsung asked me to do this and | 15:22:06 |
| 23 | then -- why that's why it says that we are | 15:22:08 |
| 24 | resubmitting the forms.  So we had already | 15:22:10 |
| 25 | submitted it once. | 15:22:13 |

Veritext Legal Solutions
866 299-5127

***CONFIDENTIAL ATTORNEYS' EYES ONLY***

| | | |
|---|---|---|
| 1 | Q. Okay. And so you submitted this | 15:22:15 |
| 2 | one to Samsung as well, correct? | 15:22:19 |
| 3 | A. We submitted this one after they | 15:22:20 |
| 4 | requested that we put that information and | 15:22:22 |
| 5 | to help them. | 15:22:26 |
| 6 | Q. And so you submitted that to | 15:22:27 |
| 7 | Samsung. Did you also file it with the | 15:22:29 |
| 8 | Korean tax authorities? | 15:22:33 |
| 9 | A. No. I think they did. We | 15:22:34 |
| 10 | didn't have anything to did with it. I | 15:22:36 |
| 11 | just figured it was something going into a | 15:22:38 |
| 12 | file in their -- you know, in their | 15:22:40 |
| 13 | accounting system. | 15:22:43 |
| 14 | Q. So in your responses to requests | 15:22:43 |
| 15 | for admissions, in particular, RFA | 15:22:51 |
| 16 | number 8, the company states that the form | 15:22:54 |
| 17 | -- that Netlist executed the form on | 15:22:59 |
| 18 | November 5, 2015 and then filed. So where | 15:23:00 |
| 19 | did Netlist file the form? | 15:23:05 |
| 20 | MR. LAMAGNA: I'm sorry, can you | 15:23:09 |
| 21 | put that document into evidence just | 15:23:10 |
| 22 | so we're not -- what RFA was that? | 15:23:12 |
| 23 | We're testifying about a document that | 15:23:17 |
| 24 | she doesn't have in front of her. | 15:23:18 |
| 25 | MR. MASTERS: So it's RFA17. | 15:23:20 |

Page 150

***CONFIDENTIAL ATTORNEYS' EYES ONLY***

| | | |
|---|---|---|
| 1 | how, but they seemed insistent on it, and | 15:26:44 |
| 2 | they didn't explain to us why they needed | 15:26:47 |
| 3 | it.  They could have put something in | 15:26:49 |
| 4 | writing to me, but they didn't. | 15:26:51 |
| 5 | Instead they chose to call him, | 15:26:53 |
| 6 | and he sent me an e-mail. | 15:26:55 |
| 7 | Q. And then you consulted with | 15:26:57 |
| 8 | international tax accountants on this | 15:27:03 |
| 9 | document before you signed it, correct? | 15:27:08 |
| 10 | A. I consulted on the first | 15:27:10 |
| 11 | version.  They reviewed it, and we | 15:27:11 |
| 12 | returned the first -- we returned it with | 15:27:14 |
| 13 | nothing filled out. | 15:27:16 |
| 14 | Q. And what did the international | 15:27:17 |
| 15 | tax consultants tell you about this form? | 15:27:20 |
| 16 | A. That it was fine the way it was | 15:27:22 |
| 17 | with nothing on it. | 15:27:30 |
| 18 | Q. Did they say anything else | 15:27:32 |
| 19 | regarding whether you should sign it or | 15:27:33 |
| 20 | fill in any information? | 15:27:36 |
| 21 | A. No, because they knew that the | 15:27:41 |
| 22 | only funds being -- in this particular | 15:27:44 |
| 23 | information with Samsung was an NRE fee, | 15:27:50 |
| 24 | which was not taxable. | 15:27:52 |
| 25 | Q. So did they inquire why Samsung | 15:27:53 |

Veritext Legal Solutions
866 299-5127

***CONFIDENTIAL ATTORNEYS' EYES ONLY***

| | | |
|---|---|---|
| 1 | would need this form if there were no fees | 15:27:56 |
| 2 | and no taxes to be paid? | 15:28:00 |
| 3 |     A.   I don't remember if they thought | 15:28:04 |
| 4 | it was unusual or not. | 15:28:05 |
| 5 |     Q.   Did you ask them? | 15:28:09 |
| 6 |     A.   You know, we don't -- we're a | 15:28:10 |
| 7 | U.S. -- just because it's taxes doesn't | 15:28:12 |
| 8 | mean that we understand every single | 15:28:15 |
| 9 | country's taxation, so even though they're | 15:28:17 |
| 10 | experts, I can't -- I can't say if they -- | 15:28:21 |
| 11 | they clearly understand every single | 15:28:24 |
| 12 | process in Korea or the forms or anything. | 15:28:27 |
| 13 |     Q.   At any point in time did the | 15:28:30 |
| 14 | international tax accountants advise you | 15:28:32 |
| 15 | not to submit this form? | 15:28:36 |
| 16 |     A.   No, not that I recall.  I mean, | 15:28:37 |
| 17 | we -- we submitted it, and then it came | 15:28:42 |
| 18 | back with asking for something -- to put | 15:28:45 |
| 19 | in that was factual, and I didn't think | 15:28:49 |
| 20 | anything of it. | 15:28:51 |
| 21 |     Q.   ==Did you -- did you ask the== | 15:28:52 |
| 22 | ==international tax accountants to look at== | 15:28:54 |
| 23 | ==the form after you had filled in the== | 15:28:57 |
| 24 | ==information concerning royalties and the== | 15:28:59 |
| 25 | ==tax rates?== | 15:29:02 |

Page 155

| | | | |
|---|---|---|---|
| 1 | A. | No, I did not. | 15:29:04 |
| 2 | Q. | Did you seek their advice as to | 15:29:05 |
| 3 | whether or not you should write in the | | 15:29:10 |
| 4 | term royalties and the tax rates? | | 15:29:13 |
| 5 | A. | I didn't. | 15:29:14 |
| 6 | Q. | Why didn't -- | 15:29:15 |
| 7 | A. | I didn't think that it was an | 15:29:18 |
| 8 | issue at all. | | 15:29:20 |
| 9 | Q. | Why didn't you seek their | 15:29:21 |
| 10 | guidance on those issues?  If you had | | 15:29:22 |
| 11 | sought their guidance initially and now | | 15:29:24 |
| 12 | you were making the change to the form, | | 15:29:26 |
| 13 | why didn't you seek their guidance? | | 15:29:28 |
| 14 | | MR. LAMAGNA:  Objection, scope. | 15:29:30 |
| 15 | A. | I really don't -- well, I don't | 15:29:33 |
| 16 | remember specifically why except for what | | 15:29:36 |
| 17 | I've already said. | | 15:29:37 |
| 18 | BY MR. MASTERS: | | 15:29:37 |
| 19 | Q. | Did anyone from Samsung tell you | 15:29:54 |
| 20 | or anyone at Netlist that this form was | | 15:29:57 |
| 21 | designed -- strike that. | | 15:30:05 |
| 22 | | You earlier said that your | 15:30:11 |
| 23 | understanding of the form was that it | | 15:30:14 |
| 24 | would apply only if there were royalties | | 15:30:17 |
| 25 | rather than it being a form claiming that | | 15:30:20 |

Page 156

| | | |
|---|---|---|
| 1 | there were royalties and that you were | 15:30:23 |
| 2 | subject to this tax rate. | 15:30:24 |
| 3 | My question is: Did the | 15:30:27 |
| 4 | international tax accountants tell you | 15:30:29 |
| 5 | that? | 15:30:32 |
| 6 | A.  No.  I -- like I said, I did not | 15:30:35 |
| 7 | bring it up to them. | 15:30:37 |
| 8 | Q.  Did Samsung tell you that? | 15:30:39 |
| 9 | A.  Samsung never told me anything | 15:30:42 |
| 10 | about taxes. | 15:30:44 |
| 11 | Q.  Did you ask Samsung? | 15:30:46 |
| 12 | A.  No.  Because I took it on face | 15:30:51 |
| 13 | value what JB said that it was their | 15:30:53 |
| 14 | request to help them.  I knew it didn't | 15:30:58 |
| 15 | matter to me because it was NRE in the | 15:31:02 |
| 16 | United States, so it was of no importance | 15:31:07 |
| 17 | to me. | 15:31:11 |
| 18 | Q.  Did JB Kim tell you who at | 15:31:12 |
| 19 | Samsung he spoke to about this form? | 15:31:15 |
| 20 | A.  No.  I don't recall, and it may | 15:31:18 |
| 21 | be in his e-mail, but I don't think it -- | 15:31:21 |
| 22 | I don't think it's in my e-mail, but we | 15:31:25 |
| 23 | can check. | 15:31:28 |
| 24 | Q.  Okay.  Do you know whether | 15:31:29 |
| 25 | Samsung understood this form to be | 15:31:31 |

Page 157

***CONFIDENTIAL ATTORNEYS' EYES ONLY***

| | | |
|---|---|---|
| 1 | Q.    What do you mean? | 19:16:37 |
| 2 | A.    Well -- | 19:16:41 |
| 3 | MR. LAMAGNA:  I'll just object | 19:16:47 |
| 4 | that the question's vague.  I guess I | 19:16:48 |
| 5 | should say I'll object that the | 19:16:50 |
| 6 | sentence about which the question is | 19:16:52 |
| 7 | being asked is vague and taken in | 19:16:53 |
| 8 | isolation. | 19:16:58 |
| 9 | BY MR. MASTERS: | 19:16:58 |
| 10 | Q.    Ms. Sasaki, you -- I asked you | 19:17:02 |
| 11 | whether that sentence was accurate.  You | 19:17:03 |
| 12 | said yes and no.  And I'm asking you: | 19:17:05 |
| 13 | What do you mean by that? | 19:17:08 |
| 14 | A.    Well, I -- you know, my memory | 19:17:09 |
| 15 | of this time was that we were having | 19:17:15 |
| 16 | issues specifically with FPGA suppliers, | 19:17:18 |
| 17 | and one of our most profitable lines was | 19:17:23 |
| 18 | dependant on FPGA so we wanted to make | 19:17:29 |
| 19 | sure -- I believe this is the risk factor | 19:17:33 |
| 20 | section that, you know, we were being very | 19:17:36 |
| 21 | conservative to say all the negative | 19:17:41 |
| 22 | things that we could to make sure that | 19:17:46 |
| 23 | should anything go wrong with anything, | 19:17:50 |
| 24 | especially in regards to supply as we're | 19:17:53 |
| 25 | discussing here, that, you know, we were | 19:17:56 |

Veritext Legal Solutions
866 299-5127

```
 1    being -- we were warning the public about,         19:18:01
 2    you know, supply.  That's the spirit of            19:18:06
 3    this.                                              19:18:10
 4        Q.    Was it accurate at the time that         19:18:10
 5    this was made public -- this document that         19:18:16
 6    you signed and presumably reviewed before          19:18:19
 7    making public, was this sentence accurate          19:18:23
 8    that Netlist had no long-term FPGA, DRAM           19:18:28
 9    or NAND flash supply contract?                     19:18:33
10        A.    The -- the importance of this            19:18:37
11    is, as I stated already.  It's not so much         19:18:42
12    what's accurate from a positive side.              19:18:49
13    It's -- it's being very conservative in            19:18:51
14    regard to everything that we're saying             19:18:57
15    here.                                              19:18:58
16              So there was -- I don't think            19:18:59
17    this is one of those areas like numbers            19:19:02
18    where you're judging accuracy.                     19:19:04
19        Q.    I'm just trying to understand            19:19:10
20    whether you believe this statement is --           19:19:11
21    was accurate at the time that it was               19:19:16
22    published.                                         19:19:18
23        A.    It doesn't matter.  It's --              19:19:18
24    it's -- we were wanting -- you know, we            19:19:22
25    were just being conservative.  This is a           19:19:26
```

Page 306

| | | |
|---|---|---|
| 1 | Q.    Let me ask you this:  At the | 19:21:30 |
| 2 | time that this file in this Form 10-Q was | 19:21:34 |
| 3 | made public sometime in May of 2016, did | 19:21:42 |
| 4 | you believe that it would be material to | 19:21:48 |
| 5 | shareholders in Netlist to know that -- | 19:21:53 |
| 6 | whether or not Netlist had a long-term | 19:21:57 |
| 7 | supply contract for DRAM or NAND? | 19:22:01 |
| 8 |         MR. LAMAGNA:  It's -- so let me | 19:22:05 |
| 9 |     object.  Vague, calls for a legal | 19:22:06 |
| 10 |     conclusion and -- and go ahead. | 19:22:11 |
| 11 | BY MR. MASTERS: | 19:22:11 |
| 12 |     Q.    You can answer. | 19:22:16 |
| 13 |     A.    I -- we already discussed the | 19:22:18 |
| 14 | agreement in another section, and I think | 19:22:21 |
| 15 | it says what it says.  It didn't limit the | 19:22:25 |
| 16 | time frame on it.  Here is a very | 19:22:31 |
| 17 | different section.  It says we might have | 19:22:34 |
| 18 | a war tomorrow and therefore, be careful. | 19:22:36 |
| 19 |         You know, not -- not every | 19:22:41 |
| 20 | single contract may end up being | 19:22:43 |
| 21 | long-term.  That's all it's saying. | 19:22:46 |
| 22 |     Q.    My question is -- I'm not asking | 19:22:49 |
| 23 | you about that specific language right | 19:22:52 |
| 24 | now.  My question is:  Just at this time | 19:22:55 |
| 25 | when you signed the document in May of | 19:22:58 |

Veritext Legal Solutions
866 299-5127

\*\*\*CONFIDENTIAL - ATTORNEYS' EYES ONLY\*\*\*

CERTIFICATION

I, BELLE VIVIENNE, a Nationally Certified Realtime Reporter, do hereby certify:

That the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 6th day of August 2021.

*Belle Vivienne*

BELLE VIVIENNE, CRR, CCR, RPR

\*   \*   \*