# EXHIBIT 86

INTENTIONALLY LEFT BLANK