# EXHIBIT 87

| | |
|---|---|
| **From:** | "Raymond Jiang" <rjiang@netlist.com> |
| **Sent:** | Thu, 6 Apr 2017 20:39:45 -0400 (EDT) |
| **To:** | "Neal Knuth" <n.knuth@samsung.com> |
| **Cc:** | "Paik Ki Hong" <pkhong@netlist.com>; "Devon Park" <dpark@netlist.com> |
| **Subject:** | SSD Support |

Neal,

We have SSD backlogs from our customers that we absolutely need to fill this month, so we have been looking everywhere to find SM863a and PM863a that Samsung cannot deliver today.

Surprisingly we came across that MaLabs have quite bit of PM863a and SM863a inventory. They have 960GB PM863a (800pcs+) and 960GB SM863a (600pcs+) – which are parts we've been working with Samsung to get some. We cannot buy from Malabs as the price they put out there is too high as their margin has been marked up.

I've mentioned who are the customers that use these SSDs and it's not easy to get to where we are today, but with lack of support from Samsung, we may end up losing these OEM customers.

Please see if there's anything you can do at your end to get us the "ASAP Qty" I've provided in a separate email.

Thanks
Raymond

**Exhibit PX 0145**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                          NL063129