# EXHIBIT 88

Message

| | |
|---|---|
| **From**: | Lane Kim [kihoon74.kim@samsung.com] |
| **Sent**: | 9/28/2017 2:18:13 PM |
| **To**: | Neal Knuth [n.knuth@samsung.com] |
| **CC**: | Nicholas Marchewka [n.marchewka@samsung.com]; Val (Valeriia) Pletneva [valeriia.p@partner.samsung.com] |
| **Subject**: | RE: NETLIST Backlog |

Hello Neal, Sorry. let's keep JS commitment. It's not carry over.

Thanks,
Lane

---

**From:** Neal Knuth
**Sent:** Thursday, September 28, 2017 2:13 PM
**To:** Lane Kim
**Cc:** Nicholas Marchewka; Val (Valeriia) Pletneva
**Subject:** RE: NETLIST Backlog

Lane,

I really need 100k more. We were short in the past. No way?

Thanks,

Neal Knuth
949 910 2835

---

**From:** Lane Kim
**Sent:** Thursday, September 28, 2017 2:08 PM
**To:** Neal Knuth
**Cc:** Nicholas Marchewka; Val (Valeriia) Pletneva
**Subject:** RE: NETLIST Backlog

Neal, let's keep $1M support plan and ship these out in Oct. we need to keep it.

Thanks,
Lane

Exhibit PX 0149

Attorneys' Eyes Only                                                                                    SEC143892

**From:** Neal Knuth
**Sent:** Wednesday, September 27, 2017 1:06 PM
**To:** Lane Kim
**Cc:** Nicholas Marchewka; Val (Valeriia) Pletneva
**Subject:** NETLIST Backlog

Hi Lane,

Can we release some of the below today? I believe Nick has included some in the pre-close. Please advise..

Thanks,

Neal Knuth
949 910 2835

**From:** Neal Knuth
**Sent:** Tuesday, September 26, 2017 9:14 AM
**To:** Lane Kim
**Cc:** Nicholas Marchewka; Val (Valeriia) Pletneva
**Subject:** NETLIST Backlog

Hi Lane,

We hare currently at **999,564.20 for Netlist shipments in September.** I would like to ship the below samples (about $250k). Would it be ok? These are in HQ warehouse. If I cannot ship all, can I ship less?

| Document No | Sample No | Status | Part No | Request Qty | HQ GR Qty | 1st RTF | 2nd RTF | Sold to Party Code | Sold to Party Name | Unit Price | Amount | Project Name | Application |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17060821 | SPM0145503 | HQ_GR | MZPLL6T4HMLS-00003 | 25 | 19 | 2017-09-10 | 2017-08-22 | 1141810 | NETLIST, INC. | $ 3,963.00 | $ 99,075.00 | RIOT004 | Data Center |
| 17071247 | SPM0147912 | HQ_GR | MZPLL3T2HMLS-00003 | 20 | 10 | 2017-09-10 | 2017-08-23 | 1141810 | NETLIST, INC. | $ 1,982.00 | $ 39,640.00 | JUM003 | High Frequency Trading |
| 17071250 | SPM0147915 | HQ_GR | MZPLL6T4HMLS-00003 | 25 | 25 | 2017-09-10 | 2017-08-28 | 1141810 | NETLIST, INC. | $ 3,963.00 | $ 99,075.00 | RIOT005 | Data Center |
| 17081618 | SPM0150066 | HQ_GR | MZWLL1T6HEHP-00003 | 12 | 12 | | | 1141810 | NETLIST, INC. | $ 1,041.00 | $ 12,492.00 | XLO004 | Storage |

Attorneys' Eyes Only                                                                                                                                          SEC143893

**Valeriia Pletneva**
Sales Specialist
Samsung Semiconductor, Inc
Phone: (408) 544-5407
Email: valeriia.p@ssi.samsung.com

Attorneys' Eyes Only

SEC143894