# EXHIBIT 90

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              IN THE UNITED STATES DISTRICT COURT
2                 CENTRAL DISTRICT OF CALIFORNIA
3                           ---oOo---
4       NETLIST, INC.,     Case No.  820-CV-993-MCS (AVSX)
5           Plaintiff,
6       vs.
7       SAMSUNG ELECTRONICS
8       COMPANY LTD,
9           Defendants.
10      _____/
11
12
13
14
15        VIDEOTAPED REMOTE DEPOSITION OF NEAL KNUTH
16                  (CONFIDENTIAL TRANSCRIPT)
17                  (FOR ATTORNEYS' EYES ONLY)
18
19        Taken before KIMBERLEY RICHARDSON, RPR, CCRR
20                        CSR No. 5915
21                      August 14, 2021
22
23
24
25
                                                   Page 1
```

```
 1    Marella representing Samsung, and also present is
 2    Joe Wie, in-house counsel for Samsung.
 3           THE WITNESS:  Neal Knuth, regional manager
 4    with Samsung.
 5           THE VIDEOGRAPHER:  Thank you.  Whenever      09:18AM
 6    you are ready, Kim.
 7                     NEAL KNUTH,
 8              sworn as a witness,
 9              testified as follows:
10    EXAMINATION BY MR. BEST:                           09:18AM
11       Q.  Good morning, Mr. Knuth.  My name is Tim
12    Best.  I'll be taking your deposition today.
13           Could you please introduce yourself for
14    the record with your full name and home address.
15       A.  With home address.  My name is Neal Knuth. 09:18AM
16    My home address is 224 Calle Cortez, San Clemente,
17    California.
18       Q.  Thank you.
19           Have you been deposed before?
20       A.  No.                                         09:19AM
21       Q.  So you may have heard some of this before,
22    but I'll just fill you in again.
23           As you may know, a written transcript is
24    being prepared of our proceeding today, and so one
25    consequence of that is it's important not to speak 09:19AM
```

Page 8

```
 1            (Plaintiff's Exhibit No. 10 previously
 2            marked for Identification.)
 3   BY MR. BEST:
 4       Q.   When you've had an opportunity to refresh           03:52PM
 5   your browser and take a look at the next document,
 6   Exhibit 10, let me know, and I will ask you a few
 7   questions on it.
 8       A.   Okay.
 9       Q.   Do you recognize this to be an e-mail that
10   was sent by Mr. Hong of Netlist to Mr. Metz              03:53PM
11   copying you on January 23, 2018?
12       A.   That is what it looks like.
13       Q.   And Mr. Hong says "I was just told that
14   Samsung North America has decided to give Netlist
15   zero allocation and no support.  This is a               03:53PM
16   problem."
17            Do you see that?
18       A.   Yes.
19       Q.   Do you recall Samsung telling Netlist that
20   it would cease providing support or allocation of        03:53PM
21   products to Netlist in or around this time?
22            MR. MASTERS:  Object to form.
23            THE WITNESS:  I remember February of 2018
24   I had a zero month with Netlist.
25   BY MR. BEST:                                             03:54PM
```

Page 165

```
 1                REPORTER'S CERTIFICATE
 2
 3
 4         I, KIMBERLEY RICHARDSON, a Shorthand
 5    Reporter, State of California, do hereby certify:
 6         That NEAL KNUTH, in the foregoing
 7    deposition named, was present and by me sworn as a
 8    witness in the above-entitled action at the time
 9    and place therein specified;
10         That said deposition was taken before me at
11    said time and place, and was taken down in
12    shorthand by me, a Certified Shorthand Reporter of
13    the State of California, and was thereafter
14    transcribed into typewriting, and that the
15    foregoing transcript constitutes a full, true and
16    correct report of said deposition and of the
17    proceedings that took place;
18         IN WITNESS WHEREOF, I have hereunder
19    subscribed in my hand this 16th day of August
20    2021.
21
22
23
         [signature: Kimberley Richardson]
24    KIMBERLEY RICHARDSON, CSR No. 5915
25    State of California
```