# EXHIBIT 91

INTENTIONALLY LEFT BLANK