# EXHIBIT 92

| | |
|---|---|
| **From:** | INDONG KIM [indong2.kim@samsung.com] |
| **Sent:** | 12/11/2018 1:34:21 PM |
| **To:** | Byung Jeon [byungyup.jeon@samsung.com] |
| **CC:** | Benjamin S. Lim [benjamin.lim@samsung.com]; Dohan Kim [dh96.kim@samsung.com]; WONYOUNG MAENG [wonyoung.maeng@samsung.com]; Kyung-Chang Ryoo [kc.ryoo@samsung.com] |
| **Subject:** | Regarding standardizing Company N's HVDIMM-H |
| **Attachments:** | JC456_20181203_2276_01_Netlist_NVDIMM-H_Proposal__Scope_2nd_Showing.pdf; TG456^20181203^2276_02^Netlist^DDR4_NVDIMM-H_Base_Spec_r0_13.pdf |

Hello Mr. Byung-yup Jeon,

It is my understanding Company N did not make any additional request,

but recently, they have been moving ahead with standardization of HybriDIMM a bit more specifically via JEDEC.

We have yet to see what can be regarded as core IP. Company N's JEDEC representative is saying that they will disclose as much as possible, though.

For starters, it's not at a situation where we should first contact Company N again, but please take this information for your reference. If Company N contacts us again, the first order of business on our part would be to get our thoughts organized beforehand as to how we would go about concurrently addressing the standardization moves and our collaboration with Company N.

Thank you.


**\* Netlist proposes NVDIMMM-H to NVDIMM-P TG**
- This time, Netlist made a proposal for NVDIMMM-H along with a presentation of spec-type document.

- In response to Netlist's request for approval of standardization, Dell is supporting the standardization and the companies' position is to wait and see what is being done without a strong yea or nay.

- Dell seconded Netlist's request for standardization. As a result, the request for authorization to standardize was approved.

- However, the "H" used in NVDIMM-H can have a meaning of Hybrid that can be used in NVDIMM-N/P, so it was recommended that a different character be used instead of "H." As a result, Netlist is supposed to find another name instead of NVDIMM-H.

  -- See attached Netlist presentation material and spec file

**Exhibit PX 0042**

Confidential                                                                                                                                           SEC001918

Indong Kim, Ph.D. | Technical Lead, Next Gen. Solution Planning | Samsung Electronics Co., Ltd
Office: +82)31-208-2356 | Mobile: +82)10-4185-7834

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California      )
                         )    S. S.
Los Angeles County       )

      I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated <u>Document with Bates No. SEC001918 - SEC001919</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

**<u>Description of Translated Documents</u>**

<u>Document with Bates No. SEC001918 - SEC001919</u>

Executed on July 29, 2021

*[signature]*

Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

Message
___

| | |
|---|---|
| **From**: | INDONG KIM [indong2.kim@samsung.com] |
| **Sent**: | 12/11/2018 1:34:21 PM |
| **To**: | Byung Jeon [byungyup.jeon@samsung.com] |
| **CC**: | Benjamin S. Lim [benjamin.lim@samsung.com]; Dohan Kim [dh96.kim@samsung.com]; WONYOUNG MAENG [wonyoung.maeng@samsung.com]; Kyung-Chang Ryoo [kc.ryoo@samsung.com] |
| **Subject**: | N사 NVDIMM-H표준화 관련 |
| **Attachments**: | JC456_20181203_2276_01_Netlist_NVDIMM-H_Proposal__Scope_2nd_Showing.pdf; TG456^20181203^2276_02^Netlist^DDR4_NVDIMM-H_Base_Spec_r0_13.pdf |

전병엽 님 안녕하세요,

N사에서 추가 요청은 없는 상태로 알고 있습니다만,

최근 JEDEC을 통해 HybriDIMM 표준화를 약간 더 구체적으로 추진 하고 있습니다.

아직은 핵심 IP라고 볼 수 있는 내용들은 없는데, N사 JEDEC representative는 최대한 open하겠다고 이야기는 하고 있고요.

일단 저희가 먼저 N사를 다시 contact할 상황은 아닙니다만, 참고 하시고 만약 N사에서 다시 연락이 오게 되면 표준화 추진과 당사 협업을 어떻게 병행 하고자 하는지를 먼저 정리 하는 것이 필요해 보입니다.

감사합니다.



* **Netlist에서 NVDIMMM-H를 NVDIMM-P TG에 제안**
 - 금번 Netlist는 NVDIMMM-H에 대한 제안과 함께, spec 형태의 document를 같이 발표
 - Netlist의 표준화 승인 요청에 대하여, Dell이 표준화를 지원하고 있는 상황 이며,
   업체들의 의견은 강한 찬성/반대 없이 무엇을 하는지 지켜보자는 입장임
 - Netlist의 표준화 요청에 대하여 Dell에서 제청 함으로서 표준화 권한 요청은 승인됨
 - 다만 NVDIMM-H에서 사용하는 H가 NVDIMM-N/P에서 사용될 수 있는 Hybrid의 의미를 가질 수 있어,
   H대신 다른 글자를 사용해야 한다는 권고가 있었고, Netlist는 NVDIMM-H 대신에 또 다른 이름을 찾아야 하는 상황이 됨.
  -- 첨부 Netlist 발표 자료 및 spec file 참조

Confidential

**Indong Kim,** Ph.D. | Technical Lead, Next Gen. Solution Planning | Samsung Electronics Co., Ltd
Office: +82)31-208-2356 | Mobile: +82)10-4185-7834

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술 등을 포함**하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지** 됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.