# EXHIBIT 95

| | |
|---|---|
| **From:** | Byung-yup Jeon <byungyup.jeon@samsung.com> |
| **Sent:** | Wed, June 26, 2019 03:31:02 -0400 (EDT) |
| **To:** | "C.K. Hong" <ckhong@netlist.com> |
| **Cc:** | Young-hee Lee <yvette01.lee@samsung.com>; Ji-yon Im <jiyon.im@samsung.com> |
| **Subject:** | RE: RE: Samsung's response to Netlist's tax reassessment request to NTS |

Hello.

CEO Choon-ki Hong,

The content prepared by our company includes our company's trade secret, so I'm afraid it would be difficult to share it.

Would it be okay for us to consider your email as your consent to our submission of relevant materials to the tax office and proceed with the submission of materials and so on?

Thank you.

**Byung-yup Jeon** | Byung, Jeon
Business Development | Strategic Planning Team | Memory Division | Samsung Electronics co.,Ltd.
Office +82-31-208-3233 | Mobile +82-10-7222-7526 | byungyup.jeon@samsung.com

-------- **Original Message** --------

**Sender:** C.K. Hong <ckhong@netlist.com>

**Date:** 06-22-2019 08:44 (GMT +9)

**Title:** RE: Samsung's response to Netlist's tax reassessment request to NTS

Hello,

We'd appreciate if you can prepare the relevant materials in response to the request from Dongsuwon Tax Office. However, if possible, we'd like to ask you to send us the written opinion you prepare in advance before you submit it, so that we can take a look at it.

If you can send it to us as soon as it is prepared, we'll promptly review it ASAP and circle back with you. We'd appreciate it if you can submit it afterwards.

If you have any questions in the course of preparing the materials, please let us know at any time and we will assist you.

Thank you.

Choon-ki Hong

................................................................................................................................

C.K. Hong



CONFIDENTIAL    NL005043



Tel:949.435.0025
Fax:949.435.0031
www.netlist.com

Chief Executive Officer
175 Technology
Irvine, CA 92618
Direct: 949.679.0103
Fax: 949.435.0031
Email: ckhong@netlist.com

**From:** Byung-yup Jeon <byungyup.jeon@samsung.com>
**Sent:** Wednesday, June 19, 2019 4:51 PM
**To:** C.K. Hong <ckhong@netlist.com>
**Cc:** Young-hee Lee <yvette01.lee@samsung.com>; Ji-yon Im <jiyon.im@samsung.com>
**Subject:** Samsung's response to Netlist's tax reassessment request to NTS

Mr. Choon-ki Hong (Netlist CEO),

Hello, this is Byungyup Jeon from the Planning Team, Memory Business Division of Samsung Electronics.

In response to Netlist's tax reassessment request to National Tax Service (NTS) of Korea, NTS requested our company to provide relevant materials (Please see the attachment),

So, pursuant to Sections 11.1/11.2/11.3 of JDLA signed between Netlist and our company, our company is sending you this email to obtain your consent to our submission of relevant materials to NTS.

If you consent by sending us a reply, we will submit the relevant materials to NTS.

Thank you.

**Byung-yup Jeon** | Byung, Jeon

Business Development | Strategic Planning Team | Memory Division | Samsung Electronics co.,Ltd.
Office +82-31-208-3233 | Mobile +82-10-7222-7526 | byungyup.jeon@samsung.com

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.



ATT000

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California           )
                              )     S. S.
Los Angeles County            )

      I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated <u>Document with Bates No. NL005043 - NL005045</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

**<u>Description of Translated Documents</u>**

<u>Document with Bates No. NL005043 - NL005045</u>

Executed on August 3, 2021

*[signature]*

Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

| | |
|---|---|
| From: | 전병엽 &lt;byungyup.jeon@samsung.com&gt; |
| Sent: | Wed, 26 Jun 2019 03:31:02 -0400 (EDT) |
| To: | "C.K. Hong" &lt;ckhong@netlist.com&gt; |
| Cc: | 이영희 &lt;yvette01.lee@samsung.com&gt;; 임지연 &lt;jiyon.im@samsung.com&gt; |
| Subject: | RE: RE: Netlist가 국세청을 상대로 요청한 경정청구에 대한 삼성 대응 |

---

안녕하세요.

홍춘기 대표님,

당사에서 준비한 내용이 당사의 영업비밀을 포함하고 있어서 공유는 어려울 것 같습니다.

대표님께서 주신 메일을 당사가 세무서에 관련 자료를 제출하는데 동의하시는 메일로 여기고
자료 제출 등 절차를 진행하도 무방할지요?

감사합니다.

**전병엽 | Byung, Jeon**

Business Development | Strategic Planning Team | Memory Division | Samsung Electronics co.,Ltd.
Office +82-31-208-3233 | Mobile +82-10-7222-7526 | byungyup.jeon@samsung.com


--------- **Original Message** ---------
Sender : C.K. Hong &lt;ckhong@netlist.com&gt;
Date : 2019-06-22 08:44 (GMT+9)
Title : RE: Netlist가 국세청을 상대로 요청한 경정청구에 대한 삼성 대응

안녕하세요?

동수원세무서 관련 자료요청에 대해 준비해주시면 감사하겠습니다. 다만, 가급적이면 준비하신 의견서를 제출전에 저희쪽에 먼저 보내주셔서 한번 살펴볼 수 있는 기회가 있었으면 합니다.

준비되시는 대로 송부해주시면 최대한 조속한 시일내로 검토하여 다시 연락드리겠습니다. 그후에 제출해 주시면 감사하겠습니다.

혹시라도 자료 준비 과정에서 궁금하신 사항이 있으실 경우 언제라도 연락주시면 지원해드리도록 하겠습니다.

감사합니다.

홍춘기 배상

..........................................................................................................................................

C.K. Hong



Tel:949.435.0025
Fax:949.435.0031
www.netlist.com

Chief Executive Officer
175 Technology
Irvine, CA 92618
Direct: 949.679.0103
Fax: 949.435.0031
Email: ckhong@netlist.com

**From:** 전병엽 <byungyup.jeon@samsung.com>
**Sent:** Wednesday, June 19, 2019 4:51 PM
**To:** C.K. Hong <ckhong@netlist.com>
**Cc:** 이영희 <yvette01.lee@samsung.com>; 임지연 <jiyon.im@samsung.com>
**Subject:** Netlist가 국세청을 상대로 요청한 경정청구에 대한 삼성 대응

Netlist 홍춘기 대표님,

안녕하십니까? 삼성전자 메모리 사업부 기획팀 전병엽입니다.

Netlist社가 대한민국 국세청에 요청한 경정청구와 관련하여
국세청에서 당사에 관련 자료 제공을 요청하여,(첨부 참조)

당사와 Netlist간 체결한 JDLA의 11.1/11.2/11.3조에 의거하여
당사가 관련 자료를 국세청에 제출함에 대한 동의를 받고자 메일을 드립니다.

답신을 통해 동의해주신다면, 관련 자료를 국세청에 제출토록하겠습니다.

감사합니다.

**전병엽 | Byung, Jeon**

Business Development | Strategic Planning Team | Memory Division | Samsung Electronics co.,Ltd.
Office +82-31-208-3233 | Mobile +82-10-7222-7526 | byungyup.jeon@samsung.com

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술 등을 포함**하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지**됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

ATT000

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CONFIDENTIAL
NL005045