# EXHIBIT 96

# Seeking Alpha

`Transcripts`  `Technology`

# Netlist's (NLST) CEO Chuck Hong on Q2 2016 Results - Earnings Call Transcript

Aug. 03, 2016 11:23 PM ET  |  **Netlist, Inc. (NLST)**

## Q2: 2016-08-03 Earnings Summary

**10-Q**

EPS of -$0.03 **misses by $0.01** | Revenue of $6.93M (384.81% Y/Y) **beats by $1.93M**

Netlist, Inc. (OTCQB:NLST) Q2 2016 Earnings Conference Call August 3, 2016 5:00 PM ET

**Executives**

Mike Smargiassi - Investor Relations

Chuck Hong - Chief Executive Officer

Gail Sasaki - Chief Financial Officer

**Analysts**

Richard Shannon - Craig-Hallum

**Operator**

Yes, perhaps I can take that Richard. We are really at the entrance and you know that first of all I think that was part of the partnership and agreement that we have with Samsung to have access to their raw materials as well as their – some of their selected product lines and we are seeing the benefit of that. And but it is just starting out. We think it has very good potential. We are building out a sales organization and you know we are taking advantages of our existing customers as well as future customers for HyperVault and so we think it is synergistic and complementary with our existing product line as well as the customer base. But I think we are going to be working very hard and try to maximize the potential of it. But I think it's too early to say having you know essentially quarter under our belt as to you know how big it's going to be next quarter or the quarter after. But I think it's got good potential nevertheless.

### Richard Shannon

Okay. My last question, I will jump the line if there are other people in the queue here. But just related to any qualitative or quantitative comments you can make regarding the third quarter outlook. I guess this is my understanding that you should see more licensing or at least explicitly no more Samsung NRE in the third quarter, bit curious if you have any outlook on what kind of impact we could see from EV3 in the third quarter and just any basic thoughts on the Samsung products here, could we see a similar level of revenues or what as you are saying broad strucks would be great here?

### Gail Sasaki

Yes. So you know, as you know, Richard, we don't provide quarterly guidance and you did remind everyone that we did fully recognize the NRE at the end of the second quarter. We do expect and you know the revenue for Q3 to be mainly product related and a piece of that will be on the Samsung new product portfolio, some of it may come from Inspur.

### Richard Shannon

Okay. And anything related to the EV3, I think last quarter you talked about getting some initial purchase orders, something, say that is that going to fall through in the third quarter?

### Chuck Hong