# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NETLIST INC.

Plaintiff(s),

v.

SAMSUNG ELECTRONICS CO., LTD.

Defendant(s).

CASE NUMBER:

8:20−cv−00993−MCS−ADS

**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   8/30/2021

Document Number(s):   169

Title of Document(s):   APPLICATION to file document for Samsung's Forthcoming Declaration by plaintiff

**ERROR(S) WITH DOCUMENT:**

Proposed Document was not submitted as separate attachment.

Other:

MISSING proposed order. As an alternative, prepare and e−file a formal Notice of Lodging, to be docketed only under its specific event: Notice of Lodging, to which the formal proposed order is submitted as Separate Attachment thereto.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: September 1, 2021          By: /s/ Linda Chai  Linda_Chai@cacd.uscourts.gov
                                     Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**