UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:20-00993 MCS (ADSx)                                        Date: September 2, 2021

Title: *Netlist Inc. v. Samsung Electronics Co., Ltd.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DENYING PLAINTIFF'S REQUEST FOR AN INFORMAL DISCOVERY CONFERENCE**

On September 1, 2021, Plaintiff Netlist Inc. filed a Request for Informal Discovery Conference raising two issues: (1) when did Defendant Samsung Electronics Co., Ltd. institute a litigation hold to retain documents relevant to the litigation, and (2) whether Samsung extended the litigation hold to the relevant custodians in the Court's prior order, (Dkt. No. 133).

According to the pretrial scheduling order, the non-expert discovery cut-off date was August 16, 2021.  (Dkt. No. 41, at 3.)  The pretrial scheduling order provides that "[t]he cut-off for discovery *is not* the date by which discovery requests must be served; it is the date by which all discovery, *including all hearings on any related motions*, must be completed."  (Id. § B.1.)  Accordingly, the Court STRIKES the request as untimely.

**IT IS SO ORDERED.**

Initials of Clerk kh