JASON C. LO, SBN 219030
   jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
   mbenjamin@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
   rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>            Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER RE: APPLICATION TO SEAL (DKT. 169)**<br><br>Action Filed: May 28, 2020<br>Trial Date: November 30, 2021<br><br>Hon. Mark C. Scarsi |

# NOTICE OF LODGING OF [PROPOSED] ORDER

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on August 30, 2021, Plaintiff Netlist Inc. ("Plaintiff") filed an Application for Leave to File Under Seal documents designated as confidential by Defendant Samsung Electronics Co., Ltd. ("Defendant") pending Defendant's forthcoming declaration supporting that sealing (*see* ECF Dkt. 169). Plaintiff hereby lodges the attached [Proposed] Order in support of that Application as requested by the Court (Dkt. 174). Plaintiff understands that Defendant will shortly file a declaration supporting this lodged Proposed Order.

Dated:  September 3, 2021          GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Raymond A. LaMagna*
       Raymond A. LaMagna

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Raymond A. LaMagna, an attorney, hereby certify that **NOTICE OF LODGING OF [PROPOSED] ORDER RE: APPLICATION TO SEAL (DKT. 169),** was emailed to counsel for Samsung Electronics Inc., Ltd., on September 3, 2021.

By: _____*/s/ Raymond A. LaMagna*_____
Raymond A. LaMagna

Attorney for Plaintiff Netlist Inc.