# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL (DKT. 169)**<br><br>Action Filed: May 28, 2020<br>Trial Date: November 30, 2021<br><br>Hon. Mark C. Scarsi |

3744015.1

1  Upon due consideration and good cause appearing, Plaintiff Netlist, Inc.'s
2  ("Netlist") Application For Leave To File Samsung Documents Under Seal
3  ("Application", Dkt. 169) is GRANTED.  The following documents will be redacted
4  or sealed in the Court's record:

| Document | Redaction/Seal Description |
|---|---|
| Exhibit 79 | Redact all pages starting with and including SEC060294. |
| Exhibit 89 | File entirely under seal. |

In accordance with L.R. 79–5.2.2(a), Netlist is directed to file the sealed/redacted documents pursuant to the protocol outlined in L.R. 79–5.2.2(c). The Clerk will not convert the proposed sealed documents submitted with the Application into a new filing.

IT IS SO ORDERED.


DATED: _____, 2021

_____
The Honorable Mark C. Scarsi
UNITED STATES DISTRICT JUDGE

3744015.1

2

[PROPOSED] ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL