UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.   8:20-cv-00993-MCS-ADS            Date   September 20, 2021

Title   *Netlist Inc. v. Samsung Electronics Co., Ltd.*

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| James C. Lo<br>Raymond A. LaMagna | Ekwan E. Rhow<br>Marc E. Masters<br>Jong-min Choi |

**Proceedings:   Plaintiff's Motion for Partial Summary Judgment (ECF No. 145) and Motion for Summary Judgment as to Complaint (ECF No. 150)**

The motion hearing is held. Counsel address the Court. The Court takes the Motions UNDER SUBMISSION and a ruling will be issued.

IT IS SO ORDERED.