Name, Address and Telephone Number of Attorney(s):

Hon. Suzanne Segal (Ret.)
c/o Signature Resolution
633 W. 5th St., Suite 1000
Los Angeles, CA  90071 / (213) 622-1002

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Netlist Inc.<br><br>Plaintiff(s)<br>v.<br>Samsung Electronics Co., Ltd.<br><br>Defendant(s) | CASE NUMBER<br><br>8:20-cv-993-MCS (ADS)<br><br><br>MEDIATION REPORT |

**Instructions:** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): September 28, 2021.

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by L.R. 16-15.5(b).

   ☐ Did not appear as required by L.R. 16-15.5(b).

       ☐ Plaintiff or plaintiff's representative failed to appear.
       ☐ Defendant or defendant's representative failed to appear.
       ☐ Other:

3. Did the case settle?

   ☐ Yes, fully, on _____ (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☑ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

   Judge Segal suggests a second mediation session after the Court issues a decision on the pending motions for summary judgment or for partial summary judgment (Dkt. Nos. 145 and 150).

Dated: 9/28/2021

Signature of Mediator: *Hon. Suzanne Segal (Ret.)*

Name of Mediator (print): Hon. Suzanne Segal (Ret.)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*