# EXHIBIT 2

CONFIDENTIAL

```
 1                 UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3                     SOUTHERN DIVISION
 4
 5     NETLIST INC., a Delaware        )
       corporation,                    ) Case No.:
 6                                      ) 8:20-cv-993-MCS-DFM
                   Plaintiff,           )
 7                                      )
             v.                         ) Pages 1 to 303
 8                                      )
       SAMSUNG ELECTRONICS CO.,         )
 9     LTD., a Korean corporation,      )
                                        )
10                 Defendant.           )
       _____)
11
12
13                   *** CONFIDENTIAL ***
14                     DEPOSITION OF:
15                     PAIK KI HONG
16                THURSDAY, AUGUST 12, 2021
17                       9:12 a.m.
18
19
20     REPORTED BY:
21     Vickie Blair
22     CSR No. 8940, RPR-CRR
23     JOB NO. 4744083
24
25     PAGES 1 - 303
```

Page 1

Ex 2

| | | | |
|---|---|---|---|
| 1 | A | 20 -- 20 -- around 20 years, approximately | 09:15:57 |
| 2 | 20 years. | | 09:16:03 |
| 3 | Q | And your currently position is what? | 09:16:03 |
| 4 | A | VP of worldwide operations. | 09:16:05 |
| 5 | Q | That's a management position? | 09:16:08 |
| 6 | A | Yes. | 09:16:09 |
| 7 | Q | That's an executive position? | 09:16:09 |
| 8 | A | Yes. | 09:16:12 |
| 9 | Q | And is there someone you report to at | 09:16:12 |
| 10 | Netlist? | | 09:16:16 |
| 11 | A | I report to the CEO of Netlist. | 09:16:16 |
| 12 | Q | And that is Chuck Hong? | 09:16:18 |
| 13 | A | Yes. | 09:16:22 |
| 14 | Q | And I heard this, tell me if this is | 09:16:22 |
| 15 | right, are you -- are you related to Chuck Hong? | | 09:16:25 |
| 16 | A | I'm his younger brother. | 09:16:29 |
| 17 | Q | And while you've been at Netlist, you have | 09:16:36 |
| 18 | worked with Samsung for how many years? | | 09:16:39 |
| 19 | A | Probably from the beginning of my | 09:16:42 |
| 20 | employment with Netlist. | | 09:16:45 |
| 21 | Q | And since the beginning of your | 09:16:45 |
| 22 | employment, as far as you know, Samsung has supplied | | 09:16:49 |
| 23 | certain products to Netlist? | | 09:16:52 |
| 24 | A | That is correct. | 09:16:56 |
| 25 | Q | Going 20 years back, just so we have a | 09:16:57 |

Page 11

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | time maker, 20 years back, my math is not perfect, but | 09:17:01 |
| 2 | is this approximately year 2000? | 09:17:10 |
| 3 | A    I believe 2001 or 2002. | 09:17:11 |
| 4 | Q    Okay.  All right.  Since 2001, 2002, | 09:17:14 |
| 5 | Netlist has purchased products from Samsung; correct? | 09:17:19 |
| 6 | A    I don't know exactly when we issued the | 09:17:23 |
| 7 | first purchase order, but that time frame seems | 09:17:26 |
| 8 | reasonable. | 09:17:31 |
| 9 | Q    And during that same time frame, has | 09:17:32 |
| 10 | Netlist purchased DRAM and NAND products from Samsung? | 09:17:34 |
| 11 | A    During that time period we have purchased | 09:17:43 |
| 12 | DRAM and NAND products, yes. | 09:17:50 |
| 13 | Q    Now, I've seen documents, and tell me if | 09:17:51 |
| 14 | this rough number is correct, that between 2001 and | 09:17:54 |
| 15 | 2015 Netlist has purchased approximately $200 million | 09:18:01 |
| 16 | worth of the product from Samsung? | 09:18:05 |
| 17 | A    I don't recall the exact number, but | 09:18:08 |
| 18 | through that period, there were years there were no -- | 09:18:09 |
| 19 | very -- very small purchases and there were years where | 09:18:14 |
| 20 | there were somewhat large purchasers, so -- in relative | 09:18:19 |
| 21 | speaking, so if you -- if you show me the data, I could | 09:18:24 |
| 22 | probably, you know, you know, say, you know, if it's | 09:18:27 |
| 23 | correct or not. | 09:18:32 |
| 24 | Q    And that's fair.  That's fair.  It's not a | 09:18:33 |
| 25 | memory contest, this is me trying to save time, but | 09:18:35 |

Page 12

Ex 2

CONFIDENTIAL

```
 1    I'll show that to you in a second.                09:18:38
 2           But when you say large purchases in a      09:18:40
 3    year, tell me what you mean by "large."           09:18:42
 4       A    In terms of relative, when you show me the 09:18:45
 5    chart, there will probably -- I've seen -- you know, 09:18:47
 6    I -- you know, in my memory, I think I can sort of -- 09:18:51
 7    in relative speaking to the numbers that are in that -- 09:18:56
 8    in the document or whatever data you will show me,  09:18:59
 9    there will be small and large numbers.            09:19:02
10       Q    And so I'm just asking, and I get that,   09:19:06
11    and by the way, I don't have a chart, I'm be totally 09:19:08
12    open, but in a given year, given what you know about 09:19:11
13    Netlist's overall purchase -- purchases in a year, what 09:19:14
14    would be considered a large year, if you have an  09:19:18
15    estimate, and if you don't, that's fine?          09:19:21
16           MR. LAMAGNA:   Form.                       09:19:24
17           THE WITNESS:   So not an exact number, but 09:19:25
18    during that time period, I -- you know, maybe a hundred 09:19:29
19    million is -- approximately, something, and that would 09:19:35
20    be large.                                         09:19:38
21    BY MR. RHOW:                                      09:19:39
22       Q    Okay.  So a hundred million dollars worth 09:19:39
23    of purchases from Samsung in a given year would be 09:19:41
24    large; correct?                                   09:19:45
25           MR. LAMAGNA:   Form.                       09:19:49
```

Page 13

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE WITNESS:  In the context of that time | 09:19:50 |
| 2 | period. | 09:19:50 |
| 3 | BY MR. RHOW: | 09:19:54 |
| 4 | Q     I'm sorry? | 09:19:54 |
| 5 | A     In the context of that time period, but, | 09:19:55 |
| 6 | again, I need to see the data. | 09:19:56 |
| 7 | Q     That's fair, that's fair. | 09:19:58 |
| 8 | How many years in that time frame, do you | 09:19:59 |
| 9 | recall, did Netlist have large purchases, as you have | 09:20:02 |
| 10 | defined it? | 09:20:05 |
| 11 | A     In what time period are you referencing | 09:20:09 |
| 12 | again? | 09:20:11 |
| 13 | Q     2001 to 2015. | 09:20:12 |
| 14 | A     I don't recall, but it was maybe one or | 09:20:15 |
| 15 | two years. | 09:20:21 |
| 16 | Q     Okay.  All right.  So let me show you the | 09:20:22 |
| 17 | document. | 09:20:24 |
| 18 | And, Ray, I think -- I think they left off | 09:20:24 |
| 19 | marking exhibits at 42 last night, so I'm just going to | 09:20:26 |
| 20 | pick it up, and I think -- | 09:20:30 |
| 21 | MS. SHIN:  Starting at 42, Ekwan. | 09:20:34 |
| 22 | MR. RHOW:  I'm sorry. | 09:20:37 |
| 23 | MS. SHIN:  Starting at 42. | 09:20:39 |
| 24 | MR. LAMAGNA:  So I think we're marking | 09:20:42 |
| 25 | sort of a defendant's numbering and plaintiff's | 09:20:44 |

Page 14

Ex 2

```
 1    existed, Samsung was, in fact, supplying chips to        09:35:52
 2    Netlist; correct?                                        09:35:55
 3         A     Again, because I can't answer that            09:36:01
 4    question, you know, because I do not know if there was   09:36:05
 5    any agreement in place, I -- I cannot answer that        09:36:09
 6    question.                                                09:36:16
 7         Q     I'm not asking if, in fact, there were        09:36:16
 8    other agreements.                                        09:36:18
 9               Listen to how I'm phrasing it, which is       09:36:39
10    very specific.                                           09:36:21
11               In time frames that you, Mr. Paik Ki Hong,    09:36:21
12    is not aware of a written supply agreement existing,     09:36:27
13    you know Samsung was, in fact, supplying chips; true?    09:36:31
14         A     Before -- the first part of your question,    09:36:35
15    again, I do not know if there was an agreement in        09:36:38
16    place, I don't sign all the agreements for the company.  09:36:41
17    But yes, in that time frame, we were buying chips,       09:36:44
18    Samsung products.                                        09:36:48
19         Q     Okay.  That's exactly my question then,       09:36:49
20    and you phrased it better.                               09:36:51
21               Prior to 2015, Samsung was, in fact,          09:36:52
22    supplying chips to Netlist; correct?                     09:36:54
23         A     DRAM and NAND products, correct.              09:36:57
24         Q     And, after the termination of the JDLA,       09:37:00
25    Samsung was supplying chips, DRAM and NAND products, to  09:37:03
```

Page 27

Ex 2

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Netlist; correct? | 09:37:08 |
| 2 | A     I do not know the exact date of the | 09:37:15 |
| 3 | termination of that JDLA.   I do know that the JDLA | 09:37:18 |
| 4 | was -- was agreed upon or signed -- signed on, that | 09:37:23 |
| 5 | date is -- is -- is a date I know, but not the | 09:37:27 |
| 6 | termination part. | 09:37:31 |
| 7 | Q     Has Samsung been supplying chips to | 09:37:32 |
| 8 | Netlist in 2021? | 09:37:34 |
| 9 | A     Samsung has been providing NAND and DRAM | 09:37:37 |
| 10 | products in -- | 09:37:41 |
| 11 | Q     Do you know the volume this year? | 09:37:42 |
| 12 | A     Again, not exact volumes. | 09:37:46 |
| 13 | Q     Do you have an estimate of the volume? | 09:37:49 |
| 14 | A     No, without data I cannot give you an | 09:37:51 |
| 15 | estimate. | 09:37:54 |
| 16 | Q     So I'm going to focus now on the prior | 09:37:54 |
| 17 | 2015 time frame, prior to November 2015. | 09:37:59 |
| 18 | Prior to November 2015, based on what you | 09:38:01 |
| 19 | told me, you are not personally aware of a written | 09:38:04 |
| 20 | supply agreement, but purchase orders were submitted | 09:38:07 |
| 21 | for orders prior to November 2015; correct? | 09:38:10 |
| 22 | A     Purchase orders were submitted prior to | 09:38:17 |
| 23 | 2015. | 09:38:21 |
| 24 | Q     And were purchase orders the normal means | 09:38:22 |
| 25 | by which Netlist committed orders to Samsung. | 09:38:24 |

Page 28

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | A | Purchase orders is the form of orders, but | 09:38:33 |
| 2 | I -- yes, that's -- yeah. | | 09:38:45 |
| 3 | Q | And so, prior to November 2015, the way in | 09:38:47 |
| 4 | which Netlist submitted orders to Samsung for DRAM and | | 09:38:53 |
| 5 | NAND chips was through a purchase order; right? | | 09:38:58 |
| 6 | A | Repeat that question. | 09:39:02 |
| 7 | Q | Prior to November 2015, the normal way in | 09:39:06 |
| 8 | which Netlist would submit orders to Samsung for DRAM | | 09:39:09 |
| 9 | and NAND chips was through a purchase order? | | 09:39:14 |
| 10 | A | We ordered DRAM and NAND products | 09:39:17 |
| 11 | through -- with a purchase order. | | 09:39:20 |
| 12 | Q | Are you aware of any orders that were ever | 09:39:22 |
| 13 | made that were not made through a purchase order? | | 09:39:24 |
| 14 | A | During what time period again, before | 09:39:44 |
| 15 | 2015? | | 09:39:47 |
| 16 | Q | That's what I said. | 09:39:47 |
| 17 | A | Sorry, repeat that question again. | 09:39:48 |
| 18 | Q | Prior to November 2015 -- | 09:40:02 |
| 19 | A | Okay. | 09:40:02 |
| 20 | Q | -- are you aware of any instance in which | 09:40:08 |
| 21 | an order was made by Netlist for NAND or DRAM products | | 09:40:09 |
| 22 | without a purchase order? | | 09:40:17 |
| 23 | A | DRAM and NAND products were ordered with a | 09:40:24 |
| 24 | purchase order. | | 09:40:26 |
| 25 | Q | In all cases; correct? | 09:40:26 |

Veritext Legal Solutions
866 299-5127

74

Ex 2

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | number of select companies. | 09:48:50 |
| 2 | MR. LAMAGNA:  Form. | 09:48:51 |
| 3 | THE WITNESS:  I do not know what the | 09:48:53 |
| 4 | Samsung -- in terms of what -- who Samsung ships to, | 09:48:57 |
| 5 | so -- | 09:49:01 |
| 6 | BY MR. RHOW: | 09:49:01 |
| 7 | Q     Okay.  So you don't know if that's true or | 09:49:02 |
| 8 | not? | 09:49:04 |
| 9 | A     Yeah, I do not know. | 09:49:04 |
| 10 | Q     So the purpose of forecast, in part, is to | 09:49:05 |
| 11 | give Samsung a heads-up as to what Netlist is looking | 09:49:08 |
| 12 | to buy from Samsung; is that right? | 09:49:11 |
| 13 | MR. LAMAGNA:  Form. | 09:49:12 |
| 14 | THE WITNESS:  Forecast is our request to | 09:49:13 |
| 15 | Samsung. | 09:49:20 |
| 16 | BY MR. RHOW: | 09:49:20 |
| 17 | Q     How often were forecasts given prior to | 09:49:21 |
| 18 | 2015? | 09:49:23 |
| 19 | A     Very frequently. | 09:49:26 |
| 20 | Q     Is it weekly?  Is it monthly, if you | 09:49:29 |
| 21 | recall? | 09:49:29 |
| 22 | A     It can be daily. | 09:49:36 |
| 23 | Q     Did Samsung, prior to November 2015, | 09:49:37 |
| 24 | always fulfill the entirety of the forecast? | 09:49:41 |
| 25 | A     2000 -- prior to 2015? | 09:49:47 |

Page 35

Ex 2

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | Q | Correct. | 09:49:50 |
| 2 | A | They did not fulfill to our request. | 09:49:53 |
| 3 | Q | Can you give us an estimate how often did | 09:49:59 |
| 4 | | they not fulfill to your request? | 09:50:03 |
| 5 | | MR. LAMAGNA:   Form. | 09:50:04 |
| 6 | | THE WITNESS:   I -- I -- I can't give you | 09:50:12 |
| 7 | | an estimate.   I would -- all I can say it's not a very | 09:50:14 |
| 8 | | high number. | 09:50:17 |
| 9 | | BY MR. RHOW: | 09:50:20 |
| 10 | Q | So what you're saying is, prior to | 09:50:20 |
| 11 | | November 2015, Samsung often met the forecast? | 09:50:22 |
| 12 | A | No, they did not meet the forecast | 09:50:27 |
| 13 | | majority of the time. | 09:50:33 |
| 14 | Q | Okay.   I was confused by your answer. | 09:50:33 |
| 15 | | That makes sense. | 09:50:35 |
| 16 | | Prior to November 2015, in the times when | 09:50:43 |
| 17 | | Samsung was not able to meet your forecast, were you | 09:50:47 |
| 18 | | ever given reasons why they could not? | 09:50:51 |
| 19 | A | I cannot recall. | 09:50:59 |
| 20 | Q | Do you recall that, any point prior to | 09:51:01 |
| 21 | | November 2015, Samsung explaining that it just did not | 09:51:06 |
| 22 | | have sufficient availability of the product? | 09:51:09 |
| 23 | A | I do not recall if -- if that was ever | 09:51:22 |
| 24 | | stated. | 09:51:24 |
| 25 | Q | Do you recall any reasons given by Samsung | 09:51:25 |

Page 36

Veritext Legal Solutions
866 299-5127

76

Ex 2

CONFIDENTIAL

```
 1    as to why they could not meet a forecast?          09:51:28

 2            MR. LAMAGNA:  Objection.  Form.             09:51:35

 3            THE WITNESS:  I cannot answer that          09:51:45

 4    question.  I do not recall any -- anything -- any   09:51:46

 5    discussion or emails that holds that up to.         09:51:53

 6    BY MR. RHOW:                                        09:51:58

 7        Q     And, if you don't recall, that's perfectly  09:51:58

 8    fine.  I have no problem with that.                 09:52:00

 9            Have you heard of the concept of            09:52:02

10    "allocation" as it relates to Samsung and chip supply?  09:52:09

11        A     The term "allocation" I'm aware of, yes.  09:52:13

12        Q     Could you define that for me.             09:52:21

13        A     It's -- products are -- are allocated to  09:52:25

14    or given priority to certain demand, certain customers.  09:52:33

15        Q     And allocation is a common practice of    09:52:43

16    Samsung?                                            09:52:46

17        A     You'd have to ask Samsung.                09:52:48

18        Q     As far as you know, based on what you're  09:52:49

19    witnessing when you were a customer from 2000 to    09:52:52

20    November 2015, do you believe allocation was a common  09:52:57

21    practice?                                           09:52:59

22        A     I believe allocation is a common practice.  09:53:03

23        Q     Is allocation a common practice among     09:53:06

24    other chip suppliers beyond Samsung, as far as you  09:53:09

25    know?                                               09:53:17
```

Page 37

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | Q | That's fair. | 10:04:08 |
| 2 | | Another phrase I want to mention is the | 10:04:09 |
| 3 | | phrase "backlog." | 10:04:11 |
| 4 | | Have you heard that phrase? | 10:04:13 |
| 5 | A | I've heard the phrase "backlog." | 10:04:14 |
| 6 | Q | Okay.  What is a backlog? | 10:04:16 |
| 7 | | MR. LAMAGNA:  Form. | 10:04:21 |
| 8 | | THE WITNESS:  Backlog is items -- or items | 10:04:22 |
| 9 | | that have not been -- have been agreed to be supported | 10:04:33 |
| 10 | | but not delivered. | 10:04:38 |
| 11 | | BY MR. RHOW: | 10:04:39 |
| 12 | Q | And for items on a backlog, would a | 10:04:40 |
| 13 | | purchase order have been submitted and accepted | 10:04:45 |
| 14 | | already? | 10:04:47 |
| 15 | | MR. LAMAGNA:  Form. | 10:04:52 |
| 16 | | THE WITNESS:  In some cases. | 10:04:52 |
| 17 | | BY MR. RHOW: | 10:05:10 |
| 18 | Q | So on a backlog, sometimes there has been | 10:05:11 |
| 19 | | an accepted purchase order, sometimes there hasn't; | 10:05:14 |
| 20 | | fair? | 10:05:21 |
| 21 | | MR. LAMAGNA:  Form. | 10:05:21 |
| 22 | | THE WITNESS:  Some cases. | 10:05:34 |
| 23 | | BY MR. RHOW: | 10:05:35 |
| 24 | Q | Okay.  Now, in connection with -- again, | 10:05:36 |
| 25 | | I'm in prior to November 2015, in connection with | 10:05:41 |

Page 45

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | Samsung's backlog with Netlist, did Samsung ever not | 10:05:47 |
| 2 | fully fulfill all of the backlog items? | 10:05:51 |
| 3 | A     So in the -- what period again? | 10:06:06 |
| 4 | Q     I'm still in prior to November 2015. | 10:06:09 |
| 5 | A     Samsung did not fulfill all their backlog. | 10:06:17 |
| 6 | Q     Was that a regular occurrence? | 10:06:21 |
| 7 | A     Prior to 2015, they did not fulfill their | 10:06:28 |
| 8 | backlog most of the time, yes. | 10:06:35 |
| 9 | Q     And are you aware of instances prior to | 10:06:36 |
| 10 | 2015 when Samsung did not fulfill a backlog item in | 10:06:40 |
| 11 | which an accepted purchase order existed? | 10:06:44 |
| 12 | A     I cannot recall.  Yeah, I cannot recall. | 10:06:47 |
| 13 | Q     Okay.  That's fair. | 10:06:49 |
| 14 | All right.  Let's go to -- oh, let me | 10:06:57 |
| 15 | ask -- let me ask it this way, sorry. | 10:07:05 |
| 16 | Now, we've talked about this protocol that | 10:07:08 |
| 17 | you had with Samsung involving backlogs, forecasts, | 10:07:11 |
| 18 | allocations, purchase orders, and my question is:  Did | 10:07:16 |
| 19 | that general protocol continue after November 2015? | 10:07:18 |
| 20 | MR. LAMAGNA:  Form. | 10:07:26 |
| 21 | THE WITNESS:  In general, that protocol -- | 10:07:34 |
| 22 | so the protocol you're referencing is -- what was the | 10:07:52 |
| 23 | protocol? | 10:07:55 |
| 24 | BY MR. RHOW: | 10:07:56 |
| 25 | Q     I was just using some of the terminology | 10:07:56 |

Page 46

Ex 2

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | we talked about, backlogs, forecasts, allocations | 10:08:00 |
| 2 | purchase orders, in general, did that protocol continue | 10:08:03 |
| 3 | after November 2015? | 10:08:05 |
| 4 | A     After 2015, after -- after signing the | 10:08:15 |
| 5 | JDLA, is that what you're talking about? | 10:08:18 |
| 6 | Q     That's a hundred percent what I'm talking | 10:08:20 |
| 7 | about, I'm not trying to trick you. | 10:08:22 |
| 8 | A     Okay. | 10:08:24 |
| 9 | Q     We are stipulating November 2015 is when | 10:08:24 |
| 10 | the JDLA was signed.  If I'm -- I'm -- I'm holding | 10:08:27 |
| 11 | myself to that. | 10:08:30 |
| 12 | A     After -- after we signed the agreement | 10:08:31 |
| 13 | that included Samsung will support Netlist on DRAM and | 10:08:33 |
| 14 | NAND products -- | 10:08:36 |
| 15 | Q     Did that incorporate -- | 10:08:36 |
| 16 | THE REPORTER:  Hold on, you guys are all | 10:08:42 |
| 17 | talking at one. | 10:08:44 |
| 18 | BY MR. RHOW: | 10:08:44 |
| 19 | Q     Sorry.  All right.  Let me now finish the | 10:08:45 |
| 20 | question, my bad, but, yes, the JDLA, I know the | 10:08:46 |
| 21 | position you're taking on the JDLA, incorporating all | 10:08:49 |
| 22 | the arguments that you have on the JDLA, all I'm caring | 10:08:51 |
| 23 | about is the time frame, though. | 10:08:53 |
| 24 | So after November 2015, did the protocol | 10:08:55 |
| 25 | that we've talked about, in general, that includes | 10:08:58 |

Page 47

Ex 2

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | backlog, forecasts, allocations, purchase orders, did | 10:09:01 |
| 2 | that general protocol continue? | 10:09:05 |
| 3 | A    That protocol was in place after that | 10:09:13 |
| 4 | period, yes. | 10:09:15 |
| 5 | Let me rephrase.  I don't under- -- the | 10:09:23 |
| 6 | word "protocol" could be defined many ways.  Those -- | 10:09:25 |
| 7 | that terminology was used -- the same terminology that | 10:09:28 |
| 8 | you mentioned was used in that time frame you're | 10:09:33 |
| 9 | talking about, time period you're talking about. | 10:09:36 |
| 10 | Q    Well, after November 2015, you still | 10:09:38 |
| 11 | submitted forecasts; correct? | 10:09:42 |
| 12 | A    After 2015, we submitted forecasts. | 10:09:46 |
| 13 | Q    After November 2015, the backlog concept | 10:09:49 |
| 14 | was still used; correct? | 10:09:53 |
| 15 | A    Backlog concept was used. | 10:09:54 |
| 16 | Q    After November 2015, Netlist continued to | 10:10:01 |
| 17 | use purchase orders in the order process; correct? | 10:10:05 |
| 18 | A    Netlist used purchase orders, correct. | 10:10:08 |
| 19 | Q    After November 2015, the concept of | 10:10:12 |
| 20 | allocation by Samsung continued to be employed? | 10:10:15 |
| 21 | A    That is Samsung's practice. | 10:10:18 |
| 22 | Q    That was employed after November 2015; | 10:10:23 |
| 23 | correct? | 10:10:25 |
| 24 | A    Again, it's a Samsung product, so you'd | 10:10:25 |
| 25 | have to have Samsung answer. | 10:10:27 |

Page  48

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q    But did you experience that or not? | 10:10:28 |
| 2 | A    I experienced nonfulfillment of my | 10:10:35 |
| 3 | requests, I don't know if it was related to Samsung's | 10:10:39 |
| 4 | allocation practice. | 10:10:42 |
| 5 | Q    We'll go through the emails. | 10:10:43 |
| 6 | So what you're saying is that you sit here | 10:10:45 |
| 7 | today, you're not aware of any point in time after | 10:10:48 |
| 8 | November 2015, where an allocation was provided by | 10:10:51 |
| 9 | Samsung to Netlist? | 10:10:57 |
| 10 | MR. LAMAGNA:   Form. | 10:10:59 |
| 11 | THE WITNESS:   The practice of allocation | 10:10:59 |
| 12 | for Samsung, you're -- again, you're talking about | 10:11:05 |
| 13 | Samsung practice. | 10:11:08 |
| 14 | BY MR. RHOW: | 10:11:09 |
| 15 | Q    Were you ever given an allocation of a | 10:11:10 |
| 16 | million dollars a month after November 2015? | 10:11:12 |
| 17 | A    Again, that is -- you'd have to ask | 10:11:22 |
| 18 | Samsung.   I was capped at what I could request at a | 10:11:25 |
| 19 | million dollars a month, I'll phrase it that way. | 10:11:28 |
| 20 | That's accurate. | 10:11:32 |
| 21 | Q    That's fine. | 10:11:32 |
| 22 | Do you consider that to be an allocation? | 10:11:33 |
| 23 | A    No. | 10:11:36 |
| 24 | Q    All right.   So you consider that to be a | 10:11:37 |
| 25 | cap? | 10:11:38 |

Page  49

| | | |
|---|---|---|
| 1 | A    Yes. | 10:11:39 |
| 2 | Q    All right.  So after November 2015, you | 10:11:39 |
| 3 | did experience the concept of monthly caps; correct? | 10:11:43 |
| 4 | A    In that time frame, after, I don't know | 10:11:52 |
| 5 | precisely when, but -- because I was told that we are | 10:11:55 |
| 6 | capped. | 10:12:04 |

```
 7          VIDEOGRAPHER MILLER:  Sorry to interrupt,      10:12:04

 8   Mr. Hong, can you not move the laptop so much.          10:12:06

 9          THE WITNESS:  I'm sorry.                         10:12:08

10          VIDEOGRAPHER MILLER:  It's making it --          10:12:11

11   it's okay, it happens.  Can you tilt it down for me a   10:12:11

12   little bit?                                             10:12:14

13          THE WITNESS:  Okay.                              10:12:14

14          VIDEOGRAPHER MILLER:  Thank you, and just        10:12:15

15   be aware not to shake it because it's making your head  10:12:16

16   go out of frame.  Thank you so much.                    10:12:18

17          THE WITNESS:  I have to move it so often         10:12:23

18   it just -- but, yeah, okay, I'll keep my hands off it.  10:12:24

19   BY MR. RHOW:                                            10:12:24

20      Q    No problem, yeah, it did look like you          10:12:24

21   were going through an earthquake there.                 10:12:27

22          So, as I understand it then, after              10:12:30

23   November 2015, and I accept your -- your use of cap --  10:12:32

24   you, Netlist was not allowed in some months to exceed a 10:12:35

25   certain amount of product.                              10:12:39
```

Page 50

Ex 2

| | | |
|---|---|---|
| 1 | BY MR. RHOW: | 10:14:49 |
| 2 | Q    I'm on paragraph four on -- | 10:14:49 |
| 3 | A    Number four? | 10:14:52 |
| 4 | Q    I'm sorry, let me finish, I'm on paragraph | 10:14:53 |
| 5 | four on page two. | 10:14:57 |
| 6 | A    Page two. | 10:14:59 |
| 7 |      You're going to have to tell me what | 10:15:17 |
| 8 | you're looking at. | 10:15:19 |
| 9 | Q    I'm just looking at paragraph four. | 10:15:20 |
| 10 |      Do you have that in front of you? | 10:15:22 |
| 11 | A    So you're looking at it after the number | 10:15:23 |
| 12 | four? | 10:15:25 |
| 13 | Q    Correct.  It's -- yeah, there are | 10:15:26 |
| 14 | paragraph numbers, paragraph four begins with "After | 10:15:31 |
| 15 | Netlist and Samsung entered." | 10:15:33 |
| 16 |      Do you see that? | 10:15:35 |
| 17 | A    Yes. | 10:15:35 |
| 18 | Q    Okay.  That's the paragraph I'm focused | 10:15:36 |
| 19 | on. | 10:15:38 |
| 20 | A    Okay. | 10:15:54 |
| 21 | Q    Okay.  And what you write in the second | 10:15:54 |
| 22 | half of paragraph four is (as read): | 10:15:55 |
| 23 |      Overall -- I'm just quoting -- our | 10:15:58 |
| 24 |      orders with and fulfillment by Samsung | 10:16:00 |
| 25 |      went smoothly and continued to increase | 10:16:03 |

Page 52

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | | rapidly throughout 2016 and into 2017. | 10:16:06 |
| 2 | | Do you see that? | 10:16:12 |
| 3 | A | Yes. | 10:16:12 |
| 4 | Q | So I take that at least during the time | 10:16:12 |
| 5 | frame mentioned in paragraph four, you believe Samsung | | | 10:16:15 |
| 6 | was abiding by its supply obligations? | | | 10:16:17 |
| 7 | | MR. LAMAGNA:   Form. | 10:16:23 |
| 8 | | THE WITNESS:   The support -- the answer -- | 10:16:23 |
| 9 | the -- the -- during that period, Samsung was | | | 10:16:35 |
| 10 | fulfilling orders, fulfilling our requests. | | | 10:16:39 |

```
11      BY MR. RHOW:                                    10:16:43

12          Q    And Netlist was happy at that point?    10:16:43

13          A    Happy?  I can't -- it has to be defined.  10:16:49

14          Q    That is a little generic for a company.  10:16:51

15               Netlist was satisfied with Samsung's    10:16:54

16      performance during the time frame you've indicated in  10:16:57

17      paragraph four?                                  10:17:00

18          A    There's -- not entirely, but the business  10:17:01

19      was -- Samsung was fulfilling to allow us to grow  10:17:09

20      some -- grow business.                           10:17:13

21          Q    Okay.  Now, during the time frame in 2016  10:17:14

22      into 2017, you still had a backlog; right?        10:17:18

23               (Phone interruption.)                    10:17:25

24               MR. RHOW:  Sorry about that.            10:17:28

25               THE WITNESS:  I'd have to see that to    10:17:29
```

Page 53

Ex 2

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | know -- to answer that question. | 10:17:31 |
| 2 | BY MR. RHOW: | 10:17:32 |
| 3 | Q    You're not aware of a backlog or you are | 10:17:32 |
| 4 | aware of a backlog? | 10:17:35 |
| 5 | A    I mean, it -- it -- it def- -- I'd have to | 10:17:37 |
| 6 | see what you're referencing. | 10:17:40 |
| 7 | If we issue a PO, you know, until they | 10:17:42 |
| 8 | deliver, it's on a -- it's -- it's backlog, right, so I | 10:17:49 |
| 9 | don't understand the term -- the term -- the definition | 10:17:50 |
| 10 | of backlog you're trying to reference here. | 10:17:53 |
| 11 | Q    I'm using -- whatever definition you | 10:17:58 |
| 12 | believe backlog means, that's the definition I'm using. | 10:17:59 |
| 13 | Use your own definition. | 10:18:03 |
| 14 | In 2016, was there or was there not a | 10:18:04 |
| 15 | backlog? | 10:18:07 |
| 16 | MR. LAMAGNA:  Form. | 10:18:08 |
| 17 | THE WITNESS:  So the definition I just | 10:18:09 |
| 18 | provided in terms of did -- was -- was Samsung -- was | 10:18:25 |
| 19 | there products that Samsung had yet not delivered after | 10:18:28 |
| 20 | issuance a PO, yes. | 10:18:33 |
| 21 | BY MR. RHOW: | 10:18:35 |
| 22 | Q    In 2016, Samsung rejected orders; correct? | 10:18:36 |
| 23 | A    I do not recall. | 10:18:39 |
| 24 | Q    In 2016, Netlist submitted requests for | 10:18:41 |
| 25 | product that were not always fulfilled; correct? | 10:18:50 |

Page 54

| | | |
|---|---|---|
| 1 | MR. LAMAGNA:  Form. | 10:18:56 |
| 2 | THE WITNESS:  Yes, there were instance -- | 10:18:56 |
| 3 | there were instances of nonfulfillment. | 10:19:00 |
| 4 | BY MR. RHOW: | 10:19:02 |
| 5 | Q    And that happened into 2017, as well; | 10:19:03 |
| 6 | correct? | 10:19:12 |
| 7 | A    I'd have to look at all the data, but I | 10:19:12 |
| 8 | can't answer that question.  Within that period, you're | 10:19:16 |
| 9 | talking about 2000- -- signing of the agreement of 2015 | 10:19:18 |
| 10 | to some period of 2017, there were items not fulfilled. | 10:19:25 |
| 11 | Q    Now, if you look at paragraph five, you | 10:19:31 |
| 12 | write that, and I'm paraphrasing, but around May 2017 | 10:19:37 |
| 13 | is when Samsung began suddenly to stop agreeing to | 10:19:40 |
| 14 | support our NAND and DRAM product requests. | 10:19:44 |
| 15 | Do you see that? | 10:19:54 |
| 16 | A    Yes, I see that. | 10:19:54 |
| 17 | Q    Now, for each of the months of 2017, do | 10:20:00 |
| 18 | you recall whether or not Netlist, in fact, got NAND | 10:20:07 |
| 19 | and DRAM products or not? | 10:20:12 |
| 20 | A    Specific -- | 10:20:15 |
| 21 | MR. LAMAGNA:  Form. | 10:20:15 |
| 22 | THE WITNESS:  I'd have -- what was the | 10:20:16 |
| 23 | question?  Months?  Portion of the months? | 10:20:20 |
| 24 | BY MR. RHOW: | 10:20:23 |
| 25 | Q    Based on your recollection-- | 10:20:24 |

Page 55

Ex 2

CONFIDENTIAL

```
 1        Q    So it would only be a one-off where you      10:45:35

 2   emailed first?                                          10:45:39

 3             MR. LAMAGNA:  Objection.  Form.               10:45:39

 4             THE WITNESS:  Obviously we -- we -- you       10:45:40

 5   know, we'd have to see if Samsung could support         10:45:57

 6   particular product or quantity, but we would --         10:46:00

 7   generally -- generally speaking on -- it's a one-off    10:46:06

 8   because we're talking about one deal on one particular  10:46:09

 9   product.                                                10:46:13

10   BY MR. RHOW:                                            10:46:13

11        Q    So separate and apart -- remove this email   10:46:13

12   from your -- from -- from the discussion right now, and 10:46:16

13   I'm asking more generally whether it's one-offs or in   10:46:18

14   connection with other products, was it the normal       10:46:22

15   practice for Netlist to first contact Samsung about     10:46:25

16   availability before issuing a PO?                       10:46:29

17        A    The normal practice would be we would        10:46:32

18   send -- we would send Samsung a -- a request for -- for 10:46:34

19   products, not -- not ask them for availability.         10:46:38

20        Q    And what would the -- what was the form of    10:46:43

21   the request?                                            10:46:45

22        A    I believe you -- you know, the word           10:46:46

23   "forecast" has been used, but the forecast is actually  10:46:51

24   the request.                                            10:46:54

25        Q    And the forecast is sent to Samsung, and     10:46:54
```

Page 61

Ex 2

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | then Samsung would then respond as to what is available | 10:46:58 |
| 2 | or not available? | 10:47:01 |
| 3 | A    Or what they can -- not -- not that -- | 10:47:02 |
| 4 | that is not right.  It's out of context.  What they can | 10:47:05 |
| 5 | support. | 10:47:09 |
| 6 | Q    And then depending on what Samsung can | 10:47:10 |
| 7 | support, POs are then issued? | 10:47:12 |
| 8 | A    I would say in most -- in most cases, we | 10:47:17 |
| 9 | would issue POs on what Samsung could support. | 10:47:21 |
| 10 | Q    And that was the practice after 2015; | 10:47:25 |
| 11 | correct? | 10:47:31 |
| 12 | A    Yes.  Yes, that was the practice after | 10:47:31 |
| 13 | 2000- -- 2000- -- November 2015, that was common | 10:47:35 |
| 14 | practice, yes. | 10:47:38 |
| 15 | Q    Was that also the practice before 2000- -- | 10:47:38 |
| 16 | November 2015? | 10:47:41 |
| 17 | A    The -- the signing of the JDLA changed how | 10:47:43 |
| 18 | we did things a bit, but I cannot recall exactly | 10:47:49 |
| 19 | every -- every purchase that we did before 2015 and how | 10:47:55 |
| 20 | we -- how we -- how we processed them. | 10:47:59 |
| 21 | Q    All right.  Let's go to what we'll mark as | 10:48:03 |
| 22 | Exhibit 46. | 10:48:07 |
| 23 | And, Kate, this is tab eight. | 10:48:10 |
| 24 | A    Okay. | 10:48:55 |
| 25 | (Deposition Exhibit 46 was marked | 10:48:55 |

Page 62

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | members. | 11:24:48 |
| 2 | Q    Do you recall receiving from Samsung in | 11:24:49 |
| 3 | the 2016 time frame, whether written or oral, reports | 11:24:53 |
| 4 | about the availability of products in the market? | 11:24:58 |
| 5 | A    I -- I -- I don't recall. | 11:25:05 |
| 6 | Q    The marketing updates that you said | 11:25:08 |
| 7 | Samsung gave to you when they visited you, what were | 11:25:14 |
| 8 | those? | 11:25:17 |
| 9 | A    Basic -- basically we'd have a -- we'd | 11:25:18 |
| 10 | have a -- we'd review the Samsung roadmaps, the product | 11:25:23 |
| 11 | roadmaps, sorry, to be more precise, and general -- | 11:25:30 |
| 12 | general trends of -- of the market in terms of they | 11:25:38 |
| 13 | would have to meet -- in terms of -- because it, you | 11:25:41 |
| 14 | know, it determine pricing. | 11:25:45 |
| 15 | Q    Okay.  Now, your email in response to | 11:25:48 |
| 16 | Mr. Knuth's email indicates, quote (as read): | 11:25:51 |
| 17 |            I know what you messaged was my | 11:25:53 |
| 18 |            fault. | 11:25:57 |
| 19 |            And do you recall what he had messaged? | 11:25:57 |
| 20 | A    Do not recall. | 11:26:03 |
| 21 | Q    Do you recall if he had messaged, you | 11:26:04 |
| 22 | know, some sort of limited availability? | 11:26:07 |
| 23 | A    I -- I cannot recall. | 11:26:18 |
| 24 | Q    And you write here "it was my fault," and | 11:26:20 |
| 25 | I'm not trying to, you know, overfocus on that, but do | 11:26:21 |

Page 88

Ex 2

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | you recall why you were writing it was your fault, and | 11:26:26 |
| 2 | if you want to read the rest of the paragraph, feel | 11:26:28 |
| 3 | free, I just want to know what you meant by that. | 11:26:31 |
| 4 | A      So tenor of -- or the position you have to | 11:26:37 |
| 5 | take with dealing with Neal Knuth at Samsung. | 11:26:41 |
| 6 | Q      I'm sorry, I didn't understand the answer. | 11:26:47 |
| 7 | Is that what -- | 11:26:49 |
| 8 | A      It's sort of -- the -- you have to take | 11:26:51 |
| 9 | sort of a -- this is a stance you would take -- | 11:26:55 |
| 10 | generally take with Neal Knuth, dealing with Neal | 11:26:58 |
| 11 | Knuth. | 11:27:02 |
| 12 | Q      You mean -- | 11:27:02 |
| 13 | A      I don't know the exact what I would be at | 11:27:03 |
| 14 | fault for. | 11:27:04 |
| 15 | Q      All right.  But let me focus on the other | 11:27:05 |
| 16 | part you said. | 11:27:09 |
| 17 | Is it -- you said because you were dealing | 11:27:11 |
| 18 | with Mr. Knuth, you believed that accepting fault was | 11:27:13 |
| 19 | the proper road to go here? | 11:27:16 |
| 20 | A      To get his help in cases like this, you | 11:27:17 |
| 21 | would -- yes, yes, the answer's yes. | 11:27:22 |
| 22 | Q      And why would you need Mr. Knuth's help in | 11:27:26 |
| 23 | cases like this? | 11:27:29 |
| 24 | A      Because he's the Samsung sales rep. | 11:27:30 |
| 25 | Q      But what are you asking him to do here | 11:27:33 |

Page 89

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | support it fractionally, you'd have to, yes, try to get | 11:29:48 |
| 2 | on their good side to get that fraction to be a little | 11:29:52 |
| 3 | bit higher. | 11:29:55 |
| 4 | Q     Okay.  I'm going to move on. | 11:29:58 |
| 5 | Next document is marked as Exhibit 50, | 11:30:08 |
| 6 | this is tab 13, it's a February 6, 2020, email chain. | 11:30:10 |
| 7 | Tell me when you have it. | 11:30:43 |
| 8 | A     Okay.  I have the email -- I have the | 11:30:59 |
| 9 | document. | 11:31:01 |
| 10 | (Deposition Exhibit 50 was marked | 11:31:01 |
| 11 | for identification and is attached | 11:31:01 |
| 12 | hereto.) | 11:31:01 |
| 13 | BY MR. RHOW: | 11:31:01 |
| 14 | Q     And I am on the second page of the | 11:31:02 |
| 15 | document, the bottom email from Neal Knuth to Alex Chen | 11:31:05 |
| 16 | and yourself, among others, February 1, 2020, at | 11:31:10 |
| 17 | 1:30 a.m. | 11:31:15 |
| 18 | Do you see that email? | 11:31:19 |
| 19 | A     Okay.  Yes, I see that email. | 11:31:21 |
| 20 | Q     Okay.  And, in this email, Mr. Knuth | 11:31:26 |
| 21 | writes (as read): | 11:31:29 |
| 22 | Please note, I do not have current | 11:31:30 |
| 23 | product allocation to support, but will | 11:31:33 |
| 24 | make best effort to support as below.  I | 11:31:36 |
| 25 | cannot guarantee as the market is very | 11:31:39 |

Page 91

Ex 2

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | | difficult, period, end quote. | 11:31:41 |
| 2 | | Do you see that? | 11:31:45 |
| 3 | A | Yes. | 11:31:45 |
| 4 | Q | Did you view Mr. Knuth's position here as | 11:31:45 |
| 5 | a breach of the contract? | | 11:31:50 |
| 6 | | MR. LAMAGNA:  Objection.  Form. | 11:31:53 |
| 7 | | THE WITNESS:  I can't answer your question | 11:32:01 |
| 8 | regarding breach, but I -- I regard this as | | 11:32:03 |
| 9 | nonfulfillment. | | 11:32:05 |
| 10 | BY MR. RHOW: | | 11:32:06 |
| 11 | Q | Okay.  And was it unusual for Mr. Knuth to | 11:32:06 |
| 12 | indicate there were product allocation issues? | | 11:32:11 |
| 13 | A | You're asking me if it was unusual for him | 11:32:19 |
| 14 | to -- what was it again?  I'm sorry. | | 11:32:22 |
| 15 | Q | Was it unusual for Mr. Knuth to mention | 11:32:24 |
| 16 | product allocation issues? | | 11:32:27 |
| 17 | A | He would mention it in times of | 11:32:34 |
| 18 | nonfulfillment. | | 11:32:36 |
| 19 | Q | And was it unusual for Mr. Knuth to | 11:32:41 |
| 20 | mention that he cannot guarantee fulfillment because | | 11:32:45 |
| 21 | the overall market was difficult? | | 11:32:48 |
| 22 | A | He would mention -- he would mention | 11:32:55 |
| 23 | market difficulties in times of nonfulfillment. | | 11:32:57 |
| 24 | Q | Now, at the top of the email, which is -- | 11:33:01 |
| 25 | we're at -- this is Exhibit 50 -- | | 11:33:16 |

Page 92

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | | I'm looking at Kate, Exhibit 50, okay. | 11:33:18 |
| 2 | | You see that Alex issues revised POs. | 11:33:26 |
| 3 | | Do you see that? | 11:33:46 |
| 4 | A | When he writes we will place a PO, I don't | 11:33:46 |
| 5 | | under- -- I don't see the word revised anywhere. | 11:33:51 |
| 6 | Q | I'm at the -- I'm at the top of | 11:33:53 |
| 7 | | Exhibit 50 -- | 11:33:55 |
| 8 | | (Telephone interruption.) | 11:33:56 |
| 9 | | BY MR. RHOW: | 11:33:56 |
| 10 | Q | Sorry about that. | 11:33:58 |
| 11 | | I'm at the top of Exhibit 50, first page, | 11:33:59 |
| 12 | | it says (as read): | 11:34:02 |
| 13 | | Hi Neal, | 11:34:03 |
| 14 | | Revised all open PO with new price. | 11:34:03 |
| 15 | | And add four new PO. | 11:34:05 |
| 16 | | Do you see that? | 11:34:06 |
| 17 | A | Yes. | 11:34:06 |
| 18 | Q | And so was that typical practice, which is | 11:34:06 |
| 19 | | after Neal Knuth has indicated limited supply, that | 11:34:11 |
| 20 | | Netlist would then submit POs to reflect that limited | 11:34:17 |
| 21 | | supply? | 11:34:21 |
| 22 | A | We would submit POs for whatever Samsung | 11:34:33 |
| 23 | | told us they could support, but it's still a fraction | 11:34:35 |
| 24 | | of our request.  To get parts, you have to issue a PO. | 11:34:38 |
| 25 | | VIDEOGRAPHER MILLER:  Counsel, pardon the | 11:34:45 |

Page 93

Ex 2

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | interruption, can I have the witness please tilt down | 11:34:48 |
| 2 | their camera, and just be aware not to cut off your | 11:34:51 |
| 3 | mouth or just be more in the frame more.  Thank you so | 11:34:51 |
| 4 | much. | 11:34:54 |
| 5 | THE WITNESS:  Okay. | 11:34:55 |
| 6 | Sorry, did -- did I answer the question? | 11:34:56 |
| 7 | BY MR. RHOW: | 11:34:57 |
| 8 | Q      You did.  You did, I appreciate it. | 11:34:58 |
| 9 | A      There's many parts on this, just this | 11:35:19 |
| 10 | thing that is lack of fulfilling, or lack of | 11:35:21 |
| 11 | fulfillment.  Accepting a PO, having to revise pricing, | 11:35:24 |
| 12 | you know, changing quantities based on what they -- | 11:35:29 |
| 13 | they tell us, those are, in my opinion, lack of | 11:35:31 |
| 14 | fulfillment. | 11:35:37 |
| 15 | Q      That was also common practice; right? | 11:35:37 |
| 16 | A      Yes, Samsung did not fulfill. | 11:35:39 |
| 17 | Q      No, I'm talking about the revised POs, | 11:35:43 |
| 18 | based on availability, as you just testified, that was | 11:35:46 |
| 19 | done over and over again? | 11:35:49 |
| 20 | A      Yes, that was common practice in our -- in | 11:35:52 |
| 21 | our dealings. | 11:35:57 |
| 22 | Q      All right.  Let's go now to tab 14, sorry, | 11:35:57 |
| 23 | that's Exhibit 51. | 11:36:02 |
| 24 | MR. LAMAGNA:  How long have we been on the | 11:36:05 |
| 25 | record for this session?  I didn't check my watch. | 11:36:06 |

Page 94

| | | |
|---|---|---|
| 1 | don't think that it's -- it's our product because | 14:12:43 |
| 2 | they're -- they're fulfilling -- likely fulfilling a | 14:12:48 |
| 3 | PO, I believe that that's a PO underneath that, so I'd | 14:12:52 |
| 4 | have to take a look at this, but I read the email, I | 14:12:57 |
| 5 | was out of town, I don't -- I -- this -- if this | 14:13:01 |
| 6 | happened here, it does -- this is a one-off. | 14:13:10 |
| 7 | BY MR. RHOW: | 14:13:14 |
| 8 | Q    Okay.  So what do you think, when you say | 14:13:16 |
| 9 | "if this happened here," what is the "this"? | 14:13:19 |
| 10 | A    Reading his email, he shipped it somewhere | 14:13:21 |
| 11 | else. | 14:13:24 |
| 12 | Q    Well, and also, the other thing that | 14:13:24 |
| 13 | happened is Steven, who is your employee; right? | 14:13:26 |
| 14 | A    Yes. | 14:13:29 |
| 15 | Q    Steven Yu is a Netlist employee; correct? | 14:13:30 |
| 16 | A    He works for me, yes.  He works for me. | 14:13:33 |
| 17 | Q    And he is telling Neal it is okay to | 14:13:35 |
| 18 | reallocate; correct? | 14:13:39 |
| 19 | A    That's -- that's what he's writing in | 14:13:42 |
| 20 | his -- that is what he wrote, yes. | 14:13:46 |
| 21 | Q    And he is writing that in connection with | 14:13:48 |
| 22 | the fact that Netlist is over its credit limit by | 14:13:50 |
| 23 | 34,000; is that fair? | 14:13:57 |
| 24 | A    That's the context -- yeah, the email | 14:14:00 |
| 25 | trail reflects that. | 14:14:03 |

Page 142

Ex 2

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that there had been with a few fulfillment issues. | 15:30:10 |
| 2 | BY MR. RHOW: | 15:30:16 |
| 3 |     Q    I thought we already went through your | 15:30:16 |
| 4 | declaration where you said throughout 2015, throughout | 15:30:18 |
| 5 | 2016, and into 2017, the order process was going | 15:30:21 |
| 6 | smoothly. | 15:30:26 |
| 7 |     Is your declaration accurate?  Not | 15:30:27 |
| 8 | accurate? | 15:30:29 |
| 9 |     MR. LAMAGNA:  Objection.  Form. | 15:30:30 |
| 10 |     THE WITNESS:  So 2015 -- what period? | 15:30:36 |
| 11 | After the JDLA? | 15:30:38 |
| 12 | BY MR. RHOW: | 15:30:39 |
| 13 |     Q    Correct. | 15:30:40 |
| 14 |     A    There were -- there were incidents of | 15:30:40 |
| 15 | fulfillment issues. | 15:30:42 |
| 16 |     Q    So is the statement that I just stated | 15:30:43 |
| 17 | true or not true?  And -- I just want to make sure I'm | 15:30:50 |
| 18 | right here. | 15:30:52 |
| 19 |     MR. LAMAGNA:  Form. | 15:30:53 |
| 20 | BY MR. RHOW: | 15:31:14 |
| 21 |     Q    (As read): | 15:31:14 |
| 22 |     Netlist orders with and fulfillment | 15:31:14 |
| 23 |     by Samsung went smoothly and continued to | 15:31:18 |
| 24 |     increase rapidly throughout 2016 and into | 15:31:21 |
| 25 |     2017. | 15:31:25 |

Page 183

| | | |
|---|---|---|
| 1 | Is that a true or false statement? | 15:31:25 |
| 2 | MR. LAMAGNA:  Form. | 15:31:27 |
| 3 | THE WITNESS:  Read that -- read that | 15:31:28 |
| 4 | again, sir. | 15:31:36 |
| 5 | MR. RHOW:  Madam Court Reporter, if you | 15:31:36 |
| 6 | could read that again, please. | 15:31:37 |
| 7 | (Record read as follows: | 15:31:37 |
| 8 | "Q    Netlist orders with and | 15:31:14 |
| 9 | fulfillment by Samsung went smoothly and | 15:31:16 |
| 10 | continued to increase rapidly throughout | 15:31:19 |
| 11 | 2016 and into 2017. | 15:31:23 |
| 12 | Is that a true or false statement?") | 15:31:25 |
| 13 | MR. RHOW:  Let me correct that, it's into | 15:32:02 |
| 14 | 2017, sorry. | 15:32:06 |
| 15 | MR. LAMAGNA:  Form. | 15:32:10 |
| 16 | THE REPORTER:  That's probably my fault, | 15:32:12 |
| 17 | sorry. | 15:32:14 |
| 18 | THE WITNESS:  The general -- general -- | 15:32:29 |
| 19 | that statement in general is -- is -- is correct, other | 15:32:31 |
| 20 | than there were a few incidents of fulfillment issues. | 15:32:37 |
| 21 | BY MR. RHOW: | 15:32:42 |
| 22 | Q    Okay.  And going back to the PowerPoint, | 15:32:42 |
| 23 | at the top of the document, it says "New Partner Type." | 15:32:44 |
| 24 | Do you know what is meant by that? | 15:32:48 |
| 25 | A    Do not know. | 15:32:50 |

Page 184

Ex 2

CONFIDENTIAL

```
 1        Q     Okay.  We're moving on to something else.    15:32:51

 2              I want to show you, I'm loath to show you,    15:33:07

 3   but I'm going to show you a 10K, I hope it doesn't       15:33:09

 4   devolve.  And let's pull up, as next in order 61, tab    15:33:14

 5   70, so it's Exhibit 60, internal reference tab 70.       15:33:30

 6        A     I'm sorry, what was the exhibit number        15:34:00

 7   again?                                                   15:34:02

 8        Q     This is Exhibit 61.                           15:34:03

 9        A     61.  Okay.                                    15:34:10

10              (Deposition Exhibit 61 was marked             15:34:10

11              for identification and is attached            15:34:10

12              hereto.)                                      15:34:10

13   BY MR. RHOW:                                             15:34:10

14        Q     And -- first of all, do you -- are you        15:34:36

15   part of the team at Netlist that will review 10Ks for    15:34:36

16   accuracy?                                                15:34:44

17              MR. LAMAGNA:  Objection.  Form.               15:34:44

18              THE WITNESS:  I am part of -- I am part of     15:34:45

19   the team.                                                15:34:48

20   BY MR. RHOW:                                             15:34:48

21        Q     And so do you review the entirety of the      15:34:48

22   10K or just portions of it?                              15:34:52

23        A     Just portions of it.                          15:34:53

24        Q     And do you review the portions that relate    15:34:54

25   to supply?                                               15:34:59
```

Page 185

Ex 2

| | | |
|---|---|---|
| 1 | A    Yes. | 15:35:00 |
| 2 | Q    All right.  Let's turn to -- I don't have | 15:35:00 |
| 3 | a Bates number on this it's F 36 of the document, all I | 15:35:02 |
| 4 | can tell you, Mr. Hong, is it's on the back under notes | 15:35:06 |
| 5 | to the consolidated financial statements, so you have | 15:35:09 |
| 6 | to scroll, scroll, scroll, and you'll get to F 36 at | 15:35:11 |
| 7 | some point, it's at the bottom in the middle of the | 15:35:15 |
| 8 | page. | 15:35:18 |
| 9 | A    At the bottom of the document? | 15:35:18 |
| 10 | Q    If you look at the document in the middle | 15:35:20 |
| 11 | of the page at the bottom, there's page numbers.  Now, | 15:35:27 |
| 12 | the initial page numbers do not have a letter in front | 15:35:28 |
| 13 | of it, but as you get to the back half of the document, | 15:35:32 |
| 14 | you'll see page numbers with an F in front of it. | 15:35:34 |
| 15 | A    Okay. | 15:35:38 |
| 16 | Q    I'm on F 36. | 15:35:39 |
| 17 | A    I'm on F 36. | 15:35:59 |
| 18 | Q    Oh, perfect.  Okay.  So I -- I'm assuming | 15:36:01 |
| 19 | from the percentages, if you look at F 36, there's a | 15:36:06 |
| 20 | supplier A, supplier B.  Supplier A supplied 60 percent | 15:36:11 |
| 21 | in 2017. | 15:36:14 |
| 22 | That supplier -- is that supplier a | 15:36:15 |
| 23 | Samsung? | 15:36:20 |
| 24 | MR. LAMAGNA:  Objection.  Form. | 15:36:27 |
| 25 | THE WITNESS:  So the middle of the page | 15:36:31 |

Page 186

| | | |
|---|---|---|
| 1 | where it says year ended and supplier A and supplier B? | 15:36:32 |
| 2 | BY MR. RHOW: | 15:36:36 |
| 3 | Q    Correct. | 15:36:36 |
| 4 | A    I'm not certain. | 15:36:51 |
| 5 | Q    By the way, the other -- the percentage to | 15:36:52 |
| 6 | the right is year end 2016, if you look at that, that | 15:36:59 |
| 7 | says 73 percent. | 15:37:04 |
| 8 | Do you see that? | 15:37:06 |
| 9 | A    Yes. | 15:37:06 |
| 10 | Q    So do you know of who your number one | 15:37:06 |
| 11 | supplier was in 2016? | 15:37:08 |
| 12 | MR. LAMAGNA:  Form. | 15:37:16 |
| 13 | THE WITNESS:  I -- I -- I do not know. | 15:37:17 |
| 14 | BY MR. RHOW: | 15:37:22 |
| 15 | Q    Because I thought you told me earlier that | 15:37:22 |
| 16 | it was Samsung. | 15:37:26 |
| 17 | A    2016.  This is '17. | 15:37:33 |
| 18 | Q    And let me try to retrace because I'm | 15:37:58 |
| 19 | really trying to just figure out who it is, it's not a | 15:37:58 |
| 20 | trick question. | 15:38:01 |
| 21 | My understanding of this note, it's notes | 15:38:01 |
| 22 | to a financial statement, if you look at the two | 15:38:03 |
| 23 | suppliers, the asterisk means supplier B is less than | 15:38:06 |
| 24 | 10 percent in 2016, supplier A is 73 percent. | 15:38:09 |
| 25 | So if you're earlier testimony is accurate | 15:38:13 |

Page 187

| | | |
|---|---|---|
| 1 | that Samsung was the number one supplier, I was putting | 15:38:16 |
| 2 | two and two together, and that's why I'm asking you: | 15:38:21 |
| 3 | Do you believe, based on your earlier testimony, that | 15:38:26 |
| 4 | supplier A is Samsung? | 15:38:27 |
| 5 | A    I believe so. | 15:38:34 |
| 6 | Q    All right.  And that helps me because that | 15:38:35 |
| 7 | saves a bunch of questioning because if you -- then I | 15:38:37 |
| 8 | can trace, not that you care, but then I can trace the | 15:38:41 |
| 9 | suppliers in subsequent years, so that actually saves a | 15:38:45 |
| 10 | bunch of questions. | 15:38:48 |
| 11 | Assuming that supplier A is Samsung on | 15:38:49 |
| 12 | this document, and it supplied 60 percent in 2017, do | 15:38:54 |
| 13 | you know who supplier B was in 2017 with that as a data | 15:38:59 |
| 14 | point? | 15:39:03 |
| 15 | A    I would not know precisely who number two | 15:39:03 |
| 16 | would be. | 15:39:12 |
| 17 | Q    Yeah, I'll be honest, it's hard to tell | 15:39:12 |
| 18 | from the 10K, so I -- it's kind of -- I was trying to | 15:39:17 |
| 19 | piece it together. | 15:39:19 |
| 20 | All right.  Let's go to, different | 15:39:24 |
| 21 | document, and this is -- we'll mark this as -- hang on, | 15:40:04 |
| 22 | Exhibit 62. | 15:40:40 |
| 23 | Kate, internal reference is tab 71. | 15:40:40 |
| 24 | Mr. Hong, let me know when that pulls up. | 15:40:56 |
| 25 | A    71? | 15:40:59 |

Page 188

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | order -- is it 63?  Okay.  Let's mark as Exhibit 63. | 15:49:09 |
| 2 | For internal reference it's tab 39 -- I'm | 15:49:15 |
| 3 | sorry, I'm sorry, I'm sorry, we're marking as 63, for | 15:49:21 |
| 4 | internal reference, what is tab 35. | 15:49:28 |
| 5 | A    There's so many PDFs.  45 means what? | 15:49:38 |
| 6 | Q    No, it's Exhibit 63, I apologize. | 15:49:42 |
| 7 | A    Okay.  Okay. | 15:49:45 |
| 8 | (Deposition Exhibit 63 was marked | 15:50:21 |
| 9 | for identification and is attached | 15:50:21 |
| 10 | hereto.) | 15:50:21 |
| 11 | BY MR. RHOW: | 15:50:21 |
| 12 | Q    And let me first ask you:  Are you | 15:50:21 |
| 13 | familiar with this PowerPoint that appears to have been | 15:50:24 |
| 14 | presented sometime in June of 2017? | 15:50:28 |
| 15 | A    I'd have to see the PowerPoint to answer | 15:50:34 |
| 16 | that question. | 15:50:35 |
| 17 | MR. LAMAGNA:  Form. | 15:50:37 |
| 18 | BY MR. RHOW: | 15:50:37 |
| 19 | Q    Let's go to the next page and you'll see | 15:50:38 |
| 20 | the PowerPoint. | 15:50:40 |
| 21 | A    I'm familiar with this PowerPoint. | 15:51:01 |
| 22 | Q    You are? | 15:51:03 |
| 23 | A    Yes. | 15:51:04 |
| 24 | Q    And what was the purpose of the | 15:51:04 |
| 25 | PowerPoint, if you recall? | 15:51:06 |

Page 194

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | A | I believe it's -- I believe it's to try to | 15:51:17 |
| 2 | | resolve this zero allocation message, zero | 15:51:21 |
| 3 | | allocation -- not message, but policy that Samsung | 15:51:26 |
| 4 | | decided to enforce on Netlist. | 15:51:32 |
| 5 | Q | Okay.  Now, I want to focus on a product | 15:51:35 |
| 6 | | called eMMC. | 15:51:47 |
| 7 | A | Okay. | 15:51:49 |
| 8 | Q | Have you heard of that product? | 15:51:49 |
| 9 | A | I've heard of the product. | 15:51:51 |
| 10 | Q | And do you recall that Netlist issued | 15:51:53 |
| 11 | | purchase orders for eMMC product in 2017? | 15:52:00 |
| 12 | A | I recall purchase orders for eMMC product. | 15:52:19 |
| 13 | Q | Do you recall the size of the overall eMMC | 15:52:21 |
| 14 | | requests in the first half of 2017? | 15:52:24 |
| 15 | A | No, I do not -- I do not know the size. | 15:52:29 |
| 16 | Q | All right.  Let's -- let's go to NL 91. | 15:52:31 |
| 17 | A | Okay. | 15:53:06 |
| 18 | Q | And, in looking at that particular | 15:53:06 |
| 19 | | PowerPoint page, do you recall why that was prepared? | 15:53:10 |
| 20 | A | I believe we believed that the price of | 15:53:25 |
| 21 | | the eMMC that Samsung was offering us was not | 15:53:34 |
| 22 | | competitive. | 15:53:38 |
| 23 | Q | And you're requesting a purchase price | 15:53:38 |
| 24 | | adjustment? | 15:53:47 |
| 25 | A | Per the bullet point, yes. | 15:53:48 |

Page 195

Ex 2

| | | |
|---|---|---|
| 1 | Q     And was that adjustment provided? | 15:53:49 |
| 2 | A     I -- my recollection is no, but I -- I am | 15:53:55 |
| 3 | not a hundred percent certain. | 15:53:58 |
| 4 | Q     As a result of the failure to lower the | 15:54:00 |
| 5 | purchase price, did Netlist cancel purchase orders | 15:54:04 |
| 6 | relating to eMMC? | 15:54:09 |
| 7 | MR. LAMAGNA:  Form. | 15:54:10 |
| 8 | THE WITNESS:  I believe we por- -- we | 15:54:10 |
| 9 | cancelled portions of the eMMC, I do not know the | 15:54:26 |
| 10 | details. | 15:54:28 |
| 11 | BY MR. RHOW: | 15:54:28 |
| 12 | Q     Do you recall the size of the orders that | 15:54:32 |
| 13 | Netlist cancelled? | 15:54:34 |
| 14 | A     Do not know the details. | 15:54:35 |
| 15 | Q     Do you have any estimate if it was over | 15:54:37 |
| 16 | $10 million? | 15:54:39 |
| 17 | MR. LAMAGNA:  Form. | 15:54:40 |
| 18 | THE WITNESS:  No, no, I do not have -- I | 15:54:40 |
| 19 | do not know the estimate or the -- the -- yeah, the | 15:54:43 |
| 20 | info -- I did not know -- I do not know the answer to | 15:54:47 |
| 21 | that question. | 15:54:51 |
| 22 | BY MR. RHOW: | 15:54:51 |
| 23 | Q     Do you know if it was over a million | 15:54:52 |
| 24 | dollars worth of product? | 15:54:54 |
| 25 | MR. LAMAGNA:  Form. | 15:54:55 |

Page 196

Ex 2

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A     I know you don't want me to guess, but, | 16:06:58 |
| 2 | yeah, I -- I -- it's possible, yeah, they're -- they | 16:07:11 |
| 3 | were in the top suppliers. | 16:07:16 |
| 4 | Q     And that remained true even after the JDLA | 16:07:17 |
| 5 | was signed, to use your terminology, they were still | 16:07:23 |
| 6 | one of the top suppliers, without knowing the | 16:07:29 |
| 7 | specifics? | 16:07:31 |
| 8 | MR. LAMAGNA:  Form. | 16:07:31 |
| 9 | THE WITNESS:  Yeah, I would need to know | 16:07:32 |
| 10 | the specifics because things change at our company | 16:07:34 |
| 11 | pretty -- you know, through those years. | 16:07:36 |
| 12 | BY MR. RHOW: | 16:07:40 |
| 13 | Q     Withdraw.  Let me withdraw it, and I'll | 16:07:40 |
| 14 | just ask it, if you don't know, it's perfectly fine. | 16:07:43 |
| 15 | So after the JDLA was signed, was SK hynix | 16:07:46 |
| 16 | a top supplier of NAND and DRAM? | 16:07:48 |
| 17 | MR. LAMAGNA:  Form. | 16:07:54 |
| 18 | THE WITNESS:  I'd have to look at the | 16:07:54 |
| 19 | records. | 16:07:56 |
| 20 | BY MR. RHOW: | 16:07:56 |
| 21 | Q     Okay.  Let me ask you a more general | 16:07:57 |
| 22 | question. | |
| 23 | When I use the phrase "spot market" for | |
| 24 | DRAM and NAND, do you know what I'm talking about? | |
| 25 | A     I don't know what your definition of it | |

Page 205

Ex 2

CONFIDENTIAL

```
 1    is, but I -- yeah, the terminology "spot market," I      16:08:41
 2    know.                                                     16:08:41
 3         Q       And what does -- what does that mean to      16:08:41
 4    you?                                                      16:08:42
 5         A       It's sort of -- to me, I don't know the --   16:08:42
 6    to -- my definition is it's sort of like the mercantile  16:09:07
 7    exchange where it's -- you know, it's the -- it's the    16:09:00
 8    market where you're -- buy and sell components.          16:09:03
 9         Q       Like an eBay for chips?                      16:09:08
10         A       No, I wouldn't classify it as an eBay.       16:09:11
11         Q       When you say "mercantile exchange,"          16:09:21
12    because I'm not familiar with that, I went for the       16:09:21
13    simple shorthand, but when you say "mercantile           16:09:21
14    exchange," can you tell me what you mean by that?        16:09:28
15         A       It's where -- it's a business that           16:09:29
16    under -- you know, it's where you can buy -- where you   16:09:32
17    could buy components and products back and forth from    16:09:36
18    suppliers and -- and customers.                          16:09:42
19         Q       On the spot market, could you buy Samsung    16:09:44
20    NAND and DRAM?                                            16:09:49
21         A       You can buy, but there are many -- there     16:09:54
22    could be many differences.                               16:09:57
23         Q       Okay.  And you are buying, in this spot      16:09:59
24    market, the chips from another supplier who bought       16:10:04
25    those chips from Samsung?                                 16:10:08
```

                                                        Page 206

Veritext Legal Solutions
866 299-5127

107

Ex 2

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A    No, you do not know. | 16:10:11 |
| 2 | Q    And how does the market set the prices for | 16:10:13 |
| 3 | those chips, if you know? | 16:10:17 |
| 4 | A    By -- it's by supply and demand, basically | 16:10:24 |
| 5 | where -- how they buy the chips, they try to mark it | 16:10:28 |
| 6 | up, and that's -- you know, the price -- that's how the | 16:10:31 |
| 7 | price gets determined, right, so -- | 16:10:34 |
| 8 | Q    Is the price in the spot market typically | 16:10:36 |
| 9 | higher or lower than buying it directly from Samsung? | 16:10:38 |
| 10 | A    Spot market is generally higher. | 16:10:42 |
| 11 | Q    And generally speaking, how much higher, | 16:10:48 |
| 12 | if you know? | 16:10:51 |
| 13 | A    Maybe 10 to 25 percent range higher. | 16:10:52 |
| 14 | Q    And what are the variables that affect how | 16:11:01 |
| 15 | much higher it might be? | 16:11:05 |
| 16 | A    If you're trying to find a very, like, a | 16:11:08 |
| 17 | legacy type end of life type component, you may pay a | 16:11:12 |
| 18 | lot.  You're paying for a part that is more readily | 16:11:20 |
| 19 | available than the -- the -- the -- you may not be | 16:11:23 |
| 20 | paying a lot. | 16:11:27 |
| 21 | Q    And were there instances between 2015 and | 16:11:29 |
| 22 | 2020 that Netlist purchased Samsung DRAM or NAND in the | 16:11:38 |
| 23 | spot market? | 16:11:44 |
| 24 | A    Yes, there are -- we did purchase DRAM -- | 16:11:51 |
| 25 | Samsung DRAM and NAND products in the spot market. | 16:11:56 |

Page 207

Ex 2

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q      Can you let me know, do you know what | 16:12:00 |
| 2 | volume you purchased on a monthly basis? | 16:12:03 |
| 3 | A      I don't know the volume. | 16:12:05 |
| 4 | And then, you know, there's many | 16:12:08 |
| 5 | definitions, I don't know what you're defining as a | 16:12:10 |
| 6 | spot market or a customer or a supplier in the spot | 16:12:13 |
| 7 | market, so there are companies that we buy and sell | 16:12:16 |
| 8 | from that are authorized -- authorized distributors of | 16:12:21 |
| 9 | Samsung, be it in Asia or in Europe, or even in the | 16:12:25 |
| 10 | U.S. | 16:12:29 |
| 11 | So do you consider that spot market?  I | 16:12:29 |
| 12 | don't know. | 16:12:36 |
| 13 | So -- so based on your definition, I -- | 16:12:36 |
| 14 | I -- and really I don't have the numbers, but I cannot | 16:12:40 |
| 15 | answer that question. | 16:12:44 |
| 16 | Q      That makes sense. | 16:12:45 |
| 17 | MR. LAMAGNA:  Before we turn to a new | 16:12:46 |
| 18 | exhibit, can we take a break, I mean, you can finish | 16:12:47 |
| 19 | this line, I just want to run to the restroom soon. | 16:12:49 |
| 20 | MR. RHOW:  Okay.  I think this will be | 16:12:52 |
| 21 | quick and maybe you can even talk about -- you can even | 16:12:53 |
| 22 | think about it after we take the break, you know, once | 16:12:56 |
| 23 | we take the break, but the question I'm going to ask | 16:12:59 |
| 24 | is: | 16:13:02 |
| 25 | ///                                    /// | |

Page  208

Ex 2

CONFIDENTIAL

```
1                          DECLARATION
2

3

4            I, PAIK KI HONG, hereby declare that I am
5      the deponent in the within matter; that I have read the
6      foregoing deposition and know the contents thereof, and
7      I declare that the same is true of my knowledge, except
8      as to the matters which are therein stated.
9            I certify under penalty of perjury of the
10     laws of the State of California that the foregoing is
11     true and correct.
12           Executed this _____ day of_____,
13     2021, at _____, _____.
14

15

16

17

18                  _____
19                  PAIK KI HONG
20

21

22

23

24

25
                                              Page  299
```

Ex 2

CONFIDENTIAL

```
 1   STATE OF CALIFORNIA    )
 2                          )  ss.
 3   COUNTY OF LOS ANGELES  )
 4              I, Vickie Blair, CSR No. 8940, RPR-CRR, in
 5   and for the State of California, do hereby certify:
 6              That, prior to being examined, the witness
 7   named in the foregoing deposition was by me duly sworn
 8   to testify as to the truth, the whole truth, and
 9   nothing but the truth;
10              That said deposition was taken before me
11   at the time and place therein set forth, and was taken
12   down by me stenographically and thereafter transcribed
13   via computer-aided transcription under my direction and
14   is a true record of the testimony given;
15              I further certify I am neither counsel
16   for, nor related to, any party to said action, nor
17   interested in the outcome thereof;
18              IN WITNESS WHEREOF, I have hereto
19   subscribed my name this 13th day of August, 2021.
20
21
22
23              Vickie Blair, CSR No. 8940, RPR-CRR
24
25
```

Page 300

Ex 2