# EXHIBIT 7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3                   SOUTHERN DIVISION

 4

 5   NETLIST INC., a Delaware      )
     corporation,                  ) Case No.:
 6                                 ) 8:20-cv-993-MCS-DFM
              Plaintiff,           )
 7                                 )
          v.                       ) Pages 1 to 245
 8                                 )
     SAMSUNG ELECTRONICS CO.,      )
 9   LTD., a Korean corporation,   )
                                   )
10            Defendant.           )
     _____)
11

12

13       *** CONFIDENTIAL -- ATTORNEYS' EYES ONLY ***

14                   DEPOSITION OF:

15                    CHUCK HONG

16              FRIDAY, AUGUST 13, 2021

17                    10:11 a.m.

18

19

20   REPORTED BY:

21   Vickie Blair

22   CSR No. 8940, RPR-CRR

23   JOB NO. 4738026

24

25   PAGES 1 - 245
```

                                          Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | began discussions with Samsung about a partnership to | 10:57:28 |
| 2 | jointly develop NVDIMM products? | 10:57:30 |
| 3 | MR. LAMAGNA:  Form. | 10:57:35 |
| 4 | THE WITNESS:  You know, I cannot recall | 10:57:38 |
| 5 | when the discussion was started and whether it was on | 10:57:42 |
| 6 | NVDIMM.  I can only -- I have -- I -- I don't know, | 10:57:46 |
| 7 | I -- | 10:57:55 |
| 8 | BY MR. RHOW: | 10:57:55 |
| 9 | Q     The JDLA, among other things, does talk | 10:57:56 |
| 10 | about a joint development of a NVDIMM-P product; | 10:57:59 |
| 11 | correct? | 10:58:04 |
| 12 | A     Right. | 10:58:04 |
| 13 | Q     And so, knowing that, do you know if this | 10:58:09 |
| 14 | meeting was one of the earlier meetings that then led | 10:58:11 |
| 15 | ultimately to the JDLA being signed? | 10:58:14 |
| 16 | A     You know, looking at this DDR3/DDR4 NVDIMM | 10:58:22 |
| 17 | that -- I can tell you that that is not a NVDIMM-P | 10:58:30 |
| 18 | because NVDIMM-P is a standard -- it is a different | 10:58:34 |
| 19 | product. | 10:58:42 |
| 20 | So at this point in time in 2014, there | 10:58:42 |
| 21 | was only one kind of NVDIMM, that DDR3/DDR4 NVDIMM, and | 10:58:51 |
| 22 | these were small capacity NAND combined with DRAM.  In | 10:58:56 |
| 23 | fact, this was a product that was invented by Netlist | 10:59:06 |
| 24 | and became standardized at JEDEC. | 10:59:08 |
| 25 | Now, once the product, you know, once the | 10:59:14 |

Page 31

Ex 7                                                              500

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1        Q     Okay.  That already helps me because I got     11:00:58

 2   confused and stuff.                                       11:01:00

 3             So dash P and dash H are different              11:01:00

 4   products; correct?                                        11:01:03

 5        A     Yes.                                           11:01:04

 6        Q     Is hybriDIMM a different product, too?         11:01:04

 7        A     It is a -- it would fit into the category      11:01:11

 8   of dash H, but it is not precisely like dash H.           11:01:17

 9        Q     Okay.  So hybriDIMM is a different product     11:01:23

10   from dash P?                                              11:01:27

11        A     Yes.                                           11:01:37

12        Q     And, to be clear, then, the JDLA that          11:01:38

13   we're talking about, just so we're on the same page, is   11:01:41

14   dash P only?                                              11:01:45

15             MR. LAMAGNA:  Objection.  Form.                 11:01:46

16             THE WITNESS:  So dash P is what I believe       11:01:50

17   is in the statement of works in the JDLA.  At the point   11:01:57

18   where we're entering the agreement, there was no          11:02:13

19   dash P, and, in fact, there is still no dash P product.   11:02:15

20             So what we were attempting to do with           11:02:18

21   Samsung, both parties, was to take the hybriDIMM          11:02:26

22   dash -- well, the hybriDIMM, which is a dash H type of     11:02:36

23   a product, and there was a product, we had a product,     11:02:40

24   dash P was still being worked on, and it was just in      11:02:43

25   the very early stages of specification formulation.       11:02:52
```

Page 33

CONFIDENTIAL—ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | So we were attempting to try to take the | 11:02:58 |
| 2 | hybriDIMM product and have -- have either the dash P | 11:03:03 |
| 3 | specification meet up with hybriDIMM or modify the | 11:03:12 |
| 4 | hybriDIMM to meet up with the dash P specifications, | 11:03:16 |
| 5 | but at this point, it was very early stage so there was | 11:03:24 |
| 6 | very little specification of the dash P. | 11:03:30 |
| 7 | BY MR. RHOW: | 11:03:38 |
| 8 | Q      Okay.  Is there a dash N, too, product? | 11:03:38 |
| 9 | A      Yes, there is a dash N. | 11:03:42 |
| 10 | Q      Okay.  And is that different from the | 11:03:44 |
| 11 | dash P product? | 11:03:45 |
| 12 | A      Yes. | 11:03:47 |
| 13 | Q      All right.  Okay.  I -- you've helped me | 11:03:48 |
| 14 | already by just going through that. | 11:03:52 |
| 15 | Now, the statement of work that you | 11:03:53 |
| 16 | mention as it relates to the dash P product in the | 11:04:02 |
| 17 | JDLA, was that phase one completed? | 11:04:07 |
| 18 | A      So your question is:  Was the phase one | 11:04:27 |
| 19 | portion of JDLA completed? | 11:04:30 |
| 20 | Q      Correct. | 11:04:31 |
| 21 | A      From our perspective, yes, we followed | 11:04:32 |
| 22 | through on -- on our engineering work that was required | 11:04:37 |
| 23 | by that statement of works and, you know, we provided | 11:04:48 |
| 24 | samples and demonstrations to Samsung, so that -- that | 11:04:59 |
| 25 | indicates to me we -- we had completed phase one. | 11:05:09 |

Page 34

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1              for identification and is attached      11:17:24

 2              hereto.)                                11:17:26

 3    BY MR. RHOW:                                      11:17:26

 4       Q      So Exhibit 70 appears to be a proposal  11:17:26

 5    from Netlist to Samsung that's dated April 2015.  If  11:17:29

 6    you go to the second page, that's what I'm focused on.  11:17:35

 7       A      Okay.                                   11:17:38

 8       Q      Do you recall this proposal, Mr. Hong?  11:17:38

 9       A      Yes, I do.                              11:17:46

10       Q      Why did you submit this proposal to     11:17:47

11    Samsung?                                          11:17:49

12       A      This is for a -- the patent license, and,  11:18:04

13    you know, other -- other components of an overall  11:18:08

14    strategic relationship with Samsung.              11:18:17

15       Q      Why did you send it to Samsung?         11:18:21

16              MR. LAMAGNA:  Form.                      11:18:24

17    BY MR. RHOW:                                      11:18:25

18       Q      Let me ask it a better way.             11:18:25

19              What -- were there discussions that led up  11:18:26

20    to you preparing this proposal for Samsung?       11:18:29

21       A      There -- I believe there was, yes, yes.  11:18:33

22       Q      Can you give me the history of those    11:18:39

23    discussions up to this date?                      11:18:41

24       A      Yeah, so I may not have all the precise  11:18:44

25    details, but what I recall was in '14, in the fall of  11:18:54
```

Page 42

CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 1 | A | Yeah, I see it. | 11:34:26 |
| 2 | | Which page? | 11:34:28 |
| 3 | Q | It's the fourth page, it's the actual -- | 11:34:30 |
| 4 | | it's -- it's a chart of where the top of the page says | 11:34:32 |
| 5 | | Netlist proposal to Samsung April 2015? | 11:34:37 |
| 6 | A | Yeah. | 11:34:41 |
| 7 | Q | And at the top -- | 11:34:43 |
| 8 | A | Yeah, thank you. | 11:34:43 |
| 9 | Q | Do you have that? | 11:34:46 |
| 10 | A | I have that. | 11:34:47 |
| 11 | Q | Now, is the proposal that you prepared for | 11:34:47 |
| 12 | | Samsung designed to list the various items that the | 11:34:50 |
| 13 | | parties will be exchanging? | 11:34:56 |
| 14 | A | Well, you know, I -- I don't know what the | 11:35:04 |
| 15 | | term "exchange" means legally, but, you know, from my | 11:35:11 |
| 16 | | perspective, yeah, the -- the -- yeah, these are the | 11:35:16 |
| 17 | | to- -- these are the items that we were, you know, | 11:35:23 |
| 18 | | looking at to, you know -- as components of the deal. | 11:35:26 |
| 19 | Q | And so these included the items that | 11:35:31 |
| 20 | | Netlist wanted to include as components of the deal, at | 11:35:34 |
| 21 | | a high level? | 11:35:36 |
| 22 | | MR. LAMAGNA:  Form. | 11:35:40 |
| 23 | | THE WITNESS:  Well, yeah, at a -- at a | 11:35:40 |
| 24 | | high level. | 11:35:45 |
| 25 | /// | /// | |

Page 51

CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | BY MR. RHOW: | 11:35:46 |
| 2 | Q    Okay.  And so, if you look at the left | 11:35:47 |
| 3 | side running down, in bold I have the following | 11:35:50 |
| 4 | categories: | 11:35:53 |
| 5 | "Licensing," do you see that? | 11:35:55 |
| 6 | A    Yes. | 11:35:57 |
| 7 | Q    And so that was something that Netlist | 11:35:57 |
| 8 | included as a potential component of the deal; correct? | 11:36:01 |
| 9 | A    Yes. | 11:36:05 |
| 10 | Q    "Investment," it says "optional," but that | 11:36:05 |
| 11 | is another potential component of the deal; correct? | 11:36:11 |
| 12 | A    Yes. | 11:36:14 |
| 13 | Q    And then it lists "Technology agreement" | 11:36:14 |
| 14 | as another component of the deal; correct? | 11:36:18 |
| 15 | A    Yes. | 11:36:20 |
| 16 | Q    Now, at least on this proposal, Netlist | 11:36:21 |
| 17 | didn't list supply as a component of the deal; correct? | 11:36:25 |
| 18 | A    Yes, it's not here. | 11:36:29 |
| 19 | Q    And so, to the extent this document was | 11:36:32 |
| 20 | designed to capture important components as of | 11:36:37 |
| 21 | April 2015, supply is not listed as one of those | 11:36:42 |
| 22 | components; is that fair? | 11:36:45 |
| 23 | A    Yeah, that -- that -- supply came up | 11:36:47 |
| 24 | later.  It wasn't on this proposal. | 11:36:55 |
| 25 | Q    All right.  When did supply come up? | 11:36:56 |

Page 52

CONFIDENTIAL—ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | is pursued has that potential.  There is enormous, you | 12:29:09 |
| 2 | know, number of challenges that's got to get -- that's | 12:29:16 |
| 3 | got to be overcome in order for -- especially on the | 12:29:21 |
| 4 | execution technically to, you know, actually | 12:29:25 |
| 5 | materialize a product that is successful. | 12:29:28 |
| 6 | Q     No doubt there's challenges, but certainly | 12:29:34 |
| 7 | as of the date you signed the JDLA, you were willing to | 12:29:36 |
| 8 | put in joint development efforts as it relates to the | 12:29:38 |
| 9 | NVDIMM-P product; fair? | 12:29:44 |
| 10 | A     That's correct. | 12:29:47 |
| 11 | Q     And you did put in those efforts; correct? | 12:29:53 |
| 12 | A     Yes. | 12:29:55 |
| 13 | Q     What was the value of the engineering that | 12:29:56 |
| 14 | you put into the NVDIMM-P joint development efforts? | 12:29:59 |
| 15 | MR. LAMAGNA:  Form. | 12:30:10 |
| 16 | THE WITNESS:  I believe that would have | 12:30:11 |
| 17 | been addressed, right, that -- I think those numbers | 12:30:14 |
| 18 | are -- are available. | 12:30:20 |
| 19 | BY MR. RHOW: | 12:30:20 |
| 20 | Q     Do you have an estimate of what those | 12:30:24 |
| 21 | numbers are? | 12:30:26 |
| 22 | A     10 plus million dollars, I would say, at a | 12:30:30 |
| 23 | high level. | 12:30:39 |
| 24 | Q     So whatever you thought of the potential | 12:30:40 |
| 25 | of the NVDIMM-P product, you certainly thought it was | 12:30:42 |

Page 79

CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | worth investing 10 million plus in engineering into it; | 12:30:45 |
| 2 | correct? | 12:30:55 |
| 3 | A    Yes, if we spent that money, yes, we would | 12:30:55 |
| 4 | have thought that it was a worthwhile endeavor. | 12:30:58 |
| 5 | Q    And is 10 million plus in engineering a | 12:31:01 |
| 6 | lot of engineering based on your history at Netlist? | 12:31:06 |
| 7 | MR. LAMAGNA:  Form. | 12:31:09 |
| 8 | THE WITNESS:  We've done projects, | 12:31:15 |
| 9 | development projects that were bigger. | 12:31:17 |
| 10 | BY MR. RHOW: | 12:31:20 |
| 11 | Q    Is this one of the largest? | 12:31:20 |
| 12 | A    It was among the -- among the larger ones. | 12:31:25 |
| 13 | Q    And, so if you're willing to invest 10 | 12:31:28 |
| 14 | million plus into the NVDIMM-P joint development | 12:31:31 |
| 15 | efforts, Netlist's hope was that this product would be | 12:31:37 |
| 16 | a significant product for Netlist someday; correct? | 12:31:39 |
| 17 | A    Yeah, that's probably a reasonable | 12:31:44 |
| 18 | assumption. | 12:31:50 |
| 19 | Q    And to the extent that this product is a | 12:31:50 |
| 20 | significant product for Netlist someday, it follows, | 12:31:52 |
| 21 | then, that Netlist would need to have chips available | 12:31:56 |
| 22 | for that product; correct? | 12:32:01 |
| 23 | A    That -- that's right. | 12:32:05 |
| 24 | MR. LAMAGNA:  Form. | 12:32:06 |
| 25 | ///                                        /// | |

Page 80

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1        A     I -- I wouldn't know that.          12:45:11

 2        Q     Do you know if you used Samsung chips?  12:45:11

 3              MR. LAMAGNA:  Form.                  12:45:14

 4              THE WITNESS:  I don't know.          12:45:15

 5   BY MR. RHOW:                                    12:45:16

 6        Q     Do you --                            12:45:17

 7        A     Again, I don't --                    12:45:19

 8        Q     Do you know which --                 12:45:19

 9        A     Sorry.                               12:45:20

10        Q     Do you know if Netlist did not have a  12:45:21

11   sufficient supply of chips for its prototypes?  12:45:24

12        A     No, no, I think I explained that -- we're  12:45:30

13   not building anymore than a dozen prototype samples,  12:45:36

14   so -- and sample quantities.  We were not concerned  12:45:42

15   about supply of DRAM and NAND on these prototypes.  12:45:45

16              We were concerned about the Xilinx FPGA  12:45:52

17   because that is vendor specific, and they had to  12:45:58

18   provide -- Xilinx had to provide technical support when  12:45:58

19   you're working on a FPGA controller.            12:46:09

20        Q     To do the joint development work that you  12:46:09

21   did that comprised the 10 million plus we've been  12:46:14

22   talking about, did Netlist ever not have a sufficient  12:46:17

23   amount of DRAM or NAND chips?                    12:46:20

24        A     No.                                  12:46:24

25        Q     Okay.                                12:46:25
```

Page 88

Veritext Legal Solutions
866 299-5127

Ex 7                                                        508

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A    We -- you know, when you're buying, you | 12:46:27 |
| 2 | know, 10s and hundreds of chips that are necessary | 12:46:30 |
| 3 | that -- you can get them anywhere.  It's when you have | 12:46:35 |
| 4 | to buy millions of units, that's where supply assurance | 12:46:37 |
| 5 | becomes the issue. | 12:46:43 |
| 6 | Q    All right.  Let's -- I think I'm done with | 12:46:45 |
| 7 | that section. | 12:46:47 |
| 8 | Okay.  Let's now move to tab 109.  Hang | 12:46:55 |
| 9 | on -- hang on one second.  Okay.  Let's move to tab | 12:47:20 |
| 10 | 109, which I think we're marking as 74? | 12:47:44 |
| 11 | MS. SHIN:  Yes. | 12:47:48 |
| 12 | MR. RHOW:  Okay. | 12:47:49 |
| 13 | BY MR. RHOW: | 12:47:54 |
| 14 | Q    Mr. Hong, look for 74, it should, after | 12:47:54 |
| 15 | you refresh, pop up at some point. | 12:47:56 |
| 16 | A    It's refreshing. | 12:48:01 |
| 17 | Q    Okay. | 12:48:04 |
| 18 | A    Okay.  It's -- I see it. | 12:48:28 |
| 19 | (Deposition Exhibit 74 was marked | 12:48:28 |
| 20 | for identification and is attached | 12:48:28 |
| 21 | hereto.) | 12:48:30 |
| 22 | BY MR. RHOW: | 12:48:30 |
| 23 | Q    And, Mr. Hong, this is an email I believe | 12:48:31 |
| 24 | you sent to various folks at Netlist on June 9, 2015, | 12:48:37 |
| 25 | and what you indicate is this is the final burnt -- | 12:48:41 |

Page 89

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | You know, if you can explain the question | 12:50:18 |
| 2 | in more detail, what -- I mean, I think it just speaks | 12:50:23 |
| 3 | for itself, what -- what -- what this says. | 12:50:25 |
| 4 | Q     Let me ask it a better way:  When it is -- | 12:50:32 |
| 5 | where it says "technology collaboration," the | 12:50:34 |
| 6 | technology we're talking about is the NVDIMM-P | 12:50:36 |
| 7 | technology; correct? | 12:50:41 |
| 8 | A     Yes. | 12:50:41 |
| 9 | MR. LAMAGNA:  Objection.  Form. | 12:50:42 |
| 10 | Sorry I stepped on the witness. | 12:50:43 |
| 11 | Objection.  Form. | 12:50:45 |
| 12 | THE WITNESS:  Yeah, it says what it says, | 12:50:49 |
| 13 | it says work together to standardize a NVDIMM-P. | 12:50:50 |
| 14 | BY MR. RHOW: | 12:50:54 |
| 15 | Q     And the collaboration, of course, is | 12:50:54 |
| 16 | between Netlist and Samsung? | 12:50:56 |
| 17 | A     Yes. | 12:51:02 |
| 18 | Q     Now, in that section relating to NVDIMM-P | 12:51:02 |
| 19 | technology collaboration, a section five is included | 12:51:08 |
| 20 | called "Raw materials." | 12:51:12 |
| 21 | Do you see that? | 12:51:15 |
| 22 | A     Yes. | 12:51:15 |
| 23 | Q     And so, at least in this term sheet, these | 12:51:21 |
| 24 | are raw materials related to the NVDIMM-P | 12:51:28 |
| 25 | collaboration? | 12:51:33 |

Page 91

CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. LAMAGNA:  Objection.  Form. | 12:51:37 |
| 2 | THE WITNESS:  It could be. | 12:51:38 |
| 3 | BY MR. RHOW: | 12:51:54 |
| 4 | Q     What does raw materials mean? | 12:51:54 |
| 5 | A     In our industry, raw materials are the | 12:51:55 |
| 6 | components themselves.  In the memory industry, memory | 12:51:59 |
| 7 | raw materials would be DRAM, various DRAMs, and various | 12:52:01 |
| 8 | NAND Flash components. | 12:52:05 |
| 9 | Q     And so, at least in this term sheet, the | 12:52:09 |
| 10 | reference to raw materials means components necessary | 12:52:11 |
| 11 | for the NVDIMM-P product; correct? | 12:52:16 |
| 12 | A     I believe that's the case. | 12:52:22 |
| 13 | MR. LAMAGNA:  Form. | 12:52:31 |
| 14 | BY MR. RHOW: | 12:52:31 |
| 15 | Q     All right.  Let's go to -- let me ask -- | 12:52:31 |
| 16 | let me ask you a more general question. | 12:52:40 |
| 17 | What is the term of the JDLA? | 12:52:42 |
| 18 | A     The term of the agreement? | 12:52:51 |
| 19 | Q     Correct. | 12:52:52 |
| 20 | MR. LAMAGNA:  Form. | 12:52:53 |
| 21 | THE WITNESS:  Well, yeah, I -- I think it | 12:52:53 |
| 22 | probably would be better to have an attorney interpret | 12:53:02 |
| 23 | that, right. | 12:53:04 |
| 24 | BY MR. RHOW: | 12:53:07 |
| 25 | Q     Honestly, I think that's fair because | 12:53:07 |

Page 92

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      A    Yes.                                    13:46:18

 2      Q    And the standardization would be        13:46:19

 3   standardization of the dash P technology; correct?  13:46:22

 4      A    Yes.                                    13:46:24

 5      Q    And then if you turn the page --        13:46:25

 6      A    Okay.  Where?                           13:46:35

 7      Q    It -- there's -- it says there a "Phase 2"  13:46:36

 8   and "Technology Productization."                13:46:39

 9           Do you see that?                        13:46:41

10      A    Yes.                                    13:46:41

11      Q    And, again, the technology is the dash P  13:46:42

12   technology?                                     13:46:46

13      A    Yes.                                    13:46:47

14      Q    And then this phase would be where the  13:46:47

15   technology is then mass produced in some fashion;  13:46:55

16   correct?                                        13:46:59

17           MR. LAMAGNA:  Form.                     13:46:59

18           THE WITNESS:  Commercial --             13:47:12

19   commercialization is probably the -- the right way to  13:47:13

20   view this portion of it.                        13:47:18

21   BY MR. RHOW:                                    13:47:22

22      Q    Okay.  And, again, it's commercialization  13:47:22

23   of the dash P product; correct?                 13:47:24

24      A    Yes.                                    13:47:26

25      Q    And then, if you look at number four    13:47:26
```

Ex 7                                                            512

CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 1 | | underneath that, it mentions raw materials again. | 13:47:29 |
| 2 | | Do you see that? | 13:47:32 |
| 3 | A | Yes. | 13:47:32 |
| 4 | Q | And so these are raw materials that were | 13:47:32 |
| 5 | | provided in connection with commercialization of the | 13:47:38 |
| 6 | | dash P product; correct? | 13:47:43 |
| 7 | A | That's correct. | 13:47:45 |
| 8 | Q | Let's now go to what we'll mark as 77 -- | 13:47:45 |
| 9 | | actually, let's go to -- yeah, we'll mark as 77 -- | 13:47:59 |
| 10 | | Kate, internal reference 111A -- and it should be | 13:48:03 |
| 11 | | popping up. | 13:48:11 |
| 12 | A | Okay. | 13:48:42 |
| 13 | | (Deposition Exhibit 77 was marked | 13:48:42 |
| 14 | | for identification and is attached | 13:48:42 |
| 15 | | hereto.) | 13:48:42 |
| 16 | BY MR. RHOW: | | 13:48:42 |
| 17 | Q | And, Mr. Hong, this is an email chain | 13:48:42 |
| 18 | | between you and Mr. Kim from August 2000- -- | 13:48:44 |
| 19 | | August 2015. | 13:48:50 |
| 20 | | Do you see that? | 13:48:51 |
| 21 | A | Yes. | 13:48:51 |
| 22 | Q | And I want to focus on page three, which | 13:48:51 |
| 23 | | is another draft of the term sheet. | 13:48:58 |
| 24 | | Okay.  And, again, this draft relates to | 13:49:06 |
| 25 | | the NVDIMM-P product; correct? | 13:49:07 |

Page 102

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    know, laying the proper context for this, so yeah, so      13:50:35

 2    yeah, it -- it applies to this term sheet, but this        13:50:39

 3    term sheet was changed and JDLA's all -- that was the      13:50:43

 4    deal.                                                      13:50:47

 5    BY MR. RHOW:                                               13:50:47

 6        Q     Right, and I understand that.                    13:50:47

 7              So the sentence, at least in this term           13:50:50

 8    sheet, that reads (as read):                               13:50:52

 9                  Samsung will provide competitive             13:50:53

10              pricing, i.e., among customers purchasing        13:50:55

11              the same products and similar volumes for        13:50:56

12              the supply of Samsung NAND and DRAM              13:50:58

13              products,                                        13:51:01

14              that sentence, at least in this term            13:51:01

15    sheet, applies to the dash P technology; correct?          13:51:04

16              MR. LAMAGNA:   Form.                             13:51:10

17              THE WITNESS:   The dash P product, if it         13:51:11

18    ever, you know, became commercialized, you know, it --     13:51:18

19    you know, within, you know, a few years time.              13:51:25

20    BY MR. RHOW:                                               13:51:27

21        Q     So that sentence in this term sheet              13:51:27

22    applies to the dash P product to the extent it ever got    13:51:30

23    commercialized; correct?                                   13:51:34

24        A     Yes.                                             13:51:35

25        Q     All right.  Let's go to next in order, and       13:51:37
```

Page 104

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A      Yes, but not as a consideration. | 13:59:03 |
| 2 | Q      All right.   The next document that is | 13:59:05 |
| 3 | signed is, of course, the MOU for the JDLA; correct? | 13:59:07 |
| 4 | A      Yes. | 13:59:11 |
| 5 | Q      Okay.   And that is on the sixth page of | 13:59:11 |
| 6 | the document. | 13:59:17 |
| 7 |        Do you see that? | 13:59:25 |
| 8 | A      Yes. | 13:59:25 |
| 9 | Q      And, in the MOU there's, of course, a | 13:59:25 |
| 10 | section on "Technology standardization and | 13:59:27 |
| 11 | productization," which we've seen before. | 13:59:31 |
| 12 |        Do you see that? | 13:59:32 |
| 13 | A      Yes. | 13:59:32 |
| 14 | Q      And this one is, in fact, signed by both | 13:59:33 |
| 15 | parties, if you look on the last page; correct? | 13:59:36 |
| 16 | A      Yes. | 13:59:39 |
| 17 | Q      And, under the section for "Technology | 13:59:39 |
| 18 | standardization and productization," there's, again, a | 13:59:46 |
| 19 | reference to raw materials; correct? | 13:59:49 |
| 20 | A      Okay.   Yes. | 13:59:55 |
| 21 | Q      And, again, that section on raw materials | 13:59:56 |
| 22 | relates to the dash P product that was being | 13:59:59 |
| 23 | standardized and hopefully commercialized; correct? | 14:00:02 |
| 24 | A      Yes, it was in reference to the product if | 14:00:11 |
| 25 | it -- if it ever became commercialized, but it never | 14:00:17 |

Page 109

Ex 7                                                                               515

1    did.                                                14:00:22

2        Q     Now, in section seven of Exhibit 76 --    14:00:22

3    sorry, 78, there's a -- it states the following (as  14:00:32

4    read):                                              14:00:32

5                    Samsung to provide consideration to  14:00:34

6                support Netlist efforts relating to the  14:00:35

7                standardization and productization      14:00:39

8                collaboration described in this section  14:00:41

9                two.                                     14:00:43

10               And it lists two types of consideration.  14:00:43

11               Do you see that?                          14:00:46

12       A     Yes.                                        14:00:46

13       Q     And the first is the $8 million in NRE;     14:00:46

14   correct?                                              14:00:55

15       A     Yes.                                        14:00:55

16       Q     And the second consideration provided was   14:00:55

17   the $15 million convertible note; correct?            14:00:57

18       A     Yes.                                        14:01:00

19               MR. LAMAGNA:   Form.                       14:01:01

20   BY MR. RHOW:                                           14:01:02

21       Q     And you don't disagree with the MOU and     14:01:03

22   its characterization of the note; correct?            14:01:06

23       A     Again, you know, I -- I -- I can only       14:01:11

24   speak really to what was finally done by the parties,  14:01:15

25   not the dozens of MOUs and term sheets that have gone,  14:01:19

                                              Page 110

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. RHOW:  I'll just repeat it. | 14:08:56 |
| 2 | BY MR. RHOW: | 14:08:57 |
| 3 | Q    The goal of and MOU is to memorialize | 14:08:57 |
| 4 | alignment on high-level, important points. | 14:08:57 |
| 5 | Is that a fair statement? | 14:09:00 |
| 6 | A    I -- yeah, I think, yeah, that's -- that's | 14:09:01 |
| 7 | what it -- memorandum of understanding is, I guess | 14:09:02 |
| 8 | that's what that -- that's what it says, and that's -- | 14:09:05 |
| 9 | that's a common understanding. | 14:09:09 |
| 10 | Q    Okay.  All right.  Let's go now to tab -- | 14:09:11 |
| 11 | I'm sorry, to what we'll mark as Exhibit 79. | 14:09:16 |
| 12 | And internal tab 113A. | 14:09:26 |
| 13 | That should popping up, Mr. Hong, after | 14:09:34 |
| 14 | you refresh a couple times; okay? | 14:09:42 |
| 15 | A    Yes, I -- I see this. | 14:09:45 |
| 16 | (Deposition Exhibit 79 was marked | 14:09:45 |
| 17 | for identification and is attached | 14:09:45 |
| 18 | hereto.) | 14:10:14 |
| 19 | BY MR. RHOW: | 14:10:14 |
| 20 | Q    Okay.  Now what I'm focused on, in | 14:10:14 |
| 21 | Exhibit 79, if you turn to the second page, the email | 14:10:19 |
| 22 | at the top of the page is an email from you, Mr. Hong, | 14:10:23 |
| 23 | to Mr. Kim on September 24, 2015, and you write, quote, | 14:10:25 |
| 24 | (as read): | 14:10:25 |
| 25 | J.B., before I forget, you should | 14:10:35 |

Page 116

CONFIDENTIAL—ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | months later or not? | 14:13:32 |
| 2 | A    There -- there was probably | 14:13:33 |
| 3 | reorganization, but Dr. Jun did not leave. | 14:13:36 |
| 4 | Q    Okay. | 14:13:39 |
| 5 | A    So nothing -- | 14:13:40 |
| 6 | Q    Dr. Jun was -- was your friend; correct? | 14:13:42 |
| 7 | A    Yes. | 14:13:45 |
| 8 | Q    And he had been helping you navigate, for | 14:13:49 |
| 9 | lack of a better term, Samsung, and helping you get the | 14:13:53 |
| 10 | agreement signed; correct? | 14:13:56 |
| 11 | A    Yes.  He was the -- he was the principal | 14:13:56 |
| 12 | decisionmaker on the Samsung side -- | 14:14:05 |
| 13 | Q    And -- | 14:14:08 |
| 14 | A    -- on -- on our agreement. | 14:14:10 |
| 15 | Q    And when Dr. Jun was in the position he | 14:14:11 |
| 16 | was in at that time, the relationship went smoothly? | 14:14:14 |
| 17 | A    Yes. | 14:14:18 |
| 18 | Q    When did Dr. Jun leave that position? | 14:14:22 |
| 19 | A    I believe the spring of 2017. | 14:14:26 |
| 20 | Q    So up till that point, from where you sit, | 14:14:35 |
| 21 | Samsung's performance under the JDLA was fine? | 14:14:38 |
| 22 | A    They -- they gave us product supply, | 14:14:43 |
| 23 | everything we requested -- well, I mean, up to a | 14:14:50 |
| 24 | certain point, but they were very cooperative, the | 14:14:52 |
| 25 | business was ramping, as we anticipated, we even went | 14:14:56 |

Page 119

| | | |
|---|---|---|
| 1 | to Dr. Jun when we had requirements that were large to | 14:15:05 |
| 2 | have him -- to ask him to push it through, and he did. | 14:15:09 |
| 3 | So, yes, as long as -- while he was there, | 14:15:16 |
| 4 | the business was -- Samsung was, you know, by and | 14:15:18 |
| 5 | large, complying with the -- their obligations and | 14:15:22 |
| 6 | things were running -- you know, it was -- the | 14:15:25 |
| 7 | relationship was going -- going well. | 14:15:30 |
| 8 | Q    In the answer you just gave, you said | 14:15:32 |
| 9 | Samsung was supplying up it a certain point, and what | 14:15:36 |
| 10 | did you mean by that? | 14:15:41 |
| 11 | A    They were supplying -- in any -- in any | 14:15:42 |
| 12 | business relationship like this, there is a ramp up, | 14:15:47 |
| 13 | right, you don't go from zero to 60 -- well, you don't | 14:15:50 |
| 14 | go from whatever -- I mean, from zero business to -- | 14:15:55 |
| 15 | to -- to, you know, $200 million, you know, overnight, | 14:15:59 |
| 16 | it's going to take a while, and we were on a trajectory | 14:16:04 |
| 17 | to get to that business, and we were making our | 14:16:09 |
| 18 | requests for products, and they were -- they were | 14:16:14 |
| 19 | supplying those products by and large. | 14:16:18 |
| 20 | Q    But up till the spring of 2017, there were | 14:16:22 |
| 21 | instances in which, by and large, as you say, Samsung | 14:16:27 |
| 22 | did not supply the products that Netlist requested; is | 14:16:32 |
| 23 | that fair? | 14:16:35 |
| 24 | A    Up through, say -- could you repeat that | 14:16:35 |
| 25 | again. | 14:16:39 |

Page 120

CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q  Through -- through spring of 2017, there | 14:16:39 |
| 2 | were instances in which Samsung did not supply all of | 14:16:43 |
| 3 | the products that Netlist requested? | 14:16:47 |
| 4 | MR. LAMAGNA:  Form. | 14:16:51 |
| 5 | THE WITNESS:  So Samsung did supply the | 14:16:52 |
| 6 | bulk of our requests, so if the product is not | 14:17:02 |
| 7 | available, let's say, because it went end of life, or | 14:17:05 |
| 8 | if the product is not in production, for example, yeah, | 14:17:11 |
| 9 | you -- that's -- that's a reasonable reason not to | 14:17:17 |
| 10 | supply. | 14:17:19 |
| 11 | The problem here, up until then, yes, | 14:17:21 |
| 12 | they -- they may have supplied most of it, but not all | 14:17:24 |
| 13 | of it, the problem here is the intentional decision to | 14:17:33 |
| 14 | cut us off.  That is at the core of this dispute. | 14:17:37 |
| 15 | It's not whether they supplied every -- at | 14:17:40 |
| 16 | every request, hundred percent of our requests. | 14:17:44 |
| 17 | BY MR. RHOW: | 14:17:48 |
| 18 | Q  And you understood at the time that the | 14:17:49 |
| 19 | JDLA was executed that it was normal practice for | 14:17:51 |
| 20 | Samsung to allocate among the various folks seeking to | 14:17:55 |
| 21 | buy its DRAM and NAND; correct? | 14:17:59 |
| 22 | A  Up to JDLA allocation -- sorry, I didn't | 14:18:04 |
| 23 | catch all of that. | 14:18:12 |
| 24 | Q  It's okay.  At the time the JDLA was | 14:18:13 |
| 25 | executed, it was normal practice for Samsung to | 14:18:15 |

Page 121

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | allocate supply of NAND and DRAM among its customers? | 14:18:19 |
| 2 | A    Among its customer, including us? | 14:18:25 |
| 3 | Q    Correct. | 14:18:27 |
| 4 | A    Yes, they would, they gave us very little, | 14:18:34 |
| 5 | very, very little before the JDLA, but that's what | 14:18:37 |
| 6 | companies do, is that, in general, memory suppliers set | 14:18:40 |
| 7 | out certain chunks of products by customer. | 14:18:44 |
| 8 | Q    Why do memory suppliers do that? | 14:18:55 |
| 9 | A    They do that because that's part of how | 14:19:00 |
| 10 | they manage the flow of products into the market, how | 14:19:09 |
| 11 | they manage their relationships, and how they -- that's | 14:19:13 |
| 12 | how they comply with their supply obligations if there | 14:19:21 |
| 13 | is a contract. | 14:19:30 |
| 14 | Q    And at the time you entered into the JDLA, | 14:19:30 |
| 15 | you understood this was common practice at Samsung, at | 14:19:36 |
| 16 | hynix, and at Micron, and the memory suppliers in | 14:19:39 |
| 17 | general; correct? | 14:19:44 |
| 18 | A    What -- what is common practice?  If you | 14:19:44 |
| 19 | can get very specific on that. | 14:19:49 |
| 20 | Q    The allocation practice that you just | 14:19:50 |
| 21 | testified to, was that common practice among the memory | 14:19:52 |
| 22 | suppliers? | 14:19:55 |
| 23 | A    Again, yeah, they take their output out of | 14:19:59 |
| 24 | the fab and they plan it out, where that's going to go, | 14:20:03 |
| 25 | to which regions by region, by customer, by channel, | 14:20:08 |

Page 122

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | they do that, yes, in order to -- in order to get to | 14:20:15 |
| 2 | their end goal based on their strategy of how they're | 14:20:23 |
| 3 | going to optimize between revenue, profit, market | 14:20:27 |
| 4 | share, and the type of market segments that they want | 14:20:31 |
| 5 | to grow. | 14:20:38 |
| 6 | So it's just common -- yeah, it's common | 14:20:40 |
| 7 | practice. | 14:20:44 |
| 8 | Q    The allocation planning that you're | 14:20:44 |
| 9 | talking about, how far in advance do you have to do | 14:20:48 |
| 10 | allocation planning for memory suppliers, based on your | 14:20:51 |
| 11 | experience? | 14:20:54 |
| 12 | A    They'll likely do it multiple times.  They | 14:20:54 |
| 13 | will do some at the beginning of the year for the | 14:21:03 |
| 14 | entire year or end of one year to -- for -- to cover | 14:21:06 |
| 15 | the next year, and then they will make changes to that | 14:21:09 |
| 16 | on a quarterly basis, if not monthly, depending on | 14:21:13 |
| 17 | market conditions. | 14:21:16 |
| 18 | Q    And you understood that after the JDLA was | 14:21:23 |
| 19 | signed Samsung would still engage in allocation | 14:21:26 |
| 20 | planning as it related to Netlist; correct? | 14:21:32 |
| 21 | A    Very, very different. | 14:21:33 |
| 22 | Before the JDLA we are -- we were an | 14:21:44 |
| 23 | at-will customer, we were not really a direct customer, | 14:21:46 |
| 24 | I think they supplied less than 20, 30 thousand dollars | 14:21:49 |
| 25 | in 2015, so we were not even a customer, okay, so | 14:21:56 |

Page 123

```
 1    death, trying to catch up with you.  Give me one second    14:32:11
 2    while I get it to load.                                     14:32:26
 3              Okay, my -- sorry, go ahead.  It's loaded.        14:32:27
 4              MR. RHOW:  Okay.                                   14:32:32
 5    BY MR. RHOW:                                                14:32:32
 6         Q     And I'm not going to go through the              14:32:32
 7    details of it, but -- I'm sorry, who is Noel Whitley        14:32:34
 8    again?                                                      14:32:38
 9         A     He was the vice president of licensing for       14:32:38
10    Netlist at -- at -- at this period.                        14:32:41
11         Q     Did he -- was he overseeing the                 14:32:48
12    negotiation of the JDLA?                                    14:32:51
13         A     He -- yes, I mean, he was -- I don't know       14:32:53
14    if he was overseeing it, certainly he was the attorney,    14:32:56
15    in-house attorney in charge of -- in working with our      14:32:59
16    outside attorney, I don't know if overseeing is the        14:33:03
17    right term, but yeah, I mean, on the legal stuff, yes,     14:33:09
18    you know, he -- him and --                                 14:33:14
19         Q     For lack of -- sorry.                           14:33:14
20              For lack of a better phrase, was he in           14:33:18
21    charge of wordsmithing on Netlist's side, the JDLA?        14:33:20
22         A     I guess it's something of the same,             14:33:27
23    wordsmithing and overseeing, I mean, yeah, he was a        14:33:30
24    main contributor to the JDLA.                              14:33:32
25         Q     Now, if you look at pages two and three of      14:33:34
```

Page 130

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | the document, and it should be in red, you'll see, in | 14:33:37 |
| 2 | red, oftentimes Mr. Whitley's comment is (as read): | 14:33:42 |
| 3 | Conflicts with MOU. | 14:33:47 |
| 4 | Do you see that? | 14:33:48 |
| 5 | A    Yes. | 14:33:48 |
| 6 | Q    And if you look on page three of the | 14:33:48 |
| 7 | document, he -- he makes this comment again (as read): | 14:33:51 |
| 8 | Conflicts with MOU. | 14:33:53 |
| 9 | Do you see that? | 14:33:56 |
| 10 | A    What -- which -- which one?  There's | 14:33:56 |
| 11 | like -- he's got five "Conflicts with MOU." | 14:34:00 |
| 12 | Q    Where it says "SUPPLY OF COMPONENTS, | 14:34:02 |
| 13 | (Section 6)" -- | 14:34:05 |
| 14 | Do you see that? | 14:34:07 |
| 15 | A    Yes. | 14:34:07 |
| 16 | Q    -- and there he writes (as read): | 14:34:08 |
| 17 | Conflicts with MOU. | 14:34:10 |
| 18 | Do you see that? | 14:34:12 |
| 19 | A    Yes. | 14:34:12 |
| 20 | Q    And do you recall that Netlist's general | 14:34:12 |
| 21 | position as it relates to section six was that the MOU | 14:34:17 |
| 22 | should govern? | 14:34:21 |
| 23 | MR. LAMAGNA:  Objection.  Form. | 14:34:25 |
| 24 | THE WITNESS:  Certainly as to the supply | 14:34:31 |
| 25 | term, supply of the components, because Samsung, it | 14:34:32 |

Page 131

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   appears here, that they were trying to get out of what      14:34:37

 2   they agreed to in the -- for supply.                        14:34:41

 3   BY MR. RHOW:                                                14:34:44

 4        Q     So, in connection with the JDLA, Netlist's       14:34:44

 5   position was that as to section six, the MOU should         14:34:48

 6   govern; fair?                                               14:34:53

 7              MR. LAMAGNA:  Objection.  Form.                  14:34:54

 8              THE WITNESS:  Sounds -- yeah, as to the          14:35:00

 9   supply of components, yes, he is referring back to what     14:35:11

10   Samsung agreed to in the MOU.                               14:35:16

11   BY MR. RHOW:                                                14:35:17

12        Q     And he is indicating, because that was          14:35:18

13   Netlist's position, that the MOU should govern as to        14:35:20

14   section six; fair?                                          14:35:23

15              MR. LAMAGNA:  Objection.                         14:35:25

16              THE WITNESS:  I'm sorry, I don't --              14:35:26

17              MR. LAMAGNA:  Form.                              14:35:28

18              THE WITNESS:  You know, as I said, I've          14:35:28

19   already answered that, this was specifically -- I'm         14:35:30

20   giving you the color, okay, the detail, Samsung signs       14:35:34

21   up to supplying Netlist with product at our request,        14:35:36

22   and then turns around and says, "Well, subject to this      14:35:40

23   and that condition," and essentially tries to -- tries      14:35:48

24   to minimize that obligation, so he say taking objection     14:35:59

25   to that component.                                          14:36:02
```

Page 132

CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 1 | A | 2015, or -- | 14:45:40 |
| 2 | Q | Correct. | 14:45:44 |
| 3 | A | Well, I think, you know, getting the deal | 14:45:50 |
| 4 | | done with Samsung certainly, you know, made -- made | 14:45:52 |
| 5 | | things better and we were -- you know, things were | 14:45:59 |
| 6 | | looking up. | 14:46:00 |
| 7 | Q | And so that's my question:  Before the | 14:46:01 |
| 8 | | JDLA, before things were looking up, how were things | 14:46:04 |
| 9 | | looking? | 14:46:08 |
| 10 | A | Oh, we were certainly working on the -- | 14:46:09 |
| 11 | | the partnership with Samsung, we were working on | 14:46:15 |
| 12 | | investing significant product in hybriDIMM, which is - | 14:46:20 |
| 13 | | which is kind -- you know, it's a huge game changing | 14:46:26 |
| 14 | | technology, I don't recall where we were on product | 14:46:29 |
| 15 | | sales, but yeah, I -- we had a lot of promise as a | 14:46:35 |
| 16 | | business. | 14:46:41 |
| 17 | Q | Now, hybriDIMM, as you mentioned, this is | 14:46:41 |
| 18 | | the dash P product we've been talking about; correct? | 14:46:48 |
| 19 | A | Yeah, dash P, again, dash P never became a | 14:46:53 |
| 20 | | product, hybriDIMM was supposed to sync up with the | 14:46:57 |
| 21 | | dash P as that became a standard. | 14:47:04 |
| 22 | Q | But you just said that hybriDIMM was a | 14:47:06 |
| 23 | | game changing product; correct? | 14:47:09 |
| 24 | A | Technology, yes, game -- game changing | 14:47:12 |
| 25 | | product and a technology at the time. | 14:47:15 |

Page 139

CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q     And how so?  Please explain what you mean | 14:47:17 |
| 2 | by "game changing." | 14:47:20 |
| 3 | A     Well, hybriDIMM is very unique.  If you | 14:47:21 |
| 4 | look at the DRAM and NAND, the cost characteristics, | 14:47:27 |
| 5 | DRAMs cost 10 to 20 times in the server application per | 14:47:35 |
| 6 | dollar per gigabyte.  So, you know, for the same | 14:47:43 |
| 7 | capacity, DRAM costs 10 to 20 times more. | 14:47:47 |
| 8 | So what hybriDIMM technology is about is | 14:47:52 |
| 9 | utilizing a lot of NAND, much cheaper, five, 10 percent | 14:48:00 |
| 10 | of the cost of DRAM, and then having an intelligent | 14:48:04 |
| 11 | controller in software to have that NAND mimic or look | 14:48:08 |
| 12 | to the system as DRAM, so it's kind of a -- yeah, | 14:48:16 |
| 13 | through an intelligent controller. | 14:48:21 |
| 14 | So if we can -- if we can do that, then | 14:48:23 |
| 15 | you can have products that are, you know, a fraction of | 14:48:26 |
| 16 | the cost of DRAM doing the same thing that expensive | 14:48:31 |
| 17 | DRAM does. | 14:48:39 |
| 18 | So that was the -- you know, the | 14:48:40 |
| 19 | underlying, you know, architecture of that technology. | 14:48:42 |
| 20 | Q     And, when you say "game changing," game | 14:48:47 |
| 21 | changing in what industry? | 14:48:50 |
| 22 | A     Well, it could be in any industry, in data | 14:48:55 |
| 23 | centers in the cloud for Dell, HP, IBM, I mean, whoever | 14:48:58 |
| 24 | the users of DRAMs, and everybody uses a lot of DRAMs | 14:49:02 |
| 25 | and they pay a lot of money for that, anybody who is | 14:49:06 |

Page 140

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | consuming a lot of DRAMs, if they can get a product | 14:49:10 |
| 2 | that does something very similar for a fraction of the | 14:49:16 |
| 3 | cost, yes, it changes the economics for that business. | 14:49:22 |
| 4 |      Q      So the industries that are potentially | 14:49:26 |
| 5 | being changed are multibillion dollar industries? | 14:49:31 |
| 6 |      A      Potentially, yes. | 14:49:38 |
| 7 |      Q      And so, when the JDLA is signed, Netlist | 14:49:40 |
| 8 | was thinking about the game changing nature of | 14:49:47 |
| 9 | hybriDIMM and the dash P standardization that is being | 14:49:50 |
| 10 | undertaken; fair? | 14:49:54 |
| 11 |      MR. LAMAGNA:  Form. | 14:50:01 |
| 12 |      THE WITNESS:  JDLA -- if you're talking | 14:50:02 |
| 13 | about JDLA, yeah, we were -- we were -- there are -- | 14:50:05 |
| 14 | there are multiple components, as you know, one is the | 14:50:07 |
| 15 | patent license, one is the product supply, one is the | 14:50:11 |
| 16 | joint development on -- on -- on hybriDIMM, slash, | 14:50:15 |
| 17 | dash P. | 14:50:20 |
| 18 | BY MR. RHOW: | 14:50:22 |
| 19 |      Q      And that was an important aspect -- | 14:50:23 |
| 20 |      A      Well -- | 14:50:25 |
| 21 |      Q      -- the hybri -- | 14:50:25 |
| 22 |      A      All three were very important for us, | 14:50:27 |
| 23 | yeah. | 14:50:29 |
| 24 |      Q      All right.  Let's go to, you should have | 14:50:29 |
| 25 | this already, Exhibit 18, which is the 10K for 2015. | 14:50:32 |

Page 141

CONFIDENTIAL — ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Netlist, after that, they would not even receive | 15:05:47 |
| 2 | forecasts or POs, that is my understanding. | 15:05:51 |
| 3 | Q    But in 2016, it was acceptable for Samsung | 15:05:55 |
| 4 | to go through a forecast and only allow POs on that | 15:05:59 |
| 5 | which it could supply; correct? | 15:06:04 |
| 6 | MR. LAMAGNA:  Hold on.  What year?  I | 15:06:08 |
| 7 | just -- it dropped out. | 15:06:11 |
| 8 | THE WITNESS:  2016, yeah. | 15:06:14 |
| 9 | MR. LAMAGNA:  '16? | 15:06:16 |
| 10 | MR. RHOW:  That's what I said. | 15:06:19 |
| 11 | MR. LAMAGNA:  Okay.  I will object to | 15:06:20 |
| 12 | form. | 15:06:21 |
| 13 | BY MR. RHOW: | 15:06:21 |
| 14 | Q    Let me repeat the question just so I have | 15:06:21 |
| 15 | a complete one.  In 2016, Netlist found it acceptable | 15:06:23 |
| 16 | for Samsung to go through its forecasts and then allow | 15:06:28 |
| 17 | purchase orders on that which it could supply; correct? | 15:06:32 |
| 18 | MR. LAMAGNA:  Form. | 15:06:36 |
| 19 | THE WITNESS:  That was Netlist found it | 15:06:36 |
| 20 | acceptable?  That -- that was -- it wasn't acceptable | 15:06:38 |
| 21 | to us as a -- as a customer of a -- where we have a | 15:06:50 |
| 22 | contract with Samsung. | 15:06:55 |
| 23 | Was it reality that we must live with it, | 15:06:56 |
| 24 | probably yes. | 15:07:04 |
| 25 | VIDEOGRAPHER MILLER:  One minute warning. | 15:07:04 |

Page 152

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    to follow through on -- on a purchase order that they        15:48:09

 2    committed to --                                              15:48:15

 3    BY MR. RHOW:                                                 15:48:16

 4         Q     And -- and -- --                                  15:48:17

 5         A     -- you know.                                      15:48:19

 6         Q     And I don't want your --                          15:48:20

 7         A     Okay, go ahead.                                   15:48:22

 8         Q     I don't want your legal conclusion on             15:48:23

 9    this.  I'm really talking about based on your                15:48:26

10    understanding of the JDLA that was executed.                 15:48:28

11               Under the JDLA, do you believe that               15:48:31

12    failure to perform under an accepted purchase order is       15:48:34

13    a violation of the obligations under the JDLA?               15:48:39

14         A     Well, it's -- yeah, it's a problem, it's a        15:48:51

15    problem if Samsung accepts a purchase order and does         15:48:53

16    not deliver to it or cancels it, yeah, that's a -- that      15:48:57

17    is a -- a failure to perform the obligations.                15:49:03

18         Q     So cancellation of a purchase order would         15:49:09

19    be a failure to perform under the JDLA's obligations;        15:49:12

20    right?                                                       15:49:22

21         A     That is if Samsung -- Samsung cancels.            15:49:22

22         Q     Now, you're aware of instances during the        15:49:26

23    five years after the JDLA where Netlist cancelled a          15:49:30

24    purchase order that had, in fact, been accepted;             15:49:35

25    correct?                                                     15:49:43
```

Page 164

CONFIDENTIAL—ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A      It appears to be. | 16:07:11 |
| 2 | Q      Do you have any idea why Gail Sasaki | 16:07:13 |
| 3 | signed Exhibit 84 on November 5, 2015? | 16:07:17 |
| 4 | MR. LAMAGNA:  Objection.  Form. | 16:07:22 |
| 5 | THE WITNESS:  No, I -- no, I don't, I | 16:07:26 |
| 6 | mean, I -- | 16:07:29 |
| 7 | BY MR. RHOW: | 16:07:32 |
| 8 | Q      Does Gail Sasaki -- or strike that. | 16:07:32 |
| 9 | Did Gail Sasaki at that time have | 16:07:35 |
| 10 | authority to review, analyze, and then execute tax | 16:07:37 |
| 11 | related documents? | 16:07:41 |
| 12 | A      Yes. | 16:07:43 |
| 13 | MR. LAMAGNA:  Objection to form.  Scope. | 16:07:43 |
| 14 | THE WITNESS:  I'm sure she's getting | 16:07:49 |
| 15 | advice, but she -- yeah, she's the CFO, so she -- she | 16:07:51 |
| 16 | has the authority. | 16:07:54 |
| 17 | BY MR. RHOW: | 16:07:56 |
| 18 | Q      Would she have had that authority in 2015 | 16:07:57 |
| 19 | to do it without consulting you? | 16:07:59 |
| 20 | A      Yes. | 16:08:01 |
| 21 | Q      And when you said you think she would have | 16:08:10 |
| 22 | consulted outside folks, what did you mean by that? | 16:08:13 |
| 23 | A      Well, this is a tax withholding, so you | 16:08:16 |
| 24 | would -- you know, she -- she does not know the Korean | 16:08:27 |
| 25 | tax law, she would either follow -- okay, I don't want | 16:08:31 |

Page 175

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    to speculate, but --                              16:08:34

 2             MR. LAMAGNA:   Form.                      16:08:35

 3             THE WITNESS:   She would either follow the   16:08:36

 4    instructions of Samsung, because I'm assuming that this   16:08:38

 5    is going to -- back to Korea, she would either follow   16:08:43

 6    Samsung's instructions or -- or get expert opinion   16:08:46

 7    before she executes this form, that is my assumption,   16:08:52

 8    that is my assumption.                             16:08:58

 9    BY MR. RHOW:                                       16:08:59

10        Q    All right.   You would have expected      16:09:00

11    Ms. Sasaki to make sure it is appropriate to sign this   16:09:03

12    document before signing it.                        16:09:05

13             Is that a fair statement?                 16:09:10

14        A    Yes.                                      16:09:10

15        Q    Since November 2015, have you ever asked   16:09:10

16    her if she did, in fact, do an outside investigation as   16:09:14

17    it relates to the Korean tax issue?                16:09:19

18             MR. LAMAGNA:   Form.   Scope.             16:09:26

19             THE WITNESS:   I think that was known     16:09:27

20    because we retained a number of different -- we    16:09:29

21    believed that the withholding was done inappropriately,   16:09:37

22    so that it should not have been withheld, and so we   16:09:41

23    tried to seek a refund and a return of what is due to   16:09:50

24    us, so I recall her working with Kim and Chang in   16:09:53

25    Korea, PWC, and, you know, it went on years and years,   16:10:02
```

Page 176

CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A    Yeah, right away, right away, probably on | 16:23:18 |
| 2 | the -- when they were supposed to send the entire eight | 16:23:29 |
| 3 | million, they didn't -- you know, they shorted us. | 16:23:32 |
| 4 | Q    And, that -- when you say "right away," | 16:23:36 |
| 5 | you mean right after the JDLA was signed? | 16:23:38 |
| 6 | A    Yeah, pretty -- pretty close.  Whenever | 16:23:42 |
| 7 | the -- yeah, whenever the due date of the funds were. | 16:23:45 |
| 8 | Q    And so -- | 16:23:47 |
| 9 | MR. LAMAGNA:  Form. | 16:23:49 |
| 10 | BY MR. RHOW: | 16:23:50 |
| 11 | Q    And so on the date that Samsung withheld | 16:23:50 |
| 12 | that million plus, you believed that they had failed to | 16:23:53 |
| 13 | cooperate with Netlist to ensure that that did not | 16:23:57 |
| 14 | happen; correct? | 16:24:01 |
| 15 | A    Yeah, it -- it was like we -- we cannot | 16:24:01 |
| 16 | determine at that point whether they -- that was done | 16:24:09 |
| 17 | appropriately or not, and that is not a decision for us | 16:24:13 |
| 18 | to make, it is a decision for the Korean tax | 16:24:15 |
| 19 | authorities, and they made that decision later on, at | 16:24:18 |
| 20 | that point, we know they were legally wrong, you know, | 16:24:21 |
| 21 | as to deducting that, from my perspective, that was | 16:24:25 |
| 22 | just bad behavior of unilaterally deducting money | 16:24:30 |
| 23 | without telling you ahead of time and shorting the | 16:24:37 |
| 24 | funds. | 16:24:40 |
| 25 | Q    So separate and apart from the legal | 16:24:43 |

Page 186

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | position that the Korean tax authorities resolved, you | 16:24:47 |
| 2 | believed that when they held the monies right after the | 16:24:50 |
| 3 | JDLA that they should have given you advance notice of | 16:24:52 |
| 4 | that; correct? | 16:24:55 |
| 5 | A     That's right. | 16:24:57 |
| 6 | Q     And they should have cooperated with you | 16:24:59 |
| 7 | in connection with that withholding; correct? | 16:25:02 |
| 8 | A     That's correct. | 16:25:04 |
| 9 | Q     And they had not done that; correct? | 16:25:04 |
| 10 | A     Well, whether they cooperated or not in | 16:25:06 |
| 11 | terms of recovering that, that cooperation or lack of | 16:25:09 |
| 12 | cooperation, you -- you don't know at that time, okay, | 16:25:15 |
| 13 | you -- it was years of working with them, right, to try | 16:25:20 |
| 14 | to get their cooperation. | 16:25:25 |
| 15 | Q     Now, in terms of the May 2017 date that | 16:25:27 |
| 16 | you mentioned, why did you not terminate later in 2017? | 16:25:32 |
| 17 | A     Well, I mean, that's not what you do.  You | 16:25:41 |
| 18 | don't -- we don't take this litigation lightly or | 16:25:45 |
| 19 | complaint lightly and, you know, I -- I don't think -- | 16:25:49 |
| 20 | I mean, I -- you know, I believe you're Korean, that's | 16:25:54 |
| 21 | not how -- you know, that's not an appropriate thing to | 16:25:57 |
| 22 | do at the drop of a hat, you litigate. | 16:26:00 |
| 23 | We tried to work it out, you know, | 16:26:03 |
| 24 | especially over there, in that culture, that's not what | 16:26:09 |
| 25 | I do.  We tried to work it out, and we tried hard to | 16:26:12 |

Page 187

CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q    Sorry, when did the dash H specification | 17:00:15 |
| 2 | work begin at JEDEC? | 17:00:18 |
| 3 | A    I don't know the exact time, but it was -- | 17:00:22 |
| 4 | it was many years after the start of dash P.  That -- | 17:00:25 |
| 5 | yeah, that -- I don't have -- I don't have the dates, | 17:00:31 |
| 6 | but that -- that information would be available through | 17:00:34 |
| 7 | JEDEC. | 17:00:37 |
| 8 | Q    Did Netlist attempt to develop a product | 17:00:38 |
| 9 | that would meet the dash H specification? | 17:00:42 |
| 10 | A    Yeah, I think after Samsung abandoned the | 17:00:50 |
| 11 | joint development, then -- then we moved on our | 17:00:57 |
| 12 | separate path after -- you know, after they, you know, | 17:01:06 |
| 13 | stopped doing the work with us. | 17:01:10 |
| 14 | Q    When did Netlist begin work on the dash H | 17:01:14 |
| 15 | specification? | 17:01:19 |
| 16 | A    Well, again, it's not Netlist, it would | 17:01:19 |
| 17 | be -- it would be JEDEC, it would be JEDEC doing that | 17:01:22 |
| 18 | specification.  Netlist is working on the product all | 17:01:25 |
| 19 | along, but it is JEDEC that is working on the | 17:01:27 |
| 20 | specification. | 17:01:30 |
| 21 | Q    So, at some point in time, did Netlist | 17:01:32 |
| 22 | move the hybriDIMM product so that it could meet the | 17:01:36 |
| 23 | dash H specification? | 17:01:40 |
| 24 | MR. LAMAGNA:  Form. | 17:01:45 |
| 25 | THE WITNESS:  Yeah, I -- you know, I -- I | 17:01:47 |

Page 198

Ex 7                                                    535

| | | |
|---|---|---|
| 1 | don't know.  I don't know the dates.  I don't know | 17:01:51 |
| 2 | precisely whether we were trying to get our product to | 17:01:54 |
| 3 | meet dash H, but, you know, from what I remember is | 17:01:59 |
| 4 | that we'd been working on a hybriDIMM product before we | 17:02:05 |
| 5 | discussed this with -- on the JDLA with Samsung, | 17:02:10 |
| 6 | Samsung left it, you know, abandoned it, whenever, and | 17:02:16 |
| 7 | then afterwards we continued to work on it.  We | 17:02:22 |
| 8 | continued to work on the hybriDIMM. | 17:02:27 |
| 9 | BY MR. RHOW: | 17:02:28 |
| 10 | Q    And I think what the phrase you used is we | 17:02:29 |
| 11 | moved our separate ways, and you continued to work on | 17:02:31 |
| 12 | the hybriDIMM without Samsung? | 17:02:34 |
| 13 | A    Yes, because Samsung -- Samsung left us. | 17:02:39 |
| 14 | Q    And would that be in or about 2018? | 17:02:42 |
| 15 | A    What I have heard, yes, I was talking to | 17:02:49 |
| 16 | Samsung, guys like Hang-Jin Man who was the head of | 17:02:53 |
| 17 | their business unit for NAND in -- in 2018, and I know | 17:03:01 |
| 18 | that J.B. was talking to them until the middle of 2018 | 17:03:19 |
| 19 | about -- about the, you know, joint development, but | 17:03:22 |
| 20 | then we had heard later on that Samsung internally | 17:03:23 |
| 21 | decided to shut it down without -- without letting us | 17:03:30 |
| 22 | know, it -- it -- at the end of 2017. | 17:03:34 |
| 23 | Q    So at some point in 2018 because | 17:03:39 |
| 24 | Samsung -- strike that. | 17:03:44 |
| 25 | At some point in '18, Netlist went its | 17:03:46 |

Page 199