# EXHIBIT 8

**From:** Neal Knuth-SSI <NealK@ssi.samsung.com>
**Sent:** Wed, 2 Sep 2015 12:17:36 -0400 (EDT)
**To:** Jane Zhou <janezhou@netlist.com>; "Daniel (Young J.) Na-SSI"<daniel.n@ssi.samsung.com>
**Cc:** Raymond Jiang <rjiang@netlist.com>; Paik Ki Hong <pkhong@netlist.com>
**Subject:** DDR2 64X16 G die

Sorry Jane,

This is not something we just stock.  We support with forecast and lead time.  DDR2 is very much legacy and demand is very set for us.  A forecast and 4-6 week lead time can always be supported.

Thanks,
Neal
858 535 6410

---

**From:** Jane Zhou [mailto:janezhou@netlist.com]
**Sent:** Tuesday, September 01, 2015 10:56 PM
**To:** Neal Knuth-SSI; Daniel (Young J.) Na-SSI
**Cc:** Raymond Jiang; Paik Ki Hong
**Subject:** RE: DDR2 64X16 G die

Hi Neal,

Any update?

Need to get the feedback before soon to make a decision in two hours.

1, K4T1G164QG-BCF7 and K4T1G164QG-BCE7 both PN are okay.
2, I want quantity closely to 13Kpcs as possible, partial quantity should okay.

So, hope can get the feedback ASAP.


Thanks
Jane
0512-62601068-9502

---

**From:** Neal Knuth-SSI [mailto:NealK@ssi.samsung.com]
**Sent:** 2015年9月2日  10:26
**To:** Jane Zhou; Daniel (Young J.) Na-SSI
**Cc:** Raymond Jiang; Paik Ki Hong
**Subject:** RE: DDR2 64X16 G die

We will advise soon.

Thanks,
Neal
858 535 6410

---

**From:** Jane Zhou [mailto:janezhou@netlist.com]
**Sent:** Tuesday, September 01, 2015 5:46 PM
**To:** Neal Knuth-SSI; Daniel (Young J.) Na-SSI
**Cc:** Raymond Jiang; Paik Ki Hong
**Subject:** DDR2 64X16 G die

CONFIDENTIAL                                                                                                   NL041772

Hi Neal & Daniel,

Please help to advise your available and best offer for 13Kpcs of K4T1G164QG-BCF7.

Please advise as soon as you can.

Thanks!



**Jane Zhou**
Senior Buyer
A1, EPZ B ZONE
NO. 288 SHENG PU RD. SIP
SUZHOU, PRC 215121, CHINA
Tel: 86-512-6260 1068-9502
Cell: 189 1316 7768

Fax:0512-62601078
www.netlist.com

CONFIDENTIAL   NL041773