# EXHIBIT 9

| | |
|---|---|
| **From:** | Raymond Jiang <rjiang@netlist.com> |
| **Sent:** | Mon, 10 Aug 2015 22:01:44 -0400 (EDT) |
| **To:** | Paik Ki Hong <pkhong@netlist.com> |
| **Subject:** | FW: Roadmap |

FYI...

**From:** Neal Knuth-SSI [mailto:NealK@ssi.samsung.com]
**Sent:** Tuesday, August 11, 2015 9:53 AM
**To:** Raymond Jiang; Neal Knuth-SSI
**Subject:** Roadmap

Raymond,
I don't think we can do that. We have not had regular DRAM orders and our SSD and flash products are more guarded. I still have not even gotten response on the SSD sample.
We should find a part or two for regular business before going after SSD and Flash components. I am not asking for much, just some run rate. SEC is now questioning this.
Thanks,
Neal
858 535 6410

**From:** Raymond Jiang [mailto:rjiang@netlist.com]
**Sent:** Monday, August 10, 2015 6:26 PM
**To:** Neal Knuth-SSI
**Subject:** Roadmap

Neal,
As I am reviewing the DRAM roadmap with our team – we would like to get a roadmap on the flash products (finished flash products, SSD, CF, SD, etc..).
Want to work with our flash team to use SS flash products where we can.
Thanks
Raymond

**From:** Neal Knuth-SSI [mailto:NealK@ssi.samsung.com]
**Sent:** Wednesday, August 05, 2015 12:53 AM
**To:** Raymond Jiang
**Subject:** PO#0322950 revised RE: Netlist: Q3 any Demand

Hi Raymond,
See attached. Let me know if you have any questions.
Thank you,
감사합니다
Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
**New Office Number**: 858 535 6410

nealk@ssi.samsung.com

Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.
**Privacy Notice**: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law. If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.

**From:** Raymond Jiang [mailto:rjiang@netlist.com]
**Sent:** Monday, August 03, 2015 8:30 PM
**To:** Neal Knuth-SSI
**Subject:** RE: PO#0322950 revised RE: Netlist: Q3 any Demand

Neal,
Can you get me a latest roadmap?
Thanks
Raymond

**From:** Neal Knuth-SSI [mailto:NealK@ssi.samsung.com]
**Sent:** Saturday, August 01, 2015 1:09 AM
**To:** Raymond Jiang

CONFIDENTIAL - ATTORNEYS' EYES ONLY                NL038846

**Subject:** RE: PO#0322950 revised RE: Netlist: Q3 any Demand

That would be great. Just a chance if you have one…
Thanks,
Neal
858 535 6410

**From:** Raymond Jiang [mailto:rjiang@netlist.com]
**Sent:** Friday, July 31, 2015 12:50 AM
**To:** Neal Knuth-SSI
**Subject:** RE: PO#0322950 revised RE: Netlist: Q3 any Demand

Sorry, I've been out and went back to the US for personal matters in the last few months.
It's been slow for us, but I will start looking into what can be done to improve.

**From:** Neal Knuth-SSI [mailto:NealK@ssi.samsung.com]
**Sent:** Thursday, July 30, 2015 11:45 PM
**To:** Raymond Jiang
**Subject:** PO#0322950 revised RE: Netlist: Q3 any Demand

Concerned about our interactions. We are doing very well, but don't hear any demand from Netlist???
Thanks,
Neal
858 535 6410

**From:** Raymond Jiang [mailto:rjiang@netlist.com]
**Sent:** Wednesday, July 29, 2015 6:46 PM
**To:** Neal Knuth-SSI
**Subject:** RE: PO#0322950 revised RE: Netlist: Q3 any Demand

Thanks Neal.
Hope all's well.

**From:** Neal Knuth-SSI [mailto:NealK@ssi.samsung.com]
**Sent:** Thursday, July 30, 2015 9:38 AM
**To:** Jane Zhou; Daniel (Young J.) Na-SSI
**Cc:** Paik Ki Hong; Raymond Jiang; John Wong; SK Oh
**Subject:** PO#0322950 revised RE: Netlist: Q3 any Demand

Jane,
New parts, some of the first components we will be delivering. We are trying, but the first one's are tough.
Thanks,
Neal
858 535 6410

**From:** Jane Zhou [mailto:janezhou@netlist.com]
**Sent:** Wednesday, July 29, 2015 6:01 PM
**To:** Neal Knuth-SSI; Daniel (Young J.) Na-SSI
**Cc:** Paik Ki Hong; Raymond Jiang; John Wong; SK Oh
**Subject:** RE: PO#0322950 revised RE: Netlist: Q3 any Demand

HI Neal & Daniel,
Really appreciate to get a update for the delivery schedule.
Can you give an update? Then we can work with the build plan.
Thanks
Jane
0512-62601068-9502

**From:** Jane Zhou
**Sent:** 2015年7月29日 8:40
**To:** 'Neal Knuth-SSI'; Daniel (Young J.) Na-SSI
**Cc:** Paik Ki Hong; Raymond Jiang; John Wong; SK Oh
**Subject:** RE: PO#0322950 revised RE: Netlist: Q3 any Demand

HI Daniel,
Can you help to provide the best timeline to support below two parts? Thank you!

| PO# | Vendor | P/N | MPN | Order Qty | Remark |
|---|---|---|---|---|---|
| 322950 | SAMSUNG | D402G4CDMF-2B | K4A8G045WB-BCRC | 1,280 | 2400mhz |
| 322950 | SAMSUNG | D401G4CDMF-2D | K4A4G045WD-BCRC | 1,280 | 2400mhz |

CONFIDENTIAL - ATTORNEYS' EYES ONLY    NL038847

Thanks
Jane
0512-62601068-9502

**From:** Neal Knuth-SSI [mailto:NealK@ssi.samsung.com]
**Sent:** 2015年7月28日 23:02
**To:** Jane Zhou; Neal Knuth-SSI; Daniel (Young J.) Na-SSI
**Cc:** Paik Ki Hong; Raymond Jiang; John Wong; SK Oh
**Subject:** PO#0322950 revised RE: Netlist: Q3 any Demand

> Daniel,
> Can you share the SAMP #? I will ask again.
> Thanks,
> Neal
> 858 535 6410

**From:** Jane Zhou [mailto:janezhou@netlist.com]
**Sent:** Tuesday, July 28, 2015 1:08 AM
**To:** Neal Knuth-SSI; Daniel (Young J.) Na-SSI
**Cc:** Paik Ki Hong; Raymond Jiang; John Wong; SK Oh
**Subject:** RE: PO#0322950 revised RE: Netlist: Q3 any Demand

> Hi Neal & Daniel,
> I saw you responded DDR4 16Gb part to Raymond already. Thanks!
> Could you please help to update the delivery schedule for 4Gb and 8Gb 2400mhz parts?
> Need a best delivery date.
> Please advise.
> Thanks
> Jane
> 0512-62601068-9502

**From:** Jane Zhou
**Sent:** 2015年7月24日 9:06
**To:** 'Neal Knuth-SSI'; 'Daniel (Young J.) Na-SSI'
**Cc:** Paik Ki Hong; Raymond Jiang; John Wong; SK Oh
**Subject:** RE: PO#0322950 revised RE: Netlist: Q3 any Demand

> Hi Neal & Daniel,
> Please help to update the delivery schedule for 4Gb and 8Gb 2400mhz parts.
> BTW, do you have DDR4 16Gb DDP x4? What the status for it?
> Please advise.
> Thanks
> Jane
> 0512-62601068-9502

**From:** Jane Zhou
**Sent:** 2015年7月7日 11:53
**To:** 'Neal Knuth-SSI'; Daniel (Young J.) Na-SSI
**Cc:** Paik Ki Hong; Raymond Jiang; John Wong; SK Oh
**Subject:** RE: PO#0322950 revised RE: Netlist: Q3 any Demand

> Hi Neal & Daniel,
> Are there have any pull in or update for both DRAM?
> Can you help to provide your best timeline to support the both parts?
> Thank you in advance!
> Thanks
> Jane
> 0512-62601068-9502

**From:** Neal Knuth-SSI [mailto:NealK@ssi.samsung.com]
**Sent:** 2015年6月23日 12:11
**To:** Jane Zhou; Daniel (Young J.) Na-SSI
**Cc:** Paik Ki Hong; Raymond Jiang; John Wong; SK Oh
**Subject:** RE: PO#0322950 revised RE: Netlist: Q3 any Demand

> These were changed recently, so we may have to start lead time again. We will check but I expect 8 weeks or so. We will advise..
> Thanks,

CONFIDENTIAL - ATTORNEYS' EYES ONLY    NL038848

Neal
858 535 6410

**From:** Jane Zhou [mailto:janezhou@netlist.com]
**Sent:** Monday, June 22, 2015 8:45 PM
**To:** Daniel (Young J.) Na-SSI; Neal Knuth-SSI
**Cc:** Paik Ki Hong; Raymond Jiang; John Wong; SK Oh
**Subject:** RE: PO#0322950 revised RE: Netlist: Q3 any Demand

Hi Daniel,
Thank you!
Do you have the shipping schedule for each 1,280pcs of 2400mhz 4Gb and 8Gb parts?
Please help to expedite.
Thanks
Jane
0512-62601068-9502

**From:** Daniel (Young J.) Na-SSI [mailto:daniel.n@ssi.samsung.com]
**Sent:** 2015年6月18日 0:51
**To:** Jane Zhou; Neal Knuth-SSI
**Cc:** Paik Ki Hong; Raymond Jiang; John Wong; SK Oh
**Subject:** RE: PO#0322950 revised RE: Netlist: Q3 any Demand

Hi Jane,
Change is confirmed and has been implemented.
Thanks,

**From:** Jane Zhou [mailto:janezhou@netlist.com]
**Sent:** Tuesday, June 16, 2015 6:52 PM
**To:** Neal Knuth-SSI; Daniel (Young J.) Na-SSI
**Cc:** Paik Ki Hong; Raymond Jiang; John Wong; SK Oh
**Subject:** PO#0322950 revised RE: Netlist: Q3 any Demand

Hi Neal,
Thank you for the update.
Hi Daniel,
Attached is the revised PO, please acknowledge it.
1, Add 1280pcs of 2400mhz DDR4 4GbX4 - K4A4G045WD-BCRC.
2, Changed 1,280pcs of 2133mhz DDR4 8GbX4(K4A8G045WB-BCPB) to 2400mhz DDR4 8GbX4 (K4A8G045WB-BCRC).
Please noted it and help to change it in your system.
Please help to expedite and let me know your best delivery date for both DRAMs.
Thanks
Jane
0512-62601068-9502

**From:** Neal Knuth-SSI [mailto:NealK@ssi.samsung.com]
**Sent:** 2015年6月17日 0:32
**To:** Jane Zhou; Daniel (Young J.) Na-SSI
**Cc:** Paik Ki Hong; Raymond Jiang; John Wong; SK Oh
**Subject:** Netlist: Q3 any Demand

| | | | | | | |
|---|---|---|---|---|---|---|
| 8Gb | 2G x 4 | 1.2V | K4A8G045WB-BCPB | 2133 | 10.70 | $8.92 |
| | 1G x 8 | 1.2V | K4A8G085WB-BCPB | 2133 | 10.70 | $8.92 |
| 4Gb | x4 | 1.2V | K4A4G045WD-BCPB | 2133 | 5.17 | $4.31 |
| | x8 | 1.2V | K4A4G085WD-BCPB | 2133 | 5.17 | $4.31 |
| | x16 | 1.2V | K4A4G165WD-BCPB | 2133 | 5.17 | TBD |

2400 2133
Jane,
Above in RED.
Thanks,
Neal
858 535 6410

**From:** Jane Zhou [mailto:janezhou@netlist.com]
**Sent:** Monday, June 15, 2015 12:07 AM
**To:** Neal Knuth-SSI; Daniel (Young J.) Na-SSI

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Cc:** Paik Ki Hong; Raymond Jiang; John Wong; SK Oh
**Subject:** RE: Netlist: Q3 any Demand

Hi Neal,
Could you advise the 2400mhz price for 4GbX4 and 8GbX4 parts?
Thanks
Jane
0512-62601068-9502

**From:** Paik Ki Hong
**Sent:** 2015年6月13日 1:13
**To:** Neal Knuth-SSI; Daniel (Young J.) Na-SSI
**Cc:** Raymond Jiang; John Wong; SK Oh; Jane Zhou
**Subject:** RE: Netlist: Q3 any Demand

Neal,
We will try to use more Samsung moving forward.
We need updated 2400 pricing. Can you provide?
Thanks.

**From:** Neal Knuth-SSI [mailto:NealK@ssi.samsung.com]
**Sent:** Friday, June 12, 2015 1:44 AM
**To:** Jane Zhou; Daniel (Young J.) Na-SSI
**Cc:** Raymond Jiang; John Wong; Paik Ki Hong; SK Oh
**Subject:** Netlist: Q3 any Demand

Updated for June. It would be really much easier to support these requests if we had some regular business. I look pretty bad supporting your account. Wish we could do something to change current status.. I am a little embarrassed what has happened to past runrates.
If anything you need to improve our sales, please advise.

| Comp | | | | | | |
|---|---|---|---|---|---|---|
| | 8Gb | 2G x 4 | 1.2V | K4A8G045WB-BCPB | 2133 | $8.92 |
| | | 1G x 8 | 1.2V | K4A8G085WB-BCPB | 2133 | $8.92 |
| | 4Gb | x4 | 1.2V | K4A4G045WD-BCPB | 2133 | $4.31 |
| | | x8 | 1.2V | K4A4G085WD-BCPB | 2133 | $4.31 |
| | | x16 | 1.2V | K4A4G165WD-BCPB | 2133 | TBD |

Thank you,
감사합니다
Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
**New Office Number**: 858 535 6410

nealk@ssi.samsung.com

Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.
**Privacy Notice**: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law. If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.

**From:** Jane Zhou [mailto:janezhou@netlist.com]
**Sent:** Friday, June 12, 2015 12:36 AM
**To:** Neal Knuth-SSI; Daniel (Young J.) Na-SSI
**Cc:** Raymond Jiang; John Wong; Paik Ki Hong; SK Oh
**Subject:** RE: Netlist: Q3 any Demand

Hi Neal,
Do you have the price on hand and can provide it to me?
Then I can revise the PO to you.
Thanks
Jane
0512-62601068-9502

**From:** Jane Zhou
**Sent:** 2015年6月10日 11:03
**To:** 'Neal Knuth-SSI'; Daniel (Young J.) Na-SSI

CONFIDENTIAL - ATTORNEYS' EYES ONLY   NL038850

**Cc:** Raymond Jiang; John Wong; Paik Ki Hong; SK Oh
**Subject:** RE: Netlist: Q3 any Demand

Hi Neal,
Okay, thank you for the update.
Please let me know once you have it on hand.
Thanks
Jane
0512-62601068-9502

**From:** Neal Knuth-SSI [mailto:NealK@ssi.samsung.com]
**Sent:** 2015年6月10日 10:36
**To:** Jane Zhou; Daniel (Young J.) Na-SSI
**Cc:** Raymond Jiang; John Wong; Paik Ki Hong
**Subject:** Netlist: Q3 any Demand

Jane,
June price released in next day or so, let me advise then..
Thanks,
Neal
858 535 6410

**From:** Jane Zhou [mailto:janezhou@netlist.com]
**Sent:** Tuesday, June 09, 2015 7:15 PM
**To:** Daniel (Young J.) Na-SSI; Neal Knuth-SSI
**Cc:** Raymond Jiang; John Wong; Paik Ki Hong
**Subject:** RE: Netlist: Q3 any Demand

Hi Neal,
Could you please help to advise price for DDR4 4GbX4 and 8GbX4?
Then I will add another 1280pcs of DDR4 4GbX4 and change 1280pcs of 2133 DDR4 8GbX4 to 2400 DDR4 8GbX4.
Thanks
Jane
0512-62601068-9502

**From:** Daniel (Young J.) Na-SSI [mailto:daniel.n@ssi.samsung.com]
**Sent:** 2015年6月10日 8:35
**To:** Neal Knuth-SSI; Jane Zhou
**Cc:** Raymond Jiang; John Wong; Paik Ki Hong
**Subject:** RE: Netlist: Q3 any Demand

Hi Neal,
I believe only backlog we have is the 2133,

| 6/12/2015 | 1198175438 | 322950 | K4A8G045WB-BCPB000 | 1,280 | 6/2/2015 | 1,280 |

If I get revised PO and price confirmation from you, yes I can change it in the system.
Thanks,

**From:** Neal Knuth-SSI
**Sent:** Tuesday, June 09, 2015 4:22 PM
**To:** Jane Zhou; Daniel (Young J.) Na-SSI
**Cc:** Raymond Jiang; John Wong; Paik Ki Hong
**Subject:** Netlist: Q3 any Demand

Daniel,
Can you make the changes in the system as below? We will need to adjust price as we have 15% premium for the 2400.
We will need to update PO and sample order.
Thanks,
Neal
858 535 6410

**From:** Jane Zhou [mailto:janezhou@netlist.com]
**Sent:** Monday, June 08, 2015 6:30 PM
**To:** Neal Knuth-SSI
**Cc:** Raymond Jiang; John Wong; Paik Ki Hong
**Subject:** RE: Netlist: Q3 any Demand

Hi Neal,
Can you help to quote each for 1280pcs of 2400mhz DDR4 4GbX4 and 8GbX4?

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    NL038851

> BTW, we also want to replace 8GbX4 2133 with 8GbX4 2400.
> Please help to advise.
> Thanks
> Jane
> 0512-62601068-9502

**From:** Paik Ki Hong
**Sent:** 2015年6月6日 7:29
**To:** Neal Knuth-SSI
**Cc:** Jane Zhou; Raymond Jiang; John Wong
**Subject:** RE: Netlist: Q3 any Demand

> Can you quote 1280pcs- 2400mhz- 8GbX4 and 4GBX4?
> Also can we change the 8GbX4 2133 we have on PO to 2400?
> Thanks.

**From:** Neal Knuth-SSI [mailto:NealK@ssi.samsung.com]
**Sent:** Friday, June 05, 2015 4:17 PM
**To:** Paik Ki Hong
**Cc:** Jane Zhou; Raymond Jiang; John Wong
**Subject:** RE: Netlist: Q3 any Demand

> We can support. It is 15% Premium over 2133. Lead time is long as we are not supporting many requests (but all of a sudden, I have over 5 in last two days).
> Thanks,
> Neal
> 858 535 6410

**From:** Paik Ki Hong [mailto:pkhong@netlist.com]
**Sent:** Friday, June 05, 2015 3:03 PM
**To:** Neal Knuth-SSI
**Cc:** Jane Zhou; Raymond Jiang; John Wong
**Subject:** RE: Netlist: Q3 any Demand

> Neal,
> Can I get 2400 part#s?
> Is this available?
> Please advise.

**From:** Neal Knuth-SSI [mailto:NealK@ssi.samsung.com]
**Sent:** Thursday, May 28, 2015 3:02 PM
**To:** Paik Ki Hong
**Cc:** Jane Zhou; Raymond Jiang
**Subject:** Netlist: Q3 any Demand

| | | | | | |
|---|---|---|---|---|---|
| 8Gb | 2G x 4 | 1.2V | K4A8G045WB-BCPB | 2133 | $9.20 |
| | 1G x 8 | 1.2V | K4A8G085WB-BCPB | 2133 | $9.20 |
| 4Gb | x4 | 1.2V | K4A4G045WD-BCPB | 2133 | $4.40 |
| | x8 | 1.2V | K4A4G085WD-BCPB | 2133 | $4.40 |
| | x16 | 1.2V | K4A4G165WD-BCPB | 2133 | $4.40 |

> Hi All,
> Above is May price and our offering. For volume, we can discuss final price.
> Thanks,
> Neal
> 858 535 6410

**From:** Paik Ki Hong [mailto:pkhong@netlist.com]
**Sent:** Thursday, May 28, 2015 2:57 PM
**To:** Neal Knuth-SSI
**Cc:** Jane Zhou; Raymond Jiang
**Subject:** RE: Netlist: Q3 any Demand

> Neal,
> Please include 4GbX4 DDR4 to quote.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    NL038852

Thanks.

**From:** Paik Ki Hong
**Sent:** Thursday, May 28, 2015 2:38 PM
**To:** 'Neal Knuth-SSI'
**Cc:** Jane Zhou; Raymond Jiang
**Subject:** RE: Netlist: Q3 any Demand

Neal,

We should be ordering 8GbX4 DDR4 samples

We want to use this part for a new project we should be building end of June.

Let me know the price and LT

Thanks.

BTW- Raymond will be out of pocket for about a month. Our buyer Jane Zhou or I will handle things until Raymond returns.

**From:** Neal Knuth-SSI [mailto:NealK@ssi.samsung.com]
**Sent:** Thursday, May 28, 2015 11:28 AM
**To:** Raymond Jiang
**Cc:** Paik Ki Hong
**Subject:** Netlist: Q3 any Demand

Ray,

Nothing on backlog, nothing forecasted. Let me know.

Thank you,

감사합니다
Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
**New Office Number**: 858 535 6410

nealk@ssi.samsung.com

Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.
**Privacy Notice**: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law. If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.