# EXHIBIT 10

```
 1                 UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3                      SOUTHERN DIVISION
 4
 5    NETLIST INC., A DELAWARE      ) CASE NO.: 8:20-CV-00993
      CORPORATION,                  ) (DFMX)
 6                                  )
                  PLAINTIFF,        )
 7                                  )
            v.                      )
 8                                  )
      SAMSUNG ELECTRONICS CO., LTD.,)
 9    A KOREAN CORPORATION,         )
                                    )
10                DEFENDANT.        )
      _____)
11
12
13
14
                            VOLUME I
15
              VIDEOTAPED DEPOSITION OF HYEOK-SANG YOO
16
                   FRIDAY, AUGUST 13, 2021
17
                   HWASEONG, SOUTH KOREA
18
19
20
21
22
23
24    FILE NO.  CA 4743994
25    REPORTED BY  MARK McCLURE, CRR
                   CAL CSR 12203

                                              Page 1
```

| | | |
|---|---|---|
| 1 | for Samsung to support. | 13:19 |
| 2 | And also, by this time, the business between | 13:19 |
| 3 | Samsung and Netlist -- strike that. | 13:19 |
| 4 | And also, by this time, there was some lack of | 13:19 |
| 5 | confidence in regards to business between Samsung and | 13:19 |
| 6 | Netlist.  I believe that's why that's being expressed | 13:19 |
| 7 | that way. | 13:19 |
| 8 | MR. LEE:  Just to interject there, Soomi, the | 13:19 |
| 9 | witness used the English word "trust" and I think that | 13:19 |
| 10 | got rendered as "competence." | 13:19 |
| 11 | INTERPRETER:  Okay, let me redo that. | 13:19 |
| 12 | THE WITNESS:  And also, by this time, there | 13:19 |
| 13 | was some lack of trust in regards to business between | 13:19 |
| 14 | Samsung and Netlist.  I believe that's why it's being | 13:19 |
| 15 | expressed that way. | 13:20 |
| 16 | BY MR. LO: | 13:20 |
| 17 | Q.    What did you understand to be the lack of | 13:20 |
| 18 | trust in regards to business between Samsung and | 13:20 |
| 19 | Netlist? | 13:20 |
| 20 | A.    Well, the first example is that it's regarding | 13:20 |
| 21 | eMMC product.  When Netlist placed purchase order of | 13:21 |
| 22 | this product to Samsung, Samsung accepted those purchase | 13:21 |
| 23 | orders and provided or supplied eMMC products when it | 13:21 |
| 24 | was very difficult to locate those products.  However, | 13:21 |
| 25 | Netlist did not carry out those purchase orders and take | 13:21 |

Page 63

| | | |
|---|---|---|
| 1 | those products pursuant to the purchase orders. | 13:21 |
| 2 | Thereafter, for products that were very hard | 13:22 |
| 3 | to locate, such as SSD, rather than dealing with those | 13:22 |
| 4 | who were actually working on this, Netlist will bypass | 13:22 |
| 5 | and go to the high level and then try to directly | 13:23 |
| 6 | communicate with the high level by securing those | 13:23 |
| 7 | products.  So we had some communication difficulty with | 13:23 |
| 8 | Netlist going above people who were actually working on | 13:23 |
| 9 | this. | 13:23 |
| 10 | Q.   Who at the high level did you understand | 13:23 |
| 11 | Netlist to be communicating with? | 13:23 |
| 12 | A.   I believe that was to YH Jun, who was at the | 13:23 |
| 13 | strategic planning team, which was part of the sales | 13:24 |
| 14 | marketing team, and also, to another high-level person | 13:24 |
| 15 | at the planning team, who was not directly involved in | 13:24 |
| 16 | securing quantities. | 13:24 |
| 17 | Q.   Were either of those individuals at DSK? | 13:24 |
| 18 | A.   Yes, that's correct. | 13:24 |
| 19 | Q.   So, we just looked at an email -- we just | 13:24 |
| 20 | looked at Exhibit 66 in which you had said that Netlist | 13:24 |
| 21 | won't have anyone notable to contact at a high level. | 13:25 |
| 22 | What did you mean by that statement in Exhibit | 13:25 |
| 23 | 66, then? | 13:25 |
| 24 | A.   What I'm referring to there is that the person | 13:25 |
| 25 | whom I spoke about earlier, YH Jun, had transferred to | 13:25 |

Page 64

```
 1              When samples are being requested, it is          15:00

 2     regarding a new product of Samsung or product or a        15:00

 3     memory that is incorporated into a new product.  And      15:01

 4     under that type of circumstances, requests for the        15:01

 5     sample would be coming from engineering that is           15:01

 6     supporting such request, and it is engineering side that  15:01

 7     would do the follow-up in that regard.                    15:01

 8              And as far as volume sales of business is        15:01

 9     concerned, that request would come from the sales of      15:01

10     DSA.                                                      15:01

11     Q.    You mentioned earlier that there had been an        15:01

12     issue with Netlist's order of eMMC.                       15:01

13              Do you recall that?                              15:02

14     A.    That's correct.                                     15:02

15     Q.    What were those circumstances?                      15:02

16     A.    Can you be a little bit more specific?              15:02

17     Q.    As I understood your earlier answers, the way       15:02

18     that Netlist proceeded with that eMMC order led Samsung   15:02

19     to be dissatisfied, and I'm trying to understand what     15:02

20     those circumstances were.                                 15:02

21     A.    This may take a little while.                       15:03

22              First of all, our company comes out with         15:03

23     annual budgetary amount for all products, including       15:03

24     eMMC.  And by that time, Netlist had never placed order   15:03

25     of eMMC or have placed eMMC in their annual forecast,     15:03
```

Page 85

| | | |
|---|---|---|
| 1 | and all of a sudden, Netlist requested the supply of | 15:04 |
| 2 | eMMC, and when that request came to Samsung, Samsung did | 15:04 |
| 3 | not have any advanced plan of supplying eMMC to Netlist, | 15:04 |
| 4 | and the circumstance at that time was that we were faced | 15:04 |
| 5 | with extreme shortage of eMMC. | 15:04 |
| 6 | Although we informed Netlist that we could not | 15:05 |
| 7 | support their request of eMMC, Netlist escalated this | 15:05 |
| 8 | and went to high level of Samsung, and Samsung high | 15:05 |
| 9 | level instructed we support Netlist in this request, so | 15:05 |
| 10 | we did. | 15:06 |
| 11 | So, at the time, we diverted the eMMC that was | 15:06 |
| 12 | bound for a Japanese OEM customer who had already issued | 15:06 |
| 13 | a purchase order and accepted the purchase order from | 15:06 |
| 14 | Netlist. | 15:06 |
| 15 | So Netlist accepted the PO from Netlist and | 15:07 |
| 16 | started to supply the eMMC to Netlist.  Then all of a | 15:07 |
| 17 | sudden, at one point in time, Netlist stated that they | 15:07 |
| 18 | could not take those eMMC.  And not only that, they | 15:07 |
| 19 | wanted to change the product from eMMC to even hotter | 15:07 |
| 20 | product.  Then Samsung rejected this. | 15:07 |
| 21 | Samsung continuously notified Netlist to take | 15:08 |
| 22 | the eMMC that they were supposed to take.  However, | 15:08 |
| 23 | Netlist ultimately did not take those products.  So, | 15:08 |
| 24 | from Samsung's point of view, Netlist bypassed and went | 15:08 |
| 25 | to the high level to secure this product and they issued | 15:09 |

Page 86

| | | |
|---|---|---|
| 1 | those -- issued the purchase order.  However, then they | 15:09 |
| 2 | did not perform on that purchase order. | 15:09 |
| 3 | That's it. | 15:09 |
| 4 | (Exhibit 73 marked for identification.) | 15:09 |
| 5 | BY MR. LO: | |
| 6 | Q.   Take a look at what we've marked as Exhibit | 15:09 |
| 7 | 73. | 15:09 |
| 8 | Does this email chain relate to the initial | 15:09 |
| 9 | contact from Netlist to the planning team on the eMMC | 15:09 |
| 10 | that you were just referencing? | 15:09 |
| 11 | A.   Yes, that's correct. | 15:10 |
| 12 | Q.   And the SEC planning team called you regarding | 15:10 |
| 13 | the eMMC request by Netlist, is that correct? | 15:10 |
| 14 | A.   That's correct. | 15:10 |
| 15 | Q.   Do you recall who from the SEC planning team | 15:10 |
| 16 | called you? | 15:10 |
| 17 | A.   I think that was Ho-jung Kim, a manager, who | 15:10 |
| 18 | was the counterpart at the planning team. | 15:11 |
| 19 | Q.   The counterpart to whom? | 15:11 |
| 20 | A.   My counterpart, because, in sales, I was | 15:11 |
| 21 | charged with Netlist. | 15:11 |
| 22 | MR. LO:  All right, let's go off the record. | 15:11 |
| 23 | VIDEOGRAPHER:  We are off the record.  It's | 15:11 |
| 24 | 3:12 p.m. | 15:11 |
| 25 | (Discussion off the record.) | 15:11 |

Page 87

```
 1                    DEPONENT'S DECLARATION

 2

 3             I, HYEOK-SANG YOO, hereby declare:

 4             I have read the foregoing deposition

 5     transcript and identify it as my own and approve same.

 6             I declare under penalty of perjury under the

 7     laws of the State of California that the foregoing

 8     testimony is true and correct.

 9             Dated this _____ day of _____, 2021,

10     at _____, South Korea .

11

12

13                   _____

14                   HYEOK-SANG YOO

15

16

17

18

19

20

21

22

23

24

25

                                            Page 109
```

```
 1   STATE OF CALIFORNIA        )

 2   COUNTY OF SANTA BARBARA  )    ss.

 3

 4          I, Mark McClure, C.S.R. No. 12203, in and for

 5   the State of California, do hereby certify:

 6             That prior to being examined, the witness

 7   named in the foregoing deposition was by me duly sworn

 8   to testify to the truth, the whole truth, and nothing

 9   but the truth;

10             That said deposition was taken down by me in

11   shorthand at the time and place therein named and

12   thereafter reduced to typewriting under my direction,

13   and the same is a true, correct, and complete transcript

14   of said proceedings;

15             That if the foregoing pertains to the original

16   transcript of a deposition in a Federal Case, before

17   completion of the proceedings, review of the transcript

18   { } was {X} was not required.

19             I further certify that I am not interested in

20   the event of the action.

21             Witness my hand this 15th day of August,

22   2021.

23

24                     Certified Shorthand Reporter
                       State of California

25                     CSR No. 12203
```

Page 110