# EXHIBIT 11

*** CONFIDENTIAL -- ATTORNEYS' EYES ONLY ***

```
 1                UNITED STATES DISTRICT COURT
 2               CENTRAL DISTRICT OF CALIFORNIA
 3                     SOUTHERN DIVISION
 4
 5   NETLIST INC., a Delaware      )
     corporation,                  ) Case No.:
 6                                 ) 8:20-cv-00993-MCS-DFM
              Plaintiff,           )
 7                                 )
         v.                        )
 8                                 )
     SAMSUNG ELECTRONICS CO.,      )
 9   LTD., a Korean corporation,   )
                                   )
10            Defendant.           )
     _____)
11
12
13        *** CONFIDENTIAL -- ATTORNEYS' EYES ONLY ***
14                     DEPOSITION OF:
15                       STEVEN YU
16                WEDNESDAY, AUGUST 11, 2021
17                       9:33 a.m.
18
19
20   REPORTED BY:
21   Vickie Blair
22   CSR No. 8940, RPR-CRR
23   JOB NO. 4744082
24
25   PAGES 1 - 229
```

Page 1

*** CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

| | | | |
|---|---|---|---|
| 1 | Q | Can't the customers go directly to the | 09:54:54 |
| 2 | sellers? | | 09:54:56 |
| 3 | A | I'm not -- I'm not the customer. I mean, | 09:54:57 |
| 4 | they could. | | 09:55:00 |
| 5 | Q | So do the customers tell you how many of | 09:55:10 |
| 6 | what memory product they need? | | 09:55:12 |
| 7 | A | They specify how much quantity they need. | 09:55:15 |
| 8 | Q | They specify quantity and type; right? | 09:55:18 |
| 9 | A | There's different densities for memory | 09:55:21 |
| 10 | products and storage products, yes. | | 09:55:26 |
| 11 | Q | And then you take that and you go to | 09:55:26 |
| 12 | somebody who can sell it to you? | | 09:55:28 |
| 13 | A | Primarily Samsung would be our first | 09:55:32 |
| 14 | option to reach out to. | | 09:55:34 |
| 15 | Q | Is there a second option? | 09:55:36 |
| 16 | A | If Samsung can't support our request, then | 09:55:42 |
| 17 | we would still try to fill our customer request through | | 09:55:45 |
| 18 | the third-party channel. | | 09:55:48 |
| 19 | Q | What's a third-party channel? | 09:55:49 |
| 20 | A | Resellers of Samsung products. | 09:55:50 |
| 21 | Q | Okay. So, just generally, what's a | 09:55:54 |
| 22 | purchase order? | | 09:56:00 |
| 23 | A | ==Purchase order is an order that, you know,== | 09:56:02 |
| 24 | ==once we send Samsung a request, right, so this request== | | 09:56:11 |
| 25 | ==is our actual demand, right, products that we need for== | | 09:56:14 |

Page 23

*** CONFIDENTIAL – ATTORNEYS' EYES ONLY ***

```
1    shipments for customer orders, and this request, you      09:56:19
2    know, has to be approved by our Samsung sales guy, and    09:56:23
3    once that is approved, then -- all right, then we can     09:56:25
4    issue a purchase order based off of Samsung's             09:56:35
5    confirmation on our request or demand once approved.      09:56:39
6         Q    So who do you -- who at Samsung do you          09:56:44
7    communicate with?                                         09:56:47
8         A    I communicate with Neal Knuth.                  09:56:51
9         Q    Have you communicated with Neal Knuth           09:56:55
10   since you started your current position?                  09:56:59
11        A    I've communicated with Neal Knuth starting      09:57:01
12   my current position.                                      09:57:05
13        Q    Have you communicated with anyone else at       09:57:06
14   Samsung?                                                  09:57:08
15        A    They have inside salespeople that help          09:57:09
16   Neal; besides that, Neal's been the main contact at       09:57:13
17   Samsung.                                                  09:57:19
18        Q    So you said you make the request, and when      09:57:19
19   you say that, do you mean you make a request to Neal?     09:57:24
20        A    Yes, I make -- I make our requests to           09:57:27
21   Neal.                                                     09:57:30
22        Q    Okay.  And when you make a request, you         09:57:33
23   mean you are asking Neal about availability of some       09:57:35
24   product?                                                  09:57:38
25             MS. MULLIGAN:  Objection.  Misstates the        09:57:38
```

Page 24

*** CONFIDENTIAL ATTORNEYS' EYES ONLY ***

```
 1   testimony.                                               09:57:45
 2           You can answer, Steven.                          09:57:45
 3           THE WITNESS:  So our request for products        09:57:47
 4   are for products that we need for our customers.         09:57:49
 5   BY MR. CHOI:                                             09:57:56
 6       Q   Okay.  And speaking generally when you           09:57:56
 7   make a request, what's the next step?  What -- what      09:58:05
 8   does Samsung do then?                                    09:58:06
 9       A   That's something that I don't under- -- I        09:58:10
10   don't understand because that's what Neal -- Neal has    09:58:13
11   to check on his end, I don't -- I don't know what Neal   09:58:15
12   does on his end to check.                                09:58:18
13       Q   When was the last time you made a request        09:58:19
14   to Neal?                                                 09:58:30
15       A   The last week.                                   09:58:33
16       Q   Have you heard back from him?                    09:58:39
17       A   I've not heard back on our request back          09:58:41
18   from Neal.                                               09:58:44
19       Q   When was the last request you made to Neal       09:58:45
20   where you have heard back?                               09:58:48
21       A   So it -- is your question asking the last        09:58:53
22   request that Neal responded back?                        09:59:04
23       Q   Yes.                                             09:59:06
24       A   So the last request that Neal responded          09:59:06
25   back is probably a couple months back.                   09:59:09
```

Page 25

*** CONFIDENTIAL ATTORNEYS' EYES ONLY ***

```
 1              MR. CHOI:  During the next break, can we      10:13:20
 2   find a way for the witness to keep the light on?         10:13:21
 3              MS. MULLIGAN:  I'll look into it.             10:13:25
 4   BY MR. CHOI:                                             10:13:30
 5        Q     So, after you issue a purchase order in       10:13:30
 6   2018, did Neal confirm the purchase order after that by  10:13:35
 7   email or some other communication?                       10:13:40
 8        A     Neal -- if an order is approved by Neal,      10:13:48
 9   then Neal would state if he has product available to     10:13:51
10   ship, then he'll ship the product.  If not, then it      10:13:55
11   will be entered under a backlog.                         10:13:59
12        Q     So even after an order is entered, there      10:14:05
13   might not be products available to ship?  Is that what   10:14:10
14   you're saying?                                           10:14:14
15        A     There could be cases where there might not    10:14:14
16   be products available to ship and it goes onto what      10:14:18
17   Samsung calls a backlog.                                 10:14:22
18        Q     Did you ever provide a forecast of demands    10:14:26
19   to Neal?                                                 10:14:34
20        A     I've provided forecasts of products that      10:14:35
21   we've requested based on our demands to Neal, yes.       10:14:39
22        Q     You mean you provide a forecast of            10:14:42
23   products you already requested, or do you mean that you  10:14:47
24   provide forecasts to products you think you will         10:14:50
25   request in the future?                                   10:14:54
```

| | | |
|---|---|---|
| 1 | backorder, did you just cancel the backorder? | 15:21:11 |
| 2 | A     I mean, Samsung, in this case, Neal, | 15:21:19 |
| 3 | instructed us to cancel our backlog. | 15:21:22 |
| 4 | Q     So is that, yes, you did cancel the | 15:21:28 |
| 5 | backorder when Neal instructed you to do so? | 15:21:31 |
| 6 | A     Based on communications with Neal | 15:21:34 |
| 7 | instructing us to cancel the backlog, we would cancel | 15:21:36 |
| 8 | based off Samsung telling us to cancel the backorder. | 15:21:40 |
| 9 | Q     Did any part of the sales process change | 15:21:49 |
| 10 | in the time you were working for Netlist? | 15:22:01 |
| 11 | A     As a commodity manager or when I first | 15:22:04 |
| 12 | started as 2017, because I don't know what the process | 15:22:07 |
| 13 | was in 2017. | 15:22:09 |
| 14 | Q     You only have to answer it based on your | 15:22:11 |
| 15 | knowledge. | 15:22:13 |
| 16 | A     I would think the sales process is the | 15:22:14 |
| 17 | same as when I was introduced as a commodity manager | 15:22:16 |
| 18 | for Samsung products. | 15:22:19 |
| 19 | Q     And do you still work as a commodity | 15:22:22 |
| 20 | manager for Netlist? | 15:22:28 |
| 21 | A     I still work as a commodity manager for | 15:22:29 |
| 22 | Netlist. | 15:22:32 |
| 23 | Q     Is the process still the same now, as in | 15:22:32 |
| 24 | you still send requests to Neal and he sends you | 15:22:36 |
| 25 | approval or disapproval, you send the purchase order, | 15:22:39 |

Page 201

*** CONFIDENTIAL-ATTORNEYS' EYES ONLY ***

DECLARATION

I, STEVEN YU, hereby declare that I am the deponent in the within matter; that I have read the foregoing deposition and know the contents thereof, and I declare that the same is true of my knowledge, except as to the matters which are therein stated.

I certify under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _____ day of_____,
2021, at _____, _____.

_____
STEVEN YU

Page 225

1  STATE OF CALIFORNIA      )
2                           ) ss.
3  COUNTY OF LOS ANGELES    )
4           I, Vickie Blair, CSR No. 8940, RPR-CRR, in
5  and for the State of California, do hereby certify:
6           That, prior to being examined, the witness
7  named in the foregoing deposition was by me duly sworn
8  to testify as to the truth, the whole truth, and
9  nothing but the truth;
10          That said deposition was taken before me
11 at the time and place therein set forth, and was taken
12 down by me stenographically and thereafter transcribed
13 via computer-aided transcription under my direction and
14 is a true record of the testimony given;
15          I further certify I am neither counsel
16 for, nor related to, any party to said action, nor
17 interested in the outcome thereof;
18          IN WITNESS WHEREOF, I have hereto
19 subscribed my name this 12th day of August, 2021.
20
21
22
23
24            *[signature: Vickie Blair]*
25            Vickie Blair, CSR No. 8940, RPR-CRR

Page 226