# EXHIBIT 12

```
 1              UNITED STATES DISTRICT COURT
 2             SOUTHERN DISTRICT OF CALIFORNIA
 3
 4
 5
 6   NETLIST, INC.,                    )
                                       )
 7        Plaintiff,                   )
                                       ) Case No.
 8           vs.                       ) 8:20-cv-00993
                                       ) MCS-DFM
 9   SAMSUNG ELECTRONICS, CO.,         )
     LTD.,                             )
10                                     )
          Defendant.                   )
11   _____)
12
13      REMOTE VIDEOCONFERENCE AND VIDEO-RECORDED
14              DEPOSITION OF RAYMOND JIANG
15
16           Taken on Sunday, August 8, 2021
17                   At 10:32 a.m.
18
19          WITNESS APPEARING REMOTELY FROM
20                  Las Vegas, Nevada
21
22
23   Reported By: Gale Salerno, RMR, RVR-MS
24   Nevada CCR No. 542, California CSR No. 12375
25   Job No. 4736188
```

Page 1

| | | | |
|---|---|---|---|
| 1 | A. | I really don't recall -- | 11:02 |
| 2 | Q. | Okay. | 11:03 |
| 3 | A. | -- Chris. | 11:03 |
| 4 | Q. | Let's just talk about the process then. | 11:03 |
| 5 | | You would e-mail Neal, correct? | 11:03 |
| 6 | A. | Correct. | 11:03 |
| 7 | Q. | And if he could support, he would provide | 11:03 |
| 8 | | you with a quote, correct? | 11:03 |
| 9 | A. | That's right. | 11:03 |
| 10 | Q. | And if that quote was acceptable to you, | 11:03 |
| 11 | | you would issue a PO, correct? | 11:03 |
| 12 | A. | That's correct. | 11:03 |
| 13 | Q. | And then Samsung would fulfill that PO; is | 11:03 |
| 14 | | that correct? | 11:03 |
| 15 | A. | They don't always fulfill. Let's put it | 11:03 |
| 16 | | because -- because they really dictate what -- they | 11:03 |
| 17 | | dictate price, delivery, and what goes on the | 11:03 |
| 18 | | backlog, meaning what gets, you know, what gets to | 11:03 |
| 19 | | put in as a PO. | 11:03 |
| 20 | Q. | So there were some times -- I'm sorry, you | 11:03 |
| 21 | | can finish. | 11:03 |
| 22 | A. | I'm done actually. | 11:03 |
| 23 | Q. | So there were some times where Samsung did | 11:03 |
| 24 | | not fulfill a PO that you issued; is that right? | 11:03 |
| 25 | A. | Yes. | 11:04 |

Page 28

```
 1    A.   I'm going to open it right now.                    11:21
 2         MR. LEE:  Are you all seeing a lot of files        11:21
 3    in the marked exhibits folder, by the way?              11:21
 4         MR. LaMAGNA:  Yes.                                 11:21
 5         MR. LEE:  Can we go off the record for a           11:21
 6    moment.  I made a mistake.                              11:21
 7         THE VIDEOGRAPHER:  We are going off the            11:21
 8    record.  The time is          a.m. and this is the end  11:21
 9    of media number one.                                    11:22
10              (A recess was taken from 11:21 a.m.           11:22
11               to 11:32 a.m.)                               11:22
12         THE VIDEOGRAPHER:  We're going back on the         11:33
13    record.  The time is 11:32 a.m., and this is the        11:33
14    beginning of media number two.                          11:33
15              Please continue.                              11:33
16    BY MR. LEE:                                             11:33
17    Q.   Mr. Jiang, could you look at the exhibit           11:33
18    marked Exhibit 0021, please.  This is an e-mail chain   11:33
19    with you on it; is that correct?                        11:33
20    A.   Yes.                                               11:33
21    Q.   And the e-mail at the top, that is an              11:33
22    e-mail that you sent?                                   11:33
23    A.   Yes.                                               11:33
24    Q.   And this is the sort of e-mail you would           11:33
25    send in your regular course of business at Netlist;     11:33
```

Page 40

| | | |
|---|---|---|
| 1 | is that correct? | 11:33 |
| 2 | A. That's correct. | 11:34 |
| 3 | Q. So I want you to look at the second e-mail | 11:34 |
| 4 | on that chain, which is an e-mail dated April 4th, | 11:34 |
| 5 | 2018 from Mr. Knuth to you. Do you see it? | 11:34 |
| 6 | A. April 2nd? | 11:34 |
| 7 | Q. April 4th, 2018, 8:45 a.m. | 11:34 |
| 8 | A. Okay. Yeah. | 11:34 |
| 9 | Q. And there Mr. Knuth says he cannot support | 11:34 |
| 10 | much with current credit issue. | 11:34 |
| 11 | Do you see that? | 11:34 |
| 12 | A. Yes. | 11:34 |
| 13 | Q. What was this credit issue? | 11:34 |
| 14 | A. So it's a credit line that we have with | 11:34 |
| 15 | Samsung. I don't know the exact amount. But if that | 11:34 |
| 16 | credit limit is reached, right, and if you want | 11:34 |
| 17 | something, or something of the order that we need, we | 11:35 |
| 18 | would actually pay down. So that it gives -- | 11:35 |
| 19 | basically we're paying cash in advance to buy what we | 11:35 |
| 20 | need. | 11:35 |
| 21 | That really isn't an issue if we actually | 11:35 |
| 22 | want, you know, when we actually get the products. | 11:35 |
| 23 | Q. It's an issue until you pay down and then | 11:35 |
| 24 | it's not an issue; is that correct? | 11:35 |
| 25 | A. That is correct. | 11:35 |

Page 41

| | | |
|---|---|---|
| 1 | Q. You would have to pay down before you can | 11:35 |
| 2 | actually get the product if you reach your credit | 11:35 |
| 3 | limit? | 11:35 |
| 4 | MR. LaMAGNA: Sorry. Objection. Calls for | 11:35 |
| 5 | speculation and lacks foundation. | 11:35 |
| 6 | THE WITNESS: That's how it normally works. | 11:35 |
| 7 | BY MR. LEE: | 11:35 |
| 8 | Q. So does that refresh your recollection at | 11:35 |
| 9 | all as to whether generally you have ever not been | 11:35 |
| 10 | able to receive support for product because of credit | 11:35 |
| 11 | issues? | 11:36 |
| 12 | MR. LaMAGNA: Objection. Vague. | 11:36 |
| 13 | THE WITNESS: Again, that would not be an | 11:36 |
| 14 | issue, because what he meant by that is it has | 11:36 |
| 15 | reached to a credit limit that is set by Samsung, but | 11:36 |
| 16 | if you need the product, we always pay cash in | 11:36 |
| 17 | advance so that the products can be released. | 11:36 |
| 18 | BY MR. LEE: | 11:36 |
| 19 | Q. But Mr. Jiang, you just testified that it | 11:36 |
| 20 | would be an issue until you pay down, right? | 11:36 |
| 21 | A. Yes. | 11:36 |
| 22 | Q. And do you recall whether this particular | 11:36 |
| 23 | issue in this e-mail was resolved? | 11:36 |
| 24 | A. I don't recall. Well, again, if we need | 11:37 |
| 25 | the products and credit limit is the bottom, we will | 11:37 |

```
 1   they are violating the JDLA?                              03:39
 2       A.   That I don't know.                               03:39
 3       Q.   I'm just going to circle back to some            03:39
 4   topics we covered earlier.                                03:39
 5            When you purchase product from Samsung,          03:39
 6   there's always a purchase order, right?                   03:39
 7       A.   Correct.                                         03:39
 8       Q.   And these purchase orders I imagine have         03:39
 9   standard terms and conditions attached to them?           03:39
10       A.   Yes.                                             03:39
11       Q.   And that's been consistent throughout the        03:39
12   entire relationship, so both before the JDLA and          03:39
13   after the JDLA.  It's always purchased through            03:39
14   purchase orders; is that right?                           03:40
15       A.   That's correct.                                  03:40
16       Q.   And it's been the same purchase order the        03:40
17   whole time?                                               03:40
18       A.   It's been the same purchase format the           03:40
19   whole time.                                               03:40
20       Q.   So same format; that's right?                    03:40
21       A.   Right.  But I'm going to add something           03:40
22   else.  But I don't know if our legal team has             03:40
23   modified the template or the terms and conditions.        03:40
24   If that happens, I would not know.                        03:40
25       Q.   Just to the best of your knowledge,              03:40
```

Page 151

```
 1   Mr. Jiang.                                               03:40
 2        A.   Okay.                                          03:40
 3        Q.   That's the predicate for all my questions.     03:40
 4        A.   All right.                                     03:40
 5        Q.   Okay.  And then circling back to forecasts,    03:40
 6   how much in advance do you generally prepare             03:40
 7   forecasts?                                               03:40
 8        A.   It's an effort by sales mostly.  They send     03:41
 9   us when they think we might need and will need.  And     03:41
10   it's put together as a forecast that becomes a           03:41
11   request to Samsung.                                      03:41
12        Q.   But you send the forecast to Samsung,          03:41
13   right?                                                   03:41
14        A.   Correct.                                       03:41
15        Q.   And how far in advance does that generally     03:41
16   happen?                                                  03:41
17             MR. LaMAGNA:  Objection.  Form.  Assumes       03:41
18   facts.                                                   03:41
19             THE WITNESS:  It depends.  It depends how      03:41
20   Neal wants it.  Sometimes three-month time frame.        03:41
21   Sometimes an entire year.                                03:41
22   BY MR. LEE:                                              03:41
23        Q.   So anywhere between three months and a         03:41
24   year; is that right?                                     03:41
25             MR. LaMAGNA:  Objection.  Misstates his        03:41
```

Page 152

```
 1    prior testimony.                                            03:41
 2              THE WITNESS:  Either, both, yes.                  03:41
 3    BY MR. LEE:                                                 03:41
 4        Q.   And how long does it usually take for you          03:41
 5    to get a response from Samsung about whether they can       03:41
 6    support the forecast or not?                                03:42
 7        A.   That I don't recall.  But sometimes two or         03:42
 8    three days.  Sometimes it could take like a week.           03:42
 9        Q.   And Mr. Jiang, what does it mean when you          03:42
10    say allocation?                                             03:42
11        A.   Allocation is actually a term used by              03:42
12    Samsung.  They internally allocate products to              03:42
13    customers and decide quantity of what particular            03:42
14    product the customer will get.                              03:43
15        Q.   Okay.  And are these allocations made known        03:43
16    to you?  Do they let you know about their allocations       03:43
17    for Netlist?                                                03:43
18        A.   Not in advance.  It's whenever Neal tells          03:43
19    us that's what they have for us, and then that's what       03:43
20    we get.                                                     03:43
21        Q.   Okay.  So you don't know what you're going         03:43
22    to get in terms of quantity until Neal tells you; is        03:43
23    that right?                                                 03:43
24        A.   That's right.                                      03:43
25        Q.   And you don't know what you're going to get  03:43
```

Page 153

```
 1   in terms of pricing either until Neal?                03:43
 2        A.   That's right.                              03:43
 3        Q.   So there's a lot of uncertainty in terms of 03:43
 4   what quantity and pricing you'll get when you make    03:43
 5   these forecasts, correct?                             03:43
 6             MR. LaMAGNA:  Objection.  As stated, calls  03:43
 7   for a legal conclusion.  Calls for speculation.       03:44
 8   Lacks foundation with this witness.                   03:44
 9             THE WITNESS:  We don't know what quantity   03:44
10   or what price we're going to get.  But we do want to  03:44
11   put in an order in because we want to have those      03:44
12   products.  And if that -- if the PO is allowed to be  03:44
13   cut or sent over, that means he's going to try to     03:44
14   fight for the allocation for us.                      03:44
15   BY MR. LEE:                                           03:44
16        Q.   Okay.  So when a PO is sent over, that      03:44
17   means Neal is going to try to fight for that          03:44
18   allocation; is that right?                            03:44
19        A.   Well, that's what he thinks, we're going to 03:44
20   get that allocation.                                  03:44
21        Q.   Okay.  So it sounds like there's a little   03:44
22   bit of a risk here because in the forecast you're     03:45
23   putting the exact amount of product you need; is that 03:45
24   right?                                                03:45
25        A.   Yes.                                        03:45
```

Page 154

```
 1                CERTIFICATE OF REPORTER
 2            I, the undersigned, a Certified Shorthand
 3   Reporter of the State of Nevada, do hereby certify:
 4            That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were duly sworn; that a record
 8   of the proceedings was made by me using machine
 9   shorthand which was thereafter transcribed under my
10   direction; that the foregoing transcript is a true
11   record of the testimony given to the best of my
12   ability.
13            Further, that before completion of the
14   proceedings, review of the transcript [ X ] was
15   [  ] was not requested pursuant to NRCP 30(e).
16            I further certify I am neither financially
17   interested in the action, nor a relative or employee
18   of any attorney or party to this action.
19            IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated: August 9, 2021
23
24
             GALE SALERNO, RMR, RVR-MS, CCR #542
25
```

Page 241