# EXHIBIT 15

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1
 2                  UNITED STATES DISTRICT COURT
 3                SOUTHERN DISTRICT OF CALIFORNIA
 4
 5    NETLIST, INC.,                )
                                    )
 6               Plaintiff,         )
                                    )
 7        vs.                       )  Case No.
                                    )  8:20-cv-00993-MCS-DFM
 8                                  )
      SAMSUNG ELECTRONICS, CO.,     )
 9    LTD.,                         )
                                    )
10               Defendant.         )
      _____)
11
12            CONFIDENTIAL ATTORNEYS' EYES ONLY
13       REMOTE VIDEOTAPED DEPOSITION OF HO-JUNG KIM
14                      South Korea
15               Thursday, August 13, 2021
16
17
          REPORTED BY: Dayna Michelle Glaysher
18                     CSR No. 13079; RPR, CRR No. 28081
19
20
21
22
23
24
25

                                              Page 1
```

CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | can you tell me if I'm wrong to understand that you and | |
| 2 | your two supervisors would discuss what terms should go | |
| 3 | in into the JDLA and then -- and then -- and sorry. | |
| 4 | Strike that. | |
| 5 |     So for the business terms that go in the JDLA, | 09:13:31 |
| 6 | including how much the NRE fee should be, is it correct | |
| 7 | to understand that you, Mr. Han, and Mr. Ji would | |
| 8 | collectively decide? | |
| 9 |     MR. MASTERS: Object to form. | |
| 10 |     THE WITNESS: Of course there were | 09:14:27 |
| 11 | discussions. But it's not like we made the decision on | |
| 12 | our own. There were some terms that were proposed by | |
| 13 | the other party. So of course those had to be | |
| 14 | considered. So it's not like we decided on the amount | |
| 15 | all by ourselves. | 09:15:15 |
| 16 | BY MS. LEE: | |
| 17 |   Q. Right. I'm trying to understand what Samsung | |
| 18 | was -- sorry. Strike that. | |
| 19 |     What I'm trying to understand is how Samsung | |
| 20 | decided what to offer. Not the outcome of the | 09:15:29 |
| 21 | negotiation, but how you internally arrived at the terms | |
| 22 | that you proposed to the other party. | |
| 23 |     So for the business terms that Samsung offered to | |
| 24 | Netlist, was there anyone else other than you, Mr. Ji, | |
| 25 | ==and Mr. Han who was involved in deciding what term --== | 09:16:30 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1    terms and conditions need to be included in your draft
2    of the JDLA?
3              MR. MASTERS:  Object to form.
4              THE WITNESS:  Well, when -- if you're asking       09:18:03
5    about having discussions, we're talking about a very
6    broad range of people being involved.  This wasn't a
7    small company run by only three people.  We -- we're
8    talking about other bosses above my supervisors or other
9    executives, officers at the company.  And it could all
10   -- also mean other related departments and teams.            09:18:33
11             So if you want to look at it in a broad
12   term, then we could say that almost everybody in the
13   Memory business organization was probably involved.
14   It's very broad.
15   BY MS. LEE:                                                  09:19:04
16      Q.  So is it your testimony that almost everybody in
17   the memory business unit was involved in the negotiation
18   of the JDLA?
19             MR. MASTERS:  Object to form.
20             THE WITNESS:  No.                                  09:19:25
21   BY MS. LEE:
22      Q.  So who was involved in the negotiation of the
23   JDLA on the Samsung side?
24             MR. MASTERS:  Object to form.
25             THE WITNESS:  In terms of handling the             09:19:55
```

Page 18

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1        A.   Yes, I suppose so.
 2        Q.   So there's one part about this email that I want
 3   to ask about, starting with the word "finally" in the
 4   middle of the second paragraph.
 5             Do you see that?                                    10:28:09
 6        A.   Yes.
 7        Q.   So Mr. Han, your supervisor says, "Finally, we
 8   hope the supply of NAND, DRAM, and NVDIMM-P related
 9   chipsets will help enable your vision of being a
10   products company."                                            10:28:46
11             Do you see that?
12        A.   Yes, yes, I see it.
13        Q.   So obviously you didn't write this email.  But
14   what I'm curious about is do you recall speak --
15   communicating with your supervisors, Mr. Han or Mr. Ji        10:29:35
16   about what he says here?
17             MR. MASTERS:  Object to form.
18             THE WITNESS:  I don't recall for sure, since
19   this was from six years ago.
20   BY MS. LEE:                                                   10:30:17
21        Q.   And at this point in May 2015, if there were
22   draft term sheets or draft JDLA that Samsung was sending
23   to Netlist, were you responsible for drafting that
24   document?
25             MR. MASTERS:  Object to form.                       10:31:09
```

Page 36

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1
2                            ***
3
4
5          I, HO-JUNG KIM, do solemnly declare under
6    penalty of perjury, under the laws of the State of
7    California, that the foregoing is my deposition under
8    oath; that these are the questions asked of me and my
9    answers thereto; that I have read same and have made the
10   necessary corrections, additions, or changes to my
11   answers that I deem necessary.
12          In witness thereof, I hereby subscribe my name
13   this day of _____, 2021.
14
15
16
17
18
19
20                           _____
21                                    WITNESS SIGNATURE
22
23
24
25
```

Page 139

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1      I,_____, a translator in and for
2   the County of Los Angeles, State of California, do
3   hereby certify:
4
5       That the witness in the foregoing deposition
6   appeared before me on the date subscribed to below; that
7   the deposition was submitted to the witness and
8   translated by me from English into Korean, at which time
9   any changes desired were made upon the deposition by the
10  witness; that the deposition was the signed by the
11  witness in my presence.
12
13
14      Executed this _____ day of _____,
15  2021 at _____, California.
16
17
18                              _____
19                                    Translator
20
21
22
23
24
25
```

Page 140

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1                        CERTIFICATE

 2                            OF

 3                 CERTIFIED SHORTHAND REPORTER

 4

 5

 6            The undersigned certified shorthand reporter

 7    of the State of California does hereby certify:

 8            That the foregoing deposition was taken

 9    before me at the time and place therein set forth, at

10    which time the witness was duly sworn by me.

11            That the testimony of the witness and all

12    objections made at the time of the deposition were

13    recorded stenographically by me and thereafter

14    transcribed, said transcript being a true copy of my

15    shorthand notes thereof.

16            In witness whereof, I have subscribed my

17    name this date: August 13, 2021

18

19

20

21

22            CSR Number 13079

23            RPR, CRR Number 28081

24

25
```

Page 141