# EXHIBIT 16

Message

| | |
|---|---|
| **From**: | Neal Knuth [n.knuth@samsung.com] |
| **Sent**: | 6/11/2021 11:40:11 AM |
| **To**: | Harrison Yoo [hsang.yoo@samsung.com] |
| **CC**: | Daniel (Kyong Yong) Lee-mySingle [ky1217.lee@samsung.com] |
| **Subject**: | Presentation file |
| **Attachments**: | Netlist DSK Visit Feburary 21, 2017.eml; Netlist DSK Visit Feburary 21, 2017.eml; PPT(Netlist Meeting).eml |

Attached is what I have.

Thanks,

Neal Knuth
949 910 2835

---

**From:** 유혁상 [mailto:hsang.yoo@samsung.com]
**Sent:** Thursday, June 10, 2021 4:53 PM
**To:** Neal Knuth <n.knuth@samsung.com>
**Cc:** Daniel (Kyong Yong) Lee-mySingle <ky1217.lee@samsung.com>
**Subject:** Presentation file

Neal,
Can you please try to find the presenation material which Netlist presented on Feb 2017 when they visited DSK with you?
: their comany introduction and business discussion

Regards

*Hyeoksang(Harrison) Yoo*
*America Sales (Consumer & EDP)*

**Hyeoksang Yoo**

B2B Sales Management, Principal Professional
Memory Sales Group 1
Samsung Electronics

T. +82.31.208.3733   M. +82.10.8861.9054   F. +82.31.208.3959
hsang.yoo@samsung.com
www.samsung.com

**Exhibit 0060**

8/12/2021
PK Hong

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술 등을 포함**하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지** 됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

Confidential                SEC008146

## Hyeoksang Yoo

B2B Sales Management, Principal Professional
Memory Sales Group 1
Samsung Electronics

T. +82.31.208.3733    M. +82.10.8861.9054    F. +82.31.208.3959
hsang.yoo@samsung.com
www.samsung.com

Confidential

Message

| | |
|---|---|
| **From**: | Neal Knuth [n.knuth@samsung.com] |
| **Sent**: | 3/3/2017 12:34:08 AM |
| **To**: | Howard Sung [hwanam.sung@samsung.com]; Yejin Moon [yejin.moon@samsung.com]; Daniel (Kyong Yong) Lee-mySingle [ky1217.lee@samsung.com]; Harrison Yoo [hsang.yoo@samsung.com] |
| **CC**: | Steven Metz [s.metz@samsung.com]; Lane Kim [kihoon74.kim@samsung.com]; Rick (Chun Ching) Yeh [rick.yeh@samsung.com]; Tim Le [tim.le@samsung.com]; Michael (Sie Pook) Law [michael.law@samsung.com]; In Dong Kim [indong2.kim@samsung.com] |
| **Subject**: | Netlist DSK Visit Feburary 21, 2017 |
| **Attachments**: | Samsung 4PM 2-20.pdf; HybriDIMM Status Feb 21 v2.pdf |

Attached are both presentations that Netlist presented.  Can we please make sure the Technical Team in Korea gets the Hybrid DIMM update as attached.

Thanks for everyone hospitality and support during the meeting last week.

Thank you,
감사합니다
Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
**New Office Number**:  949 910 2835

nealk@ssi.samsung.com

Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.
*Privacy Notice*: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.

---

**From:** Neal Knuth
**Sent:** Tuesday, February 21, 2017 12:22 AM
**To:** Howard Sung; Yejin Moon; Daniel (Kyong Yong) Lee-mySingle; Harrison Yoo
**Cc:** Steven Metz; Lane Kim
**Subject:** Netlist DSK Visit Feburary 21, 2017

Howard,

Harrison just translated what was said on two key topics that were discussed in Korean.  I edited below.   Any other feedback?

Thanks,

Neal Knuth
949 910 2835

---

**From:** Neal Knuth
**Sent:** Monday, February 20, 2017 11:35 PM
**To:** Howard Sung; Yejin Moon; Daniel (Kyong Yong) Lee-mySingle; Harrison Yoo
**Cc:** Steven Metz; Lane Kim
**Subject:** Netlist DSK Visit Feburary 21, 2017

SEC008148

Thanks Howard for the Samsung presentations.

I will send off to Netlist after we get their presentations (both Technical and Sales have been requested).   Until I get, here are my first pass of notes without the overviews (it was difficult to read what was on the Netlist presentations).  Also, as so much Korean was spoken for some topics, I hope someone can add to the below (including SEC attendees as both groups were quite large.

Please help distribute as needed within SEC after adding Team's comments or editing.  (I did not copy DS).

**Sales Portion**

**Netlist Attendees:**

Paik Ki Hong       VP WW Operations
Brian Anderson  VP Sales
JB Kim              VP Sales
Sebastian Lee    Director Engineering

**Samsung Attendees:**

Dong Sung Yang
Daniel Lee
Harrison Yoo
Kate Moon
Hyoungseok Kwon
Jaehyung Park
Younggyun Lee
Neal Knuth

**Technical:**

Indong Kim
Benjamin Lim
KC Roo
Kate Moon
Neal Knuth

**Netlist Sales Overview** (will attach when have)

- Brain Peterson presented Netlist overview, discussing his responsibility on North America and EU sales while JB Kim handles Asia Pacific.
- Netlist described 17 years of DRAM development and invention, which includes over 100 patents in DRAM technology.
- Netlist was a pioneer in the development of DRAM, including patents on LRDIMM, VLP and NVDIMM.
- Discussed the JDLA signed with Samsung in November of 2015 which is active for 5 years.
- Hybrid DIMM announced publicly in August of 2016, expanding Netlist Patents.
- Discussed ITC litigation against SK Hynix.  Trial to begin in May, with resolution by October 2017.
- Netlist first company to develop NV function in support of Dell.
- Hypercloud product was first LRIDMM in industry.
- Netlist Solutions and Offerings include a:
   o   PCI Offering
   o   NVDIMM
   o   HyperDIMM

- These solutions and customer discussions lead naturally into Samsung Storage Solutions including DRAM and SSD (finished prodcuts) besides using components in their actual products above.
o Typical DRAM Netlist solutions consists of 18-36 x4 8Gb D4 components along with 10-20 256Gb/32GB eMMC.
- Netlist main revenue driver today is a PCI express card that is plug and play along with finished Samsung solutions.  Offering mainly 8GB and 16GB today.
- NVDIMM market continues to be delayed, weak demand, competing solutions yet to be proven from companies like Smart and Micron.
- NV VAULT is Netlist brand of NVDIMM-P.
- With the JDLA, and strategic partnership, Samsung is the single largest investor in Netlist.
- One stop solution for Samsung customers with NV/EV along with Samsung Finished SSD and DRAM.
- There was a very long discussion of Uber in Korean, and DongSung Yang clearly stated our intention was to follow the customer direction, whatever channel that may be (Direct or through Netlist or others).
- Netlist positioned themselves as a Dedicated Sales Channel to Samsung vs. the Disti and Rep networks.
o Synergistic sales and dedicated to Samsung products.
- Netlist showed 2016 Samsung purchases to be 9M, over ½ in Q4 (~5M)
- Netlist showed a purchase forecast for 2017 of $100M from Samsung  (neither credit line or PA can support).  DongSung was sure to point out anyone could achieve this in current market.  This 100M was not broken out by customer, product, or sales strategy, seemed arbitrary forecast.

**At the end of Netlist presentation, these were the Asks from Netlist:**

1. Better product support and allocation to achieve 2017 goal.
2. Vendor Managed Inventory (VMI), this request was ignored obviously.
3. OEM Pricing
4. Referral of small customers to Netlist for support, stock, etc.
5. Official Distribution Partner Agreement, this became a heated topic as DongSung described our current structure.  Netlist has brought this up in the past and all requests have been denied.  This discussion also went on in Korean for a while.  DongSung also let Netlist know that the JDLA is clearly focused on Technology, and is not an avenue to support Netlist with standard products.  This should be separate and handled on the business not executive levels.

**Samsung Presented:**

- Flash Market Overview (as time was over, this was brief).   Jaehyung Park
- DRAM Market Overview  Younggyun Lee
- 32GB price discussion ended the meeting.

Lunch at Japanese Restaurant.

**Prior Meeting was Technical Update for progress of NVDIMM  (will attach Netlist presentation when available)**

**Key Takeaways:**

- Need JEDEC standard for Hybrid/NVDIMM.  Samsung Netlist discussions ongoing for last 18 months.
- Recapping today, booting has worked on Large Memory Systems.
- 2 FPGA synch problem has been resolved.
- Indong Kim asking for more transparency from Netlist.
- Several timelines given on presentation, will forward when possible.
- Sebastian Lee stated we should have first samples in end of June, they expect to have internally in May.
- Netlist displayed their product roadmap for NV solutions.
- Partnered with AMD on NVDIMM-N launch.  Also HyperDIMM reference design will be announced.
- Hardware solution has now been passed off to software team.   Now eMMC recognized, stress testing underway.

- Next step is ES sample to Samsung, as mentioned in June.
- Indong was asked about competitive landscape, described mostly delay and Intel/Lenovo vs. Micron Quantex solutions.
- Indong stressed the SK Hynix and other ITC issues need to be resolved soon.  Netlist stated trial to begin in May with resolution by October.
- Need to strive for standardization with JEDEC.

Thank you,
감사합니다
Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
**New Office Number**:  949 910 2835

nealk@ssi.samsung.com

Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.
***Privacy Notice***: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.



*The Storage Class Memory Company* ™

# Samsung-Netlist Partnership
## February, 2017

Confidential

# COMPANY OVERVIEW

- Pioneer in DIMM architectures since 2000
  - Inventor of industry standard LRDIMM and NVDIMM
  - 100+ patents
  - Long-time custom DIMM supplier to global OEMs

- 5-year JDLA partnership, investment from Samsung Nov. 2015

- HybriDIMM (Storage Class Memory) Technology Announced Aug. 2016

- SK Hynix ITC patent litigation commenced Sep. 2016, trial May 2017

**Netlist, Inc. Confidential**

2

# INNOVATION IN HIGH-PERFORMANCE MEMORY



2000                                                                    2017

Confidential

Ex 16

Netlist, Inc. Confidential

3

SEC008154

# LEADERSHIP TEAM

| | | | |
|---|---|---|---|
| **Chuck Hong**<br>CEO & Co-Founder<br>(2000) | LG | VIKING | |
| **Gail Sasaki**<br>CFO<br>(2006) | ERNST & YOUNG | | |
| **Brian Peterson**<br>SVP Sales & Marketing<br>(2015) | EMULEX | 3com | **USRobotics**<br>A Division of UNICOM Global |
| **Chris Lopes**<br>VP Sales & Co-Founder<br>(2000) | TOSHIBA | LSI | PHILIPS |
| **Jibum Kim**<br>EVP Asia Pacific Sales & Marketing<br>(2015) | LG | SK hynix | |
| **Noel Whitley**<br>VP Intellectual Property<br>(2013) | BROADCOM | | |
| **Vahid Ordoubadian**<br>VP Advanced Engineering<br>(2015) | BROADCOM | cādence | STEC |
| **Dr. Hyun Lee**<br>VP & CTO<br>(2007) | Lucent Technologies | AT&T Bell Laboratories | CONEXANT |

**Netlist, Inc. Confidential**

4

608

Confidential

SEC008155

# PIONEERING PRODUCTS
## FOR MEMORY - STORAGE CONVERGENCE



**NETLIST SOLUTIONS**

Confidential

Ex 16

**Netlist, Inc. Confidential**

5

609

SEC008156

# BASE PRODUCTS
## *POSITIONED FOR NEAR-TERM GROWTH*

### NVvault™



### EXPRESSvault™




- DDR3 and DDR4 NVDIMM-N modules
- For industry standard server and storage systems
- Application acceleration and data protection
- Incorporates proprietary Vault controller IP

- PCI Express 3.0 plug-and-play memory card
- Designed for server and storage appliances
- Disaster recovery and write buffer acceleration
- 5x faster than SSDs in write environment

~$350 million TAM (1)

~$100 million TAM (1)









(1) Management estimate.

**Netlist, Inc.**   6

Confidential

SEC008157

# HybriDIMM™
## *FIRST PLUG & PLAY STORAGE CLASS MEMORY*



- Industry's 1st "on-DIMM" intelligent co-processor

- TB capacity of low-cost NAND into the memory channel, and enables DRAM-like access speeds to NAND

  - ✓ 1000x faster than fastest storage solution today, at up to 80% lower cost

- DDR4 LRDIMM standard interface allows plug & play

- Concurrently block and byte addressable: applications can now access storage as if it was memory unlocking in-memory computing and big data analytics for the masses

- Sampling in 1H; volume production expected year-end

### Pre-Sight Technology

- Predictive algorithm ensures data is at the right place at the right time
- Eliminates SSD access penalty
- Allows memory and storage to reside in the DIMM channel concurrently



### Launch Partner Ecosystem









### Target Applications

| IN-MEMORY COMPUTING | BIG DATA ANALYTICS | DATABASE SQL, NoSQL, OBJECT |
|---|---|---|









**Netlist, Inc. Confidential**

7

Ex 16
611
SEC008158

# HybriDIMM™ ADDRESSABLE MARKET



**$15B Storage Class Memory Market thru 2021**

Billions of Dollars

| Storage Class Memory | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| | 0.6 | 1.2 | 2.1 | 4.6 | 6.2 |

**Source: Objective Analysis, 2016**.

Netlist, Inc. Confidential

8

Confidential

612

SEC008159

# NEW MARKETS FOR NETLIST AND SAMSUNG



**Netlist**
**NVM + SCM**

**Samsung**
**DRAM + SSD**

EV3

NV4

HybriDIMM

*Write Cache*
*Metadata*
*Transaction Logs*
*Ceph*
*In-Memory Database*
*Key-Value Store*
*OLTP*
*No SQL Database*
*Big Data*
*Real-Time Analytics*
*Decision Support*

*Enterprise Storage*
*Hyperscale*
*Cloud*
*In-Memory Compute*
*Telco*
*FSI (Financial Services Institution)*
*Business Intelligence*
*Machine Learning*
*IoT*

<u>**New Markets**</u>

Source: Objective Analysis, 2016.




















Netlist, Inc. Confidential

9

Ex 16

613

SEC008160

# 15-YEAR SAMSUNG RELATIONSHIP

- $200M+ purchase history beginning in 2001
  - ✓ DRAM & NAND components
  - ✓ NAND wafers
  - ✓ DIMMs
  - ✓ SSDs

**Netlist, Inc. Confidential**

10

614

SEC008161

# STRATEGIC & FINANCIAL PARTNERSHIP

**SAMSUNG**

*5-Year Joint Development and Licensing Agreement*

- **Partnership on Storage Class Memory (SCM) technology**

- **Netlist - one of select group with a license to all Samsung's patents**

- **Access to Samsung DRAM, NAND, SSDs at competitive-cost**

- **Samsung is Netlist's largest investor**

# NETLIST CUSTOMERS CREATE SAMSUNG SSD & DRAM HIGH-END OPPORTUNITIES



Netlist design-in work in high-end applications locks in Samsung SSD and DRAM products while locking out competition

Netlist, Inc. Confidential

12

# CREATING LONG TERM SAMSUNG DEMANDS

- Extending Samsung reach to high-end customers
- Extensive qualifications result in inability to switch away from Samsung
- Creates consistent demand regardless of market conditions

| Automotive |   | | | |
| :--- | :--- | :--- | :--- | :--- |
| Data Center |  |  |  |  |
| Storage |  |  |  |  |  |
| Audio/Video |  |  |  |  |  |
| Appliances / Government |  |  |  |  |  |

**Netlist, Inc. Confidential**

13

# CASE STUDIES: NETLIST ENABLED CUSTOMERS

| Uber ATC - Pittsburgh |
|---|

- Autonomous vehicles & mapping
  - ✓ 1.92TB SSDs

- Experienced 40%+ failure rates with competitive supplier

- Netlist advised switch to OEM grade SSD - SM863

- Monthly technical meetings in PA to optimize customer use case with Samsung solution

- Netlist provided PM863a samples and driving customer to qualify – currently in test

| Riot Games - LA |
|---|

- Online Gaming (League of Legends)
  - ✓ DIMMs, 2.5" & AIC SSDs
  - ✓ > 60% share of online gaming
  - ✓ > 200K installed server base

- Drove switch to Samsung products
  - ✓ Kingston RDIMMs
  - ✓ HGST SSDs (3TB)

- Evaluating PM1725 AIC (6TB) & qualifying 16/32GB RDIMMs

- Netlist enabling key take-away win

**Netlist, Inc. Confidential**

14

Ex 16

618

SEC008165

# SALES CHANNEL COMPARISON

| Value Provided | Netlist | Distribution | Manufacturer's Rep |
|---|:---:|:---:|:---:|
| **Samsung Products Only** | ✔ | ✖ | ✖ |
| Dedicated Samsung Product FAE with Pre & Post Support | ✔ | ✖ | ✖ |
| Create Samsung Qual Sockets | ✔ | ✖ | ✔ |
| Provide Samples within limited qual windows under long lead time of sample | ✔ | ✖ | ✖ |
| On-hand Inventory (Support for Non-Forecasted & Small Odd Lot Requirements) | ✔ | ✔ | ✖ |
| Deep Technical Engagement with Architects/Engineering on current and future products and designs | ✔ | ✖ | ✖ |

SEC008166

# NETLIST BRINGS UNIQUE VALUE TO SAMSUNG



**SAMSUNG**

Samsung Only

NVDIMM / SCM Synergies

Support Growth High End Customers

Netlist Growth Benefits Samsung in many ways






**Netlist, Inc. Confidential**

16

Confidential

Ex 16

620

SEC008167

# 2016 BUSINESS HISTORY



Netlist Purchase History

New customers and qualifications resulting in rapid and sustainable growth

**Netlist, Inc. Confidential**

17

Ex 16

621

SEC008168

# 2017 SALES PLAN – SAMSUNG PRODUCTS



**Netlist, Inc. Confidential**

18

Confidential

Ex 16

622

SEC008169

# NETLIST – NEW PARTNER TYPE
# STRATEGIC DEVELOPMENT and DISTRIBUTION

- Required Samsung support for Netlist
  - Product allocation support
  - Vendor Managed Inventory (VMI)
  - OEM pricing
  - Referred business for small or unique customers
  - **Official Distributor-Partner Agreement**

Ex 16

623

19

SEC008170



*The Storage Class Memory Company* ™

**Samsung – Netlist**
**HybriDIMM Program Review**
**February 21, 2017**
**Hwasung, Korea**

Ex 16
SEC008171

# Agenda

- Samsung's view of SCM technology and market

- Netlist HybriDIMM Status Update

- Next Steps

Netlist, Inc. Confidential

2

Confidential

625

SEC008172

# HybriDIMM Timeline

| Dec 2015 | Aug 2016 | Feb 2017 |
|---|---|---|
| • DDR3 LRDIMM 800MT/s<br><br>• 8GB DRAM + 256GB NAND<br><br>• 1 FPGA<br><br>• Proprietary OS drivers and library | • DDR4 LRDIMM 1866 MT/s<br><br>• 8GB DRAM + 256GB NAND<br><br>• Added 2nd FPGA (higher SI)<br><br>• Added PMEM support (drivers and library)<br><br>• Implemented unified data path<br><br>• Completed custom command processor<br><br>• **HybriDIMM reveal at FMS demonstrating:**<br>  o **System boot without BIOS change**<br>  o **FPGA slave IO training & calibration**<br>  o **Data move between DRAM and FPGA** | • DDR4 LRDIMM 1866 MT/s<br><br>• 8GB DRAM + 256GB NAND<br><br>• **AppDirect API alpha released**<br><br>• **PreSight™ technology basic write functionality**<br><br>• **JEDEC compliance testing underway** |

Netlist, Inc. Confidential

3

Ex 16

626

SEC008173

# HybriDIMM Product Roadmap



Netlist, Inc. Confidential

4

# High-level Hardware Development Schedule



- Design verification
- FPGA RTL
- DIMM Design

# Current Status

- Hardware (working DIMM) released to Software team
- System recognizes Storage (eMMC) capacity
- eMMC IP optimization for full performance

- Software driver work done over the past 12 months
- Stress testing of Command driver connection w DIMM
- PMEM driver interface w Command driver
- User space interface work using NVML

**Netlist, Inc. Confidential**

6

629

Confidential

SEC008176

# Next Steps

- ES Release in June 2017
  - ✓ Provide ES to Samsung
  - ✓ Provide Performance Data
  - ✓ Hold follow-up technical meeting

- Samsung requests and expectations from Netlist

**Netlist, Inc. Confidential**

7

630

Confidential

SEC008177

Message

---

| | |
|---|---|
| **From:** | Neal Knuth [n.knuth@samsung.com] |
| **Sent:** | 2/21/2017 5:21:41 PM |
| **To:** | Howard Sung [hwanam.sung@samsung.com]; Yejin Moon [yejin.moon@samsung.com]; Daniel (Kyong Yong) Lee-mySingle [ky1217.lee@samsung.com]; Harrison Yoo [hsang.yoo@samsung.com] |
| **CC:** | Steven Metz [s.metz@samsung.com]; Lane Kim [kihoon74.kim@samsung.com] |
| **Subject:** | Netlist DSK Visit Feburary 21, 2017 |

Howard,

Harrison just translated what was said on two key topics that were discussed in Korean.  I edited below.   Any other feedback?

Thanks,

Neal Knuth
949 910 2835

---

**From:** Neal Knuth
**Sent:** Monday, February 20, 2017 11:35 PM
**To:** Howard Sung; Yejin Moon; Daniel (Kyong Yong) Lee-mySingle; Harrison Yoo
**Cc:** Steven Metz; Lane Kim
**Subject:** Netlist DSK Visit Feburary 21, 2017

Thanks Howard for the Samsung presentations.

I will send off to Netlist after we get their presentations (both Technical and Sales have been requested).   Until I get, here are my first pass of notes without the overviews (it was difficult to read what was on the Netlist presentations).  Also, as so much Korean was spoken for some topics, I hope someone can add to the below (including SEC attendees as both groups were quite large.

Please help distribute as needed within SEC after adding Team's comments or editing.  (I did not copy DS).

**Sales Portion**

**Netlist Attendees:**

Paik Ki Hong        VP WW Operations
Brian Anderson  VP Sales
JB Kim                VP Sales
Sebastian Lee    Director Engineering

**Samsung Attendees:**

Dong Sung Yang
Daniel Lee
Harrison Yoo
Kate Moon
Hyoungseok Kwon
Jaehyung Park
Younggyun Lee
Neal Knuth

---

SEC008178

**Technical:**

Indong Kim
Benjamin Lim
KC Roo
Kate Moon
Neal Knuth


**Netlist Sales Overview** (will attach when have)

- Brain Peterson presented Netlist overview, discussing his responsibility on North America and EU sales while JB Kim handles Asia Pacific.
- Netlist described 17 years of DRAM development and invention, which includes over 100 patents in DRAM technology.
- Netlist was a pioneer in the development of DRAM, including patents on LRDIMM, VLP and NVDIMM.
- Discussed the JDLA signed with Samsung in November of 2015 which is active for 5 years.
- Hybrid DIMM announced publicly in August of 2016, expanding Netlist Patents.
- Discussed ITC litigation against SK Hynix.  Trial to begin in May, with resolution by October 2017.
- Netlist first company to develop NV function in support of Dell.
- Hypercloud product was first LRIDMM in industry.
- Netlist Solutions and Offerings include a:
    o PCI Offering
    o NVDIMM
    o HyperDIMM
- These solutions and customer discussions lead naturally into Samsung Storage Solutions including DRAM and SSD (finished prodcuts) besides using components in their actual products above.
    o Typical DRAM Netlist solutions consists of 18-36 x4 8Gb D4 components along with 10-20 256Gb/32GB eMMC.
- Netlist main revenue driver today is a PCI express card that is plug and play along with finished Samsung solutions.  Offering mainly 8GB and 16GB today.
- NVDIMM market continues to be delayed, weak demand, competing solutions yet to be proven from companies like Smart and Micron.
- NV VAULT is Netlist brand of NVDIMM-P.
- With the JDLA, and strategic partnership, Samsung is the single largest investor in Netlist.
- One stop solution for Samsung customers with NV/EV along with Samsung Finished SSD and DRAM.
- There was a very long discussion of Uber in Korean, and DongSung Yang clearly stated our intention was to follow the customer direction, whatever channel that may be (Direct or through Netlist or others).
- Netlist positioned themselves as a Dedicated Sales Channel to Samsung vs. the Disti and Rep networks.
    o Synergistic sales and dedicated to Samsung products.
- Netlist showed 2016 Samsung purchases to be 9M, over ½ in Q4 (~5M).
- Netlist showed a purchase forecast for 2017 of $100M from Samsung  (neither credit line or PA can support).  DongSung was sure to point out anyone could achieve this in current market.  This 100M was not broken out by customer, product, or sales strategy, seemed arbitrary forecast.


**At the end of Netlist presentation, these were the Asks from Netlist:**

1. Better product support and allocation to achieve 2017 goal.
2. Vendor Managed Inventory (VMI), this request was ignored obviously.
3. OEM Pricing
4. Referral of small customers to Netlist for support, stock, etc.
5. Official Distribution Partner Agreement, this became a heated topic as DongSung described our current structure.  Netlist has brought this up in the past and all requests have been denied.  This discussion also went on in

Korean for a while.  DongSung also let Netlist know that the JDLA is clearly focused on Technology, and is not an avenue to support Netlist with standard products.  This should be separate and handled on the business not executive levels.

**Samsung Presented:**

- Flash Market Overview (as time was over, this was brief).   Jaehyung Park
- DRAM Market Overview  Younggyun Lee
- 32GB price discussion ended the meeting.

Lunch at Japanese Restaurant.

**Prior Meeting was Technical Update for progress of NVDIMM  (will attach Netlist presentation when available)**

**Key Takeaways:**

- Need JEDEC standard for Hybrid/NVDIMM.  Samsung Netlist discussions ongoing for last 18 months.
- Recapping today, booting has worked on Large Memory Systems.
- 2 FPGA synch problem has been resolved.
- Indong Kim asking for more transparency from Netlist.
- Several timelines given on presentation, will forward when possible.
- Sebastian Lee stated we should have first samples in end of June, they expect to have internally in May.
- Netlist displayed their product roadmap for NV solutions.
- Partnered with AMD on NVDIMM-N launch.  Also HyperDIMM reference design will be announced.
- Hardware solution has now been passed off to software team.   Now eMMC recognized, stress testing underway.
- Next step is ES sample to Samsung, as mentioned in June.
- Indong was asked about competitive landscape, described mostly delay and Intel/Lenovo vs. Micron Quantex solutions.
- Indong stressed the SK Hynix and other ITC issues need to be resolved soon.  Netlist stated trial to begin in May with resolution by October.
- Need to strive for standardization with JEDEC.

Thank you,
감사합니다
Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
**New Office Number**:  949 910 2835

nealk@ssi.samsung.com

Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.
*Privacy Notice*: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.

Message

| | |
|---|---|
| **From:** | Howard Sung [hwanam.sung@samsung.com] |
| **Sent:** | 2/21/2017 8:11:12 AM |
| **To:** | Neal Knuth [n.knuth@samsung.com] |
| **Subject:** | PPT(Netlist Meeting) |
| **Attachments:** | Netlist _ Samsung 022117_rev.pptx |

Hi Neal,

When Dram material is updated, I will re-send the PPT

감사합니다.

Howard SUNG

(NWSA: Qualcomm)

+82-31-208-4327

+82-10-7727-1868



The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술 등을 포함**하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지** 됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

Confidential

Confidential

# Netlist – Samsung Executive meeting

Feb 21st , 2017 I Memory Division I Samsung Electronics Co.,Ltd

SAMSUNG

Confidential

# Attendees

■ **Date & Time: Feb 21st, 2017(Tue.), 09:15 – 11:45**

■ **Place: @ Hwasung, Korea(Room #108)**

**NETLIST**

| | |
|---|---|
| J.B. Kim | EVP of Asia Pacific Sales and Strategic Biz |
| Brian Peterson | SVP of Sales and Marketing |
| Paik Ki Hong | VP of Operation |
| Sebastian Lee | Director of Engineering |

**SAMSUNG**

| | |
|---|---|
| Dongsung Yang | VP, Sales group 1 |
| Indong Kim | Principal Engineer, Product planning |
| Daniel Lee | Dir, Sales group 1 |
| Harrison Yoo | Dir, Sales group 1 |
| Kate Moon | Dir, Sales group 1 |
| Neal Knuth | Sr. Manager, DSA West2 Sales |

SAMSUNG                    2

Confidential

# Time table

| Time | Subject |
|------|---------|
| 09:15 ~ 10:20 | - Engineering Meeting |
| 10:20 ~ 10:30 | - Break Time |
| 10:30 ~ 11:45 | - Sales Meeting |
| 11:45 ~ | - Lunch |

SAMSUNG

3



* Version : 22.0
* Subject : Strategy Marketing Team Org

Confidential     SEC008185

Confidential                                                              SEC008186

Confidential





Confidential                                                                                    SEC008189



Confidential
SEC008190



Confidential

SEC008191



Confidential                                                                                      SEC008192



SEC008193