# EXHIBIT 21

## FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED 10/14/2021