# EXHIBIT 22

| | |
|---|---|
| **From:** | Jibum Kim <jbkim@netlist.com> |
| **Sent:** | Tue, 21 Apr 2015 20:52:23 -0400 (EDT) |
| **To:** | JUNG-BAE LEE <jung-bae.lee@samsung.com> |
| **Subject:** | Term sheet from Netlist |
| **Attachments:** | SAMSUNG TERM SHEET OUTLINE.docx |

Dear Mr. Lee,

It was nice meeting you last week.

Following up on our discussion, attached is the term sheet outline proposed by Netlist.

We tried to make this simple and address key concerns from Samsung side.

Please review and let me know if you have any questions.

Best regards

*****************************************************************************************************

JB Kim
Executive Vice President
Netlist, Inc.
Tel:010.2414.3760

www.netlist.com
175 Technology
Irvine, CA 92618

CONFIDENTIAL    NL108603