# EXHIBIT 26

| | |
|---|---|
| From: | Ho-jung Kim <hojung4623.kim@samsung.com> |
| Date: | Thursday, October 8, 2015 05:02:26 -0400 (EDT) |
| To: | <jbkim@netlist.com> |
| Cc: | Jung-bae Lee <jung-bae.lee@samsung.com>, Hyun-ki Ju <hyunki.ji@samsung.com>, Kyu-han Han <kyuhan_han@samsung.com>, Seung-min Sung <jeff.sung@samsung.com>, In-dong Kim <indong2.kim@samsung.com> |
| Subject: | Draft Joint Development/License Agreement & SoW |
| Attachments: | 151008-Neptune-SEC SoW.xlsx; Joint Development and License Agreement (100815 SEC).docx |

Hello, EVP Ji-bum Kim,
This is Mgr. Ho-jung Kim from Samsung Electronics.

I am sending you the Draft of the Joint Development and License Agreement.
I am also sending the SoW as a separate excel file for your reference.
After the holidays, we would like to have a conference call to explain the details of the agreement and SoW. If you can provide your availability, I will make arrangement to attend the call with the related persons.

Thank you.
Ho-jung Kim


Ho-jung Kim | Jay Kim

Manager | Strategic Planning Team | Memory Division | Samsung Electronics co.,Ltd.
Office +82-31-208-6159 | Mobile +82-10-5361-0001 | hojung4623.kim@samsung.com

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.


151008-Neptune-SEC

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California        )
                           )        S. S.
Los Angeles County         )

      I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated <u>Document with Bates No. NL049006</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

**<u>Description of Translated Documents</u>**

<u>Document with Bates No. NL049006</u>

Executed on August 12, 2021

Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

| | |
|---|---|
| **From:** | 김호정 <hojung4623.kim@samsung.com> |
| **Sent:** | Thu, 8 Oct 2015 05:02:26 -0400 (EDT) |
| **To:** | <jbkim@netlist.com> |
| **Cc:** | 이정배 <jung-bae.lee@samsung.com>; 지현기 <hyunki.ji@samsung.com>; 한규한 <kyuhan_han@samsung.com>; 성승민 <jeff.sung@samsung.com>; 김인동 <indong2.kim@samsung.com> |
| **Subject:** | Draft Joint Development/License Agreement & SoW |
| **Attachments:** | 151008-Neptune-SEC SoW.xlsx;Joint Development and License Agreement (100815 SEC).docx |

안녕하세요, 김지범 부사장님,
삼성전자 김호정 과장입니다.

공동개발 및 라이선스 본계약 Draft 버젼을 송부드립니다.
아울러 SoW도 별도 엑셀 파일로 송부드리오니 참조하시기바랍니다.
연휴 이후에 본계약 내용 및 SoW 관련 설명을 드릴 수 있도록 컨퍼런스콜을 진행했으면 합니다.
가능하신 시간 알려주시면 관련자들과 함께 참석할 수 있도록 하겠습니다.

감사합니다.
김호정 드림

**김호정 | Jay Kim**

Manager | Strategic Planning Team | Memory Division | Samsung Electronics co.,Ltd.
Office +82-31-208-6159 | Mobile +82-10-5361-0001 | hojung4623.kim@samsung.com

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술 등을 포함**하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지**됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

151008-Neptune-SEC