# EXHIBIT 32

**REDACTED PURSUANT TO ORDER OF THE COURT DATED 10/14/2021**

| From: | Gail Sasaki <gsasaki@netlist.com> |
|---|---|
| Sent: | Fri, 18 Sep 2015 22:17:18 -0400 (EDT) |
| To: | "C.K. Hong" <ckhong@netlist.com>; Jibum Kim <jbkim@netlist.com> |
| Subject: | Fwd: Samsung and Netlist Follow up |

Begin forwarded message:

**From:** Dong-Su Kim-SSI <dongkim@ssi.samsung.com>
**Date:** September 18, 2015 at 6:36:40 PM PDT
**To:** Gail Sasaki <gsasaki@netlist.com>
**Cc:** Noel Whitley <nwhitley@netlist.com>, Rex Sherry <rsherry@netlist.com>, "jking@needhamco.com" <jking@needhamco.com>, 김민수 <mackms@samsung.com>, 차정호 <jh99.cha@samsung.com>
**Subject: RE: Samsung and Netlist Follow up**

Gail,
We worked very hard on the spreadsheet (multiple iterations and meetings involving both side of the Pacific) but due to some last minute changes from Memory BU, we do not yet have MBU's approval for its release. I suppose you would have liked to review it over the weekend, but we will have to share it during our meeting on Monday. Meanwhile, I would also like to summarize our perspective:

?/ Samsung Ventures (SVIC) understands that this deal is connected with Memory BU's licensing deal and that it is strategic in nature. However, it was agreed with Memory BU (MBU) that the convertible loan in itself have to be financially sound. We (SVIC) made this point clear from our initial phone call and again during the on-site due diligence meeting.

?/ Every version of the term sheet was reviewed together with MBU and there is complete alignment between SVIC and MBU. Both entities evaluated the deal in its entirety as one deal and both strategic (licensing) and financial (convertible note) benefits were considered.

?/ We are not seeking excessive upside through the notes. After several discussions internally and with our advisors, we are convinced that our proposed terms are well outside the market terms for comparable deals and extremely favorable to Netlist. The risk versus reward analysis is so unfavorable to SVIC that this deal will be heavily challenged by SVIC compliance team and the investment committee.

?/ We feel that successful deal with Samsung would contribute to substantial increase in the share price. The benefits to your shareholders would outweigh the potential dilution caused by the conversion of the notes at the proposed price.

?/ The entire deal in aggregate (both the licensing and convertible note) is a true win-win for both sides and will greatly contribute to Netlist's success

Thank you and we will see you on Monday.
Best regards,
Dong-Su

**From:** Gail Sasaki [mailto:gsasaki@netlist.com]
**Sent:** Monday, September 14, 2015 2:07 PM
**To:** Dong-Su Kim-SSI; jking@needhamco.com
**Cc:** Noel Whitley; Rex Sherry
**Subject:** Samsung and Netlist Follow up

Dong-Su,
As follow up to our call Thursday, attached is the spreadsheet we agreed could be helpful in moving the process forward. Please add your own rationale and circulate back to us prior to our next meeting. We have also summarized below our overall perspective as communicated to you on the call. We believe this background would be useful for providing context to all stakeholders in these negotiations.

?/ Netlist appreciates the opportunity to work with Samsung as a strategic partner and believes that the "right" deal would be mutually beneficial to both companies.

?/ We negotiated in earnest for four months on the principle strategic terms now reflected in the MOU. Netlist has been consistent and has not changed course on any material term.

?/ We gave Samsung EVERYTHING it asked for:
    o Access to our technology crown jewels to achieve a strategic objective for Samsung. i.e., technology response to Intel's new technology
    o A non-customary, perpetual license to the entire Netlist patent portfolio, including immediate coverage of Samsung's exposure on LRDIMMs

?/ Samsung will realize immediate, tangible value upon signing and over time, hundreds of millions, if not billions, in strategic value.

?/ The "standard and customary" consideration for licensing of patents and technology is cash. We accommodated debt for some portion, provided the terms reflect cash-like conditions. We communicated this position throughout, requesting a 10-year, 1% interest note with convertibility at Netlist's discretion.

?/ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Samsung's top management commented that this was not a financial deal and that Samsung did not "intend to make money using money"

?/ The new terms now introduced by Samsung Ventures are, in fact, those of a financial deal. They create additional financial burden on Netlist as well as grant Samsung certain controls over Netlist that are inappropriate in the context of a strategic transaction between public companies. The terms are: i) fundamentally at odds with the deal as envisioned, ii) inappropriate for patent and technology licensing, iii) not applicable to a public company, iv) inconsistent with a deal based on debt rather than equity, and v) a set of new additional demands that upsets the balance of equities achieved with the MOU.

?/ For Netlist, this is ONE deal and we must evaluate the deal in its entirety. The benefits and costs of this transaction comes and goes from ONE Netlist pocket regardless of the entities involved. For Samsung, whether those costs and benefits accrue to the business unit or to Samsung Ventures, any allocation and reconciliation of cost/benefits is an issue internal to Samsung.

?/ Netlist put all material terms on the table from the outset. If these additional financial terms were truly critical components of this deal, Samsung

CONFIDENTIAL

NL048993

had 4 months to make them known.

?/ As a practical matter, while any financial upside would be incremental to Samsung, the cost would be significant to Netlist. Every dollar affects our ability to deliver on the very technology Samsung seeks from this collaboration. ████████████ to create collateral for Samsung. There's a clear trade-off here and Samsung must determine which it values more: the technology and patent license, or incremental financial upside. They both represent benefits to Samsung but cannot be obtained without significant cost to Netlist.

Best regards,
Gail

..................................................................................................................................................

**Gail Sasaki**
Chief Financial Officer
175 Technology
Irvine, CA 92618
Direct: 949.679.0113
Cell: 714.337.2155
Fax: 949.435.0031
Email: gsasaki@netlist.com

Tel: 949.435.0025
Fax: 949.435.0031
www.netlist.com

CONFIDENTIAL

NL048994