# EXHIBIT 34

## REDACTED PURSUANT TO ORDER OF THE COURT DATED 10/14/2021

| | |
|---|---|
| **From:** | Gail Sasaki <gsasaki@netlist.com> |
| **Sent:** | Fri, 6 Nov 2015 03:24:08 -0500 (EST) |
| **To:** | "C.K. Hong" <ckhong@netlist.com> |
| **Subject:** | Board Resolutions to Approve Agreements |
| **Attachments:** | Binder for Special Meeting of the Board.pdf |

Chuck,
Please let me know if you agree with the highlighted below. I didn't get the Fortress documents this evening and I'm pretty sure we will have to go back and forth a couple of times before we have a final.
Gail


Dear Board,

We have provided extracts below of the three main agreements we are asking you to approve. We have also attached the agreements for those who wish to review at that level of detail. As of this evening we still don't have the Fortress payoff letter nor final sign off on the JDLA. However, since there is a lot of material here to review - I am sending what we have and ==am proposing to move the Special Meeting to Tuesday after our earnings call.==

**Agenda for the Special Meeting of the Board of Directors**

1) Approval of Samsung Agreements
    a. Senior Secured Convertible Note Agreement
    b. The Warrant
    c. The Joint Development and Licensing Agreement
2) Approval of the Fortress Termination and Warrant

**Convertible Note Extract**

| | |
|---|---|
| Principal Amount | $15M |
| Maturity | 6 Years |
| Interest Rate | 2% due at maturity |
| Conversion Price | $1.25 |
| Underlying Shares | 12M |
| If Netlist redeems early, a Warrant for 2M shares is issued at $.30, expires 2025 | |
| Samsung can convert only at maturity | |
| Change of Control | Note is either assumed by acquiror or redeemed |
| Covenants | No Financial or Operating Covenants |
| Security Interest | Senior position in Netlist Patent Portfolio, Secondary position in remaining assets |

**Joint Development and Licensing Agreement (JDLA) Extract**

[redacted]

[redacted]

..........................................................................................................................................

Gail Sasaki
Chief Financial Officer
175 Technology

CONFIDENTIAL - ATTORNEYS' EYES ONLY                           NL117923



Tel:949.435.0025
Fax:949.435.0031
www.netlist.com

Irvine, CA 92618
Direct: 949.679.0113
Cell: 714.337.2155
Fax: 949.435.0031
Email: gsasaki@netlist.com

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Ex 34

943

NL117924