# EXHIBIT 35

**FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED 10/14/2021**