# EXHIBIT 40

| | |
|---|---|
| **From:** | "C.K. Hong" <ckhong@netlist.com> |
| **Sent:** | Mon, 2 Nov 2015 03:15:10 -0500 (EST) |
| **To:** | "C.K. Hong" <ckhong@netlist.com> |
| **Subject:** | 11 xx 15 - Alliance draft 10 30 15 CKH |
| **Attachments:** | 11 xx 15 - Alliance draft 10 30 15 CKH.docx |

CONFIDENTIAL - ATTORNEYS' EYES ONLY   NL117918

SAMSUNG AND

## NETLIST AND SAMSUNG ENTERANNOUNCE STRATEGIC ALLIANCE TO COMMERCIALIZE THE FIRST UNIFIED MEMORY-STOARGE ARCHITECTURE HYPERVAULT HYBRID MEMORY TECHNOLOGY

- 5-year Joint Development Agreement Sets Groundwork to Deliverbased on Netlist IP to Bring NV-P, the FastestHigh Density Non-Volatile Memory-Storage Solution for Cloud Computing, Big Data and Moreto Market -

SEOUL, KOREA AND IRVINE, CALIFORNIA AND SEOUL, November xx16, 2015 - Samsung Electronics Co., Ltd., and Netlist, Inc. (NASDAQ: NLST), a leading provider of high performance memory solutions for the cloud computing and storage markets, and Samsung Electronics Co., Ltd., todatoday announced they have announced entered into they have entered into a Joint Development and License Agreement (JDLA) to commercialize Netlist's HyperVault hybrid memory technology.

As part of the strategic alliance, Netlist and Samsung will work together to deliver a new class of NVDIMM-P (NV-P) hybrid memory based on Samsung's industry-leading NAND Flash and DRAM and Netlist's pioneering work on HyperVault®. The companies will promote a broad, inclusive ecosystem built on a standardized interface to bring the compelling benefits of this new technology for cloud computing, big data and server-class storage applications and to facilitate rapid market adoption

NV-P is an emerging industry standard for a new class of high-speed, non-volatile memory which operates in the memory channel, the fastest data path in a computer. With HyperVault®, Netlist created the industry's first unified memory-storage architecture where low-cost, high-density NAND storage can achieve the performance of high-cost, high-speed DRAM memory. This breakthrough architecture is then combined with Samsung's industry leading DRAM and NAND, to produce NV-P solutions that deliver unmatched cost/performance benefits compared to existing and emerging technologies. The companies expect to sample the NV-P product with select customers in 2016.

According to _____ at Moor Insights and Strategy, "NV-P will be a multi-billion dollar market in the next few years and become the dominant storage technology for the next decade. Memory channel storage solutions have 100 to 1000 times higher data transfer rates than traditional SAS and SATA storage and PCIe connections. Also by leveraging NAND and DRAM - proven technologies, NV-P will bring order of magnitude cost advantages over recently announced experimental raw materials which entail significant execution risks and many years of ecosystem build-out."

"As the industry leader in memory, we are delighted to have chosen Netlist to be a key partner to Samsung. Netlist has been a pioneer for many years in leading-edge memory technology solutions and has unique technology in the memory channel storage area and a strong, related portfolio of IP," said Dr. Young Hyun Jun, President of Samsung Semiconductor. "We are excited about being very well positioned now to bring leading memory channel storage technology solutions to market drive rapid industry of NVDIMM-P products As we work closely together to fully commercialize this technology we

CONFIDENTIAL - ATTORNEYS' EYES ONLY
NL117919

Page 2

believe it has tremendous potential with extensive applications across the high-performance memory industry."

"As a pioneer in hybrid memory, Netlist has developed unique market expertise and a significant IP portfolio," said ~~Name, Title of Samsung~~Dr. Young Hyun Jun, President of Samsung Semiconductor. "The industry continues to move toward hybrid memory solutions, and HyperVault has the potential to address multiple segments of this rapidly growing market. As we work together to fully commercialize this technology we believe it has tremendous potential with extensive applications across the high-performance memory industry."

"This is an important milestone for Netlist as this transformational, long-term partnership provides us with the additional resources to accelerate the development of our leading memory channel storage solutions, [such as HyperVault TM and HyperVault Mobile TM] and the scale and clout to ensure we can properly capitalize on this multi-billion dollar opportunity. ," said C.K. Hong, President and CEO of Netlist. "Samsung is the unparalleled industry leader in the memory market and recognizes the value of memory technology leadership and the growing need for innovative memory solutions to efficiently manage and analyze massive and growing amounts of data. This powerful combination or our two companies is highly complementary and being closely strategically aligned will give us both a significant edge relative to our competition. We believe this strategic relationship with Samsung is just the beginning of a powerful long-term partnership between our two companies.
~~promote a broad ecosystem built on a standardized interface in order to facilitate rapid adoption by the industry of NVDIMM-P products. The companies are focused on building momentum around this new technology that will bring compelling new capabilities to a large and diverse customer base, and will represent an industry alternative to competing proprietary solutions.~~

"This is a transformational, long-term partnership that validates our IP and provides an efficient path for the development and market adoption of our hybrid memory technology," said C.K. Hong, President and CEO of Netlist. "Samsung is a leader in the industry that recognizes the value of our technology and the growing need for innovative memory solutions to efficiently manage and analyze massive and growing amounts of data. We are very excited about the potential for HyperVault to meet this need and its ability to deliver superior performance at an exceptional value. We look forward to working with our partners at Samsung in bringing a commercial solution to market."

NV-P is a memory channel storage product that greatly expands the performance and capacity of DRAM and is plug-and-play compatible with DDR4 memory with no OS modifications.

It is expected to be targeted at the fastest tiers of storage where latency is a critical issue, such as online transaction processing, virtualization, big data analytics, high-speed transaction processing, high performance database, and in-memory database.

~~Netlist and Samsung will work together to bring an NVDIMM-P product to market based on Netlist's HyperVault technology and leveraging Samsung's deep expertise in [raw materials and module design].~~ Netlist has received gross proceeds of $23 million~~, inclusive of a $15 million convertible note issued to an affiliate of Samsung,~~ from Samsung as part of the total consideration exchanged between the parties which also includes licensing of their respective patent portfolios.
Additional details regarding the transaction are available in Netlist's Current Report on Form 8-K filed concurrently with the issuance of this release.

CONFIDENTIAL - ATTORNEYS' EYES ONLY   NL117920

~~"This is a transformational, long-term partnership that validates our IP and provides an efficient path for the development and market adoption of our hybrid memory technology," said C.K. Hong, President and CEO of Netlist. "Samsung is a leader in the industry that recognizes the value of our technology and the growing need for innovative memory solutions to efficiently manage and analyze massive and growing amounts of data. We are very excited about the potential for HyperVault to meet this need and its ability to deliver superior performance at an exceptional value. We look forward to working with our partners at Samsung in bringing a commercial solution to market."~~

~~"As a pioneer in hybrid memory, Netlist has developed unique market expertise and a significant IP portfolio," said Name, Title of Samsung. "The industry continues to move toward hybrid memory solutions, and HyperVault has the potential to address multiple segments of this rapidly growing market. As we work together to fully commercialize this technology we believe it has tremendous potential with extensive applications across the high-performance memory industry."~~

~~HyperVault, part of Netlist's NVvault® product family, is a memory channel storage product currently under development that greatly expands the performance and capacity of DRAM channel storage. It is expected to be targeted at the fastest tiers of storage where latency is a critical issue, such as online transaction processing, virtualization, big data analytics, high-speed transaction processing, high performance database, and in-memory database.~~

~~As part of the transaction, Netlist issued a senior secured convertible promissory note to a subsidiary of Samsung. The note has an original principal amount of $15 million, accrues interest at a rate of 2% per year, is due and payable in full on December 31, 2021 and is convertible into shares of Netlist Common Stock at a conversion price of $1.25 per share on maturity. A portion of the proceeds from the transaction was used to retire Netlist's outstanding senior secured indebtedness. Additional details regarding the transaction are available in Netlist's Current Report on Form 8-K filed concurrently with the issuance of this release.~~

**About Netlist:**
Netlist, Inc. designs and manufactures high-performance, logic-based memory subsystems for server and storage applications for cloud computing. Netlist's flagship products include NVvault® and EXPRESSvault™, a family of hybrid memory products that significantly accelerate system performance and provide mission critical fault tolerance, as well as HyperVault, its next generation hybrid memory solution which is under development and greatly expands the performance and capacity of DRAM channel storage. The Company's product offering also includes a broad portfolio of industrial Flash and specialty memory subsystems including VLP (very low profile) DIMMs and Planar-X RDIMMs. Netlist has steadily invested in and grown its worldwide IP portfolio, which now includes 88 issued and pending patents in the areas of high performance memory and hybrid memory technologies.

Netlist develops technology solutions for customer applications in which high-speed, high-capacity, small form factor and efficient heat dissipation are key requirements for system memory. These customers include OEMs and hyperscale datacenter operators that design and build servers, storage systems and high-performance computing clusters, engineering workstations and telecommunications equipment. Founded in 2000, Netlist is headquartered in Irvine, CA with manufacturing facilities in Suzhou, People's Republic of China. Learn more at www.netlist.com.

**About Samsung Electronics Co., Ltd.**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
NL117921

Page 4

Samsung Electronics Co., Ltd. inspires the world and shapes the future with transformative ideas and technologies, redefining the worlds of TVs, smartphones, wearable devices, tablets, cameras, digital appliances, printers, medical equipment, network systems, and semiconductor and LED solutions. We are also leading in the Internet of Things space through, among others, our Smart Home and Digital Health initiatives. We employ 319,000 people across 84 countries with annual sales of US $196 billion. To discover more, please visit our official website at www.samsung.com and our official blog at www.global.samsungtomorrow.com.

**Safe Harbor Statement:**
*This news release contains forward-looking statements regarding future events and the future performance of Netlist. These forward-looking statements involve risks and uncertainties that could cause actual results to differ materially from those expected or projected. These risks and uncertainties include, but are not limited to, risks associated with the joint development efforts with Samsung described above; the launch and commercial success of our products, programs and technologies; the success of product partnerships; continuing development, qualification and volume production of HyperVault™, EXPRESSvault™, NVvault®, HyperCloud® and VLP Planar-X RDIMM; the timing and magnitude of the decrease in sales to our key customer; our ability to leverage our NVvault® and EXPRESSvault™ technology in a more diverse customer base; the rapidly-changing nature of technology; risks associated with intellectual property, including risks associated with the inherent uncertainty of the litigation process, and we can provide no assurance that our efforts to mitigate the effects of the jury verdict will be successful, patent infringement litigation against us as well as the costs and unpredictability of litigation over infringement of our intellectual property and the possibility of our patents being reexamined by the United States Patent and Trademark office; volatility in the pricing of DRAM ICs and NAND; changes in and uncertainty of customer acceptance of, and demand for, our existing products and products under development, including uncertainty of and/or delays in product orders and product qualifications; delays in the Company's and its customers' product releases and development; introductions of new products by competitors; changes in end-user demand for technology solutions; the Company's ability to attract and retain skilled personnel; the Company's reliance on suppliers of critical components and vendors in the supply chain; fluctuations in the market price of critical components; evolving industry standards; and the political and regulatory environment in the People's Republic of China. Other risks and uncertainties are described in the Company's annual report on Form 10-K filed on March 27, 2015, and subsequent filings with the U.S. Securities and Exchange Commission made by the Company from time to time. Except as required by law, Netlist undertakes no obligation to publicly update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.*

For more information, please contact:

Investors:
Brainerd Communicators, Inc.
Mike Smargiassi/Jenny Perales
NLST@braincomm.com
(212) 986-6667

Press:
Brainerd Communicators, Inc.
Sharon Oh
NLST@braincomm.com
(212) 986-6667

CONFIDENTIAL - ATTORNEYS' EYES ONLY   NL117922