# EXHIBIT 42

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
 3                          ---oOo---
 4      NETLIST, INC.,     Case No.  820-CV-993-MCS (AVSX)
 5           Plaintiff,
 6      vs.
 7      SAMSUNG ELECTRONICS
 8      COMPANY LTD,
 9           Defendants.
10      _____/
11
12
13
14
15         VIDEOTAPED REMOTE DEPOSITION OF NEAL KNUTH
16                   (CONFIDENTIAL TRANSCRIPT)
17                  (FOR ATTORNEYS' EYES ONLY)
18
19        Taken before KIMBERLEY RICHARDSON, RPR, CCRR
20                         CSR No. 5915
21                        August 14, 2021
22
23
24
25
                                                    Page 1
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   $3 per and $4.80 per respectively; correct?
 2           MR. MASTERS:  Object to form.
 3           THE WITNESS:  Yes.  As I mentioned, I, in
 4   an allocated market, I might need a higher price
 5   to get the parts that the customer needs.  That          10:44AM
 6   was agreed to.
 7   BY MR. BEST:
 8       Q.  When you say "that was agreed to," what do
 9   you mean by that?  Agreed to between whom?
10       A.  Agreed to between myself and Netlist.            10:44AM
11       Q.  The e-mail you sent to Mr. Yoo indicates
12   that you would like to -- him to call you when he
13   can.
14           Do you recall having such a conversation
15   with Mr. Yoo concerning this price change?              10:45AM
16           MR. MASTERS:  Object to form.
17           THE WITNESS:  I don't recall.
18           MR. BEST:  You can set this document
19   aside, and we'll look at the next one.  I believe
20   it will be marked as Exhibit 142 beginning with         10:45AM
21   Bates SEC000472.
22           (Plaintiff's Exhibit No. 142 marked for
23           Identification.)
24           THE WITNESS:  You said Exhibit O142?
25           MR. BEST:  That should be correct, yes.         10:46AM
```

Page 43

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                  Let me know when you're ready, and I'll
 2      ask you some questions.
 3                  Ready?
 4                  THE WITNESS:  I've read each bullet once.
 5      BY MR. BEST:                                              10:49AM
 6          Q.  My first question is simply do you
 7      recognize this to be an e-mail chain you sent on
 8      February 21st of 2017, to Harrison Yoo, Kate Moon
 9      and others at Samsung?
10          A.  The original document looks like Monday,         10:49AM
11      February 20th.
12          Q.  Sure.  So let me start it -- let me ask it
13      this way:  The February 20th e-mail you just
14      referenced appears to have been appended to the
15      e-mail you sent on February 21st; correct?            10:50AM
16          A.  Yes.
17          Q.  And do you recognize the e-mail that you
18      sent on February 21, 2017, to be one you sent to
19      Ms. Moon and Mr. Yoo at Samsung?
20          A.  It looks like my e-mail.                         10:50AM
21          Q.  And this is the e-mail you prepared in the
22      ordinary course of your work at Samsung; correct?
23          A.  Yes.
24          Q.  And to the best of your knowledge, this
25      document was maintained in the ordinary course of       10:50AM
```

Page 44

```
 1   business at Samsung; correct?
 2           MR. MASTERS:  Object to form.
 3           THE WITNESS:  To the best of my knowledge.
 4   BY MR. BEST:
 5       Q.  Now, the earlier e-mail to which you                10:50AM
 6   referred sent on February 20, 2017, includes what
 7   you refer to as your first pass of notes
 8   concerning the Netlist DSK visit of February 21,
 9   2017; correct?
10       A.  Correct.                                            10:51AM
11       Q.  You were amongst the attendees at this
12   meeting that I believe we discussed earlier today;
13   correct?
14       A.  Correct.  I listed myself.
15       Q.  The first substantive portion of your               10:51AM
16   notes after listing the attendees is on the next
17   page, SEC473, a quote "Netlist Sales Overview."
18           Do you see that?
19       A.  It's on 473?
20       Q.  Yes.                                                10:51AM
21       A.  Netlist Sales Overview.  I'm sorry.  I'm
22   not --
23       Q.  Sure.  So if you look at the Bates
24   numbers, which again are the numbers in the lower
25   right-hand corner of the document, do you see the   10:52AM
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              REPORTER'S CERTIFICATE
 2
 3
 4         I, KIMBERLEY RICHARDSON, a Shorthand
 5    Reporter, State of California, do hereby certify:
 6         That NEAL KNUTH, in the foregoing
 7    deposition named, was present and by me sworn as a
 8    witness in the above-entitled action at the time
 9    and place therein specified;
10         That said deposition was taken before me at
11    said time and place, and was taken down in
12    shorthand by me, a Certified Shorthand Reporter of
13    the State of California, and was thereafter
14    transcribed into typewriting, and that the
15    foregoing transcript constitutes a full, true and
16    correct report of said deposition and of the
17    proceedings that took place;
18         IN WITNESS WHEREOF, I have hereunder
19    subscribed in my hand this 16th day of August
20    2021.
21
22
23         [signature: Kimberley Richardson]
24         KIMBERLEY RICHARDSON, CSR No. 5915
25         State of California
```

Page 204