# EXHIBIT 43

```
 1  MATTHEW BENJAMIN (pro hac vice)
       mbenjamin@gibsondunn.com
 2  RAYMOND A. LAMAGNA, SBN 244821
       rlamagna@gibsondunn.com
 3  GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
 4  Los Angeles, CA 90071-3197
    Telephone: 213.229.7000
 5  Facsimile: 213.229.7520
 6
 7  Attorneys for Plaintiff Netlist Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>            Defendant. | CASE NO. 8:20-cv-993-MCS (ADSx)<br><br>**DECLARATION OF PAIK KI HONG IN SUPPORT OF NETLIST INC.'S MOTION TO COMPEL THE DEPOSITION OF JUNG BAE LEE AND JOO SUN CHOI** |

**[Discovery Document: Referred to Magistrate Judge Autumn D. Spaeth]**

Exhibit 0044
8/12/2021
PK Hong

1

# DECLARATION OF PAIK KI HONG

I, Paik Ki Hong, declare:

1. I make this declaration in support of Netlist, Inc.'s ("Netlist") Motion to Compel the Depositions of Jung Bae Lee and Joo Sun Choi. I have personal knowledge of the matters stated within, and if called upon to do so, I could and would competently testify hereto.

2. I serve as Vice President of Worldwide Operations at Netlist. Since 2015 and before, I have been personally involved with and overseen the procurement of NAND or DRAM products from suppliers, including from Samsung. As a result, I have personal experience, involvement in, and knowledge of Netlist's communications with Samsung concerning efforts to purchase NAND or DRAM products.

3. Netlist's main point of contact at Samsung regarding the procurement of NAND or DRAM products has predominantly been with Neal Knuth, Samsung's Regional Sales Manager at Samsung's U.S. sales arm, Samsung Semiconductor, Inc. (or "SSI"). Mr. Knuth was the individual responsible for the Netlist account at Samsung during the period of time when Netlist had a supply agreement with Samsung (i.e., from late 2015 into 2020). That is, Netlist's requests for NAND or DRAM and related purchase orders during that time period were communicated to Mr. Knuth by myself or my colleagues (often with me copied), and I routinely interfaced with Mr. Knuth in such matters (by email, phone, and in person).

4. After Netlist and Samsung entered their agreement in late 2015, Samsung routinely supplied Netlist with its requests and needs for Samsung NAND or DRAM products. Overall, our orders with and fulfillment by Samsung at went smoothly, and continued to increase rapidly throughout 2016 and into 2017.

5. Around May 2017, however, Samsung (through Mr. Knuth) began suddenly to stop agreeing to support our NAND and DRAM product requests and started refusing to allow Netlist to submit purchase orders for such products. This

2

DECLARATION OF PAIK KI HONG IN SUPPORT OF NETLIST INC.'S MOTION TO COMPEL THE DEPOSITION OF JUNG BAE LEE AND JOO SUN CHOI

1469

Ex 43

came in sharp contrast to the prior year and a half or so, during which time Samsung had consistently accepted and filled our orders for NAND and DRAM products.

6. Naturally, I spoke with Mr. Knuth about the problem. He informed me that his superiors at Samsung had directed that Netlist's allocation for sales of NAND and DRAM products be cut and essentially dropped to zero.

7. On around May 18, 2017, I flew with my colleague Gail Sasaki (Netlist's CFO) to San Jose, California, to meet with Mr. Knuth and other Samsung executives to request product support (i.e., sales) for NAND and DRAM products as previously provided by Samsung. Samsung's attendees listened to our presentation, but did not indicate whether product support would be forthcoming (i.e., whether Samsung would resume accepting and fulfilling Netlist's requests and orders).

8. On or about June 9, 2017, a couple of my colleagues and I also had lunch with Mr. Knuth at the Irvine Spectrum Center near Netlist's offices. Attached hereto as **Exhibit 1** is a copy of an email exchange with Mr. Knuth to schedule the lunch meeting at the Irvine Spectrum Center, dated June 6, 2017. Attached hereto as **Exhibit 2** is a copy of a calendar invite notification in which I accepted Mr. Knuth's invitation for lunch on June 9, 2017. During our lunch, Mr. Knuth told me that Mr. Joo Sun Choi, a Samsung executive overseeing memory sales in the United States, had instructed the Samsung U.S. sales team to cut Netlist's allocation to zero. Mr. Knuth expressed that there was nothing he personally could do to change that, and that Netlist would have to address the issue with Mr. Choi.

9. My colleagues and I tried to obtain a meeting with Mr. Choi to discuss the matter. Attached hereto as **Exhibit 3** is a copy of an email exchange I had with Mr. Knuth requesting a meeting with Mr. Choi in an effort to resolve this problem. Mr. Choi, however, would not meet with us and our efforts were rebuffed. As a result, Netlist was no longer able to obtain the allocation of Samsung NAND and DRAM products into 2018 and 2019 that it had previously, for example in 2016 to mid-2017. As a result, we had to scramble to find Samsung parts on the secondary market (often

3

DECLARATION OF PAIK KI HONG IN SUPPORT OF NETLIST INC.'S MOTION TO COMPEL THE DEPOSITION OF JUNG BAE LEE AND JOO SUN CHOI  1470
EX 43

at higher prices and/or in insufficient quantity), which further resulted in our inability to fulfill orders for multiple customers. As I understand, this litigation was then filed in 2020 to address the above concerns.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that I executed this declaration on the 20th of July, 2021, in Irvine, California.

Dated: July 20, 2021              By: _____

Paik Ki Hong

# Exhibit 1

| | |
|---|---|
| **From:** | Neal Knuth <n.knuth@samsung.com> |
| **Sent:** | Tue, 6 Jun 2017 17:17:22 -0400 (EDT) |
| **To:** | Paik Ki Hong <pkhong@netlist.com> |
| **Cc:** | Raymond Jiang <rjiang@netlist.com>; Devon Park <dpark@netlist.com> |
| **Subject:** | RE: Netlist Meeting |

Invite sent.

Thanks,

Neal Knuth
949 910 2835

**From:** Paik Ki Hong [mailto:pkhong@netlist.com]
**Sent:** Tuesday, June 06, 2017 2:09 PM
**To:** Neal Knuth
**Cc:** Raymond Jiang; Devon Park
**Subject:** RE: Netlist Meeting

OK. Can we do it early? Like 11:15AM to 1PM

Let me know

Thanks.

**From:** Neal Knuth [mailto:n.knuth@samsung.com]
**Sent:** Tuesday, June 06, 2017 2:06 PM
**To:** Paik Ki Hong <pkhong@netlist.com>
**Cc:** Raymond Jiang <rjiang@netlist.com>; Devon Park <dpark@netlist.com>
**Subject:** Netlist Meeting

Hi Paik Ki,

I hear your guys are going to be in town on Friday. Ok for lunch?

Thank you,
감사합니다
Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
**New Office Number:** 949 910 2835

nealk@ssi.samsung.com

Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.
**Privacy Notice**: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law. If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.

# Exhibit 2

| | |
|---|---|
| **From:** | u=Paik Ki Hong/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=67B73B262A5349059FE8E81545589EA5-PKHONG |
| **Sent:** | Tue, 6 Jun 2017 17:18:51 -0400 (EDT) |
| **To:** | "Neal Knuth" <n.knuth@samsung.com> |
| **Subject:** | Accepted: Netlist/Samsung Meeting |
| **Location:** | Netlist |
| **Start Time:** | Fri, 9 Jun 2017 14:15:00 -0400 (EDT) |
| **End Time:** | Fri, 9 Jun 2017 15:45:00 -0400 (EDT) |

CONFIDENTIAL

Ex 43

1475
NL019091

# Exhibit 3

Case 8:20-cv-00993-MCS-ADS Document 187-45 Filed 07/20/21 Page 11 of 11 Page ID #:9464

**From:** Paik Ki Hong </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=67B73B262A5349059FE8E81545589EA5-PKHONG>
**Sent:** Wed, 12 Jul 2017 14:25:00 -0400 (EDT)
**To:** "Neal Knuth" <n.knuth@samsung.com>
**Cc:** kihoon74.kim@samsung.com; "Steven Metz" <s.metz@samsung.com>
**Subject:** Netlist/Samsung meeting in San Jose

Neal,

Netlist management would like to request a meeting with JS Choi and Steve Metz at SSI to discuss the following-

1. Latest Netlist Hybridimm status and update. Update recent discussions with SEC
2. Netlist 2H 2017 allocation

We would like to request this meeting as soon as possible

Thank you.

...................................................................................................................................................

Tel:949.435.0025
Fax:949.435.0031
www.netlist.com

**Paik Ki Hong**
Vice-President, WW Operations
175 Technology
Irvine, CA 92618
Direct: 949.679.0102
Cell: 949.285.8242
Email: pkhong@netlist.com