# EXHIBIT 46

| | |
|---|---|
| **From:** | Raymond Jiang <rjiang@netlist.com> |
| **Sent:** | Thu, 11 Aug 2016 01:00:24 -0400 (EDT) |
| **To:** | Neal Knuth <n.knuth@samsung.com> |
| **Cc:** | Paik Ki Hong <pkhong@netlist.com>; Devon Park <dpark@netlist.com>; "Val (Valeriia) Pletneva" <valeriia.p@partner.samsung.com> |

**Subject:** Re: Immediate Support

This is very helpful. Thanks Neal.

Anything on the 16GB -

M393A2G40EB1-CRC

On Aug 10, 2016, at 9:43 PM, Neal Knuth <n.knuth@samsung.com> wrote:

> I secured M393A1G40EB1-CRC0Q 150pcs, Val please ship immediately.  I should have more parts come in next week.
>
> Thanks,
>
> Neal Knuth
> 949 910 2835
>
> ---
>
> **From:** Paik Ki Hong [mailto:pkhong@netlist.com]
> **Sent:** Wednesday, August 10, 2016 4:28 PM
> **To:** Neal Knuth
> **Cc:** Raymond Jiang; Devon Park
> **Subject:** RE: Immediate Support
>
> Core Systems
>
> ---
>
> **From:** Neal Knuth [mailto:n.knuth@samsung.com]
> **Sent:** Wednesday, August 10, 2016 4:10 PM
> **To:** Paik Ki Hong <pkhong@netlist.com>
> **Cc:** Raymond Jiang <rjiang@netlist.com>
> **Subject:** RE: Immediate Support
>
> Who is the end customer?
>
> Thanks,
>
> Neal Knuth
> 949 910 2835
>
> ---
>
> **From:** Paik Ki Hong [mailto:pkhong@netlist.com]
> **Sent:** Wednesday, August 10, 2016 4:07 PM
> **To:** Neal Knuth
> **Cc:** Raymond Jiang
> **Subject:** RE: Immediate Support
>
> Neal,

CONFIDENTIAL

NL010308

We really need your support on the 8GB RDIMMs in particular

Very strategic account for us to sell Samsung. They will buy $5-$10M a year in DRAM.

Without knowing we committed to this customer delivery of 200pcs- 8GB 1RX4 RDIMM 2400 this week. We assumed that 8GBG RDIMM was one of the highest volume parts Samsung manufactured and assumed that there would not be a LT issue. Obviously we were wrong. We need to support this customer or we will lose credibility and credibility is extremely important in selling memory as you know as customers can buy from many vendors

This customer mainly buys from vendors other than Samsung today due to availability. We will consign Samsung inventory to this customer to eliminate the inventory LT issue. We are starting this process now. Need your support with the 200pcs- 8GB RDIMM to continue building our relationship with this customer.

Need Samsung support.

Let me know if there are any questions.

Thanks.

**From:** Raymond Jiang
**Sent:** Wednesday, August 10, 2016 11:40 AM
**To:** Neal Knuth <n.knuth@samsung.com>
**Cc:** Paik Ki Hong <pkhong@netlist.com>
**Subject:** RE: Immediate Support

Neal,

Any update yet on the 8GB RDIMM, need 200pcs immediately.

| NETLIST | 1240324204 | 20 | 323901 | M393A1G40EB1-CRC0Q | 150 | 150 | $ | 34.50 |
|---|---|---|---|---|---|---|---|---|
| NETLIST | 1240925183 | 10 | 323914 | M393A1G40EB1-CRC0Q | 200 | 200 | $ | 34.50 |
| NETLIST | 1240324204 | 30 | 323901 | M393A2G40EB1-CRC0Q | 150 | 150 | $ | 63.00 |

Need a ship date on the 16GB 2Rx4 DDR4 2400 RDIMM, want a partial of 50pcs in immediately.

Thanks

**From:** Raymond Jiang
**Sent:** Wednesday, August 10, 2016 11:02 AM
**To:** Neal Knuth <n.knuth@samsung.com>
**Cc:** Paik Ki Hong <pkhong@netlist.com>
**Subject:** RE: Immediate Support

Neal,

As discussed, we need to get these parts in immediately to get this customer going where the 8GB has a higher priority.

| NETLIST | 1240324204 | 20 | 323901 | M393A1G40EB1-CRC0Q | 150 | 150 | $ | 34.50 |
|---|---|---|---|---|---|---|---|---|
| NETLIST | 1240324204 | 30 | 323901 | M393A2G40EB1-CRC0Q | 150 | 150 | $ | 63.00 |

CONFIDENTIAL                                              NL010309

Please let me know if you can support -
10pcs M393B1G73EB0-CMA - DDR3 16GB 2Rx4 RDIMM

Thanks
Raymond

---

**From:** Raymond Jiang
**Sent:** Wednesday, August 10, 2016 9:52 AM
**To:** 'Neal Knuth' <n.knuth@samsung.com>
**Subject:** Immediate Support

Neal,

Going to call you to discuss, need immediate support on these parts to get them started or we are going to lose a large account -

| NETLIST | 1240324204 | 20 | 323901 | M393A1G40EB1-CRC0Q | 150 | 150 | $ | 34.50 |
|---|---|---|---|---|---|---|---|---|
| NETLIST | 1240324204 | 30 | 323901 | M393A2G40EB1-CRC0Q | 150 | 150 | $ | 63.00 |

10pcs M393B1G73EB0-CMA - DDR3 16GB 2Rx4 RDIMM

| NETLIST | 1240925183 | 10 | 323914 | M393A1G40EB1-CRC0Q | 200 | 200 |
|---|---|---|---|---|---|---|

CONFIDENTIAL                                                          NL010310