# EXHIBIT 47

**From:** Raymond Jiang <rjiang@netlist.com>
**Sent:** Tue, 13 Sep 2016 20:27:31 -0400 (EDT)
**To:** Sebastian Lee <SLee@netlist.com>; Paik Ki Hong <pkhong@netlist.com>
**Subject:** FW: 32GB 4RX4 DDR3 1600 RDIMM

**From:** Neal Knuth [mailto:n.knuth@samsung.com]
**Sent:** Friday, September 09, 2016 5:02 PM
**To:** Raymond Jiang <rjiang@netlist.com>
**Cc:** Val (Valeriia) Pletneva <valeriia.p@partner.samsung.com>
**Subject:** 32GB 4RX4 DDR3 1600 RDIMM

There is no way.  I have backlog since May not filled.

Thanks,

Neal Knuth
949 910 2835

**From:** Raymond Jiang [mailto:rjiang@netlist.com]
**Sent:** Friday, September 09, 2016 11:00 AM
**To:** Neal Knuth
**Cc:** Val (Valeriia) Pletneva
**Subject:** RE: 32GB 4RX4 DDR3 1600 RDIMM

Anyway to get allocation for 500pcs?

Working on an opportunity that they want parts in a week. I know it's not forecasted, but trying to add more new business where we can.

**From:** Neal Knuth [mailto:n.knuth@samsung.com]
**Sent:** Friday, September 09, 2016 8:11 AM
**To:** Raymond Jiang <rjiang@netlist.com>
**Cc:** Val (Valeriia) Pletneva <valeriia.p@partner.samsung.com>
**Subject:** 32GB 4RX4 DDR3 1600 RDIMM

156.00, at least 12 weeks if I can get support at all.  (D Die)

Thanks,

Neal Knuth
949 910 2835

**From:** Raymond Jiang [mailto:rjiang@netlist.com]
**Sent:** Thursday, September 08, 2016 6:06 PM
**To:** Neal Knuth
**Subject:** 32GB 4RX4 DDR3 1600 RDIMM

Neal,

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    NL010667

M393B4G70DM0-YK0

Please advise availability (150pcs) and price for this module.

Thanks
Raymond

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL010668