# EXHIBIT 48

**From:** Neal Knuth <n.knuth@samsung.com>
**Sent:** Wed, 14 Dec 2016 12:17:02 -0500 (EST)
**To:** Raymond Jiang <rjiang@netlist.com>
**Cc:** Paik Ki Hong <pkhong@netlist.com>; Devon Park <dpark@netlist.com>
**Subject:** DDR3 1600 256x16

Straight from SEC:

we can not support.
Securing any additional stock and Product Allocation is not possible.

Thanks,

Neal Knuth
949 910 2835

---

**From:** Raymond Jiang [mailto:rjiang@netlist.com]
**Sent:** Tuesday, December 13, 2016 1:40 PM
**To:** Neal Knuth
**Subject:** RE: DDR3 1600 256x16

Neal,

K4B4G1646E-BCNB000

How possible is it for you to get us 2100pcs of this DDR3 2133 256x16 DRAM as samples to get started this month?

Please advise.

Thanks
Raymond

---

**From:** Neal Knuth [mailto:n.knuth@samsung.com]
**Sent:** Thursday, December 08, 2016 10:05 PM
**To:** Raymond Jiang <rjiang@netlist.com>
**Subject:** RE: DDR3 1600 256x16

Today's price is 2.60, I would quote 8-10 weeks.  Price probably will continue to go up in Q1, maybe up to 3.00

Thank you,
감사합니다
Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
**New Office Number**:  949 910 2835

nealk@ssi.samsung.com

Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.
**Privacy Notice**: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have

received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.

**From:** Raymond Jiang [mailto:rjiang@netlist.com]
**Sent:** Thursday, December 08, 2016 9:57 PM
**To:** Neal Knuth
**Subject:** DDR3 1600 256x16

Need some price guidance on this DRAM -

K4B4G1646E-BYK0

Working on a potential opportunity of approximately 30K-40K/month for this DDR3 4Gb x16 DRAM.

I know DDR3 is difficult today but would like to know your take about supporting this component - today's price, availability and lead-time?

Please advise.

Thanks
Raymond

CONFIDENTIAL    NL024953