# EXHIBIT 49

| | |
|---|---|
| From: | Paik Ki Hong <pkhong@netlist.com> |
| Sent: | Fri, 16 Jun 2017 12:25:53 -0400 (EDT) |
| To: | Harrison Jin <hgene@netlist.com>; Sebastian Lee <SLee@netlist.com>; SK Oh<SkOh@netlist.com> |
| Cc: | Raymond Jiang <rjiang@netlist.com> |
| Subject: | FW: DDR3 16GB VLP RDIMM |

Samsung's response for 16GB VLP or DDP is not good (see below)

**From:** Raymond Jiang
**Sent:** Friday, June 16, 2017 9:06 AM
**To:** Paik Ki Hong <pkhong@netlist.com>; Devon Park <dpark@netlist.com>
**Subject:** Fwd: DDR3 16GB VLP RDIMM


Begin forwarded message:

> **From:** Neal Knuth <n.knuth@samsung.com>
> **Date:** June 16, 2017 at 9:00:02 AM PDT
> **To:** Raymond Jiang <rjiang@netlist.com>
> **Subject: RE: DDR3 16GB VLP RDIMM**
>
> ==Run away.  No support and no way I will even try to get allocation.==
>
> Thanks,
>
> Neal Knuth
> 949 910 2835
>
> **From:** Raymond Jiang [mailto:rjiang@netlist.com]
> **Sent:** Friday, June 16, 2017 8:59 AM
> **To:** Neal Knuth
> **Subject:** DDR3 16GB VLP RDIMM
>
> Neal,
>
> | VLP DIMM | 8GB | 4Gb (DDP) | 1600 | 2Rx4 | M392B1G73DB0-YK0 | Check w/ Product team |
> |---|---|---|---|---|---|---|
> | | 16GB | 4Gb (DDP) | 1600 | 2Rx4 | M392B2G70DM0-YK0 | Check w/ Product team |
>
> Is there any EOL plan for this DDR3 VLP RDIMM? Have customers asking for support lately and need to understand whether we can support (availability/lead-time/price).
>
> Please advise.
>
> Thanks
> Raymond

CONFIDENTIAL   NL000160