# EXHIBIT 51

NL117869 (Sasaki Ex. 62) Summary Spreadsheet
Samsung_invoices_data.xls

| Invoice Month | Quantity Invoiced | Amt Invoiced |
|---|---:|---:|
| 2015-03 Total | 2,000 | $3,500 |
| 2015-06 Total | 1,280 | $5,632 |
| 2015-10 Total | 1,280 | $13,696 |
| 2015-11 Total | 1,380 | $5,345 |
| 2016-01 Total | 5,620 | $21,758 |
| 2016-02 Total | 9,248 | $28,816 |
| 2016-03 Total | 2,366 | $28,878 |
| 2016-04 Total | 17,021 | $152,834 |
| 2016-05 Total | 2,964 | $158,767 |
| 2016-06 Total | 10,536 | $1,836,911 |
| 2016-07 Total | 3,648 | $35,310 |
| 2016-08 Total | 23,288 | $598,751 |
| 2016-09 Total | 6,942 | $1,621,182 |
| 2016-10 Total | 7,807 | $1,461,382 |
| 2016-11 Total | 7,168 | $93,082 |
| 2016-12 Total | 11,389 | $311,573 |
| 2017-01 Total | 11,606 | $5,035,092 |
| 2017-02 Total | 51,165 | $2,691,295 |
| 2017-03 Total | 173,458 | $2,427,861 |
| 2017-04 Total | 101,554 | $3,439,707 |
| 2017-05 Total | 269,022 | $2,723,403 |
| 2017-06 Total | 177,826 | $1,587,383 |
| 2017-07 Total | 4,887 | $859,444 |
| 2017-08 Total | 15,205 | $986,561 |
| 2017-09 Total | 36,240 | $999,438 |
| 2017-10 Total | 11,991 | $993,319 |
| 2017-11 Total | 20,280 | $995,183 |
| 2017-12 Total | 16,846 | $518,361 |
| 2018-01 Total | 43,901 | $397,027 |
| 2018-03 Total | 12,327 | $336,792 |
| 2018-04 Total | 1,188 | $131,424 |
| 2018-05 Total | 8,326 | $263,435 |
| 2018-06 Total | 1,422 | $58,190 |
| 2018-07 Total | 7,041 | $378,574 |
| 2018-08 Total | 4,978 | $368,460 |
| 2018-09 Total | 1,385 | $281,620 |
| 2018-10 Total | 3,770 | $510,819 |
| 2018-11 Total | 4,276 | $591,682 |
| 2018-12 Total | 1,756 | $447,818 |
| 2019-01 Total | 6,363 | $389,172 |
| 2019-02 Total | 3,771 | $516,374 |
| 2019-03 Total | 4,736 | $625,330 |
| 2019-04 Total | 5,399 | $844,435 |
| 2019-05 Total | 5,161 | $427,514 |
| 2019-06 Total | 5,482 | $509,388 |
| 2019-07 Total | 10,656 | $717,381 |
| 2019-08 Total | 38,032 | $781,167 |
| 2019-09 Total | 75,124 | $536,622 |
| 2019-10 Total | 135,974 | $1,435,729 |
| 2019-11 Total | 71,091 | $858,449 |
| 2019-12 Total | 260,943 | $1,573,215 |
| 2020-01 Total | 105,932 | $1,283,393 |
| 2020-02 Total | 97,102 | $788,925 |
| 2020-03 Total | 121,914 | $731,624 |
| 2020-04 Total | 208,820 | $1,179,862 |

NL117869 (Sasaki Ex. 62) Summary Spreadsheet
Samsung_invoices_data.xls

| | | |
|---|---:|---:|
| **2020-05 Total** | 54,533 | **$349,221** |
| **2020-06 Total** | 63,428 | **$203,375** |
| **2020-07 Total** | 219,610 | **$734,487** |
| **2020-08 Total** | 97,323 | **$688,509** |
| **2020-09 Total** | 136,118 | **$979,161** |
| **2020-10 Total** | 16,429 | **$1,622,745** |
| **2020-11 Total** | 110,038 | **$811,530** |
| **2020-12 Total** | 9,430 | **$974,006** |
| **2021-01 Total** | 173,212 | **$1,708,698** |
| **2021-02 Total** | 108,791 | **$2,188,342** |
| **2021-03 Total** | 285,379 | **$3,142,157** |
| **2021-04 Total** | 203,336 | **$4,301,093** |
| **2021-05 Total** | 201,756 | **$2,626,586** |
| **2021-06 Total** | 225,763 | **$3,528,396** |
| **2021-07 Total** | 29,667 | **$748,857** |
| **Grand Total** | 4,185,700 | **$71,206,046** |
| **Total Excl. 2021:** | **2,957,796** | **52,961,916** |

NL117868 Summary Spreadsheet
Samsung_Purchase_orders_2015_to_2020.xls

| PO Month | Quantity Ordered | Quantity Unfulfilled | Quantity Received | Quantity Backordered | Received Amt |
|---|---:|---:|---:|---:|---:|
| 2015-03 Total | 2,000 | 0 | 2,000 | 0 | $3,500 |
| 2015-06 Total | 3,840 | 0 | 3,840 | 0 | $23,168 |
| 2015-10 Total | 100 | 0 | 100 | 0 | $1,505 |
| 2015-11 Total | 1,280 | 0 | 1,280 | 0 | $3,840 |
| 2015-12 Total | 3,840 | 0 | 3,840 | 0 | $6,464 |
| 2016-01 Total | 9,560 | 0 | 9,560 | 0 | $33,736 |
| 2016-02 Total | 2,267 | 38 | 2,229 | 0 | $9,386 |
| 2016-03 Total | 1,862 | 0 | 1,862 | 0 | $90,074 |
| 2016-04 Total | 21,083 | 1,500 | 19,583 | 1,500 | $220,394 |
| 2016-05 Total | 5,591 | 1,000 | 4,591 | 0 | $943,828 |
| 2016-06 Total | 10,285 | 3 | 10,282 | 0 | $1,015,171 |
| 2016-07 Total | 1,988 | 50 | 1,938 | 0 | $63,377 |
| 2016-08 Total | 43,048 | 20,024 | 23,024 | 0 | $1,426,302 |
| 2016-09 Total | 17,585 | 4,955 | 12,630 | 20 | $3,835,254 |
| 2016-10 Total | 15,093 | 2,000 | 13,093 | 0 | $2,133,132 |
| 2016-11 Total | 1,218,968 | 818,207 | 400,761 | 138,007 | $4,115,160 |
| 2016-12 Total | 16,804 | 4,650 | 12,154 | 0 | $4,318,340 |
| 2017-01 Total | 33,600 | 3,950 | 29,650 | 950 | $4,255,367 |
| 2017-02 Total | 86,619 | 11,324 | 75,295 | 0 | $554,272 |
| 2017-03 Total | 5,423 | 44 | 5,379 | 0 | $230,847 |
| 2017-04 Total | 2,214,180 | 2,200,000 | 14,180 | 0 | $1,406,444 |
| 2017-05 Total | 288,399 | 29 | 288,370 | 0 | $2,675,345 |
| 2017-06 Total | 2,319 | 0 | 2,319 | 0 | $385,314 |
| 2017-07 Total | 25,047 | 1,250 | 23,797 | 0 | $901,836 |
| 2017-08 Total | 29,137 | 80 | 29,057 | 0 | $636,047 |
| 2017-09 Total | 11,920 | 0 | 11,920 | 0 | $235,580 |
| 2017-10 Total | 11,488 | 0 | 11,488 | 0 | $730,916 |
| 2017-11 Total | 185,967 | 150,010 | 35,957 | 0 | $545,612 |
| 2017-12 Total | 33,534 | 11,000 | 22,534 | 0 | $227,778 |
| 2018-01 Total | 7,612 | 934 | 6,678 | 0 | $181,212 |
| 2018-02 Total | 0 | 0 | 0 | 0 | $0 |
| 2018-03 Total | 689 | 40 | 649 | 0 | $173,794 |
| 2018-04 Total | 1,110 | 400 | 710 | 0 | $51,120 |
| 2018-05 Total | 935 | 470 | 465 | 0 | $63,805 |
| 2018-06 Total | 802 | 0 | 802 | 0 | $28,471 |
| 2018-07 Total | 3,210 | 452 | 2,758 | 0 | $489,162 |
| 2018-08 Total | 945 | 0 | 945 | 0 | $315,030 |
| 2018-09 Total | 3,065 | 0 | 3,065 | 0 | $517,251 |
| 2018-10 Total | 4,852 | 0 | 4,852 | 0 | $740,644 |
| 2018-11 Total | 2,795 | 0 | 2,795 | 0 | $394,505 |
| 2018-12 Total | 595 | 0 | 595 | 0 | $92,450 |
| 2019-01 Total | 8,500 | 0 | 8,500 | 0 | $511,378 |
| 2019-02 Total | 4,575 | 32 | 4,543 | 0 | $647,463 |
| 2019-03 Total | 5,470 | 570 | 4,900 | 250 | $875,302 |
| 2019-04 Total | 4,354 | 0 | 4,354 | 0 | $613,847 |
| 2019-05 Total | 11,855 | 2,163 | 9,692 | 0 | $479,848 |
| 2019-06 Total | 3,277 | 302 | 2,975 | 0 | $779,282 |
| 2019-07 Total | 26,090 | 3,374 | 22,716 | 2,760 | $1,111,007 |
| 2019-08 Total | 41,915 | 1,425 | 40,490 | 1,000 | $632,660 |
| 2019-09 Total | 117,310 | 100 | 117,210 | 0 | $1,497,897 |
| 2019-10 Total | 103,002 | 0 | 103,002 | 0 | $728,073 |
| 2019-11 Total | 103,723 | 1,127 | 102,596 | 0 | $1,865,519 |
| 2019-12 Total | 317,041 | 558 | 316,483 | 0 | $2,026,282 |

| | | | | | |
|---|---|---|---|---|---|
| **2020-01 Total** | 813,534 | 16,443 | 797,091 | 63 | $3,546,673 |
| **2020-02 Total** | 296,564 | 500 | 296,064 | 0 | $659,411 |
| **2020-03 Total** | 11,388 | 10,180 | 1,208 | 0 | $141,464 |
| **2020-04 Total** | 2,572 | 900 | 1,672 | 0 | $127,470 |
| **2020-05 Total** | 50,000 | 50,000 | 0 | 0 | $0 |
| **2020-06 Total** | 1,960 | 145 | 1,815 | 0 | $606,965 |
| **2020-07 Total** | 835 | 25 | 810 | 0 | $228,614 |
| **2020-08 Total** | 1,545 | 0 | 1,545 | 0 | $138,050 |
| **2020-09 Total** | 1,470 | 0 | 1,470 | 0 | $188,896 |
| **2020-10 Total** | 8,183 | 351 | 7,832 | 0 | $974,883 |
| **2020-11 Total** | 10,866 | 105 | 10,761 | 0 | $639,448 |
| **2020-12 Total** | 288,058 | 34,240 | 253,818 | 34,240 | $3,181,329 |
| **Grand Total** | **6,563,524** | **3,354,950** | **3,208,574** | **178,790** | **$56,277,193** |