# EXHIBIT 52

| **From:** | u=Alex Chen/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B576D7295F8A495883AE4EB1843DD0B5-ACHEN |
|---|---|
| **Sent:** | Thu, 6 Feb 2020 17:35:49 -0500 (EST) |
| **To:** | "Neal Knuth" <n.knuth@samsung.com> |
| **Cc:** | "Joon Park" <joon.p@samsung.com>; "Angela Lee" <alee@netlist.com>; "Steven Yu" <syu@netlist.com>; "Paik Ki Hong" <pkhong@netlist.com>; "SK Oh" <SkOh@netlist.com> |
| **Subject:** | RE: Q2 DRAM order |
| **Attachments:** | PO-0327548.pdf;PO-0327533.pdf;PO-0327532.pdf;PO-0327531.pdf;PO-0327512.pdf;PO-0327349.pdf;PO-0327348.pdf;PO-0327347.pdf;PO-0327242.pdf;PO-0327515.pdf;PO-0327514.pdf;PO-0327513.pdf |

Hi Neal,
Revised all open PO with new price.
And add 4 new PO(327531,327532,327533 and 327548).

Please let me know if you have any questions.

Thanks
Alex Chen

**From:** Alex Chen
**Sent:** Tuesday, February 4, 2020 10:50 AM
**To:** Neal Knuth <n.knuth@samsung.com>
**Cc:** SK Oh <SkOh@netlist.com>; Paik Ki Hong <pkhong@netlist.com>; Steven Yu <syu@netlist.com>; Angela Lee <alee@netlist.com>; Joon Park <joon.p@samsung.com>
**Subject:** RE: Q2 DRAM order

Thank you, Neal.
We will place order after get Feb price.

**From:** Neal Knuth <n.knuth@samsung.com>
**Sent:** Tuesday, February 4, 2020 2:47 AM
**To:** Alex Chen <achen@netlist.com>
**Cc:** SK Oh <SkOh@netlist.com>; Paik Ki Hong <pkhong@netlist.com>; Steven Yu <syu@netlist.com>; Angela Lee <alee@netlist.com>; Joon Park <joon.p@samsung.com>
**Subject:** Q2 DRAM order

Hi Alex,

For the 8Gb, ok to 20k..

For the 2Gb DDR3, Max of 50k Q2 per month.  You can add 100k for July.  You can check back in March to see if I can support more 2Gb in Q2.

Thanks,

Neal Knuth
949 910 2835

**From:** Alex Chen [mailto:achen@netlist.com]

**Exhibit 0050**

8/12/2021

PK Hong

NL002024

**Sent:** Monday, February 3, 2020 6:12 AM
**To:** Neal Knuth <n.knuth@samsung.com>
**Cc:** SK Oh <SkOh@netlist.com>; Paik Ki Hong <pkhong@netlist.com>; Steven Yu <syu@netlist.com>; Angela Lee
  <alee@netlist.com>
**Subject:** RE: Q2 DRAM order

Hi Neal,
Is it able to increase K4A8G085WC-BCTD from 3840pcs/month to 20Kpcs/month, and add K4B2G0846F-BYMA
150Kpcs/month?

Thanks
Alex Chen

---

**From:** Alex Chen
**Sent:** Monday, February 3, 2020 7:02 AM
**To:** Neal Knuth <n.knuth@samsung.com>
**Cc:** SK Oh <SkOh@netlist.com>; Paik Ki Hong <pkhong@netlist.com>; Steven Yu <syu@netlist.com>; Angela Lee
  <alee@netlist.com>
**Subject:** RE: Q2 DRAM order

Hi Neal,
Attached are Pos for Q2 and Jul(Q3).

Thanks
Alex Chen

---

**From:** Alex Chen
**Sent:** Saturday, February 1, 2020 7:16 AM
**To:** Neal Knuth <n.knuth@samsung.com>
**Cc:** SK Oh <SkOh@netlist.com>; Paik Ki Hong <pkhong@netlist.com>; Steven Yu <syu@netlist.com>; Angela Lee
  <alee@netlist.com>
**Subject:** RE: Q2 DRAM order

Thank you, Neal.

---

**From:** Neal Knuth <n.knuth@samsung.com>
**Sent:** Saturday, February 1, 2020 1:30 AM
**To:** Alex Chen <achen@netlist.com>
**Cc:** SK Oh <SkOh@netlist.com>; Paik Ki Hong <pkhong@netlist.com>; Steven Yu <syu@netlist.com>; Angela Lee
  <alee@netlist.com>
**Subject:** Q2 DRAM order

Alex,

See below for what I hope I can deliver.  Please note, I do not have current product allocation to support but will
make best effort to support as below.  I cannot guarantee as the market is very difficult.  I will try to pull in July into
Q2.  Again, even Q2 support is very challenging.

| PN | Apr | May | Jun | July |
|---|---|---|---|---|
| K4A4G085WE-BCTD | 10000 | 10000 | 10000 | |
| K4A8G085WC-BCTD | 3840 | 3840 | 3840 | |
| K4B4G0846E-BYK0 | 100000 | 120000 | 120000 | 120000 |

| | | | |
|---|---|---|---|
| K4B4G0846E-BYMA | 50000 | 50000 | 50000 | 100000 |

Thank you,
감사합니다
Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
**New Office Number**:  949 910 2835

nealk@ssi.samsung.com

Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.
*Privacy Notice*: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.

**From:** Alex Chen [mailto:achen@netlist.com]
**Sent:** Friday, January 31, 2020 6:20 AM
**To:** Neal Knuth <n.knuth@samsung.com>
**Cc:** SK Oh <SkOh@netlist.com>; Paik Ki Hong <pkhong@netlist.com>; Steven Yu <syu@netlist.com>; Angela Lee <alee@netlist.com>
**Subject:** Q2 DRAM order

Hi Neal,
I plan to place Q2 DRAM order to you tomorrow if you are okay with below numbers.

| PN | Apr | May | Jun | July |
|---|---|---|---|---|
| K4A4G085WE-BCTD | 10000 | 10000 | 10000 | |
| K4A8G085WC-BCTD | 3840 | 3840 | 3840 | |
| K4B4G0846E-BYK0 | 300000 | 90000 | 70000 | |
| K4B4G0846E-BYMA | 150000 | 50000 | 50000 | |

Thanks
Alex Chen

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**Netlist, Inc.**

175 Technology
Suite 150
Irvine, CA 92618
(949) 435-0025 Phone
(949) 435-0031 Fax
www.netlistinc.com

# Purchase Order

**Order Date:** 2/5/2020

**P.O. Number:** 0327548

**Buyer:** ANL

**Vendor Number:** SAM001

**Ship To:**

**Vendor:**
SAMSUNG SEMICONDUCTOR, INC
3655 NORTH FIRST STREET
SAN JOSE, CA 95134

NETLIST ELECTRONICS CO., LTD
A1, EPZ B ZONE
NO. 288 SHENG PU RD. SIP
SUZHOU, PRC 215121, CHINA

**Attn:** NEAL KNUTH
**Fax::** 408-544-4909

| Dock Date | Ship VIA | FCA | Terms |
|---|---|---|---|
| 7/6/2020 | CIP SUZHOU | | NET 45 DAYS |

| Item / Description | Unit | Qty | Qty Received | Qty B/O | Price | Extended |
|---|---|---|---|---|---|---|
| *D32568CCKD-2F* | EACH | 100,000 | 0 | 0 | $1.0500 | $105,000.00 |
| | | | Whse: CQA | | | |

DDR3-1866-13 256MX8 BGA78 1.35V
1.071NS 7.6X11.1MM GREEN
SAMSUNG K4B2G0846F-BYMA0000

**Approved Signature:**

**Date of Approval:**

**P.O. #:** 0327548

**Purchase Order Terms and Conditions Attached**

| | |
|---|---|
| **Net Order:** | $105,000.00 |
| **Sales Tax:** | 0.00 |
| **Freight:** | 0.00 |
| **Order Total:** | $105,000.00 |

Page 1 of 3

CONFIDENTIAL

1527

NL002027

**1. ACCEPTANCE**

The terms and conditions hereof become the exclusive and binding agreement between the parties covering the purchase of goods or services ordered herein when this purchase order is accepted by acknowledgement or commencement of performance. This order may be accepted only on these terms and conditions. Additional or different terms proposed by seller will be applicable in writing by buyer. No change, modification or revision of this order shall be effective unless in writing and signed by buyer.

**2. INVOICES**

Seller will submit invoices in triplicate showing the following: purchase order number, item number, description of item, size of item, quantity of them, unit prices, applicable taxes, extended totals, and any other information specified elsewhere herein. A Bill of Lading or express receipt must accompany each invoice.

**3. PAYMENT TERMS**

All prices are to be quoted and paid in United States Dollars. Unless otherwise specified, the prices set forth in this purchase order include all applicable foreign, federal state, and local taxes and all shipping, freight, transportation, packing and handling charges. Payment terms are net sixty (60) days from the date of invoice, subject to any amounts subject to set-of or clarification or in good faith dispute. Payment of invoice will not constitute acceptance of goods and will be subject to adjustments for errors, shortages, and defect in the goods or other failure of seller to meet the requirements of the purchase order. Buyer may in good faith, notify seller that buyer requires further clarification or documentation of an invoice or that Buyer believes that an invoice is in error or otherwise not payable hereunder. Buyer's delay in paying any disputed portion of any invoice in such circumstances shall not constitute a breach of default by Buyer. On a monthly basis, Seller shall provide Buyer with (1) a detailed monthly aging statement for invoices that are overdue, if any; (2) and for any known invoices which are in dispute, a detailed discrepancy statement specifying the following: (a) invoice number; (b) Buyer's purchase order number; (c) amount of discrepancy; (d) check number and date; and (e) reference debit memo number. Payments of invoices shall be deemed correct unless Seller notifies Buyer of any payment discrepancies within thirty (30) days. Buyer may at any time set off any amount owed by Buyer to Seller against any amount owed by Seller or any of its affiliated companies to Buyer.

**4. DISCOUNTS**

Time in connection with any discount offered by seller will be computed from the latest of (1) the scheduled delivery date, (2) the date of actual delivery, or (3) the date an acceptable invoice is received. For the purpose of earning the discount, payment will be deemed to have been made on the date of mailing of Buyers payment.

**5. OVER SHIPMENT**

Buyers will pay only for maximum quantity ordered. Over shipments will be held by Buyer at Seller's risk and expense for a reasonable time awaiting shipping instructions. Return shipping charges for excess quantities will be at Sellers expense.

**6. PACKING AND SHIPMENT**

Unless otherwise specified, when the price of this purchase order is based on the weight of the ordered goods, such price is to cover only the net weight of material ordered, and no charge will be allowed for packing, handling, transportation, storage or other packing expenses. All such expenses shall be solely by seller. Unless otherwise specified, Seller will package and pack all goods in a manner, which is (i) in accordance with good commercial practice, (ii) acceptable to common carriers for shipment at the lowest rate for the particular goods, (iii) in accordance with I.C.C. regulations, and (iv) adequate to ensure safe arrival of the goods at the name destination. Seller will mark all containers with necessary lifting, handling, and shipping information and with purchase order numbers, date of shipment, and the names of the consignee and consignor. An itemized packing list must accompany each shipment.

**7. DELIVERY**

Seller shall deliver the products order hereunder in accordance with the delivery date or dates specified by buyer. Seller acknowledges that time is of the essence in the fulfillment of buyer's orders hereunder. No partial or incomplete delivery will be made prior to the delivery date or dates specified unless Buyer has given prior written consent. Unless otherwise specifically provided on the face of this order, the product ordered hereunder will be delivered on an F.O.B. destination basis. In the event this purchase order includes the delivery of equipment, which requires installation. Sellers shall install such equipment at Buyers designated site upon request from Buyer at Sellers sole expense.

**8. WARRANTY**

(A) Seller warrants that all good delivered (i) will be free from defects in workmanship, material, and manufacture, (ii) will comply with the requirements of this purchase order, including any drawings or specifications incorporated herein or samples furnished by Seller, (iii) when design is Sellers responsibility, will be free from defect in design and (iv) when equipment is installed by Seller, will be properly installed and in good working order. Seller Further warrants that all goods purchases hereunder will be of merchantable quality and will be fit for the purpose intended by Buyer. The foregoing warranties constitute conditions to this purchase order. They are in addition to all others warranties, whether express or implied, and will survive any delivery, inspection, acceptance or payment by buyer. All warranties run to the benefit of Buyer and its customers.(B) Buyer's approval of seller of any warranties.(C) If any goods delivered do not meet the warranties specified herein or otherwise applicable. Buyer may, at its option, (i) require Seller to correct any defective or nonconforming good by repair or replacement at no cost to Buyer, or (ii) return such defective or nonconforming goods to seller at seller's expense and recover from Seller and the order price thereof, or (iii) may require an appropriate reduction in price.

**9. INSPECTION AND ACCEPTANCE**

Notwithstanding any prior inspection or payment, all goods will be subject to final inspection and acceptance at buyer's plant within a reasonable time after delivery. In case any item is defective in material or workmanship, or otherwise not in conformity with the requirements of this order, Buyer will have the right to reject it, to require it's correction or to accept it with an adjustment in price. Any item that has been rejected or required to be corrected must be replaced or corrected by and at the expense of Seller promptly after notice. If, after being requested by Buyer, Seller fails to promptly replace or correct any defective item, then buyer. (i) may, by contract or otherwise, replace or correct such item and charge to Seller the cost occasioned thereby, (ii) may, without further notice, cancel this purchase order for default in accordance with item 11 below, or (iii) may require an appropriate reduction in price.

**10. CHANGE ORDERS**

(A) Buyer may at any time, by a written order, suspend performance hereunder, increase or decrease the order quantities, change the due date or make changes in any one or more of the following: (i) applicable drawings, designs or specification; (ii) method of shipment or packing; and/or (iii) place of delivery.(B) If the change causes an increase in the cost or the time required by seller for performance of the purchase order and seller so notifies Buyer, then an equitable adjustment will be made in order price or delivery schedule or both, and the purchase order will be modified accordingly in writing. No claims by seller for such an adjustment will be valid unless asserted within twenty (20) days from the date of receipt by seller of the notification of change; provided, however that such period may be extended upon the written approval of Buyer.(C) Nothing in this item 10 is intended to excuse seller from proceeding with this purchase order as changed or amended.

**11. CANCELLATION FOR DEFAULT**

(A) It is understood and agreed that time is of the essence in the fulfillment of this order because the goods or services herein are needed for products that have a very short, carefully timed market life; failure seller to deliver on the due date could cause buyer's product to be unmarketable. Buyer may by written notice, cancel this order in whole or in part if, in Buyer's good faith opinion, Seller (i) has failed to make delivery of the items or to perform the services within the time specified herein, or any extension thereof written change order or amendment; or (ii) has failed to replace or correct defective items, in accordance with the provisions of items 8 or 9 above; or (iii) has failed to perform any of the other provisions of this purchase order; or (iv) has so failed to make progress under this purchase order as to endanger performance in accordance with its terms.(B) If this purchase order is cancelled for seller's default, Buyer may procure, upon such terms and in such manner, as buyer may deem appropriate. Substitute goods or services similar or substantially similar to those cancelled. Without limiting Buyer's remedies, Seller will then be liable to Buyer for any excess cost occasioned thereby.(C) Nothing in this item 11 is intended seller from proceeding with any unconcealed portion of this purchase order.

**12. CANCELLATION**

In addition to the right to reject delayed deliveries under section 7, Buyer may cancel all or any undelivered portion of this order (i) if seller does not make deliveries as provided on the face hereof or if Seller breaches any of the terms hereof, including the warranties of seller; (ii) if Buyer and Seller are unable to agree on the amount of any increased cost or time of performance of this purchase order as a result of changes requested by buyer pursuant to Section 8. Buyer shall also have the right to cancel this order or any part hereof in the event of the happening of any of the following: insolvency of seller; filing of a voluntary petition in bankruptcy; filing of an involuntary petition to have Seller declared bankrupt provided it is not vacated within thirty (30) days from the date of filing; the appointment of a receiver or trustee for seller, provided it is not vacated within thirty (30) days from the date of such appointment; or the execution by seller of an assignment for the benefit of creditor. In the event that Buyer shall so cancel or reject, Buyer may be charged only for goods actually delivered and received and not rejected.

**13. RISK OF LOSS OR DAMAGE**

Notwithstanding any prior inspections, and irrespective of the F.O.B. point named herein, Seller will bear all risk of loss, damage or destruction to the ordered goods until final acceptance of the goods by Buyer at destination. Seller will bear the same risk with respect to any goods rejected by Buyer. Buyer, however, will be responsible for any loss occasioned by the gross negligence of its employee acting within the scope of their employment.

**14. WAIVER**

The failure of Buyer to enforce at any time of the provisions of this purchase order, to exercise any election or option provided herein, or to require at any time the performance by seller of any of the provisions herein will not in any way be a waiver of such provisions.

**15. REMEDIES**

The remedies stated herein are in addition to all other remedies at law or in equity.

**16. INDEMNIFICATION**

CONFIDENTIAL

Ex 52

1528

NL002028

(A) Seller agrees to indemnify Buyer its agents, customers, successors and assigns against any loss, damage, and liability (including defense expense) for suits or alleged infringement of any patent, copyright, trademark or trade secret arising out of the use or sale of the goods by buyer, its agents or customers. (B) At; however, that buyer must notify seller of any such infringement, Seller agrees, at Buyer's option (i) refund to Buyer the amounts paid to seller for the goods covered by the injunction, or (ii) furnish Buyer with acceptable noninfringing goods.(B) Seller agrees to indemnify Buyer against any and all liability and expense resulting from any alleged defect in the goods to comply with specification.(C) The above indemnifications are in addition to all other rights of indemnification of Buyer against Seller.

## 17. NON-DISCLOSURE OR CONFIDENTIAL MATTER

Seller will not quote for sale to others, without Buyers written authorization, any goods purchased under Buyer's specification or drawings. All specifications, drawing, samples, and other data furnished by buyer be treated by seller as confidential information, will remain Buyer's property, and will be returned to Buyer on request. Seller will not use Buyer's confidential information in any way other than Buyer's account or disclose to any third party any of Buyer's confidential information. Seller will take the same precautions to protect the confidentiality of Buyers confidential information that it takes to protect its own confidential information, which precautions shall constitute not less than reasonable care.

## 18. ASSIGNMENT

No right or obligation under this purchase order (including right to receive monies due) may be assigned by Seller without the prior written consent of Buyer, and any purported assignment without such consent be void, Buyer may assign this purchase order at any time if such assignments is considered necessary by Buyer in connection with a sale of Buyer's assets or a transfer of its obligations.

## 19. NOTICE OF DELAYS

Whenever any event delays or threatens to delay the timely performance of this purchase order, Seller will immediately notify Buyer of such event and furnish all relevant details. Receipt of Buyer of such notice not constitute a waiver of the due dates hereunder.

## 20. PATENT LICENSE

Seller, as part consideration for this purchase order and without further cost to Buyer, hereby (and, to the extent requested by buyer, to the government) and irrevocable, non-exclusive, royalty-free license to use sell, manufactured products embodying any inventions and discoveries made, conceived or actually or reduced to practice in connection with the performance of this purchase order.

## 21. BUYER'S PROTECTION FOR WORK PERFORMED AT ITS SITE

Seller shall take all steps as may be reasonably necessary to prevent personal injury or property damage during any work hereunder that may be performed by any employees, agents or subcontractors of Seller Buyers site (including, without limitation, installation of equipment), and Seller shall indemnify and hold harmless Buyer from and against all loss, liability and damages arising from or caused directly or indirectly any act or omission of such agents, employees or subcontractors, and Seller shall maintain such insurance against public liability and property damage, and such employees liability and compensation insurance as will protect Buyer against the aforementioned risks and against any claims under any Workers compensation and occupational safety and health acts and any other applicable labor, health and safety laws.

## 22. BUYER FURNISHED PROPERTY

All unfurnished products, tools and other materials furnished by Buyer for use in the performance of this order shall remain the property of the Buyer and shall be used by Seller in the performance of this order in accordance with the requirements hereof, and shall be returned to buyer when requested upon completion or termination of this order or as otherwise requested by buyer. Seller shall maintain insurance covering casualty of loss of buyer's property while such property is in Seller s possession or control. The insurance policy shall be in amounts reasonable under the circumstances and shall name buyer as an additional insured and loss payee. Upon request from buyer, seller shall provide evidence of such insurance.

## 23. COMPLIANCE WITH LAWS

Seller warrants that no law, rule or regulation of the United States, any State, any government agency or of foreign government or agency has been or will be violated in the manufacture or sale of the products ordered hereunder or in the performance of any services covered in this order, including transportation, and seller agrees to indemnify and hold the buyer harmless from all loss, liability and damages arising out any actual or alleged violation. It is understood that Seller s warranty hereunder includes but is not limited to compliance with all requirements of the fair labor act of 1938, as amended, the occupational safety ar health act of 1970, the toxic substance control act of 1976 and the transportation safety act of 1974, as amended.

## 24. GOVERNMENT CONTRACTS

If this purchase order is issued for any purpose that is either directly or indirectly connected with the performance of a prime contract with the government or a subcontract there under, the terms that the armed services procurement regulations or other appropriate regulations require to be inserted in contracts or subcontracts will be deemed to apply to this purchase order.

## 25. LIMITATION OF LIABILITY

In no event shall buyer be liable for any lost profits for any special, incidental, consequential or indirect damage, however caused and on any theory of liability, even if buyer has been advised of the possibility of such damages.

## 26. APPLICABLE LAW

This purchase order will be governed by the law of the State of California, including its uniform commercial code without reference to conflict of law principles.

## 27. INDEPENDENT CONTRACTORS

The relationship of Buyer and seller established by this purchase order is that of independent contractors and nothing herein shall constitute the parties as partner, joint ventures, co-owners or participants in a common undertaking or allow either party to create any obligation on behalf of the other party.

## 28. ENTIRE AGREEMENT

This agreement sets forth the entire agreement between parties with respect to the subject matter hereof and supersedes all prior agreements and discussion between them. No modification or amendment here will be effective unless in writing and signed by a daily authorized representative of each party. Any terms and conditions set forth in any order confirmation or acknowledgment or any other documents shall be c no force or effect whatsoever.

Page 3 of 3

CONFIDENTIAL                                    NL002029

## Netlist, Inc.

175 Technology
Suite 150
Irvine, CA 92618
(949) 435-0025 Phone
(949) 435-0031 Fax
www.netlistinc.com

# Purchase Order

**Order Date:** 2/5/2020

**P.O. Number:** 0327533

**Buyer:** ANL

**Vendor Number:** SAM001

**Ship To:**

**Vendor:**
SAMSUNG SEMICONDUCTOR, INC
3655 NORTH FIRST STREET
SAN JOSE, CA 95134

NETLIST ELECTRONICS CO., LTD
A1, EPZ B ZONE
NO. 288 SHENG PU RD. SIP
SUZHOU, PRC 215121, CHINA

**Attn:** NEAL KNUTH
**Fax::** 408-544-4909

| Dock Date | Ship VIA | FCA | Terms |
|---|---|---|---|
| 6/5/2020 | CIP SUZHOU | | NET 45 DAYS |

| Item / Description | Unit | Qty | Qty Received | Qty B/O | Price | Extended |
|---|---|---|---|---|---|---|
| *D401G8CDNG-2C* | EACH | 16,640 | 0 | 0 | $3.5000 | $58,240.00 |
| | | | Whse: CQA | | | |
| DDR4-2666-19 1GX8 BGA-78 1.2V 0.75ns 7.6X11.1mm SAMSUNG K4A8G085WC-BCTD | | | | | | |
| *D32568CCKD-2F* | EACH | 50,000 | 0 | 0 | $1.0500 | $52,500.00 |
| | | | Whse: CQA | | | |
| DDR3-1866-13 256MX8 BGA78 1.35V 1.071NS 7.6X11.1MM GREEN SAMSUNG K4B2G0846F-BYMA0000 | | | | | | |

**Approved Signature:**

**Date of Approval:**

**P.O. #:** 0327533

**Purchase Order Terms and Conditions Attached**

| | |
|---|---|
| **Net Order:** | $110,740.00 |
| **Sales Tax:** | 0.00 |
| **Freight:** | 0.00 |
| **Order Total:** | $110,740.00 |

Page 1 of 3

1530

CONFIDENTIAL

NL002030

**1. ACCEPTANCE**

The terms and conditions hereof become the exclusive and binding agreement between the parties covering the purchase of goods or services ordered herein when this purchase order is accepted by acknowledgment or commencement of performance. This order may be accepted only on these terms and conditions. Additional or different terms proposed by seller will be applicable in writing by buyer. No change, modification or revision of this order shall be effective unless in writing and signed by buyer.

**2. INVOICES**

Seller will submit invoices in triplicate showing the following: purchase order number, item number, description of item, size of item, quantity of them, unit prices, applicable taxes, extended totals, and any other information specified elsewhere herein. A Bill of Lading or express receipt must accompany each invoice.

**3. PAYMENT TERMS**

All prices are to be quoted and paid in United States Dollars. Unless otherwise specified, the prices set forth in this purchase order include all applicable foreign, federal state, and local taxes and all shipping, freight, transportation, packing and handling charges. Payment terms are net sixty (60) days from the date of invoice, subject to any amounts subject to set-of or clarification or in good faith dispute. Payment of invoice will not constitute acceptance of goods and will be subject to adjustments for errors, shortages, and defect in the goods or other failure of seller to meet the requirements of the purchase order. Buyer may in good faith, notify seller that buyer requires further clarification or documentation of an invoice or that Buyer believes that an invoice is in error or otherwise not payable hereunder. Buyer's delay in paying any disputed portion of any invoice in such circumstances shall not constitute a breach of default by Buyer. On a monthly basis, Seller shall provide Buyer with (1) a detailed monthly aging statement for invoices that are overdue, if any; (2) and for any known invoices which are in dispute, a detailed discrepancy statement specifying the following: (a) invoice number; (b) Buyer's purchase order number; (c) amount of discrepancy; (d) check number and date; and (e) reference debit memo number. Payments of invoices shall be deemed correct unless Seller notifies Buyer of any payment discrepancies within thirty (30) days. Buyer may at any time set off any amount owed by Buyer to Seller against any amount owed by Seller or any of its affiliated companies to Buyer.

**4. DISCOUNTS**

Time in connection with any discount offered by seller will be computed from the latest of (1) the scheduled delivery date, (2) the date of actual delivery, or (3) the date an acceptable invoice is received. For the purpose of earning the discount, payment will be deemed to have been made on the date of mailing of Buyers payment.

**5. OVER SHIPMENT**

Buyers will pay only for maximum quantity ordered. Over shipments will be held by Buyer at Seller's risk and expense for a reasonable time awaiting shipping instructions. Return shipping charges for excess quantities will be at Sellers expense.

**6. PACKING AND SHIPMENT**

Unless otherwise specified, when the price of this purchase order is based on the weight of the ordered goods, such price is to cover only the net weight of material ordered, and no charge will be allowed for packing, handling, transportation, storage or other packing expenses. All such expenses shall be solely by seller. Unless otherwise specified, Seller will package and pack all goods in a manner, which is (i) in accordance with good commercial practice, (ii) acceptable to common carriers for shipment at the lowest rate for the particular goods, (iii) in accordance with I.C.C. regulations, and (iv) adequate to ensure safe arrival of the goods at the name destination. Seller will mark all containers with necessary lifting, handling, and shipping information and with purchase order numbers, date of shipment, and the names of the consignee and consignor. An itemized packing list must accompany each shipment.

**7. DELIVERY**

Seller shall deliver the products order hereunder in accordance with the delivery date or dates specified by buyer. Seller acknowledges that time is of the essence in the fulfillment of buyer's orders hereunder. No partial or incomplete delivery will be made prior to the delivery date or dates specified unless Buyer has given prior written consent. Unless otherwise specifically provided on the face of this order, the product ordered hereunder will be delivered on an F.O.B. destination basis. In the event this purchase order includes the delivery of equipment, which requires installation. Sellers shall install such equipment at Buyers designated site upon request from Buyer at Sellers sole expense.

**8. WARRANTY**

(A) Seller warrants that all good delivered (i) will be free from defects in workmanship, material, and manufacture, (ii) will comply with the requirements of this purchase order, including any drawings or specifications incorporated herein or samples furnished by Seller, (iii) when design is Sellers responsibility, will be free from defect in design and (iv) when equipment is installed by Seller, will be properly installed and in good working order. Seller Further warrants that all goods purchases hereunder will be of merchantable quality and will be fit for the purpose intended by Buyer. The foregoing warranties constitute conditions to this purchase order. They are in addition to all others warranties, whether express or implied, and will survive any delivery, inspection, acceptance or payment by buyer. All warranties run to the benefit of Buyer and its customers.(B) Buyer's approval of seller of any warranties.(C) If any goods delivered do not meet the warranties specified herein or otherwise applicable. Buyer may, at its option, (i) require Seller to correct any defective or nonconforming good by repair or replacement at no cost to Buyer, or (ii) return such defective or nonconforming goods to seller at seller's expense and recover from Seller and the order price thereof, or (iii) may require an appropriate reduction in price.

**9. INSPECTION AND ACCEPTANCE**

Notwithstanding any prior inspection or payment, all goods will be subject to final inspection and acceptance at buyer's plant within a reasonable time after delivery. In case any item is defective in material or workmanship, or otherwise not in conformity with the requirements of this order, Buyer will have the right to reject it, to require it's correction or to accept it with an adjustment in price. Any item that has been rejected or required to be corrected must be replaced or corrected by and at the expense of Seller promptly after notice. If, after being requested by Buyer, Seller fails to promptly replace or correct any defective item, then buyer. (i) may, by contract or otherwise, replace or correct such item and charge to Seller the cost occasioned thereby, (ii) may, without further notice, cancel this purchase order for default in accordance with item 11 below, or (iii) may require an appropriate reduction in price.

**10. CHANGE ORDERS**

(A) Buyer may at any time, by a written order, suspend performance hereunder, increase or decrease the order quantities, change the due date or make changes in any one or more of the following: (i) applicable drawings, designs or specification; (ii) method of shipment or packing; and/or (iii) place of delivery.(B) If the change causes an increase in the cost or the time required by seller for performance of the purchase order and seller so notifies Buyer, then an equitable adjustment will be made in order price or delivery schedule or both, and the purchase order will be modified accordingly in writing. No claims by seller for such an adjustment will be valid unless asserted within twenty (20) days from the date of receipt by seller of the notification of change; provided, however that such period may be extended upon the written approval of Buyer.(C) Nothing in this item 10 is intended to excuse seller from proceeding with this purchase order as changed or amended.

**11. CANCELLATION FOR DEFAULT**

(A) It is understood and agreed that time is of the essence in the fulfillment of this order because the goods or services herein are needed for products that have a very short, carefully timed market life; failure seller to deliver on the due date could cause buyer's product to be unmarketable. Buyer may by written notice, cancel this order in whole or in part if, in Buyer's good faith opinion, Seller (i) has failed to make delivery of the items or to perform the services within the time specified herein, or any extension thereof written change order or amendment; or (ii) has failed to replace or correct defective items, in accordance with the provisions of items 8 or 9 above; or (iii) has failed to perform any of the other provisions of this purchase order; or (iv) has so failed to make progress under this purchase order as to endanger performance in accordance with its terms.(B) If this purchase order is cancelled for seller's default, Buyer may procure, upon such terms and in such manner, as buyer may deem appropriate. Substitute goods or services similar or substantially similar to those cancelled. Without limiting Buyer's remedies, Seller will then be liable to Buyer for any excess cost occasioned thereby.(C) Nothing in this item 11 is intended seller from proceeding with any unconcealed portion of this purchase order.

**12. CANCELLATION**

In addition to the right to reject delayed deliveries under section 7, Buyer may cancel all or any undelivered portion of this order (i) if seller does not make deliveries as provided on the face hereof or if Seller breaches any of the terms hereof, including the warranties of seller; (ii) if Buyer and Seller are unable to agree on the amount of any increased cost or time of performance of this purchase order as a result of changes requested by buyer pursuant to Section 8. Buyer shall also have the right to cancel this order or any part hereof in the event of the happening of any of the following: insolvency of seller; filing of a voluntary petition in bankruptcy; filing of an involuntary petition to have Seller declared bankrupt provided it is not vacated within thirty (30) days from the date of filing; the appointment of a receiver or trustee for seller, provided it is not vacated within thirty (30) days from the date of such appointment; or the execution by seller of an assignment for the benefit of creditor. In the event that Buyer shall so cancel or reject, Buyer may be charged only for goods actually delivered and received and not rejected.

**13. RISK OF LOSS OR DAMAGE**

Notwithstanding any prior inspections, and irrespective of the F.O.B. point named herein, Seller will bear all risk of loss, damage or destruction to the ordered goods until final acceptance of the goods by Buyer at destination. Seller will bear the same risk with respect to any goods rejected by Buyer. Buyer, however, will be responsible for any loss occasioned by the gross negligence of its employee acting within the scope of their employment.

**14. WAIVER**

The failure of Buyer to enforce at any time of the provisions of this purchase order, to exercise any election or option provided herein, or to require at any time the performance by seller of any of the provisions herein will not in any way be a waiver of such provisions.

**15. REMEDIES**

The remedies stated herein are in addition to all other remedies at law or in equity.

**16. INDEMNIFICATION**

CONFIDENTIAL

Ex 52

1531

NL002031

(A) Seller agrees to indemnify Buyer, its agents, customers, successors and assigns against any loss, damages and liability (including costs and expenses, attorneys fees) alleged infringement of any patent, copyright, trademark or trade secret arising out of the use or sale of the goods by buyer, its agents or customers. (B), however, that buyer must notify seller of any such infringement, Seller agrees, at Buyer's option (i) to refund to Buyer the amounts paid to seller for the goods covered by the injunction, or (ii) furnish Buyer with acceptable noninfringing goods.(B) Seller agrees to indemnify Buyer against any and all liability and expense resulting from any alleged defect in the goods to comply with specification.(C) The above indemnifications are in addition to all other rights of indemnification of Buyer against Seller.

## 17. NON-DISCLOSURE OR CONFIDENTIAL MATTER

Seller will not quote for sale to others, without Buyers written authorization, any goods purchased under Buyer's specification or drawings. All specifications, drawing, samples, and other data furnished by buyer be treated by seller as confidential information, will remain Buyer's property, and will be returned to Buyer on request. Seller will not use Buyer's confidential information in any way other than Buyer's account or disclose to any third party any of Buyer's confidential information. Seller will take the same precautions to protect the confidentiality of Buyers confidential information that it takes to protect its own confidential information, which precautions shall constitute not less than reasonable care.

## 18. ASSIGNMENT

No right or obligation under this purchase order (including right to receive monies due) may be assigned by Seller without the prior written consent of Buyer, and any purported assignment without such consent be void, Buyer may assign this purchase order at any time if such assignments is considered necessary by Buyer in connection with a sale of Buyer's assets or a transfer of its obligations.

## 19. NOTICE OF DELAYS

Whenever any event delays or threatens to delay the timely performance of this purchase order, Seller will immediately notify Buyer of such event and furnish all relevant details. Receipt of Buyer of such notice not constitute a wavier of the due dates hereunder.

## 20. PATENT LICENSE

Seller, as part consideration for this purchase order and without further cost to Buyer, hereby (and, to the extent requested by buyer, to the government) and irrevocable, non-exclusive, royalty-free license to use sell, manufactured products embodying any inventions and discoveries made, conceived or actually or reduced to practice in connection with the performance of this purchase order.

## 21.BUYER'S PROTECTION FOR WORK PERFORMED AT ITS SITE

Seller shall take all steps as may be reasonably necessary to prevent personal injury or property damage during any work hereunder that may be performed by any employees, agents or subcontractors of Seller Buyers site (including, without limitation, installation of equipment), and Seller shall indemnify and hold harmless Buyer from and against all loss, liability and damages arising from or caused directly or indirectly any act or omission of such agents, employees or subcontractors, and Seller shall maintain such insurance against public liability and property damage, and such employees liability and compensation insurance as will protect Buyer against the aforementioned risks and against any claims under any Workers compensation and occupational safety and health acts and any other applicable labor, health and safety laws.

## 22. BUYER FURNISHED PROPERTY

All unfurnished products, tools and other materials furnished by Buyer for use in the performance of this order shall remain the property of the Buyer and shall be used by Seller in the performance of this order c in accordance with the requirements hereof, and shall be returned to buyer when requested upon completion or termination of this order or as otherwise requested by buyer. Seller shall maintain insurance covering casualty of loss of buyer's property while such property is in Seller s possession or control. The insurance policy shall be in amounts reasonable under the circumstances and shall name buyer as an additional insured and loss payee. Upon request from buyer, seller shall provide evidence of such insurance.

## 23. COMPLIANCE WITH LAWS

Seller warrants that no law, rule or regulation of the United States, any State, any government agency or of foreign government or agency has been or will be violated in the manufacture or sale of the products ordered hereunder or in the performance of any services covered in this order, including transportation, and seller agrees to indemnify and hold the buyer harmless from all loss, liability and damages arising out any actual or alleged violation. It is understood that Seller s warranty hereunder includes but is not limited to compliance with all requirements of the fair labor act of 1938, as amended, the occupational safety an health act of 1970, the toxic substance control act of 1976 and the transportation safety act of 1974, as amended.

## 24. GOVERNMENT CONTRACTS

If this purchase order is issued for any purpose that is either directly or indirectly connected with the performance of a prime contract with the government or a subcontract there under, the terms that the armed services procurement regulations or other appropriate regulations require to be inserted in contracts or subcontracts will be deemed to apply to this purchase order.

## 25. LIMITATION OF LIABILITY

In no event shall buyer be liable for any lost profits for any special, incidental, consequential or indirect damage, however caused and on any theory of liability, even if buyer has been advised of the possibility of such damages.

## 26.APPLICABLE LAW

This purchase order will be governed by the law of the State of California, including its uniform commercial code without reference to conflict of law principles.

## 27. INDEPENDENT CONTRACTORS

The relationship of Buyer and seller established by this purchase order is that of independent contractors and nothing herein shall constitute the parties as partner, joint ventures, co-owners or participants in a common undertaking or allow either party to create any obligation on behalf of the other party.

## 28. ENTIRE AGREEMENT

This agreement sets forth the entire agreement between parties with respect to the subject matter hereof and supersedes all prior agreements and discussion between them. No modification or amendment here will be effective unless in writing and signed by a daily authorized representative of each party. Any terms and conditions set forth in any order confirmation or acknowledgment or any other documents shall be o no force or effect whatsoever.

CONFIDENTIAL

Ex 52

1532

NL002032

# Netlist, Inc.

175 Technology
Suite 150
Irvine, CA 92618
(949) 435-0025 Phone
(949) 435-0031 Fax
www.netlistinc.com

# Purchase Order

**Order Date:** 2/5/2020

**P.O. Number:** 0327532

**Buyer:** ANL

| Vendor Number: | SAM001 | Ship To: | |
|---|---|---|---|

**Vendor:**
SAMSUNG SEMICONDUCTOR, INC
3655 NORTH FIRST STREET
SAN JOSE, CA 95134

**Ship To:**
NETLIST ELECTRONICS CO., LTD
A1, EPZ  B  ZONE
NO. 288 SHENG PU RD. SIP
SUZHOU, PRC 215121, CHINA

**Attn:** NEAL KNUTH
**Fax::** 408-544-4909

| Dock Date | Ship VIA | FCA | Terms |
|---|---|---|---|
| 5/4/2020 | CIP SUZHOU | | NET 45 DAYS |

| Item / Description | Unit | Qty | Qty Received | Qty B/O | Price | Extended |
|---|---|---|---|---|---|---|
| *D401G8CDNG-2C* | EACH | 16,640 | 0 | 0 | $3.5000 | $58,240.00 |
| | | | Whse: CQA | | | |
| DDR4-2666-19 1GX8 BGA-78 1.2V 0.75ns 7.6X11.1mm SAMSUNG K4A8G085WC-BCTD | | | | | | |
| *D32568CCKD-2F* | EACH | 50,000 | 0 | 0 | $1.0500 | $52,500.00 |
| | | | Whse: CQA | | | |
| DDR3-1866-13 256MX8 BGA78 1.35V 1.071NS 7.6X11.1MM GREEN SAMSUNG K4B2G0846F-BYMA0000 | | | | | | |

**Approved Signature:**

**Date of Approval:**

**P.O. #:** 0327532

**Purchase Order Terms and Conditions Attached**

| | |
|---|---|
| **Net Order:** | $110,740.00 |
| **Sales Tax:** | 0.00 |
| **Freight:** | 0.00 |
| **Order Total:** | $110,740.00 |

Page 1 of 3

CONFIDENTIAL    NL002033

## 1. ACCEPTANCE

The terms and conditions hereof become the exclusive and binding agreement between the parties covering the purchase of goods or services ordered herein when this purchase order is accepted by acknowledgment or commencement of performance. This order may be accepted only on these terms and conditions. Additional or different terms proposed by seller will be applicable in writing by buyer. No change, modification or revision of this order shall be effective unless in writing and signed by buyer.

## 2. INVOICES

Seller will submit invoices in triplicate showing the following: purchase order number, item number, description of item, size of item, quantity of them, unit prices, applicable taxes, extended totals, and any other information specified elsewhere herein. A Bill of Lading or express receipt must accompany each invoice.

## 3. PAYMENT TERMS

All prices are to be quoted and paid in United States Dollars. Unless otherwise specified, the prices set forth in this purchase order include all applicable foreign, federal state, and local taxes and all shipping, freight, transportation, packing and handling charges. Payment terms are net sixty (60) days from the date of invoice, subject to any amounts subject to set-of or clarification or in good faith dispute. Payment of invoice will not constitute acceptance of goods and will be subject to adjustments for errors, shortages, and defect in the goods or other failure of seller to meet the requirements of the purchase order. Buyer may in good faith, notify seller that buyer requires further clarification or documentation of an invoice or that Buyer believes that an invoice is in error or otherwise not payable hereunder. Buyer's delay in paying any disputed portion of any invoice in such circumstances shall not constitute a breach of default by Buyer. On a monthly basis, Seller shall provide Buyer with (1) a detailed monthly aging statement for invoices that are overdue, if any; (2) and for any known invoices which are in dispute, a detailed discrepancy statement specifying the following (a) invoice number; (b) Buyer's purchase order number; (c) amount of discrepancy; (d) check number and date; and (e) reference debit memo number. Payments of invoices shall be deemed correct unless Seller notifies Buyer of any payment discrepancies within thirty (30) days. Buyer may at any time set off any amount owed by Buyer to Seller against any amount owed by Seller or any of its affiliated companies to Buyer.

## 4. DISCOUNTS

Time in connection with any discount offered by seller will be computed from the latest of (1) the scheduled delivery date, (2) the date of actual delivery, or (3) the date an acceptable invoice is received. For the purpose of earning the discount, payment will be deemed to have been made on the date of mailing of Buyers payment.

## 5. OVER SHIPMENT

Buyers will pay only for maximum quantity ordered. Over shipments will be held by Buyer at Seller's risk and expense for a reasonable time awaiting shipping instructions. Return shipping charges for excess quantities will be at Sellers expense.

## 6. PACKING AND SHIPMENT

Unless otherwise specified, when the price of this purchase order is based on the weight of the ordered goods, such price is to cover only the net weight of material ordered, and no charge will be allowed for packing, handling, transportation, storage or other packing expenses. All such expenses shall be solely by seller. Unless otherwise specified, Seller will package and pack all goods in a manner, which is (i) in accordance with good commercial practice, (ii) acceptable to common carriers for shipment at the lowest rate for the particular goods, (iii) in accordance with I.C.C. regulations, and (iv) adequate to ensure safe arrival of the goods at the name destination. Seller will mark all containers with necessary lifting, handling, and shipping information and with purchase order numbers, date of shipment, and the names of the consignee and consignor. An itemized packing list must accompany each shipment.

## 7. DELIVERY

Seller shall deliver the products order hereunder in accordance with the delivery date or dates specified by buyer. Seller acknowledges that time is of the essence in the fulfillment of buyer's orders hereunder. No partial or incomplete delivery will be made prior to the delivery date or dates specified unless Buyer has given prior written consent. Unless otherwise specifically provided on the face of this order, the product ordered hereunder will be delivered on an F.O.B. destination basis. In the event this purchase order includes the delivery of equipment, which requires installation, Sellers shall install such equipment at Buyers designated site upon request from Buyer at Sellers sole expense.

## 8. WARRANTY

(A) Seller warrants that all good delivered (i) will be free from defects in workmanship, material, and manufacture, (ii) will comply with the requirements of this purchase order, including any drawings or specifications incorporated herein or samples furnished by Seller, (iii) when design is Sellers responsibility, will be free from defect in design and (iv) when equipment is installed by Seller, will be properly installed and in good working order. Seller Further warrants that all goods purchases hereunder will be of merchantable quality and will be fit for the purpose intended by Buyer. The foregoing warranties constitute conditions to this purchase order. They are in addition to all others warranties, whether express or implied, and will survive any delivery, inspection, acceptance or payment by buyer. All warranties run to the benefit of Buyer and its customers.(B) Buyer's approval of seller of any warranties.(C) If any goods delivered do not meet the warranties specified herein or otherwise applicable. Buyer may, at its option, (i) require Seller to correct any defective or nonconforming good by repair or replacement at no cost to Buyer, or (ii) return such defective or nonconforming goods to seller at seller's expense and recover from Seller and the order price thereof, or (iii) may require an appropriate reduction in price.

## 9. INSPECTION AND ACCEPTANCE

Notwithstanding any prior inspection or payment, all goods will be subject to final inspection and acceptance at buyer's plant within a reasonable time after delivery. In case any item is defective in material or workmanship, or otherwise not in conformity with the requirements of this order, Buyer will have the right to reject it, to require it's correction or to accept it with an adjustment in price. Any item that has been rejected or required to be corrected must be replaced or corrected by and at the expense of Seller promptly after notice. If, after being requested by Buyer, Seller fails to promptly replace or correct any defective item, then buyer. (i) may, by contract or otherwise, replace or correct such item and charge to Seller the cost occasioned thereby, (ii) may, without further notice, cancel this purchase order for default in accordance with item 11 below, or (iii) may require an appropriate reduction in price.

## 10. CHANGE ORDERS

(A) Buyer may at any time, by a written order, suspend performance hereunder, increase or decrease the order quantities, change the due date or make changes in any one or more of the following: (i) applicable drawings, designs or specification; (ii) method of shipment or packing; and/or (iii) place of delivery.(B) If the change causes an increase in the cost or the time required by seller for performance of the purchase order and seller so notifies Buyer, then an equitable adjustment will be made in order price or delivery schedule or both, and the purchase order will be modified accordingly in writing. No claims by seller for such an adjustment will be valid unless asserted within twenty (20) days from the date of receipt by seller of the notification of change; provided, however that such period may be extended upon the written approval of Buyer.(C) Nothing in this item 10 is intended to excuse seller from proceeding with this purchase order as changed or amended.

## 11. CANCELLATION FOR DEFAULT

(A) It is understood and agreed that time is of the essence in the fulfillment of this order because the goods or services herein are needed for products that have a very short, carefully timed market life; failure seller to deliver on the due date could cause buyer's product to be unmarketable. Buyer may by written notice, cancel this order in whole or in part if, in Buyer's good faith opinion, Seller (i) has failed to make delivery of the items or to perform the services within the time specified herein, or any extension thereof written change order or amendment; or (ii) has failed to replace or correct defective items, in accordance with the provisions of items 8 or 9 above; or (iii) has failed to perform any of the other provisions of this purchase order; or (iv) has so failed to make progress under this purchase order as to endanger performan in accordance with its terms.(B) If this purchase order is cancelled for seller's default, Buyer may procure, upon such terms and in such manner, as buyer may deem appropriate. Substitute goods or services similar or substantially similar to those cancelled. Without limiting Buyer's remedies, Seller will then be liable to Buyer for any excess cost occasioned thereby.(C) Nothing in this item 11 is intended seller from proceeding with any unconcealed portion of this purchase order.

## 12. CANCELLATION

In addition to the right to reject delayed deliveries under section 7, Buyer may cancel all or any undelivered portion of this order (i) if seller does not make deliveries as provided on the face hereof or if Seller breaches any of the terms hereof, including the warranties of seller; (ii) if Buyer and Seller are unable to agree on the amount of any increased cost or time of performance of this purchase order as a result of changes requested by buyer pursuant to Section 8. Buyer shall also have the right to cancel this order or any part hereof in the event of the happening of any of the following: insolvency of seller; filing of a volunt petition in bankruptcy; filing of an involuntary petition to have Seller declared bankrupt provided it is not vacated within thirty (30) days from the date of filing; the appointment of a receiver or trustee for seller, provided it is not vacated within thirty (30) days from the date of such appointment; or the execution by seller of an assignment for the benefit of creditor. In the event that Buyer shall so cancel or reject, Buyer ma be charged only for goods actually delivered and received and not rejected.

## 13. RISK OF LOSS OR DAMAGE

Notwithstanding any prior inspections, and irrespective of the F.O.B. point named herein, Seller will bear all risk of loss, damage or destruction to the ordered goods until final acceptance of the goods by Buyer a destination. Seller will bear the same risk with respect to any goods rejected by Buyer, however, will be responsible for any loss occasioned by the gross negligence of its employee acting within the scope their employment.

## 14. WAIVER

The failure of Buyer to enforce at any time of the provisions of this purchase order, to exercise any election or option provided herein, or to require at any time the performance by seller of any of the provisions herein will not in any way be a waiver of such provisions.

## 15. REMEDIES

The remedies stated herein are in addition to all other remedies at law or in equity.

## 16. INDEMNIFICATION

Page 2 of 3

CONFIDENTIAL                                      NL002034

(A) Seller agrees to indemnify Buyer, its agents, customers, successors and assigns against any loss, damage, and liability including cost and expense, against or alleged infringement of any patent, copyright, trademark or trade secret arising out of the use or sale of the goods by buyer, its agents or customers. (B) buyer, however, that buyer must notify seller of any such infringement, Seller agrees, at Buyer's option (i) refund to Buyer the amounts paid to seller for the goods covered by the injunction, or (ii) furnish Buyer with acceptable noninfringing goods. (B) Seller agrees to indemnify Buyer against any and all liability and expense resulting from any alleged defect in the goods to comply with specification.(C) The above indemnifications are in addition to all other rights of indemnification of Buyer against Seller.

## 17. NON-DISCLOSURE OR CONFIDENTIAL MATTER

Seller will not quote for sale to others, without Buyers written authorization, any goods purchased under Buyer's specification or drawings. All specifications, drawing, samples, and other data furnished by buyer will be treated by seller as confidential information, will remain Buyer's property, and will be returned to Buyer on request. Seller will not use Buyer's confidential information in any way other than Buyer's account or disclose to third party any of Buyer's confidential information. Seller will take the same precautions to protect the confidentiality of Buyers confidential information that it takes to protect its own confidential information, which precautions shall constitute not less than reasonable care.

## 18. ASSIGNMENT

No right or obligation under this purchase order (including right to receive monies due) may be assigned by Seller without the prior written consent of Buyer, and any purported assignment without such consent will be void, Buyer may assign this purchase order at any time if such assignments is considered necessary by Buyer in connection with a sale of Buyer's assets or a transfer of its obligations.

## 19. NOTICE OF DELAYS

Whenever any event delays or threatens to delay the timely performance of this purchase order, Seller will immediately notify Buyer of such event and furnish all relevant details. Receipt of Buyer of such notice will not constitute a waiver of the due dates hereunder.

## 20. PATENT LICENSE

Seller, as part consideration for this purchase order and without further cost to Buyer, hereby (and, to the extent requested by buyer, to the government) and irrevocable, non-exclusive, royalty-free license to use sell, manufactured products embodying any inventions and discoveries made, conceived or actually or reduced to practice in connection with the performance of this purchase order.

## 21.BUYER'S PROTECTION FOR WORK PERFORMED AT ITS SITE

Seller shall take all steps as may be reasonably necessary to prevent personal injury or property damage during any work hereunder that may be performed by any employees, agents or subcontractors of Seller Buyers site (including, without limitation, installation of equipment), and Seller shall indemnify and hold harmless Buyer from and against all loss, liability and damages arising from or caused directly or indirectly any act or omission of such agents, employees or subcontractors, and Seller shall maintain such insurance against public liability and property damage, and such employees liability and compensation insurance as will protect Buyer against the aforementioned risks and against any claims under any Workers compensation and occupational safety and health acts and any other applicable labor, health and safety laws.

## 22. BUYER FURNISHED PROPERTY

All unfurnished products, tools and other materials furnished by Buyer for use in the performance of this order shall remain the property of the Buyer and shall be used by Seller in the performance of this order in accordance with the requirements hereof, and shall be returned to buyer when requested upon completion or termination of this order or as otherwise requested by buyer. Seller shall maintain insurance covering casualty of loss of buyer's property while such property is in Seller s possession or control. The insurance policy shall be in amounts reasonable under the circumstances and shall name buyer as an additional insured and loss payee. Upon request from buyer, seller shall provide evidence of such insurance.

## 23. COMPLIANCE WITH LAWS

Seller warrants that no law, rule or regulation of the United States, any State, any government agency or of foreign government or agency has been or will be violated in the manufacture or sale of the products ordered hereunder or in the performance of any services covered in this order, including transportation, and seller agrees to indemnify and hold the buyer harmless from all loss, liability and damages arising out any actual or alleged violation. It is understood that Seller s warranty hereunder includes but is not limited to compliance with all requirements of the fair labor act of 1938, as amended, the occupational safety and health act of 1970, the toxic substance control act of 1976 and the transportation safety act of 1974, as amended.

## 24. GOVERNMENT CONTRACTS

If this purchase order is issued for any purpose that is either directly or indirectly connected with the performance of a prime contract with the government or a subcontract there under, the terms that the armed services procurement regulations or other appropriate regulations require to be inserted in contracts or subcontracts will be deemed to apply to this purchase order.

## 25. LIMITATION OF LIABILITY

In no event shall buyer be liable for any lost profits for any special, incidental, consequential or indirect damage, however caused and on any theory of liability, even if buyer has been advised of the possibility of such damages.

## 26.APPLICABLE LAW

This purchase order will be governed by the law of the State of California, including its uniform commercial code without reference to conflict of law principles.

## 27. INDEPENDENT CONTRACTORS

The relationship of Buyer and seller established by this purchase order is that of independent contractors and nothing herein shall constitute the parties as partner, joint ventures, co-owners or participants in a common undertaking or allow either party to create any obligation on behalf of the other party.

## 28. ENTIRE AGREEMENT

This agreement sets forth the entire agreement between parties with respect to the subject matter hereof and supersedes all prior agreements and discussion between them. No modification or amendment here will be effective unless in writing and signed by a daily authorized representative of each party. Any terms and conditions set forth in any order confirmation or acknowledgment or any other documents shall be of no force or effect whatsoever.

CONFIDENTIAL

Ex 52

1535

NL002035



**Netlist, Inc.**
175 Technology
Suite 150
Irvine, CA 92618
(949) 435-0025 Phone
(949) 435-0031 Fax
www.netlistinc.com

# Purchase Order

**Order Date:** 2/5/2020

**P.O. Number:** 0327531

**Buyer:** ANL

| Vendor Number: | SAM001 |
| --- | --- |

**Vendor:**
SAMSUNG SEMICONDUCTOR, INC
3655 NORTH FIRST STREET
SAN JOSE, CA 95134

**Ship To:**

NETLIST ELECTRONICS CO., LTD
A1, EPZ  B  ZONE
NO. 288 SHENG PU RD. SIP
SUZHOU, PRC 215121, CHINA

**Attn:** NEAL KNUTH
**Fax::** 408-544-4909

| Dock Date | Ship VIA | FCA | Terms |
| --- | --- | --- | --- |
| 4/6/2020 | CIP SUZHOU | | NET 45 DAYS |

| Item / Description | Unit | Qty | Qty Received | Qty B/O | Price | Extended |
| --- | --- | --- | --- | --- | --- | --- |
| *D401G8CDNG-2C* | EACH | 16,640 | 0 | 0 | $3.5000 | $58,240.00 |
| | | | Whse:  CQA | | | |
| DDR4-2666-19 1GX8 BGA-78 1.2V 0.75ns 7.6X11.1mm SAMSUNG K4A8G085WC-BCTD | | | | | | |
| *D32568CCKD-2F* | EACH | 50,000 | 0 | 0 | $1.0500 | $52,500.00 |
| | | | Whse:  CQA | | | |
| DDR3-1866-13 256MX8 BGA78 1.35V 1.071NS 7.6X11.1MM GREEN SAMSUNG K4B2G0846F-BYMA0000 | | | | | | |

**Approved Signature:**

**Date of Approval:**

**P.O. #:** 0327531

**Purchase Order Terms and Conditions Attached**

| | |
| --- | --- |
| **Net Order:** | $110,740.00 |
| **Sales Tax:** | 0.00 |
| **Freight:** | 0.00 |
| **Order Total:** | $110,740.00 |

Page 1 of 3

CONFIDENTIAL

NL002036

**1. ACCEPTANCE**

The terms and conditions hereof become the exclusive and binding agreement between the parties covering the purchase of goods or services ordered herein when this purchase order is accepted by acknowledgment or commencement of performance. This order may be accepted only on these terms and conditions. Additional or different terms proposed by seller will be applicable in writing by buyer. No change, modification or revision of this order shall be effective unless in writing and signed by buyer.

**2. INVOICES**

Seller will submit invoices in triplicate showing the following: purchase order number, item number, description of item, size of item, quantity of them, unit prices, applicable taxes, extended totals, and any other information specified elsewhere herein. A Bill of Lading or express receipt must accompany each invoice.

**3. PAYMENT TERMS**

All prices are to be quoted and paid in United States Dollars. Unless otherwise specified, the prices set forth in this purchase order include all applicable foreign, federal state, and local taxes and all shipping, freight, transportation, packing and handling charges. Payment terms are net sixty (60) days from the date of invoice, subject to any amounts subject to set-of or clarification or in good faith dispute. Payment of invoice will not constitute acceptance of goods and will be subject to adjustments for errors, shortages, and defect in the goods or other failure of seller to meet the requirements of the purchase order. Buyer may in good faith, notify seller that buyer requires further clarification or documentation of an invoice or that Buyer believes that an invoice is in error or otherwise not payable hereunder. Buyer's delay in paying any disputed portion of any invoice in such circumstances shall not constitute a breach of default by Buyer. On a monthly basis, Seller shall provide Buyer with (1) a detailed monthly aging statement for invoices that are overdue, if any; (2) and for any known invoices which are in dispute, a detailed discrepancy statement specifying the following (a) invoice number: (b) Buyer's purchase order number: (c) amount of discrepancy; (d) check number and date; and (e) reference debit memo number. Payments of invoices shall be deemed correct unless Seller notifies Buyer of any payment discrepancies within thirty (30) days. Buyer may at any time set off any amount owed by Buyer to Seller against any amount owed by Seller or any of its affiliated companies to Buyer.

**4. DISCOUNTS**

Time in connection with any discount offered by seller will be computed from the latest of (1) the scheduled delivery date, (2) the date of actual delivery, or (3) the date an acceptable invoice is received. For the purpose of earning the discount, payment will be deemed to have been made on the date of mailing of Buyers payment.

**5. OVER SHIPMENT**

Buyers will pay only for maximum quantity ordered. Over shipments will be held by Buyer at Seller's risk and expense for a reasonable time awaiting shipping instructions. Return shipping charges for excess quantities will be at Sellers expense.

**6. PACKING AND SHIPMENT**

Unless otherwise specified, when the price of this purchase order is based on the weight of the ordered goods, such price is to cover only the net weight of material ordered, and no charge will be allowed for packing, handling, transportation, storage or other packing expenses. All such expenses shall be solely by seller. Unless otherwise specified, Seller will package and pack all goods in a manner, which is (i) in accordance with good commercial practice, (ii) acceptable to common carriers for shipment at the lowest rate for the particular goods, (iii) in accordance with I.C.C. regulations, and (iv) adequate to ensure safe arrival of the goods at the name destination. Seller will mark all containers with necessary lifting, handling, and shipping information and with purchase order numbers, date of shipment, and the names of the consignee and consignor. An itemized packing list must accompany each shipment.

**7. DELIVERY**

Seller shall deliver the products order hereunder in accordance with the delivery date or dates specified by buyer. Seller acknowledges that time is of the essence in the fulfillment of buyer's orders hereunder. No partial or incomplete delivery will be made prior to the delivery date or dates specified unless Buyer has given prior written consent. Unless otherwise specifically provided on the face of this order, the product ordered hereunder will be delivered on an F.O.B. destination basis. In the event this purchase order includes the delivery of equipment, which requires installation. Sellers shall install such equipment at Buyers designated site upon request from Buyer at Sellers sole expense.

**8. WARRANTY**

(A) Seller warrants that all good delivered (i) will be free from defects in workmanship, material, and manufacture, (ii) will comply with the requirements of this purchase order, including any drawings or specifications incorporated herein or samples furnished by Seller, (iii) when design is Sellers responsibility, will be free from defect in design and (iv) when equipment is installed by Seller, will be properly installed and in good working order. Seller Further warrants that all goods purchases hereunder will be of merchantable quality and will be fit for the purpose intended by Buyer. The foregoing warranties constitute conditions to this purchase order. They are in addition to all others warranties, whether express or implied, and will survive any delivery, inspection, acceptance or payment by buyer. All warranties run to the benefit of Buyer and its customers.(B) Buyer's approval of seller of any warranties.(C) If any goods delivered do not meet the warranties specified herein or otherwise applicable. Buyer may, at its option, (i) require Seller to correct any defective or nonconforming good by repair or replacement at no cost to Buyer, or (ii) return such defective or nonconforming goods to seller at seller's expense and recover from Seller and the order price thereof, or (iii) may require an appropriate reduction in price.

**9. INSPECTION AND ACCEPTANCE**

Notwithstanding any prior inspection or payment, all goods will be subject to final inspection and acceptance at buyer's plant within a reasonable time after delivery. In case any item is defective in material or workmanship, or otherwise not in conformity with the requirements of this order, Buyer will have the right to reject it, to require it's correction or to accept it with an adjustment in price. Any item that has been rejected or required to be corrected must be replaced or corrected by and at the expense of Seller promptly after notice. If, after being requested by Buyer, Seller fails to promptly replace or correct any defective item, then buyer. (i) may, by contract or otherwise, replace or correct such item and charge to Seller the cost occasioned thereby, (ii) may, without further notice, cancel this purchase order for default in accordance with item 11 below, or (iii) may require an appropriate reduction in price.

**10. CHANGE ORDERS**

(A) Buyer may at any time, by a written order, suspend performance hereunder, increase or decrease the order quantities, change the due date or make changes in any one or more of the following: (i) applicable drawings, designs or specification; (ii) method of shipment or packing; and/or (iii) place of delivery.(B) If the change causes an increase in the cost or the time required by seller for performance of the purchase order and seller so notifies Buyer, then an equitable adjustment will be made in order price or delivery schedule or both, and the purchase order will be modified accordingly in writing. No claims by seller for such an adjustment will be valid unless asserted within twenty (20) days from the date of receipt by seller of the notification of change; provided, however that such period may be extended upon the written approval of Buyer.(C) Nothing in this item 10 is intended to excuse seller from proceeding with this purchase order as changed or amended.

**11. CANCELLATION FOR DEFAULT**

(A) It is understood and agreed that time is of the essence in the fulfillment of this order because the goods or services herein are needed for products that have a very short, carefully timed market life; failure seller to deliver on the due date could cause buyer's product to be unmarketable. Buyer may by written notice, cancel this order in whole or in part if, in Buyer's good faith opinion, Seller (i) has failed to make delivery of the items or to perform the services within the time specified herein, or any extension thereof written change order or amendment; or (ii) has failed to replace or correct defective items, in accordance with the provisions of items 8 or 9 above; or (iii) has failed to perform any of the other provisions of this purchase order; or (iv) has so failed to make progress under this purchase order as to endanger performan in accordance with its terms.(B) If this purchase order is cancelled for seller's default, Buyer may procure, upon such terms and in such manner, as buyer may deem appropriate. Substitute goods or services similar or substantially similar to those cancelled. Without limiting Buyer's remedies, Seller will then be liable to Buyer for any excess cost occasioned thereby.(C) Nothing in this item 11 is intended seller from proceeding with any unconcealed portion of this purchase order.

**12. CANCELLATION**

In addition to the right to reject delayed deliveries under section 7, Buyer may cancel all or any undelivered portion of this order (i) if seller does not make deliveries as provided on the face hereof or if Seller breaches any of the terms hereof, including the warranties of seller; (ii) if Buyer and Seller are unable to agree on the amount of any increased cost or time of performance of this purchase order as a result of changes requested by buyer pursuant to Section 8. Buyer shall also have the right to cancel this order or any part hereof in the event of the happening of any of the following: insolvency of seller; filing of a volunt petition in bankruptcy; filing of an involuntary petition to have Seller declared bankrupt provided it is not vacated within thirty (30) days from the date of filing; the appointment of a receiver or trustee for seller, provided it is not vacated within thirty (30) days from the date of such appointment; or the execution by seller of an assignment for the benefit of creditor. In the event that Buyer shall so cancel or reject, Buyer ma be charged only for goods actually delivered and received and not rejected.

**13. RISK OF LOSS OR DAMAGE**

Notwithstanding any prior inspections, and irrespective of the F.O.B. point named herein, Seller will bear all risk of loss, damage or destruction to the ordered goods until final acceptance of the goods by Buyer a destination. Seller will bear the same risk with respect to any goods rejected by Buyer. Buyer, however, will be responsible for any loss occasioned by the gross negligence of its employee acting within the scope their employment.

**14. WAIVER**

The failure of Buyer to enforce at any time of the provisions of this purchase order, to exercise any election or option provided herein, or to require at any time the performance by seller of any of the provisions herein will not in any way be a waiver of such provisions.

**15. REMEDIES**

The remedies stated herein are in addition to all other remedies at law or in equity.

**16. INDEMNIFICATION**

Page 2 of 3

CONFIDENTIAL                                                    NL002037

(A) Seller agrees to indemnify Buyer, its agents, customers, successors and assignees against any loss, damage and liability (including costs and expenses) as result of alleged infringement of any patent, copyright, trademark or trade secret arising out of the use or sale of the goods by buyer, its agents or customers. (B); however, that buyer must notify seller of any such infringement. Seller agrees, at Buyer's option (i) refund to Buyer the amounts paid to seller for the goods covered by the injunction, or (ii) furnish Buyer with acceptable noninfringing goods. (B) Seller agrees to indemnify Buyer against any and all liability and expense resulting from any alleged defect in the goods to comply with specification. (C) The above indemnifications are in addition to all other rights of indemnification of Buyer against Seller.

## 17. NON-DISCLOSURE OR CONFIDENTIAL MATTER

Seller will not quote for sale to others, without Buyers written authorization, any goods purchased under Buyer's specification or drawings. All specifications, drawing, samples, and other data furnished by Buyer be treated by seller as confidential information, will remain Buyer's property, and will be returned to Buyer on request. Seller will not use Buyer's confidential information in any way other than Buyer's account or disclose to third party any of Buyer's confidential information. Seller will take the same precautions to protect the confidentiality of Buyers confidential information that it takes to protect its own confidential information, which precautions shall constitute not less than reasonable care.

## 18. ASSIGNMENT

No right or obligation under this purchase order (including right to receive monies due) may be assigned by Seller without the prior written consent of Buyer, and any purported assignment without such consent be void, Buyer may assign this purchase order at any time if such assignments is considered necessary by Buyer in connection with a sale of Buyer's assets or a transfer of its obligations.

## 19. NOTICE OF DELAYS

Whenever any event delays or threatens to delay the timely performance of this purchase order, Seller will immediately notify Buyer of such event and furnish all relevant details. Receipt of Buyer of such notice not constitute a wavier of the due dates hereunder.

## 20. PATENT LICENSE

Seller, as part consideration for this purchase order and without further cost to Buyer, hereby (and, to the extent requested by buyer, to the government) and irrevocable, non-exclusive, royalty-free license to use sell, manufactured products embodying any inventions and discoveries made, conceived or actually or reduced to practice in connection with the performance of this purchase order.

## 21.BUYER'S PROTECTION FOR WORK PERFORMED AT ITS SITE

Seller shall take all steps as may be reasonably necessary to prevent personal injury or property damage during any work hereunder that may be performed by any employees, agents or subcontractors of Seller Buyers site (including, without limitation, installation of equipment), and Seller shall indemnify and hold harmless Buyer from and against all loss, liability and damages arising from or caused directly or indirectly any act or omission of such agents, employees or subcontractors, and Seller shall maintain such insurance against public liability and property damage, and such employees liability and compensation insurance as will protect Buyer against the aforementioned risks and against any claims under any Workers compensation and occupational safety and health acts and any other applicable labor, health and safety laws.

## 22. BUYER FURNISHED PROPERTY

All unfurnished products, tools and other materials furnished by Buyer for use in the performance of this order shall remain the property of the Buyer and shall be used by Seller in the performance of this order in accordance with the requirements hereof, and shall be returned to buyer when requested upon completion or termination of this order or as otherwise requested by buyer. Seller shall maintain insurance covering casualty of loss of buyer's property while such property is in Seller s possession or control. The insurance policy shall be in amounts reasonable under the circumstances and shall name buyer as an additional insured and loss payee. Upon request from buyer, seller shall provide evidence of such insurance.

## 23. COMPLIANCE WITH LAWS

Seller warrants that no law, rule or regulation of the United States, any State, any government agency or of foreign government or agency has been or will be violated in the manufacture or sale of the products ordered hereunder or in the performance of any services covered in this order, including transportation, and seller agrees to indemnify and hold the buyer harmless from all loss, liability and damages arising out any actual or alleged violation. It is understood that Seller s warranty hereunder includes but is not limited to compliance with all requirements of the fair labor act of 1938, as amended, the occupational safety and health act of 1970, the toxic substance control act of 1976 and the transportation safety act of 1974, as amended.

## 24. GOVERNMENT CONTRACTS

If this purchase order is issued for any purpose that is either directly or indirectly connected with the performance of a prime contract with the government or a subcontract there under, the terms that the armed services procurement regulations or other appropriate regulations require to be inserted in contracts or subcontracts will be deemed to apply to this purchase order.

## 25. LIMITATION OF LIABILITY

In no event shall buyer be liable for any lost profits for any special, incidental, consequential or indirect damage, however caused and on any theory of liability, even if buyer has been advised of the possibility of such damages.

## 26.APPLICABLE LAW

This purchase order will be governed by the law of the State of California, including its uniform commercial code without reference to conflict of law principles.

## 27. INDEPENDENT CONTRACTORS

The relationship of Buyer and seller established by this purchase order is that of independent contractors and nothing herein shall constitute the parties as partner, joint ventures, co-owners or participants in a common undertaking or allow either party to create any obligation on behalf of the other party.

## 28. ENTIRE AGREEMENT

This agreement sets forth the entire agreement between parties with respect to the subject matter hereof and supersedes all prior agreements and discussion between them. No modification or amendment here will be effective unless in writing and signed by a daily authorized representative of each party. Any terms and conditions set forth in any order confirmation or acknowledgment or any other documents shall be of no force or effect whatsoever.

CONFIDENTIAL

1538

NL002038



## Netlist, Inc.

175 Technology
Suite 150
Irvine, CA 92618
(949) 435-0025 Phone
(949) 435-0031 Fax
www.netlistinc.com

# Purchase Order

**Order Date:** 1/31/2020

**P.O. Number:** 0327512

**Buyer:** ANL

**Vendor Number:** SAM001

**Ship To:**

**Vendor:**
SAMSUNG SEMICONDUCTOR, INC
3655 NORTH FIRST STREET
SAN JOSE, CA 95134

NETLIST ELECTRONICS CO., LTD
A1, EPZ B ZONE
NO. 288 SHENG PU RD. SIP
SUZHOU, PRC 215121, CHINA

**Attn:** NEAL KNUTH
**Fax::** 408-544-4909

| Dock Date | Ship VIA | FCA | Terms |
|---|---|---|---|
| 4/6/2020 | CIP SUZHOU | | NET 45 DAYS |

| Item / Description | Unit | Qty | Qty Received | Qty B/O | Price | Extended |
|---|---|---|---|---|---|---|
| *D45128CDNG-2E* <br><br> DDR4-2666-19 512MX8 BGA78 1.2V 0.75NS 7.6X11.1mm SAMSUNG K4A4G085WE-BCTD | EACH | 10,000 | 0 <br> Whse: CQA | 0 | $1.8000 | $18,000.00 |
| *D401G8CDNG-2C* <br><br> DDR4-2666-19 1GX8 BGA-78 1.2V 0.75ns 7.6X11.1mm SAMSUNG K4A8G085WC-BCTD | EACH | 3,840 | 0 <br> Whse: CQA | 0 | $3.5000 | $13,440.00 |
| *D35128CCJB-2E* <br><br> DDR3-1600-11 512MX8 BGA78 1.35V 1.25NS 7.6X11.1MM GREEN SAMSUNG K4B4G0846E-BYK0000 | EACH | 100,000 | 0 <br> Whse: CQA | 0 | $1.6000 | $160,000.00 |
| *D35128CCKD-2E* <br><br> DDR3-1866-13 512MX8 BGA78 1.35V 1.071NS 7.6X11.1MM GREEN SAMSUNG K4B4G0846E-BYMA0000 | EACH | 50,000 | 0 <br> Whse: CQA | 0 | $1.6000 | $80,000.00 |

**Approved Signature:**

**Date of Approval:**

**P.O. #:** 0327512

**Purchase Order Terms and Conditions Attached**

| | |
|---|---|
| **Net Order:** | $271,440.00 |
| **Sales Tax:** | 0.00 |
| **Freight:** | 0.00 |
| **Order Total:** | $271,440.00 |

Page 1 of 3

CONFIDENTIAL

**1. ACCEPTANCE**

The terms and conditions hereof become the exclusive and binding agreement between the parties covering the purchase of goods or services ordered herein when this purchase order is accepted by acknowledgment or commencement of performance. This order may be accepted only on these terms and conditions. Additional or different terms proposed by seller will be applicable in writing by buyer. No change, modification or revision of this order shall be effective unless in writing and signed by buyer.

**2. INVOICES**

Seller will submit invoices in triplicate showing the following: purchase order number, item number, description of item, size of item, quantity of them, unit prices, applicable taxes, extended totals, and any other information specified elsewhere herein. A Bill of Lading or express receipt must accompany each invoice.

**3. PAYMENT TERMS**

All prices are to be quoted and paid in United States Dollars. Unless otherwise specified, the prices set forth in this purchase order include all applicable foreign, federal state, and local taxes and all shipping, freight, transportation, packing and handling charges. Payment terms are net sixty (60) days from the date of invoice, subject to any amounts subject to set-of or clarification or in good faith dispute. Payment of invoice will not constitute acceptance of goods and will be subject to adjustments for errors, shortages, and defect in the goods or other failure of seller to meet the requirements of the purchase order. Buyer may in good faith, notify seller that buyer requires further clarification or documentation of an invoice or that Buyer believes that an invoice is in error or otherwise not payable hereunder. Buyer's delay in paying any disputed portion of any invoice in such circumstances shall not constitute a breach of default by Buyer. On a monthly basis, Seller shall provide Buyer with (1) a detailed monthly aging statement for invoices that are overdue, if any; (2) and for any known invoices which are in dispute, a detailed discrepancy statement specifying the following: (a) invoice number; (b) Buyer's purchase order number; (c) amount of discrepancy; (d) check number and date; and (e) reference debit memo number. Payments of invoices shall be deemed correct unless Seller notifies Buyer of any payment discrepancies within thirty (30) days. Buyer may at any time set off any amount owed by Buyer to Seller against any amount owed by Seller or any of its affiliated companies to Buyer.

**4. DISCOUNTS**

Time in connection with any discount offered by seller will be computed from the latest of (1) the scheduled delivery date, (2) the date of actual delivery, or (3) the date an acceptable invoice is received. For the purpose of earning the discount, payment will be deemed to have been made on the date of mailing of Buyers payment.

**5. OVER SHIPMENT**

Buyers will pay only for maximum quantity ordered. Over shipments will be held by Buyer at Seller's risk and expense for a reasonable time awaiting shipping instructions. Return shipping charges for excess quantities will be at Sellers expense.

**6. PACKING AND SHIPMENT**

Unless otherwise specified, when the price of this purchase order is based on the weight of the ordered goods, such price is to cover only the net weight of material ordered, and no charge will be allowed for packing, handling, transportation, storage or other packing expenses. All such expenses shall be solely by seller. Unless otherwise specified, Seller will package and pack all goods in a manner, which is (i) in accordance with good commercial practice, (ii) acceptable to common carriers for shipment at the lowest rate for the particular goods, (iii) in accordance with I.C.C. regulations, and (iv) adequate to ensure safe arrival of the goods at the name destination. Seller will mark all containers with necessary lifting, handling, and shipping information and with purchase order numbers, date of shipment, and the names of the consignee and consignor. An itemized packing list must accompany each shipment.

**7. DELIVERY**

Seller shall deliver the products order hereunder in accordance with the delivery date or dates specified by buyer. Seller acknowledges that time is of the essence in the fulfillment of buyer's orders hereunder. No partial or incomplete delivery will be made prior to the delivery date or dates specified unless Buyer has given prior written consent. Unless otherwise specifically provided on the face of this order, the product ordered hereunder will be delivered on an F.O.B. destination basis. In the event this purchase order includes the delivery of equipment, which requires installation. Sellers shall install such equipment at Buyers designated site upon request from Buyer at Sellers sole expense.

**8. WARRANTY**

(A) Seller warrants that all good delivered (i) will be free from defects in workmanship, material, and manufacture, (ii) will comply with the requirements of this purchase order, including any drawings or specifications incorporated herein or samples furnished by Seller, (iii) when design is Sellers responsibility, will be free from defect in design and (iv) when equipment is installed by Seller, will be properly installed and in good working order. Seller Further warrants that all goods purchases hereunder will be of merchantable quality and will be fit for the purpose intended by Buyer. The foregoing warranties constitute conditions to this purchase order. They are in addition to all others warranties, whether express or implied, and will survive any delivery, inspection, acceptance or payment by buyer. All warranties run to the best of Buyer and its customers.(B) Buyer's approval of seller of any warranties.(C) If any goods delivered do not meet the warranties specified herein or otherwise applicable. Buyer may, at its option, (i) require Seller to correct any defective or nonconforming good by repair or replacement at no cost to Buyer, or (ii) return such defective or nonconforming goods to seller at seller's expense and recover from Seller and the order price thereof, or (iii) may require an appropriate reduction in price.

**9. INSPECTION AND ACCEPTANCE**

Notwithstanding any prior inspection or payment, all goods will be subject to final inspection and acceptance at buyer's plant within a reasonable time after delivery. In case any item is defective in material or workmanship, or otherwise not in conformity with the requirements of this order, Buyer will have the right to reject it, to require it's correction or to accept it with an adjustment in price. Any item that has been rejected or required to be corrected must be replaced or corrected by and at the expense of Seller promptly after notice. If, after being requested by Buyer, Seller fails to promptly replace or correct any defective item, then buyer. (i) may, by contract or otherwise, replace or correct such item and charge to Seller the cost occasioned thereby, (ii) may, without further notice, cancel this purchase order for default in accordance with item 11 below, or (iii) may require an appropriate reduction in price.

**10. CHANGE ORDERS**

(A) Buyer may at any time, by a written order, suspend performance hereunder, increase or decrease the order quantities, change the due date or make changes in any one or more of the following: (i) applicable drawings, designs or specification; (ii) method of shipment or packing; and/or (iii) place of delivery.(B) If the change causes an increase in the cost or the time required by seller for performance of the purchase order and seller so notifies Buyer, then an equitable adjustment will be made in order price or delivery schedule or both, and the purchase order will be modified accordingly in writing. No claims by seller for such an adjustment will be valid unless asserted within twenty (20) days from the date of receipt by seller of the notification of change; provided, however that such period may be extended upon the written approval of Buyer.(C) Nothing in this item 10 is intended to excuse seller from proceeding with this purchase order as changed or amended.

**11. CANCELLATION FOR DEFAULT**

(A) It is understood and agreed that time is of the essence in the fulfillment of this order because the goods or services herein are needed for products that have a very short, carefully timed market life; failure seller to deliver on the due date could cause buyer's product to be unmarketable. Buyer may by written notice, cancel this order in whole or in part if, in Buyer's good faith opinion, Seller (i) has failed to make delivery of the items or to perform the services within the time specified herein, or any extension thereof written change order or amendment; or (ii) has failed to replace or correct defective items, in accordance with the provisions of items 8 or 9 above; or (iii) has failed to perform any of the other provisions of this purchase order; or (iv) has so failed to make progress under this purchase order as to endanger performance in accordance with its terms.(B) If this purchase order is cancelled for seller's default, Buyer may procure, upon such terms and in such manner, as buyer may deem appropriate. Substitute goods or services similar or substantially similar to those cancelled. Without limiting Buyer's remedies, Seller will then be liable to Buyer for any excess cost occasioned thereby.(C) Nothing in this item 11 is intended seller from proceeding with any unconcealed portion of this purchase order.

**12. CANCELLATION**

In addition to the right to reject delayed deliveries under section 7, Buyer may cancel all any undelivered portion of this order (i) if seller does not make deliveries as provided on the face hereof or if Seller breaches any of the terms hereof, including the warranties of seller; (ii) if Buyer and Seller are unable to agree on the amount of any increased cost or time of performance of this purchase order as a result of changes requested by buyer pursuant to Section 8. Buyer shall also have the right to cancel this order or any part hereof in the event of the happening of any of the following: insolvency of seller; filing of a voluntary petition in bankruptcy; filing of an involuntary petition to have Seller declared bankrupt provided it is not vacated within thirty (30) days from the date of filing; the appointment of a receiver or trustee for seller, provided it is not vacated within thirty (30) days from the date of such appointment; or the execution by seller of an assignment for the benefit of creditor. In the event that Buyer shall so cancel or reject, Buyer may be charged only for goods actually delivered and received and not rejected.

**13. RISK OF LOSS OR DAMAGE**

Notwithstanding any prior inspections, and irrespective of the F.O.B. point named herein, Seller will bear all risk of loss, damage or destruction to the ordered goods until final acceptance of the goods by Buyer at destination. Seller will bear the same risk with respect to any goods rejected by Buyer. Seller, however, will be responsible for any loss occasioned by the gross negligence of its employee acting within the scope of their employment.

**14. WAIVER**

The failure of Buyer to enforce at any time of the provisions of this purchase order, to exercise any election or option provided herein, or to require at any time the performance by seller of any of the provisions herein will not in any way be a waiver of such provisions.

**15. REMEDIES**

The remedies stated herein are in addition to all other remedies at law or in equity.

**16. INDEMNIFICATION**

Page 2 of 3

CONFIDENTIAL

1540

NL002040

(A) Seller agrees to indemnify Buyer, its agents, customers, successors and assigns against any loss, damages and liability (including costs and expenses) as a result of alleged infringement of any patent, copyright, trademark or trade secret arising out of the use or sale of the goods by buyer, its agents or customers; (B) however, that buyer must notify seller of any such infringement, Seller agrees, at Buyer's option (i) refund to Buyer the amounts paid to seller for the goods covered by the injunction, or (ii) furnish Buyer with acceptable noninfringing goods.(B) Seller agrees to indemnify Buyer against any and all liability and expense resulting from any alleged defect in the goods to comply with specification.(C) The above indemnifications are in addition to all other rights of indemnification of Buyer against Seller.

## 17. NON-DISCLOSURE OR CONFIDENTIAL MATTER

Seller will not quote for sale to others, without Buyers written authorization, any goods purchased under Buyer's specification or drawings. All specifications, drawing, samples, and other data furnished by buyer will be treated by seller as confidential information, will remain Buyer's property, and will be returned to Buyer on request. Seller will not use Buyer's confidential information in any way other than Buyer's account or disclose to any third party any of Buyer's confidential information. Seller will take the same precautions to protect the confidentiality of Buyers confidential information that it takes to protect its own confidential information, which precautions shall constitute not less than reasonable care.

## 18. ASSIGNMENT

No right or obligation under this purchase order (including right to receive monies due) may be assigned by Seller without the prior written consent of Buyer, and any purported assignment without such consent will be void, Buyer may assign this purchase order at any time if such assignments is considered necessary by Buyer in connection with a sale of Buyer's assets or a transfer of its obligations.

## 19. NOTICE OF DELAYS

Whenever any event delays or threatens to delay the timely performance of this purchase order, Seller will immediately notify Buyer of such event and furnish all relevant details. Receipt of Buyer of such notice will not constitute a wavier of the due dates hereunder.

## 20. PATENT LICENSE

Seller, as part consideration for this purchase order and without further cost to Buyer, hereby (and, to the extent requested by buyer, to the government) and irrevocable, non-exclusive, royalty-free license to use sell, manufactured products embodying any inventions and discoveries made, conceived or actually or reduced to practice in connection with the performance of this purchase order.

## 21.BUYER'S PROTECTION FOR WORK PERFORMED AT ITS SITE

Seller shall take all steps as may be reasonably necessary to prevent personal injury or property damage during any work hereunder that may be performed by any employees, agents or subcontractors of Seller Buyers site (including, without limitation, installation of equipment), and Seller shall indemnify and hold harmless Buyer from and against all loss, liability and damages arising from or caused directly or indirectly any act or omission of such agents, employees or subcontractors, and Seller shall maintain such insurance against public liability and property damage, and such employees liability and compensation insurance as will protect Buyer against the aforementioned risks and against any claims under any Workers compensation and occupational safety and health acts and any other applicable labor, health and safety laws.

## 22. BUYER FURNISHED PROPERTY

All unfurnished products, tools and other materials furnished by Buyer for use in the performance of this order shall remain the property of the Buyer and shall be used by Seller in the performance of this order c in accordance with the requirements hereof, and shall be returned to buyer when requested upon completion or termination of this order or as otherwise requested by buyer. Seller shall maintain insurance covering casualty of loss of buyer's property while such property is in Seller s possession or control. The insurance policy shall be in amounts reasonable under the circumstances and shall name buyer as an additional insured and loss payee. Upon request from buyer, seller shall provide evidence of such insurance.

## 23. COMPLIANCE WITH LAWS

Seller warrants that no law, rule or regulation of the United States, any State, any government agency or of foreign government or agency has been or will be violated in the manufacture or sale of the products ordered hereunder or in the performance of any services covered in this order, including transportation, and seller agrees to indemnify and hold the buyer harmless from all loss, liability and damages arising out any actual or alleged violation. It is understood that Seller s warranty hereunder includes but is not limited to compliance with all requirements of the fair labor act of 1938, as amended, the occupational safety ar health act of 1970, the toxic substance control act of 1976 and the transportation safety act of 1974, as amended.

## 24. GOVERNMENT CONTRACTS

If this purchase order is issued for any purpose that is either directly or indirectly connected with the performance of a prime contract with the government or a subcontract there under, the terms that the armed services procurement regulations or other appropriate regulations require to be inserted in contracts or subcontracts will be deemed to apply to this purchase order.

## 25. LIMITATION OF LIABILITY

In no event shall buyer be liable for any lost profits for any special, incidental, consequential or indirect damage, however caused and on any theory of liability, even if buyer has been advised of the possibility of such damages.

## 26.APPLICABLE LAW

This purchase order will be governed by the law of the State of California, including its uniform commercial code without reference to conflict of law principles.

## 27. INDEPENDENT CONTRACTORS

The relationship of Buyer and seller established by this purchase order is that of independent contractors and nothing herein shall constitute the parties as partner, joint ventures, co-owners or participants in a common undertaking or allow either party to create any obligation on behalf of the other party.

## 28. ENTIRE AGREEMENT

This agreement sets forth the entire agreement between parties with respect to the subject matter hereof and supersedes all prior agreements and discussion between them. No modification or amendment here will be effective unless in writing and signed by a daily authorized representative of each party. Any terms and conditions set forth in any order confirmation or acknowledgment or any other documents shall be c no force or effect whatsoever.

Page 3 of 3

CONFIDENTIAL

## Netlist, Inc.

175 Technology
Suite 150
Irvine, CA 92618
(949) 435-0025 Phone
(949) 435-0031 Fax
www.netlistinc.com

# Purchase Order

**Order Date:** 1/3/2020

**P.O. Number:** 0327349

**Buyer:** AC

| **Vendor Number:** | SAM001 |
|---|---|

**Ship To:**

**Vendor:**
SAMSUNG SEMICONDUCTOR, INC
3655 NORTH FIRST STREET
SAN JOSE, CA  95134

NETLIST ELECTRONICS CO., LTD
A1, EPZ  B  ZONE
NO. 288 SHENG PU RD. SIP
SUZHOU, PRC 215121, CHINA

**Attn:** NEAL KNUTH
**Fax::** 408-544-4909

| Dock Date | Ship VIA | FCA | Terms |
|---|---|---|---|
| 3/6/2020 | CIP SUZHOU | | NET 45 DAYS |

| Item / Description | Unit | Qty | Qty Received | Qty B/O | Price | Extended |
|---|---|---|---|---|---|---|
| *D35128CCJB-2E*<br><br>DDR3-1600-11 512MX8 BGA78 1.35V<br>1.25NS 7.6X11.1MM GREEN<br>SAMSUNG K4B4G0846E-BYK0000 | EACH | 50,000 | 0<br>Whse:  CQA | 0 | $1.6000 | $80,000.00 |
| *D45128CDNG-2E*<br><br>DDR4-2666-19 512MX8 BGA78 1.2V<br>0.75NS 7.6X11.1mm<br>SAMSUNG K4A4G085WE-BCTD | EACH | 10,000 | 0<br>Whse:  CQA | 0 | $1.8000 | $18,000.00 |
| *D401G8CDNG-2C*<br><br>DDR4-2666-19 1GX8 BGA-78 1.2V<br>0.75ns 7.6X11.1mm<br>SAMSUNG K4A8G085WC-BCTD | EACH | 3,840 | 0<br>Whse:  CQA | 0 | $3.5000 | $13,440.00 |

**Approved Signature:**

**Date of Approval:**

**P.O. #:** 0327349

**Purchase Order Terms and Conditions Attached**

| | |
|---|---|
| **Net Order:** | $111,440.00 |
| **Sales Tax:** | 0.00 |
| **Freight:** | 0.00 |
| **Order Total:** | $111,440.00 |

Page 1 of 3

**1. ACCEPTANCE**

The terms and conditions hereof become the exclusive and binding agreement between the parties covering the purchase of goods or services ordered herein when this purchase order is accepted by acknowledgment or commencement of performance. This order may be accepted only on these terms and conditions. Additional or different terms proposed by seller will be applicable in writing by buyer. No change, modification or revision of this order shall be effective unless in writing and signed by buyer.

**2. INVOICES**

Seller will submit invoices in triplicate showing the following: purchase order number, item number, description of item, size of item, quantity of them, unit prices, applicable taxes, extended totals, and any other information specified elsewhere herein. A Bill of Lading or express receipt must accompany each invoice.

**3. PAYMENT TERMS**

All prices are to be quoted and paid in United States Dollars. Unless otherwise specified, the prices set forth in this purchase order include all applicable foreign, federal state, and local taxes and all shipping, freight, transportation, packing and handling charges. Payment terms are net sixty (60) days from the date of invoice, subject to any amounts subject to set-of or clarification or in good faith dispute. Payment of invoice will not constitute acceptance of goods and will be subject to adjustments for errors, shortages, and defects in the goods or other failure of seller to meet the requirements of the purchase order. Buyer may in good faith, notify seller that buyer requires further clarification or documentation of an invoice or that Buyer believes that an invoice is in error or otherwise not payable hereunder. Buyer's delay in paying any disputed portion of any invoice in such circumstances shall not constitute a breach of default by Buyer. On a monthly basis, Seller shall provide Buyer with (1) a detailed monthly aging statement for invoices that are overdue, if any; (2) and for any known invoices which are in dispute, a detailed discrepancy statement specifying the following: (a) invoice number; (b) Buyer's purchase order number; (c) amount of discrepancy; (d) check number and date; and (e) reference debit memo number. Payments of invoices shall be deemed correct unless Seller notifies Buyer of any payment discrepancies within thirty (30) days. Buyer may at any time set off any amount owed by Buyer to Seller against any amount owed by Seller or any of its affiliated companies to Buyer.

**4. DISCOUNTS**

Time in connection with any discount offered by seller will be computed from the latest of (1) the scheduled delivery date, (2) the date of actual delivery, or (3) the date an acceptable invoice is received. For the purpose of earning the discount, payment will be deemed to have been made on the date of mailing of Buyers payment.

**5. OVER SHIPMENT**

Buyers will pay only for maximum quantity ordered. Over shipments will be held by Buyer at Seller's risk and expense for a reasonable time awaiting shipping instructions. Return shipping charges for excess quantities will be at Sellers expense.

**6. PACKING AND SHIPMENT**

Unless otherwise specified, when the price of this purchase order is based on the weight of the ordered goods, such price is to cover only the net weight of material ordered, and no charge will be allowed for packing, handling, transportation, storage or other packing expenses. All such expenses shall be solely by seller. Unless otherwise specified, Seller will package and pack all goods in a manner, which is (i) in accordance with good commercial practice, (ii) acceptable to common carriers for shipment at the lowest rate for the particular goods, (iii) in accordance with I.C.C. regulations, and (iv) adequate to ensure safe arrival of the goods at the name destination. Seller will mark all containers with necessary lifting, handling, and shipping information and with purchase order numbers, date of shipment, and the names of the consignee and consignor. An itemized packing list must accompany each shipment.

**7. DELIVERY**

Seller shall deliver the products order hereunder in accordance with the delivery date or dates specified by buyer. Seller acknowledges that time is of the essence in the fulfillment of buyer's orders hereunder. No partial or incomplete delivery will be made prior to the delivery date or dates specified unless Buyer has given prior written consent. Unless otherwise specifically provided on the face of this order, the product ordered hereunder will be delivered on an F.O.B. destination basis. In the event this purchase order includes the delivery of equipment, which requires installation, Sellers shall install such equipment at Buyers designated site upon request from Buyer at Sellers sole expense.

**8. WARRANTY**

(A) Seller warrants that all good delivered (i) will be free from defects in workmanship, material, and manufacture, (ii) will comply with the requirements of this purchase order, including any drawings or specifications incorporated herein or samples furnished by Seller, (iii) when design is Sellers responsibility, will be free from defect in design and (iv) when equipment is installed by Seller, will be properly installed and in good working order. Seller Further warrants that all goods purchases hereunder will be of merchantable quality and will be fit for the purpose intended by Buyer. The foregoing warranties constitute conditions to this purchase order. They are in addition to all others warranties, whether express or implied, and will survive any delivery, inspection, acceptance or payment by buyer. All warranties run to the benefit of Buyer and its customers.(B) Buyer's approval of seller of any warranties.(C) If any goods delivered do not meet the warranties specified herein or otherwise applicable. Buyer may, at its option, (i) require Seller to correct any defective or nonconforming good by repair or replacement at no cost to Buyer, or (ii) return such defective or nonconforming goods to seller at seller's expense and recover from Seller and the order price thereof, or (iii) may require an appropriate reduction in price.

**9. INSPECTION AND ACCEPTANCE**

Notwithstanding any prior inspection or payment, all goods will be subject to final inspection and acceptance at buyer's plant within a reasonable time after delivery. In case any item is defective in material or workmanship, or otherwise not in conformity with the requirements of this order, Buyer will have the right to reject it, to require it's correction or to accept it with an adjustment in price. Any item that has been rejected or required to be corrected must be replaced or corrected by and at the expense of Seller promptly after notice. If, after being requested by Buyer, Seller fails to promptly replace or correct any defective item, then buyer. (i) may, by contract or otherwise, replace or correct such item and charge to Seller the cost occasioned thereby, (ii) may, without further notice, cancel this purchase order for default in accordance with item 11 below, or (iii) may require an appropriate reduction in price.

**10. CHANGE ORDERS**

(A) Buyer may at any time, by a written order, suspend performance hereunder, increase or decrease the order quantities, change the due date or make changes in any one or more of the following: (i) applicable drawings, designs or specification; (ii) method of shipment or packing; and/or (iii) place of delivery.(B) If the change causes an increase in the cost or the time required by seller for performance of the purchase order and seller so notifies Buyer, then an equitable adjustment will be made in order price or delivery schedule or both, and the purchase order will be modified accordingly in writing. No claims by seller for such an adjustment will be valid unless asserted within twenty (20) days from the date of receipt by seller of the notification of change; provided, however that such period may be extended upon the written approval of Buyer.(C) Nothing in this item 10 is intended to excuse seller from proceeding with this purchase order as changed or amended.

**11. CANCELLATION FOR DEFAULT**

(A) It is understood and agreed that time is of the essence in the fulfillment of this order because the goods or services herein are needed for products that have a very short, carefully timed market life; failure seller to deliver on the due date could cause buyer's product to be unmarketable. Buyer may by written notice, cancel this order in whole or in part if, in Buyer's good faith opinion, Seller (i) has failed to make delivery of the items or to perform the services within the time specified herein, or any extension thereof written change order or amendment; or (ii) has failed to replace or correct defective items, in accordance with the provisions of items 8 or 9 above; or (iii) has failed to perform any of the other provisions of this purchase order; or (iv) has so failed to make progress under this purchase order as to endanger performance in accordance with its terms.(B) If this purchase order is cancelled for seller's default, Buyer may procure, upon such terms and in such manner, as buyer may deem appropriate. Substitute goods or services similar or substantially similar to those cancelled. Without limiting Buyer's remedies, Seller will then be liable to Buyer for any excess cost occasioned thereby.(C) Nothing in this item 11 is intended seller from proceeding with any unconcealed portion of this purchase order.

**12. CANCELLATION**

In addition to the right to reject delayed deliveries under section 7, Buyer may cancel all or any undelivered portion of this order (i) if seller does not make deliveries as provided on the face hereof or if Seller breaches any of the terms hereof, including the warranties of seller; (ii) if Buyer and Seller are unable to agree on the amount of any increased cost or time of performance of this purchase order as a result of changes requested by buyer pursuant to Section 8. Buyer shall also have the right to cancel this order or any part hereof in the event of the happening of any of the following: insolvency of seller; filing of a voluntary petition in bankruptcy; filing of an involuntary petition to have Seller declared bankrupt provided it is not vacated within thirty (30) days from the date of filing; the appointment of a receiver or trustee for seller, provided it is not vacated within thirty (30) days from the date of such appointment; or the execution by seller of an assignment for the benefit of creditor. In the event that Buyer shall so cancel or reject, Buyer may be charged only for goods actually delivered and received and not rejected.

**13. RISK OF LOSS OR DAMAGE**

Notwithstanding any prior inspections, and irrespective of the F.O.B. point named herein, Seller will bear all risk of loss, damage or destruction to the ordered goods until final acceptance of the goods by Buyer at destination. Seller will bear the same risk with respect to any goods rejected by Buyer. Buyer, however, will be responsible for any loss occasioned by the gross negligence of its employee acting within the scope of their employment.

**14. WAIVER**

The failure of Buyer to enforce at any time of the provisions of this purchase order, to exercise any election or option provided herein, or to require at any time the performance by seller of any of the provisions herein will not in any way be a waiver of such provisions.

**15. REMEDIES**

The remedies stated herein are in addition to all other remedies at law or in equity.

**16. INDEMNIFICATION**

Page 2 of 3

CONFIDENTIAL                                                                              NL002043

(A) Seller agrees to indemnify Buyer, its agents, customers, successors and assignees against any loss, damages and liability, including all costs and expenses of litigation, for alleged infringement of any patent, copyright, trademark or trade secret arising out of the use or sale of the goods by buyer, its agents or customers. (B) Should, however, that buyer must notify seller of any such infringement. Seller agrees, at Buyer's option (i) refund to Buyer the amounts paid to seller for the goods covered by the injunction, or (ii) furnish Buyer with acceptable noninfringing goods. (B) Seller agrees to indemnify Buyer against any and all liability and expense resulting from any alleged defect in the goods to comply with specification.(C) The above indemnifications are in addition to all other rights of indemnification of Buyer against Seller.

### 17. NON-DISCLOSURE OR CONFIDENTIAL MATTER

Seller will not quote for sale to others, without Buyers written authorization, any goods purchased under Buyer's specification or drawings. All specifications, drawing, samples, and other data furnished by buyer will be treated by seller as confidential information, will remain Buyer's property, and will be returned to Buyer on request. Seller will not use Buyer's confidential information in any way other than Buyer's account or disclose to third party any of Buyer's confidential information. Seller will take the same precautions to protect the confidentiality of Buyers confidential information that it takes to protect its own confidential information, which precautions shall constitute not less than reasonable care.

### 18. ASSIGNMENT

No right or obligation under this purchase order (including right to receive monies due) may be assigned by Seller without the prior written consent of Buyer, and any purported assignment without such consent will be void, Buyer may assign this purchase order at any time if such assignments is considered necessary by Buyer in connection with a sale of Buyer's assets or a transfer of its obligations.

### 19. NOTICE OF DELAYS

Whenever any event delays or threatens to delay the timely performance of this purchase order, Seller will immediately notify Buyer of such event and furnish all relevant details. Receipt of Buyer of such notice will not constitute a wavier of the due dates hereunder.

### 20. PATENT LICENSE

Seller, as part consideration for this purchase order and without further cost to Buyer, hereby (and, to the extent requested by buyer, to the government) and irrevocable, non-exclusive, royalty-free license to use, sell, manufactured products embodying any inventions and discoveries made, conceived or actually or reduced to practice in connection with the performance of this purchase order.

### 21 BUYER'S PROTECTION FOR WORK PERFORMED AT ITS SITE

Seller shall take all steps as may be reasonably necessary to prevent personal injury or property damage during any work hereunder that may be performed by any employees, agents or subcontractors of Seller Buyers site (including, without limitation, installation of equipment), and Seller shall indemnify and hold harmless Buyer from and against all loss, liability and damages arising from or caused directly or indirectly any act or omission of such agents, employees or subcontractors, and Seller shall maintain such insurance against public liability and property damage, and such employees liability and compensation insurance as will protect Buyer against the aforementioned risks and against any claims under any Workers compensation and occupational safety and health acts and any other applicable labor, health and safety laws.

### 22. BUYER FURNISHED PROPERTY

All unfurnished products, tools and other materials furnished by Buyer for use in the performance of this order shall remain the property of the Buyer and shall be used by Seller in the performance of this order only in accordance with the requirements hereof, and shall be returned to buyer when requested upon completion or termination of this order or as otherwise requested by buyer. Seller shall maintain insurance covering casualty of loss of buyer's property while such property is in Seller s possession or control. The insurance policy shall be in amounts reasonable under the circumstances and shall name buyer as an additional insured and loss payee. Upon request from buyer, seller shall provide evidence of such insurance.

### 23. COMPLIANCE WITH LAWS

Seller warrants that no law, rule or regulation of the United States, any State, any government agency or of foreign government or agency has been or will be violated in the manufacture or sale of the products ordered hereunder or in the performance of any services covered in this order, including transportation, and seller agrees to indemnify and hold the buyer harmless from all loss, liability and damages arising out any actual or alleged violation. It is understood that Seller s warranty hereunder includes but is not limited to compliance with all requirements of the fair labor act of 1938, as amended, the occupational safety and health act of 1970, the toxic substance control act of 1976 and the transportation safety act of 1974, as amended.

### 24. GOVERNMENT CONTRACTS

If this purchase order is issued for any purpose that is either directly or indirectly connected with the performance of a prime contract with the government or a subcontract there under, the terms that the armed services procurement regulations or other appropriate regulations require to be inserted in contracts or subcontracts will be deemed to apply to this purchase order.

### 25. LIMITATION OF LIABILITY

In no event shall buyer be liable for any lost profits for any special, incidental, consequential or indirect damage, however caused and on any theory of liability, even if buyer has been advised of the possibility of such damages.

### 26.APPLICABLE LAW

This purchase order will be governed by the law of the State of California, including its uniform commercial code without reference to conflict of law principles.

### 27. INDEPENDENT CONTRACTORS

The relationship of Buyer and seller established by this purchase order is that of independent contractors and nothing herein shall constitute the parties as partner, joint ventures, co-owners or participants in a common undertaking or allow either party to create any obligation on behalf of the other party.

### 28. ENTIRE AGREEMENT

This agreement sets forth the entire agreement between parties with respect to the subject matter hereof and supersedes all prior agreements and discussion between them. No modification or amendment here will be effective unless in writing and signed by a daily authorized representative of each party. Any terms and conditions set forth in any order confirmation or acknowledgment or any other documents shall be of no force or effect whatsoever.

Page 3 of 3



## Netlist, Inc.

175 Technology
Suite 150
Irvine, CA 92618
(949) 435-0025 Phone
(949) 435-0031 Fax
www.netlistinc.com

# Purchase Order

**Order Date:** 1/3/2020

**P.O. Number:** 0327348

**Buyer:** AC

| Vendor Number: | SAM001 |
| --- | --- |

**Ship To:**

**Vendor:**
SAMSUNG SEMICONDUCTOR, INC
3655 NORTH FIRST STREET
SAN JOSE, CA 95134

NETLIST ELECTRONICS CO., LTD
A1, EPZ B ZONE
NO. 288 SHENG PU RD. SIP
SUZHOU, PRC 215121, CHINA

**Attn:** NEAL KNUTH
**Fax::** 408-544-4909

| Dock Date | Ship VIA | FCA | Terms |
| --- | --- | --- | --- |
| 2/5/2020 | CIP SUZHPU | | NET 45 DAYS |

| Item / Description | Unit | Qty | Qty Received | Qty B/O | Price | Extended |
| --- | --- | --- | --- | --- | --- | --- |
| *D35128CCJB-2E*<br><br>DDR3-1600-11 512MX8 BGA78 1.35V<br>1.25NS 7.6X11.1MM GREEN<br>SAMSUNG K4B4G0846E-BYK0000 | EACH | 30,000 | 0<br>Whse: CQA | 0 | $1.6000 | $48,000.00 |
| *D45128CDNG-2E*<br><br>DDR4-2666-19 512MX8 BGA78 1.2V<br>0.75NS 7.6X11.1mm<br>SAMSUNG K4A4G085WE-BCTD | EACH | 10,000 | 0<br>Whse: CQA | 0 | $1.8000 | $18,000.00 |
| *D401G8CDNG-2C*<br><br>DDR4-2666-19 1GX8 BGA-78 1.2V<br>0.75ns 7.6X11.1mm<br>SAMSUNG K4A8G085WC-BCTD | EACH | 3,840 | 0<br>Whse: CQA | 0 | $3.5000 | $13,440.00 |
| *D35128CCKD-2E*<br><br>DDR3-1866-13 512MX8 BGA78 1.35V<br>1.071NS 7.6X11.1MM GREEN<br>SAMSUNG K4B4G0846E-BYMA0000 | EACH | 25,600 | 0<br>Whse: CQA | 0 | $1.6000 | $40,960.00 |

**Approved Signature:**

**Date of Approval:**

**P.O. #:** 0327348

**Purchase Order Terms and Conditions Attached**

| | |
| --- | --- |
| **Net Order:** | $120,400.00 |
| **Sales Tax:** | 0.00 |
| **Freight:** | 0.00 |
| **Order Total:** | $120,400.00 |

Page 1 of 3

CONFIDENTIAL

**1. ACCEPTANCE**

The terms and conditions hereof become the exclusive and binding agreement between the parties covering the purchase of goods or services ordered herein when this purchase order is accepted by acknowledgment or commencement of performance. This order may be accepted only on these terms and conditions. Additional or different terms proposed by seller will be applicable in writing by buyer. No change, modification or revision of this order shall be effective unless in writing and signed by buyer.

**2. INVOICES**

Seller will submit invoices in triplicate showing the following: purchase order number, item number, description of item, size of item, quantity of them, unit prices, applicable taxes, extended totals, and any other information specified elsewhere herein. A Bill of Lading or express receipt must accompany each invoice.

**3. PAYMENT TERMS**

All prices are to be quoted and paid in United States Dollars. Unless otherwise specified, the prices set forth in this purchase order include all applicable foreign, federal state, and local taxes and all shipping, freight, transportation, packing and handling charges. Payment terms are net sixty (60) days from the date of invoice, subject to any amounts subject to set-of or clarification or in good faith dispute. Payment of invoice will not constitute acceptance of goods and will be subject to adjustments for errors, shortages, and defect in the goods or other failure of seller to meet the requirements of the purchase order. Buyer may in good faith, notify seller that buyer requires further clarification or documentation of an invoice or that Buyer believes that an invoice is in error or otherwise not payable hereunder. Buyer's delay in paying any disputed portion of any invoice in such circumstances shall not constitute a breach of default by Buyer. On a monthly basis, Seller shall provide Buyer with (1) a detailed monthly aging statement for invoices that are overdue, if any; (2) and for any known invoices which are in dispute, a detailed discrepancy statement specifying the following: (a) invoice number; (b) Buyer's purchase order number; (c) amount of discrepancy; (d) check number and date; and (e) reference debit memo number. Payments of invoices shall be deemed correct unless Seller notifies Buyer of any payment discrepancies within thirty (30) days. Buyer may at any time set off any amount owed by Buyer to Seller against any amount owed by Seller or any of its affiliated companies to Buyer.

**4. DISCOUNTS**

Time in connection with any discount offered by seller will be computed from the latest of (1) the scheduled delivery date, (2) the date of actual delivery, or (3) the date an acceptable invoice is received. For the purpose of earning the discount, payment will be deemed to have been made on the date of mailing of Buyers payment.

**5. OVER SHIPMENT**

Buyers will pay only for maximum quantity ordered. Over shipments will be held by Buyer at Seller's risk and expense for a reasonable time awaiting shipping instructions. Return shipping charges for excess quantities will be at Sellers expense.

**6. PACKING AND SHIPMENT**

Unless otherwise specified, when the price of this purchase order is based on the weight of the ordered goods, such price is to cover only the net weight of material ordered, and no charge will be allowed for packing, handling, transportation, storage or other packing expenses. All such expenses shall be solely by seller. Unless otherwise specified, Seller will package and pack all goods in a manner, which is (i) in accordance with good commercial practice, (ii) acceptable to common carriers for shipment at the lowest rate for the particular goods, (iii) in accordance with I.C.C. regulations, and (iv) adequate to ensure safe arrival of the goods at the name destination. Seller will mark all containers with necessary lifting, handling, and shipping information and with purchase order numbers, date of shipment, and the names of the consignee and consignor. An itemized packing list must accompany each shipment.

**7. DELIVERY**

Seller shall deliver the products order hereunder in accordance with the delivery date or dates specified by buyer. Seller acknowledges that time is of the essence in the fulfillment of buyer's orders hereunder. No partial or incomplete delivery will be made prior to the delivery date or dates specified unless Buyer has given prior written consent. Unless otherwise specifically provided on the face of this order, the product ordered hereunder will be delivered on an F.O.B. destination basis. In the event this purchase order includes the delivery of equipment, which requires installation, Sellers shall install such equipment at Buyers designated site upon request from Buyer at Sellers sole expense.

**8. WARRANTY**

(A) Seller warrants that all good delivered (i) will be free from defects in workmanship, material, and manufacture, (ii) will comply with the requirements of this purchase order, including any drawings or specifications incorporated herein or samples furnished by Seller, (iii) when design is Sellers responsibility, will be free from defect in design and (iv) when equipment is installed by Seller, will be properly installed and in good working order. Seller Further warrants that all goods purchases hereunder will be of merchantable quality and will be fit for the purpose intended by Buyer. The foregoing warranties constitute conditions to this purchase order. They are in addition to all others warranties, whether express or implied, and will survive any delivery, inspection, acceptance or payment by buyer. All warranties run to the benefit of Buyer and its customers.(B) Buyer's approval of seller of any warranties.(C) If any goods delivered do not meet the warranties specified herein or otherwise applicable. Buyer may, at its option, (i) require Seller to correct any defective or nonconforming good by repair or replacement at no cost to Buyer, or (ii) return such defective or nonconforming goods to seller at seller's expense and recover from Seller and the order price thereof, or (iii) may require an appropriate reduction in price.

**9. INSPECTION AND ACCEPTANCE**

Notwithstanding any prior inspection or payment, all goods will be subject to final inspection and acceptance at buyer's plant within a reasonable time after delivery. In case any item is defective in material or workmanship, or otherwise not in conformity with the requirements of this order, Buyer will have the right to reject it, to require it's correction or to accept it with an adjustment in price. Any item that has been rejected or required to be corrected must be replaced or corrected by and at the expense of Seller promptly after notice. If, after being requested by Buyer, Seller fails to promptly replace or correct any defective item, then buyer. (i) may, by contract or otherwise, replace or correct such item and charge to Seller the cost occasioned thereby, (ii) may, without further notice, cancel this purchase order for default in accordance with item 11 below, or (iii) may require an appropriate reduction in price.

**10. CHANGE ORDERS**

(A) Buyer may at any time, by a written order, suspend performance hereunder, increase or decrease the order quantities, change the due date or make changes in any one or more of the following: (i) applicable drawings, designs or specification; (ii) method of shipment or packing; and/or (iii) place of delivery.(B) If the change causes an increase in the cost or the time required by seller for performance of the purchase order and seller so notifies Buyer, then an equitable adjustment will be made in order price or delivery schedule or both, and the purchase order will be modified accordingly in writing. No claims by seller for such an adjustment will be valid unless asserted within twenty (20) days from the date of receipt by seller of the notification of change; provided, however that such period may be extended upon the written approval of Buyer.(C) Nothing in this item 10 is intended to excuse seller from proceeding with this purchase order as changed or amended.

**11. CANCELLATION FOR DEFAULT**

(A) It is understood and agreed that time is of the essence in the fulfillment of this order because the goods or services herein are needed for products that have a very short, carefully timed market life; failure seller to deliver on the due date could cause buyer's product to be unmarketable. Buyer may by written notice, cancel this order in whole or in part if, in Buyer's good faith opinion, Seller (i) has failed to make delivery of the items or to perform the services within the time specified herein, or any extension thereof written change order or amendment; or (ii) has failed to replace or correct defective items, in accordance with the provisions of items 8 or 9 above; or (iii) has failed to perform any of the other provisions of this purchase order; or (iv) has so failed to make progress under this purchase order as to endanger performance in accordance with its terms.(B) If this purchase order is cancelled for seller's default, Buyer may procure, upon such terms and in such manner, as buyer may deem appropriate. Substitute goods or services similar or substantially similar to those cancelled. Without limiting Buyer's remedies, Seller will then be liable to Buyer for any excess cost occasioned thereby.(C) Nothing in this item 11 is intended seller from proceeding with any unconcealed portion of this purchase order.

**12. CANCELLATION**

In addition to the right to reject delayed deliveries under section 7, Buyer may cancel all or any undelivered portion of this order (i) if seller does not make deliveries as provided on the face hereof or if Seller breaches any of the terms hereof, including the warranties of seller; (ii) if Buyer and Seller are unable to agree on the amount of any increased cost or time of performance of this purchase order as a result of changes requested by buyer pursuant to Section 8. Buyer shall also have the right to cancel this order or any part hereof in the event of the happening of any of the following: insolvency of seller; filing of a volunt petition in bankruptcy; filing of an involuntary petition to have Seller declared bankrupt provided it is not vacated within thirty (30) days from the date of filing; the appointment of a receiver or trustee for seller, provided it is not vacated within thirty (30) days from the date of such appointment; or the execution by seller of an assignment for the benefit of creditor. In the event that Buyer shall so cancel or reject, Buyer mu be charged only for goods actually delivered and received and not rejected.

**13. RISK OF LOSS OR DAMAGE**

Notwithstanding any prior inspections, and irrespective of the F.O.B. point named herein, Seller will bear all risk of loss, damage or destruction to the ordered goods until final acceptance of the goods by Buyer a destination. Seller will bear the same risk with respect to any goods rejected by Buyer, however, will be responsible for any loss occasioned by the gross negligence of its employee acting within the scope their employment.

**14. WAIVER**

The failure of Buyer to enforce at any time of the provisions of this purchase order, to exercise any election or option provided herein, or to require at any time the performance by seller of any of the provisions herein will not in any way be a waiver of such provisions.

**15. REMEDIES**

The remedies stated herein are in addition to all other remedies at law or in equity.

**16. INDEMNIFICATION**

Page 2 of 3

(A) Seller agrees to indemnify Buyer, its agents, customers, successors and assigns against any loss, damages and liability (including costs and expenses), against or alleged infringement of any patent, copyright, trademark or trade secret arising out of the use or sale of the goods by buyer, its agents or customers; provided, however, that buyer must notify seller of any such infringement. Seller agrees, at Buyer's option (i) to refund to Buyer the amounts paid to seller for the goods covered by the injunction, or (ii) furnish Buyer with acceptable noninfringing goods.(B) Seller agrees to indemnify Buyer against any and all liability and expense resulting from any alleged defect in the goods to comply with specification.(C) The above indemnifications are in addition to all other rights of indemnification of Buyer against Seller.

## 17. NON-DISCLOSURE OR CONFIDENTIAL MATTER

Seller will not quote for sale to others, without Buyers written authorization, any goods purchased under Buyer's specification or drawings. All specifications, drawing, samples, and other data furnished by buyer be treated by seller as confidential information, will remain Buyer's property, and will be returned to Buyer on request. Seller will not use Buyer's confidential information in any way other than Buyer's account or disclose to any third party any of Buyer's confidential information. Seller will take the same precautions to protect the confidentiality of Buyers confidential information that it takes to protect its own confidential information, which precautions shall constitute not less than reasonable care.

## 18. ASSIGNMENT

No right or obligation under this purchase order (including right to receive monies due) may be assigned by Seller without the prior written consent of Buyer, and any purported assignment without such consent be void, Buyer may assign this purchase order at any time if such assignments is considered necessary by Buyer in connection with a sale of Buyer's assets or a transfer of its obligations.

## 19. NOTICE OF DELAYS

Whenever any event delays or threatens to delay the timely performance of this purchase order, Seller will immediately notify Buyer of such event and furnish all relevant details. Receipt of Buyer of such notice not constitute a wavier of the due dates hereunder.

## 20. PATENT LICENSE

Seller, as past consideration for this purchase order and without further cost to Buyer, hereby (and, to the extent requested by buyer, to the government) and irrevocable, non-exclusive, royalty-free license to use sell, manufactured products embodying any inventions and discoveries made, conceived or actually or reduced to practice in connection with the performance of this purchase order.

## 21.BUYER'S PROTECTION FOR WORK PERFORMED AT ITS SITE

Seller shall take all steps as may be reasonably necessary to prevent personal injury or property damage during any work hereunder that may be performed by any employees, agents or subcontractors of Seller Buyers site (including, without limitation, installation of equipment), and Seller shall indemnify and hold harmless Buyer from and against all loss, liability and damages arising from or caused directly or indirectly any act or omission of such agents, employees or subcontractors, and Seller shall maintain such insurance against public liability and property damage, and such employees liability and compensation insurance as will protect Buyer against the aforementioned risks and against any claims under any Workers compensation and occupational safety and health acts and any other applicable labor, health and safety laws.

## 22. BUYER FURNISHED PROPERTY

All unfurnished products, tools and other materials furnished by Buyer for use in the performance of this order shall remain the property of the Buyer and shall be used by Seller in the performance of this order in accordance with the requirements hereof, and shall be returned to buyer when requested upon completion or termination of this order or as otherwise requested by buyer. Seller shall maintain insurance covering casualty of loss of buyer's property while such property is in Seller s possession or control. The insurance policy shall be in amounts reasonable under the circumstances and shall name buyer as an additional insured and loss payee. Upon request from buyer, seller shall provide evidence of such insurance.

## 23. COMPLIANCE WITH LAWS

Seller warrants that no law, rule or regulation of the United States, any State, any government agency or of foreign government or agency has been or will be violated in the manufacture or sale of the products ordered hereunder or in the performance of any services covered in this order, including transportation, and seller agrees to indemnify and hold the buyer harmless from all loss, liability and damages arising out any actual or alleged violation. It is understood that Seller s warranty hereunder includes but is not limited to compliance with all requirements of the fair labor act of 1938, as amended, the occupational safety ar health act of 1970, the toxic substance control act of 1976 and the transportation safety act of 1974, as amended.

## 24. GOVERNMENT CONTRACTS

If this purchase order is issued for any purpose that is either directly or indirectly connected with the performance of a prime contract with the government or a subcontract there under, the terms that the armed services procurement regulations or other appropriate regulations require to be inserted in contracts or subcontracts will be deemed to apply to this purchase order.

## 25. LIMITATION OF LIABILITY

In no event shall buyer be liable for any lost profits for any special, incidental, consequential or indirect damage, however caused and on any theory of liability, even if buyer has been advised of the possibility of such damages.

## 26.APPLICABLE LAW

This purchase order will be governed by the law of the State of California, including its uniform commercial code without reference to conflict of law principles.

## 27. INDEPENDENT CONTRACTORS

The relationship of Buyer and seller established by this purchase order is that of independent contractors and nothing herein shall constitute the parties as partner, joint ventures, co-owners or participants in a common undertaking or allow either party to create any obligation on behalf of the other party.

## 28. ENTIRE AGREEMENT

This agreement sets forth the entire agreement between parties with respect to the subject matter hereof and supersedes all prior agreements and discussion between them. No modification or amendment here will be effective unless in writing and signed by a daily authorized representative of each party. Any terms and conditions set forth in any order confirmation or acknowledgment or any other documents shall be o no force or effect whatsoever.

Page 3 of 3

CONFIDENTIAL                                        NL002047

**Netlist, Inc.**

175 Technology
Suite 150
Irvine, CA 92618
(949) 435-0025 Phone
(949) 435-0031 Fax
www.netlistinc.com

# Purchase Order

**Order Date:** 1/3/2020

**P.O. Number:** 0327347

**Buyer:** AC

**Vendor Number:** SAM001

**Ship To:**

**Vendor:**
SAMSUNG SEMICONDUCTOR, INC
3655 NORTH FIRST STREET
SAN JOSE, CA 95134

NETLIST ELECTRONICS CO., LTD
A1, EPZ B ZONE
NO. 288 SHENG PU RD. SIP
SUZHOU, PRC 215121, CHINA

**Attn:** NEAL KNUTH
**Fax::** 408-544-4909

| Dock Date | Ship VIA | FCA | Terms |
|---|---|---|---|
| 3/6/2020 | CIP SUZHOU | | NET 45 DAYS |

| Item / Description | Unit | Qty | Qty Received | Qty B/O | Price | Extended |
|---|---|---|---|---|---|---|
| *D35128CCJB-2E* | EACH | 50,000 | 0 | 0 | $1.6000 | $80,000.00 |
| DDR3-1600-11 512MX8 BGA78 1.35V 1.25NS 7.6X11.1MM GREEN SAMSUNG K4B4G0846E-BYK0000 | | | Whse: CQA | | | |
| *D35128CCKD-2E* | EACH | 25,600 | 0 | 0 | $1.6000 | $40,960.00 |
| DDR3-1866-13 512MX8 BGA78 1.35V 1.071NS 7.6X11.1MM GREEN SAMSUNG K4B4G0846E-BYMA0000 | | | Whse: CQA | | | |
| *D45116CDNG-2C* | EACH | 15,680 | 0 | 0 | $3.5000 | $54,880.00 |
| DDR4-2666-19 512MX16 FBGA-96 1.2V 0.833ns 7.6X13.4mm SAMSUNG K4A8G165WC-BCTD | | | Whse: CQA | | | |

**Approved Signature:**

**Date of Approval:**

**P.O. #:** 0327347

**Purchase Order Terms and Conditions Attached**

| | |
|---|---|
| **Net Order:** | $175,840.00 |
| **Sales Tax:** | 0.00 |
| **Freight:** | 0.00 |
| **Order Total:** | $175,840.00 |

Page 1 of 3

CONFIDENTIAL                NL002048

**1. ACCEPTANCE**

The terms and conditions hereof become the exclusive and binding agreement between the parties covering the purchase of goods or services ordered herein when this purchase order is accepted by acknowledgment or commencement of performance. This order may be accepted only on these terms and conditions. Additional or different terms proposed by seller will be applicable in writing by buyer. No change, modification or revision of this order shall be effective unless in writing and signed by buyer.

**2. INVOICES**

Seller will submit invoices in triplicate showing the following: purchase order number, item number, description of item, size of item, quantity of them, unit prices, applicable taxes, extended totals, and any other information specified elsewhere herein. A Bill of Lading or express receipt must accompany each invoice.

**3. PAYMENT TERMS**

All prices are to be quoted and paid in United States Dollars. Unless otherwise specified, the prices set forth in this purchase order include all applicable foreign, federal, state, and local taxes and all shipping, freight, transportation, packing and handling charges. Payment terms are net sixty (60) days from the date of invoice, subject to any amounts subject to set-of or clarification or in good faith dispute. Payment of invoice will not constitute acceptance of goods and will be subject to adjustments for errors, shortages, and defect in the goods or other failure of seller to meet the requirements of the purchase order. Buyer may in good faith, notify seller that buyer requires further clarification or documentation of an invoice or that Buyer believes that an invoice is in error or otherwise not payable hereunder. Buyer's delay in paying any disputed portion of any invoice in such circumstances shall not constitute a breach of default by Buyer. On a monthly basis, Seller shall provide Buyer with (1) a detailed monthly aging statement for invoices that are overdue, if any; (2) and for any known invoices which are in dispute, a detailed discrepancy statement specifying the following: (a) invoice number; (b) Buyer's purchase order number; (c) amount of discrepancy; (d) check number and date; and (e) reference debit memo number. Payments of invoices shall be deemed correct unless Seller notifies Buyer of any payment discrepancies within thirty (30) days. Buyer may at any time set off any amount owed by Buyer to Seller against any amount owed by Seller or any of its affiliated companies to Buyer.

**4. DISCOUNTS**

Time in connection with any discount offered by seller will be computed from the latest of (1) the scheduled delivery date, (2) the date of actual delivery, or (3) the date an acceptable invoice is received. For the purpose of earning the discount, payment will be deemed to have been made on the date of mailing of Buyers payment.

**5. OVER SHIPMENT**

Buyers will pay only for maximum quantity ordered. Over shipments will be held by Buyer at Seller's risk and expense for a reasonable time awaiting shipping instructions. Return shipping charges for excess quantities will be at Sellers expense.

**6. PACKING AND SHIPMENT**

Unless otherwise specified, when the price of this purchase order is based on the weight of the ordered goods, such price is to cover only the net weight of material ordered, and no charge will be allowed for packing, handling, transportation, storage or other packing expenses. All such expenses shall be solely by seller. Unless otherwise specified, Seller will package and pack all goods in a manner, which is (i) in accordance with good commercial practice, (ii) acceptable to common carriers for shipment at the lowest rate for the particular goods, (iii) in accordance with I.C.C. regulations, and (iv) adequate to ensure safe arrival of the goods at the name destination. Seller will mark all containers with necessary lifting, handling, and shipping information and with purchase order numbers, date of shipment, and the names of the consignee and consignor. An itemized packing list must accompany each shipment.

**7. DELIVERY**

Seller shall deliver the products order hereunder in accordance with the delivery date or dates specified by buyer. Seller acknowledges that time is of the essence in the fulfillment of buyer's orders hereunder. No partial or incomplete delivery will be made prior to the delivery date or dates specified unless Buyer has given prior written consent. Unless otherwise specifically provided on the face of this order, the product ordered hereunder will be delivered on an F.O.B. destination basis. In the event this purchase order includes the delivery of equipment, which requires installation. Sellers shall install such equipment at Buyers designated site upon request from Buyer at Sellers sole expense.

**8. WARRANTY**

(A) Seller warrants that all good delivered (i) will be free from defects in workmanship, material, and manufacture, (ii) will comply with the requirements of this purchase order, including any drawings or specifications incorporated herein or samples furnished by Seller, (iii) when design is Sellers responsibility, will be free from defect in design and (iv) when equipment is installed by Seller, will be properly installed and in good working order. Seller Further warrants that all goods purchases hereunder will be of merchantable quality and will be fit for the purpose intended by Buyer. The foregoing warranties constitute conditions to this purchase order. They are in addition to all others warranties, whether express or implied, and will survive any delivery, inspection, acceptance or payment by buyer. All warranties run to the benefit of Buyer and its customers.(B) Buyer's approval of seller of any warranties.(C) If any goods delivered do not meet the warranties specified herein or otherwise applicable. Buyer may, at its option, (i) require Seller to correct any defective or nonconforming good by repair or replacement at no cost to Buyer, or (ii) return such defective or nonconforming goods to seller at seller's expense and recover from Seller and the order price thereof, or (iii) may require an appropriate reduction in price.

**9. INSPECTION AND ACCEPTANCE**

Notwithstanding any prior inspection or payment, all goods will be subject to final inspection and acceptance at buyer's plant within a reasonable time after delivery. In case any item is defective in material or workmanship, or otherwise not in conformity with the requirements of this order, Buyer will have the right to reject it, to repair it's correction or to accept it with an adjustment in price. Any item that has been rejected or required to be corrected must be replaced or corrected by and at the expense of Seller promptly after notice. If, after being requested by Buyer, Seller fails to promptly replace or correct any defective item, then buyer. (i) may, by contract or otherwise, replace or correct such item and charge to Seller the cost occasioned thereby, (ii) may, without further notice, cancel this purchase order for default in accordance with item 11 below, or (iii) may require an appropriate reduction in price.

**10. CHANGE ORDERS**

(A) Buyer may at any time, by a written order, suspend performance hereunder, increase or decrease the order quantities, change the due date or make changes in any one or more of the following: (i) applicable drawings, designs or specification; (ii) method of shipment or packing; and/or (iii) place of delivery.(B) If the change causes an increase in the cost or the time required by seller for performance of the purchase order and seller so notifies Buyer, then an equitable adjustment will be made in order price or delivery schedule or both, and the purchase order will be modified accordingly in writing. No claims by seller for such an adjustment will be valid unless asserted within twenty (20) days from the date of receipt by seller of the notification of change; provided, however that such period may be extended upon the written approval of Buyer.(C) Nothing in this item 10 is intended to excuse seller from proceeding with this purchase order as changed or amended.

**11. CANCELLATION FOR DEFAULT**

(A) It is understood and agreed that time is of the essence in the fulfillment of this order because the goods or services herein are needed for products that have a very short, carefully timed market life; failure seller to deliver on the due date could cause buyer's product to be unmarketable. Buyer may by written notice, cancel this order in whole or in part if, in Buyer's good faith opinion, Seller (i) has failed to make delivery of the items or to perform the services within the time specified herein, or any extension thereof written change order or amendment; or (ii) has failed to replace or correct defective items, in accordance with the provisions of items 8 or 9 above; or (iii) has failed to perform any of the other provisions of this purchase order; or (iv) has so failed to make progress under this purchase order as to endanger performance in accordance with its terms.(B) If this purchase order is cancelled for seller's default, Buyer may procure, upon such terms and in such manner, as buyer may deem appropriate. Substitute goods or services similar or substantially similar to those cancelled. Without limiting Buyer's remedies, Seller will then be liable to Buyer for any excess cost occasioned thereby.(C) Nothing in this item 11 is intended seller from proceeding with any unconcealed portion of this purchase order.

**12. CANCELLATION**

In addition to the right to reject delayed deliveries under section 7, Buyer may cancel all any undelivered portion of this order (i) if seller does not make deliveries as provided on the face hereof or if Seller breaches any of the terms hereof, including the warranties of seller; (ii) if Buyer and Seller are unable to agree on the amount of any increased cost or time of performance of this purchase order as a result of changes requested by buyer pursuant to Section 8. Buyer shall also have the right to cancel this order or any part hereof in the event of the happening of any of the following: insolvency of seller; filing of a volunt petition in bankruptcy; filing of an involuntary petition to have Seller declared bankrupt provided it is not vacated within thirty (30) days from the date of filing; the appointment of a receiver or trustee for seller, provided it is not vacated within thirty (30) days from the date of such appointment; or the execution by seller of an assignment for the benefit of creditor. In the event that Buyer shall so cancel or reject, Buyer ma be charged only for goods actually delivered and received and not rejected.

**13. RISK OF LOSS OR DAMAGE**

Notwithstanding any prior inspections, and irrespective of the F.O.B. point named herein, Seller will bear all risk of loss, damage or destruction to the ordered goods until final acceptance of the goods by Buyer a destination. Seller will bear the same risk with respect to any goods rejected by Buyer, however, will be responsible for any loss occasioned by the gross negligence of its employee acting within the scope their employment.

**14. WAIVER**

The failure of Buyer to enforce at any time of the provisions of this purchase order, to exercise any election or option provided herein, or to require at any time the performance by seller of any of the provisions herein will not in any way be a waiver of such provisions.

**15. REMEDIES**

The remedies stated herein are in addition to all other remedies at law or in equity.

**16. INDEMNIFICATION**

CONFIDENTIAL

Ex 52

1549

NL002049

(A) Seller agrees to indemnify Buyer, its agents, customers, successors and assignees against any loss, damages and liability (including costs and expenses, penalties or alleged infringement of any patent, copyright, trademark or trade secret arising out of the use or sale of the goods by buyer, its agents or customers; provided; however, that buyer must notify seller of any such infringement. Seller agrees, at Buyer's option (i) to refund to Buyer the amounts paid to seller for the goods covered by the injunction, or (ii) furnish Buyer with acceptable noninfringing goods.(B) Seller agrees to indemnify Buyer against any and all liability and expense resulting from any alleged defect in the goods to comply with specification.(C) The above indemnifications are in addition to all other rights of indemnification of Buyer against Seller.

## 17. NON-DISCLOSURE OR CONFIDENTIAL MATTER

Seller will not quote for sale to others, without Buyers written authorization, any goods purchased under Buyer's specification or drawings. All specifications, drawing, samples, and other data furnished by buyer will be treated by seller as confidential information, will remain Buyer's property, and will be returned to Buyer on request. Seller will not use Buyer's confidential information in any way other than Buyer's account or disclose to any third party any of Buyer's confidential information. Seller will take the same precautions to protect the confidentiality of Buyers confidential information that it takes to protect its own confidential information, which precautions shall constitute not less than reasonable care.

## 18. ASSIGNMENT

No right or obligation under this purchase order (including right to receive monies due) may be assigned by Seller without the prior written consent of Buyer, and any purported assignment without such consent will be void, Buyer may assign this purchase order at any time if such assignments is considered necessary by Buyer in connection with a sale of Buyer's assets or a transfer of its obligations.

## 19. NOTICE OF DELAYS

Whenever any event delays or threatens to delay the timely performance of this purchase order, Seller will immediately notify Buyer of such event and furnish all relevant details. Receipt of Buyer of such notice will not constitute a wavier of the due dates hereunder.

## 20. PATENT LICENSE

Seller, as past consideration for this purchase order and without further cost to Buyer, hereby (and, to the extent requested by buyer, to the government) and irrevocable, non-exclusive, royalty-free license to use, sell, manufactured products embodying any inventions and discoveries made, conceived or actually or reduced to practice in connection with the performance of this purchase order.

## 21.BUYER'S PROTECTION FOR WORK PERFORMED AT ITS SITE

Seller shall take all steps as may be reasonably necessary to prevent personal injury or property damage during any work hereunder that may be performed by any employees, agents or subcontractors of Seller at Buyers site (including, without limitation, installation of equipment), and Seller shall indemnify and hold harmless Buyer from and against all loss, liability and damages arising from or caused directly or indirectly by any act or omission of such agents, employees or subcontractors, and Seller shall maintain such insurance against public liability and property damage, and such employees liability and compensation insurance as will protect Buyer against the aforementioned risks and against any claims under any Workers compensation and occupational safety and health acts and any other applicable labor, health and safety laws.

## 22. BUYER FURNISHED PROPERTY

All unfurnished products, tools and other materials furnished by Buyer for use in the performance of this order shall remain the property of the Buyer and shall be used by Seller in the performance of this order only in accordance with the requirements hereof, and shall be returned to buyer when requested upon completion or termination of this order or as otherwise requested by buyer. Seller shall maintain insurance covering casualty of loss of buyer's property while such property is in Seller s possession or control. The insurance policy shall be in amounts reasonable under the circumstances and shall name buyer as an additional insured and loss payee. Upon request from buyer, seller shall provide evidence of such insurance.

## 23. COMPLIANCE WITH LAWS

Seller warrants that no law, rule or regulation of the United States, any State, any government agency or of foreign government or agency has been or will be violated in the manufacture or sale of the products ordered hereunder or in the performance of any services covered in this order, including transportation, and seller agrees to indemnify and hold the buyer harmless from all loss, liability and damages arising out of any actual or alleged violation. It is understood that Seller s warranty hereunder includes but is not limited to compliance with all requirements of the fair labor act of 1938, as amended, the occupational safety and health act of 1970, the toxic substance control act of 1976 and the transportation safety act of 1974, as amended.

## 24. GOVERNMENT CONTRACTS

If this purchase order is issued for any purpose that is either directly or indirectly connected with the performance of a prime contract with the government or a subcontract there under, the terms that the armed services procurement regulations or other appropriate regulations require to be inserted in contracts or subcontracts will be deemed to apply to this purchase order.

## 25. LIMITATION OF LIABILITY

In no event shall buyer be liable for any lost profits for any special, incidental, consequential or indirect damage, however caused and on any theory of liability, even if buyer has been advised of the possibility of such damages.

## 26.APPLICABLE LAW

This purchase order will be governed by the law of the State of California, including its uniform commercial code without reference to conflict of law principles.

## 27. INDEPENDENT CONTRACTORS

The relationship of Buyer and seller established by this purchase order is that of independent contractors and nothing herein shall constitute the parties as partner, joint ventures, co-owners or participants in a common undertaking or allow either party to create any obligation on behalf of the other party.

## 28. ENTIRE AGREEMENT

This agreement sets forth the entire agreement between parties with respect to the subject matter hereof and supersedes all prior agreements and discussion between them. No modification or amendment here will be effective unless in writing and signed by a daily authorized representative of each party. Any terms and conditions set forth in any order confirmation or acknowledgment or any other documents shall be of no force or effect whatsoever.

CONFIDENTIAL

Ex 52

1550

NL002050



**Netlist, Inc.**

175 Technology
Suite 150
Irvine, CA 92618
(949) 435-0025 Phone
(949) 435-0031 Fax
www.netlistinc.com

# Purchase Order

**Order Date:** 12/11/2019

**P.O. Number:** 0327242

**Buyer:** ANL

| **Vendor Number:** | SAM001 | **Ship To:** |
|---|---|---|

**Vendor:**
SAMSUNG SEMICONDUCTOR, INC
3655 NORTH FIRST STREET
SAN JOSE, CA  95134

**Ship To:**
NETLIST ELECTRONICS CO., LTD
A1, EPZ  B  ZONE
NO. 288 SHENG PU RD. SIP
SUZHOU, PRC 215121, CHINA

**Attn:** NEAL KNUTH
**Fax::** 408-544-4909

| Dock Date | Ship VIA | FCA | Terms |
|---|---|---|---|
| 3/6/2020 | CIP SUZHOU | | NET 45 DAYS |

| Item / Description | Unit | Qty | Qty Received | Qty B/O | Price | Extended |
|---|---|---|---|---|---|---|
| *D35128CCJB-2E*<br><br>DDR3-1600-11 512MX8 BGA78 1.35V<br>1.25NS 7.6X11.1MM GREEN<br>SAMSUNG K4B4G0846E-BYK0000 | EACH | 37,151 | 37,151<br>Whse:  CQA | 0 | $1.5000 | $55,726.50 |
| *D35128CCJB-2E*<br><br>DDR3-1600-11 512MX8 BGA78 1.35V<br>1.25NS 7.6X11.1MM GREEN<br>SAMSUNG K4B4G0846E-BYK0000 | EACH | 12,849 | 0<br>Whse:  CQA | 12,849 | $1.6000 | $20,558.40 |

**Approved Signature:**

**Date of Approval:**

**P.O. #:** 0327242

**Purchase Order Terms and Conditions Attached**

| | |
|---|---|
| **Net Order:** | $76,284.90 |
| **Sales Tax:** | 0.00 |
| **Freight:** | 0.00 |
| **Order Total:** | $76,284.90 |

Page 1 of 3

CONFIDENTIAL

1551

NL002051

**1. ACCEPTANCE**

The terms and conditions hereof become the exclusive and binding agreement between the parties covering the purchase of goods or services ordered herein when this purchase order is accepted by acknowledgement or commencement of performance. This order may be accepted only on these terms and conditions. Additional or different terms proposed by seller will be applicable in writing by buyer. No change, modification or revision of this order shall be effective unless in writing and signed by buyer.

**2. INVOICES**

Seller will submit invoices in triplicate showing the following: purchase order number, item number, description of item, size of item, quantity of them, unit prices, applicable taxes, extended totals, and any other information specified elsewhere herein. A Bill of Lading or express receipt must accompany each invoice.

**3. PAYMENT TERMS**

All prices are to be quoted and paid in United States Dollars. Unless otherwise specified, the prices set forth in this purchase order include all applicable foreign, federal state, and local taxes and all shipping, freight, transportation, packing and handling charges. Payment terms are net sixty (60) days from the date of invoice, subject to any amounts subject to set-of or clarification or in good faith dispute. Payment of invoice will not constitute acceptance of goods and will be subject to adjustments for errors, shortages, and defect in the goods or other failure of seller to meet the requirements of the purchase order. Buyer may in good faith, notify seller that buyer requires further clarification or documentation of an invoice or that Buyer believes that an invoice is in error or otherwise not payable hereunder. Buyer's delay in paying any disputed portion of any invoice in such circumstances shall not constitute a breach of default by Buyer. On a monthly basis, Seller shall provide Buyer with (1) a detailed monthly aging statement for invoices that are overdue, if any; (2) and for any known invoices which are in dispute, a detailed discrepancy statement specifying the following: (a) invoice number; (b) Buyer's purchase order number; (c) amount of discrepancy; (d) check number and date; and (e) reference debit memo number. Payments of invoices shall be deemed correct unless Seller notifies Buyer of any payment discrepancies within thirty (30) days. Buyer may at any time set off any amount owed by Buyer to Seller against any amount owed by Seller or any of its affiliated companies to Buyer.

**4. DISCOUNTS**

Time in connection with any discount offered by seller will be computed from the latest of (1) the scheduled delivery date, (2) the date of actual delivery, or (3) the date an acceptable invoice is received. For the purpose of earning the discount, payment will be deemed to have been made on the date of mailing of Buyers payment.

**5. OVER SHIPMENT**

Buyers will pay only for maximum quantity ordered. Over shipments will be held by Buyer at Seller's risk and expense for a reasonable time awaiting shipping instructions. Return shipping charges for excess quantities will be at Sellers expense.

**6. PACKING AND SHIPMENT**

Unless otherwise specified, when the price of this purchase order is based on the weight of the ordered goods, such price is to cover only the net weight of material ordered, and no charge will be allowed for packing, handling, transportation, storage or other packing expenses. All such expenses shall be solely by seller. Unless otherwise specified, Seller will package and pack all goods in a manner, which is (i) in accordance with good commercial practice, (ii) acceptable to common carriers for shipment at the lowest rate for the particular goods, (iii) in accordance with I.C.C. regulations, and (iv) adequate to ensure safe arrival of the goods at the name destination. Seller will mark all containers with necessary lifting, handling, and shipping information and with purchase order numbers, date of shipment, and the names of the consignee and consignor. An itemized packing list must accompany each shipment.

**7. DELIVERY**

Seller shall deliver the products order hereunder in accordance with the delivery date or dates specified by buyer. Seller acknowledges that time is of the essence in the fulfillment of buyer's orders hereunder. No partial or incomplete delivery will be made prior to the delivery date or dates specified unless Buyer has given prior written consent. Unless otherwise specifically provided on the face of this order, the product ordered hereunder will be delivered on an F.O.B. destination basis. In the event this purchase order includes the delivery of equipment, which requires installation, Sellers shall install such equipment at Buyers designated site upon request from Buyer at Sellers sole expense.

**8. WARRANTY**

(A) Seller warrants that all good delivered (i) will be free from defects in workmanship, material, and manufacture, (ii) will comply with the requirements of this purchase order, including any drawings or specifications incorporated herein or samples furnished by Seller, (iii) when design is Sellers responsibility, will be free from defect in design and (iv) when equipment is installed by Seller, will be properly installed and in good working order. Seller Further warrants that all goods purchases hereunder will be of merchantable quality and will be fit for the purpose intended by Buyer. The foregoing warranties constitute conditions to this purchase order. They are in addition to all others warranties, whether express or implied, and will survive any delivery, inspection, acceptance or payment by buyer. All warranties run to the benefit of Buyer and its customers.(B) Buyer's approval of seller of any warranties.(C) If any goods delivered do not meet the warranties specified herein or otherwise applicable. Buyer may, at its option, (i) require Seller to correct any defective or nonconforming good by repair or replacement at no cost to Buyer, or (ii) return such defective or nonconforming goods to seller at seller's expense and recover from Seller and the order price thereof, or (iii) may require an appropriate reduction in price.

**9. INSPECTION AND ACCEPTANCE**

Notwithstanding any prior inspection or payment, all goods will be subject to final inspection and acceptance at buyer's plant within a reasonable time after delivery. In case any item is defective in material or workmanship, or otherwise not in conformity with the requirements of this order, Buyer will have the right to reject it, to require it's correction or to accept it with an adjustment in price. Any item that has been rejected or required to be corrected must be replaced or corrected by and at the expense of Seller promptly after notice. If, after being requested by Buyer, Seller fails to promptly replace or correct any defective item, then buyer. (i) may, by contract or otherwise, replace or correct such item and charge to Seller the cost occasioned thereby, (ii) may, without further notice, cancel this purchase order for default in accordance with item 11 below, or (iii) may require an appropriate reduction in price.

**10. CHANGE ORDERS**

(A) Buyer may at any time, by a written order, suspend performance hereunder, increase or decrease the order quantities, change the due date or make changes in any one or more of the following: (i) applicable drawings, designs or specification; (ii) method of shipment or packing; and/or (iii) place of delivery.(B) If the change causes an increase in the cost or the time required by seller for performance of the purchase order and seller so notifies Buyer, then an equitable adjustment will be made in order price or delivery schedule or both, and the purchase order will be modified accordingly in writing. No claims by seller for such an adjustment will be valid unless asserted within twenty (20) days from the date of receipt by seller of the notification of change; provided, however that such period may be extended upon the written approval of Buyer.(C) Nothing in this item 10 is intended to excuse seller from proceeding with this purchase order as changed or amended.

**11. CANCELLATION FOR DEFAULT**

(A) It is understood and agreed that time is of the essence in the fulfillment of this order because the goods or services herein are needed for products that have a very short, carefully timed market life; failure seller to deliver on the due date could cause buyer's product to be unmarketable. Buyer may by written notice, cancel this order in whole or in part if, in Buyer's good faith opinion, Seller (i) has failed to make delivery of the items or to perform the services within the time specified herein, or any extension thereof written change order or amendment; or (ii) has failed to replace or correct defective items, in accordance with the provisions of items 8 or 9 above; or (iii) has failed to perform any of the other provisions of this purchase order; or (iv) has so failed to make progress under this purchase order as to endanger performance in accordance with its terms.(B) If this purchase order is cancelled for seller's default, Buyer may procure, upon such terms and in such manner, as buyer may deem appropriate. Substitute goods or services similar or substantially similar to those cancelled. Without limiting Buyer's remedies, Seller will then be liable to Buyer for any excess cost occasioned thereby.(C) Nothing in this item 11 is intended seller from proceeding with any unconcealed portion of this purchase order.

**12. CANCELLATION**

In addition to the right to reject delayed deliveries under section 7, Buyer may cancel all or any undelivered portion of this order (i) if seller does not make deliveries as provided on the face hereof or if Seller breaches any of the terms hereof, including the warranties of seller; (ii) if Buyer and Seller are unable to agree on the amount of any increased cost or time of performance of this purchase order as a result of changes requested by buyer pursuant to Section 8. Buyer shall also have the right to cancel this order or any part hereof in the event of the happening of any of the following: insolvency of seller; filing of a volunt petition in bankruptcy; filing of an involuntary petition to have Seller declared bankrupt provided it is not vacated within thirty (30) days from the date of filing; the appointment of a receiver or trustee for seller, provided it is not vacated within thirty (30) days from the date of such appointment; or the execution by seller of an assignment for the benefit of creditor. In the event that Buyer shall so cancel or reject, Buyer ma be charged only for goods actually delivered and received and not rejected.

**13. RISK OF LOSS OR DAMAGE**

Notwithstanding any prior inspections, and irrespective of the F.O.B. point named herein, Seller will bear all risk of loss, damage or destruction to the ordered goods until final acceptance of the goods by Buyer a destination. Seller will bear the same risk with respect to any goods rejected by Buyer. Buyer, however, will be responsible for any loss occasioned by the gross negligence of its employee acting within the scope their employment.

**14. WAIVER**

The failure of Buyer to enforce at any time of the provisions of this purchase order, to exercise any election or option provided herein, or to require at any time the performance by seller of any of the provisions herein will not in any way be a waiver of such provisions.

**15. REMEDIES**

The remedies stated herein are in addition to all other remedies at law or in equity.

**16. INDEMNIFICATION**

Page 2 of 3

CONFIDENTIAL     NL002052

(A) Seller agrees to indemnify Buyer, its agents, customers, successors and assigns against any loss, damage, and liability (including cost and expense) against as alleged infringement of any patent, copyright, trademark or trade secret arising out of the use or sale of the goods by buyer, its agents or customers; provided, however, that buyer must notify seller of any such infringement. Seller agrees, at Buyer's option (i) refund to Buyer the amounts paid to seller for the goods covered by the injunction, or (ii) furnish Buyer with acceptable noninfringing goods.(B) Seller agrees to indemnify Buyer against any and all liability and expense resulting from any alleged defect in the goods to comply with specification.(C) The above indemnifications are in addition to all other rights of indemnification of Buyer against Seller.

## 17. NON-DISCLOSURE OR CONFIDENTIAL MATTER

Seller will not quote for sale to others, without Buyers written authorization, any goods purchased under Buyer's specification or drawings. All specifications, drawing, samples, and other data furnished by buyer be treated by seller as confidential information, will remain Buyer's property, and will be returned to Buyer on request. Seller will not use Buyer's confidential information in any way other than Buyer's account or disclose to any third party any of Buyer's confidential information. Seller will take the same precautions to protect the confidentiality of Buyers confidential information that it takes to protect its own confidential information, which precautions shall constitute not less than reasonable care.

## 18. ASSIGNMENT

No right or obligation under this purchase order (including right to receive monies due) may be assigned by Seller without the prior written consent of Buyer, and any purported assignment without such consent will be void, Buyer may assign this purchase order at any time if such assignments is considered necessary by Buyer in connection with a sale of Buyer's assets or a transfer of its obligations.

## 19. NOTICE OF DELAYS

Whenever any event delays or threatens to delay the timely performance of this purchase order, Seller will immediately notify Buyer of such event and furnish all relevant details. Receipt of Buyer of such notice will not constitute a waiver of the due dates hereunder.

## 20. PATENT LICENSE

Seller, as part consideration for this purchase order and without further cost to Buyer, hereby (and, to the extent requested by buyer, to the government) and irrevocable, non-exclusive, royalty-free license to use sell, manufactured products embodying any inventions and discoveries made, conceived or actually or reduced to practice in connection with the performance of this purchase order.

## 21.BUYER'S PROTECTION FOR WORK PERFORMED AT ITS SITE

Seller shall take all steps as may be reasonably necessary to prevent personal injury or property damage during any work hereunder that may be performed by any employees, agents or subcontractors of Seller Buyers site (including, without limitation, installation of equipment), and Seller shall indemnify and hold harmless Buyer from and against all loss, liability and damages arising from or caused directly or indirectly any act or omission of such agents, employees or subcontractors, and Seller shall maintain such insurance against public liability and property damage, and such employees liability and compensation insurance as will protect Buyer against the aforementioned risks and against any claims under any Workers compensation and occupational safety and health acts and any other applicable labor, health and safety laws.

## 22. BUYER FURNISHED PROPERTY

All unfurnished products, tools and other materials furnished by Buyer for use in the performance of this order shall remain the property of the Buyer and shall be used by Seller in the performance of this order only in accordance with the requirements hereof, and shall be returned to buyer when requested upon completion or termination of this order or as otherwise requested by buyer. Seller shall maintain insurance covering casualty of loss of buyer's property while such property is in Seller s possession or control. The insurance policy shall be in amounts reasonable under the circumstances and shall name buyer as an additional insured and loss payee. Upon request from buyer, seller shall provide evidence of such insurance.

## 23. COMPLIANCE WITH LAWS

Seller warrants that no law, rule or regulation of the United States, any State, any government agency or of foreign government or agency has been or will be violated in the manufacture or sale of the products ordered hereunder or in the performance of any services covered in this order, including transportation, and seller agrees to indemnify and hold the buyer harmless from all loss, liability and damages arising out any actual or alleged violation. It is understood that Seller s warranty hereunder includes but is not limited to compliance with all requirements of the fair labor act of 1938, as amended, the occupational safety ar health act of 1970, the toxic substance control act of 1976 and the transportation safety act of 1974, as amended.

## 24. GOVERNMENT CONTRACTS

If this purchase order is issued for any purpose that is either directly or indirectly connected with the performance of a prime contract with the government or a subcontract there under, the terms that the armed services procurement regulations or other appropriate regulations require to be inserted in contracts or subcontracts will be deemed to apply to this purchase order.

## 25. LIMITATION OF LIABILITY

In no event shall buyer be liable for any lost profits for any special, incidental, consequential or indirect damage, however caused and on any theory of liability, even if buyer has been advised of the possibility of such damages.

## 26.APPLICABLE LAW

This purchase order will be governed by the law of the State of California, including its uniform commercial code without reference to conflict of law principles.

## 27. INDEPENDENT CONTRACTORS

The relationship of Buyer and seller established by this purchase order is that of independent contractors and nothing herein shall constitute the parties as partner, joint ventures, co-owners or participants in a common undertaking or allow either party to create any obligation on behalf of the other party.

## 28. ENTIRE AGREEMENT

This agreement sets forth the entire agreement between parties with respect to the subject matter hereof and supersedes all prior agreements and discussion between them. No modification or amendment here will be effective unless in writing and signed by a daily authorized representative of each party. Any terms and conditions set forth in any order confirmation or acknowledgment or any other documents shall be o no force or effect whatsoever.

CONFIDENTIAL

Ex 52

1553
NL002053

# Netlist, Inc.

175 Technology
Suite 150
Irvine, CA 92618
(949) 435-0025 Phone
(949) 435-0031 Fax
www.netlistinc.com

# Purchase Order

**Order Date:** 1/31/2020

**P.O. Number:** 0327515

**Buyer:** ANL

| **Vendor Number:** | SAM001 | **Ship To:** |
|---|---|---|

**Vendor:**
SAMSUNG SEMICONDUCTOR, INC
3655 NORTH FIRST STREET
SAN JOSE, CA 95134

**Ship To:**
NETLIST ELECTRONICS CO., LTD
A1, EPZ B ZONE
NO. 288 SHENG PU RD. SIP
SUZHOU, PRC 215121, CHINA

**Attn:** NEAL KNUTH
**Fax::** 408-544-4909

| Dock Date | Ship VIA | FCA | Terms |
|---|---|---|---|
| 7/6/2020 | CIP SUZHOU | | NET 45 DAYS |

| Item / Description | Unit | Qty | Qty Received | Qty B/O | Price | Extended |
|---|---|---|---|---|---|---|
| *D35128CCJB-2E* <br><br>DDR3-1600-11 512MX8 BGA78 1.35V<br>1.25NS 7.6X11.1MM GREEN<br>SAMSUNG K4B4G0846E-BYK0000 | EACH | 120,000 | 0<br>Whse: CQA | 0 | $1.6000 | $192,000.00 |
| *D35128CCKD-2E* <br><br>DDR3-1866-13 512MX8 BGA78 1.35V<br>1.071NS 7.6X11.1MM GREEN<br>SAMSUNG K4B4G0846E-BYMA0000 | EACH | 100,000 | 0<br>Whse: CQA | 0 | $1.6000 | $160,000.00 |

**Approved Signature:**

**Date of Approval:**

**P.O. #:** 0327515

**Purchase Order Terms and Conditions Attached**

| | |
|---|---|
| **Net Order:** | $352,000.00 |
| **Sales Tax:** | 0.00 |
| **Freight:** | 0.00 |
| **Order Total:** | $352,000.00 |

Page 1 of 3

CONFIDENTIAL

1554

NL002054

**1. ACCEPTANCE**

The terms and conditions hereof become the exclusive and binding agreement between the parties covering the purchase of goods or services ordered herein when this purchase order is accepted by acknowledgment or commencement of performance. This order may be accepted only on these terms and conditions. Additional or different terms proposed by seller will be applicable in writing by buyer. No change, modification or revision of this order shall be effective unless in writing and signed by buyer.

**2. INVOICES**

Seller will submit invoices in triplicate showing the following: purchase order number, item number, description of item, size of item, quantity of them, unit prices, applicable taxes, extended totals, and any other information specified elsewhere herein. A Bill of Lading or express receipt must accompany each invoice.

**3. PAYMENT TERMS**

All prices are to be quoted and paid in United States Dollars. Unless otherwise specified, the prices set forth in this purchase order include all applicable foreign, federal state, and local taxes and all shipping, freight, transportation, packing and handling charges. Payment terms are net sixty (60) days from the date of invoice, subject to any amounts subject to set-of or clarification or in good faith dispute. Payment of invoice will not constitute acceptance of goods and will be subject to adjustments for errors, shortages, and defect in the goods or other failure of seller to meet the requirements of the purchase order. Buyer may in good faith, notify seller that buyer requires further clarification or documentation of an invoice or that Buyer believes that an invoice is in error or otherwise not payable hereunder. Buyer's delay in paying any disputed portion of any invoice in such circumstances shall not constitute a breach of default by Buyer. On a monthly basis, Seller shall provide Buyer with (1) a detailed monthly aging statement for invoices that are overdue, if any; (2) and for any known invoices which are in dispute, a detailed discrepancy statement specifying the following: (a) invoice number; (b) Buyer's purchase order number; (c) amount of discrepancy; (d) check number and date; and (e) reference debit memo number. Payments of invoices shall be deemed correct unless Seller notifies Buyer of any payment discrepancies within thirty (30) days. Buyer may at any time set off any amount owed by Buyer to Seller against any amount owed by Seller or any of its affiliated companies to Buyer.

**4. DISCOUNTS**

Time in connection with any discount offered by seller will be computed from the latest of (1) the scheduled delivery date, (2) the date of actual delivery, or (3) the date an acceptable invoice is received. For the purpose of earning the discount, payment will be deemed to have been made on the date of mailing of Buyers payment.

**5. OVER SHIPMENT**

Buyers will pay only for maximum quantity ordered. Over shipments will be held by Buyer at Seller's risk and expense for a reasonable time awaiting shipping instructions. Return shipping charges for excess quantities will be at Sellers expense.

**6. PACKING AND SHIPMENT**

Unless otherwise specified, when the price of this purchase order is based on the weight of the ordered goods, such price is to cover only the net weight of material ordered, and no charge will be allowed for packing, handling, transportation, storage or other packing expenses. All such expenses shall be solely by seller. Unless otherwise specified, Seller will package and pack all goods in a manner, which is (i) in accordance with good commercial practice, (ii) acceptable to common carriers for shipment at the lowest rate for the particular goods, (iii) in accordance with I.C.C. regulations, and (iv) adequate to ensure safe arrival of the goods at the name destination. Seller will mark all containers with necessary lifting, handling, and shipping information and with purchase order numbers, date of shipment, and the names of the consignee and consignor. An itemized packing list must accompany each shipment.

**7. DELIVERY**

Seller shall deliver the products order hereunder in accordance with the delivery date or dates specified by buyer. Seller acknowledges that time is of the essence in the fulfillment of buyer's orders hereunder. No partial or incomplete delivery will be made prior to the delivery date or dates specified unless Buyer has given prior written consent. Unless otherwise specifically provided on the face of this order, the product ordered hereunder will be delivered on an F.O.B. destination basis. In the event this purchase order includes the delivery of equipment, which requires installation. Sellers shall install such equipment at Buyers designated site upon request from Buyer at Sellers sole expense.

**8. WARRANTY**

(A) Seller warrants that all good delivered (i) will be free from defects in workmanship, material, and manufacture, (ii) will comply with the requirements of this purchase order, including any drawings or specifications incorporated herein or samples furnished by Seller, (iii) when design is Sellers responsibility, will be free from defect in design and (iv) when equipment is installed by Seller, will be properly installed and in good working order. Seller Further warrants that all goods purchases hereunder will be of merchantable quality and will be fit for the purpose intended by Buyer. The foregoing warranties constitute conditions to this purchase order. There are in addition to all others warranties, whether express or implied, and will survive any delivery, inspection, acceptance or payment by buyer. All warranties run to the benefit of Buyer and its customers.(B) Buyer's approval of seller of any warranties.(C) If any goods delivered do not meet the warranties specified herein or otherwise applicable. Buyer may, at its option, (i) require Seller to correct any defective or nonconforming good by repair or replacement at no cost to Buyer, or (ii) return such defective or nonconforming goods to seller at seller's expense and recover from Seller and the order price thereof, or (iii) may require an appropriate reduction in price.

**9. INSPECTION AND ACCEPTANCE**

Notwithstanding any prior inspection or payment, all goods will be subject to final inspection and acceptance at buyer's plant within a reasonable time after delivery. In case any item is defective in material or workmanship, or otherwise not in conformity with the requirements of this order, Buyer will have the right to reject it, to require it's correction or to accept it with an adjustment in price. Any item that has been rejected or required to be corrected must be replaced or corrected by and at the expense of Seller promptly after notice. If, after being requested by Buyer, Seller fails to promptly replace or correct any defective item, then buyer. (i) may, by contract or otherwise, replace or correct such item and charge to Seller the cost occasioned thereby, (ii) may, without further notice, cancel this purchase order for default in accordance with item 11 below, or (iii) may require an appropriate reduction in price.

**10. CHANGE ORDERS**

(A) Buyer may at any time, by a written order, suspend performance hereunder, increase or decrease the order quantities, change the due date or make changes in any one or more of the following: (i) applicable drawings, designs or specification; (ii) method of shipment or packing; and/or (iii) place of delivery.(B) If the change causes an increase in the cost or the time required by seller for performance of the purchase order and seller so notifies Buyer, then an equitable adjustment will be made in order price or delivery schedule or both, and the purchase order will be modified accordingly in writing. No claims by seller for such an adjustment will be valid unless asserted within twenty (20) days from the date of receipt by seller of the notification of change; provided, however that such period may be extended upon the written approval of Buyer.(C) Nothing in this item 10 is intended to excuse seller from proceeding with this purchase order as changed or amended.

**11. CANCELLATION FOR DEFAULT**

(A) It is understood and agreed that time is of the essence in the fulfillment of this order because the goods or services herein are needed for products that have a very short, carefully timed market life; failure seller to deliver on the due date could cause buyer's product to be unmarketable. Buyer may by written notice, cancel this order in whole or in part if, in Buyer's good faith opinion, Seller (i) has failed to make delivery of the items or to perform the services within the time specified herein, or any extension thereof written change order or amendment; or (ii) has failed to replace or correct defective items, in accordance with the provisions of items 8 or 9 above; or (iii) has failed to perform any of the other provisions of this purchase order; or (iv) has so failed to make progress under this purchase order as to endanger performan in accordance with its terms.(B) If this purchase order is cancelled for seller's default, Buyer may procure, upon such terms and in such manner, as buyer may deem appropriate. Substitute goods or services similar or substantially similar to those cancelled. Without limiting Buyer's remedies, Seller will then be liable to Buyer for any excess cost occasioned thereby.(C) Nothing in this item 11 is intended seller from proceeding with any unconcealed portion of this purchase order.

**12. CANCELLATION**

In addition to the right to reject delayed deliveries under section 7, Buyer may cancel all any undelivered portion of this order (i) if seller does not make deliveries as provided on the face hereof or if Seller breaches any of the terms hereof, including the warranties of seller; (ii) if Buyer and Seller are unable to agree on the amount of any increased cost or time of performance of this purchase order as a result of changes requested by buyer pursuant to Section 8. Buyer shall also have the right to cancel this order or any part hereof in the event of the happening of any of the following: insolvency of seller; filing of a volunt petition in bankruptcy; filing of an involuntary petition to have Seller declared bankrupt provided it is not vacated within thirty (30) days from the date of filing; the appointment of a receiver or trustee for seller, provided it is not vacated within thirty (30) days from the date of such appointment; or the execution by seller of an assignment for the benefit of creditor. In the event that Buyer shall so cancel or reject, Buyer ma be charged only for goods actually delivered and received and not rejected.

**13. RISK OF LOSS OR DAMAGE**

Notwithstanding any prior inspections, and irrespective of the F.O.B. point named herein, Seller will bear all risk of loss, damage or destruction to the ordered goods until final acceptance of the goods by Buyer a destination. Seller will bear the same risk with respect to any goods rejected by Buyer, however, will be responsible for any loss occasioned by the gross negligence of its employee acting within the scope their employment.

**14. WAIVER**

The failure of Buyer to enforce at any time of the provisions of this purchase order, to exercise any election or option provided herein, or to require at any time the performance by seller of any of the provisions herein will not in any way be a waiver of such provisions.

**15. REMEDIES**

The remedies stated herein are in addition to all other remedies at law or in equity.

**16. INDEMNIFICATION**

Page 2 of 3

CONFIDENTIAL

1555

NL002055

(A) Seller agrees to indemnify Buyer, its agents, customers, successors and assigns against any loss, damages and liability (including cost and expense) by reason of alleged infringement of any patent, copyright, trademark or trade secret arising out of the use or sale of the goods by buyer, its agents or customers. (B) If, however, that buyer must notify seller of any such infringement, Seller agrees, at Buyer's option (i) refund to Buyer the amounts paid to seller for the goods covered by the injunction, or (ii) furnish Buyer with acceptable noninfringing goods.(B) Seller agrees to indemnify Buyer against any and all liability and expense resulting from any alleged defect in the goods to comply with specification.(C) The above indemnifications are in addition to all other rights of indemnification of Buyer against Seller.

## 17. NON-DISCLOSURE OR CONFIDENTIAL MATTER

Seller will not quote for sale to others, without Buyers written authorization, any goods purchased under Buyer's specification or drawings. All specifications, drawing, samples, and other data furnished by buyer will be treated by seller as confidential information, will remain Buyer's property, and will be returned to Buyer on request. Seller will not use Buyer's confidential information in any way other than Buyer's account or disclose to any third party any of Buyer's confidential information. Seller will take the same precautions to protect the confidentiality of Buyers confidential information that it takes to protect its own confidential information, which precautions shall constitute not less than reasonable care.

## 18. ASSIGNMENT

No right or obligation under this purchase order (including right to receive monies due) may be assigned by Seller without the prior written consent of Buyer, and any purported assignment without such consent will be void, Buyer may assign this purchase order at any time if such assignments is considered necessary by Buyer in connection with a sale of Buyer's assets or a transfer of its obligations.

## 19. NOTICE OF DELAYS

Whenever any event delays or threatens to delay the timely performance of this purchase order, Seller will immediately notify Buyer of such event and furnish all relevant details. Receipt of Buyer of such notice will not constitute a wavier of the due dates hereunder.

## 20. PATENT LICENSE

Seller, as part consideration for this purchase order and without further cost to Buyer, hereby (and, to the extent requested by buyer, to the government) and irrevocable, non-exclusive, royalty-free license to use sell, manufactured products embodying any inventions and discoveries made, conceived or actually or reduced to practice in connection with the performance of this purchase order.

## 21.BUYER'S PROTECTION FOR WORK PERFORMED AT ITS SITE

Seller shall take all steps as may be reasonably necessary to prevent personal injury or property damage during any work hereunder that may be performed by any employees, agents or subcontractors of Seller Buyers site (including, without limitation, installation of equipment), and Seller shall indemnify and hold harmless Buyer from and against all loss, liability and damages arising from or caused directly or indirectly any act or omission of such agents, employees or subcontractors, and Seller shall maintain such insurance against public liability and property damage, and such employees liability and compensation insurance as will protect Buyer against the aforementioned risks and against any claims under any Workers compensation and occupational safety and health acts and any other applicable labor, health and safety laws.

## 22. BUYER FURNISHED PROPERTY

All unfurnished products, tools and other materials furnished by Buyer for use in the performance of this order shall remain the property of the Buyer and shall be used by Seller in the performance of this order c in accordance with the requirements hereof, and shall be returned to buyer when requested upon completion or termination of this order or as otherwise requested by buyer. Seller shall maintain insurance covering casualty of loss of buyer's property while such property is in Seller s possession or control. The insurance policy shall be in amounts reasonable under the circumstances and shall name buyer as an additional insured and loss payee. Upon request from buyer, seller shall provide evidence of such insurance.

## 23. COMPLIANCE WITH LAWS

Seller warrants that no law, rule or regulation of the United States, any State, any government agency or of foreign government or agency has been or will be violated in the manufacture or sale of the products ordered hereunder or in the performance of any services covered in this order, including transportation, and seller agrees to indemnify and hold the buyer harmless from all loss, liability and damages arising out any actual or alleged violation. It is understood that Seller s warranty hereunder includes but is not limited to compliance with all requirements of the fair labor act of 1938, as amended, the occupational safety ar health act of 1970, the toxic substance control act of 1976 and the transportation safety act of 1974, as amended.

## 24. GOVERNMENT CONTRACTS

If this purchase order is issued for any purpose that is either directly or indirectly connected with the performance of a prime contract with the government or a subcontract there under, the terms that the armed services procurement regulations or other appropriate regulations require to be inserted in contracts or subcontracts will be deemed to apply to this purchase order.

## 25. LIMITATION OF LIABILITY

In no event shall buyer be liable for any lost profits for any special, incidental, consequential or indirect damage, however caused and on any theory of liability, even if buyer has been advised of the possibility of such damages.

## 26.APPLICABLE LAW

This purchase order will be governed by the law of the State of California, including its uniform commercial code without reference to conflict of law principles.

## 27. INDEPENDENT CONTRACTORS

The relationship of Buyer and seller established by this purchase order is that of independent contractors and nothing herein shall constitute the parties as partner, joint ventures, co-owners or participants in a common undertaking or allow either party to create any obligation on behalf of the other party.

## 28. ENTIRE AGREEMENT

This agreement sets forth the entire agreement between parties with respect to the subject matter hereof and supersedes all prior agreements and discussion between them. No modification or amendment here will be effective unless in writing and signed by a daily authorized representative of each party. Any terms and conditions set forth in any order confirmation or acknowledgment or any other documents shall be c no force or effect whatsoever.

CONFIDENTIAL

Ex 52

1556

NL002056



## Netlist, Inc.

175 Technology
Suite 150
Irvine, CA 92618
(949) 435-0025 Phone
(949) 435-0031 Fax
www.netlistinc.com

# Purchase Order

**Order Date:** 1/31/2020

**P.O. Number:** 0327514

**Buyer:** ANL

**Vendor Number:** SAM001

**Ship To:**

**Vendor:**
SAMSUNG SEMICONDUCTOR, INC
3655 NORTH FIRST STREET
SAN JOSE, CA 95134

NETLIST ELECTRONICS CO., LTD
A1, EPZ B ZONE
NO. 288 SHENG PU RD. SIP
SUZHOU, PRC 215121, CHINA

**Attn:** NEAL KNUTH
**Fax::** 408-544-4909

| Dock Date | Ship VIA | FCA | Terms |
|---|---|---|---|
| 6/5/2020 | CIP SUZHOU | | NET 45 DAYS |

| Item / Description | Unit | Qty | Qty Received | Qty B/O | Price | Extended |
|---|---|---|---|---|---|---|
| *D45128CDNG-2E*<br><br>DDR4-2666-19 512MX8 BGA78 1.2V<br>0.75NS 7.6X11.1mm<br>SAMSUNG K4A4G085WE-BCTD | EACH | 10,000 | 0<br>Whse: CQA | 0 | $1.8000 | $18,000.00 |
| *D401G8CDNG-2C*<br><br>DDR4-2666-19 1GX8 BGA-78 1.2V<br>0.75ns 7.6X11.1mm<br>SAMSUNG K4A8G085WC-BCTD | EACH | 3,840 | 0<br>Whse: CQA | 0 | $3.5000 | $13,440.00 |
| *D35128CCJB-2E*<br><br>DDR3-1600-11 512MX8 BGA78 1.35V<br>1.25NS 7.6X11.1MM GREEN<br>SAMSUNG K4B4G0846E-BYK0000 | EACH | 120,000 | 0<br>Whse: CQA | 0 | $1.6000 | $192,000.00 |
| *D35128CCKD-2E*<br><br>DDR3-1866-13 512MX8 BGA78 1.35V<br>1.071NS 7.6X11.1MM GREEN<br>SAMSUNG K4B4G0846E-BYMA0000 | EACH | 50,000 | 0<br>Whse: CQA | 0 | $1.6000 | $80,000.00 |

**Approved Signature:** _____

**Date of Approval:** _____

**P.O. #:** 0327514

**Purchase Order Terms and Conditions Attached**

| | |
|---|---|
| Net Order: | $303,440.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Order Total: | $303,440.00 |

Page 1 of 3

1557

CONFIDENTIAL

NL002057

**1. ACCEPTANCE**

The terms and conditions hereof become the exclusive and binding agreement between the parties covering the purchase of goods or services ordered herein when this purchase order is accepted by acknowledgement or commencement of performance. This order may be accepted only on these terms and conditions. Additional or different terms proposed by seller will be applicable in writing by buyer. No change, modification or revision of this order shall be effective unless in writing and signed by buyer.

**2. INVOICES**

Seller will submit invoices in triplicate showing the following: purchase order number, item number, description of item, size of item, quantity of them, unit prices, applicable taxes, extended totals, and any other information specified elsewhere herein. A Bill of Lading or express receipt must accompany each invoice.

**3. PAYMENT TERMS**

All prices are to be quoted and paid in United States Dollars. Unless otherwise specified, the prices set forth in this purchase order include all applicable foreign, federal state, and local taxes and all shipping, freight, transportation, packing and handling charges. Payment terms are net sixty (60) days from the date of invoice, subject to any amounts subject to set-of or clarification or in good faith dispute. Payment of invoice will not constitute acceptance of goods and will be subject to adjustments for errors, shortages, and defect in the goods or other failure of seller to meet the requirements of the purchase order. Buyer may in good faith, notify seller that buyer requires further clarification or documentation of an invoice or that Buyer believes that an invoice is in error or otherwise not payable hereunder. Buyer's delay in paying any disputed portion of any invoice in such circumstances shall not constitute a breach of default by Buyer. On a monthly basis, Seller shall provide Buyer with (1) a detailed monthly aging statement for invoices that are overdue, if any; (2) and for any known invoices which are in dispute, a detailed discrepancy statement specifying the following: (a) invoice number; (b) Buyer's purchase order number; (c) amount of discrepancy; (d) check number and date; and (e) reference debit memo number. Payments of invoices shall be deemed correct unless Seller notifies Buyer of any payment discrepancies within thirty (30) days. Buyer may at any time set off any amount owed by Buyer to Seller against any amount owed by Seller or any of its affiliated companies to Buyer.

**4. DISCOUNTS**

Time in connection with any discount offered by seller will be computed from the latest of (1) the scheduled delivery date, (2) the date of actual delivery, or (3) the date an acceptable invoice is received. For the purpose of earning the discount, payment will be deemed to have been made on the date of mailing of Buyers payment.

**5. OVER SHIPMENT**

Buyers will pay only for maximum quantity ordered. Over shipments will be held by Buyer at Seller's risk and expense for a reasonable time awaiting shipping instructions. Return shipping charges for excess quantities will be at Sellers expense.

**6. PACKING AND SHIPMENT**

Unless otherwise specified, when the price of this purchase order is based on the weight of the ordered goods, such price is to cover only the net weight of material ordered, and no charge will be allowed for packing, handling, transportation, storage or other packing expenses. All such expenses shall be solely by seller. Unless otherwise specified, Seller will package and pack all goods in a manner, which is (i) in accordance with good commercial practice, (ii) acceptable to common carriers for shipment at the lowest rate for the particular goods, (iii) in accordance with I.C.C. regulations, and (iv) adequate to ensure safe arrival of the goods at the name destination. Seller will mark all containers with necessary lifting, handling, and shipping information and with purchase order numbers, date of shipment, and the names of the consignee and consignor. An itemized packing list must accompany each shipment.

**7. DELIVERY**

Seller shall deliver the products order hereunder in accordance with the delivery date or dates specified by buyer. Seller acknowledges that time is of the essence in the fulfillment of buyer's orders hereunder. No partial or incomplete delivery will be made prior to the delivery date or dates specified unless Buyer has given prior written consent. Unless otherwise specifically provided on the face of this order, the product ordered hereunder will be delivered on an F.O.B. destination basis. In the event this purchase order includes the delivery of equipment, which requires installation, Sellers shall install such equipment at Buyers designated site upon request from Buyer at Sellers sole expense.

**8. WARRANTY**

(A) Seller warrants that all good delivered (i) will be free from defects in workmanship, material, and manufacture, (ii) will comply with the requirements of this purchase order, including any drawings or specifications incorporated herein or samples furnished by Seller, (iii) when design is Sellers responsibility, will be free from defect in design and (iv) when equipment is installed by Seller, will be properly installed and in good working order. Seller Further warrants that all goods purchases hereunder will be of merchantable quality and will be fit for the purpose intended by Buyer. The foregoing warranties constitute conditions to this purchase order. They are in addition to all others warranties, whether express or implied, and will survive any delivery, inspection, acceptance or payment by buyer. All warranties run to the best of Buyer and its customers.(B) Buyer's approval of seller of any warranties.(C) If any goods delivered do not meet the warranties specified herein or otherwise applicable. Buyer may, at its option, (i) require Seller to correct any defective or nonconforming good by repair or replacement at no cost to Buyer, or (ii) return such defective or nonconforming goods to seller at seller's expense and recover from Seller and the order price thereof, or (iii) may require an appropriate reduction in price.

**9. INSPECTION AND ACCEPTANCE**

Notwithstanding any prior inspection or payment, all goods will be subject to final inspection and acceptance at buyer's plant within a reasonable time after delivery. In case any item is defective in material or workmanship, or otherwise not in conformity with the requirements of this order, Buyer will have the right to reject it, to repair it's correction or to accept it with an adjustment in price. Any item that has been rejected or required to be corrected must be replaced or corrected by and at the expense of Seller promptly after notice. If, after being requested by Buyer, Seller fails to promptly replace or correct any defective item, then buyer. (i) may, by contract or otherwise, replace or correct such item and charge to Seller the cost occasioned thereby, (ii) may, without further notice, cancel this purchase order for default in accordance with item 11 below, or (iii) may require an appropriate reduction in price.

**10. CHANGE ORDERS**

(A) Buyer may at any time, by a written order, suspend performance hereunder, increase or decrease the order quantities, change the due date or make changes in any one or more of the following: (i) applicable drawings, designs or specification; (ii) method of shipment or packing; and/or (iii) place of delivery.(B) If the change causes an increase in the cost or the time required by seller for performance of the purchase order and seller so notifies Buyer, then an equitable adjustment will be made in order price or delivery schedule or both, and the purchase order will be modified accordingly in writing. No claims by seller for such an adjustment will be valid unless asserted within twenty (20) days from the date of receipt by seller of the notification of change; provided, however that such period may be extended upon the written approval of Buyer.(C) Nothing in this item 10 is intended to excuse seller from proceeding with this purchase order as changed or amended.

**11. CANCELLATION FOR DEFAULT**

(A) It is understood and agreed that time is of the essence in the fulfillment of this order because the goods or services herein are needed for products that have a very short, carefully timed market life; failure seller to deliver on the due date could cause buyer's product to be unmarketable. Buyer may by written notice, cancel this order in whole or in part if, in Buyer's good faith opinion, Seller (i) has failed to make delivery of the items or to perform the services within the time specified herein, or any extension thereof written change order or amendment; or (ii) has failed to replace or correct defective items, in accordance with the provisions of items 8 or 9 above; or (iii) has failed to perform any of the other provisions of this purchase order; or (iv) has so failed to make progress under this purchase order as to endanger performan in accordance with its terms.(B) If this purchase order is cancelled for seller's default, Buyer may procure, upon such terms and in such manner, as buyer may deem appropriate. Substitute goods or services similar or substantially similar to those cancelled. Without limiting Buyer's remedies, Seller will then be liable to Buyer for any excess cost occasioned thereby.(C) Nothing in this item 11 is intended seller from proceeding with any unconcealed portion of this purchase order.

**12. CANCELLATION**

In addition to the right to reject delayed deliveries under section 7, Buyer may cancel all or any undelivered portion of this order (i) if seller does not make deliveries as provided on the face hereof or if Seller breaches any of the terms hereof, including the warranties of seller; (ii) if Buyer and Seller are unable to agree on the amount of any increased cost or time of performance of this purchase order as a result of changes requested by buyer pursuant to Section 8. Buyer shall also have the right to cancel this order or any part hereof in the event of the happening of any of the following: insolvency of seller; filing of a volunt petition in bankruptcy; filing of an involuntary petition to have Seller declared bankrupt provided it is not vacated within thirty (30) days from the date of filing; the appointment of a receiver or trustee for seller, provided it is not vacated within thirty (30) days from the date of such appointment; or the execution by seller of an assignment for the benefit of creditor. In the event that Buyer shall so cancel or reject, Buyer ma be charged only for goods actually delivered and received and not rejected.

**13. RISK OF LOSS OR DAMAGE**

Notwithstanding any prior inspections, and irrespective of the F.O.B. point named herein, Seller will bear all risk of loss, damage or destruction to the ordered goods until final acceptance of the goods by Buyer a destination. Seller will bear the same risk with respect to any goods rejected by Buyer, however, will be responsible for any loss occasioned by the gross negligence of its employee acting within the scope their employment.

**14. WAIVER**

The failure of Buyer to enforce at any time of the provisions of this purchase order, to exercise any election or option provided herein, or to require at any time the performance by seller of any of the provisions herein will not in any way be a waiver of such provisions.

**15. REMEDIES**

The remedies stated herein are in addition to all other remedies at law or in equity.

**16. INDEMNIFICATION**

Page 2 of 3

(A) Seller agrees to indemnify Buyer, its agents, customers, successors and assignees against any loss, damages and liability (including cost and expenses) suffered or alleged infringement of any patent, copyright, trademark or trade secret arising out of the use or sale of the goods by buyer, its agents or customers; provided, however, that buyer must notify seller of any such infringement. Seller agrees, at Buyer's option (i) refund to Buyer the amounts paid to seller for the goods covered by the injunction, or (ii) furnish Buyer with acceptable noninfringing goods.(B) Seller agrees to indemnify Buyer against any and all liability and expense resulting from any alleged defect in the goods to comply with specification.(C) The above indemnifications are in addition to all other rights of indemnification of Buyer against Seller.

## 17. NON-DISCLOSURE OR CONFIDENTIAL MATTER

Seller will not quote for sale to others, without Buyers written authorization, any goods purchased under Buyer's specification or drawings. All specifications, drawing, samples, and other data furnished by buyer be treated by seller as confidential information, will remain Buyer's property, and will be returned to Buyer on request. Seller will not use Buyer's confidential information in any way other than Buyer's account or disclose to any third party any of Buyer's confidential information. Seller will take the same precautions to protect the confidentiality of Buyers confidential information that it takes to protect its own confidential information, which precautions shall constitute not less than reasonable care.

## 18. ASSIGNMENT

No right or obligation under this purchase order (including right to receive monies due) may be assigned by Seller without the prior written consent of Buyer, and any purported assignment without such consent be void, Buyer may assign this purchase order at any time if such assignments is considered necessary by Buyer in connection with a sale of Buyer's assets or a transfer of its obligations.

## 19. NOTICE OF DELAYS

Whenever any event delays or threatens to delay the timely performance of this purchase order, Seller will immediately notify Buyer of such event and furnish all relevant details. Receipt of Buyer of such notice not constitute a wavier of the due dates hereunder.

## 20. PATENT LICENSE

Seller, as part consideration for this purchase order and without further cost to Buyer, hereby (and, to the extent requested by buyer, to the government) and irrevocable, non-exclusive, royalty-free license to use sell, manufactured products embodying any inventions and discoveries made, conceived or actually or reduced to practice in connection with the performance of this purchase order.

## 21. BUYER'S PROTECTION FOR WORK PERFORMED AT ITS SITE

Seller shall take all steps as may be reasonably necessary to prevent personal injury or property damage during any work hereunder that may be performed by any employees, agents or subcontractors of Seller Buyers site (including, without limitation, installation of equipment), and Seller shall indemnify and hold harmless Buyer from and against all loss, liability and damages arising from or caused directly or indirectly any act or omission of such agents, employees or subcontractors, and Seller shall maintain such insurance against public liability and property damage, and such employees liability and compensation insurance as will protect Buyer against the aforementioned risks and against any claims under any Workers compensation and occupational safety and health acts and any other applicable labor, health and safety laws.

## 22. BUYER FURNISHED PROPERTY

All unfurnished products, tools and other materials furnished by Buyer for use in the performance of this order shall remain the property of the Buyer and shall be used by Seller in the performance of this order c in accordance with the requirements hereof, and shall be returned to buyer when requested upon completion or termination of this order or as otherwise requested by buyer. Seller shall maintain insurance covering casualty of loss of buyer's property while such property is in Seller s possession or control. The insurance policy shall be in amounts reasonable under the circumstances and shall name buyer as an additional insured and loss payee. Upon request from buyer, seller shall provide evidence of such insurance.

## 23. COMPLIANCE WITH LAWS

Seller warrants that no law, rule or regulation of the United States, any State, any government agency or of foreign government or agency has been or will be violated in the manufacture or sale of the products ordered hereunder or in the performance of any services covered in this order, including transportation, and seller agrees to indemnify and hold the buyer harmless from all loss, liability and damages arising out any actual or alleged violation. It is understood that Seller s warranty hereunder includes but is not limited to compliance with all requirements of the fair labor act of 1938, as amended, the occupational safety ar health act of 1970, the toxic substance control act of 1976 and the transportation safety act of 1974, as amended.

## 24. GOVERNMENT CONTRACTS

If this purchase order is issued for any purpose that is either directly or indirectly connected with the performance of a prime contract with the government or a subcontract there under, the terms that the armed services procurement regulations or other appropriate regulations require to be inserted in contracts or subcontracts will be deemed to apply to this purchase order.

## 25. LIMITATION OF LIABILITY

In no event shall buyer be liable for any lost profits for any special, incidental, consequential or indirect damage, however caused and on any theory of liability, even if buyer has been advised of the possibility of such damages.

## 26. APPLICABLE LAW

This purchase order will be governed by the law of the State of California, including its uniform commercial code without reference to conflict of law principles.

## 27. INDEPENDENT CONTRACTORS

The relationship of Buyer and seller established by this purchase order is that of independent contractors and nothing herein shall constitute the parties as partner, joint ventures, co-owners or participants in a common undertaking or allow either party to create any obligation on behalf of the other party.

## 28. ENTIRE AGREEMENT

This agreement sets forth the entire agreement between parties with respect to the subject matter hereof and supersedes all prior agreements and discussion between them. No modification or amendment here will be effective unless in writing and signed by a daily authorized representative of each party. Any terms and conditions set forth in any order confirmation or acknowledgment or any other documents shall be c no force or effect whatsoever.

Page 3 of 3

CONFIDENTIAL                                                    NL002059



## Netlist, Inc.

175 Technology
Suite 150
Irvine, CA 92618
(949) 435-0025 Phone
(949) 435-0031 Fax
www.netlistinc.com

# Purchase Order

**Order Date:** 1/31/2020

**P.O. Number:** 0327513

**Buyer:** ANL

**Vendor Number:** SAM001

**Ship To:**

**Vendor:**
SAMSUNG SEMICONDUCTOR, INC
3655 NORTH FIRST STREET
SAN JOSE, CA 95134

NETLIST ELECTRONICS CO., LTD
A1, EPZ B ZONE
NO. 288 SHENG PU RD. SIP
SUZHOU, PRC 215121, CHINA

**Attn:** NEAL KNUTH
**Fax::** 408-544-4909

| Dock Date | Ship VIA | FCA | Terms |
|---|---|---|---|
| 5/6/2020 | CIP SUZHOU | | NET 45 DAYS |

| Item / Description | Unit | Qty | Qty Received | Qty B/O | Price | Extended |
|---|---|---|---|---|---|---|
| *D45128CDNG-2E*<br><br>DDR4-2666-19 512MX8 BGA78 1.2V<br>0.75NS 7.6X11.1mm<br>SAMSUNG K4A4G085WE-BCTD | EACH | 10,000 | 0<br>Whse: CQA | 0 | $1.8000 | $18,000.00 |
| *D401G8CDNG-2C*<br><br>DDR4-2666-19 1GX8 BGA-78 1.2V<br>0.75ns 7.6X11.1mm<br>SAMSUNG K4A8G085WC-BCTD | EACH | 3,840 | 0<br>Whse: CQA | 0 | $3.5000 | $13,440.00 |
| *D35128CCJB-2E*<br><br>DDR3-1600-11 512MX8 BGA78 1.35V<br>1.25NS 7.6X11.1MM GREEN<br>SAMSUNG K4B4G0846E-BYK0000 | EACH | 120,000 | 0<br>Whse: CQA | 0 | $1.6000 | $192,000.00 |
| *D35128CCKD-2E*<br><br>DDR3-1866-13 512MX8 BGA78 1.35V<br>1.071NS 7.6X11.1MM GREEN<br>SAMSUNG K4B4G0846E-BYMA0000 | EACH | 50,000 | 0<br>Whse: CQA | 0 | $1.6000 | $80,000.00 |

**Approved Signature:** _____

**Date of Approval:** _____

**P.O. #:** 0327513

**Purchase Order Terms and Conditions Attached**

| | |
|---|---|
| **Net Order:** | $303,440.00 |
| **Sales Tax:** | 0.00 |
| **Freight:** | 0.00 |
| **Order Total:** | $303,440.00 |

Page 1 of 3

CONFIDENTIAL

1560

NL002060

**1. ACCEPTANCE**

The terms and conditions hereof become the exclusive and binding agreement between the parties covering the purchase of goods or services ordered herein when this purchase order is accepted by acknowledgment or commencement of performance. This order may be accepted only on these terms and conditions. Additional or different terms proposed by seller will be applicable in writing by buyer. No change, modification or revision of this order shall be effective unless in writing and signed by buyer.

**2. INVOICES**

Seller will submit invoices in triplicate showing the following: purchase order number, item number, description of item, size of item, quantity of them, unit prices, applicable taxes, extended totals, and any other information specified elsewhere herein. A Bill of Lading or express receipt must accompany each invoice.

**3. PAYMENT TERMS**

All prices are to be quoted and paid in United States Dollars. Unless otherwise specified, the prices set forth in this purchase order include all applicable foreign, federal state, and local taxes and all shipping, freight, transportation, packing and handling charges. Payment terms are net sixty (60) days from the date of invoice, subject to any amounts subject to set-of or clarification or in good faith dispute. Payment of invoice will not constitute acceptance of goods and will be subject to adjustments for errors, shortages, and defects in the goods or other failure of seller to meet the requirements of the purchase order. Buyer may in good faith, notify seller that buyer requires further clarification or documentation of an invoice or that Buyer believes that an invoice is in error or otherwise not payable hereunder. Buyer's delay in paying any disputed portion of any invoice in such circumstances shall not constitute a breach of default by Buyer. On a monthly basis, Seller shall provide Buyer with (1) a detailed monthly aging statement for invoices that are overdue, if any; (2) and for any known invoices which are in dispute, a detailed discrepancy statement specifying the following: (a) invoice number; (b) Buyer's purchase order number; (c) amount of discrepancy; (d) check number and date; and (e) reference debit memo number. Payments of invoices shall be deemed correct unless Seller notifies Buyer of any payment discrepancies within thirty (30) days. Buyer may at any time set off any amount owed by Buyer to Seller against any amount owed by Seller or any of its affiliated companies to Buyer.

**4. DISCOUNTS**

Time in connection with any discount offered by seller will be computed from the latest of (1) the scheduled delivery date, (2) the date of actual delivery, or (3) the date an acceptable invoice is received. For the purpose of earning the discount, payment will be deemed to have been made on the date of mailing of Buyers payment.

**5. OVER SHIPMENT**

Buyers will pay only for maximum quantity ordered. Over shipments will be held by Buyer at Seller's risk and expense for a reasonable time awaiting shipping instructions. Return shipping charges for excess quantities will be at Sellers expense.

**6. PACKING AND SHIPMENT**

Unless otherwise specified, when the price of this purchase order is based on the weight of the ordered goods, such price is to cover only the net weight of material ordered, and no charge will be allowed for packing, handling, transportation, storage or other packing expenses. All such expenses shall be solely by seller. Unless otherwise specified, Seller will package and pack all goods in a manner, which is (i) in accordance with good commercial practice, (ii) acceptable to common carriers for shipment at the lowest rate for the particular goods, (iii) in accordance with I.C.C. regulations, and (iv) adequate to ensure safe arrival of the goods at the name destination. Seller will mark all containers with necessary lifting, handling, and shipping information and with purchase order numbers, date of shipment, and the names of the consignee and consignor. An itemized packing list must accompany each shipment.

**7. DELIVERY**

Seller shall deliver the products order hereunder in accordance with the delivery date or dates specified by buyer. Seller acknowledges that time is of the essence in the fulfillment of buyer's orders hereunder. No partial or incomplete delivery will be made prior to the delivery date or dates specified unless Buyer has given prior written consent. Unless otherwise specifically provided on the face of this order, the product ordered hereunder will be delivered on an F.O.B. destination basis. In the event this purchase order includes the delivery of equipment, which requires installation, Sellers shall install such equipment at Buyers designated site upon request from Buyer at Sellers sole expense.

**8. WARRANTY**

(A) Seller warrants that all good delivered (i) will be free from defects in workmanship, material, and manufacture, (ii) will comply with the requirements of this purchase order, including any drawings or specifications incorporated herein or samples furnished by Seller, (iii) when design is Sellers responsibility, will be free from defect in design and (iv) when equipment is installed by Seller, will be properly installed and in good working order. Seller Further warrants that all goods purchases hereunder will be of merchantable quality and will be fit for the purpose intended by Buyer. The foregoing warranties constitute conditions to this purchase order. They are in addition to all others warranties, whether express or implied, and will survive any delivery, inspection, acceptance or payment by buyer. All warranties run to the benefit of Buyer and its customers.(B) Buyer's approval of seller of any warranties.(C) If any goods delivered do not meet the warranties specified herein or otherwise applicable. Buyer may, at its option, (i) require Seller to correct any defective or nonconforming good by repair or replacement at no cost to Buyer, or (ii) return such defective or nonconforming goods to seller at seller's expense and recover from Seller and the order price thereof, or (iii) may require an appropriate reduction in price.

**9. INSPECTION AND ACCEPTANCE**

Notwithstanding any prior inspection or payment, all goods will be subject to final inspection and acceptance at buyer's plant within a reasonable time after delivery. In case any item is defective in material or workmanship, or otherwise not in conformity with the requirements of this order, Buyer will have the right to reject it, to repair it's correction or to accept it with an adjustment in price. Any item that has been rejected or required to be corrected must be replaced or corrected by and at the expense of Seller promptly after notice. If, after being requested by Buyer, Seller fails to promptly replace or correct any defective item, then buyer. (i) may, by contract or otherwise, replace or correct such item and charge to Seller the cost occasioned thereby, (ii) may, without further notice, cancel this purchase order for default in accordance with item 11 below, or (iii) may require an appropriate reduction in price.

**10. CHANGE ORDERS**

(A) Buyer may at any time, by a written order, suspend performance hereunder, increase or decrease the order quantities, change the due date or make changes in any one or more of the following: (i) applicable drawings, designs or specification; (ii) method of shipment or packing; and/or (iii) place of delivery.(B) If the change causes an increase in the cost or the time required by seller for performance of the purchase order and seller so notifies Buyer, then an equitable adjustment will be made in order price or delivery schedule or both, and the purchase order will be modified accordingly in writing. No claims by seller for such an adjustment will be valid unless asserted within twenty (20) days from the date of receipt by seller of the notification of change; provided, however that such period may be extended upon the written approval of Buyer.(C) Nothing in this item 10 is intended to excuse seller from proceeding with this purchase order as changed or amended.

**11. CANCELLATION FOR DEFAULT**

(A) It is understood and agreed that time is of the essence in the fulfillment of this order because the goods or services herein are needed for products that have a very short, carefully timed market life; failure seller to deliver on the due date could cause buyer's product to be unmarketable. Buyer may by written notice, cancel this order in whole or in part if, in Buyer's good faith opinion, Seller (i) has failed to make delivery of the items or to perform the services within the time specified herein, or any extension thereof written change order or amendment; or (ii) has failed to replace or correct defective items, in accordance with the provisions of items 8 or 9 above; or (iii) has failed to perform any of the other provisions of this purchase order; or (iv) has so failed to make progress under this purchase order as to endanger performance in accordance with its terms.(B) If this purchase order is cancelled for seller's default, Buyer may procure, upon such terms and in such manner, as buyer may deem appropriate. Substitute goods or services similar or substantially similar to those cancelled. Without limiting Buyer's remedies, Seller will then be liable to Buyer for any excess cost occasioned thereby.(C) Nothing in this item 11 is intended seller from proceeding with any unconcealed portion of this purchase order.

**12. CANCELLATION**

In addition to the right to reject delayed deliveries under section 7, Buyer may cancel all or any undelivered portion of this order (i) if seller does not make deliveries as provided on the face hereof or if Seller breaches any of the terms hereof, including the warranties of seller; (ii) if Buyer and Seller are unable to agree on the amount of any increased cost or time of performance of this purchase order as a result of changes requested by buyer pursuant to Section 8. Buyer shall also have the right to cancel this order or any part hereof in the event of the happening of any of the following: insolvency of seller; filing of a voluntary petition in bankruptcy; filing of an involuntary petition to have Seller declared bankrupt provided it is not vacated within thirty (30) days from the date of filing; the appointment of a receiver or trustee for seller, provided it is not vacated within thirty (30) days from the date of such appointment; or the execution by seller of an assignment for the benefit of creditor. In the event that Buyer shall so cancel or reject, Buyer may be charged only for goods actually delivered and received and not rejected.

**13. RISK OF LOSS OR DAMAGE**

Notwithstanding any prior inspections, and irrespective of the F.O.B. point named herein, Seller will bear all risk of loss, damage or destruction to the ordered goods until final acceptance of the goods by Buyer at destination. Seller will bear the same risk with respect to any goods rejected by Buyer. Buyer, however, will be responsible for any loss occasioned by the gross negligence of its employee acting within the scope of their employment.

**14. WAIVER**

The failure of Buyer to enforce at any time of the provisions of this purchase order, to exercise any election or option provided herein, or to require at any time the performance by seller of any of the provisions herein will not in any way be a waiver of such provisions.

**15. REMEDIES**

The remedies stated herein are in addition to all other remedies at law or in equity.

**16. INDEMNIFICATION**

Page 2 of 3

CONFIDENTIAL                                                                                                    NL002061

(A) Seller agrees to indemnify Buyer, its agents, customers, successors and assigns against any loss, damage, and liability including costs and expenses as result of alleged infringement of any patent, copyright, trademark or trade secret arising out of the use or sale of the goods by buyer, its agents or customers. (B) If however, that buyer must notify seller of any such infringement, Seller agrees, at Buyer's option (i) refund to Buyer the amounts paid to seller for the goods covered by the injunction, or (ii) furnish Buyer with acceptable noninfringing goods.(B) Seller agrees to indemnify Buyer against any and all liability and expense resulting from any alleged defect in the goods to comply with specification.(C) The above indemnifications are in addition to all other rights of indemnification of Buyer against Seller.

## 17. NON-DISCLOSURE OR CONFIDENTIAL MATTER

Seller will not quote for sale to others, without Buyers written authorization, any goods purchased under Buyer's specification or drawings. All specifications, drawing, samples, and other data furnished by buyer be treated by seller as confidential information, will remain Buyer's property, and will be returned to Buyer on request. Seller will not use Buyer's confidential information in any way other than Buyer's account or disclose to any third party any of Buyer's confidential information. Seller will take the same precautions to protect the confidentiality of Buyers confidential information that it takes to protect its own confidential information, which precautions shall constitute not less than reasonable care.

## 18. ASSIGNMENT

No right or obligation under this purchase order (including right to receive monies due) may be assigned by Seller without the prior written consent of Buyer, and any purported assignment without such consent will be void, Buyer may assign this purchase order at any time if such assignments is considered necessary by Buyer in connection with a sale of Buyer's assets or a transfer of its obligations.

## 19. NOTICE OF DELAYS

Whenever any event delays or threatens to delay the timely performance of this purchase order, Seller will immediately notify Buyer of such event and furnish all relevant details. Receipt of Buyer of such notice will not constitute a wavier of the due dates hereunder.

## 20. PATENT LICENSE

Seller, as part consideration for this purchase order and without further cost to Buyer, hereby (and, to the extent requested by buyer, to the government) and irrevocable, non-exclusive, royalty-free license to use sell, manufactured products embodying any inventions and discoveries made, conceived or actually or reduced to practice in connection with the performance of this purchase order.

## 21. BUYER'S PROTECTION FOR WORK PERFORMED AT ITS SITE

Seller shall take all steps as may be reasonably necessary to prevent personal injury or property damage during any work hereunder that may be performed by any employees, agents or subcontractors of Seller Buyers site (including, without limitation, installation of equipment), and Seller shall indemnify and hold harmless Buyer from and against all loss, liability and damages arising from or caused directly or indirectly any act or omission of such agents, employees or subcontractors, and Seller shall maintain such insurance against public liability and property damage, and such employees liability and compensation insurance as will protect Buyer against the aforementioned risks and against any claims under any Workers compensation and occupational safety and health acts and any other applicable labor, health and safety laws.

## 22. BUYER FURNISHED PROPERTY

All unfurnished products, tools and other materials furnished by Buyer for use in the performance of this order shall remain the property of the Buyer and shall be used by Seller in the performance of this order only in accordance with the requirements hereof, and shall be returned to buyer when requested upon completion or termination of this order or as otherwise requested by buyer. Seller shall maintain insurance covering casualty of loss of buyer's property while such property is in Seller s possession or control. The insurance policy shall be in amounts reasonable under the circumstances and shall name buyer as an additional insured and loss payee. Upon request from buyer, seller shall provide evidence of such insurance.

## 23. COMPLIANCE WITH LAWS

Seller warrants that no law, rule or regulation of the United States, any State, any government agency or of foreign government or agency has been or will be violated in the manufacture or sale of the products ordered hereunder or in the performance of any services covered in this order, including transportation, and seller agrees to indemnify and hold the buyer harmless from all loss, liability and damages arising out any actual or alleged violation. It is understood that Seller s warranty hereunder includes but is not limited to compliance with all requirements of the fair labor act of 1938, as amended, the occupational safety and health act of 1970, the toxic substance control act of 1976 and the transportation safety act of 1974, as amended.

## 24. GOVERNMENT CONTRACTS

If this purchase order is issued for any purpose that is either directly or indirectly connected with the performance of a prime contract with the government or a subcontract there under, the terms that the armed services procurement regulations or other appropriate regulations require to be inserted in contracts or subcontracts will be deemed to apply to this purchase order.

## 25. LIMITATION OF LIABILITY

In no event shall buyer be liable for any lost profits for any special, incidental, consequential or indirect damage, however caused and on any theory of liability, even if buyer has been advised of the possibility of such damages.

## 26. APPLICABLE LAW

This purchase order will be governed by the law of the State of California, including its uniform commercial code without reference to conflict of law principles.

## 27. INDEPENDENT CONTRACTORS

The relationship of Buyer and seller established by this purchase order is that of independent contractors and nothing herein shall constitute the parties as partner, joint ventures, co-owners or participants in a common undertaking or allow either party to create any obligation on behalf of the other party.

## 28. ENTIRE AGREEMENT

This agreement sets forth the entire agreement between parties with respect to the subject matter hereof and supersedes all prior agreements and discussion between them. No modification or amendment here will be effective unless in writing and signed by a daily authorized representative of each party. Any terms and conditions set forth in any order confirmation or acknowledgment or any other documents shall be of no force or effect whatsoever.

CONFIDENTIAL

Ex 52

1562

NL002062