# EXHIBIT 53

| | |
|---|---|
| **From:** | Raymond Jiang <rjiang@netlist.com> |
| **Sent:** | Thu, 14 Apr 2016 21:10:59 -0400 (EDT) |
| **To:** | Neal Knuth-SSI <NealK@ssi.samsung.com> |
| **Cc:** | Paik Ki Hong <pkhong@netlist.com>; Devon Park <dpark@netlist.com>; Sebastian Lee <SLee@netlist.com> |
| **Subject:** | RE: 16Gb SLC NAND |

Thanks for the update. Let us know when you have further news, the customer is still going after D die. Will need to set them up for F die when a sample timeline is available.

Thanks
Raymond

**From:** Neal Knuth-SSI [mailto:NealK@ssi.samsung.com]
**Sent:** Friday, April 15, 2016 5:05 AM
**To:** Raymond Jiang <rjiang@netlist.com>
**Cc:** Paik Ki Hong <pkhong@netlist.com>; Devon Park <dpark@netlist.com>; Sebastian Lee <SLee@netlist.com>
**Subject:** RE: 16Gb SLC NAND

Still trying to get an answer on 16Gb.  We may not be releasing.  I will let you know.

Thanks,
Neal
858 535 6410

**From:** Raymond Jiang [mailto:rjiang@netlist.com]
**Sent:** Thursday, April 07, 2016 8:43 AM
**To:** Neal Knuth-SSI
**Cc:** Paik Ki Hong; Devon Park; Sebastian Lee
**Subject:** Re: 16Gb SLC NAND

Neal,

Any insight as when the F die is coming out?

Thanks
Raymond

Sent from my iPhone
On Apr 7, 2016, at 11:19 PM, Neal Knuth-SSI <NealK@ssi.samsung.com> wrote:

No bid.

Thanks,
Neal
858 535 6410

**From:** Raymond Jiang [mailto:rjiang@netlist.com]
**Sent:** Wednesday, April 06, 2016 8:46 PM
**To:** Neal Knuth-SSI
**Subject:** 16Gb SLC NAND

**Exhibit 0023**

NL039163

Neal,

I know it's insane but want to see try our luck…

K9WAG08U1D-SCB or K9WAG08U1D-SIB

Do you think you have staged inventory that's been reserved (maybe for RMA replacement?) for some period of time and not all of it is going to be required that can be sold?  We need approximately of 2K of the above 16Gb SLC D die NAND. Willing to pay $30 per.  I know it's not something easy or possible, but want to give it try. Please let me know if any of these can be found.


Also, is F die now sampling? From the EOL notice, quad die F qual showed 2Q16 but maybe it's been pulled in as monolithic should be completely done now?
<image001.jpg>
Would like to understand the schedule a bit so know what to expect.

Thanks
Raymond

CONFIDENTIAL
NL039164