# EXHIBIT 54

## Netlist, Inc.

175 Technology  
Suite 150  
Irvine, CA 92618  
(949) 435-0025 Phone  
(949) 435-0031 Fax  
www.netlistinc.com

# Purchase Order

Order Date: **5/23/2016**  
P.O. Number: **0323779**  
Buyer: **RJ**

**Vendor Number:** SAM001

**Vendor:**  
SAMSUNG SEMICONDUCTOR, INC  
3655 NORTH FIRST STREET  
SAN JOSE, CA 95134

**Ship To:**  
NETLIST INC  
175 TECHNOLOGY  
SUITE 150  
IRVINE, CA 92618

**Attn:** Neal Knuth  
**Fax::** 408-544-4909

CR limit=$3M eff. 03/14/2011

| Dock Date | Ship VIA | FCA | Terms |
|---|---|---|---|
| 5/23/2016 | FEDEX | CIP IRVINE | NET 45 DAYS |

| Item / Description | Unit | Qty | Qty Received | Qty B/O | Price | Extended |
|---|---|---|---|---|---|---|
| *MZ7LM1T9HMJP-00005* | EACH | 10 | 10 | 0 | $0.0000 | $0.00 |
| | | | Whse: 000 | | | |
| 1.92TB 2.5" SATA3 6Gbps PM863A MZ7LM1T9HMJP-00005 Seq R/W=520/480MB/s, Random R/W=97K/24K IOPS, 3.6 DWPD, 2,733TB TBW, 7mm | | | | | | |
| *MZ7LM1T9HMJP-00005* | EACH | 10 | 10 | 0 | $770.0000 | $7,700.00 |
| | | | Whse: 000 | | | |
| 1.92TB 2.5" SATA3 6Gbps PM863A MZ7LM1T9HMJP-00005 Seq R/W=520/480MB/s, Random R/W=97K/24K IOPS, 3.6 DWPD, 2,733TB TBW, 7mm | | | | | | |

Exhibit  
PX 0015

**Approved Signature:** _____

**Date of Approval:** _____

**P.O. #:** 0323779

Purchase Order Terms and Conditions Attached

Net Order: $7,700.00  
Sales Tax: 0.00  
Freight: 0.00  
Order Total: $7,700.00

Page 1 of 3

CONFIDENTIAL

1567  
NL116204

## 1. ACCEPTANCE

The terms and conditions hereof become the exclusive and binding agreement between the parties covering the purchase of goods or services ordered herein when this purchase order is accepted by acknowledgment or commencement of performance. This order may be accepted only on these terms and conditions. Additional or different terms proposed by seller will be applicable in writing by buyer. No change, modification or revision of this order shall be effective unless in writing and signed by buyer.

## 2. INVOICES

Seller will submit invoices in triplicate showing the following: purchase order number, item number, description of item, size of item, quantity of them, unit prices, applicable taxes, extended totals, and any other information specified elsewhere herein. A Bill of Lading or express receipt must accompany each invoice.

## 3. PAYMENT TERMS

All prices are to be quoted and paid in United States Dollars. Unless otherwise specified, the prices set forth in this purchase order include all applicable foreign, federal state, and local taxes and all shipping, freight, transportation, packing and handling charges. Payment terms are net sixty (60) days from the date of invoice, subject to any amounts subject to set-of or clarification or in good faith dispute. Payment of invoice will not constitute acceptance of goods and will be subject to adjustments for errors, shortages, and defect in the goods or other failure of seller to meet the requirements of the purchase order. Buyer may, in good faith, notify seller that buyer requires further clarification or documentation of an invoice or that Buyer believes that an invoice is in error or otherwise not payable hereunder. Buyer's delay in paying any disputed portion of any invoice in such circumstances shall not constitute a breach of default by Buyer. On a monthly basis, Seller shall provide Buyer with (1) a detailed monthly aging statement for invoices that are overdue, if any; (2) and for any known invoices which are in dispute, a detailed discrepancy statement specifying the following: (a) invoice number; (b) Buyer's purchase order number; (c) amount of discrepancy; (d) check number and date; and (e) reference debit memo number. Payments of invoices shall be deemed correct unless Seller notifies Buyer of any payment discrepancies within thirty (30) days. Buyer may at any time set off any amount owed by Buyer to Seller against any amount owed by Seller or any of its affiliated companies to Buyer.

## 4. DISCOUNTS

Time in connection with any discount offered by seller will be computed from the latest of (1) the scheduled delivery date, (2) the date of actual delivery, or (3) the date an acceptable invoice is received. For the purpose of earning the discount, payment will be deemed to have been made on the date of mailing of Buyers payment.

## 5. OVER SHIPMENT

Buyers will pay only for maximum quantity ordered. Over shipments will be held by Buyer at Seller's risk and expense for a reasonable time awaiting shipping instructions. Return shipping charges for excess quantities will be at Sellers expense.

## 6. PACKING AND SHIPMENT

Unless otherwise specified, when the price of this purchase order is based on the weight of the ordered goods, such price is to cover only the net weight of material ordered, and no charge will be allowed for packing, handling, transportation, storage or other packing expenses. All such expenses shall be solely by seller. Unless otherwise specified, Seller will package and pack all goods in a manner, which is (i) in accordance with good commercial practice, (ii) acceptable to common carriers for shipment at the lowest rate for the particular goods, (iii) in accordance with I.C.C. regulations, and (iv) adequate to ensure safe arrival of the goods at the name destination. Seller will mark all containers with necessary lifting, handling, and shipping information and with purchase order numbers, date of shipment, and the names of the consignee and consignor. An itemized packing list must accompany each shipment.

## 7. DELIVERY

Seller shall deliver the products order hereunder in accordance with the delivery date or dates specified by buyer. Seller acknowledges that time is of the essence in the fulfillment of buyer's orders hereunder. No partial or incomplete delivery will be made prior to the delivery date or dates specified unless Buyer has given prior written consent. Unless otherwise specifically provided on the face of this order, the product ordered hereunder will be delivered on an F.O.B. destination basis. In the event this purchase order includes the delivery of equipment, which requires installation. Sellers shall install such equipment at Buyers designated site upon request from Buyer at Sellers sole expense.

## 8. WARRANTY

(A) Seller warrants that all good delivered (i) will be free from defects in workmanship, material, and manufacture, (ii) will comply with the requirements of this purchase order, including any drawings or specifications incorporated herein or samples furnished by Seller, (iii) when design is Sellers responsibility, will be free from defect in design and (iv) when equipment is installed by Seller, will be properly installed and in good working order. Seller Further warrants that all goods purchases hereunder will be of merchantable quality and will be fit for the purpose intended by Buyer. The foregoing warranties constitute conditions to this purchase order. They are in addition to all others warranties, whether express or implied, and will survive any delivery, inspection, acceptance or payment by buyer. All warranties run to the benefit of Buyer and its customers.(B) Buyer's approval of seller of any warranties.(C) If any goods delivered do not meet the warranties specified herein or otherwise applicable. Buyer may, at its option, (i) require Seller to correct any defective or nonconforming good by repair or replacement at no cost to Buyer, or (ii) return such defective or nonconforming goods to seller at seller's expense and recover from Seller and the order price thereof, or (iii) may require an appropriate reduction in price.

## 8. INSPECTION AND ACCEPTANCE

Notwithstanding any prior inspection or payment, all goods will be subject to final inspection and acceptance at buyer's plant within a reasonable time after delivery. In case any item is defective in material or workmanship, or otherwise not in conformity with the requirements of this order, Buyer will have the right to reject it, to require it's correction or to accept it with an adjustment in price. Any item that has been rejected or required to be corrected must be replaced or corrected by and at the expense of Seller promptly after notice. If, after being requested by Buyer, Seller fails to promptly replace or correct any defective item, then buyer. (i) may, by contract or otherwise, replace or correct such item and charge to Seller the cost occasioned thereby, (ii) may, without further notice, cancel this purchase order for default in accordance with item 11 below, or (iii) may require an appropriate reduction in price.

## 10. CHANGE ORDERS

(A) Buyer may at any time, by a written order, suspend performance hereunder, increase or decrease the order quantities, change the due date or make changes in any one or more of the following: (i) applicable drawings, designs or specification; (ii) method of shipment or packing; and/or (iii) place of delivery.(B) If the change causes an increase in the cost or the time required by seller for performance of the purchase order and seller so notifies Buyer, then an equitable adjustment will be made in order price or delivery schedule or both, and the purchase order will be modified accordingly in writing. No claims by seller for such an adjustment will be valid unless asserted within twenty (20) days from the date of receipt by seller of the notification of charge; provided, however that such period may be extended upon the written approval of Buyer.(C) Nothing in this item 10 is intended to excuse seller from proceeding with this purchase order as changed or amended.

## 11. CANCELLATION FOR DEFAULT

(A) It is understood and agreed that time is of the essence in the fulfillment of this order because the goods or services herein are needed for products of that have a very short, carefully timed market life; failure of seller to deliver on the due date could cause buyer's product to be unmarketable. Buyer may by written notice, cancel this order in whole or in part if, in Buyer's good faith opinion, Seller (i) has failed to make delivery of the items or to perform the services within the time specified herein, or any extension thereof written change order or amendment; or (ii) has failed to replace or correct defective items, in accordance with the provisions of items 8 or 9 above; or (iii) has failed to perform any of the other provisions of this purchase order; or (iv) has so failed to make progress under this purchase order as to endanger performance in accordance with its terms.(B) If this purchase order is cancelled for seller's default, Buyer may procure, upon such terms and in such manner, as buyer may deem appropriate. Substitute goods or services similar or substantially similar to those cancelled. Without limiting Buyer's remedies, Seller will then be liable to Buyer for any excess cost occasioned thereby.(C) Nothing in this item 11 is intended seller from proceeding with any unconcealed portion of this purchase order.

## 12. CANCELLATION

In addition to the right to reject delayed deliveries under section 7, Buyer may cancel all or any undelivered portion of this order (i) if seller does not make deliveries as provided on the face hereof or if Seller breaches any of the terms hereof, including the warranties of seller; (ii) if Buyer and Seller are unable to agree on the amount of any increased cost or time of performance of this purchase order as a result of changes requested by buyer pursuant to Section 8. Buyer shall also have the right to cancel this order or any part hereof in the event of the happening of any of the following: insolvency of seller; filing of a voluntary petition in bankruptcy; filing of an involuntary petition to have Seller declared bankrupt provided it is not vacated within thirty (30) days from the date of filing; the appointment of a receiver or trustee for seller, provided it is not vacated within thirty (30) days from the date of such appointment; or the execution by seller of an assignment for the benefit of creditor. In the event that Buyer shall so cancel or reject, Buyer may be charged only for goods actually delivered and received and not rejected.

## 13. RISK OF LOSS OR DAMAGE

Notwithstanding any prior inspections, and irrespective of the F.O.B. point named herein, Seller will bear all risk of loss, damage or destruction to the ordered goods until final acceptance of the goods by Buyer at destination. Seller will bear the same risk with respect to any goods rejected by Buyer. Buyer, however, will be responsible for any loss occasioned by the gross negligence of its employee acting within the scope of their employment.

## 14. WAIVER

The failure of Buyer to enforce at any time of the provisions of this purchase order, to exercise any election or option provided herein, or to require at any time the performance by seller of any of the provisions herein will not in any way be a waiver of such provisions.

## 15. REMEDIES

The remedies stated herein are in addition to all other remedies at law or in equity.

## 16. INDEMNIFICATION

(A) Seller agrees to indemnify Buyer, its agents, customers, successors, and assigns against any loss, damage, and liability (including cost and expense) for actual or alleged infringement of any patent, copyright, trademark or trade secret arising out of the use or sale of the goods by buyer, its agents or customers provided; however, that buyer must notify seller of any such infringement, Seller agrees, at Buyer's option (i) refund to Buyer the amounts paid to seller for the goods covered by the injunction, or (ii) furnish Buyer with acceptable noninfringing goods.(B) Seller agrees to indemnify Buyer against any and all liability and expense resulting from any alleged defect in the goods to comply with specification.(C) The above indemnifications are in addition to all other rights of indemnification of Buyer against Seller.

## 17. NON-DISCLOSURE OR CONFIDENTIAL MATTER

Seller will not quote for sale to others, without Buyers written authorization, any goods purchased under Buyer's specification or drawings. All specifications, drawing, samples, and other data furnished by buyer will be treated by seller as confidential information, will remain Buyer's property, and will be returned to Buyer on request. Seller will not use Buyer's confidential information in any way other than Buyer's account or disclose to any third party any of Buyer's confidential information. Seller will take the same precautions to protect the confidentiality of Buyers confidential information that it takes to protect its own confidential information, which precautions shall constitute not less than reasonable care.

## 18. ASSIGNMENT

No right or obligation under this purchase order (including right to receive monies due) may be assigned by Seller without the prior written consent of Buyer, and any purported assignment without such consent will be void, Buyer may assign this purchase order at any time if such assignments is considered necessary by Buyer in connection with a sale of Buyer's assets or a transfer of its obligations.

## 19. NOTICE OF DELAYS

Whenever any event delays or threatens to delay the timely performance of this purchase order, Seller will immediately notify Buyer of such event and furnish all relevant details. Receipt of Buyer of such notice will not constitute a wavier of the due dates hereunder.

## 20. PATENT LICENSE

Seller, as part consideration for this purchase order and without further cost to Buyer, hereby (and, to the extent requested by buyer, to the government) and irrevocable, non-exclusive, royalty-free license to use, sell, manufactured products embodying any inventions and discoveries made, conceived or actually or reduced to practice in connection with the performance of this purchase order.

## 21.BUYER'S PROTECTION FOR WORK PERFORMED AT ITS SITE

Seller shall take all steps as may be reasonably necessary to prevent personal injury or property damage during any work hereunder that may be performed by any employees, agents or subcontractors of Seller at Buyers site (including, without limitation, installation of equipment), and Seller shall indemnify and hold harmless Buyer from and against all loss, liability and damages arising from or caused directly or indirectly by any act or omission of such agents, employees or subcontractors, and Seller shall maintain such insurance against public liability and property damage, and such employees liability and compensation insurance as will protect Buyer against the aforementioned risks and against any claims under any Workers compensation and occupational safety and health acts and any other applicable labor, health and safety laws.

## 22. BUYER FURNISHED PROPERTY

All unfurnished products, tools and other materials furnished by Buyer for use in the performance of this order shall remain the property of the Buyer and shall be used by Seller in the performance of this order only, in accordance with the requirements hereof, and shall be returned to buyer when requested upon completion or termination of this order or as otherwise requested by buyer. Seller shall maintain insurance covering casualty of loss of buyer's property while such property is in Seller s possession or control. The insurance policy shall be in amounts reasonable under the circumstances and shall name buyer as an additional insured and loss payee. Upon request from buyer, seller shall provide evidence of such insurance.

## 23. COMPLIANCE WITH LAWS

Seller warrants that no law, rule or regulation of the United States, any State, any government agency or of foreign government or agency has been or will be violated in the manufacture or sale of the products ordered hereunder or in the performance of any services covered in this order, including transportation, and seller agrees to indemnify and hold the buyer harmless from all loss, liability and damages arising out of any actual or alleged violation. It is understood that Seller s warranty hereunder includes but is not limited to compliance with all requirements of the fair labor act of 1938, as amended, the occupational safety and health act of 1970, the toxic substance control act of 1976 and the transportation safety act of 1974, as amended.

## 24. GOVERNMENT CONTRACTS

If this purchase order is issued for any purpose that is either directly or indirectly connected with the performance of a prime contract with the government or a subcontract there under, the terms that the armed services procurement regulations or other appropriate regulations require to be inserted in contracts or subcontracts will be deemed to apply to this purchase order.

## 25. LIMITATION OF LIABILITY

In no event shall buyer be liable for any lost profits for any special, incidental, consequential or indirect damage, however caused and on any theory of liability, even if buyer has been advised of the possibility of such damages.

## 26.APPLICABLE LAW

This purchase order will be governed by the law of the State of California, including its uniform commercial code without reference to conflict of law principles.

## 27. INDEPENDENT CONTRACTORS

The relationship of Buyer and seller established by this purchase order is that of independent contractors and nothing herein shall constitute the parties as partner, joint ventures, co-owners or participants in a common undertaking or allow either party to create any obligation on behalf of the other party.

## 28. ENTIRE AGREEMENT

This agreement sets forth the entire agreement between parties with respect to the subject matter hereof and supersedes all prior agreements and discussion between them. No modification or amendment hereof will be effective unless in writing and signed by a daily authorized representative of each party. Any terms and conditions set forth in any order confirmation or acknowledgment or any other documents shall be of no force or effect whatsoever.

CONFIDENTIAL

NL116206

**Netlist, Inc.**
175 Technology
Suite 150
Irvine, CA 92618
(949) 435-0025 Phone
(949) 435-0031 Fax
www.netlistinc.com

# Purchase Order

Order Date: **6/9/2016**
P.O. Number: **0323822**
Buyer: **RJ**

| Vendor Number: | SAM001 |
|---|---|

**Vendor:**
SAMSUNG SEMICONDUCTOR, INC
3655 NORTH FIRST STREET
SAN JOSE, CA  95134

**Ship To:**
NETLIST INC
175 TECHNOLOGY
SUITE 150
IRVINE, CA  92618

Attn: Neal Knuth
Fax:: 408-544-4909

CR limit=$3M eff. 03/14/2011

| Dock Date | Ship VIA | FCA | Terms |
|---|---|---|---|
| 6/16/2016 | FEDEX | CIP IRVINE | NET 45 DAYS |

| Item / Description | Unit | Qty | Qty Received | Qty B/O | Price | Extended |
|---|---|---|---|---|---|---|
| *M386A8K40CM2-CTD70* | EACH | 0 | 0 | 0 | $580.0000 | $0.00 |

Whse: 000

64GB 4DRX4 PC4-2666-LD0-10
DDR4 LRDIMM 1.2V R/C D  RCD IDT gen2  B1 / DB IDT gen2 B0
M386A8K40CM2-CTD70
         Cannot support C die

Approved Signature: _____

Date of Approval: _____

P.O. #:  0323822

**Purchase Order Terms and Conditions Attached**

Net Order: $0.00
Sales Tax: 0.00
Freight: 0.00
Order Total: $0.00

Page 1 of 3

## 1. ACCEPTANCE

The terms and conditions hereof become the exclusive and binding agreement between the parties covering the purchase of goods or services ordered herein when this purchase order is accepted by acknowledgment or commencement of performance. This order may be accepted only on these terms and conditions. Additional or different terms proposed by seller will be applicable in writing by buyer. No change, modification or revision of this order shall be effective unless in writing and signed by buyer.

## 2. INVOICES

Seller will submit invoices in triplicate showing the following: purchase order number, item number, description of item, size of item, quantity of them, unit prices, applicable taxes, extended totals, and any other information specified elsewhere herein. A Bill of Lading or express receipt must accompany each invoice.

## 3. PAYMENT TERMS

All prices are to be quoted and paid in United States Dollars. Unless otherwise specified, the prices set forth in this purchase order include all applicable foreign, federal state, and local taxes and all shipping, freight, transportation, packing and handling charges. Payment terms are net sixty (60) days from the date of invoice, subject to any amounts subject to set-of or clarification or in good faith dispute. Payment of invoice will not constitute acceptance of goods and will be subject to adjustments for errors, shortages, and defect in the goods or other failure of seller to meet the requirements of the purchase order. Buyer may, in good faith, notify seller that buyer requires further clarification or documentation of an invoice or that Buyer believes that an invoice is in error or otherwise not payable hereunder. Buyer's delay in paying any disputed portion of any invoice in such circumstances shall not constitute a breach of default by Buyer. On a monthly basis, Seller shall provide Buyer with (1) a detailed monthly aging statement for invoices that are overdue, if any; (2) and for any known invoices which are in dispute, a detailed discrepancy statement specifying the following: (a) invoice number; (b) Buyer's purchase order number; (c) amount of discrepancy; (d) check number and date; and (e) reference debit memo number. Payments of invoices shall be deemed correct unless Seller notifies Buyer of any payment discrepancies within thirty (30) days. Buyer may at any time set off any amount owed by Buyer to Seller against any amount owed by Seller or any of its affiliated companies to Buyer.

## 4. DISCOUNTS

Time in connection with any discount offered by seller will be computed from the latest of (1) the scheduled delivery date, (2) the date of actual delivery, or (3) the date an acceptable invoice is received. For the purpose of earning the discount, payment will be deemed to have been made on the date of mailing of Buyers payment.

## 5. OVER SHIPMENT

Buyers will pay only for maximum quantity ordered. Over shipments will be held by Buyer at Seller's risk and expense for a reasonable time awaiting shipping instructions. Return shipping charges for excess quantities will be at Sellers expense.

## 6. PACKING AND SHIPMENT

Unless otherwise specified, when the price of this purchase order is based on the weight of the ordered goods, such price is to cover only the net weight of material ordered, and no charge will be allowed for packing, handling, transportation, storage or other packing expenses. All such expenses shall be solely by seller. Unless otherwise specified, Seller will package and pack all goods in a manner, which is (i) in accordance with good commercial practice, (ii) acceptable to common carriers for shipment at the lowest rate for the particular goods, (iii) in accordance with I.C.C. regulations, and (iv) adequate to ensure safe arrival of the goods at the name destination. Seller will mark all containers with necessary lifting, handling, and shipping information and with purchase order numbers, date of shipment, and the names of the consignee and consignor. An itemized packing list must accompany each shipment.

## 7. DELIVERY

Seller shall deliver the products order hereunder in accordance with the delivery date or dates specified by buyer. Seller acknowledges that time is of the essence in the fulfillment of buyer's orders hereunder. No partial or incomplete delivery will be made prior to the delivery date or dates specified unless Buyer has given prior written consent. Unless otherwise specifically provided on the face of this order, the product ordered hereunder will be delivered on an F.O.B. destination basis. In the event this purchase order includes the delivery of equipment, which requires installation. Sellers shall install such equipment at Buyers designated site upon request from Buyer at Sellers sole expense.

## 8. WARRANTY

(A) Seller warrants that all good delivered (i) will be free from defects in workmanship, material, and manufacture, (ii) will comply with the requirements of this purchase order, including any drawings or specifications incorporated herein or samples furnished by Seller, (iii) when design is Sellers responsibility, will be free from defect in design and (iv) when equipment is installed by Seller, will be properly installed and in good working order. Seller Further warrants that all goods purchases hereunder will be of merchantable quality and will be fit for the purpose intended by Buyer. The foregoing warranties constitute conditions to this purchase order. They are in addition to all others warranties, whether express or implied, and will survive any delivery, inspection, acceptance or payment by buyer. All warranties run to the benefit of Buyer and its customers.(B) Buyer's approval of seller of any warranties.(C) If any goods delivered do not meet the warranties specified herein or otherwise applicable. Buyer may, at its option, (i) require Seller to correct any defective or nonconforming good by repair or replacement at no cost to Buyer, or (ii) return such defective or nonconforming goods to seller at seller's expense and recover from Seller and the order price thereof, or (iii) may require an appropriate reduction in price.

## 8. INSPECTION AND ACCEPTANCE

Notwithstanding any prior inspection or payment, all goods will be subject to final inspection and acceptance at buyer's plant within a reasonable time after delivery. In case any item is defective in material or workmanship, or otherwise not in conformity with the requirements of this order, Buyer will have the right to reject it, to require it's correction or to accept it with an adjustment in price. Any item that has been rejected or required to be corrected must be replaced or corrected by and at the expense of Seller promptly after notice. If, after being requested by Buyer, Seller fails to promptly replace or correct any defective item, then buyer. (i) may, by contract or otherwise, replace or correct such item and charge to Seller the cost occasioned thereby, (ii) may, without further notice, cancel this purchase order for default in accordance with item 11 below, or (iii) may require an appropriate reduction in price.

## 10. CHANGE ORDERS

(A) Buyer may at any time, by a written order, suspend performance hereunder, increase or decrease the order quantities, change the due date or make changes in any one or more of the following: (i) applicable drawings, designs or specification; (ii) method of shipment or packing; and/or (iii) place of delivery.(B) If the change causes an increase in the cost or the time required by seller for performance of the purchase order and seller so notifies Buyer, then an equitable adjustment will be made in order price or delivery schedule or both, and the purchase order will be modified accordingly in writing. No claims by seller for such an adjustment will be valid unless asserted within twenty (20) days from the date of receipt by seller of the notification of charge; provided, however that such period may be extended upon the written approval of Buyer.(C) Nothing in this item 10 is intended to excuse seller from proceeding with this purchase order as changed or amended.

## 11. CANCELLATION FOR DEFAULT

(A) It is understood and agreed that time is of the essence in the fulfillment of this order because the goods or services herein are needed for products of that have a very short, carefully timed market life; failure of seller to deliver on the due date could cause buyer's product to be unmarketable. Buyer may by written notice, cancel this order in whole or in part if, in Buyer's good faith opinion, Seller (i) has failed to make delivery of the items or to perform the services within the time specified herein, or any extension thereof written change order or amendment; or (ii) has failed to replace or correct defective items, in accordance with the provisions of items 8 or 9 above; or (iii) has failed to perform any of the other provisions of this purchase order; or (iv) has so failed to make progress under this purchase order as to endanger performance in accordance with its terms.(B) If this purchase order is cancelled for seller's default, Buyer may procure, upon such terms and in such manner, as buyer may deem appropriate. Substitute goods or services similar or substantially similar to those cancelled. Without limiting Buyer's remedies, Seller will then be liable to Buyer for any excess cost occasioned thereby.(C) Nothing in this item 11 is intended seller from proceeding with any unconcealed portion of this purchase order.

## 12. CANCELLATION

In addition to the right to reject delayed deliveries under section 7, Buyer may cancel all or any undelivered portion of this order (i) if seller does not make deliveries as provided on the face hereof or if Seller breaches any of the terms hereof, including the warranties of seller; (ii) if Buyer and Seller are unable to agree on the amount of any increased cost or time of performance of this purchase order as a result of changes requested by buyer pursuant to Section 8. Buyer shall also have the right to cancel this order or any part hereof in the event of the happening of any of the following: insolvency of seller; filing of a voluntary petition in bankruptcy; filing of an involuntary petition to have Seller declared bankrupt provided it is not vacated within thirty (30) days from the date of filing; the appointment of a receiver or trustee for seller, provided it is not vacated within thirty (30) days from the date of such appointment; or the execution by seller of an assignment for the benefit of creditor. In the event that Buyer shall so cancel or reject, Buyer may be charged only for goods actually delivered and received and not rejected.

## 13. RISK OF LOSS OR DAMAGE

Notwithstanding any prior inspections, and irrespective of the F.O.B. point named herein, Seller will bear all risk of loss, damage or destruction to the ordered goods until final acceptance of the goods by Buyer at destination. Seller will bear the same risk with respect to any goods rejected by Buyer. Buyer, however, will be responsible for any loss occasioned by the gross negligence of its employee acting within the scope of their employment.

## 14. WAIVER

The failure of Buyer to enforce at any time of the provisions of this purchase order, to exercise any election or option provided herein, or to require at any time the performance by seller of any of the provisions herein will not in any way be a waiver of such provisions.

### 15. REMEDIES

The remedies stated herein are in addition to all other remedies at law or in equity.

### 16. INDEMNIFICATION

(A) Seller agrees to indemnify Buyer, its agents, customers, successors, and assigns against any loss, damage, and liability (including cost and expense) for actual or alleged infringement of any patent, copyright, trademark or trade secret arising out of the use or sale of the goods by buyer, its agents or customers provided; however, that buyer must notify seller of any such infringement, Seller agrees, at Buyer's option (i) refund to Buyer the amounts paid to seller for the goods covered by the injunction, or (ii) furnish Buyer with acceptable noninfringing goods.(B) Seller agrees to indemnify Buyer against any and all liability and expense resulting from any alleged defect in the goods to comply with specification.(C) The above indemnifications are in addition to all other rights of indemnification of Buyer against Seller.

### 17. NON-DISCLOSURE OR CONFIDENTIAL MATTER

Seller will not quote for sale to others, without Buyers written authorization, any goods purchased under Buyer's specification or drawings. All specifications, drawing, samples, and other data furnished by buyer will be treated by seller as confidential information, will remain Buyer's property, and will be returned to Buyer on request. Seller will not use Buyer's confidential information in any way other than Buyer's account or disclose to any third party any of Buyer's confidential information. Seller will take the same precautions to protect the confidentiality of Buyers confidential information that it takes to protect its own confidential information, which precautions shall constitute not less than reasonable care.

### 18. ASSIGNMENT

No right or obligation under this purchase order (including right to receive monies due) may be assigned by Seller without the prior written consent of Buyer, and any purported assignment without such consent will be void, Buyer may assign this purchase order at any time if such assignments is considered necessary by Buyer in connection with a sale of Buyer's assets or a transfer of its obligations.

### 19. NOTICE OF DELAYS

Whenever any event delays or threatens to delay the timely performance of this purchase order, Seller will immediately notify Buyer of such event and furnish all relevant details. Receipt of Buyer of such notice will not constitute a wavier of the due dates hereunder.

### 20. PATENT LICENSE

Seller, as part consideration for this purchase order and without further cost to Buyer, hereby (and, to the extent requested by buyer, to the government) and irrevocable, non-exclusive, royalty-free license to use, sell, manufactured products embodying any inventions and discoveries made, conceived or actually or reduced to practice in connection with the performance of this purchase order.

### 21. BUYER'S PROTECTION FOR WORK PERFORMED AT ITS SITE

Seller shall take all steps as may be reasonably necessary to prevent personal injury or property damage during any work hereunder that may be performed by any employees, agents or subcontractors of Seller at Buyers site (including, without limitation, installation of equipment), and Seller shall indemnify and hold harmless Buyer from and against all loss, liability and damages arising from or caused directly or indirectly by any act or omission of such agents, employees or subcontractors, and Seller shall maintain such insurance against public liability and property damage, and such employees liability and compensation insurance as will protect Buyer against the aforementioned risks and against any claims under any Workers compensation and occupational safety and health acts and any other applicable labor, health and safety laws.

### 22. BUYER FURNISHED PROPERTY

All unfurnished products, tools and other materials furnished by Buyer for use in the performance of this order shall remain the property of the Buyer and shall be used by Seller in the performance of this order only, in accordance with the requirements hereof, and shall be returned to buyer when requested upon completion or termination of this order or as otherwise requested by buyer. Seller shall maintain insurance covering casualty of loss of buyer's property while such property is in Seller s possession or control. The insurance policy shall be in amounts reasonable under the circumstances and shall name buyer as an additional insured and loss payee. Upon request from buyer, seller shall provide evidence of such insurance.

### 23. COMPLIANCE WITH LAWS

Seller warrants that no law, rule or regulation of the United States, any State, any government agency or of foreign government or agency has been or will be violated in the manufacture or sale of the products ordered hereunder or in the performance of any services covered in this order, including transportation, and seller agrees to indemnify and hold the buyer harmless from all loss, liability and damages arising out of any actual or alleged violation. It is understood that Seller s warranty hereunder includes but is not limited to compliance with all requirements of the fair labor act of 1938, as amended, the occupational safety and health act of 1970, the toxic substance control act of 1976 and the transportation safety act of 1974, as amended.

### 24. GOVERNMENT CONTRACTS

If this purchase order is issued for any purpose that is either directly or indirectly connected with the performance of a prime contract with the government or a subcontract there under, the terms that the armed services procurement regulations or other appropriate regulations require to be inserted in contracts or subcontracts will be deemed to apply to this purchase order.

### 25. LIMITATION OF LIABILITY

In no event shall buyer be liable for any lost profits for any special, incidental, consequential or indirect damage, however caused and on any theory of liability, even if buyer has been advised of the possibility of such damages.

### 26. APPLICABLE LAW

This purchase order will be governed by the law of the State of California, including its uniform commercial code without reference to conflict of law principles.

### 27. INDEPENDENT CONTRACTORS

The relationship of Buyer and seller established by this purchase order is that of independent contractors and nothing herein shall constitute the parties as partner, joint ventures, co-owners or participants in a common undertaking or allow either party to create any obligation on behalf of the other party.

### 28. ENTIRE AGREEMENT

This agreement sets forth the entire agreement between parties with respect to the subject matter hereof and supersedes all prior agreements and discussion between them. No modification or amendment hereof will be effective unless in writing and signed by a daily authorized representative of each party. Any terms and conditions set forth in any order confirmation or acknowledgment or any other documents shall be of no force or effect whatsoever.

**Netlist, Inc.**
175 Technology
Suite 150
Irvine, CA 92618
(949) 435-0025 Phone
(949) 435-0031 Fax
www.netlistinc.com

# Purchase Order

Order Date: **6/23/2016**
P.O. Number: **0323842**
Buyer: **RJ**

| Vendor Number: | SAM001 |
|---|---|

**Vendor:**
SAMSUNG SEMICONDUCTOR, INC
3655 NORTH FIRST STREET
SAN JOSE, CA  95134

**Ship To:**
NETLIST INC
175 TECHNOLOGY
SUITE 150
IRVINE, CA  92618

Attn: Neal Knuth
Fax:: 408-544-4909

CR limit=$3M eff. 03/14/2011

| Dock Date | Ship VIA | FCA | Terms |
|---|---|---|---|
| 6/23/2016 | FEDEX | CIP IRVINE | NET 45 DAYS |

| Item / Description | Unit | Qty | Qty Received | Qty B/O | Price | Extended |
|---|---|---|---|---|---|---|
| **M393B2G70EB0-YK0**<br><br>16GB 2RX4 PC3L-12800R-13-12-E2<br>GREEN 1.35V DDR3L-1600 RDIMM<br>SAMSUNG M393B2G70EB0-YK0 | EACH | 4 | 4<br>Whse: 000 | 0 | $65.0000 | $260.00 |
| **M393B2G70EB0-CMA**<br><br>16GB 2RX4 PC3-14900R-13-12-E2<br>GREEN 1.5V DDR3-1866 RDIMM<br>SAMSUNG M393B2G70EB0-CMA | EACH | 8 | 8<br>Whse: 000 | 0 | $65.0000 | $520.00 |
| **M391A2K43BB1-CRC**<br><br>16GB 2RX8 PC4-2400T-EE0-10<br>DDR4 UDIMM ECC 1.2V R/C E<br>SAMSUNG M391A2K43BB1-CRC | EACH | 4 | 4<br>Whse: 000 | 0 | $63.0000 | $252.00 |
| **M391A5143EB1-CRC**<br><br>4GB 1RX8 PC4-2400T-ED0-10<br>DDR4 UDIMM ECC 1.2V<br>SAMSUNG M391A5143EB1-CRC<br>FOC | EACH | 2 | 2<br>Whse: 000 | 0 | $0.0000 | $0.00 |

Approved Signature: _____

Date of Approval:
P.O. #: 0323842

**Purchase Order Terms and Conditions Attached**

Net Order: $1,032.00
Sales Tax: 0.00
Freight: 0.00
Order Total: $1,032.00

Page 1 of 3

CONFIDENTIAL

Ex 54

1573
NL116210

## 1. ACCEPTANCE

The terms and conditions hereof become the exclusive and binding agreement between the parties covering the purchase of goods or services ordered herein when this purchase order is accepted by acknowledgment or commencement of performance. This order may be accepted only on these terms and conditions. Additional or different terms proposed by seller will be applicable in writing by buyer. No change, modification or revision of this order shall be effective unless in writing and signed by buyer.

## 2. INVOICES

Seller will submit invoices in triplicate showing the following: purchase order number, item number, description of item, size of item, quantity of them, unit prices, applicable taxes, extended totals, and any other information specified elsewhere herein. A Bill of Lading or express receipt must accompany each invoice.

## 3. PAYMENT TERMS

All prices are to be quoted and paid in United States Dollars. Unless otherwise specified, the prices set forth in this purchase order include all applicable foreign, federal state, and local taxes and all shipping, freight, transportation, packing and handling charges. Payment terms are net sixty (60) days from the date of invoice, subject to any amounts subject to set-of or clarification or in good faith dispute. Payment of invoice will not constitute acceptance of goods and will be subject to adjustments for errors, shortages, and defect in the goods or other failure of seller to meet the requirements of the purchase order. Buyer may, in good faith, notify seller that buyer requires further clarification or documentation of an invoice or that Buyer believes that an invoice is in error or otherwise not payable hereunder. Buyer's delay in paying any disputed portion of any invoice in such circumstances shall not constitute a breach of default by Buyer. On a monthly basis, Seller shall provide Buyer with (1) a detailed monthly aging statement for invoices that are overdue, if any; (2) and for any known invoices which are in dispute, a detailed discrepancy statement specifying the following: (a) invoice number; (b) Buyer's purchase order number; (c) amount of discrepancy; (d) check number and date; and (e) reference debit memo number. Payments of invoices shall be deemed correct unless Seller notifies Buyer of any payment discrepancies within thirty (30) days. Buyer may at any time set off any amount owed by Buyer to Seller against any amount owed by Seller or any of its affiliated companies to Buyer.

## 4. DISCOUNTS

Time in connection with any discount offered by seller will be computed from the latest of (1) the scheduled delivery date, (2) the date of actual delivery, or (3) the date an acceptable invoice is received. For the purpose of earning the discount, payment will be deemed to have been made on the date of mailing of Buyers payment.

## 5. OVER SHIPMENT

Buyers will pay only for maximum quantity ordered. Over shipments will be held by Buyer at Seller's risk and expense for a reasonable time awaiting shipping instructions. Return shipping charges for excess quantities will be at Sellers expense.

## 6. PACKING AND SHIPMENT

Unless otherwise specified, when the price of this purchase order is based on the weight of the ordered goods, such price is to cover only the net weight of material ordered, and no charge will be allowed for packing, handling, transportation, storage or other packing expenses. All such expenses shall be solely by seller. Unless otherwise specified, Seller will package and pack all goods in a manner, which is (i) in accordance with good commercial practice, (ii) acceptable to common carriers for shipment at the lowest rate for the particular goods, (iii) in accordance with I.C.C. regulations, and (iv) adequate to ensure safe arrival of the goods at the name destination. Seller will mark all containers with necessary lifting, handling, and shipping information and with purchase order numbers, date of shipment, and the names of the consignee and consignor. An itemized packing list must accompany each shipment.

## 7. DELIVERY

Seller shall deliver the products order hereunder in accordance with the delivery date or dates specified by buyer. Seller acknowledges that time is of the essence in the fulfillment of buyer's orders hereunder. No partial or incomplete delivery will be made prior to the delivery date or dates specified unless Buyer has given prior written consent. Unless otherwise specifically provided on the face of this order, the product ordered hereunder will be delivered on an F.O.B. destination basis. In the event this purchase order includes the delivery of equipment, which requires installation. Sellers shall install such equipment at Buyers designated site upon request from Buyer at Sellers sole expense.

## 8. WARRANTY

(A) Seller warrants that all good delivered (i) will be free from defects in workmanship, material, and manufacture, (ii) will comply with the requirements of this purchase order, including any drawings or specifications incorporated herein or samples furnished by Seller, (iii) when design is Sellers responsibility, will be free from defect in design and (iv) when equipment is installed by Seller, will be property installed and in good working order. Seller Further warrants that all goods purchases hereunder will be of merchantable quality and will be fit for the purpose intended by Buyer. The foregoing warranties constitute conditions to this purchase order. They are in addition to all others warranties, whether express or implied, and will survive any delivery, inspection, acceptance or payment by buyer. All warranties run to the benefit of Buyer and its customers.(B) Buyer's approval of seller of any warranties.(C) If any goods delivered do not meet the warranties specified herein or otherwise applicable. Buyer may, at its option, (i) require Seller to correct any defective or nonconforming good by repair or replacement at no cost to Buyer, or (ii) return such defective or nonconforming goods to seller at seller's expense and recover from Seller and the order price thereof, or (iii) may require an appropriate reduction in price.

## 8. INSPECTION AND ACCEPTANCE

Notwithstanding any prior inspection or payment, all goods will be subject to final inspection and acceptance at buyer's plant within a reasonable time after delivery. In case any item is defective in material or workmanship, or otherwise not in conformity with the requirements of this order, Buyer will have the right to reject it, to require it's correction or to accept it with an adjustment in price. Any item that has been rejected or required to be corrected must be replaced or corrected by and at the expense of Seller promptly after notice. If, after being requested by Buyer, Seller fails to promptly replace or correct any defective item, then buyer. (i) may, by contract or otherwise, replace or correct such item and charge to Seller the cost occasioned thereby, (ii) may, without further notice, cancel this purchase order for default in accordance with item 11 below, or (iii) may require an appropriate reduction in price.

## 10. CHANGE ORDERS

(A) Buyer may at any time, by a written order, suspend performance hereunder, increase or decrease the order quantities, change the due date or make changes in any one or more of the following: (i) applicable drawings, designs or specification; (ii) method of shipment or packing; and/or (iii) place of delivery.(B) If the change causes an increase in the cost or the time required by seller for performance of the purchase order and seller so notifies Buyer, then an equitable adjustment will be made in order price or delivery schedule or both, and the purchase order will be modified accordingly in writing. No claims by seller for such an adjustment will be valid unless asserted within twenty (20) days from the date of receipt by seller of the notification of charge; provided, however that such period may be extended upon the written approval of Buyer.(C) Nothing in this item 10 is intended to excuse seller from proceeding with this purchase order as changed or amended.

## 11. CANCELLATION FOR DEFAULT

(A) It is understood and agreed that time is of the essence in the fulfillment of this order because the goods or services herein are needed for products of that have a very short, carefully timed market life; failure of seller to deliver on the due date could cause buyer's product to be unmarketable. Buyer may by written notice, cancel this order in whole or in part if, in Buyer's good faith opinion, Seller (i) has failed to make delivery of the items or to perform the services within the time specified herein, or any extension thereof written change order or amendment; or (ii) has failed to replace or correct defective items, in accordance with the provisions of items 8 or 9 above; or (iii) has failed to perform any of the other provisions of this purchase order; or (iv) has so failed to make progress under this purchase order as to endanger performance in accordance with its terms.(B) If this purchase order is cancelled for seller's default, Buyer may procure, upon such terms and in such manner, as buyer may deem appropriate. Substitute goods or services similar or substantially similar to those cancelled. Without limiting Buyer's remedies, Seller will then be liable to Buyer for any excess cost occasioned thereby.(C) Nothing in this item 11 is intended seller from proceeding with any unconcealed portion of this purchase order.

## 12. CANCELLATION

In addition to the right to reject delayed deliveries under section 7, Buyer may cancel all or any undelivered portion of this order (i) if seller does not make deliveries as provided on the face hereof or if Seller breaches any of the terms hereof, including the warranties of seller; (ii) if Buyer and Seller are unable to agree on the amount of any increased cost or time of performance of this purchase order as a result of changes requested by buyer pursuant to Section 8. Buyer shall also have the right to cancel this order or any part hereof in the event of the happening of any of the following: insolvency of seller; filing of a voluntary petition in bankruptcy; filing of an involuntary petition to have Seller declared bankrupt provided it is not vacated within thirty (30) days from the date of filing; the appointment of a receiver or trustee for seller, provided it is not vacated within thirty (30) days from the date of such appointment; or the execution by seller of an assignment for the benefit of creditor. In the event that Buyer shall so cancel or reject, Buyer may be charged only for goods actually delivered and received and not rejected.

## 13. RISK OF LOSS OR DAMAGE

Notwithstanding any prior inspections, and irrespective of the F.O.B. point named herein, Seller will bear all risk of loss, damage or destruction to the ordered goods until final acceptance of the goods by Buyer at destination. Seller will bear the same risk with respect to any goods rejected by Buyer. Buyer, however, will be responsible for any loss occasioned by the gross negligence of its employee acting within the scope of their employment.

## 14. WAIVER

The failure of Buyer to enforce at any time of the provisions of this purchase order, to exercise any election or option provided herein, or to require at any time the performance by seller of any of the provisions herein will not in any way be a waiver of such provisions.

### 15. REMEDIES

The remedies stated herein are in addition to all other remedies at law or in equity.

### 16. INDEMNIFICATION

(A) Seller agrees to indemnify Buyer, its agents, customers, successors, and assigns against any loss, damage, and liability (including cost and expense) for actual or alleged infringement of any patent, copyright, trademark or trade secret arising out of the use or sale of the goods by buyer, its agents or customers provided; however, that buyer must notify seller of any such infringement, Seller agrees, at Buyer's option (i) refund to Buyer the amounts paid to seller for the goods covered by the injunction, or (ii) furnish Buyer with acceptable noninfringing goods.(B) Seller agrees to indemnify Buyer against any and all liability and expense resulting from any alleged defect in the goods to comply with specification.(C) The above indemnifications are in addition to all other rights of indemnification of Buyer against Seller.

### 17. NON-DISCLOSURE OR CONFIDENTIAL MATTER

Seller will not quote for sale to others, without Buyers written authorization, any goods purchased under Buyer's specification or drawings. All specifications, drawing, samples, and other data furnished by buyer will be treated by seller as confidential information, will remain Buyer's property, and will be returned to Buyer on request. Seller will not use Buyer's confidential information in any way other than Buyer's account or disclose to any third party any of Buyer's confidential information. Seller will take the same precautions to protect the confidentiality of Buyers confidential information that it takes to protect its own confidential information, which precautions shall constitute not less than reasonable care.

### 18. ASSIGNMENT

No right or obligation under this purchase order (including right to receive monies due) may be assigned by Seller without the prior written consent of Buyer, and any purported assignment without such consent will be void, Buyer may assign this purchase order at any time if such assignments is considered necessary by Buyer in connection with a sale of Buyer's assets or a transfer of its obligations.

### 19. NOTICE OF DELAYS

Whenever any event delays or threatens to delay the timely performance of this purchase order, Seller will immediately notify Buyer of such event and furnish all relevant details. Receipt of Buyer of such notice will not constitute a wavier of the due dates hereunder.

### 20. PATENT LICENSE

Seller, as part consideration for this purchase order and without further cost to Buyer, hereby (and, to the extent requested by buyer, to the government) and irrevocable, non-exclusive, royalty-free license to use, sell, manufactured products embodying any inventions and discoveries made, conceived or actually or reduced to practice in connection with the performance of this purchase order.

### 21. BUYER'S PROTECTION FOR WORK PERFORMED AT ITS SITE

Seller shall take all steps as may be reasonably necessary to prevent personal injury or property damage during any work hereunder that may be performed by any employees, agents or subcontractors of Seller at Buyers site (including, without limitation, installation of equipment), and Seller shall indemnify and hold harmless Buyer from and against all loss, liability and damages arising from or caused directly or indirectly by any act or omission of such agents, employees or subcontractors, and Seller shall maintain such insurance against public liability and property damage, and such employees liability and compensation insurance as will protect Buyer against the aforementioned risks and against any claims under any Workers compensation and occupational safety and health acts and any other applicable labor, health and safety laws.

### 22. BUYER FURNISHED PROPERTY

All unfurnished products, tools and other materials furnished by Buyer for use in the performance of this order shall remain the property of the Buyer and shall be used by Seller in the performance of this order only, in accordance with the requirements hereof, and shall be returned to buyer when requested upon completion or termination of this order or as otherwise requested by buyer. Seller shall maintain insurance covering casualty of loss of buyer's property while such property is in Seller s possession or control. The insurance policy shall be in amounts reasonable under the circumstances and shall name buyer as an additional insured and loss payee. Upon request from buyer, seller shall provide evidence of such insurance.

### 23. COMPLIANCE WITH LAWS

Seller warrants that no law, rule or regulation of the United States, any State, any government agency or of foreign government or agency has been or will be violated in the manufacture or sale of the products ordered hereunder or in the performance of any services covered in this order, including transportation, and seller agrees to indemnify and hold the buyer harmless from all loss, liability and damages arising out of any actual or alleged violation. It is understood that Seller s warranty hereunder includes but is not limited to compliance with all requirements of the fair labor act of 1938, as amended, the occupational safety and health act of 1970, the toxic substance control act of 1976 and the transportation safety act of 1974, as amended.

### 24. GOVERNMENT CONTRACTS

If this purchase order is issued for any purpose that is either directly or indirectly connected with the performance of a prime contract with the government or a subcontract there under, the terms that the armed services procurement regulations or other appropriate regulations require to be inserted in contracts or subcontracts will be deemed to apply to this purchase order.

### 25. LIMITATION OF LIABILITY

In no event shall buyer be liable for any lost profits for any special, incidental, consequential or indirect damage, however caused and on any theory of liability, even if buyer has been advised of the possibility of such damages.

### 26. APPLICABLE LAW

This purchase order will be governed by the law of the State of California, including its uniform commercial code without reference to conflict of law principles.

### 27. INDEPENDENT CONTRACTORS

The relationship of Buyer and seller established by this purchase order is that of independent contractors and nothing herein shall constitute the parties as partner, joint ventures, co-owners or participants in a common undertaking or allow either party to create any obligation on behalf of the other party.

### 28. ENTIRE AGREEMENT

This agreement sets forth the entire agreement between parties with respect to the subject matter hereof and supersedes all prior agreements and discussion between them. No modification or amendment hereof will be effective unless in writing and signed by a daily authorized representative of each party. Any terms and conditions set forth in any order confirmation or acknowledgment or any other documents shall be of no force or effect whatsoever.