# EXHIBIT 55

**From:** Raymond Jiang <rjiang@netlist.com>
**Sent:** Sun, 8 Apr 2018 22:55:21 -0400 (EDT)
**To:** Neal Knuth <n.knuth@samsung.com>
**Cc:** Steven Yu <syu@netlist.com>; Violeta Rios Zendejas<violeta.rios@samsung.com>; Paik Ki Hong <pkhong@netlist.com>
**Subject:** RE: PC 16GB

Neal,

FYI - We turned down the B die due to an incident Paik has explained.

This is a C die. We can also use.

Thanks

---

**From:** Neal Knuth [mailto:n.knuth@samsung.com]
**Sent:** Wednesday, April 04, 2018 8:45 AM
**To:** Raymond Jiang <rjiang@netlist.com>
**Cc:** Steven Yu <syu@netlist.com>; Violeta Rios Zendejas <violeta.rios@samsung.com>; Paik Ki Hong <pkhong@netlist.com>
**Subject:** PC 16GB

Raymond,

You turned them down last week..  Steven confirmed so I sold elsewhere.  If PO is open, cancel it.  I cannot support much with current credit issue.

Thanks,

Neal Knuth
949 910 2835

---

**From:** Raymond Jiang [mailto:rjiang@netlist.com]
**Sent:** Tuesday, April 3, 2018 10:25 PM
**To:** Neal Knuth <n.knuth@samsung.com>
**Cc:** Steven Yu <syu@netlist.com>
**Subject:** RE: PC 16GB

Can take 196pcs - M471A2K43CB1-CRCD0 if available.

Please advise.

Thanks

---

**From:** Raymond Jiang
**Sent:** Tuesday, April 03, 2018 2:48 PM
**To:** Neal Knuth <n.knuth@samsung.com>
**Subject:** RE: PC 16GB

Exhibit 0021

CONFIDENTIAL    NL008985

Neal,

| M471A2K43CB1-CRCD0 | 629 |
|---|---|

Curious – are these still available?

Thanks

---

**From:** Neal Knuth [mailto:n.knuth@samsung.com]
**Sent:** Monday, April 02, 2018 2:46 PM
**Subject:** PC 16GB

| M471A2K43CB1-CRCD0 | 629 |
|---|---|
| M378A2K43CB1-CRCD0 | 777 |

Let me know.   $142.00 and First come first served..

Thank you,
감사합니다
Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
**New Office Number**:  949 910 2835

nealk@ssi.samsung.com

Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.
*Privacy Notice*: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.