# EXHIBIT 56

| From: | Neal Knuth-SSI <NealK@ssi.samsung.com> |
|---|---|
| Sent: | Tue, 15 Mar 2016 22:13:17 -0400 (EDT) |
| To: | Raymond Jiang <rjiang@netlist.com>; Jane Zhou <janezhou@netlist.com> |
| Cc: | Paik Ki Hong <pkhong@netlist.com> |
| Subject: | IMPORTANT: Need Updated Payment Status for Open Invoices |

Really big red flag and our team will not be very nice with the credit line.  I have seen them re-evaluate the lines and remove them.

Please be careful.

Thanks,
Neal
858 535 6410

**From:** Raymond Jiang [mailto:rjiang@netlist.com]
**Sent:** Tuesday, March 15, 2016 6:21 PM
**To:** Neal Knuth-SSI; Jose Santos-SSI; Jane Zhou
**Cc:** Daniel (Young J.) Na-SSI; Carman Wu-SSI; Paik Ki Hong
**Subject:** RE: IMPORTANT: Need Updated Payment Status for Open Invoices

Neal,

Just responded that we will get these paid in a separate email.

Will forward confirmation once available.

Thanks
Raymond

**From:** Neal Knuth-SSI [mailto:NealK@ssi.samsung.com]
**Sent:** Wednesday, March 16, 2016 8:25 AM
**To:** Jose Santos-SSI <jpaul.santos@ssi.samsung.com>; Jane Zhou <janezhou@netlist.com>; Raymond Jiang <rjiang@netlist.com>
**Cc:** Daniel (Young J.) Na-SSI <daniel.n@ssi.samsung.com>; Carman Wu-SSI <carman.wu@ssi.samsung.com>; Paik Ki Hong <pkhong@netlist.com>
**Subject:** IMPORTANT: Need Updated Payment Status for Open Invoices
**Importance:** High

Adding Paik Ki.

This is not the way to manage our business together.  Please help on the below ASAP.

Thanks,
Neal
858 535 6410

**From:** Jose Santos-SSI
**Sent:** Tuesday, March 15, 2016 5:00 PM
**To:** Jane Zhou; Raymond Jiang
**Cc:** Neal Knuth-SSI; Daniel (Young J.) Na-SSI; Carman Wu-SSI
**Subject:** RE: IMPORTANT: Need Updated Payment Status for Open Invoices

Hello Jane,

Can you please provide the contact number of your Buyer or direct this e-mail for proper action.  Your account might be placed on credit hold if payment will not be settled.  Please advise.

Best Regards,

**Jose "PAUL" Santos**
Sales Specialist in R/A sales
Samsung Semiconductor, Inc
Phone: (408)544-4668
Email: jpaul.santos@ssi.samsung.com

**From:** Jose Santos-SSI
**Sent:** Tuesday, March 15, 2016 9:19 AM
**To:** 'Jane Zhou'; 'Raymond Jiang'
**Cc:** Neal Knuth-SSI; Daniel (Young J.) Na-SSI; 'carman.wu@ssi.samsung.com'
**Subject:** IMPORTANT: Need Updated Payment Status for Open Invoices

**Exhibit 0022**

Hello Jane,

Can you please assist our Credit team to get the delayed payments below to avoid credit block?

| Account | Assignment | SO | Delivery | PO | Document Date | Net due date | Arrears after net due date | Amount in local currency | Netlist Payment Dates |
|---|---|---|---|---|---|---|---|---|---|
| 1141810 | 3213693763 | 1222147245 | 8309170498 | 323444 | 2/2/2016 | 3/18/2016 | -4 | $ 1,344.00 | |
| 1141810 | 3213680135 | 1221683641 | 8308870619 | 323512 | 2/2/2016 | 3/18/2016 | -4 | $10,368.00 | |
| 1141810 | 3213938651 | 1222390165 | 8309513496 | 323537 | 2/4/2016 | 3/20/2016 | -6 | $ 1,230.00 | |
| 1141810 | 3214032071 | 1222494257 | 8309644735 | 323542 | 2/5/2016 | 3/21/2016 | -7 | $ 704.00 | |
| 1141810 | 3214209514 | 1222679826 | 8308888525 | 323548 | 2/9/2016 | 3/25/2016 | -11 | $ 4,400.00 | |
| 1141810 | 3214209305 | 1222710686 | 8309930120 | 323478 | 2/9/2016 | 3/25/2016 | -11 | $ 1,610.00 | |
| 1141810 | 3215039719 | 1222494259 | 8310946948 | 323545 | 2/18/2016 | 4/3/2016 | -20 | $ 100.00 | |
| 1141810 | 3215160912 | 1223586877 | 8311100929 | 323545 | 2/19/2016 | 4/4/2016 | -21 | $ 100.00 | |
| 1141810 | 3215308254 | 1218092862 | 8311412043 | 323444 | 2/20/2016 | 4/5/2016 | -22 | $ 2,560.00 | |

CONFIDENTIAL                                    NL041573

| 1141810 | 3215729656 | 1224178688 | 8311917150 | 323444 | 2/25/2016 | 4/10/2016 | -27 | $ 2,560.00 | |
| 1141810 | 3215988985 | 1224335849 | 8312132480 | 323359 | 2/27/2016 | 4/12/2016 | -29 | $ 3,840.00 | |
| 1141810 | 3216306625 | 1224178858 | 8312253866 | 323574 | 3/1/2016 | 4/15/2016 | -32 | $ 216.00 | |
| 1141810 | 3216306624 | 1224178858 | 8312253861 | 323574 | 3/1/2016 | 4/15/2016 | -32 | $ 1,584.00 | |
| 1141810 | 3216439381 | 1224837612 | 8312808608 | 323570 | 3/2/2016 | 4/16/2016 | -33 | $ 680.00 | |
| 1141810 | 3216439382 | 1224837704 | 8312808611 | 323570 | 3/2/2016 | 4/16/2016 | -33 | $ 348.00 | |
| 1141810 | 3217178662 | 1225647834 | 8313933642 | 323596 | 3/10/2016 | 4/24/2016 | -41 | $24,000.00 | |
| | | | | | | | | $55,844.00 | |

Best Regards,

**Jose "PAUL" Santos**
Sales Specialist in R/A sales
Samsung Semiconductor, Inc
Phone: (408)544-4668
Email: jpaul.santos@ssi.samsung.com

CONFIDENTIAL                                                              NL041574