# EXHIBIT 57

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

NETLIST INC., a Delaware corporation, ) Case No.: 8:20-cv-993-MCS-DFM

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,

Defendant.

*** CONFIDENTIAL -- ATTORNEYS' EYES ONLY ***

DEPOSITION OF:

INDONG KIM

TUESDAY, AUGUST 10, 2021

9:05 a.m.

REPORTED BY:
Vickie Blair
CSR No. 8940, RPR-CRR
JOB NO. 4743987

PAGES 1 - 146

that that is one of the purpose, and the actual licensing is a part of that. 11:10:12 11:10:21

BY MS. CHOY: 11:10:22

Q Are there other provisions of the JDLA that you're familiar with? 11:10:28 11:10:33

INTERPRETER KO: Ms. Choy, when you say "provisions" here, are you talking about terms of JDLA or -- 11:10:42 11:10:43 11:10:46

MS. CHOY: Yes, terms. 11:10:47

INTERPRETER KO: I don't under -- yeah. Okay. 11:10:49 11:10:49

MS. CHOY: Terms. 11:12:03

THE WITNESS: The fundamental strategy that our company came up with in order to counter the Intel's Optane product was to somehow utilize the JEDEC's standardization system because, at the time, Intel's Optane product was not standardized, but it utilized the nonstandard Intel protocol itself. 11:12:03 11:12:08 11:12:12 11:12:23 11:12:28 11:12:35

So our strategy was to somehow bring about a product which utilized DRAM and NAND's beneficial characteristics into a standardized product so that other memory product companies can be engaged in this effort, as well, so that the product that we come up with could be considered a commodity within the industry, and that was our basic strategy to counter 11:12:48 11:12:51 11:12:58 11:13:09 11:13:14 11:13:18 11:13:25

measure Intel's Optane product. 11:13:30

So my anticipation of being involved with Netlist and -- was that somehow bring Netlist technology to standardization, and make suggestion and collaboration in this effort, meaning standardization of the technology effort. 11:13:45 11:15:17 11:15:26 11:15:36 11:15:44

However, I don't recall exactly from what point in time, but, from a particular point in time, the situation was so that, and Netlist stated that they could no longer actively participate in JEDEC activities because of the patent litigation lawsuits that they were involved in. 11:15:47 11:15:50 11:15:55 11:16:03 11:16:07 11:16:11

So, rather than collaboration effort of standardization of the technology, which I thought the joint development effort was going to be, became a product centered collaboration effort. 11:16:13 11:16:19 11:16:25 11:16:31

So, to answer your question, to me, our collaboration or development of technology effort with Netlist, to me, was going to be technology that counter measures Intel's technology, but it changed so -- changed from JEDEC's standardized collaboration effort to a product specific collaboration. 11:16:34 11:16:41 11:16:47 11:16:53 11:17:02 11:17:08

BY MS. CHOY: 11:17:17

Q Can you explain what you mean by "a product specific collaboration"? 11:17:24 11:17:27

A It -- that is in regards to hybrid DIMM. 11:17:29

(Whereupon, the witness and the interpreter confer in Korean.) 11:18:07 11:18:08

THE WITNESS: Yeah, hybrid DIMM is a part name, which Netlist came up with -- it's a product name, thank you. 11:18:08 11:18:10 11:18:14

BY MS. CHOY: 11:18:19

Q Can you explain the distinction between the collaboration effort of the standardization of the technology and then the work with regards to the hybrid DIMM? 11:18:19 11:18:22 11:18:26 11:18:29

(Whereupon, the witness and the interpreter confer in Korean.) 11:19:11 11:19:30

THE WITNESS: Yes, the effort of technology standardization was to come up with the new protocol standardization called NVDIMM, and for your reference, we have standardized this technology about three years ago, which Samsung spearheaded. 11:19:30 11:19:32 11:19:38 11:19:49 11:19:59

Okay, let me -- that is called NVDIMM-P, that's the name of the protocol, yes. 11:20:05 11:20:16

And this NVDIMM protocol approach -- NVDIMM-P, this protocol is a technology of officially changing the DRAM timing so that NAND and other slower memory device can utilize the DRAM timing officially rather than hijacking the tDRAM timing. 11:20:33 11:20:55 11:21:07 11:21:18 11:21:25

And -- and the hybrid DIMM, which I talked about earlier, is a product named by Netlist which employs the technology that, by using a Netlist proprietary technology, that it hijacks DRAM timing so that a slower memory device such as NAND can utilize the DRAM timing. 11:21:55 11:22:03 11:22:07 11:22:23 11:22:32 11:22:38

BY MS. CHOY: 11:22:43

Q You mentioned earlier that Netlist told Samsung that they could no longer actively participate in JEDEC activities because of patent litigation lawsuits; right? 11:22:44 11:22:46 11:22:50 11:22:55

A Rather than that they cannot actively participate, what I recall is that Netlist state that legally they would have to seize the JEDEC activity in order to be engaged in these lawsuits. 11:23:26 11:23:31 11:23:37 11:23:44

Q When did Netlist inform Samsung about this? 11:23:47 11:23:51

MR. MASTERS: Object to the form. Lacks foundation. Calls for speculation. 11:23:58 11:24:00

You can answer. 11:24:02

THE WITNESS: I don't recall the exact point in time. 11:24:03 11:24:11

BY MS. CHOY: 11:24:11

Q Was it in 2017? 11:24:13

MR. MASTERS: Same objections. 11:24:18

THE WITNESS: I don't recall exactly, but I seem to think that it was before 2017. 11:24:18 11:24:32

BY MS. CHOY: 11:24:36

Q Okay. Going back to the meetings that you had with Netlist, can you explain kind of the overall timeline as to when you began to let Netlist know that you were not satisfied with the progress that was being made and how that message was conveyed? Was it through emails or in-person meetings or phone calls? 11:24:40 11:24:42 11:24:50 11:24:55 11:24:59 11:25:03

MR. MASTERS: Objection. Object to form. It's compound. Calls for a narrative. Vague and ambiguous. 11:25:37 11:25:39 11:25:52

THE WITNESS: Most of those situations were face-to-face, in-person meetings, I remember that was expressed many times during those meetings, and as to emails or other communication methods, I don't know how explicit that had been expressed in those other methods. 11:25:52 11:26:16 11:26:24 11:26:29 11:26:37 11:26:44

BY MS. CHOY: 11:26:45

Q In your view, when did the joint development work end? 11:26:46 11:26:48

MR. MASTERS: Objection. Object to form. Vague and ambiguous. To the extent it calls for a legal conclusion, also object. 11:27:04 11:27:05 11:27:10

Otherwise, go ahead and answer. 11:27:12

DECLARATION

I, INDONG KIM, hereby declare that I am the deponent in the within matter; that I have read the foregoing deposition and know the contents thereof, and I declare that the same is true of my knowledge, except as to the matters which are therein stated.

I certify under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _____ day of__________, 2021, at _______________________, __________________.

______________________________

INDONG KIM

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I, Vickie Blair, CSR No. 8940, RPR-CRR, in and for the State of California, do hereby certify:

That, prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify as to the truth, the whole truth, and nothing but the truth;

That said deposition was taken before me at the time and place therein set forth, and was taken down by me stenographically and thereafter transcribed via computer-aided transcription under my direction and is a true record of the testimony given;

I further certify I am neither counsel for, nor related to, any party to said action, nor interested in the outcome thereof;

IN WITNESS WHEREOF, I have hereto subscribed my name this 11th day of August, 2021.

Vickie Blair

Vickie Blair, CSR No. 8940, RPR-CRR