# EXHIBIT 61

**From:** "C.K. Hong" <ckhong@netlist.com>
**Sent:** Thu, 19 Nov 2015 01:48:59 -0500 (EST)
**To:** "Jibum Kim" <jbkim@netlist.com>
**Cc:** "Stanton, Scott M." <SStanton@mofo.com>; "Noel Whitley" <nwhitley@netlist.com>; "Gail Sasaki" <gsasaki@netlist.com>
**Subject:** Re: Remittance slip [송금확인증]

---

말도 안되는얘기.

Best regards

> On Nov 18, 2015, at 10:47 PM, Jibum Kim <jbkim@netlist.com> wrote:
>
> In JDLA, this kind of tax rule was written clearly.
> SS told me that.
>
> -----Original Message-----
> From: C.K. Hong
> Sent: Thursday, November 19, 2015 3:44 PM
> To: Jibum Kim <jbkim@netlist.com>
> Cc: Gail Sasaki <gsasaki@netlist.com>; Noel Whitley <nwhitley@netlist.com>; Stanton, Scott M.
<SStanton@mofo.com>
> Subject: Re: Remittance slip [송금확인증]
>
> 금액처리 안되면 거래다 무효. 장난하는건가
>
> Best regards
>
>> On Nov 18, 2015, at 10:41 PM, Jibum Kim <jbkim@netlist.com> wrote:
>>
>> CK,
>>
>> Can you call me?
>>
>> -----Original Message-----
>> From: C.K. Hong
>> Sent: Thursday, November 19, 2015 3:39 PM
>> To: Gail Sasaki <gsasaki@netlist.com>
>> Cc: Jibum Kim <jbkim@netlist.com>; Noel Whitley <nwhitley@netlist.com>; Stanton, Scott M.
<SStanton@mofo.com>
>> Subject: Re: Remittance slip [송금확인증]
>>
>> This is complete bs. Tell them that if not corrected we will reverse the transaction. Hold off press release.
>>
>> This is why I tell you to confirm over and over again. Do not take anything for granted.
>>
>> Best regards
>>
>>> On Nov 18, 2015, at 10:33 PM, Gail Sasaki <gsasaki@netlist.com> wrote:
>>>
>>> We will have to get some international tax experts to review this starting tomorrow.
>>>
>>> -----Original Message-----

>>> From: Jibum Kim
>>> Sent: Wednesday, November 18, 2015 10:29 PM
>>> To: Gail Sasaki; Noel Whitley; C.K. Hong
>>> Cc: Stanton, Scott M.
>>> Subject: RE: Remittance slip [송금확인증]
>>>
>>> If SS didn't pay the withholding tax in Korea this time, it's illegal for SS and Korean government should sue us.
>>>
>>> Please review this.
>>>
>>> -----Original Message-----
>>> From: Gail Sasaki
>>> Sent: Thursday, November 19, 2015 3:22 PM
>>> To: Jibum Kim <jbkim@netlist.com>; Noel Whitley <nwhitley@netlist.com>; C.K. Hong <ckhong@netlist.com>
>>> Cc: Stanton, Scott M. <SStanton@mofo.com>
>>> Subject: RE: Remittance slip [송금확인증]
>>>
>>> Then Samsung owes us the difference.  Again, our income is NOT taxed by the Korean government.
>>>
>>> -----Original Message-----
>>> From: Jibum Kim
>>> Sent: Wednesday, November 18, 2015 10:20 PM
>>> To: Gail Sasaki; Noel Whitley; C.K. Hong
>>> Subject: RE: Remittance slip [송금확인증]
>>>
>>> In terms of Hojeong, it was deducted by Korean government tax authorization not by SS.
>>>
>>> It is the same as Sansisk, RAMBUS 's case and no tax for Investment.
>>>
>>> BR.
>>>
>>> -----Original Message-----
>>> From: Gail Sasaki
>>> Sent: Thursday, November 19, 2015 3:15 PM
>>> To: Jibum Kim <jbkim@netlist.com>; Noel Whitley <nwhitley@netlist.com>; C.K. Hong <ckhong@netlist.com>
>>> Subject: RE: Remittance slip [송금확인증]
>>>
>>> Yes it needs to be corrected.  They should have remitted $8M.  We don't pay taxes to the Korean government. There should be no withholding of taxes on our behalf.
>>>
>>> -----Original Message-----
>>> From: Jibum Kim
>>> Sent: Wednesday, November 18, 2015 10:14 PM
>>> To: Noel Whitley; C.K. Hong; Gail Sasaki
>>> Subject: RE: Remittance slip [송금확인증]
>>>
>>> 16.5% is withholding tax and used to be 22.5%.
>>>
>>> Is it wrong?
>>>
>>> -----Original Message-----
>>> From: Noel Whitley
>>> Sent: Thursday, November 19, 2015 3:10 PM
>>> To: C.K. Hong <ckhong@netlist.com>; Gail Sasaki <gsasaki@netlist.com>; Jibum Kim <jbkim@netlist.com>

>>> Subject: Re: Remittance slip [송금확인증]
>>>
>>> I don't understand the amount?  Appears to be USD 6,680,000?  Am I missing something?
>>>
>>> Sent from my iPad
>>>
>>>> On Nov 18, 2015, at 10:05 PM, "Noel Whitley" <nwhitley@netlist.com> wrote:
>>>>
>>>> Well done, JB !  I assume this is the 8M?
>>>>
>>>> Sent from my iPad
>>>>
>>>> Begin forwarded message:
>>>>
>>>> From: "김호정" <hojung4623.kim@samsung.com<mailto:hojung4623.kim@samsung.com>>
>>>> To: "Jibum Kim" <jbkim@netlist.com<mailto:jbkim@netlist.com>>, "Noel Whitley"
<nwhitley@netlist.com<mailto:nwhitley@netlist.com>>
>>>> Cc: "한규한" <kyuhan_han@samsung.com<mailto:kyuhan_han@samsung.com>>, "성승민"
<jeff.sung@samsung.com<mailto:jeff.sung@samsung.com>>, "차정호"
<jh99.cha@samsung.com<mailto:jh99.cha@samsung.com>>
>>>> Subject: Remittance slip [송금확인증]
>>>>
>>>> Dear JB & Noel,
>>>>
>>>>
>>>>
>>>> Attached please find the remittance slip.
>>>>
>>>> (늦어서 죄송합니다. 송금확인증 송부드립니다.)
>>>>
>>>> Thank you.
>>>>
>>>>
>>>>
>>>> B.regards,
>>>>
>>>> Jay
>>>>
>>>>
>>>>
>>>> 김호정 드림
>>>>
>>>>
>>>>
>>>> 김호정 | Jay Kim
>>>>
>>>> Manager | Strategic Planning Team | Memory Division | Samsung Electronics co.,Ltd.
>>>> Office +82-31-208-6159 | Mobile +82-10-5361-0001 |
hojung4623.kim@samsung.com<mailto:hojung4623.kim@samsung.com><mailto:hojung4623.kim@samsung.com>
>>>>
>>>>
>>>>
>>>>
>>>>
>>>>

>>>>
>>>> [cid:EM6S04A24XEV@namo.co.kr]
>>>>
>>>>
>>>>
>>>> <201511191503404_PYMC4CBB.gif>
>>>> <SCAN_20151119_145742626.pdf>

Ex 61 1602
CONFIDENTIAL - ATTORNEYS' EYES ONLY NL118222