# EXHIBIT 63

| | |
|---|---|
| **From:** | "Michael Kim (KR)" <michael.kim@pwc.com> |
| **Sent:** | Mon, 19 Aug 2019 04:55:30 -0400 (EDT) |
| **To:** | Gail Sasaki <gsasaki@netlist.com> |
| **Cc:** | "Lilliana Kang (KR)" <lilliana.kang@pwc.com> |
| **Subject:** | Fwd: RE: Regarding Tax issue (Samsung) |

Hi Gail,
Can we have a quick call tomorrow afternoon your time to discuss?

I can call you....please provide a convenient number for me to call you if possible.

Best regards,

Michael

Michael Kim
Partner
Samil PricewaterhouseCoopers
Office: +82 2 709 0707
Mobile: +82 10 4945 9707
Email: michael.kim@pwc.com


---------- Forwarded message ---------
From: **Michael Kim (KR)** <michael.kim@pwc.com>
Date: Mon, Aug 19, 2019 at 5:47 PM
Subject: Re: RE: Regarding Tax issue (Samsung)
To: <e_cheol.kim@samsung.com>
Cc: Gail Sasaki <gsasaki@netlist.com>, Yvette Lee <yvette01.lee@samsung.com>, IM JIYON <jiyon.im@samsung.com>, <byungyup.jeon@samsung.com>, Lilliana Kang (KR) <lilliana.kang@pwc.com>

Dear Mr. Kim,

We are in the process of reviewing the material you have provided to us.

I would appreciate if you could please bear with us for a few more days . We plan to provide you with feedback either tomorrow or Wednesday at the latest.

Hope this is acceptable.

Best regards,

Michael

Michael Kim
Partner
Samil PricewaterhouseCoopers
Office: +82 2 709 0707
Mobile: +82 10 4945 9707
Email: michael.kim@pwc.com


On Fri, Aug 16, 2019 at 8:59 AM Byung Jeon <byungyup.jeon@samsung.com> wrote:

> Dear Gail,
>
>
> Sorry for the late response. The attached file is the materials we plan to submit.
>
> Once you review this, please send us Netlist's written consent(with signature) on submission to NTS by Monday next week.
>
>
> Regards,
>
>
> **Byung, Jeon**
>
> Business Development | Strategic Planning Team | Memory Division | Samsung Electronics co.,Ltd.
> Office +82-31-208-3233 | Mobile +82-10-7222-7526 | byungyup.jeon@samsung.com

------- Original Message -------

**Sender** : Gail Sasaki

**Date** : 2019-07-24 09:40 (GMT+09:00)

**Title** : RE: Regarding Tax issue (Samsung)


Dear Jeon,

**Exhibit 0004**

CONFIDENTIAL                                                                    NL118533

Thank you for reaching out.  C.K. Hong did respond but perhaps it didn't reach you.  In his email, we asked that you please send us the materials you plan to submit to the NTS so that we can review them prior to your submittal.  If there are areas that are Samsung-confidential, you may redact those portions.  We will then review and respond to you quickly.


Copying Michael Kim of PWC.


Best regards,

Gail

..............................................................................................................................................

**Gail Sasaki**
Chief Financial Officer
175 Technology
Irvine, CA 92618
Direct: 949.679.0113
Cell: 714.337.2155
Fax: 949.435.0031
Email: gsasaki@netlist.com

Tel:949.435.0025
Fax:949.435.0031
www.netlist.com

---

**From:** Byung Jeon <byungyup.jeon@samsung.com>
**Sent:** Tuesday, July 23, 2019 5:06 PM
**To:** Gail Sasaki <gsasaki@netlist.com>
**Cc:** Yvette Lee <yvette01.lee@samsung.com>
**Subject:** Regarding Tax issue (Samsung)


Dear Gail,


This is Byung from strategic planning team of Samsung memory business unit and I am taking care of collaboration with Netlist.


A few month ago, from National tax service Samsung was asked to prepare reference materials regarding "the claim for reassessment" which Netlist raised againt National tax service.


Under our contract, Samsung needs Netlist's written consent (with signature) on submission to National tax serive. So we sent a mail to C.K Hong but haven't received it yet.


If you check this internally, it would be very helpful.


Thank you.


**Byung, Jeon**

Business Development | Strategic Planning Team | Memory Division | Samsung Electronics co.,Ltd.
Office +82-31-208-3233 | Mobile +82-10-7222-7526 | byungyup.jeon@samsung.com


✉ m_-2577707787696514306gmail-

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

✉ http://ext.samsung.net/mail/ext/v1/external/status/update?

The information transmitted in this electronic mail (e-mail) is intended for the named recipient(s) only, and may contain confidential and/or privileged material, disclosure of which is restricted by applicable law, including professional codes of conduct.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you have received this e-mail in error, please notify the sender and delete this e-mail, including any attachments, immediately. Unless otherwise noted, any views expressed in this e-mail and/or its attachments are those of the author and do not necessarily reflect the views of PwC.
**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CONFIDENTIAL                                                                                NL118534