# EXHIBIT 64

| | |
|---|---|
| From: | "Michael Kim (KR)" <michael.kim@pwc.com> |
| Sent: | Wed, 28 Aug 2019 02:05:54 -0400 (EDT) |
| To: | 전병엽 <byungyup.jeon@samsung.com> |
| Cc: | Gail Sasaki <gsasaki@netlist.com>; Marc Frechette <mfrechette@netlist.com>; Jinho Jeon <jinho83.jeon@samsung.com>; 강윤지 <lilliana.kang@pwc.com> |
| Subject: | Re: Attorney Client Privileged |

Thank you for your cooperation Mr. Jeon.

I will coordinate with Gail to expedite our response.

Best regards,

Michael

Michael Kim
Partner
Samil PricewaterhouseCoopers
Office: +82 2 709 0707
Mobile: +82 10 4945 9707
Email: michael.kim@pwc.com


On Wed, Aug 28, 2019 at 2:43 PM Byung Jeon <byungyup.jeon@samsung.com> wrote:

+ Jinho, Jeon


Dear Gail,


Thank you for your feedback. We will not send our draft to NTS.

Then, could you give us Netlist's draft to the NTS's questions?

Once we receive the draft, we will review it and if there is no disagreement, we will send it to NTS


Thank you


Byung, Jeon
Business Development | Strategic Planning Team | Memory Division | Samsung Electronics co.,Ltd.
Office +82-31-208-3233 | Mobile +82-10-7222-7526 | byungyup.jeon@samsung.com




--------- Original Message ---------

Sender : Gail Sasaki <gsasaki@netlist.com>

Date : 2019-08-21 09:17 (GMT+9)

Title : Attorney Client Privileged


Dear Mr. Jeon,


Thank you for giving us an opportunity to review the letter you have prepared in relation to the National Tax Service's (NTS) request for additional information on our refund claim.  Unfortunately your letter is factually incorrect and therefore Netlist can not provide written consent for Samsung to submit the letter to the NTS.


If you would like to talk further please let us know.


Best regards,

Gail

..................................................................................................



Gail Sasaki
Chief Financial Officer
175 Technology
Irvine, CA 92618
Tel:949.435.0025
Fax:949.435.0031
Direct: 949.679.0113

Exhibit 0005

CONFIDENTIAL                                Ex 64                                1615                NL118535

www.netlist.com   Cell: 714.337.2155
Fax: 949.435.0031
Email: gsasaki@netlist.com

16cd6c0b3fcc204

http://ext.samsung.net/mail/ext/v1/external/status/update?

The information transmitted in this electronic mail (e-mail) is intended for the named recipient(s) only, and may contain confidential and/or privileged material, disclosure of which is restricted by applicable law, including professional codes of conduct.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you have received this e-mail in error, please notify the sender and delete this e-mail, including any attachments, immediately. Unless otherwise noted, any views expressed in this e-mail and/or its attachments are those of the author and do not necessarily reflect the views of PwC.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CONFIDENTIAL    NL118536