# EXHIBIT 66

| | |
|---|---|
| From: | "Michael Kim (KR)" <michael.kim@pwc.com> |
| Sent: | Mon, 9 Sep 2019 20:47:05 -0400 (EDT) |
| To: | Gail Sasaki <gsasaki@netlist.com> |
| Cc: | Marc Frechette <mfrechette@netlist.com>; "Lilliana Kang (KR)" <lilliana.kang@pwc.com> |
| Subject: | Fwd: Attorney Client Privileged |

Hi Gail,
We just had a call with Byung Jeon at Samsung and explained about the case.

We have verbally suggested to delete two instances:

Question 1) - Comments that relate to $8 million being paid in consideration for the use of all Netlist' patents

Question 7.4) - Comments on Samsung speculating that there might have been a significant margin on $8 million as compared to actual costs incurred by Netlist

They will discuss the foregoing internally and submit their position paper to the NTS in due course.

They may possibly come back to us to request a formal consent letter from Netlist (with CEO's signature) agreeing with Samsung's submission to the NTS. Let's see how they react to this.

We will update you further should there be any progress.

Best regards,

Michael

Michael Kim
Partner
Samil PricewaterhouseCoopers
Office: +82 2 709 0707
Mobile: +82 10 4945 9707
Email: michael.kim@pwc.com


---------- Forwarded message ---------
From: **Michael Kim (KR)** <michael.kim@pwc.com>
Date: Tue, Sep 10, 2019 at 9:33 AM
Subject: Fwd: Attorney Client Privileged
To: 전병엽 <byungyup.jeon@samsung.com>
Cc: Gail Sasaki <gsasaki@netlist.com>, Marc Frechette <mfrechette@netlist.com>, Jinho Jeon <jinho83.jeon@samsung.com>, 강윤지 <lilliana.kang@pwc.com>

Dear Mr. Jeon,
We have read Samsung's Q&A related to NTS' request. Although there are instances where we Netlist do not agree, we could not provide any edits thereon since we do not have information internal to Samsung necessary to answer those questions.

We would therefore kindly request that you submit Samsung's Q&A to the NTS on the basis that the $8 million is an NRE payment not a license fee and that you stick to the factual background.

If you have any questions, please do not hesitate to contact us.

Best regards,

Michael

Michael Kim
Partner
Samil PricewaterhouseCoopers
Office: +82 2 709 0707
Mobile: +82 10 4945 9707
Email: michael.kim@pwc.com


---------- Forwarded message ---------
From: **Michael Kim (KR)** <michael.kim@pwc.com>
Date: Wed, Aug 28, 2019 at 3:05 PM
Subject: Re: Attorney Client Privileged
To: 전병엽 <byungyup.jeon@samsung.com>
Cc: Gail Sasaki <gsasaki@netlist.com>, Marc Frechette <mfrechette@netlist.com>, Jinho Jeon <jinho83.jeon@samsung.com>, 강윤지 <lilliana.kang@pwc.com>


Thank you for your cooperation Mr. Jeon.

I will coordinate with Gail to expedite our response.

Best regards,

Michael

Michael Kim
Partner
Samil PricewaterhouseCoopers
Office: +82 2 709 0707
Mobile: +82 10 4945 9707
Email: michael.kim@pwc.com


On Wed, Aug 28, 2019 at 2:43 PM Byung Jeon <byungyup.jeon@samsung.com> wrote:

**Exhibit 0007**

CONFIDENTIAL   NL118556

+ Jinho, Jeon

Dear Gail,

Thank you for your feedback. We will not send our draft to NTS.

Then, could you give us Netlist's draft to the NTS's questions?

Once we receive the draft, we will review it and if there is no disagreement, we will send it to NTS

Thank you

Byung, Jeon

Business Development | Strategic Planning Team | Memory Division | Samsung Electronics co.,Ltd.
Office +82-31-208-3233 | Mobile +82-10-7222-7526 | byungyup.jeon@samsung.com

--------- Original Message ---------

**Sender** : Gail Sasaki <gsasaki@netlist.com>

**Date** : 2019-08-21 09:17 (GMT+9)

**Title** : Attorney Client Privileged

Dear Mr. Jeon,

Thank you for giving us an opportunity to review the letter you have prepared in relation to the National Tax Service's (NTS) request for additional information on our refund claim. Unfortunately your letter is factually incorrect and therefore Netlist can not provide written consent for Samsung to submit the letter to the NTS.

If you would like to talk further please let us know.

Best regards,

Gail

..............................................................................................................................

Gail Sasaki
Chief Financial Officer
175 Technology
Irvine, CA 92618
Tel:949.435.0025
Fax:949.435.0031
www.netlist.com
Direct: 949.679.0113
Cell: 714.337.2155
Fax: 949.435.0031
Email: gsasaki@netlist.com

http://ext.samsung.net/mail/ext/v1/external/status/update?

The information transmitted in this electronic mail (e-mail) is intended for the named recipient(s) only, and may contain confidential and/or privileged material, disclosure of which is restricted by applicable law, including professional codes of conduct. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you have received this e-mail in error, please notify the sender and delete this e-mail, including any attachments, immediately. Unless otherwise noted, any views expressed in this e-mail and/or its attachments are those of the author and do not necessarily reflect the views of PwC.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.