# EXHIBIT 67

| | |
|---|---|
| **From:** | gsasaki@netlist.com |
| **Sent:** | Mon, 28 Dec 2020 16:41:57 -0500 (EST) |
| **To:** | Laurie Manderscheid <lmanderscheid@netlist.com> |
| **Subject:** | Fwd: Corporate income tax refund |
| **Attachments:** | Netlist_Draft invoice_201228.pdf;NTS_Request to withdraw the mutual agreement procedure_201228.pdf |

Can you provide a cash estimate for year end? I think it will be okay to confirm the payment to PWC for 1/4 but if we have enough it will be nice to send this week.

Sent from my iPhone

Begin forwarded message:

> **From:** "Michael Kim (KR - Tax)" <michael.kim@pwc.com>
> **Date:** December 27, 2020 at 9:29:54 PM PST
> **To:** Gail Sasaki <gsasaki@netlist.com>
> **Cc:** Marc Frechette <mfrechette@netlist.com>, Laurie Manderscheid <lmanderscheid@netlist.com>, Kwang Jin Park <kwang-jin.park@pwc.com>, Lilliana Kang <lilliana.kang@pwc.com>
> **Subject: Fwd: Corporate income tax refund**

Dear Gail,

We have received KRW 153,933,790 (the local income tax refund of KRW 140,808,000 and accrued interest of KRW 13,125,790) from the local tax authority on 24th December, and wired it to your bank account today. As the wire transfer takes about two working days, we assume that you will be able to confirm the receipt within this month.

The attached is a draft invoice reflecting 30% of income tax refund and wiring fee of $2,000. Please let me know if you have any questions or concerns on this matter.

In addition to the above, we have submitted letters requesting withdrawal of the MAP to IRS and NTS. We have not yet heard from the IRS, but the NTS requested your signed confirmation with the letter. With regard to this, can you please kindly sign page 1 of the attached letter? The page 2 of the letter is an English translation of page 1 prepared for your reference. We will update you if there are any requests from the IRS.

Wishing you a Happy New Year!

Best regards,

Michael

Michael Kim
Partner
Samil PricewaterhouseCoopers
Office: +82 2 709 0707
Mobile: +82 10 4945 9707
Email: michael.kim@pwc.com

From: **Gail Sasaki** <gsasaki@netlist.com>
Date: Wed, Dec 23, 2020 at 11:40 PM
Subject: Re: Corporate income tax refund
To: Michael Kim (KR - Tax) <michael.kim@pwc.com>

**Exhibit 0008**

Ex 67    1632
CONFIDENTIAL    NL118871

Cc: Marc Frechette <mfrechette@netlist.com>, 강윤지 <lilliana.kang@pwc.com>, 박광진 <kwang-jin.park@pwc.com>, Laurie Manderscheid <lmanderscheid@netlist.com>

Great work and we enjoyed working with you!

Sent from my iPhone

> On Dec 22, 2020, at 9:20 PM, Michael Kim (KR - Tax) <michael.kim@pwc.com> wrote:
>
> Hi Gail,
> We received today a refund notice from the local authority in relation to the local income tax refund. The total refund amount will be KRW 153,933,790 (the local income tax refund of KRW 140,808,000 and accrued interest of KRW 13,125,790) and it is reasonably expected that we receive the cash refund within tomorrow. We will immediately wire transfer the money (FYI, the corporate income tax refund was already wired).
>
> Given that the entire amount will be wired within this year, we will raise one single invoice which will reflect both the national and local income tax refund at 30% plus $2,000 wiring fees.
>
> I will send you a draft invoice next week after wire transfer for confirmation.
>
> It is hard to believe that it took us 2.5 years to complete but all very much worthwhile! We will also withdraw the MAP with the IRS in due course.
>
> Merry Christmas!
>
> Best regards,
>
> Michael
>
> Michael Kim
> Partner
> Samil PricewaterhouseCoopers
> Office: +82 2 709 0707
> Mobile: +82 10 4945 9707
> Email: michael.kim@pwc.com
>
>
> On Wed, Dec 16, 2020 at 12:38 AM Gail Sasaki <gsasaki@netlist.com> wrote:
>> Yes, we are fine with your invoice plan.
>> Thanks
>>
>> Sent from my iPhone

CONFIDENTIAL    NL118872

On Dec 15, 2020, at 3:49 AM, Michael Kim (KR - Tax) <michael.kim@pwc.com> wrote:

  Hi Gail,
Good news.

We confirm receipt of the corporate income tax refund of KRW 1,466,070,254 (including government interest and bank interest). We will wire transfer the money to your bank account.

Would you please send Kwangjin and Lilliana your banking details for wiring?

We will also wire transfer the local income tax refund once received.

Please note that we will send you two separate invoices corresponding to 30% of the actual tax refund (exclusive of government and bank interests) for corporate and local income taxes respectively. The first invoice will be sent after the foregoing wire transfer, and a second invoice will be sent to you for payment once we wire transfer the local income tax refund after the authorities remit it in our temporary bank account.

Hope this is OK.

Best regards,

Michael
--
Michael Kim
Partner
Samil PricewaterhouseCoopers
Office: +82 2 709 0707
Mobile: +82 10 4945 9707
Email: michael.kim@pwc.com

The information transmitted in this electronic mail (e-mail) is intended for the named recipient(s) only, and may contain confidential and/or privileged material, disclosure of which is restricted by applicable law, including professional codes of conduct.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you have received this e-mail in error, please notify the sender and delete this e-mail, including any attachments, immediately. Unless otherwise noted, any views expressed in this e-mail and/or its attachments are those of the author and do not necessarily reflect the views of PwC.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

The information transmitted in this electronic mail (e-mail) is intended for the named recipient(s) only, and may contain confidential and/or privileged material, disclosure of which is restricted by applicable law, including professional codes of conduct.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you have received this e-mail in error, please notify the sender and delete this e-mail, including any attachments, immediately. Unless otherwise noted, any views expressed in this e-mail and/or its attachments are those of the author and do not necessarily reflect the views of PwC.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless

you recognize the sender and know the content is safe.

--
Lilliana Kang (KR)
Global Tax Services
Samil PricewaterhouseCoopers
lilliana.kang@pwc.com
+82-10-2867-1813

The information transmitted in this electronic mail (e-mail) is intended for the named recipient(s) only, and may contain confidential and/or privileged material, disclosure of which is restricted by applicable law, including professional codes of conduct. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you have received this e-mail in error, please notify the sender and delete this e-mail, including any attachments, immediately. Unless otherwise noted, any views expressed in this e-mail and/or its attachments are those of the author and do not necessarily reflect the views of PwC.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CONFIDENTIAL                                                                                             NL118874




December 28, 2020

**Netlist Inc.**

175 Technology, Suite 150
Irvine, CA 92618

We would like to submit a bill for our professional services rendered to **Netlist Inc.** ('the Company") as below. Please note that this invoice for professional services rendered is payable within 30 days of the invoice date shown above, and that an interest charge may be applied to any amounts which are overdue.

| Description | Amount |
|---|---|
| **Tax Consulting Services** | USD 421,008 |
| **Writing Fee** | USD 2,000 |
| *Out of pocket expenses* | - |
| *Total* | USD 423,008 |
| *Value-added tax 10%* | - |
| ***Grand Total*** | USD 423,008 |

Very truly yours,

*Samil PricewaterhouseCoopers*

Invoice No. 20F02404
KJD/PKJ
[31257-41-000]

P.S.: Please transfer the above amount to our passbook account as below.

| | |
|---|---|
| Our bank: | KEB Hana Bank |
| Swift code: | KOEXKRSEXXX |
| Bank address: | 043-86 92, Hangang-daero, Yougsan-gu, Seoul |
| Account name: | Samil PricewaterhouseCoopers |
| Account No.: | 105-910004-90938 |

*Samil PricewaterhouseCoopers, 100 Hangang-daero, Yongsan-gu, Seoul 04386, Korea, www.samil.com*

CONFIDENTIAL    NL118875

## Summary of fees for the services rendered in relation to Netlist

| | | |
|---|---|---|
| Federal corporate income tax refund | | ₩1,408,080,000 |
| | 30% | **₩422,424,000** |
| Local corporate income tax refund | | ₩140,808,000 |
| | 30% | **₩42,242,400** |
| | | |
| Total fee in KRW | | ₩464,666,400 |
| Exchange rate as of 28th December 2020 | | 1,103.70 |
| | | |
| **Service fee** | | $421,008 |
| **Wiring fee** | | $2,000 |
| | | |
| **Total fee** | | **$423,008** |

CONFIDENTIAL　　NL118876




문서번호: TH0-202012-004

수신: 국세청 상호합의팀 연덕현 조사관님

발신: 삼일회계법인

제목: 상호합의 신청 철회 요청의 건

1. 조세 정의 구현을 위한 행정에 노고가 많으십니다.

2. 넷리스트(Netlist, Inc., 납세자 번호: 95-4812784)는 2020년 4월 1일 조세심판원에 청구한 원천징수세액의 환급에 대해 동년 11월 17일 전액 환급을 인용 받았으며, 이에 동년 12월 동수원 세무서 및 기흥구청으로부터 법인소득세와 법인지방소득세를 전액 환급 받았습니다.

3. 이에 삼일회계법인은 넷리스트(Netlist, Inc.)를 대리하여 2018년 11월 14일 신청한 상호합의에 대한 철회를 요청하는 바입니다.

2020 년 12 월 28 일

Netlist, Inc.    삼일회계법인

CFO, Gail Sasaki



Samil PricewaterhouseCoopers, 100 Hangang-daero, Yongsan-gu, Seoul 04386, Korea, www.samil.com

CONFIDENTIAL    NL118877

Document Number: TH0-202012-004

**To:**       **Mr. Deokhyeon Yeon**
              **National Tax Services**
**From:**     **Samil PwC**
**Subject:**  **Request to withdraw the mutual agreement procedure**

1. We appreciate your hard work building the foundation for tax justice.

2. Netlist, Inc. (Tax identification number: 95-4812784) have obtained an approval of the refund claim that was made on 1st April 2020 from the Tax Tribunal on 17th November 2020, and received federal and local corporate income tax from East-Suwon tax office/Giheung-gu tax office in December 2020.

3. Therefore, Samil PwC on behalf of Netlist, Inc. hereby requests withdrawal of the mutual agreement procedure initiated from 14th November 2018.

2020. 12. 28

Samil PwC

CONFIDENTIAL                                       Ex 67                             1639
                                                                                      NL118878