# EXHIBIT 68

JASON C. LO, SBN 219030
  jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
  mbenjamin@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
  rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>             Defendant. | CASE NO. 8:20-cv-993-MCS (ADSx)<br><br>**PLAINTIFF NETLIST INC.'S SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)** |

Plaintiff Netlist Inc. ("Netlist"), by and through its attorneys, hereby provides these supplemental initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Information in these supplemental initial disclosures is based on information reasonably available to Netlist to date.  Netlist reserves the right to amend and/or supplement these disclosures to include information obtained through the course of further investigation and analysis, discovery, and trial preparation.  In particular, and without limitation, Netlist reserves the right to identify additional individuals, to identify and produce additional documents and other information as such individuals

or information become known or available, and to include individuals not identified in these initial disclosures in Netlist's list of trial witnesses.

Netlist provides these initial disclosures without waiver or prejudice to any claim of privilege or immunity, including, but not limited to, attorney-client privilege, work product protection, or any other applicable privilege or immunity. Finally, these disclosures are made without waiver of any rights to object on any other ground to the use of any information disclosed herein in this action or any other action, and/or the rights to object to any discovery request or proceeding involving or relating to the subject matter of the initial disclosures. Nothing in these initial disclosures shall constitute an admission or concession on Netlist's part with respect to any issues of fact or law.

**I.    Individuals Likely to Have Discoverable Information Netlist May Use to Support its Claims or Defenses [Fed. R. Civ. P. 26(a)(1)(A)(i)]**

Subject to the foregoing, the following list identifies those individuals who Netlist presently has reason to believe are likely to have discoverable information that Netlist may use to support its claims or defenses (not including witnesses solely for impeachment). The inclusion of an individual is not a statement by Netlist that the individual necessarily has discoverable information. The identification below does not include experts or consultants who may be retained. Netlist has listed the general subject matter of these individuals' knowledge, but this general description does not limit the subject areas of information each individual may provide. Netlist reserves the right to offer testimony at trial or otherwise from any of the following individuals on topics other than the matters specified below, and Netlist reserves the right to offer testimony at trial or otherwise from individuals not listed below. Netlist reserves the right to rely on witnesses under the control of Samsung Electronics Co., Ltd. ("Samsung"), regardless of whether such witnesses have been identified below. Specifically, in addition to the list below, Netlist also expressly incorporates herein the identity of all witnesses deposed in this case with respect to the subject matter of their

depositions, and all individuals identified in the parties' respective interrogatory responses with respect to the subject matter for which they are identified therein. In accordance with the Federal Rules of Civil Procedure, Netlist reserves the right to identify additional witnesses at a later date, if such witnesses become known to Netlist. By identifying witnesses in these initial disclosures, Netlist does not represent or agree that these witnesses are subject to a subpoena from any federal district court, are available for deposition, or are available to testify at trial.

| Name | Contact Information | General Subject Matter |
|---|---|---|
| Chuck Hong | c/o Jason C. Lo<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | The Joint Development and License Agreement ("Agreement") and its negotiation; products ordered by Netlist; Samsung's fulfillment of Netlist's orders or the failure thereof; the NRE fee paid to Netlist under the Agreement; harm to Netlist. |
| Gail Sasaki | c/o Jason C. Lo<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | The Agreement; products ordered by Netlist; Samsung's fulfillment of Netlist's orders or the failure thereof; the NRE fee paid to Netlist under the Agreement; harm to Netlist. |
| Paik Ki Hong | c/o Jason C. Lo<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | The Agreement; products ordered by Netlist; Samsung's fulfillment of Netlist's orders or the failure thereof; harm to Netlist. |
| Steven Yu | c/o Jason C. Lo<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | Products ordered by Netlist; Samsung's fulfillment of Netlist's orders or the failure thereof. |

| Jibum Kim | c/o Jason C. Lo<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | The Agreement and its negotiation. |
|---|---|---|
| Raymond Jiang | c/o Jason C. Lo<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | Products ordered by Netlist; Samsung's fulfillment of Netlist's orders or the failure thereof. |
| Jung-Bae Lee | Samsung Electronics Co., Ltd.<br>129 Samsung-ro,<br>Yeongtong-gu<br>Suwon-si, Gyeonggi-do<br>Republic of Korea | The Agreement; products ordered by Netlist; Samsung's fulfillment of Netlist's orders or the failure thereof; the NRE fee paid to Netlist under the Agreement |
| Yong Hwangbo | Samsung Electronics Co., Ltd.<br>129 Samsung-ro,<br>Yeongtong-gu<br>Suwon-si, Gyeonggi-do<br>Republic of Korea | The Agreement; the NRE fee paid to Netlist under the Agreement |
| Kyuhan Han | Samsung Electronics Co., Ltd.<br>129 Samsung-ro,<br>Yeongtong-gu<br>Suwon-si, Gyeonggi-do<br>Republic of Korea | The Agreement; the NRE fee paid to Netlist under the Agreement |
| Steve Metz | Formerly of Samsung Semiconductor, Inc.<br>c/o Bird & Marella | Samsung's fulfillment of Netlist's orders or the failure thereof |
| Neal Knuth | Samsung Semiconductor, Inc.<br>Address unknown | Products ordered by Netlist; Samsung's fulfillment of Netlist's orders or the failure thereof |

## II. Documents [Fed. R. Civ. P. 26(a)(1)(A)(ii)]

Subject to the limitations and reservation of rights set forth above, Netlist identifies the following categories of documents and electronically stored information that Netlist may use to support its claims or defenses in this action (exclusive of documents used solely for impeachment). Unless stated otherwise, these documents

are within the possession, custody, or control of Netlist and/or have been produced to Samsung in this case. In making these disclosures, Netlist reserves the right to seek relief, pursuant to applicable Federal and Local Rules, with respect to the production of any documents identified herein. All categories of documents may include hard copy and/or electronic files.

- Documents and communications regarding the drafting, negotiation, and execution of the Agreement;
- Documents and communications related to the quantity and prices of NAND and DRAM products Samsung sold to Netlist;
- Documents and communications regarding purchase orders sent by Netlist to Samsung;
- Netlist's submissions to the National Tax Service and National Tax Tribunal;
- Documents and communications regarding the quantity and prices of NAND and DRAM products sold to Netlist by Samsung;
- Netlist's notice of breach and termination;
- Harm that Netlist suffered as a result of Samsung's breaches; and
- Joint research and development projects between Samsung and Netlist.

### III. Computation of Damages [Fed. R. Civ. P. 26(a)(1)(A)(iii)]

Netlist intends to seek compensatory damages, pre- and post-judgment interest, restitution, attorneys' and other professional fees and expenses incurred due to Samsung's breach of the contract, in addition to a declaratory judgment that the contract has been terminated.

Netlist has suffered damages in the tens of millions of dollars as a direct result of Samsung's failure to fulfill Netlist's orders in violation of the Agreement, including but not limited to additional costs Netlist incurred to source products from other suppliers, lost revenues, and lost profits.

Netlist intends to take discovery regarding the extent to which it has been damaged, including the extent to which Samsung's breach has deprived Netlist of

monetary or other benefits by refusing to supply products to Netlist and the value of Netlist resources Samsung has exploited while in breach of its Agreement with Netlist. Netlist intends to identify the amount of damages arising from Samsung's conduct with the assistance of an economic expert.

## IV. Insurance Agreements [Fed. R. Civ. P. 26(a)(1)(A)(iv)]

Netlist is unaware of any insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

## V. Certification of Disclosure

The undersigned hereby certifies that, to the best of his knowledge, information, and belief, formed after an inquiry that is reasonable under the circumstances, this disclosure is complete and correct as of the time it is made.

Dated: August 5, 2021

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Raymond LaMagna*
Raymond LaMagna
333 South Grand Avenue
Los Angeles, CA 90071
213.229.7101
Rlamagna@gibsondunn.com

Attorney for Plaintiff Netlist Inc.

# CERTIFICATE OF SERVICE

I, Raymond LaMagna, an attorney, hereby certify that **PLAINTIFF NETLIST INC.'S SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)** were emailed to counsel for Samsung Electronics Inc., Ltd., on August 5, 2021.

By: _____*/s/ Raymond LaMagna*_____
Raymond LaMagna

Attorneys for Plaintiff Netlist Inc.