# EXHIBIT 71

Marc J. Frechette, Esq.
Chief Licensing Officer
175 Technology, Suite 150
Irvine, CA 92618
Direct: 949.679.0167
Mobile: 714.458.2571
mfrechette@netlist.com

May 27, 2020

VIA REGISTERED MAIL

Mr. Seung Min Sung
Director
Samsung Electronics Co., Ltd.
San #16
Banwol-Dong, Hwansung City
Gyeonggi-do 445-701, South Korea

Re:   Joint Development and License Agreement

Dear Sir:

    This letter is in reference to the Joint Development and License Agreement (the "Agreement") between Samsung Electronics Co., Ltd. ("Samsung") and Netlist Inc. ("Netlist"), dated November 12, 2015.

    Under Section 6.2 of the Agreement, Samsung is contractually obligated to "provide NAND and DRAM products to Netlist on Netlist's request at a competitive price . . . ." Samsung, however, has repeatedly failed to fulfill Netlist's requests for NAND and DRAM products throughout the term of the Agreement.

    Furthermore, Section 3.2 permits Samsung to deduct withholding taxes only if required by applicable law, and even then, to reasonably cooperate with Netlist to claim a credit, refund, or exemption with respect to any such withholding taxes. Samsung has breached these obligations as well.

    These violations constitute material breaches of the Agreement and has caused Netlist to suffer significant damages. Accordingly, Netlist is hereby providing its written demand and notice for cure of Samsung's material breaches of the Agreement. In this regard, please also note that Netlist recently filed a complaint in the District Court for the Central District of California in respect of such breach of contract, and a copy of the Complaint is attached for your reference. Notwithstanding such filing, Netlist remains committed to resolving these issues amicably. We look forward to having a constructive dialogue in order to address these matters.

CONFIDENTIAL                                         NL107425

Please contact the undersigned if you have any questions regarding the foregoing or would like to discuss.

Sincerely,

Marc J. Frechette, Esq.
Chief Licensing Officer

CONFIDENTIAL

Ex 71   1664

NL107426