JASON C. LO, SBN 219030
    jlo@gibsondunn.com
MATTHEW BENJAMIN (pro hac vice)
    mbenjamin@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
    rlamagna@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:   213.229.7000
Facsimile:   213.229.7520

Attorneys for Plaintiff Netlist Inc.

EKWAN E. RHOW, SBN 174604
    erhow@birdmarella.com
MARC E. MASTERS, SBN 208375
    mmasters@birdmarella.com
DAVID I. HURWITZ, SBN 174632
    dhurwitz@birdmarella.com
JOYCE J. CHOI, SBN 256165
    jchoi@birdmarella.com
KATE S. SHIN, SBN 279867
    kshin@birdmarella.com
CHRISTOPHER J. LEE, SBN 322140
    clee@birdmarella.com
JONG-MIN CHOI, SBN 329474
    jmchoi@birdmarella.com

BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone:   310.201.2100
Facsimile:   310.201.2110

Attorneys for Defendant Samsung Electronics Co., Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>              Defendant. | **CASE NO. 8:20-cv-993-MCS (ADS)**<br><br>**JOINT STATEMENT ON SEALING (IN RESPONSE TO DKT. 186)**<br><br>Before Judge Mark C. Scarsi<br><br>**Final Pretrial Conference:**<br>Date:   November 15, 2021<br>Time:   2 p.m. PT<br><br>**Trial:**<br>Date:   November 30, 2021<br>Time:   8:30 a.m. PT |

## JOINT STATEMENT ON SEALING

On October 14, 2021, the Court entered a docket Order (*see* Dkt. 186) directing the parties to file a joint statement within seven days identifying whether any matter stated in the Court's sealed Order on the parties' Motions for Summary Judgment should remain under seal. The parties do not request that any portion of the Court's Order and decision on Summary Judgment be sealed.

Dated: October 21, 2021

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Jason C. Lo*
Jason C. Lo
333 South Grand Avenue
Los Angeles, CA 90071
213.229.7000
jlo@gibsondunn.com
Attorneys for Plaintiff Netlist Inc.

Dated: October 21, 2021

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By: /s/ *Ekwan E. Rhow*
Ekwan E. Rhow
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
310.201.2100
Attorneys for Defendant Samsung Electronics Co., Ltd.

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 21, 2021     By: /s/ *Raymond A. LaMagna*
Raymond A. LaMagna