# EXHIBIT 79

REDACTED PURSUANT TO ORDER OF THE COURT DATED OCTOBER 14, 2021

Message
---

| | |
|---|---|
| From: | 정태진 [tj76.jeong@samsung.com] |
| Sent: | 7/3/2017 2:45:23 PM |
| To: | Nicholas Peter Marchewka [n.marchewka@samsung.com]; Ronald Skaggs [scott.skaggs@samsung.com] |
| CC: | 김기훈 [kihoon74.kim@samsung.com]; 유혁상 [hsang.yoo@samsung.com]; 이경용 [ky1217.lee@samsung.com]; 박혜림 [liz.park@samsung.com]; Dana Olson [d.olson@partner.samsung.com] |
| Subject: | RE: RE: Re: MZILS480HEGR-00007 |

Hi Nick,

We don't have Q3 PA to support Netlist. All of PA is assigned for Corsair and Ma Labs support. If we do have more PA, we can discuss about Netlist.

Thanks.


TJ Jeong

US. NW Sales


Samsung Electronics

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.


--------- **Original Message** ---------

**Sender** : Nicholas Peter Marchewka <n.marchewka@samsung.com> Specialist Sr/Americas Office(DS)-Sales Ops Exec/삼성전자

**Date** : 2017-07-01 06:21 (GMT+9)

**Title** : RE: Re: MZILS480HEGR-00007


Hey TJ,

Here is the latest SSD backlog. Please note that we a lot of Netlist backlog, but I don't think we are supposed to support, correct?

Hi Scott,

As we discussed earlier, please send the Ma demand for Q3'17 so TJ can work on product mix.

Thanks,

Nick

Exhibit PX 0068

**From:** 정태진 [mailto:tj76.jeong@samsung.com]
**Sent:** Thursday, June 29, 2017 11:50 PM
**To:** Scott Skaggs <scott.skaggs@samsung.com>; Nicholas Marchewka <n.marchewka@samsung.com>
**Cc:** Lane Kim <kihoon74.kim@samsung.com>; Harrison Yoo <hsang.yoo@samsung.com>; Daniel (Kyong Yong) Lee-mySingle <ky1217.lee@samsung.com>; Liz Park <liz.park@samsung.com>; Dana Olson <d.olson@partner.samsung.com>
**Subject:** RE: Re: MZILS480HEGR-00007

Scott,

We are late for requesting July production, we will try for August production.

Nick,

Could you share Q3 SSD PO status with us? We will adjust P-Mix according to POs.

Thanks.

TJ Jeong

US. NW Sales

Samsung Electronics

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

--------- **Original Message** ---------

**Sender** : Ronald Skaggs <scott.skaggs@samsung.com> Manager/Americas Office(DS)-W2 Sales/삼성전자

**Date** : 2017-06-30 10:22 (GMT+9)

**Title** : Re: MZILS480HEGR-00007

```
Hi TJ
The sooner the better. But i believe she gave them standard lead time. 4-6 weeks

-------- Original Message --------
From: 정태진 <tj76.jeong@samsung.com<mailto:tj76.jeong@samsung.com>>
Date: Thu, Jun 29, 2017, 6:05 PM
To: Scott Skaggs <scott.skaggs@samsung.com<mailto:scott.skaggs@samsung.com>>,Lane Kim
<kihoon74.kim@samsung.com<mailto:kihoon74.kim@samsung.com>>,Harrison Yoo
<hsang.yoo@samsung.com<mailto:hsang.yoo@samsung.com>>,Nicholas Marchewka
```

Attorneys' Eyes Only

SEC060293

<n.marchewka@samsung.com<mailto:n.marchewka@samsung.com>>,"Daniel (Kyong Yong) Lee-mySingle" <ky1217.lee@samsung.com<mailto:ky1217.lee@samsung.com>>,Liz Park <liz.park@samsung.com<mailto:liz.park@samsung.com>>
CC: Dana Olson <d.olson@partner.samsung.com<mailto:d.olson@partner.samsung.com>>
Subject: RE: MZILS480HEGR-00007

Scott,

We need to review it with sales strategy team, in addition to that need to secure PA even small volume.

When does she need these drives?

Thanks.


TJ Jeong

US. NW Sales

Samsung Electronics

This email is confidential and privileged.  If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.



--------- Original Message ---------







Attorneys' Eyes Only

SEC060296

███████████ ████ █
███ ██████████████

█████

███████

████

████████

---

E-Mail Removal List: Please complete the "Block Me" registration at http://www.malabs.com/blockme if you wish to unsubscribe from our promotional e-mail list. It may take 24 hours to process the request.

Terms & Conditions: The Terms and Conditions of Sale at http://www.malabs.com/terms-conditions apply to all Customer transactions.

Price Quotation: Unless otherwise indicated, all price quotes are based on a cash discount offered to all buyers for payment by cash or check as permitted by law.

Destination Control Statement: It is the policy of Ma Labs to strictly comply with all U.S. export control laws. Diversion contrary to U.S. law is strictly prohibited.

Confidential Information: This e-mail (or attachments) is strictly for use of the intended recipient. It may contain information of Sender that is privileged and confidential, proprietary, or subject to non-disclosure obligations. The recipient is not authorized to disclose any such information to any third party absent express written agreement. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of this information is strictly prohibited. If you have received this e-mail in error, promptly notify Sender and destroy all copies of the transmission.

[cid:cafe_image_0@s-core.co.kr]

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.