# EXHIBIT 16

REDACTED PURSUANT TO ORDER OF THE COURT DATED OCTOBER 14, 2021

**From:** Sung-han Kim [arniee.kim@samsung.com]

**Sent:** 4/21/2017 4:08:46 PM

**To:** Kyong-yong Lee [ky1217.lee@samsung.com]; Hyeok-sang Yoo [hsang.yoo@samsung.com]; Tae-jin Jeong [tj76.jeong@samsung.com]

**Subject:** FW: Netlist Confirmed PO(backlog) to verify

Hello. The thing that we talked about in regard to Netlist last time is proceeding without any problems, correct? Please manage the sales to dwindle down slowly.



Arnold S. Kim
Director, Sales
Office 82-31-208-3764 / Mobile 82-10-2046-8943

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

--------- **Original Message** ---------

**Sender** : Neal Knuth <n.knuth@samsung.com> Manager Sr/Americas Office(DS)-W2 Sales - SD/ Samsung Electronics

**Date** : 2017-04-20 05:15 (GMT+9)

**Title** : Netlist Confirmed PO(backlog) to verify

TJ,

Any update on SSD shipments for Netlist for April? I have not seen many in BOH. Any additional PA for Q2 I can use to support more SSD?

Thank you,
Thank you

Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
**New Office Number**: 949 910 2835

nealk@ssi.samsung.com

Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.
*Privacy Notice*: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law. If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.

**From:** Tae-jin Jeong [mailto:tj76.jeong@samsung.com]
**Sent:** Sunday, April 09, 2017 9:57 PM
**To:** Neal Knuth; Nicholas Marchewka; Daniel (Kyong Yong) Lee-mySingle; Lane Kim
**Cc:** Steven Metz; Harrison Yoo; Arnold Kim; Howard Sung; Yejin Moon; Val (Valeriia) Pletneva
**Subject:** RE: Netlist Confirmed PO(backlog) to verify

Neal,

We discussed with NAND MKT regarding Q2 SSD price, and here the price table. It is same as Feb.

We will let you know when there is the new price guide.

Thanks.

[USD]

| 2016.02.08 - 2Q Amendment | | | | Tier3 | |
|---|---|---|---|---|---|
| | | | | 1Q17 | 2Q17 |
| SATA | PM863 | 2.5" | 120GB | 82 | 82 |
| | V2 TLC | | 240GB | 136 | 136 |
| | | | 480GB | 245 | 245 |
| | | | 960GB | **463** | **463** |
| | | | 1,920GB | 898 | 898 |
| | | | 3,840GB | 1,797 | 1,797 |
| | PM863a | 2.5" | 240GB | 126 | 133 |
| | V3 TLC | | 480GB | 225 | 242 |
| | | | 960GB | **422** | **460** |
| | | | 1,920GB | 817 | 897 |
| | | | 3,840GB | 1,634 | 1,793 |
| | SM863 | 2.5" | 120GB | 90 | 90 |
| | V2 MLC | | 240GB | 153 | 153 |
| | | | 480GB | 279 | 279 |
| | | | 960GB | **530** | **530** |
| | | | 1,920GB | 1,032 | 1,032 |
| | SM863a | 2.5" | 240GB | 141 | 149 |
| | V3 MLC | | 480GB | 255 | 277 |
| | | | 960GB | **483** | **534** |

| | | | 1,920GB | 938 | 1,048 |
| | | | 3,840GB | 1,876 | 2,076 |

TJ Jeong

US. NW Sales


Samsung Electronics

This email is confidential and privileged.  If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.


--------- **Original Message** ---------

**Sender** : Neal Knuth <n.knuth@samsung.com> Manager Sr/Americas Office(DS)-W2 Sales - SD/·Samsung Electronics

**Date** : 2017-04-08 04:34 (GMT+9)

**Title** : Netlist Confirmed PO(backlog) to verify


Hi All,

We have cleaned up backlog for Netlist trying to match PA as close as we can.  Still not perfect, but please review the attached.

Harrison,

As we are now into Q2, can you update the price on the backlog.  We are actually late on a couple of items from Q1 so any help in price would be appreciated.

This has been a very painful process and Netlist has orders now they cannot support.

Please review attached and lets discuss next week.  I did not want to argue with the changes until we accepted what I could with all the attached.  Please review.

Thank you,
Thank you
Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
**New Office Number**:  949 910 2835

nealk@ssi.samsung.com

  Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.
**Privacy Notice**: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.


Attorneys' Eyes Only
SEC094243

**From:** Tae-jin Jeong [mailto:tj76.jeong@samsung.com]
**Sent:** Friday, April 07, 2017 2:07 AM
**To:** Neal Knuth; Nicholas Marchewka; Daniel (Kyong Yong) Lee-mySingle; Lane Kim
**Cc:** Steven Metz; Harrison Yoo; Arnold Kim; Howard Sung; Yejin Moon; Val (Valeriia) Pletneva
**Subject:** FW: RE: Netlist Confirmed PO(backlog) to verify

Neal,

Could you confirm PM963 1.9TB QTY you need in Q2? 230pcs? We are going to request P-Mix.

Thanks.


TJ Jeong

US. NW Sales


Samsung Electronics

This email is confidential and privileged.  If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.



--------- **Original Message** ---------

**Sender** : Tae-jin Jeong <tj76.jeong@samsung.com> Senior Professional/Sales Group 1(Memory)/Samsung Electronics

**Date** : 2017-04-04 09:43 (GMT+9)

**Title** : RE: Netlist Confirmed PO(backlog) to verify


Neal,

███████████████████████████████████. We cannot do P-mix between those product.

We will check with strategy team regarding PM863a 1TB mix. We will have the feedback by next week since this

week P-Mix change is fixed.

Thanks.


TJ Jeong

US. NW Sales

Samsung Electronics

This email is confidential and privileged.  If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

--------- **Original Message** ---------

**Sender** : Neal Knuth <n.knuth@samsung.com> Manager Sr/Americas Office(DS)-W2 Sales - SD/ Samsung Electronics

**Date** : 2017-04-04 08:45 (GMT+9)

**Title** : Netlist Confirmed PO(backlog) to verify


TJ,

We will adjust backlog as per guideline for Q2.  Please convert the 1.9TB PM863A to SM863A 240GB or 1TB.  If impossible, please convert to PM863A 1TB.  Please confirm what you can do.

| | | | |
|---|---|---|---|
| 324146 | MZ7LM1T9HMJP-00005 | 230 | Push remaining 230 to April. Also, can book additional 420 in April and 250 in May  **Convert as many bits to SM863A 240GB or 1TB, worse case PM863A 1TB.** |


Thanks,

Neal Knuth
949 910 2835

---

**From:** Tae-jin Jeong [mailto:tj76.jeong@samsung.com]
**Sent:** Sunday, April 02, 2017 5:52 PM
**To:** Neal Knuth; Nicholas Marchewka; Daniel (Kyong Yong) Lee-mySingle; Lane Kim
**Cc:** Steven Metz; Harrison Yoo; Arnold Kim; Howard Sung; Yejin Moon; Val (Valeriia) Pletneva
**Subject:** RE: Netlist Confirmed PO(backlog) to verify


After the call with Netlist, please let us know the final mix.

Thanks.


TJ Jeong

US. NW Sales


Samsung Electronics

This email is confidential and privileged.  If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

SEC094245

--------- **Original Message** ---------

**Sender** : Neal Knuth <n.knuth@samsung.com> Manager Sr/Americas Office(DS)-W2 Sales - SD/ Samsung Electronics

**Date** : 2017-04-01 00:45 (GMT+9)

**Title** : Netlist Confirmed PO(backlog) to verify

Working on it with customer.  I may need to alter the mix.  I have call with Netlist today.

Thanks,

Neal Knuth
949 910 2835

**From:** Tae-jin Jeong [mailto:tj76.jeong@samsung.com]
**Sent:** Thursday, March 30, 2017 10:40 PM
**To:** Nicholas Marchewka; Daniel (Kyong Yong) Lee-mySingle; Lane Kim; Neal Knuth
**Cc:** Steven Metz; Harrison Yoo; Arnold Kim; Howard Sung; Yejin Moon; Val (Valeriia) Pletneva
**Subject:** RE: Netlist Confirmed PO(backlog) to verify

Neal,

Please let us have your feedback on this by tomorrow.  We need to finalize P-mix with strategy team.

Thanks.

TJ Jeong

US. NW Sales

Samsung Electronics

This email is confidential and privileged.  If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

--------- **Original Message** ---------

**Sender** : Nicholas Peter Marchewka <n.marchewka@samsung.com> Specialist Sr/Americas Office(DS)-Sales Ops Exec/ Samsung Electronics

**Date** : 2017-03-31 06:55 (GMT+9)

**Title** : Netlist Confirmed PO(backlog) to verify

Attorneys' Eyes Only

Hi Neal,

Based on the table below, I have taken all current backlog and added comments to it in order to match up.

Let me know if you have any questions.

Thanks,

Nick

---

**From:** Tae-jin Jeong [mailto:tj76.jeong@samsung.com]
**Sent:** Thursday, March 30, 2017 2:40 AM
**To:** Daniel (Kyong Yong) Lee-mySingle <ky1217.lee@samsung.com>; Lane Kim <kihoon74.kim@samsung.com>; Neal Knuth <n.knuth@samsung.com>
**Cc:** Steven Metz <s.metz@samsung.com>; Nicholas Marchewka <n.marchewka@samsung.com>; Harrison Yoo <hsang.yoo@samsung.com>; Arnold Kim <arniee.kim@samsung.com>; Howard Sung <hwanam.sung@samsung.com>; Yejin Moon <yejin.moon@samsung.com>
**Subject:** RE: RE: Re: RE: Netlist Confirmed PO(backlog) to verify

As discussed with you on the conference call today, here is the Q2 item by item PA for Netlist → March BOH + Q2 TTL 3M GB

Thanks.

[unit: pcs]

|  | March BOH | Apr | May | Jun |
|---|---|---|---|---|
| MZ7KM1T9HMJP-00005 | 288 |  |  |  |
| MZ7KM480HAHP-00005 | 75 |  |  |  |
| MZ7KM480HMHQ-00005 |  | 300 |  |  |
| MZ7LM1T9HMJP-00005 | 815 | 650 | 250 |  |
| MZ7LM3T8HMLP-00005 | 556 | 0 | 0 |  |
| MZ7LM480HMHQ-00005 |  | 300 | 200 |  |
| MZ7LM960HCHP-00005 | 192 |  |  |  |
| MZ7LM960HMJP-00005 | 72 | 800 | 0 |  |
| MLC(EQ) | 628,224 | - | - | - |
| TLC(EQ) | 4,216,832 | 2,457,600 | 614,400 | - |
| TTL | 4,845,056 | 2,457,600 | 614,400 | - |

TJ Jeong

US. NW Sales

Samsung Electronics

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

--------- **Original Message** ---------

**Sender** : Kyong-yong Lee <ky1217.lee@samsung.com> Principal Professional/Sales Group 1(Memory)/Samsung Electronics

**Date** : 2017-03-30 10:03 (GMT+9)

**Title** : RE: Re: RE: Netlist Confirmed PO(backlog) to verify


We talked with Neal few minutes ago.

Considering some PA already communicated during Feb and March , we will consider upto 3M GB SSD in Q2 for Netlist. We will share the list ASAP.

Let's clear this issue as this moment.


Thank you,


--------- **Original Message** ---------

**Sender** : Ki-hoon Kim <kihoon74.kim@samsung.com> Principal Professional/Americas HQ(DS)/Samsung Electronics

**Date** : 2017-03-30 09:50 (GMT+9)

**Title** : Re: RE: Netlist Confirmed PO(backlog) to verify


```
Neal,

Pls don't talk of PA only,  some of them was for other customers. Not only for Netlist.

You need to provide SEC confirmation emails to keep them, but you couldn't. And you got
PO even more than PA
Thrn, we can't insist SEC support.

SEC team, pls provide what you can support,  and Neal, for the balance, pls cancel PO.

Thanks
Lane

Sent from Email+ secured by MobileIron

------- Original Message -------
From: Kyong-yong Lee <ky1217.lee@samsung.com<mailto:ky1217.lee@samsung.com>>
Date: Wed, Mar 29, 2017, 5:02 PM
To: "Daniel (Kyong Yong) Lee-mySingle"
<ky1217.lee@samsung.com<mailto:ky1217.lee@samsung.com>>,Neal Knuth
<n.knuth@samsung.com<mailto:n.knuth@samsung.com>>,Lane Kim
<kihoon74.kim@samsung.com<mailto:kihoon74.kim@samsung.com>>
```

CC: Steven Metz <s.metz@samsung.com<mailto:s.metz@samsung.com>>,Nicholas Marchewka
<n.marchewka@samsung.com<mailto:n.marchewka@samsung.com>>,TJ Jeong
<tj76.jeong@samsung.com<mailto:tj76.jeong@samsung.com>>,Harrison Yoo
<hsang.yoo@samsung.com<mailto:hsang.yoo@samsung.com>>,Arnold Kim
<arniee.kim@samsung.com<mailto:arniee.kim@samsung.com>>,Howard Sung
<hwanam.sung@samsung.com<mailto:hwanam.sung@samsung.com>>,Yejin Moon
<yejin.moon@samsung.com<mailto:yejin.moon@samsung.com>>
Subject: RE: RE: Netlist Confirmed PO(backlog) to verify

Do you have time to talk today?

If at least Nick and Neal is OK to talk, we will set up a quick CC.


--------- Original Message ---------

Sender  Kyong-yong Lee <ky1217.lee@samsung.com> Principal Professional/Sales Group 1(Memory)/Samsung Electronics

Date : 2017-03-30 08:18 (GMT+9)

Title : RE: Netlist Confirmed PO(backlog) to verify


Hello Neal,


Let's talk item by item. That's why we sent a list to disscuss few week ago.

Broad comment can not help to resolve this issue.

I don't think we confirmed Q2 PO.


Thank you,

--------- Original Message ---------

Sender : Neal Knuth <n.knuth@samsung.com> Manager Sr/Americas Office(DS)-W2 Sales -
SD/·Samsung Electronics

Date : 2017-03-30 02:02 (GMT+9)

Title : Netlist Confirmed PO(backlog) to verify


Daniel,

We have PA and RTF at the time of the order, and still have shipments coming in to
cover?  I believe all the orders had PA/support.  Can we have a call to discuss?  I
even have BOH to sell against the below.

Thanks,

Neal Knuth
949 910 2835

From:  Kyong-yong Lee [mailto: ky1217.lee@samsung.com]

Attorneys' Eyes Only                                                  SEC094249

Sent: Wednesday, March 29, 2017 1:40 AM
To: Neal Knuth; Lane Kim
Cc: Daniel (Kyong Yong) Lee-mySingle; Steven Metz; Nicholas Marchewka; TJ Jeong;
Harrison Yoo; Arnold Kim; Howard Sung; Yejin Moon
Subject: FW: RE: Netlist Confirmed PO(backlog) to verify


Hello Neal,


We reviewed today but we have the same opinion on Q2 un_confirmed PO as below.

We will support the green one and can not accept PO for the orange one due to the
support constraint.


Thank you,


[cid:BEI0XT4NZ5JE@namo.co.kr]


--------- Original Message ---------

Sender : Kyong-yong Lee <ky1217.lee@samsung.com<<mailto:ky1217.lee@samsung.com>>  Principal Professional/
Sales Group 1(Memory)/Samsung Electronics

Date : 2017-03-29 09:56 (GMT+9)

Title : RE: Netlist Confirmed PO(backlog) to verify


Hello Neal,


Thanks for your email.

But but just naming various end customer name can not help to verify current backlog
status.

We will let you know what we can support at this moment and we can not accept PO more
than this for Q2.


Thank you,


--------- Original Message ---------

Sender : Neal Knuth <n.knuth@samsung.com<mailto:n.knuth@samsung.com>> Manager
Sr/Americas Office(DS)-W2 Sales - SD/ Samsung Electronics

Date : 2017-03-29 09:15 (GMT+9)

Title : Netlist Confirmed PO(backlog) to verify


Daniel, Lane,

Attached is current customers (covered under NDA) for Netlist SSD backlog.  Netlist is
also supporting many samples for new designs and I will provide that list this week
(numerous customers and complicated to track).  I forecast this business to be greater
than $35 Million in SSD revenue in 2017 (along with $15 Million in DRAM?).  These are
customers that are interested in NVDIMM and other support from Netlist.  I also have
other PO's to confirm for Q2 and Q3, not sure what to do at this time?  These customers
typically do not qualify for credit, need inventory stocked, and Netlist provides
technical support and special marking, testing and handling.

Thank you,
**Thank you**
Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
New Office Number:  949 910 2835

nealk@ssi.samsung.com<mailto:nealk@ssi.samsung.com>

  Notice: Unless specifically identified as a firm offer or an offer to sell, this
message is not an offer of sale. Any terms stated in this message or prices quoted are
merely indications of terms on which Samsung Semiconductor, Inc. may consider selling,
and are not intended to be binding.
Privacy Notice: This message is intended only for the use of the individual to which it
is addressed and may contain information that is privileged, confidential or exempt
from disclosure under applicable Federal or State law.  If the reader of this message
is not the intended recipient, or the employee or agent responsible for the delivery of
the message to the intended recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited. If you have
received this email in error, please notify us immediately by telephone or return email
and delete the original email and any copies thereof. Thank you.

From: Lane Kim
Sent: Tuesday, March 28, 2017 11:35 AM
To: Neal Knuth; Daniel (Kyong Yong) Lee-mySingle; Steven Metz; Nicholas Marchewka
Cc: TJ Jeong; Harrison Yoo; Arnold Kim; Howard Sung; Yejin Moon
Subject: RE: Netlist Confirmed PO(backlog) to verify

Thanks. let's move quickly.

Without SEC support plan,  we don't accept  PO, especially on SSD(solution

products).  Don't want to hear 'de commit' later.

Thanks,

Lane Kim   |   Samsung AHQ (DS)   |  Sr. Manager   | 3655 N 1st Street, San Jose, CA
95134  |  tel. 408.544.5217    |  mobile. 408.529.9051

From: Neal Knuth
Sent: Tuesday, March 28, 2017 7:39 AM
To: Lane Kim; Daniel (Kyong Yong) Lee-mySingle; Steven Metz; Nicholas Marchewka
Cc: TJ Jeong; Harrison Yoo; Arnold Kim; Howard Sung; Yejin Moon
Subject: Netlist Confirmed PO(backlog) to verify

I have everything I need from Netlist, and will have reply today.

Thanks,

Neal Knuth
949 910 2835

From: Ki-hoon Kim [mailto: kihoon74.kim@samsung.com]
Sent: Monday, March 27, 2017 9:21 PM
To: Daniel (Kyong Yong) Lee-mySingle; Steven Metz; Neal Knuth; Nicholas Marchewka
Cc: TJ Jeong; Harrison Yoo; Arnold Kim; Howard Sung; Yejin Moon
Subject: RE: [Final] Netlist Confirmed PO(backlog) to verify

Neal,Nick.  Let's check and update system accordingly by tomorrow noon.

Thanks
Lane

--------- Original Message ---------

Sender : Kyong-yong Lee <ky1217.lee@samsung.com<<mailto:ky1217.lee@samsung.com>>  Principal Professional/
Sales Group 1(Memory)/Samsung Electronics
Date : 2017-03-27 19:58 (GMT+-7)
Title : [Final] Netlist Confirmed PO(backlog) to verify

Dear all,


Since we have to report to our top management regarding this issue by tomorrow,we would
like to check the final feedback from DSA for the current backlog status.

We considered green color as a confirmed PO to support and orange color as un confirmed
one to cancel.

Please let us know if you have any specific item that you confirmed from oranged one to
discuss tomorrow morning.

Thank you,


[cid:2LL5XOK0LK7C@namo.co.kr]



Thanks,


--------- Original Message ---------

Sender : Ki-hoon Kim <kihoon74.kim@samsung.com> Principal Professional

/Americas HQ(DS)/Samsung Electronics

Date : 2017-03-24 21:10 (GMT+9)

Title : RE: RE: Netlist Confirmed PO(backlog) to verify


Neal,  we don't get PO without SEC support plan. Let's check and delete if any.

Thanks
Lane

--------- Original Message ---------
Sender : Kyong-yong Lee <ky1217.lee@samsung.com<<mailto:ky1217.lee@samsung.com>>  Principal Professional/
Sales Group 1(Memory)/Samsung Electronics
Date : 2017-03-23 22:09 (GMT-7)
Title : RE: Netlist Confirmed PO(backlog) to verify

Hello Neal,


As Steve mentioned , let's verify current backlog status as quick as possible.

The one that we might need to support will be ...


1. March PO which already confirmed to support in Jan

2. eMMC PO for 1H for Plexus


And please hold any Q2 SSD and DRAM Module backlog........ it need to reviewed
internally again.

let us know the case it is solely designed or special case that need to be supported.

Let's discuss this issue as a first thing next week.


Thanks.


--------- Original Message ---------
Sender : Neal Knuth <n.knuth@samsung.com<mailto:n.knuth@samsung.com>> Manager
Sr/Americas Office(DS)-W2 Sales - SD/Samsung Electronics

Date : 2017-03-24 10:46 (GMT+9)

Title : Netlist Confirmed PO(backlog) to verify


I am working on it.  Thanks for your help.

Thanks,

Neal Knuth
949 910 2835

From: Tae-jin Jeong [mailto: tj76.jeong@samsung.com]
Sent: Thursday, March 23, 2017 6:44 PM
To: Neal Knuth
Cc: Steven Metz; Harrison Yoo; Nicholas Marchewka; Arnold Kim; Howard Sung; Daniel
(Kyong Yong) Lee-mySingle; Val (Valeriia) Pletneva; Lane Kim
Subject: RE: RE: Netlist Confirmed PO(backlog) to verify

Neal,

As Steve mentioned, we would like to know SSD PO confirm status and End-customers.

Here is the summary of Netlilst SSD Backlogs and Mnthly PA. Please verify confirmed POs and End-customers.

Thanks.


Netlist


Backlog

March Avail

PA

Confirmed PO

QTY

March

April

May

June

TTL

Shipped

Avail

TTL

April

May

June

TTL

April

May

June

TTL

MZ7KM1T9HAJM-00005

253

Attorneys' Eyes Only

253

193

360

553

30

200

200

1,536

0

MZ7KM1T9HMJP-00005

235

1,000

900

900

3,035

292

300

592

300

0

0

1,484

0

MZ7KM240HMHQ-00005

254

400

400

400

1,454

72

–

72

300

300

0

744

0

MZ7KM480HMHQ-00005

469

400

400

400

1,669

–

288

288

300

300

300

1,476

0

MZ7KM960HMJP-00005

228

600

600

600

2,028

–

–

–

150

0

0

150

0

MZ7LM1T9HMJP-00005

1,045

1,045

-

815

815

650

250

250

2,780

0

MZ7LM240HMHQ-00005

1,028

1,028

504

68

572

500

500

500

2,644

0

MZ7LM3T8HMLP-00005

1,312

500

500

2,312

51

586

637

250

250

250

2,024

0

MZ7LM480HMHQ-00005

342

800

1,142

258

–

258

200

200

200

1,116

0

MZ7LM960HMJP-00005

5

800

805

Attorneys' Eyes Only

SEC094258

```
          71

           _

          71

100

100

100

          442

0

EQ TTL

    9,495,552

    6,246,400

    4,812,800

    2,764,800

    23,319,552

    1,554,432

    5,585,920

    7,140,352

    3,747,840

    2,508,800

    2,432,000

   22,969,344

             _

             _

           _

             _




TJ Jeong

US. NW Sales


Samsung Electronics
```

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

--------- Original Message ---------

Sender : Steven C Metz <s.metz@samsung.com<mailto:s.metz@samsung.com>> Director Sr/Americas Office(DS)-W2 Sales/ Samsung Electronics

Date : 2017-03-24 02:32 (GMT+9)

Title : RE: Netlist Confirmed PO(backlog) to verify

Hi All,
I discussed with Arnie too last night.

Please do the appropriate due diligence and analysis on Netlist backlog.

The greatest concern is SSD solution OEM sales:
Analysis should include:

1.      Orders Placed to lead time.

2.      End Customers and OEMs disclosed.

3.      Historically supported in 2016-17

4.      Design wins- Samples ordered and delivered.  (Did Netlist participate in the design win?)

5.      Supportable with Existing PA, GC or is Runrate steady OEM business.
We need to avoid any special privileges given to Netlist.
 Pricing needs to be aligned with BSP or the market and support needs to be secured to lead time per our OEM support policies.

DRAM:
Please evaluate if they are trading or supporting OEM business including a list of End customers.

I will be presenting a slide in the workshop in April disclosing and promoting OEM, End Customers, and Acorn accounts in West2.
Netlist was one of our success stories.  With the new situation we may promote the End Customer engagements and "downplay" Netlist involvement.

Retail

Gov. & Edu

Server/PC aftermarket

Networking

Industrial/Auto

Integrators/EMS/OEM

Storage

Netlist

PKI

Smart

Virtium

Viking

AGM

SET

Approved Memory

Ventura

King Memory

Uber

US Government

Juniper

Juniper

Cisco

Nobilis

Fujitsu OC

US Navy

Disney

E Tail only

Riot Games

US Colleges

Cisco

Palo Alto Networks

Radisys

GCI

Echostream

US Airforce

Options Plus

AMD

**Attorneys' Eyes Only**

SEC094261

PKI Memory

Net App

Nokia

Sanmina EMS

Eyak Tech

Sole Source Tech

US Army

Tritec

Symbolic IO

K-Systems

Ciena

Alcatel

Vexata

Delta

Heights Manu

University of Penn

DataNet

Pivot

Eaton Technology

F5

Ericsson

IX System

Kona Spec

MCM Elect

Tech. Advancement

Inspur

Softworld

Ericcson

Ciena

Nimbus

Orient Semi

**Attorneys' Eyes Only**

SEC094262

Equus

Abacus Solution

NetApp

USC/UCLA

Nokia

F5

Mobileye

Rockleigh Ind

Will Jaya

EmLinq

Cloudera

MSI

ZTE

Cirrascale

Altadox

World Wide Products

Ixia

Mongo

Sager

Mitel

Kaminario

E Comp

Chassis Plans

Xilinx

Thermo Fisher

Rincon

Core Systems

Rocket EMS

IDT

Liqid

CDW

Servants Int

Xiotech

ATP

ASI

CORSAIR

PATRIOT

WINTEC

MA LABS

UNIGEN

SUPERMICRO

JUNIPER

Intel

BEST BUY

FRY'S ELECTRONICS

CITRIX

Yahoo

Cisco

ASI

Palo Alto Networks

Apple

FRY'S ELECTRONICS

AMAZON

Palo Alto Networks

linode

Oracle

MA LABS

Micros

Hypertec

NEW EGG

NEW EGG

**Attorneys' Eyes Only**

SEC094264

Gigamon

Iron Systems

Google

WINTEC

School/Gov

Penguin

AMAZON

Mcafee

SourceCode

Micros

NUTANIX


Fine-tech

Online Gaming

Riverbed

Twitter

School/Gov

Bloomberg


IX SYSTEMS

Silver Peak

Rainbow Computers

ASA


School/Gov

Juniper Networks

School/Gov

COLFAX


Micros

5,000+ Cust

GOOGLE


School/Gov

**Attorneys' Eyes Only**

SEC094265

TWITTER

Bundle Business

1000's of MB cust.

Thanks,
S.Metz

Steven Metz | Sr. Dir of Global Sales | Samsung Semiconductor | Office: 408-544-4361 |
Cell: 408-420-4382 |

From: Neal Knuth
Sent: Wednesday, March 22, 2017 8:34 PM
To: Harrison Yoo
Cc: Nicholas Marchewka; Howard Sung; TJ Jeong; Daniel (Kyong Yong) Lee-mySingle; Ki-hoon Kim;
Steven Metz; Val (Valeriia) Pletneva
Subject: Netlist Confirmed PO(backlog) to verify

Harrison,

As you know, I am careful (too careful) with adding backlog and as far as I see, all
backlog for Netlist is either approved, within PA, or within lead time.

As you know, I have rejected many PO from Netlist for LTB of V2, Q2 SSD, Q2 DRAM all
that I could have accepted within PA and lead time.

Where do you see the issue?  Q4 and Q1 PO's were approved?  I also believe the backlog
is sent weekly and reviewed by SEC and this is the first I hear of an issue with
Netlist backlog?

Thanks,

Neal Knuth
949 910 2835

From: Hyeok-sang Yoo [mailto: hsang.yoo@samsung.com]
Sent: Wednesday, March 22, 2017 6:44 PM
To: Neal Knuth
Cc: Nicholas Marchewka; Howard Sung; TJ Jeong; Daniel (Kyong Yong) Lee-mySingle; Ki-hoon Kim;
Steven Metz; Val (Valeriia) Pletneva
Subject: RE :Netlist Confirmed PO(backlog) to verify

Neal,

hope you had nice vacation and productive biz trip with customers.

As I requested a couple of times,  Please finalize Netlist PO status  based on support-
confirmation for Netlist

and discuss internally.  Daniel shared with Steven and Lane and they also can help you
understood the background and

discuss how to work with your customer.

Regards.


------- Original Message -------

Sender : Neal Knuth

Date : 2017-03-18 00:15 (GMT+09:00)

Title : Netlist Confirmed PO(backlog) to verify

Harrison,
Let me discuss internally.  I am on vacation now.   Netlist is my top customer.  I don't
have a way to recover this revenue.

Thanks,

Neal Knuth
949 910 2835


From:  Hyeok-sang Yoo [mailto: hsang.yoo@samsung.com]
Sent: Friday, March 17, 2017 1:08 AM
To: Neal Knuth; Val (Valeriia) Pletneva
Cc: Nicholas Marchewka; Daniel (Kyong Yong) Lee-mySingle; TJ Jeong; Howard Sung
Subject: FW: Netlist Confirmed PO(backlog) to verify


Neal, Valieriia, Nick

Can DSK consider no confirmed PO from April except for eMMC?   Or some components for
NVDIMM development will be honored?

Please finalize confirmed fixed  PO status for Netlist.   DSK need to share Netlist
status .


Regards.


--------- Original Message ---------

Sender :  Hyeok-sang Yoo <hsang.yoo@samsung.com<mailto:hsang.yoo@samsung.com>> Principal

Professional/Sales Group 1(Memory)/Samsung Electronics

Date : 2017-03-16 15:45 (GMT+9)

Title : Netlist Confirmed PO(backlog) to verify

To : Neal Knuth<n.knuth@samsung.com<mailto:n.knuth@samsung.com>>, Valeriia
Pletneva<valeriia.p@partner.samsung.com<mailto:valeriia.p@partner.samsung.com>>

CC : Nicholas Peter Marchewka<n.marchewka@samsung.com<mailto:n.marchewka@samsung.com>>,
Kyong-yong Lee <ky1217.lee@samsung.com<mailto:ky1217.lee@samsung.com>>
Tae-jin Jeong <tj76.jeong@samsung.com<mailto:tj76.jeong@samsung.com>>
Hwa-nam Sung <hwanam.sung@samsung.com<mailto:hwanam.sung@samsung.com>>
Sung-han Kim <arniee.kim@samsung.com<mailto:arniee.kim@samsung.com>>

Neal, Valeriia

Please screen for  confirmed POs only based on availability confirmation within PA or
DP plan.

And please  delete any of non-confirmed PO which Netlist placed without your
commitment.

We have to honor and  support firm confirmed backlog but any  of non confirmed won't be
considered from now on.

Regards

--------- Original Message ---------

Sender: Kyong-yong Lee <ky1217.lee@samsung.com<mailto:ky1217.lee@samsung.com>>  Principal
Professional/Sales Group 1(Memory)/Samsung Electronics

Date : 2017-03-16 15:19 (GMT+9)

Title : RE: RE: RE: RE: RE: Netlist Backlog Balance Volume

Hyeoksang(Harrison) Yoo

America Sales (Consumer & EDP)

82-31-208-3733 (O)

82-10-8861-9054 (M)

hsang.yoo@samsung.com<mailto:hsang.yoo@samsung.com>

Thank you.

Howard SUNG

(NWSA: Facebook, West2)

+82-31-208-4327

+82-10-7727-1868

[cid:image001.jpg@01D2A34A.5ACFF050]

Hyeoksang(Harrison) Yoo

America Sales (Consumer & EDP)

82-31-208-3733 (O)

82-10-8861-9054 (M)

hsang.yoo@samsung.com<mailto:hsang.yoo@samsung.com>

Daniel (Kyong Yong) Lee
Office  : 82-31-208-3712
Mobile : 82-10-9779-5125
The information contained in this e-mail message may be privileged, confidential, and
protected from disclosure.
If you think that you have received this e-mail in error, please notify the following
account "ky1217.lee@samsung.com<mailto:ky1217.lee@ssi.samsung.com>"

Daniel (Kyong Yong) Lee
Office  : 82-31-208-3712
Mobile : 82-10-9779-5125
The information contained in this e-mail message may be privileged, confidential, and
protected from disclosure.

If you think that you have received this e-mail in error, please notify the following
account "ky1217.lee@samsung.com<mailto:ky1217.lee@ssi.samsung.com>"


Daniel (Kyong Yong) Lee
Office  : 82-31-208-3712
Mobile : 82-10-9779-5125
The information contained in this e-mail message may be privileged, confidential, and
protected from disclosure.
If you think that you have received this e-mail in error, please notify the following
account "ky1217.lee@samsung.com<mailto:ky1217.lee@ssi.samsung.com>"


Daniel (Kyong Yong) Lee
Office  : 82-31-208-3712
Mobile : 82-10-9779-5125
The information contained in this e-mail message may be privileged, confidential, and
protected from disclosure.
If you think that you have received this e-mail in error, please notify the following
account "ky1217.lee@samsung.com<mailto:ky1217.lee@ssi.samsung.com>"


Daniel (Kyong Yong) Lee
Office  : 82-31-208-3712
Mobile : 82-10-9779-5125
The information contained in this e-mail message may be privileged, confidential, and
protected from disclosure.
If you think that you have received this e-mail in error, please notify the following
account "ky1217.lee@samsung.com<mailto:ky1217.lee@ssi.samsung.com>"


Daniel (Kyong Yong) Lee
Office  : 82-31-208-3712
Mobile : 82-10-9779-5125
The information contained in this e-mail message may be privileged, confidential, and
protected from disclosure.
If you think that you have received this e-mail in error, please notify the following
account "ky1217.lee@samsung.com<mailto:ky1217.lee@ssi.samsung.com>"


[http://kr2.samsung.net/mail/rest/v1/files/image/download/%EC%A0%9C%EB%AA9+%EC%97%86%
EB%8A%94+%EC%B2%A8%EB%B680+%ED%8C%8C%EC%9D%BC+183460.gif?1=1&filepath=/SHARED/TEMP/ML/
image/k/20170330/1_193600_cafe_image_0@s-
core.co.kr_0_ky1217.lee&user=ky1217.lee&partno=0&folderId=1&seqid=193600]


### Daniel (Kyong Yong) Lee

Office  : 82-31-208-3712
Mobile : 82-10-9779-5125
The information contained in this e-mail message may be privileged, confidential, and protected from disclosure.
If you think that you have received this e-mail in error, please notify the following account "ky1217.lee@samsung.com"

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

Attorneys' Eyes Only

SEC094271

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California           )
                             )      S. S.
Los Angeles County           )


      I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated <u>Document with Bates No. SEC094241 – SEC094271</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

<u>**Description of Translated Documents**</u>

<u>Document with Bates No. SEC094241 – SEC094271</u>

Executed on August 9, 2021


Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com


Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages


KO & MARTIN Certified Interpreters and Translators www.komartin.com  (213) 999-7848

| | |
|---|---|
| **From:** | 김성한 [arniee.kim@samsung.com] |
| **Sent:** | 4/21/2017 4:08:46 PM |
| **To:** | 이경용 [ky1217.lee@samsung.com]; 유혁상 [hsang.yoo@samsung.com]; 정태진 [tj76.jeong@samsung.com] |
| **Subject:** | FW: Netlist Confirmed PO(backlog) to verify |

안녕하세요. 아래 Netlist 관련 지난번 이야기한것 잘 실행되고 있지요?

매출은 서서히 dwindle 되도록 관리해주세요.



Arnold S. Kim
Director, Sales
Office 82-31-208-3764 / Mobile 82-10-2046-8943

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

--------- **Original Message** ---------

**Sender** : Neal Knuth <n.knuth@samsung.com> Manager Sr/Americas Office(DS)-W2 Sales - SD/삼성전자

**Date** : 2017-04-20 05:15 (GMT+9)

**Title** : Netlist Confirmed PO(backlog) to verify

TJ,

Any update on SSD shipments for Netlist for April? I have not seen many in BOH. Any additional PA for Q2 I can use to support more SSD?

Thank you,
감사합니다
Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
**New Office Number**: 949 910 2835

nealk@ssi.samsung.com

Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.
*Privacy Notice*: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law. If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.

Attorneys' Eyes Only                                             SEC094241

**From:** 정태진 [mailto:tj76.jeong@samsung.com]
**Sent:** Sunday, April 09, 2017 9:57 PM
**To:** Neal Knuth; Nicholas Marchewka; Daniel (Kyong Yong) Lee-mySingle; Lane Kim
**Cc:** Steven Metz; Harrison Yoo; Arnold Kim; Howard Sung; Yejin Moon; Val (Valeriia) Pletneva
**Subject:** RE: Netlist Confirmed PO(backlog) to verify

Neal,

We discussed with NAND MKT regarding Q2 SSD price, and here the price table. It is same as Feb.

We will let you know when there is the new price guide.

Thanks.

[USD]

| 2016.02.08 - 2Q Amendment | | | | Tier3 | |
|---|---|---|---|---|---|
| | | | | 1Q17 | 2Q17 |
| SATA | PM863 | 2.5" | 120GB | 82 | 82 |
| | V2 TLC | | 240GB | 136 | 136 |
| | | | 480GB | 245 | 245 |
| | | | 960GB | **463** | **463** |
| | | | 1,920GB | 898 | 898 |
| | | | 3,840GB | 1,797 | 1,797 |
| | PM863a | 2.5" | 240GB | 126 | 133 |
| | V3 TLC | | 480GB | 225 | 242 |
| | | | 960GB | **422** | **460** |
| | | | 1,920GB | 817 | 897 |
| | | | 3,840GB | 1,634 | 1,793 |
| | SM863 | 2.5" | 120GB | 90 | 90 |
| | V2 MLC | | 240GB | 153 | 153 |
| | | | 480GB | 279 | 279 |
| | | | 960GB | **530** | **530** |
| | | | 1,920GB | 1,032 | 1,032 |
| | SM863a | 2.5" | 240GB | 141 | 149 |
| | V3 MLC | | 480GB | 255 | 277 |
| | | | 960GB | **483** | **534** |

Attorneys' Eyes Only

SEC094242

| | | | 1,920GB | 938 | 1,048 |
| | | | 3,840GB | 1,876 | 2,076 |

TJ Jeong

US. NW Sales


Samsung Electronics

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.


--------- **Original Message** ---------

**Sender** : Neal Knuth <n.knuth@samsung.com> Manager Sr/Americas Office(DS)-W2 Sales - SD/삼성전자

**Date** : 2017-04-08 04:34 (GMT+9)

**Title** : Netlist Confirmed PO(backlog) to verify


Hi All,

We have cleaned up backlog for Netlist trying to match PA as close as we can. Still not perfect, but please review the attached.

Harrison,

As we are now into Q2, can you update the price on the backlog. We are actually late on a couple of items from Q1 so any help in price would be appreciated.

This has been a very painful process and Netlist has orders now they cannot support.

Please review attached and lets discuss next week. I did not want to argue with the changes until we accepted what I could with all the attached. Please review.

Thank you,
감사합니다
Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
**New Office Number**: 949 910 2835

nealk@ssi.samsung.com

Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.
*Privacy Notice*: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law. If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.

Attorneys' Eyes Only                                              SEC094243

**From:** 정태진 [mailto:tj76.jeong@samsung.com]
**Sent:** Friday, April 07, 2017 2:07 AM
**To:** Neal Knuth; Nicholas Marchewka; Daniel (Kyong Yong) Lee-mySingle; Lane Kim
**Cc:** Steven Metz; Harrison Yoo; Arnold Kim; Howard Sung; Yejin Moon; Val (Valeriia) Pletneva
**Subject:** FW: RE: Netlist Confirmed PO(backlog) to verify

Neal,

Could you confirm PM963 1.9TB QTY you need in Q2? 230pcs? We are going to request P-Mix.

Thanks.


TJ Jeong

US. NW Sales


Samsung Electronics

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.


--------- **Original Message** ---------

**Sender** : 정태진 <tj76.jeong@samsung.com> Senior Professional/영업1그룹(메모리)/삼성전자

**Date** : 2017-04-04 09:43 (GMT+9)

**Title** : RE: Netlist Confirmed PO(backlog) to verify


Neal,

PM863a is using V3 TLC and SM863a is using V3 MLC. We cannot do P-mix between those product.

We will check with strategy team regarding PM863a 1TB mix. We will have the feedback by next week since this

week P-Mix change is fixed.

Thanks.


TJ Jeong

US. NW Sales

Samsung Electronics

Attorneys' Eyes Only                                                    SEC094244

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

--------- **Original Message** ---------

**Sender** : Neal Knuth <n.knuth@samsung.com> Manager Sr/Americas Office(DS)-W2 Sales - SD/삼성전자

**Date** : 2017-04-04 08:45 (GMT+9)

**Title** : Netlist Confirmed PO(backlog) to verify

TJ,

We will adjust backlog as per guideline for Q2. Please convert the 1.9TB PM863A to SM863A 240GB or 1TB. If impossible, please convert to PM863A 1TB. Please confirm what you can do.

| | | | |
|---|---|---|---|
| 324146 | MZ7LM1T9HMJP-00005 | 230 | Push remaining 230 to April. Also, can book additional 420 in April and 250 in May **Convert as many bits to SM863A 240GB or 1TB, worse case PM863A 1TB.** |

Thanks,

Neal Knuth
949 910 2835

**From:** 정태진 [mailto:tj76.jeong@samsung.com]
**Sent:** Sunday, April 02, 2017 5:52 PM
**To:** Neal Knuth; Nicholas Marchewka; Daniel (Kyong Yong) Lee-mySingle; Lane Kim
**Cc:** Steven Metz; Harrison Yoo; Arnold Kim; Howard Sung; Yejin Moon; Val (Valeriia) Pletneva
**Subject:** RE: Netlist Confirmed PO(backlog) to verify

After the call with Netlist, please let us know the final mix.

Thanks.

TJ Jeong

US. NW Sales

Samsung Electronics

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

Attorneys' Eyes Only

SEC094245

--------- **Original Message** ---------

**Sender** : Neal Knuth <n.knuth@samsung.com> Manager Sr/Americas Office(DS)-W2 Sales - SD/삼성전자

**Date** : 2017-04-01 00:45 (GMT+9)

**Title** : Netlist Confirmed PO(backlog) to verify


Working on it with customer.   I may need to alter the mix.  I have call with Netlist today.


Thanks,

Neal Knuth
949 910 2835


**From:** 정태진 [mailto:tj76.jeong@samsung.com]
**Sent:** Thursday, March 30, 2017 10:40 PM
**To:** Nicholas Marchewka; Daniel (Kyong Yong) Lee-mySingle; Lane Kim; Neal Knuth
**Cc:** Steven Metz; Harrison Yoo; Arnold Kim; Howard Sung; Yejin Moon; Val (Valeriia) Pletneva
**Subject:** RE: Netlist Confirmed PO(backlog) to verify


Neal,

Please let us have your feedback on this by tomorrow.  We need to finalize P-mix with strategy team.

Thanks.


TJ Jeong

US. NW Sales


Samsung Electronics

This email is confidential and privileged.  If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.


--------- **Original Message** ---------

**Sender** : Nicholas Peter Marchewka <n.marchewka@samsung.com> Specialist Sr/Americas Office(DS)-Sales Ops Exec/삼성전자

**Date** : 2017-03-31 06:55 (GMT+9)

**Title** : Netlist Confirmed PO(backlog) to verify

Attorneys' Eyes Only                                                                                          SEC094246

Hi Neal,

Based on the table below, I have taken all current backlog and added comments to it in order to match up.

Let me know if you have any questions.

Thanks,

Nick

**From:** 정태진 [mailto:tj76.jeong@samsung.com]
**Sent:** Thursday, March 30, 2017 2:40 AM
**To:** Daniel (Kyong Yong) Lee-mySingle <ky1217.lee@samsung.com>; Lane Kim <kihoon74.kim@samsung.com>; Neal Knuth <n.knuth@samsung.com>
**Cc:** Steven Metz <s.metz@samsung.com>; Nicholas Marchewka <n.marchewka@samsung.com>; Harrison Yoo <hsang.yoo@samsung.com>; Arnold Kim <arniee.kim@samsung.com>; Howard Sung <hwanam.sung@samsung.com>; Yejin Moon <yejin.moon@samsung.com>
**Subject:** RE: RE: Re: RE: Netlist Confirmed PO(backlog) to verify

As discussed with you on the conference call today, here is the Q2 item by item PA for Netlist → March BOH +

Q2 TTL 3M GB

Thanks.

[unit: pcs]

|  | March BOH | Apr | May | Jun |
|---|---|---|---|---|
| MZ7KM1T9HMJP-00005 | 288 |  |  |  |
| MZ7KM480HAHP-00005 | 75 |  |  |  |
| MZ7KM480HMHQ-00005 |  | 300 |  |  |
| MZ7LM1T9HMJP-00005 | 815 | 650 | 250 |  |
| MZ7LM3T8HMLP-00005 | 556 | 0 | 0 |  |
| MZ7LM480HMHQ-00005 |  | 300 | 200 |  |
| MZ7LM960HCHP-00005 | 192 |  |  |  |
| MZ7LM960HMJP-00005 | 72 | 800 | 0 |  |
| MLC(EQ) | 628,224 | - | - | - |
| TLC(EQ) | 4,216,832 | 2,457,600 | 614,400 | - |
| TTL | 4,845,056 | 2,457,600 | 614,400 | - |

TJ Jeong

US. NW Sales

Attorneys' Eyes Only                                                                 SEC094247

Samsung Electronics

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

--------- **Original Message** ---------

**Sender** : 이경용 <ky1217.lee@samsung.com> Principal Professional/영업1그룹(메모리)/삼성전자

**Date** : 2017-03-30 10:03 (GMT+9)

**Title** : RE: Re: RE: Netlist Confirmed PO(backlog) to verify

We talked with Neal few minutes ago.

Considering some PA already communicated during Feb and March , we will consider upto 3M GB SSD in Q2 for Netlist. We will share the list ASAP.

Let's clear this issue as this moment.

Thank you,

--------- **Original Message** ---------

**Sender** : 김기훈 <kihoon74.kim@samsung.com> Principal Professional/미주총괄(DS)/삼성전자

**Date** : 2017-03-30 09:50 (GMT+9)

**Title** : Re: RE: Netlist Confirmed PO(backlog) to verify

```
Neal,

Pls don't talk of PA only,  some of them was for other customers. Not only for Netlist.

You need to provide SEC confirmation emails to keep them, but you couldn't. And you got
PO even more than PA
Thrn, we can't insist SEC support.

SEC team, pls provide what you can support,  and Neal, for the balance, pls cancel PO.

Thanks
Lane

Sent from Email+ secured by MobileIron

-------- Original Message --------
From: 이경용 <ky1217.lee@samsung.com<mailto:ky1217.lee@samsung.com>>
Date: Wed, Mar 29, 2017, 5:02 PM
To: "Daniel (Kyong Yong) Lee-mySingle"
<ky1217.lee@samsung.com<mailto:ky1217.lee@samsung.com>>,Neal Knuth
<n.knuth@samsung.com<mailto:n.knuth@samsung.com>>,Lane Kim
<kihoon74.kim@samsung.com<mailto:kihoon74.kim@samsung.com>>
```

Attorneys' Eyes Only                                                                         SEC094248

CC: Steven Metz <s.metz@samsung.com<mailto:s.metz@samsung.com>>,Nicholas Marchewka
<n.marchewka@samsung.com<mailto:n.marchewka@samsung.com>>,TJ Jeong
<tj76.jeong@samsung.com<mailto:tj76.jeong@samsung.com>>,Harrison Yoo
<hsang.yoo@samsung.com<mailto:hsang.yoo@samsung.com>>,Arnold Kim
<arniee.kim@samsung.com<mailto:arniee.kim@samsung.com>>,Howard Sung
<hwanam.sung@samsung.com<mailto:hwanam.sung@samsung.com>>,Yejin Moon
<yejin.moon@samsung.com<mailto:yejin.moon@samsung.com>>
Subject: RE: RE: Netlist Confirmed PO(backlog) to verify

Do you have time to talk today?

If at least Nick and Neal is OK to talk, we will set up a quick CC.



--------- Original Message ---------

Sender : 이경용 <ky1217.lee@samsung.com> Principal Professional/영업1그룹(메모리)/삼성전자

Date : 2017-03-30 08:18 (GMT+9)

Title : RE: Netlist Confirmed PO(backlog) to verify


Hello Neal,


Let's talk item by item. That's why we sent a list to disscuss few week ago.

Broad comment can not help to resolve this issue.

I don't think we confirmed Q2 PO.


Thank you,

--------- Original Message ---------

Sender : Neal Knuth <n.knuth@samsung.com> Manager Sr/Americas Office(DS)-W2 Sales -
SD/삼성전자

Date : 2017-03-30 02:02 (GMT+9)

Title : Netlist Confirmed PO(backlog) to verify


Daniel,

We have PA and RTF at the time of the order, and still have shipments coming in to
cover? I believe all the orders had PA/support. Can we have a call to discuss? I
even have BOH to sell against the below.

Thanks,

Neal Knuth
949 910 2835


From: 이경용 [mailto:ky1217.lee@samsung.com]

Attorneys' Eyes Only

Sent: Wednesday, March 29, 2017 1:40 AM
To: Neal Knuth; Lane Kim
Cc: Daniel (Kyong Yong) Lee-mySingle; Steven Metz; Nicholas Marchewka; TJ Jeong;
Harrison Yoo; Arnold Kim; Howard Sung; Yejin Moon
Subject: FW: RE: Netlist Confirmed PO(backlog) to verify


Hello Neal,


We reviewed today but we have the same opinion on Q2 un_confirmed PO as below.

We will support the green one and can not accept PO for the orange one due to the
support constraint.


Thank you,


[cid:BEI0XT4NZ5JE@namo.co.kr]


--------- Original Message ---------

Sender : 이경용 <ky1217.lee@samsung.com<mailto:ky1217.lee@samsung.com>> Principal
Professional/영업1그룹(메모리)/삼성전자

Date : 2017-03-29 09:56 (GMT+9)

Title : RE: Netlist Confirmed PO(backlog) to verify


Hello Neal,


Thanks for your email.

But but just naming various end customer name can not help to verify current backlog
status.

We will let you know what we can support at this moment and we can not accept PO more
than this for Q2.


Thank you,


--------- Original Message ---------

Sender : Neal Knuth <n.knuth@samsung.com<mailto:n.knuth@samsung.com>> Manager
Sr/Americas Office(DS)-W2 Sales - SD/삼성전자

Date : 2017-03-29 09:15 (GMT+9)

Attorneys' Eyes Only                                             SEC094250

Title : Netlist Confirmed PO(backlog) to verify

Daniel, Lane,

Attached is current customers (covered under NDA) for Netlist SSD backlog.   Netlist is
also supporting many samples for new designs and I will provide that list this week
(numerous customers and complicated to track).  I forecast this business to be greater
than $35 Million in SSD revenue in 2017 (along with $15 Million in DRAM?).  These are
customers that are interested in NVDIMM and other support from Netlist.  I also have

other PO's to confirm for Q2 and Q3, not sure what to do at this time?  These customers
typically do not qualify for credit, need inventory stocked, and Netlist provides
technical support and special marking, testing and handling.

Thank you,
감사합니다
Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
New Office Number:  949 910 2835

nealk@ssi.samsung.com<mailto:nealk@ssi.samsung.com>
  Notice: Unless specifically identified as a firm offer or an offer to sell, this
message is not an offer of sale. Any terms stated in this message or prices quoted are
merely indications of terms on which Samsung Semiconductor, Inc. may consider selling,
and are not intended to be binding.
Privacy Notice: This message is intended only for the use of the individual to which it
is addressed and may contain information that is privileged, confidential or exempt
from disclosure under applicable Federal or State law.  If the reader of this message
is not the intended recipient, or the employee or agent responsible for the delivery of
the message to the intended recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited. If you have
received this email in error, please notify us immediately by telephone or return email
and delete the original email and any copies thereof. Thank you.


From: Lane Kim
Sent: Tuesday, March 28, 2017 11:35 AM
To: Neal Knuth; Daniel (Kyong Yong) Lee-mySingle; Steven Metz; Nicholas Marchewka
Cc: TJ Jeong; Harrison Yoo; Arnold Kim; Howard Sung; Yejin Moon
Subject: RE: Netlist Confirmed PO(backlog) to verify

Thanks. let's move quickly.

Without SEC support plan,  we don't accept  PO, especially on SSD(solution

products).  Don't want to hear 'de commit' later.

Thanks,

Lane Kim  |   Samsung AHQ (DS)  |  Sr. Manager  | 3655 N 1st Street, San Jose, CA
95134  |   tel. 408.544.5217  |    mobile. 408.529.9051

From: Neal Knuth
Sent: Tuesday, March 28, 2017 7:39 AM
To: Lane Kim; Daniel (Kyong Yong) Lee-mySingle; Steven Metz; Nicholas Marchewka
Cc: TJ Jeong; Harrison Yoo; Arnold Kim; Howard Sung; Yejin Moon
Subject: Netlist Confirmed PO(backlog) to verify

I have everything I need from Netlist, and will have reply today.

Attorneys' Eyes Only                                                              SEC094251

Thanks,

Neal Knuth
949 910 2835

From: 김기훈 [mailto:kihoon74.kim@samsung.com]
Sent: Monday, March 27, 2017 9:21 PM
To: Daniel (Kyong Yong) Lee-mySingle; Steven Metz; Neal Knuth; Nicholas Marchewka
Cc: TJ Jeong; Harrison Yoo; Arnold Kim; Howard Sung; Yejin Moon
Subject: RE: [Final] Netlist Confirmed PO(backlog) to verify

Neal,Nick.  Let's check and update system accordingly by tomorrow noon.

Thanks
Lane

--------- Original Message ---------
Sender : 이경용 <ky1217.lee@samsung.com<mailto:ky1217.lee@samsung.com>> Principal
Professional/영업1그룹(메모리)/삼성전자
Date : 2017-03-27 19:58 (GMT+-7)
Title : [Final] Netlist Confirmed PO(backlog) to verify

Dear all,


Since we have to report to our top management regarding this issue by tomorrow,we would
like to check the final feedback from DSA for the current backlog status.

We considered green color as a confirmed PO to support and orange color as un confirmed
one to cancel.

Please let us know if you have any specific item that you confirmed from oranged one to
discuss tomorrow morning.

Thank you,


[cid:2LL5XOK0LK7C@namo.co.kr]


Thanks,


--------- Original Message ---------

Sender : 김기훈 <kihoon74.kim@samsung.com<mailto:kihoon74.kim@samsung.com>> Principal
Professional/미주총괄(DS)/삼성전자

Date : 2017-03-24 21:10 (GMT+9)

Title : RE: RE: Netlist Confirmed PO(backlog) to verify


Neal,  we don't get PO without SEC support plan. Let's check and delete if any.

Attorneys' Eyes Only

Thanks
Lane

--------- Original Message ---------
Sender : 이경용 <ky1217.lee@samsung.com<mailto:ky1217.lee@samsung.com>> Principal
Professional/영업1그룹 (메모리) /삼성전자
Date : 2017-03-23 22:09 (GMT-7)
Title : RE: Netlist Confirmed PO(backlog) to verify

Hello Neal,


As Steve mentioned , let's verify current backlog status as quick as possible.

The one that we might need to support will be ...


1. March PO which already confirmed to support in Jan

2. eMMC PO for 1H for Plexus


And please hold any Q2 SSD and DRAM Module backlog........ it need to reviewed
internally again.

let us know the case it is solely designed or special case that need to be supported.

Let's discuss this issue as a first thing next week.


Thanks.


--------- Original Message ---------

Sender : Neal Knuth <n.knuth@samsung.com<mailto:n.knuth@samsung.com>> Manager
Sr/Americas Office(DS)-W2 Sales - SD/삼성전자

Date : 2017-03-24 10:46 (GMT+9)

Title : Netlist Confirmed PO(backlog) to verify


I am working on it.  Thanks for your help.

Thanks,

Neal Knuth
949 910 2835

From: 정태진 [mailto:tj76.jeong@samsung.com]
Sent: Thursday, March 23, 2017 6:44 PM
To: Neal Knuth
Cc: Steven Metz; Harrison Yoo; Nicholas Marchewka; Arnold Kim; Howard Sung; Daniel
(Kyong Yong) Lee-mySingle; Val (Valeriia) Pletneva; Lane Kim
Subject: RE: RE: Netlist Confirmed PO(backlog) to verify

Attorneys' Eyes Only

Neal,

As Steve mentioned, we would like to know SSD PO confirm status and End-customers.

Here is the summary of Netlilst SSD Backlogs and Mnthly PA. Please verify confirmed POs and End-customers.

Thanks.


Netlist


Backlog

March Avail

PA

Confirmed PO

QTY

March

April

May

June

TTL

Shipped

Avail

TTL

April

May

June

TTL

April

May

June

TTL

MZ7KM1T9HAJM-00005

        253

Attorneys' Eyes Only

253

193

360

553

30

200

200

1,536

0

MZ7KM1T9HMJP-00005

235

1,000

900

900

3,035

292

300

592

300

0

0

1,484

0

MZ7KM240HMHQ-00005

254

400

400

400

1,454

Attorneys' Eyes Only

SEC094255

```
                72

                 –

                72

300

300

0

            744

0

MZ7KM480HMHQ-00005

            469

            400

            400

            400

          1,669

             –

            288

            288

300

300

300

          1,476

0

MZ7KM960HMJP-00005

            228

            600

            600

            600

          2,028

             –

             –

             –

150
```

Attorneys' Eyes Only

0

0

150

0

MZ7LM1T9HMJP-00005

1,045

1,045

815

815

650

250

250

2,780

0

MZ7LM240HMHQ-00005

1,028

1,028

504

68

572

500

500

500

2,644

0

MZ7LM3T8HMLP-00005

Attorneys' Eyes Only

SEC094257

1,312

500

500


2,312

51

586

637

250

250

250

2,024

0

MZ7LM480HMHQ-00005

342

800


1,142

258

&ndash;

258

200

200

200

1,116

0

MZ7LM960HMJP-00005

5

800


805

Attorneys' Eyes Only

SEC094258

71

        –

71

100

100

100

442

0

EQ TTL

9,495,552

6,246,400

4,812,800

2,764,800

23,319,552

1,554,432

5,585,920

7,140,352

3,747,840

2,508,800

2,432,000

22,969,344

        –

        –

        –

        –

TJ Jeong

US. NW Sales

Samsung Electronics

Attorneys' Eyes Only

This email is confidential and privileged.  If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

--------- Original Message ---------

Sender : Steven C Metz <s.metz@samsung.com<mailto:s.metz@samsung.com>> Director Sr/Americas Office(DS)-W2 Sales/삼성전자

Date : 2017-03-24 02:32 (GMT+9)

Title : RE: Netlist Confirmed PO(backlog) to verify


Hi All,
I discussed with Arnie too last night.

Please do the appropriate due diligence and analysis on Netlist backlog.

The greatest concern is SSD solution OEM sales:
Analysis should include:

1.      Orders Placed to lead time.

2.      End Customers and OEMs disclosed.

3.      Historically supported in 2016-17

4.      Design wins- Samples ordered and delivered.  (Did Netlist participate in the design win?)

5.      Supportable with Existing PA, GC or is Runrate steady OEM business.
We need to avoid any special privileges given to Netlist.
 Pricing needs to be aligned with BSP or the market and support needs to be secured to lead time per our OEM support policies.

DRAM:
Please evaluate if they are trading or supporting OEM business including a list of End customers.

I will be presenting a slide in the workshop in April disclosing and promoting OEM, End Customers, and Acorn accounts in West2.
Netlist was one of our success stories.  With the new situation we may promote the End Customer engagements and "downplay" Netlist involvement.

Retail

Gov. & Edu

Server/PC aftermarket

Networking

Industrial/Auto

Integrators/EMS/OEM

Attorneys' Eyes Only

Storage

Netlist

PKI

Smart

Virtium

Viking

AGM

SET

Approved Memory

Ventura

King Memory

Uber

US Government

Juniper

Juniper

Cisco

Nobilis

Fujitsu OC

US Navy

Disney

E Tail only

Riot Games

US Colleges

Cisco

Palo Alto Networks

Radisys

GCI

Echostream

US Airforce

Options Plus

AMD

Attorneys' Eyes Only

PKI Memory

Net App

Nokia

Sanmina EMS

Eyak Tech

Sole Source Tech

US Army

Tritec

Symbolic IO

K-Systems

Ciena

Alcatel

Vexata

Delta

Heights Manu

University of Penn

DataNet

Pivot

Eaton Technology

F5

Ericsson

IX System

Kona Spec

MCM Elect

Tech. Advancement

Inspur

Softworld

Ericcson

Ciena

Nimbus

Orient Semi

Attorneys' Eyes Only

Equus

Abacus Solution

NetApp

USC/UCLA

Nokia

F5

Mobileye

Rockleigh Ind

Will Jaya

EmLinq

Cloudera

MSI

ZTE

Cirrascale

Altadox

World Wide Products

Ixia

Mongo

Sager

Mitel

Kaminario

E Comp

Chassis Plans

Xilinx

Thermo Fisher

Rincon

Core Systems

Rocket EMS

IDT

Liqid

CDW

Attorneys' Eyes Only

Servants Int

Xiotech


ATP

ASI

CORSAIR

PATRIOT

WINTEC

MA LABS

UNIGEN

SUPERMICRO

JUNIPER

Intel

BEST BUY

FRY'S ELECTRONICS

CITRIX

Yahoo

Cisco

ASI

Palo Alto Networks

Apple

FRY'S ELECTRONICS

AMAZON

Palo Alto Networks

linode

Oracle

MA LABS

Micros

Hypertec

NEW EGG

NEW EGG

Attorneys' Eyes Only

SEC094264

Gigamon

Iron Systems

Google

WINTEC

School/Gov

Penguin

AMAZON

Mcafee

SourceCode

Micros

NUTANIX

Fine-tech

Online Gaming

Riverbed

Twitter

School/Gov

Bloomberg

IX SYSTEMS

Silver Peak

Rainbow Computers

ASA

School/Gov

Juniper Networks

School/Gov

COLFAX

Micros

5,000+ Cust

GOOGLE

School/Gov

Attorneys' Eyes Only

TWITTER

Bundle Business

1000's of MB cust.

Thanks,
S.Metz

Steven Metz | Sr. Dir of Global Sales | Samsung Semiconductor | Office: 408-544-4361 |
Cell: 408-420-4382 |

From: Neal Knuth
Sent: Wednesday, March 22, 2017 8:34 PM
To: Harrison Yoo
Cc: Nicholas Marchewka; Howard Sung; TJ Jeong; Daniel (Kyong Yong) Lee-mySingle; 김기훈;
Steven Metz; Val (Valeriia) Pletneva
Subject: Netlist Confirmed PO(backlog) to verify

Harrison,

As you know, I am careful (too careful) with adding backlog and as far as I see, all
backlog for Netlist is either approved, within PA, or within lead time.

As you know, I have rejected many PO from Netlist for LTB of V2, Q2 SSD, Q2 DRAM all
that I could have accepted within PA and lead time.

Where do you see the issue?  Q4 and Q1 PO's were approved?  I also believe the backlog
is sent weekly and reviewed by SEC and this is the first I hear of an issue with
Netlist backlog?

Thanks,

Neal Knuth
949 910 2835

From: 유혁상 [mailto:hsang.yoo@samsung.com]
Sent: Wednesday, March 22, 2017 6:44 PM
To: Neal Knuth
Cc: Nicholas Marchewka; Howard Sung; TJ Jeong; Daniel (Kyong Yong) Lee-mySingle; 김기훈;
Steven Metz; Val (Valeriia) Pletneva
Subject: RE :Netlist Confirmed PO(backlog) to verify


Neal,

hope you had nice vacation and productive biz trip with customers.

As I requested a couple of times,  Please finalize Netlist PO status  based on support-
confirmation for Netlist

and discuss internally.  Daniel shared with Steven and Lane and they also can help you
understood the background and

discuss how to work with your customer.

Attorneys' Eyes Only

Regards.


------- Original Message -------

Sender : Neal Knuth

Date : 2017-03-18 00:15 (GMT+09:00)

Title : Netlist Confirmed PO(backlog) to verify


Harrison,

Let me discuss internally.  I am on vacation now.   Netlist is my top customer.  I don't
have a way to recover this revenue.

Thanks,

Neal Knuth
949 910 2835


From: 유혁상 [mailto:hsang.yoo@samsung.com]
Sent: Friday, March 17, 2017 1:08 AM
To: Neal Knuth; Val (Valeriia) Pletneva
Cc: Nicholas Marchewka; Daniel (Kyong Yong) Lee-mySingle; TJ Jeong; Howard Sung
Subject: FW: Netlist Confirmed PO(backlog) to verify



Neal, Valieriia, Nick

Can DSK consider no confirmed PO from April except for eMMC?   Or some components for
NVDIMM development will be honored?

Please finalize confirmed fixed  PO status for Netlist.    DSK need to share Netlist
status .


Regards.


--------- Original Message ---------

Sender : 유혁상 <hsang.yoo@samsung.com<mailto:hsang.yoo@samsung.com>> Principal

Professional/영업1그룹(메모리)/삼성전자

Date : 2017-03-16 15:45 (GMT+9)

Title : Netlist Confirmed PO(backlog) to verify

To : Neal Knuth<n.knuth@samsung.com<mailto:n.knuth@samsung.com>>, Valeriia
Pletneva<valeriia.p@partner.samsung.com<mailto:valeriia.p@partner.samsung.com>>

Attorneys' Eyes Only

CC : Nicholas Peter Marchewka<n.marchewka@samsung.com<mailto:n.marchewka@samsung.com>>,
이경용<ky1217.lee@samsung.com<mailto:ky1217.lee@samsung.com>>,
정태진<tj76.jeong@samsung.com<mailto:tj76.jeong@samsung.com>>,
성화남<hwanam.sung@samsung.com<mailto:hwanam.sung@samsung.com>>,
김성한<arniee.kim@samsung.com<mailto:arniee.kim@samsung.com>>


Neal, Valeriia

Please screen for  confirmed POs only based on availability confirmation within PA or DP plan.

And please  delete any of non-confirmed PO which Netlist placed without your commitment.

We have to honor and  support firm confirmed backlog but any  of non confirmed won't be considered from now on.


Regards



--------- Original Message ---------

Sender : 이경용 <ky1217.lee@samsung.com<mailto:ky1217.lee@samsung.com>> Principal Professional/영업1그룹 (메모리) /삼성전자

Date : 2017-03-16 15:19 (GMT+9)

Title : RE: RE: RE: RE: RE: Netlist Backlog 잔량








Hyeoksang(Harrison) Yoo

America Sales (Consumer & EDP)

82-31-208-3733 (O)

Attorneys' Eyes Only

82-10-8861-9054 (M)

hsang.yoo@samsung.com<mailto:hsang.yoo@samsung.com>


감사합니다.


Howard SUNG

(NWSA: Facebook, West2)

+82-31-208-4327

+82-10-7727-1868


[cid:image001.jpg@01D2A34A.5ACFF050]


Hyeoksang(Harrison) Yoo

America Sales (Consumer & EDP)

82-31-208-3733 (O)

82-10-8861-9054 (M)

hsang.yoo@samsung.com<mailto:hsang.yoo@samsung.com>


Daniel (Kyong Yong) Lee
Office  : 82-31-208-3712
Mobile : 82-10-9779-5125
The information contained in this e-mail message may be privileged, confidential, and
protected from disclosure.
If you think that you have received this e-mail in error, please notify the following
account "ky1217.lee@samsung.com<mailto:ky1217.lee@ssi.samsung.com>"


Daniel (Kyong Yong) Lee
Office  : 82-31-208-3712
Mobile : 82-10-9779-5125
The information contained in this e-mail message may be privileged, confidential, and
protected from disclosure.

Attorneys' Eyes Only                                          SEC094269

If you think that you have received this e-mail in error, please notify the following
account "ky1217.lee@samsung.com<mailto:ky1217.lee@ssi.samsung.com>"


Daniel (Kyong Yong) Lee
Office  : 82-31-208-3712
Mobile : 82-10-9779-5125
The information contained in this e-mail message may be privileged, confidential, and
protected from disclosure.
If you think that you have received this e-mail in error, please notify the following
account "ky1217.lee@samsung.com<mailto:ky1217.lee@ssi.samsung.com>"


Daniel (Kyong Yong) Lee
Office  : 82-31-208-3712
Mobile : 82-10-9779-5125
The information contained in this e-mail message may be privileged, confidential, and
protected from disclosure.
If you think that you have received this e-mail in error, please notify the following
account "ky1217.lee@samsung.com<mailto:ky1217.lee@ssi.samsung.com>"


Daniel (Kyong Yong) Lee
Office  : 82-31-208-3712
Mobile : 82-10-9779-5125
The information contained in this e-mail message may be privileged, confidential, and
protected from disclosure.
If you think that you have received this e-mail in error, please notify the following
account "ky1217.lee@samsung.com<mailto:ky1217.lee@ssi.samsung.com>"


Daniel (Kyong Yong) Lee
Office  : 82-31-208-3712
Mobile : 82-10-9779-5125
The information contained in this e-mail message may be privileged, confidential, and
protected from disclosure.
If you think that you have received this e-mail in error, please notify the following
account "ky1217.lee@samsung.com<mailto:ky1217.lee@ssi.samsung.com>"


[http://kr2.samsung.net/mail/rest/v1/files/image/download/%EC%A0%9C%EB%AA%A9+%EC%97%86%
EB%8A%94+%EC%B2%A8%EB%B6%80+%ED%8C%8C%EC%9D%BC+183460.gif?1=1&filepath=/SHARED/TEMP/ML/
image/k/20170330/1_193600_cafe_image_0@s-
core.co.kr_0_ky1217.lee&user=ky1217.lee&partno=0&folderId=1&seqid=193600]


## *Daniel (Kyong Yong) Lee*

Office  : 82-31-208-3712
Mobile : 82-10-9779-5125
The information contained in this e-mail message may be privileged, confidential, and protected from disclosure.
If you think that you have received this e-mail in error, please notify the following account "ky1217.lee@samsung.com"

Attorneys' Eyes Only

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술 등을 포함**하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지** 됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

Attorneys' Eyes Only