# EXHIBIT 19

Message

| | |
|---|---|
| **From:** | Lane Kim [kihoon74.kim@samsung.com] |
| **Sent:** | 7/15/2017 8:07:33 AM |
| **To:** | Harrison Yoo [hsang.yoo@samsung.com] |
| **Subject:** | RE: RE: RE: RE: RE: Details of the report to the Chief - Netlist |

Haha, things will get better since Nick is going to start micromanaging CSRs. And also, Nick got burnt this time and is saying that he will not send out inventory lists.
It is okay to send out inventory lists…since it is intended for each company to pick the products they are interested in… but we should not cause Netlists to misunderstand us. Haha

**Lane Kim**  |  Samsung DSA  |  Director  | 3655 N 1st Street, San Jose, CA 95134  |  tel. 408.544.5217  |  mobile. 408.529.9051

---

**From:** Hyeok-sang Yoo [mailto:hsang.yoo@samsung.com]
**Sent:** Thursday, July 13, 2017 6:03 PM
**To:** Lane Kim
**Subject:** RE: RE: RE: RE: RE: Details of the report to the Chief - Netlist

Lane,
You put it together neatly. Once you go back to home office, who would take care of it then...
How can he possibly send the entire inventory list as-is to Netlist…(putting aside the fact that he didn't even check if the amount exceeded $500K…)
This guy, he seems like he needs to be monitored and guided carefully. I understand that he's struggling hard to survive right now, but he keeps making sensitive mistakes...


-------- Original Message --------
**Sender:** Ki-hoon Kim <kihoon74.kim@samsung.com> Principal Professional / Americas HQ (DS) / SAMSUNG ELECTRONICS
**Date:** 07-14-2017 09:36 (GMT +9)
**Title:** RE: RE: RE: RE: Details of the report to the Chief - Netlist

?? That's not the way to go…

I told Neal just a moment ago…to use the term 'allo' [allocation].

A little while ago in the morning, I had a phone call with VP Sebastian and he asked about something similar, so I asked him who said that?... and he was unable to answer my question. I said to him that there's no limit or anything like that and that we're increase it by struggling to obtain allo. I also said to him that we're currently working on it further, and Neal would contact him once he works it out with the Business Division to secure more.

I heard the background story that they can take more of the inventory in the list sent by Neal, but Neal said that we cannot give it to them… The above was what they told me,

so, I told him that the inventory list is a list of inventories for all channel partners in the Americas, not just for Netlist alone. I also told him that the market is tight and there are no remaining inventories.

Attorneys' Eyes Only

SEC236725

I shared this story with Neal, and he's saying that he will not send out inventory lists from now on… Looks like he will be running a tight ship.

**Lane Kim**  |  Samsung DSA  |  Director  | 3655 N 1st Street, San Jose, CA 95134  |  tel. 408.544.5217  |  mobile. 408.529.9051

**From:** Hyeok-sang Yoo [mailto:hsang.yoo@samsung.com]
**Sent:** Thursday, July 13, 2017 5:33 PM
**To:** Lane Kim
**Subject:** RE: RE: RE: RE: Details of the report to the Chief - Netlist

Netlist said that our company has a set dollar amount, so even if there is remaining volume, we cannot give it once it goes over the threshold amount.
This goes beyond the issue of choosing the right word such as "cap" or "allocation." If the customer has that understanding when talking with us, this is actually a very dangerous situation.

-------- **Original Message** --------
**Sender:** Ki-hoon Kim <kihoon74.kim@samsung.com> Principal Professional / Americas HQ (DS) / Samsung Electronics
**Date:** 07-14-2017 09:18 (GMT +9)
**Title:** RE: RE: RE: Details of the report to the Chief - Netlist

Of course, you're right.

Neal is here in San Jose right now (attending the Smart meeting).

The plan is that Neal will communicate it at the Netlist weekly call next Monday, and he is supposed to communicate that we further increased the allo. [allocation].
A moment ago, I checked it with Neal again and Neal told me that he did not use the word "cap," and going forward as well, he will only use the word, "allo."

**Lane Kim**  |  Samsung DSA  |  Director  | 3655 N 1st Street, San Jose, CA 95134  |  tel. 408.544.5217  |  mobile. 408.529.9051

**From:** Hyeok-sang Yoo [mailto:hsang.yoo@samsung.com]
**Sent:** Thursday, July 13, 2017 4:47 PM
**To:** Lane Kim
**Cc:** Daniel (Kyong Yong) Lee-mySingle; Arnold Kim; TJ Jeong
**Subject:** RE: RE: RE: Details of the report to the Chief – Netlist

You're right. Customer could later take advantage of certain words in any possible method, so I will make sure to guide Neal and Steven to be careful in wordings and communication, and for myself as well, if I receive communication, then I will tell them to go by the communication loop via Americas HQ.

Attorneys' Eyes Only

SEC236726


They now have a bit of wiggle room now that it's $1M, so they will once again request SSD, etc. For TJ, we need to keep monitoring thoroughly to check if we get any POs for what is not even confirmed for supply.


-------- Original Message --------
**Sender:** Kyong-yong Lee <ky1217.lee@samsung.com> Principal Professional / Sales Group 1 (Memory) / Samsung Electronics
**Date:** 07-14-2017 08:15 (GMT +9)
**Title:** RE: RE: Details of the report to the Chief - Netlist


Yes, it was handled very wisely.

Mr. Ki-hoon,
When communicating to Netlist, please convey it in a way so that it is expressed as "We are currently trying to increase your allocation up to $1M", not as "$1M Limit" ^^.. I'm sure you're aware of it, but just in an abundance of caution ^^

-------- Original Message --------
**Sender:** Sung-han Kim <arniee.kim@samsung.com> VP / Group Leader / Sales Group 1 (Memory) / Samsung Electronics
**Date:** 07-14-2017 06:41 (GMT +9)
**Title:** RE: Details of the report to the Chief - Netlist

Excellent work! ^^


Sung-han Kim (VP) (Leader of Group 1)

Arnold S. Kim / VP, Sales Group 1

Office : 82-31-208-3764 / 82-10-2046-8943

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.


-------- Original Message --------
**Sender:** Ki-hoon Kim <kihoon74.kim@samsung.com> Principal Professional / Americas HQ (DS) / Samsung Electronics
**Date:** 07-14-2017 01:35 (GMT +9)
**Title:** Details of the report to the Chief - Netlist

This is about Netlist supply matter.

The monthly run rate was increased to $1M (from this month onwards).

We decided to communicate to them that in the absence of JS Choi, we went through considerable trouble to support Netlist by reshuffling from other companies. Chief asked me if there is "Netlist value," and I told him that 1) All of it is entirely channel business, so their unit price is higher compared to OEM, and 2) Since they have no other bread and butter, they run a good business with a hungry spirit, despite 2-3% margin.

I've conveyed it to Neal and Steve, and I will communicate it to Netlist tomorrow (Friday).

Thank you.

Attorneys' Eyes Only

SEC236727

Lane Kim   |   Samsung DSA   |   Director   | 3655 N 1st Street, San Jose, CA 95134   |   tel. 408.544.5217   |   mobile. 408.529.9051

*Daniel (Kyong Yong) Lee*
Office  : 82-31-208-3712
Mobile : 82-10-9779-5125
The information contained in this e-mail message may be privileged, confidential, and protected from disclosure.
If you think that you have received this e-mail in error, please notify the following account
"ky1217.lee@samsung.com"

*Hyeoksang(Harrison) Yoo*
*America Sales (Consumer & EDP)*
*82-31-208-3733 (O)*
*82-10-8861-9054 (M)*
*hsang.yoo@samsung.com*

*Hyeoksang(Harrison) Yoo*
*America Sales (Consumer & EDP)*
*82-31-208-3733 (O)*
*82-10-8861-9054 (M)*
*hsang.yoo@samsung.com*

*Hyeoksang(Harrison) Yoo*
*America Sales (Consumer & EDP)*
*82-31-208-3733 (O)*
*82-10-8861-9054 (M)*
*hsang.yoo@samsung.com*

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.
The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California         )
                            )        S. S.
Los Angeles County          )

      I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated <u>Document with Bates No. SEC236725 – SEC236728</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

**<u>Description of Translated Documents</u>**

<u>Document with Bates No. SEC236725 – SEC236728</u>

Executed on August 9, 2021

*[signature]*

Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Message

| | |
|---|---|
| **From**: | Lane Kim [kihoon74.kim@samsung.com] |
| **Sent**: | 7/15/2017 8:07:33 AM |
| **To**: | Harrison Yoo [hsang.yoo@samsung.com] |
| **Subject**: | RE: RE: RE: RE: RE: 총괄님 보고내용 - Netlist |

ㅎ Nick이 CSR들과 밀착관리 들어갔으니 낳아질거에요. 그리고 Neal도 이번에 데여 재고리스트 안보낸다 하고요.

재고 리스트 보내는 것은 괜찮아요.. 업체별 관심있는제품 고르라는거니.. 다만 Netlist한테 오해사면 안되죠. ㅎ

Lane Kim   |   Samsung DSA   |   Director   |   3655 N 1st Street, San Jose, CA 95134   |   tel. 408.544.5217   |   mobile. 408.529.9051

**From:** 유혁상 [mailto:hsang.yoo@samsung.com]
**Sent:** Thursday, July 13, 2017 6:03 PM
**To:** Lane Kim
**Subject:** RE: RE: RE: RE: RE: 총괄님 보고내용 - Netlist

Lane, 제대로 잘 정리했읍니다.   귀임하면 이제 누가 해주나...
재고 list를 통채로  Netlist한테 보내다니... (5십만불이 넘었는지 확인도 안한것은 둘째치고...)
이친구는 잘 지켜보고 지도해야될것 같아요.  당장 survival하려고 발버둥치는건 알겠는데  전후안가리고 민감한 실수를 자꾸 하네요....


--------- **Original Message** ---------
**Sender** : 김기훈 <kihoon74.kim@samsung.com> Principal Professional/미주총괄(DS)/삼성전자
**Date** : 2017-07-14 09:36 (GMT+9)
**Title** : RE: RE: RE: RE: 총괄님 보고내용 - Netlist

?? 그럼 안되죠..

아까 Neal한테 얘기해 뒀습니다. Allo. 용어 쓰라고.

 아까 오전에 세바스찬 상무 통화했고 비슷한거 물어보길래 제가 누가 그랬냐니까.. 대답못했고 limit같은거 없고, allo. 어렵게 구해 늘리는 상황이라 얘기했습니다.  지금 추가 작업중이고 Neal이 사업부와 더 확보되면 연락줄거라 했고요.

배경 들어보니, Neal이 보낸 재고를 더 가져갈 수 있는데 Neal 이 못준다고 했다고 하면서.. 위 얘기를 저한테 했고,

 제가 그 재고 리스트는 미주 모든 채널 업체향 재고 리스트지 Netlist향으로만 보여진게 아니라고 했고 시장 tight한 상황에서 재고 남는거 없다 했습니다.

Attorneys' Eyes Only

SEC236725

Neal한테 위 얘기했더니 이제 재고 list 안보내겠다고 하네요.. 단단히 관리할 듯.

Lane Kim   |   Samsung DSA   |   Director   |   3655 N 1st Street, San Jose, CA 95134   |   tel. 408.544.5217   |   mobile. 408.529.9051

**From:** 유혁상 [mailto:hsang.yoo@samsung.com]
**Sent:** Thursday, July 13, 2017 5:33 PM
**To:** Lane Kim
**Subject:** RE: RE: RE: RE: 총괄님 보고내용 - Netlist

Netlist얘기론 당사가 금액을 정해놓고 있어서 남는 물량이라도 그 금액에서 넘어가면 줄수가 없다고 했다고합니다.

Cap 이나

allocation 이란 단어 선택이 문제를 넘어서, 거래선과 얘기하는 내용상 거래선이 그렇게 알고있다면 이건 상당히 위험한 일이겠읍니다.

--------- **Original Message** ---------
**Sender** : 김기훈 <kihoon74.kim@samsung.com> Principal Professional/미주총괄(DS)/삼성전자
**Date** : 2017-07-14 09:18 (GMT+9)
**Title** : RE: RE: RE: 총괄님 보고내용 - Netlist

그럼요,

Neal 지금 산호세 와있습니다. (Smart 미팅)

차주 월요일 Neal이, Netlist weekly call 때 전달할 계획이고
allo.을 더 늘렸다는 내용으로 나가기로 되어 있습니다.
아까 Neal 다시 확인했고 cap이란말 쓴적 없다 했고.. 앞으로도 allo. 으로만 쓰는걸로 했습니다.

Lane Kim   |   Samsung DSA   |   Director   |   3655 N 1st Street, San Jose, CA 95134   |   tel. 408.544.5217   |   mobile. 408.529.9051

**From:** 유혁상 [mailto:hsang.yoo@samsung.com]
**Sent:** Thursday, July 13, 2017 4:47 PM
**To:** Lane Kim
**Cc:** Daniel (Kyong Yong) Lee-mySingle; Arnold Kim; TJ Jeong
**Subject:** RE: RE: RE: 총괄님 보고내용 - Netlist

맞습니다. 거래선이 나중에 어떤식으로 악용할수도 있으니 표현이나 communication에 조심하도록 Neal, Steven한테도
잘 guide주고 저도 연락이 오면 전적으로 법인통한 commnication loop으로 하라고 할겁니다.

Attorneys' Eyes Only                                                                                                                                                                                    SEC236726

$1M 이 되어 다소 room이 생기면서
SSD등 요구가 또 올텐데  TJ는 공급confirm도 안된것들이  PO로 들어오는 부분은 없는지 계속  관리를 철저히 해야겠읍니다.

--------- **Original Message** ---------
**Sender** : 이경용 <ky1217.lee@samsung.com> Principal Professional/영업1그룹(메모리)/삼성전자
**Date** : 2017-07-14 08:15 (GMT+9)
**Title** : RE: RE: 총괄님 보고내용 - Netlist

네 , 아주 현명하게 잘 처리 되었네요.

기훈님,
Netlist에 내용 전달될때 $1M Limit이라고 표현되지 않고 물량 Allocation을 $1M까지
늘리는 방향으로 진행중이다라고 표현 될 수 있게 해주세요^^.. 잘 알겠지만 혹시나 해서^^

--------- **Original Message** ---------
**Sender** : 김성한 <arniee.kim@samsung.com> 상무/그룹장/영업1그룹(메모리)/삼성전자
**Date** : 2017-07-14 06:41 (GMT+9)
**Title** : RE: 총괄님 보고내용 - Netlist

아주 잘했습니다. ^^


김성한 상무 (1그룹장)

Arnold S. Kim / VP, Sales Group 1

Office : 82-31-208-3764 / 82-10-2046-8943

This email is confidential and privileged.  If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.


--------- **Original Message** ---------
**Sender** : 김기훈 <kihoon74.kim@samsung.com> Principal Professional/미주총괄(DS)/삼성전자
**Date** : 2017-07-14 01:35 (GMT+9)
**Title** : 총괄님 보고내용 - Netlist

Netlist 공급건입니다.

월 run rate $1M으로 올리는 것으로 하였고(이번달 부터) ,

JS Choi가 없는 상황에서 타업체 돌려서 Netlist 어렵게 support하는걸로 전달하기로 했습니다.
총괄께서 Netlist value가 있는지 물어보셨고 1) 모두 채널향으로 OEM 대비 단가가 높고, 2)
이거밖에 먹고살게 없으므로 2~3% margin에도hungry하게 장사 잘한다.  라고 하였습니다.

Neal, Steve한테 얘기해 두었고 내일(금) Netlist한테 전달할 겁니다.

감사합니다.

Attorneys' Eyes Only

SEC236727

Lane Kim   |   Samsung DSA   |   Director   | 3655 N 1st Street, San Jose, CA 95134   |   tel. 408.544.5217   |   mobile. 408.529.9051

**Daniel (Kyong Yong) Lee**
Office  : 82-31-208-3712
 Mobile : 82-10-9779-5125
 The information contained in this e-mail message may be privileged, confidential, and protected from disclosure.
 If you think that you have received this e-mail in error, please notify the following account
"ky1217.lee@samsung.com"

**Hyeoksang(Harrison) Yoo**
*America Sales (Consumer & EDP)*
*82-31-208-3733 (O)*
*82-10-8861-9054 (M)*
*hsang.yoo@samsung.com*

**Hyeoksang(Harrison) Yoo**
*America Sales (Consumer & EDP)*
*82-31-208-3733 (O)*
*82-10-8861-9054 (M)*
*hsang.yoo@samsung.com*

**Hyeoksang(Harrison) Yoo**
*America Sales (Consumer & EDP)*
*82-31-208-3733 (O)*
*82-10-8861-9054 (M)*
*hsang.yoo@samsung.com*

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술 등을 포함**하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지**됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

Attorneys' Eyes Only                                                                                                                                        SEC236728