# EXHIBIT 20

Message

---

| | |
|---|---|
| **From**: | INDONG KIM [indong2.kim@samsung.com] |
| **Sent**: | 5/25/2017 5:11:02 PM |
| **To**: | David Wang [dt.wang@samsung.com] |
| **Subject**: | RE: RE: Netlist card |

thanks,

nah. it's their typical media leverage tactics. it's same product we've tested and I am pretty sure biz volume is near zero.

they had earnings call a few days ago and doing a lot of BS to media (again).

for ex, they leveraged my visit plan in June (which I intended to shut the door) to media "Samsung will be sending large-scale techincal team to check out our HybriDIMM technology..."

only thing they are capable is lying. :(


--------- **Original Message** ---------

**Sender** : David Wang <dt.wang@samsung.com> Director/Americas Office(DS)-Mem Pathfinding Team/삼성전자

**Date** : 2017-05-26 09:00 (GMT+9)

**Title** : RE: Netlist card

Strange. I thought I pasted it.

http://www.kinews.net/news/articleView.html?idxno=107240

David

---

**From:** INDONG KIM [mailto:indong2.kim@samsung.com]
**Sent:** Thursday, May 25, 2017 4:59 PM
**To:** David Wang <dt.wang@samsung.com>
**Subject:** RE: Netlist card

they have PCIe ramcard which we evaluated, but it just had discrete compo, not RDIMM to my understanding.

Attorneys' Eyes Only

SEC552489

BTW, could you please share the link?

--------- **Original Message** ---------

**Sender** : David Wang <dt.wang@samsung.com> Director/Americas Office(DS)-Mem Pathfinding Team/삼성전자

**Date** : 2017-05-26 03:12 (GMT+9)

**Title** : Netlist card

Indong,

   Have you seen this article?  It seems that Netlist made a PCIe card with an RDIMM on it?

David

**Indong Kim,** Ph.D. | Technical Lead, Next Gen. Solution Planning | Samsung Electronics Co., Ltd
Office: +82)31-208-2356 | Mobile: +82)10-4185-7834

**Indong Kim,** Ph.D. | Technical Lead, Next Gen. Solution Planning | Samsung Electronics Co., Ltd
Office: +82)31-208-2356 | Mobile: +82)10-4185-7834

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술 등을 포함**하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지** 됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

Attorneys' Eyes Only                                                                                                                                         SEC552490