# EXHIBIT 21

## Message

| | |
|---|---|
| **From:** | Hyeok-sang Yoo [hsang.yoo@netlist.com] |
| **Sent:** | 3/22/2021 1:55:18 PM |
| **To:** | Kyong-yong Lee, Principal Professional/ Sales Group 1 (Memory) / Samsung Electronics [ky1217.lee@samsung.com] |
| **Subject:** | Cap |

**From:** Sung-han Kim [mailto: arniee.kim@samsung.com]
**Sent:** Thursday, June 8, 2017 9:09 AM
**To:** Hyeok-sang Yoo; Kyong-yong Lee; Young-woo Kim
**Subject:** FW: RE: RE: Regarding Netlist

FYI. For Netlist, let's manage it around $500K, give or take.

-------- **Original Message** --------
**Sender:** JS (Joo Sun) Choi <joosun.choi@ssi.samsung.com>
**Date:** 06-08-2017 08:57 (GMT +9)
**Title:** RE: RE: Regarding Netlist

OK. Minimize at $0.5M.

**From:** Arnold Sunghan Kim [mailto: arniee.kim@samsung.com]
**Sent:** Wednesday, June 7, 2017 3:36 AM
**To:** JOO SUN CHOI
**Subject:** FW: RE: Regarding Netlist

EVP,
If we go for a revenue number of give or take $500K per month based on sales revenue, I think we could at least prevent noise on this. When we reported to you last time around, the sales revenue numbers for Q1 were slightly above $3M per month, but from May, it is being reduced to below $1M.. Below shows sales numbers for Jan-Apr. As of now, we pulled all PAs for Netlist and distributed them to other customers such as Ma Lab.

If you ok it, we'll manage it precisely at about this level.
Thank you.
Best regards,
Sung-han Kim

Sung-han Kim, VP (Leader of Group 1)

Arnold S. Kim / VP, Sales Group 1

Office: 82-31-208-3764 / 82-10-2046-8943

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately and delete this email from your system. Thank you.

-------- **Original Message** --------
**Sender:** JS (Joo Sun) Choi <joosun.choi@ssi.samsung.com> EVP/US-HQ/Americas HQ (DS)/ Samsung Electronics
**Date:** 06-08-2017 06:54 (GMT +9)
**Title:** RE: Regarding Netlist

What is the minimum in terms of percentage?

-------- **Original Message** --------
**Sender:** Sung-han Kim <arniee.kim@samsung.com> Vice President/Group Leader/Memory Sales Group 1/Samsung Electronics
**Date:** 06-07-2017 12:59 (GMT-7)
**Title:** Regarding Netlist

Hello EVP,

VP Hyun-ki Ji called us today and explained the situation regarding our company's investment into Netlist ($23M already invested) and asked us to maintain at least the minimum level of biz with Netlist. Per your strategy, we set the basic direction of the relationship in a way to minimize biz risk and as a result, after September, there has been hardly any allocation, so it seems like someone named JB Kim at Netlist is escalating this situation. Once you make a comment on this matter, we will discuss it and respond so there are no issues.

*Hyeoksang(Harrison) Yoo*
*America Sales (Consumer & EDP)*

**Hyeoksang Yoo**

B2B Sales Management, Principal Professional
Memory Sales Group 1
Samsung Electronics

T. +82.31.208.3733   M. +82.10.8861.9054   F. +82.31.208.3959
hsang.yoo@samsung.com
www.samsung.com

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California            )
                               )      S. S.
Los Angeles County             )

  I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated <u>Document with Bates No. SEC116009 – SEC116010</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

**<u>Description of Translated Documents</u>**

<u>Document with Bates No. SEC116009 – SEC116010</u>

Executed on August 12, 2021

*[signature]*

Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

Message

---

**From:** 유혁상 [hsang.yoo@samsung.com]
**Sent:** 3/22/2021 1:55:18 PM
**To:** 이경용 Principal Professional 영업1그룹(메모리) 삼성전자 [ky1217.lee@samsung.com]
**Subject:** 캡

---

**From:** 김성한 [mailto:arniee.kim@samsung.com]
Sent: Thursday, June 8, 2017 9:09 AM
**To:** 유혁상 ; 이경용 ; 김영우
**Subject:** FW: RE: RE: Netlist 관련

참조하세요넷리스트는 500k 내외서 매니지합시다

--------- **Original Message** ---------
**Sender** : JS (Joo Sun) Choi <joosun.choi@ssi.samsung.com>
**Date** : 2017-06-08 08:57 (GMT+9)
**Title** : RE: RE: Netlist 관련

OK. Minimize at $0.5M.

**From:** Arnold Sunghan Kim [mailto:arniee.kim@samsung.com]
**Sent:** Wednesday, June 07, 2017 3:36 PM
**To:** JOO SUN CHOI
**Subject:** RE: RE: Netlist 관련

부사장님,

매출 기준으로 월 50만불 내외의 매출액 정도면 노이즈는 막을수있는

정도 될듯합니다. 저희가 지난번 부사장님께 보고드릴때 Q1에 매출이

월별로 3백만불이 조금 넘었었는데, 5월부터는 백만불 이하 수준으로

줄이고 있는중입니다..아래는 1-4월 판매 기록입니다. 현재 넷리스트향

PA는 다빼서 Ma Lab등으로 뿌려놨습니다.

부사장님 ok 주시면 요정도 수준에서 정밀하게 관리하겠습니다.

감사합니다.

김성한 올림

김성한 상무 (1그룹장)

Arnold S. Kim / VP, Sales Group 1

Office : 82-31-208-3764 / 82-10-2046-8943

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

--------- **Original Message** ---------
**Sender** : 최주선 <joosun.choi@samsung.com> 부사장/지역총괄/미주총괄(DS)/삼성전자
**Date** : 2017-06-08 06:54 (GMT+9)
**Title** : RE: Netlist 관련

최소가 퍼센트로 얼마 얘기하는 건 지?

--------- **Original Message** ---------
**Sender :** Arnold Sunghan Kim <arniee.kim@samsung.com> Vice President/Group Leader/Memory Sales Group 1/Samsung Electronics
**Date :** 2017-06-07 12:59 (GMT-7)
**Title :** Netlist 관련

안녕하십니까? 부사장님.

금일 지현기 상무가 전화를 해서 당사의 Netlist향 투자 상황을 설명하며 ($23M 기투자)

Netlist와 최소수준의 Biz는 유지해줄것을 부탁하였습니다. 저희는 부사장님 전략에 따라

Biz Risk를 최소화하는 방향으로 관계설정을 했고 9월이후 Allocation이 거의 이루어지지

않은 상황이라 Netlist JB Kim이라는 분이 escalation을 하는 상황으로 보여집니다.

부사장님이 동건 관련 comment 주시면 협의해서 무리없이 대응하도록 하겠습니다.

*Hyeoksang(Harrison) Yoo*
*America Sales (Consumer & EDP)*

Hyeoksang Yoo

B2B Sales Management, Principal Professional
Memory Sales Group 1
Samsung Electronics

T. +82.31.208.3733    M. +82.10.8861.9054    F. +82.31.208.3959
hsang.yoo@samsung.com
www.samsung.com

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지 됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.