# EXHIBIT 22

| | |
|---|---|
| **Message** | |
| From: | Ye-jin Moon [yejin.moon@samsung.com] |
| Sent: | 5/17/2018 1:28:20 PM |
| To: | Hyeok-sang Yoo[hsang.yoo@samsung.com]; Kyong-yong Lee [ky1217.lee@samsung.com]; Hye-rim Park [liz.park@samsung.com]; Tae-jin Jeong [tj76.jeong@samsung.com] |
| Subject: | RE: RE: RE: FW: Netlist SSD |

Yeah... I think assessing opportunity should be done separately.

----- Original Message -----
**Sender:** Hyeok-sang Yoo <hsang.yoo@samsung.com> Principal Professional/Sales Group 1(Memory)/Samsung Electronics
**Date:** 2018-05-17 13:22 (GMT +9)
**Title:** RE: RE: FW: Netlist SSD

We should first confirm whether is an opportunity up to the bar and then ask the corporation to provide guidance.
I thought that we should at least motivate to assess what kind of opportunities there are for SSD...

----- Original Message -----
**Sender:** Ye-jin Moon < yejin.moon@samsung.com> Principal Professional/Sales Group 1(Memory)/Samsung Electronics
**Date:** 2018-05-17 13:20 (GMT +9)
**Title:** RE: FW: Netlist SSD

$500K bar has been decided by the corporate president, so wouldn't we first need an internal opinion from the corporation?

----- Original Message -----
**Sender:** Hyeok-sang Yoo <hsang.yoo@samsung.com> Principal Professional/Sales Group 1(Memory)/Samsung Electronics
**Date:** 2018-05-17 11:15 (GMT +9)
**Title:** FW: Netlist SSD

While speaking with Neal earlier, wouldn't it be okay to go over $500K even if it's Netlist if there is some SSD biz that can blow up... so I told him to first bring opportunity, but he just sent a list of bunch of samples as seen here.
I'm thinking, first, sort out the ones that can be supplied as samples among these, and receive the end customer list as well and take $500K out of consideration and really check if there are anything to eat here.

----- Original Message -----
**Sender:** Neal Knuth <n.knuth@samsung.com> Senior Professional/Americas Office(DS)-W2 Sales-SD/Samsung Electronics
**Date:** 2018-05-17 10:53 (GMT +9)
**Title:** Netlist SSD

Harrison,

As discussed, here is Netlist PAID sample request. Any issue? I will get customer lists and at least these customers will get samples for now. I don't see any issue with Paid Sample??? I will be sure to follow the limit of $500k for now.

Liz,

If Harrison approves, I will enter PO's tomorrow and we can add to tracker.  I will not accept PO for the highlighted (not yet).

| PM883 | Qty |
|---|---|
| MZ7LH240HAHQ-00005 | 20 |
| MZ7LH480HAHQ-00005 | 20 |
| MZ7LH960HAJR-00005 | 10 |
| MZ7LH1T9HMLT-00005 | 10 |
| MZ7LH3T8HMLT-00005 | 10 |
| MZ7LH7T6HMLA-00005 | 10 |

| SM883 | Qty |
|---|---|
| MZ7KH240HAHQ-00003 | 20 |
| MZ7KH480HAHQ-00003 | 20 |
| MZ7KH960HAJR-00003 | 10 |
| MZ7KH1T9HAJR-00003 | 10 |
| MZ7KH3T8HALS-00003 | 10 |

| PM983 M.2 | Qty |
|---|---|
| MZ1LB960HAJQ-00007 | 10 |
| MZ1LB1T9HALS-00007 | 10 |
| MZ1LB3T8HMLA-00007 | 10 |

| PM983 2.5 | Qty |
|---|---|
| MZQLB960HAJR-00007 | 10 |
| MZQLB1T9HAJR-00007 | 10 |
| MZQLB3T8HALS-00007 | 10 |
| MZQLB7T6HMLA-00007 | 10 |

| PM983 NF1 | Qty |
|---|---|
| MZ4LB3T8HALS-00003 | 5 |
| MZ4LB7T6HALS-00003 | 5 |

| PM1643 2.5" | Qty |
|---|---|
| MZILT960HAHQ-00007 | 10 |
| MZILT1T9HAJQ-00007 | 10 |
| MZILT3T8HALS-00007 | 10 |
| MZILT7T6HMLA-00007 | 10 |
| MZILT15THMLA-00007 | 10 |
| MZILT30THMLA-00007 | 10 |

| PM1725b 2.5" | Qty |
|---|---|

Confidential

| | |
|---|---|
| MZWLL1T6HAJQ-00003 | 10 |
| MZWLL3T2HAJQ-00003 | 10 |
| MZWLL6T4HMLA-00003 | 10 |
| MZWLL12THMLA-00003 | 10 |

Thanks,

Neal Knuth
949 910 2835

**Hyeoksang(Harrison) Yoo**
**America Sales (Consumer & EDP)**
**82-31-208-3733 (O)**
**82-10-8861-9054 (M)**
**hsang.yoo@samsung.com**

**Hyeoksang(Harrison) Yoo**
**America Sales (Consumer & EDP)**
**82-31-208-3733 (O)**
**82-10-8861-9054 (M)**
**hsang.yoo@samsung.com**

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California )
                             )     S. S.
Los Angeles County )

        I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated <u>Document with Bates No. SEC001357 – SEC001359</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

**<u>Description of Translated Documents</u>**

<u>Document with Bates No. SEC001357 – SEC001359</u>

Executed on July 23, 2021

*[Signature]*

Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Case 8:20-cv-00993-MCS-ADS   Document 193-8   Filed 10/21/21   Page 5 of 8   Page ID #:11027

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

| | |
|---|---|
| Message | |

**From:** 문예진 [yejin.moon@samsung.com]
**Sent:** 5/17/2018 1:28:20 PM
**To:** 유혁상 [hsang.yoo@samsung.com]; 이경용 [ky1217.lee@samsung.com]; 박혜림 [liz.park@samsung.com]; 정태진 [tj76.jeong@samsung.com]
**Subject:** RE: RE: RE: FW: Netlist SSD

그죠...기획 파악은 별도로 하는게 좋을거 같아요

--------- **Original Message** ---------
**Sender** : 유혁상 <hsang.yoo@samsung.com> Principal Professional/영업1그룹(메모리)/삼성전자
**Date** : 2018-05-17 13:22 (GMT+9)
**Title** : RE: RE: FW: Netlist SSD

일단 bar까지 opportunity가 있는지 확인하여 법인에서 guide하라고 그래야겠죠.
일단 SSD어떤 기회가 있는지 파악은 motivate해야되야될것 같아서...

--------- **Original Message** ---------
**Sender** : 문예진 <yejin.moon@samsung.com> Principal Professional/영업1그룹(메모리)/삼성전자
**Date** : 2018-05-17 13:20 (GMT+9)
**Title** : RE: FW: Netlist SSD

$500K bar는 법인장님이 결정 사항이라 법인 내부 의견이 먼저 필요하지 않을까요??

--------- **Original Message** ---------
**Sender** : 유혁상 <hsang.yoo@samsung.com> Principal Professional/영업1그룹(메모리)/삼성전자
**Date** : 2018-05-17 11:15 (GMT+9)
**Title** : FW: Netlist SSD

아까 Neal과 얘기하던중에 Netlist라도 SSD biz가 좀 터질게 있으면 $500K 넘어도 괜찮지 않을까..
일단 opportunity를 가져와보라고 했더니 이렇게 샘플만 잔뜩 써왔네요.
이들중 sample로 공급가능한것을 우선 발라내보고, end customer list도 받아보고 $500K 을 떠나서
뭐 정말 먹을게 있긴하나 확인해보면 어떨까 합니다.

--------- **Original Message** ---------
**Sender** : Neal Knuth <n.knuth@samsung.com> Senior Professional/Americas Office(DS)-W2 Sales - SD/삼성전자
**Date** : 2018-05-17 10:53 (GMT+9)
**Title** : Netlist SSD

Harrison,

As discussed, here is Netlist PAID sample request. Any issue? I will get customer lists and at least these customers will get samples for now. I don't see any issue with Paid Sample??? I will be sure to follow the limit of $500k for now.

Liz,

If Harrison approves, I will enter PO's tomorrow and we can add to tracker.  I will not accept PO for the highlighted (not yet).

| PM883 | Qty |
|---|---|
| MZ7LH240HAHQ-00005 | 20 |
| MZ7LH480HAHQ-00005 | 20 |
| MZ7LH960HAJR-00005 | 10 |
| MZ7LH1T9HMLT-00005 | 10 |
| MZ7LH3T8HMLT-00005 | 10 |
| MZ7LH7T6HMLA-00005 | 10 |

| SM883 | Qty |
|---|---|
| MZ7KH240HAHQ-00003 | 20 |
| MZ7KH480HAHQ-00003 | 20 |
| MZ7KH960HAJR-00003 | 10 |
| MZ7KH1T9HAJR-00003 | 10 |
| MZ7KH3T8HALS-00003 | 10 |

| PM983 M.2 | Qty |
|---|---|
| MZ1LB960HAJQ-00007 | 10 |
| MZ1LB1T9HALS-00007 | 10 |
| MZ1LB3T8HMLA-00007 | 10 |

| PM983 2.5 | Qty |
|---|---|
| MZQLB960HAJR-00007 | 10 |
| MZQLB1T9HAJR-00007 | 10 |
| MZQLB3T8HALS-00007 | 10 |
| MZQLB7T6HMLA-00007 | 10 |

| PM983 NF1 | Qty |
|---|---|
| MZ4LB3T8HALS-00003 | 5 |
| MZ4LB7T6HALS-00003 | 5 |

| PM1643 2.5" | Qty |
|---|---|
| MZILT960HAHQ-00007 | 10 |
| MZILT1T9HAJQ-00007 | 10 |
| MZILT3T8HALS-00007 | 10 |
| MZILT7T6HMLA-00007 | 10 |
| MZILT15THMLA-00007 | 10 |
| MZILT30THMLA-00007 | 10 |

| PM1725b 2.5" | Qty |
|---|---|

| | |
|---|---|
| MZWLL1T6HAJQ-00003 | 10 |
| MZWLL3T2HAJQ-00003 | 10 |
| MZWLL6T4HMLA-00003 | 10 |
| MZWLL12THMLA-00003 | 10 |

Thanks,

Neal Knuth
949 910 2835

*Hyeoksang(Harrison) Yoo*
*America Sales (Consumer & EDP)*
*82-31-208-3733 (O)*
*82-10-8861-9054 (M)*
[hsang.yoo@samsung.com](hsang.yoo@samsung.com)

*Hyeoksang(Harrison) Yoo*
*America Sales (Consumer & EDP)*
*82-31-208-3733 (O)*
*82-10-8861-9054 (M)*
[hsang.yoo@samsung.com](hsang.yoo@samsung.com)

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술 등을 포함**하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지**됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

Confidential                                                                                                         SEC001359