# EXHIBIT 23

Message

**From:** Ye-jin Moon [yejin.moon@samsung.com]
**Sent:** 2/7/2018 10:02:40 AM
**To:** Hyeok-sang Yoo [hsang.yoo@samsung.com]; Tae-jin Jeong [tj76.jeong@samsung.com]
**Subject:** FW: RE: FW: Regarding the Netlist agreement

It's $500K per month... not immediately but after a week.. lol

----- Original Message -----
**Sender:** Ki-hoon Kim <kihoon74.kim@samsung.com> Principal Professional/US Business(DS)/Samsung Electronics
**Date:** 2018-02-07 09:46 (GMT +9)
**Title:** RE: FW: Regarding the Netlist agreement

VP, I just went to go see the Chief because he/she called.
He/she spoke about supplying again with up to $500K per month and decided not to respond right away but to stay for a week and then open next week. I just shared the information with Steve Metz/Jim Elliott and Steve will convey it to Neal next week (not this week) and proceed.

Thank you.

**From:** Lane Kim
**Sent:** Tuesday, February 06, 2018 3:27 PM
**To:** Arnold Kim
**Cc:** Daniel (Kyong Yong) Lee-mySingle; Yejin Moon
**Subject:** RE: FW: Regarding the Netlist agreement

Yes, VP. ^
Chief asked this afternoon about the current Netlist biz situation so I reported that $397K in January is the last of it and there would be no more from February onward.
Seems like he/she asked because of the email below.

Thank you.

**From:** Arnold Sunghan Kim [mailto:arniee.kim@samsung.com]
**Sent:** Tuesday, February 06, 2018 2:04 PM
**To:** Lane Kim
**Cc:** Daniel (Kyong Yong) Lee-mySingle; Yejin Moon
**Subject:** FW: FW: Regarding the Netlist agreement

Confidential

SEC000263

Lane. Read the information below carefully and inform the Chief and let's resolve it quickly.

VP Sung-han Kim (Head of Group 1)
Arnold S. Kim / VP, Sales Group 1
Office : 82-31-208-3764 / 82-10-2046-8943

This email is confidential and privileged.  If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

----- Original Message -----
**Sender:** Yong Hwangbo <yong.hwangbo@samsung.com> VP/Group Leader/Business Strategy Group(Memory)/ Samsung Electronics
**Date:** 2018-02-07 06:36 (GMT+9)
**Title:** FW: Regarding the Netlist agreement

Chief.

The Planning Team of this matter is at a strategic relationship with the N company (equity investment) and considering that it is being supplied at a price not lower than the one provided to another similarly-sized company, the opinion is that it would be good to supply the minimal quantity at the '17 4Q level (below $1M per month).
The above information was also reported to the Business Director.
It would be great if you can additionally consider the local situation and respond accordingly.

Thank you.
Yong Hwangbo


----- Original Message -----
**Sender:** Yong Hwangbo <yong.hwangbo@samsung.com> VP/Group Leader/Business Strategy Group(Memory)/ Samsung Electronics
**Date:** 2018-02-02 11:40 (GMT+9)
**Title:** Regarding the Netlist agreement

Chief.

This is the part of the agreement related to N company's sales,
and there is an obligation to supply NAND/DRAM at a competitive price if N company makes a request.

You may have already received a report on it and have knowledge of this, but

The quantity for N company has been decreased a lot to the level of '17.1Q $8.2M → 4Q $2.5M, and the supply price is somewhat higher than other similarly sized company (Smart Modular).
I will report this matter to the Business Director on Monday next week and will circle back.

Thank you.
Yong Hwangbo

## Section 6.   SUPPLY OF COMPONENTS

6.1     Supply by Netlist. Netlist will provide Samsung any NVDIMM-P controller on Samsung's request at a price lower than the price Netlist provides to any other buyer.

6.2     Supply by Samsung. Samsung will supply NAND and DRAM products to Netlist on Netlist's request at a competitive price (i.e., among customers purchasing similar volumes of similar products).

## Section 13.   TERM AND TERMINATION

13.1    Term. This Agreement, including the license, shall become effective on the Effective Date and shall remain in effect until the expiration of the Term unless earlier terminated as provided herein.

13.2    Termination. Notwithstanding the Term of this Agreement as set forth in Section 13.1 herein above, the other Party shall have a right to terminate this Agreement upon written notice to a Party if:

 1) such Party is in material breach of this Agreement and it is not cured within thirty (30) days period from the other Party's written demand, or as a consequence of the breach the purpose of this Agreement cannot be achieved; or
 2) such Party becomes insolvent or files or has a petition filed against it under bankruptcy or insolvency law, makes an assignment for the benefit of creditors or takes any similar action under applicable bankruptcy or insolvency law.

13.3    Effect of Termination. Upon the earlier termination of this Agreement by reason of material breach or insolvency pursuant to Section 13.2 1) and 2) by a Party, all licenses and other rights granted to such defaulting Party pursuant to this Agreement will cease forthwith as of the effective date of such termination; provided, however, that the license granted to the non-defaulting Party will continue in full force and effect.  Upon any expiration or termination of this Agreement, each Party shall return all Confidential Information of the other Party in such first Party's possession or under such first Party's control and certify in writing its compliance with such obligation.

Ye-jin Moon (Kate Moon)
Director, Sales1 Group
Office)82-31-208-2366 / Mobile) 82-10-8861-0857

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

Confidential                                                                                                                    SEC000266

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California            )
                               )     S. S.
Los Angeles County             )

      I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated <u>Document with Bates No. SEC000263 - SEC000266</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

**<u>Description of Translated Documents</u>**

<u>Document with Bates No. SEC000263 - SEC000266</u>

Executed on August 16, 2021

Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

**Message**

**From:** 문예진 [yejin.moon@samsung.com]
**Sent:** 2/7/2018 10:02:40 AM
**To:** 유혁상 [hsang.yoo@samsung.com]; 정태진 [tj76.jeong@samsung.com]
**Subject:** FW: RE: FW: Netlist社 계약 관련

월 50만불이랍니다...즉시 말고 한 주 있다가...ㅋ

--------- Original Message ---------

**Sender :** 김기훈 <kihoon74.kim@samsung.com> Principal Professional/미주총괄(DS)/삼성전자

**Date :** 2018-02-07 09:46 (GMT+9)

**Title :** RE: FW: Netlist社 계약 관련

상무님, 방금 총괄님이 불러서 다녀왔습니다.

월 $500K까지 다시 공급 하는걸로 말씀 하셨고, 바로 대응 않고 한 주 있다 다음주에 open하기로 하였습니다. 방금 Steve Metz/Jim Elliott과 내용 공유했고, Neal한테는 (이번주 얘기 안하고) 다음주에 Steve가 전달하여 진행키로 하였습니다.

감사합니다.

---

**From:** Lane Kim
**Sent:** Tuesday, February 06, 2018 3:27 PM
**To:** Arnold Kim
**Cc:** Daniel (Kyong Yong) Lee-mySingle; Yejin Moon
**Subject:** RE: FW: Netlist社 계약 관련

예, 상무님. ^

총괄님이 오후에 Netlist 비즈 현황 물어보셔서 1월 $397K을 마지막으로 2월부터 없다고 보고 드렸습니다.

아래 메일 때문에 물어보신듯 하시네요.

감사합니다.

---

**From:** Arnold Sunghan Kim [mailto:arniee.kim@samsung.com]
**Sent:** Tuesday, February 06, 2018 2:04 PM
**To:** Lane Kim
**Cc:** Daniel (Kyong Yong) Lee-mySingle; Yejin Moon
**Subject:** FW: FW: Netlist社 계약 관련

훼인아. 아래내용 잘봐서 총괄님께 말씀드리고 빨리 풀도록 하자.

김성한 상무 (1그룹장)

Arnold S. Kim / VP, Sales Group 1

Office : 82-31-208-3764 / 82-10-2046-8943

This email is confidential and privileged.  If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

--------- Original Message ---------

Sender : 황보용 <yong.hwangbo@samsung.com> 상무/그룹장/사업전략그룹(메모리)/삼성전자

Date : 2018-02-07 06:36 (GMT+9)

Title : FW: Netlist社 계약 관련

총괄님.

본건 기획팀은 N사와는 전략전 관계(지분투자)에 있고, 유사규모의 다른 회사 대비 낮지 않은 가격으로 공급하고 있는 점을 고려해 봤을 때, 지난 '17.4Q 수준으로 최소 물량 (월 $1M 이하)은 공급하는 것이 좋겠다는 의견입니다. 사업부장님께도 상기 내용으로 보고 드렸습니다.

총괄님께서 현지 상황을 추가 고려하시어 대응해 주시면 고맙겠습니다.

감사합니다.

황보용 드림.

--------- Original Message ---------

Sender : 황보용 <yong.hwangbo@samsung.com> 상무/그룹장/사업전략그룹(메모리)/삼성전자

Date : 2018-02-02 11:40 (GMT+9)

Title : Netlist社 계약 관련

총괄님.

N사의 영업관련 계약내용인데,
N사가 요청이 있을 경우 NAND/DRAM을 Competitve Price로 공급할 의무가 있습니다.

총괄님 이미 보고 받아 아시고 계시겠지만,

N사 물량은 많이 줄여 '17.1Q $8.2M → 4Q $2.5M 수준이고,

유사규모의 업체(Smart Modular)보다도 공급가격은 일부 높은 수준입니다.

본건 사항을 차주 월요일 사업부장님께도 보고 드리고 다시 말씀드리겠습니다.


감사합니다.

황보용 드림.


## Section 6.   SUPPLY OF COMPONENTS

6.1   Supply by Netlist. Netlist will provide Samsung any NVDIMM-P controller on Samsung's request at a price lower than the price Netlist provides to any other buyer.

6.2   Supply by Samsung. Samsung will supply NAND and DRAM products to Netlist on Netlist's request at a competitive price (*i.e.*, among customers purchasing similar volumes of similar products).


## Section 13.   TERM AND TERMINATION

13.1   Term. This Agreement, including the license, shall become effective on the Effective Date and shall remain in effect until the expiration of the Term unless earlier terminated as provided herein.

13.2   Termination. Notwithstanding the Term of this Agreement as set forth in Section 13.1 herein above, the other Party shall have a right to terminate this Agreement upon written notice to a Party if:

1) such Party is in material breach of this Agreement and it is not cured within thirty (30) days period from the other Party's written demand, or as a consequence of the breach the purpose of this Agreement cannot be achieved; or

2) such Party becomes insolvent or files or has a petition filed against it under bankruptcy or insolvency law, makes an assignment for the benefit of creditors or takes any similar action under applicable bankruptcy or insolvency law.

13.3   Effect of Termination. Upon the earlier termination of this Agreement by reason of material breach or insolvency pursuant to Section 13.2 1) and 2) by a Party, all licenses and other rights granted to such defaulting Party pursuant to this Agreement will cease forthwith as of the effective date of such termination; provided, however, that the license granted to the non-defaulting Party will continue in full force and effect. Upon any expiration or termination of this Agreement, each Party shall return all Confidential Information of the other Party in such first Party's possession or under such first Party's control and certify in writing its compliance with such obligation.

문예진 ( Kate Moon )

Director, Sales1 Group

Office) 82-31-208-2366 / Mobile) 82-10-8861-0857

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술 등을 포함**하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지**됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.