# EXHIBIT 31

Message

| | |
|---|---|
| From: | Hyeok-sang Yoo [hsang.yoo@samsung.com] |
| Sent: | 11/29/2017 9:21:37 AM |
| To: | Ki-hoon Kim [kihoon74.kim@samsung.com]; Kyong-yong Lee [ky1217.lee@samsung.com] |
| CC: | Tae-jin Jeong [tj76.jeong@samsung.com]; Hye-rim Park [liz.park@samsung.com] |
| Subject: | Netlist: eMMC request |

Netlist already sent a direct inquiry about this matter to me, so I guided them to go through the official communication loop and told them that we absolutely would not be able to [supply] the quantity anyway.

You may remember but in the first half of this year, it was directly escalated to the Business Division and a considerable quantity of eMMC was taken out from the OEM quantity for other region on the condition of NCNR PO, but once the market price went down, talks came out for decreasing the price and when we denied them based on NCNR and justification, they begged to cancel it so we cancelled about half of it as a special favor, and now that they're having a hard time getting the quantity from elsewhere, they're asking for it again.

The Business Division remembers all this dark history so we cannot even bring up Netlist's request to resume and there aren't any actual available quantity anyway.

If there is no reason or justification for the corporation to escalate it to the Business Division for Netlist, then it should be cut off at the corporation level by saying that supply would be difficult.

Then Netlist would escalate it to the Planning part of Business Division, and there is a possibility that [Planning] would make an inquiry to a Sales executive.

I think it would be good to verbally mention it in advance, softly and simply, to the Group Leader.

--------- **Original Message** ---------
**Sender** : Sebastian Lee <SLee@netlist.com>
**Date** : 2017-11-29 05:16 (GMT+9)
**Title** : eMMC Support request

Hello,

I sent a request to Neal last week to resume support for eMMC.
I heard from Neal about Samsung's current situation, but I am requesting again because we currently have a lot of complaints from our customers about disruption of supply.

There would be a lot of difficulties allocating the product, but we really need Samsung's support to maintain the trust with our customers, so please help so the supply can be resumed.

Below is the Forecast that we provided to Neal.

Please review and reply.

| Samsung Part Number |
|---|
| Description |
| Last Price (Jun'17) |

Confidential                                                                                                           SEC002284

Nov'17

Dec'17

Jan'18

Feb'18

Mar'18

Apr'18

May'18

Jun'18

Q4'17 Qty

1H'18 Qty

KLM8G1GEME-B041001/06

FLASH eMMC 8GB (64Gb *1die)

$ 3.50

-

25,000

50,000

50,000

50,000

25,000

25,000

25,000

25,000

225,000

KLMAG1JENB-B041007/13

FLASH eMMC 16GB (128Gb *1die)

$ 5.50

-

75,000

100,000

100,000

100,000

Confidential

SEC002285

100,000

50,000

50,000

75,000

500,000

KLM8G1GETF-B041003

FLASH eMMC 8GB (64Gb *1die)

$     3.30

-

-

-

25,000

25,000

25,000

-

75,000

KLMAG1JETD-B041003

FLASH eMMC 16GB (128Gb *1die)

$     5.20

25,000

25,000

50,000

50,000

100,000

100,000

-

350,000

Confidential                                                                                                                       SEC002286

KLMBG2JETD-B041003

FLASH eMMC 32GB (128Gb *2die)

$    8.00

    10,000

    10,000

    10,000

    10,000

    10,000

    10,000

    -

    60,000

KLMCG4JETD-B041003

FLASH eMMC 64GB (128Gb *4die)

$    14.00

    5,000

    5,000

    5,000

    5,000

    5,000

    5,000

    -

    30,000

Thank you
Seok-woo Lee


*Hyeoksang(Harrison) Yoo*
*America Sales (Consumer & EDP)*

Confidential                                                        SEC002287

*82-31-208-3733 (O)*
*82-10-8861-9054 (M)*
*hsang.yoo@samsung.com*

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

Confidential                                                                                                                           SEC002288

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California            )
                               )     S. S.
Los Angeles County             )

       I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated <u>Document with Bates No. SEC002284 – SEC002288</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

**<u>Description of Translated Documents</u>**

<u>Document with Bates No. SEC002284 – SEC002288</u>

Executed on July 23, 2021

*[signature]*
_____
Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

Message

---

| | |
|---|---|
| **From:** | 유혁상 [hsang.yoo@samsung.com] |
| **Sent:** | 11/29/2017 9:21:37 AM |
| **To:** | 김기훈 [kihoon74.kim@samsung.com]; 이경용 [ky1217.lee@samsung.com] |
| **CC:** | 정태진 [tj76.jeong@samsung.com]; 박혜림 [liz.park@samsung.com] |
| **Subject:** | Netlist: eMMC request |

이건은 이미 Netlist에서 내게 direct로 문의가 와서 official communication loop를 통해야한다고  guide했고 어쨋건 물량은 전혀 여의치가 않을것이라고만  얘기는 했읍니다.
사실 기억하겠지만 올 상반기 사업부로 직접 escalation해서 NCNR PO 조건으로 상당량의 eMMC를 타지역 OEM물량에서 빼서  공급 commit를 해주었는데  시장가격이 내려가자 가격인하를 얘기가 나왔고  NCNR 및 명분을 들어 수용을 해줄수가 없자 cancel해달라고 사정해서  특별 favor로  절반가량을 cancel해주었는데,  이제 다른데서 물량구하기가 어려워지니 달라고 하는것입니다.
이런 흑역사를 사업부에서 다 기억을 하고있는 와중에 Netlist의 재요청은 얘기자체를 꺼낼수도 없고 실제 가용물량도 없읍니다.
법인에서 Netlist에 사업부로 ecalation해서까지 해주어야될 이유나 명분이 없다면, 법인선에서 공급이 어렵다고 자르는게 좋겠읍니다.

이후로 Netlist에서 사업부 기획쪽으로 escalation이 올거고 그럼 그쪽에서 영업 임원쪽으로 문의를 할 가능성이 있읍니다.
그룹장한테 간단한 구두로  soft하게 사전에 얘기해두는게 좋겠읍니다.

--------- **Original Message** ---------
**Sender** : Sebastian Lee <SLee@netlist.com>
**Date** : 2017-11-29 05:16 (GMT+9)
**Title** : eMMC Support request

안녕하세요?

지난 주에 Neal에게 eMMC의 재지원 요청을 드렸습니다.
Neal에게 현 삼성의 상황에 설명은 들었으나, 현재 저희 고객측에서 공급 중단에 대해
불만이 많아 다시 요청을 드립니다.

제품 Allocation에 어려움이 많겠지만, 고객과의 신뢰유지를 위해서라도 삼성의 지원이 꼭 필요한
상황이오니 꼭 공급이 재계될 수 있도록 부탁드립니다.


아래는 저희가 Neal에게 제공한 Forecast입니다.

검토하시어 회신 바랍니다

Samsung Part Number

Description

Last Price (Jun'17)

| | |
|---|---|
| Nov'17 | |
| Dec'17 | |
| Jan'18 | |
| Feb'18 | |
| Mar'18 | |
| Apr'18 | |
| May'18 | |
| Jun'18 | |
| Q4'17 Qty | |
| 1H'18 Qty | |
| KLM8G1GEME-B041001/06 | |
| FLASH eMMC 8GB (64Gb *1die) | |
| $ | 3.50 |
| | - |
| | 25,000 |
| | 50,000 |
| | 50,000 |
| | 50,000 |
| | 25,000 |
| | 25,000 |
| | 25,000 |
| | 25,000 |
| | 225,000 |
| KLMAG1JENB-B041007/13 | |
| FLASH eMMC 16GB (128Gb *1die) | |
| $ | 5.50 |
| | - |
| | 75,000 |
| | 100,000 |
| | 100,000 |
| | 100,000 |

100,000

50,000

50,000

75,000

500,000

KLM8G1GETF-B041003

FLASH eMMC 8GB (64Gb *1die)

$ 3.30

\-

\-

\-

25,000

25,000

25,000

\-

75,000

KLMAG1JETD-B041003

FLASH eMMC 16GB (128Gb *1die)

$ 5.20

25,000

25,000

50,000

50,000

100,000

100,000

\-

350,000

Confidential SEC002286

KLMBG2JETD-B041003

FLASH eMMC 32GB (128Gb *2die)

$    8.00

10,000

10,000

10,000

10,000

10,000

10,000

-

60,000

KLMCG4JETD-B041003

FLASH eMMC 64GB (128Gb *4die)

$    14.00

5,000

5,000

5,000

5,000

5,000

5,000

-

30,000

감사합니다
이 석우


**Hyeoksang(Harrison) Yoo**
***America Sales (Consumer & EDP)***

Confidential                                                                                                                                                                   SEC002287

82-31-208-3733 (O)
82-10-8861-9054 (M)
[hsang.yoo@samsung.com](mailto:hsang.yoo@samsung.com)

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술 등을 포함**하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지**됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.