# EXHIBIT 33

REDACTED PURSUANT TO ORDER OF THE COURT DATED OCTOBER 14, 2021

Message

| | |
|---|---|
| **From**: | Neal Knuth [n.knuth@samsung.com] |
| **Sent**: | 12/7/2017 10:04:30 AM |
| **To**: | Steven Metz [s.metz@samsung.com] |
| **BCC**: | Neal Knuth [n.knuth@samsung.com] |
| **Subject**: | JS Choi R & R |
| **Attachments**: | JS CHOI Final 3.pptx |

Let me know. I put the map in the back, just don't like it..

Thank you,

감사합니다

Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
**New Office Number**: 949 910 2835

nealk@ssi.samsung.com

Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.

*Privacy Notice*: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law. If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.

Attorneys' Eyes Only



Ex 33

Attorneys' Eyes Only

SEC126794



Attorneys' Eyes Only

SEC126795



Ex 33

Attorneys' Eyes Only

SEC126796



99

Ex 33

Attorneys' Eyes Only

SEC126797



Attorneys' Eyes Only

SEC126798



Attorneys' Eyes Only



Attorneys' Eyes Only

SEC126800

— corrupted



Attorneys' Eyes Only

SEC126801



104

Ex 33

Attorneys' Eyes Only

SEC126802



Attorneys' Eyes Only

SEC126803



Attorneys' Eyes Only

SEC126804



Ex 33

Attorneys' Eyes Only

SEC126805



Attorneys' Eyes Only

SEC126806