# EXHIBIT 36

Message

---

**From:** 정태진 [tj76.jeong@samsung.com]
**Sent:** 2/27/2019 3:44:00 PM
**To:** 신동준 [deejay.shin@samsung.com]
**CC:** Kevin Lee [kevinone.lee@samsung.com]; Neal Knuth [n.knuth@samsung.com]; 김경준 [kris.kim@samsung.com]; Steven C Metz [s.metz@samsung.com]; 정성훈 [sh.chung@samsung.com]; 유혁상 [hsang.yoo@samsung.com]; 김영우 [yw0420.kim@samsung.com]; 김주경 [ellie.kim@samsung.com]; 김성한 [arniee.kim@samsung.com]
**Subject:** RE: Re: Netlist

Hi DJ,

When we support Netlist, we didn't have any restriction on SSD support list.

And everyday Dhruti is sharing an available SSD list with the team. If Netlist request other products, we will look into it.

Here is today's list from Dhruti.

Thanks.

| GC_Name | Material | Plant | WhN | Total | Optimal | Comments |
|---|---|---|---|---|---|---|
| West2_S | MZ7KH240HAHQ-00005 | PTM1 | 131 | 10 | 10 | Netlist-25 in BL |
| | MZ7LM3T8HMLP-00005 | P1MM | 63S | 104 | 104 | Neal |
| | MZQLW3T8HMLP-00003 | P1MM | 138 | 158 | 158 | Neal |
| | | P1MM | 63S | 19 | 19 | Neal |
| | MZWLL800HEHP-00003 | P1MM | 138 | 103 | 103 | Neal |

TJ Jeong

US. NW1 Sales

Confidential
SEC005984

Samsung Electronics

--------- **Original Message** ---------

**Sender** : 신동준 <deejay.shin@samsung.com> Senior Professional/West1 Sales /Americas Office(DS)/삼성전자

**Date** : 2019-02-27 15:35 (GMT+9)

**Title** : Re: Netlist

Hi Harrison, TJ,

Can we have a list of the available SSDs for Neal to look into for Netlist?
Sorry for the urgent request, but we are very short on time.

Thank you.

Best regards,
DJ

-------- Original Message --------
From: Kevin Lee <kevinone.lee@samsung.com<mailto:kevinone.lee@samsung.com>>
Date: Tue, Feb 26, 2019, 9:07 AM
To: Neal Knuth <n.knuth@samsung.com<mailto:n.knuth@samsung.com>>,"DJ (Dong Joon) Shin" <deejay.shin@samsung.com<mailto:deejay.shin@samsung.com>>
CC: "Kris (Kyongjun) Kim" <kris.kim@samsung.com<mailto:kris.kim@samsung.com>>,Steven Metz <s.metz@samsung.com<mailto:s.metz@samsung.com>>,Sung Hoon Chung <sh.chung@samsung.com<mailto:sh.chung@samsung.com>>,TJ Jeong <tj76.jeong@samsung.com<mailto:tj76.jeong@samsung.com>>,Harrison Yoo <hsang.yoo@samsung.com<mailto:hsang.yoo@samsung.com>>
Subject: RE: Netlist
2933 is still in the ramping stage so I would not count on this being available.
We should have a plenty of SSD.....


From: Neal Knuth
Sent: Tuesday, February 26, 2019 9:04 AM
To: DJ (Dong Joon) Shin <deejay.shin@samsung.com>
Cc: Kevin Lee <kevinone.lee@samsung.com>; Kris (Kyongjun) Kim <kris.kim@samsung.com>; Steven Metz <s.metz@samsung.com>; Sung Hoon Chung <sh.chung@samsung.com>; TJ Jeong <tj76.jeong@samsung.com>; Harrison Yoo <hsang.yoo@samsung.com>
Subject: Netlist

DJ,

With an SSD excess list, I also could use a 2933 RDIMM available list.  I have lots of inquiries and can make shipments if we have parts (32GB).

I will be with Smart, Virtium, AGM then Viking today with Joey...

Thanks,

Neal Knuth
949 910 2835

Confidential                                                                                                                              SEC005985

```
From: Neal Knuth
Sent: Tuesday, February 26, 2019 8:42 AM
To: DJ (Dong Joon) Shin <deejay.shin@samsung.com<mailto:deejay.shin@samsung.com>>
Cc: Kevin Lee <kevinone.lee@samsung.com<mailto:kevinone.lee@samsung.com>>; Kris (Kyongjun) Kim <kris.kim@samsung.com<mailto:kris.kim@samsung.com>>; Steven Metz <s.metz@samsung.com<mailto:s.metz@samsung.com>>; Sung Hoon Chung <sh.chung@samsung.com<mailto:sh.chung@samsung.com>>
Subject: Netlist
```

DJ,

I need an SSD availability list for Netlist.  Is that possible to get?  I have very limited exposure to any SSD availability.

Thanks,

Neal Knuth
949 910 2835

```
From: DJ (Dong Joon) Shin
Sent: Monday, February 25, 2019 6:36 PM
To: Neal Knuth <n.knuth@samsung.com<mailto:n.knuth@samsung.com>>
Cc: Kevin Lee <kevinone.lee@samsung.com<mailto:kevinone.lee@samsung.com>>; Kris (Kyongjun) Kim <kris.kim@samsung.com<mailto:kris.kim@samsung.com>>; Steven Metz <s.metz@samsung.com<mailto:s.metz@samsung.com>>; Sung Hoon Chung <sh.chung@samsung.com<mailto:sh.chung@samsung.com>>
Subject: RE: Netlist
```

Hi Neal,
How have the meetings gone today?
Do you have any update on Netlist?

Thanks.
DJ

```
From: DJ (Dong Joon) Shin
Sent: Monday, February 25, 2019 10:03 AM
To: Steven Metz <s.metz@samsung.com<mailto:s.metz@samsung.com>>
Cc: Kris (Kyongjun) Kim <kris.kim@samsung.com<mailto:kris.kim@samsung.com>>; Neal Knuth <n.knuth@samsung.com<mailto:n.knuth@samsung.com>>; Sung Hoon Chung <sh.chung@samsung.com<mailto:sh.chung@samsung.com>>
Subject: RE: Netlist
```

Hi Steve,
Yes, we have approval from JS to increase sales with Netlist as remedy to the current situation.
Sorry for not having you in the e-mail.

Thank you.
DJ

```
From: Steven Metz
Sent: Monday, February 25, 2019 9:05 AM
To: DJ (Dong Joon) Shin <deejay.shin@samsung.com<mailto:deejay.shin@samsung.com>>
Cc: Kris (Kyongjun) Kim <kris.kim@samsung.com<mailto:kris.kim@samsung.com>>; Neal Knuth <n.knuth@samsung.com<mailto:n.knuth@samsung.com>>
Subject: FW: Netlist
```

DJ,
Please send me the background for this.
We were specifically directed by JS Choi to minimize Sales to Netlist.

Confidential SEC005986

```
If we are going to re-engage we have a lot of work to do and... we want to make sure JS
has approved!!!

Also. Please keep me on copy for all e-mails to my team.
Thanks,

Steven Metz | VP Sales |Samsung Semiconductor Inc.| Office: 408-544-4361 | Cell: 408-
420-4382 |

From: Neal Knuth
Sent: Sunday, February 24, 2019 5:21 PM
To: Steven Metz <s.metz@samsung.com<mailto:s.metz@samsung.com>>
Subject: FW: Netlist

FYI...  Good we kept some level of engagement...

Thanks,

Neal Knuth
949 910 2835

From: DJ (Dong Joon) Shin
Sent: Friday, February 22, 2019 7:08 PM
To: Harrison Yoo <hsang.yoo@samsung.com<mailto:hsang.yoo@samsung.com>>; Neal Knuth
<n.knuth@samsung.com<mailto:n.knuth@samsung.com>>
Cc: Kris (Kyongjun) Kim <kris.kim@samsung.com<mailto:kris.kim@samsung.com>>
Subject: Netlist

Hi Harrison, Neal,

Please try to find ways to increase sales with Netlist starting from this month.
We would like to maximize sales with them and contribute to meeting DSA targets..

Thank you.

Best regards,
DJ
```

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술 등을 포함**하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지**됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.