# EXHIBIT 40

Message
---

| | |
|---|---|
| **From**: | Lane Kim [kihoon74.kim@samsung.com] |
| **Sent**: | 6/8/2017 5:59:53 PM |
| **To**: | Daniel (Kyong Yong) Lee-mySingle [ky1217.lee@samsung.com]; Steven Metz [s.metz@samsung.com]; Neal Knuth [n.knuth@samsung.com] |
| **CC**: | Harrison Yoo [hsang.yoo@samsung.com]; Yejin Moon [yejin.moon@samsung.com]; TJ Jeong [tj76.jeong@samsung.com] |
| **Subject**: | RE: Netlist Management |

+Neal,

Steve,  Netlist escalated at their Korea tech meeting this week,
and Arnold reported it to JS Choi, and he said ok this $500K /m run rate.

Anyway, let's start from this $500K

Thanks,
Lane

Lane Kim   |   Samsung DSA   |   Director   | 3655 N 1st Street, San Jose, CA 95134   |   tel. 408.544.5217   |   mobile. 408.529.9051

---

**From:** 이경용 [mailto:ky1217.lee@samsung.com]
**Sent:** Thursday, June 08, 2017 5:57 PM
**To:** Steven Metz
**Cc:** Lane Kim; Harrison Yoo; Yejin Moon; TJ Jeong
**Subject:** Netlist Management

Hello Steve,

We don't have enough allocation but we will try to support upto Monthly $500K level to Netlist.
Let's maintain this level. JS Choi is also aware of this.
For more direction ,please check with JS Choi when you have a chance to talk with him there also.

Thank you,


*Daniel (Kyong Yong) Lee*

Attorneys' Eyes Only

SEC264217

Office : 82-31-208-3712
Mobile : 82-10-9779-5125
The information contained in this e-mail message may be privileged, confidential, and protected from disclosure.
If you think that you have received this e-mail in error, please notify the following account "ky1217.lee@samsung.com"

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

Attorneys' Eyes Only

SEC264218