# EXHIBIT 43

REDACTED PURSUANT TO ORDER OF THE COURT DATED OCTOBER 14, 2021

Message

| | |
|---|---|
| From: | Steven Metz [s.metz@samsung.com] |
| Sent: | 6/16/2017 9:13:22 AM |
| To: | Arnold Kim [arniee.kim@samsung.com]; Daniel (Kyong Yong) Lee-mySingle [ky1217.lee@samsung.com]; Chang Sup Han [cshan@samsung.com]; Gregory Jeon [hjune.jeon@samsung.com]; Harrison Yoo [hsang.yoo@samsung.com]; Howard Sung [hwanam.sung@samsung.com]; Lane Kim [kihoon74.kim@samsung.com]; TJ Jeong [tj76.jeong@samsung.com]; Yejin Moon [yejin.moon@samsung.com]; Jukyong Kim [ellie.kim@samsung.com] |
| CC: | Lane Kim [kihoon74.kim@samsung.com] |
| Subject: | FW: West2 Memory: Weekly Report |

FYI.  Instead of WOW until Dr. Choi returns to DSA.

Steven Metz | Samsung Semiconductor | Office: 408-544-4361 | Cell: 408-420-4382 |

■ ███████
■ ██████████████
■ █████████████████████
■ █████████████████████████████████████████████████
█████████████████████████████████████████████████████
████████████████████████████

## Executive Summary Business Update:



|  |  |  |  | JUNE'17 |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  | ████████████ | ████ | Rev0.1 | ███ | ████ | ████ | ████ | ████ |
| **MEMORY** |  | $79 |  |  |  |  |  |  |
| CISCO |  | $40 | $33 |  |  |  |  |  |
|  |  | $20 | $42 |  |  |  |  |  |
|  |  | $3 | $3 |  |  |  |  |  |
|  |  |  | $9 |  |  |  |  |  |

████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████





### West2 Upcoming Meetings:

### Cisco:

June:    15th-UCS CTO with DSA Storage PPT team

Attorneys' Eyes Only                                                                                                                              SEC000407

20th-22nd - Steve Martin @ DSK with Cisco

July: 27th - Steve Metz @ DSK with Cisco GSM

Aug: 30th SAE (Supplier Appreciation Event)

Sept: 18th: SBR (San Jose)

## Oracle:

June: 19th Randy Chamberlain VP of Ops.

22nd NVDimm Tech Discussion – Indong Kim from SEC visiting

July: 26th: Deep Dive Technical SSD Meeting- DSA, & DSK TM& PPT attending with Sales.

## West2:

June: 19th-23 Eddie Kim DSK Visit

26th-30th Harrison DSK & Marketing Visit – Multiple Customer

July: 17th Neal Knuth    Roadmap in Fremont


Any questions Comments or Concerns please let us know.


Steven Metz | West2 Team Lead- Global Accounts & Channel | Samsung Semiconductor Inc.  Office: 408-544-4361 | Cell: 408-420-4382 |

Attorneys' Eyes Only

SEC000408