# EXHIBIT 44

Message
_____

**From:**      Neal Knuth [n.knuth@samsung.com]
**Sent:**      7/8/2017 3:03:43 AM
**To:**        Nicholas Marchewka [n.marchewka@samsung.com]; Val (Valeriia) Pletneva [valeriia.p@partner.samsung.com];
               Harrison Yoo [hsang.yoo@samsung.com]; TJ Jeong [tj76.jeong@samsung.com]; Liz Park [liz.park@samsung.com];
               Daniel (Kyong Yong) Lee-mySingle [ky1217.lee@samsung.com]
**CC:**        Lane Kim [kihoon74.kim@samsung.com]; Steven Metz [s.metz@samsung.com]; Ireen Kim
               [ireen1.kim@samsung.com]; Stojanka Kremonic [s.kremonic@samsung.com]; Margaret Kim
               [marge.park@samsung.com]
**Subject:**   Netlist


Nick,

As discussed, The samples you mention were held last month as we were over our number.  These are extremely important to me and Riot Games and really should not be counted for July as they should have been June I believe.

Please confirm.

Thanks,

Neal Knuth
949 910 2835

_____

**From:** Nicholas Marchewka
**Sent:** Friday, July 07, 2017 10:53 AM
**To:** Neal Knuth; Val (Valeriia) Pletneva; Harrison Yoo; TJ Jeong; Liz Park; Daniel (Kyong Yong) Lee-mySingle
**Cc:** Lane Kim; Steven Metz; Ireen Kim; Stojanka Kremonic; Margaret Kim
**Subject:** Netlist
**Importance:** High

Hi All,

I just spoke with Lane and Steve, and we have already shipped $300K worth of samples to Netlist, so we need to be very careful that we don't go over $500k per month. Please re-confirm every delivery before we can ship and if the pre-close situation changes, please let us know ASAP.

Thanks,

**Nick Marchewka**
**SAMSUNG**
3655 N. First St. San Jose, CA 95134
☎: 408-544-4296
✉: n.marchewka@samsung.com

COLLABORATE. INNOVATE. GROW.

Attorneys' Eyes Only                                                                                          SEC057776