# EXHIBIT 49

REDACTED PURSUANT TO ORDER OF THE COURT DATED OCTOBER 14, 2021

```
                UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
                      SOUTHERN DIVISION


NETLIST INC., a Delaware        )
corporation,                    ) Case No.:
                                ) 8:20-cv-993-MCS-DFM
            Plaintiff,          )
                                )
        v.                      )
                                )
SAMSUNG ELECTRONICS CO.,        )
LTD., a Korean corporation,     )
                                )
            Defendant.          )
_____)



      *** CONFIDENTIAL -- ATTORNEYS' EYES ONLY ***
                    DEPOSITION OF:
                     INDONG KIM
               TUESDAY, AUGUST 10, 2021
                      9:05 a.m.


REPORTED BY:
Vickie Blair
CSR No. 8940, RPR-CRR
JOB NO. 4743987


PAGES 1 - 146
```

Page 1

| | | |
|---|---|---|
| 1 | Remote Deposition; Tuesday, August 10, 2021 | |
| 2 | 9:05 a.m. | |
| 3 | ---o0o--- | |
| 4 | | |
| 5 | VIDEOGRAPHER MACDONELL: We're on the | 08:53:17 |
| 6 | record. It's 9:05 a.m. Pacific time on August 10, | 09:05:26 |
| 7 | 2021. | 09:05:26 |
| 8 | This is the deposition of Indong Kim. | 09:05:31 |
| 9 | We're here in the matter of Netlist versus Samsung. | 09:05:34 |
| 10 | I'm John MacDonnell, the videographer, | 09:05:38 |
| 11 | with Veritext. | 09:05:41 |
| 12 | Before the reporter swears the witness, | 09:05:43 |
| 13 | would counsel please identify themselves, beginning | 09:05:44 |
| 14 | with Ms. Choy, please. | 09:05:46 |
| 15 | MS. CHOY: Soolean Choy from Gibson, | 09:05:50 |
| 16 | Dunn & Crutcher representing Netlist. | 09:05:55 |
| 17 | MR. MASTERS: Good morning. This is Marc | 09:05:56 |
| 18 | Masters from Bird Marella representing Samsung, and | 09:05:58 |
| 19 | here on behalf of the witness, Dr. Indong Kim. | 09:06:02 |
| 20 | | |
| 21 | SOOMI KO, | |
| 22 | having been duly sworn to accurately | |
| 23 | translate English into Korean and | |
| 24 | Korean into English as follows: | |
| 25 | /// /// | |

Page 7

```
 1                     INDONG KIM,
 2         having been duly sworn, was examined
 3              and testified as follows:
 4
 5                     EXAMINATION
 6   BY MS. CHOY:
 7       Q   Good morning, Mr. Kim.  My name is Soolean      09:06:56
 8   Choy, and I'm an attorney representing Netlist in this  09:07:05
 9   case.                                                   09:07:04
10       A   Hello, my name is Indong Kim.  I work for       09:07:12
11   Samsung Electronics.                                    09:07:18
12              (Mr. Lo enters the deposition                09:07:43
13          proceedings.)                                    09:07:43
14   BY MS. CHOY:                                            09:07:43
15       Q   Would you please state your current home        09:07:25
16   address for the record.                                 09:07:27
17       A   I reside at 2149 Samaritan Drive,               09:07:47
18   San Jose, California  95124.                            09:07:53
19       Q   And, Mr. Kim, have you ever been deposed        09:07:55
20   before?                                                 09:07:58
21       A   No, I have not.                                 09:08:07
22       Q   So I'll be going -- I'm going to be asking      09:08:08
23   you some questions today, and your counsel may object;  09:08:13
24   but unless he instructs you not to answer, please go    09:08:19
25   ahead and give your answer after he states his          09:08:19
```

Page 8

```
 1              THE WITNESS:  I don't recall exact date;              09:40:52
 2   however, my recollection is that it was around 2015.             09:41:08
 3   BY MS. CHOY:                                                     09:41:12
 4        Q    Do you remember approximately what month?              09:41:12
 5        A    No, I don't recall the month.                          09:41:25
 6        Q    You testified that "I was officially                   09:41:25
 7   involved with the joint project."                                09:41:28
 8              Can you explain what -- what you mean by              09:41:30
 9   "joint project"?                                                 09:41:32
10        ■     ■        ■                                  ■         09:41:33
11   ■                                                      ■         09:41:59
12        Q    And what were you jointly developing as                09:42:06
13   part of this project?                                            09:42:09
14        ■     ■                                           ■         09:42:37
15   ■          ■                                 ■                   09:42:41
16        ■     ■                                          ■.         09:42:49
17   ■                                                                09:42:53
18        ■     ■        ■                ■                           09:42:55
19        Q    Can you explain what DRAM and NAND?                    09:43:08
20        A    Well, DRAM, I can explain, DRAM could be               09:43:13
21   explained as major memory closest to the CUP [sic],              09:43:43
22   which will increase the high performance of computer             09:43:54
23   system.                                                          09:44:04
24              NAND is a semiconductor memory system that            09:44:36
25   actually replaced what used to be called the hard disk.          09:44:45
```

Page 21

| | | |
|---|---|---|
| 1 | A       JEDEC should be J-E-D-E-C. | 09:51:30 |
| 2 | Q       Do you recall the name of the product that | 09:51:34 |
| 3 | Intel came out with? | 09:51:37 |
| 4 | A       Optane, O-p-t-a-n-e. | 09:51:48 |
| 5 | Q       You stated earlier that the company | 09:51:54 |
| 6 | management instructed that a project was being planned | 09:52:02 |
| 7 | with Netlist. | 09:52:04 |
| 8 | Do you recall who in the management? | 09:52:06 |
| 9 | MR. MASTERS:  Objection.  Misstates prior | 09:52:24 |
| 10 | testimony. | 09:52:25 |
| 11 | Go ahead. | 09:52:25 |
| 12 | ███████  ████████████████ █ | 09:53:17 |
| 13 | ██████ ███████ ███████ █████ | 09:53:33 |
| 14 | ████████████████████████████████ | 09:53:28 |
| 15 | ██████ ██████ █████████████████ | 09:53:31 |
| 16 | ████████ █████████████████████ | 09:53:41 |
| 17 | ██████████ | 09:53:46 |
| 18 | ███ █████████████████ | 09:53:51 |
| 19 | ██████████████████ █████████ | 09:53:54 |
| 20 | █████████████████ | 09:54:03 |
| 21 | BY MS. CHOY: | 09:54:15 |
| 22 | Q       Do you recall anything else about this | 09:54:15 |
| 23 | directive you received from Jung-Bae Lee? | 09:54:20 |
| 24 | MR. MASTERS:  Objection.  Object to form. | 09:54:29 |
| 25 | Calls for a narrative. | 09:54:31 |

Page 24

| | | |
|---|---|---|
| 1 | visited us in Korea. | 10:05:26 |
| 2 | Q     And were you in attendance at that | 10:05:32 |
| 3 | meeting? | 10:05:38 |
| 4 | A     Yes. | 10:05:39 |
| 5 | ▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮ | 10:05:39 |
| 6 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 10:05:41 |
| 7 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 10:05:49 |
| 8 | ▮▮ | 10:05:52 |
| 9 | ▮ ▮▮ ▮▮ ▮▮ ▮ | 10:06:04 |
| 10 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 10:06:06 |
| 11 | ▮▮▮▮ ▮ ▮▮▮ | 10:07:04 |
| 12 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 10:07:07 |
| 13 | ▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | 10:07:14 |
| 14 | ▮▮▮▮▮▮▮▮ ▮▮ ▮ ▮▮ | 10:07:22 |
| 15 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 10:07:31 |
| 16 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 10:07:39 |
| 17 | ▮▮▮▮▮▮▮▮▮. | 10:07:45 |
| 18 | ▮▮▮▮▮▮▮▮▮▮▮ | 10:07:51 |
| 19 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 10:07:57 |
| 20 | ▮▮▮▮▮▮▮ | 10:08:05 |
| 21 | And the meeting in year 2018 came about | 10:08:08 |
| 22 | because Netlist was saying that they had somewhat of an | 10:08:17 |
| 23 | update and progress in regards to this technology and | 10:08:25 |
| 24 | they wanted a meeting.  So we had accepted the request | 10:08:30 |
| 25 | from the Netlist in this regard, that's why we had the | 10:08:36 |

Page 29

```
 1    meeting.                                                     10:08:41
 2    BY MS. CHOY:                                                  10:08:42
 3        Q    And you don't remember when that meeting             10:08:42
 4    was in 2018?                                                  10:08:44
 5        A    Correct, I don't recall the exact point in           10:08:56
 6    time.                                                         10:08:58
 7        Q    So before Netli- -- before Netlist reached           10:08:58
 8    out to you to schedule this meeting, you no longer            10:09:02
 9    wanted to have meetings with Netlist?                         10:09:05
10             INTERPRETER KO:  Okay, Ms. Choy, "you" in            10:09:14
11    this context, is that him individually or Samsung?            10:09:16
12             MS. CHOY:  Samsung, I'm sorry.                       10:09:22
13             INTERPRETER KO:  Okay.  All right.                   10:09:42
14             MR. MASTERS:  Objection.  Object to form.            10:09:42
15    Lacks foundation.  Calls for speculation.  Assumes            10:09:44
16    facts.                                                        10:09:47
17    ████████████ ██  ██████████████████████              10:10:14
18    ██████ ████████ ████████████████████████              10:10:26
19    ████████████████████ ██████████████████              10:10:32
20    ████████████████████ ██████████████████████           10:10:38
21    ████████████████████████████████████████              10:10:46
22    ███████████████████                                  10:10:54
23    ██████ █████                                          10:10:55
24       █   ███████████████████████████                   10:10:57
25    ████████████                                          10:11:02
```

Page 30



```
 1   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮          10:15:03
 2   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮          10:15:11
 3   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                10:15:19
 4        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                 10:15:26
 5   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮          10:15:31
 6   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮            10:15:38
 7   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                 10:15:45
 8     ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                         10:15:49
 9   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                           10:15:52
10     ▮ ▮▮▮ ▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮                                 10:15:54
11   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                            10:16:33
12   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                          10:16:40
13   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                      10:16:48
14   ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮                             10:16:52
15   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮                             10:17:07
16   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                            10:17:13
17        Q    Can you elaborate on that a little bit             10:17:14
18   more, like the specific type of technology?                  10:17:17
19             MR. MASTERS:   Objection.  Object to form.         10:17:32
20   Calls for a narrative.                                       10:17:35
21             And, after the witness is done with this,          10:17:36
22   I'll ask for a break because I have gardeners in my          10:17:38
23   backyard that are making noise.                              10:17:40
24             THE WITNESS:   As far as DRAM is concerned,        10:18:04
25   in order to guarantee the fast performance of DRAM,          10:19:25
```

Page 32

| | | |
|---|---|---|
| 1 | that Samsung should come up with the funding necessary | 10:48:19 |
| 2 | to make that ASIC, A-S-I-C, product. | 10:48:28 |
| 3 | BY MS. CHOY: | 10:48:33 |
| 4 |     Q    Aside from -- | 10:48:37 |
| 5 |         INTERPRETER KO:  Not come out, but should | 10:48:40 |
| 6 | be "come up with the funding." | 10:48:42 |
| 7 | BY MS. CHOY: | 10:48:45 |
| 8 |     Q    Do you know whether Samsung provided that | 10:48:45 |
| 9 | funding? | 10:48:47 |
| 10 |     A    No, from Samsung's perspective, we did not | 10:49:27 |
| 11 | have confidence in Netlist technology, based on our | 10:49:34 |
| 12 | dealing with technology of Netlist, and I believe there | 10:49:37 |
| 13 | were many delays from Netlist's side during such | 10:49:46 |
| 14 | project, so we did not have confidence that Netlist | 10:49:52 |
| 15 | could actually make semiconductor products.  So we | 10:50:00 |
| 16 | didn't even think about funding. | 10:50:10 |
| 17 | ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10:50:11 |
| 18 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10:50:13 |
| 19 | ▬▬▬▬▬▬ | 10:50:15 |
| 20 | ▬▬▬ ▬▬▬▬ ▬▬▬▬ | 10:50:35 |
| 21 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10:50:37 |
| 22 | ▬▬▬ ▬ ▬▬▬▬ ▬ | 10:50:47 |
| 23 | ▬▬▬ ▬▬▬▬ ▬▬▬▬ ▬ | 10:51:33 |
| 24 | ▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬ | 10:51:37 |
| 25 | ▬▬▬▬▬▬▬▬▬ ▬ ▬▬▬▬ | 10:51:47 |

Page 38

```
 1   ███████████████████████)  (███████████████████████)    10:51:58
 2   ████████████████████████████████████████████████)       10:52:05
 3   ██████████████)  (██████████████████████████████)       10:52:13
 4   ████████████████████████████████████████████████)       10:52:23
 5   BY MS. CHOY:                                            10:52:27
 6       Q    Did Samsung think that they might be found     10:52:30
 7   to infringe any of Netlist's patents?                   10:52:32
 8            MR. MASTERS:  Objection.  Object to form.      10:52:54
 9   Lacks foundation.  Calls for speculation.  Calls for a  10:52:56
10   legal conclusion.                                       10:53:00
11            But you can answer if you can.                 10:53:00
12            THE WITNESS:  Well, as I told you, my          10:53:01
13   level of understanding in that regard is that I have    10:53:32
14   overheard the patent team talking about a Netlist       10:53:38
15   L.R. Dean patent, that those -- that patent, that       10:53:47
16   somewhat of effect.                                     10:53:53
17            MR. MASTERS:  And, by the way, I'm just        10:53:57
18   going to ask that the transcript be marked AEO,         10:53:59
19   attorneys eyes only.                                    10:54:02
20   BY MS. CHOY:                                            10:54:18
21       Q    Was part of the reason that Samsung            10:54:19
22   entered into the joint collaboration work was because   10:54:20
23   Samsung was worried that they may -- it may affect      10:54:24
24   their ability to sell certain products?                 10:54:26
25            MR. MASTERS:  Objection.  Object to form.      10:55:00
```

Page 39

| | | |
|---|---|---|
| 1 | THE WITNESS: I don't recall exactly, but | 11:24:18 |
| 2 | I seem to think that it was before 2017. | 11:24:32 |
| 3 | BY MS. CHOY: | 11:24:36 |
| 4 | Q ▮ ▮ | 11:24:40 |
| 5 | ▮ ▮ | 11:24:42 |
| 6 | ▮ | 11:24:50 |
| 7 | ▮ | 11:24:55 |
| 8 | ▮ ▮ | 11:24:59 |
| 9 | ▮ | 11:25:03 |
| 10 | ▮ ▮ ▮ ▮ | 11:25:37 |
| 11 | ▮ ▮ ▮ | 11:25:39 |
| 12 | ▮ | 11:25:52 |
| 13 | ▮ ▮ | 11:25:52 |
| 14 | ▮ ▮ ▮ | 11:26:16 |
| 15 | ▮ ▮ | 11:26:24 |
| 16 | ▮ ▮ | 11:26:29 |
| 17 | ▮ | 11:26:37 |
| 18 | ▮ | 11:26:44 |
| 19 | BY MS. CHOY: | 11:26:45 |
| 20 | Q In your view, when did the joint | 11:26:46 |
| 21 | development work end? | 11:26:48 |
| 22 | MR. MASTERS: Objection. Object to form. | 11:27:04 |
| 23 | Vague and ambiguous. To the extent it calls for a | 11:27:05 |
| 24 | legal conclusion, also object. | 11:27:10 |
| 25 | Otherwise, go ahead and answer. | 11:27:12 |

Page 49

```
 1         What's your understanding as to              14:07:15
 2   Mr. Joo-Sun Choi's statement (as read):            14:07:19
 3              ...maintain the basic flow of the       14:07:20
 4         relationship of our company for IT           14:07:22
 5         collaboration while making sure that there   14:07:24
 6         is no contamination?                         14:07:26
 7              MR. MASTERS:  Objection.  Speculation.  14:07:50
 8         ████████      ████████████████████           14:08:34
 9   ██████  ██████  █████████████████  ██              14:08:45
10   ██████████████████████████████████                 14:08:52
11   ████████████████  ██████████████████               14:08:59
12   █████████████  ███████████████████████             14:09:09
13   ████████████████████████████████  ██████           14:09:24
14   █████████████                                      14:09:28
15   BY MS. CHOY:                                       14:09:32
16         Q    Which product supply was within the scope  14:09:33
17   of the JDLA?                                       14:09:37
18              MR. MASTERS:  Objection.  Object to form.  14:09:53
19   Calls for a legal conclusion.  Assumes facts.      14:09:57
20   Foundation.  Speculation.                          14:09:59
21              Go ahead.                               14:10:03
22              THE WITNESS:  As far as JDLA's concern, I  14:10:03
23   cannot recite exactly what the supply provision of that  14:11:05
24   agreement states; therefore, I cannot tell you exactly  14:11:10
25   what that provision is all about.                  14:11:16
```

Page 87

```
 1   STATE OF CALIFORNIA     )
 2                           )  ss.
 3   COUNTY OF LOS ANGELES   )
 4              I, Vickie Blair, CSR No. 8940, RPR-CRR, in
 5   and for the State of California, do hereby certify:
 6              That, prior to being examined, the witness
 7   named in the foregoing deposition was by me duly sworn
 8   to testify as to the truth, the whole truth, and
 9   nothing but the truth;
10              That said deposition was taken before me
11   at the time and place therein set forth, and was taken
12   down by me stenographically and thereafter transcribed
13   via computer-aided transcription under my direction and
14   is a true record of the testimony given;
15              I further certify I am neither counsel
16   for, nor related to, any party to said action, nor
17   interested in the outcome thereof;
18              IN WITNESS WHEREOF, I have hereto
19   subscribed my name this 11th day of August, 2021.
20
21
22
23
24                    [signature]
25         Vickie Blair, CSR No. 8940, RPR-CRR
```