# EXHIBIT 50

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
            UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF CALIFORNIA


NETLIST, INC.,                  )
                                )
            Plaintiff,          )
                                )
     vs.                        )   Case No.
                                )   8:20-cv-00993-MCS-DFM
                                )
SAMSUNG ELECTRONICS, CO.,       )
LTD.,                           )
                                )
            Defendant.          )
_____)




           CONFIDENTIAL ATTORNEYS' EYES ONLY
   REMOTE VIDEOTAPED DEPOSITION OF LANE (KIHOON) KIM
                     South Korea
                Thursday, August 12, 2021



         REPORTED BY: Dayna Michelle Glaysher
                CSR No. 13079; RPR, CRR No. 28081
```

| | |
|---|---|
| 1 | Legal Solutions, and I am the videographer.  The court |
| 2 | reporter is Dayna Glaysher from the firm Veritext Legal |
| 3 | Solutions.  I am not related to any party in this |
| 4 | action, nor am I financially interested in the outcome. |
| 5 |       Counsel will now state their appearances and   09:37:02 |
| 6 | affiliations for the record.  If there are any |
| 7 | objections to proceeding, please state them at the time |
| 8 | of your appearance beginning with the noticing attorney. |
| 9 |       MR. LO:  Jason Lo and Soolean Choy from |
| 10 | Gibson Dunn & Crutcher on behalf of Netlist.   09:37:18 |
| 11 |       MR. MASTERS:  Marc Masters from Bird Marella |
| 12 | on behalf of Samsung and the witness. |
| 13 |       MR. LO:  Counsel, do you want to introduce |
| 14 | your client? |
| 15 |       MR. MASTERS:  Yes, we had -- we do have our   09:37:35 |
| 16 | in-house counsel Han Lee is present as well. |
| 17 |       THE VIDEOGRAPHER:  Will the court reporter |
| 18 | please swear in the interpreter. |
| 19 | |
| 20 |             KATHY SIM, |
| 21 | having been placed under oath to translate the English |
| 22 | language into the Korean language and the Korean |
| 23 | language into the English language to the best of her |
| 24 | ability interpreted the following: |
| 25 | |

Page 6

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1                    LANE (KIHOON) KIM,
2    called as a witness by and on behalf of the Plaintiff,
3    having been placed under oath by the Certified Shorthand
4    Reporter, was examined and testified as follows:
5                                                           09:38:32
6              THE INTERPRETER:  Good afternoon.  This is
7    Kathy Sim, certified court interpreter for Korean
8    language with Certification Number 300836.
9
10                     EXAMINATION                          09:38:43
11   BY MR. LO:
12      Q.  Good morning, Mr. Kim.
13      A.  Yes, good morning.
14      Q.  My name is Jason Lo.  And I represent Netlist.
15   And I will be taking your deposition today.            09:38:56
16      A.  Yes.
17      Q.  Have you had your deposition taken before?
18      A.  No, I have not.
19      Q.  Have you ever testified in a court proceeding in
20   the United States before?                              09:39:25
21      A.  No, I have not.
22      Q.  You understand that you are testifying under oath
23   today?
24      A.  Yes.
25      Q.  Is there any reason why you are unable to give   09:39:49
```

Page 7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | negatively, meaning caused Samsung to lower Netlist's | |
| 2 | allocation? | |
| 3 | MR. MASTERS: Object to form. | |
| 4 | THE WITNESS: No, no. However, with -- when | |
| 5 | it comes to Netlist, even before we could confirm the | 10:38:47 |
| 6 | supply, Netlist would issue a lot of purchase orders. | |
| 7 | We asked them not to do so, but they continued to do it. | |
| 8 | BY MR. LO: | |
| 9 | Q. Why did -- why would Samsung tell Netlist not to | |
| 10 | issue purchase orders? | 10:39:21 |
| 11 | MR. MASTERS: Object to form. | |
| 12 | THE WITNESS: It's not that we asked them | |
| 13 | not to issue any purchase orders. But we asked them to | |
| 14 | just order the purchase orders on the -- on the supplies | |
| 15 | that we would -- were able to confirm. | 10:40:05 |
| 16 | However, they would just issue purchase | |
| 17 | orders for whatever they need. So since we don't have | |
| 18 | enough allocation, that's something that we had to -- we | |
| 19 | had a hard time with. | |
| 20 | BY MR. LO: | 10:40:25 |
| 21 | Q. So from time to time Netlist would provide to | |
| 22 | Samsung forecasts; is that correct? | |
| 23 | A. Yes, that's correct. | |
| 24 | Q. And Samsung's preferred way of operating was for | |
| 25 | Samsung to then look at the forecast and tell Netlist | 10:40:55 |

Veritext Legal Solutions
866 299-5127

```
 1     which orders Samsung could fulfill; is that right?
 2               MR. MASTERS:  Object to form.
 3               THE WITNESS:  Not just Netlist, but we
 4     handle all of the channel customers in same way.  So the
 5     customers would provide us with their forecast.  And we              10:42:06
 6     would tell them or we would rather confirm as to what
 7     could be supplied to them.  And then the customers would
 8     issue the purchase orders, which we would fulfill
 9     afterwards.  That is the sequence of the order process.
10     BY MR. LO:                                                           10:42:30
11        Q.  And if Samsung tells the customer that parts of
12     the forecast cannot be fulfilled, then Samsung's
13     preference is that the customer not place a purchase
14     order for the portions that cannot be fulfilled,
15     correct?                                                             10:42:49
16               MR. MASTERS:  Object to form.
17               THE WITNESS:  Yes, that's correct.  So the
18     customers will provide us with the forecast.  And then
19     we would just confirm the supplies that we would be able
20     to provide.  So it is correct, we would only promise on             10:43:49
21     the supplies that we could provide.  And that's how we'd
22     get the purchase orders issued.
23     BY MR. LO:
24        Q.  Is the preferred sequence that until Samsung
25     either confirms or responds to the forecast, the                    10:44:09
```

Page 28

```
1     customer should not place a purchase order?
2              MR. MASTERS:  Object to form.
3              THE WITNESS:  Yes, we only receive the
4     purchase orders on the products that we could supply and
5     that we could promise to supply.                          10:45:17
6     BY MR. LO:
7        Q.  And so if a customer places a purchase order for
8     products that have not been approved after the forecast
9     by Samsung, those purchase orders are not fulfilled,
10    correct?                                                  10:45:37
11           Actually, let me restate the question.  I think I
12    stated it wrong.
13           If a customer placed -- if a customer submits a
14    forecast and Samsung has not confirmed the forecast, but
15    the customer nevertheless places a purchase order, that   10:45:55
16    purchase order will not be fulfilled, correct?
17             MR. MASTERS:  Object to form.
18             THE WITNESS:  That's correct.  And also, for
19    the POs, so we would just fulfill the orders on the PO
20    that we promised to fulfill.  But for the remainder       10:47:00
21    products or the POs that we could not fulfill, we would
22    ask the customers to void them.  So we asked them to
23    just remove such purchase orders.
24    BY MR. LO:
25       Q.  Before a forecast is confirmed by Samsung, is      10:47:33
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    almost last minute order came in, the products were not
 2    available.  With respect to SSD products, we made the
 3    plan for supply every quarterly.
 4    BY MR. LO:
 5       Q.  I'll ask you about the why in a little bit.          11:59:59
 6           But what I'm just trying to understand is when
 7    Samsung communicates that it is unable to offer support,
 8    is that phrasing meant to convey that Samsung will be
 9    unable to provide any products to Netlist in this case
10    for this SSD products?                                      12:00:17
11           Is that what that phrase means?
12              MR. MASTERS:  Object to form.
13              THE WITNESS:  What it's saying is that there
14    is no availability to supply during this period.
15    BY MR. LO:                                                  12:01:13
16       Q.  During this period do you know whether Samsung
17    supplied SSD products to any channel customers other
18    than Netlist?
19              MR. MASTERS:  Object to form.
20              THE WITNESS:  This SSD was not supplied to        12:01:43
21    many channel customers to my recollection.  They were
22    just supplied to Netlist.
23              THE INTERPRETER:  May the interpreter
24    clarify something with the witness, please?
25              THE WITNESS:  Right.  This product was            12:02:32
```

Page 49

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1    supplied to only two companies, Netlist and Ma Lab.

2    But -- Ma Lab.  And my understanding of this is that

3    there was no availability of the products at this time.

4    BY MR. LO:

5        Q.  For Q3 in 2017, did Ma Labs receive any SSD        12:02:51

6    support?

7                MR. MASTERS:  Object to form.

8                THE WITNESS:  I don't recall exactly.

9    BY MR. LO:

10       Q.  You do recall that other customers, non channel    12:03:21

11   customers did get SSD support in Q3 of 2017, correct?

12               MR. MASTERS:  Objection to form.

13               THE WITNESS:  Yes, from what I recall,

14   the -- that product was supplied to the customers of

15   data center and OEM, as they had been promised to be       12:04:10

16   supplied in advance.

17   BY MR. LO:

18       Q.  In the following sentence -- I'm sorry.

19           In the last sentence of that paragraph in

20   Mr. Knuth's May 23rd, 2017 email, he says he projects      12:04:32

21   $50 million in 2017 revenue and 75 million in 2018

22   before issues.

23           Do you see that statement in his email?

24       A.  Yes, I'm looking at it.

25       Q.  At the time you received this email, did you have  12:05:20
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    BY MR. LO:
2       Q.  Is one of the reasons that Samsung communicates a
3    zero allocation before the quarter starts to signal to
4    the customer that the customer should not place purchase
5    orders for that product?                              12:18:03
6           MR. MASTERS:  Object to form.
7           THE WITNESS:  So basically if the company
8    can't promise to supply the products, then you could
9    not -- it can't receive any POs.
10   BY MR. LO:                                            12:18:51
11      Q.  You mean if Samsung cannot promise to supply
12   products for which it had zero allocation for Netlist,
13   then Netlist -- then it cannot receive any POs from
14   Netlist, correct?
15          MR. MASTERS:  Object to form.                  12:19:09
16          THE WITNESS:  Yes, that's correct.  We
17   wouldn't accept the POs for the products that we
18   wouldn't be able to allocate.  However, from what I
19   recall, Netlist continued to issue POs.
20   BY MR. LO:                                            12:20:00
21      Q.  Were any of those POs actually fulfilled?
22          MR. MASTERS:  Object to form.
23          THE WITNESS:  I don't know the details.
24   BY MR. LO:
25      Q.  The next paragraph starts with, "Heads up."    12:20:48
```

Page 55

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    BY MR. LO:
 2        Q.  So in -- first of all, who is Yong Hwangbo?
 3        A.  I don't know who that is.
 4        Q.  But in 2018 you received an email that alerted
 5    you that the Netlist agreement says there is an              12:28:53
 6    obligation to supply NAND and DRAM at a competitive
 7    price if N company makes a request, right?
 8            MR. MASTERS:  Object to form.
 9            THE WITNESS:  Yes, I'm looking at that
10    particular sentence of the email.  I see that there's a    12:29:52
11    mention of the competitive price and supplying of the
12    competitive price.  But at the time the products were
13    supplied at a fair price.  And that's my understanding.
14    BY MR. LO:
15        Q.  I'll ask you later about whether it's a fair       12:30:16
16    price.  But for now, you knew in 2018 that there is an
17    obligation to supply NAND, DRAM at a competitive price
18    if N company makes a request.
19            You knew that fact, correct, from Yong Hwangbo's
20    email from 2018?                                            12:30:38
21            MR. MASTERS:  Object to form.
22            THE WITNESS:  At the time I was aware of
23    such supply agreement.  But as far as I was concerned,
24    it was not related to the business I was involved in.
25    So I just went ahead and supplied as we were doing on      12:32:01
```

Page 59

| | | |
|---|---|---|
| 1 | the business side.  Since this was a technical | |
| 2 | agreement, my understanding was that it was not related | |
| 3 | to the business side. | |
| 4 | This is what he said in his email.  And it's | |
| 5 | not like we did whatever he mentioned in his email. | 12:32:26 |
| 6 | Our -- my business side was just dealt with separately. | |
| 7 | BY MR. LO: | |
| 8 | Q.  So even though Mr. Kim told you to read the | |
| 9 | information below carefully, it was your belief that | |
| 10 | this information did not relate to the business you were | 12:32:47 |
| 11 | involved in; is that correct? | |
| 12 | MR. MASTERS:  Object to form. | |
| 13 | THE WITNESS:  Since this email was sent to | |
| 14 | me, I looked at it.  And there was a mention about the | |
| 15 | competitive price.  We went ahead and handled the | 12:33:50 |
| 16 | business as the price guide suggested for the channel | |
| 17 | customers.  It's not like we overcharged anyone. | |
| 18 | BY MR. LO: | |
| 19 | Q.  At this time did you have information that the | |
| 20 | supply price for Netlist was higher than for other | 12:34:21 |
| 21 | similarly sized companies? | |
| 22 | MR. MASTERS:  Object to form. | |
| 23 | THE WITNESS:  Not to my recollection. | |
| 24 | BY MR. LO: | |
| 25 | Q.  Why don't you turn to the top of page 265.  At | 12:35:01 |

```
1       Q.   Do you have any reason to doubt that in Q4 2017
2  Netlist was purchasing at about a million dollars a
3  month from Samsung?
4       A.   Well, there's nothing in particular that I would
5  doubt about.  I'm -- I just don't know if it's the right       12:43:56
6  figure.  But that's what the email says.
7       Q.   Let's go to the first page, the page ending in
8  263.
9       A.   Yes, I'm looking at it.
10      Q.   And in the email that you wrote with the            12:44:40
11 timestamp of 9:46 -- well, first, find the email with
12 the timestamp of 9:46 that you wrote.  Because I'm going
13 to ask you some questions about that.
14      A.   Okay.  I found it.
15      Q.   And in the first sentence there's a reference to   12:45:04
16 chief.
17           Do you see that?
18      A.   Yes, I'm looking at it.
19      Q.   Who is the chief that's referenced in your email?
20      A.   JS Choi.                                            12:45:23
21      Q.   Okay.  And your email says that you spoke to JS
22 Choi around February of 2018, correct?
23      A.   Yes, that's correct.
24      Q.   And as a result of your discussion with Mr. Choi,
25 the decision was made that Netlist could purchase up to       12:46:01
```

Page 64

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1      $500,000 per month, correct?
2              MR. MASTERS:   Object to form.
3              THE WITNESS:   Yes, that's correct.
4     BY MR. LO:
5        Q.  At the time in February of 2018, were you still      12:46:30
6     in San Jose or were you back in Korea?
7        A.  I was still in San Jose, and I was preparing to
8     return to Korea.
9        Q.  So on February 6, 2018, in the email at the
10    bottom of page 263 -- let me restart.                        12:47:04
11           At the bottom of page 263 is an email that
12    Arnold Kim sent to you on February 6, 2018, correct?
13       A.  Yes.
14       Q.  And what Mr. Kim is telling you is to read the
15    information below carefully, correct?                        12:47:37
16       A.  Yes.  He sent it to me and suggested that I make
17    a reference of it.  Yes, that's right, he sent it to me.
18       Q.  And part of what he sent to you was Yong
19    Hwangbo's 6:36 email in which he recalled that in Q4
20    2017, Netlist was purchasing about a million dollars per    12:48:17
21    month, correct?
22       A.  Yes, that's right, that's what it says over
23    there, over here.
24       Q.  And of course, what he forwards to you is also
25    Yong Hwangbo's statement that in the Netlist Samsung        12:48:50
```

Page 65

CONFIDENTIAL-ATTORNEYS' EYES ONLY

CERTIFICATE

OF

CERTIFIED SHORTHAND REPORTER

The undersigned certified shorthand reporter of the State of California does hereby certify:

That the foregoing deposition was taken before me at the time and place therein set forth, at which time the witness was duly sworn by me.

That the testimony of the witness and all objections made at the time of the deposition were recorded stenographically by me and thereafter transcribed, said transcript being a true copy of my shorthand notes thereof.

In witness whereof, I have subscribed my name this date: August 12, 2021

CSR Number 13079

RPR, CRR Number 28081