# EXHIBIT 51

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
                UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA


   NETLIST, INC.,                  )
                                   )
              Plaintiff,           )
                                   )
       vs.                         )   Case No.
                                   )   8:20-cv-00993-MCS-DFM
                                   )
   SAMSUNG ELECTRONICS, CO.,       )
   LTD.,                           )
                                   )
              Defendant.           )
   _____)


              CONFIDENTIAL ATTORNEYS' EYES ONLY
         REMOTE VIDEOTAPED DEPOSITION OF HO-JUNG KIM
                        South Korea
                 Thursday, August 13, 2021



            REPORTED BY: Dayna Michelle Glaysher
                 CSR No. 13079; RPR, CRR No. 28081
```

Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    BY MS. LEE:
2       Q.  Correct.  If you either understand it to be one
3    or you don't think it is one, but it is a yes and no --
4    yes-or-no question.  So that's what I'm asking.
5              MR. MASTERS:  Object to form.                    09:37:05
6              THE WITNESS:  That was -- no, that was not
7    my understanding.
8    BY MS. LEE:
9       Q.  Okay.  Do you know if Samsung engaged in a
10   valuation of Netlist patents in connection with the        09:37:22
11   JDLA negotiation?
12             MR. MASTERS:  Object to form.
13             THE WITNESS:  Yes.
14   BY MS. LEE:
15      Q.  Were you involved in the valuation?                 09:37:51
16      A.  I only received the result of the evaluation.
17      Q.  And do you recall if the value of the result of
18   the valuation was higher or lower than the NRE fee that
19   Samsung paid to Netlist?
20             MR. MASTERS:  Object to form.                    09:38:39
21             THE WITNESS:  I think it was higher than
22   that amount.
23   BY MS. LEE:
24      Q.  Do you recall roughly how much the valuation was,
25   if you recall?                                             09:38:57
```

Page 24

```
1      sorry -- in the ordinary course of your work for

2      Samsung?

3          A.   Yes.

4          Q.   And the subject line of this email says Netlist

5      letter requesting funds 12.16.15.                              03:54:48

6               Do you see that?

7          A.   Yes.

8          Q.   And Ms. Sasaki says, starting from the second row

9      of the email, "It was a surprise to us that Samsung

10     withheld taxes of 16.5% ($1.32 million) from the $8           03:55:18

11     million NRE payment due to Netlist."

12              Do you see that?

13                   MR. MASTERS:   Object to form.

14                   THE WITNESS:   Yes, I see it.

15     BY MS. LEE:                                                    03:56:13

16         Q.   And she goes on to say that, "Under the US and

17     Korea tax treaty, the NRE is not subject to Korean tax

18     per article 6(1) and 6(6) of the treaty."

19              Do you see that?

20         A.   Yes.                                                  03:56:28

21         Q.   After you received this document, do you remember

22     talking to anyone at Samsung, that is not a lawyer,

23     about the contents of this email?

24         A.   I don't recall for sure.

25         Q.   Do you remember if you spoke to the accounting       03:57:44
```

Page 117

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    team and asking if this is true, the statement that
2    Ms. Sasaki says?
3              MR. MASTERS:  Object to form.
4              THE WITNESS:  I don't recall if I ever asked
5    about it.                                              03:58:26
6    BY MS. LEE:
7       Q.  This email was also sent to Kyu-han Han and
8    Hyun-ki Ji and Jung-bae Lee.
9           Do you see that?
10      A.  Yes.                                            03:58:42
11      Q.  Do you know if any of them talked to the
12   accounting department and told them about this letter
13   and what Ms. Sasaki says about the taxability of the NRE
14   fee?
15             MR. MASTERS:  Object to form.                03:59:26
16             THE WITNESS:  No, I don't know.
17   BY MS. LEE:
18      Q.  Do you recall in the final executed version of
19   the JDLA there's a provision that says Samsung shall
20   reasonably cooperate with Netlist in Netlist seeking tax  03:59:43
21   refund or exemption?
22          Do you recall that?
23      A.  Yes.
24      Q.  Do you know what, if anything, Samsung did to
25   reasonably cooperate with Netlist in seeking a refund or 04:00:29
```

Page 118

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1     exemption for the NRE fee?
2              MR. MASTERS:   Object to form.
3              THE WITNESS:   I'm not sure.
4    BY MS. LEE:
5       Q.  Did you tell anyone in Samsung's accounting        04:01:05
6    department that the JDLA imposes an obligation on
7    Samsung to reasonably cooperate with Netlist's efforts
8    to seek tax refund or exemption on the NRE fee?
9              MR. MASTERS:   Object to form.
10             THE WITNESS:   I don't remember if I provided    04:01:55
11   an explanation for that particular purpose.  But I think
12   I pointed out that there was a tax related provision in
13   the JDLA.
14   BY MS. LEE:
15      Q.  And who do you think you provided this             04:02:34
16   information to?
17      A.  The accounting department.
18      Q.  And was this by email, do you think?
19      A.  I don't recall if it was by email or a phone
20   call.                                                     04:03:03
21      Q.  And do you recall when this conversation took
22   place, for example, before or after the JDLA was signed?
23      A.  I think it was after it was signed.
24      Q.  And was it before or after the NRE fee was paid?
25             MR. MASTERS:   Object to form.                  04:03:44
```

Page 119