# EXHIBIT 52

HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
 3                       SOUTHERN DIVISION
 4
 5    NETLIST INC., A DELAWARE      ) CASE NO.: 8:20-CV-00993
      CORPORATION,                  ) (DFMX)
 6                                  )
              PLAINTIFF,            )
 7                                  )
          v.                        )
 8                                  )
      SAMSUNG ELECTRONICS CO., LTD.,)
 9    A KOREAN CORPORATION,         )
10                                  )
              DEFENDANT.            )
11    _____)
12
13
14        (HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY)
15          VIDEOTAPED DEPOSITION OF HYEOK-SANG YOO
16                         VOLUME II
17                 SATURDAY, AUGUST 14, 2021
18                   HWASEONG, SOUTH KOREA
19
20
21
22
23    JOB NO. 4759363
24    REPORTED BY   MARK McCLURE, CRR
25           CAL CSR 12203
```

Page 114

| | | |
|---|---|---|
| 1 | SOOMI KO, | |
| 2 | was previously sworn to interpret | |
| 3 | the Korean language. | |
| 4 | | |
| 5 | HYEOK-SANG YOO, | |
| 6 | having been previously sworn, was examined | |
| 7 | and testified as follows: | |
| 8 | | |
| 9 | EXAMINATION | |
| 10 | BY MR. LO: | |
| 11 | Q.   Good morning, Mr. Yoo. | 10:08 |
| 12 | You understand that you are still under oath | 10:08 |
| 13 | today? | 10:08 |
| 14 | A.   Yes, I do. | 10:08 |
| 15 | Q.   Is there any reason why you cannot give | 10:09 |
| 16 | truthful testimony today? | 10:09 |
| 17 | A.   No, I don't. | 10:09 |
| 18 | Q.   Yesterday, we had a discussion about Samsung | 10:09 |
| 19 | eliminating Netlist's allocations of SSD. | 10:09 |
| 20 | Do you recall that discussion generally? | 10:09 |
| 21 | MR. LEE:  Objection to form. | 10:09 |
| 22 | THE WITNESS:  Well, I remember talking about | 10:09 |
| 23 | yesterday in regards to Samsung and Netlist, but it | 10:10 |
| 24 | wasn't that Samsung got rid of confirmed allocation for | 10:10 |
| 25 | Netlist.  I remember talking about Samsung internally | 10:10 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | within Samsung. | 10:40 |
| 2 | What does that mean -- priority of the | 10:40 |
| 3 | customer? | 10:40 |
| 4 | A.   Well, that would be Samsung's consideration in | 10:40 |
| 5 | regards to whether or not a customer has a business | 10:41 |
| 6 | strategic value, meaning that they are able to purchase | 10:41 |
| 7 | large amount or large volume of Samsung memory products | 10:42 |
| 8 | over a long period of time and continue a stable | 10:42 |
| 9 | business with Samsung. | 10:42 |
| 10 | Should I continue? | 10:42 |
| 11 | Q.   Yes, continue with your answer. | 10:42 |
| 12 | A.   The example of such companies in the priority | 10:43 |
| 13 | would be data center, or OEM, where they are | 10:43 |
| 14 | manufacturing their own goods, and businesses like | 10:43 |
| 15 | Netlist, which we consider as a channel business, and | 10:43 |
| 16 | that means that they do not make complete products, but | 10:43 |
| 17 | rather they are resellers, and we do not put these type | 10:43 |
| 18 | of channel business in high priority. | 10:44 |
| 19 | So should I continue? | 10:44 |
| 20 | Q.   If you're not done, yes. | 10:44 |
| 21 | A.   As far as NAND and DRAM products are | 10:44 |
| 22 | concerned, if the situation is that we are somewhat | 10:45 |
| 23 | short of these products, the large or majority of the | 10:45 |
| 24 | allocation would be provided to strategic customers such | 10:45 |
| 25 | as data centers, and under those circumstances, it could | 10:45 |

Page 128

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | be that channel businesses may not get any allocation | 10:45 |
| 2 | under this extreme shortage of products.  And if we do | 10:45 |
| 3 | have allocations, then, we do our best to give these | 10:45 |
| 4 | allocations to our channel business as well. | 10:45 |
| 5 | Q.   You also said that Samsung has discretion to | 10:45 |
| 6 | allocate products based on customer value. | 10:46 |
| 7 |      Is that different than customer priority that | 10:46 |
| 8 | you were discussing in your prior answer? | 10:46 |
| 9 | A.   They are related.  Where if Samsung think | 10:46 |
| 10 | highly of a company's value, then their priority will be | 10:46 |
| 11 | higher. | 10:47 |
| 12 | Q.   In 2017, did Samsung think highly of Netlist's | 10:47 |
| 13 | value as a customer? | 10:47 |
| 14 | A.   As far as value of Netlist is concerned, it | 10:47 |
| 15 | did not vary from year to year.  We considered Netlist | 10:47 |
| 16 | the same throughout. | 10:47 |
| 17 | Q.   And is that a high value or low value -- | 10:47 |
| 18 | relative to -- | |
| 19 | A.   I'm sorry? | |
| 20 | Q.   Let me restate the question so I have it in | 10:48 |
| 21 | full. | 10:48 |
| 22 | A.   Thank you. | |
| 23 | Q.   As far as the value of Netlist is concerned, | 10:48 |
| 24 | did Samsung consider Netlist to be a relatively high or | 10:48 |
| 25 | low value customer relative to other Samsung customers? | 10:48 |

Page 129

| | | |
|---|---|---|
| 1 | A.  I think low value. | 10:48 |
| 2 | Q.  So, throughout the time that Samsung -- strike | 10:48 |
| 3 | that. | |
| 4 | Throughout the time that Netlist has been a | 10:49 |
| 5 | Samsung customer, Samsung has viewed Netlist as a | 10:49 |
| 6 | relatively low-value customer, is that correct? | 10:49 |
| 7 | A.  That's correct.  When considering all | 10:49 |
| 8 | Samsung's customers, such as data centers and OEMs, in | 10:49 |
| 9 | comparison to those customers, Netlist is considered a | 10:49 |
| 10 | low value. | 10:49 |
| 11 | Q.  Take a look at the document that we've put up | 10:50 |
| 12 | as Exhibit 78, please. | 10:50 |
| 13 | And whenever you're ready, my first question | 10:50 |
| 14 | will be:  Do you recognize Exhibit 78 as an email that | 10:50 |
| 15 | was sent to you in February 2017? | 10:50 |
| 16 | MR. LEE:  Can you instruct the witness that | 10:50 |
| 17 | he's probably going to have to download the document to | 10:50 |
| 18 | see the Korean version? | 10:50 |
| 19 | INTERPRETER:  Okay. | 10:50 |
| 20 | THE WITNESS:  Download is at top right, right? | 10:51 |
| 21 | Okay, I'm downloading now. | 10:51 |
| 22 | BY MR. LO: | |
| 23 | Q.  While it's downloading, are you familiar with | 10:51 |
| 24 | a Samsung product designated as SM863a? | 10:51 |
| 25 | MR. LEE:  Objection to form. | 10:51 |

Page 130

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    STATE OF CALIFORNIA       )
2    COUNTY OF SANTA BARBARA   )   ss.
3
4         I, Mark McClure, C.S.R. No. 12203, in and for
5    the State of California, do hereby certify:
6         That prior to being examined, the witness
7    named in the foregoing deposition was by me duly sworn
8    to testify to the truth, the whole truth, and nothing
9    but the truth;
10        That said deposition was taken down by me in
11   shorthand at the time and place therein named and
12   thereafter reduced to typewriting under my direction,
13   and the same is a true, correct, and complete transcript
14   of said proceedings;
15        That if the foregoing pertains to the original
16   transcript of a deposition in a Federal Case, before
17   completion of the proceedings, review of the transcript
18   { } was {X} was not required.
19        I further certify that I am not interested in
20   the event of the action.
21        Witness my hand this 15th day of August, 2021.
22
23
24                 Certified Shorthand Reporter
                   State of California
25                 CSR No. 12203
```

Page 182