# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC.<br><br>Plaintiff(s),<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:20–cv–00993–MCS–ADS<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   10/21/2021

Document Number(s):   187

Title of Document(s):   RE Motion for Summary Judgment by Samsung Electronics Co., Ltd

**ERROR(S) WITH DOCUMENT:**

Proposed Document was not submitted as separate attachment.

Local Rule 56–2 Statement of genuine disputes of material fact lacking.

CLARIFICATION OF THE ABOVE: Missing proposed judgment.

Other:

As an alternative, prepare and e–file a formal Notice of Lodging, to be docketed only under its specific event: Notice of Lodging, to which the formal proposed judgment is submitted as Separate Attachment thereto.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  October 22, 2021        By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                           Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS