| | |
|---|---|
| EKWAN E. RHOW (SB 174604) <br> erhow@birdmarella.com <br> MARC E. MASTERS (SB 208375) <br> mmasters@birdmarella.com <br> DAVID I. HURWITZ (SB 174632) <br> dhurwitz@birdmarella.com <br> BIRD, MARELLA, BOXER, <br> WOLPERT, NESSIM, DROOKS, <br> LINCENBERG & RHOW, P.C. <br> 1875 Century Park East, 23rd Floor <br> Los Angeles, California 90067-2561 <br> Telephone: (310) 201-2100 <br> Facsimile: (310) 201-2110 | MARC F. FEINSTEIN (SB 158901) <br> mfeinstein@omm.com <br> JOSEPH R. O'CONNOR (SB 274421) <br> joconnor@omm.com <br> O'MELVENY & MYERS LLP <br> 400 South Hope Street, 18th Floor <br> Los Angeles, California 90071 <br> Telephone:  (213) 430-6000 <br> Facsimile:   (213) 430-6407 |

MICHAEL G. YODER (SB 83059)
myoder@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS <br><br> **NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT SAMSUNG ELECTRONICS CO. LTD.** <br><br><br> Assigned to Hon. Mark C. Scarsi <br> Courtroom 7C |

3757080.1

NOTICE OF ASSOCIATION OF COUNSEL

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN**:

PLEASE TAKE NOTICE that Michael G. Yoder, Marc F. Feinstein, and Joseph R. O'Connor with O'Melveny & Myers LLP hereby associate as counsel of record with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. on behalf Defendant Samsung Electronics Co., Ltd. The names, offices, addresses, telephone numbers, and email addresses of associated counsel are as follows:

| | |
|---|---|
| MICHAEL G. YODER (SB 83059) | MARC F. FEINSTEIN (SB 158901) |
| myoder@omm.com | mfeinstein@omm.com |
| O'MELVENY & MYERS LLP | JOSEPH R. O'CONNOR (SB 274421) |
| 610 Newport Center Drive, Suite 1700 | joconnor@omm.com |
| Newport Beach, California 92660 | O'MELVENY & MYERS LLP |
| Telephone: (949) 823-6900 | 400 South Hope Street, 18th Floor |
| Facsimile: (949) 823-6994 | Los Angeles, California 90071 |
| | Telephone: (213) 430-6000 |
| | Facsimile: (213) 430-6407 |

DATED: October 22, 2021

Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: _____/s/ Ekwan E. Rhow_____
Ekwan E. Rhow
Attorneys for Defendant Samsung Electronics Co., Ltd.