EKWAN E. RHOW (SB 174604)
erhow@birdmarella.com
MARC E. MASTERS (SB 208375)
mmasters@birdmarella.com
DAVID I. HURWITZ (SB 174632)
dhurwitz@birdmarella.com
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

MARC F. FEINSTEIN (SB 158901)
mfeinstein@omm.com
JOSEPH R. O'CONNOR (SB 274421)
joconnor@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

MICHAEL G. YODER (SB 83059)
myoder@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>         Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**SAMSUNG'S APPLICATION SUBMITTING DOCUMENT FOR NETLIST'S FORTHCOMING DECLARATION SUPPORTING LEAVE TO FILE UNDER SEAL;**<br><br>[Filed Concurrently with [Proposed] Order and Declaration of David I. Hurwitz]<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

3757061.1

Case No. 8:20-cv-00993-MCS-ADS

APPLICATION SUBMITTING DOCUMENT FOR NETLIST'S DECLARATION TO FILE UNDER SEAL

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 79–5.2.2, Defendant Samsung Electronics Co. Ltd. ("Samsung") hereby submits the attached Expert Report of Dr. Michael P. Akemann ("Expert Report") for the Court's consideration pending Plaintiff Netlist Inc.'s ("Netlist") declaration supporting its request that the Expert Report be filed under seal:

Counsel for the parties met and conferred on the sealing issue on October 18, 2021. During those discussions, Samsung informed Netlist that it intended to use the Expert Report as an exhibit in support of its Motion in Limine No. 1. Netlist indicated that it did not want the Expert Report filed publicly in its entirety, requesting this submission so that Netlist may submit a declaration in support of sealing.

Thus, pursuant to Local Rule 79-5.2.2(b), Samsung files this Application to allow Netlist the opportunity to file its supporting declaration explaining why it believes the Expert Report should be sealed.

This application is accompanied by a [Proposed Order] and the entirely redacted version of Exhibit 1 at issue. The declaration in support of this application and the unredacted version of Exhibit 1 are being filed concurrently under seal.

DATED: October 25, 2021

Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: */s/ David I. Hurwitz*
David I. Hurwitz
Attorney for Defendant Samsung Electronics Co., Ltd.