EKWAN E. RHOW (SB 174604)
erhow@birdmarella.com
MARC E. MASTERS (SB 208375)
mmasters@birdmarella.com
DAVID I. HURWITZ (SB 174632)
dhurwitz@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

MARC F. FEINSTEIN (SB 158901)
mfeinstein@omm.com
JOSEPH R. O'CONNOR (SB 274421)
joconnor@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

MICHAEL G. YODER (SB 83059)
myoder@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant Samsung Electronics Co., Ltd.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NETLIST INC., a Delaware corporation,

Plaintiff,

vs.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,

Defendant.

CASE NO. 8:20-cv-00993-MCS-ADS

**[PROPOSED] ORDER GRANTING SAMSUNG'S APPLICATION SUBMITTING DOCUMENT FOR NETLIST'S FORTHCOMING DECLARATION SUPPORTING LEAVE TO FILE UNDER SEAL**

[Filed Concurrently with Application to Seal and Declaration of David Hurwitz]

Assigned to Hon. Mark C. Scarsi
Courtroom 7C

The Court, having considered the materials and arguments submitted by Defendant Samsung Electronics Co., Ltd. in its Application Submitting Documents for Plaintiff Netlist Inc.'s Forthcoming Declaration Supporting Leave to File Pursuant to L.R. 79–5.2.2(a) (the "Application"), and the declaration of David I. Hurwitz submitted in support thereof, and having found compelling reasons, hereby ORDERS as follows:

The Application is GRANTED. Exhibit 1 to the Declaration of David I. Hurwitz SHALL BE FILED UNDER SEAL.

In accordance with L.R. 79–5.2.2(a), Samsung is directed to file the sealed document pursuant to the protocol outlined in L.R. 79–5.2.2(c). The Clerk will not convert the proposed sealed document submitted with the Application into a new filing.

IT IS SO ORDERED

DATED: ____________, 2021

Honorable Mark C. Scarsi
United States District Judge