# EXHIBIT 1

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT REDACTED IN ENTIRETY