# EXHIBIT 2

**Samsung Prices Over Time**

**Exhibit 7**

# Price for M393A1K43BB0-CRC

8GB 1RX8 PC4-2400T-RD0-11 CL1 (Samsung Resale)

*Sources: Akemann Netlist Exhibits - 2021-08-23.xlsx,*
*tabs "NL118917 - Reseller Invoices" and "NL117869 - samsung invoices";*
*Tedesco Report, Exhibit 1*
*Note: Only includes transactions where both UnitCost and ExtensionAmt fields are greater than zero.*

*Sources: Akemann Netlist Exhibits - 2021-08-23.xlsx,*
*tabs "NL118917 - Reseller Invoices" and "NL117869 - samsung invoices";*
*Tedesco Report, Exhibit 1*
*Note: Only includes transactions where both UnitCost and ExtensionAmt fields are greater than zero.*

Netlist, Inc. v. Samsung Electronics Co.

**Samsung Prices Over Time**
**Exhibit 7**

Price for M393A4K40BB1-CRC
32GB 2RX4 PC4-2400T-RA1-11-DC0 (Samsung Resale)
Price Per Unit
$350
$300
$250
$200
$150
$100
$50
$0
Jan-16
Aug-16
Mar-17
Sep-17
Apr-18
Oct-18
May-19
Dec-19
Jun-20
Invoice Date
Reseller
Samsung

*Sources: Akemann Netlist Exhibits - 2021-08-23.xlsx, tabs "NL118917 - Reseller Invoices" and "NL117869 - samsung invoices"; Tedesco Report, Exhibit 1*
*Note: Only includes transactions where both UnitCost and ExtensionAmt fields are greater than zero.*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.
Page 3 of 4
Ex 2
8

**Samsung Prices Over Time**

**Exhibit 7**

*Sources: Akemann Netlist Exhibits - 2021-08-23.xlsx, tabs "NL118917 - Reseller Invoices" and "NL117869 - samsung invoices"; Tedesco Report, Exhibit 1*

*Note: Only includes transactions where both UnitCost and ExtensionAmt fields are greater than zero.*