EKWAN E. RHOW (SB 174604)
erhow@birdmarella.com
MARC E. MASTERS (SB 208375)
mmasters@birdmarella.com
DAVID I. HURWITZ (SB 174632)
dhurwitz@birdmarella.com
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

MARC F. FEINSTEIN (SB 158901)
mfeinstein@omm.com
JOSEPH R. O'CONNOR (SB 274421)
joconnor@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

MICHAEL G. YODER (SB 83059)
myoder@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant Samsung Electronics Co., Ltd.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION IN LIMINE NO. 1 TO EXCLUDE OPINION TESTIMONY OF DR. MICHAEL AKEMANN**<br><br>[Filed Concurrently with Motion in Limine No. 1 and Declaration of David Hurwitz]<br><br>Date:   November 15, 2021<br>Time:   2:00 pm<br>Crtrm.: 7C<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

1  This matter came before the Court on the motion of Defendant Samsung
2  Electronics Co. Ltd. ("Samsung") Motion in Limine No. 1 to Exclude the Testimony
3  and Report of Netlist's Expert Dr. Michael Akemann.
4  Having considered the papers filed in support of and in opposition to the
5  Motion, the authorities submitted by counsel, the oral argument of counsel, and the
6  pleadings on file in this case, and good cause appearing,
7  IT IS HEREBY ORDERED:
8  1. The Motion is GRANTED.
9  2. Dr. Michael Akemann may not testify at trial and Netlist may not offer his
10 Report into evidence.

IT IS SO ORDERED

DATED: _____, 2021

_____
Honorable Mark C. Scarsi
United States District Judge