| | |
|---|---|
| EKWAN E. RHOW (SB 174604) | MARC F. FEINSTEIN (SB 158901) |
| erhow@birdmarella.com | mfeinstein@omm.com |
| MARC E. MASTERS (SB 208375) | JOSEPH R. O'CONNOR (SB 274421) |
| mmasters@birdmarella.com | joconnor@omm.com |
| DAVID I. HURWITZ (SB 174632) | O'MELVENY & MYERS LLP |
| dhurwitz@birdmarella.com | 400 South Hope Street, 18th Floor |
| BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C. | Los Angeles, California 90071 |
| 1875 Century Park East, 23rd Floor | Telephone:  (213) 430-6000 |
| Los Angeles, California 90067-2561 | Facsimile:   (213) 430-6407 |
| Telephone: (310) 201-2100 | |
| Facsimile: (310) 201-2110 | |

MICHAEL G. YODER (SB 83059)
myoder@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>         Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DECLARATION OF DAVID HURWITZ IN SUPPORT OF SAMSUNG'S MOTION IN LIMINE NO. 2**<br><br>Filed Concurrently with Motion in Limine No. 2 regarding Consequential Damages<br><br>Date:    November 15, 2021<br>Time:    2:00 pm<br>Crtrm.:   7C<br><br>Assigned to Hon. Mark C. Scarsi |

3757227.2

## **DECLARATION OF DAVID I. HURWITZ**

I, David I. Hurwitz, declare as follows:

1. I am an active member of the Bar of the State of California and an attorney with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, a professional corporation, attorneys of record for Defendant Samsung Electronics Co. Ltd. ("Samsung") in this action. I make this declaration in support of Defendant's Motion in Limine No. 2 to Exclude the Testimony and Report of Netlist's Expert Dr. Michael Akemann. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. Pursuant to section LR 7-3, on October 11, 2021, I met and conferred via telephone with Raymond LaMagna and Timothy Best, counsel for Plaintiff, concerning the various motions in limine contemplated by both parties. Defendant's counsel Marc Masters, Marc Feinstein, and Joseph O'Connor also participated in the meet and confer.

3. During the October 11 meet and confer, I identified the substance of the then contemplated motions to challenge the consequential damage opinions of Netlist's expert Larry Tedesco as to Netlist's alleged lost profits, and the lay opinion of Gail Sasaki as to the alleged damages suffered by Netlist as a result of sales of its own stock. At the time of the October 11 meet and confer, Netlist's claim for consequential damages was still in the case.

4. On October 14, 2021, the Court entered its Order granting in part and denying in part Plaintiff's and Defendant's motions for partial summary judgment, including granting Defendant's motion for partial summary judgment on Plaintiff's claim for consequential damages.

5. On October 18, 2021, four days after receipt of the Court's order and seven days before the motion in limine was due, I wrote to Plaintiff's counsel to inform them that Defendant would also seek to preclude Plaintiff's expert Michael

Akemann from offering testimony about consequential damages, including both lost profits and Plaintiff's expenses in seeking a tax refund from the Korean National Tax Service.

6. After Plaintiff's counsel objected on October 19, 2021, I wrote to Plaintiff's counsel, informed them that Samsung would move to exclude evidence of consequential damages from Dr. Akemann and any other witness, and offered to meet and confer further. Plaintiff's counsel did not reply to my email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on October 25, 2021, at Los Angeles, California.

*/s/ David I. Hurwitz*
David I. Hurwitz