| | |
|---|---|
| EKWAN E. RHOW (SB 174604) | MARC F. FEINSTEIN (SB 158901) |
| erhow@birdmarella.com | mfeinstein@omm.com |
| MARC E. MASTERS (SB 208375) | JOSEPH R. O'CONNOR (SB 274421) |
| mmasters@birdmarella.com | joconnor@omm.com |
| DAVID I. HURWITZ (SB 174632) | O'MELVENY & MYERS LLP |
| dhurwitz@birdmarella.com | 400 South Hope Street, 18th Floor |
| BIRD, MARELLA, BOXER, | Los Angeles, California 90071 |
| WOLPERT, NESSIM, DROOKS, | Telephone: (213) 430-6000 |
| LINCENBERG & RHOW, P.C. | Facsimile: (213) 430-6407 |
| 1875 Century Park East, 23rd Floor | |
| Los Angeles, California 90067-2561 | |
| Telephone: (310) 201-2100 | |
| Facsimile: (310) 201-2110 | |

MICHAEL G. YODER (SB 83059)
myoder@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant Samsung Electronics Co., Ltd.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DECLARATION OF JONG-MIN CHOI IN SUPPORT OF DEFENDANT SAMSUNG ELECTRONICS CO. LTD.'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE REFERENCES AND EVIDENCE CONCERNING UNRELATED PROCEEDINGS AGAINST SAMSUNG-AFFILIATED INDIVIDUALS**<br><br>Date:  November 15, 2021<br>Time:  2:00 p.m.<br>Crtrm.:  7C<br>Assigned to Hon. Mark C. Scarsi |

3757442.1

DECLARATION OF JONG-MIN CHOI IN SUPPORT OF DEFENDANT SAMSUNG ELECTRONICS CO. LTD.'S MOTION IN LIMINE NO. 3

# DECLARATION OF JONG-MIN CHOI

I, Jong-min Choi, declare as follows:

1. I am an active member of the Bar of the State of California and an Associate with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Defendant Samsung Electronics Co., Ltd. ("Samsung") in this action. I make this declaration in support of Defendant Samsung Electronics Co. Ltd.'s Motion *In Limine* to Exclude References to Criminal Proceedings Against Samsung-affiliated Individuals. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. On September 19, 2021, I attended and defended the deposition of Mr. Seung-Soon Lim. Plaintiff's counsel attempted to elicit testimony from Mr. Lim at this deposition concerning Korean criminal investigations and proceedings against a Samsung executive.

3. On October 11, 2021, I participated in a conference call with Plaintiff's counsel. Defendant's counsel asked Plaintiff to stipulate that Plaintiff will not introduce evidence regarding criminal charges against officers, directors, and/or employees of Samsung and/or its related entities. Plaintiff's counsel declined to so stipulate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on October 25, 2021, at Los Angeles, California.

*/s/ Jong-min Choi*
Jong-min Choi

3757442.1

1

DECLARATION OF JONG-MIN CHOI IN SUPPORT OF DEFENDANT SAMSUNG ELECTRONICS CO. LTD.'S MOTION IN LIMINE NO. 3