| | |
|---|---|
| EKWAN E. RHOW (SB 174604) | MARC F. FEINSTEIN (SB 158901) |
| erhow@birdmarella.com | mfeinstein@omm.com |
| MARC E. MASTERS (SB 208375) | JOSEPH R. O'CONNOR (SB 274421) |
| mmasters@birdmarella.com | joconnor@omm.com |
| DAVID I. HURWITZ (SB 174632) | O'MELVENY & MYERS LLP |
| dhurwitz@birdmarella.com | 400 South Hope Street, 18th Floor |
| BIRD, MARELLA, BOXER, | Los Angeles, California 90071 |
| WOLPERT, NESSIM, DROOKS, | Telephone: (213) 430-6000 |
| LINCENBERG & RHOW, P.C. | Facsimile: (213) 430-6407 |
| 1875 Century Park East, 23rd Floor | |
| Los Angeles, California 90067-2561 | |
| Telephone: (310) 201-2100 | |
| Facsimile: (310) 201-2110 | |

MICHAEL G. YODER (SB 83059)
myoder@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant
Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**[PROPOSED] ORDER**<br><br>[Filed Concurrently with Defendant Samsung Electronics Co. Ltd.'s Motion *In Limine* No. 3 to Exclude References And Evidence Concerning Unrelated Proceedings Against Samsung-Affiliated Individuals, and Declaration of Jong-min Choi]<br><br>Date:   November 15, 2021<br>Time:   2:00 p.m.<br>Crtrm.: 7C<br>Assigned to Hon. Mark C. Scarsi |

3757352.1

[PROPOSED] ORDER ON SAMSUNG'S MIL NO. 3

This matter came before the Court on the motion of Defendant Samsung Electronics Co. Ltd. ("Samsung") Motion in Limine No. 3 regarding references and evidence concerning unrelated proceedings against Samsung-affiliated individuals.

Having considered the papers filed in support of and in opposition to the Motion, the authorities submitted by counsel, the oral argument of counsel, and the pleadings on file in this case, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Motion is GRANTED.

2. Netlist may not offer evidence or testimony, or make references, regarding any criminal proceedings and investigations concerning Samsung-affiliated individuals not testifying in this action.

IT IS SO ORDERED

DATED: _____, 2021

_____
Honorable Mark C. Scarsi
United States District Judge