| | |
|---|---|
| EKWAN E. RHOW (SB 174604) | MARC F. FEINSTEIN (SB 158901) |
| erhow@birdmarella.com | mfeinstein@omm.com |
| MARC E. MASTERS (SB 208375) | JOSEPH R. O'CONNOR (SB 274421) |
| mmasters@birdmarella.com | joconnor@omm.com |
| DAVID I. HURWITZ (SB 174632) | O'MELVENY & MYERS LLP |
| dhurwitz@birdmarella.com | 400 South Hope Street, 18th Floor |
| BIRD, MARELLA, BOXER, | Los Angeles, California 90071 |
| WOLPERT, NESSIM, DROOKS, | Telephone: (213) 430-6000 |
| LINCENBERG & RHOW, P.C. | Facsimile: (213) 430-6407 |
| 1875 Century Park East, 23rd Floor | |
| Los Angeles, California 90067-2561 | |
| Telephone: (310) 201-2100 | |
| Facsimile: (310) 201-2110 | |

MICHAEL G. YODER (SB 83059)
myoder@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DEFENDANT SAMSUNG ELECTRONIC CO., LTD.'S WITNESS LIST**<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

3756682.1

DEFENDANT SAMSUNG ELECTRONIC CO., LTD.'S WITNESS LIST

Defendant Samsung Electronics Co., Ltd. ("Samsung") hereby submits its Witness List of individuals who may be called to testify at the trial in this matter.

*Indicates that witness will be called only if the need arises.

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Chun Ki "Chuck" Hong c/o Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 | Netlist's alleged damages as a result of lack of supply and tax withholding / Netlist's CEO, directed Netlist's operations involving Samsung | | 0.5 | [To be filled in during trial] |
| Paik Ki Hong c/o Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 | Netlist's alleged damages as a result of lack of supply / Supervised procurement of supplies | | 1.0 | [To be filled in during trial] |
| Gail Sasaki c/o Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 | Netlist's alleged damages and financials / Netlist's CFO, certified company financials and signed off on tax withholding | | 0.5 | [To be filled in during trial] |
| Jibum Kim* c/o Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 | Samsung's cooperation with tax refund / Directly communicated with Samsung regarding tax withholding and | | 0.5 | [To be filled in during trial] |

| | | | | |
|---|---|---|---|---|
| | | refund issues | | | |
| Steven Yu<br>c/o Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 | Netlist's alleged damages as a result of lack of supply / Carried out day-to-day procurement of supplies | | 0.75 | [To be filled in during trial] |
| Raymond Jiang<br>c/o Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 | Netlist's alleged damages as a result of lack of supply / Carried out day-to-day procurement of supplies | | 0.5 | By deposition designation |
| Byungwook Kam*<br>c/o Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 | Netlist's designated expert on tax issues | | 1 | [To be filled in during trial] |
| Mike Akemann*<br>c/o Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 | Netlist's designated expert on cover damages | | 1.5 | [To be filled in during trial] |
| Hyeok-Sang ("Harrison") Yoo<br>c/o Bird Marella,1875 Century Park E., Los Angeles, CA 90067 | Rebuttal to Netlist's alleged damages as a result of lack of supply / Samsung's 30(b)(6) witness on the issue of supply | 1.25 | | [To be filled in during trial] |
| Hyunki Ji<br>c/o Bird Marella,1875 Century Park E., Los Angeles, CA 90067 | Rebuttal to Netlist's alleged damages as a result of lack of supply / | 0.5 | | By deposition designation (but may be called live) |

| | | | | | |
|---|---|---|---|---|---|
| | | Witnessed supply terms negotiation | | | |
| | Indong Kim<br>c/o Bird Marella,1875 Century Park E., Los Angeles, CA 90067 | Rebuttal to Netlist's alleged damages as a result of lack of supply / Witnessed supply terms negotiation | 0.5 | | By deposition designation (but may be called live) |
| | Byungyeop Jeon<br>c/o Bird Marella,1875 Century Park E., Los Angeles, CA 90067 | Rebuttal to Netlist's alleged damages as a result of lack of supply and failure to cooperate with tax refund / Samsung's 30(b)(6) witness, directly communicated with Netlist on the tax issue | 0.5 | | By deposition designation |
| | Hojung Kim<br>c/o Bird Marella,1875 Century Park E., Los Angeles, CA 90067 | Rebuttal to Netlist's alleged damages as a result of lack of supply and failure to cooperate with tax refund / Witnessed supply terms negotiation and directly communicated with Netlist on the tax issue | 0.5 | | By deposition designation |
| | Lane Kim<br>c/o Bird Marella,1875 Century Park E., Los Angeles, CA 90067 | Rebuttal to Netlist's alleged damages as a result of lack of supply / Involved in Samsung's | 0.5 | | By deposition designation (but may be called live) |

| | | | | |
|---|---|---|---|---|
| | communications regarding supply | | | |
| Neal Knuth*<br>c/o Bird Marella, 1875 Century Park E., Los Angeles, CA 90067 | Rebuttal to Netlist's alleged damages as a result of lack of supply / Directly communicated with Netlist regarding supply | 0.75 | | [To be filled in during trial] |
| Steve Metz<br>c/o Bird Marella, 1875 Century Park E., Los Angeles, CA 90067 | Rebuttal to Netlist's alleged damages as a result of lack of supply / Directly communicated with Netlist regarding supply, supervised Neal Knuth | 0.5 | | By deposition designation |
| Seung Soon Lim<br>c/o Bird Marella, 1875 Century Park E., Los Angeles, CA 90067 | Samsung's rebuttal expert on tax issues | 1.0 | | [To be filled in during trial] |
| Douglas Kidder<br>c/o Bird Marella, 1875 Century Park E., Los Angeles, CA 90067 | Samsung's rebuttal expert on cover damages | 1.0 | | [To be filled in during trial] |
| Joseph McAlexander<br>c/o Bird Marella, 1875 Century Park E., Los Angeles, CA 90067 | Samsung's designated expert on custom and practice | 0.75 | | [To be filled in during trial] |

Samsung reserves the right to call any additional witnesses as allowed by the Federal Rules of Civil Procedure and Local Rules.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED:  October 25, 2021 | Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. |
| 2 | | |
| 3 | | O'Melveny & Myers LLP |

By: _____*/s/ Ekwan E. Rhow*_____
    Ekwan E. Rhow
  Attorneys for Defendant Samsung
  Electronics Co., Ltd.