| | |
|---|---|
| JASON C. LO, SBN 219030<br>  jlo@gibsondunn.com<br>MATTHEW BENJAMIN (pro hac vice)<br>  mbenjamin@gibsondunn.com<br>RAYMOND A. LAMAGNA, SBN 244821<br>  rlamagna@gibsondunn.com<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Attorneys for Plaintiff Netlist Inc. | EKWAN E. RHOW, SBN 174604<br>  erhow@birdmarella.com<br>MARC E. MASTERS, SBN 208375<br>  mmasters@birdmarella.com<br>DAVID I. HURWITZ, SBN 174632<br>  dhurwitz@birdmarella.com<br>JOYCE J. CHOI, SBN 256165<br>  jchoi@birdmarella.com<br>KATE S. SHIN, SBN 279867<br>  kshin@birdmarella.com<br>CHRISTOPHER J. LEE, SBN 322140<br>  clee@birdmarella.com<br>JONG-MIN CHOI, SBN 329474<br>  jmchoi@birdmarella.com<br><br>BIRD, MARELLA, BOXER,<br>WOLPERT, NESSIM, DROOKS,<br>LINCENBERG & RHOW, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Telephone: 310.201.2100<br>Facsimile: 310.201.2110<br><br>Attorneys for Defendant Samsung Electronics Co., Ltd. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>             Defendant. | **CASE NO. 8:20-cv-993-MCS (ADS)**<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>Before Judge Mark C. Scarsi<br><br>**Final Pretrial Conference:**<br>Date:   November 15, 2021<br>Time:   2 p.m. PT<br><br>**Trial:**<br>Date:   November 30, 2021<br>Time:   8:30 a.m. PT |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

Pursuant to the Court's Order Re: Jury Trial (Dkt. No. 41), Plaintiff Netlist Inc. and Defendant Samsung Electronics Co., Ltd. (collectively the "Parties") submit this joint status report regarding settlement.

On September 28, 2021, the Parties attended private mediation with the Hon. Suzanne Segal (Ret.), a respected mediator with Signature Solution. The case did not settle. As of the filing of the instant Joint Status Report, the Parties have not been able to negotiate a resolution of the action.

Dated: October 25, 2021

                                      GIBSON, DUNN & CRUTCHER LLP

                                      By: */s/ Jason C. Lo*
                                           Jason C. Lo
                                           333 South Grand Avenue
                                           Los Angeles, CA 90071
                                           213.229.7000
                                           jlo@gibsondunn.com

                                      Attorneys for Plaintiff Netlist Inc.

Dated: October 25, 2021

                                      BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

                                      By: */s/ Ekwan E. Rhow*
                                      Ekwan E. Rhow
                                      1875 Century Park East, 23rd Floor
                                      Los Angeles, California 90067-2561
                                      310.201.2100

                                      Attorneys for Defendant Samsung Electronics Co., Ltd.

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  October 25, 2021          By:  */s/ Raymond A. LaMagna*
                                        Raymond A. LaMagna