JASON C. LO, SBN 219030
    jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
    mbenjamin@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
    rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

JASON SHEASBY, SBN 205455
    jsheasby@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>     Defendant. | CASE NO. 8:20-cv-993-MCS (ADS)<br><br>**NETLIST INC.'S WITNESS LIST**<br><br>Trial Date:  November 30, 2021<br><br>Final Pre-Trial Conference: November 15, 2021<br><br>Judge: Hon. Mark C. Scarsi |

| Witness | Summary of Testimony/ Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| **Mike Akemann** <br><br> **c/o Gibson, Dunn & Crutcher LLP** | Economist; expert testimony concerning damages Netlist suffered due to Samsung's breaches of the JDLA | 2.0 | | |
| **C.K. Hong** <br><br> **c/o Gibson, Dunn & Crutcher LLP** | Netlist CEO; Netlist background; damages associated with Samsung's breaches of the JDLA | 1.0 | | |
| **Paik Ki Hong** <br><br> **c/o Gibson, Dunn & Crutcher LLP** | Netlist VP of Operations; damages associated with Samsung's breaches of the JDLA | 0.75 | | |
| **Raymond Jiang** <br><br> **[by deposition only]** <br><br> **c/o Gibson, Dunn & Crutcher LLP** | Former Netlist Commodity Manager; damages associated with Samsung's breaches of the JDLA | 0.5 | | |
| **Byungwook Kam** <br><br> **c/o Gibson, Dunn & Crutcher LLP** | Expert on Korean tax law; expert testimony concerning Samsung's failure to cooperate with Netlist's attempt to obtain refund of money withheld as taxes | 1.0 | | |
| **Ji Bum Kim** <br><br> **c/o Gibson, Dunn & Crutcher LLP** | Former Netlist VP of Sales and Marketing; Samsung's failure to cooperate with Netlist's attempt to obtain refund of money withheld as taxes; damages associated with Samsung's breaches of the JDLA | 1.0 | | |

| Witness | Summary of Testimony/ Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---------|--------------------------------------------|------------------------------|-----------------------------|--------------------|
| **Neal Knuth**<br><br>**c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow P.C.** | Samsung sales representative for Netlist; damages associated with Samsung's breach of supply obligations of the JDLA | 1.00 | | |
| **Gail Sasaki**<br><br>**c/o Gibson, Dunn & Crutcher LLP** | Netlist CFO; Samsung's failure to cooperate with Netlist's attempt to obtain refund of money withheld as taxes; damages associated with Samsung's breaches of the JDLA | 0.75 | | |
| **Steven Yu**<br><br>**c/o Gibson, Dunn & Crutcher LLP** | Netlist Commodity Manager; damages associated with Samsung's breaches of the JDLA | 0.5 | | |

The witnesses below will only be called if the need arises:

| Witness | Summary of Testimony/ Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---------|--------------------------------------------|------------------------------|-----------------------------|--------------------|
| **\*Kyuhan Han**<br><br>**[by deposition]**<br><br>**c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow P.C.** | VP of Device Solutions; damages associated with Samsung's breach of supply obligations of the JDLA | 0.5 | | |

| Witness | Summary of Testimony/ Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---------|--------------------------------------------|------------------------------|------------------------------|--------------------|
| **\*Byung Yeop Jeon**<br><br>**c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow P.C.** | Senior Professional; damages associated with Samsung's breach of supply obligations of the JDLA | 0.5 | | |
| **\*Hyun Ki Ji**<br><br>**c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow P.C.** | Senior VP Samsung memory division; damages associated with Samsung's breach of supply obligations of the JDLA | 0.5 | | |
| **\*Ho-Jung Kim**<br><br>**[by deposition]**<br><br>**c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow P.C.** | Senior Professional; damages associated with Samsung's breach of supply obligations of the JDLA | 0.5 | | |
| **\*Indong Kim**<br><br>**c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow P.C.** | Principal Engineer; damages associated with Samsung's breach of supply obligations of the JDLA | 0.5 | | |

| Witness | Summary of Testimony/ Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| **\*Kihoon Kim** **[by deposition]** **c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow P.C.** | Dispatcher; damages associated with Samsung's breach of supply obligations of the JDLA | 0.75 | | |
| **\*Steven Metz** **[by deposition]** **c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow P.C.** | Former VP of Sales; damages associated with Samsung's breach of supply obligations of the JDLA | 0.5 | | |
| **\*Harrison Yoo** **c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow P.C.** | Director of Memory Sales; damages associated with Samsung's breach of supply obligations of the JDLA | 0.75 | | |

Netlist also reserves the right to call any witness identified on Samsung's witness list and any witness, whether or not on the parties' witness lists, necessary to rebut evidence or testimony presented by Samsung.

1    Dated: October 25, 2021       GIBSON, DUNN & CRUTCHER LLP

2                    By: */s/ Jason C. Lo*

3                    Jason C. Lo
                      333 South Grand Avenue

4                    Los Angeles, CA 90071
                      213.229.7000

5                    jlo@gibsondunn.com

6

7                    Attorneys for Plaintiff Netlist Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28