| | |
|---|---|
| JASON C. LO, SBN 219030<br>jlo@gibsondunn.com<br>MATTHEW BENJAMIN (*pro hac vice*)<br>mbenjamin@gibsondunn.com<br>RAYMOND A. LAMAGNA, SBN 244821<br>rlamagna@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone:  213.229.7000<br>Facsimile:   213.229.7520 | JASON SHEASBY, SBN 205455<br>jsheasby@irell.com<br>IRELL & MANELLA LLP<br>1800 Ave. of the Stars<br>Los Angeles, CA 90067<br>Telephone: 310.203.7096<br>Facsimile: 310.203.7199 |

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>                    Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF NETLIST INC.'S MOTIONS IN LIMINE**<br><br>Action Filed:  May 28, 2020<br>Trial Date:  November 30, 2021<br><br>Hon. Mark C. Scarsi |

# DECLARATION OF RAYMOND A. LAMAGNA

I, Raymond A. LaMagna, declare:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP licensed to practice in the State of California and before this Court. I represent Plaintiff Netlist Inc. ("Netlist") in the above-captioned matter. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. Attached hereto as **Exhibit A** is the Expert Report of Joseph C. McAlexander III regarding "Custom and Practice in the Memory Industry," dated August 23, 2021.

3. Attached hereto as **Exhibit B** are excerpts from the deposition of Joseph C. McAlexander, taken on September 14, 2021.

4. Attached hereto as **Exhibit C** are excerpts from Samsung's Second Supplemental Responses to Plaintiff Netlist Inc.'s Second Set of Interrogatories to Defendant Samsung Electronics Co., Ltd., dated August 16, 2021.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that I executed this declaration on the 25th of October, 2021, in Los Angeles, California.

Dated: October 25, 2021                     By:

                                            _____
                                            Raymond A. LaMagna