UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>                    Defendant. | CASE NO. 8:20-cv-993-MCS (ADS)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF NETLIST INC.'S MOTIONS IN LIMINE** |

The Court, having reviewed and fully considered Plaintiff Netlist Inc.'s Motions *in Limine*, all of the written papers and arguments submitted by the parties, the Court's records and files on this action, and the oral arguments of the parties' counsel, HEREBY ORDERS that Plaintiff's Motions are GRANTED.

1.    Defendant Samsung is precluded from any introducing any argument or evidence suggesting that Netlist terminated or desired to terminate the JDLA so it can sue for patent infringement or concerning collateral litigations or patent challenges between the parties.

2.    Defendant Samsung is precluded from introducing any argument or evidence that damages should be limited because of Netlist's credit worthiness, credit rating, or payment history with Samsung.

3.    Defendant Samsung is precluded from introducing any argument or evidence that damages should be limited because Samsung was prevented from performing because of the impossibility or impracticability of performance.

4.    Defendant Samsung may not raise any argument or evidence that Samsung's sales practices with Netlist before or after the JDLA should limit damages during the JDLA.

5.    Defendant Samsung is precluded from introducing the testimony of Mr. Joseph McAlexander.

IT IS SO ORDERED.

Dated: _____, 2021

_____
Hon. Mark C. Scarsi
United States District Judge

1