JASON C. LO, SBN 219030
  jlo@gibsondunn.com
MATTHEW BENJAMIN (pro hac vice)
  mbenjamin@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
  rlamagna@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

Attorneys for Plaintiff Netlist Inc.

EKWAN E. RHOW, SBN 174604
  erhow@birdmarella.com
MARC E. MASTERS, SBN 208375
  mmasters@birdmarella.com
DAVID I. HURWITZ, SBN 174632
  dhurwitz@birdmarella.com
JOYCE J. CHOI, SBN 256165
  jchoi@birdmarella.com
KATE S. SHIN, SBN 279867
  kshin@birdmarella.com
CHRISTOPHER J. LEE, SBN 322140
  clee@birdmarella.com
JONG-MIN CHOI, SBN 329474
  jmchoi@birdmarella.com

BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone:   310.201.2100
Facsimile:    310.201.2110

Attorneys for Defendant Samsung Electronics Co., Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>　　　　　Defendant. | **CASE NO. 8:20-cv-993-MCS (ADS)**<br><br>**JOINT TRIAL EXHIBIT LIST**<br><br>Before Judge Mark C. Scarsi<br><br>**Final Pretrial Conference:**<br>Date:　November 15, 2021<br>Time:　2 p.m. PT<br><br>**Trial:**<br>Date:　November 30, 2021<br>Time:　8:30 a.m. PT |

Pursuant to the Court's Order Re: Jury Trial (Dkt. No. 41), Plaintiff Netlist Inc. and Defendant Samsung Electronics Co., Ltd. (collectively the "Parties") submit their joint trial exhibit list, attached hereto as **Exhibit A**.

The parties have used the following codes to indicate their objections:

| Code | Definition |
|---|---|
| 401 | Not relevant (Fed. R. Evid. 401 & 402). |
| 403 | Probative value is substantially outweighed by the risk of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, and/or needlessly presenting cumulative evidence (Fed. R. Evid. 403). |
| 901 | Not properly authenticated (Fed. R. Evid. 901). |
| 1006 | Improper summary, chart, or calculation (Fed. R. Evid. 1006). |
| HS | Inadmissible hearsay, including multiple hearsay (Fed. R. Evid. 801-805). |
| IL | Illegible. |
| INC | Testimony or exhibit is incomplete (e.g., designation cuts off part of the question/answer or omits relevant context, exhibit is missing content/pages). |

Dated:  October 25, 2021

GIBSON, DUNN & CRUTCHER LLP


By: */s/ Jason C. Lo*
Jason C. Lo
333 South Grand Avenue
Los Angeles, CA 90071
213.229.7000
jlo@gibsondunn.com

Attorneys for Plaintiff Netlist Inc.

1  Dated: October 25, 2021

                                            BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By: *Ekwan E. Rhow*
Ekwan E. Rhow
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
310.201.2100

Attorneys for Defendant Samsung Electronics Co., Ltd.

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 25, 2021    By:  */s/ Raymond A. LaMagna*

                                                             Raymond A. LaMagna