1      UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3         HONORABLE MARK C. SCARSI

4     UNITED STATES DISTRICT JUDGE PRESIDING

5             - - -

6
Netlist, Inc.,                    )
7                   PLAINTIFF,     )
                                   )
8    VS.                           )   NO. CV 20-993 MCS
                                   )
9    Samsung Electronics Co., Ltd.,    )
                    DEFENDANT,     )
10   _____)

11

12

13      REPORTER'S TRANSCRIPT OF PROCEEDINGS

14         LOS ANGELES, CALIFORNIA

15        MONDAY, SEPTEMBER 20, 2021

16

17

18    _____

19        KATIE E. THIBODEAUX, CSR 9858
          U.S. Official Court Reporter
20             Suite 4311
           350 West 1st Street
21         Los Angeles, CA  90012

22

23

24

25

```
 1 │ APPEARANCES OF COUNSEL:
   │
 2 │
   │
 3 │ FOR PLAINTIFF:
   │
 4 │
   │
 5 │ GIBSON, DUNN & CRUTCHER LLP
   │ BY:  JASON LO
 6 │ -and- RAYMOND LA MAGNA
   │ 333 South Grand Avenue
 7 │ Los Angeles, CA  90071
   │
 8 │
   │
 9 │ FOR DEFENDANT:
   │
10 │
   │
11 │ BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG RHOW PC
   │ BY:  EKWAN E. RHOW
12 │ -and- MARC MASTERS
   │ 1875 Century Park East
13 │ Twenty-Third Floor
   │ Los Angeles, CA 90067
14 │
   │
15 │
   │
16 │
   │
17 │
   │
18 │
   │
19 │
   │
20 │
   │
21 │
   │
22 │
   │
23 │
   │
24 │
   │
25 │
```

```
 1        LOS ANGELES, CALIFORNIA; MONDAY, SEPTEMBER 20, 2021

 2                          9:05 A.M.

 3                          - - - - -

 4

 5

 6

 7

 8        THE CLERK:  Calling Item No. 1, SA 20-993 Netlist,

 9   Inc. versus Samsung Electronics, LTD.

10             Counsel, state your appearances, please.

11        MR. LO:  Good morning, your Honor.  Jason Lo from

12   Gibson, Dunn and Crutcher and Ray La Magna also from

13   Gibson, Dunn and Crutcher on behalf of the plaintiff

14   Netlist, and also in the courtroom today is three

15   representatives from Netlist:  Gale Sasaki, S-A-S-A-K-I

16   Blake Welcher, W-E-L-C-H-E-R, and Tobin Hobbs, H-O-B-B-S.

17        THE COURT:  Good morning.

18        MR. RHOW:  Good morning, your Honor.  Ekwan Rhow

19   and Marc Masters on behalf of Samsung.

20        THE COURT:  Good morning.  Okay.  Well, we have

21   been through the papers.  We are on cross motions for

22   summary judgment, and I have got a few questions for the

23   parties.

24             Let me start with Samsung.  So if you want to

25   come up.
```

1          So we are dealing with a contract here under

2   New York law; right?

3          MR. RHOW:  Correct, your Honor.

4          THE COURT:  And as I understand New York law, the

5   Court needs to determine whether or not the contract

6   provision is ambiguous without the aid of extrinsic

7   evidence; right?

8          MR. RHOW:  I think that is the initial -- the

9   initial inquiry, and to the extent your Honor believes

10  there is an ambiguity, then it is possible to look at

11  extrinsic evidence.

12         THE COURT:  So let me ask you then.  So in looking

13  at the supply term here, the supply provision, which part

14  of that is ambiguous just looking at the four corners of

15  the contract itself?

16         MR. RHOW:  Well, first, I think we would contend

17  that it is not ambiguous but that given the four corners

18  of the contract and this was a joint development contract

19  of an NVDIMM new standard product, that 6.2 read in the

20  context of 6, 1 read in the context of the headings and

21  the overall purpose of the agreement as set forth in the

22  preambles and the four corners of the document would

23  indicate that 6.2 is a supply obligation only as to the

24  NVDIMM joint development which never materialized.

25         THE COURT:  And what is the best evidence from the

1    contract that that supply provision was only for the

2    NVDIMM project?

3         MR. RHOW:  I think when you look at -- I think the

4    case law also indicates when you look at individual

5    sections in isolation, that probably doesn't give you a

6    view and a scope of the entire contract.  So when you

7    look at the preambles to the agreement.  The preambles

8    talk about specifically the notion of joint development

9    and if you look at the second "whereas," for example, it

10   says, the parties intend to work together to jointly

11   development an interface and associated technologies for

12   certain memory modules and promote such interface to

13   standard setting organizations.

14        That is the only "whereas" provision, and that

15   is the preamble to the entire contract.  If you look at

16   even just the headings to the contract and just take

17   those headings without anything else, you can see that

18   that is consistent with the preamble:  Section 1, of

19   course, is definition; section 2, though, is

20   collaborative development work.  That is in connection

21   with the NVDIMM product.  3 is development costs in

22   connection with the NVDIMM product.  Section 4 is IPR

23   ownership in connection, again, with the NVDIMM product

24   and so on and so forth.

25        So each section in that agreement applies when

 1   read as a whole to this NVDIMM game-changing product

 2   which was the whole reason that Netlist presented it to

 3   get Samsung's attention, to get more love from Samsung

 4   for lack of a better phrase so that there could be a

 5   joint development that could justify supply in the

 6   future, a joint development, of course, that never

 7   materialized.

 8        THE COURT:  Right.  But there is nothing in the

 9   contract that says that the supply is only for -- in the

10   specific language of the contract, it just says in 6.2,

11   Samsung is required to supply NAND and DRAM products to

12   Netlist on Netlist's request at competitive price.  It

13   doesn't say in 6.2, right, that it is only for the NVDIMM

14   project?

15        MR. RHOW:  It does not say that there.  Your

16   Honor, your clerk said that I could ask, do you require

17   masks at the lecturn?

18        THE COURT:  It is up to you.  As long as you are

19   not right next to somebody and you feel comfortable.

20        MR. RHOW:  My glasses are starting to fog which is

21   a problem.

22        THE COURT:  I have the same problem.

23        MR. RHOW:  Well, 6.2 standing alone, it does not

24   mention NVDIMM, but, again, look at 6.1 which was in the

25   same section and you look at the purpose of 6.2 vis-a-vis

1   6.1, you look at references to raw materials and the

2   like.  When read as a whole, we believe the unambiguous

3   read of 6.2 is that it was designed to provide the raw

4   materials necessary for the NVDIMM product.  It is

5   undisputed that to make an NVDIMM product you need the

6   two sides of the equation that Netlist and Samsung

7   provided.

8           So, again, I am not moving into the extrinsic

9   evidence which I think is dispositive here but, just even

10  within the contract, we think it is unambiguous, read as

11  a whole, read within the four corners that the joint

12  development of the NVDIMM is what should modify and what

13  is the context in which 6.2 sits.

14      THE COURT:  So you would argue that 6.2 is not

15  ambiguous when it is read in the context of the whole

16  contract.  It is clear that 6.2 is only referring to DRAM

17  and NAND for the NVDIMM project?

18      MR. RHOW:  Correct.

19      THE COURT:  Let me ask you another question.

20  Samsung has a theory of nonperformance with respect to

21  Netlist, and I know Netlist indicated that this was first

22  raised in an amended interrogatory response sent the day

23  of the filing of the motion.

24          Did Samsung raise this theory of

25  nonperformance at the prefiling conference on the

1   motions?

2        MR. RHOW:  I can say it like this.  There was a

3   general denial of the breach of contract claim.  One of

4   the elements of the claim is performance.  The specifics

5   of that in terms of what you are referencing, I don't

6   know if those exact phrases were used, but, clearly, we

7   had a general denial that existed of the entire claim.

8   And one of the elements would be their performance.

9        THE COURT:  But did you discuss their performance

10  in the prefiling conference?

11       MR. RHOW:  I am looking at Mr. Masters just for

12  guidance.  I don't know if we specifically raised it.  I

13  can tell you the history of the document.  If you mind,

14  your Honor, if I confer?

15       THE COURT:  Sure.

16       (Counsel confer.)

17       MR. RHOW:  So I think during the prefiling

18  conference -- and I am taking this from Mr. Masters --

19  there were general discussions of the claim.  I don't

20  think either side went into specifics of the evidence or

21  all the evidence that would or would not support it.  In

22  terms of the timing, though, of the specifics of this,

23  this was raised in either the first or second deposition

24  that was taken of the Samsung employees.

25            But I have to stress the key facts on this

1    really came from the 30(b)(6) deposition of Mr. Hong's

2    brother who was the supply person most knowledgable from

3    Netlist.  And we didn't take that deposition frankly

4    until very late, but it was during that deposition that

5    we got a lot of the foundational evidence for that.

6             But, again, it was raised earlier in the

7    second overall deposition taken I think of Mr. Indong

8    Kim.  He raised it, and I am not casting any aspersions

9    when I say there was no follow-up from Netlist on that,

10   but when I deposed -- and a lot of the evidence you see,

11   your Honor, does come from those last two depositions,

12   all the extrinsic evidence SUF No. 32, all Mr. Chun

13   Hong's testimony.  I got 14 hours with them in the last

14   two days of the discovery cutoff, and a lot of this

15   evidence comes from that.

16            I obviously did not know that evidence prior

17   to that date, and I didn't know to what extent I could

18   use it in MSJ until I took that evidence.  And you see a

19   lot of it frankly in the MSJ papers.

20       THE COURT:  Okay.  What specific obligations of

21   the contract do you contend that Netlist did not perform

22   by abandoning the NVDIMM project?

23       MR. RHOW:  So I think because the fundamental

24   purpose of the agreement was to go forward with an

25   NVDIMM-P standard.  The evidence that they switched to a

1    different standard and did it with someone else would be

2    an abandonment of one of the core purposes behind the

3    contract.  That is our basis for nonperformance.

4             And so it really infects the entirety of the

5    contract, the preambles, all the various sections which

6    whether it is a direct contractual obligation or just

7    based on the concept of good faith and fair dealing, they

8    were supposed to partner with us on this game changing

9    NVDIMM-P standard, and, when they abandoned it for a

10   different NVDIMM concept with other folks out there, that

11   became -- that is the breach.  That is the nonperformance

12   at its core.

13        THE COURT:  And what is the specific -- what is

14   the specific provision in the contract?  Like, can you

15   point me to the provisions by section number of this was

16   a duty and obligation, and this was the breach.

17        MR. RHOW:  So I would first argue the preamble.

18   The second "whereas" preamble which talks about the

19   intent of the contract which is to jointly develop this

20   interface, and, then, in Section 2, there is a section on

21   collaborative development work.  And that is under

22   Section 2.1, and Section -- actually, all of Section 2.1

23   would cover that.

24        THE COURT:  Then, what are the specific

25   obligations in Section 2.1 that Netlist did not perform?

```
 1          MR. RHOW:  I think they did not follow through

 2    with the various product specifications and milestones

 3    and did not follow it to fruition.  So there are two

 4    phases to be clear.  There is an initial phase where you

 5    are working together to get initial approval for lack of

 6    a better term that then moves to a subsequent phase.

 7    They never finished that initial phase, and so we never

 8    got to the subsequent phase.

 9            And, your Honor, let me quickly add on Section

10    5, and this is when I went through before the various

11    sections of the agreement, all of this does relate to

12    joint development.  Section 5 is entitled Technology

13    Standardization and Productization.  And if you look at

14    Section 5.1, et al., it talks about working together.

15    The parties will work together to standardize the

16    NVDIMM-P product specifications.  And so that just didn't

17    happen.

18            And, by the way, I would note, your Honor, and

19    I am being open in saying that this is not in the record,

20    but the NVDIMM-P protocol just got approved in early 2021

21    by JITC.  So it was not an impossibility to finish that

22    standardization.  If Netlist had continued to do that,

23    had continued to work with us on that, that is something

24    that was achievable and by empirical evidence could have

25    been done and just was never done.
```

```
 1          It really was on them to do that because that
 2   NVDIMM-P, product side, that is going to be a product.
 3   We are supplying the raw materials for that, but we rely
 4   on them -- that is why we paid the $10 million, I'm
 5   sorry, the $8 million in NRE.  We are paying them to take
 6   that to fruition, take that to the end zone, and that did
 7   not happen.
 8          THE COURT:  I want to move on to claim 2 and talk
 9   about the NRE fee.  Samsung's argument, I think, here is
10   it acted reasonably in withholding part of the fee, and I
11   am wondering whether the reasonableness of Samsung's
12   conduct matters if it was -- if it was allowed to
13   withhold only if required by applicable law.
14          MR. RHOW:  So understanding a little bit about the
15   Korean tax system here, I think is important.  The
16   applicable law is, as with all courts of law, what the
17   judge or jury ultimately decides going into the dispute.
18   And so at the time that the amounts were withheld, I
19   think both sides -- and we have this from Ms. Sasaki's
20   own signing of the form which is in the papers -- both
21   sides reasonably believed that that tax should be -- that
22   amount should be withheld.
23          And so that conduct, I think, justifies what
24   Samsung did originally and also justifies what Samsung
25   did subsequently.  As to your specific question, first,
```

 1    when I read that section on applicable law, and I took a

 2    look at it last night, the the part -- the part that --

 3    the part that Netlist cites to is the second as required

 4    by applicable law or treaty, and I think at the time we

 5    withheld those amounts, we believed it was required by

 6    law to withhold those amounts.  It was only in a

 7    subsequent proceeding that it was determined that that

 8    amount should not have been withheld.  And so I do think

 9    the reasonableness of our conduct still plays here

10    because it is determined at the time we do the

11    withholding.

12            If it turns out that the amounts should be

13    returned, then, that is what happened here.  They get

14    returned in the normal process of the applicable law, and

15    the procedures that exist to rectify the issue.  But, in

16    terms of the facts and the events that lead to that

17    ultimate reimbursement, Samsung did follow the applicable

18    law as it believed it to exist, and, under that

19    applicable law, they did get a refund at the end of the

20    day.

21          THE COURT:  Right.  But I guess what I am

22    wondering about is it seems like it is either -- it is

23    either allowed to do it under the applicable law or not,

24    and I am wondering about what Samsung's belief is

25    matters.

1    MR. RHOW:  Well, I think at the time -- well,

2    first, I then think that what you have to interpret into

3    this provision to a certain extent is what I am saying is

4    at the time there can be a reasonable dispute as to what

5    the applicable law is.  It was not until later that it

6    was determined that that amount should be refunded.  But

7    at the time the withholding occurs, the applicable law as

8    we believe it to be required that withholding.

9        THE COURT:  Yes.  I guess so the argument is that

10   the contract provision of applicable law requires the

11   parties to come up with some interpretation of what the

12   applicable law is.

13       MR. RHOW:  I think that is true and applicable law

14   at that point does then consider and contemplate a

15   procedure as occurred here where one side or the other

16   can appeal.  I don't think that makes the original belief

17   by Samsung based on its interpretation of law

18   inappropriate or not based on the law.  Because, again, I

19   think Samsung and everyone understood there would be a

20   reimbursement procedure to the extent it was appropriate.

21   And, in this case, the Korean tax tribunal deemed it

22   appropriate so the applicable law was followed.

23       THE COURT:  And then on claim 3, you are making an

24   argument that Netlist waived the waiver provision;

25   correct?

```
 1          MR. RHOW:  I am, your Honor.

 2          THE COURT:  And what is the best evidence that

 3     shows that that was what -- that Netlist intended to

 4     waive the waiver provision?

 5          MR. RHOW:  So there is really two components to

 6     the argument.  First, we would argue -- and I admit there

 7     is going to be some tension here.  First, we would argue

 8     that there is no breach and, therefore, the fact that

 9     Netlist never complains is in itself evidence that there

10     is no breach.  Because when the amount of supply reduces

11     amid 2017, there is no lawsuit, there is no claim

12     asserted.  That is considered normal everyday business in

13     the semiconductor world, and there is no complaint about

14     that.

15              But based on the testimony, and now I am

16     going -- and a lot of this MSJ and I know that SUF was

17     very long, but a lot of it is based on testimony that we

18     got from the 30(b)(6) witnesses.  Based on that testimony

19     and what they said, they believed in 2017 there was a

20     massive breach.  We don't agree with that, obviously, but

21     that was their belief at the time.  They believed that

22     the amount of supply dropped, according to their

23     statements -- I don't think this is true -- to zero or

24     near zero.  And that was considered a complete abdication

25     of the core purposes of the agreement.  Again, that is
```

1    their testimony.

2            And so if you take their testimony, and, on

3    this MSJ, my whole goal was to use their testimony

4    frankly because that is the only place where a genuine

5    dispute can arise.  If you take their testimony in 2017,

6    they are on notice of a massive breach.  And they don't

7    do anything about it.  And so that is the waiver.  In

8    fact, they continued to submit purchase orders just as

9    they did before.

10           They continued to submit forecasts just as

11   they did before and they have continued to do that not

12   just through the termination of the contract but to the

13   present day.  They are still getting supply which, again,

14   tells me that this supply arrangement was outside the

15   four corners of the JDLA, and it is just a separate

16   relationship that exists or, number two, that there was a

17   waiver.

18           THE COURT:  I just want to go back to one thing

19   briefly, when we talked about the ambiguity of the

20   contract, we were looking at Section 6.2 which is the

21   supply provision.  You pointed me to some other sections

22   including 6.1 that mentions the NVDIMM project

23   specifically; right?

24           MR. RHOW:  Right.

25           THE COURT:  Doesn't the fact that it is mentioned

1   in 6.1 but not mentioned in 6.2 direct the Court to

2   construe 6.2 as not limited to the NVDIMM project?

3        MR. RHOW:  Again, in the context of joint

4   development, joint development being Samsung, joint

5   development being Netlist, there is two pieces that have

6   to match together to make an NVDIMM-P module work.

7             So Samsung is providing its components and

8   that is what Section 6 is entitled supply of components.

9   Components for what?  Components for the NVDIMM-P

10  product.  And Samsung is providing one aspect, one part

11  of those components and Netlist is providing the other

12  component part.  And that is undisputed that those two

13  needed to supply different aspects to make the joint

14  development work.

15            So when I looked at that second "whereas"

16  provision and I look at the headings, I can't -- like I

17  said, your Honor, I believe it is unambiguous that

18  Section 6.2 has to be limited to a joint development.

19  And here is where, your Honor, I just briefly want to

20  touch on the extrinsic evidence.  I know you are in the

21  four corners, but it is also consistent with the

22  negotiations leading up to the JDLA because if 6.2 is

23  construed as Netlist is saying, that would have been the

24  most important part of this contract by far.  It would

25  have outweighed anything else in the contract.

```
 1              It would have been not just a deal point, the
 2     deal point.  Yet it shows up nowhere in the MOU.  It
 3     shows up nowhere in the term sheets and Mr. Chun Hong
 4     admitted to all that.  He said, you are right, it doesn't
 5     show up in the documents, the very documents where the
 6     most important deal points should show up.
 7              So, if 6.2 is interpreted as Netlist is
 8     contending, it is the most important deal point in the
 9     entire contract, yet, based on Mr. Hong's own testimony,
10     it is the only deal point that is missing from all of the
11     negotiations including the MOU that formed the basis for
12     this.
13          THE COURT:  Thanks, counsel.
14              I have a few questions for Netlist's attorney.
15          MR. LO:  Yes, your Honor.
16          THE COURT:  So the claim we are talking about
17     here, the provision in 6.2 requires Samsung to supply
18     products at Netlist's request at a competitive price.
19     Given that the price and the quantity are both left to
20     kind of future negotiation, is that definite enough to
21     create a valid contract?  Because, normally, you have got
22     to have at least the quantity; right?
23          MR. LO:  No.  That is incorrect under New York
24     law, your Honor.  And, in fact, in our everyday lives, we
25     are surrounded by contracts that don't have definite
```

1    quantities.  I sign up for my utilities.  There is a set

2    rate for my water.  There is a set rate for my

3    electricity.  There is no quantity in terms of how much

4    electricity I must use, and there is no set rate -- there

5    is no set term in terms of how much water I have to use.

6    And the New York courts are consistent about that.

7            As long as it will ultimately be ascertainable

8    what quantities are at issue including by virtue of the

9    orders that are being placed.  That is what the contract

10   law requires.  It does not require a contract in advance

11   to state all of the quantities that will be purchased in

12   the future.

13           And, as I said, we are surrounded by contracts

14   every day that do not have quantity terms to them.

15       THE COURT:  And then what do you make of counsel's

16   argument that this whole agreement was about the NVDIMM

17   project, it is in the "whereas" clause which should

18   inform all the sections that follow.  It is in, you know,

19   several of the provisions.  Isn't it fair to read that

20   purpose into 6.2?

21       MR. LO:  No.  And I think the Court's last

22   question hits directly on the easiest answer to that

23   which is a similar term appears in 6.1, the immediately

24   preceding section and not in 6.2.  And in the Quadrant

25   case, the court specifically recites something that I

1    think we all learned in law school which is even where

2    there is ambiguity, if parties to a contract omit terms,

3    particularly terms that are readily found in other

4    similar contracts, the inescapable conclusion is the

5    parties intended the omission.

6            And there is a Latin maxim that goes with it

7    that I know we all learned in law school that I don't

8    want to butcher now, but it is a set standard of the law,

9    and these are two sophisticated parties who put something

10   in 6.1 and did not put it in 6.2.

11           Let me raise one other issue which is a

12   nonlegal issue.  Their position here is internally

13   inconsistent.  Samsung's lawyer is not going to stand up

14   here and say that the entirety of the JDLA is limited to

15   the joint development.  They are not going to do that for

16   one simple, actually, two simple reasons.

17           Number one, it is not what the contract says.

18   Number two, it is not what they want the contract to say

19   because right after Section 6 is Section 7 which is a

20   release.  Right after Section 7 is Section 8 which is a

21   patent license grant.  They do not want an interpretation

22   where Section 7 and Section 8 are limited to the joint

23   development because they want the release, and they want

24   the patent license to be as broad in scope as possible.

25           So they will not get up here and tell the

```
 1    Court that their position is that the entire JDLA whether

 2    because of the "whereas" clause or whether because of the

 3    heading or for any other reason is limited to the joint

 4    development because that is not the position they want.

 5    What they want the Court to do is to take a limitation

 6    that appears in 6.1, import it into 6.2 but not import it

 7    into Section 7 and Section 8 and all of the other

 8    sections where they want a broad reading of the JDLA.

 9         THE COURT:  Let me ask about the consequential

10    damages issue.

11          Netlist is arguing that gross negligence can

12    pierce the parties' contract provision limiting

13    consequential damages; right?

14         MR. LO:  Correct.

15         THE COURT:  Isn't that at odds with the New York

16    case, Matter of Part 60 Put Back Litigation?  I believe

17    that case holds that grossly negligent conduct does not

18    render unenforceable contractual limitations on the

19    remedies available to the nonbreaching party.

20         MR. LO:  I'm sorry.  Give me the case again, your

21    Honor.

22         THE COURT:  Matter of Part 60 Put Back Litigation,

23    36 NY.3d 342.  It is a 2020 case.

24         MR. LO:  I will take a look at that, your Honor,

25    because I don't have it handy in front of me, but the
```

1   cases that we cited are specific that the reason for the

2   exception to this is that the courts have seen that in

3   some cases when parties negotiate a limitation on

4   liability, it creates a public policy problem that the

5   parties then go on and intentionally breach it.  And so

6   the cases that we have cited say that when there is bad

7   faith and gross negligence, that the limitations can be

8   removed.

9            I haven't answered the Court's question

10  directly, and I intend to but I want to take a look at

11  that case because I don't have it currently in front of

12  me.

13       THE COURT:  Thank you, counsel.  Let me follow up

14  with Samsung briefly.

15           I just wanted to get a response to counsel's

16  argument about the patent license, and the other section

17  that you referred to.  Now, I am forgetting.  It was the

18  patent license and the release.

19       MR. RHOW:  On -- let me answer that first.  I did

20  want to respond to other things if your Court is so

21  inclined to hear.  The reason the JDLA was started, the

22  reason we came to the table on this was twofold.  One is

23  the game changing joint development product.  But the

24  other reason was they threatened patent infringement.

25  That is why it is in there.  So the way they brought us

| | |
|---|---|
| 1 | to the table was partly inducement, partly a little bit |
| 2 | of a hammer, and the hammer part was the patent |
| 3 | infringement threat. |
| 4 | You see it in the documents leading up to the |
| 5 | JDLA. It is in the first term sheet that Mr. Hong |
| 6 | presented, and, so, yes, we had to get a release on that |
| 7 | because that is how they brought us to the table so we |
| 8 | needed a release, a broad release, which by the way what |
| 9 | is inconsistent is to somehow argue we need a release as |
| 10 | to the JDLA in the joint development. |
| 11 | That makes no sense. The reason we need the |
| 12 | release, a broad one, is because they were threatening |
| 13 | patent infringement to bring us to the table. The reason |
| 14 | we needed a patent license is to resolve the issue that, |
| 15 | even if we get a release, we still need a license going |
| 16 | forward for those same patents. Sections 7 and 8 do not |
| 17 | deal with the JDLA and the joint development. It does |
| 18 | not deal with NVDIMM, and it is obvious why is because |
| 19 | that was the lead up to why we are even negotiating this |
| 20 | joint development agreement. |
| 21 | So I very clearly will say to the jury in this |
| 22 | case, if I get there, your Honor, Section 7 and Section 8 |
| 23 | don't apply to joint development. And it is obvious why. |
| 24 | See their own term sheets. See their threats of |
| 25 | litigation. That is why it is in there, your Honor. |

```
1           THE COURT:  So the argument that Section 6 applies

2     to joint development as opposed to 6.2 which doesn't

3     mention joint development is based on the location of 6.2

4     within 6 then?

5           MR. RHOW:  In part, for sure.  But it is really,

6     if if you look at -- and, again, I don't mean to

7     overstretch the preamble, but if you look at every

8     section after that, up to supply of components.

9     Components for what?  Components for the joint

10    development.  The section preceding is called Technology

11    Standardization and Productization.

12              That means for a product which will need a

13    supply of components.  This is the joint development, and

14    there is no dispute based on Mr. Lo's testimony that

15    Sections 1 through 5, 1 through 6, I'm sorry, clearly

16    relate to the joint development.

17              Admittedly, Section 7 and Section 8 don't, but

18    you can see why if you see the lead up and the

19    negotiations that led to this JDLA.  It was to resolve a

20    patent infringement threat that they made to really to

21    force us to the table.

22          THE COURT:  Right.  But aren't they arguing that

23    the sort of the deal is the supply contract, you know,

24    for the release and patent license?

25          MR. RHOW:  That is what they are arguing, but I
```

1   don't believe that to be true.  We had a $15 million

2   convertible note.  That is a very significant amount.  We

3   have a joint development of a game-changing product, and

4   you can see the recent press on that.  But that is how

5   Mr. Hong testified to it.

6            That was the consideration, an $8 million NRE,

7   a $15 million convertible note and a game-changing joint

8   development product that could ensure supply for this

9   product for, actually, for years and years and decades if

10  this NVDIMM standard remains and continues to be the

11  standard that JTIC employs.

12       THE COURT:  Okay.  Great.  Thank you, counsel.  I

13  think I have got all my questions answered.

14       MR. RHOW:  Thank you, your Honor.

15       (Proceedings concluded.)

16

17

18

19

20

21

22

23

24

25

```
 1                          CERTIFICATE

 2

 3

 4    I hereby certify that pursuant to Section 753, Title 28,

 5    United States Code, the foregoing is a true and correct

 6    transcript of the stenographically reported proceedings held

 7    in the above-entitled matter and that the transcript page

 8    format is in conformance with the regulations of the

 9    Judicial Conference of the United States.

10    Date:  September 21, 2021

11

12     /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

13

14

15

16

17

18

19

20

21

22

23

24

25
```

MR. LO: [7]   3/10 18/14
18/22 19/20 21/13 21/19
21/23
MR. RHOW: [26]
THE CLERK: [1]   3/3
THE COURT: [32]

**$**
$10 [1]   12/4
$15 [2]   25/1 25/7
$15 million [2]   25/1 25/7
$8 [2]   12/5 25/6
$8 million [2]   12/5 25/6

**−**
-and [2]   2/6 2/12

**/**
/s [1]   26/12

**1**
14 [1]   9/13
1875 [1]   2/12
1st [1]   1/20

**2**
2.1 [3]   10/22 10/22 10/25
20 [2]   1/15 3/1
20-993 [2]   1/8 3/8
2017 [3]   15/11 15/19 16/5
2020 [1]   21/23
2021 [4]   1/15 3/1 11/20
26/10
21 [1]   26/10
28 [1]   26/4

**3**
30 [2]   9/1 15/18
32 [1]   9/12
333 [1]   2/6
342 [1]   21/23
350 [1]   1/20
36 [1]   21/23

**4**
4311 [1]   1/20

**5**
5.1 [1]   11/14

**6**
6.1 [7]   6/24 7/1 16/22 17/1
19/23 20/10 21/6
6.2 [23]
60 [2]   21/16 21/22

**7**
753 [1]   26/4

**9**
90012 [1]   1/21
90067 [1]   2/13
90071 [1]   2/7
9858 [2]   1/19 26/12
993 [2]   1/8 3/8
9:05 [1]   3/2

**A**
A.M [1]   3/2
abandoned [1]   10/9
abandoning [1]   9/22
abandonment [1]   10/2
abdication [1]   15/24
about [15]
above [1]   26/7
above-entitled [1]   26/7
according [1]   15/22

achievable [1]   11/24
acquisition [1]   10/22 10/22
actually [13]   10/22 20/16
25/9
add [1]   11/9
admit [1]   15/6
admitted [1]   18/4
Admittedly [1]   24/17
advance [1]   19/10
after [3]   20/19 20/20 24/8
again [10]   5/23 6/24 7/8 9/6
14/18 15/25 16/13 17/3 21/20
24/6
agree [1]   15/20
agreement [8]   4/21 5/7 5/25
9/24 11/11 15/25 19/16 23/20
aid [1]   4/6
al [1]   11/14
all [15]
allowed [2]   12/12 13/23
alone [1]   6/23
also [5]   3/12 3/14 5/4 12/24
17/21
am [12]   7/8 8/11 8/18 9/8
11/19 12/11 13/21 13/24 14/3
15/1 15/15 22/17
ambiguity [3]   4/10 16/19
20/2
ambiguous [4]   4/6 4/14 4/17
7/15
amended [1]   7/22
amid [1]   15/11
amount [6]   12/22 13/8 14/6
15/10 15/22 25/2
amounts [4]   12/18 13/5 13/6
13/12
ANGELES [5]   1/14 1/21 2/7
2/13 3/1
another [1]   7/19
answer [2]   19/22 22/19
answered [2]   22/9 25/13
any [2]   9/8 21/3
anything [3]   5/17 16/7 17/25
appeal [1]   14/16
appearances [2]   2/1 3/10
appears [2]   19/23 21/6
applicable [14]
applies [2]   5/25 24/1
apply [1]   23/23
appropriate [2]   14/20 14/22
approval [1]   11/5
approved [1]   11/20
are [29]
aren't [1]   24/22
argue [5]   7/14 10/17 15/6
15/7 23/9
arguing [3]   21/11 24/22
24/25
argument [7]   12/9 14/9 14/24
15/6 19/16 22/16 24/1
arise [1]   16/5
arrangement [1]   16/14
as [27]
ascertainable [1]   19/7
ask [4]   4/12 6/16 7/19 21/9
aspect [1]   17/10
aspects [1]   17/13
aspersions [1]   9/8
asserted [1]   15/12
associated [1]   5/11
attention [1]   6/3
attorney [1]   18/14
available [1]   21/19
Avenue [1]   2/6

**B**
back [3]   16/18 21/16 21/22
bad [1]   22/6
based [9]   10/7 14/17 14/18

15/15 15/17 15/18 18/9 24/3
basis [2]   10/3 18/11
be [20]
became [1]   10/11
because [18]
been [5]   3/21 11/25 13/8
17/23 18/1
before [3]   11/10 16/9 16/11
behalf [2]   3/13 3/19
behind [1]   10/2
being [4]   11/19 17/4 17/5
19/9
belief [3]   13/24 14/16 15/21
believe [5]   7/2 14/8 17/17
21/16 25/1
believed [5]   12/21 13/5
13/18 15/19 15/21
believes [1]   4/9
best [2]   4/25 15/2
better [2]   6/4 11/6
BIRD [1]   2/11
bit [2]   12/14 23/1
Blake [1]   3/16
both [5]   12/19 12/20 18/19
BOXER [1]   2/11
breach [8]   8/3 10/11 10/16
15/8 15/10 15/20 16/6 22/5
briefly [3]   16/19 17/19
22/14
bring [1]   23/13
broad [4]   20/24 21/8 23/8
23/12
brother [1]   9/2
brought [2]   22/25 23/7
business [1]   15/12
butcher [1]   20/8

**C**
CA [3]   1/21 2/7 2/13
CALIFORNIA [3]   1/2 1/14 3/1
called [1]   24/10
Calling [1]   3/8
came [2]   9/1 22/22
can [11]   5/17 8/2 8/13 10/14
14/4 14/16 16/5 21/11 22/7
24/18 25/4
can't [1]   17/16
case [9]   5/4 14/21 19/25
21/16 21/17 21/20 21/23
22/11 23/22
cases [3]   22/1 22/3 22/6
casting [1]   9/8
CENTRAL [1]   1/2
Century [1]   2/12
certain [2]   5/12 14/3
CERTIFICATE [1]   26/1
certify [1]   26/4
changing [5]   6/1 10/8 22/23
25/3 25/7
Chun [2]   9/12 18/3
cited [2]   22/1 22/6
cites [1]   13/3
claim [8]   8/3 8/4 8/7 8/19
12/8 14/23 15/11 18/16
clause [2]   19/17 21/2
clear [2]   7/16 11/4
clearly [3]   8/6 23/21 24/15
clerk [1]   6/16
Co [1]   1/9
Code [1]   26/5
collaborative [2]   5/20 10/21
come [3]   3/25 9/11 14/11
comes [1]   9/15
comfortable [1]   6/19
competitive [2]   6/12 18/18
complains [1]   15/9
complaint [1]   15/13
complete [1]   15/24

## C

component [1]  17/12
components [10]  15/5 17/7
  17/8 17/9 17/9 17/11 24/8
  24/9 24/9 24/13
concept [2]  10/7 10/10
concluded [1]  25/15
conclusion [1]  20/4
conduct [4]  12/12 12/23 13/9
  21/17
confer [2]  8/14 8/16
conference [4]  7/25 8/10
  8/18 26/9
conformance [1]  26/8
connection [2]  5/20 5/22
  5/23
consequential [2]  21/9 21/13
consider [1]  14/14
consideration [1]  25/6
considered [2]  15/12 15/24
consistent [3]  5/18 17/21
  19/6
construe [1]  17/2
construed [1]  17/23
contemplate [1]  14/14
contend [2]  4/16 9/21
contending [1]  18/8
context [5]  4/20 4/20 7/13
  7/15 17/3
continued [5]  11/22 11/23
  16/8 16/10 16/11
continues [1]  25/10
contract [33]
contracts [3]  18/25 19/13
  20/4
contractual [2]  10/6 21/18
convertible [2]  25/2 25/7
core [3]  10/2 10/12 15/25
corners [6]  4/14 4/17 4/22
  7/11 16/15 17/21
correct [5]  4/3 7/18 14/25
  21/14 26/5
costs [1]  5/21
could [6]  6/4 6/5 6/16 9/17
  11/24 25/8
counsel [6]  2/1 3/10 8/16
  18/13 22/13 25/12
counsel's [2]  19/15 22/15
course [2]  5/19 6/6
court [8]  1/1 1/19 4/5 17/1
  19/25 21/1 21/5 22/20
Court's [2]  19/21 22/9
courtroom [1]  3/14
courts [3]  12/16 19/6 22/2
cover [1]  10/23
create [1]  18/21
creates [1]  22/4
cross [1]  3/21
CRR [1]  26/12
CRUTCHER [3]  2/5 3/12 3/13
CSR [2]  1/19 26/12
currently [1]  22/11
cutoff [1]  9/14
CV [1]  1/8

## D

damages [2]  21/10 21/13
date [2]  9/17 26/10
day [4]  7/22 13/20 16/13
  19/14
days [1]  9/14
deal [8]  18/1 18/2 18/6 18/8
  18/10 23/17 23/18 24/23
dealing [2]  4/1 10/7
decades [1]  25/9
decides [1]  12/17
deemed [1]  14/21
DEFENDANT [2]  1/9 2/9

## D (cont.)

definite [2]  18/20 18/25
definition [2]  14/24 15/4
denial [1]  8/7
deposed [1]  9/10
deposition [5]  8/23 9/1 9/3
  9/4 9/7
depositions [1]  9/11
designed [1]  7/3
determine [1]  4/5
determined [3]  13/7 13/10
  14/6
develop [1]  10/19
development [31]
did [17]
didn't [3]  9/3 9/17 11/16
different [3]  10/1 10/10
  17/13
direct [2]  10/6 17/1
directly [2]  19/22 22/10
discovery [1]  9/14
discuss [1]  8/9
discussions [1]  8/19
dispositive [1]  7/9
dispute [4]  12/17 14/4 16/5
  24/14
DISTRICT [3]  1/1 1/2 1/4
DIVISION [1]  1/2
do [15]
document [2]  4/22 8/13
documents [3]  18/5 18/5 23/4
does [8]  6/15 6/23 9/11
  11/11 14/14 19/10 21/17
  23/17
doesn't [5]  5/5 6/13 16/25
  18/4 24/2
don't [15]
done [2]  11/25 11/25
DRAM [2]  6/11 7/16
DROOKS [1]  2/11
dropped [1]  15/22
DUNN [3]  2/5 3/12 3/13
during [2]  8/17 9/4
duty [1]  10/16

## E

each [1]  5/25
earlier [1]  9/6
early [1]  11/20
easiest [1]  19/22
East [1]  2/12
either [4]  8/20 8/23 13/22
  13/23
EKWAN [2]  2/11 3/18
electricity [2]  19/3 19/4
Electronics [2]  1/9 3/9
elements [2]  4/4 8/8
else [3]  5/17 10/1 17/25
empirical [1]  11/24
employees [1]  8/24
employs [1]  25/11
end [2]  12/6 13/19
enough [1]  18/20
ensure [1]  25/8
entire [5]  5/6 5/15 8/7 18/9
  21/1
entirety [2]  10/4 20/14
entitled [3]  11/12 17/8 26/7
equation [1]  7/6
et [1]  11/14
even [5]  5/16 7/9 20/1 23/15
  23/19
events [1]  13/16
every [2]  19/14 24/7
everyday [2]  15/12 18/24
everyone [1]  14/19
evidence [17]
exact [1]  8/6
example [1]  5/9
exception [1]  22/2

## E (cont.)

exist [2]  13/15 13/18
exists [1]  13/18
exists [1]  16/16
extent [4]  4/9 9/17 14/3
  14/20
extrinsic [5]  4/6 4/11 7/8
  9/12 17/20

## F

fact [4]  15/8 16/8 16/25
  18/24
facts [2]  8/25 13/16
fair [2]  10/7 19/19
faith [2]  10/7 22/7
far [1]  17/24
fee [2]  12/9 12/10
feel [1]  6/19
few [2]  3/22 18/14
filing [1]  7/23
finish [1]  11/21
finished [1]  11/7
first [10]  4/16 7/21 8/23
  10/17 12/25 14/2 15/6 15/7
  22/19 23/5
Floor [1]  2/13
fog [1]  6/20
folks [1]  10/10
follow [6]  9/9 11/1 11/3
  13/17 19/18 22/13
follow-up [1]  9/9
followed [1]  14/22
force [1]  24/21
forecasts [1]  16/10
foregoing [1]  26/5
forgetting [1]  22/17
form [1]  12/20
format [1]  26/8
formed [1]  18/11
forth [2]  4/21 5/24
forward [2]  9/24 23/16
found [1]  20/3
foundational [1]  9/5
four [6]  4/14 4/17 4/22 7/11
  16/15 17/21
frankly [3]  9/3 9/19 16/4
front [2]  21/25 22/17
fruition [2]  11/3 12/6
fundamental [1]  9/23
future [3]  6/6 18/20 19/12

## G

Gale [1]  3/15
game [5]  6/1 10/8 22/23 25/3
  25/7
game-changing [3]  6/1 25/3
  25/7
general [3]  8/3 8/7 8/19
genuine [1]  16/4
get [10]  6/3 6/3 11/5 13/13
  13/19 20/25 22/15 23/6 23/15
  23/22
getting [1]  16/13
GIBSON [3]  2/5 3/12 3/13
give [2]  5/5 21/20
given [2]  4/17 18/19
glasses [1]  6/20
go [3]  9/24 16/18 22/5
goal [1]  16/3
goes [1]  20/6
going [7]  12/2 12/17 15/7
  15/16 20/13 20/15 23/15
good [5]  3/11 3/17 3/18 3/20
  10/7
got [8]  3/22 9/5 9/13 11/8
  11/20 15/18 18/21 25/13
Grand [1]  2/6
grant [1]  20/21
Great [1]  25/12

**G**
gross [2]  21/11 22/7
grossly [1]  21/17
guess [2]  13/21 14/9
guidance [1]  8/12

**H**
H-O-B-B-S [1]  3/16
had [5]  8/7 11/22 11/23 23/6 25/1
hammer [2]  23/2 23/2
handy [1]  21/25
happen [2]  11/17 12/7
happened [1]  13/13
has [2]  7/20 17/18
have [25]
haven't [1]  22/9
He [2]  9/8 18/4
heading [1]  21/3
headings [4]  4/20 5/16 5/17 17/16
hear [1]  22/21
held [1]  26/6
here [14]
hereby [1]  26/4
history [1]  8/13
hits [1]  19/22
Hobbs [1]  3/16
holds [1]  21/17
Hong [3]  18/3 23/5 25/5
Hong's [3]  9/1 9/13 18/9
Honor [19]
HONORABLE [1]  1/3
hours [1]  9/13
how [4]  19/3 19/5 23/7 25/4

**I**
I'm [3]  12/4 21/20 24/15
immediately [1]  19/23
import [2]  21/6 21/6
important [4]  12/15 17/24 18/6 18/8
impossibility [1]  11/21
inappropriate [1]  14/18
Inc [2]  1/6 3/9
inclined [1]  22/21
including [3]  16/22 18/11 19/8
inconsistent [2]  20/13 23/9
incorrect [1]  18/23
indicate [1]  4/23
indicated [1]  7/21
indicates [1]  5/4
individual [1]  5/4
Indong [1]  9/7
inducement [1]  23/1
inescapable [1]  20/4
infects [1]  10/4
inform [1]  19/18
infringement [4]  22/24 23/3 23/13 24/20
initial [5]  4/8 4/9 11/4 11/5 11/7
inquiry [1]  4/9
intend [2]  5/10 22/10
intended [2]  15/3 20/5
intent [1]  10/19
intentionally [1]  22/5
interface [3]  5/11 5/12 10/20
internally [1]  20/12
interpret [1]  14/2
interpretation [3]  14/11 14/17 20/21
interpreted [1]  18/7
interrogatory [1]  7/22
IPR [1]  5/22
is [162]

**Isn't** [2]  19/19 21/15
isolated [1]  22/24 5
issue [6]  11/5 19/8 20/11 20/12 21/10 23/14
it [92]
Item [1]  3/8
its [3]  10/12 14/17 17/7
itself [2]  4/15 15/9

**J**
JASON [2]  2/5 3/11
JDLA [10]  16/15 17/22 20/14 21/1 21/8 22/21 23/5 23/10 23/17 24/19
JITC [1]  11/21
joint [27]
jointly [2]  5/10 10/19
JTIC [1]  25/11
judge [2]  1/4 12/17
judgment [1]  3/22
Judicial [1]  26/9
jury [2]  12/17 23/21
just [18]
justifies [2]  12/23 12/24
justify [1]  6/5

**K**
KATIE [2]  1/19 26/12
key [1]  8/25
Kim [1]  9/8
kind [1]  18/20
know [10]  7/21 8/6 8/12 9/16 9/17 15/16 17/20 19/18 20/7 24/23
knowledgable [1]  9/2
Korean [2]  12/15 14/21

**L**
LA [2]  2/6 3/12
lack [2]  6/4 11/5
language [1]  6/10
last [4]  9/11 9/13 13/2 19/21
late [1]  9/4
later [1]  14/5
Latin [1]  20/6
law [26]
lawsuit [1]  15/11
lawyer [1]  20/13
lead [3]  13/16 23/19 24/18
leading [2]  17/22 23/4
learned [2]  20/1 20/7
least [1]  18/22
lecturn [1]  6/17
led [1]  24/19
left [1]  18/19
let [8]  3/24 4/12 7/19 11/9 20/11 21/9 22/13 22/19
liability [1]  22/4
license [7]  20/21 20/24 22/16 22/18 23/14 23/15 24/24
like [5]  7/2 8/2 10/14 13/22 17/16
limitation [2]  21/5 22/3
limitations [2]  21/18 22/7
limited [5]  17/2 17/18 20/14 20/22 21/3
limiting [1]  21/12
LINCENBERG [1]  2/11
litigation [3]  21/16 21/22 23/25
little [1]  12/14 23/1
lives [1]  18/24
LLP [1]  2/5
LO [2]  2/5 3/11
Lo's [1]  24/14
location [1]  24/3

**long** [3]  6/18 15/17 19/7
longer [1]  6/12
looked [1]  17/15
looking [4]  4/12 4/14 8/11 16/20
LOS [5]  1/14 1/21 2/7 2/13 3/1
lot [6]  9/5 9/10 9/14 9/19 15/16 15/17
love [1]  6/3
Ltd [2]  1/9 3/9

**M**
made [1]  24/20
MAGNA [2]  2/6 3/12
make [4]  7/5 17/6 17/13 19/15
makes [2]  14/16 23/11
making [1]  14/23
MARC [2]  2/12 3/19
MARELLA [1]  2/11
MARK [1]  1/3
masks [1]  6/17
massive [2]  15/20 16/6
MASTERS [4]  2/12 3/19 8/11 8/18
match [1]  17/6
materialized [2]  4/24 6/7
materials [3]  7/1 7/4 12/3
matter [3]  21/16 21/22 26/7
matters [2]  12/12 13/25
maxim [1]  20/6
MCS [1]  1/8
me [14]
mean [1]  24/6
means [1]  24/12
memory [1]  5/12
mention [2]  6/24 24/3
mentioned [2]  16/25 17/1
mentions [1]  16/22
milestones [1]  11/2
million [5]  12/4 12/5 25/1 25/6 25/7
mind [1]  8/13
missing [1]  18/10
modify [1]  7/12
module [1]  17/6
modules [1]  5/12
MONDAY [2]  1/15 3/1
more [1]  6/3
morning [4]  3/11 3/17 3/18 3/20
most [4]  9/2 17/24 18/6 18/8
motion [1]  7/23
motions [2]  3/21 8/1
MOU [2]  18/2 18/11
move [1]  12/8
moves [1]  11/6
moving [1]  7/8
Mr. [10]  8/11 8/18 9/1 9/7 9/12 18/3 18/9 23/5 24/14 25/5
Mr. Chun [2]  9/12 18/3
Mr. Hong [2]  23/5 25/5
Mr. Hong's [2]  9/1 18/9
Mr. Indong [1]  9/7
Mr. Lo's [1]  24/14
Mr. Masters [2]  8/11 8/18
Ms. [1]  12/19
Ms. Sasaki's [1]  12/19
MSJ [4]  9/18 9/19 15/16 16/3
much [2]  19/3 19/5
must [1]  19/4
my [6]  6/20 16/3 19/1 19/2 19/2 25/13

**N**
NAND [2]  6/11 7/17

**N**

**near [1]** 15/24
**necessary [1]** 7/4
**need [5]** 7/5 23/9 23/11 23/15 24/12
**needed [3]** 17/13 23/8 23/14
**needs [1]** 4/5
**negligence [2]** 21/11 22/7
**negligent [1]** 21/17
**negotiate [1]** 22/3
**negotiating [1]** 23/19
**negotiation [1]** 18/20
**negotiations [3]** 17/22 18/11 24/19
**NESSIM [1]** 2/11
**Netlist [23]**
**Netlist's [3]** 6/12 18/14 18/18
**never [6]** 4/24 6/6 11/7 11/7 11/25 15/9
**new [6]** 4/2 4/4 4/19 18/23 19/6 21/15
**next [1]** 6/19
**night [1]** 13/2
**no [15]**
**No. [2]** 3/8 9/12
**No. 1 [1]** 3/8
**No. 32 [1]** 9/12
**nonbreaching [1]** 21/19
**nonlegal [1]** 20/12
**nonperformance [4]** 7/20 7/25 10/3 10/11
**normal [2]** 13/14 15/12
**normally [1]** 18/21
**not [40]**
**note [3]** 11/18 25/2 25/7
**nothing [1]** 6/8
**notice [1]** 16/6
**notion [1]** 5/8
**now [3]** 15/15 20/8 22/17
**nowhere [2]** 18/2 18/3
**NRE [3]** 12/5 12/9 25/6
**number [4]** 10/15 16/16 20/17 20/18
**NVDIMM [27]**
**NVDIMM-P [7]** 9/25 10/9 11/16 11/20 12/2 17/6 17/9
**NY.3d [1]** 21/23

**O**

**obligation [3]** 4/23 10/6 10/16
**obligations [2]** 9/20 10/25
**obvious [2]** 23/18 23/23
**obviously [2]** 9/16 15/20
**occurred [1]** 14/15
**occurs [1]** 14/7
**odds [1]** 21/15
**Official [1]** 1/19
**Okay [3]** 3/20 9/20 25/12
**omission [1]** 20/5
**omit [1]** 20/2
**one [12]** 8/3 8/8 10/2 14/15 16/18 17/10 17/10 20/11 20/16 20/17 22/22 23/12
**only [10]** 4/23 5/1 5/14 6/9 6/13 7/16 12/13 13/6 16/4 18/10
**open [1]** 11/19
**opposed [1]** 24/2
**orders [2]** 16/8 19/9
**organizations [1]** 5/13
**original [1]** 14/16
**originally [1]** 12/24
**other [11]** 10/10 14/15 16/21 17/11 20/3 20/11 21/3 21/7 22/16 22/20 22/24
**our [3]** 10/3 13/9 18/24

**out [2]** 10/19 13/12
**outline [1]** 3/6
**outweighed [1]** 17/25
**overall [2]** 4/21 9/7
**overstretch [1]** 24/7
**own [3]** 12/20 18/9 23/24
**ownership [1]** 5/23

**P**

**page [1]** 26/7
**paid [1]** 12/4
**papers [3]** 3/21 9/19 12/20
**Park [1]** 2/12
**part [12]** 4/13 12/10 13/2 13/2 13/3 17/10 17/12 17/24 21/16 21/22 23/2 24/5
**particularly [1]** 20/3
**parties [9]** 3/23 5/10 11/15 14/11 20/2 20/5 20/9 22/3 22/5
**parties' [1]** 21/12
**partly [2]** 23/1 23/1
**partner [1]** 10/8
**party [1]** 21/19
**patent [10]** 20/21 20/24 22/16 22/18 22/24 23/2 23/13 23/14 24/20 24/24
**patents [1]** 23/16
**paying [1]** 12/5
**PC [1]** 2/11
**perform [2]** 9/21 10/25
**performance [3]** 8/4 8/8 8/9
**person [1]** 9/2
**phase [4]** 11/4 11/6 11/7 11/8
**phases [1]** 11/4
**phrase [1]** 6/4
**phrases [1]** 8/6
**pieces [1]** 17/5
**pierce [1]** 21/12
**place [1]** 16/4
**placed [1]** 19/9
**plaintiff [3]** 1/7 2/3 3/13
**plays [1]** 13/9
**please [1]** 3/10
**point [6]** 10/15 14/14 18/1 18/2 18/8 18/10
**pointed [1]** 16/21
**points [1]** 18/6
**policy [1]** 22/4
**position [3]** 20/12 21/1 21/4
**possible [2]** 4/10 20/24
**preamble [5]** 5/15 5/18 10/17 10/18 24/7
**preambles [4]** 4/22 5/7 5/7 10/5
**preceding [2]** 19/24 24/10
**prefiling [3]** 7/25 8/10 8/17
**present [1]** 16/13
**presented [2]** 6/2 23/6
**PRESIDING [1]** 1/4
**press [1]** 25/4
**price [3]** 6/12 18/18 18/19
**prior [1]** 9/16
**probably [1]** 5/5
**problem [3]** 6/21 6/22 22/4
**procedure [2]** 14/15 14/20
**procedures [1]** 13/15
**proceeding [1]** 13/7
**proceedings [3]** 1/13 25/15 26/6
**process [1]** 13/14
**product [17]**
**Productization [2]** 11/13 24/11
**products [2]** 6/11 18/18
**project [7]** 5/2 6/14 7/17 9/22 16/22 17/2 19/17
**promote [1]** 5/12

**protocol [1]** 11/20
**prove [1]** 22/3
**provided [1]** 7/7
**providing [3]** 17/7 17/10 17/11
**provision [13]** 4/6 4/13 5/1 5/14 10/14 14/3 14/10 14/24 15/4 16/21 17/16 18/17 21/12
**provisions [2]** 10/15 19/19
**public [1]** 17/1
**purchase [1]** 16/8
**purchased [1]** 19/11
**purpose [4]** 4/21 6/25 9/24 19/20
**purposes [2]** 10/2 15/25
**pursuant [1]** 26/4
**put [4]** 20/9 20/10 21/16 21/22

**Q**

**Quadrant [1]** 19/24
**quantities [3]** 19/1 19/8 19/11
**quantity [4]** 18/19 18/22 19/3 19/14
**question [4]** 7/19 12/25 19/22 22/9
**questions [3]** 3/22 18/14 25/13
**quickly [1]** 11/9

**R**

**raise [2]** 7/24 20/11
**raised [5]** 7/22 8/12 8/23 9/6 9/8
**rate [3]** 19/2 19/2 19/4
**raw [3]** 7/1 7/3 12/3
**Ray [1]** 3/12
**RAYMOND [1]** 2/6
**read [10]** 4/19 4/20 6/1 7/2 7/3 7/10 7/11 7/15 13/1 19/19
**readily [1]** 20/3
**reading [1]** 21/8
**really [6]** 9/1 10/4 12/1 15/5 24/5 24/20
**reason [8]** 6/2 21/3 22/1 22/21 22/22 22/24 23/11 23/13
**reasonable [1]** 14/4
**reasonableness [2]** 12/11 13/9
**reasonably [2]** 12/10 12/21
**reasons [1]** 20/16
**recent [1]** 25/4
**recites [1]** 19/25
**record [1]** 11/19
**rectify [1]** 13/15
**reduces [1]** 15/10
**references [1]** 7/1
**referencing [1]** 8/5
**referred [1]** 22/17
**referring [1]** 7/16
**refund [1]** 13/19
**refunded [1]** 14/6
**regulations [1]** 26/8
**reimbursement [2]** 13/17 14/20
**relate [2]** 11/11 24/16
**relationship [1]** 16/16
**release [10]** 20/20 20/23 22/18 23/6 23/8 23/8 23/9 23/12 23/15 24/24
**rely [1]** 12/3
**remains [1]** 25/10
**remedies [1]** 21/19
**removed [1]** 22/8
**render [1]** 21/18

**R**

**reported [1]**   26/6
**Reporter [1]**   1/19
**REPORTER'S [1]**   1/13
**representatives [1]**   3/15
**request [2]**   6/12 18/18
**require [2]**   6/16 19/10
**required [5]**   6/11 12/13 13/3
13/5 14/8
**requires [3]**   14/10 18/17
19/10
**resolve [2]**   23/14 24/19
**respect [1]**   7/20
**respond [1]**   22/20
**response [2]**   7/22 22/15
**returned [2]**   13/13 13/14
**RHOW [3]**   2/11 2/11 3/18
**right [14]**
**RPR [1]**   26/12

**S**

**S-A-S-A-K-I [1]**   3/15
**SA [1]**   3/8
**said [5]**   6/16 15/19 17/17
18/4 19/13
**same [3]**   6/22 6/25 23/16
**Samsung [20]**
**Samsung's [5]**   6/3 12/9 12/11
13/24 20/13
**Sasaki [1]**   3/15
**Sasaki's [1]**   12/19
**say [8]**   6/13 6/15 8/2 9/9
20/14 20/18 22/6 23/21
**saying [3]**   11/19 14/3 17/23
**says [4]**   5/10 6/9 6/10 20/17
**SCARSI [1]**   1/3
**school [2]**   20/1 20/7
**scope [2]**   5/6 20/24
**second [6]**   5/9 8/23 9/7
10/18 13/3 17/15
**section [37]**
**sections [8]**   5/5 10/5 11/11
16/21 19/18 21/8 23/16 24/15
**see [9]**   5/17 9/10 9/18 23/4
23/24 23/24 24/18 24/18 25/4
**seems [1]**   13/22
**seen [1]**   22/2
**semiconductor [1]**   15/13
**sense [1]**   23/11
**sent [1]**   7/22
**separate [1]**   16/15
**SEPTEMBER [3]**   1/15 3/1 26/10
**set [6]**   4/21 19/1 19/2 19/4
19/5 20/8
**setting [1]**   5/13
**several [1]**   19/19
**sheet [1]**   23/5
**sheets [2]**   18/3 23/24
**should [8]**   7/12 12/21 12/22
13/8 13/12 14/6 18/6 19/17
**show [2]**   18/5 18/6
**shows [3]**   15/3 18/2 18/3
**side [3]**   8/20 12/2 14/15
**sides [3]**   7/6 12/19 12/21
**sign [1]**   19/1
**significant [1]**   25/2
**signing [1]**   12/20
**similar [2]**   19/23 20/4
**simple [2]**   20/16 20/16
**sits [1]**   7/13
**so [40]**
**some [4]**   14/11 15/7 16/21
22/3
**somebody [1]**   6/19
**somehow [1]**   23/9
**someone [1]**   10/1
**something [3]**   11/23 19/25
20/9

**sophisticated [1]**   20/9
**South [13]**   4/14
**sort [1]**   11/20
**South [1]**   2/6
**specific [7]**   6/10 9/20 10/13
10/14 10/24 12/25 22/1
**specifically [4]**   5/8 8/12
16/23 19/25
**specifications [2]**   11/2
11/16
**specifics [3]**   8/4 8/20 8/22
**stand [1]**   20/13
**standard [8]**   4/19 5/13 9/25
10/1 10/9 20/8 25/10 25/11
**standardization [3]**   11/13
11/22 24/11
**standardize [1]**   11/15
**standing [1]**   6/23
**start [1]**   3/24
**started [1]**   22/21
**starting [1]**   6/20
**state [2]**   3/10 19/11
**statements [1]**   15/23
**STATES [4]**   1/1 1/4 26/5 26/9
**stenographically [1]**   26/6
**still [3]**   13/9 16/13 23/15
**Street [1]**   1/20
**stress [1]**   8/25
**submit [2]**   16/8 16/10
**subsequent [3]**   11/6 11/8
13/7
**subsequently [1]**   12/25
**such [5]**   5/12
**SUF [2]**   9/12 15/16
**Suite [1]**   1/20
**summary [1]**   3/22
**supply [20]**
**supplying [1]**   12/3
**support [1]**   8/21
**supposed [1]**   10/8
**sure [2]**   8/15 24/5
**surrounded [2]**   18/25 19/13
**switched [1]**   9/25
**system [1]**   12/15

**T**

**table [5]**   22/22 23/1 23/7
23/13 24/21
**take [9]**   5/16 9/3 12/5 12/6
16/2 16/5 21/5 21/24 22/10
**taken [2]**   8/24 9/7
**taking [1]**   8/18
**talk [2]**   5/8 12/8
**talked [1]**   16/19
**talking [1]**   18/16
**talks [2]**   10/18 11/14
**tax [3]**   12/15 12/21 14/21
**technologies [1]**   5/11
**Technology [2]**   11/12 24/10
**tell [2]**   8/13 20/25
**tells [1]**   16/14
**tension [1]**   15/7
**term [7]**   4/13 11/6 18/3 19/5
19/23 23/5 23/24
**termination [1]**   16/12
**terms [8]**   8/5 8/22 13/16
19/3 19/5 19/14 20/2 20/3
**testified [1]**   25/5
**testimony [10]**   9/13 15/15
15/17 15/18 16/1 16/2 16/3
16/5 18/9 24/14
**Thank [3]**   22/13 25/12 25/14
**Thanks [1]**   18/13
**that [197]**
**their [12]**   8/8 8/9 15/21
15/22 16/1 16/2 16/3 16/5
20/12 21/1 23/24 23/24
**them [5]**   9/13 12/1 12/4 12/5
19/14

**then [12]**   4/10 4/12 10/20
14/23 19/15 22/5 24/4
**theory [2]**   7/20 7/24
**there [35]**
**therefore [1]**   15/8
**these [1]**   20/9
**they [34]**
**THIBODEAUX [2]**   1/19 26/12
**thing [1]**   16/18
**things [1]**   22/20
**think [26]**
**Third [1]**   2/13
**this [35]**
**those [8]**   5/17 8/6 9/11 13/5
13/6 17/11 17/12 23/16
**though [2]**   5/19 8/22
**threat [2]**   23/3 24/20
**threatened [1]**   22/24
**threatening [1]**   23/12
**threats [1]**   23/24
**three [1]**   3/14
**through [6]**   3/21 11/1 11/10
16/12 24/15 24/15
**time [7]**   12/18 13/4 13/10
14/1 14/4 14/7 15/21
**timing [1]**   8/22
**Title [1]**   26/4
**Tobin [1]**   3/16
**today [1]**   3/14
**together [5]**   5/10 11/5 11/14
11/15 17/6
**took [2]**   9/18 13/1
**touch [1]**   17/20
**transcript [3]**   1/13 26/6
26/7
**treaty [1]**   13/4
**tribunal [1]**   14/21
**true [4]**   14/13 15/23 25/1
26/5
**turns [1]**   13/12
**Twenty [1]**   2/13
**Twenty-Third [1]**   2/13
**two [11]**   7/6 9/11 9/14 11/3
15/5 16/16 17/5 17/12 20/9
20/16 20/18
**twofold [1]**   22/22

**U**

**U.S [1]**   1/19
**ultimate [1]**   13/17
**ultimately [2]**   12/17 19/7
**unambiguous [3]**   7/2 7/10
17/17
**under [5]**   4/1 10/21 13/18
13/23 18/23
**understand [1]**   4/4
**understanding [1]**   12/14
**understood [1]**   14/19
**undisputed [2]**   7/5 17/12
**unenforceable [1]**   21/18
**UNITED [4]**   1/1 1/4 26/5 26/9
**until [3]**   9/4 9/18 14/5
**up [17]**
**us [6]**   10/8 11/23 22/25 23/7
23/13 24/21
**use [4]**   9/18 16/3 19/4 19/5
**used [1]**   8/6
**utilities [1]**   19/1

**V**

**valid [1]**   18/21
**various [3]**   10/5 11/2 11/10
**versus [1]**   3/9
**very [5]**   9/4 15/17 18/5
23/21 25/2
**view [1]**   5/6
**virtue [1]**   19/8

**V**

**vis [2]**  6/25 6/25
**vis-a-vis [1]**  6/25

**W**

**W-E-L-C-H-E-R [1]**  3/16
**waive [1]**  15/4
**waived [1]**  14/24
**waiver [4]**  14/24 15/4 16/7
 16/17
**want [14]**
**wanted [1]**  22/15
**was [47]**
**water [2]**  19/2 19/5
**way [3]**  11/18 22/25 23/8
**we [44]**
**Welcher [1]**  3/16
**well [5]**  3/20 4/16 6/23 14/1
 14/1
**went [2]**  8/20 11/10
**were [6]**  8/6 8/19 10/8 12/18
 16/20 23/12
**West [1]**  1/20
**WESTERN [1]**  1/2
**what [33]**
**when [16]**
**where [8]**  11/4 14/15 16/4
 17/19 18/5 20/1 20/22 21/8
**whereas [6]**  5/9 5/14 10/18
 17/15 19/17 21/2
**whether [5]**  4/5 10/6 12/11
 21/1 21/2
**which [22]**
**who [2]**  9/2 20/9
**whole [7]**  6/1 6/2 7/2 7/11
 7/15 16/3 19/16
**why [7]**  12/4 22/25 23/18
 23/19 23/23 23/25 24/18
**will [7]**  11/15 19/7 19/11
 20/25 21/24 23/21 24/12
**withheld [4]**  12/18 12/22
 13/5 13/8
**withhold [2]**  12/13 13/6
**withholding [4]**  12/10 13/11
 14/7 14/8
**within [3]**  7/10 7/11 24/4
**without [2]**  4/6 5/17
**witnesses [1]**  15/18
**WOLPERT [1]**  2/11
**wondering [3]**  12/11 13/22
 13/24
**work [7]**  5/10 5/20 10/21
 11/15 11/23 17/6 17/14
**working [2]**  11/5 11/14
**world [1]**  15/13
**would [16]**

**Y**

**years [2]**  25/9 25/9
**yes [3]**  14/9 18/15 23/6
**yet [2]**  18/2 18/9
**York [5]**  4/2 4/4 18/23 19/6
 21/15
**you [49]**
**your [23]**

**Z**

**zero [2]**  15/23 15/24
**zone [1]**  12/6