JASON C. LO, SBN 219030
jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
mbenjamin@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JASON SHEASBY, SBN 205455
jsheasby@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>　　　　　Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF NETLIST INC.'S OPPOSITION TO SAMSUNG'S MOTION IN LIMINE NO. 2**<br><br>Before Judge Mark C. Scarsi<br><br>**Final Pretrial Conference:**<br>Date: November 15, 2021<br>Time: 2 p.m. PT<br><br>**TRIAL:** November 30, 2021 |

# DECLARATION OF RAYMOND A. LAMAGNA

I, Raymond A. LaMagna, declare:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP licensed to practice in the State of California and before this Court. I represent Plaintiff Netlist Inc. ("Netlist") in the above-captioned matter. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath. I submit this declaration in support of Netlist's opposition to Samsung's Motion in Limine No. 2.

2. Attached hereto as **Exhibit A** is a true and correct copy of a December 31, 2015 letter from Yong Hwangbo of Samsung to Gail Sasaki of Netlist. The document bears the Bates number NL048003.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this declaration on November 1, 2021, in New York, New York.

Dated: November 1, 2021

By: *[signature]*

Raymond A. LaMagna