EKWAN E. RHOW (SB 174604)
erhow@birdmarella.com
MARC E. MASTERS (SB 208375)
mmasters@birdmarella.com
DAVID I. HURWITZ (SB 174632)
dhurwitz@birdmarella.com
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

MARC F. FEINSTEIN (SB 158901)
mfeinstein@omm.com
JOSEPH R. O'CONNOR (SB 274421)
joconnor@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

MICHAEL G. YODER (SB 83059)
myoder@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant Samsung
Electronics Co., Ltd.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DEFENDANT SAMSUNG'S PROPOSED VOIR DIRE QUESTIONS**<br><br>FPTC Date:  November 15, 2021<br>FPTC Time: 2:00 p.m.<br>Courtroom:  7C<br><br>Trial Date:  November 30, 2021<br><br>Assigned to Hon. Mark C. Scarsi |

3758907.1

DEFENDANT SAMSUNG'S PROPOSED VOIR DIRE QUESTIONS

Defendant Samsung Electronics Co., Ltd. ("Samsung") respectfully requests that the Court ask the jury panel the following voir dire questions:

1. Has anyone here ever filed a lawsuit against another person or company? Has anyone close to you ever filed a lawsuit?
    a. If yes, please explain the circumstances.

2. Has anyone here ever been sued? Has anyone close to you ever been sued?
    a. If yes, please explain the circumstances.

3. Has anyone here ever been responsible for negotiating or signing contracts, as part of your employment?
    a. If yes, what types of contracts?

4. Has anyone here ever had a dispute about the terms of a contract?
    a. If yes, please explain.

5. Has anyone here ever had a situation where you believed that you had a contract that wasn't honored?
    a. If yes, please explain.

6. Has anyone here ever felt you were treated unfairly in a business deal?
    a. If yes, please describe what happened.

7. Does everyone here believe you could give a corporation a fair trial?

8. Does anyone here think they may tend to favor a small corporation over a large corporation in a dispute?

    a. If yes, please explain.

9. Does anyone here have any general feelings against Korean corporations?

    a. If yes, please explain.

10. Does anyone here believe Korean companies shouldn't be able to sell their products in America?

    a. If yes, please explain.

11. Does anyone here have any issues with a witness using an interpreter for their testimony?

    a. If yes, please explain.

12. Has anyone here, or anyone close to you, ever worked for or held stock in Netlist, Inc.?

    a. If yes, please explain.

13. Has anyone here, or anyone close to you, ever worked for or held stock in Samsung Electronics?

    a. If yes, please explain.

14. Has anyone here ever purchased a Samsung product?

    a. If yes, please explain.

15.   Has anyone here, or anyone close to you, ever had a particularly positive or particularly negative experience with a Samsung product?

    a.   If yes, please explain.

16.   Has anyone been involved in the procurement or sale of semiconductor chips or other computer-related hardware or software?

    a.   If yes, please explain.

17.   Has anyone here been negatively affected by the global semiconductor chip shortage?

    a.   If yes, please explain.

18.   there anyone here who has a tax or accounting background?

    a.   If yes, please explain.

19.   Is there anyone here who is familiar with the patent process, has filed for a patent and/or been involved in a patent infringement lawsuit?

    a.   If yes, please explain.

20.   Has anyone here heard anything about this case in the news or in social media?

    a.   If yes, please explain.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| 1 | DATED: November 1, 2021 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C. |
| 2 | | |
| 3 | | |
| 4 | | O'MELVENY & MYERS LLP |
| 5 | | |
| 6 | | By: */s/ Ekwan E. Rhow* |
| 7 | | Ekwan E. Rhow |
| | | Attorneys for Defendant Samsung Electronics Co., Ltd. |