| | |
|---|---|
| JASON C. LO, SBN 219030<br>   jlo@gibsondunn.com<br>MATTHEW BENJAMIN (*pro hac vice*)<br>   mbenjamin@gibsondunn.com<br>RAYMOND A. LAMAGNA, SBN 244821<br>   rlamagna@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone:  213.229.7000<br>Facsimile:   213.229.7520 | JASON SHEASBY, SBN 205455<br>   jsheasby@irell.com<br>IRELL & MANELLA LLP<br>1800 Ave. of the Stars<br>Los Angeles, CA 90067<br>Telephone: 310.203.7096<br>Facsimile: 310.203.7199 |

Attorneys for Plaintiff Netlist Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>                Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF NETLIST INC.'S OPPOSITION TO SAMSUNG MOTION IN LIMINE NO. 3**<br><br>Before Judge Mark C. Scarsi<br><br>**Final Pretrial Conference:**<br>Date:   November 15, 2021<br>Time:   2 p.m. PT<br><br>**TRIAL:  NOVEMBER 30, 2021** |

# DECLARATION OF RAYMOND A. LAMAGNA

I, Raymond A. LaMagna, declare:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP licensed to practice in the State of California and before this Court. I represent Plaintiff Netlist Inc. ("Netlist") in the above-captioned matter. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath. I submit this declaration in support of Netlist's opposition to Samsung's Motion in Limine No. 3.

2. Attached hereto as **Exhibit A** is an excerpt from the Expert Report of Seung Soon Lim dated September 14, 2021.

3. Attached hereto as **Exhibit B** are excerpts from the deposition of Seung Soon Lim, taken on September 19, 2021

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this declaration on the November 1, 2021, in New York, New York.

Dated: November 1, 2021                     By:

                                            _____
                                            Raymond A. LaMagna