CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4    NETLIST INC., a Delaware           )
      corporation,                       )
 5                                       )
              Plaintiff,                 )
 6                                       ) Case No.
           vs.                           ) 8:20-cv-00993-MCS-
 7                                       ) ADS
      SAMSUNG ELECTRONICS CO., LTD.,     )
 8    a Korean corporation,              )
                                         )
 9            Defendant.                 )
      _____  )
10
11
12         CONFIDENTIAL - ATTORNEYS' EYES ONLY
13       VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
14            DEPOSITION OF SEUNG SOON LIM
15
16       Remotely Testifying from Seoul, Korea
17            Sunday, September 19, 2021
18
19
20
21
22    Job No. 4804933
23    Reported By:
24    Hanna Kim, CLR, CSR No. 13083
25    Pages 1 - 161
```

Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            We may proceed.
 2            Will the court reporter please swear in
 3    the interpreter and witness.
 4
 5                     SOOMI KO,
 6    having been duly sworn remotely, interpreted
 7        the testimony of the witness as follows:
 8
 9                   SEUNG SOON LIM,
10             a witness herein, first having
11    been duly sworn remotely, through the stipulation
12    of counsel, was examined and testified further as
13                  hereinafter set forth:
14
15                    EXAMINATION
16    BY MR. LaMAGNA:
17       Q.   Thank you for joining us today, Mr. Lim.
18            Have you ever been deposed before?
19       A.   This is my first time.
20       Q.   I think the most important thing to        09:05:21
21    remember is that we all have to talk one at a time
22    so that the court reporter can take down what
23    we're saying separately.
24            We've marked as Exhibit PX-201 your expert
25    report in this case.                               09:05:51
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    there.
 2    BY MR. LaMAGNA:
 3        Q.    And, yeah, your attorney will often say,
 4    "Objection.  Form."  And whenever he says that,
 5    you can always just answer afterwards.  He's just      09:38:40
 6    making an objection for the record for the Judge
 7    to think about later.
 8              MR. CHOI:  I will tell the witness, you
 9    can always answer unless I say, "Instruct not to
10    answer."                                               09:39:18
11              THE WITNESS:  Understood.
12    BY MR. LaMAGNA:
13        Q.    And I'm now going to show you what has
14    been marked as Exhibit PX-203.
15              (Lim Deposition Exhibit PX-203 was           09:39:55
16              marked.)
17    BY MR. LaMAGNA:
18        Q.    And PX-203 is a printout of the Yoon &
19    Yang department summaries from Legal 500.
20              Do you see that?  Is that correct?          09:40:23
21        A.    Yes.
22        Q.    And as you can see in Exhibit PX-203, we
23    have highlighted different departments listed
24    where Samsung Electronics or other Samsung
25    companies are identified as clients for that Yoon    09:40:58
```

Page 23

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    & Yang department.
 2         Do you see that?
 3         A.   Based on what's shown on the screen, I'm
 4    not able to confirm that.
 5         Q.   We'll need to scroll slowly.  So, for        09:41:50
 6    example, we can see that the first department is
 7    the antitrust department.  And if you scroll down,
 8    you will see "Samsung Electronics."
 9         A.   Okay.  (In English.)
10              Yes, I'm looking at it.  Yes, I was able     09:42:07
11    to confirm that.
12         Q.   Okay.  And if we scroll down to "Capital
13    Markets," at the bottom of page 2, we see "Samsung
14    Securities" is a client of Yoon & Yang; correct?
15         A.   Yes, I see that.                             09:42:38
16         Q.   And if we scroll down on page 3 to
17    "Dispute Resolution," we see that several more
18    Samsung entities are clients; correct?
19         A.   Yes, I confirm that.
20         Q.   And, for example, if we keep scrolling       09:43:08
21    down until we get to page 9, we -- we see that in
22    Yoon & Yang's "Labor and Employment" group,
23    Samsung Electronics is also a client; correct?
24         A.   Yes.
25         Q.   And so it's fair to say that Samsung is a    09:43:40
```

Page 24

```
 1      client for multiple departments at Yoon & Yang;
 2      correct?
 3              MR. CHOI:  Object to form.
 4              You can answer.
 5              THE WITNESS:  Yes.                          09:44:14
 6   BY MR. LaMAGNA:
 7      Q.   I'm going to show you the next document as
 8   soon as it's up, which is going to be PX-204.
 9              (Lim Deposition Exhibit PX-204 was
10              marked.)                                    09:44:39
11   BY MR. LaMAGNA:
12      Q.   And PX-204 is a copy of the -- of a
13   printout of the Yoon & Yang tax department web
14   page; is that accurate?
15      A.   Yes.                                           09:45:08
16      Q.   And on the right, you are shown as the top
17   attorney in the group; correct?
18      A.   Correct.
19      Q.   And in the third paragraph, it says that
20   "The Group has successfully handled high-stakes        09:45:27
21   litigations and disputes including cases involving
22   Samsung Group [as read]"; correct?
23      A.   Yes.
24      Q.   And that's accurate; correct?
25              MR. CHOI:  Object to form.                  09:45:44
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              And could we attempt to -- attempt a
 2    translation of the highlighted text, please.
 3              THE INTERPRETER:  Okay.  I will do so.       
 4              (Interpretation.)
 5              THE WITNESS:  Yes, that's what the          09:46:25
 6    document says.
 7    BY MR. LaMAGNA:
 8        Q.    And the document is accurate; correct?
 9              MR. CHOI:  Object to form.
10              THE WITNESS:  That's what the document     09:46:38
11    says, but as far as I'm concerned, I don't really
12    have recollection of any advice that I have
13    provided to Samsung Group.
14              However, since it's indicated that way
15    here, I believe attorneys other than myself must    09:47:17
16    have handled those cases.
17    BY MR. LaMAGNA:
18        Q.    Let's go down to the second page.  PX-204
19    says that your tax group -- it says the "Rep-" --
20    let me start over.  This is the highlighted part.   09:47:45
21    I'll start over.
22              PX-204 states that your tax group
23    "Represented clients in tax litigations involving
24    Jae Yong Lee of Samsung Group" [as read]; is that
25    correct?                                            09:48:22
```

Page 26

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1         A.    Yes.

2         Q.    And who is Jae Yong Lee?

3         A.    He is vice-chairman of Samsung

4    Electronics --

5               (Interruption in audio/video.)                      09:48:47

6               THE COURT REPORTER:  I'm sorry.  What was

7    the last word.

8               THE WITNESS:  -- currently.

9               Actually, I don't know exactly whether he

10   is a vice-chairman of Samsung Electronics or           09:49:15

11   Samsung --

12              THE INTERPRETER:  Hang on a second.

13              (Interpretation.)

14              MS. LEE:  The English name of the company

15   I believe is C&T.                                      09:49:36

16              THE INTERPRETER:  Okay.  Samsung C&T.

17              MS. LEE:  And for the court reporter, I

18   think 19, 1 is "currently."  I think you have

19   K-A-R-E-M-I [verbatim].

20              THE COURT REPORTER:  Counsel, may we go     09:49:48

21   off the record for a second, please?

22              MR. LaMAGNA:  Sure.

23              THE VIDEOGRAPHER:  We're going off the

24   record.  This is end of Media Unit 1.  The time is

25   9:49 a.m.                                              09:50:05

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1 | A. Yes. |
| 2 | Q. Okay. Nicole, we're going to go to |
| 3 | E-Daily and Seoul Daily. |
| 4 | I'm going to put up another exhibit which |
| 5 | is a web page taken from a -- a news site called | 10:14:34 |
| 6 | E-Daily. It is exhibit PX-208. |
| 7 | (Lim Deposition Exhibit PX-208 was |
| 8 | marked.) |
| 9 | BY MR. LaMAGNA: |
| 10 | Q. And, again, this is a -- also available in | 10:15:04 |
| 11 | Korean, so we could scroll down for the Korean for |
| 12 | the witness. This is going to be difficult. |
| 13 | Maybe we can rotate it for the witness. |
| 14 | You have to scroll up. There you go. |
| 15 | Okay. And then blow it up a little bit for the | 10:15:31 |
| 16 | witness. |
| 17 | All right. |
| 18 | And this is a more recent article from the |
| 19 | news in March of this year, 2021. |
| 20 | Do you see that? | 10:15:50 |
| 21 | A. Yes. |
| 22 | Q. And the headline of this article is "With |
| 23 | suspicion of unfair merger and accounting |
| 24 | malpractices on the part of Samsung, a long |
| 25 | drawn-out trial is unavoidable"; is that correct? | 10:16:12 |

Veritext Legal Solutions
866 299-5127

```
 1        A.    Yes.
 2        Q.    And they are talking here about another
 3   trial of Jae Yong Lee, vice chairman of Samsung
 4   Electronics; correct?
 5        A.    Yes.                                          10:16:47
 6        Q.    And if we go down to the second page,
 7   third paragraph, it states that Yoon & Yang is one
 8   of the law firms de- -- defending vice chairman
 9   Lee; correct?
10        A.    Yes.                                          10:17:11
11        Q.    And, in fact, Yoon & Yang is defending
12   Samsung Electronics vice chairman Lee against
13   charges of unfair merger and accounting practices;
14   correct?
15        A.    According to this article, that's what it    10:18:12
16   says.  However, since that is being handled at
17   another group in my law firm, I don't really know
18   about that.
19        Q.    Okay.  In other words, you are not
20   handling it personally, but Yoon & Yang, your law      10:18:32
21   firm, is defending Samsung Electronics vice
22   chairman Lee against charges of unfair merger and
23   accounting practices; correct?
24             THE COURT REPORTER:  Excuse me.  Was there
25   an objection?  I didn't hear.                           10:19:15
```

Page 37

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              MR. CHOI:  I did say, I object to form.
2      Yes.
3              THE INTERPRETER:  Oh.
4              (Interpretation.)
5              THE WITNESS:  As to that, I don't know          10:19:25
6      exactly.  But according to this article, it says
7      that Yoon & Yang -- Yang represented.
8      BY MR. LaMAGNA:
9         Q.   And you have no reason to believe that's
10     inaccurate; correct?                                    10:19:50
11        A.   Correct; I don't.
12        Q.   Let's go on to the next exhibit, which is
13     Exhibit PX-209.
14             (Lim Deposition Exhibit PX-209 was
15             marked.)                                         10:20:13
16     BY MR. LaMAGNA:
17        Q.   And, again, this is one that you can show
18     the witness in Korean.  PX-209 is a web page news
19     story printed from the source Seoul Daily.
20        A.   Okay.                                            10:20:50
21        Q.   And PX-209 states that vice chairman Jae
22     Yong Lee is being investigated for unlawful
23     succession to assume managerial control of
24     Samsung; is that correct?
25        A.   Yes, that's what it says.                        10:21:06
```

Page 38

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q. And, in fact, Samsung Electronics vice | |
| 2 | chairman Jae Yong Lee is being investigated for | |
| 3 | unlawful succession to assume managerial control | |
| 4 | of Samsung; correct? | |
| 5 | MR. CHOI: Object to form. | 10:22:03 |
| 6 | BY MR. LaMAGNA: | |
| 7 | Q. You can answer. | |
| 8 | A. As I stated before, I don't really know | |
| 9 | about that. However, based on the article, I can | |
| 10 | speculate so. | 10:22:34 |
| 11 | Q. Well, the article states that Yoon & Yang | |
| 12 | is representing, Samsung vice chairman Jae Yong | |
| 13 | Lee in these allegations of unlawful succession to | |
| 14 | assume managerial control of Samsung. | |
| 15 | Do you see that? | 10:22:54 |
| 16 | A. Yes. | |
| 17 | Q. Do you have any reason to believe that | |
| 18 | that's not true? | |
| 19 | A. No. | |
| 20 | Q. So it -- it's true, isn't it, that you and | 10:23:33 |
| 21 | your law firm have been representing Samsung or | |
| 22 | its leaders for going back almost 20 years; | |
| 23 | correct? | |
| 24 | A. I -- I think that's incorrect. | |
| 25 | Q. And how is that incorrect? | 10:24:17 |