EKWAN E. RHOW (SB 174604)
erhow@birdmarella.com
MARC E. MASTERS (SB 208375)
mmasters@birdmarella.com
DAVID I. HURWITZ (SB 174632)
dhurwitz@birdmarella.com
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

MARC F. FEINSTEIN (SB 158901)
mfeinstein@omm.com
JOSEPH R. O'CONNOR (SB 274421)
joconnor@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

MICHAEL G. YODER (SB 83059)
myoder@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant Samsung
Electronics Co., Ltd.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DECLARATION OF JOSEPH R. O'CONNOR IN SUPPORT OF SAMSUNG'S OPPOSITION TO PLAINTIFF NETLIST'S MOTIONS *IN LIMINE***<br><br>Date:   November 15, 2021<br>Time:  9:00 a.m.<br>Crtrm.: 7C<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

DECLARATION OF JOSEPH R. O'CONNOR

# DECLARATION OF JOSEPH R. O'CONNOR

I, Joseph R. O'Connor, declare as follows:

1. I am an active member of the Bar of the State of California and an attorney with the law firm of O'Melveny & Myers LLP, attorneys of record for Defendant Samsung Electronics Co. Ltd. ("Samsung") in this action. I make this declaration in support of Samsung's Opposition to Plaintiff Netlist's Motions *in Limine*. I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the transcript of the deposition of Paik Ki Hong taken on August 12, 2021.

3. Attached hereto as **Exhibit 2** is a true and correct copy of emails exchanged between Netlist and Samsung from April 2, 2018 to April 8, 2018, produced by Netlist in this action bearing Bates number NL008985 and designated as Exhibit 55 (Dkt. 187-57) in Samsung's Motion for Summary Judgment or in the Alternative, Partial Summary Judgment dated October 21, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on November 1, 2021 at Los Angeles, California.

_____
Joseph R. O'Connor

# EXHIBIT 1

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3                    SOUTHERN DIVISION
 4
 5    NETLIST INC., a Delaware      )
      corporation,                  ) Case No.:
 6                                  ) 8:20-cv-993-MCS-DFM
               Plaintiff,           )
 7                                  )
          v.                        ) Pages 1 to 303
 8                                  )
      SAMSUNG ELECTRONICS CO.,      )
 9    LTD., a Korean corporation,   )
                                    )
10             Defendant.           )
      _____)
11
12
13               *** CONFIDENTIAL ***
14                  DEPOSITION OF:
15                   PAIK KI HONG
16             THURSDAY, AUGUST 12, 2021
17                    9:12 a.m.
18
19
20    REPORTED BY:
21    Vickie Blair
22    CSR No. 8940, RPR-CRR
23    JOB NO. 4744083
24
25    PAGES 1 - 303
```

Page 1

CONFIDENTIAL

```
 1    CONFIDENTIAL deposition of PAIK KI HONG, the witness,
 2    taken on behalf of the Defendant, on Thursday,
 3    August 12, 2021, 9:12 a.m., before VICKIE BLAIR,
 4    CSR No. 8940, RPR-CRR.
 5    APPEARANCES OF COUNSEL VIA ZOOM:
 6    FOR PLAINTIFF NETLIST INC.:
 7            GIBSON, DUNN & CRUTCHER
                BY RAYMOND A. LAMAGNA, ESQ., Associate Attorney
 8            333 South Grand Avenue
                Los Angeles, California  90071-3197
 9            +1 213.229.7101
                +1 213.229.6101
10            rlamagna@gibsondunn.com
11    FOR DEFENDANT SAMSUNG:
12            BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS,
                LINCENBERG & RHOW, P.C.
13            BY EKWAN E. RHOW, ESQ., Principal
                1875 Century Park East 23rd Floor
14            Los Angeles, California  90067-2561
                310.201.2100
15            310.201.2110
                erhow@birdmarella.com
16
                BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS,
17            LINCENBERG & RHOW, P.C.
                BY KATE S. SHIN, ESQ., Associate
18            1875 Century Park East 23rd Floor
                Los Angeles, California  90067-2561
19            310.201.2100
                310.201.2110
20            kshin@birdmarella.com
21    ALSO PRESENT:
22            HAN LEE, In-House Counsel
                SAMSUNG
23
                ROSA C. CHUNG, Summer Intern
24            GIBSON, DUNN & CRUTCHER
25            BRANDON MILLER, Videographer
```

Page 2

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. RHOW: I got one final one. | 18:55:35 |
| 2 | | 18:55:37 |
| 3 | FURTHER EXAMINATION | 18:55:37 |
| 4 | BY MR. RHOW: | 18:55:37 |
| 5 | Q   You mentioned with Mr. LaMagna -- or | 18:55:38 |
| 6 | actually Mr. LaMagna's question talked about commercial | 18:55:42 |
| 7 | reasonableness. | 18:55:45 |
| 8 |        Under 6 point -- section 6.2 you would | 18:55:50 |
| 9 | agree that Netlist orders, to the extent that Samsung | 18:55:52 |
| 10 | is required to fulfill them, should be commercially | 18:55:54 |
| 11 | reasonable? | 18:55:58 |
| 12 |        Is that a fair statement? | 18:55:58 |
| 13 | A   Sorry, the question again? | 18:56:03 |
| 14 | Q   Under your interpretation of section 6.2, | 18:56:04 |
| 15 | Netlist orders should be commercially reasonable to | 18:56:08 |
| 16 | require Samsung to fulfill them. | 18:56:12 |
| 17 |        Is that a fair statement? | 18:56:15 |
| 18 |        MR. LAMAGNA: Form. | 18:56:16 |
| 19 |        THE WITNESS: Netlist requests should be | 18:56:22 |
| 20 | commercially reasonable. | 18:56:23 |
| 21 |        MR. RHOW: Nothing further. | 18:56:24 |
| 22 |        MR. LAMAGNA: We're finally done, I think. | 18:56:26 |
| 23 |        MR. RHOW: We are done. | 18:56:29 |
| 24 |        Mr. Hong, thanks so much, I really | 18:56:31 |
| 25 | appreciate it.  I know it's been a long day. | 18:56:34 |

Page 296

CONFIDENTIAL

|   |   |
|---|---|
| 1 | DECLARATION |
| 2 | |
| 3 | |
| 4 | I, PAIK KI HONG, hereby declare that I am |
| 5 | the deponent in the within matter; that I have read the |
| 6 | foregoing deposition and know the contents thereof, and |
| 7 | I declare that the same is true of my knowledge, except |
| 8 | as to the matters which are therein stated. |
| 9 | I certify under penalty of perjury of the |
| 10 | laws of the State of California that the foregoing is |
| 11 | true and correct. |
| 12 | Executed this _____ day of _____, |
| 13 | 2021, at _____, _____. |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | _____ |
| 19 | PAIK KI HONG |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Page 299

CONFIDENTIAL

```
 1   STATE OF CALIFORNIA     )
 2                           ) ss.
 3   COUNTY OF LOS ANGELES   )
 4            I, Vickie Blair, CSR No. 8940, RPR-CRR, in
 5   and for the State of California, do hereby certify:
 6            That, prior to being examined, the witness
 7   named in the foregoing deposition was by me duly sworn
 8   to testify as to the truth, the whole truth, and
 9   nothing but the truth;
10            That said deposition was taken before me
11   at the time and place therein set forth, and was taken
12   down by me stenographically and thereafter transcribed
13   via computer-aided transcription under my direction and
14   is a true record of the testimony given;
15            I further certify I am neither counsel
16   for, nor related to, any party to said action, nor
17   interested in the outcome thereof;
18            IN WITNESS WHEREOF, I have hereto
19   subscribed my name this 13th day of August, 2021.
20
21
22            [signature: Vickie Blair]
23            Vickie Blair, CSR No. 8940, RPR-CRR
24
25
```

Page 300

# EXHIBIT 2

# EXHIBIT 55

| | |
|---|---|
| **From:** | Raymond Jiang <rjiang@netlist.com> |
| **Sent:** | Sun, 8 Apr 2018 22:55:21 -0400 (EDT) |
| **To:** | Neal Knuth <n.knuth@samsung.com> |
| **Cc:** | Steven Yu <syu@netlist.com>; Violeta Rios Zendejas<violeta.rios@samsung.com>; Paik Ki Hong <pkhong@netlist.com> |
| **Subject:** | RE: PC 16GB |

Neal,

FYI - We turned down the B die due to an incident Paik has explained.

This is a C die. We can also use.

Thanks

---

**From:** Neal Knuth [mailto:n.knuth@samsung.com]
**Sent:** Wednesday, April 04, 2018 8:45 AM
**To:** Raymond Jiang <rjiang@netlist.com>
**Cc:** Steven Yu <syu@netlist.com>; Violeta Rios Zendejas <violeta.rios@samsung.com>; Paik Ki Hong <pkhong@netlist.com>
**Subject:** PC 16GB

Raymond,

You turned them down last week.. Steven confirmed so I sold elsewhere. If PO is open, cancel it. I cannot support much with current credit issue.

Thanks,

Neal Knuth
949 910 2835

**From:** Raymond Jiang [mailto:rjiang@netlist.com]
**Sent:** Tuesday, April 3, 2018 10:25 PM
**To:** Neal Knuth <n.knuth@samsung.com>
**Cc:** Steven Yu <syu@netlist.com>
**Subject:** RE: PC 16GB

Can take 196pcs - M471A2K43CB1-CRCD0 if available.

Please advise.

Thanks

**From:** Raymond Jiang
**Sent:** Tuesday, April 03, 2018 2:48 PM
**To:** Neal Knuth <n.knuth@samsung.com>
**Subject:** RE: PC 16GB

Exhibit 0021

Neal,

| M471A2K43CB1-CRCD0 | 629 |

Curious – are these still available?

Thanks

**From:** Neal Knuth [mailto:n.knuth@samsung.com]
**Sent:** Monday, April 02, 2018 2:46 PM
**Subject:** PC 16GB

| M471A2K43CB1-CRCD0 | 629 |
| M378A2K43CB1-CRCD0 | 777 |

Let me know.   $142.00 and First come first served..

Thank you,
감사합니다
Neal Knuth
Samsung Semiconductor, INC
Southwest Regional Manager
**New Office Number**:  949 910 2835

nealk@ssi.samsung.com

Notice: Unless specifically identified as a firm offer or an offer to sell, this message is not an offer of sale. Any terms stated in this message or prices quoted are merely indications of terms on which Samsung Semiconductor, Inc. may consider selling, and are not intended to be binding.
**Privacy Notice**: This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or return email and delete the original email and any copies thereof. Thank you.