JASON C. LO, SBN 219030
    jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
    mbenjamin@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
    rlamagna@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

Attorneys for Plaintiff Netlist Inc.

EKWAN E. RHOW, SBN 174604
    erhow@birdmarella.com
MARC E. MASTERS, SBN 208375
    mmasters@birdmarella.com
DAVID I. HURWITZ, SBN 174632
    dhurwitz@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone:   310.201.2100
Facsimile:    310.201.2110

MICHAEL G. YODER (SB 83059)
    myoder@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant Samsung Electronics Co., Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>　　　　　Defendant. | CASE NO. 8:20-cv-993-MSC (ADS)<br><br>**NOTICE OF LODGING OF JOINT FINAL [PROPOSED] PRETRIAL CONFERENCE ORDER**<br><br>**Final Pretrial Conference:**<br>Date:　November 15, 2021<br>Time:　2 p.m. PT<br><br>**Trial:**<br>Date:　　November 30, 2021<br>Time:　　8:30 a.m. PT |

<u>**NOTICE OF LODGING OF**</u>

<u>**JOINT FINAL [PROPOSED] PRETRIAL CONFERENCE ORDER**</u>

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT Plaintiff Netlist Inc., by and through its counsel of record, and Defendant Samsung Electronics Co. Ltd., by and through its counsel of record, hereby jointly lodge the attached Joint Final [Proposed] Pretrial Conference Order.

Dated: November 1, 2021

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jason C. Lo*
Jason C. Lo
333 South Grand Avenue
Los Angeles, CA 90071
213.229.7153
jlo@gibsondunn.com

Attorneys for Plaintiff Netlist Inc.

Dated: November 1, 2021

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By: *Ekwan E. Rhow*
Ekwan E. Rhow
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
310.201.2100

Attorneys for Defendant Samsung Electronics Co., Ltd.