UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

Case No.   **8:20-cv-00993-MCS-ADS**                              Date   November 6, 2021

Title   *Netlist Inc. v. Samsung Elecs. Co. Ltd.*

Present: The Honorable   Mark C. Scarsi, United States District Judge

|Stephen Montes Kerr|Not Reported|
|---|---|
|Deputy Clerk|Court Reporter|

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present                              None Present

**Proceedings:   (IN CHAMBERS) ORDER REQUIRING BRIEFING ON AFFIRMATIVE DEFENSES**

The parties submitted pretrial documents identifying a dispute over whether the Court's order on the parties' motions for summary judgment (ECF No. 186) disposed of Samsung's affirmative defenses. (*E.g.*, Proposed Final Pretrial Conference Order 7–8, 16, ECF No. 225-1.)

The Court orders the parties to file briefs addressing the following issues: (1) whether Samsung's defenses are cognizable affirmative defenses to a breach of contract claim under New York law; (2) whether the Court's summary judgment order adjudicated Samsung's defenses; and (3) whether the Court may grant summary judgment on any of Samsung's defenses. *See Portsmouth Square, Inc. v. S'holders Protective Comm.*, 770 F.2d 866, 869 (9th Cir. 1985) ("[T]he district court has . . . limited authority to grant summary judgment *sua sponte* in the context of a final pretrial conference.") The briefs must be filed by November 10, 2021 and must not exceed 15 pages. The parties should be prepared to discuss these issues at the final pretrial conference.

**IT IS SO ORDERED.**