Michael Yoder
610 Newport Center Drive
17th Floor
Newport Beach, CA  92660

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation, | CASE NUMBER |
| Plaintiff(s) | 8:20-cv-993-JAK (DFMx) |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Gerard A. Savaresse                                    of

*Applicant's Name (Last Name, First Name & Middle Initial*

(212) 326 2000                    (212) 326 2061

*Telephone Number*              *Fax Number*

gsavaresse@omm.com

*E-Mail Address*

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

SAMSUNG ELECTRONICS CO. LTD., a Korean corporation

*Name(s) of Party(ies) Represent*        ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other:

**and designating as Local Counsel**

Yoder, Michael                                    of

*Designee's Name (Last Name, First Name & Middle Initial*

(S.B. #83059)          (949) 823 6900          (949) 823 6994

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

myoder@omm.com

*E-Mail Address*

O'MELVENY & MYERS LLP
610 Newport Center Drive
17th Floor
Newport Beach, California 92660-6429

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ **GRANTED**

☐ **DENIED:**
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated _____          _____
                                                                    **U.S. District Judge/U.S. Magistrate Judge**