Name and Address

Michael Yoder
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff(s)<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation<br><br>Defendant(s). | CASE NUMBER<br><br>8:20-cv-993 MCS (ADSx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Gerard A. Savaresse
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 326 2000      (212) 326 2061
*Telephone Number       Fax Number*

gsavaresse@omm.com
*E-Mail Address*

of  O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

SAMSUNG ELECTRONICS CO. LTD., a Korean corporation

*Name(s) of Party(ies) Represent*     ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Yoder, Michael
*Designee's Name (Last Name, First Name & Middle Initial)*

(S.B. #83059)    (949) 823 6900    (949) 823 6994
*Designee's Cal. Bar No.    Telephone Number    Fax Number*

myoder@omm.com
*E-Mail Address*

of  O'MELVENY & MYERS LLP
610 Newport Center Drive
17th Floor
Newport Beach, California 92660-6429
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

X☒ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated  November 10, 2021

*(signature)*
**U.S. District Judge Mark C. Scarsi**

G-64 Order (05/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1