EKWAN E. RHOW (SB 174604)
erhow@birdmarella.com
MARC E. MASTERS (SB 208375)
mmasters@birdmarella.com
DAVID I. HURWITZ (SB 174632)
dhurwitz@birdmarella.com
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

MARC F. FEINSTEIN (SB 158901)
mfeinstein@omm.com
JOSEPH R. O'CONNOR (SB 274421)
joconnor@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

MICHAEL G. YODER (SB 83059)
myoder@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant
Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>            Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DEFENDANT SAMSUNG ELECTRONICS CO. LTD.'S NOTICE OF WITHDRAWAL OF MOTION *IN LIMINE* NO. 3 TO EXCLUDE REFERENCES AND EVIDENCE CONCERNING UNRELATED PROCEEDINGS AGAINST SAMSUNG-AFFILIATED INDIVIDUALS**<br><br>Date:    November 15, 2021<br>Time:   2:00 p.m.<br>Crtrm.: 7C<br><br>Assigned to Hon. Mark C. Scarsi |

3761293.1

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to the agreement of the parties following further meet and confer regarding the relief sought, Defendant Samsung Electronics Co. Ltd. ("Samsung") hereby withdraws its motion *in limine* no. 3 for an order to preclude Plaintiff Netlist Inc. ("Netlist") from referencing or introducing evidence concerning any criminal investigations or proceedings against Samsung-affiliated individuals who are not witnesses in this action.

DATED: November 12, 2021        Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By:     */s/ David I. Hurwitz*
          David I. Hurwitz
          Attorneys for Defendant Samsung
          Electronics Co., Ltd.