RICHARD DOREN, SBN 124666
rdoren@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
mbenjamin@gibsondunn.com
TIMOTHY BEST, SBN 254409
tbest@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JASON SHEASBY, SBN 205455
jsheasby@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>           Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**PLAINTIFF NETLIST, INC.'S NOTICE OF LODGING OF SUPPLEMENTAL EXHIBITS RE: SUMMARY JUDGMENT WITH RESPECT TO AFFIRMATIVE DEFENSES**<br><br>Action Filed: May 28, 2020<br><br>Final Pretrial Conference: Nov. 15, 2021<br>Trial Date: Nov. 30, 2021<br><br>Hon. Mark C. Scarsi |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on November 15, 2021, concurrently with the Final Pretrial Conference in the above captioned matter, the Court heard the parties on motions *in limine* (Dkts. 202, 203, 204, 211) and on supplemental briefing (Dkts. 233, 234) requested by the Court regarding summary judgment with respect affirmative defenses (Dkt. 227). During this hearing, several additional items of authority and evidence were addressed to the Court.

Plaintiff Netlist Inc. hereby lodges those items with the Court as follows:

1. *Meridian Project Sys., Inc. v. Hardin Construction Co.*, 2006 WL 5986588, Brief in Opposition to Plaintiff's Motion for Partial Summary Judgment (E.D. Cal., Feb. 3, 2006).

2. Excerpts from the transcript of the parties' discovery hearing of June 10, 2021, before The Honorable Douglas F. McCormick addressing Netlist's request for further responses to its Interrogatory No. 2 and ordering same.

3. Excerpts from Defendant Samsung Electronics Co., Ltd.'s Second Supplemental Responses to Plaintiff Netlist Inc.'s First Set of Interrogatories (supplemental response to Netlist's Interrogatory No. 2) dated July 8, 2021.

4. Excerpts from the transcript of the parties' discovery hearing of July 13, 2021, before The Honorable Douglas F. McCormick addressing Netlist's request for yet further response to its Interrogatory No. 2 and declining same.

Dated: November 15, 2021

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Raymond A. LaMagna*
Raymond A. LaMagna

Attorneys for Plaintiff Netlist, Inc.

Gibson, Dunn & Crutcher LLP

NETLIST'S NOTICE OF LODGING OF
SUPPLEMENTAL EXHIBITS RE: SUMMARY JUDGMENT W/R/T AFFIRMATIVE DEFENSES