UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.  8:20-cv-00993-MCS-ADS                                Date  November 15, 2021

Title  *Netlist Inc. v. Samsung Electronics Co., Ltd.*

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):

Richard Doren
Timothy P. Best
James C. Lo
Raymond A. LaMagna

Attorney(s) Present for Defendant(s):

Michael G. Yodor
Ekwan E. Rhow
Kate S. Shin
Marc E. Masters
David I. Hurwitz
Marc R. O'Connor

**Proceedings:  Final Pretrial Conference; Samsung's Motion in Limine No. 1 to Exclude Opinion Testimony of Netlist Expert Dr. Michael Akemann (ECF No. 202); Samsung's Motion in Limine No. 2 to Exclude Evidence, Testimony and Argument of Purported Consequential Damages (ECF No. 203); and Netlist Inc.'s Motions in Limine (ECF No. 211)**

The final pretrial conference is held. The Court and counsel confer about the remaining affirmative defenses.  Counsel address the Court. The Court takes the motions in limine UNDER SUBMISSION and a ruling will be issued.

Following the Court's rulings, the parties are to submit revised proposed jury instructions, exhibit list, and verdict form by November 23, 2021.

IT IS SO ORDERED.