| | |
|---|---|
| RICHARD DOREN, SBN 124666<br>  rdoren@gibsondunn.com<br>JASON C. LO, SBN 219030<br>  jlo@gibsondunn.com<br>MATTHEW BENJAMIN (*pro hac vice*)<br>  mbenjamin@gibsondunn.com<br>TIMOTHY BEST, SBN 254409<br>  tbest@gibsondunn.com<br>RAYMOND A. LAMAGNA, SBN 244821<br>  rlamagna@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone:   213.229.7000<br>Facsimile:   213.229.7520 | JASON SHEASBY, SBN 205455<br>  jsheasby@irell.com<br>IRELL & MANELLA LLP<br>1800 Ave. of the Stars<br>Los Angeles, CA 90067<br>Telephone: 310.203.7096<br>Facsimile: 310.203.7199 |

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>                    Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**PLAINTIFF NETLIST, INC.'S NOTICE LIMITING ASSERTED COUNT TWO (BREACH OF CONTRACT)**<br><br>Action Filed:  May 28, 2020<br><br>Trial Date:                Nov. 30, 2021<br><br>Hon. Mark C. Scarsi |

NETLIST'S NOTICE LIMITING ASSERTED COUNT TWO (BREACH OF CONTRACT)

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, with respect to Count Two of Netlist's First Amended Complaint, Netlist does not intend to pursue the argument at trial that Samsung additionally breached the JDLA by failing to reasonably cooperate with Netlist's efforts to recover from the Korean tax authority the funds that Samsung improperly withheld from Netlist. For the avoidance of doubt, with respect to Count Two, Netlist will argue at trial that Netlist suffered general damages based on Samsung's failure to pay Netlist the full NRE fees at the outset in breach of the JDLA. Netlist will also pursue general damages based on Samsung's breach of the supply obligation of the JDLA (Count One).

Dated: November 19, 2021

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Raymond A. LaMagna
         Raymond A. LaMagna

Attorneys for Plaintiff Netlist, Inc.

NETLIST'S NOTICE LIMITING ASSERTED COUNT TWO (BREACH OF CONTRACT)