EKWAN E. RHOW (SB 174604)
erhow@birdmarella.com
MARC E. MASTERS (SB 208375)
mmasters@birdmarella.com
DAVID I. HURWITZ (SB 174632)
dhurwitz@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

MARC F. FEINSTEIN (SB 158901)
mfeinstein@omm.com
JOSEPH R. O'CONNOR (SB 274421)
joconnor@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

MICHAEL G. YODER (SB 83059)
myoder@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant Samsung Electronics Co., Ltd.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DECLARATION OF MICHAEL G. YODER IN SUPPORT OF DEFENDANT SAMSUNG'S *EX PARTE* APPLICATION TO CONTINUE TRIAL DATE BECAUSE OF ILLNESS OF CO-LEAD TRIAL COUNSEL** |

DECLARATION OF MICHAEL G. YODER

**DECLARATION OF MICHAEL G. YODER**

I, Michael G. Yoder, declare as follows:

1. I am an active member of the Bar of the State of California and a partner with the law firm of O'Melveny & Myers LLP, attorneys of record for Defendant Samsung Electronics Co. Ltd. ("Samsung"). I am co-lead trial counsel for Samsung in this action. I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. On November 19, 2021, I underwent a previously-scheduled medical procedure that was performed without any major issue.

3. However, the following day, November 20, 2021, I began experiencing a severe sore throat and cough. These symptoms worsened over the course of the day.

4. By the morning of November 21, 2021, I had developed a fever and my symptoms had worsened. As a result, I contacted my doctor, Dr. James Strebig, and he advised that I take a rapid test for COVID-19. I proceeded to take a COVID-19 test at Surfside Urgent Care in Laguna Beach, California. The test produced a positive result. Dr. Strebig subsequently advised me to quarantine to reduce the risk of spreading COVID-19. He advised that I maintain bedrest until my symptoms subside, take my temperature frequently, and monitor my oxygen level with a Pulse Oximeter. He has advised me to contact him immediately if there is any change in my physical condition.

5. I am currently exhibiting symptoms of COVID-19. I continue to experience a fever, severe sore throat, and a worsening cough. I have lost the ability to use my voice. I am monitoring my oxygen level using a Pulse Oximeter, and my oxygen level is currently on the lower range of normal. As a result, I remain quarantined and am maintaining bedrest. Dr. Strebig has advised me to remain quarantined until my symptoms subside and, at that point, to take another COVID-19 test to ensure that I am virus-free.

6. I was retained by Samsung to represent it as co-lead trial counsel with Ekwan Rhow in the defense of this action and, in particular, the upcoming trial. I am closely involved across-the board in the preparation for trial including witness examinations, trial exhibits, opening statement, closing argument, pretrial motions, jury instructions, verdict form, objections to evidence, and preserving the record. I am planning to be in court at all times during the trial and am responsible for the examination of important witnesses. I have devoted significant time to preparing for trial and was planning to work throughout much of the next week to get ready and to get the team ready. My COVID-19 condition is significantly interfering with my trial preparation and my ability to assist in the preparation of the rest of the team. There is a serious question whether I will be cleared by my doctor to appear at the trial at all.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on November 22, 2021 at Orange County, California.

_____
Michael G. Yoder