| | |
|---|---|
| EKWAN E. RHOW (SB 174604) | MARC F. FEINSTEIN (SB 158901) |
| erhow@birdmarella.com | mfeinstein@omm.com |
| MARC E. MASTERS (SB 208375) | JOSEPH R. O'CONNOR (SB 274421) |
| mmasters@birdmarella.com | joconnor@omm.com |
| DAVID I. HURWITZ (SB 174632) | O'MELVENY & MYERS LLP |
| dhurwitz@birdmarella.com | 400 South Hope Street, 18th Floor |
| BIRD, MARELLA, BOXER, | Los Angeles, California 90071 |
| WOLPERT, NESSIM, DROOKS, | Telephone: (213) 430-6000 |
| LINCENBERG & RHOW, P.C. | Facsimile: (213) 430-6407 |
| 1875 Century Park East, 23rd Floor | |
| Los Angeles, California 90067-2561 | |
| Telephone: (310) 201-2100 | |
| Facsimile: (310) 201-2110 | |

MICHAEL G. YODER (SB 83059)
myoder@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,, | CASE NO. 8:20-cv-00993-MCS-ADS |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,, | |
| Defendant. | |

[PROPOSED] ORDER

This matter comes before the Court on Defendant Samsung Electronics Co., Ltd.'s ("Samsung") Ex Parte Application to Continue the Trial Date Because of Illness of Co-Lead Trial Counsel.  After reviewing the materials submitted by Samsung and good cause appearing, the Court **GRANTS** the application.

**IT IS ORDERED THAT**:

The December 1, 2021 trial date is taken off calendar.  The Court sets a status conference for December 1, 2021 at 9:00 a.m. to discuss alternative trial dates.

DATED:

_____
Hon. Mark C. Scarsi
United States District Judge