RICHARD DOREN, SBN 124666
  rdoren@gibsondunn.com
JASON C. LO, SBN 219030
  jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
  mbenjamin@gibsondunn.com
TIMOTHY BEST, SBN 254409
  tbest@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
  rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JASON SHEASBY, SBN 205455
  jsheasby@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

Attorneys for Plaintiff Netlist Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>　　　　　Defendant. | **CASE NO. 8:20-cv-993-MCS (ADS)**<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL**<br><br>Before Judge Mark C. Scarsi<br><br>**Trial:**<br>Date:　December 1, 2021<br>Time:　8:30 a.m. PT |

As a matter of professional courtesy and respect for opposing counsel, Netlist normally would be willing to accommodate the requested continuance given the extenuating circumstances. But here, Netlist itself also faces an extenuating circumstance, and therefore opposes Samsung's motion with regret.

One of Netlist's witnesses in the upcoming trial has scheduled an open-heart quadruple bypass surgery for December 14, 2021 at University of California Irvine Medical Center. This is an urgent and major medical procedure, and assuming a successful outcome, the recovery time is certain to take several months. Thus, the witness will not be available to prepare for or participate in a trial for multiple months after December 14, 2021. The witness discovered the problem last week and after consultation with the medical team, specifically requested to delay the procedure until mid-December to ensure availability for the trial next week.

Netlist has conveyed additional details about these circumstances to counsel for Samsung as part of the meet and confer process (including the identity of the witness), and is available to provide additional information to the Court upon request.

Dated: November 23, 2021

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Jason C. Lo
Jason C. Lo
333 South Grand Avenue
Los Angeles, CA 90071
213.229.7000
jlo@gibsondunn.com

Attorneys for Plaintiff Netlist Inc.