EKWAN E. RHOW (SB 174604)
erhow@birdmarella.com
MARC E. MASTERS (SB 208375)
mmasters@birdmarella.com
DAVID I. HURWITZ (SB 174632)
dhurwitz@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

MARC F. FEINSTEIN (SB 158901)
mfeinstein@omm.com
JOSEPH R. O'CONNOR (SB 274421)
joconnor@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

MICHAEL G. YODER (SB 83059)
myoder@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DEFENDANT SAMSUNG ELECTRONIC CO., LTD.'S REVISED WITNESS LIST AND OBJECTION TO TIME LIMIT**<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C<br><br>Trial Date: December 1, 2021 |

Defendant Samsung Electronics Co., Ltd. ("Samsung") hereby submits its Witness List of individuals who may be called to testify at the trial in this matter.

## I.  Preliminary Objection

Samsung objects to the Court's order that: "Each party will have 5.5 hours to present its case (including opening, direct examination, cross examination, and closing)." (ECF No. 143.)  While the Court may impose reasonable time limits on a trial, 5.5 hours is an unreasonably short amount of time to conduct a jury trial on a claim seeking millions of dollars of damages based on more than 1500 purchase orders for different products spanning over three years. *See Navellier v. Sletten*, 262 F.3d 923, 941 (9th Cir. 2001) (courts have discretion to expedite the completion of trials but "they must not adhere so rigidly to time limits as to sacrifice justice in the name of efficiency," quoting *Gen. Signal Corp. v. MCI Telecomm. Corp.*, 66 F.3d 1500, 1509 (9th Cir. 1995); *Amarel v. Connell*, 102 F.3d 1494, 1513 (9th Cir. 1996) ("Rigid and inflexible hour limits on trials, however, are generally disfavored.").

Netlist has informed Samsung that it intends to call between four and six witnesses at trial.  5.5 hours is not a sufficient time for Samsung to cross examine those witnesses, let alone present its own witnesses, opening statement and closing argument.  Netlist apparently intends to try to prove its claim for damages by having its expert assume that all Netlist purchases from resellers over a three year period were cover based on conclusory testimony of one or more witnesses, without establishing any specific instances of such purchases in response to Samsung's failure to supply product.  Samsung should be permitted sufficient time to present evidence showing, as to specific purchase orders, which orders were not fulfilled, whether Netlist suffered damages as result, and whether Netlist mitigated any damages it claims to have suffered.  To do so will require evidence, for each unfulfilled purchase order, as to whether Netlist had sufficient cash or credit to complete the purchase, whether Netlist made a cover purchase in a reasonable amount of time for each purchase order not fulfilled, and the difference, if any,

between the price of cover was greater than the purchase order price. That will all take time.

Therefore, Samsung objects to the 5.5 hour time limit and requests a total of 10 hours to present its case.

## II. Witness List

Subject to and without waiving its objection, Samsung submits the following estimates of time for its direct and cross examination of witnesses:

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Chun Ki "Chuck" Hong c/o Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 | Netlist's alleged damages as a result of lack of supply and tax withholding / Netlist's CEO, directed Netlist's operations involving Samsung | | 0.1 | [To be filled in during trial] |
| Paik Ki Hong c/o Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 | Netlist's alleged damages as a result of lack of supply / Supervised procurement of supplies | | 0.4 | [To be filled in during trial] |
| Gail Sasaki c/o Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 | Netlist's alleged damages and financials / Netlist's CFO, certified company financials and signed off on tax withholding | | 0.1 | [To be filled in during trial] |
| Steven Yu c/o Gibson, Dunn & | Netlist's alleged damages as a | | 0.4 | [To be filled in |

| | | | | |
|---|---|---|---|---|
| Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 | result of lack of supply / Carried out day-to-day procurement of supplies | | | during trial] |
| Raymond Jiang c/o Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 | Netlist's alleged damages as a result of lack of supply / Carried out day-to-day procurement of supplies | | 0.7 | By deposition designation |
| Mike Akemann c/o Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 | Netlist's designated expert on cover damages | | 1.2 | [To be filled in during trial] |
| Neal Knuth c/o Bird Marella,1875 Century Park E., Los Angeles, CA 90067 | Rebuttal to Netlist's alleged damages as a result of lack of supply / Directly communicated with Netlist regarding supply | 0.9 | | [To be filled in during trial] |
| Hyeok-Sang ("Harrison") Yoo c/o Bird Marella,1875 Century Park E., Los Angeles, CA 90067 | Rebuttal to Netlist's alleged damages as a result of lack of supply / Samsung's 30(b)(6) witness on the issue of supply | 0.2 | | By deposition designation |
| Douglas Kidder c/o Bird Marella,1875 Century Park E., Los Angeles, CA 90067 | Samsung's rebuttal expert on cover damages | 0.75 | | [To be filled in during trial] |

3763055.2

4

DEFENDANT SAMSUNG ELECTRONIC CO., LTD.'S WITNESS LIST

The following witnesses listed below will only be called if the need arises:

| Name/Address | Subject | | | Method |
|---|---|---|---|---|
| Byungyeop Jeon<br>c/o Bird Marella, 1875 Century Park E., Los Angeles, CA 90067 | Rebuttal to Netlist's alleged damages as a result of lack of supply and tax withholding / Samsung's 30(b)(6) witness, directly communicated with Netlist on the tax issue | 0.5 | | By deposition designation |
| Hyunki Ji<br>c/o Bird Marella, 1875 Century Park E., Los Angeles, CA 90067 | Rebuttal to Netlist's alleged damages as a result of lack of supply / Witnessed supply terms negotiation | 0.5 | | By deposition designation |
| Hojung Kim<br>c/o Bird Marella, 1875 Century Park E., Los Angeles, CA 90067 | Rebuttal to Netlist's alleged damages as a result of lack of supply and tax withholding / Witnessed supply terms negotiation and directly communicated with Netlist on the tax issue | 0.5 | | By deposition designation |
| Indong Kim<br>c/o Bird Marella, 1875 Century Park E., Los Angeles, CA 90067 | Rebuttal to Netlist's alleged damages as a result of lack of supply / Witnessed supply terms negotiation | 0.5 | | By deposition designation |
| Lane Kim<br>c/o Bird Marella, 1875 | Rebuttal to Netlist's alleged | 0.5 | | By deposition |

| | | | | |
|---|---|---|---|---|
| Century Park E., Los Angeles, CA 90067 | damages as a result of lack of supply / Involved in Samsung's communications regarding supply | | | designation |
| Steve Metz c/o Bird Marella,1875 Century Park E., Los Angeles, CA 90067 | Rebuttal to Netlist's alleged damages as a result of lack of supply / Directly communicated with Netlist regarding supply, supervised Neal Knuth | 0.5 | | By deposition designation |

Samsung reserves the right to call any additional witnesses as allowed by the Federal Rules of Civil Procedure and Local Rules.

DATED:  November 23, 2021    Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.


By:   */s/ Ekwan E. Rhow*
Ekwan E. Rhow
Attorneys for Defendant Samsung Electronics Co., Ltd.