RICHARD DOREN, SBN 124666
  rdoren@gibsondunn.com
JASON C. LO, SBN 219030
  jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
  mbenjamin@gibsondunn.com
TIMOTHY BEST, SBN 254409
  tbest@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
  rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

JASON SHEASBY, SBN 205455
  jsheasby@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-993-MCS (ADS)<br><br>**NETLIST INC.'S AMENDED WITNESS LIST**<br><br>Trial Date:  December 1, 2021<br><br>Judge: Hon. Mark C. Scarsi |

| Witness | Summary of Testimony/ Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| **Mike Akemann** c/o Gibson, Dunn & Crutcher LLP | Economist; expert testimony concerning damages Netlist suffered due to Samsung's breaches of the JDLA | 0.75 | | |
| **C.K. Hong** c/o Gibson, Dunn & Crutcher LLP | Netlist CEO; Netlist background; damages associated with Samsung's breaches of the JDLA | 0.5 | | |
| **Paik Ki Hong** c/o Gibson, Dunn & Crutcher LLP | Netlist VP of Operations; damages associated with Samsung's breaches of the JDLA | 1.0 | | |
| **Raymond Jiang** [by deposition only] c/o Gibson, Dunn & Crutcher LLP | Former Netlist Commodity Manager; damages associated with Samsung's breaches of the JDLA | 0.5 | | |
| **Gail Sasaki** c/o Gibson, Dunn & Crutcher LLP | Netlist CFO; Samsung's failure to cooperate with Netlist's attempt to obtain refund of money withheld as taxes; damages associated with Samsung's breaches of the JDLA | 0.5 | | |

| Witness | Summary of Testimony/ Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| **Harrison Yoo** <br><br>[by deposition]<br><br>c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow P.C. | Director of Memory Sales; damages associated with Samsung's breach of supply obligations of the JDLA | 0.25 | | |
| **Steven Yu** <br><br>c/o Gibson, Dunn & Crutcher LLP | Netlist Commodity Manager; damages associated with Samsung's breaches of the JDLA | 0.50 | | |
| **Douglas Kidder** <br><br>c/o Bird Marella, 1875 Century Park E., Los Angeles, CA 90067 | Samsung's rebuttal expert on cover damages | | 0.5 | |

The witnesses below will only be called if the need arises:

| Witness | Summary of Testimony/ Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| **Kyuhan Han** **[by deposition]** **c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow P.C.** | VP of Device Solutions; damages associated with Samsung's breach of supply obligations of the JDLA | 0.5 | | |
| **Byung Yeop Jeon** **[by deposition]** **c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow P.C.** | Senior Professional; damages associated with Samsung's breach of supply obligations of the JDLA | 0.5 | | |
| **Hyun Ki Ji** **[by deposition]** **c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow P.C.** | Senior VP Samsung memory division; damages associated with Samsung's breach of supply obligations of the JDLA | 0.5 | | |

| Witness | Summary of Testimony/ Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| **Ho-Jung Kim** <br><br> **[by deposition]** <br><br> **c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow P.C.** | Senior Professional; damages associated with Samsung's breach of supply obligations of the JDLA | 0.5 | | |
| **Indong Kim** <br><br> **[by deposition]** <br><br> **c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow P.C.** | Principal Engineer; damages associated with Samsung's breach of supply obligations of the JDLA | 0.5 | | |
| **Ji Bum Kim** <br><br> **c/o Gibson, Dunn & Crutcher LLP** | Former Netlist VP of Sales and Marketing; Netlist's efforts to obtain refund of money withheld as taxes; damages associated with Samsung's breaches of the JDLA | 0.5 | | |
| **Kihoon Kim** <br><br> **[by deposition]** <br><br> **c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow P.C.** | Dispatcher; damages associated with Samsung's breach of supply obligations of the JDLA | 0.5 | | |

| Witness | Summary of Testimony/ Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| **Steven Metz** **[by deposition]** **c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow P.C.** | Former VP of Sales; damages associated with Samsung's breach of supply obligations of the JDLA | 0.5 | | |
| **Neal Knuth** **c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow P.C.** | Samsung sales representative for Netlist; damages associated with Samsung's breach of supply obligations of the JDLA | 0.75 | | |

Netlist also reserves the right to call any witness identified on Samsung's witness list and any witness, whether or not on the parties' witness lists, necessary to rebut evidence or testimony presented by Samsung.

Dated: November 23, 2021

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jason C. Lo*
Jason C. Lo
333 South Grand Avenue
Los Angeles, CA 90071
213.229.7000
jlo@gibsondunn.com

Attorneys for Plaintiff Netlist Inc.