| | |
|---|---|
| RICHARD DOREN, SBN 124666<br>rdoren@gibsondunn.com<br><br>JASON C. LO, SBN 219030<br>   jlo@gibsondunn.com<br>MATTHEW BENJAMIN (*pro hac vice*)<br>   mbenjamin@gibsondunn.com<br>TIMOTHY BEST, SBN 254409<br>   tbest@gibsondunn.com<br>RAYMOND A. LAMAGNA, SBN 244821<br>   rlamagna@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>JASON SHEASBY, SBN 205455<br>   jsheasby@irell.com<br>IRELL & MANELLA LLP<br>1800 Ave. of the Stars<br>Los Angeles, CA 90067<br>Telephone: 310.203.7096<br>Facsimile: 310.203.7199<br><br>Attorneys for Plaintiff Netlist Inc. | EKWAN E. RHOW, SBN 174604<br>   erhow@birdmarella.com<br>MARC E. MASTERS, SBN 208375<br>   mmasters@birdmarella.com<br>DAVID I. HURWITZ, SBN 174632<br>   dhurwitz@birdmarella.com<br>BIRD, MARELLA, BOXER,<br>WOLPERT, NESSIM, DROOKS,<br>LINCENBERG & RHOW, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Telephone: 310.201.2100<br>Facsimile: 310.201.2110<br><br>MICHAEL G. YODER (SB 83059)<br>   myoder@omm.com<br>O'MELVENY & MYERS LLP<br>610 Newport Center Drive, Suite 1700<br>Newport Beach, California 92660<br>Telephone: (949) 823-6900<br>Facsimile: (949) 823-6994<br><br>Attorneys for Defendant Samsung Electronics Co., Ltd. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>            Defendant. | **CASE NO. 8:20-cv-993-MCS (ADS)**<br><br>**JOINT [PROPOSED] VERDICT FORM**<br><br>Before Judge Mark C. Scarsi<br><br>**Trial:**<br>Date: December 1, 2021<br>Time: 8:30 a.m. PT |

**JOINT [PROPOSED] VERDICT FORM**

Netlist Inc. ("Netlist") and Samsung Electronics Co., Ltd. ("Samsung") met and conferred and have agreed on a form of a joint proposed verdict form, appended hereto as **Attachment 1**.

Dated: November 23, 2021

                            GIBSON, DUNN & CRUTCHER LLP

                            By: */s/ Jason C. Lo*
                            Jason C. Lo
                            333 South Grand Avenue
                            Los Angeles, CA 90071
                            213.229.7000
                            jlo@gibsondunn.com

                            Attorneys for Plaintiff Netlist Inc.

Dated: November 23, 2021

                            BIRD, MARELLA, BOXER, WOLPERT,
                            NESSIM, DROOKS, LINCENBERG &
                            RHOW, P.C.

                            By: *Ekwan E. Rhow*
                            Ekwan E. Rhow
                            1875 Century Park East, 23rd Floor
                            Los Angeles, California 90067-2561
                            310.201.2100

                            Attorneys for Defendant Samsung Electronics Co., Ltd.

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 23, 2021          By: */s/ Raymond LaMagna*
                                                   Raymond LaMagna

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTACHMENT 1 – JOINT [PROPOSED] VERDICT FORM

# VERDICT FORM

## SECTION A - CLAIM I – BREACH OF CONTRACT, SECTION 6.2 (SUPPLY)

1. Did Netlist prove that it suffered damages as a result of Samsung's failure to fulfill Netlist's orders for NAND and DRAM products in breach of Section 6.2 of the JDLA?

   \_\_\_\_\_ Yes              \_\_\_\_\_ No

   *If your answer to question 1 is "Yes," continue to question 2.  If you answered "No," proceed to section B.*

2. What amount of damages did Netlist suffer as a result of Samsung's breach of Section 6.2 of the JDLA?

   $_____

3. Did Samsung prove that Netlist failed to use reasonable efforts to reduce or avoid any of the damages included in your answer to question 2?

   \_\_\_\_\_ Yes              \_\_\_\_\_ No

*If your answer to question 3 is "Yes," continue to question 4. If you answered "No," proceed to section B.*

4. State the amount by which the damages you specified in your answer to question 2 should be reduced.

$\$\underline{\hspace{10em}}$

*Proceed to section B.*

# SECTION B - CLAIM II - BREACH OF CONTRACT, SECTION 3.1
# (TAX WITHHOLDING)

5. Did Netlist prove that it suffered damages as a result of Samsung withholding $1.32 million of the NRE fee in breach of Section 3.1 of the JDLA and paying that money instead to the Korean tax service?

_____ Yes            _____ No

*If your answer to question 5 is "Yes," continue to question 6. If you answered "No," stop here, answer no further questions on this verdict form, and have the presiding juror sign and date this form.*

6. What amount of damages did Netlist suffer as a result of Samsung's breach of Section 3.1 of the JDLA?

$_____

7. Did Samsung prove that Netlist failed to use reasonable efforts to reduce or avoid any of the damages you included in your answer to question 6?

_____ Yes            _____ No

*If your answer to question 7 is "Yes," continue to question 8. If you answered "No," stop here, answer no further questions on this verdict form, and have the presiding juror sign and date this form.*

8. State the amount by which the damages you specified in your answer to question 6 should be reduced.

$_____

*Sign and date this verdict form.*

Signed: _____  Date: _____
         Presiding Juror

**JOINT [PROPOSED] VERDICT FORM**