RICHARD DOREN, SBN 124666
   rdoren@gibsondunn.com
JASON C. LO, SBN 219030
   jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
   mbenjamin@gibsondunn.com
TIMOTHY BEST, SBN 254409
   tbest@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
   rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JASON SHEASBY, SBN 205455
   jsheasby@irell.com

IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>          Defendant. | **CASE NO. 8:20-cv-993-MCS (ADS)**<br><br>**AMENDED PLAINTIFF'S COMPETING JOINT STATEMENT OF THE CASE**<br><br>Before Judge Mark C. Scarsi<br><br>**Trial:**<br>Date: December 1, 2021<br>Time: 8:30 a.m. PT |

1 | Since Netlist Inc. ("Netlist") and Samsung Electronics Co., Ltd. ("Samsung") filed their Competing Joint Statements of the Case (Dkt. 222), Netlist voluntarily limited the scope of its second cause of action (*see* Dkt. 246).  Netlist hereby amends its Competing Joint Statements of the Case to clarify its tax-related claim and omit reference to the withdrawn subject matter.  Samsung has declined to join this filing.  The parties' respective positions concerning the bases for their respective proposed Joint Statement of the Case is remains as stated in Dkt. 222, except that the Court and parties may disregard reference to the withdrawn subject matter.

Dated:  November 23, 2021

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Jason C. Lo*
Jason C. Lo
333 South Grand Avenue
Los Angeles, CA 90071
213.229.7000
jlo@gibsondunn.com

Attorneys forPlaintiff Netlist Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ATTACHMENT 1 – PLAINTIFF NETLIST'S VERSION OF THE JOINT STATEMENT OF THE CASE

## STATEMENT OF THE CASE

Plaintiff Netlist designs, makes, and sells computer memory modules and components. Defendant Samsung manufactures computer memory modules and components. This case involves a dispute over a contract between Netlist and Samsung. In 2015, Netlist and Samsung entered into a contract called the Joint Development and License Agreement, or JDLA for short. Under the JDLA, among other things, Samsung was obligated to supply NAND and DRAM computer memory products to Netlist on Netlist's request. The Court has determined that Samsung breached the supply provision of the contract, and that this breach was material. Netlist claims that it suffered damages due to this breach of the agreement because Netlist had to purchase replacement NAND and DRAM products from other companies at a higher price than it would have paid to Samsung.

The JDLA also obligated Samsung to pay Netlist $8 million as a one-time payment for a "non-recurring engineering" or "NRE" fee, and only permitted Samsung to withhold taxes on this amount that were required under Korean law. The Court has determined that Samsung breached this obligation by withholding $1.3 million for taxes when that withholding was not required by law, and that this breach was material. Netlist claims that it suffered damages due to this breach because it had to pay a portion of the improperly withheld funds to an international accounting firm for the services required to obtain a refund of the withheld taxes.

Samsung denies that Netlist is entitled to the claimed damages, and asserts that Netlist failed to mitigate the damages it suffered. It will be your job to determine whether Netlist has proven its entitlement to actual damages for Samsung's breaches of the supply and NRE fee provisions of the JDLA, and if so in what amount.