EKWAN E. RHOW (SB 174604)
erhow@birdmarella.com
MARC E. MASTERS (SB 208375)
mmasters@birdmarella.com
DAVID I. HURWITZ (SB 174632)
dhurwitz@birdmarella.com
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

MARC F. FEINSTEIN (SB 158901)
mfeinstein@omm.com
JOSEPH R. O'CONNOR (SB 274421)
joconnor@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

MICHAEL G. YODER (SB 83059)
myoder@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant Samsung
Electronics Co., Ltd.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DEFENDANT SAMSUNG'S OBJECTION TO "AMENDED PLAINTIFF'S COMPETING JOINT STATEMENT OF THE CASE" (DKT. 256)**<br><br>Trial date: December 1, 2021 |

Samsung Electronics Co. Ltd. ("Samsung") objects to Netlist Inc.'s ("Netlist") "Amended Plaintiff's Competing Joint Statement of the Case," submitted on November 23, 2021, for the following reasons:

1. **Untimely.** Netlist's amended statement of the case is untimely because proposed statements of the case were due on November 1, 2021 (ECF 41, at 3) and the Court did not request that the parties submit amended statements of the case following the Pretrial Conference. (Dkt. 243 (Order re Motions In Limine (ECF Nos. 200, 202–04, 211) and Proceedings at Final Pretrial Conference).) Netlist's amended statement of the case filed on November 23, 2021, is therefore untimely and should be rejected.

2. **Proposed Added Text Is Unnecessary to Update Statement of the Case.** Netlist's amended statement of the case adds text that is unrelated to Netlist's stated purpose of "clarify[ing] its tax related claim and omit[ting] reference to the withdrawn subject matter." (Dkt. 256 at 2:3–5.)[1] Netlist does not identify for the Court that it in fact added text to its amended statement of the case that Netlist "had to pay a portion of the improperly withheld funds to an international accounting firm." (Dkt. 256 at 4:18–20.) This text was not previously included in Netlist's statement of the case and is not necessary to update it to reflect Netlist's withdrawn claim.

3. **Proposed Added Text Is Not Neutral.** The Court should reject Netlist's amended statement of the case because the added text is not neutral. Netlist's added text that it "had to pay a portion of the improperly withheld funds to an international accounting firm" is disputed argument and is

---

[1] Netlist presumably amended its statement because Netlist has withdrawn its claim that Samsung did not reasonably cooperate with Netlist in seeking a refund of the tax withholding paid to the Korean tax authority. (Dkt. 246 (Plaintiff Netlist's Inc.'s Notice of Limiting Asserted Count Two (Breach of Contract).)

inaccurate. Netlist paid professional fees to the international accounting firm. Samsung also maintains its position that the Court should not adopt Netlist's statement of the case for the reasons previously explained to the Court. (*See* Dkt. 222 at 3–4 (Competing Statements of the Case).)

Samsung agrees that in the Statement of the Case the Court should not refer to Netlist's withdrawn "reasonable cooperation" claim. If helpful, Samsung hereby submits an amended version of its original Statement of the Case that removes reference to Netlist's now withdrawn "reasonable cooperation" claim. The amended version is appended hereto as Attachment 1. For completeness, and in the event that the Court considers additional changes to the parties' statements of the case, Samsung's amended statement herein adds a neutral reference to Samsung's mitigation of damages defense. The Court may review Samsung's changes to its original statement of the case in Attachment 2, which shows the changes in redline.

DATED: November 24, 2021                     O'MELVENY & MYERS LLP

By:     /s/ *Marc F. Feinstein*
              Marc F. Feinstein
     Attorneys for Defendant Samsung Electronics Co., Ltd.

1
2
3
4
5
6
7
8
9   **ATTACHMENT 1 – DEFENDANT SAMSUNG'S AMENDED STATEMENT
10                                    OF THE CASE**

11                                   **(CLEAN VERSION)**
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SAMSUNG'S STATEMENT OF THE CASE

The plaintiff in this case, Netlist, designs, makes, and sells computer memory modules and components. The defendant, Samsung, manufactures computer memory modules and components in addition to engaging in other businesses. You may have heard of computer memory modules and components referred to as memory chips. These products have various applications, including being used in personal computers, servers, and consumer electronics.

This case involves a dispute over a contract between Netlist and Samsung. In that contract the parties made various promises to each other. Among other things Samsung agreed to supply memory chips to Netlist called NAND and DRAM and to make a payment to Netlist. There are other provisions of the contract including an agreement by the parties to collaborate on the development of a new technology for a memory chip and to grant each other patent licenses.

Netlist claims among other things that Samsung breached the contact by not fulfilling requests for product and by withholding as taxes a portion of the payment determined by the Court to be due to Netlist under the contract and paid those taxes to the Korea tax authority. Netlist seeks damages. Samsung denies that it is liable for the claimed breaches of the contract and that Netlist suffered the claimed damages. Samsung also asserts that Netlist did not use reasonable efforts to reduce or avoid its damages.

**ATTACHMENT 2 – DEFENDANT SAMSUNG'S AMENDED STATEMENT OF THE CASE**

**(REDLINE VERSION)**

# SAMSUNG'S STATEMENT OF THE CASE

The plaintiff in this case, Netlist, designs, makes, and sells computer memory modules and components. The defendant, Samsung, manufactures computer memory modules and components in addition to engaging in other businesses. You may have heard of computer memory modules and components referred to as memory chips. These products have various applications, including being used in personal computers, servers, and consumer electronics.

This case involves a dispute over a contract between Netlist and Samsung. In that contract the parties made various promises to each other. Among other things Samsung agreed to supply memory chips to Netlist called NAND and DRAM and to make a payment to Netlist. There are other provisions of the contract including an agreement by the parties to collaborate on the development of a new technology for a memory chip and to grant each other patent licenses.

Netlist claims among other things that Samsung breached the contact by not fulfilling requests for product and by ~~not reasonably cooperating with Netlist in seeking a refund after Samsung withheld~~withholding as taxes a portion of the payment determined by the Court to be due to Netlist under the contract and paid those taxes to the Korea tax authority. Netlist seeks damages. Samsung denies that it is liable for the claimed breaches of the contract and that Netlist suffered the claimed damages. <u>Samsung also asserts that Netlist did not use reasonable efforts to reduce or avoid its damages.</u>