Name and address:
Anwar L. Graves
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NETLIST INC., a Delaware corporation,

Plaintiff(s)

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,,

Defendant(s).

**CASE NUMBER**

8:20-cv-00993-MCS-ADS

~~(PROPOSED)~~ **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Graves, Anwar L
*Applicant's Name (Last Name, First Name & Middle Initial)*

of O'Melveny & Myers LLP
1625 Eye Street, NW
12th Floor
Washington, DC 20006
*Firm/Agency Name & Address*

202-383-5191
*Telephone Number*

202-383-5414
*Fax Number*

agraves@omm.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of
SAMSUNG ELECTRONICS CO., LTD
*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

O'Connor, Joseph R.
*Designee's Name (Last Name, First Name & Middle Initial)*

#274421
*Designee's Cal. Bar No.*

213-430-8365
*Telephone Number*

213-430-6407
*Fax Number*

of O'Melveny & Myers LLP
400 South Hope Street
18th Floor
Los Angeles, CA 90071-2899
*Firm/Agency Name & Address*

joconnor@omm.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☒ be refunded  ☐ not be refunded.

Dated November 30, 2021

Mark C. Scarsi
*/s/ Mark C. Scarsi*
**U.S. District Judge**/~~U.S. Magistrate Judge~~