RICHARD DOREN, SBN 124666
  rdoren@gibsondunn.com
JASON C. LO, SBN 219030
  jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
  mbenjamin@gibsondunn.com
TIMOTHY BEST, SBN 254409
  tbest@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
  rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

JASON SHEASBY, SBN 205455
  jsheasby@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

Attorneys for Plaintiff Netlist Inc.

EKWAN E. RHOW, SBN 174604
  erhow@birdmarella.com
MARC E. MASTERS, SBN 208375
  mmasters@birdmarella.com
DAVID I. HURWITZ, SBN 174632
  dhurwitz@birdmarella.com
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone:  310.201.2100
Facsimile:   310.201.2110

MICHAEL G. YODER (SB 83059)
  myoder@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>    Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**NOTICE OF JOINT LODGING OF DEPOSITION TRANSCRIPTS**<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

3764016.2

1

NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 32-1 of the United States District Court for the Central District of California, Plaintiff Netlist Inc. ("Netlist") and Defendant Samsung Electronics Co., Ltd. ("Samsung") hereby jointly lodge complete, annotated, true and correct copies of the following Certified Deposition Transcripts.

1. Raymond Jiang
2. Hyeok-Sang Yoo (Vol. 1)
3. Hyeok-Sang Yoo (Vol. 2)
4. Lane (Kihoon) Kim
5. Byungyeop Jeon (Vol. 1)
6. Byungyeop Jeon (Vol. 2)
7. Ho-Jung Kim
8. Hyun-ki Ji
9. Steven Christopher Metz

Pursuant to Local Rule 16-2.7(a)-(b), the transcripts have been marked with the testimony designated by both Samsung and Netlist, and respective objections thereto. Testimony designated by Samsung, as well as Samsung's objections to Netlist's designations, are marked in blue. Netlist's counter-designations are marked in orange. Samsung's counter-designations are marked in green.

Testimony designated by Netlist, as well as Netlist's objections to Samsung's designations, are marked in red.

Pursuant to Local Rule 16-2.7(c), an index of the designations and objections is also included in this notice.

# INDEX OF DESIGNATIONS AND OBJECTIONS

**Raymond Jiang**

| Netlist's Designations | Samsung Objections | Samsung Counter-Designations |
|---|---|---|
| 8:4-9 | | |
| 10:24-11:3 | | |
| 12:6-9 | | |
| 13:9-16 | | |
| 13:21-23 | | |
| 14:8-10 | | |
| 15:9-10 | | |
| 35:10-36:3 | | |
| 36:7-14 | | |
| 59:16-24 | FRE 401; 403 (not relevant or more prejudicial than probative); 602 (foundation); 602; 611 (calls for speculation) | |
| 60:3-6 | FRE 401; 403 (not relevant or more prejudicial than probative); 602 (foundation); 602; 611 (calls for speculation) | |
| 60:9-12 | FRE 401; 403 (not relevant or more prejudicial than probative); 602 (foundation); 602; 611 | |

|  |  |  |
|---|---|---|
|  | (calls for speculation) |  |
| 62:16-20 |  |  |
| 63:19-64:5 | FRE 401; 403 (not relevant or more prejudicial than probative) |  |
| 64:19-22 |  |  |
| 65:10-19 | FRE 401; 403 (not relevant or more prejudicial than probative); 602 (foundation) (65:16-19 only); 701 (inadmissible opinion or conclusion) |  |
| 66:6-67:9 | FRE 401; 403 (not relevant or more prejudicial than probative); 602 (foundation); 701 (inadmissible opinion or conclusion) |  |
| 83:4-6 |  |  |
| 83:8-18 |  |  |
| 104:17-25 |  |  |
| 106:10-13 | FRE 401; 403 (not relevant or more prejudicial than probative) | 106:14-108:7<br><br>Netlist objects to these counter-designations on the basis of FRE 401; 403 (not relevant or more prejudicial than probative); 602 (lack of personal knowledge). |
| 155:10-17 |  |  |

| | | |
|---|---|---|
| 185:16-23 | FRE 401; 403 (not relevant or more prejudicial than probative); 611 (leading) | |
| 193:25-193:4 | FRE 401; 403 (not relevant or more prejudicial than probative); 602 (foundation); 701 (inadmissible opinion or conclusion); 1002 (best evidence rule) | |
| 195:20-196:4 | 401; 403 (not relevant or more prejudicial than probative); 602 (foundation) | |
| 197:16-197:19 | 401; 403 (not relevant or more prejudicial than probative); 602 (foundation); 611 (leading); 1002 (best evidence rule) | |
| 197:21 | 401; 403 (not relevant or more prejudicial than probative); 602 (foundation); 611 (leading); 1002 (best evidence rule) | |
| 204:6-12 | 401; 403 (not relevant or more prejudicial than probative); 1002 (best evidence rule) | |
| 204:15-20 | | |
| 220:23-221:6 | | |

| | | |
|---|---|---|
| 234:8-9 | | |
| 234:12-15 | | |
| 234:17 | | |
| 235:13-16 | | |

| Samsung Designations | Netlist Objections | Netlist Counter-Designations |
|---|---|---|
| 10:24-11:3 | | |
| 12:2-14:10 | | |
| 15:3-17 | | |
| 32:18-35:13 | | |
| 37:5-25 | FRE 401; 403 (not relevant or more prejudicial than probative; goes to waived affirmative defense). | |
| 40:17-42:6 | FRE 401; 403 (not relevant or more prejudicial than probative; goes to products not at issue); 801 (hearsay). | |
| 44:17-46:16 | FRE 401; 403 (not relevant or more prejudicial than probative); 602 (lack of foundation); 801 (hearsay). | |
| 47:12-49:2 | FRE 401; 403 (not relevant or more prejudicial than probative; | |

| | | |
|---|---|---|
| | goes to pre-damages period events not relevant to case); 602 (lack of foundation or personal knowledge); 801 (hearsay). | |
| 50:22-51:17 | FRE 401; 403 (not relevant or more prejudicial than probative; goes to pre-damages period events not relevant to case); 602 (lack of foundation or personal knowledge); 801 (hearsay). | |
| 53:12-18 | FRE 401; 403 (not relevant or more prejudicial than probative; goes to pre-damages period events not relevant to case); 602 (lack of foundation or personal knowledge); 801 (hearsay). | |
| 71:18-74:1 | FRE 401; 403 (not relevant or more prejudicial than probative; goes to pre-damages period events not relevant to case). | |
| 87:19-88:21 | | |
| 151:5-19 | As to 151:8-10, FRE 401; 403 (not relevant or more prejudicial than probative; goes to issue decided on MSJ) | |

3764016.2

7

NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS

| | | |
|---|---|---|
| 210:21-211:11 | FRE 401; 403 (not relevant or more prejudicial than probative; goes to issue decided on MSJ); 602 (lack of foundation or personal knowledge, calls for legal conclusion from lay witness) | |
| 214:3-215:23 | FRE 401; 403 (not relevant or more prejudicial than probative); 602 (lack of foundation; calls for legal conclusion from lay witness); outside the scope of redirect. | |
| 217:21-218:3 | | |
| 222:8-226:1 | As to 223:18-224:7, 225:1-226:1, FRE 401; 403 (not relevant or more prejudicial than probative); 602 (lacks foundation and personal knowledge) | |
| 233:21-234:3 | Objection as to completeness (counter-designations have been added to address). | 234:5-17; 235:13-16<br><br>Samsung objects to these counter-designations on the basis of FRE 401; 403 (not relevant or more prejudicial than probative). |
| 237:9-24 | | |

**Hyeok-Sang Yoo**

| Samsung Designations | Netlist Objections | Netlist Counter-Designations |
|---|---|---|
| 6:8-7:2 | | |
| 27:8-28:6 | | |
| 29:1-15 | | |
| 85:11-87:3 | | |
| 156:11-22 | | |

**Lane (Kihoon) Kim**

| Netlist's Designations | Samsung Objections | Samsung Counter-Designations |
|---|---|---|
| 26:23-29:5 | FRE 401, 403 (not relevant or more prejudicial than probative) | |
| 29:13-23 | FRE 401, 403 (not relevant or more prejudicial than probative) | |

| Samsung Designations | Netlist Objections | Netlist Counter-Designations |
|---|---|---|
| 8:13-19 | | |
| 10:12-20 | | |
| 12:3–13:09 | | |
| 16:21-17:10 | | |
| 20:2-19 | FRE 401, 403 (not relevant or more prejudicial than | |

| | | |
|---|---|---|
| | probative);<br>Not a proper counter | |
| 21:3-25 | FRE 401, 403 (not relevant or more prejudicial than probative);<br>Not a proper counter | |
| 30:13-31:2 | FRE 401, 403 (not relevant or more prejudicial than probative);<br>Not a proper counter | |
| 35:3–21 | | |
| 48:8-50:3 | FRE 401, 403 (not relevant or more prejudicial than probative) | |
| 97:8–24 | FRE 401, 403 (not relevant or more prejudicial than probative) | |

**Byungyeop Jeon**

| Samsung Designations | Netlist Objections | Netlist Counter-Designations |
|---|---|---|
| 7:10-14 | | |
| 12:16-13:9 | | |
| 14:19-15:10 | FRE 401; 403 (not relevant or more prejudicial than probative) | |
| 16:18-18:8 | FRE 401; 403 (not relevant or more prejudicial than probative) | |

| | | |
|---|---|---|
| 24:10-19 | FRE401; 403 (not relevant or more prejudicial than probative) | |
| 28:24-29:3 | | |
| 29:17-30:22 | | |
| 33:3-34:17 | FRE 401; 403 (not relevant or more prejudicial than probative) | |
| 34:25-35:8 | FRE 401; 403 (not relevant or more prejudicial than probative) | |
| 35:17-36:5 | FRE 401; 403 (not relevant or more prejudicial than probative); 601 (personal knowledge); 602 (lack of foundation) | |
| 39:10-15 | | |
| 40:5-41:3 | FRE 401; 403 (not relevant or more prejudicial than probative) | |
| 41:9-11 | FRE 401; 403 (not relevant or more prejudicial than probative); 601 (personal knowledge); 602 (lack of foundation) | |
| 41:16-22 | FRE 401; 403 (not relevant or more prejudicial than probative); 601 (personal knowledge); 602 (lack of foundation) | |

3764016.2

11

NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS

| | | |
|---|---|---|
| 109:20-23 | FRE 401; 403 (not relevant or more prejudicial than probative) | |
| 119:18-124:16 | | |
| 155:19-156:8 | | |
| 160:4-161:21 | FRE 401; 403 (not relevant or more prejudicial than probative) | |
| 162:20-163:2 | FRE 401; 403 (not relevant or more prejudicial than probative) | |
| 163:7-14 | FRE 401; 403 (not relevant or more prejudicial than probative); also object on the basis that Netlist was not allowed to probe the basis of this testimony based on an improper use of privilege (*see* 163:23-164:25). | |
| 166:20-170:19 | FRE 401; 403 (not relevant or more prejudicial than probative) | |
| 171:23-174:14 | FRE 401; 403 (not relevant or more prejudicial than probative) | |
| 175:1-176:20 | FRE 401; 403 (not relevant or more prejudicial than probative) | |

**Ho-Jung Kim**

| Samsung Designations | Netlist Objections | Netlist Counter-Designations |
|---|---|---|
| 8:22-9:3 | | |
| 10:23-12:25 | | |
| 13:12-23 | FRE 401; 403 (not relevant or more prejudicial than probative) | |
| 14:7-17 | FRE 401; 403 (not relevant or more prejudicial than probative) | |
| 22:11-23:17 | FRE 401; 403 (not relevant or more prejudicial than probative) | |
| 27:20-23 | FRE 401; 403 (not relevant or more prejudicial than probative) | |
| 41:21-42:9 | FRE 401; 403 (not relevant or more prejudicial than probative) | |
| 53:8-23 | FRE 401; 403 (not relevant or more prejudicial than probative) | |
| 54:10-18 | FRE 401; 403 (not relevant or more prejudicial than probative) | |
| 58:18-62:9 | FRE 401; 403 (not relevant or more prejudicial than probative); not responsive | |
| 78:23-79:1 | FRE 401; 403 (not relevant or more | |

| Samsung Designations | Netlist Objections | Netlist Counter-Designations |
|---|---|---|
| | prejudicial than probative) | |
| 79:12-80:18 | FRE 401; 403 (not relevant or more prejudicial than probative) | |
| 123:22-124:11 | FRE 401; 403 (not relevant or more prejudicial than probative); 602 (personal knowledge); 701 (lay opinion testimony) | |
| 126:25-127:22 | FRE 401; 403 (not relevant or more prejudicial than probative) | |
| 129:17-131:17 | FRE 401; 403 (not relevant or more prejudicial than probative) | |

## Hyun-ki Ji

| Samsung Designations | Netlist Objections | Netlist Counter-Designations |
|---|---|---|
| 9:15-9:20 | FRE 401; 403 (not relevant or more prejudicial than probative) | |
| 11:6-14 | FRE 401; 403 (not relevant or more prejudicial than probative) | |
| 13:19-14:24 | FRE 401; 403 (not relevant or more prejudicial than probative) | |
| 18:8-19:9 | FRE 401; 403 (not relevant or more prejudicial than probative) | |

| | |
|---|---|
| 20:2-21:7 | FRE 401; 403 (not relevant or more prejudicial than probative) |
| 43:25-44:6 | FRE 401; 403 (not relevant or more prejudicial than probative) |
| 45:20-46:1 | FRE 401; 403 (not relevant or more prejudicial than probative) |
| 111:24-112:19 | FRE 401; 403 (not relevant or more prejudicial than probative) |

**Steven Christopher Metz**

| Samsung Designations | Netlist Objections | Netlist Counter-Designations |
|---|---|---|
| 8:11-9:22 | | |
| 15:24–17:15 | FRE 401, 403 (not relevant or more prejudicial than probative) | |
| 53:18-54:17 | | |
| 104:13-105:22 | FRE 401, 403 (not relevant or more prejudicial than probative); not responsive | |
| 121:15-17 | | |
| 125:18-129:20 | Not responsive | |

| | | |
|---|---|---|
| 1 | DATED: December 1, 2021 | Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. |

By: _____/s/ Christopher Jumin Lee_____
Christopher J. Lee
Attorneys for Defendant Samsung
Electronics Co., Ltd.

DATED: December 1, 2021    Gibson, Dunn & Crutcher LLP

By: _____/s/ Raymond A. LaMagna_____
Raymond A. LaMagna
Attorneys for Plaintiff Netlist, Inc.

Pursuant to CIV. L.R. 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized the filing.

3764016.2

16

NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS