
# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 8:20-cv-00993-MCS-ADS |
| Title: | Netlist Inc. v. Samsung Electronics Co., Ltd. |
| Date | December 1, 2021 |

**Present: The Honorable** Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Marea Woolrich (AM) and Amy Diaz (PM) |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Jason C. Lo, JungEun Lee, and Richard J. Doren | Ekwan E. Rhow, Marc F. Feinstein, and Michael Yoder |

\_\_\_ Day Court Trial    **First** Day Jury Trial

\_\_\_ One day trial:   **X** Begun (1st day);   **X** Held & Continued;   \_\_\_ Completed by jury verdict/submitted to court.

- **X** The Jury is impaneled and sworn.
- **X** Opening statements made by **Plaintiff and defendant**
- **X** Witnesses called, sworn and testified.   **X** Exhibits Identified   **X** Exhibits admitted.
- \_\_\_ Plaintiff(s) rest.   \_\_\_ Defendant(s) rest.
- \_\_\_ Closing arguments made by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).   \_\_\_ Court instructs jury.
- \_\_\_ Bailiff(s) sworn.   \_\_\_ Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.
- \_\_\_ Jury Verdict in favor of   \_\_\_ plaintiff(s)   \_\_\_ defendant(s) is read and filed.
- \_\_\_ Jury polled.   \_\_\_ Polling waived.
- \_\_\_ Filed Witness & Exhibit Lists   \_\_\_ Filed jury notes.   \_\_\_ Filed jury instructions.
- \_\_\_ Judgment by Court for   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
- \_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
- \_\_\_ Case submitted.   \_\_\_ Briefs to be filed by
- \_\_\_ Motion to dismiss by \_\_\_\_ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
- \_\_\_ Motion for mistrial by \_\_\_\_ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
- \_\_\_ Motion for Judgment/Directed Verdict by \_\_\_\_ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
- \_\_\_ Settlement reached and placed on the record.
- \_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- \_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- \_\_\_ Trial subpoenaed documents returned to subpoenaing party.
- **X** Case continued to **December 2, 2021 at 8:30 a.m.** for further trial/further jury deliberation.
- \_\_\_ Other:

5 : 31

Initials of Deputy Clerk   SMO

cc: