RICHARD DOREN, SBN 124666
rdoren@gibsondunn.com

JASON C. LO, SBN 219030
jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
mbenjamin@gibsondunn.com
TIMOTHY BEST, SBN 254409
tbest@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520
JASON SHEASBY, SBN 205455
jsheasby@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

Attorneys for Plaintiff Netlist Inc.

EKWAN E. RHOW, SBN 174604
erhow@birdmarella.com
MARC E. MASTERS, SBN 208375
mmasters@birdmarella.com
DAVID I. HURWITZ, SBN 174632
dhurwitz@birdmarella.com
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone:  310.201.2100
Facsimile:   310.201.2110

MICHAEL G. YODER (SB 83059)
myoder@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant Samsung
Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>　　　　　　Defendant. | **CASE NO. 8:20-cv-993-MCS (ADS)**<br><br>**REVISED JOINT [PROPOSED] VERDICT FORM**<br><br>Before Judge Mark C. Scarsi<br><br><br>**Trial:**<br>Date:　　December 1, 2021<br>Time:　　8:30 a.m. PT |

Netlist Inc. ("Netlist") and Samsung Electronics Co., Ltd. ("Samsung") met and conferred and have agreed on a revised form of a joint proposed verdict form, appended hereto as **Attachment 1**.

Dated: December 2, 2021

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jason C. Lo*
Jason C. Lo
333 South Grand Avenue
Los Angeles, CA 90071
213.229.7000
jlo@gibsondunn.com

Attorneys for Plaintiff Netlist Inc.

Dated: December 2, 2021

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By: *Ekwan E. Rhow*
Ekwan E. Rhow
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
310.201.2100

Attorneys for Defendant Samsung Electronics Co., Ltd.

## ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December, 2021          By: */s/ Raymond LaMagna*
Raymond LaMagna

1
2
3
4
5
6
7           **ATTACHMENT 1 – JOINT [PROPOSED] VERDICT FORM**
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REVISED JOINT [PROPOSED] VERDICT FORM**

# VERDICT FORM

1. Did Netlist prove that it suffered damages as a result of Samsung's failure to fulfill Netlist's orders for NAND and DRAM products in breach of Section 6.2 of the JDLA?

_____ Yes                    _____ No

*If your answer to question 1 is "Yes," continue to question 2.  If you answered "No," proceed to sign and date this form.*

2. What amount of damages did Netlist suffer as a result of Samsung's breach of Section 6.2 of the JDLA?

$_____

3. Did Samsung prove that Netlist failed to use reasonable efforts to reduce or avoid any of the damages included in your answer to question 2?

_____ Yes                    _____ No

4

*If your answer to question 3 is "Yes," continue to question 4. If you answered "No," proceed to sign and date this form.*

4. State the amount by which the damages you specified in your answer to question 2 should be reduced.

$_____

*Sign and date this verdict form.*

Signed: _____   Date: _____

Presiding Juror

**REVISED JOINT [PROPOSED] VERDICT FORM**