UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE MARK C. SCARSI, U.S. DISTRICT JUDGE

NETLIST, INC,                        )
                                     )
          Plaintiff,                 )
                                     )
             vs.                     )
                                     )   8:20-CV-993-MCS
SAMSUNG ELECTRONICS CO., LTD,        )
                                     )
          Defendant.                 )
_____)

REPORTER'S TRANSCRIPT OF JURY TRIAL

VOLUME II

PM Session

Los Angeles, California

Wednesday, December 1, 2021

_____

AMY DIAZ, RPR, CRR, FCRR
Federal Official Reporter
350 West 1st Street, #4455
Los Angeles, CA 90012

*Please order court transcripts here:  www.amydiazfedreporter.com*

1        APPEARANCES OF COUNSEL:

2

         For the Plaintiff:
3

4                        GIBSON DUNN & CRUTCHER LLP
                         By:  Richard Doren, Attorney at Law
5                             Jason Lo, Attorney at Law
                         333 South Grand Avenue, 46th Floor
6                        Los Angeles, California 90071

7                        GIBSON DUNN & CRUTCHER LLP
                         By:  JungEun Lee, Attorney at Law
8                        1050 Connecticut Avenue NW
                         Washington, DC 20018
9

10

11       For Defendant:

12

13                       BIRD MARELLA BOXER WOLPERT NESSIM DROOKS
                         LICENBERG & RHOW
                         By:  Ekwan Rhow, Attorney at Law
14                       1875 Century Park East, 23rd Floor
                         Los Angeles, California 90067
15

16                       O'MELVENY & MYERS LLP
                         By:  Michael Yoder, Attorney at Law
                         610 Newport Center Drive, Suite 1700
17                       Newport Beach, California 92660

18                       O'MELVENY & MYERS LLP
                         By:  Marc Feinstein, Attorney at Law
19                       400 South Hope Street, 18th Floor
                         Los Angeles, California 90071
20

21

22

23

24

25

1          THE COURT:  So the Court will grant the challenge

2     for cause on Juror Number 10.  And Juror Number 6, I think

3     we'll have him come up sidebar and see if we can drill down a

4     little bit more on why he initially raised his hand, see if

5     it was just a mistake or if he didn't understand the

6     question.

7          And then that will leave us with 13 jurors.  If we

8     get rid of Juror Number 6, we'll have 12.  So we'll also

9     question a couple more up at the podium.  So we'll get them

10     back in here, we'll question -- I think what we'll do is

11     we'll question two more jurors and then we'll get Juror 6

12     over here, and then we'll figure out what the venire is with

13     respect to peremptories.

14          Each side gets three peremptory strikes, you go

15     plaintiff, defendant, plaintiff, defendant, you can pass.  If

16     both sides pass, then we are set on the jury.

17          (Thereupon, the jury returned to the courtroom.)

18          THE COURT:  I want to welcome the jurors back from

19     the lunch break.  Thanks for staying with us here.  We are

20     going to question a few more, and then we are going to take a

21     little bit of a break amongst the lawyers.  I'll ask you to

22     stay seated, though, and we'll try to wrap up the jury

23     selection process in short order.

24          Can we talk to Juror Number 15, please?

25          Good afternoon, Juror Number 15.  Can you please

1   answer the questions.

2            PROSPECTIVE JUROR:  I live in Valley Glen, Van Nuys,

3   North, NoHo, same thing.  I'm an aircraft mechanic.

4            And my significant other, she's a nurse.  I have no

5   children.

6            And I've never done jury duty before.

7            THE COURT:  Okay.  So an aircraft mechanic.  What

8   sorts of planes do you work on?

9            PROSPECTIVE JUROR:  I mainly work on business jets.

10           THE COURT:  Is that -- does that involve

11   computerized components and things?

12           PROSPECTIVE JUROR:  It does.

13           THE COURT:  And do you have any familiarity with the

14   types of products we're talking about in this case?

15           PROSPECTIVE JUROR:  No.

16           THE COURT:  Okay.  How long have you been an

17   aircraft mechanic?

18           PROSPECTIVE JUROR:  Eight years.

19           THE COURT:  Eight years?

20           What sort of training does that require?

21           PROSPECTIVE JUROR:  Honestly, I went to -- it's kind

22   of just like an adult school.  Did two years training, and

23   then after that, it's just on-the-job training.

24           THE COURT:  Do you fly at all, or are you just a

25   mechanic?

1               PROSPECTIVE JUROR:  I do not fly.  In a sense I can

2      fly, but legally I'm not allowed to fly.

3               THE COURT:  Okay.  We won't go further into that.

4               And you indicated -- or you didn't indicate that you

5      owned any Samsung products; is that right?

6               PROSPECTIVE JUROR:  That is correct.

7               THE COURT:  Okay.  Do you have any feelings about

8      Samsung one way or the other?

9               PROSPECTIVE JUROR:  No, I do not.

10              THE COURT:  What about social media?  Are you on

11     social media a lot?

12              PROSPECTIVE JUROR:  I'm on it, but I don't really

13     post anything.  So...

14              THE COURT:  So you think you could avoid posting

15     about this case?

16              PROSPECTIVE JUROR:  Yeah.

17              THE COURT:  And you said your significant other is a

18     nurse?

19              PROSPECTIVE JUROR:  Nurse, yeah.

20              THE COURT:  Where does she work?

21              PROSPECTIVE JUROR:  She's a nurse, but works at a

22     dermatology center in Valencia.

23              THE COURT:  How long has she been doing that?

24              PROSPECTIVE JUROR:  About two years now.

25              THE COURT:  What do you guys like to do for fun?

1                    PROSPECTIVE JUROR:  Mainly outdoors.  I do work a

2      lot.  So whatever free time I have, just outdoors, traveling,

3      watching sports, going to breweries; stuff like that.

4                    THE COURT:  Breweries.  What's a good brewery to go

5      to?

6                    PROSPECTIVE JUROR:  Around here?

7                    THE COURT:  Yeah.

8                    PROSPECTIVE JUROR:  Mumford's a good one around

9      here.

10                    THE COURT:  You said Montclair?

11                    PROSPECTIVE JUROR:  Oh, Mumford.

12                    THE COURT:  Mumford, okay.  Yeah, that whole scene

13      has really grown over the last, what, dozen years.  Right?

14                    PROSPECTIVE JUROR:  Yeah.

15                    THE COURT:  Any -- you've not been on a jury before.

16      Any nervousness about it?

17                    PROSPECTIVE JUROR:  No, not nervous.

18                    THE COURT:  Okay.  Do you think that you would be

19      able to be an effective presence in the jury room?  Do you

20      think you would be able to give your opinion and listen to

21      others?

22                    PROSPECTIVE JUROR:  Yes.

23                    THE COURT:  Any -- any business disputes in your

24      background, in your work at all?

25                    PROSPECTIVE JUROR:  No, never, not me personally.

```
 1                    THE COURT:  Okay.  What about the company you work

 2        for?  Have you been involved in any disputes?

 3                    PROSPECTIVE JUROR:  Probably been in disputes, but

 4        nothing involving me, so...

 5                    THE COURT:  All right.  As an aircraft mechanic, are

 6        you part of a union?

 7                    PROSPECTIVE JUROR:  Yeah.

 8                    THE COURT:  Okay.  And I would imagine that that is

 9        pretty busy.  You probably have -- it's probably the sort of

10        work that keeps you occupied as much as you want.  Right?

11                    PROSPECTIVE JUROR:  Yeah.  Well, I have my normal

12        job, and I also do side -- contract work on the side, so,

13        yeah, always busy.

14                    THE COURT:  What happens while you're here at jury

15        duty if something is wrong with the plane?  Is there somebody

16        else that can take care of it?

17                    PROSPECTIVE JUROR:  We only have two other people,

18        so it's on them.

19                    THE COURT:  Okay.  And you said these are private

20        planes.  Right?

21                    PROSPECTIVE JUROR:  Private planes.  Correct.

22                    THE COURT:  Okay.  Let's see.  I guess I don't have

23        anything else right now.  Thank you very much, Juror

24        Number 15.

25                    Could we have Juror Number 16, please?
```

```
 1                    Good afternoon, Juror Number 16.

 2                    PROSPECTIVE JUROR:  I live in South Central.  My

 3     occupation, I'm a bakery manager from a grocery store.

 4                    I'm married.  He works for construction.  No

 5     children.

 6                    And no prior jury service.

 7                    THE COURT:  Okay.  You said you were a bakery

 8     manager?

 9                    PROSPECTIVE JUROR:  Yeah.

10                    THE COURT:  And a grocery store.  So what does that

11     mean?  What do you do in that regard?

12                    PROSPECTIVE JUROR:  Um, I'm in charge of the bakery

13     department.

14                    THE COURT:  Okay.  Is that, like, bread and rolls

15     and doughnuts and cakes?

16                    PROSPECTIVE JUROR:  Yeah, pies, muffins.

17                    THE COURT:  Wow.  That would be hard for me to do

18     that and be able to leave every day.

19                    How long have you been doing that for?

20                    PROSPECTIVE JUROR:  Um, seven years.

21                    THE COURT:  And you said your significant other

22     works in construction?

23                    PROSPECTIVE JUROR:  Um-hum.

24                    THE COURT:  What sort of construction?

25                    PROSPECTIVE JUROR:  Um, he does more like concrete.
```

1      He works with the -- yeah.

2           THE COURT:  And what about Samsung products?  Do you

3      have any experience with Samsung?

4           PROSPECTIVE JUROR:  I'm not sure if my washer and

5      dryer are Samsung.

6           THE COURT:  Um-hum.

7           PROSPECTIVE JUROR:  But, no, I never had a problem

8      with them.  I prefer iPhone, though.

9           THE COURT:  Okay.  Well, do you have any bias one

10     way or the other against Samsung?  You think you would want

11     to rule against them or for them?

12          PROSPECTIVE JUROR:  No.

13          THE COURT:  What about -- what about any contract

14     disputes?  Have you had any contract disputes at work?

15          PROSPECTIVE JUROR:  No.

16          THE COURT:  Any big issues with suppliers at the

17     bakery department?

18          PROSPECTIVE JUROR:  No.

19          THE COURT:  Okay.  And then what about your husband?

20     You know -- has he ever had any contract disputes.  I know

21     construction can sometimes cause some disputes.

22          PROSPECTIVE JUROR:  Not that I know of.

23          THE COURT:  Okay.  And you've not been on a jury

24     before.  Right?

25          PROSPECTIVE JUROR:  No.

 1                    THE COURT:  Are you a little nervous about it?

 2                    PROSPECTIVE JUROR:  Not nervous about the case, but

 3      I don't like to speak in front of people.

 4                    THE COURT:  Yeah.  That can be -- they say that is

 5      the, um -- for, you know, like a significant amount of the

 6      population, that is their biggest fear is talking in front

 7      of -- in front of people.

 8                    But that is -- the -- but you don't mind talking in

 9      front of a group of people if you are back in the jury box,

10      do you?

11                    PROSPECTIVE JUROR:  No.  I just get nervous.

12                    THE COURT:  Yeah.  So let's say everybody had one

13      idea about it, but you really felt strongly about your idea.

14      Would you be able to say, "Wait a minute.  I think

15      differently"?

16                    PROSPECTIVE JUROR:  Yes.

17                    THE COURT:  Okay.  You're not going to be

18      intimidated by them?

19                    PROSPECTIVE JUROR:  No.

20                    THE COURT:  Okay.  Some of them look a little scary.

21      So, you know.  I'm kidding of course.

22                    So let me ask you this:  If you -- if you are not

23      afraid to speak your mind, you think you can keep an open

24      mind until the end of the trial?

25                    PROSPECTIVE JUROR:  Yeah.

1            THE COURT:  What about posting about the case?

2            PROSPECTIVE JUROR:  No.

3            THE COURT:  You're not going to post --

4            PROSPECTIVE JUROR:  No.

5            THE COURT:  Are you going to -- and you can't tell

6     anybody about the case.  You understand that?

7            PROSPECTIVE JUROR:  Yes.

8            THE COURT:  Okay.  And so no talking to your -- do

9     you have, you know, siblings?

10           PROSPECTIVE JUROR:  Yes.

11           THE COURT:  No talking to your siblings about the

12    case.  Right?

13           PROSPECTIVE JUROR:  No.

14           THE COURT:  Let me ask you this:  What do you and

15    your significant other like to do for fun?

16           PROSPECTIVE JUROR:  Movies, hiking, travel.

17           THE COURT:  Okay.  Where do you go hiking?

18           PROSPECTIVE JUROR:  Um, Griffith Park, the Culver

19    City Stairs.  There is this -- there is one in Santa Monica.

20    I don't remember the name.

21           THE COURT:  There is a lot of good places around

22    here for that.  Right?

23           PROSPECTIVE JUROR:  Yeah.

24           THE COURT:  Yeah.  Yeah.  And let me ask you:

25    You -- you are not going to -- I mean, one of the things you

1    can't do is you can't do research about the case.  You can't

2    go online and search for the people or the companies or

3    anything like that.  Are you going to have a problem with

4    that?

5               PROSPECTIVE JUROR:  No.

6               THE COURT:  You like to go online and research

7    things, though.  Right?

8               PROSPECTIVE JUROR:  Probably, but I don't feel like

9    it.

10              THE COURT:  Okay.  You're not going to do it here,

11   though?

12              PROSPECTIVE JUROR:  No.

13              THE COURT:  Not until the end of the case.  Right?

14              PROSPECTIVE JUROR:  Right.

15              THE COURT:  Okay.  Thank you, Juror Number 16.  You

16   can sit down.

17              Can I have the lawyers come up on the side here?

18              And can I get Juror Number 6 to come up as well?

19              (At the bench.)

20              THE COURT:  Hi, Juror Number 6.

21              PROSPECTIVE JUROR:  Hi.

22              THE COURT:  So we were a little confused when I

23   asked about whether anybody had any biased against Samsung

24   that might make them unable to be impartial, and you raised

25   your hand.

 1              PROSPECTIVE JUROR:  Yup.

 2              THE COURT:  And then when we discussed it, you said

 3      you didn't.  So I just wanted to clear up any confusion.

 4              PROSPECTIVE JUROR:  I did say that I had a

 5      refrigerator that had gone out three times, and somebody kept

 6      coming back to fix it, and finally they said, like, "I can't

 7      fix it, and, you know, Samsung is -- the reason why I

 8      wouldn't buy Samsung, if I was you, again."

 9              THE COURT:  I gotcha.  So is that -- does that make

10      it harder for you to be impartial in this case?

11              PROSPECTIVE JUROR:  I would just -- it lingers in me

12      a little bit, because I literally got really pissed off.  I

13      had to keep paying somebody.  I thought it was their fault,

14      and they explained it to me why it wasn't.  It was Samsung.

15      So, I mean, there is a little -- rarely do I have something

16      like that, tough.

17              THE COURT:  Sure.

18              PROSPECTIVE JUROR:  It's the only appliance that

19      I've ever had that I cursed at.

20              THE COURT:  Okay.

21              PROSPECTIVE JUROR:  I honestly -- would it affect me

22      or not?  How do I know kind of is what my answer would be.  I

23      would think it wouldn't, but...

24              THE COURT:  Yeah.  Okay.  Well, thank you.  Thank

25      you for coming back and talking with us.  I appreciate that.

```
 1          You can have a seat.

 2                   The Court's going to excuse for cause Juror Number 6

 3     and Juror Number 10.

 4                   MR. RHOW:  Thank you, Your Honor.

 5                   THE COURT:  And then we are up to peremptories.  We

 6     can do them here or we can do them down there.

 7                   MR. RHOW:  Do you mind if I grab --

 8                   THE COURT:  Not at all.

 9          (Pause.)

10                   THE COURT:  Okay.  So are we all set?  Right now the

11     first eight jurors are 1, 2, 3, 4, 5, 7, 8 and 9.  Those are

12     the first jurors we are looking at.  So that would be where

13     you focus your peremptories on.

14                   So I'll ask the plaintiff.

15                   MR. DOREN:  Your Honor, we would ask the Court to

16     thank and excuse Juror Number 2.

17                   THE COURT:  Juror Number 2.

18                   Now we are 1, 3, 4, 5, 7, 8, 9 and 11.

19                   MR. RHOW:  Your Honor, we would thank and excuse

20     Juror Number 1.

21                   THE COURT:  Juror Number 1?

22                   MR. RHOW:  Yes.

23                   THE COURT:  Okay.  3, 4, 5, 7, 8, 9, 11, 12.

24                   MR. DOREN:  And, Your Honor, we would ask the Court

25     to thank and excuse Juror Number 7.
```

1              THE COURT:  Okay.  So we added 13 to our group of

2       eight.

3              MR. RHOW:  Your Honor, we would thank and excuse

4       Juror Number 13.

5              THE COURT:  13.  We've got Juror 14 in the mix.  So

6       we are 3, 4, 5, 8, 9, 10 -- I'm sorry -- 8, 9, 11, 12 and 14.

7              MR. DOREN:  And, Your Honor, we would ask the Court

8       to thank and excuse Juror Number 14.

9              THE COURT:  Okay.  So right now Samsung has one more

10      challenge.  And we've got 3, 4, 5, 8, 9, 11, 12, and then 15

11      and 16.

12             MR. RHOW:  And then, Your Honor, we would thank and

13      excuse Juror Number 5.

14             THE COURT:  Juror Number 5.  Okay.

15             Okay.  So our panel will be 3, 4, 8, 9, 11, 12 and

16      15, 16.

17             MR. RHOW:  Right.

18             THE COURT:  Is that good with everybody?

19             MR. DOREN:  Thank you, Your Honor.

20             THE COURT:  Thank you.

21             (In open court:)

22             THE COURT:  Okay.  So we've gone through and

23      identified the jurors in this case.  I would ask you to come

24      up and sit in the jury box when I call your number.  The

25      clerk will instruct you where to sit.

1           Juror Number 3.  Juror Number 4.  Juror Number 8.

2      Juror Number 9.  Juror Number 11.  Juror Number 12.  Juror

3      Number 15.  And Juror Number 16.

4           Okay.  These are the jurors in the case.

5           The other members of the venire, thank you so much

6      for your participation in the process today.  If you wanted

7      to get on the jury and you weren't, sorry.  If you wanted to

8      not be on the jury and you are not on the jury, you can thank

9      me for that.

10           But I do appreciate you all coming here and

11      answering questions honestly, and I appreciate all the help

12      with the process.  We do appreciate it.

13           Let me ask the deputy, do they go back to the jury

14      room?

15           THE CLERK:  Yeah.  You have to excuse them and send

16      them back down.

17           THE COURT:  So the rest of you are excused, and you

18      can go back to the jury assembly room downstairs.  Thank you.

19           THE CLERK:  Ladies and gentlemen, if you'll stand

20      and raise your right hand for me.

21           (Thereupon, the jury panel was sworn.)

22           THE CLERK:  Thank you.  Please be seated.

23           THE COURT:  Okay.  Thank you to the jurors for being

24      here.  I appreciate all of your hard work.  Sorry if you are

25      disappointed you got on the jury.  I thought I saw some

1    scowls on the way in.  But we'll try to make it as efficient

2    as we can so we are only take up the amount of your time that

3    we need to in this case.

4          The way we are going to proceed is I'm going to read

5    you some jury instructions.  These are preliminary jury

6    instructions.  And at the end of the evidence, I'll be

7    reading you more detailed jury instructions.

8          And then after the preliminary jury instructions, we

9    are going to have opening statements, and then we'll get into

10   the evidence in the case.

11         So I'm going to read you some preliminary jury

12   instructions, and then we'll probably take a short break and

13   then get to opening statements.

14         Instruction Number 1.  Duty of the jury.

15         Members of the jury, you are now the jury in this

16   case.  It's my duty to instruct you on the law.  It's your

17   duty to find the facts from all of the evidence in the case.

18   To those facts you will apply the law as I give it to you.

19   You must follow the law as I give it to you, whether you

20   agree with it or not, and you must not be influenced by any

21   personal likes or dislikes, opinions, prejudices or sympathy.

22         This means that you must decide the case solely on

23   the evidence before you.  You will recall that you took an

24   oath to do so.

25         At the end of the trial, I will give you final

1     instructions.  It is the final instructions that will govern

2     your duties.

3            Please do not read into these instructions or

4     anything I may say or do that I have an opinion regarding the

5     evidence or what your verdicts should be.

6            To help you follow the evidence, I'll give you a

7     brief summary of the positions.

8            The plaintiff Netlist and the defendant Samsung were

9     parties to a contract called the Joint Development and

10    License Agreement or JDLA.  Section 6.2 of the JDLA required

11    Samsung to supply NAND and DRAM computer memory products to

12    Netlist on Netlist's request at a competitive price.

13           The Court determined that Samsung did not fulfill

14    Netlist's requests for NAND and DRAM products in breach of

15    Section 6.2.

16           Netlist claims that it suffered damages as a result

17    of Samsung not supplying its products because it had to

18    purchase replacement NAND and DRAM products from other

19    companies at higher prices than it would have paid to

20    Samsung.  Samsung disputes that Netlist suffered any damages

21    as a result of any failure of Samsung to supply products in

22    breach of Section 6.2 of the JDLA.  It also asserts that

23    Netlist failed to make reasonable efforts to reduce or avoid

24    any of the damages Netlist claims it suffered.

25           The evidence you are going to consider in deciding

1   what the facts are consist of:  The sworn testimony of any

2   witness, the exhibits that are admitted into evidence, any

3   facts to which the lawyers have agreed, and any facts that I

4   may instruct you to accept as proved.

5          In reaching your verdict you may consider only the

6   testimony and exhibits received into evidence.  Certain

7   things are not evidence, and you may not consider them in

8   deciding what the facts are.  I'll list for you things that

9   are not evidence.

10          1.  Arguments and statements by the lawyers are not

11   evidence.  The lawyers are not witnesses.  What they may say

12   in their opening statements, closing arguments, or at any

13   other times is intended to help you interpret the evidence

14   but it is not evidence.  If the facts as you remember them

15   differ from the way the lawyers have stated them, your memory

16   of them controls.

17          Questions and objections by lawyers are not

18   evidence.  Attorneys have a duty to their clients to object

19   when they believe a question is improper under the Rules of

20   Evidence.

21          You should not be influenced by the objection or the

22   Court's ruling on it.

23          Testimony that is stricken or excluded or that you

24   are instructed to disregard is not evidence and must not be

25   considered.

1          In addition, some evidence may be received only for

2     a limited purpose.  When I instruct you to consider certain

3     evidence only for a limited purpose, you must do so and you

4     may not consider that evidence for any other purpose.

5          Anything you may see or hear when the Court was not

6     in session is not evidence.  You are to decide the case

7     solely on the evidence received at trial.

8          Some evidence may be admitted only for a limited

9     purpose.  When I instruct you that an item of evidence has

10    been admitted only for a limited purpose, you must consider

11    it only for that limited purpose and not for any other

12    purpose.

13          Now, evidence may be direct or circumstantial.

14    Direct evidence is direct proof of a fact, such as the

15    testimony by a witness about what the witness personally saw

16    or heard or did.  Circumstantial evidence is proof of one or

17    more facts from which you can infer another fact.

18          You should consider both kinds of evidence.  The law

19    makes no distinction between the weight to be given to either

20    direct or circumstantial evidence.  It is for you to decide

21    how much weight to give to any evidence.

22          Now, there are Rules of Evidence that can control

23    what can be received into evidence.  When a lawyer asks a

24    question or offers an exhibit into evidence and the lawyer on

25    the other side thinks that it is not permitted by the rules

1    of evidence, that lawyer may object.

2         If I overrule the objection, the question may be

3    answered or the exhibit may be received.  If I sustain the

4    objection, the question cannot be answered and the exhibit

5    cannot be received.  Whenever I sustain an objection to a

6    question, you must ignore the question and must not guess

7    what the answer might have been.

8         Sometimes I may order that evidence be stricken from

9    the record and you disregard or ignore that evidence.  That

10   means when you are deciding the case, you must not consider

11   the stricken evidence for any purpose.

12        In deciding the facts of the case, you may have to

13   decide which testimony to believe and which testimony not to

14   believe.  You may believe everything a witness says or part

15   of it or none of it.

16        In considering the testimony of any witness, you may

17   take into account the opportunity and the ability of the

18   witness to see or hear or know the things testified to, the

19   witness's memory, the witness's manner while testifying, the

20   witness's interest in the outcome of the case, if any, the

21   witness's bias or prejudice, if any, whether other evidence

22   contradicted the witness's testimony, the reasonableness of

23   the witness's testimony in light of all of the evidence, and

24   any other factors that bear on believability.

25        Sometimes a witness may say something that is not

1    consistent with something else he or she has said.  Sometimes

2    different witnesses will give different versions of what

3    happened.  People often forget things by -- things or make

4    mistakes in what they remember.  Also, two people may not see

5    the -- may see the same event but remember it differently.

6    You may consider these differences, but do not decide the

7    testimony as untrue just because it differs from other

8    testimony.

9         However, if you decide that a witness has

10   deliberately testified untruthfully about something

11   important, you may choose to not believe anything the witness

12   said.

13        On the other hand, if you think the witness

14   testified untruthfully about some things but told the truth

15   about other things, you may accept the part you think is true

16   and ignore the part that you think is not true.

17        The weight of the evidence as to a fact does not

18   necessarily depend on the number of witnesses who testify.

19   What is important is how believable the witnesses were and

20   how much weight you think the testimony deserves.

21        I'll now say a few words about your conduct as

22   jurors.

23        First, keep an open mind throughout the trial.  And

24   do not decide what the verdict should be until you and your

25   fellow jurors have completed your deliberations at the end of

1    the case.

2          Second, because you must decide the case based only

3    on the evidence received in the case and not on my

4    instruction -- and on my instructions as to the law that

5    applies, you must not be exposed to any other information

6    about the case or the issues that it involves during the

7    course of your jury duty.

8          Thus, until the end of the case or unless I tell you

9    otherwise, do not communicate with anyone in any way and do

10   not let anyone else communicate with you in any way about the

11   merits of the case or anything to do with it.

12         This includes discussing the case in person, in

13   writing, by phone, tablet, computer, or other electronic

14   means, via e-mail, text messaging or any chat room, blog,

15   website or application, including but not limited to

16   Facebook, YouTube, Twitter, Instagram, LinkedIn, Snapchat,

17   TikTok or any other forms of social media.

18         This applies to communicating with your fellow

19   jurors until I give you the case for deliberation, and it

20   applies to communicating with everyone else, including your

21   family members, your employer, the media or press, and the

22   people involved in the trial.

23         Although you may notify your family and your

24   employer that you have been seated as a juror in the case and

25   how long you expect the trial to last, but if you are asked

1    or approached in any way about your jury service or anything

2    else about the case, you must respond that you have been

3    ordered not to discuss the matter and report the conduct to

4    the Court.

5         Because you will receive all of the evidence and

6    legal instruction you properly may -- you properly may

7    consider to return a verdict, do not read, watch or listen to

8    any news or media accounts or commentary about the case or

9    anything to do with it.  Although I have no information that

10   there will be news about the case, do not do any research,

11   such as consulting dictionaries, searching the Internet, or

12   using other reference materials, and do not make any

13   investigation or in any other way try to learn about the case

14   on your own.

15        Do not visit or view anyplace discussed in the case,

16   do not use Internet programs or other devices to search for

17   or view any places discussed during the trial.

18        Also, do not do any research about the case, the law

19   or the people involved, and including the parties, the

20   witnesses or the lawyers, until you have been excused as

21   jurors.

22        If you happen to read or hear anything touching on

23   the case in the media, turn away and report it to me as soon

24   as possible.

25        These rules protect each party's right to have the

1    case decided only on the evidence that has been presented

2    here in court.  Witnesses here in court take an oath to tell

3    the truth, and the accuracy of their testimony is tested

4    through the trial process.

5            If you do any research or investigation outside the

6    courtroom or gain any information through improper

7    communications, then your verdict may be influenced by

8    inaccurate, incomplete or misleading information that has not

9    been tested by the trial process.

10           Each of the parties is entitled to a fair trial by

11   an impartial juror, and if you decide the case based on

12   information not presented here in court, you will have denied

13   the parties a fair trial.

14           Remember, you have taken an oath to follow the

15   rules, and it's very important that you follow these rules.

16   A juror who violates these restrictions jeopardizes the

17   fairness of these proceedings, and a mistrial could result

18   that would require the entire trial process to start over.

19           If a juror is exposed to any outside information,

20   please let me know immediately.

21           If there is any news media account or commentary

22   about the case, or anything to do with it, you must ignore

23   it.  You must not read, watch or listen to any news media

24   account or commentary about the case, or anything to do with

25   it.

1          The case must be decided by you solely and

2    exclusively on the evidence that will be received in the case

3    and my instructions as to the law that applies.

4          If any juror is exposed to any outside information,

5    please notify me immediately.  I urge you to pay close

6    attention to the trial testimony as it is given.  During

7    deliberations you will not have a transcript of the trial

8    testimony.

9          If you wish you may take notes to help you remember

10   the evidence.  If you do take notes, remember to keep them to

11   yourself until you go into the jury room to decide the case.

12   Do not let note-taking distract you.  When you leave, your

13   notes should be left in the courtroom.  No one will read your

14   notes.

15         Whether or not you take notes, you should rely on

16   your memory of the evidence.  Notes are only to assist your

17   memory.  You should not be overly influenced by your notes or

18   those of other jurors.

19         Only the lawyers and I are allowed to ask questions

20   of witnesses.  A juror is not permitted to ask questions of

21   witnesses.  If, however, you are unable to hear a witness or

22   a lawyer, please raise your hand, and I'll correct this

23   situation.

24         From time to time during the trial, it may be

25   necessary for me to talk with the lawyers out of the hearing

1   of the jury either by having a conference at the bench here

2   on the side when the jury is present or by calling a recess.

3   Please understand that while you are waiting, we are working.

4   The purpose of these conferences is not to keep relevant

5   information from you, but to decide how certain evidence is

6   to be treated under the Rules of Evidence and to avoid

7   confusion or error.

8          Of course, we will do what we can to keep the number

9   and length of these conferences to a minimum.  I may not

10  always grant an attorney's request for a conference.  Do not

11  consider my granting or denying a request for a conference as

12  any indication of my opinion of the case or what your verdict

13  should be.

14         Trials proceed in the following way:  First, each

15  side may make an opening statement.  An opening statement is

16  not evidence.  It's simply an outline to help you understand

17  what the party expects the evidence will show.

18         A party's not required to make an opening statement.

19         The plaintiff will then present evidence, and

20  counsel for the defendant may cross-examine.  Then the

21  defendant may present evidence, and counsel for the plaintiff

22  may cross-examine.

23         After the evidence has been presented, I will

24  instruct you on the law that applies to the case, and the

25  attorneys will make closing argument.

1              After that, you will go to the jury room to

2        deliberate on your verdict.

3              So those are the preliminary instructions.  Next, we

4        are going to move to opening statements, and I'm going to

5        take a 10-minute break just so the parties can get organized

6        for the opening statements.  And we'll come back in

7        10 minutes and start with opening statements.  Thank you.

8              (Thereupon, the jury retired from the courtroom.)

9              THE COURT:  So we'll get to opening statements.  The

10       issue on those exhibits comes up in the first witness; is

11       that right?

12             MR. LO:  It should be the second witness, Your

13       Honor.

14             THE COURT:  Second witness?  And do you think we

15       will get to that witness today?

16             MR. LO:  We may start the direct examination.  We

17       may start the direct examination today, yes.

18             THE COURT:  Okay.  Very good.

19             I think -- I want to think about those exhibits just

20       a little bit more.  The issue of changing -- of changing

21       allocations, is that -- is it part of the damage theory that

22       the fact of the allocations changing caused damages, or is it

23       just the fact that there was insufficient allocation?

24             MR. LO:  It is the insufficient allocation, although

25       it varied by month, and, therefore, the amount that we had to

1      cover varied depending on where the allocation was at.

2              THE COURT:  Sure.  So the allocations varied by

3      month, but they are not making any claim that the changing --

4      the fact that the allocations changed are relevant, other

5      than just that you couldn't buy the product you wanted?

6              MR. LO:  Correct.  With one other thing:  I believe

7      that Samsung will challenge whether we are going out and

8      buying from third-parties because they are rejecting us.

9              And what the evidence will show is that when there

10     was the allocations in place, we went from having a lot of

11     Samsung orders to very few, and we went from very few

12     reseller purchases to a lot.

13             So in that one respect, that particular time frame,

14     that dip, the change does matter.  Because it's the causal

15     connection between the breach and us going out and covering.

16             THE COURT:  But it's the -- I guess, is it the

17     change that matters or just the ultimate fact that that is

18     what your allocation was?

19             MR. LO:  It's...

20             THE COURT:  You know what I'm saying?  Because you

21     are -- your damages, as I understand it, you are going to be

22     arguing that you wanted to buy these -- this product, you

23     were unable to buy it, so you had to buy it from somewhere

24     else.

25             MR. LO:  Third-parties, correct.

1              THE COURT:  I mean, that is the argument.  Right?

2              MR. LO:  It is, yes, Your Honor.

3              THE COURT:  So -- okay.  I think I understand.

4              Okay.  We'll come back in 10 minutes and start

5    opening statements?

6              MR. LO:  Thank you, Your Honor.

7              (Thereupon, there was a brief recess.)

8              (Thereupon, the jury returned to the courtroom.)

9              THE COURT:  We'll begin with opening statements.

10   We'll hear from the plaintiff first.

11             Counsel?

12             MR. DOREN:  Thank you, Your Honor.

13             Ladies and gentlemen of the jury.

14             You've heard my name a couple of times by now, but

15   one last time.  I'm Richard Doren, and along with Jason Lo,

16   we represent Netlist.  At our table is also our colleague,

17   Ms. Mulligan, and you will see probably a couple of other

18   team members over the course of the trial.

19             And I've also had the opportunity to introduce you

20   briefly to the CEO of Netlist, Mr. Chuck Hong.

21             Now, as you've also heard, this Court has already

22   ruled that Samsung breached a contractual obligation to

23   Netlist.  A contractual obligation to provide it with certain

24   computer components, which we'll get to in a moment, upon

25   request and at a competitive price.

1           So the single question for you over this blessedly

2     short trial is how much money should Samsung pay Netlist for

3     the damage caused by the breach of that contract by the

4     breach of that obligation to supply those computer

5     components?

6           Now, for the next few minutes, I would like to talk

7     to you a little bit more about what the evidence will show

8     about the parties.  I want to talk about the contract that

9     the parties entered into, the JDLA, which you've already

10    heard about, and I want to tell you about the evidence of the

11    damage caused by Samsung's breach.

12          Now, Mr. Hong will be our first witness.  And

13    Mr. Hong will tell you a bit more about Netlist.

14          Netlist is headquartered in Irvine.  And Mr. Hong

15    and some colleagues founded the company about 20 years ago.

16          Netlist's core business is the design and

17    manufacture of memory and storage modules, high-end computer

18    memory modules.

19          Their customers include companies like Dell, who

20    take those products from Netlist, build them into their own

21    high-end servers, and then sell them to their customers.

22          So Netlist is an innovator.  It's an innovative

23    company.  It only has about 100 employees, but almost half of

24    those employees are engineers and many of them have advanced

25    degrees.

1          Netlist has -- Netlist has innovated and invented a

2     number of different products over the years, and it licenses

3     that technology that its developed to other companies.

4          Now, to make its memory modules, Netlist needs

5     memory chips.  It doesn't make its own because only a very

6     few, very large companies make them.

7          And that is what brings us to Samsung.  Because

8     along with refrigerators and televisions and cellphones and

9     the other things we heard about during jury selection,

10    Samsung is also the world's largest manufacturer and seller

11    of computer memory chips.

12         It sells tens of billions of dollars worth of those

13    products each and every year.

14         Now, Samsung, in determining what companies get to

15    buy its chips, gets to pick and choose as to which companies

16    it will sell to.  And small companies, like Netlist, are

17    often at the lower end of the pecking order, if you will.

18         So companies like Netlist, particularly when they

19    have their own products to develop, are always looking for a

20    secure, reliable, steady, dependable source of Samsung memory

21    chips.

22         It's a high priority.  It's a high business concern.

23    And the lack of that is a high business risk.

24         And that brings us to the contract, to the JDLA, the

25    Joint Development and License Agreement.  Now, this contract

1    was entered into between Samsung and Netlist in

2    November 2015.

3           And under the JDLA, both parties agreed to a number

4    of different things.  One of the things Netlist agreed to was

5    to give a license to Samsung of its technology.  And the

6    provision that you are here to address is what -- is

7    something that Samsung gave to Netlist.  And that is found in

8    Section 6.2 of the JDLA, and it couldn't be stated in simpler

9    terms.

10          The provision is supply by Samsung.  And the

11   contractual promise was that Samsung will supply NAND and

12   DRAM products to Netlist on Netlist's requests at a

13   competitive price.  No conditions.  No ifs, ands or buts.

14   Samsung will supply these products to Netlist on Netlist's

15   request.

16          And the Court has found that that provision has been

17   breached.

18          Now, to cover a couple of the vocabulary terms in

19   this case, let's talk a little bit more about DRAM and NAND

20   so you know what the heck these things are as they come up

21   over the course of the next couple of days.

22          DRAM is a computer memory -- is computer memory.  It

23   requires an electric charge.  So it works when your device is

24   powered up.  And the benefit of it is it's really fast.  So

25   if you are editing a photo on a computer, that you are

1     working off of DRAM because it's right there and it responds

2     very quickly.

3             NAND, on the other hand, doesn't require an electric

4     charge.  But it's a little bit slower.  But the benefit of

5     NAND is when you finish working on that photo and you save it

6     back to your iPhone or Samsung phone, it's stored there on

7     NAND.  And when you go back and power back up, you will find

8     that again.

9             Now, again, the products made by Netlist are for

10    very high-end servers, for very demanding clients, but the

11    concepts of DRAM and NAND are as I just described them.

12            And one of the NAND products, because of course the

13    obligation is to provide NAND and DRAM products, is what you

14    see a picture of there on the right, something called a solid

15    state drive.

16            And solid state drives are what are replacing hard

17    drives, you know, the thing that used to spin in our

18    computers.  Those are now being replaced with these solid

19    state drives.

20            Now, November 12th, 2015, the JDLA goes into place.

21    And with that in place, Netlist purchases from Samsung began

22    to ramp up.  And they continued to ramp up in terms of DRAM

23    and NAND products being delivered to Netlist through 2016.

24    And with this guaranteed supply, knowing that it had that

25    consistent, assured supply of chips, Netlist was actually

1    able to launch a new line of business.

2           And that line of business was to be a reseller of

3    Samsung NAND and DRAM products because, as I've already told

4    you, there are lots of small companies out there that were

5    desperate to have a consistent supply of high-quality Samsung

6    products, and they didn't have a direct line to Samsung as

7    Netlist now did.

8           And so they would come to Netlist, and Netlist was

9    able to develop and expand a customer base for this resale

10   business.  And that business grew from a few hundred thousand

11   dollars a month at the beginning of the JDLA relationship, to

12   hundreds -- excuse me -- to millions of dollars a month by

13   the spring of 2017.

14          It was growing rapidly.  There was great demand.

15   And it would -- and the prospects were for continued growth.

16          Then in spring 2017, something changed.  And what

17   changed was that Samsung told Netlist that it was going to

18   impose a cap on the amount of NAND and DRAM products that it

19   would supply.

20          The contract wasn't amended.  There was no

21   additional agreement.  There was no consent to it.  There was

22   simply the message that we are now going to impose a cap on

23   you, Netlist, and you will now get less than you previously

24   thought you were entitled to, less than what the contract

25   previously entitled you to, which was everything you

1      requested.

2              And that cap that was imposed in the spring of 2017

3      was at a level below what Netlist was purchasing at that time

4      from Samsung.

5              Now, as you hear the evidence about the different

6      transactions and the work flows, and the deliveries, I want

7      to give you a framework that you can build it into.

8              And so I want to talk to you for a minute about

9      Samsung's process, the steps in purchasing products from

10     Samsung for Netlist.

11             And there is a lot going on here.  So I want to

12     break it down.

13             And the first step was that Samsung required Netlist

14     to make a request.  You couldn't simply submit an order to

15     purchase products.  You effectively had to ask for permission

16     to submit an order to purchase products.

17             And so these requests were commitments that if

18     approved we would buy this from Netlist.  And it was a

19     request to Netlist, per 6.2, a request for NAND and DRAM

20     products.

21             And that request took different forms.  Some were,

22     as you see here, forecasts, formalized forecasts.  And that

23     could occur on a quarterly basis, which it did from time to

24     time, where Netlist would identify and set out what it would

25     need to purchase from Samsung over the next quarter.  There

1    were times when it was monthly, where there would be a

2    formalized forecast from Netlist, saying, "Here is what we

3    are going to need in the next month."

4            And then there were times when it was simply a

5    request.

6            Mr. Knuth from Netlist was here earlier today.  He

7    was introduced to you.  You will hear him testify.  He was

8    one of the folks here in California that Netlist dealt with

9    when it wanted to get memory chips.

10           And e-mails would be sent to Mr. Knuth, phone calls

11   would be made, and requests would be made in that way.

12           And whether it was a quarterly forecast or a monthly

13   forecast or a one-off request, permission needed to be

14   granted, if you will.  That request needed to be approved

15   before Netlist could submit a purchase order.

16           Now, if Samsung said, "No, don't submit a purchase

17   order," Netlist was out of luck in terms of getting those

18   products from Samsung, directly from Samsung as provided by

19   6.2 of the contract.

20           So Netlist instead would have to go to resellers.

21   And you will hear a lot about resellers over the next couple

22   of days.

23           Now, resellers are companies, the name kind of --

24   kind of explains itself.  These are companies that had

25   purchased product from Samsung and that, after adding their

1    profit to what they had paid Samsung, would then resell it to

2    others.

3         And so when Netlist couldn't get the product from

4    Samsung, it would go to these resellers.  Now, why would it

5    do that?  Well, it would do that because it had to make its

6    own products, and it would do that because it had customers

7    depending on it now, and it had to get what it needed to fill

8    their orders, the orders that these people were depending on

9    Netlist to help them fill.

10         Now, common sense and the evidence will both tell

11   you that when you go out and buy a product from a middleman

12   as opposed to straight from the manufacturer, on average you

13   are going to pay more.  You might find a break here and

14   there, but on average you are going to pay more.

15         And that is what the evidence will show.

16         Now, let's look at the left side of this diagram.

17   What happens when Samsung says, "Yes, approved.  You can go

18   ahead and order those from us"?

19         Well, Netlist then submits a purchase order.  The

20   purchase order is the document that sets out what you want

21   and how many of them you want, and it's got terms and

22   conditions on it that Samsung has set, and you submit that to

23   Samsung, but that doesn't mean you necessarily get those

24   products because it could be treated one of three ways once

25   you are at Samsung.

 1              First, you could get the products.  Could be

 2       fulfilled.

 3              Second, it could be put on what Samsung has called

 4       "backlog."  In other words, "We are not going to fill that

 5       for you now.  We may fill it for you later.  We are putting

 6       it in backlog."

 7              Sometimes those orders were filled in a month,

 8       sometimes those orders were filled in six months, but the

 9       testimony from Mr. P. K. Hong, the chief operating officer of

10       Netlist, will be that many, many times even those purchase

11       orders were never ultimately fulfilled.

12              Instead, Samsung would contact Netlist and say, "We

13       need you to cancel that purchase order.  We are not going to

14       fulfill that order."

15              So what happens then?  When either something is on

16       backlog, and you don't know whether it's going to be

17       fulfilled or not, or it's outright canceled, you are told to

18       cancel the purchase order, well, you're back at the

19       resellers.

20              Now, one thing I want you to keep in mind as you are

21       listening to the evidence is Netlist's arguments will focus

22       on the left side of this diagram.  It will say, all you need

23       to talk about are purchase orders.  And unless there was a

24       purchase order submitted, Netlist cannot claim that it had to

25       go out and buy replacement parts because of some failing by

1    Samsung.

2         But when they tell you that, know this:  They are

3    ignoring, and they are not taking responsibility for, their

4    own procurement process which requires the request before the

5    purchase order.  And that if Netlist was not given permission

6    to file that purchase order, it couldn't.  And therefore, it

7    had to go to the resellers in that instance, too.

8         And once that cap was put in place in the spring of

9    2017, once that cap was put in place that was below what

10   Samsung needed, then Samsung would submit forecasts to that

11   capped level to try to get what it could.  It would then make

12   additional requests as other needs came up.  But when it did

13   not have permission to file purchase orders, it had to go to

14   the resellers.

15        So both paths lead you to the resellers.  And most

16   of the action was on the right-hand side of this because of

17   the cap imposed unilaterally, and outside the terms of the

18   contract, by Samsung.  The breach that this Court has found.

19        So the damages that we are asking you to award in

20   this case are centered on the transactions with resellers.

21   Because, again, on average, transactions with resellers cost

22   more than transactions directly with Samsung.

23        And so when Samsung breached its contractual

24   obligation to provide the contract -- the, um, memory

25   components upon request, that was the obligation, and Netlist

1    had to go to resellers, that is where you need to look to

2    determine what the damages were, what the harm was as a

3    result of that breach.

4         Now, to help you walk through what that damage

5    calculation is, and what gave rise to those damages, you will

6    hear from Dr. Michael Akemann.  Dr. Akemann has a bachelor's

7    in economics from UC San Diego.  He has a master's and a

8    Ph.D. in economics from UCLA.  And he has spent the last

9    25 years conducting research in economics, consulting in

10   economics, and he is an expert on the evaluation and

11   computation of contract damages where there has been a

12   breach.

13        Now, Dr. Akemann looked at all memory product

14   purchases made by Netlist between April 2017 and July 2020.

15   And that is the only period we are going to ask you to

16   address for purposes of damages in this case.  Those months.

17        Now, he looked at purchases that were made directly

18   from Samsung, and he looked at purchases that were made from

19   resellers.

20        And the first thing he did, of course, was try to

21   match up the products, to find transactions for the same

22   product.

23        And then he compared the prices charged for those

24   products by Samsung and by the third-party resellers.

25        And then he made a variety of adjustments.

1        First, he looked to make sure that the volume of the

2   transactions was taken into account so that any impact of the

3   size of the transaction was considered.

4        Then he looked at the time frame in which those

5   transactions took place so that he would have a significant

6   amount of data to analyze but also data that was highly

7   relevant to the question.

8        And he also included any transaction -- he included

9   all transactions, which means he also included any

10  transactions in which Netlist found product at a lower price

11  than what Samsung would have charged for it.

12       In other words, he included that in his analysis.

13  He didn't cherry-pick.  He included all of the data.

14       And based on this analysis, Dr. Akemann calculated

15  that on average, Netlist paid 4.6 percent more on reseller

16  purchases than on direct purchases from Samsung.

17       And he took that 4.6 percent, what he called a price

18  premium, and he calculated that against the $53 million in

19  third-party reseller transactions that Netlist made during

20  this period, and he calculated what they are calling "cover

21  damages," because it covers the gap or the absence of those

22  Samsung products from Samsung.  He calculated cover damages

23  of, as you can see, just under $2.5 million.

24       And it is that amount of money that we are going to

25  ask you to award Netlist at the conclusion of this trial.

1            Let's go back to that flow chart for one last

2       second.

3            And once again, as you hear the evidence, keep in

4       mind, there are two paths to resellers in the way that

5       Samsung ran its business.  To focus only on purchase orders

6       is to ignore the fact that Samsung often barred Netlist from

7       even submitting those purchase orders.  And to the extent

8       Samsung is now going to suggest to you that they should have

9       to pay less in damages because they would never let Netlist

10      submit a purchase order in the first place, just make sure

11      you keep in mind how this system worked and how Samsung's

12      permission needed to be granted before a purchase order could

13      be submitted in the first place.

14           We'll speak again after all the evidence is in.

15      I'll take this moment now to thank you for your time and your

16      attention and the hard work you are doing for the parties.

17      And we'll speak again in closing.

18           THE COURT:  Thank you, Counsel.

19           Would counsel for Samsung like to make an opening

20      statement?

21           MR. RHOW:  Ready to go, Your Honor.

22           Members of the jury, it's nice to meet you all.  My

23      name is Ekwan Rhow, and I'm here today representing Samsung

24      Electronics.

25           I also have various folks who will assist me in

1    presenting the evidence.  You will see them throughout the

2    course of the trial.  And I want to reintroduce Mr. Neal

3    Knuth.  He is Samsung's senior manager of sales, and he

4    actually covered the Netlist account during the time period

5    at issue, and he's based right here in Southern California.

6            Now, I'm going to get right to the point because

7    everyone has told you, Your Honor, Mr. Doren, that this is

8    going to be a really, really short trial, and if it all works

9    out, we'll be done by Friday.  Part of the reason it's a

10   short trial is you as the members of the jury are really

11   looking at one basic issue.

12           And the issue is whether or not Netlist suffered

13   monetary losses, if any, as a result of orders for memory

14   chips that it placed with Samsung and were not fulfilled for

15   various reasons.

16           Now, on this issue, both sides are going to ask you

17   to analyze, investigate, question, follow the paper trail and

18   find out what amount of unfulfilled orders were in fact

19   caused by Samsung, Samsung's fault, and what are the losses

20   arising from those orders.  That is what you are here to do.

21           Now, where you will start when you do this analysis

22   is with this number.  This is the number Mr. Doren told you.

23   This is Mr. Akemann's calculation of the range of damages

24   arising from the orders that were not fulfilled and that are

25   Samsung's fault.

1          Now, let me explain how Mr. Akemann got to this

2     number, because I think if I do that, this will help you

3     understand the task you have before you.

4          As the evidence will show, to get to this number,

5     Mr. Akemann started with this number.  This $53 million

6     number.

7          As Mr. Akemann will testify, this number, the

8     $53 million number, represents the total dollar amount of

9     Samsung memory chips that Netlist bought from third parties

10    between middle 2017 to middle 2020.  This is the period -- as

11    Mr. Doren said, that is the only period in which they are

12    seeking damages.  And we'll talk about the prior periods

13    later, but you will see in prior periods where they said

14    Samsung was not in breach, guess what?  There is a lot of

15    unfulfilled orders.  In fact, a lot more.  The evidence will

16    show that.

17         Now, using these two numbers, and Mr. Doren

18    explained the calculation from the 53 million Mr. Akemann

19    derived, 1.9 to 2.4 million.

20         To get to that number, he assumed, and we'll talk

21    about this assumption later, he assumed that every single

22    penny of the $53 million in orders was automatically

23    Samsung's fault.  He just assumed that.

24         He'll admit to that on the stand.  That assumption

25    is what you are here to test and we'll talk about that.

1          Now, under this calculation, Mr. Akemann started

2     with this long list, and Mr. Doren also had multiple pages of

3     spreadsheets, and order after order after order adding up to

4     the 53 million.

5          The evidence will show he actually didn't analyze

6     any single one of these orders.  He simply took the sum

7     total, which is 53 million, assumed it's all Samsung's fault,

8     and then derived that number.  And he'll admit to this on the

9     stand.

10          Now, the essence of Mr. Akemann's calculation is

11     exactly what Mr. Doren said, that the essence of the

12     calculation is taking that sum total number, and without

13     analyzing it on a request-by-request basis, his assumption is

14     that there is a higher reseller price that is higher than the

15     price that they would have gotten if they had bought it from

16     Samsung.

17          That price differential is what he applies to the

18     53 million, and that is how he gets to the 1.9 to

19     2.4 million.

20          Put another way, Mr. Akemann's calculation is what

21     he believes Netlist overpaid for the Samsung chips, to put it

22     simply.

23          Now, of course you are not being asked to simply

24     accept that calculation, to accept that number, to accept any

25     of his assumptions.  That's why we are doing this trial, for

1     you to critically analyze every single piece of his protocol,

2     of his calculation, and his methodology.

3              And if it were that easy to simply accept the

4     number, we wouldn't need this trial at all.

5              Now, all of this seems simple, but the reality is,

6     as I mentioned to you, Mr. Akemann will get up on that stand

7     and admit that he made this assumption:  That every purchase

8     from a reseller, every dollar and penny of that 53 million

9     was Samsung's assault because Netlist was forced to go to a

10     reseller.

11              As the evidence will show, this assumption is not

12     true, and it's not true based on testimony you are going to

13     hear from Netlist's own witnesses.

14              They'll tell you they shopped regularly among

15     resellers.  They shopped for better prices among resellers.

16     They went directly to resellers all the time if the pricing

17     was better.

18              And before I get into this some more, I think it's

19     important to understand a little bit about the chip industry.

20              The chip industry, as Mr. Chuck Hong will admit,

21     it's a commodity industry.  It's like gas.  It's like oil.

22              And what that means is that many different parties

23     are selling that product.  Samsung sells it directly.  Many

24     resellers also sell it.

25              And what that also means is that customers in this

1    industry are extremely price sensitive.  Like oil and gas,

2    you go down the block, you have Shell, you have oil, which

3    one is cheaper, that is where you go to buy your gas.

4         Limited number of sellers, lots of options, and you

5    are price sensitive.

6         And the evidence will show that in this industry,

7    sometimes you get a better price from Samsung, sometimes you

8    get a better price from resellers, and if you are a

9    price-sensitive customer like Netlist, like all customers in

10   this commodity industry, that's the first thing you think

11   about.  It's common sense.

12        Because every penny counts, every dollar counts in

13   this very thinly margined product line.  So you are price

14   shopping.  And again, you will see it in the e-mails and the

15   testimony from their own witnesses.

16        Mr. Neal Knuth will also explain that what happens

17   is that resellers will load up on a product, and because

18   prices change month to month, they buy it cheap -- I'm

19   sorry -- they buy it at a certain price.  And if the price is

20   now going up, resellers can sell it cheaper than Samsung.

21   Happens all the time.  That's how resellers make their money.

22        Resellers can't be in business unless they can beat

23   out Samsung in pricing, and they are able to do that because

24   of the phenomenon in the industry where pricing is changing

25   all the time and resellers can take advantage of those price

1    differentials.  Mr. Neal Knuth will explain that.

2            Now, Netlist employees may get up on the stand

3    during the course of this trial and make a broad and

4    conclusory statement that you know what?  The whole

5    $53 million in reseller purchase, that's Samsung's fault.  We

6    requested some amount near that, and that is Samsung's fault,

7    and that will be their testimony.  But what you won't see,

8    ladies and gentlemen, is a paper trail supporting that.

9            That -- those broad and conclusory statements need

10    to be compared to the e-mails, to the testimony specific to

11    whether or not Netlist was shopping directly from resellers

12    to get better prices, which the evidence will show.

13            Now, those broad and conclusory statements are also

14    contrary to the agreement.  Mr. Doren showed you the JDLA

15    negotiated a variety of terms.  This is in the agreement.

16    6.4.  "Nothing in this agreement shall be deemed to require

17    either party to purchase any products from the other party."

18            Under this provision, Samsung recognized, and

19    Netlist wanted to make sure it could shop from resellers.  It

20    wanted that freedom.  It knew this is a commodity industry.

21    It did not want the obligation to have to go to Samsung

22    first.  And that is what it negotiated.  Right here in 6.4.

23    That is in the JDLA you will see.

24            Now, the reason all of this is important, ladies and

25    gentlemen, is because if it is true that Netlist was going to

1    resellers on their own for their own reasons, then the

2    starting point of Mr. Akemann's calculation is just wrong.

3         The 53 million is clearly overstated based on

4    Section 6.4, based on the testimony, based on the e-mails

5    showing that Netlist price shops regularly.  It's not forced

6    to go to resellers.  It does it to save money.

7         Now, assuming that when you are deliberating you can

8    get to the right starting point, and I'm not sure the

9    evidence will allow you to do that, but assuming you can do

10   that, that is where your analysis is just beginning.

11        Because once you get to the starting point, you

12   still have to answer this question:  For each unfulfilled

13   request, is there a corresponding reseller cover purchase for

14   a higher price?

15        That is the essence of the cover damages analysis.

16   You overpaid in the market because you couldn't get the

17   Samsung price.

18        And that requires something very simple:  A matching

19   of request to cover purchase.

20        You will be given a list, a list of purchase orders.

21   They will submit evidence of other types of requests.  You

22   will also be given a list of reseller purchases.  And the

23   matching isn't hard.  If there is a rejected order for a

24   certain price, there should be a corresponding purchase,

25   within a few weeks, same product, same quantity for a higher

1    price.

2           That is the matching that makes sense.  That is the

3    matching that is the cover damages analysis.

4           And it's something you would expect plaintiffs to do

5    to prove their damages.  Not start with the number,

6    53 million, and just assume it's Samsung's fault.  This is

7    the analysis you would expect plaintiffs to do if they wanted

8    to give you, the jury, a roadmap, an accurate and verifiable

9    roadmap to damages.

10          But instead of going request by request, order by

11   order, they just assumed the $53 million is all Samsung's

12   fault.

13          Now, let's see if we can match up the 53 million

14   with orders.  Because there's documents that Mr. Akemann had

15   from which he could have done that.

16          The first piece of evidence that will shed light on

17   this is the purchase orders.  We all use purchase orders.

18   Not just in the memory chip industry, in every industry.

19          Purchase orders indicate a request to buy, a

20   commitment to pay.  They have a quantity.  They have a price.

21   They have a delivery date.  They have terms and conditions.

22   That is the standard way that orders are made.

23          The evidence will show for the time period that

24   Mr. Doren has talked about, mid-2017, mid-2020, the total

25   amount of purchases -- I'm sorry -- the total amount of

1      unfulfilled purchases order is $3.7 million.  That is from

2      Netlist's own documents.  And Mr. Akemann will confirm that.

3              Now, to see if damages arise from these purchase

4      orders, the first thing you need to do is analyze and figure

5      out if the particular purchase order that was not fulfilled,

6      was caused by Samsung.  You first have to do that.

7              After you do that, then you need to link the

8      unfulfilled purchase order with a reseller purchase on

9      Exhibit 380.  Just find it.  You should see it there if these

10     are cover purchases.

11             Now, initially, you can't assume that these are

12     Samsung's fault.  We just talked about the problem with

13     assumption.  It's not evidence.

14             The evidence will show that in many of these

15     unfulfilled purchase order situations, Netlist canceled the

16     order.  On their own.  Because they couldn't afford it.

17     Because they didn't want it.  Because the price was too high.

18     Remember, it's a commodity industry.  Pricing is moving.

19     They didn't like it.  If they didn't want the product, how

20     can that be Samsung's fault?  And you will see evidence of

21     that during the course of this trial.

22             The other thing you will see is that Netlist, as

23     Mr. Doren said, itself is a reseller.  It has hundreds of

24     customers.  And so when it's making an e-mail inquiry, it

25     could be a customer calling them saying, "Hey, do you have a

1    hundred pieces of this?"  They call Samsung and say, "Hey, do
2    you have a hundred pieces of this?"  But if the reseller
3    changes their minds, they cancel the order with Samsung.
4           So it's not just Netlist changing its minds.  It's
5    hundreds of its customers each independently changing their
6    minds, and that can result in purchase orders that don't get
7    fulfilled.
8           If the canceled purchase orders are not Samsung's
9    fault, then obviously the loss that they are claiming is not
10   attributable to Samsung.
11          Now, even if Samsung did cause the order to be
12   unfulfilled, you still can't assume that each of these
13   unfulfilled purchase orders match up to a reseller purchase.
14   And you will be given the documents.
15          Exhibit 311 is going to come into evidence.  It's a
16   list of the unfulfilled purchase orders.
17          Exhibit 380 is also coming in.  It's a list of the
18   reseller purchases.
19          And what you should be able to do is match up the
20   unfulfilled purchase orders to a resale purchase.
21          What the evidence will show is that in many cases,
22   the unfulfilled purchase order resulted in a reseller
23   purchase at a lower price.  They save money.  There is no
24   loss.  And that tracking you will be able to see if you dig
25   into these documents.

1          Now, even if you assume that every single one of

2     these purchase orders was Samsung's fault, and I'm clearly

3     not a fan of assumption, but let's assume that, if you do the

4     exact same calculation that Mr. Akemann did, that's the

5     damages:  130,000 to 170,000.  Not 1.9 million to

6     2.4 million.

7          And so the bottom line from this evidence is Netlist

8     is about $50 million short.  It needs to show to you, the

9     members of the jury, $50 million in requests that are

10    Samsung's fault and that can be linked to a reseller

11    purchase.

12         Now, to make up this gap, Mr. Doren has indicated,

13    using the flow chart he talked about, that he's going to use

14    forecasts.

15         First of all, the problem with the flow chart is

16    Section 6.4, which means that Netlist was entitled to go shop

17    with anyone it wanted.  It was not required to go to Samsung.

18    It was not required to submit a forecast.  In fact, if you

19    look through the JDLA, Exhibit 47, you will not see a single

20    reference to this protocol that Mr. Doren has talked about.

21    Not a single reference at all.  No requirement of forecasts.

22    In fact, 6.4 rebuts that very notion.

23         Now, when you are looking at these forecasts, the

24    first question you should ask is is this even a request?  Is

25    this a commitment to buy?  Is it a commitment to pay?

1        Because forecasts are exactly what the word means.  It's a

2        prediction of what Netlist might want.  It's a prediction of

3        what Netlist and its customers could buy if they still desire

4        to later.  They often don't contain pricing.  How can that be

5        a commitment?  They don't contain a delivery date.  They

6        don't even contain a commitment to buy at all.

7                You will also see e-mail inquiries.  And that is the

8        other thing Mr. Doren talked about.  And read these e-mails.

9        They often don't have prices.  They don't have delivery

10       dates.  They are inquiries about availability.  But again,

11       these inquiries do not indicate a commitment to buy.  A

12       commitment to pay.  And clearly, neither e-mail inquiries or

13       forecasts are something that Samsung would ship off of.  That

14       doesn't make sense.

15               Now, by contrast, and I think I've said this

16       already, purchase orders contain all the details.  It's a

17       purchase order.  A commitment to buy, a date, a quantity, a

18       delivery date.  All of those are in there, and that is why

19       these are the most reliable evidence of requests in this

20       case.

21               As Raymond Jiang will testify -- and he is Netlist's

22       procurement head.  He testified during the course of his

23       deposition, and you will hear this testimony.  He can't be

24       here for various reasons, but he will say this in deposition.

25       This is literally what he says:  "When you purchase a product

1    from Samsung, there is always a purchase order."

2                "And has that been consistent throughout the entire

3    relationship both before the JDLA and after the JDLA?"

4                "Correct."

5                In fact, you will see that Netlist has been doing

6    business with Samsung since 2000.  And to this very day, even

7    during this lawsuit, they are still buying a ton of product

8    from Samsung using purchase orders.

9                Now, it is true, as Mr. Doren says, that there will

10   be e-mails in evidence indicating that at certain times

11   Samsung did tell Netlist, "Look, we are not -- we don't have

12   good availability on a particular product for a particular

13   price on a particular delivery date.  You shouldn't submit a

14   purchase order because I'm not going to be able to fulfill

15   it."

16               It wasn't a rejection.  It wasn't an attempt to

17   breach the contract.  It was Mr. Knuth giving a heads up that

18   this product is very hard to get.

19               Or, alternatively, "The timeline that you want for

20   the product, if you want it tomorrow, I can get it in a week,

21   but I can't get it tomorrow.  So a purchase order doesn't

22   make sense."

23               Now, when you look at those e-mails, you still have

24   to determine was the underlying e-mail an actual request or

25   is it still an inquiry?  Is it an inquiry about, "Hey, look,

1    I have a customer who might want this product.  You have it.

2    I want to hear your price quote because then I'm going to go

3    to a reseller and see if I can get a better price."  Or is

4    that an actual purchase order, as I've indicated.

5         The evidence will show that if Netlist was serious

6    about a product, and you will see e-mails about this, they

7    still submitted purchase orders.  Even when Samsung said, "We

8    probably don't have availability," they submitted purchase

9    orders.  They put themselves in line.  You have to get into a

10   queue for product.  And they were hoping and expecting that

11   availability would open up later.

12        The bottom line is whether you are in the forecast

13   world, the e-mail world, or the purchase order world, you

14   still see a purchase order because that is the most reliable

15   evidence of a request.  That is how Netlist told Samsung,

16   "I'm serious about this.  This isn't just an inquiry.  This

17   is a commitment to buy, a commitment to pay."

18        Now, even if forecasts and e-mails are requests, and

19   again, I'm not a fan of assumption, but assuming they are

20   requests, you still have to do the matching that I talked

21   about.

22        So whether it's a purchase order, an e-mail or a

23   request, you have to go on to the forecast, see what was not

24   fulfilled, see the quantity, the product and the price.  Go

25   to Exhibit 380.  You need to see a cover purchase.  That's

1    why it's called "cover."  You're covering the prior request.

2    It should be the same quantity.  It should be the same

3    product.  It should be a higher price because then you have

4    loss.

5         And I invite you to do that with the various

6    e-mails.  Because as the evidence will show, they don't match

7    up.  You don't see the matching up because the reality is, as

8    the evidence will show, Netlist was just buying from

9    resellers as much as they could.

10        Mr. Doren was right, they were changing their entire

11   business model so they themselves could become resellers.

12        And in that world, they just wanted to grab whatever

13   they could from whoever they could, and you will see the

14   evidence.  And that is a better explanation for 51 million in

15   purchase orders from resellers than the theory that Netlist

16   is presenting here.

17        Almost done.

18        So as you go through the analysis, and again, I

19   submit to you you need to do it on a request-by-request

20   basis.  That's the only accurate way to do it.  And as you go

21   through the progression of the analytical framework I have

22   been telling you makes the most sense as something the

23   plaintiffs should do here, first thing you will do is find

24   there isn't $53 million in unfulfilled chip requests.

25        You can't find it.

1           Second, there isn't $53 million in unfulfilled chip

2       requests that are Samsung's fault, i.e., where we forced them

3       to go to a reseller.

4           I've already explained to you that their own

5       evidence will show, they went directly to resellers.  They

6       shop prices all the time.  So we know the 53 million is

7       overstated.

8           Next, the evidence will show that Netlist cannot

9       match up the unfulfilled orders that are Samsung's fault with

10      a reseller cover purchase.  Same product, same quantity,

11      higher price, should be a few weeks later, if it is a cover

12      purchase.

13          And finally, on request, and I just said this, for

14      there to be harm, the subsequent purchase, it needs to be a

15      higher price.  They need to have lost money.

16          And one thing I do want to quickly say is that the

17      notion that resellers by definition are selling higher than

18      Samsung, I already explained to you a situation where they

19      can't, is really belied by the entire economy we have today.

20      The Amazons where often you get it cheaper from a reseller

21      than direct.  It happens all the time for various reasons.

22          And that is exactly what the evidence will show

23      here.

24          Ladies and gentlemen, to conclude on this claim at

25      the conclusion of the trial, we are going to obviously ask

```
1     for a verdict in Samsung's favor.  We are asking you to test

2     conclusions, test assumptions, find the evidence, not

3     assumptions, that support the various arguments made by both

4     sides.

5          You know, I'm going to mention this at the end.  Our

6     team has come up with a little acronym here that's called

7     "BAMBO," bad assumptions make bad opinions.  I'm going to

8     mention that in closing because that really is the essence.

9     The BAMBO is what we are looking for and what we are asking

10    you to test.

11         And finally, I wanted to say something quick.  While

12    this trial is short, it's still important to both sides.

13    Clearly important to Netlist, but also important to Samsung.

14         For Samsung, it has many customers.  And you can

15    tell.  It sells billions of dollars of product, as Mr. Doren

16    said.  And it has a lot of orders.  And Samsung is more than

17    willing to pay for what it is responsible for, what it is at

18    fault for, but the reason we are doing this trial, the reason

19    you guys are here, is to ensure that there is a fair and

20    orderly process to make sure that the reason we pay is based

21    on evidence, not assumptions, not conclusory statements.

22         We respectfully submit that once the evidence comes

23    in at the conclusion of the trial, a verdict in Samsung's

24    favor will be appropriate.

25         Thank you again for your service, thank you for your
```

1    attention, and I'll talk to you again in a few days.

2              THE COURT:  Thank you, Counsel.

3              Netlist, do you want to go ahead and call your first

4    witness?

5              MR. DOREN:  Thank you, Your Honor.  Netlist calls

6    Mr. Chuck Hong.

7              THE CLERK:  Stand here for me, please.  Raise your

8    right hand.

9    THEREUPON:

10                         CHUCK HONG,

11   called in these proceedings and being first duly sworn

12   testifies as follows:

13             THE CLERK:  Please be seated.

14             MS. MULLIGAN:  Your Honor, can I hand the binder up

15   to the witness?

16             THE COURT:  Yes, please.

17             THE CLERK:  Will you please state and spell your

18   full name for the record.

19             THE WITNESS:  Chuck Hong, C-h-u-c-k, H-o-n-g.

20             THE CLERK:  Thank you.

21             MR. DOREN:  And Your Honor, counsel and I have

22   conferred, and we have agreed that fact witnesses should be

23   excluded from the courtroom at this time.  Except for party

24   reps and experts.

25             THE COURT:  Yes, we can make that order.

CHUCK HONG - DIRECT

1          Any fact witnesses in the courtroom now?

2          MR. DOREN:  I think we're okay now, Your Honor.

3    Thank you.

4          THE COURT:  Thank you.

5                    DIRECT EXAMINATION

6    BY MR. DOREN:

7     Q. Good afternoon, Mr. Hong.

8     A. Good afternoon.

9     Q. There was a lot of kerfuffle there for a moment.  So

10   could you please again state your name for the jury?

11    A. My name is Chuck Hong.

12    Q. And Mr. Hong, where are you currently employed?

13    A. At Netlist, Incorporated.

14    Q. And what is your position there?

15    A. I'm the chief executive officer.

16    Q. And as chief executive officer, what are your job

17   responsibilities?

18    A. I work on planning for the corporate strategy, long-term

19   strategy of the company, as well as oversee R&D, operations,

20   sales and marketing.

21    Q. And were you one of the founders of the company?

22    A. Yes, I was.

23    Q. And when did -- when was Netlist started?

24    A. Middle of the year 2000.

25    Q. And where is Netlist headquartered?

CHUCK HONG - DIRECT

1      A. Irvine, California.

2      Q. And before we go on, can you tell the jury your

3      educational background, please.

4      A. Yes.  I hold a bachelor's degree in economics from

5      Virginia Commonwealth University.  I also hold a master's in

6      technology management from Pepperdine University.

7      Q. Thank you.

8           And what jobs did you have before starting Netlist?

9      A. So I spent many years at LG Semiconductor, both in Asia

10     and in Silicon Valley, running the worldwide sales and

11     marketing for that company.

12          I joined the company here in Orange County after

13     that called Viking Components, where I ran the OEM division.

14          And several years after that, I cofounded Netlist.

15     Q. Thank you.

16          And turning to Netlist, what is the company's

17     business?  What does Netlist do?

18     A. We manufacture high-performance, high-end memory, and

19     storage subsystems, most of that going into the enterprise

20     markets.

21          Meaning we are selling into major server

22     manufacturers that take our products, integrate it into their

23     systems, and then they sell it into their customers and to

24     data centers.

25     Q. And just so I'm sure we are all on the same page, can you

CHUCK HONG - DIRECT

1    tell me what you mean by "memory"?

2      A. Um, memory is a way -- it's a short-term storage.  It's

3    the ability to take data and store it momentarily while you

4    work on that data.  For example, if you are writing a text

5    message or an e-mail, that is usually being done on memory.

6      Q. And the jury has already heard about two different types

7    of memory products, NAND and DRAM.

8           Can you first of all explain what DRAM is?

9      A. DRAM is the acronym for dynamic random access memory.

10   It's a small computer chip that can hold billions of bits of

11   data, again, with electrical power going to it, and for a

12   very short period of time, so you can access that data

13   quickly.

14     Q. And what about NAND?  What is NAND memory?

15     A. NAND is a longer-term storage.  It's slower than DRAM,

16   but it does not require electrical power.  So if you take a

17   photo and it's stored, you pull the power from your device,

18   from your phone, and the photo will still be there when you

19   power back up.

20     Q. And we've also heard the term "solid state drives."  Can

21   you tell us what those are?

22     A. Yes.  Solid state drives, and we call that SSDs, and that

23   is a longer-term storage.  It's dozens of NAND devices that

24   are put into a case with a printer circuit board.  It's got

25   some software in it, and it allows you to hold data.

CHUCK HONG - DIRECT

1          For example, if you are pulling up a movie from

2     Netflix, that is likely to be held in a solid state drive in

3     a server that is hosted by Netflix.

4     Q. Thank you, Mr. Hong.

5          Does Netlist employ engineers?

6     A. We do.

7     Q. And first of all, about how many employees does the

8     company have in general?

9     A. We have a little over 100 employees.

10    Q. And how many of those are engineers?

11    A. About 40.

12    Q. And does Netlist hold any patents?

13    A. Yes.

14    Q. On what sort of things?

15    A. Mostly on advanced high-speed memory technology,

16    high-speed load reduction of memory.  Things that will allow

17    a lot of memory devices, like DRAM and NAND, to operate

18    together seamlessly and fast.

19    Q. Thank you.

20         And does Netlist license its technology to other

21    companies?

22    A. Yes, we do.

23    Q. And as to the products that Netlist itself manufactures,

24    who are some of Netlist's customers?

25    A. Historically, we have supplied some of the major server

CHUCK HONG - DIRECT

1    computer manufacturers in the world.  Dell.  Since inception,

2    we have shipped about a billion dollars' worth of product.

3    Probably half of that went to Dell.  And then we have been a

4    large supplier to IBM, HP, Apple.

5            But most of that into the enterprise big computer

6    space.

7    Q. Thank you.

8            Now, does Netlist purchase memory chips from

9    Samsung?

10   A. Yes, we do.

11   Q. And does it use those chips in manufacturing its own

12   products?

13   A. Yes, we do.

14   Q. And what position does Samsung hold in the market, if you

15   will, among chip manufacturers?

16   A. Samsung today, and has historically, has been by far the

17   largest supplier of DRAM and NAND components and related

18   products.

19   Q. And does the supply of memory chips available for

20   purchase fluctuate over time?

21   A. Yes, it does.

22   Q. And why is that?

23   A. Mainly because when suppliers make investments, putting

24   down tens of billions of dollars annually for some of the

25   manufacturing facilities, it takes many years, up to three to

CHUCK HONG - DIRECT

1    four years, for some of those manufacturing facilities to

2    come online.

3         So in the intervening time that, you know, the

4    demand in the market may change.  And it could lead to an

5    oversupply situation or an undersupply situation.

6    Q. And how does the fluctuation in supply impact businesses

7    that need chips, such as Netlist?

8    A. It has enormous impact.  I think we are seeing some of

9    that today, where supply shortages of semiconductors are

10   leading to shortage of supply of other products, such as

11   pickup trucks, whatnot.

12        So for our business, it is essential to have -- and

13   for our customers, it's essential to have a secure, reliable

14   supply of DRAMS and NAND products.

15   Q. Thank you.

16        Now, are you familiar with a contract between

17   Netlist and Samsung called the Joint Development and License

18   Agreement?

19   A. Yes.

20   Q. And I would ask if you would please take a look in the

21   binder in front of you at Exhibit 47.

22   A. Okay.

23   Q. And do you recognize that to be the JDLA?

24   A. Yes.

25        MR. DOREN:  Your Honor, I would move for admission

CHUCK HONG - DIRECT

1    of Exhibit 47.

2                THE COURT:  Any objection?

3                MR. RHOW:  No objection, Your Honor.

4                THE COURT:  Exhibit 47 is admitted.

5                (Exhibit 47 received in evidence.)

6                MR. DOREN:  And I would ask that it be published to

7    the jury.

8                THE COURT:  All right.

9                MR. DOREN:  Thank you, Your Honor.

10   BY MR. DOREN:

11    Q. Mr. Hong, were you involved in negotiating the JDLA on

12   behalf of Netlist?

13    A. Yes, I was.

14    Q. And when did the JDLA go into effect?

15    A. November of 2015.

16    Q. And before entering into the JDLA in November 2015, did

17   Netlist purchase memory products from Samsung?

18    A. Yes, we did.

19    Q. And what was the kind of state of that relationship or

20   what amount of products were being purchased at the time the

21   JDLA went into effect?

22    A. We were purchasing very little.  I think at that point I

23   don't know if Samsung was even calling on us as a customer in

24   2015.

25                So I recall that number to be perhaps below $50,000

CHUCK HONG - DIRECT

1    for the entire year.

2     Q. Thank you.

3          Could you please take a look at page 6 of

4    Exhibit 47, and specifically Section 6.2.

5     A. Yes.

6     Q. And once again, the jury has already seen this, so I'll

7    just -- I'll read the section.

8          "Samsung will supply NAND and DRAM products to

9    Netlist on Netlist's request at a competitive price (i.e.,

10   among customers purchasing similar volumes of similar

11   products)."

12         Do you see that?

13    A. Yes.

14    Q. And was this provision important to Netlist?

15    A. It was very important.

16    Q. Why is that?

17    A. Well, I think the genesis of this agreement was Samsung

18   wanted our patents be licensed to our technology, and in

19   return, we were seeking cash.

20         They were unable to provide us with the cash value,

21   so the parties agreed to exchange for patents for the supply

22   of the NAND and DRAM products.

23         And NAND and DRAM products, are, again, essential to

24   creating our products and to have a stable, growing business

25   in our industry.

CHUCK HONG - DIRECT

1    Q. Now, did Netlist launch a new line of business after the

2    JDLA was in effect?

3    A. We did.

4    Q. And what was that line of business?

5    A. It was a resale business which would complement our

6    high-end computing business.  So it would allow us to expand

7    our customer base.

8    Q. And when you say "a resale business," can you describe

9    for the jury what you mean by that?

10   A. Again, we -- our product lines tend to be at the very

11   leading edges, high speed, kind of niche products.  Samsung

12   has more of a commodity mainstream product line.  And many of

13   our customers would benefit by having access to both a

14   high-end product line, as well as a mainstream product line.

15          And many of those customers that we had were small,

16   medium-sized customers that were not able to get access to

17   Samsung supply directly.

18   Q. And why weren't those small and medium companies able to

19   get products directly from Samsung?

20   A. Well, they did not have a supply contract.  They were

21   below the radar of Samsung sales and marketing.  They simply

22   did not have access, direct access to Samsung as a supplier.

23   Q. And by the way, in your experience, is a -- is a supply

24   agreement such as that in exhibit, or Section 6.2 common in

25   the industry?

CHUCK HONG - DIRECT

1      A. I do not believe it's common in the industry.

2      Q. And do you -- did you consider 6.2 to be a particular

3      value to Netlist?

4      A. Yes.

5      Q. Was the JDLA a factor in Netlist's decision to launch its

6      resale business?

7      A. Yes.

8      Q. Why?

9      A. Without a consistent supply of product, a reliable

10     supply, a guaranteed supply, there is no way you can engage

11     in a business whereby you have customers coming to you in

12     short notice at times, sometimes a little longer lead time,

13     but either way, without a guaranteed supply of product, you

14     really cannot participate in that kind of business.

15     Q. And over the course of 2016, the first full year after

16     the JDLA was initiated, how did that business do?

17     A. We think it did very well.

18     Q. And what do you mean by that?

19     A. It, um, again -- it -- before the agreement was signed,

20     there was hardly any business in 2015 with Samsung.  Upon

21     execution of the agreement, the volumes went up very nicely,

22     consistently.  And the business grew quite rapidly into

23     millions of dollars per month.

24     Q. Thank you.

25            And now the Court has told the jury that Samsung

CHUCK HONG - DIRECT

1    breached its supply obligation to Netlist.

2           Do you believe Netlist was damaged by that breach?

3    A. Yes.

4    Q. And who within Netlist is responsible for the purchase of

5    memory chips for Netlist?

6    A. Paik Ki Hong.

7    Q. Thank you.

8    A. And his team.

9           MR. DOREN:  Thank you, Your Honor.

10           Thank you, Mr. Hong.

11           Your Honor, I pass the witness.

12           THE COURT:  Cross-examination?

13           MR. RHOW:  Thank you, Your Honor.

14           MR. DOREN:  I apologize.  If I may, Your Honor?  I

15    actually did have a few more questions.  After we had our

16    earlier discussion, I crossed out the wrong page.  Thank you.

17    BY MR. DOREN:

18    Q. Mr. Hong, I apologize.  Just one more question -- or one

19    more set of questions.

20           Did there come a time when you chose to terminate

21    the JDLA?

22    A. Yes.

23    Q. And when was that?

24    A. I believe that was in 2020.

25    Q. And could you please look at Exhibit 178, which is in the

CHUCK HONG - CROSS

1    binder in front of you.

2     A. Yes, I see it.

3     Q. And do you recognize Exhibit 178?

4     A. Yes.

5     Q. And who is this letter from?

6     A. This is written by Marc Frechette, our chief licensing

7    officer.

8     Q. And who was it sent to?

9     A. It was sent to Seung Min Sung, a director of Samsung

10   Electronics in Korea.

11    Q. And this letter is dated July 15, 2020?

12    A. Yes.

13         MR. DOREN:  Your Honor, I move for the admission of

14   Exhibit 178.

15         THE COURT:  Any objection?

16         MR. RHOW:  No objection, Your Honor.

17         THE COURT:  Exhibit 178 is admitted.

18         (Exhibit 178 received in evidence.)

19         MR. DOREN:  And I would ask that it be published to

20   the jury.

21         THE COURT:  You can.

22   BY MR. DOREN:

23    Q. Mr. Hong, what is the purpose of this letter?

24    A. This is a legal termination, our notice of legal

25   termination of the agreement following the provisions in the

CHUCK HONG - CROSS

1    contract.

2     Q. And why did Netlist decide to terminate the JDLA?

3     A. Well, we have worked obviously very closely, we

4    communicated very actively with Samsung over the years to try

5    to rectify the problem, making many visits to Korea, visits

6    to their headquarters in San Jose.  But at a certain point

7    about this time, we didn't -- we didn't get the response from

8    Samsung.  So that there was no real effort on their part to

9    resolve the problem.

10    Q. And when you talk about the problem, what are you

11    speaking of?

12    A. The -- their -- their inability and unwillingness to

13    abide by the provisions of the agreement, the supply

14    provisions.

15    Q. Thank you.

16         Now, directing your attention to the second

17    paragraph in Exhibit 178, there is the statement:  "Netlist

18    has provided Samsung with notice of a material breach by

19    sending multiple correspondence to Samsung."

20         Do you see that statement?

21    A. Yes, I do.

22    Q. Is that a correct statement?

23    A. Yes.

24    Q. And then if you could look, please, at the first

25    paragraph on the second page of Exhibit 178.  The first

HONG - CROSS

1    sentence says:  "At present, Netlist has not received a

2    response from Samsung regarding the material breaches set

3    forth in our correspondence, let alone any cure of such

4    breaches."

5             And was that a true statement as of July 15, 2020?

6    A. Yes, it was.

7    Q. Did Samsung ever state to Netlist that it wished to cure

8    any breaches under the JDLA supply agreement?

9    A. No, it did not.

10   Q. Thank you, sir.

11            MR. DOREN:  I pass the witness.

12            THE COURT:  Counsel, cross-examination?

13            MR. RHOW:  Thank you, Your Honor.

14                        CROSS-EXAMINATION

15   BY MR. RHOW:

16   Q. Mr. Hong, good afternoon.  Good to see you again.

17   A. Good afternoon.

18   Q. Mr. Hong, the memory chip industry is a commodity

19   industry.  Correct?

20   A. Various definitions of commodity.  Um, one can

21   characterize it as a commodity market.

22   Q. Well, you characterized it as a commodity like crude oil.

23   Right?

24   A. I -- I think I did.

25   Q. And so you agree that, as you testified before, that

HONG - CROSS

1    memory chips are a commodity product similar to crude oil.

2    Correct?

3     A. Yes.

4     Q. And as you were explaining to Mr. Doren, in the memory

5    chip industry, there are cyclical shortages from time to

6    time.  Correct?

7     A. Yes.

8     Q. And there are fluctuations in supply from time to time.

9    Correct?

10     A. Yes.

11     Q. And in this commodity industry, fluctuations in supply

12    also cause fluctuations in price.  Right?

13     A. In general, yeah.

14     Q. In fact, you know, having bought -- how long have you

15    been buying chips from Samsung?

16     A. Um, probably, um, going back to the early 2000s.

17     Q. You talked about buying $50,000 worth of chips in 2015.

18    In fact, between 2000 and 2015, Netlist bought almost

19    $200 million in chips.  Right?

20     A. I'm not sure if that is the correct number.

21     Q. You believe it's over 100 million?

22     A. I don't have those numbers in front of me.

23     Q. You think it's 50,000?

24     A. In the year 2015, um, that was the answer to Mr. Doren's

25    question that -- before the JDLA was signed.  In 2015, I

HONG - CROSS

1    believe it was probably less than 50,000.

2    Q. And so my question is not 2015.  My question is between

3    2000 and 2015, Netlist bought tens of millions of dollars'

4    worth of chips.  Fair statement?

5    A. I don't have the numbers, so, you know, I don't want to

6    attest to exact numbers that I don't have.

7    Q. You don't have an estimate as to how many chips that you

8    bought?

9    A. What I do recall over the period of time where we were

10   not a contractual customer, meaning we did not have a

11   guarantee supply agreement, at that time we were receiving

12   product -- we were an at-will customer.  Whenever they had

13   excess products, they would come to us.  "Okay.  Do you guys

14   want to buy this?"  And if we happened to have demand, we

15   would buy that.

16          So it was very sporadic.  It was ad hoc.  It was not

17   planned.  Certainly, it was not contracted.

18   Q. You are still buying chips from Samsung today.  Correct?

19   A. Yes, as, again, as a non -- with noncontract.

20   Q. Within the last year, you are buying over $3 million a

21   month in chips.  Correct?

22   A. I don't know what that number is, and I'm sure we have

23   those numbers, but I don't have those here.

24   Q. And you would agree that whatever numbers exist on the

25   documentation and data you have given to me about your chip

HONG - CROSS

1    purchases from 2000 to the present, that should be the

2    accurate number.  Right?

3    A. Yes.  I'm sure whatever is provided to you is accurate.

4    Q. Right.

5         Now let's go back to where I was, which is given

6    your history with Samsung and buying chips since 2000, you

7    know that chip prices change regularly.  Correct?

8    A. Sure.  Yeah.

9    Q. Price fluctuations occur weekly.  Correct?

10   A. Sometimes weekly.

11   Q. And as a result of that, because this is a commodity

12   industry, like crude oil, because there is limited supply,

13   cyclical shortages, supply fluctuations, customers in this

14   industry are price sensitive.  Right?

15   A. Price is just one criteria when you buy product.

16   Q. It's an important criteria.  Right?

17   A. It's one of the criterias.  Probably more important in

18   this market is availability.  If you don't have availability,

19   if you can't get product, price does not matter at that

20   point.

21        Quality is another important criteria.  Without your

22   quality, you could have very low price and the product is not

23   going to work.

24        MR. RHOW:  Your Honor, I would like to move into

25   evidence and publish, and I'll give Mr. Doren time to find

HONG - CROSS

1    this, Exhibit 1289.

2              MR. DOREN:  In the binder?

3              MR. RHOW:  In the binder.  Sorry.

4              I have a copy for the witness.

5              THE CLERK:  Do you have copies?  Can I have one for

6    the Judge?

7              MR. RHOW:  Yes, I can give one.  I gave an extra one

8    to Mr. Lo.

9              Your Honor, move to admit and publish.

10             THE COURT:  Any objection, Counsel?

11             MR. DOREN:  No objection, Your Honor.

12             THE COURT:  Okay.  Go ahead.  It is moved into

13   evidence, Exhibit 1289 is moved into evidence, and you can

14   publish it.

15             (Exhibit 1289 received into evidence.)

16   BY MR. RHOW:

17    Q. And so on the screen, Mr. Hong, is a PowerPoint from

18   Netlist dated February 2017.  I'm not going to go through the

19   whole thing, but I do want to go to page 10 of the document,

20   which should show up on your TV screen there.

21             And tell me if that refreshes your recollection as

22   to the amount of product that you had purchased from Samsung

23   prior to the JDLA.

24    A. Well, this document, if it was prepared by Netlist, then

25   it would be accurate.

HONG - CROSS

1      Q. Now, I want to move to a slightly different subject but

2      related.

3              Now, in the commodity industry of memory chips that

4      we have been talking about, there are various places that

5      Netlist can go to buy chips.  Correct?

6      A. That's correct.

7      Q. And we've talked about Samsung direct.  That's one

8      source.  Correct?

9      A. Yes.

10     Q. And we talked about resellers.  That's another source?

11     A. Yes.

12     Q. There are, in fact, authorized distributors, as well.

13     Correct?

14     A. Yes.

15     Q. And you can even buy chips from Samsung Electronics

16     America, which sells branded Samsung chips.  Correct?

17     A. I'm not certain about that.

18     Q. Now, you yourself are a reseller of Samsung chips.

19     Correct?

20     A. Yes.

21     Q. And so what you are trying to do is buy the Samsung chips

22     for, I'm going to say something very obvious, for a lower

23     price than you are selling those chips to third parties.

24     Correct?

25     A. Yes.

HONG - CROSS

1      Q. And so just from a basic concept of business, you always

2      want to be buying for the best price.  Is that a fair

3      statement?

4      A. No, that is not a fair statement.  I think that we -- um,

5      I think we talked about that just now, that if there is a

6      demand for Samsung product, we are under a guaranteed

7      contract.  We would go to Samsung first, no matter what.  You

8      go to Samsung.

9             And if they decline our request or fail to fulfill

10     the order that we place, it is only then we would resort to

11     going to a third party.  Because price is not always the

12     consideration.  When you go out into the reseller market,

13     there is no certainty of availability of the price.  There is

14     probably a higher risk of the quality of that product.  And

15     we service a higher high-end customer base, so that is very

16     important for us.

17            So price is not the only consideration is what I

18     would like to say.

19     Q. And that wasn't my question.  So my question is:  Just

20     based on -- your goal as a reseller is to maximize profit.

21     You're trying to make money.  Right?

22     A. That is true.

23     Q. So the way you can do that is by making sure that which

24     you are buying, you are buying for the best possible price

25     and then reselling for the highest possible price.  Is that a

HONG - CROSS

1    fair statement or not?

2     A. That isn't, because if you can't, you could have -- they

3    could quote you with a very low price, but if the product is

4    not available, you don't have product to sell and make money

5    with.

6     Q. I'm not talking about availability.  And we'll talk about

7    that later, if you would like.

8          I'm talking about assuming there is an available

9    chip at a reseller for a lower price than an available chip

10   at Samsung, all things equal, you want to buy the cheaper one

11   and save money.  That's just common business sense.  Right?

12    A. That has not been our practice.

13    Q. All right.

14          Now, let's go into Exhibit 47, which is the

15   agreement.  Because you keep talking about this process where

16   you go to Samsung first.  Let's look at 6.4.

17          MR. RHOW:  This is in evidence, Your Honor.  It's

18   okay to publish if it's in evidence?

19          THE COURT:  Yes.

20   BY MR. RHOW:

21    Q. 6.4.  This is a provision you negotiated.  Right?

22    A. I think, yeah, both Netlist and Samsung negotiated this

23   provision.

24    Q. So what you did in Section 6.4 is ensure that Netlist,

25   contrary to what you are saying, was not required to go to

HONG - CROSS

1    Samsung first.  Right?

2     A. Our practice after we had an agreement in place, this

3    JDLA, was to go to Samsung for every product need.

4     Q. But that's not my question.  My question is:  You are

5    looking at 6.4.  You told me the JDLA was a very important --

6    you told Mr. Doren the JDLA was a very important agreement.

7    Right?

8     A. It was, yeah.

9     Q. 6.4 is contained in the exact same section as 6.2, which

10    you said is a very important provision.  Right?

11          Let's show Section 6.

12          Section 6, as you see, is called "Supply of

13    Components."

14          Do you see that?

15     A. That's correct.

16     Q. 6.2 is the section you went through with Mr. Doren.

17          You see that?

18     A. Yes.

19     Q. 6.4 is the section I'm talking about, where you made sure

20    that you had the freedom to go to resellers if you wanted.

21    Correct?

22     A. Yeah.  I think that's an option that was there.

23     Q. But there is nothing in the JDLA, this critical agreement

24    that was supposed to protect you, that forced you to go to

25    Samsung first.  Correct?

HONG - CROSS

1    A. No, there is nothing that forced us, but it would be

2    smart practice to go to Samsung first.

3    Q. Okay.  Now, I'm going to switch subjects.  I think you --

4    you had testified -- you testified in your direct with

5    Mr. Doren that in the first few years after the JDLA, Samsung

6    was in compliance under the agreement.  Correct?

7    A. Um, I don't know if I said they were in compliance.  I

8    think I described that the trajectory of the business, it

9    grew rapidly, and it did well.

10   Q. Tell me if this statement is accurate or inaccurate:

11   "After the execution of the JDLA, Netlist and Samsung engaged

12   in a course of dealing in which Netlist would make regular

13   requests for NAND and DRAM and Samsung would reasonably

14   comply."

15            True or false?

16   A. That is true.

17   Q. In fact, that is what you declared to in a declaration.

18   Do you recall that declaration?

19   A. Yes.

20   Q. Now, you also agree that the breach that you are alleging

21   started in May of 2017.  Is that a fair statement?

22   A. That is when, um, we received notice that Samsung

23   management decided to cut Netlist to zero.  So as to legally

24   when that breach occurred, that is for the attorneys and the

25   Court to decide.

HONG - CROSS

1    Q. And that's fair.  That's fair.

2           So -- but it is true that it is in May of 2017 that

3    you received this notice from Samsung that we have been

4    talking about.  Correct?

5    A. Yes.

6    Q. Now, I want to focus on the November 2015 to April 2017

7    time frame.  This is the period where, as you indicated,

8    Samsung was reasonably complying.

9           During that time frame, it is true that Samsung did

10   not fulfill all of the purchase orders.  Right?

11   A. It probably did not.

12   Q. In fact, during that period of time, based on your

13   documents, Samsung did not fulfill about $25 million worth of

14   purchase orders.  Correct?

15   A. I don't have that number in front of me, but if that were

16   the case, then, you know, that's a pretty poor delivery

17   record.

18   Q. But that is the period, Mr. Hong, where you agree Samsung

19   was not in breach under the JDLA.  Right?

20   A. Well, again, a breach is -- I don't think I'm qualified

21   to, um, determine and define breach.

22           During that period of time, I think as the jury saw

23   in Mr. Doren's presentation, the business was growing very

24   nicely.  So as long as the business was growing, from my

25   perspective things were going well.  We are getting the

HONG - CROSS

1    products that we need, maybe not all of them from Samsung,

2    but the business is growing.

3           So I would look at that as a very positive period.

4    Q. During that positive period, Samsung did not fulfill

5    about $25 million in purchase order requests.  Fair?

6    A. Again, I don't -- if that is the number you have from us,

7    then that is the number.

8    Q. Is it your understanding that in the period that you are

9    claiming that Samsung was not in compliance versus the period

10   when Samsung was in compliance, the total amount of purchase

11   orders unfulfilled is 3.7 million versus 25 million?

12   A. Again, I -- I don't have all the numbers, and I don't

13   know that that is my place here.  You have experts and you

14   have my colleagues that will be explaining those numbers.

15   Q. Understood.

16          But you would agree that the mere fact that a

17   purchase order is not fulfilled does not mean that Samsung

18   was in breach under the agreement.  Correct?

19   A. Yes.  I -- I -- I deduced from the fact that the business

20   was growing for the first year and a half after the JDLA,

21   from my perspective the business was going well, okay,

22   between the parties.  There is a good relationship.

23          When in May of 2017 it was informed that Samsung's

24   management had made a decision to cut Netlist to zero, at

25   that point we are paying attention much more closely, and the

HONG - CROSS

1    volume started to drop off.

2         So when the volumes start to drop off for no reason,

3    that was the reason, then you pay attention and say, what is

4    going on here?  Is this a problem with the contract?  Is it a

5    problem internal to Samsung?

6         When things are going well, yes, Samsung may have

7    not delivered on all the products that you are talking about,

8    but it didn't -- there was no alarm bells ringing at that

9    point.  It went off when they told us we are being cut to

10   zero.

11   Q. You would agree, Mr. Hong, that to figure out if Samsung

12   is at fault for an unfulfilled purchase order, you've got to

13   look at the circumstances of the purchase order.  Right?

14   A. I think you have to first look at the agreement.  This is

15   a guaranteed contract for supply of product.

16   Q. Did you send a notice of termination to Samsung in 2016?

17   A. No, we did not.  We sent --

18   Q. Did you send one in 2017?

19   A. There was no need.  We were talking to Samsung the whole

20   time.

21   Q. That's not my question.  After May 2017, at any time in

22   2017 did Marc Frechette send out a breach notice to Samsung?

23   A. That is a legal process that happened in 2020, as we

24   established.  But along the way, you are not going to take

25   the steps to go sue somebody, especially Samsung, who was

HONG - CROSS

1    your partner, lightly.  You are going to try to work this out

2    and be cooperative.

3              And we made every attempt to try to resolve that

4    with Samsung.

5    Q. Sorry.  I'm going to go back in time.  I'm back into 2015

6    to 2017 time frame.

7              During that time frame, Netflix -- Netflix.  Sorry.

8    Netlist -- that is the third time I think I've done that --

9    Netlist accepted the fact during that time frame, 2015 to

10   2017, that it could only issue purchase orders up to the

11   amount that Samsung could supply.  Right?

12   A. Could you -- sorry.  Could you repeat that question?

13   Q. I can.

14             Between 2015 and 2017, Netlist would submit purchase

15   orders to Samsung but only up to the amount that Samsung

16   could supply.  Correct?

17   A. My understanding is we do not -- we cannot submit a

18   purchase order until we are giving -- we are given very

19   specific permission and instructions from Samsung.

20   Q. And so that's my question.  During the period when

21   Samsung was reasonably complying, that was the protocol.

22   Right?

23   A. The protocol is precisely what Mr. Doren explained.  We

24   provided a forecast of products which embodied our

25   willingness to purchase that product if Samsung came back and

HONG - CROSS

1    said, "Okay.  Go ahead.  We have the product.  Here is the

2    price.  Issue the purchase order."  Then we would follow up

3    with the purchase order.

4    Q. And that is my exact question.

5         During the period of time when Samsung was in

6    compliance under the agreement, Netlist was perfectly fine

7    with that protocol.  Right?

8    A. Again, I think the protocol has not changed.  It's been

9    the same from the beginning.

10   Q. In fact, it's been the same since 2000.  Correct?

11   A. No.

12   Q. And it's the same today?

13   A. No, absolutely not.  Because in 2000 we did not have a

14   contract.  We did not have a guaranteed supply contract with

15   Samsung.  So as I explained, when we don't have the

16   contract --

17   Q. Go ahead.  Sorry.

18   A. Yeah.

19        When we don't have the contract, then the process

20   would be Samsung would not come and even ask for a forecast.

21   We are not a customer at that point.  We are an at-will

22   customer, and Samsung, if they have some excess product

23   available after they are done with all of their customers,

24   would come to us and say, "Hey, you guys want to take this?"

25   And then we would go ahead and do that.

HONG - CROSS

1               But we did not follow a structure process back then

2        the way we did after the contract.  After the contract, we

3        must first submit a forecast.

4         Q. And I went too far back.

5               From 2015 to 2017, when Samsung was in compliance,

6        that protocol did not change.  Right?

7         A. Yes.

8         Q. All right.  Now, let's go to Section 13.2 of Exhibit 47,

9        which I believe is in evidence.  It's the JDLA.  And I know

10       you don't understand the, you know, you're not versed in the

11       legal process, and I don't want you to go into it, but I do

12       want you to read it.  And what it says is that the

13       termination starts with, and I don't know why I'm pointing

14       because everyone has their own screen, is -- includes what is

15       called a cure notice.

16               Look at 13.2(1).

17        A. Yes.

18        Q. And you understood that you had to give Samsung an

19       opportunity to cure.  Right?

20        A. Yes.

21        Q. You can't just terminate.  Right?

22               MR. DOREN:  Objection, Your Honor, relevance.  This

23       issue has already been addressed by the Court and resolved.

24               THE COURT:  Yeah, Counsel, it doesn't seem like this

25       is particularly relevant.  How much longer are you going to

HONG - CROSS

 1    be with this?

 2              MR. RHOW:  Not much.  But to be clear, they

 3    introduced the termination letter and went into the specifics

 4    of it and why the termination occurred.  I'm -- this is the

 5    letter that leads to that.  This is exactly -- when that last

 6    exhibit got introduced, that is why I'm going into this.

 7              THE COURT:  I'll let you inquire on it, but let's

 8    keep it --

 9              MR. RHOW:  Yeah.  And for the record, I would say

10    this goes to failure to mitigate as well because, if you

11    don't give a notice to cure, how can you cure and mitigate?

12              THE COURT:  Okay.

13              MR. RHOW:  Now, I would like to move -- I would like

14    to move to admit and publish Exhibit 173.  Sorry.  I might

15    have to pull it out of the notebooks.  I don't have a copy.

16              Can we -- you guys don't have a copy of 173?

17              MR. LO:  We'll grab it.

18              MR. RHOW:  If you could.

19              Is that okay, Your Honor?

20              THE COURT:  Do you have a copy for the Court?  So

21    typically you would have exhibits for the Court, exhibits for

22    the witness, exhibits for opposing counsel.

23              THE CLERK:  We only have the witness set.  The

24    parties were using witness binders.

25              MR. RHOW:  I know there is a witness copy.

HONG - CROSS

1           Your Honor, would you like a copy?

2           THE COURT:  Yeah.

3           MR. RHOW:  We haven't published it yet.

4           THE COURT:  Counsel, you want to move Exhibit 173

5    into evidence?

6           MR. RHOW:  Correct, Your Honor.

7           THE COURT:  Any objection?

8           MR. DOREN:  No objection, Your Honor.

9           THE COURT:  Okay.  Go ahead.  It's in evidence, and

10   you can publish it.

11          MR. RHOW:  Thank you, Your Honor.

12          (Exhibit 173 received into evidence.)

13   BY MR. RHOW:

14    Q. 173, Mr. Hong, if you look at the document Mr. Doren

15   showed to you, he showed to you 178, which you may have up

16   there.  And it references a letter that was sent on

17   June 15th, 2020, which was received by Samsung on June 15th

18   by registered mail.  And so Exhibit 173 is the original

19   letter sent by Netlist under Section 13.2.  Correct?

20          MR. DOREN:  Lacks foundation, Your Honor.

21   BY MR. RHOW:

22    Q. If you know.

23          THE COURT:  Why don't you rephrase it.  Go ahead.

24   BY MR. RHOW:

25    Q. Have you seen Exhibit 173 before?

HONG - CROSS

1    A. I'm not sure.

2    Q. You are not sure?

3    A. I may have.

4    Q. And that's fine.  Let me be -- let me ask you the

5    question -- this question:  If Netlist is sending a

6    termination notice in May of 2020.

7    A. Um-hum.

8    Q. How did Netlist expect Samsung to cure purchase orders

9    that were not fulfilled in May of 2017?

10   A. These, again, were legal, formal legal notices that were

11   given to Samsung based on the requirements of the contract.

12          And with our in-house attorneys consulting with our

13   outside attorneys, found it appropriate to provide this

14   letter with the incremental -- the gap in time that they

15   thought was appropriate.

16   Q. So let me ask you, forget the letter.  In 2020, in May of

17   2020, did you expect Samsung to cure purchase orders that had

18   not been fulfilled in May of 2017?

19   A. This is not a single instance of breach.  There are

20   ongoing instances of not fulfilling the obligations of the

21   guaranteed contract for supply.

22          So we are not looking at one incident, one line item

23   for Samsung to cure.  We are looking for cure of all of the

24   prior breaches that occurred up to that point.

25   Q. So my question wasn't that, although I'm going to get to

HONG - CROSS

1    that in a second.

2          Did you expect Samsung in May of 2020 to cure an

3    unfulfilled purchase order from May of 2017?

4    A. If there were damages as a result of that breach, the

5    answer is yes.

6    Q. And so if Samsung had offered up chips in May of 2020 for

7    a purchase order from May of 2017, that is what you wanted?

8    A. What we would have logically sought were the monetary

9    damages for failure to supply that product when it was

10   required.

11   Q. So you never gave Samsung a chance, in connection with an

12   unfulfilled purchase order, to supply the chips after

13   receiving a notice like Exhibit 173.  Right?

14   A. No.  No.

15   Q. Do you know if you ever sent in May of 2020 a list of the

16   purchase orders that you believed had not been fulfilled from

17   May 2017 to that particular date?

18   A. I'm -- I'm not aware.

19   Q. Now, in terms of the effect -- oh, by the way, at the

20   time Exhibit 173 is sent, Netlist had already filed a

21   lawsuit.  Correct?

22   A. Um, I don't know the dates.  We may have.

23   Q. Let me just try to refresh your recollection.  If you go

24   to the fourth paragraph, third sentence.  So rather than

25   giving Netlist an opportunity to cure, Mr. Hong, you guys

HONG - CROSS

1    filed a lawsuit already?

2    A. Um, we provided Samsung very reasonable time, and

3    certainly within this contract, time to cure and address.

4    There was no response, period.

5    Q. Now, the upshot of the termination, Mr. Hong, and you

6    talked about the JDLA involving supply and this patent

7    license.  Remember that?

8    A. That's correct.

9    Q. You knew that the upshot of this contract being

10   terminated is that Netlist could sue Samsung for patent

11   infringement.  Right?

12   A. That -- that's -- I don't think I was thinking that.

13   Q. You don't recall that later in 2020 Netlist sent a letter

14   to Samsung alleging patent infringement?

15        MR. DOREN:  Objection, Your Honor, MIL rulings.

16        THE COURT:  Yeah, I'm going to sustain that

17   objection.  I don't think this is relevant to what we are

18   talking about here at all.

19        MR. RHOW:  Understood.

20   BY MR. RHOW:

21   Q. After the JDLA was terminated, and I think you indicated

22   July of 2020, Samsung and Netlist have continued to do

23   business together.  Correct?

24   A. Similar to the way business was being conducted prior to

25   the JDLA.

HONG - CROSS

1   Q. And do you recall in terms of monthly amounts, the

2   average monthly amounts?  Do you have that in mind at all?

3   A. I do not.

4   Q. Do you recall that the amounts you have been selling

5   since the termination -- I'm sorry -- the amounts you have

6   been buying from Samsung since the termination of the JDLA

7   has in many cases exceeded prior periods?

8   A. I don't believe that to be accurate.

9            MR. RHOW:  Your Honor, I have nothing further.

10           THE COURT:  Thank you.

11           Any redirect, Counsel?

12           MR. DOREN:  Yes, Your Honor, just a bit.

13                      REDIRECT-EXAMINATION

14   BY MR. DOREN:

15   Q. Mr. Hong, you were asked some questions about whether or

16   not Samsung was given an opportunity to cure, and you were

17   shown Exhibit 173, a May 27, 2020, letter.  Did Samsung

18   contact you on May 28th or 29th or June 1st and ask you what

19   they could do to cure their breaches under the JDLA?

20   A. No.

21   Q. And you mentioned in direct that you had had constant

22   communications with Korea, with Samsung, about it complying

23   and satisfying its obligations under the JDLA.  Do you recall

24   that testimony?

25   A. Yes.

HONG - REDIRECT

1   Q. Can you please expand on that and tell the jury what you

2   did in that regard?

3   A. Well, we had multiple meetings for a couple of years'

4   time to try to hash this out with Samsung.  So we made trips

5   to Korea, met with their management in their business unit

6   that was handling product supply.

7   Q. And you were asked whether you sent a notice of

8   termination in 2017 or '18 or '19.  Were you trying to work

9   with Samsung during that entire period to resolve this

10  situation?

11  A. Yes, we were.

12  Q. And at some point did you finally simply need to

13  terminate the agreement?

14  A. Yes.  We tried for a long time to cooperate and try to

15  resolve this issue.

16  Q. And when you finally had to terminate it, did Samsung

17  make any attempt at all to say, "Don't terminate.  We'll

18  comply now"?

19  A. No, they never responded.

20  Q. Now, we also heard that you continue to do business with

21  Samsung today.  You need Samsung chips for your products.

22  Right?

23  A. Yes, as do most companies in our industry.

24  Q. Now, you explained to me as we were getting ready for

25  today, this term called "qualifying" your product for a

CHUCK HONG - REDIRECT

1   certain chip.  Is my terminology right?

2    A. Yes.

3    Q. And can you tell the jury, please, what that means?

4    A. Well, qualification means taking a particular product, a

5   particular SKU, a part number, and getting that product

6   tested in your customer's system.  Most of our customers make

7   big servers or big storage equipment.  It is the act of

8   taking a particular product and getting it qualified.  And

9   once it is qualified through a lot of testing, that customer

10   will list it on their AVL, approved vendor list.

11       At that point, they can buy from that customer -- or

12   that supplier.

13    Q. And is that an extensive process, qualifying your product

14   for a particular chip?

15    A. Yes, that is a serious process.

16    Q. And if one of your resale customers in reliance on your

17   relationship with Samsung qualified their product for

18   Samsung, what would happen now, now that they have qualified

19   that product for Samsung chips?

20    A. Well, they -- they have got to get that specific SKU from

21   Samsung.  Products are designed.  They are not

22   interchangeable.  So the product has to be Samsung.  It has

23   to be that specific part number, particular speed, particular

24   capacity and so forth.  They would need that specific

25   product.

CHUCK HONG - REDIRECT

1      Q. And are you still doing business with Samsung in part

2      because of that need of your customers?

3      A. Yes.

4      Q. Now, we heard about unfulfilled purchase orders.

5              Do you remember that generally?  That you were asked

6      about that on cross-examination is what I mean to say?

7      A. Yes, in general.

8      Q. And you weren't asked any questions, by the way, about

9      when Samsung told Netlist it was not permitted to submit

10     purchase orders, did you -- were you?

11     A. Could you repeat that?

12     Q. You were not asked any questions about what happens when

13     Samsung tells Netlist it cannot submit a purchase order, were

14     you?

15     A. No.  No.

16     Q. Now, as to unfulfilled purchase orders, do you know at

17     what point in 2016 the un -- the purchase order gap between

18     the purchase order numbers and the amount actually fulfilled,

19     when that number started to grow?

20     A. Um, through 2016, it -- it grew.

21     Q. And, in fact, sir, do you know that it was at the end of

22     2016, just a few months before Samsung cut Netlist to zero,

23     that those -- that those purchase orders began to go with

24     less and less fulfillment?

25              MR. RHOW:  Your Honor, based on the direct

CHUCK HONG - REDIRECT

1    testimony, no foundation.

2             THE COURT:  I'll let you go ahead and answer it.

3             THE WITNESS:  Yes.

4    BY MR. DOREN:

5     Q. Now, Mr. Hong, let's look at Section 6 of the JDLA.

6    There was a suggestion that we should be looking at

7    Section 6.4 in addition to 6.2.

8             Let's put the entire provision up there, if we can.

9    And so, Mr. Hong, first of all, there is a 6.1, too, isn't

10   there?

11    A. Yes.

12    Q. And 6.1 obligates Netlist to provide Samsung certain

13   products at Samsung's request at a price lower than the price

14   Netlist provides to any other buyer.  Correct?

15    A. Yes.

16    Q. Now, Samsung was obligated to sell Netlist chips at a

17   competitive price.  Netlist was obligated to sell Samsung

18   products at a price lower than the price Netlist provides to

19   any other buyer.  Correct?

20    A. That's correct.

21    Q. In 6.4:  "Nothing in this agreement shall be deemed to

22   require either party to purchase any products from the other

23   party."

24             That applies to 6.1 as well, doesn't it?

25    A. Yes.

CHUCK HONG - REDIRECT

1    Q. And do you, as you sit here today, recall whether it was

2    Netlist or Samsung that requested Section 6.4?

3    A. I don't recall.

4    Q. And under Section 6.4, it stated that "Nothing in this

5    agreement shall be deemed to require either party to purchase

6    any products from the other party."

7            Now, so when Netlist had to go to a reseller to

8    purchase chips because Samsung did not fulfill its

9    obligation, 6.4 provides that that is not a breach of the

10   JDLA.  Correct?

11   A. That's correct.

12           MR. DOREN:  Thank you, Your Honor, no more

13   questions.

14           THE COURT:  Any recross?

15           MR. RHOW:  Very briefly, Your Honor.

16           Your Honor, I would like to move to admit and

17   publish 1425.

18           THE WITNESS:  Thank you.

19           MR. DOREN:  Your Honor, I would object on relevance

20   and MIL rulings basis.

21           MR. RHOW:  Your Honor, in cross, he elicited from

22   Mr. Hong the notion that no one ever responded to the letter.

23           MR. DOREN:  Your Honor --

24           MR. RHOW:  That is --

25           MR. DOREN:  Excuse me.  I apologize.

CHUCK HONG - REDIRECT

1              MR. RHOW:  That is a response to the letter, and

2       that is why I'm introducing it, because that was the door

3       that was opened --

4              MR. DOREN:  The testimony --

5              MR. RHOW:  -- by the testimony.

6              Sorry.

7              MR. DOREN:  I keep interrupting, and I apologize.

8              Your Honor, the testimony elicited was whether or

9       not Samsung ever contacted Netlist and asked how to cure.

10      This is simply a response to the letter about other issues.

11             THE COURT:  You said that, counsel, you were

12      concerned about this with respect to the MIL rulings.  What

13      was that?

14             MR. DOREN:  Your Honor, the second paragraph, first

15      sentence.

16             MR. RHOW:  Your Honor, very quickly on the cure

17      issue, if you turn the page, in all bold it talks about the

18      cure issue.  That's exactly why it is responsive, and it is

19      directly responsive to his testimony that Samsung never

20      responded when that document shows that they did.

21             MR. DOREN:  Your Honor, again, the testimony was as

22      to cure.  This deals with discussions about the nature of the

23      breach and whether or not Netlist's position on that is

24      accurate.  And the Court has already addressed and ruled on

25      that.

CHUCK HONG - REDIRECT

1           THE COURT:  I'll overrule the objection.

2           MR. DOREN:  Thank you, Your Honor.

3           (Exhibit 1425 received into evidence.)

4           MR. RHOW:  Your Honor, may I publish?

5           THE COURT:  Yes.

6           MR. RHOW:  Thank you.

7                     RECROSS-EXAMINATION

8    BY MR. RHOW:

9     Q. Mr. Hong, Exhibit 1425 is a letter actually that I

10   drafted to Mr. Lo.

11          Do you see that?

12    A. Yes.

13    Q. And I'm not going to spend a lot of time on it, but if

14   you look at the second page, do you see what is written in

15   all caps?

16    A. Yes.

17          MR. DOREN:  Your Honor -- again, Your Honor, this is

18   does go to the breach issue that has been resolved.

19          THE COURT:  What is the question?

20   BY MR. RHOW:

21    Q. Were you aware, Mr. Hong, that this letter was sent by

22   Samsung's lawyers to your lawyers?

23          THE COURT:  You can answer that question.

24          THE WITNESS:  Yes, I'm aware, but it's in July, end

25   of July.

CHUCK HONG - RECROSS

1          MR. RHOW:  Nothing further, Your Honor.

2          THE COURT:  Anything?

3          MR. DOREN:  No, Your Honor.

4          THE COURT:  The witness may step down.

5          We are going to take a five-minute break, and then

6     we will pick up with the next witness.

7          (Thereupon, the jury retired from the courtroom.)

8          THE COURT:  Please have a seat.

9          I have been thinking about these exhibits for the

10    next witness, and I don't necessarily see a characterization

11    of the allocations as reasonable or unreasonable.  So I'm

12    going to allow them in for now, with the caveat that if we

13    get into the reasonableness, the commercial reasonableness or

14    unreasonableness of allocations, I'll expect the parties to

15    object, and we'll -- we won't allow the parties to go there

16    because of the MIL.  Everybody understand?

17         MR. LO:  Understood.  Thank you, Your Honor.

18         THE COURT:  We'll stand in recess for five minutes

19    and let the court reporter have a break, and then we'll come

20    back.

21         (Thereupon, there was a brief recess.)

22         (Thereupon, the jury returned to the courtroom.)

23         THE COURT:  So, Counsel, if you want to call your

24    next witness.

25         I think we'll stop today at 4:30.  I was thinking we

```
 1    would go longer, but then I remembered about the long drive

 2    on the 10 freeway.  Juror number 4?  Yeah.  So we are going

 3    to get out of here right at 4:30.  So just to let you know.

 4              MR. LO:  Thank you, Your Honor.  Netlist calls Paik

 5    Ki Hong.

 6              THE CLERK:  If you stand up here for me.  Raise your

 7    right hand.

 8    THEREUPON:

 9                             PAIK KI HONG,

10    called in these proceedings and being first duly sworn

11    testifies as follows:

12              THE CLERK:  Please be seated.

13              MS. MULLIGAN:  May I approach to give binders to the

14    witness?

15              THE COURT:  Yes.

16              THE CLERK:  Will you please state and spell your

17    full name for the record.

18              THE WITNESS:  Paik Ki Hong, P-a-i-k, K-i, H-o-n-g.

19              THE CLERK:  Thank you.

20              MR. LO:  May I proceed, Your Honor?

21              THE COURT:  Yes.

22                         DIRECT EXAMINATION

23    BY MR. LO:

24     Q. Good afternoon, Mr. Hong.

25     A. Good afternoon.
```

PAIK HONG - DIRECT

1    Q. The jury just heard from another Mr. Hong.  Any relation?

2    A. I'm his younger brother.

3    Q. Can you briefly describe your educational background,

4    sir.

5    A. I have a bachelor's degree from American University, a

6    major in finance.  And I have an executive business

7    management certificate from Stanford.

8    Q. Can you briefly describe your professional work since

9    graduating from school?

10   A. Um, after I graduated from American University, I started

11   my own business.  I ran my business for about 10 years.  And

12   then relocated and joined Netlist in year 2000.

13   Q. Do you still currently work at Netlist?

14   A. Yes.  I still work at Netlist.  I currently work at

15   Netlist.

16   Q. What is your current position at Netlist?

17   A. My current position is COO, chief operating officer.

18   Q. What are your responsibilities as chief operating

19   officer?

20   A. I -- sales reports, I manage sales, and the operations of

21   our company, which include supply chain management, and our

22   factory in Suzhou, China.

23   Q. What kinds of things generally does the factory in

24   Suzhou, China, make?

25   A. We make DRAM and flash -- DRAM- and NAND-related

PAIK HONG - DIRECT

1    products.

2     Q. You mentioned that another part of your job

3    responsibility is supply chain management.  What does that

4    mean?

5     A. I manage our -- I'm very involved with our case

6    suppliers, Samsung being one of our case suppliers.  And I

7    supervise and approve all purchasing activity from our

8    suppliers.

9     Q. Have you always held an executive position at Netlist

10   ever since you started?

11    A. No.  When I joined Netlist in 2000, I joined as

12   procurement manager and developed into the director of

13   procurement.  I worked also in Taiwan in China for those

14   roles, and then I became vice president of worldwide

15   operations and now to my COO title.

16    Q. One of the issues in this trial is the instances in which

17   Netlist made requests for NAND and DRAM products.  Is that

18   something you are familiar with in your work?

19    A. Yes, I am very familiar with that.

20    Q. And another issue in this trial is the instances in which

21   Samsung did not fulfill Netlist's requests for NAND and DRAM

22   products.  Is that something you are familiar with?

23    A. Yes, I'm also familiar with that.

24    Q. How is it that you are familiar with the business

25   relationship between Samsung and Netlist?

PAIK HONG - DIRECT

1        A. Um, one of the divisions that I manage manages supply

2    chain.  And as I mentioned, in my career I have been involved

3    in supply chain, or as I started as procurement manager, to

4    director of procurement.  I have been involved in the supply

5    chain management for Netlist since inception.

6      Q. Thank you.

7            MR. LO:  Your Honor, we have exchanged some graphics

8    with Samsung, and they are in the pocket of the Court's

9    folder.  I understand that there are no objections.  May we

10   publish the demonstratives?

11           THE COURT:  Any objection, Counsel?

12           MR. RHOW:  That's correct, but I think just -- oh,

13   you are talking, we did have an objection on one of them.

14   Remember?  That one right there.  Samsung versus resellers.

15           MR. LO:  Okay.  All right.

16           MR. RHOW:  I talked with Ray.

17           MR. LO:  Then --

18           MR. RHOW:  I don't have an objection to that one.

19           MR. LO:  Mr. Catarski, if you could publish the

20   Graphic Number 1, first.

21           THE COURT:  And just to tell the jury, when we call

22   these "demonstrative" exhibits, they are meant to be helpful

23   to you but they are not evidence.  So these demonstrative

24   exhibits won't come into evidence, but the lawyers hope that

25   they will help you with your sifting through the evidence.

PAIK HONG - DIRECT

1    BY MR. LO:

2     Q. Mr. Hong, at a high level, can you tell us what this

3    graphic shows?

4     A. This is Netlist's procurement process with Samsung.

5     Q. And let's start with the basics.

6              When Netlist wants NAND or DRAM products from

7    Samsung, what is the first step it needs to take?

8     A. Um, we will review customer demand and customer forecast,

9    and then we will review that and put together a Netlist

10   forecast for Samsung products and provide to Samsung.

11    Q. How frequently does Netlist provide forecasts to Samsung?

12    A. For solid state drives, SSDs, we would provide quarterly,

13   even for DRAM-related products, quarterly.  But sometimes for

14   DRAM-related products, monthly and sometimes even daily.

15    Q. When Netlist submits a forecast to Samsung, is it

16   prepared to purchase every item listed on that forecast?

17    A. Yes.  Our intention is to purchase every line item we

18   forecast.  It is a request to Samsung to support us for every

19   line item that we put in that forecast.

20    Q. If Netlist submits a forecast to Samsung, Samsung

21   approves it, and then Netlist says, "Never mind.  I don't

22   want one of those items," are there any consequences?

23    A. Yes.  At times Samsung will come back and say, state to

24   us, "If you do not issue a purchase order, don't expect

25   support for that part in the future."  I have heard that many

PAIK HONG - DIRECT

1     times.

2      Q. What happens after Netlist submits a forecast to Samsung?

3      A. Um, Samsung will review it.  Generally, we resubmit these

4     forecasts to Samsung in the US.  Um, the US salesperson will

5     review it with headquarters in Korea.  And then in about a

6     week, sometimes a little longer, they will come back with a

7     reply to that forecast.

8              They will either accept line items on that forecast

9     or reject them.  Basically, they will give us permission to

10    issue POs for some of the line items that they will -- the

11    line items they accept, but they will not give us permission

12    to issue POs for the line items they reject.

13     Q. After the JDLA was signed in November of 2015, did

14    Netlist have an expectation as to whether Samsung would

15    approve its forecasts?

16     A. Yes.  Part of JDLA, Samsung is to support Netlist's

17    requests for DRAM and NAND products.  So, yes, I expected

18    the -- Netlist expected Samsung to fulfill all our requests.

19              MR. RHOW:  Your Honor, I would move to strike that

20    testimony.  That is literally interpreting the JDLA.

21              THE COURT:  I think it can stand what his

22    expectation was.

23              Go ahead.

24              MR. LO:  Thank you, Your Honor.

25    BY MR. LO:

PAIK HONG - DIRECT

1    Q. After 2015, did Samsung in fact always approve Netlist's

2    forecasted requests?

3    A. No.

4    Q. Okay.  Let's go to the right-hand side of this diagram.

5             If a forecast is not approved -- or a forecasted

6    item is not approved by Samsung, does Netlist still issue a

7    purchase order for that item?

8    A. No.  Samsung is not giving us permission to issue a

9    purchase order.

10   Q. If Netlist submits a forecast and Samsung says, "No, we

11   are not going to support this particular item," what were

12   Netlist's options at that point?

13   A. Because our forecast was based on customer demand and

14   customer forecasts, we had to go and find those parts

15   elsewhere.

16             So we went to Samsung resellers to find Samsung

17   parts that Samsung would not support.

18   Q. And do you have any examples of who these resellers are?

19   A. They are resellers located in different geographies of

20   the world.  We would use resellers in Europe, Asia, and in

21   the US.

22   Q. And do you happen to know the names of some of these

23   resellers?

24   A. In Asia, examples are Tektronix, Yosun.  In Europe, EG

25   Electronics, Memory Solutions, Excel.  In the U.S., Ball

                            PAIK HONG - DIRECT

1    Labs.

2     Q. Is there anything different, from Netlist's perspective,

3    about buying memory products from Samsung as opposed to

4    buying them from a reseller?

5     A. Yes.  I think in the opening statement, our lawyer told

6    us -- told people in the courtroom what type of business that

7    Netlist participates in.

8            We service servers.  Server companies.  And those

9    companies need the highest quality products.  Samsung

10   actually has different grades of quality products, server

11   grade being one of the grades of products.

12           Samsung, knowing that we service those type of

13   customers, would service, support us with the highest quality

14   of parts.  So we had quality assurance when we were buying

15   parts from Samsung.

16           When we are buying from resellers in these different

17   locations, there is no guarantee of what quality that we were

18   going to get because they do not know our business as well as

19   Samsung directly does.

20           So there was very much risk in the quality levels of

21   parts that we could buy from resellers.

22    Q. Okay.  Let me focus in a little bit.

23           Suppose you went out to the reseller and got the

24   identical product SKU from the reseller and as from Samsung.

25   Would there still be any kind of potential quality issue?

PAIK HONG - DIRECT

1    A. Yes, there would be.  We have quality assurance from

2    Samsung.  Again, there would be no -- we have no assurance of

3    what quality level we are getting from resellers.

4         So, in fact, because of that, we scan every SSD we

5    buy for -- every Samsung SSD we buy from, so we know what

6    parts we are getting from Samsung and what parts we are

7    getting from resellers in case there is customer returns for

8    failures.

9    Q. Is there any difference in terms of warranty when Netlist

10   is buying a Samsung component directly from Samsung as

11   opposed to a reseller?

12   A. Yes.  When you are buying from Samsung direct, you are

13   given Samsung's stated warranty.  With resellers, they are --

14   there is warranty, but not a standard one, and sometimes

15   there would not be one.

16   Q. Well, if you buy from a reseller, there is no warranty,

17   and Netlist's customer has a problem with that product, who

18   has to take care of it?

19   A. Netlist.  We would eat the cost of those returns.

20   Q. When Netlist buys a Samsung product directly from

21   Samsung, who pays for the shipping of the product?

22   A. Samsung will pay for the shipping to a location of our

23   choosing.  Our factory would get components.  Some finished

24   products would be shipped to our headquarter location in

25   Irvine, California.

PAIK HONG - DIRECT

1    Q. And then how is shipping handled when Netlist buys from a

2    reseller?

3    A. We pay for the shipping from the resellers.

4    Q. Is there any difference in -- in general, is there any

5    difference in the prices that Netlist has to pay purchasing

6    directly from Samsung as opposed to a reseller?

7    A. Um, generally speaking, I think it was mentioned, because

8    resellers have to mark up for their profit, generally the

9    pricing from resellers is about 10 to 15 percent higher than

10   Samsung direct.

11        And I've seen at times as high as 50 percent.

12   Q. Now, if a customer -- let's say Samsung says it cannot

13   support an item after you forecasted it.  Can Netlist just go

14   out and buy a non-Samsung product to satisfy its customer

15   demand?

16   A. No.  In our industry, our customers have qualified the

17   SKU or the part by part number or by manufacturer.

18        So if they have Samsung qualified and they are

19   asking specifically for a Samsung part, there is no way to

20   substitute that part.

21   Q. If Samsung says no at the forecast stage, is Netlist

22   always able to find a substitute product or the same product

23   in the reseller market?

24   A. No.  There are -- there are many times when we cannot get

25   parts that we need -- that Samsung stated they could not

PAIK HONG - DIRECT

1    support through resellers.

2     Q. Is Netlist able to get the same quantity?  In other

3    words, you forecast to Samsung you want a thousand units.  Is

4    Netlist consistently able to go out and get a thousand units,

5    then, from a reseller?

6     A. Not at all times.  But when you are buying 1,000 pieces

7    from Samsung, you are going to Samsung only.  We would -- in

8    scrambling for -- if Samsung said no to that and denied our

9    request or canceled or just said no, we would have to go find

10    those parts at resellers.  And we would make inquiries to

11    multiple resellers to find -- to scramble and find those

12    parts.

13          And at times, if we sent out inquiries to five

14    different suppliers, all five could reply and say they could

15    support 200, 300, 400.

16          So one PO that we would be issuing for Samsung for

17    1,000 pieces could be five or six PO -- or five POs to

18    resellers to get to that 1,000 pieces.

19     Q. Thank you.

20          MR. LO:  Your Honor, we will now seek to publish

21    Graphic Number 2.

22          THE COURT:  Any objection, Counsel?

23          MR. RHOW:  Yes, we have an objection.  I mean, it's

24    argumentative, and we don't agree to the demonstrative.  And

25    he just testified to it.  So it's cumulative as well.

PAIK HONG - DIRECT

1      THE COURT:  Counsel, the graphic you are referring

2   to, when you say page 2, is it the chart?

3      MR. LO:  It is the table, yes, with the

4   side-by-side, yes, Your Honor.

5      THE COURT:  And, Counsel, again, your objection is

6   that it's argumentative?

7      MR. RHOW:  I don't think it accurately depicts the

8   testimony because it's literally in graphic form.  There is

9   dollar signs, and I'm not sure -- question mark -- things

10  like that.  And he just testified to it.  The demonstrative

11  doesn't aid the testimony.  He's already testified to this.

12  And now they are just converting it into graphic form, which

13  is argumentative and doesn't reflect the testimony in any

14  summary way.  It's not even a summary.

15     THE COURT:  Yeah, I think maybe you should save this

16  for closing.

17     MR. LO:  Thank you, Your Honor.

18  BY MR. LO:

19   Q. One other question with respect to buying from Samsung

20  versus buying from resellers.

21     Is there any difference, from Netlist's perspective,

22  in terms of the number of parties it has to deal with in

23  order to procure items?

24   A. Um, I think I gave an example, but I'll say it again.

25     So if we are asking Samsung, requesting from Samsung

PAIK HONG - DIRECT

1      a thousand pieces of a part, and Samsung says no, we will

2      request -- we would have to scramble and find those

3      1,000 pieces.  So we would be asking many resellers.  So we

4      would ask many resellers for a thousand pieces, and sometimes

5      the reply would come back in the form of five resellers

6      saying they could support 200 pieces, for instance.

7             So that would be five separate purchase orders.  It

8      would be five separate receipt of goods.  It would be five

9      invoices that we would have to manage and pay.  So the number

10     of transactions exponentially grows from Samsung's rejection

11     of a request.

12     Q. Again, just focusing on the right-hand side of this -- of

13     this demonstrative.

14             If Samsung -- does Netlist ever go directly to a

15     reseller to try to get a Samsung product without first trying

16     to get it from Samsung?

17     A. Um, because quality is one of the most important things

18     for us, based off of the customer base we support and the --

19     and the business that Netlist does, no.  We would ask Samsung

20     first always for support, and then if Samsung could not

21     support us, we would then go to resellers.

22     Q. Let's go to the left-hand side of this demonstrative.

23             And let's assume a situation in which Samsung says,

24     in response to a forecast, "Yes, we will support this

25     particular line item."

PAIK HONG - DIRECT

1              What happens next?

2       A. Then Samsung would -- I'm sorry -- Netlist would issue a

3    PO, purchase order, to Samsung for the line items that they

4    give us, they said they will support, and they are

5    essentially giving us permission to buy.

6       Q. Okay.  And once Netlist submits a purchase order, then

7    what happens?

8       A. Um, it's -- it's outlined in this chart.  Samsung could

9    either fulfill it if they have the products when we issue the

10   purchase order.  If they don't have the products, they would

11   put it into backlog and ship it in a future date.

12              Sometimes they would ship it.  Most times they would

13   not ship.  For the line items that they did not ship, Samsung

14   would then request us to cancel those line items.

15      Q. Okay.  Let's take the -- I think the fulfillment is

16   self-explanatory.  Let's take the backlog specifically.

17              When Samsung wants to backlog an item, is that a

18   point of negotiation or discussion with Netlist?

19      A. No.  It's -- Samsung does not have the parts.  It just

20   goes to a backlog.  They will tell us or -- they will tell

21   us.  You know, they actually tell us what is going into

22   backlog.

23      Q. What about on the cancellation?  If Samsung says, "We are

24   just not going to fulfill the purchase order," is that a

25   negotiation between Samsung and Netlist?

PAIK HONG - DIRECT

1     A. No.  Samsung will send us a request to cancel those line

2     items.

3     Q. And if a purchase order is not fulfilled because of a

4     cancellation, what does Netlist do, if anything?

5     A. Um, again, because our forecast requests are based off

6     customer demand and Samsung will not support a line item, we

7     will have to go and scramble to search for it and we would go

8     and search for the parts through our resellers.

9     Q. If an item is -- if there is a purchase order for an item

10    but it's on backlog and there is no delivery date in sight,

11    what does Netlist do at that point?

12    A. We would also have to go to resellers to fulfill our

13    customer demand.  If a customer needed product and we did not

14    know when Samsung was going to ship to that backlog, we would

15    have to go to resellers.

16    Q. Does Netlist keep a record of the NAND and DRAM products

17    that it buys from Samsung?

18    A. Um, we would keep records through purchase orders.

19    Q. You have a binder in front of you, Mr. Hong.  I will ask

20    you to turn to exhibit -- the tab 311.

21    A. Okay.

22    Q. Do you recognize 311?

23    A. 311 is an Excel spreadsheet listing the purchase orders

24    that we issued to Samsung.

25    Q. And do you know where the data from Exhibit 311 comes

PAIK HONG - DIRECT

1     from?

2     A. Um, the data comes from our ERP, which is our internal

3     operating system.  The data is coming from there.

4              MR. LO:  Your Honor, we move Exhibit 311 into

5     evidence.

6              THE COURT:  Any objection?

7              MR. RHOW:  No objection, Your Honor.

8              THE COURT:  Okay.  Exhibit 311 has been moved into

9     evidence, and you can also publish it.

10             (Exhibit 311 received into evidence.)

11            MR. LO:  Thank you, Your Honor.

12     BY MR. LO:

13     Q. Does Exhibit 311 show by purchase order Netlist's

14     purchase directly from Samsung?

15     A. Yes.

16     Q. And are all of the items on here NAND and DRAM products?

17     A. Yes, all of the items are NAND and DRAM products.

18     Q. Does Exhibit 311 also include information about the

19     quantity and the price of the items that Netlist ordered from

20     Samsung?

21     A. Column I is the quantity we ordered.  Column L is the

22     unit cost or price.

23     Q. Thank you.

24            If you could turn in your binder to Tab 312.

25     A. Okay.

PAIK HONG - DIRECT

1    Q. Have you seen that document before, Exhibit 312?

2    A. Yes.  I have seen this document.

3    Q. And what is it?

4    A. It's an Excel spreadsheet listing all the purchase orders

5    that we had -- that we issued to Samsung, but this particular

6    spreadsheet includes invoice date and invoice due date.

7            MR. LO:  Your Honor, we move Exhibit 312 into

8    evidence.

9            THE COURT:  Any objection?

10           MR. RHOW:  No objection, Your Honor.

11           THE COURT:  Okay.  312 is in evidence.  You can

12   publish it.

13           (Exhibit 312 received into evidence.)

14   BY MR. LO:

15    Q. And where would one look to find the invoice date

16   information on Exhibit 312?

17    A. Column D is our -- the invoice date, and Column E is when

18   that invoice is due.

19    Q. Thank you.

20           MR. LO:  Your Honor, we seek to publish the graph

21   that is Demonstrative Number 3.  I understand that there are

22   no objections.

23           MR. RHOW:  I do not have an objection, Your Honor.

24           THE COURT:  You can publish it.

25   BY MR. LO:

PAIK HONG - DIRECT

1    Q. Mr. Hong, can you describe what's shown on the

2    demonstrative that is currently on the screen?

3    A. This is a summary of our orders to Samsung by dollars on

4    a monthly basis.

5    Q. Okay.  And is there any trend here you recognize from

6    your work at Netlist with Samsung?

7    A. Yes.  You can see from the end of 2015 when we signed the

8    JDLA, the joint development agreement, that we were -- we --

9    for up until the second half of 2017, we were growing the

10   business, and our orders to Samsung were growing up until the

11   second half of 2017, when Samsung told us that we were going

12   getting zero allocation.

13        So when they made a decision -- Samsung made a

14   decision to cut our allocation to zero, that is when you are

15   going to -- when you see the steep decline in purchase orders

16   to Samsung.

17   Q. Now, this chart is about the purchase -- is this chart

18   about the purchase orders that Netlist submitted to Samsung?

19   A. Yes, Netlist orders to Samsung by dollar purchase orders,

20   yes.

21   Q. Was Netlist voluntarily just choosing to submit fewer

22   purchase orders to Samsung after the second half of 2017?

23   A. Um, in the second half of 2017, when Samsung cut our

24   allocation to zero, Samsung would not accept any POs.  It

25   was -- they were not going to give us any parts.  So there

PAIK HONG - DIRECT

1    was no reason for us to issue a PO.

2     Q. Okay.  Would you turn in your binder to the document

3    marked as Exhibit 10.

4         Do you recognize that as an e-mail you sent to

5    Steven Metz at Samsung and Neal Knuth at Samsung in January

6    of 2018?

7     A. Yes, that is an e-mail I sent to Mr. Metz and Mr. Knuth.

8         MR. LO:  Your Honor, we move Exhibit 10 into

9    evidence.

10        THE COURT:  Any objection?

11        MR. RHOW:  Your Honor, I would renew it based on the

12   a cumulative objection and what we discussed before, given

13   the prior demonstrative that just got shown.

14        THE COURT:  Okay.  Yeah.  I will go ahead and let it

15   in, but I note the objection.

16        MR. LO:  Thank you.

17        (Exhibit 10 received into evidence.)

18   BY MR. LO:

19    Q. First, let me refer you to the -- well, let's start at

20   the top.  Who is Steven Metz?

21    A. Steven Metz, I believe, at the time was the director of

22   Samsung sales.  Mr. Knuth his boss.

23    Q. Okay.  And the first sentence of this e-mail says:  "I

24   was just told that Samsung North America has decided to give

25   Netlist zero dollar allocation and no support.  This is a

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

PAIK HONG - DIRECT

1    problem."

2            Do you see that?

3     A. Yes.

4     Q. Was that a true statement?  Were you told that by

5    someone?

6     A. Mr. Knuth told me.

7     Q. Okay.  And what did you understand that message to mean

8    with respect to Netlist's business with Samsung?

9     A. Samsung would not support us anymore.  That is what zero

10   allocation means, and obviously that's what no support means.

11           And previously we saw the graph of us growing the

12   business prior to the second half of 2017, and growing the

13   business and getting no support for Samsung parts to support

14   our customers in a growing business is a problem.

15    Q. Okay.  Let me direct your attention to the fifth line

16   down.  It starts with "We have a JDLA."

17    A. Yes.

18    Q. And I'll read that to you:

19           "We have a JDLA that states Samsung will support

20   Netlist."

21           Do you see that, sir?

22    A. Yes.

23    Q. Why were you sending this in January of 2018 to Mr. Metz

24   and Mr. Knuth?

25    A. Because the JDLA has that supply agreement that Samsung

PAIK HONG - DIRECT

1    would support Netlist's requests for DRAM and NAND products.

2    Um, that statement, that that clause in that JDLA states that

3    Samsung will support Netlist.

4            So they were not complying with the JDLA, that

5    clause in the JDLA.

6    Q. Did you hope that by sending this e-mail Samsung would

7    actually start to support Netlist?

8    A. Yeah, that was the goal.  It was to fix the problem.  It

9    was to fix the zero allocation.  There was no way we could

10   continue to grow the business or even maintain the business

11   without Samsung support.

12   Q. And the last sentence here, the second-to-last sentence

13   here says:  "We have been qualifying Samsung everywhere, so

14   how do we move forward?"

15           Do you see that, sir?

16   A. Yes.

17   Q. What do you mean by "We have been qualifying Samsung

18   everywhere"?

19   A. So I think we, you know, we talked in the opening

20   statement again about the Samsung can support whatever

21   customers they choose to support.  And generally they support

22   the largest customers, the biggest customers of the world,

23   like Apple, Amazon, Microsoft.

24           I think in even Samsung's, we have to get in line.

25   And so generally for small companies, there is no line.  So

PAIK HONG - DIRECT

1    we would go and promote Samsung products to customers that

2    Samsung was not dealing with, were not supporting or the

3    customers just could not get Samsung direct support.

4             So we were -- we were giving them Samsung product to

5    qualify, and they were qualifying Samsung, and we were

6    qualifying many customers.

7             So when they would ask us for a qualified Samsung

8    product, and we were going to get zero allocation and no

9    support, um, that is -- would be a big problem for us moving

10   forward.  That statement.

11   Q. This e-mail was sent in January 23rd of 2018.  Do you

12   know roughly how much in purchase orders Netlist submitted to

13   Samsung the following month, in February of 2018?

14   A. Um, it was zero.

15   Q. What amount of product did Netlist actually want to buy

16   from Samsung during this time period?

17   A. We were growing this -- as we were ramping this business,

18   I expected to buy 4 to 5 million a month during this period

19   from Samsung directly.

20   Q. Did you actually let Samsung know that that's what your

21   expectations were?

22   A. Yes.  I believe I sent them a forecast for this period

23   through 2018.

24   Q. Was this period the only period in which there were caps

25   imposed on the amount that Netlist could order from Samsung?

PAIK HONG - DIRECT

1    A. Um, really it was from the second half of 2017 to some

2    period.  I am not -- I am not sure when -- when or if, in

3    fact, any caps were removed from our business.

4         But it went from zero to a million dollar cap, and

5    I'm not sure how long that extended through.

6    Q. Did Netlist ever artificially lower its forecast to

7    Samsung because of the caps?

8    A. Um, when we were capped at a million dollars, we

9    essentially -- I believe we even stopped sending forecasts

10   because there was no need because we could only buy a

11   million.  So we actually just asked for specific parts that

12   we thought we could not buy from resellers and we could only

13   get from Samsung directly.

14        So because, again, we could only buy up to a million

15   dollars of parts when we, in fact, needed 4 to 5 million.

16   Q. I'll ask you to turn to your binder to Exhibit 1333.

17        MR. LO:  And, Your Honor, this should be my last

18   document, if that works for the Court.

19        THE COURT:  We are going to stop in two minutes.  So

20   do you want to stop now, or do you want to --

21        MR. LO:  I'm happy to stop now then, because this

22   will take a few minutes.

23        THE COURT:  Okay.

24        MR. LO:  Thank you, Your Honor.

25        THE COURT:  We'll stop now.

PAIK HONG - DIRECT

1              I'll caution the witness is still under oath.

2              We will let the jurors go home today.  We are going

3    to start at 9:00 sharp, so make sure you try to get here a

4    little bit early, so we can get everybody here and get you in

5    the courthouse.

6              Thank you very much.  Remember, don't talk about the

7    case.

8              (Thereupon, the jury retired from the courtroom.)

9              THE COURT:  So we'll pick up with this testimony at

10   9:00 tomorrow.  But what I would like to do is meet here at

11   8:30 to go through any other issues the parties have and to

12   talk a little bit more about a few jury instruction disputes.

13             Is that okay with the parties?

14             MR. LO:  Yes, Your Honor.

15             MR. RHOW:  Yes, Your Honor.

16             THE COURT:  Okay.  We'll see everybody here at 8:30

17   tomorrow morning.  Have a good evening.

18             MR. RHOW:  Thank you, Your Honor.

19             MR. DOREN:  Thank you, Your Honor.

20             (Thereupon, the Court was in recess.)

21                     *****     *****     *****

22

23

24

25

```
 1        I certify that the foregoing is a correct transcript from the

 2        record of proceedings in the above-titled matter.

 3

 4

 5

 6        ---------------------------

 7

 8        Amy C. Diaz, RPR, CRR              December 1, 2021

 9        S/  Amy Diaz

10

11         DIRECT EXAMINATION                              62

12         BY MR. DOREN

13         Exhibit 47                                      68

14         Exhibit 178                                     73

15         CROSS-EXAMINATION                               75

16         BY MR. RHOW

17         REDIRECT-EXAMINATION                            96

18         BY MR. DOREN

19         RECROSS-EXAMINATION                            103

20         BY MR. RHOW

21         PAIK KI HONG                                   105

22         DIRECT EXAMINATION                             105

23         BY MR. LO

24

25
```

HONG - DIRECT

# #

**#4455** [1] - 1:23

# $

**$200** [1] - 76:19
**$25** [2] - 85:12, 86:4
**$50** [2] - 54:8, 54:9
**$50,000** [2] - 68:25, 76:17
**$53** [8] - 42:18, 45:5, 45:8, 45:22, 49:5, 51:11, 58:24, 59:1

# '

**'18** [1] - 97:7
**'19** [1] - 97:7

# 1

**1** [9] - 1:16, 14:11, 14:18, 14:20, 14:21, 17:14, 19:10, 108:19, 129:8
**1,000** [4] - 115:5, 115:16, 115:17, 117:2
**1.9** [3] - 45:19, 46:18, 54:5
**10** [12] - 3:2, 14:3, 15:6, 28:7, 30:4, 79:18, 105:1, 106:10, 114:8, 123:2, 123:7, 123:16
**10-minute** [1] - 28:5
**100** [3] - 31:23, 65:9, 76:21
**103** [1] - 129:19
**105** [2] - 129:21, 129:22
**1050** [1] - 2:8
**11** [6] - 14:18, 14:23, 15:6, 15:10, 15:15, 16:2
**12** [6] - 3:8, 14:23, 15:6, 15:10, 15:15, 16:2
**1289** [3] - 78:25, 79:12, 79:14
**12th** [1] - 34:20
**13** [4] - 3:7, 15:1, 15:4, 15:5
**13.2** [2] - 90:7, 92:18
**13.2(1)** [1] - 90:15
**130,000** [1] - 54:5
**1333** [1] - 127:15
**14** [3] - 15:5, 15:6, 15:8

**1425** [3] - 101:16, 103:2, 103:8
**15** [9] - 3:24, 3:25, 7:24, 15:10, 15:16, 16:3, 73:11, 75:5, 114:8
**15th** [1] - 92:16
**16** [6] - 7:25, 8:1, 12:15, 15:11, 15:16, 16:3
**170,000** [1] - 54:5
**1700** [1] - 2:16
**173** [10] - 91:13, 91:15, 92:3, 92:11, 92:13, 92:17, 92:24, 94:12, 94:19, 96:16
**178** [9] - 72:25, 73:3, 73:14, 73:17, 73:18, 74:17, 74:25, 92:14, 129:14
**1875** [1] - 2:14
**18th** [1] - 2:19
**1st** [2] - 1:23, 96:17

# 2

**2** [5] - 14:11, 14:16, 14:17, 115:20, 116:1
**2.4** [3] - 45:19, 46:19, 54:6
**2.5** [1] - 42:23
**20** [1] - 31:15
**200** [2] - 115:14, 117:5
**2000** [10] - 56:6, 62:24, 76:18, 77:3, 78:1, 78:5, 89:9, 89:12, 106:11, 107:10
**2000s** [1] - 76:16
**20018** [1] - 2:8
**2015** [20] - 33:2, 34:20, 68:15, 68:16, 68:24, 71:20, 76:17, 76:18, 76:24, 76:25, 77:2, 77:3, 85:5, 88:4, 88:8, 88:13, 90:4, 110:12, 110:25, 122:6
**2016** [6] - 34:23, 71:15, 87:15, 99:16, 99:19, 99:21
**2017** [30] - 35:13, 35:16, 36:2, 40:9, 41:14, 45:10, 79:17, 84:20, 85:1, 85:5, 86:22, 87:17, 87:20, 87:21, 88:5, 88:9, 88:13, 90:4, 93:8, 93:17, 94:2, 94:6, 94:16, 97:7, 122:8, 122:10, 122:21,

122:22, 124:11, 126:25
**2018** [5] - 123:5, 124:22, 126:10, 126:12, 126:22
**2020** [16] - 41:14, 45:10, 72:24, 73:11, 75:5, 87:22, 92:16, 93:5, 93:15, 93:16, 94:1, 94:5, 94:14, 95:12, 95:21, 96:16
**2021** [2] - 1:16, 129:8
**23rd** [2] - 2:14, 126:10
**25** [2] - 41:9, 86:10
**27** [1] - 96:16
**28th** [1] - 96:17
**29th** [1] - 96:17

# 3

**3** [9] - 14:11, 14:18, 14:23, 15:6, 15:10, 15:15, 16:1, 77:20, 121:20
**3.7** [2] - 52:1, 86:10
**300** [1] - 115:14
**311** [10] - 53:15, 119:19, 119:21, 119:22, 119:24, 120:3, 120:7, 120:9, 120:12, 120:17
**312** [6] - 120:23, 120:25, 121:6, 121:10, 121:12, 121:15
**333** [1] - 2:5
**350** [1] - 1:23
**380** [3] - 52:9, 53:17, 57:25

# 4

**4** [10] - 14:11, 14:18, 14:23, 15:6, 15:10, 15:15, 16:1, 105:1, 126:17, 127:14
**4.6** [2] - 42:15, 42:17
**40** [1] - 65:11
**400** [2] - 2:19, 115:14
**47** [9] - 54:19, 67:21, 68:1, 68:4, 68:5, 69:4, 82:13, 90:7, 123:13
**4:30** [2] - 104:24, 105:2

# 5

**5** [9] - 14:11, 14:18, 14:23, 15:6, 15:10,

15:13, 15:14, 126:17, 127:14
**50** [1] - 114:10
**50,000** [2] - 76:23, 77:1
**51** [1] - 58:14
**53** [9] - 45:18, 46:4, 46:7, 46:18, 47:8, 50:3, 51:6, 51:13, 59:6

# 6

**6** [10] - 3:2, 3:8, 3:11, 12:18, 12:20, 14:2, 69:3, 83:10, 83:11, 100:4
**6.1** [3] - 100:8, 100:11, 100:23
**6.2** [12] - 18:10, 18:15, 18:22, 33:8, 36:19, 37:19, 69:4, 70:24, 71:2, 83:8, 83:15, 100:6
**6.4** [16] - 49:16, 49:22, 50:4, 54:16, 54:22, 82:15, 82:20, 82:23, 83:4, 83:8, 83:18, 100:6, 100:20, 101:1, 101:3, 101:8
**610** [1] - 2:16
**62** [1] - 129:11
**68** [1] - 129:13

# 7

**7** [4] - 14:11, 14:18, 14:23, 14:25
**73** [1] - 129:14
**75** [1] - 129:15

# 8

**8** [8] - 14:11, 14:18, 14:23, 15:6, 15:10, 15:15, 16:1
**8:20-CV-993-MCS** [1] - 1:8
**8:30** [2] - 128:10, 128:15

# 9

**9** [8] - 14:11, 14:18, 14:23, 15:6, 15:10, 15:15, 16:2
**90012** [1] - 1:24
**90067** [1] - 2:14
**90071** [2] - 2:6, 2:19
**92660** [1] - 2:17

**96** [1] - 129:17
**9:00** [2] - 128:2, 128:9

# A

**abide** [1] - 74:13
**ability** [2] - 21:17, 64:3
**able** [15] - 6:19, 6:20, 8:18, 10:14, 35:1, 35:9, 48:23, 53:19, 53:24, 56:14, 70:16, 70:18, 114:21, 115:1, 115:3
**above-titled** [1] - 129:2
**absence** [1] - 42:21
**absolutely** [1] - 89:12
**accept** [9] - 19:4, 22:15, 46:24, 47:3, 110:7, 110:10, 122:23
**accepted** [1] - 88:8
**access** [6] - 64:9, 64:12, 70:13, 70:16, 70:22
**account** [5] - 21:17, 25:21, 25:24, 42:2, 44:4
**accounts** [1] - 24:8
**accuracy** [1] - 25:3
**accurate** [8] - 51:8, 58:20, 78:2, 78:3, 79:24, 84:9, 96:7, 102:23
**accurately** [1] - 116:6
**acronym** [2] - 60:6, 64:9
**act** [1] - 98:6
**action** [1] - 40:16
**actively** [1] - 74:4
**activity** [1] - 107:6
**actual** [2] - 56:24, 57:4
**ad** [1] - 77:16
**added** [1] - 15:1
**adding** [2] - 37:25, 46:3
**addition** [2] - 20:1, 100:6
**additional** [2] - 35:21, 40:12
**address** [3] - 33:6, 41:16, 95:2
**addressed** [2] - 90:22, 102:23
**adjustments** [1] - 41:25
**admission** [2] - 67:25, 73:13
**admit** [7] - 45:24, 46:8, 47:7, 47:20,

HONG - DIRECT

79:8, 91:13, 101:15
**admitted** [5] - 19:2,
20:8, 20:10, 68:4,
73:17
**adult** [1] - 4:22
**advanced** [2] - 31:24,
65:15
**advantage** [1] - 48:25
**affect** [1] - 13:21
**afford** [1] - 52:16
**afraid** [1] - 10:23
**afternoon** [8] - 3:25,
8:1, 62:7, 62:8,
75:16, 75:17,
105:23, 105:24
**ago** [1] - 31:15
**agree** [8] - 17:20,
75:25, 77:24, 84:19,
85:17, 86:15, 87:10,
115:23
**agreed** [5] - 19:3,
33:3, 33:4, 61:22,
69:21
**agreement** [25] -
35:21, 49:14, 49:15,
49:16, 69:17, 70:24,
71:19, 71:21, 73:25,
74:13, 75:8, 77:11,
82:14, 83:1, 83:5,
83:22, 84:5, 86:17,
87:13, 89:5, 97:12,
100:20, 101:4,
122:7, 124:24
**Agreement** [3] -
18:10, 32:25, 67:18
**ahead** [11] - 38:18,
61:3, 79:11, 88:25,
89:16, 89:24, 92:8,
92:22, 100:1,
110:22, 123:13
**aid** [1] - 116:10
**aircraft** [4] - 4:3, 4:7,
4:17, 7:5
**Akemann** [13] - 41:6,
41:13, 42:14, 45:1,
45:5, 45:7, 45:18,
46:1, 47:6, 51:14,
52:2, 54:4
**Akemann's** [4] -
44:23, 46:10, 46:20,
50:2
**alarm** [1] - 87:7
**alleging** [2] - 84:19,
95:13
**allocation** [8] - 28:23,
28:24, 29:1, 29:18,
122:11, 122:13,
122:23, 123:24,
124:9, 125:8, 126:7
**allocations** [7] -

28:21, 28:22, 29:2,
29:4, 29:10, 104:10,
104:13
**allow** [5] - 50:9, 65:16,
70:6, 104:11, 104:14
**allowed** [2] - 5:2,
26:19
**allows** [1] - 64:25
**almost** [3] - 31:23,
58:17, 76:18
**alone** [1] - 75:3
**alternatively** [1] -
56:19
**Amazon** [1] - 125:22
**Amazons** [1] - 59:20
**amended** [1] - 35:20
**America** [2] - 80:15,
123:23
**American** [2] - 106:4,
106:9
**amount** [19] - 10:5,
17:2, 28:25, 35:18,
42:6, 42:24, 44:18,
45:8, 49:6, 51:25,
68:20, 79:21, 86:9,
88:10, 88:14, 99:17,
126:14, 126:24
**amounts** [4] - 95:25,
96:1, 96:3, 96:4
**Amy** [2] - 129:8, 129:9
**AMY** [1] - 1:22
**analysis** [8] - 42:12,
42:14, 44:21, 50:10,
50:15, 51:3, 51:7,
58:18
**analytical** [1] - 58:21
**analyze** [5] - 42:6,
44:17, 46:5, 47:1,
52:4
**analyzing** [1] - 46:13
**ands** [1] - 33:13
**Angeles** [3] - 1:15,
1:24, 2:6, 2:14, 2:19
**annually** [1] - 66:24
**answer** [8] - 4:1,
13:22, 21:7, 50:12,
76:24, 94:4, 100:1,
103:22
**answered** [2] - 21:3,
21:4
**answering** [1] - 16:11
**anyplace** [1] - 24:15
**apologize** [4] - 72:14,
72:18, 101:24, 102:6
**APPEARANCES** [1] -
2:1
**Apple** [1] - 66:4
**apple** [1] - 125:22
**appliance** [1] - 13:18
**application** [1] - 23:15

**applies** [7] - 23:5,
23:18, 23:20, 26:3,
27:24, 46:17, 100:23
**apply** [1] - 17:18
**appreciate** [5] - 13:25,
16:10, 16:11, 16:12,
16:24
**approach** [1] - 105:12
**approached** [1] - 24:1
**appropriate** [3] -
60:24, 93:12, 93:14
**approve** [3] - 107:6,
110:14, 110:25
**approved** [6] - 36:18,
37:14, 38:17, 98:9,
111:4, 111:5
**approves** [1] - 109:20
**April** [2] - 41:14, 85:5
**arguing** [1] - 29:22
**argument** [2] - 27:25,
30:1
**argumentative** [3] -
115:23, 116:5,
116:12
**arguments** [4] - 19:10,
19:12, 39:21, 60:3
**arise** [1] - 52:3
**arising** [2] - 44:20,
44:24
**artificially** [1] - 127:5
**Asia** [3] - 63:9, 111:19,
111:23
**assault** [1] - 47:9
**assembly** [1] - 16:18
**asserts** [1] - 18:22
**assist** [2] - 26:16,
43:25
**assume** [6] - 51:6,
52:11, 53:12, 54:1,
54:3, 117:22
**assumed** [5] - 45:20,
45:21, 45:23, 46:7,
51:11
**assuming** [4] - 50:7,
50:9, 57:19, 82:7
**assumption** [8] -
45:21, 45:24, 46:13,
47:7, 47:11, 52:13,
54:3, 57:19
**assumptions** [5] -
46:25, 60:2, 60:3,
60:7, 60:21
**assurance** [3] -
112:13, 112:25,
113:1
**assured** [1] - 34:25
**at-will** [2] - 77:12,
89:20
**attempt** [3] - 56:16,
88:2, 97:16

**attention** [7] - 26:6,
43:16, 61:1, 74:16,
86:24, 87:2, 124:14
**attest** [1] - 77:6
**Attorney** [6] - 2:4, 2:5,
2:7, 2:13, 2:16, 2:18
**attorney's** [1] - 27:10
**attorneys** [5] - 19:18,
27:25, 84:23, 93:11,
93:12
**attributable** [1] -
53:10
**authorized** [1] - 80:11
**automatically** [1] -
45:22
**availability** [8] - 55:10,
56:12, 57:8, 57:11,
78:17, 81:12, 82:5
**available** [5] - 66:19,
82:3, 82:7, 82:8,
89:22
**Avenue** [2] - 2:5, 2:8
**average** [5] - 38:12,
38:14, 40:21, 42:15,
96:1
**AVL** [1] - 98:9
**avoid** [3] - 5:14, 18:23,
27:6
**award** [2] - 40:19,
42:25
**aware** [7] - 94:17,
103:20, 103:23

## B

**bachelor's** [3] - 41:6,
63:4, 106:4
**background** [3] -
6:24, 63:3, 106:2
**backlog** [10] - 39:4,
39:6, 39:16, 118:10,
118:15, 118:16,
118:19, 118:21,
119:9, 119:13
**bad** [1] - 60:7
**bakery** [4] - 8:3, 8:7,
8:12, 9:17
**Ball** [1] - 111:24
**BAMBO** [2] - 60:7,
60:9
**barred** [1] - 43:6
**base** [4] - 35:9, 70:7,
81:14, 117:17
**based** [17] - 23:2,
25:11, 42:14, 44:5,
47:12, 50:3, 50:4,
60:20, 81:19, 85:11,
93:10, 99:24,
111:12, 117:17,
119:4, 123:10

**basic** [2] - 44:11,
80:25
**basics** [1] - 109:4
**basis** [5] - 36:23,
46:13, 58:20,
101:19, 123:3
**Beach** [1] - 2:17
**bear** [1] - 21:24
**beat** [1] - 48:22
**became** [1] - 107:13
**become** [1] - 58:11
**began** [2] - 34:21,
99:22
**begin** [1] - 30:9
**beginning** [3] - 35:11,
50:10, 89:8
**behalf** [1] - 68:12
**belied** [1] - 59:19
**believability** [1] -
21:24
**believable** [1] - 22:19
**believes** [1] - 46:21
**bells** [1] - 87:7
**below** [4] - 36:3, 40:9,
68:25, 70:21
**bench** [2] - 12:19,
27:1
**benefit** [3] - 33:24,
34:4, 70:13
**best** [2] - 81:1, 81:23
**better** [7] - 47:15,
47:17, 48:7, 48:8,
49:12, 57:3, 58:14
**between** [13] - 20:19,
29:15, 33:1, 41:14,
45:10, 67:16, 76:18,
77:2, 86:21, 88:13,
99:16, 107:24,
118:24
**bias** [2] - 9:9, 21:21
**biased** [1] - 12:23
**big** [5] - 9:16, 66:5,
98:6, 126:8
**biggest** [2] - 10:6,
125:21
**billion** [1] - 66:2
**billions** [4] - 32:12,
60:15, 64:10, 66:24
**binder** [9] - 61:14,
67:21, 73:1, 79:1,
79:2, 119:18,
120:23, 123:1,
127:15
**binders** [3] - 91:23,
105:12
**BIRD** [1] - 2:12
**bit** [13] - 3:4, 3:21,
13:12, 28:20, 31:7,
31:13, 33:19, 34:4,
47:19, 96:11,

HONG - DIRECT

112:21, 128:3, 128:11
**bits** [1] - 64:10
**blessedly** [1] - 31:1
**block** [1] - 48:2
**blog** [1] - 23:14
**board** [1] - 64:24
**bold** [1] - 102:16
**boss** [1] - 123:21
**bottom** [2] - 54:7, 57:12
**bought** [6] - 45:9, 46:15, 76:14, 76:18, 77:3, 77:8
**box** [2] - 10:9, 15:24
**BOXER** [1] - 2:12
**branded** [1] - 80:15
**breach** [25] - 18:14, 18:22, 29:15, 31:3, 31:4, 31:11, 40:18, 41:3, 41:12, 45:14, 56:17, 72:2, 74:18, 84:19, 84:23, 85:18, 85:19, 85:20, 86:17, 87:21, 93:18, 94:3, 101:8, 102:22, 103:17
**breached** [4] - 30:22, 33:17, 40:23, 72:1
**breaches** [5] - 75:2, 75:4, 75:8, 93:23, 96:18
**bread** [1] - 8:14
**break** [8] - 3:19, 3:21, 17:12, 28:5, 36:12, 38:13, 104:4, 104:18
**breweries** [2] - 6:3, 6:4
**brewery** [1] - 6:4
**brief** [3] - 18:7, 30:7, 104:20
**briefly** [4] - 30:20, 101:14, 106:2, 106:7
**brings** [2] - 32:7, 32:24
**broad** [3] - 49:3, 49:9, 49:13
**brother** [1] - 106:1
**build** [2] - 31:20, 36:7
**business** [56] - 4:9, 6:23, 31:16, 32:22, 32:23, 35:1, 35:2, 35:10, 43:5, 48:22, 56:6, 58:11, 63:17, 67:12, 69:24, 70:1, 70:4, 70:5, 70:6, 70:8, 71:6, 71:11, 71:14, 71:16, 71:20, 71:22, 80:25, 82:10, 84:7, 85:22, 85:23,

86:1, 86:18, 86:20, 95:22, 95:23, 97:4, 97:19, 98:25, 106:5, 106:10, 107:23, 112:5, 112:17, 117:18, 122:9, 124:7, 124:11, 124:12, 124:13, 125:9, 126:16, 127:2
**businesses** [1] - 67:6
**busy** [2] - 7:9, 7:13
**but..** [1] - 13:23
**buts** [1] - 33:13
**buy** [38] - 13:8, 29:5, 29:22, 29:23, 32:15, 36:18, 38:11, 39:25, 48:3, 48:18, 48:19, 51:19, 54:25, 55:3, 55:6, 55:11, 55:17, 57:17, 77:14, 77:15, 78:14, 80:4, 80:14, 80:20, 82:9, 98:10, 112:20, 113:4, 113:15, 114:13, 118:4, 126:14, 126:17, 127:9, 127:11, 127:13
**buyer** [2] - 100:13, 100:18
**buying** [21] - 29:8, 56:7, 58:8, 76:15, 76:17, 77:18, 77:20, 78:5, 81:1, 81:23, 96:5, 112:2, 112:3, 112:13, 112:15, 113:9, 113:11, 115:5, 116:18, 116:19
**buys** [3] - 113:19, 113:25, 119:16
**BY** [28] - 62:6, 68:10, 72:17, 73:22, 75:15, 79:15, 82:19, 92:12, 92:20, 92:23, 95:19, 96:13, 100:3, 103:7, 103:19, 105:22, 108:25, 110:24, 116:17, 120:11, 121:13, 121:24, 123:17, 129:12, 129:16, 129:18, 129:20, 129:23

**C**

**CA** [1] - 1:24
**cakes** [1] - 8:15
**calculated** [4] - 42:14, 42:18, 42:20, 42:22
**calculation** [1] - 41:5,

44:23, 45:18, 46:1, 46:10, 46:12, 46:20, 46:24, 47:2, 50:2, 54:4
**CALIFORNIA** [1] - 1:2
**California** [9] - 1:15, 2:6, 2:14, 2:17, 2:19, 37:8, 44:5, 63:1, 113:24
**cancel** [5] - 39:13, 39:18, 53:3, 118:13, 118:25
**canceled** [4] - 39:17, 52:15, 53:8, 115:8
**cancellation** [2] - 118:22, 119:3
**cannot** [9] - 21:4, 21:5, 39:24, 59:8, 71:14, 88:16, 99:12, 114:11, 114:23
**cap** [7] - 35:18, 35:22, 36:2, 40:8, 40:9, 40:17, 127:3
**capacity** [1] - 98:23
**capped** [2] - 40:11, 127:7
**caps** [4] - 103:14, 126:23, 127:2, 127:6
**care** [2] - 7:16, 113:17
**career** [1] - 108:1
**case** [55] - 4:14, 5:15, 10:2, 11:1, 11:6, 11:12, 12:1, 12:13, 13:10, 15:23, 16:4, 17:3, 17:10, 17:16, 17:17, 17:22, 20:6, 21:10, 21:12, 21:20, 23:1, 23:2, 23:3, 23:6, 23:8, 23:11, 23:12, 23:19, 23:24, 24:2, 24:8, 24:10, 24:13, 24:15, 24:18, 24:23, 25:1, 25:11, 25:22, 25:24, 26:1, 26:2, 26:11, 27:12, 27:24, 33:19, 40:20, 41:16, 55:20, 64:24, 85:15, 107:4, 107:5, 113:6, 128:6
**cases** [2] - 53:21, 96:6
**cash** [2] - 69:19, 69:20
**Catarski** [1] - 108:18
**causal** [1] - 29:14
**caused** [5] - 28:22, 31:3, 31:11, 44:19, 52:6
**caution** [1] - 127:25
**caveat** [1] - 104:11
**cellphones** [1] - 32:8
**Center** [1] - 2:16

**center** [1] - 5:22
**centered** [1] - 40:20
**centers** [1] - 63:24
**Central** [1] - 8:2
**CENTRAL** [1] - 1:2
**Century** [1] - 2:14
**CEO** [1] - 30:20
**certain** [11] - 19:6, 20:2, 27:5, 30:23, 48:19, 50:24, 56:10, 74:6, 80:16, 97:25, 100:11
**certainly** [2] - 77:17, 95:2
**certainty** [1] - 81:12
**certificate** [1] - 106:6
**certify** [1] - 129:1
**chain** [5] - 106:20, 107:2, 108:1, 108:2, 108:4
**challenge** [3] - 3:1, 15:10, 29:7
**chance** [1] - 94:10
**change** [6] - 29:14, 29:17, 48:18, 67:4, 78:6, 90:5
**changed** [4] - 29:4, 35:16, 35:17, 89:7
**changes** [1] - 53:3
**changing** [8] - 28:20, 28:22, 29:3, 48:24, 53:4, 53:5, 58:10
**characterization** [1] - 104:9
**characterize** [1] - 75:21
**characterized** [1] - 75:22
**charge** [3] - 8:12, 33:23, 34:4
**charged** [2] - 41:23, 42:11
**chart** [7] - 43:1, 54:13, 54:15, 116:1, 118:7, 122:16
**chat** [1] - 23:14
**cheap** [1] - 48:18
**cheaper** [4] - 48:3, 48:20, 59:20, 82:9
**cherry** [1] - 42:13
**cherry-pick** [1] - 42:13
**chief** [5] - 39:9, 62:15, 62:16, 73:6, 106:16, 106:17
**children** [2] - 4:5, 8:5
**China** [5] - 106:21, 106:23, 107:12
**chip** [15] - 47:19, 47:20, 51:18, 58:24, 59:1, 64:10, 66:15,

75:18, 76:5, 77:25, 78:6, 82:8, 97:25, 98:13
**chips** [36] - 32:5, 32:11, 32:15, 32:21, 34:25, 37:9, 44:14, 45:9, 46:21, 66:8, 66:11, 66:19, 67:7, 72:5, 76:1, 76:15, 76:17, 76:19, 77:4, 77:7, 77:18, 77:21, 78:5, 80:2, 80:4, 80:14, 80:15, 80:17, 80:20, 80:22, 94:5, 94:11, 97:20, 98:18, 100:15, 101:7
**choose** [3] - 22:11, 32:15, 125:20
**choosing** [2] - 113:22, 122:20
**chose** [1] - 72:20
**Chuck** [5] - 30:20, 47:20, 61:6, 61:19, 62:11
**CHUCK** [1] - 61:19
**CHUN** [1] - 61:10
**circuit** [1] - 64:24
**circumstances** [1] - 87:12
**circumstantial** [3] - 20:13, 20:16, 20:20
**City** [1] - 11:19
**claim** [3] - 29:3, 39:24, 59:24
**claiming** [2] - 53:9, 86:8
**claims** [2] - 18:16, 18:24
**clause** [2] - 125:1, 125:4
**clear** [2] - 13:3, 91:1
**clearly** [4] - 50:3, 54:2, 55:12, 60:13
**clerk** [1] - 15:25
**CLERK** [13] - 16:15, 16:19, 16:22, 61:7, 61:13, 61:17, 61:20, 79:4, 91:22, 105:5, 105:11, 105:15, 105:18
**clients** [2] - 19:18, 34:10
**close** [1] - 26:5
**closely** [2] - 74:3, 86:24
**closing** [5] - 19:12, 27:25, 43:17, 60:8, 116:15
**CO** [1] - 1:8
**cofounded** [1] - 63:14

HONG - DIRECT

colleague [1] - 30:16
colleagues [2] - 31:15, 86:13
column [3] - 120:20, 121:16
Column [1] - 121:16
coming [6] - 13:6, 13:25, 16:10, 53:17, 71:11, 120:2
commentary [3] - 24:8, 25:21, 25:24
commercial [1] - 104:12
commitment [10] - 51:20, 54:25, 55:5, 55:6, 55:11, 55:12, 55:17, 57:17
commitments [1] - 36:17
commodity [13] - 47:21, 48:10, 49:20, 52:18, 70:12, 75:18, 75:20, 75:21, 75:22, 76:1, 76:11, 78:10, 80:2
common [5] - 38:10, 48:11, 70:24, 71:1, 82:10
Commonwealth [1] - 63:5
communicate [2] - 23:9, 23:10
communicated [1] - 74:4
communicating [2] - 23:18, 23:20
communications [2] - 25:7, 96:21
companies [18] - 12:2, 18:19, 31:19, 32:3, 32:6, 32:14, 32:15, 32:16, 32:18, 35:4, 37:23, 37:24, 65:21, 70:18, 97:22, 112:7, 112:8, 125:24
company [9] - 7:1, 31:15, 31:23, 62:19, 62:21, 63:11, 63:12, 65:8, 106:20
company's [1] - 63:16
compared [2] - 41:23, 49:10
competitive [5] - 18:12, 30:25, 33:13, 69:9, 100:16
complement [1] - 70:5
completed [1] - 22:25
compliance [2] - 84:5, 84:6, 86:8, 86:9, 89:5, 90:4

comply [2] - 84:13, 97:17
complying [4] - 85:7, 88:20, 96:21, 125:3
component [1] - 113:9
components [6] - 4:11, 30:24, 31:5, 40:25, 66:17, 113:22
Components [2] - 63:13, 83:12
computation [1] - 41:11
computer [12] - 18:11, 23:13, 30:24, 31:4, 31:17, 32:11, 33:22, 33:25, 64:10, 66:1, 66:5
computerized [1] - 4:11
computers [1] - 34:18
computing [1] - 70:6
concept [1] - 80:25
concepts [1] - 34:11
concern [1] - 32:22
concerned [1] - 102:11
conclude [1] - 59:24
conclusion [3] - 42:25, 59:25, 60:23
conclusions [1] - 60:2
conclusory [4] - 49:4, 49:9, 49:13, 60:21
concrete [1] - 8:25
conditions [3] - 33:13, 38:22, 51:21
conduct [2] - 22:21, 24:3
conducted [1] - 95:23
conducting [1] - 41:9
conference [3] - 27:1, 27:10, 27:11
conferences [2] - 27:4, 27:9
conferred [1] - 61:22
confirm [1] - 52:2
confused [1] - 12:22
confusion [2] - 13:3, 27:7
Connecticut [1] - 2:8
connection [2] - 29:15, 94:10
consent [1] - 35:21
consequences [1] - 109:21
consider [12] - 18:25, 19:5, 19:7, 20:2, 20:4, 20:10, 20:18, 21:10, 22:6, 24:7, 27:11, 71:2
consideration [2] -

81:11, 81:16
considered [2] - 19:25, 42:3
considering [1] - 21:16
consist [1] - 19:1
consistent [5] - 22:1, 34:25, 35:5, 56:2, 71:9
consistently [2] - 71:22, 115:3
constant [1] - 96:20
construction [4] - 8:4, 8:22, 8:24, 9:21
consulting [3] - 24:11, 41:9, 93:11
contact [2] - 39:12, 96:17
contacted [1] - 102:8
contain [4] - 55:4, 55:5, 55:6, 55:16
contained [1] - 83:8
continue [2] - 97:19, 125:9
continued [3] - 34:22, 35:15, 95:21
contract [32] - 7:12, 9:13, 9:14, 9:20, 18:9, 31:3, 31:8, 32:24, 32:25, 35:20, 35:24, 37:19, 40:18, 40:24, 41:11, 56:17, 67:16, 70:20, 74:1, 81:6, 87:3, 87:14, 89:13, 89:15, 89:18, 90:1, 93:10, 93:20, 95:2, 95:8
contracted [1] - 77:17
contractual [5] - 30:22, 30:23, 33:11, 40:23, 77:10
contradicted [1] - 21:22
contrary [2] - 49:14, 82:24
contrast [1] - 55:15
control [1] - 20:22
controls [1] - 19:16
converting [1] - 116:11
COO [2] - 106:16, 107:14
cooperate [1] - 97:13
cooperative [1] - 88:1
copies [1] - 79:4
copy [6] - 79:3, 91:14, 91:15, 91:19, 91:24, 91:25
core [1] - 31:16
corporate [1] - 62:18

correct [44] - 5:6, 7:21, 26:22, 29:6, 29:25, 56:4, 74:22, 75:19, 76:2, 76:6, 76:9, 76:20, 77:18, 77:21, 78:6, 78:8, 80:4, 80:5, 80:7, 80:12, 80:15, 80:18, 80:23, 83:14, 83:20, 83:24, 84:5, 85:3, 85:13, 86:17, 88:15, 89:9, 92:5, 92:18, 94:20, 95:7, 95:22, 100:13, 100:18, 100:19, 101:9, 101:10, 108:11, 129:1
correspondence [2] - 74:19, 75:3
corresponding [2] - 50:13, 50:24
cost [3] - 40:21, 113:18, 120:21
COUNSEL [1] - 2:1
counsel [10] - 27:20, 27:21, 30:11, 43:19, 61:21, 75:12, 91:21, 92:3, 102:10, 115:25
Counsel [9] - 43:18, 61:2, 79:9, 90:23, 96:10, 104:22, 108:10, 115:21, 116:4
counts [2] - 48:12
County [1] - 63:12
couple [7] - 3:9, 30:14, 30:17, 33:18, 33:21, 37:21, 97:2
course [14] - 10:21, 23:7, 27:8, 30:18, 33:21, 34:12, 41:20, 44:2, 46:23, 49:3, 52:21, 55:22, 71:15, 84:11
COURT [152] - 1:1, 3:1, 3:18, 4:7, 4:10, 4:13, 4:16, 4:19, 4:24, 5:3, 5:7, 5:10, 5:14, 5:17, 5:20, 5:23, 5:25, 6:4, 6:7, 6:10, 6:12, 6:15, 6:18, 6:23, 7:1, 7:5, 7:8, 7:14, 7:19, 7:22, 8:7, 8:10, 8:14, 8:17, 8:21, 8:24, 9:2, 9:6, 9:9, 9:13, 9:16, 9:19, 9:23, 10:1, 10:4, 10:12, 10:17, 10:20, 11:1, 11:3, 11:5, 11:8, 11:11, 11:14,

11:17, 11:21, 11:24, 12:6, 12:10, 12:13, 12:15, 12:20, 12:22, 13:2, 13:9, 13:17, 13:20, 13:24, 14:5, 14:8, 14:10, 14:17, 14:21, 14:23, 15:1, 15:5, 15:9, 15:14, 15:18, 15:20, 15:22, 16:17, 16:23, 28:9, 28:14, 28:18, 29:2, 29:16, 29:20, 30:1, 30:3, 30:9, 43:18, 61:2, 61:16, 61:25, 62:4, 68:2, 68:4, 68:8, 72:12, 73:15, 73:17, 73:21, 75:12, 79:9, 79:11, 82:18, 90:23, 91:6, 91:11, 91:19, 92:1, 92:3, 92:6, 92:8, 92:22, 95:15, 96:9, 100:1, 101:13, 102:10, 102:25, 103:4, 103:18, 103:22, 104:1, 104:3, 104:7, 104:17, 104:22, 105:14, 105:20, 108:10, 108:20, 110:20, 115:21, 115:25, 116:4, 116:14, 120:5, 120:7, 121:8, 121:10, 121:23, 123:9, 123:13, 127:18, 127:22, 127:24, 128:8, 128:15
Court [18] - 3:1, 14:15, 14:24, 15:7, 18:13, 20:5, 24:4, 30:21, 33:16, 40:18, 71:25, 84:24, 90:22, 91:19, 91:20, 102:23, 127:17, 128:19
court [6] - 1:25, 15:21, 25:2, 25:12, 104:18
Court's [3] - 14:2, 19:22, 108:7
courthouse [1] - 128:4
courtroom [11] - 3:17, 25:6, 26:13, 28:8, 30:8, 61:23, 62:1, 104:6, 104:21, 112:5, 128:7
cover [13] - 29:1, 33:18, 42:20, 42:22, 50:13, 50:15, 50:19, 51:3, 52:10, 57:25,

HONG - DIRECT

58:1, 59:10, 59:11
**covered** [1] - 44:4
**covering** [2] - 29:15, 58:1
**covers** [1] - 42:21
**creating** [1] - 69:24
**criteria** [3] - 78:14, 78:15, 78:20
**criterias** [1] - 78:16
**critical** [1] - 83:22
**critically** [1] - 47:1
**CROSS** [2] - 75:14, 129:15
**cross** [6] - 27:20, 27:22, 72:12, 75:12, 99:5, 101:20
**CROSS-EXAMINATION** [2] - 75:14, 129:15
**cross-examination** [3] - 72:12, 75:12, 99:5
**cross-examine** [2] - 27:20, 27:22
**crossed** [1] - 72:16
**CRR** [2] - 1:22, 129:8
**crude** [3] - 75:22, 76:1, 78:11
**CRUTCHER** [2] - 2:4, 2:7
**Culver** [1] - 11:18
**cumulative** [2] - 115:24, 123:11
**cure** [19] - 75:3, 75:7, 90:14, 90:18, 91:10, 93:7, 93:16, 93:22, 94:1, 94:24, 95:2, 96:15, 96:18, 102:8, 102:15, 102:17, 102:21
**current** [2] - 106:15, 106:16
**cursed** [1] - 13:19
**customer** [25] - 35:9, 48:9, 52:25, 57:1, 68:23, 70:7, 77:10, 77:12, 81:14, 89:20, 89:21, 98:8, 98:10, 109:7, 111:12, 111:13, 113:6, 113:16, 114:11, 114:13, 117:17, 119:5, 119:12
**customer's** [1] - 98:5
**customers** [31] - 31:19, 31:21, 38:6, 47:25, 48:9, 52:24, 53:5, 55:3, 60:14, 63:23, 65:24, 67:13, 69:10, 70:13, 70:15, 70:16, 71:11, 78:12,

89:22, 98:5, 98:15, 99:1, 112:12, 114:15, 124:13, 125:20, 125:21, 125:25, 126:2, 126:5
**cut** [6] - 84:22, 86:23, 87:8, 99:21, 122:13, 122:22
**cyclical** [2] - 76:5, 78:12

# D

**daily** [1] - 109:13
**damage** [4] - 28:21, 31:3, 31:11, 41:4
**damaged** [1] - 72:2
**damages** [23] - 18:16, 18:20, 18:24, 28:22, 29:21, 40:19, 41:2, 41:5, 41:11, 41:16, 42:21, 42:22, 43:9, 44:23, 45:12, 50:15, 51:3, 51:5, 51:9, 52:3, 54:5, 94:3, 94:8
**data** [13] - 42:6, 42:13, 63:24, 64:3, 64:4, 64:11, 64:12, 64:25, 77:25, 119:24, 120:1, 120:2
**date** [12] - 51:21, 55:5, 55:17, 55:18, 56:13, 94:16, 118:10, 119:9, 121:5, 121:14, 121:16
**dated** [2] - 73:11, 79:17
**dates** [2] - 55:10, 94:21
**days** [3] - 33:21, 37:22, 61:1
**DC** [1] - 2:8
**deal** [1] - 116:21
**dealing** [2] - 84:11, 126:1
**deals** [1] - 102:21
**dealt** [1] - 37:8
**December** [2] - 1:16, 129:8
**decide** [13] - 17:22, 20:6, 20:20, 21:13, 22:6, 22:9, 22:24, 23:2, 25:11, 26:11, 27:5, 74:2, 84:24
**decided** [4] - 25:1, 26:1, 84:22, 123:23
**deciding** [4] - 18:25, 19:8, 21:10, 21:12
**decision** [4] - 71:5,

86:23, 122:12, 122:13
**declaration** [2] - 84:16, 84:17
**declared** [1] - 84:16
**decline** [2] - 81:8, 122:14
**deduced** [1] - 86:18
**deemed** [3] - 49:16, 100:20, 101:4
**defendant** [5] - 3:15, 18:8, 27:20, 27:21
**Defendant** [2] - 1:9, 2:11
**define** [1] - 85:20
**definition** [1] - 59:17
**definitions** [1] - 75:20
**degree** [2] - 63:4, 106:4
**degrees** [1] - 31:25
**deliberate** [1] - 28:2
**deliberately** [1] - 22:10
**deliberating** [1] - 50:7
**deliberation** [1] - 23:19
**deliberations** [2] - 22:25, 26:7
**delivered** [2] - 34:23, 87:6
**deliveries** [1] - 36:6
**delivery** [7] - 51:21, 55:5, 55:9, 55:18, 56:13, 85:15, 119:9
**Dell** [3] - 31:19, 66:1, 66:3
**demand** [9] - 35:14, 67:4, 77:14, 81:5, 109:7, 111:12, 114:14, 119:5, 119:12
**demanding** [1] - 34:10
**demonstrative** [8] - 108:21, 108:22, 115:23, 116:9, 117:12, 117:21, 122:1, 123:12
**Demonstrative** [1] - 121:20
**demonstratives** [1] - 108:9
**denied** [2] - 25:12, 115:7
**denying** [1] - 27:11
**department** [2] - 8:13, 9:17
**dependable** [1] - 32:20
**depicts** [1] - 116:6
**deposition** [2] - 55:23,

55:24
**deputy** [1] - 16:13
**derived** [2] - 45:19, 46:8
**dermatology** [1] - 5:22
**describe** [4] - 70:8, 106:2, 106:7, 121:25
**described** [2] - 34:11, 84:7
**deserves** [1] - 22:20
**design** [1] - 3:16
**designed** [1] - 98:20
**desire** [1] - 55:3
**desperate** [1] - 35:5
**detailed** [1] - 17:7
**details** [1] - 55:16
**determine** [3] - 41:2, 56:24, 85:20
**determined** [1] - 18:13
**determining** [1] - 32:14
**develop** [2] - 32:19, 35:9
**developed** [2] - 32:3, 107:11
**development** [1] - 122:7
**Development** [3] - 18:9, 32:25, 67:17
**device** [2] - 33:23, 64:17
**devices** [3] - 24:16, 64:23, 65:17
**diagram** [3] - 38:16, 39:22, 111:3
**DIAZ** [1] - 1:22
**Diaz** [2] - 129:8, 129:9
**dictionaries** [1] - 24:11
**Diego** [1] - 41:7
**differ** [1] - 19:15
**difference** [4] - 113:8, 114:3, 114:4, 116:20
**differences** [1] - 22:6
**different** [14] - 22:2, 32:2, 33:4, 36:5, 36:21, 47:22, 64:6, 79:25, 111:18, 112:1, 112:9, 112:15, 115:13
**differential** [1] - 46:17
**differentials** [1] - 49:1
**differently** [2] - 10:15, 22:5
**differs** [1] - 22:7
**dig** [1] - 53:24
**dip** [1] - 29:14
**DIRECT** [4] - 62:5, 105:21, 129:11, 129:22

**direct** [18] - 20:13, 20:14, 20:20, 28:16, 28:17, 35:6, 42:16, 59:21, 70:22, 80:6, 84:3, 96:20, 99:24, 113:11, 114:9, 124:14, 126:2
**directing** [1] - 74:16
**directly** [18] - 37:18, 40:22, 41:17, 47:16, 47:23, 49:11, 59:5, 70:17, 70:19, 102:18, 112:18, 113:9, 113:19, 114:5, 117:13, 120:13, 126:18, 127:12
**director** [2] - 73:9, 107:11, 108:3, 123:20
**disappointed** [1] - 16:25
**discuss** [1] - 24:3
**discussed** [4] - 13:2, 24:15, 24:17, 123:11
**discussing** [1] - 23:12
**discussion** [2] - 72:16, 118:17
**discussions** [1] - 102:21
**dislikes** [1] - 17:21
**disputes** [9] - 6:23, 7:2, 7:3, 9:14, 9:20, 9:21, 18:20, 128:11
**disregard** [2] - 19:24, 21:9
**distinction** [1] - 20:19
**distract** [1] - 26:12
**distributors** [1] - 80:11
**DISTRICT** [3] - 1:1, 1:2, 1:3
**division** [1] - 63:13
**DIVISION** [1] - 1:2
**divisions** [1] - 107:25
**document** [9] - 38:20, 79:18, 79:23, 92:13, 102:19, 120:25, 121:1, 123:1, 127:17
**documentation** [1] - 77:25
**documents** [5] - 51:14, 52:2, 53:14, 53:25, 85:12
**dollar** [7] - 45:8, 47:8, 48:12, 116:8, 122:18, 123:24, 127:3
**dollars** [9] - 32:12, 35:11, 35:12, 60:15,

HONG - DIRECT

66:24, 71:23, 122:2, 127:7, 127:14
**dollars'** [2] - 66:2, 77:3
**done** [7] - 4:6, 44:9, 51:15, 58:17, 64:5, 88:7, 89:22
**door** [1] - 102:1
**DOREN** [43] - 14:15, 14:24, 15:7, 15:19, 30:12, 61:5, 61:21, 62:2, 62:6, 67:25, 68:6, 68:9, 68:10, 72:9, 72:14, 72:17, 73:13, 73:19, 73:22, 75:11, 79:1, 79:10, 90:21, 92:7, 92:19, 95:14, 96:11, 96:13, 100:3, 101:11, 101:18, 101:22, 101:24, 102:3, 102:6, 102:13, 102:20, 103:1, 103:16, 104:2, 128:18, 129:12, 129:18
**Doren** [24] - 2:4, 30:15, 44:7, 44:22, 45:11, 45:17, 46:2, 46:11, 49:14, 51:24, 52:23, 54:12, 54:20, 55:8, 56:9, 58:10, 60:15, 76:4, 78:24, 83:5, 83:15, 84:4, 88:22, 92:13
**Doren's** [2] - 76:24, 85:22
**doughnuts** [1] - 8:15
**down** [9] - 3:3, 12:16, 14:6, 16:16, 36:12, 48:2, 66:24, 104:3, 124:15
**downstairs** [1] - 16:18
**dozen** [1] - 6:13
**dozens** [1] - 64:23
**Dr** [4] - 41:6, 41:13, 42:14
**drafted** [1] - 103:9
**DRAM** [35] - 18:11, 18:14, 18:18, 33:12, 33:19, 33:22, 34:1, 34:11, 34:13, 34:22, 35:3, 35:18, 36:19, 64:7, 64:8, 64:9, 64:15, 65:17, 66:17, 69:8, 69:22, 69:23, 84:12, 106:24, 107:16, 107:20, 109:5, 109:12, 109:13, 110:16,

119:15, 120:15, 120:16, 124:25
**DRAM-related** [2] - 109:12, 109:13
**DRAMS** [1] - 67:14
**drill** [1] - 3:3
**Drive** [2] - 2:16
**drive** [3] - 34:15, 65:2, 104:25
**drives** [6] - 34:16, 34:17, 34:19, 64:20, 64:22, 109:11
**DROOKS** [1] - 2:12
**drop** [2] - 86:25, 87:1
**dryer** [1] - 9:5
**due** [2] - 121:5, 121:17
**duly** [2] - 61:11, 105:9
**DUNN** [2] - 2:4, 2:7
**during** [22] - 23:6, 24:17, 26:6, 26:24, 32:9, 42:19, 44:4, 49:3, 52:21, 55:22, 56:7, 85:8, 85:11, 85:21, 86:3, 88:6, 88:8, 88:19, 89:4, 97:8, 126:15, 126:17
**duties** [1] - 18:2
**duty** [7] - 4:6, 7:15, 17:14, 17:16, 17:17, 19:18, 23:7
**dynamic** [1] - 64:9

---

**E**

---

**e-mail** [13] - 23:14, 52:24, 55:7, 55:12, 56:24, 57:13, 57:22, 64:5, 123:3, 123:6, 123:22, 125:5, 126:10
**e-mails** [10] - 37:10, 48:14, 49:10, 50:4, 55:8, 56:10, 56:23, 57:6, 57:18, 58:6
**early** [2] - 76:16, 128:3
**East** [1] - 2:14
**easy** [1] - 47:3
**eat** [1] - 113:18
**economics** [5] - 41:7, 41:8, 41:9, 41:10, 63:4
**economy** [1] - 59:19
**edges** [1] - 70:11
**editing** [1] - 33:25
**educational** [2] - 63:3, 106:2
**effect** [4] - 68:14, 68:21, 70:2, 94:18
**effective** [1] - 6:19
**effectively** [1] - 36:15

**efficient** [1] - 17:1
**effort** [1] - 74:8
**efforts** [1] - 18:23
**EG** [1] - 111:23
**eight** [4] - 4:18, 4:19, 14:11, 15:2
**either** [9] - 20:19, 27:1, 39:15, 49:17, 71:13, 100:21, 101:4, 110:7, 118:8
**Ekwan** [2] - 2:13, 43:23
**electric** [2] - 33:23, 34:3
**electrical** [2] - 64:11, 64:16
**electronic** [1] - 23:13
**ELECTRONICS** [1] - 1:8
**Electronics** [4] - 43:24, 73:10, 80:14, 111:24
**elicited** [1] - 101:20, 102:7
**elsewhere** [1] - 111:14
**embodied** [1] - 88:23
**employ** [1] - 65:5
**employed** [1] - 62:12
**employees** [3] - 31:23, 31:24, 49:2, 65:7, 65:9
**employer** [2] - 23:21, 23:24
**end** [18] - 10:24, 12:13, 17:6, 17:25, 22:25, 23:8, 31:17, 31:21, 32:17, 34:10, 60:5, 63:18, 70:6, 70:14, 81:14, 99:20, 103:23, 122:6
**engage** [1] - 71:10
**engaged** [1] - 84:10
**engineers** [3] - 31:24, 65:5, 65:10
**enormous** [1] - 67:8
**ensure** [2] - 60:19, 82:23
**entered** [2] - 31:9, 33:1
**entering** [1] - 68:16
**enterprise** [2] - 63:19, 66:5
**entire** [8] - 25:18, 56:2, 58:10, 59:19, 69:1, 97:8, 100:7
**entitled** [4] - 25:10, 35:24, 35:25, 54:16
**equal** [1] - 82:9
**equipment** [1] - 98:6
**ERP** [1] - 120:1

**error** [1] - 27:7
**especially** [1] - 87:24
**essence** [4] - 46:10, 46:11, 50:15, 60:8
**essential** [3] - 67:12, 67:13, 69:23
**essentially** [2] - 118:4, 127:8
**established** [1] - 87:23
**estimate** [1] - 77:7
**Europe** [2] - 111:19, 111:23
**evaluation** [1] - 41:10
**evening** [1] - 128:16
**event** [1] - 22:5
**everywhere** [2] - 125:12, 125:17
**Evidence** [3] - 19:20, 20:22, 27:6
**evidence** [113] - 17:6, 17:10, 17:17, 17:23, 18:5, 18:6, 18:25, 19:2, 19:6, 19:7, 19:9, 19:11, 19:13, 19:14, 19:18, 19:24, 20:1, 20:3, 20:4, 20:6, 20:7, 20:8, 20:9, 20:13, 20:14, 20:16, 20:18, 20:20, 20:21, 20:23, 20:24, 21:1, 21:8, 21:9, 21:11, 21:21, 21:23, 22:17, 23:3, 24:5, 25:1, 26:2, 26:10, 26:16, 27:5, 27:16, 27:17, 27:19, 27:21, 27:23, 29:9, 31:7, 31:10, 36:5, 38:10, 38:15, 39:21, 43:3, 43:14, 44:1, 45:4, 45:15, 46:5, 47:11, 48:6, 49:12, 50:9, 50:21, 51:16, 51:23, 52:13, 52:14, 52:20, 53:15, 53:21, 54:7, 55:19, 56:10, 57:5, 57:15, 58:6, 58:8, 58:14, 59:5, 59:8, 59:22, 60:2, 60:21, 60:22, 68:5, 73:18, 78:24, 79:12, 79:14, 82:16, 82:17, 90:8, 92:4, 92:8, 92:11, 103:2, 108:22, 108:23, 108:24, 120:4, 120:8, 120:9, 121:7, 121:10, 121:12, 123:8, 123:16

**exact** [4] - 54:4, 77:6, 83:8, 89:3
**exactly** [5] - 46:11, 55:1, 59:22, 91:4, 102:17
**EXAMINATION** [10] - 62:5, 75:14, 96:12, 103:6, 105:21, 129:11, 129:15, 129:17, 129:19, 129:22
**examination** [5] - 28:16, 28:17, 72:12, 75:12, 99:5
**examine** [2] - 27:20, 27:22
**example** [3] - 64:4, 65:1, 116:23
**examples** [2] - 111:17, 111:23
**exceeded** [1] - 96:6
**Excel** [3] - 111:24, 119:22, 121:3
**except** [1] - 61:23
**excess** [2] - 77:13, 89:21
**exchange** [1] - 69:21
**exchanged** [1] - 108:6
**excluded** [2] - 19:23, 61:23
**exclusively** [1] - 26:2
**excuse** [10] - 14:2, 14:16, 14:19, 14:25, 15:3, 15:8, 15:13, 16:15, 35:12, 101:24
**excused** [2] - 16:17, 24:20
**execution** [2] - 71:21, 84:10
**executive** [4] - 62:15, 62:16, 106:5, 107:8
**Exhibit** [48] - 52:9, 53:15, 53:17, 54:19, 57:25, 67:21, 68:1, 68:4, 68:5, 69:4, 72:25, 73:3, 73:14, 73:17, 73:18, 74:17, 74:25, 78:25, 79:12, 79:14, 82:13, 90:7, 91:13, 92:3, 92:11, 92:17, 92:24, 94:12, 94:19, 96:16, 103:2, 103:8, 119:24, 120:3, 120:7, 120:9, 120:12, 120:17, 120:25, 121:6, 121:12, 121:15, 123:2, 123:7, 123:16, 127:15, 129:13, 129:14

HONG - DIRECT

**exhibit** [6] - 20:24, 21:3, 21:4, 70:24, 91:5, 119:19
**exhibits** [10] - 19:2, 19:6, 28:10, 28:19, 91:20, 91:21, 104:8, 108:21, 108:23
**exist** [1] - 77:24
**expand** [3] - 35:9, 70:6, 96:25
**expect** [8] - 23:25, 51:4, 51:7, 93:7, 93:16, 94:1, 104:13, 109:23
**expectation** [2] - 110:13, 110:21
**expectations** [1] - 126:20
**expected** [3] - 110:16, 110:17, 126:17
**expecting** [1] - 57:10
**expects** [1] - 27:17
**experience** [2] - 9:3, 70:23
**expert** [1] - 41:10
**experts** [2] - 61:24, 86:12
**explain** [4] - 45:1, 48:16, 49:1, 64:8
**explained** [7] - 13:14, 45:18, 59:4, 59:18, 88:22, 89:14, 97:23
**explaining** [2] - 76:4, 86:13
**explains** [1] - 37:24
**explanation** [1] - 58:14
**explanatory** [1] - 118:15
**exponentially** [1] - 117:9
**exposed** [3] - 23:5, 25:19, 26:4
**extended** [1] - 127:4
**extensive** [1] - 98:12
**extent** [1] - 43:7
**extra** [1] - 79:6
**extremely** [1] - 48:1

**F**

**Facebook** [1] - 23:16
**facilities** [2] - 66:25, 67:1
**fact** [29] - 20:14, 20:17, 22:17, 28:22, 28:23, 29:4, 29:17, 43:6, 44:18, 45:15, 54:18, 54:22, 56:5, 61:22, 62:1, 76:14,

76:18, 80:11, 84:16, 85:11, 86:15, 86:18, 88:8, 89:9, 99:20, 110:25, 113:3, 127:2, 127:14
**factor** [1] - 71:5
**factors** [1] - 21:24
**factory** [3] - 106:21, 106:22, 113:22
**facts** [9] - 17:17, 17:18, 19:1, 19:3, 19:8, 19:14, 20:17, 21:12
**fail** [1] - 81:8
**failed** [1] - 18:23
**failing** [1] - 39:25
**failure** [3] - 18:21, 91:9, 94:8
**failures** [1] - 113:7
**fair** [11] - 25:10, 25:13, 60:19, 77:4, 81:1, 81:3, 81:25, 84:20, 84:25, 86:4
**fairness** [1] - 25:17
**false** [1] - 84:14
**familiar** [6] - 67:16, 107:17, 107:18, 107:21, 107:22, 107:23
**familiarity** [1] - 4:13
**family** [2] - 23:21, 23:23
**fan** [2] - 54:3, 57:19
**far** [2] - 66:16, 90:3
**fast** [2] - 33:24, 65:18
**fault** [18] - 13:13, 44:19, 44:25, 45:23, 46:7, 49:5, 49:6, 51:6, 51:12, 52:12, 52:20, 53:9, 54:2, 54:10, 59:2, 59:9, 60:18, 87:11
**favor** [2] - 60:1, 60:24
**FCRR** [1] - 1:22
**fear** [1] - 10:6
**February** [2] - 79:17, 126:12
**Federal** [1] - 1:23
**feelings** [1] - 5:7
**Feinstein** [1] - 2:18
**fellow** [2] - 22:25, 23:18
**felt** [1] - 10:13
**few** [15] - 3:20, 22:21, 29:11, 31:6, 32:6, 35:10, 50:25, 59:11, 61:1, 72:15, 84:4, 99:21, 127:21, 128:11
**fewer** [1] - 122:20

**fifth** [1] - 124:14
**figure** [3] - 3:12, 52:4, 87:10
**file** [2] - 40:6, 40:13
**filed** [2] - 94:19, 94:25
**fill** [4] - 38:7, 38:9, 39:4, 39:5
**filled** [2] - 39:7, 39:8
**final** [2] - 17:25, 18:1
**finally** [5] - 13:6, 59:13, 60:11, 97:11, 97:15
**finance** [1] - 106:5
**fine** [2] - 89:5, 93:3
**finish** [1] - 34:5
**finished** [1] - 113:22
**first** [46] - 14:11, 14:12, 22:23, 27:14, 28:10, 30:10, 31:12, 36:13, 39:1, 41:20, 42:1, 43:10, 43:13, 48:10, 49:22, 51:16, 52:4, 52:6, 54:15, 54:24, 58:23, 61:3, 61:11, 64:7, 65:7, 71:15, 74:24, 74:25, 81:6, 82:15, 82:25, 83:24, 84:1, 84:4, 86:19, 87:13, 90:2, 100:8, 102:13, 105:9, 108:19, 109:6, 117:14, 117:19, 123:18, 123:22
**FITZGERALD** [1] - 1:3
**five** [10] - 104:4, 104:17, 115:12, 115:13, 115:16, 117:4, 117:6, 117:7
**five-minute** [1] - 104:4
**fix** [4] - 13:6, 13:7, 125:7, 125:8
**flash** [1] - 106:24
**Floor** [2] - 2:14, 2:19
**flow** [3] - 43:1, 54:13, 54:15
**flows** [1] - 36:6
**fluctuate** [1] - 66:20
**fluctuation** [1] - 67:6
**fluctuations** [5] - 76:8, 76:11, 76:12, 78:8, 78:12
**fly** [4] - 4:24, 5:1, 5:2
**focus** [5] - 14:13, 39:21, 43:5, 85:5, 112:21
**focusing** [1] - 117:11
**folder** [1] - 108:8
**folks** [2] - 37:8, 43:25
**follow** [7] - 17:19,

18:6, 25:14, 25:15, 44:17, 89:1, 89:25
**following** [3] - 27:14, 73:25, 126:12
**follows** [2] - 61:12, 105:10
**forced** [5] - 47:9, 50:5, 59:2, 83:23, 83:25
**forecast** [28] - 37:2, 37:12, 37:13, 54:18, 57:12, 57:23, 88:23, 89:19, 90:2, 109:7, 109:9, 109:14, 109:15, 109:17, 109:18, 109:19, 110:1, 110:6, 110:7, 111:4, 111:9, 111:12, 114:20, 115:2, 117:23, 119:4, 126:21, 127:5
**forecasted** [2] - 111:1, 111:4, 114:12
**forecasts** [14] - 36:22, 40:10, 54:14, 54:21, 54:23, 55:1, 55:13, 57:18, 109:10, 110:3, 110:14, 111:13, 127:8
**foregoing** [1] - 129:1
**forget** [2] - 22:3, 93:15
**form** [3] - 116:7, 116:11, 117:4
**formal** [1] - 93:9
**formalized** [2] - 36:22, 37:2
**forms** [2] - 23:17, 36:21
**forth** [2] - 75:3, 98:23
**forward** [2] - 125:13, 126:9
**foundation** [2] - 92:19, 99:25
**founded** [1] - 31:15
**founders** [1] - 62:21
**four** [1] - 67:1
**fourth** [1] - 94:23
**frame** [7] - 29:13, 42:4, 85:6, 85:8, 88:5, 88:6, 88:8
**framework** [2] - 36:7, 58:21
**Frechette** [2] - 73:6, 87:21
**free** [1] - 6:2
**freedom** [2] - 49:20, 83:19
**freeway** [1] - 105:1
**frequently** [1] - 109:10
**Friday** [1] - 44:9
**front** [9] - 10:3, 10:6,

10:7, 10:9, 67:21, 73:1, 76:22, 85:14, 119:18
**fulfill** [13] - 18:13, 39:14, 56:14, 81:8, 85:9, 85:12, 86:3, 101:7, 107:20, 110:17, 118:8, 118:23, 119:11
**fulfilled** [14] - 39:2, 39:11, 39:17, 44:14, 44:24, 52:5, 53:7, 57:24, 86:16, 93:8, 93:17, 94:15, 99:17, 119:2
**fulfilling** [1] - 93:19
**fulfillment** [2] - 99:23, 118:14
**full** [3] - 61:18, 71:15, 105:16
**fun** [2] - 5:25, 11:15
**future** [2] - 109:24, 118:10

**G**

**gain** [1] - 25:6
**gap** [4] - 42:21, 54:12, 93:13, 99:16
**gas** [3] - 47:21, 48:1, 48:3
**general** [4] - 65:8, 76:13, 99:6, 114:3
**generally** [7] - 99:4, 106:22, 110:2, 114:6, 114:7, 125:20, 125:24
**genesis** [1] - 69:17
**gentlemen** [5] - 16:19, 30:13, 49:8, 49:25, 59:24
**geographies** [1] - 111:18
**GIBSON** [2] - 2:4, 2:7
**given** [13] - 20:19, 26:6, 40:5, 50:20, 50:22, 53:14, 77:25, 78:4, 88:17, 93:10, 96:15, 113:12, 123:11
**Glen** [1] - 4:2
**goal** [2] - 81:19, 125:7
**goods** [1] - 117:7
**gotcha** [1] - 13:9
**govern** [1] - 18:1
**grab** [3] - 14:7, 58:12, 91:16
**grade** [1] - 112:10
**grades** [2] - 112:9, 112:10

HONG - DIRECT

graduated [1] - 106:9
graduating [1] - 106:8
Grand [1] - 2:5
grant [2] - 3:1, 27:10
granted [2] - 37:14,
43:12
granting [1] - 27:11
graph [2] - 121:19,
124:10
Graphic [2] - 108:19,
115:20
graphic [4] - 109:2,
115:25, 116:7,
116:11
graphics [1] - 108:6
great [1] - 35:14
grew [4] - 35:10,
71:22, 84:8, 99:19
Griffith [1] - 11:18
grocery [2] - 8:3, 8:10
group [2] - 10:9, 15:1
grow [2] - 99:18,
125:9
growing [12] - 35:14,
69:24, 85:22, 85:23,
86:1, 86:19, 122:8,
122:9, 124:10,
124:11, 124:13,
126:16
grown [1] - 6:13
grows [1] - 117:9
growth [1] - 35:15
guarantee [2] - 77:11,
112:16
guaranteed [7] -
34:24, 71:10, 71:13,
81:5, 87:14, 89:13,
93:20
guess [4] - 7:22, 21:6,
29:16, 45:14
guys [6] - 5:25, 60:19,
77:13, 89:23, 91:15,
94:24

## H

H-o-n-g [2] - 61:19,
105:17
half [9] - 31:23, 66:3,
86:19, 122:8,
122:10, 122:21,
122:22, 124:11,
126:25
hand [13] - 3:4, 12:25,
16:20, 22:13, 26:22,
34:3, 40:16, 61:8,
61:14, 105:6, 111:3,
117:11, 117:21
handled [1] - 113:25
handling [1] - 97:5

happy [1] - 127:20
hard [6] - 8:17, 16:24,
34:16, 43:16, 50:23,
56:18
harder [1] - 13:10
hardly [1] - 71:20
harm [2] - 41:2, 59:14
hash [1] - 97:3
head [1] - 55:22
headquarter [1] -
113:23
headquartered [2] -
31:14, 62:25
headquarters [2] -
74:6, 110:4
heads [1] - 56:17
hear [13] - 20:5, 21:18,
24:22, 26:21, 30:10,
36:5, 37:7, 37:21,
41:6, 43:3, 47:13,
55:23, 57:2
heard [11] - 20:16,
30:14, 30:21, 31:10,
32:9, 64:6, 64:20,
97:19, 99:3, 105:25,
109:24
hearing [1] - 26:25
heck [1] - 33:20
held [2] - 65:2, 107:8
help [9] - 16:11, 18:6,
19:13, 26:9, 27:16,
38:9, 41:4, 45:2,
108:24
helpful [1] - 108:21
hi [2] - 12:20, 12:21
high [18] - 31:17,
31:21, 32:22, 32:23,
34:10, 35:5, 52:17,
63:18, 65:15, 65:16,
70:6, 70:11, 70:14,
81:14, 109:1, 114:10
high-end [7] - 31:17,
31:21, 34:10, 63:18,
70:6, 70:14, 81:14
high-performance [1]
- 63:18
high-quality [1] - 35:5
high-speed [2] -
65:15, 65:16
higher [12] - 18:19,
46:14, 50:14, 50:25,
58:3, 59:11, 59:15,
59:17, 81:13, 81:14,
114:8
highest [3] - 81:24,
112:8, 112:12
highly [1] - 42:6
hiking [2] - 11:16,
11:17
historically [2] -

65:25, 66:16
history [1] - 78:5
hoc [1] - 77:16
hold [6] - 63:4, 63:5,
64:10, 64:25, 65:12,
66:14
home [1] - 128:1
honestly [3] - 4:21,
13:21, 16:11
Hong [38] - 30:20,
31:12, 31:13, 31:14,
39:9, 47:20, 61:6,
61:19, 62:7, 62:11,
62:12, 65:4, 68:11,
72:6, 72:10, 72:18,
73:23, 75:16, 75:18,
79:16, 85:17, 87:10,
92:13, 94:24, 95:4,
96:14, 100:4, 100:8,
101:21, 103:8,
103:20, 105:4,
105:17, 105:23,
105:25, 109:1,
119:18, 121:25
HONG [3] - 61:10,
105:8, 129:21
Honor [83] - 14:4,
14:15, 14:19, 14:24,
15:3, 15:7, 15:12,
15:19, 28:13, 30:2,
30:6, 30:12, 43:21,
44:7, 61:5, 61:14,
61:21, 62:2, 67:25,
68:3, 68:9, 72:9,
72:11, 72:13, 72:14,
73:13, 73:16, 75:13,
78:23, 79:8, 79:10,
82:16, 90:21, 91:18,
91:25, 92:5, 92:7,
92:10, 92:19, 95:14,
96:8, 96:11, 99:24,
101:11, 101:14,
101:15, 101:18,
101:20, 101:22,
102:7, 102:13,
102:15, 102:20,
103:1, 103:3,
103:16, 103:25,
104:2, 104:16,
105:3, 105:19,
108:6, 110:18,
110:23, 115:19,
116:3, 116:16,
120:3, 120:6,
120:10, 121:6,
121:9, 121:19,
121:22, 123:7,
123:10, 127:16,
127:23, 128:13,
128:14, 128:17,

128:18
HONORABLE [1] - 1:3
hope [2] - 108:23,
125:5
Hope [1] - 2:19
hoping [1] - 57:10
hosted [1] - 65:3
house [1] - 93:11
HP [1] - 66:4
hum [3] - 8:23, 9:6,
93:6
hundred [1] - 35:10,
53:1, 53:2
hundreds [1] - 35:12,
52:23, 53:5
husband [1] - 9:19

## I

i.e [2] - 59:2, 69:9
IBM [1] - 66:4
idea [2] - 10:13
identical [1] - 112:23
identified [1] - 15:23
identify [1] - 36:24
ifs [1] - 33:13
ignore [5] - 21:6, 21:9,
22:16, 25:22, 43:6
ignoring [1] - 40:3
II [1] - 1:13
imagine [1] - 7:8
immediately [2] -
25:20, 26:5
impact [3] - 42:2,
67:6, 67:8
impartial [2] - 12:24,
13:10, 25:11
important [18] - 22:11,
22:19, 25:15, 47:19,
49:24, 60:12, 60:13,
69:14, 69:15, 78:15,
78:16, 78:20, 81:15,
83:4, 83:5, 83:9,
117:16
impose [2] - 35:18,
35:22
imposed [1] - 36:2,
40:17, 126:24
improper [2] - 19:19,
25:6
in-house [1] - 93:11
inability [1] - 74:12
inaccurate [2] - 25:8,
84:9
INC [1] - 1:5
inception [2] - 66:1,
108:4
incident [1] - 93:21
include [3] - 31:19,
106:20, 120:17

included [5] - 42:8,
42:9, 42:12, 42:13
includes [3] - 23:12,
90:13, 121:5
including [3] - 23:15,
23:20, 24:19
incomplete [1] - 25:8
Incorporated [1] -
62:13
incremental [1] -
93:13
independently [1] -
53:5
indicate [3] - 5:4,
51:19, 55:11
indicated [5] - 5:4,
54:12, 57:4, 85:6,
95:20
indicating [1] - 56:10
indication [1] - 27:12
industry [23] - 47:19,
47:20, 47:21, 48:1,
48:6, 48:10, 48:24,
49:20, 51:18, 52:18,
69:25, 70:25, 71:1,
75:18, 75:19, 76:5,
76:11, 78:11, 78:13,
80:2, 97:22, 114:15
infer [1] - 20:17
influenced [4] - 17:20,
19:21, 25:7, 26:17
information [10] -
23:5, 24:9, 25:6,
25:8, 25:12, 25:19,
26:4, 27:5, 120:17,
121:15
informed [1] - 86:22
infringement [2] -
95:10, 95:13
initiated [1] - 71:16
innovated [1] - 32:1
innovative [1] - 31:22
innovator [1] - 31:22
inquire [1] - 91:6
inquiries [6] - 55:7,
55:10, 55:11, 55:12,
115:9, 115:12
inquiry [4] - 52:24,
56:25, 57:16
Instagram [1] - 23:16
instance [3] - 40:7,
93:18, 117:5
instances [3] - 93:19,
107:15, 107:19
instead [3] - 37:20,
39:12, 51:10
instruct [6] - 15:25,
17:16, 19:4, 20:2,
20:9, 27:24
instructed [1] - 19:24

HONG - DIRECT

**instruction** [3] - 23:4,
24:6, 128:11
**Instruction** [1] - 17:14
**instructions** [12] -
17:5, 17:6, 17:7,
17:8, 17:12, 18:1,
18:3, 23:4, 26:3,
28:3, 88:18
**insufficient** [2] -
28:23, 28:24
**integrate** [1] - 63:22
**intended** [1] - 19:13
**intention** [1] - 109:16
**interchangeable** [1] -
98:21
**interest** [1] - 21:20
**internal** [2] - 87:4,
120:1
**Internet** [2] - 24:11,
24:16
**interpret** [1] - 19:13
**interpreting** [1] -
110:19
**interrupting** [1] -
102:6
**intervening** [1] - 67:3
**intimidated** [1] - 10:18
**introduce** [1] - 30:19
**introduced** [3] - 37:7,
91:2, 91:5
**introducing** [1] -
102:1
**invented** [1] - 32:1
**investigate** [1] - 44:17
**investigation** [2] -
24:13, 25:5
**investments** [1] -
66:23
**invite** [1] - 58:5
**invoice** [5] - 121:5,
121:14, 121:16,
121:17
**invoices** [1] - 117:8
**involve** [1] - 4:10
**involved** [7] - 7:2,
23:22, 24:19, 68:11,
107:4, 108:1, 108:3
**involves** [1] - 23:6
**involving** [2] - 7:4,
95:5
**iPhone** [2] - 9:8, 34:6
**Irvine** [3] - 31:14,
63:1, 113:24
**issue** [23] - 28:10,
28:20, 44:5, 44:11,
44:12, 44:16, 88:9,
89:1, 90:22, 97:14,
102:16, 102:17,
103:17, 107:19,
109:23, 110:9,

110:11, 111:5,
111:7, 112:24,
118:1, 118:8, 122:25
**issued** [2] - 119:23,
121:4
**issues** [5] - 9:16, 23:6,
102:9, 107:15,
128:10
**issuing** [1] - 115:15
**it's..** [1] - 29:19
**item** [14] - 20:9, 93:21,
109:15, 109:16,
109:18, 111:5,
111:6, 111:10,
114:12, 117:24,
118:16, 119:5, 119:8
**items** [13] - 109:21,
110:7, 110:9,
110:10, 110:11,
116:22, 118:2,
118:12, 118:13,
119:1, 120:15,
120:16, 120:18
**itself** [3] - 37:24,
52:23, 65:23

## J

**January** [3] - 123:4,
124:22, 126:10
**Jason** [2] - 2:5, 30:15
**JDLA** [54] - 18:10,
18:22, 31:9, 32:24,
33:3, 33:8, 34:20,
35:11, 49:14, 49:23,
54:19, 56:3, 67:23,
68:11, 68:14, 68:16,
68:21, 70:2, 71:5,
71:16, 72:21, 74:2,
75:8, 76:25, 79:22,
83:2, 83:4, 83:5,
83:22, 84:4, 84:10,
85:18, 86:19, 90:8,
95:5, 95:20, 95:24,
96:5, 96:18, 96:22,
100:4, 101:9,
110:12, 110:15,
110:19, 122:7,
124:15, 124:18,
124:24, 125:1,
125:3, 125:4
**jeopardizes** [1] -
25:16
**jets** [1] - 4:9
**Jiang** [1] - 55:21
**job** [4] - 4:23, 7:12,
62:16, 107:1
**jobs** [1] - 63:8
**joined** [4] - 63:12,
106:11, 107:10

**joint** [1] - 122:7
**Joint** [3] - 18:9, 32:25,
67:17
**Jose** [1] - 74:6
**Judge** [1] - 79:5
**JUDGE** [1] - 1:3
**July** [6] - 41:14, 73:11,
75:5, 95:21, 103:23,
103:24
**June** [3] - 92:16, 96:17
**JungEun** [1] - 2:7
**juror** [7] - 23:24,
25:11, 25:16, 25:19,
26:4, 26:20, 105:1
**Juror** [32] - 3:2, 3:8,
3:11, 3:24, 3:25,
7:23, 7:25, 8:1,
12:15, 12:18, 12:20,
14:2, 14:3, 14:16,
14:17, 14:20, 14:21,
14:25, 15:4, 15:5,
15:8, 15:13, 15:14,
16:1, 16:2, 16:3
**JUROR** [64] - 4:2, 4:9,
4:12, 4:15, 4:18,
4:21, 5:1, 5:6, 5:9,
5:12, 5:16, 5:19,
5:21, 5:24, 6:1, 6:6,
6:8, 6:11, 6:14, 6:17,
6:22, 6:25, 7:3, 7:7,
7:11, 7:17, 7:21, 8:2,
8:9, 8:12, 8:16, 8:20,
8:23, 8:25, 9:4, 9:7,
9:12, 9:15, 9:18,
9:22, 9:25, 10:2,
10:11, 10:16, 10:19,
10:25, 11:2, 11:4,
11:7, 11:10, 11:13,
11:16, 11:18, 11:23,
12:5, 12:8, 12:12,
12:14, 12:21, 13:1,
13:4, 13:11, 13:18,
13:21
**jurors** [14] - 3:7, 3:11,
3:18, 14:11, 14:12,
15:23, 16:4, 16:23,
22:22, 22:25, 23:19,
24:21, 26:18, 128:1
**JURY** [1] - 1:12
**jury** [57] - 3:16, 3:17,
3:22, 4:6, 6:15, 6:19,
7:14, 8:6, 9:23, 10:9,
15:24, 16:7, 16:8,
16:13, 16:18, 16:21,
16:25, 17:5, 17:7,
17:8, 17:11, 17:14,
17:15, 23:7, 24:1,
26:11, 27:1, 27:2,
28:1, 28:8, 30:8,
30:13, 32:9, 43:22,

44:10, 51:8, 54:9,
62:10, 63:2, 64:6,
68:7, 69:6, 70:9,
71:25, 73:20, 85:21,
96:25, 98:2, 104:6,
104:21, 105:25,
108:20, 128:7,
128:11

## K

**keep** [14] - 10:23,
13:13, 22:23, 26:10,
27:4, 27:8, 39:20,
43:3, 43:11, 82:14,
91:7, 102:6, 119:15,
119:17
**keeps** [1] - 7:10
**kept** [1] - 13:5
**kerfuffle** [1] - 62:9
**KI** [4] - 61:10, 105:8,
105:17, 129:21
**Ki** [3] - 72:6, 105:4,
105:17
**kidding** [1] - 10:21
**kind** [8] - 4:21, 13:22,
37:23, 37:24, 68:19,
70:11, 71:14, 112:24
**kinds** [2] - 20:18,
106:22
**knowing** [2] - 34:24,
112:11
**Knuth** [11] - 37:6,
37:10, 44:3, 48:16,
49:1, 56:17, 123:4,
123:6, 123:21,
124:5, 124:23
**Korea** [5] - 73:10,
74:5, 96:21, 97:4,
110:4

## L

**Labs** [1] - 111:25
**lack** [1] - 32:23
**lacks** [1] - 92:19
**ladies** [5] - 16:19,
30:13, 49:8, 49:24,
59:24
**large** [2] - 32:6, 66:4
**largest** [3] - 32:10,
66:17, 125:21
**last** [10] - 6:13, 23:25,
30:15, 41:8, 43:1,
77:20, 91:4, 125:11,
127:16
**launch** [1] - 35:1,
70:1, 71:5
**law** [8] - 17:16, 17:18,
17:19, 20:18, 23:4,

24:18, 26:3, 27:24
**Law** [6] - 2:4, 2:5, 2:7,
2:13, 2:16, 2:18
**lawsuit** [1] - 56:7,
94:20, 94:25
**lawyer** [5] - 20:23,
20:24, 21:1, 26:22,
112:4
**lawyers** [13] - 3:21,
12:17, 19:3, 19:10,
19:11, 19:15, 19:17,
24:20, 26:19, 26:25,
103:21, 108:23
**lead** [3] - 40:15, 67:4,
71:12
**leading** [2] - 67:10,
70:11
**leads** [1] - 91:4
**learn** [1] - 24:13
**leave** [3] - 3:7, 8:18,
26:12
**Lee** [1] - 2:7
**left** [4] - 26:13, 38:16,
39:22, 117:21
**left-hand** [1] - 117:21
**legal** [7] - 24:6, 73:24,
87:22, 90:10, 93:9
**legally** [2] - 5:2, 84:22
**length** [1] - 27:9
**less** [6] - 35:23, 35:24,
43:9, 77:1, 99:23
**letter** [16] - 73:5,
73:11, 73:23, 91:2,
91:4, 92:15, 92:18,
93:13, 93:15, 95:12,
96:16, 101:21,
101:25, 102:9,
103:8, 103:20
**level** [4] - 36:3, 40:11,
109:1, 113:2
**levels** [1] - 112:19
**LG** [1] - 63:9
**LICENBERG** [1] - 2:13
**license** [3] - 33:5,
65:20, 95:6
**License** [3] - 18:10,
32:25, 67:17
**licensed** [1] - 69:18
**licenses** [1] - 32:2
**licensing** [1] - 73:6
**light** [2] - 21:23, 51:16
**lightly** [1] - 87:25
**likely** [1] - 65:2
**limited** [8] - 20:2,
20:3, 20:8, 20:10,
20:11, 23:15, 48:4,
78:11
**line** [28] - 35:1, 35:2,
35:6, 48:13, 54:7,
57:9, 57:12, 70:1,

HONG - DIRECT

70:4, 70:12, 70:14,
93:21, 109:16,
109:18, 110:7,
110:9, 110:10,
110:11, 117:24,
118:2, 118:12,
118:13, 118:25,
119:5, 124:14,
125:23, 125:24
**lines** [1] - 70:10
**lingers** [1] - 13:11
**link** [1] - 52:7
**linked** [1] - 54:10
**LinkedIn** [1] - 23:16
**list** [10] - 19:8, 46:2,
50:20, 50:22, 53:16,
53:17, 94:14, 98:9
**listed** [1] - 109:15
**listen** [3] - 6:20, 24:7,
25:23
**listening** [1] - 39:21
**listing** [2] - 119:22,
121:3
**literally** [4] - 13:12,
55:25, 110:19, 116:7
**live** [2] - 4:2, 8:2
**LLP** [4] - 2:4, 2:7,
2:15, 2:18
**Lo** [4] - 2:5, 30:15,
79:7, 103:9
**LO** [39] - 28:12, 28:16,
28:24, 29:6, 29:19,
29:25, 30:2, 30:6,
91:16, 104:16,
105:3, 105:19,
105:22, 108:6,
108:14, 108:16,
108:18, 108:25,
110:23, 110:24,
115:19, 116:2,
116:16, 116:17,
120:3, 120:10,
120:11, 121:6,
121:13, 121:19,
121:24, 123:7,
123:15, 123:17,
127:16, 127:20,
127:23, 128:13,
129:23
**load** [2] - 48:17, 65:16
**located** [1] - 111:18
**location** [2] - 113:21,
113:23
**locations** [1] - 112:16
**logically** [1] - 94:7
**long-term** [1] - 62:18
**longer-term** [2] -
64:15, 64:23
**look** [19] - 10:20,
38:16, 41:1, 54:19,

56:23, 56:25, 67:20,
69:3, 72:25, 74:24,
82:15, 86:2, 87:12,
87:13, 90:15, 92:13,
100:4, 103:13,
121:14
**Look** [1] - 56:11
**looked** [5] - 41:13,
41:17, 41:18, 42:1,
42:4
**looking** [9] - 14:12,
32:19, 44:11, 54:23,
60:9, 83:4, 93:21,
93:22, 100:5
**Los** [5] - 1:15, 1:24,
2:6, 2:14, 2:19
**loss** [3] - 53:9, 53:24,
58:4
**losses** [2] - 44:13,
44:19
**lost** [1] - 59:15
**low** [2] - 78:21, 82:2
**lower** [8] - 32:17,
42:10, 53:23, 80:21,
82:8, 100:12,
100:17, 127:5
**LTD** [1] - 1:8
**luck** [1] - 37:17
**lunch** [1] - 3:19

---

# M

**mail** [14] - 23:14,
52:24, 55:7, 55:12,
56:24, 57:13, 57:22,
64:5, 92:17, 123:3,
123:6, 123:22,
125:5, 126:10
**mails** [10] - 37:10,
48:14, 49:10, 50:4,
55:8, 56:10, 56:23,
57:6, 57:18, 58:6
**mainstream** [2] -
70:12, 70:14
**maintain** [1] - 125:9
**major** [3] - 63:21,
65:25, 106:5
**manage** [4] - 106:19,
107:4, 107:25, 117:8
**management** [8] -
63:6, 84:22, 86:23,
97:4, 106:6, 106:20,
107:2, 108:4
**manager** [5] - 8:3, 8:8,
44:3, 107:11, 108:2
**manages** [1] - 107:25
**manner** [1] - 21:19
**manufacture** [2] -
31:17, 63:18
**manufacturer** [3] -

32:10, 38:12, 114:16
**manufacturers** [3] -
63:22, 66:1, 66:15
**manufactures** [1] -
65:23
**manufacturing** [3] -
66:11, 66:25, 67:1
**Marc** [3] - 2:18, 73:6,
87:21
**MARELLA** [1] - 2:12
**margined** [1] - 48:13
**mark** [2] - 114:7, 116:8
**marked** [1] - 123:2
**market** [7] - 50:16,
66:14, 67:4, 75:21,
78:17, 81:11, 114:22
**marketing** [3] - 62:20,
63:11, 70:21
**markets** [1] - 63:20
**married** [1] - 8:4
**master's** [2] - 41:7,
63:5
**match** [6] - 41:21,
51:13, 53:13, 53:19,
58:6, 59:9
**matching** [6] - 50:18,
50:23, 51:2, 51:3,
57:20, 58:7
**material** [2] - 74:18,
75:2
**materials** [1] - 24:12
**matter** [5] - 24:3,
29:14, 78:18, 81:6,
129:2
**matters** [1] - 29:17
**maximize** [1] - 81:19
**mean** [14] - 8:11,
11:25, 13:15, 30:1,
38:23, 64:1, 70:9,
71:18, 86:16, 99:5,
107:3, 115:22,
124:6, 125:16
**meaning** [2] - 63:21,
77:10
**means** [12] - 17:22,
21:10, 23:14, 42:9,
47:22, 47:25, 54:16,
55:1, 98:2, 98:3,
124:9
**meant** [1] - 108:21
**mechanic** [5] - 4:3,
4:7, 4:17, 4:25, 7:5
**media** [8] - 5:10, 5:11,
23:17, 23:21, 24:8,
24:23, 25:21, 25:23
**medium** [2] - 70:16,
70:18
**medium-sized** [1] -
70:16
**meet** [2] - 43:22, 128:9

**meetings** [1] - 97:2
**members** [7] - 16:5,
17:15, 23:21, 30:18,
43:22, 44:10, 54:9
**Memory** [1] - 111:24
**memory** [38] - 18:11,
19:15, 21:19, 26:16,
26:17, 31:17, 31:18,
32:4, 32:5, 32:11,
32:20, 33:22, 37:9,
40:24, 41:13, 44:13,
45:9, 51:18, 63:18,
64:1, 64:2, 64:5,
64:7, 64:9, 64:14,
65:15, 65:16, 65:17,
66:8, 66:19, 68:17,
72:5, 75:18, 76:1,
76:4, 80:2, 112:2
**mention** [2] - 60:5,
60:8
**mentioned** [5] - 47:6,
96:20, 107:1, 108:1,
114:6
**mere** [1] - 86:15
**merits** [1] - 23:11
**message** [3] - 35:22,
64:5, 124:6
**messaging** [1] - 23:14
**met** [1] - 97:4
**methodology** [1] -
47:2
**Metz** [5] - 123:4,
123:6, 123:19,
123:20, 124:22
**MICHAEL** [1] - 1:3
**Michael** [2] - 2:16,
41:6
**Microsoft** [1] - 125:22
**mid-2017** [1] - 51:24
**mid-2020** [1] - 51:24
**middle** [3] - 45:10,
62:24
**middleman** [1] - 38:11
**might** [6] - 12:24,
21:7, 38:13, 55:2,
57:1, 91:13
**MIL** [4] - 95:14,
101:19, 102:11,
104:15
**million** [39] - 42:18,
42:23, 45:5, 45:8,
45:18, 45:19, 45:22,
46:4, 46:7, 46:18,
46:19, 47:8, 49:5,
50:3, 51:6, 51:11,
51:13, 52:1, 54:5,
54:6, 54:8, 54:9,
58:14, 58:24, 59:1,
59:6, 76:19, 76:21,
77:20, 85:12, 86:4,

86:10, 126:17,
127:3, 127:7,
127:10, 127:13,
127:14
**millions** [3] - 35:12,
71:23, 77:3
**Min** [1] - 73:9
**mind** [10] - 10:8,
10:23, 10:24, 14:7,
22:23, 39:20, 43:4,
43:11, 96:1, 109:20
**minds** [3] - 53:3, 53:4,
53:6
**minimum** [1] - 27:9
**minute** [3] - 10:14,
36:8, 104:4
**minutes** [4] - 28:7,
30:4, 31:6, 104:17,
127:18, 127:21
**misleading** [1] - 25:8
**mistake** [1] - 3:5
**mistakes** [1] - 22:4
**mistrial** [1] - 25:17
**mitigate** [2] - 91:9,
91:10
**mix** [1] - 15:5
**model** [1] - 58:11
**modules** [3] - 31:17,
31:18, 32:4
**moment** [3] - 30:24,
43:15, 62:9
**momentarily** [1] - 64:3
**monetary** [2] - 44:13,
94:7
**money** [9] - 31:2,
42:24, 48:21, 50:6,
53:23, 59:15, 81:20,
82:3, 82:10
**Monica** [1] - 11:19
**Montclair** [1] - 6:10
**Montford** [2] - 6:11,
6:12
**Montford's** [1] - 6:8
**month** [13] - 28:25,
29:3, 35:11, 35:12,
37:3, 39:7, 48:18,
71:23, 77:21,
126:12, 126:17
**monthly** [6] - 37:1,
37:12, 95:25, 96:1,
109:13, 122:3
**months** [3] - 39:8,
41:16, 99:21
**morning** [1] - 128:16
**most** [10] - 40:15,
55:19, 57:14, 58:22,
63:19, 66:5, 97:22,
98:5, 117:16, 118:11
**mostly** [1] - 65:15
**move** [15] - 28:4,

HONG - DIRECT

67:25, 73:13, 78:23,
79:8, 79:25, 91:12,
91:13, 92:3, 101:15,
110:18, 120:3,
121:6, 123:7, 125:13
**moved** [3] - 79:11,
79:12, 120:7
**movie** [1] - 65:1
**movies** [1] - 11:16
**moving** [2] - 52:18,
126:8
**MR** [141] - 14:4, 14:7,
14:15, 14:19, 14:22,
14:24, 15:3, 15:7,
15:12, 15:17, 15:19,
28:12, 28:16, 28:24,
29:6, 29:19, 29:25,
30:2, 30:6, 30:12,
43:21, 61:5, 61:21,
62:2, 62:6, 67:25,
68:3, 68:6, 68:9,
68:10, 72:9, 72:13,
72:14, 72:17, 73:13,
73:16, 73:19, 73:22,
75:11, 75:13, 75:15,
78:23, 79:1, 79:2,
79:6, 79:10, 79:15,
82:16, 82:19, 90:21,
91:1, 91:8, 91:12,
91:16, 91:17, 91:24,
92:2, 92:5, 92:7,
92:10, 92:12, 92:19,
92:20, 92:23, 95:14,
95:18, 95:19, 96:8,
96:11, 96:13, 99:24,
100:3, 101:11,
101:14, 101:18,
101:20, 101:22,
101:23, 101:24,
101:25, 102:3,
102:4, 102:6,
102:13, 102:15,
102:20, 103:1,
103:3, 103:5, 103:7,
103:16, 103:19,
103:25, 104:2,
104:16, 105:3,
105:19, 105:22,
108:6, 108:11,
108:14, 108:15,
108:16, 108:17,
108:18, 108:25,
110:18, 110:23,
110:24, 115:19,
115:22, 116:2,
116:6, 116:16,
116:17, 120:3,
120:6, 120:10,
120:11, 121:6,
121:9, 121:13,

121:19, 121:22,
121:24, 123:7,
123:10, 123:15,
123:17, 127:16,
127:20, 127:23,
128:13, 128:14,
128:17, 128:18,
129:12, 129:16,
129:18, 129:20,
129:23
**MS** [2] - 61:14, 105:12
**muffins** [1] - 8:16
**Mulligan** [1] - 30:17
**MULLIGAN** [2] -
61:14, 105:12
**multiple** [4] - 46:2,
74:19, 97:2, 115:10
**must** [16] - 17:19,
17:20, 17:22, 19:24,
20:3, 20:10, 21:6,
21:10, 23:2, 23:5,
24:2, 25:22, 25:23,
26:1, 90:2
**MYERS** [2] - 2:15,
2:18

## N

**name** [8] - 11:20,
30:14, 37:23, 43:23,
61:18, 62:10, 62:11,
105:16
**names** [1] - 111:21
**NAND** [36] - 18:11,
18:14, 18:18, 33:11,
33:19, 34:3, 34:5,
34:7, 34:11, 34:12,
34:13, 34:23, 35:3,
35:18, 36:19, 64:7,
64:14, 64:15, 64:23,
65:17, 66:17, 67:14,
69:8, 69:22, 69:23,
84:12, 106:24,
107:16, 107:20,
109:5, 110:16,
119:15, 120:15,
120:16, 124:25
**NAND-related** [1] -
106:24
**nature** [1] - 102:21
**Neal** [4] - 44:2, 48:16,
49:1, 123:4
**near** [1] - 49:6
**necessarily** [3] -
22:18, 38:23, 104:9
**necessary** [1] - 26:25
**need** [24] - 17:3,
36:25, 37:3, 39:13,
39:22, 41:1, 47:4,
49:9, 52:4, 52:7,

57:25, 58:19, 59:15,
67:7, 83:2, 85:25,
87:18, 97:11, 97:20,
98:23, 99:1, 112:8,
114:24, 127:9
**needed** [7] - 37:13,
37:14, 38:7, 40:10,
43:12, 119:12,
127:14
**needs** [5] - 32:4,
40:12, 54:8, 59:14,
109:6
**negotiated** [4] - 49:15,
49:22, 82:20, 82:21
**negotiating** [1] - 68:11
**negotiation** [2] -
118:17, 118:24
**nervous** [4] - 6:17,
10:1, 10:2, 10:11
**nervousness** [1] -
6:16
**NESSIM** [1] - 2:12
**Netflix** [4] - 65:2, 65:3,
88:6
**Netlist** [204] - 18:8,
18:12, 18:16, 18:20,
18:23, 18:24, 30:16,
30:20, 30:23, 31:2,
31:13, 31:14, 31:20,
31:22, 32:1, 32:4,
32:16, 32:18, 33:1,
33:4, 33:7, 33:12,
33:14, 34:9, 34:21,
34:23, 34:25, 35:7,
35:8, 35:17, 35:23,
36:3, 36:10, 36:13,
36:18, 36:19, 36:24,
37:2, 37:6, 37:8,
37:15, 37:17, 37:20,
38:3, 38:9, 38:19,
39:10, 39:12, 39:24,
40:5, 40:25, 41:14,
42:10, 42:15, 42:19,
42:25, 43:6, 43:9,
44:4, 44:12, 45:9,
46:21, 47:9, 48:9,
49:2, 49:11, 49:19,
49:25, 50:5, 52:15,
52:22, 53:4, 54:7,
54:16, 55:2, 55:3,
56:5, 56:11, 57:5,
57:15, 58:8, 58:15,
59:8, 60:13, 61:3,
61:5, 62:13, 62:23,
62:25, 63:8, 63:14,
63:16, 63:17, 65:5,
65:12, 65:20, 65:23,
66:8, 67:7, 67:17,
68:12, 68:17, 69:9,
69:14, 70:1, 71:3,

72:1, 72:2, 72:4,
72:5, 74:2, 74:17,
75:1, 75:7, 76:18,
77:3, 79:17, 79:23,
80:4, 82:21, 82:23,
84:10, 84:11, 84:22,
86:23, 88:7, 88:8,
88:13, 89:5, 92:18,
93:4, 93:7, 94:19,
94:24, 95:9, 95:12,
95:21, 99:8, 99:12,
99:21, 100:11,
100:13, 100:15,
100:16, 100:17,
101:1, 101:6, 102:8,
105:3, 106:11,
106:12, 106:13,
106:14, 106:15,
107:8, 107:10,
107:16, 107:24,
108:4, 109:5, 109:8,
109:10, 109:14,
109:19, 109:20,
110:1, 110:13,
110:17, 111:5,
111:9, 112:6, 113:8,
113:18, 113:19,
113:25, 114:4,
114:12, 114:20,
115:1, 115:3,
117:13, 117:18,
118:1, 118:5,
118:17, 118:24,
119:3, 119:10,
119:15, 120:18,
122:5, 122:17,
122:18, 122:20,
123:24, 124:19,
125:2, 125:6,
126:11, 126:14,
126:24, 127:5
**NETLIST** [1] - 1:5
**Netlist's** [24] - 18:12,
18:14, 31:16, 33:12,
33:14, 39:21, 47:13,
52:2, 55:21, 65:24,
69:9, 71:5, 102:22,
107:20, 109:3,
110:15, 110:25,
111:11, 112:1,
113:16, 116:20,
120:12, 124:7,
124:25
**never** [8] - 4:6, 6:25,
9:7, 39:11, 43:9,
94:10, 97:18, 102:18
**Never** [1] - 109:24
**new** [2] - 35:1, 70:1
**Newport** [2] - 2:16,
2:17

**news** [4] - 24:8, 24:10,
25:21, 25:23
**next** [11] - 28:3, 31:6,
33:21, 36:25, 37:3,
37:21, 59:8, 104:5,
104:9, 104:23,
117:25
**nice** [1] - 43:22
**nicely** [2] - 71:21,
85:23
**niche** [1] - 70:11
**NoHo** [1] - 4:3
**non** [2] - 77:19,
114:13
**non-Samsung** [1] -
114:13
**noncontract** [1] -
77:19
**none** [1] - 21:15
**normal** [1] - 7:11
**North** [2] - 4:3, 123:23
**note** [2] - 26:12,
123:14
**note-taking** [1] - 26:12
**notebooks** [1] - 91:14
**notes** [7] - 26:9,
26:10, 26:13, 26:14,
26:15, 26:16, 26:17
**Nothing** [1] - 101:3
**nothing** [7] - 7:4,
49:16, 83:22, 83:25,
96:8, 100:20, 103:25
**notice** [12] - 71:12,
73:24, 74:18, 84:21,
85:2, 87:15, 87:21,
90:14, 91:10, 93:5,
94:12, 97:6
**notices** [1] - 93:9
**notify** [2] - 23:23, 26:5
**notion** [3] - 54:22,
59:17, 101:21
**November** [6] - 33:2,
34:20, 68:15, 68:16,
85:5, 110:12
**number** [34] - 15:24,
22:18, 27:8, 32:2,
33:3, 44:22, 45:2,
45:4, 45:5, 45:6,
45:7, 45:8, 45:20,
46:8, 46:12, 46:24,
47:4, 48:4, 51:5,
68:25, 76:20, 77:22,
78:2, 85:14, 86:5,
86:6, 98:4, 98:22,
99:18, 105:1,
114:16, 116:21,
117:8
**Number** [34] - 3:2, 3:8,
3:24, 3:25, 7:24,
7:25, 8:1, 12:15,

HONG - DIRECT

12:18, 12:20, 14:2, 14:3, 14:16, 14:17, 14:20, 14:21, 14:25, 15:4, 15:8, 15:13, 15:14, 16:1, 16:2, 16:3, 17:14, 108:19, 115:20, 121:20
**numbers** [9] - 45:17, 76:22, 77:5, 77:6, 77:23, 77:24, 86:11, 86:13, 99:17
**nurse** [4] - 4:4, 5:18, 5:19, 5:21
**Nuys** [1] - 4:2
**NW** [1] - 2:8

## O

**O'MELVENY** [2] - 2:15, 2:18
**oath** [4] - 17:24, 25:2, 25:14, 127:25
**object** [4] - 19:18, 21:1, 101:18, 104:14
**objection** [30] - 19:21, 21:2, 21:4, 21:5, 68:2, 68:3, 73:15, 73:16, 79:9, 79:10, 90:21, 92:6, 92:7, 95:14, 95:16, 102:25, 108:10, 108:12, 108:17, 115:21, 115:22, 116:4, 120:5, 120:6, 121:8, 121:9, 121:22, 123:9, 123:11, 123:14
**objections** [3] - 19:17, 108:8, 121:21
**obligated** [2] - 100:15, 100:16
**obligates** [1] - 100:11
**obligation** [9] - 30:22, 30:23, 31:4, 34:13, 40:24, 40:25, 49:21, 72:1, 101:8
**obligations** [2] - 93:19, 96:22
**obvious** [1] - 80:21
**obviously** [4] - 53:9, 59:25, 74:3, 124:9
**occupation** [1] - 8:3
**occupied** [1] - 7:10
**occur** [2] - 36:23, 78:8
**occurred** [3] - 84:23, 91:3, 93:23
**OEM** [1] - 63:13
**OF** [3] - 1:2, 1:12, 2:1
**offered** [1] - 94:5
**offers** [1] - 20:24

**officer** [6] - 39:9, 62:15, 62:16, 73:7, 106:16, 106:18
**Official** [1] - 1:23
**often** [6] - 22:3, 32:17, 43:6, 55:4, 55:9, 59:20
**oil** [6] - 47:21, 48:1, 48:2, 75:22, 76:1, 78:11
**on-the-job** [1] - 4:23
**once** [9] - 38:24, 40:8, 40:9, 43:3, 50:11, 60:22, 69:6, 98:8, 118:5
**one** [54] - 5:8, 6:8, 9:9, 10:12, 11:19, 11:25, 15:9, 20:16, 26:13, 29:6, 29:13, 30:15, 33:4, 34:12, 37:8, 37:13, 38:24, 39:20, 43:1, 44:11, 46:6, 48:3, 54:1, 59:16, 62:21, 72:18, 75:20, 78:14, 78:16, 79:4, 79:6, 80:6, 82:9, 87:17, 93:21, 98:15, 101:21, 107:5, 107:15, 107:25, 108:12, 108:13, 108:17, 109:21, 112:10, 113:13, 113:14, 115:15, 116:18, 117:16, 121:14
**one-off** [1] - 37:13
**ongoing** [1] - 93:19
**online** [3] - 12:2, 12:6, 62:2
**open** [4] - 10:23, 15:21, 22:23, 57:11
**opened** [1] - 102:2
**opening** [15] - 17:9, 17:13, 19:12, 27:15, 27:18, 28:4, 28:6, 28:7, 28:9, 30:5, 30:9, 43:19, 112:4, 125:18
**operate** [1] - 65:17
**operating** [4] - 39:9, 106:16, 106:17, 120:2
**operations** [3] - 62:19, 106:19, 107:14
**opinion** [3] - 6:20, 18:4, 27:12
**opinions** [2] - 17:21, 60:7
**opportunity** [5] - 21:17, 30:19, 90:18,

94:24, 96:15
**opposed** [4] - 38:12, 112:2, 113:10, 114:5
**opposing** [1] - 91:21
**option** [1] - 83:21
**options** [2] - 48:4, 111:11
**Orange** [1] - 63:12
**order** [68] - 1:25, 3:23, 21:8, 32:17, 36:14, 36:16, 37:15, 37:17, 38:18, 38:19, 38:20, 39:13, 39:14, 39:18, 39:24, 40:5, 40:6, 43:10, 43:12, 46:3, 50:23, 51:10, 51:11, 52:1, 52:5, 52:8, 52:15, 52:16, 53:3, 53:11, 53:22, 55:17, 56:1, 56:14, 56:21, 57:4, 57:13, 57:14, 57:22, 61:25, 81:9, 86:4, 86:16, 87:11, 87:12, 88:17, 89:1, 89:2, 94:2, 94:6, 94:11, 99:12, 99:16, 99:17, 109:23, 111:6, 111:8, 116:22, 118:2, 118:5, 118:9, 118:23, 119:2, 119:8, 120:12, 126:24
**ordered** [3] - 24:3, 120:18, 120:20
**orderly** [1] - 60:20
**orders** [61] - 29:11, 38:8, 39:7, 39:8, 39:11, 39:23, 40:13, 43:5, 43:7, 44:13, 44:18, 44:20, 44:24, 45:15, 45:22, 46:6, 50:20, 51:14, 51:17, 51:19, 51:22, 52:4, 53:6, 53:8, 53:13, 53:16, 53:20, 54:2, 55:16, 56:8, 57:7, 57:9, 58:15, 59:9, 60:16, 85:9, 85:13, 86:10, 88:9, 88:14, 93:7, 93:16, 94:15, 99:3, 99:9, 99:15, 99:22, 117:6, 119:17, 119:22, 121:3, 122:2, 122:9, 122:14, 122:17, 122:18, 122:21, 126:11
**organized** [1] - 28:5
**original** [1] - 92:17

**otherwise** [1] - 23:9
**outcome** [1] - 21:20
**outdoors** [2] - 6:1, 6:2
**outline** [1] - 27:16
**outlined** [1] - 118:7
**outright** [1] - 118:9
**outside** [5] - 25:5, 25:19, 26:4, 40:17, 93:12
**overly** [1] - 26:17
**overpaid** [2] - 46:21, 50:16
**overrule** [2] - 21:2, 102:25
**oversee** [1] - 62:19
**overstated** [2] - 50:3, 59:7
**oversupply** [1] - 67:5
**own** [16] - 24:14, 31:20, 32:5, 32:19, 38:6, 40:4, 47:13, 48:15, 50:1, 52:2, 52:16, 59:4, 66:11, 90:13, 106:10
**owned** [1] - 5:5

## P

**page** [8] - 63:25, 69:3, 72:16, 74:25, 79:18, 102:16, 103:13, 116:1
**pages** [1] - 46:2
**paid** [3] - 18:19, 38:1, 42:15
**PAIK** [3] - 105:8, 105:17, 129:21
**Paik** [3] - 72:6, 105:3, 105:17
**panel** [2] - 15:15, 16:21
**paper** [2] - 44:17, 49:8
**paragraph** [4] - 74:17, 74:25, 94:23, 102:13
**Park** [2] - 2:14, 11:18
**part** [18] - 7:6, 21:14, 22:15, 22:16, 28:21, 44:9, 74:8, 98:4, 98:22, 98:25, 107:1, 109:24, 110:15, 114:16, 114:18, 114:19, 116:25
**participate** [1] - 71:14
**participates** [1] - 112:6
**participation** [1] - 16:6
**particular** [16] - 29:13, 52:5, 56:12, 56:13, 71:2, 94:16, 98:3,

98:4, 98:7, 98:13, 98:22, 111:10, 117:24, 121:4
**particularly** [2] - 32:18, 90:24
**parties** [22] - 18:9, 24:19, 25:10, 25:13, 28:5, 29:8, 29:25, 31:8, 31:9, 33:3, 43:16, 45:9, 47:22, 69:21, 80:22, 86:21, 91:23, 104:13, 104:14, 116:21, 128:10, 128:12
**partner** [1] - 87:25
**parts** [17] - 39:25, 111:13, 111:16, 112:13, 112:14, 112:20, 113:5, 114:24, 115:9, 115:11, 118:18, 119:7, 122:24, 124:12, 127:10, 127:14
**party** [11] - 27:17, 41:24, 42:19, 49:17, 61:23, 81:10, 100:21, 100:22, 101:4, 101:5
**party's** [2] - 24:25, 27:18
**pass** [4] - 3:15, 3:16, 72:11, 75:11
**patent** [3] - 95:5, 95:9, 95:13
**patents** [3] - 65:12, 69:18, 69:21
**paths** [2] - 40:15, 43:4
**pause** [1] - 14:9
**pay** [16] - 26:5, 31:2, 38:13, 38:14, 43:9, 51:20, 54:25, 55:12, 57:17, 60:17, 60:20, 87:2, 113:21, 114:2, 114:4, 117:8
**paying** [2] - 13:13, 86:24
**pays** [1] - 113:20
**pecking** [1] - 32:17
**penny** [3] - 45:22, 47:8, 48:12
**people** [11] - 7:17, 10:3, 10:7, 10:9, 12:2, 22:3, 22:4, 23:22, 24:19, 38:8, 112:5
**Pepperdine** [1] - 63:6
**per** [2] - 36:19, 71:23
**percent** [4] - 42:15, 42:17, 114:8, 114:10

HONG - DIRECT

**peremptories** [3] -
3:13, 14:5, 14:13
**peremptory** [1] - 3:14
**perfectly** [1] - 89:5
**performance** [1] -
63:18
**perhaps** [1] - 68:25
**period** [26] - 41:15,
42:20, 44:4, 45:10,
45:11, 51:23, 64:12,
77:9, 85:6, 85:11,
85:17, 85:21, 86:2,
86:3, 86:7, 88:6,
88:19, 89:4, 95:3,
97:8, 126:15,
126:17, 126:21,
126:23, 127:1
**periods** [3] - 45:12,
45:13, 96:6
**permission** [10] -
36:15, 37:13, 40:5,
40:13, 43:12, 88:18,
110:8, 110:10,
111:7, 118:4
**permitted** [3] - 20:25,
26:20, 99:8
**person** [1] - 23:12
**personal** [1] - 17:21
**personally** [2] - 6:25,
20:15
**perspective** [4] -
85:24, 86:20, 112:1,
116:20
**Ph.D** [1] - 41:8
**phenomenon** [1] -
48:24
**phone** [4] - 23:13,
34:6, 37:10, 64:18
**photo** [4] - 33:25,
34:5, 64:17, 64:18
**pick** [4] - 32:15, 42:13,
104:5, 128:8
**pickup** [1] - 67:11
**picture** [1] - 34:14
**piece** [2] - 47:1, 51:16
**pieces** [9] - 53:1, 53:2,
115:5, 115:16,
115:17, 116:25,
117:2, 117:3, 117:5
**pies** [1] - 8:16
**pissed** [1] - 13:12
**place** [11] - 29:10,
34:20, 34:21, 40:8,
40:9, 42:5, 43:10,
43:13, 81:9, 83:1,
86:12
**placed** [1] - 44:14
**places** [3] - 11:21,
24:17, 80:3
**plaintiff** [7] - 3:15,

14:14, 18:8, 27:19,
27:21, 30:10
**Plaintiff** [2] - 1:6, 2:2
**plaintiffs** [3] - 51:4,
51:7, 58:23
**plane** [1] - 7:15
**planes** [3] - 4:8, 7:20,
7:21
**planned** [1] - 77:17
**planning** [1] - 62:18
**PM** [1] - 1:14
**PO** [4] - 115:15,
115:16, 118:2,
122:25
**pocket** [1] - 108:7
**podium** [1] - 3:9
**point** [17] - 44:6, 50:2,
50:8, 50:11, 68:22,
74:6, 78:19, 86:24,
87:8, 89:20, 93:23,
97:11, 98:10, 99:16,
111:11, 118:17,
119:10
**pointing** [1] - 90:12
**poor** [1] - 85:15
**population** [1] - 10:6
**POs** [4] - 110:9,
110:11, 115:16,
122:23
**position** [6] - 62:14,
66:14, 102:22,
106:15, 106:16,
107:8
**positions** [1] - 18:7
**positive** [2] - 86:2,
86:3
**possible** [3] - 24:24,
81:23, 81:24
**post** [2] - 5:13, 11:3
**posting** [2] - 5:14,
11:1
**potential** [1] - 112:24
**power** [5] - 34:7,
64:11, 64:16, 64:17,
64:19
**powered** [1] - 33:24
**PowerPoint** [1] -
79:16
**practice** [3] - 82:11,
83:1, 84:1
**precisely** [1] - 88:22
**prediction** [2] - 55:2
**prefer** [1] - 9:8
**prejudice** [1] - 21:21
**prejudices** [1] - 17:21
**preliminary** [4] - 17:5,
17:8, 17:11, 28:3
**premium** [1] - 42:18
**prepared** [2] - 79:23,
109:15

**presence** [1] - 6:19
**present** [5] - 27:2,
27:19, 27:21, 75:1,
78:1
**presentation** [1] -
85:22
**presented** [3] - 25:1,
25:12, 27:23
**presenting** [2] - 44:1,
58:16
**president** [1] - 107:13
**press** [1] - 23:21
**pretty** [2] - 7:9, 85:15
**previously** [3] - 35:23,
35:25, 124:10
**price** [56] - 18:12,
30:25, 33:13, 42:10,
42:17, 46:14, 46:15,
46:17, 48:1, 48:5,
48:7, 48:8, 48:9,
48:13, 48:19, 48:25,
50:5, 50:14, 50:17,
50:24, 51:1, 51:20,
52:17, 53:23, 56:13,
57:2, 57:3, 57:24,
58:3, 59:11, 59:15,
69:9, 76:12, 78:8,
78:13, 78:14, 78:18,
78:21, 80:22, 81:1,
81:10, 81:12, 81:16,
81:23, 81:24, 82:2,
82:8, 89:1, 100:12,
100:16, 100:17,
120:18, 120:21
**price-sensitive** [1] -
48:9
**prices** [9] - 18:19,
41:23, 47:15, 48:18,
49:12, 55:9, 59:6,
78:6, 114:4
**pricing** [6] - 47:16,
48:23, 48:24, 52:18,
55:4, 114:8
**printer** [1] - 64:24
**priority** [1] - 32:22
**private** [2] - 7:19, 7:21
**problem** [14] - 9:7,
12:3, 52:12, 54:15,
74:5, 74:9, 74:10,
87:3, 87:4, 113:16,
123:25, 124:13,
125:7, 126:8
**proceed** [2] - 17:4,
27:14, 105:19
**proceedings** [4] -
25:17, 61:11, 105:9,
129:2
**process** [17] - 3:23,
16:6, 16:12, 25:4,
25:9, 25:18, 36:9,

40:4, 60:20, 82:14,
87:22, 89:18, 89:25,
90:10, 98:12, 98:14,
109:3
**procure** [1] - 116:22
**procurement** [7] -
40:4, 55:22, 107:11,
107:12, 108:2,
108:3, 109:3
**product** [70] - 29:5,
29:22, 37:25, 38:3,
38:11, 41:13, 41:22,
42:10, 47:23, 48:13,
48:17, 50:25, 52:19,
55:25, 56:7, 56:12,
56:18, 56:20, 57:1,
57:6, 57:10, 57:24,
58:3, 59:10, 60:15,
66:2, 70:10, 70:12,
70:14, 71:9, 71:13,
76:1, 77:12, 78:14,
78:18, 78:21, 79:21,
81:5, 81:13, 82:2,
82:3, 83:2, 87:14,
88:24, 88:25, 89:21,
94:8, 97:5, 97:24,
98:3, 98:4, 98:7,
98:12, 98:16, 98:18,
98:21, 98:24,
112:23, 113:16,
113:19, 113:20,
114:13, 114:21,
117:14, 119:12,
126:3, 126:7, 126:14
**products** [78] - 4:14,
5:5, 9:2, 18:11,
18:14, 18:17, 18:18,
18:21, 31:20, 32:2,
32:13, 32:19, 33:12,
33:14, 34:9, 34:12,
34:13, 34:23, 35:3,
35:6, 35:18, 36:9,
36:15, 36:16, 36:20,
37:18, 38:6, 38:24,
39:1, 41:21, 41:24,
42:22, 49:17, 63:22,
64:7, 65:23, 66:12,
66:18, 67:10, 67:14,
68:17, 68:20, 69:8,
69:22, 69:23, 69:24,
70:11, 70:19, 77:13,
85:25, 87:6, 88:23,
97:20, 98:20,
100:12, 100:17,
100:21, 101:5,
106:25, 107:16,
107:21, 109:5,
109:9, 109:12,
109:13, 110:16,
112:2, 112:8, 112:9,
112:10, 113:23,

118:8, 118:9,
119:15, 120:15,
120:16, 124:25,
125:25
**products)** [1] - 69:11
**professional** [1] -
106:7
**profit** [3] - 38:1, 81:19,
114:7
**programs** [1] - 24:16
**progression** [1] -
58:21
**promise** [1] - 33:11
**promote** [1] - 125:25
**proof** [2] - 20:14,
20:16
**properly** [2] - 24:6
**PROSPECTIVE** [64] -
4:2, 4:9, 4:12, 4:15,
4:18, 4:21, 5:1, 5:6,
5:9, 5:12, 5:16, 5:19,
5:21, 5:24, 6:1, 6:6,
6:8, 6:11, 6:14, 6:17,
6:22, 6:25, 7:3, 7:7,
7:11, 7:17, 7:21, 8:2,
8:9, 8:12, 8:16, 8:20,
8:23, 8:25, 9:4, 9:7,
9:12, 9:15, 9:18,
9:22, 9:25, 10:2,
10:11, 10:16, 10:19,
10:25, 11:2, 11:4,
11:7, 11:10, 11:13,
11:16, 11:18, 11:23,
12:5, 12:8, 12:12,
12:14, 12:21, 13:1,
13:4, 13:11, 13:18,
13:21
**prospects** [1] - 35:15
**protect** [2] - 24:25,
83:23
**protocol** [7] - 47:1,
54:20, 88:20, 88:22,
89:6, 89:7, 90:5
**prove** [1] - 51:5
**proved** [1] - 19:4
**provide** [9] - 30:23,
34:13, 40:24, 69:20,
93:12, 100:11,
109:9, 109:10,
109:11
**provided** [5] - 37:18,
74:18, 78:3, 88:23,
95:1
**provides** [3] - 100:13,
100:17, 101:8
**provision** [4] - 33:6,
33:10, 33:16, 49:18,
69:14, 82:20, 82:22,
83:9, 100:7
**provisions** [3] - 73:25,

HONG - DIRECT

74:13, 74:14
**publish** [15] - 78:24,
79:8, 79:13, 82:17,
91:13, 92:9, 101:16,
103:3, 108:9,
108:18, 115:19,
120:8, 121:11,
121:19, 121:23
**published** [3] - 68:6,
73:19, 92:2
**pull** [2] - 64:17, 91:14
**pulling** [1] - 65:1
**purchase** [120] -
18:18, 36:15, 36:16,
36:25, 37:15, 37:16,
38:19, 38:20, 39:10,
39:13, 39:18, 39:23,
39:24, 40:5, 40:6,
40:13, 43:5, 43:7,
43:10, 43:12, 47:7,
49:5, 49:17, 50:13,
50:19, 50:20, 50:24,
51:17, 51:19, 52:3,
52:5, 52:8, 52:15,
53:6, 53:8, 53:13,
53:16, 53:20, 53:22,
53:23, 54:2, 54:11,
55:16, 55:17, 55:25,
56:1, 56:8, 56:14,
56:21, 57:4, 57:7,
57:8, 57:13, 57:14,
57:22, 57:25, 58:15,
59:10, 59:12, 59:14,
66:8, 66:20, 68:17,
72:4, 85:9, 85:13,
86:4, 86:9, 86:16,
87:11, 87:12, 88:9,
88:13, 88:17, 88:24,
89:1, 89:2, 93:7,
93:16, 94:2, 94:6,
94:11, 94:15, 99:3,
99:9, 99:12, 99:15,
99:16, 99:17, 99:22,
100:21, 101:4,
101:7, 109:15,
109:16, 109:23,
111:6, 111:8, 117:6,
118:2, 118:5, 118:9,
118:23, 119:2,
119:8, 119:17,
119:22, 120:12,
120:13, 121:3,
122:14, 122:16,
122:17, 122:18,
122:21, 126:11
**purchased** [3] - 37:25,
68:20, 79:21
**purchases** [13] -
29:12, 34:21, 41:14,
41:17, 41:18, 42:16,

50:22, 51:25, 52:1,
52:10, 53:18, 78:1
**purchasing** [6] - 36:3,
36:9, 68:22, 69:10,
107:6, 114:4
**purpose** [10] - 20:2,
20:3, 20:4, 20:9,
20:10, 20:11, 20:12,
21:11, 27:4, 73:23
**purposes** [1] - 41:16
**put** [11] - 39:3, 40:8,
40:9, 46:20, 46:21,
57:9, 64:24, 100:7,
109:8, 109:18,
118:10
**putting** [2] - 39:5,
66:23

## Q

**qualification** [1] - 98:3
**qualified** [8] - 85:19,
98:7, 98:8, 98:16,
98:17, 114:15,
114:17, 126:6
**qualify** [1] - 126:4
**qualifying** [6] - 97:24,
98:12, 125:12,
125:16, 126:4, 126:5
**quality** [14] - 35:5,
78:20, 78:21, 81:13,
112:8, 112:9,
112:12, 112:13,
112:16, 112:19,
112:24, 112:25,
113:2, 117:16
**quantity** [9] - 50:25,
51:20, 55:17, 57:24,
58:2, 59:10, 115:1,
120:18, 120:20
**quarter** [1] - 36:25
**quarterly** [4] - 36:23,
37:12, 109:11,
109:12
**questions** [11] - 4:1,
16:11, 19:17, 26:19,
26:20, 72:15, 72:19,
96:14, 99:7, 99:11,
101:12
**queue** [1] - 57:10
**quick** [1] - 60:11
**quickly** [4] - 34:2,
59:16, 64:13, 102:15
**quite** [1] - 71:22
**quote** [2] - 57:2, 82:2

## R

**R&D** [1] - 62:19
**radar** [1] - 70:21

**raise** [4] - 16:20,
26:22, 61:7, 105:5
**raised** [2] - 3:4, 12:24
**ramp** [1] - 34:22
**ramping** [1] - 126:16
**ran** [3] - 43:5, 63:13,
106:10
**random** [1] - 64:9
**range** [1] - 44:23
**rapidly** [3] - 35:14,
71:22, 84:8
**rarely** [1] - 13:15
**rather** [1] - 94:23
**Ray** [1] - 108:15
**Raymond** [1] - 55:21
**reaching** [1] - 19:5
**read** [11] - 17:4, 17:11,
18:3, 24:7, 24:22,
25:23, 26:13, 55:8,
69:7, 90:11, 124:17
**reading** [1] - 17:7
**ready** [2] - 43:21,
97:23
**real** [1] - 74:8
**reality** [2] - 47:5, 58:7
**really** [12] - 5:12, 6:13,
10:13, 13:12, 33:24,
44:8, 44:10, 59:19,
60:8, 71:14, 126:25
**reason** [9] - 13:7,
44:9, 49:24, 60:18,
60:20, 87:1, 87:2,
122:25
**reasonable** [3] -
18:23, 95:1, 104:10
**reasonableness** [3] -
21:22, 104:12
**reasonably** [3] -
84:12, 85:7, 88:20
**reasons** [4] - 44:15,
50:1, 55:24, 59:21
**rebuts** [1] - 54:22
**receipt** [1] - 117:7
**receive** [1] - 24:5
**received** [20] - 19:6,
20:1, 20:7, 20:23,
21:3, 21:5, 23:3,
26:2, 68:5, 73:18,
75:1, 79:14, 84:21,
85:2, 92:11, 92:16,
103:2, 120:9,
121:12, 123:16
**receiving** [2] - 77:11,
94:12
**recess** [5] - 27:2, 30:7,
104:17, 104:20,
128:19
**recognize** [5] - 67:23,
73:3, 119:21, 122:4,
123:3

**recognized** [1] - 49:18
**recollection** [2] -
79:20, 94:22
**record** [7] - 21:9,
61:18, 85:16, 91:8,
105:16, 119:15,
129:2
**records** [1] - 119:17
**recross** [1] - 101:13
**RECROSS** [2] - 103:6,
129:19
**RECROSS-
EXAMINATION** [2] -
103:6, 129:19
**rectify** [1] - 74:5
**redirect** [1] - 96:10
**REDIRECT** [2] - 96:12,
129:17
**REDIRECT-
EXAMINATION** [2] -
96:12, 129:17
**reduce** [1] - 18:23
**reduction** [1] - 65:16
**refer** [1] - 123:18
**reference** [3] - 24:12,
54:20, 54:21
**references** [1] - 92:15
**referring** [1] - 115:25
**reflect** [1] - 116:12
**refresh** [1] - 94:22
**refreshes** [1] - 79:20
**refrigerator** [1] - 13:5
**refrigerators** [1] - 32:8
**regard** [2] - 8:11, 97:1
**regarding** [2] - 18:4,
75:2
**registered** [1] - 92:17
**regular** [1] - 84:11
**regularly** [3] - 47:14,
50:5, 78:6
**reintroduce** [1] - 44:2
**reject** [2] - 110:8,
110:11
**rejected** [1] - 50:23
**rejecting** [1] - 29:8
**rejection** [2] - 56:16,
117:9
**related** [5] - 66:17,
80:1, 106:24,
109:12, 109:13
**relation** [1] - 105:25
**relationship** [6] -
35:11, 56:3, 68:19,
86:21, 98:16, 107:24
**relevance** [2] - 90:21,
101:18
**relevant** [5] - 27:4,
29:4, 42:7, 90:24,
95:16
**reliable** [5] - 32:20,

55:19, 57:14, 67:13,
71:9
**reliance** [1] - 98:15
**relocated** [1] - 106:11
**rely** [1] - 26:15
**remember** [12] -
11:20, 19:14, 22:4,
22:5, 25:14, 26:9,
26:10, 52:18, 95:6,
99:4, 108:13, 128:5
**remembered** [1] -
104:25
**removed** [1] - 127:2
**renew** [1] - 123:10
**repeat** [2] - 88:11,
99:10
**rephrase** [1] - 92:22
**replaced** [1] - 34:18
**replacement** [2] -
18:18, 39:25
**replacing** [1] - 34:16
**reply** [3] - 110:6,
115:13, 117:4
**report** [2] - 24:3, 24:23
**Reporter** [1] - 1:23
**reporter** [1] - 104:18
**REPORTER'S** [1] -
1:12
**reports** [1] - 106:19
**represent** [1] - 30:16
**representing** [1] -
43:23
**represents** [1] - 45:8
**reps** [1] - 61:24
**request** [38] - 18:12,
27:10, 27:11, 30:25,
33:15, 36:14, 36:19,
36:21, 37:5, 37:13,
37:14, 40:4, 40:25,
46:13, 50:13, 50:19,
51:10, 51:19, 54:24,
56:24, 57:15, 57:23,
58:1, 58:19, 59:13,
69:9, 81:8, 100:12,
109:17, 115:8,
117:1, 117:10,
118:13, 118:25
**request-by-request**
[2] - 46:13, 58:19
**requested** [3] - 36:1,
49:6, 101:1
**requesting** [1] -
116:24
**requests** [21] - 18:14,
33:12, 36:17, 37:11,
40:12, 50:21, 54:9,
55:19, 57:18, 57:20,
58:24, 59:2, 84:12,
86:4, 107:16,
107:20, 110:16,

HONG - DIRECT

110:17, 111:1,
119:4, 124:25
**require** [7] - 4:20,
25:18, 34:3, 49:16,
64:16, 100:21, 101:4
**required** [7] - 18:10,
27:18, 36:13, 54:17,
54:18, 82:24, 94:9
**requirement** [1] -
54:21
**requirements** [1] -
93:10
**requires** [3] - 33:23,
40:4, 50:18
**resale** [6] - 35:9,
53:20, 70:5, 70:8,
71:6, 98:15
**research** [6] - 12:1,
12:6, 24:10, 24:18,
25:5, 41:9
**resell** [1] - 38:1
**reseller** [36] - 29:12,
35:2, 42:15, 42:19,
46:14, 47:8, 47:10,
49:5, 50:13, 50:22,
52:8, 52:23, 53:2,
53:13, 53:18, 53:22,
54:10, 57:3, 59:3,
59:10, 59:20, 80:17,
81:11, 81:19, 82:8,
101:6, 112:3,
112:22, 112:23,
113:10, 113:15,
114:1, 114:5,
114:22, 115:4,
117:14
**resellers** [62] - 37:20,
37:21, 37:23, 38:4,
39:19, 40:7, 40:14,
40:15, 40:20, 40:21,
41:1, 41:19, 41:24,
43:4, 47:15, 47:16,
47:24, 48:8, 48:17,
48:20, 48:21, 48:22,
48:25, 49:11, 49:19,
50:1, 50:6, 58:9,
58:11, 58:15, 59:5,
59:17, 80:9, 83:19,
108:13, 111:15,
111:17, 111:18,
111:19, 111:22,
112:15, 112:20,
113:2, 113:6,
113:12, 114:2,
114:7, 114:8,
114:25, 115:9,
115:10, 115:17,
116:19, 117:2,
117:3, 117:4,
117:20, 119:7,

119:11, 119:14,
127:11
**reselling** [1] - 81:24
**resolve** [4] - 74:9,
88:2, 97:8, 97:14
**resolved** [2] - 90:22,
103:17
**resort** [1] - 81:9
**respect** [5] - 3:13,
29:13, 102:11,
116:18, 124:7
**respectfully** [1] -
60:22
**respond** [1] - 24:2
**responded** [3] - 97:18,
101:21, 102:19
**responds** [1] - 34:1
**response** [6] - 74:7,
75:2, 95:3, 101:25,
102:9, 117:23
**responsibilities** [2] -
62:17, 106:17
**responsibility** [2] -
40:3, 107:2
**responsible** [2] -
60:17, 72:4
**responsive** [2] -
102:17, 102:18
**rest** [1] - 16:17
**restrictions** [1] - 25:16
**resubmit** [1] - 110:2
**result** [8] - 18:16,
18:21, 25:17, 41:3,
44:13, 53:6, 78:10,
94:3
**resulted** [1] - 53:22
**retired** [3] - 28:8,
104:6, 128:7
**return** [2] - 24:7, 69:19
**returned** [3] - 3:17,
30:8, 104:21
**returns** [2] - 113:6,
113:18
**review** [4] - 109:7,
109:8, 110:2, 110:4
**RHOW** [60] - 2:13,
14:4, 14:7, 14:19,
14:22, 15:3, 15:12,
15:17, 43:21, 68:3,
72:13, 73:16, 75:13,
75:15, 78:23, 79:2,
79:6, 79:15, 82:16,
82:19, 91:1, 91:8,
91:12, 91:17, 91:24,
92:2, 92:5, 92:10,
92:12, 92:20, 92:23,
95:18, 95:19, 96:8,
99:24, 101:14,
101:20, 101:23,
101:25, 102:4,

102:15, 103:3,
103:5, 103:7,
103:19, 103:25,
108:11, 108:15,
108:17, 110:18,
115:22, 116:6,
120:6, 121:9,
121:22, 123:10,
128:14, 128:17,
129:16, 129:20
**Rhow** [2] - 2:13, 43:23
**Richard** [2] - 2:4,
30:15
**rid** [1] - 3:8
**right-hand** [3] - 40:16,
111:3, 117:11
**ringing** [1] - 87:7
**rise** [1] - 41:5
**risk** [3] - 32:23, 81:13,
112:19
**roadmap** [2] - 51:8,
51:9
**roles** [1] - 107:13
**rolls** [1] - 8:14
**room** [6] - 6:19, 16:14,
16:18, 23:14, 26:11,
28:1
**roughly** [1] - 126:11
**RPR** [2] - 1:22, 129:8
**rule** [1] - 9:11
**ruled** [2] - 30:22,
102:23
**rules** [4] - 20:25,
24:25, 25:15
**Rules** [3] - 19:19,
20:22, 27:6
**ruling** [1] - 19:22
**rulings** [3] - 95:14,
101:19, 102:11
**running** [1] - 63:10

**S**

**sales** [7] - 44:3, 62:20,
63:10, 70:21,
106:19, 123:21
**salesperson** [1] -
110:3
**Samsung** [334] - 5:5,
5:8, 9:2, 9:3, 9:5,
9:10, 12:23, 13:7,
13:8, 13:14, 15:9,
18:8, 18:11, 18:13,
18:17, 18:20, 18:21,
29:7, 29:11, 30:22,
31:2, 32:7, 32:10,
32:14, 32:20, 33:1,
33:5, 33:7, 33:10,
33:11, 33:14, 34:6,
34:21, 35:3, 35:5,

35:6, 35:17, 36:4,
36:10, 36:13, 36:25,
37:16, 37:18, 37:25,
38:1, 38:4, 38:17,
38:22, 38:23, 38:25,
39:3, 39:12, 40:1,
40:10, 40:18, 40:22,
40:23, 41:18, 41:24,
42:11, 42:16, 42:22,
43:5, 43:6, 43:8,
43:19, 43:23, 44:14,
44:19, 45:9, 45:14,
46:16, 46:21, 47:23,
48:7, 48:20, 48:23,
49:18, 49:21, 50:17,
52:6, 53:1, 53:3,
53:10, 53:11, 54:17,
55:13, 56:1, 56:6,
56:8, 56:11, 57:7,
57:15, 59:18, 60:13,
60:14, 60:16, 66:9,
66:14, 66:16, 67:17,
68:17, 68:23, 69:8,
69:17, 70:11, 70:17,
70:19, 70:21, 70:22,
71:20, 71:25, 73:9,
74:4, 74:8, 74:18,
74:19, 75:2, 75:7,
76:15, 77:18, 78:5,
79:21, 80:6, 80:14,
80:15, 80:17, 80:20,
81:5, 81:6, 81:7,
82:9, 82:15, 82:21,
82:25, 83:2, 83:24,
84:1, 84:4, 84:10,
84:12, 84:21, 85:2,
85:7, 85:8, 85:12,
85:17, 85:25, 86:3,
86:8, 86:9, 86:16,
87:4, 87:5, 87:10,
87:15, 87:18, 87:21,
87:24, 88:3, 88:10,
88:14, 88:18, 88:20,
88:24, 89:4, 89:14,
89:19, 89:21, 90:4,
90:17, 92:16, 93:7,
93:10, 93:16, 93:22,
94:1, 94:5, 94:10,
95:1, 95:9, 95:13,
95:21, 96:5, 96:15,
96:16, 96:21, 97:3,
97:8, 97:15, 97:20,
98:16, 98:17, 98:18,
98:20, 98:21, 98:25,
99:8, 99:12, 99:21,
100:11, 100:15,
100:16, 101:1,
101:7, 102:8,
102:18, 107:5,
107:20, 107:24,
108:7, 108:13,

109:3, 109:6, 109:9,
109:10, 109:14,
109:17, 109:19,
109:22, 110:1,
110:2, 110:3,
110:13, 110:15,
110:17, 110:25,
111:5, 111:7, 111:9,
111:15, 111:16,
112:2, 112:8,
112:11, 112:14,
112:18, 112:23,
113:1, 113:4, 113:5,
113:9, 113:11,
113:19, 113:20,
113:21, 114:5,
114:9, 114:11,
114:13, 114:17,
114:18, 114:20,
114:24, 115:2,
115:6, 115:7,
115:15, 116:18,
116:24, 116:25,
117:13, 117:14,
117:15, 117:18,
117:19, 117:22,
118:1, 118:2, 118:7,
118:12, 118:16,
118:18, 118:22,
118:24, 118:25,
119:5, 119:13,
119:16, 119:23,
120:13, 120:19,
121:4, 122:2, 122:5,
122:9, 122:10,
122:12, 122:15,
122:17, 122:18,
122:21, 122:22,
122:23, 123:4,
123:21, 123:23,
124:7, 124:8,
124:12, 124:18,
124:24, 125:2,
125:5, 125:10,
125:12, 125:16,
125:19, 125:25,
126:1, 126:2, 126:3,
126:4, 126:6,
126:12, 126:15,
126:18, 126:19,
126:24, 127:6,
127:12
**SAMSUNG** [1] - 1:8
**Samsung's** [28] -
31:11, 36:9, 43:11,
44:3, 44:19, 44:25,
45:23, 46:7, 47:9,
49:5, 49:6, 51:6,
51:11, 52:12, 52:20,
53:8, 54:2, 54:10,
59:2, 59:9, 60:1,

HONG - DIRECT

60:23, 86:22, 100:12, 103:21, 113:12, 117:9, 125:23
**San** [2] - 41:7, 74:6
**Santa** [1] - 11:19
**satisfy** [1] - 114:13
**satisfying** [1] - 96:22
**save** [5] - 34:5, 50:6, 53:23, 82:10, 116:14
**saw** [4] - 16:25, 20:15, 85:21, 124:10
**scan** [1] - 113:3
**scary** [1] - 10:20
**scene** [1] - 6:12
**school** [2] - 4:22, 106:8
**scowls** [1] - 17:1
**scramble** [3] - 115:10, 117:1, 119:6
**scrambling** [1] - 115:7
**screen** [4] - 79:16, 79:19, 90:13, 122:1
**seamlessly** [1] - 65:18
**search** [4] - 12:2, 24:16, 119:6, 119:7
**searching** [1] - 24:11
**seat** [2] - 14:1, 104:7
**seated** [5] - 3:22, 16:22, 23:24, 61:13, 105:11
**second** [18] - 23:2, 28:12, 28:14, 39:3, 43:2, 59:1, 74:16, 74:25, 93:25, 102:13, 103:13, 122:8, 122:10, 122:21, 122:22, 124:11, 125:11, 126:25
**second-to-last** [1] - 125:11
**section** [4] - 69:7, 83:8, 83:15, 83:18
**Section** [17] - 18:10, 18:15, 18:22, 33:8, 50:4, 54:16, 69:4, 70:24, 82:23, 83:10, 83:11, 90:7, 92:18, 100:4, 100:6, 101:1, 101:3
**secure** [2] - 32:20, 67:13
**see** [49] - 3:3, 3:4, 7:22, 20:5, 21:18, 22:4, 22:5, 30:17, 34:14, 36:22, 42:23, 44:1, 45:13, 48:14, 49:7, 49:23, 51:13, 52:3, 52:9, 52:20,

52:22, 53:24, 54:19, 55:7, 56:5, 57:3, 57:6, 57:14, 57:23, 57:24, 57:25, 58:7, 58:13, 69:12, 73:2, 74:20, 75:16, 83:11, 83:13, 83:16, 103:10, 103:13, 104:9, 122:6, 122:14, 124:1, 124:20, 125:14, 128:15
**seeing** [1] - 67:8
**seek** [2] - 115:19, 121:19
**seeking** [2] - 45:12, 69:19
**seem** [1] - 90:23
**selection** [2] - 3:23, 32:9
**self** [1] - 118:15
**self-explanatory** [1] - 118:15
**sell** [8] - 31:21, 32:16, 47:24, 48:20, 63:23, 82:3, 100:15, 100:16
**seller** [1] - 32:10
**sellers** [1] - 48:4
**selling** [5] - 47:23, 59:17, 63:21, 80:22, 96:3
**sells** [4] - 32:12, 47:23, 60:15, 80:15
**Semiconductor** [1] - 63:9
**semiconductors** [1] - 67:9
**send** [5] - 16:15, 87:15, 87:17, 87:21, 118:25
**sending** [5] - 74:19, 93:4, 124:22, 125:5, 127:8
**senior** [1] - 44:3
**sense** [8] - 5:1, 38:10, 48:11, 51:2, 55:14, 56:22, 58:22, 82:10
**sensitive** [4] - 48:1, 48:5, 48:9, 78:13
**sent** [16] - 37:10, 73:8, 73:9, 87:16, 92:15, 92:18, 94:14, 94:19, 95:12, 97:6, 103:20, 115:12, 123:3, 123:6, 126:10, 126:21
**sentence** [6] - 75:1, 94:23, 102:14, 123:22, 125:11
**separate** [2] - 117:6,

117:7
**serious** [3] - 57:5, 57:16, 98:14
**server** [5] - 63:21, 65:3, 65:25, 112:7, 112:9
**servers** [4] - 31:21, 34:10, 98:6, 112:7
**service** [7] - 8:6, 24:1, 60:25, 81:14, 112:7, 112:11, 112:12
**Session** [1] - 1:14
**session** [1] - 20:6
**set** [7] - 3:16, 14:10, 36:24, 38:22, 72:19, 75:2, 91:22
**sets** [1] - 38:20
**Seung** [1] - 73:9
**seven** [1] - 8:20
**several** [1] - 63:14
**shall** [4] - 49:16, 100:20, 101:4
**sharp** [1] - 128:2
**shed** [1] - 51:16
**Shell** [1] - 48:2
**ship** [6] - 55:13, 118:10, 118:11, 118:12, 119:13
**shipped** [2] - 66:2, 113:23
**shipping** [4] - 113:20, 113:21, 113:25, 114:2
**shop** [3] - 49:19, 54:16, 59:6
**shopped** [2] - 47:14, 47:15
**shopping** [2] - 48:14, 49:11
**shops** [1] - 50:5
**short** [10] - 3:23, 17:12, 31:2, 44:8, 44:10, 54:8, 60:12, 64:2, 64:12, 71:12
**short-term** [1] - 64:2
**shortage** [1] - 67:10
**shortages** [3] - 67:9, 76:5, 78:12
**show** [23] - 27:17, 29:9, 31:7, 38:15, 45:4, 45:16, 46:5, 47:11, 48:6, 49:12, 51:23, 52:14, 53:21, 54:8, 57:5, 58:6, 58:8, 59:5, 59:8, 59:22, 79:19, 83:10, 120:12
**showed** [3] - 49:14, 92:14
**showing** [1] - 50:5

**shown** [3] - 96:16, 121:25, 123:12
**shows** [2] - 102:19, 109:2
**siblings** [2] - 11:9, 11:11
**side** [15] - 3:14, 7:12, 12:17, 20:25, 27:2, 27:15, 38:16, 39:22, 40:16, 111:3, 116:3, 117:11, 117:21
**side-by-side** [1] - 116:3
**sidebar** [1] - 3:3
**sides** [4] - 3:16, 44:16, 60:4, 60:12
**sifting** [1] - 108:24
**sight** [1] - 119:9
**signed** [4] - 71:19, 76:25, 110:12, 122:6
**significant** [6] - 4:4, 5:17, 8:21, 10:5, 11:15, 42:5
**signs** [1] - 116:8
**Silicon** [1] - 63:10
**similar** [4] - 69:10, 76:1, 95:23
**simple** [2] - 47:5, 50:18
**simpler** [1] - 33:8
**simply** [11] - 27:16, 35:22, 36:14, 37:4, 46:6, 46:22, 46:23, 47:3, 70:21, 97:11, 102:9
**single** [8] - 31:1, 45:21, 46:6, 47:1, 54:1, 54:19, 54:21, 93:18
**sit** [4] - 12:16, 15:24, 15:25, 100:25
**situation** [6] - 26:23, 59:18, 67:5, 97:9, 117:22
**situations** [1] - 52:15
**six** [2] - 39:8, 115:16
**size** [1] - 42:3
**sized** [1] - 70:16
**SKU** [4] - 98:4, 98:19, 112:23, 114:16
**slightly** [1] - 79:25
**slower** [2] - 34:4, 64:15
**small** [6] - 32:16, 35:4, 64:10, 70:15, 70:18, 125:24
**smart** [1] - 84:1
**Snapchat** [1] - 23:16
**so..** [2] - 5:13, 7:4
**social** [3] - 5:10, 5:11,

23:17
**software** [1] - 64:25
**solely** [3] - 17:22, 20:7, 26:1
**solid** [7] - 34:14, 34:16, 34:18, 64:20, 64:22, 65:2, 109:11
**Solutions** [1] - 111:24
**someone** [1] - 124:4
**sometimes** [16] - 9:21, 21:8, 21:25, 22:1, 39:7, 39:8, 48:7, 71:12, 78:9, 109:12, 109:13, 110:5, 113:13, 117:3, 118:11
**somewhere** [1] - 29:23
**soon** [1] - 24:23
**sorry** [14] - 15:6, 16:7, 16:24, 48:19, 51:25, 79:2, 88:4, 88:6, 88:11, 89:16, 91:13, 96:4, 102:5, 118:1
**sort** [4] - 4:20, 7:9, 8:24, 65:14
**sorts** [1] - 4:8
**sought** [1] - 94:7
**source** [3] - 32:20, 80:7, 80:9
**South** [3] - 2:5, 2:19, 8:2
**Southern** [1] - 44:5
**space** [1] - 66:6
**speaking** [2] - 74:11, 114:6
**specific** [6] - 49:10, 88:18, 98:19, 98:22, 98:23, 127:10
**specifically** [3] - 69:4, 114:18, 118:15
**specifics** [1] - 91:2
**speed** [6] - 65:15, 65:16, 70:11, 98:22
**spell** [2] - 61:17, 105:15
**spend** [1] - 103:12
**spent** [2] - 41:8, 63:9
**spin** [1] - 34:17
**sporadic** [1] - 77:16
**sports** [1] - 6:3
**spreadsheet** [3] - 119:22, 121:3, 121:5
**spreadsheets** [1] - 46:3
**spring** [4] - 35:13, 35:16, 36:2, 40:8
**SSD** [2] - 113:3, 113:4
**SSDs** [2] - 64:22, 109:11

HONG - DIRECT

**stable** [1] - 69:24
**stage** [1] - 114:20
**Stairs** [1] - 11:19
**stand** [9] - 16:19, 45:24, 46:9, 47:6, 49:2, 61:7, 104:17, 105:5, 110:20
**standard** [2] - 51:22, 113:13
**Stanford** [1] - 106:6
**start** [12] - 25:18, 28:7, 28:16, 28:17, 30:4, 44:21, 51:5, 87:1, 109:4, 123:18, 125:6, 128:2
**started** [9] - 45:5, 46:1, 62:23, 84:20, 86:25, 99:18, 106:9, 107:9, 108:2
**starting** [4] - 50:2, 50:8, 50:11, 63:8
**starts** [2] - 90:12, 124:15
**state** [13] - 34:15, 34:16, 34:19, 61:17, 62:10, 64:20, 64:22, 65:2, 68:19, 75:7, 105:15, 109:11, 109:22
**statement** [20] - 27:15, 27:18, 43:20, 49:4, 74:17, 74:20, 74:22, 75:5, 77:4, 81:2, 81:3, 81:25, 84:9, 84:20, 112:4, 124:3, 125:1, 125:19, 126:9
**statements** [13] - 17:9, 17:13, 19:10, 19:12, 28:4, 28:6, 28:7, 28:9, 30:5, 30:9, 49:9, 49:13, 60:21
**STATES** [1] - 1:1
**states** [2] - 124:18, 125:1
**stay** [1] - 3:22
**staying** [1] - 3:19
**steady** [1] - 32:20
**steep** [1] - 122:14
**step** [3] - 36:13, 104:3, 109:6
**steps** [2] - 36:9, 87:24
**Steven** [3] - 123:4, 123:19, 123:20
**still** [18] - 50:12, 53:12, 55:3, 56:7, 56:23, 56:25, 57:7, 57:14, 57:20, 60:12, 64:18, 77:18, 98:25, 106:12, 106:13, 111:5, 112:24,

127:25
**stop** [5] - 104:24, 127:18, 127:19, 127:20, 127:24
**stopped** [1] - 127:8
**storage** [6] - 31:17, 63:19, 64:2, 64:15, 64:23, 98:6
**store** [3] - 8:3, 8:10, 64:3
**stored** [2] - 34:6, 64:17
**straight** [1] - 38:12
**strategy** [2] - 62:18, 62:19
**Street** [2] - 1:23, 2:19
**stricken** [3] - 19:23, 21:8, 21:11
**strike** [1] - 110:18
**strikes** [1] - 3:14
**strongly** [1] - 10:13
**structure** [1] - 89:25
**stuff** [1] - 6:3
**subject** [1] - 79:25
**subjects** [1] - 84:2
**submit** [18] - 36:14, 36:16, 37:15, 37:16, 38:22, 40:10, 43:10, 50:21, 54:18, 56:13, 58:19, 60:22, 88:13, 88:16, 90:2, 99:8, 99:12, 122:20
**submits** [6] - 38:19, 109:14, 109:19, 110:1, 111:9, 118:5
**submitted** [6] - 39:24, 43:13, 57:7, 57:8, 122:17, 126:11
**submitting** [1] - 43:7
**subsequent** [1] - 59:14
**substitute** [2] - 114:19, 114:21
**subsystems** [1] - 63:19
**sue** [2] - 87:24, 95:9
**suffered** [4] - 18:16, 18:20, 18:24, 44:12
**suggest** [1] - 43:8
**suggestion** [1] - 100:5
**Suite** [1] - 2:16
**sum** [2] - 46:6, 46:12
**summary** [4] - 18:7, 116:13, 122:2
**Sung** [1] - 73:9
**supervise** [1] - 107:6
**supplied** [1] - 65:25
**supplier** [4] - 66:4, 66:17, 70:22, 98:11
**suppliers** [6] - 9:16,

66:23, 107:5, 107:7, 115:13
**supply** [47] - 18:11, 18:21, 31:4, 33:10, 33:11, 33:14, 34:24, 34:25, 35:5, 35:19, 66:19, 67:6, 67:9, 67:10, 67:14, 69:8, 69:21, 70:17, 70:20, 70:23, 71:9, 71:10, 71:13, 72:1, 74:13, 75:8, 76:8, 76:11, 77:11, 78:11, 78:12, 87:14, 88:10, 88:15, 89:13, 93:20, 94:8, 94:11, 95:5, 97:5, 106:20, 107:2, 107:25, 108:2, 108:3, 124:24
**Supply** [1] - 83:11
**supplying** [1] - 18:17
**support** [32] - 60:3, 109:17, 109:24, 110:15, 111:10, 111:16, 112:12, 114:12, 114:25, 115:14, 117:5, 117:17, 117:19, 117:20, 117:23, 118:3, 119:5, 123:24, 124:8, 124:9, 124:12, 124:18, 124:25, 125:2, 125:6, 125:10, 125:19, 125:20, 126:2, 126:8
**supporting** [2] - 49:8, 126:1
**suppose** [1] - 112:22
**supposed** [1] - 83:23
**sustain** [3] - 21:3, 21:5, 95:15
**Suzhou** [2] - 106:21, 106:23
**switch** [1] - 84:2
**sworn** [4] - 16:21, 19:1, 61:11, 105:9
**sympathy** [1] - 17:21
**system** [3] - 43:11, 98:5, 120:2
**systems** [1] - 63:23

**T**

**tab** [1] - 119:19
**Tab** [1] - 120:23
**table** [2] - 30:16, 116:2
**tablet** [1] - 23:13
**Taiwan** [1] - 107:12
**talks** [1] - 102:16

**task** [1] - 45:3
**team** [3] - 30:18, 60:6, 72:8
**technology** [6] - 32:3, 33:5, 63:6, 65:15, 65:20, 69:18
**Tektronix** [1] - 111:23
**televisions** [1] - 32:8
**tend** [1] - 70:10
**tens** [3] - 32:12, 66:24, 77:3
**term** [6] - 62:18, 64:2, 64:15, 64:20, 64:23, 97:24
**terminate** [6] - 72:20, 74:2, 90:20, 97:12, 97:15, 97:16
**terminated** [2] - 95:9, 95:20
**termination** [11] - 73:24, 73:25, 87:15, 90:12, 91:2, 91:3, 93:5, 95:4, 96:4, 96:5, 97:7
**terminology** [1] - 97:25
**terms** [12] - 33:9, 33:18, 34:22, 37:17, 38:21, 40:17, 49:15, 51:21, 94:18, 95:25, 113:8, 116:21
**test** [4] - 45:25, 60:1, 60:2, 60:10
**tested** [3] - 25:3, 25:9, 98:5
**testified** [10] - 21:18, 22:10, 22:14, 55:22, 75:25, 84:3, 115:24, 116:9, 116:10
**testifies** [2] - 61:12, 105:10
**testify** [4] - 22:18, 37:7, 45:7, 55:21
**testifying** [1] - 21:19
**testimony** [34] - 19:1, 19:6, 19:23, 20:15, 21:13, 21:16, 21:22, 21:23, 22:7, 22:8, 22:20, 25:3, 26:6, 26:8, 39:9, 47:12, 48:15, 49:7, 49:10, 50:4, 55:23, 96:23, 99:25, 102:3, 102:4, 102:7, 102:18, 102:20, 110:19, 116:7, 116:10, 116:12, 128:8
**testing** [1] - 98:8
**text** [2] - 23:14, 64:4
**THE** [169] - 3:1, 3:18,

4:7, 4:10, 4:13, 4:16, 4:19, 4:24, 5:3, 5:7, 5:10, 5:14, 5:17, 5:20, 5:23, 5:25, 6:4, 6:7, 6:10, 6:12, 6:15, 6:18, 6:23, 7:1, 7:5, 7:8, 7:14, 7:19, 7:22, 8:7, 8:10, 8:14, 8:17, 8:21, 8:24, 9:2, 9:6, 9:9, 9:13, 9:16, 9:19, 9:23, 10:1, 10:4, 10:12, 10:17, 10:20, 11:1, 11:3, 11:5, 11:8, 11:11, 11:14, 11:17, 11:21, 11:24, 12:6, 12:10, 12:13, 12:15, 12:20, 12:22, 13:2, 13:9, 13:17, 13:20, 13:24, 14:5, 14:8, 14:10, 14:17, 14:21, 14:23, 15:1, 15:5, 15:9, 15:14, 15:18, 15:20, 15:22, 16:15, 16:17, 16:19, 16:22, 16:23, 28:9, 28:14, 28:18, 29:2, 29:16, 29:20, 30:1, 30:3, 30:9, 43:18, 61:2, 61:7, 61:13, 61:16, 61:17, 61:19, 61:20, 61:25, 62:4, 68:2, 68:4, 68:8, 72:12, 73:15, 73:17, 73:21, 75:12, 79:4, 79:9, 79:11, 82:18, 90:23, 91:6, 91:11, 91:19, 91:22, 92:1, 92:3, 92:6, 92:8, 92:22, 95:15, 96:9, 100:1, 100:2, 101:13, 101:17, 102:10, 102:25, 103:4, 103:18, 103:22, 103:23, 104:1, 104:3, 104:7, 104:17, 104:22, 105:5, 105:11, 105:14, 105:15, 105:17, 105:18, 105:20, 108:10, 108:20, 110:20, 115:21, 115:25, 116:4, 116:14, 120:5, 120:7, 121:8, 121:10, 121:23, 123:9, 123:13, 127:18, 127:22, 127:24, 128:8, 128:15
**themselves** [2] - 57:9, 58:11

HONG - DIRECT

**theory** [2] - 28:21,
58:15
**therefore** [2] - 28:25,
40:6
**THEREUPON** [2] -
61:9, 105:7
**Thereupon** [10] - 3:17,
16:21, 28:8, 30:7,
30:8, 104:6, 104:20,
104:21, 128:7,
128:19
**thinking** [3] - 95:11,
104:8, 104:24
**thinks** [1] - 20:25
**thinly** [1] - 48:13
**third** [9] - 29:8, 29:25,
41:24, 42:19, 45:9,
80:22, 81:10, 88:7,
94:23
**third-parties** [2] -
29:8, 29:25
**third-party** [2] - 41:24,
42:19
**thousand** [5] - 35:10,
115:2, 115:3,
116:25, 117:3
**three** [4] - 3:14, 13:5,
38:24, 66:25
**throughout** [3] -
22:23, 44:1, 56:2
**TikTok** [1] - 23:17
**timeline** [1] - 56:19
**title** [1] - 107:14
**titled** [1] - 129:2
**today** [15] - 16:6,
28:15, 28:17, 37:6,
43:23, 59:19, 66:16,
67:9, 77:18, 89:11,
97:20, 97:24,
100:25, 104:24,
128:1
**together** [3] - 65:18,
95:22, 109:8
**tomorrow** [4] - 56:20,
56:21, 128:9, 128:16
**ton** [1] - 56:7
**took** [5] - 17:23,
36:21, 42:5, 42:17,
46:6
**top** [1] - 123:19
**total** [6] - 45:8, 46:7,
46:12, 51:24, 51:25,
86:9
**touching** [1] - 24:22
**tough** [1] - 13:16
**tracking** [1] - 53:24
**trail** [2] - 44:17, 49:8
**training** [3] - 4:20,
4:22, 4:23
**trajectory** [1] - 84:7

**transaction** [2] - 42:3,
42:8
**transactions** [11] -
36:6, 40:20, 40:21,
40:22, 41:21, 42:2,
42:5, 42:9, 42:10,
42:19, 117:9
**TRANSCRIPT** [1] -
1:12
**transcript** [2] - 26:7,
129:1
**transcripts** [1] - 1:25
**travel** [1] - 11:16
**traveling** [1] - 6:2
**treated** [2] - 27:6,
38:24
**trend** [1] - 122:4
**TRIAL** [1] - 1:12
**trial** [31] - 10:24,
17:25, 20:7, 22:23,
23:22, 23:25, 24:17,
25:4, 25:9, 25:10,
25:13, 25:18, 26:6,
26:7, 26:24, 30:18,
31:2, 42:25, 44:2,
44:8, 44:10, 46:25,
47:4, 49:3, 52:21,
59:25, 60:12, 60:18,
60:23, 107:15,
107:19
**trials** [1] - 27:14
**tried** [1] - 97:13
**trips** [1] - 97:3
**trucks** [1] - 67:11
**true** [13] - 22:15,
22:16, 47:12, 49:25,
56:9, 75:5, 81:21,
84:14, 84:15, 85:1,
85:8, 124:3
**truth** [2] - 22:14, 25:3
**try** [13] - 3:22, 17:1,
24:13, 40:11, 41:20,
74:4, 87:25, 88:2,
94:22, 97:3, 97:13,
117:14, 128:2
**trying** [4] - 80:20,
81:20, 97:7, 117:14
**turn** [6] - 24:23,
102:16, 119:19,
120:23, 123:1,
127:15
**turning** [1] - 63:16
**TV** [1] - 79:19
**Twitter** [1] - 23:16
**two** [9] - 3:11, 4:22,
5:24, 7:17, 22:4,
43:4, 45:17, 64:6,
127:18
**type** [2] - 112:5,
112:11

**types** [3] - 4:14, 50:21,
64:6
**typically** [1] - 91:20

## U

**U.S** [2] - 1:3, 111:24
**UC** [1] - 41:7
**UCLA** [1] - 41:8
**ultimate** [1] - 29:17
**ultimately** [1] - 39:11
**um-hum** [3] - 8:23,
9:6, 93:6
**unable** [4] - 12:24,
26:21, 29:23, 69:20
**under** [17] - 19:19,
27:6, 33:3, 42:23,
46:1, 49:18, 75:8,
81:5, 84:5, 85:18,
86:17, 89:5, 92:18,
96:18, 96:22, 101:3,
127:25
**underlying** [1] - 56:24
**understood** [4] -
86:14, 90:17, 95:18,
104:16
**undersupply** [1] -
67:5
**unfulfilled** [20] -
44:18, 45:15, 50:12,
52:1, 52:8, 52:15,
53:12, 53:13, 53:16,
53:20, 53:22, 58:24,
59:1, 59:9, 86:10,
87:11, 94:2, 94:11,
99:3, 99:15
**unilaterally** [1] - 40:17
**union** [1] - 7:6
**unit** [2] - 97:4, 120:21
**UNITED** [1] - 1:1
**units** [2] - 115:2,
115:3
**University** [4] - 63:5,
63:6, 106:4, 106:9
**unless** [3] - 23:8,
39:23, 48:22
**unreasonable** [1] -
104:10
**unreasonableness** [1]
- 104:13
**untrue** [1] - 22:7
**untruthfully** [2] -
22:10, 22:14
**unwillingness** [1] -
74:12
**up** [52] - 3:3, 3:9, 3:22,
12:17, 12:18, 13:3,
14:5, 15:24, 17:2,
28:10, 33:20, 33:24,
34:7, 34:22, 40:12,

41:21, 46:3, 47:6,
48:17, 48:20, 49:2,
51:13, 53:13, 53:19,
54:12, 56:17, 57:11,
58:7, 59:9, 60:6,
61:14, 64:19, 65:1,
66:25, 71:21, 79:19,
88:9, 88:14, 89:1,
92:14, 93:23, 94:5,
100:7, 104:5, 105:5,
114:7, 122:8, 122:9,
127:13, 128:8
**upshot** [2] - 95:4, 95:8
**urge** [1] - 26:5
**US** [3] - 110:3, 111:20

## V

**Valencia** [1] - 5:22
**Valley** [2] - 4:2, 63:10
**value** [2] - 69:20, 71:3
**Van** [1] - 4:2
**varied** [3] - 28:25,
29:1, 29:2
**variety** [2] - 41:25,
49:15
**various** [8] - 43:25,
44:15, 55:24, 58:5,
59:21, 60:3, 75:20,
80:3
**vendor** [1] - 98:9
**venire** [2] - 3:12, 16:5
**verdict** [8] - 19:5,
22:24, 24:7, 25:7,
27:12, 28:2, 60:1,
60:23
**verdicts** [1] - 18:5
**verifiable** [1] - 51:8
**versed** [1] - 90:9
**versions** [1] - 22:2
**versus** [4] - 86:8,
86:10, 108:13,
116:19
**via** [1] - 23:14
**vice** [1] - 107:13
**view** [2] - 24:15, 24:17
**Viking** [1] - 63:13
**violates** [1] - 25:16
**Virginia** [1] - 63:5
**visit** [1] - 24:15
**visits** [2] - 74:5
**vocabulary** [1] - 33:18
**VOLUME** [1] - 1:13
**volume** [2] - 42:1,
86:25
**volumes** [3] - 69:10,
71:21, 87:1
**voluntarily** [1] -
122:20
**vs** [1] - 1:7

## W

**Wait** [1] - 10:14
**waiting** [1] - 27:3
**walk** [1] - 41:4
**wants** [2] - 109:5,
118:16
**warranty** [4] - 113:8,
113:12, 113:13,
113:15
**washer** [1] - 9:4
**Washington** [1] - 2:8
**watch** [2] - 24:7, 25:23
**watching** [1] - 6:3
**ways** [1] - 38:24
**website** [1] - 23:15
**Wednesday** [1] - 1:16
**week** [2] - 56:20,
110:5
**weekly** [2] - 78:8, 78:9
**weeks** [2] - 50:25,
59:11
**weight** [4] - 20:19,
20:21, 22:17, 22:20
**welcome** [1] - 3:18
**West** [1] - 1:23
**WESTERN** [1] - 1:2
**whatnot** [1] - 67:11
**whereby** [1] - 71:11
**whole** [4] - 6:12, 49:4,
79:18, 87:18
**willing** [1] - 60:17
**willingness** [1] - 88:24
**wish** [1] - 26:9
**wished** [1] - 75:7
**witness** [31] - 19:2,
20:15, 21:14, 21:16,
21:18, 21:25, 22:9,
22:11, 22:13, 26:21,
28:10, 28:12, 28:14,
28:15, 31:12, 61:4,
61:15, 72:11, 75:11,
79:3, 91:21, 91:22,
91:23, 91:24, 104:3,
104:5, 104:9,
104:23, 105:13,
127:25
**WITNESS** [5] - 61:19,
100:2, 101:17,
103:23, 105:17
**witness's** [6] - 21:19,
21:20, 21:21, 21:22,
21:23
**witnesses** [12] -
19:11, 22:2, 22:18,
22:19, 24:20, 25:2,
26:20, 26:21, 47:13,
48:15, 61:22, 62:1
**WOLPERT** [1] - 2:12
**word** [1] - 55:1

HONG - DIRECT

**words** [4] - 22:21, 39:4, 42:12, 115:2
**works** [7] - 5:21, 8:4, 8:22, 9:1, 33:23, 44:8, 127:17
**world** [7] - 57:13, 58:12, 66:1, 111:19, 125:21
**world's** [1] - 32:10
**worldwide** [2] - 63:10, 107:13
**worth** [5] - 32:12, 66:2, 76:17, 77:4, 85:12
**wow** [1] - 8:17
**wrap** [1] - 3:22
**writing** [2] - 23:13, 64:4
**written** [2] - 73:6, 103:13
**www. amydiazfedreporter .com** [1] - 1:25

### Y

**year** [8] - 32:13, 62:24, 69:1, 71:15, 76:24, 77:20, 86:19, 106:11
**years** [16] - 4:18, 4:19, 4:22, 5:24, 6:13, 8:20, 31:15, 32:2, 41:9, 63:9, 63:14, 66:25, 67:1, 74:4, 84:4, 106:10
**years'** [1] - 97:2
**Yoder** [1] - 2:16
**Yosun** [1] - 111:23
**younger** [1] - 106:1
**yourself** [2] - 26:11, 80:17
**YouTube** [1] - 23:16
**yup** [1] - 13:1

### Z

**zero** [13] - 84:22, 86:23, 87:9, 99:21, 122:11, 122:13, 122:23, 123:24, 124:8, 125:8, 126:7, 126:13, 127:3