UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 8:20-cv-00993-MCS-ADS |
| Title: | Netlist Inc. v. Samsung Electronics Co., Ltd. |
| Date | December 3, 2021 |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Marea Woolrich (AM) and Amy Diaz (PM) |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Jason C. Lo, Raymond A. LaMagna, Marissa Mulligan, and Richard J. Doren | Ekwan E. Rhow, Kate S. Shin, Marc F. Feinstein, and Michael Yoder |

\_\_\_\_ Day Court Trial     Third Day Jury Trial

\_\_\_\_ One day trial:   \_\_\_\_ Begun (1st day);   \_\_\_\_ Held & Continued;   X  Completed by jury verdict/submitted to court.

The Jury is impaneled and sworn.

Opening statements made by \_\_\_\_

X  Witnesses called, sworn and testified.     X  Exhibits Identified     X  Exhibits admitted.
X  Plaintiff(s) rest.     X  Defendant(s) rest.
X  Closing arguments made by     X  plaintiff(s)     X  defendant(s).     X  Court instructs jury.
X  Bailiff(s) sworn.     X  Jury retires to deliberate.     \_\_\_\_ Jury resumes deliberations.
X  Jury Verdict in favor of     \_\_\_\_ plaintiff(s)     X  defendant(s) is read and filed.
\_\_\_\_ Jury polled.     X  Polling waived.
X  Filed Witness & Exhibit Lists     X  Filed jury notes.     X  Filed jury instructions.
\_\_\_\_ Judgment by Court for     \_\_\_\_ plaintiff(s)     \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by     \_\_\_\_ plaintiff(s)     \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.     \_\_\_\_ Briefs to be filed by \_\_\_\_
\_\_\_\_ Motion to dismiss by \_\_\_\_ is  \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by \_\_\_\_ is  \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
X  Motion for Judgment/Directed Verdict by  Defendant  is  \_\_\_\_ granted.   X  denied.   \_\_\_\_ submitted.
\_\_\_\_ Settlement reached and placed on the record.
X  Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
X  Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_\_ Case continued to \_\_\_\_ for further trial/further jury deliberation.
X  Other:   Motion to Strike Dr. Akemann's Opinion Testimony by Defendant is denied. The Court will issue an order with a schedule for post-trial briefs.

5 : 35

Initials of Deputy Clerk   SMO

cc: