JURY NOTE NO. __1__

FILED
CLERK, U.S. DISTRICT COURT
12/3/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___SMO___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DATE: __12/3/21__

TIME: __4:45 pm__

CASE NO. 8:20-cv-00993-MCS-ADS

CASE NAME: Netlist Inc. v. Samsung Electronics Co., Ltd.

THE JURY HAS REACHED A UNANIMOUS VERDICT _____

THE JURY REQUESTS THE FOLLOWING:

① What is the total amount of Samsungs unfulfilled ~~purchase~~ purchase orders?

② What is the total dollar amount of cover damages Samsung admitted it is responsible for?

A) How were those cover damages calculated?

**REDACTED**

_____
FOREPERSON OF THE JURY