JURY NOTE NO. __2__



FILED
CLERK, U.S. DISTRICT COURT

12/3/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CMMO___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DATE: __12/3/21__

TIME: __6:20 pm__

CASE NO. 8:20-cv-00993-MCS-ADS

CASE NAME: Netlist Inc. v. Samsung Electronics Co., Ltd.

THE JURY HAS REACHED A UNANIMOUS VERDICT __✓__

THE JURY REQUESTS THE FOLLOWING:

**REDACTED**
_____
FOREPERSON OF THE JURY