# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:20-cv-00993-MCS-ADS | Date December 7, 2021 |
| Title *Netlist Inc. v. Samsung Elecs. Co. Ltd.* | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:   (IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE FOR POST-TRIAL MOTIONS**

The Court sets the following schedule for post-trial motions:

| Event | Date |
|---|---|
| Deadline to file post-trial motions and a joint proposed judgment | January 10, 2022 |
| Deadline to file opposition briefs | January 24, 2022 |
| Deadline to file reply briefs | January 31, 2022 |
| Hearing | February 14, 2022, at 9:00 a.m. |

**IT IS SO ORDERED.**