RICHARD DOREN, SBN 124666
  rdoren@gibsondunn.com
JASON C. LO, SBN 219030
  jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
  mbenjamin@gibsondunn.com
TIMOTHY BEST, SBN 254409
  tbest@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
  rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JASON SHEASBY, SBN 205455
  jsheasby@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

Attorneys for Plaintiff Netlist Inc.

EKWAN E. RHOW, SBN 174604
  erhow@birdmarella.com
MARC E. MASTERS, SBN 208375
  mmasters@birdmarella.com
DAVID I. HURWITZ, SBN 174632
  dhurwitz@birdmarella.com
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: 310.201.2100
Facsimile: 310.201.2110

MICHAEL G. YODER (SB 83059)
  myoder@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>             Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**AMENDED NOTICE OF JOINT LODGING OF DEPOSITION TRANSCRIPTS**<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 32-1 of the United States District Court for the Central District of California, Plaintiff Netlist Inc. ("Netlist") and Defendant Samsung Electronics Co., Ltd. ("Samsung") have hereby jointly lodged the following complete, annotated, true and correct copies of the following Certified Deposition Transcripts.

1. Raymond Jiang
2. Lane (Kihoon) Kim

Pursuant to Local Rule 16-2.7(c), an amended index of the designations is also included in this notice. This index reflects the deposition designations presented in evidence at the trial, and is intended to supersede the prior index filed with the Notice of Lodging on December 1st, 2021.

# INDEX OF DESIGNATIONS AND OBJECTIONS

**Raymond Jiang**

| Netlist Designations |
| --- |
| 8:4-9 |
| 10:24-11:3 |
| 13:9-16 |
| 13:21-23 |
| 14:8-10 |
| 15:9-10 |
| 35:10-36:3 |
| 36:7-14 |
| 59:16-24 |
| 60:3-6 |
| 60:9-12 |
| 62:16-20 |
| 63:19-64:5 |
| 64:19-22 |
| 65:10-19 |
| 66:6-67:9 |
| 83:4-6 |
| 83:8-18 |
| 104:17-25 |
| 106:10-13 |

| |
|---|
| 155:10-17 |
| 185:16-23 |
| 193:25-194:4 |
| 195:20-196:4 |
| 197:16-19 |
| 197:21 |
| 204:6-12 |
| 204:15-20 |
| 220:23-221:6 |
| 234:12-15 |
| 234:17 |
| 235:13-16 |

| |
|---|
| **Samsung Designations** |
| 10:24-11:3 |
| 88:11-13 |
| 88:15-21 |
| 151:5-19 |
| 205:9-11 |
| 205:13-15 |
| 214:24-215:2 |
| 215:6-7 |

**Lane (Kihoon) Kim**

| Netlists Designations |
|---|
| 6:20-7:5 |
| 8:13-24 |
| 10:12-23 |
| 16:10-15 |
| 16:21-25 |
| 17:2-10 |
| 26:23-27:2 |
| 27:4-10 |
| 27:12-28:1 |
| 28:3-15 |
| 28:17-29:1 |
| 29:3-5 |
| 29:13-16 |
| 29:18-23 |

| | |
|---|---|
| DATED: December 9, 2021 | Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. |

By: \_\_\_\_\_/s/ Christopher Jumin Lee\_\_\_\_\_
Christopher J. Lee
Attorneys for Defendant Samsung
Electronics Co., Ltd.

| | |
|---|---|
| DATED: December 9, 2021 | Gibson, Dunn & Crutcher LLP |

By: \_\_\_\_\_/s/ Raymond A. LaMagna\_\_\_\_\_
Raymond A. LaMagna
Attorneys for Plaintiff Netlist, Inc.

Pursuant to CIV. L.R. 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized the filing.