# EXHIBIT B

JASON C. LO, SBN 219030
  jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
  mbenjamin@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
  rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>          Defendant. | CASE NO. 8:20-cv-993-MSC (DFMx)<br><br>**PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS (SET TWO) TO DEFENDANT SAMSUNG ELECTRONICS CO., LTD.** |

PROPOUNDING PARTY:     PLAINTIFF NETLIST INC.

RESPONDING PARTY:       DEFENDANT SAMSUNG ELECTRONICS CO., LTD.

SET NO.:                               TWO (2)

    Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff Netlist Inc. ("Netlist") hereby requests that Defendant Samsung Electronics Co., Ltd., serve a written response to these Requests for Admission ("Requests") to the offices of Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, California 90071-3197, within 30 days of service.

# DEFINITIONS

The following definitions apply to these Requests.

1. "Agreement" shall mean the Joint Development and License Agreement dated November 12, 2015, signed by Netlist Inc. and Samsung Electronics Co., Ltd.

2. "Date(s)" means the exact date(s), if known, or the closest approximation, including the year, month, week in a month, part of a month, or part of a year.

3. "Document(s)" shall be defined and construed in the broadest possible sense under Federal Rule of Civil Procedure 34. "Document(s)" shall include any "writing," "recording," and "photograph" as those terms are defined in Rule 1001 of the Federal Rules of Evidence. "Document(s)" shall include communications of any type, emails and electronic files, audio and videotapes, texts, instant messages, social media posts, and microfiche.

4. "NAND and DRAM Products" shall mean NAND, DRAM, and/or any products containing NAND and/or DRAM. By way of example, the term NAND and DRAM Products includes but is not limited to solid-state drives (SSDs) that contain NAND or memory modules that contain DRAM.

5. "Person(s)" shall mean or refer to any natural person or non-natural person or entity, including without limit any partnership, corporation, association, trust, organization, government entity, and/or any other public or private entity.

6. "Samsung" and "You" and "Your" shall mean Samsung Electronics Co., Ltd., including any affiliates, subsidiaries, and/or any former or current employees, officers, agents, or directors acting in that capacity on behalf of Samsung Electronics Co., Ltd. or any of its affiliates or subsidiaries.

# INSTRUCTIONS

1. These Requests are to be answered separately and completely as required under Federal Rule of Civil Procedure 36.

2. The fact that an investigation is continuing or discovery is not yet complete shall not be an excuse for failure to answer a Request as fully as possible at the time of Your response. The omission of any name, fact, or other item of information from Your answers shall be deemed a representation that such name, fact, or item is not known to You or Your counsel at the time of service of your response.

3. If any information requested herein is withheld under a claim of attorney-client privilege, work product privilege, or any other privilege or immunity, furnish the reason for which the information is withheld, the identity of each Person known to You with knowledge of the basis on which the information is withheld, the identity of each Person with knowledge of when the information was stated or discussed, and the Dates on which such information was stated or discussed.

## REQUESTS FOR ADMISSION

**REQUEST NO. 16:**

Admit that between December 1, 2015 and July 15, 2020, Samsung cancelled some orders for NAND or DRAM Products that Netlist placed.

**REQUEST NO. 17:**

Admit that between December 1, 2015 and July 15, 2020, Samsung failed to fulfill in whole some orders for NAND or DRAM Products that Netlist placed.

**REQUEST NO. 18:**

Admit that between December 1, 2015 and July 15, 2020, Samsung failed to fulfill in part some orders for NAND or DRAM Products that Netlist placed.

**REQUEST NO. 19:**

Admit that on multiple occasions between December 1, 2015 and June 14, 2020, Samsung declined to support requests for NAND or DRAM Products that Netlist made.

**REQUEST NO. 20:**

Admit that between June 15, 2020 and July 15, 2020, Samsung declined to support some requests for NAND or DRAM Products that Netlist made.

**REQUEST NO. 21:**

Admit that on multiple occasions between December 1, 2015 and June 14, 2020, Netlist requested to purchase more NAND or DRAM Products from Samsung than Samsung agreed to support or sell to Netlist.

**REQUEST NO. 22:**

Admit that between June 15, 2020 and July 15, 2020, Netlist requested to purchase more NAND or DRAM Products from Samsung than Samsung agreed to support or sell to Netlist.

**REQUEST NO. 23:**

Admit that on multiple occasions between December 1, 2015 and June 14, 2020, Samsung refused to sell Netlist any NAND or DRAM products in response to a request from Netlist.

**REQUEST NO. 24:**

Admit that between June 15, 2020 and July 15, 2020, Samsung refused to sell Netlist any NAND or DRAM products in response to a request or requests from Netlist.

**REQUEST NO. 25:**

Admit that between June 15, 2020 and July 15, 2020, Samsung did not support all of Netlist's requests for NAND or DRAM products.

**REQUEST NO. 26:**

Admit that between June 15, 2020 and July 15, 2020, Samsung did not supply Netlist with all the NAND and DRAM products Netlist requested.

**REQUEST NO. 27:**

Admit that at some point between February 1, 2017 and May 18 2017, Samsung set a cap or limit on the amount of NAND and DRAM Products that Netlist could purchase from Samsung.

**REQUEST NO. 28:**

Admit that at some point between February 1, 2017 and May 18, 2017, Samsung set a cap or limit on the amount of NAND and DRAM Products that Samsung would support for Netlist.

**REQUEST NO. 29:**

Admit that at some point between February 1, 2017 and May 18, 2017, Samsung set an allocation limit on the amount of NAND and DRAM Products that Netlist could purchase from Samsung.

**REQUEST NO. 30:**

Admit that as of May 18, 2017, the allocation of NAND and DRAM Products that Netlist could purchase from Samsung was set by Samsung at zero.

**REQUEST NO. 31:**

Admit that as of May 18, 2017, Samsung set the amount of NAND and DRAM Products that Netlist could purchase from Samsung at zero.

**REQUEST NO. 32:**

Admit that in May 2017, Samsung informed Netlist that it would not allocate any NAND or DRAM Products for sale to Netlist.

**REQUEST NO. 33:**

Admit that in May 2017, Samsung informed Netlist that it would not support any orders for NAND or DRAM Products from Netlist.

**REQUEST NO. 34:**

Admit that in May 2017, Samsung stopped supporting any orders for NAND or DRAM Products from Netlist.

**REQUEST NO. 35:**

Admit that in May 2017, Samsung stopped accepting any orders for NAND or DRAM Products from Netlist.

**REQUEST NO. 36:**

Admit that from May 19, 2017 to June 14, 2020, Samsung maintained a cap or limit on the amount of NAND and DRAM Products that Netlist could purchase from Samsung.

**REQUEST NO. 37:**

Admit that from May 19, 2017 to June 14, 2020, Samsung maintained a cap or limit on the amount of NAND and DRAM Products that Samsung would support for Netlist.

**REQUEST NO. 38:**

Admit that from May 19, 2017 to June 14, 2020, Samsung maintained an allocation limit on the amount of NAND and DRAM Products that Netlist could purchase from Samsung.

**REQUEST NO. 39:**

Admit that from June 15, 2020 to July 15, 2020, Samsung maintained a cap or limit on the amount of NAND and DRAM Products that Netlist could purchase from Samsung.

**REQUEST NO. 40:**

Admit that from June 15, 2020 to July 15, 2020, Samsung maintained a cap or limit on the amount of NAND and DRAM Products that Samsung would support for Netlist.

**REQUEST NO. 41:**

Admit that from June 15, 2020 to July 15, 2020, Samsung maintained an allocation limit on the amount of NAND and DRAM Products that Netlist could purchase from Samsung.

**REQUEST NO. 42:**

Admit that Samsung represented to the Korean Tax Tribunal that it was necessary for Samsung to withhold $1.32 million for taxes on the $8 million NRE fee to be paid to Netlist under the Agreement.

**REQUEST NO. 43:**

Admit that Samsung represented to the Korean National Tax Service that it was necessary for Samsung to withhold $1.32 million for taxes on the $8 million NRE fee to be paid to Netlist under the Agreement.

**REQUEST NO. 44:**

Admit that Samsung represented to the Korean Tax Tribunal that the primary reason that Samsung entered into the Agreement was to eliminate risks associated with potential infringement of Netlist's patents.

**REQUEST NO. 45:**

Admit that Samsung represented to the Korean National Tax Service that the primary reason that Samsung entered into the Agreement was to eliminate risks associated with potential infringement of Netlist's patents.

**REQUEST NO. 46:**

Admit that the Korean Tax Tribunal determined that it was not necessary under Korean law to withhold $1.32 million for taxes on the $8 million fee owed to Netlist under the Agreement.

**REQUEST NO. 47:**

Admit that the Korean National Tax Service determined that it was not necessary under Korean law to withhold $1.32 million for taxes on the $8 million fee owed to Netlist under the Agreement.

**REQUEST NO. 48:**

Admit that Samsung did not cooperate with Netlist in its effort to claim a credit or refund or exemption for the withholding for taxes on the $8 million fee owed to Netlist under the Agreement.

**REQUEST NO. 49:**

Admit that Samsung received the letter from Netlist dated May 27, 2020, in which Netlist asserted Samsung had breached the Agreement.

**REQUEST NO. 50:**

Admit that, by June 14, 2020, Samsung had received Netlist's letter dated May 27, 2020, in which Netlist asserted that Samsung had breached the Agreement.

**REQUEST NO. 51:**

Admit that Samsung received an email from Marc Frechette dated June 12, 2020 (U.S. Pacific Time), which attached the letter from Netlist dated May 27, 2020, in which Netlist asserted Samsung had breached the Agreement.

**REQUEST NO. 52:**

Admit that Samsung did not respond to Netlist's letter dated May 27, 2020, within 30 days of Samsung having received the letter.

**REQUEST NO. 53:**

Admit that Samsung never responded to Netlist's letter dated May 27, 2020, in which Netlist asserted Samsung had breached the Agreement.

**REQUEST NO. 54:**

Admit that Samsung did not respond to Netlist's letter dated May 27, 2020 prior to June 15, 2020.

**REQUEST NO. 55:**

Admit that, as of May 27, 2021, Samsung had not asked to meet with Netlist to discuss its letter dated May 27, 2020, in which it asserted Samsung had breached the Agreement.

**REQUEST NO. 56:**

Admit that the only address that Samsung provided to Netlist for notices to be sent to under the Agreement is the address listed in Section 15 of the Agreement.

**REQUEST NO. 57:**

Admit that Samsung never served any notice to Netlist to amend, change, or update Section 15 of the Agreement with a different address for Samsung.

**REQUEST NO. 58:**

Admit that Section 15 of the Agreement requires Netlist to send all notices required under the agreement in writing and by registered or certified mail or facsimile to Samsung at:

Name:  Seung Min Sung

Title: Director

Address: San #16 Banwol-Dong, Hwasung City, Gyeongi-Do 445-701, Korea

Phone: +82-31-208-1732

**REQUEST NO. 59:**

Admit that Samsung Semiconductor, Inc. is a wholly owned subsidiary of Samsung Electronics Co., Ltd.

**REQUEST NO. 60:**

Admit that Netlist's orders for NAND or DRAM Products are placed through Samsung Semiconductor, Inc.

**REQUEST NO. 61:**

Admit that Samsung has directed Netlist to place orders for NAND or DRAM Products through Samsung Semiconductor, Inc.


Dated: June 8, 2021

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jason C. Lo*
Jason C. Lo
333 South Grand Avenue
Los Angeles, CA 90071
213.229.7153
jlo@gibsondunn.com

Attorneys for Plaintiff Netlist Inc.

## CERTIFICATE OF SERVICE

I, Jason C. Lo, an attorney, hereby certify that **PLAINTIFF NETLIST INC.'S SECOND SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT SAMSUNG ELECTRONICS CO., LTD.,** was emailed to counsel for Samsung Electronics Inc., Ltd., on June 8, 2021.

By:  */s/ Jason C. Lo*
Jason C. Lo

Attorney for Plaintiff Netlist Inc.