# EXHIBIT G

Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
  mmasters@birdmarella.com
David I. Hurwitz - State Bar No. 174632
  dhurwitz@birdmarella.com
Kate S. Shin - State Bar No. 279867
  kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
  clee@birdmarella.com
Jong-min Choi - State Bar No. 329474
  jmchoi@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>        Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO**<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

PROPOUNDING PARTY:  PLAINTIFF NETLIST INC.

RESPONDING PARTY:   DEFENDANT SAMSUNG ELECTRONICS CO., LTD.

SET NO.:        TWO

3739040.2

1

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO
PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

Defendant Samsung Electronics Co., Ltd. ("Defendant") hereby responds and objects to Plaintiff Netlist Inc.'s ("Plaintiff") Second Set of Requests for Admissions ("Requests") as follows:

# I.

# GENERAL OBJECTIONS

1. Defendant objects to each Request to the extent that it seeks to impose burdens on Defendant that are inconsistent with, or in addition to, Defendant's discovery obligations pursuant to the Federal Rules of Civil Procedure. Defendant will respond consistent with its discovery obligations pursuant to the Federal Rules of Civil Procedure.

2. Defendant objects to each Request as vague and ambiguous in that it calls for a legal analysis to determine the scope of the Request. Defendant objects to each Request to the extent that it is otherwise vague and ambiguous.

3. Defendant objects to each Request to the extent it is overbroad, unduly burdensome and/or oppressive. Defendant objects to the Requests to the extent they are not properly limited as to time or scope and, therefore, are overbroad, unduly burdensome and oppressive.

4. Defendant objects to the Requests to the extent that they call for information that is not admissible evidence.

5. Defendant objects to the Requests on the grounds, and to the extent, that they call for a legal conclusion.

6. Defendant objects to the Request on the grounds, and to the extent, that they lack foundation and/or call for speculation.

7. Defendant objects to the Requests to the extent they seek information or materials that are already within the putative propounding party's possession, custody, or control.

8. The following responses are given without prejudice to Defendant's right to produce evidence of any subsequently discovered facts or documents, or to

1  modify or enlarge Defendant's responses herein based on additional information

2  hereinafter obtained or evaluated as a result of continuing investigation or discovery.

3       9.     No incidental or implied admissions are intended by the responses

4  herein.

5       10.    Defendant objects to the Requests to the extent that they call for

6  information or other materials protected by applicable statutory or common law

7  privileges and/or protections, including but not limited to the attorney-client

8  privilege, the attorney work product doctrine, the common interest doctrine, rights

9  of privacy, taxpayer's privilege and the protection of settlement and mediation

10  materials.

11       11.    Defendant objects to the Requests to the extent that they call for

12  information that constitutes confidential, proprietary, trade secret or sensitive

13  business information of the Defendant or third-parties.

14       12.    Defendant incorporates all these General Objections into each of the

15  Responses as if fully set forth in each Response. Without waiving any of the

16  foregoing objections, all of which are incorporated by reference in the Responses

17  below, Defendant specifically responds to the Requests as follows:

18  **II.**

19  **RESPONSES TO REQUESTS FOR ADMISSION**

20  **REQUEST FOR ADMISSION NO. 16:**

21       Admit that between December 1, 2015 and July 15, 2020, Samsung cancelled

22  some orders for NAND or DRAM Products that Netlist placed.

23  **RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

24       Defendant incorporates by reference its general objections. Defendant objects

25  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

26  further objects to this request to the extent that it calls for facts not within

27  Defendant's knowledge. Defendant also objects to this request to the extent that it

28  seeks confidential, proprietary, or trade secret information. Defendant's fact

3739040.2         3

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO
PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

1  investigation is not yet complete, and Defendant reserves the right, without

2  assuming any obligation, to supplement its response.

3       Subject to and without waiving its objections, Defendant responds as follows:

4  admit only that Defendant has indicated routinely to Plaintiff throughout the time

5  period from November 12, 2015 to present – as it would with any other similarly

6  situated customer during the same time period – that it is unable to support every

7  request for products.

8  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

9       Defendant incorporates by reference its general objections. Defendant objects

10  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

11  further objects to this request to the extent that it calls for facts not within

12  Defendant's knowledge. Defendant also objects to this request to the extent that it

13  seeks confidential, proprietary, or trade secret information. Defendant's fact

14  investigation is not yet complete, and Defendant reserves the right, without

15  assuming any obligation, to supplement its response.

16       Subject to and without waiving its objections, Defendant responds as follows:

17  admit only that Defendant has indicated routinely to Plaintiff throughout the time

18  period from November 12, 2015 to present – as it would with any other similarly

19  situated customer during the same time period – that it is unable to support every

20  request for products, and that Samsung ultimately did not support requests that it

21  indicated it is unable to support.

22  **REQUEST FOR ADMISSION NO. 17:**

23       Admit that between December 1, 2015 and July 15, 2020, Samsung failed to

24  fulfill in whole some orders for NAND or DRAM Products that Netlist placed.

25  **RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

26       Defendant incorporates by reference its general objections. Defendant objects

27  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

28  further objects to this request to the extent that it calls for facts not within

4

1    Defendant's knowledge. Defendant also objects to this request to the extent that it
2    seeks confidential, proprietary, or trade secret information. Defendant's fact
3    investigation is not yet complete, and Defendant reserves the right, without
4    assuming any obligation, to supplement its response.

5        Subject to and without waiving its objections, Defendant responds as follows:
6    admit only that Defendant has indicated routinely to Plaintiff throughout the time
7    period from November 12, 2015 to present – as it would with any other similarly
8    situated customer during the same time period – that it is unable to support every
9    request for products.

10   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

11       Defendant incorporates by reference its general objections. Defendant objects
12   to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
13   further objects to this request to the extent that it calls for facts not within
14   Defendant's knowledge. Defendant also objects to this request to the extent that it
15   seeks confidential, proprietary, or trade secret information. Defendant's fact
16   investigation is not yet complete, and Defendant reserves the right, without
17   assuming any obligation, to supplement its response.

18       Subject to and without waiving its objections, Defendant responds as follows:
19   admit only that Defendant has indicated routinely to Plaintiff throughout the time
20   period from November 12, 2015 to present – as it would with any other similarly
21   situated customer during the same time period – that it is unable to support every
22   request for products, and that Samsung ultimately did not support requests that it
23   indicated it is unable to support.

24   **REQUEST FOR ADMISSION NO. 18:**

25       Admit that between December 1, 2015 and July 15, 2020, Samsung failed to
26   fulfill in part some orders for NAND or DRAM Products that Netlist placed.

27   **RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

28       Defendant incorporates by reference its general objections. Defendant objects

to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 19:**

Admit that on multiple occasions between December 1, 2015 and June 14, 2020, Samsung declined to support requests for NAND or DRAM Products that

1  Netlist made.

2  **RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

3       Defendant incorporates by reference its general objections. Defendant objects

4  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

5  further objects to this request to the extent that it calls for facts not within

6  Defendant's knowledge. Defendant also objects to this request to the extent that it

7  seeks confidential, proprietary, or trade secret information. Defendant's fact

8  investigation is not yet complete, and Defendant reserves the right, without

9  assuming any obligation, to supplement its response.

10       Subject to and without waiving its objections, Defendant responds as follows:

11  admit only that Defendant has indicated routinely to Plaintiff throughout the time

12  period from November 12, 2015 to present – as it would with any other similarly

13  situated customer during the same time period – that it is unable to support every

14  request for products.

15  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

16       Defendant incorporates by reference its general objections. Defendant objects

17  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

18  further objects to this request to the extent that it calls for facts not within

19  Defendant's knowledge. Defendant also objects to this request to the extent that it

20  seeks confidential, proprietary, or trade secret information. Defendant's fact

21  investigation is not yet complete, and Defendant reserves the right, without

22  assuming any obligation, to supplement its response.

23       Subject to and without waiving its objections, Defendant responds as follows:

24  admit only that Defendant has indicated routinely to Plaintiff throughout the time

25  period from November 12, 2015 to present – as it would with any other similarly

26  situated customer during the same time period – that it is unable to support every

27  request for products, and that Samsung ultimately did not support requests that it

28  indicated it is unable to support.

3739040.2

7

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

**REQUEST FOR ADMISSION NO. 20:**

Admit that between June 15, 2020 and July 15, 2020, Samsung declined to support some requests for NAND or DRAM Products that Netlist made.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every

1  request for products, and that Samsung ultimately did not support requests that it

2  indicated it is unable to support.

3  **REQUEST FOR ADMISSION NO. 21:**

4      Admit that on multiple occasions between December 1, 2015 and June 14,

5  2020, Netlist requested to purchase more NAND or DRAM Products from Samsung

6  than Samsung agreed to support or sell to Netlist.

7  **RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

8      Defendant incorporates by reference its general objections. Defendant objects

9  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

10  further objects to this request to the extent that it calls for facts not within

11  Defendant's knowledge. Defendant also objects to this request to the extent that it

12  seeks confidential, proprietary, or trade secret information. Defendant's fact

13  investigation is not yet complete, and Defendant reserves the right, without

14  assuming any obligation, to supplement its response.

15      Subject to and without waiving its objections, Defendant responds as follows:

16  admit only that Defendant has indicated routinely to Plaintiff throughout the time

17  period from November 12, 2015 to present – as it would with any other similarly

18  situated customer during the same time period – that it is unable to support every

19  request for products.

20  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

21      Defendant incorporates by reference its general objections. Defendant objects

22  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

23  further objects to this request to the extent that it calls for facts not within

24  Defendant's knowledge. Defendant also objects to this request to the extent that it

25  seeks confidential, proprietary, or trade secret information. Defendant's fact

26  investigation is not yet complete, and Defendant reserves the right, without

27  assuming any obligation, to supplement its response.

28      Subject to and without waiving its objections, Defendant responds as follows:

admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 22:**

Admit that between June 15, 2020 and July 15, 2020, Netlist requested to purchase more NAND or DRAM Products from Samsung than Samsung agreed to support or sell to Netlist.

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact

investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 23:**

Admit that on multiple occasions between December 1, 2015 and June 14, 2020, Samsung refused to sell Netlist any NAND or DRAM products in response to a request from Netlist.

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

1  further objects to this request to the extent that it calls for facts not within
2  Defendant's knowledge. Defendant also objects to this request to the extent that it
3  seeks confidential, proprietary, or trade secret information. Defendant's fact
4  investigation is not yet complete, and Defendant reserves the right, without
5  assuming any obligation, to supplement its response.

6       Subject to and without waiving its objections, Defendant responds as follows:
7  admit only that Defendant has indicated routinely to Plaintiff throughout the time
8  period from November 12, 2015 to present – as it would with any other similarly
9  situated customer during the same time period – that it is unable to support every
10  request for products, and that Samsung ultimately did not support requests that it
11  indicated it is unable to support.

12  **REQUEST FOR ADMISSION NO. 24:**

13       Admit that between June 15, 2020 and July 15, 2020, Samsung refused to sell
14  Netlist any NAND or DRAM products in response to a request or requests from
15  Netlist.

16  **RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

17       Defendant incorporates by reference its general objections. Defendant objects
18  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
19  further objects to this request to the extent that it calls for facts not within
20  Defendant's knowledge. Defendant also objects to this request to the extent that it
21  seeks confidential, proprietary, or trade secret information. Defendant's fact
22  investigation is not yet complete, and Defendant reserves the right, without
23  assuming any obligation, to supplement its response.

24       Subject to and without waiving its objections, Defendant responds as follows:
25  admit only that Defendant has indicated routinely to Plaintiff throughout the time
26  period from November 12, 2015 to present – as it would with any other similarly
27  situated customer during the same time period – that it is unable to support every
28  request for products.

3739040.2

12

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 25:**

Admit that between June 15, 2020 and July 15, 2020, Samsung did not support all of Netlist's requests for NAND or DRAM products.

**RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly

13

1  situated customer during the same time period – that it is unable to support every
2  request for products.

3  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

4  Defendant incorporates by reference its general objections. Defendant objects
5  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
6  further objects to this request to the extent that it calls for facts not within
7  Defendant's knowledge. Defendant also objects to this request to the extent that it
8  seeks confidential, proprietary, or trade secret information. Defendant's fact
9  investigation is not yet complete, and Defendant reserves the right, without
10 assuming any obligation, to supplement its response.

11 Subject to and without waiving its objections, Defendant responds as follows:
12 admit only that Defendant has indicated routinely to Plaintiff throughout the time
13 period from November 12, 2015 to present – as it would with any other similarly
14 situated customer during the same time period – that it is unable to support every
15 request for products, and that Samsung ultimately did not support requests that it
16 indicated it is unable to support.

17 **REQUEST FOR ADMISSION NO. 26:**

18 Admit that between June 15, 2020 and July 15, 2020, Samsung did not supply
19 Netlist with all the NAND and DRAM products Netlist requested.

20 **RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

21 Defendant incorporates by reference its general objections. Defendant objects
22 to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
23 further objects to this request to the extent that it calls for facts not within
24 Defendant's knowledge. Defendant also objects to this request to the extent that it
25 seeks confidential, proprietary, or trade secret information. Defendant's fact
26 investigation is not yet complete, and Defendant reserves the right, without
27 assuming any obligation, to supplement its response.

28 Subject to and without waiving its objections, Defendant responds as follows:

admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 27:**

Admit that at some point between February 1, 2017 and May 18 2017, Samsung set a cap or limit on the amount of NAND and DRAM Products that Netlist could purchase from Samsung.

**RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact

1   investigation is not yet complete, and Defendant reserves the right, without

2   assuming any obligation, to supplement its response.

3        Subject to and without waiving its objections, Defendant responds as follows:

4   admit only that Defendant has indicated routinely to Plaintiff throughout the time

5   period from November 12, 2015 to present – as it would with any other similarly

6   situated customer during the same time period – that it is unable to support every

7   request for products.

8   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

9        Defendant incorporates by reference its general objections. Defendant objects

10  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

11  further objects to this request to the extent that it calls for facts not within

12  Defendant's knowledge. Defendant also objects to this request to the extent that it

13  seeks confidential, proprietary, or trade secret information. Defendant's fact

14  investigation is not yet complete, and Defendant reserves the right, without

15  assuming any obligation, to supplement its response.

16        Subject to and without waiving its objections, Defendant responds as follows:

17  admit only that Defendant has indicated routinely to Plaintiff throughout the time

18  period from November 12, 2015 to present – as it would with any other similarly

19  situated customer during the same time period – that it is unable to support every

20  request for products, and that Samsung ultimately did not support requests that it

21  indicated it is unable to support.

22  **REQUEST FOR ADMISSION NO. 28:**

23        Admit that at some point between February 1, 2017 and May 18, 2017,

24  Samsung set a cap or limit on the amount of NAND and DRAM Products that

25  Samsung would support for Netlist.

26  **RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

27        Defendant incorporates by reference its general objections. Defendant objects

28  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 29:**

Admit that at some point between February 1, 2017 and May 18, 2017, Samsung set an allocation limit on the amount of NAND and DRAM Products that Netlist could purchase from Samsung.

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 29:**

2        Defendant incorporates by reference its general objections. Defendant objects

3  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

4  further objects to this request to the extent that it calls for facts not within

5  Defendant's knowledge. Defendant also objects to this request to the extent that it

6  seeks confidential, proprietary, or trade secret information. Defendant's fact

7  investigation is not yet complete, and Defendant reserves the right, without

8  assuming any obligation, to supplement its response.

9        Subject to and without waiving its objections, Defendant responds as follows:

10  admit only that Defendant has indicated routinely to Plaintiff throughout the time

11  period from November 12, 2015 to present – as it would with any other similarly

12  situated customer during the same time period – that it is unable to support every

13  request for products.

14  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 29:**

15        Defendant incorporates by reference its general objections. Defendant objects

16  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

17  further objects to this request to the extent that it calls for facts not within

18  Defendant's knowledge. Defendant also objects to this request to the extent that it

19  seeks confidential, proprietary, or trade secret information. Defendant's fact

20  investigation is not yet complete, and Defendant reserves the right, without

21  assuming any obligation, to supplement its response.

22        Subject to and without waiving its objections, Defendant responds as follows:

23  admit only that Defendant has indicated routinely to Plaintiff throughout the time

24  period from November 12, 2015 to present – as it would with any other similarly

25  situated customer during the same time period – that it is unable to support every

26  request for products, and that Samsung ultimately did not support requests that it

27  indicated it is unable to support.

28

3739040.2

18

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

**REQUEST FOR ADMISSION NO. 30:**

Admit that as of May 18, 2017, the allocation of NAND and DRAM Products that Netlist could purchase from Samsung was set by Samsung at zero.

**RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

1  request for products, and that Samsung ultimately did not support requests that it
2  indicated it is unable to support.

3  **REQUEST FOR ADMISSION NO. 31:**

4      Admit that as of May 18, 2017, Samsung set the amount of NAND and
5  DRAM Products that Netlist could purchase from Samsung at zero.

6  **RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

7      Defendant incorporates by reference its general objections. Defendant objects
8  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
9  further objects to this request to the extent that it calls for facts not within
10 Defendant's knowledge. Defendant also objects to this request to the extent that it
11 seeks confidential, proprietary, or trade secret information. Defendant's fact
12 investigation is not yet complete, and Defendant reserves the right, without
13 assuming any obligation, to supplement its response.

14     Subject to and without waiving its objections, Defendant responds as follows:
15 admit only that Defendant has indicated routinely to Plaintiff throughout the time
16 period from November 12, 2015 to present – as it would with any other similarly
17 situated customer during the same time period – that it is unable to support every
18 request for products.

19 **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

20     Defendant incorporates by reference its general objections. Defendant objects
21 to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
22 further objects to this request to the extent that it calls for facts not within
23 Defendant's knowledge. Defendant also objects to this request to the extent that it
24 seeks confidential, proprietary, or trade secret information. Defendant's fact
25 investigation is not yet complete, and Defendant reserves the right, without
26 assuming any obligation, to supplement its response.

27     Subject to and without waiving its objections, Defendant responds as follows:
28 admit only that Defendant has indicated routinely to Plaintiff throughout the time

20

1  period from November 12, 2015 to present – as it would with any other similarly

2  situated customer during the same time period – that it is unable to support every

3  request for products, and that Samsung ultimately did not support requests that it

4  indicated it is unable to support.

5  **REQUEST FOR ADMISSION NO. 32:**

6       Admit that in May 2017, Samsung informed Netlist that it would not allocate

7  any NAND or DRAM Products for sale to Netlist.

8  **RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

9       Defendant incorporates by reference its general objections. Defendant objects

10  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

11  further objects to this request to the extent that it calls for facts not within

12  Defendant's knowledge. Defendant also objects to this request to the extent that it

13  seeks confidential, proprietary, or trade secret information. Defendant's fact

14  investigation is not yet complete, and Defendant reserves the right, without

15  assuming any obligation, to supplement its response.

16       Subject to and without waiving its objections, Defendant responds as follows:

17  admit only that Defendant has indicated routinely to Plaintiff throughout the time

18  period from November 12, 2015 to present – as it would with any other similarly

19  situated customer during the same time period – that it is unable to support every

20  request for products.

21  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

22       Defendant incorporates by reference its general objections. Defendant objects

23  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

24  further objects to this request to the extent that it calls for facts not within

25  Defendant's knowledge. Defendant also objects to this request to the extent that it

26  seeks confidential, proprietary, or trade secret information. Defendant's fact

27  investigation is not yet complete, and Defendant reserves the right, without

28  assuming any obligation, to supplement its response.

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO
PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

1    Subject to and without waiving its objections, Defendant responds as follows:

2    admit only that Defendant has indicated routinely to Plaintiff throughout the time

3    period from November 12, 2015 to present – as it would with any other similarly

4    situated customer during the same time period – that it is unable to support every

5    request for products, and that Samsung ultimately did not support requests that it

6    indicated it is unable to support.

7    **REQUEST FOR ADMISSION NO. 33:**

8    Admit that in May 2017, Samsung informed Netlist that it would not support

9    any orders for NAND or DRAM Products from Netlist.

10    **RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

11    Defendant incorporates by reference its general objections. Defendant objects

12    to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

13    further objects to this request to the extent that it calls for facts not within

14    Defendant's knowledge. Defendant also objects to this request to the extent that it

15    seeks confidential, proprietary, or trade secret information. Defendant's fact

16    investigation is not yet complete, and Defendant reserves the right, without

17    assuming any obligation, to supplement its response.

18    Subject to and without waiving its objections, Defendant responds as follows:

19    admit only that Defendant has indicated routinely to Plaintiff throughout the time

20    period from November 12, 2015 to present – as it would with any other similarly

21    situated customer during the same time period – that it is unable to support every

22    request for products.

23    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

24    Defendant incorporates by reference its general objections. Defendant objects

25    to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

26    further objects to this request to the extent that it calls for facts not within

27    Defendant's knowledge. Defendant also objects to this request to the extent that it

28    seeks confidential, proprietary, or trade secret information. Defendant's fact

investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 34:**

Admit that in May 2017, Samsung stopped supporting any orders for NAND or DRAM Products from Netlist.

**RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO
PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

Defendant's knowledge. Defendant also objects to this request to the extent that it
seeks confidential, proprietary, or trade secret information. Defendant's fact
investigation is not yet complete, and Defendant reserves the right, without
assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows:
admit only that Defendant has indicated routinely to Plaintiff throughout the time
period from November 12, 2015 to present – as it would with any other similarly
situated customer during the same time period – that it is unable to support every
request for products, and that Samsung ultimately did not support requests that it
indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 35:**

Admit that in May 2017, Samsung stopped accepting any orders for NAND or
DRAM Products from Netlist.

**RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

Defendant incorporates by reference its general objections. Defendant objects
to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
further objects to this request to the extent that it calls for facts not within
Defendant's knowledge. Defendant also objects to this request to the extent that it
seeks confidential, proprietary, or trade secret information. Defendant's fact
investigation is not yet complete, and Defendant reserves the right, without
assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows:
admit only that Defendant has indicated routinely to Plaintiff throughout the time
period from November 12, 2015 to present – as it would with any other similarly
situated customer during the same time period – that it is unable to support every
request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

Defendant incorporates by reference its general objections. Defendant objects

to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 36:**

Admit that from May 19, 2017 to June 14, 2020, Samsung maintained a cap or limit on the amount of NAND and DRAM Products that Netlist could purchase from Samsung.

**RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every

1  request for products.

2  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

3      Defendant incorporates by reference its general objections. Defendant objects

4  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

5  further objects to this request to the extent that it calls for facts not within

6  Defendant's knowledge. Defendant also objects to this request to the extent that it

7  seeks confidential, proprietary, or trade secret information. Defendant's fact

8  investigation is not yet complete, and Defendant reserves the right, without

9  assuming any obligation, to supplement its response.

10      Subject to and without waiving its objections, Defendant responds as follows:

11  admit only that Defendant has indicated routinely to Plaintiff throughout the time

12  period from November 12, 2015 to present – as it would with any other similarly

13  situated customer during the same time period – that it is unable to support every

14  request for products, and that Samsung ultimately did not support requests that it

15  indicated it is unable to support.

16  **REQUEST FOR ADMISSION NO. 37:**

17      Admit that from May 19, 2017 to June 14, 2020, Samsung maintained a cap

18  or limit on the amount of NAND and DRAM Products that Samsung would support

19  for Netlist.

20  **RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

21      Defendant incorporates by reference its general objections. Defendant objects

22  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

23  further objects to this request to the extent that it calls for facts not within

24  Defendant's knowledge. Defendant also objects to this request to the extent that it

25  seeks confidential, proprietary, or trade secret information. Defendant's fact

26  investigation is not yet complete, and Defendant reserves the right, without

27  assuming any obligation, to supplement its response.

28      Subject to and without waiving its objections, Defendant responds as follows:

3739040.2

26

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO
PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

1  admit only that Defendant has indicated routinely to Plaintiff throughout the time
2  period from November 12, 2015 to present – as it would with any other similarly
3  situated customer during the same time period – that it is unable to support every
4  request for products.

5  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

6      Defendant incorporates by reference its general objections. Defendant objects
7  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
8  further objects to this request to the extent that it calls for facts not within
9  Defendant's knowledge. Defendant also objects to this request to the extent that it
10 seeks confidential, proprietary, or trade secret information. Defendant's fact
11 investigation is not yet complete, and Defendant reserves the right, without
12 assuming any obligation, to supplement its response.

13     Subject to and without waiving its objections, Defendant responds as follows:
14 admit only that Defendant has indicated routinely to Plaintiff throughout the time
15 period from November 12, 2015 to present – as it would with any other similarly
16 situated customer during the same time period – that it is unable to support every
17 request for products, and that Samsung ultimately did not support requests that it
18 indicated it is unable to support.

19 **REQUEST FOR ADMISSION NO. 38:**

20     Admit that from May 19, 2017 to June 14, 2020, Samsung maintained an
21 allocation limit on the amount of NAND and DRAM Products that Netlist could
22 purchase from Samsung.

23 **RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

24     Defendant incorporates by reference its general objections. Defendant objects
25 to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
26 further objects to this request to the extent that it calls for facts not within
27 Defendant's knowledge. Defendant also objects to this request to the extent that it
28 seeks confidential, proprietary, or trade secret information. Defendant's fact

investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 39:**

Admit that from June 15, 2020 to July 15, 2020, Samsung maintained a cap or limit on the amount of NAND and DRAM Products that Netlist could purchase from Samsung.

**RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 40:**

Admit that from June 15, 2020 to July 15, 2020, Samsung maintained a cap or limit on the amount of NAND and DRAM Products that Samsung would support for Netlist.

**RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

3739040.2

30

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO
PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

**REQUEST FOR ADMISSION NO. 41:**

Admit that from June 15, 2020 to July 15, 2020, Samsung maintained an allocation limit on the amount of NAND and DRAM Products that Netlist could purchase from Samsung.

**RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly

1  situated customer during the same time period – that it is unable to support every

2  request for products, and that Samsung ultimately did not support requests that it

3  indicated it is unable to support.

4

5  DATED:  August 9, 2021          Ekwan E. Rhow

6                                  Marc E. Masters
                                    Kate S. Shin

7                                  Christopher J. Lee

8                                  Jong-min Choi
                                    Bird, Marella, Boxer, Wolpert, Nessim,

9                                  Drooks, Lincenberg & Rhow, P.C.

10

11

12                                 By: _____

13                                          Christopher J. Lee
                                    Attorneys for Defendant Samsung

14                                  Electronics Co., Ltd.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3739040.2

32

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO
PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

# PROOF OF SERVICE

### *Netlist Inc. v. Samsung Electronics Co., Ltd.*
### Case No. 8:20-cv-00993-MCS-ADS

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067-2561.

On August 9, 2021, I served the following document(s) described as **DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address jkinsey@birdmarella.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 9, 2021, at Los Angeles, California.

_____
Jessica D. Kinsey

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

1

**SERVICE LIST**
*Netlist Inc. v. Samsung Electronics Co., Ltd.*
**Case No. 8:20-cv-00993-MCS-ADS**

2

3 | Raymond A. LaMagna
Matthew Benjamin
4 | Timothy P. Best
Jason C. Lo
5 | Marissa Moshell
Gibson, Dunn & Crutcher LLP
6 | 333 S Grand Ave
Los Angeles, CA 90071
7 | Telephone: (213) 229-700
Email: rlamagna@gibsondunn.com
8 | Email: mbenjamin@gibsondunn.com
Email: tbest@gibsondunn.com
9 | Email: jlo@gibsondunn.com
Email: mmulligan@gibsondunn.com
10 | **Counsel for Plaintiff Netlist Inc.**

Soolean Choy
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA  94304
Telephone: (650) 849-5300
Email: schoy@gibsondunn.com
**Counsel for Plaintiff Netlist Inc.**

11 | JungEun Lee
Gibson, Dunn & Crutcher LLP
12 | 1050 Connecticut Ave NW
Washington, DC 20036
13 | Telephone: (202) 887-3717
Email: nlee@gibsondunn.com
14 | **Counsel for Plaintiff Netlist Inc.**

Jason Sheasby
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
Telephone: (310) 203-7096
Email: jsheasby@irell.com
**Counsel for Plaintiff Netlist Inc.**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3739040.2

34

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO
PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO