# EXHIBIT H

JASON C. LO, SBN 219030
  jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
  mbenjamin@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
  rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-993-MSC (DFMx)<br><br>**PLAINTIFF NETLIST INC.'S NOTICE OF DEPOSITION OF DEFENDANT SAMSUNG ELECTRONICS CO., LTD. PURSUANT TO FED. R. CIV. P. 30(B)(6)** |

Gibson, Dunn & Crutcher LLP

1

PLAINTIFF NETLIST INC.'S RULE 30(B)(6) NOTICE OF DEPOSITION OF SAMSUNG ELECTRONICS CO., LTD.

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Netlist Inc., by and through its undersigned attorneys, will take the oral deposition of Defendant Samsung Electronics Co., Ltd. on July 8, 2021, at 9:00 a.m. PT, at the offices of Gibson Dunn, 333 S. Grand Ave., Suite 5400, Los Angeles, CA 90071, unless otherwise agreed, and continuing from day to day thereafter until concluded, Saturdays, Sundays, and holidays excepted.

The deposition is being taken for the purposes of discovery, for use at trial, and for any other purposes as permitted under the Federal Rules of Civil Procedure, court order, and any other applicable rules. Pursuant to Federal Rule of Civil Procedure 30(b)(6), Defendant is directed to designate one or more officers, directors, managing agents, or other individuals able to fully and completely testify on behalf of Defendant regarding the subject matters listed in Exhibit A attached hereto, and to prepare such witnesses for testimony accordingly as required by the Federal Rules.

The deposition shall be conducted before a court reporter or some other officer authorized by law to administer oaths for use at the trial herein. The deposition will be recorded stenographically and by videotape, and may be recorded through instant visual display of testimony using "Live Note" or a similar software. Any recording, videotape, and transcript of this deposition may be used for any legally permissible purpose, including admission at trial.

Dated: June 8, 2021

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Jason C. Lo
Jason C. Lo
333 South Grand Avenue
Los Angeles, CA 90071
213.229.7000
jlo@gibsondunn.com

Attorneys for Plaintiff Netlist Inc.

Gibson, Dunn & Crutcher LLP

2

PLAINTIFF NETLIST INC.'S RULE 30(B)(6) NOTICE OF DEPOSITION OF SAMSUNG ELECTRONICS CO., LTD.

# EXHIBIT A

# DEFINITIONS

Notwithstanding any definition set forth below, each word, term, or phrase used in the deposition topics is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Central District of California. In the deposition topics, the following terms are to be given their ascribed definitions.

1. "Agreement" shall mean the Joint Development and License Agreement dated November 12, 2015, signed by Netlist Inc. and Samsung Electronics Co., Ltd.

2. "Document(s)" shall be defined and construed in the broadest possible sense under Federal Rule of Civil Procedure 34. "Document(s)" shall include any "writing," "recording," and "photograph" as those terms are defined in Rule 1001 of the Federal Rules of Evidence. "Document(s)" shall include communications of any type, emails and electronic files, audio and videotapes, texts, instant messages, social media posts, and microfiche.

3. "Identity," "Identify," or "Identifying" shall mean: (a) with respect to a natural Person or individual, to provide the Person's full name and current place of employment, job title, residence address, telephone number, and email address, (b) with respect to any non-natural Person, to specify the name, current address, and telephone number of that non-natural Person, and (c) with respect to documents, things, or facts, the Date, name or title, author, recipients, custodian, and Bates number, summary of event, and Identity of those involved as applicable. With respect to either (a) or (b) above, additionally provide the nature of the Person's role or involvement. Provide current information, and if current information is not available, provide last known information.

4. "NAND and DRAM Products" shall mean NAND, DRAM, and/or any products containing NAND and/or DRAM. By way of example, the term NAND and

DRAM Products includes but is not limited to solid-state drives (SSDs) that contain NAND or memory modules that contain DRAM.

5. "Person(s)" shall mean or refer to any natural person or non-natural person or entity, including without limit any partnership, corporation, association, trust, organization, government entity, and/or any other public or private entity.

6. "Related" to shall mean referring to, regarding, analyzing, discussing, describing, mentioning, evidencing, contradicting, supporting, refuting, pertaining to, or concerning the subject, directly or indirectly, and in whole or in part.

7. "Samsung" shall mean Samsung Electronics Co., Ltd., including any affiliates, subsidiaries, and/or any former or current employees, officers, agents, or directors acting in that capacity on behalf of Samsung Electronics Co., Ltd. or any of its affiliates or subsidiaries.

## DEPOSITION TOPICS

1. Samsung's negotiation and approval of the terms of the Agreement.
2. Samsung's decision to enter and reasons for entering the Agreement.
3. Any amendments, modifications, updates, or notices under the Agreement, including any notices or communications Related to § 15 of the Agreement.
4. The parties' performance under the Agreement, including without limitation:
   a. Collaborative joint development work (§ 2);
   b. Payment of fees and costs to Netlist (§ 3.1);
   c. IPR ownership and technology standardization (§§ 4, 5);
   d. Withholding of taxes due or payable under the laws of Korea (§ 3.2);
   e. Cooperation with Netlist in efforts to claim a credit or refund or exemption with respect to any withholding of taxes under (§ 3.2);
   f. Supply of NAND or DRAM Products to Netlist on Netlist's request at a competitive price (§ 6.2);

      g. Confidentiality restrictions (§ 11); and

      h. Notice requirements (§ 15).

5. Samsung's business understanding of its obligations under the Agreement, including under the provisions listed in Topic 4 above.

6. Instances when Samsung rejected, denied, cancelled, delayed, or refused support for requests from Netlist for NAND or DRAM Products after November 2015, and Samsung's reason and decision for doing so.

7. Instances when Samsung rejected, denied, cancelled, delayed, or refused orders from Netlist for NAND or DRAM Products after November 2015, and Samsung's reason and decision for doing so.

8. Any cap, allocation, limit, or maximum that Samsung has set on the amount of NAND or DRAM Products that Netlist could order from Samsung, or that Samsung would support, and Samsung's reason and decision for doing so.

9. The quantities and prices at which Samsung sold NAND and DRAM Products to Netlist since November 2015, including monthly and quarterly totals.

10. Netlist's meeting at Samsung Semiconductor, Inc. in San Jose, California, on or around May 18, 2017, and Samsung's communications, evaluation, decisions, and follow up Related to the issues discussed at the meeting.

11. Samsung's reason for and decision (*i*) whether to withhold an amount for taxes on fees owed to Netlist under the Agreement, and (*ii*) whether or not to assist Netlist in obtaining a credit, refund, or exemption for such withholding.

12. Samsung's communications Related to withholding taxes on fees owed under the Agreement, including with tax advisors, PriceWaterhouseCoopers (PWC), Netlist, any Korean governmental agency or tribunal, or others.

13. Samsung's knowledge of the identity of Netlist's customers for NAND or DRAM Products since 2015 and of what products and quantity they purchased or intended to purchase from Netlist.

14. Efforts by Samsung to sell NAND or DRAM Products directly to customers of Netlist from November 2015 on, including dates, amounts, and nature of sales.

15. The Identity and terms of agreements under which Samsung is obligated to provide NAND or DRAM Products to third parties, including any supply agreements, master agreements, contract manufacturing agreements, or statements of work (but exempting individual purchase orders).

16. Samsung's sale of NAND and DRAM Products to other customers from November 2015 through July 2020, including, by customer and product, the units sold, pricing, and dollar volume on a monthly and quarterly basis.

17. Samsung's receipt and/or awareness of Netlist's notice letter dated May 27, 2020 (provided as Exhibit A) and Netlist's termination letter (provided as Exhibit B), and Samsung's evaluation, decisions, and responses to both letters.

18. Samsung's communications from November 2015 on with others regarding Netlist, including communications with Netlist's customers, or with Samsung Venture Investment Corp. or SVIC No. 28 New Technology Business Investment L.L.P.

19. Samsung's efforts to value any patent or patent application assigned to or owned by Netlist, or of any license to the same.

20. Samsung's efforts to evaluate the validity, invalidity, enforceability, infringement, and/or noninfringement of any patent or patent application assigned to or owned by Netlist.

21. The Identity and terms of all agreements to which Samsung is a party and/or under which it has rights or obligations that are Related to patents or patent applications applicable to NAND or DRAM Products, and the amount of royalties, consideration, or compensation paid by Samsung or paid to Samsung.

22. Samsung's efforts to collect and respond to Netlist's discovery requests.

23. Samsung's discovery responses in this matter, including the basis for any response to Netlist's interrogatories and requests for admission.

Gibson, Dunn & Crutcher LLP

PLAINTIFF NETLIST INC.'S NOTICE OF DEPOSITION OF SAMSUNG ELECTRONICS CO., LTD. PURSUANT TO FED. R. CIV. P. 30(B)(6)

24. The Identity of Persons involved in or most knowledgeable about the above Topics and their respective involvement, knowledge, and roles.

25. Samsung's Documents and communications Related to the above Topics, including Identifying their location and custodians.

Dated: June 8, 2021

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Jason C. Lo
Jason C. Lo
333 South Grand Avenue
Los Angeles, CA 90071
213.229.7000
jlo@gibsondunn.com

Attorneys for Plaintiff Netlist Inc.

## CERTIFICATE OF SERVICE

I, Jason C. Lo, an attorney, hereby certify that **PLAINTIFF NETLIST INC.'S NOTICE OF DEPOSITION OF SAMSUNG ELECTRONICS CO., LTD. PURSUANT TO FED. R. CIV. P. 30(B)(6)** was emailed to counsel for Samsung Electronics Inc., Ltd., on June 8, 2021.

By: _____/s/ Jason C. Lo_____
Jason C. Lo

Attorney for Plaintiff Netlist Inc.