UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>　　　　　　Defendant. | CASE NO. 8:20-cv-993-MCS (ADS)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF NETLIST INC.'S MOTION FOR FEES AND EXPENSES FOR DEFENDANT SAMSUNG'S FAILURE TO ADMIT REQUESTS FOR ADMISSION** |

The Court, having reviewed and considered Plaintiff Netlist Inc.'s Motion for Fees and Expenses for Defendant Samsung Electronics Co., Ltd.'s Failure to Admit Requests for Admission, all of the papers, arguments, and evidence submitted by the parties, the Court's records and filings on this action, and the oral arguments of the parties' counsel, finds that Defendant Samsung failed to properly admit Plaintiff's RFA Nos. 5–7, 10, 13–15, 27–32, 34–41, 46, 50, 52–53, and 55 in whole or in part as required by Fed. R. Civ. P. 36, that Netlist subsequently proved underlying facts to be true, and that Netlist's request for fees and costs is reasonable and supported,

The Court HEREBY ORDERS that Plaintiff Netlist Inc.'s Motion is **GRANTED**.

1. Defendant Samsung is ordered to pay Netlist $517,042.08 in attorney fees related to proving the facts Samsung denied through the RFAs.
2. Defendant Samsung is ordered to pay Netlist $4,952.44 in costs.
3. Defendant Samsung is ordered to pay Netlist [_____] in attorney fees related to bringing its motion for fees and costs, consisting of $135,050.50 in fees to bring the opening motion, plus [_____] expended thereafter.

**IT IS SO ORDERED**.

Dated: _____, 2022

Hon. Mark C. Scarsi
United States District Judge