MICHAEL G. YODER (SB 83059)
myoder@omm.com
MARC F. FEINSTEIN (SB 158901)
mfeinstein@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

EKWAN E. RHOW (SB 174604)
erhow@birdmarella.com
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung Electronics Co., Ltd.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC. a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION (A) FOR ENTRY OF JUDGMENT AS TO NETLIST'S FIRST AND SECOND CLAIMS FOR RELIEF, AND (B) AS TO NETLIST'S THIRD CLAIM FOR RELIEF, FOR ENTRY OF JUDGMENT OR, IN THE ALTERNATIVE, TRIAL ON THE THIRD CLAIM FOR RELIEF**<br><br>Date:   February 14, 2022<br>Time:   9:00 a.m. |

# [PROPOSED] ORDER

The Court, having considered Defendant Samsung Electronics Co., Ltd.'s ("Samsung") Motion (A) for Entry of Judgment as to Netlist's First and Second Claims for Relief, and (B) as to Netlist's Third Claim for Relief, for Entry of Judgment or, in the Alternative, Trial on the Third Claim for Relief ("Motion"), hereby ORDERS as follows:

    1.    Samsung's Motion is granted; and

    2.    Judgment should be entered in Samsung's favor and against Netlist on Netlist's first, second, and third claims for relief and in conformity with Samsung's proposed judgment.

IT IS SO ORDERED

DATED:

_____
Honorable Mark C. Scarsi
United States District Judge