UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>　　　　　　Defendant. | **CASE NO. 8:20-cv-993-MCS (ADS)**<br><br>**[PROPOSED] JUDGMENT** |

**TO ALL INTERESTED PERSONS AND PARTIES:**

Plaintiff Netlist Inc. ("Plaintiff") brought this action against Defendant Samsung Electronics Co., Ltd. ("Defendant"). Following Plaintiff's Motion for Summary Judgment, this Court found for Plaintiff on its first claim that Defendant breached the supply obligation in the Joint Development and License Agreement ("JDLA"). Dkt. 186 at 15:7–9, 22:7–9. The Court further found for Plaintiff on its second claim that Defendant breached the JDLA by failing to pay the full NRE fees due thereunder. *Id.* at 17:20–21; 22:10–12. It is undisputed that Plaintiff incurred $427,051.60 for the retrieval of the improperly withheld NRE fees (in the form of fees paid to PricewaterhouseCoopers), 12/1/21 Trial Tr. at 7:19–20, 10:6–12, and the Court has subsequently determined that such amount constitutes a general damage under New York law, [cite to be added by Court]. The Court also found for Plaintiff on its third claim for declaratory relief, ruling that Defendant's breaches of the JDLA were material and that Plaintiff effected proper termination of that agreement by written notice on July 15, 2020. Dkt. 186 at 20:26–21:3; 22:13–14.

Following a trial on direct damages on Plaintiff's first claim for breach, the jury returned a verdict on December 3, 2021. Dkt. 280. Pursuant to that verdict, the prior rulings on summary judgment, and Federal Rule of Civil Procedure 58:

1. Judgment is hereby entered in favor of Plaintiff on its first claim for breach of contract due to breach of the supply provision in the JDLA. The jury found that Plaintiff did not prove actual cost-to-cover damages for this breach by a preponderance of the evidence, Dkt. 280, and the Court thus awards nominal damages in the amount of $1.00.

2. Judgment is hereby entered in favor of Plaintiff on its second claim for breach of contract due to Defendant's failure to pay the full NRE fees under the JDLA. The Court awards Plaintiff damages in the amount of $664,065.24. This consists of the $427,051.60 Plaintiff paid to PricewaterhouseCoopers for the retrieval of the

improperly withheld NRE fees, and an additional $237,013.64 in pre-judgment interest, calculated at 9% per annum simple interest. *See* CPLR §§ 5001(a), 5004.

3. Judgment is hereby entered in favor of Plaintiff on its third claim for declaratory relief on the basis that Defendant's breaches of the JDLA were material and that Netlist effected proper termination of the JDLA as of July 15, 2020, including the termination of all licenses and other rights granted to Samsung therein.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: _____, 2021          _____

By:
   Hon. Mark C. Scarsi
   United States District Judge