RICHARD DOREN, SBN 124666
   rdoren@gibsondunn.com
JASON C. LO, SBN 219030
   jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
   mbenjamin@gibsondunn.com
TIMOTHY BEST, SBN 254409
   tbest@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
   rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JASON SHEASBY, SBN 205455
   jsheasby@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>          Defendant. | CASE NO. 8:20-cv-993-MCS (ADS)<br><br>**DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF PLAINTIFF NETLIST INC.'s MOTION FOR JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58(d)** |

## DECLARATION OF RAYMOND A. LAMAGNA

I, Raymond A. LaMagna, declare as follows:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP, a member of the California State Bar, and admitted to this Court. I represent Plaintiff Netlist Inc. in the above-captioned matter. I submit this declaration in support of Netlist Inc.'s Motion for Entry of Judgment Under Fed. R. Civ. P. 58(d). I have personal knowledge of the matters set forth herein, except where stated otherwise, and if called to testify, I could and would competently testify thereto.

2. Attached hereto are copies of the following exhibits in support of Netlist's motion:

**Exhibit A** Excerpts from the Transcript of Trial Day 1 (Dec. 1, 2021, a.m. session), *available at* ECF No. 283.

**Exhibit B** A letter from Ms. Gail Sasaki of Netlest to Mr. Kyuhan Han of Samsung regarding Samsung's NRE payment obligation under the JDLA, dated December 16, 2015, marked as Trial Exhibit 0138.

**Exhibit C** A letter from Mr. Yong Hwangbo of Samsung to Ms. Gail Sasaki of Netlist responding to the letter at Exhibit B, dated December 30, 2015, marked as Trial Exhibit 0182.

**Exhibit D** A copy of the invoice from PricewaterhouseCoopers to Netlist in the amount of $427,051.60, dated December 30, 2020, marked as Trial Exhibit 0307.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 10, 2022, in Los Angeles, California.

                        */s/ Raymond A. LaMagna*
                        Raymond A. LaMagna