

**NETLIST**

U.S.D.C CENTRAL DISTRICT OF CALIFORNIA
CASE NO. 8:20-cv-993-MCS (ADS)
Netlist Inc.
VS. Samsung Electronics Co., Ltd.
PLAINTIFF'S EXHIBIT 0138
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

December 16, 2015

Mr. Kyuhan Han
Samsung Electronics Co., Ltd.
1, Samsungjeonja-ro, Hwaseong-si
Gyeonggi-do 445-701 Korea

Dear Mr. Han,

We refer to the Joint Development and License Agreement (the "Agreement") entered into November 12, 2015 by and between Netlist, Inc. ("Netlist") and Samsung Electronics Co., Ltd. ("Samsung").

Section 3.1 of the Agreement provides that Samsung will pay Netlist Eight Million United States Dollars (US $8,000,000) as a non-refundable NRE fee. On November 19, 2015 Samsung made a payment of $6,680,000 in respect of the non-refundable NRE Fee. The remaining $1,320,000 was withheld by Samsung as royalty withholding tax.

We did not anticipate that there would be withholding, because the payment was not subject to royalty withholding tax under the applicable law. The arrangement is a joint development project, not a licensing arrangement. The NRE fees are service fees (not royalty payments) for non-recurring engineering services. Accordingly, we respectfully request that you transfer the remaining $1,320,000. Payment details are on Exhibit A of this letter.

Please note that our position is supported by the United States-Republic of Korea Income Tax Convention (the "Treaty"). Under the Treaty, a United States taxpayer such as Netlist is only subject to Korean tax on income from sources within Korea. See Article 6(1) of the Treaty. Service income is sourced to the place of performance of services. See Article 6(6) of the Treaty. The NRE services are performed in the United States. Consequently, the payment for the services is not sourced in Korea and is not subject to withholding tax. Please further note that a foreign tax credit would not be available to Netlist in the United States for the withheld amount. The United States tax authorities would view the withheld amount as a non-creditable "voluntary payment" because the fee is a service fee that is not subject to Korean tax under the Treaty. This will lead to double taxation.

As a sign of our good faith, we are willing to indemnify Samsung for any tax liabilities that could be later imposed on Samsung for not withholding on the NRE fees. We only ask that Netlist be given the joint power to agree to any settlement with the tax authorities.

We appreciate your assistance with this matter and respectfully request the immediate remittance of the funds that are due to us. We must receive the funds via wire transfer by close of business Friday, December 18th. Wire transfer instructions are on Exhibit A. Please contact me at 1(949) 435-0025 or gsasaki@netlist.com should you have any questions.

WEST\266841863.1

175 Technology Drive ■ Irvine, California 92618 ■ 949.435.0025 ■ www.netlist.com

**Exhibit PX 0138**

CONFIDENTIAL                                                                 NL000174

Kind regards,

Gail Sasaki
CFO, Netlist Inc.

Cc: Mr. Jung-Bae Lee, Ph.D.,
    Mr. Jay Kim
    Mr. Hyunki Ji

WEST\266841863.1

CONFIDENTIAL

NL000175

## EXHIBIT A: PAYMENT DETAILS

| | |
|---|---|
| Account Name: | Netlist, Inc. |
| Bank Name: | Silicon Valley Bank |
| Bank Address: | 3003 Tasman Drive |
| | Santa Clara, CA 95054 |
| Bank Phone: | 949-754-0819 |
| Bank Contact Name: | Holly Dinh |
| Account Number: | 3300662584 |
| ABA Reference: | 121140399 |
| SWIFT CODE: | SVBKUS6S |
| Beneficiary: | Netlist, Inc. |