

December 30, 2020

**Netlist Inc.**

175 Technology, Suite 150
Irvine, CA 92618

U.S.D.C CENTRAL DISTRICT OF CALIFORNIA
CASE NO. **8:20-cv-993-MCS (ADS)**
**Netlist Inc.**
VS. **Samsung Electronics Co., Ltd.**
PLAINTIFF'S EXHIBIT **0307**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

RESPECTED TRUSTED PROFESSIONAL **SAMIL**

We would like to submit a bill for our professional services rendered to **Netlist Inc.** ('the Company") as below. Please note that this invoice for professional services rendered is payable within 30 days of the invoice date shown above, and that an interest charge may be applied to any amounts which are overdue.

| Description | Amount |
|---|---|
| **Tax Consulting Services** | USD 425,051.6 |
| **Writing Fee** | USD 2,000 |
| *Out of pocket expenses* | - |
| **Total** | USD 427,051.6 |
| *Value-added tax 10%* | - |
| **Grand Total** | USD 427,051.6 |

Very truly yours,

*Samil PricewaterhouseCoopers*

Invoice No. 20F02432
KJD/PKJ
[31257-41-000]

P.S.: Please transfer the above amount to our passbook account as below.

| | |
|---|---|
| Our bank: | KEB Hana Bank |
| Swift code: | KOEXKRSEXXX |
| Bank address: | 043-86 92, Hangang-daero, Yougsan-gu, Seoul |
| Account name: | Samil PricewaterhouseCoopers |
| Account No.: | 105-910004-90938 |

## Summary of fees for the services rendered in relation to Netlist

| | | |
|---|---|---|
| Federal corporate income tax refund | | ₩1,408,080,000 |
| | 30% | ₩422,424,000 |
| Local corporate income tax refund | | ₩140,808,000 |
| | 30% | ₩42,242,400 |
| Total fee in KRW | | ₩464,666,400 |
| Exchange rate as of 30th December 2020 | | 1,093.20 |
| Service fee | | $425,051.6 |
| Wiring fee | | $2,000 |
| **Total fee** | | **$427,051.6** |

CONFIDENTIAL
NL108724