# EXHIBIT 1

JASON C. LO, SBN 219030
   jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
   mbenjamin@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
   rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>        Defendant. | CASE NO. 8:20-cv-993-MSC (DFMx)<br><br>**PLAINTIFF NETLIST INC.'S COMBINED NOTICE OF DEPOSITION** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Netlist Inc., by and through its undersigned attorneys, will take the following depositions at the below-specified dates at 9:00 a.m. PT, at the offices of Gibson Dunn, 333 S. Grand Ave., Suite 5400, Los Angeles, CA 90071, unless otherwise agreed, and continuing from day to day thereafter until concluded, Saturdays, Sundays, and holidays excepted.

1. Joo Sun Choi (June 29, 2021)
2. Neal Knuth (July 1, 2021)
3. Steve Metz (July 2, 2021)
4. Harrison (Hyuk Sang) Yoo (July 6, 2021)
5. Jun Bae Lee (July 9, 2021)
6. Hyun Ki Ji (July 13, 2021)
7. Indong Kim (July 16, 2021)
8. Byungyup Jeon (July 20, 2021)

The depositions are being taken for the purpose of discovery, for use at trial, and for any other purpose as permitted under the Federal Rules of Civil Procedure, court order, and any other applicable rules.

The deposition shall be conducted before a court reporter or some other officer authorized by law to administer oaths for use at the trial herein. The deposition will be recorded stenographically and by videotape, and may be recorded through instant visual display of testimony using "Live Note" or a similar software. Testimony may proceed by translator subject to request and Netlist's agreement. Any recording, videotape, and transcript of this deposition may be used for any legally permissible purpose, including admission at trial.

Dated: June 8, 2021

| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | |
| 3 | By: */s/ Jason C. Lo* |
| 4 | Jason C. Lo |
| | 333 South Grand Avenue |
| 5 | Los Angeles, CA 90071 |
| | 213.229.7000 |
| 6 | jlo@gibsondunn.com |
| 7 | |
| 8 | Attorneys for Plaintiff Netlist Inc. |

# CERTIFICATE OF SERVICE

I, Jason C. Lo, an attorney, hereby certify that **PLAINTIFF NETLIST INC.'S COMBINED NOTICE OF DEPOSITION** was emailed to counsel for Samsung Electronics Inc., Ltd., on June 8, 2021.

By: ____/s/ Jason C. Lo____
Jason C. Lo

Attorney for Plaintiff Netlist Inc.