# EXHIBIT 5

Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
    mmasters@birdmarella.com
David I. Hurwitz - State Bar No. 174632
    dhurwitz@birdmarella.com
Kate S. Shin - State Bar No. 279867
    kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
Jong-min Choi - State Bar No. 329474
    jmchoi@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>                Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO**<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

PROPOUNDING PARTY:   PLAINTIFF NETLIST INC.

RESPONDING PARTY:    DEFENDANT SAMSUNG ELECTRONICS CO., LTD.

SET NO.:             TWO

3739040.2

1

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

Defendant Samsung Electronics Co., Ltd. ("Defendant") hereby responds and objects to Plaintiff Netlist Inc.'s ("Plaintiff") Second Set of Requests for Admissions ("Requests") as follows:

# I.

# GENERAL OBJECTIONS

1.      Defendant objects to each Request to the extent that it seeks to impose burdens on Defendant that are inconsistent with, or in addition to, Defendant's discovery obligations pursuant to the Federal Rules of Civil Procedure.  Defendant will respond consistent with its discovery obligations pursuant to the Federal Rules of Civil Procedure.

2.      Defendant objects to each Request as vague and ambiguous in that it calls for a legal analysis to determine the scope of the Request.  Defendant objects to each Request to the extent that it is otherwise vague and ambiguous.

3.      Defendant objects to each Request to the extent it is overbroad, unduly burdensome and/or oppressive.  Defendant objects to the Requests to the extent they are not properly limited as to time or scope and, therefore, are overbroad, unduly burdensome and oppressive.

4.      Defendant objects to the Requests to the extent that they call for information that is not admissible evidence.

5.      Defendant objects to the Requests on the grounds, and to the extent, that they call for a legal conclusion.

6.      Defendant objects to the Request on the grounds, and to the extent, that they lack foundation and/or call for speculation.

7.      Defendant objects to the Requests to the extent they seek information or materials that are already within the putative propounding party's possession, custody, or control.

8.      The following responses are given without prejudice to Defendant's right to produce evidence of any subsequently discovered facts or documents, or to

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO
PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

1    modify or enlarge Defendant's responses herein based on additional information

2    hereinafter obtained or evaluated as a result of continuing investigation or discovery.

3        9.      No incidental or implied admissions are intended by the responses

4    herein.

5        10.      Defendant objects to the Requests to the extent that they call for

6    information or other materials protected by applicable statutory or common law

7    privileges and/or protections, including but not limited to the attorney-client

8    privilege, the attorney work product doctrine, the common interest doctrine, rights

9    of privacy, taxpayer's privilege and the protection of settlement and mediation

10    materials.

11        11.      Defendant objects to the Requests to the extent that they call for

12    information that constitutes confidential, proprietary, trade secret or sensitive

13    business information of the Defendant or third-parties.

14        12.      Defendant incorporates all these General Objections into each of the

15    Responses as if fully set forth in each Response. Without waiving any of the

16    foregoing objections, all of which are incorporated by reference in the Responses

17    below, Defendant specifically responds to the Requests as follows:

18                           **II.**

19          **RESPONSES TO REQUESTS FOR ADMISSION**

20    **REQUEST FOR ADMISSION NO. 16:**

21        Admit that between December 1, 2015 and July 15, 2020, Samsung cancelled

22    some orders for NAND or DRAM Products that Netlist placed.

23    **RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

24        Defendant incorporates by reference its general objections. Defendant objects

25    to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

26    further objects to this request to the extent that it calls for facts not within

27    Defendant's knowledge. Defendant also objects to this request to the extent that it

28    seeks confidential, proprietary, or trade secret information. Defendant's fact

1  investigation is not yet complete, and Defendant reserves the right, without

2  assuming any obligation, to supplement its response.

3      Subject to and without waiving its objections, Defendant responds as follows:

4  admit only that Defendant has indicated routinely to Plaintiff throughout the time

5  period from November 12, 2015 to present – as it would with any other similarly

6  situated customer during the same time period – that it is unable to support every

7  request for products.

8  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

9      Defendant incorporates by reference its general objections. Defendant objects

10  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

11  further objects to this request to the extent that it calls for facts not within

12  Defendant's knowledge. Defendant also objects to this request to the extent that it

13  seeks confidential, proprietary, or trade secret information. Defendant's fact

14  investigation is not yet complete, and Defendant reserves the right, without

15  assuming any obligation, to supplement its response.

16      Subject to and without waiving its objections, Defendant responds as follows:

17  admit only that Defendant has indicated routinely to Plaintiff throughout the time

18  period from November 12, 2015 to present – as it would with any other similarly

19  situated customer during the same time period – that it is unable to support every

20  request for products, and that Samsung ultimately did not support requests that it

21  indicated it is unable to support.

22  **REQUEST FOR ADMISSION NO. 17:**

23      Admit that between December 1, 2015 and July 15, 2020, Samsung failed to

24  fulfill in whole some orders for NAND or DRAM Products that Netlist placed.

25  **RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

26      Defendant incorporates by reference its general objections. Defendant objects

27  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

28  further objects to this request to the extent that it calls for facts not within

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO
PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

1  Defendant's knowledge. Defendant also objects to this request to the extent that it

2  seeks confidential, proprietary, or trade secret information. Defendant's fact

3  investigation is not yet complete, and Defendant reserves the right, without

4  assuming any obligation, to supplement its response.

5      Subject to and without waiving its objections, Defendant responds as follows:

6  admit only that Defendant has indicated routinely to Plaintiff throughout the time

7  period from November 12, 2015 to present – as it would with any other similarly

8  situated customer during the same time period – that it is unable to support every

9  request for products.

10 **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

11     Defendant incorporates by reference its general objections. Defendant objects

12 to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

13 further objects to this request to the extent that it calls for facts not within

14 Defendant's knowledge. Defendant also objects to this request to the extent that it

15 seeks confidential, proprietary, or trade secret information. Defendant's fact

16 investigation is not yet complete, and Defendant reserves the right, without

17 assuming any obligation, to supplement its response.

18     Subject to and without waiving its objections, Defendant responds as follows:

19 admit only that Defendant has indicated routinely to Plaintiff throughout the time

20 period from November 12, 2015 to present – as it would with any other similarly

21 situated customer during the same time period – that it is unable to support every

22 request for products, and that Samsung ultimately did not support requests that it

23 indicated it is unable to support.

24 **REQUEST FOR ADMISSION NO. 18:**

25     Admit that between December 1, 2015 and July 15, 2020, Samsung failed to

26 fulfill in part some orders for NAND or DRAM Products that Netlist placed.

27 **RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

28     Defendant incorporates by reference its general objections. Defendant objects

3739040.2

5

to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 19:**

Admit that on multiple occasions between December 1, 2015 and June 14, 2020, Samsung declined to support requests for NAND or DRAM Products that

3739040.2

6

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

1    Netlist made.

2    **<u>RESPONSE TO REQUEST FOR ADMISSION NO. 19:</u>**

3           Defendant incorporates by reference its general objections. Defendant objects

4    to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

5    further objects to this request to the extent that it calls for facts not within

6    Defendant's knowledge. Defendant also objects to this request to the extent that it

7    seeks confidential, proprietary, or trade secret information. Defendant's fact

8    investigation is not yet complete, and Defendant reserves the right, without

9    assuming any obligation, to supplement its response.

10          Subject to and without waiving its objections, Defendant responds as follows:

11   admit only that Defendant has indicated routinely to Plaintiff throughout the time

12   period from November 12, 2015 to present – as it would with any other similarly

13   situated customer during the same time period – that it is unable to support every

14   request for products.

15   **<u>AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 19:</u>**

16          Defendant incorporates by reference its general objections. Defendant objects

17   to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

18   further objects to this request to the extent that it calls for facts not within

19   Defendant's knowledge. Defendant also objects to this request to the extent that it

20   seeks confidential, proprietary, or trade secret information. Defendant's fact

21   investigation is not yet complete, and Defendant reserves the right, without

22   assuming any obligation, to supplement its response.

23          Subject to and without waiving its objections, Defendant responds as follows:

24   admit only that Defendant has indicated routinely to Plaintiff throughout the time

25   period from November 12, 2015 to present – as it would with any other similarly

26   situated customer during the same time period – that it is unable to support every

27   request for products, and that Samsung ultimately did not support requests that it

28   indicated it is unable to support.

3739040.2

7

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

**REQUEST FOR ADMISSION NO. 20:**

Admit that between June 15, 2020 and July 15, 2020, Samsung declined to support some requests for NAND or DRAM Products that Netlist made.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every

1  request for products, and that Samsung ultimately did not support requests that it
2  indicated it is unable to support.

3  **REQUEST FOR ADMISSION NO. 21:**

4      Admit that on multiple occasions between December 1, 2015 and June 14,
5  2020, Netlist requested to purchase more NAND or DRAM Products from Samsung
6  than Samsung agreed to support or sell to Netlist.

7  **RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

8      Defendant incorporates by reference its general objections. Defendant objects
9  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
10  further objects to this request to the extent that it calls for facts not within
11  Defendant's knowledge. Defendant also objects to this request to the extent that it
12  seeks confidential, proprietary, or trade secret information. Defendant's fact
13  investigation is not yet complete, and Defendant reserves the right, without
14  assuming any obligation, to supplement its response.

15      Subject to and without waiving its objections, Defendant responds as follows:
16  admit only that Defendant has indicated routinely to Plaintiff throughout the time
17  period from November 12, 2015 to present – as it would with any other similarly
18  situated customer during the same time period – that it is unable to support every
19  request for products.

20  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

21      Defendant incorporates by reference its general objections. Defendant objects
22  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
23  further objects to this request to the extent that it calls for facts not within
24  Defendant's knowledge. Defendant also objects to this request to the extent that it
25  seeks confidential, proprietary, or trade secret information. Defendant's fact
26  investigation is not yet complete, and Defendant reserves the right, without
27  assuming any obligation, to supplement its response.

28      Subject to and without waiving its objections, Defendant responds as follows:

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO
PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

1  admit only that Defendant has indicated routinely to Plaintiff throughout the time
2  period from November 12, 2015 to present – as it would with any other similarly
3  situated customer during the same time period – that it is unable to support every
4  request for products, and that Samsung ultimately did not support requests that it
5  indicated it is unable to support.

6  **REQUEST FOR ADMISSION NO. 22:**

7      Admit that between June 15, 2020 and July 15, 2020, Netlist requested to
8  purchase more NAND or DRAM Products from Samsung than Samsung agreed to
9  support or sell to Netlist.

10  **RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

11      Defendant incorporates by reference its general objections. Defendant objects
12  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
13  further objects to this request to the extent that it calls for facts not within
14  Defendant's knowledge. Defendant also objects to this request to the extent that it
15  seeks confidential, proprietary, or trade secret information. Defendant's fact
16  investigation is not yet complete, and Defendant reserves the right, without
17  assuming any obligation, to supplement its response.

18      Subject to and without waiving its objections, Defendant responds as follows:
19  admit only that Defendant has indicated routinely to Plaintiff throughout the time
20  period from November 12, 2015 to present – as it would with any other similarly
21  situated customer during the same time period – that it is unable to support every
22  request for products.

23  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

24      Defendant incorporates by reference its general objections. Defendant objects
25  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
26  further objects to this request to the extent that it calls for facts not within
27  Defendant's knowledge. Defendant also objects to this request to the extent that it
28  seeks confidential, proprietary, or trade secret information. Defendant's fact

investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 23:**

Admit that on multiple occasions between December 1, 2015 and June 14, 2020, Samsung refused to sell Netlist any NAND or DRAM products in response to a request from Netlist.

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

3739040.2

11

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 24:**

Admit that between June 15, 2020 and July 15, 2020, Samsung refused to sell Netlist any NAND or DRAM products in response to a request or requests from Netlist.

**RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 25:**

Admit that between June 15, 2020 and July 15, 2020, Samsung did not support all of Netlist's requests for NAND or DRAM products.

**RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly

1  situated customer during the same time period – that it is unable to support every

2  request for products.

3  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

4      Defendant incorporates by reference its general objections. Defendant objects

5  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

6  further objects to this request to the extent that it calls for facts not within

7  Defendant's knowledge. Defendant also objects to this request to the extent that it

8  seeks confidential, proprietary, or trade secret information. Defendant's fact

9  investigation is not yet complete, and Defendant reserves the right, without

10 assuming any obligation, to supplement its response.

11     Subject to and without waiving its objections, Defendant responds as follows:

12 admit only that Defendant has indicated routinely to Plaintiff throughout the time

13 period from November 12, 2015 to present – as it would with any other similarly

14 situated customer during the same time period – that it is unable to support every

15 request for products, and that Samsung ultimately did not support requests that it

16 indicated it is unable to support.

17 **REQUEST FOR ADMISSION NO. 26:**

18     Admit that between June 15, 2020 and July 15, 2020, Samsung did not supply

19 Netlist with all the NAND and DRAM products Netlist requested.

20 **RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

21     Defendant incorporates by reference its general objections. Defendant objects

22 to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

23 further objects to this request to the extent that it calls for facts not within

24 Defendant's knowledge. Defendant also objects to this request to the extent that it

25 seeks confidential, proprietary, or trade secret information. Defendant's fact

26 investigation is not yet complete, and Defendant reserves the right, without

27 assuming any obligation, to supplement its response.

28     Subject to and without waiving its objections, Defendant responds as follows:

admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 27:**

Admit that at some point between February 1, 2017 and May 18 2017, Samsung set a cap or limit on the amount of NAND and DRAM Products that Netlist could purchase from Samsung.

**RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact

1  investigation is not yet complete, and Defendant reserves the right, without
2  assuming any obligation, to supplement its response.

3      Subject to and without waiving its objections, Defendant responds as follows:
4  admit only that Defendant has indicated routinely to Plaintiff throughout the time
5  period from November 12, 2015 to present – as it would with any other similarly
6  situated customer during the same time period – that it is unable to support every
7  request for products.

8  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

9      Defendant incorporates by reference its general objections. Defendant objects
10 to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
11 further objects to this request to the extent that it calls for facts not within
12 Defendant's knowledge. Defendant also objects to this request to the extent that it
13 seeks confidential, proprietary, or trade secret information. Defendant's fact
14 investigation is not yet complete, and Defendant reserves the right, without
15 assuming any obligation, to supplement its response.

16     Subject to and without waiving its objections, Defendant responds as follows:
17 admit only that Defendant has indicated routinely to Plaintiff throughout the time
18 period from November 12, 2015 to present – as it would with any other similarly
19 situated customer during the same time period – that it is unable to support every
20 request for products, and that Samsung ultimately did not support requests that it
21 indicated it is unable to support.

22 **REQUEST FOR ADMISSION NO. 28:**

23     Admit that at some point between February 1, 2017 and May 18, 2017,
24 Samsung set a cap or limit on the amount of NAND and DRAM Products that
25 Samsung would support for Netlist.

26 **RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

27     Defendant incorporates by reference its general objections. Defendant objects
28 to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO
PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 29:**

Admit that at some point between February 1, 2017 and May 18, 2017, Samsung set an allocation limit on the amount of NAND and DRAM Products that Netlist could purchase from Samsung.

3739040.2

17

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

**RESPONSE TO REQUEST FOR ADMISSION NO. 29:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 29:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO
PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

**REQUEST FOR ADMISSION NO. 30:**

Admit that as of May 18, 2017, the allocation of NAND and DRAM Products that Netlist could purchase from Samsung was set by Samsung at zero.

**RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

1  request for products, and that Samsung ultimately did not support requests that it

2  indicated it is unable to support.

3  **REQUEST FOR ADMISSION NO. 31:**

4      Admit that as of May 18, 2017, Samsung set the amount of NAND and

5  DRAM Products that Netlist could purchase from Samsung at zero.

6  **RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

7      Defendant incorporates by reference its general objections. Defendant objects

8  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

9  further objects to this request to the extent that it calls for facts not within

10  Defendant's knowledge. Defendant also objects to this request to the extent that it

11  seeks confidential, proprietary, or trade secret information. Defendant's fact

12  investigation is not yet complete, and Defendant reserves the right, without

13  assuming any obligation, to supplement its response.

14      Subject to and without waiving its objections, Defendant responds as follows:

15  admit only that Defendant has indicated routinely to Plaintiff throughout the time

16  period from November 12, 2015 to present – as it would with any other similarly

17  situated customer during the same time period – that it is unable to support every

18  request for products.

19  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

20      Defendant incorporates by reference its general objections. Defendant objects

21  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

22  further objects to this request to the extent that it calls for facts not within

23  Defendant's knowledge. Defendant also objects to this request to the extent that it

24  seeks confidential, proprietary, or trade secret information. Defendant's fact

25  investigation is not yet complete, and Defendant reserves the right, without

26  assuming any obligation, to supplement its response.

27      Subject to and without waiving its objections, Defendant responds as follows:

28  admit only that Defendant has indicated routinely to Plaintiff throughout the time

1   period from November 12, 2015 to present – as it would with any other similarly

2   situated customer during the same time period – that it is unable to support every

3   request for products, and that Samsung ultimately did not support requests that it

4   indicated it is unable to support.

5   **REQUEST FOR ADMISSION NO. 32:**

6         Admit that in May 2017, Samsung informed Netlist that it would not allocate

7   any NAND or DRAM Products for sale to Netlist.

8   **RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

9         Defendant incorporates by reference its general objections. Defendant objects

10   to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

11   further objects to this request to the extent that it calls for facts not within

12   Defendant's knowledge. Defendant also objects to this request to the extent that it

13   seeks confidential, proprietary, or trade secret information. Defendant's fact

14   investigation is not yet complete, and Defendant reserves the right, without

15   assuming any obligation, to supplement its response.

16         Subject to and without waiving its objections, Defendant responds as follows:

17   admit only that Defendant has indicated routinely to Plaintiff throughout the time

18   period from November 12, 2015 to present – as it would with any other similarly

19   situated customer during the same time period – that it is unable to support every

20   request for products.

21   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

22         Defendant incorporates by reference its general objections. Defendant objects

23   to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

24   further objects to this request to the extent that it calls for facts not within

25   Defendant's knowledge. Defendant also objects to this request to the extent that it

26   seeks confidential, proprietary, or trade secret information. Defendant's fact

27   investigation is not yet complete, and Defendant reserves the right, without

28   assuming any obligation, to supplement its response.

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO
PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

1    Subject to and without waiving its objections, Defendant responds as follows:

2    admit only that Defendant has indicated routinely to Plaintiff throughout the time

3    period from November 12, 2015 to present – as it would with any other similarly

4    situated customer during the same time period – that it is unable to support every

5    request for products, and that Samsung ultimately did not support requests that it

6    indicated it is unable to support.

7    **REQUEST FOR ADMISSION NO. 33:**

8    Admit that in May 2017, Samsung informed Netlist that it would not support

9    any orders for NAND or DRAM Products from Netlist.

10   **RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

11   Defendant incorporates by reference its general objections. Defendant objects

12   to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

13   further objects to this request to the extent that it calls for facts not within

14   Defendant's knowledge. Defendant also objects to this request to the extent that it

15   seeks confidential, proprietary, or trade secret information. Defendant's fact

16   investigation is not yet complete, and Defendant reserves the right, without

17   assuming any obligation, to supplement its response.

18   Subject to and without waiving its objections, Defendant responds as follows:

19   admit only that Defendant has indicated routinely to Plaintiff throughout the time

20   period from November 12, 2015 to present – as it would with any other similarly

21   situated customer during the same time period – that it is unable to support every

22   request for products.

23   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

24   Defendant incorporates by reference its general objections. Defendant objects

25   to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

26   further objects to this request to the extent that it calls for facts not within

27   Defendant's knowledge. Defendant also objects to this request to the extent that it

28   seeks confidential, proprietary, or trade secret information. Defendant's fact

investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 34:**

Admit that in May 2017, Samsung stopped supporting any orders for NAND or DRAM Products from Netlist.

**RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within

23

1  Defendant's knowledge. Defendant also objects to this request to the extent that it

2  seeks confidential, proprietary, or trade secret information. Defendant's fact

3  investigation is not yet complete, and Defendant reserves the right, without

4  assuming any obligation, to supplement its response.

5        Subject to and without waiving its objections, Defendant responds as follows:

6  admit only that Defendant has indicated routinely to Plaintiff throughout the time

7  period from November 12, 2015 to present – as it would with any other similarly

8  situated customer during the same time period – that it is unable to support every

9  request for products, and that Samsung ultimately did not support requests that it

10  indicated it is unable to support.

11  **REQUEST FOR ADMISSION NO. 35:**

12        Admit that in May 2017, Samsung stopped accepting any orders for NAND or

13  DRAM Products from Netlist.

14  **RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

15        Defendant incorporates by reference its general objections. Defendant objects

16  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

17  further objects to this request to the extent that it calls for facts not within

18  Defendant's knowledge. Defendant also objects to this request to the extent that it

19  seeks confidential, proprietary, or trade secret information. Defendant's fact

20  investigation is not yet complete, and Defendant reserves the right, without

21  assuming any obligation, to supplement its response.

22        Subject to and without waiving its objections, Defendant responds as follows:

23  admit only that Defendant has indicated routinely to Plaintiff throughout the time

24  period from November 12, 2015 to present – as it would with any other similarly

25  situated customer during the same time period – that it is unable to support every

26  request for products.

27  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

28        Defendant incorporates by reference its general objections. Defendant objects

to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 36:**

Admit that from May 19, 2017 to June 14, 2020, Samsung maintained a cap or limit on the amount of NAND and DRAM Products that Netlist could purchase from Samsung.

**RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every

1  request for products.

2  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

3      Defendant incorporates by reference its general objections. Defendant objects

4  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

5  further objects to this request to the extent that it calls for facts not within

6  Defendant's knowledge. Defendant also objects to this request to the extent that it

7  seeks confidential, proprietary, or trade secret information. Defendant's fact

8  investigation is not yet complete, and Defendant reserves the right, without

9  assuming any obligation, to supplement its response.

10      Subject to and without waiving its objections, Defendant responds as follows:

11  admit only that Defendant has indicated routinely to Plaintiff throughout the time

12  period from November 12, 2015 to present – as it would with any other similarly

13  situated customer during the same time period – that it is unable to support every

14  request for products, and that Samsung ultimately did not support requests that it

15  indicated it is unable to support.

16  **REQUEST FOR ADMISSION NO. 37:**

17      Admit that from May 19, 2017 to June 14, 2020, Samsung maintained a cap

18  or limit on the amount of NAND and DRAM Products that Samsung would support

19  for Netlist.

20  **RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

21      Defendant incorporates by reference its general objections. Defendant objects

22  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

23  further objects to this request to the extent that it calls for facts not within

24  Defendant's knowledge. Defendant also objects to this request to the extent that it

25  seeks confidential, proprietary, or trade secret information. Defendant's fact

26  investigation is not yet complete, and Defendant reserves the right, without

27  assuming any obligation, to supplement its response.

28      Subject to and without waiving its objections, Defendant responds as follows:

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO
PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 38:**

Admit that from May 19, 2017 to June 14, 2020, Samsung maintained an allocation limit on the amount of NAND and DRAM Products that Netlist could purchase from Samsung.

**RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact

27

1  investigation is not yet complete, and Defendant reserves the right, without
2  assuming any obligation, to supplement its response.

3       Subject to and without waiving its objections, Defendant responds as follows:
4  admit only that Defendant has indicated routinely to Plaintiff throughout the time
5  period from November 12, 2015 to present – as it would with any other similarly
6  situated customer during the same time period – that it is unable to support every
7  request for products.

8  **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

9       Defendant incorporates by reference its general objections. Defendant objects
10  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant
11  further objects to this request to the extent that it calls for facts not within
12  Defendant's knowledge. Defendant also objects to this request to the extent that it
13  seeks confidential, proprietary, or trade secret information. Defendant's fact
14  investigation is not yet complete, and Defendant reserves the right, without
15  assuming any obligation, to supplement its response.

16       Subject to and without waiving its objections, Defendant responds as follows:
17  admit only that Defendant has indicated routinely to Plaintiff throughout the time
18  period from November 12, 2015 to present – as it would with any other similarly
19  situated customer during the same time period – that it is unable to support every
20  request for products, and that Samsung ultimately did not support requests that it
21  indicated it is unable to support.

22  **REQUEST FOR ADMISSION NO. 39:**

23       Admit that from June 15, 2020 to July 15, 2020, Samsung maintained a cap or
24  limit on the amount of NAND and DRAM Products that Netlist could purchase from
25  Samsung.

26  **RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

27       Defendant incorporates by reference its general objections. Defendant objects
28  to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant

further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 40:**

Admit that from June 15, 2020 to July 15, 2020, Samsung maintained a cap or limit on the amount of NAND and DRAM Products that Samsung would support for Netlist.

**RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products, and that Samsung ultimately did not support requests that it indicated it is unable to support.

**REQUEST FOR ADMISSION NO. 41:**

Admit that from June 15, 2020 to July 15, 2020, Samsung maintained an allocation limit on the amount of NAND and DRAM Products that Netlist could purchase from Samsung.

**RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time period – that it is unable to support every request for products.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

Defendant incorporates by reference its general objections. Defendant objects to this request on the basis that it is vague, ambiguous, and nonsensical. Defendant further objects to this request to the extent that it calls for facts not within Defendant's knowledge. Defendant also objects to this request to the extent that it seeks confidential, proprietary, or trade secret information. Defendant's fact investigation is not yet complete, and Defendant reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows: admit only that Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly

1  situated customer during the same time period – that it is unable to support every

2  request for products, and that Samsung ultimately did not support requests that it

3  indicated it is unable to support.

4

5  DATED:  August 9, 2021              Ekwan E. Rhow

6                                     Marc E. Masters
                                       Kate S. Shin
7                                     Christopher J. Lee

8                                     Jong-min Choi
                                       Bird, Marella, Boxer, Wolpert, Nessim,
9                                     Drooks, Lincenberg & Rhow, P.C.

10

11

12                                    By: _____
                                                Christopher J. Lee
13                                        Attorneys for Defendant Samsung

14                                        Electronics Co., Ltd.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3739040.2

32

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO
PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

## PROOF OF SERVICE

### *Netlist Inc. v. Samsung Electronics Co., Ltd.*
### Case No. 8:20-cv-00993-MCS-ADS

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067-2561.

On August 9, 2021, I served the following document(s) described as **DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address jkinsey@birdmarella.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 9, 2021, at Los Angeles, California.

_____
Jessica D. Kinsey

3739040.2

33

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO

**SERVICE LIST**
*Netlist Inc. v. Samsung Electronics Co., Ltd.*
**Case No. 8:20-cv-00993-MCS-ADS**

Raymond A. LaMagna
Matthew Benjamin
Timothy P. Best
Jason C. Lo
Marissa Moshell
Gibson, Dunn & Crutcher LLP
333 S Grand Ave
Los Angeles, CA 90071
Telephone: (213) 229-700
Email: rlamagna@gibsondunn.com
Email: mbenjamin@gibsondunn.com
Email: tbest@gibsondunn.com
Email: jlo@gibsondunn.com
Email: mmulligan@gibsondunn.com
**Counsel for Plaintiff Netlist Inc.**

Soolean Choy
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA  94304
Telephone: (650) 849-5300
Email: schoy@gibsondunn.com
**Counsel for Plaintiff Netlist Inc.**

JungEun Lee
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave NW
Washington, DC 20036
Telephone: (202) 887-3717
Email: nlee@gibsondunn.com
**Counsel for Plaintiff Netlist Inc.**

Jason Sheasby
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
Telephone: (310) 203-7096
Email: jsheasby@irell.com
**Counsel for Plaintiff Netlist Inc.**

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S AMENDED RESPONSES AND OBJECTIONS TO
PLAINTIFF NETLIST INC.'S REQUESTS FOR ADMISSIONS, SET TWO