# EXHIBIT 8



1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone (310) 201-2100
Facsimile (310) 201-2110
www.BirdMarella.com

June 16, 2021

**Via Electronic Mail Only**

Honorable Douglas F. McCormick
U.S. District Court for the Central District of California
411 W. Fourth St.
Santa Ana, CA 92701
E-Mail: DFM_Chambers@cacd.uscourts.gov

    Re:    No. 8:20-cv-0993-MCS (DFMx) Netlist Inc. v. Samsung Electronics

Honorable Judge McCormick:

    We write to update you on the status on the meet & confer discussions between the Parties in advance of the June 17, 2021 IDC.

**I.    ESI Checklist**

    During a meet & confer call on June 15, 2021, the Parties discussed the ESI checklist provided by the Court. As of now, the Parties do not anticipate any significant dispute regarding various items on the checklist highlighted by the Court, including: protocols for preservation of documents, location and types of systems from which documents will be collected, and the format of ESI production (including metadata). The Parties intend to continue meeting-and-conferring as necessary on these issues as discovery progresses.

**II.    Search Terms and Custodians**

    Samsung is preparing a list of proposed search terms and custodians and will transmit the list to Netlist in accordance with the Court's June 17 deadline. Samsung intends to meet & confer with Netlist to refine this proposal on an iterative basis.

Honorable Douglas F. McCormick
June 16, 2021
Page 2

**III.    Requests for Admission Nos. 4 and 5.**

During the June 10 IDC, the Court directed the Parties to meet and confer further regarding Netlist's RFA Nos. 4 and 5. Samsung has agreed to provide supplemental responses to these requests.

**IV.    Requests for Admission Nos. 10, 11, 12.**

Netlists' RFA Nos. 10, 11, and 12 are part of a series of RFAs (Nos. 7-12) that Samsung initially objected to on the basis that it was unclear what Korean governmental agency the capitalized term "Korean Tax Authority" referred to. Samsung agreed to respond if Netlist would propound revised RFAs that clarified this ambiguity by referring to, for example, the Korean National Tax Service, or Korean Tax Tribunal.

On June 8, 2021, Netlist propounded a set of 45 new RFAs, 6 of which (Nos. 42-47) refer specifically to either the Korean National Tax Service or the Korean Tax Tribunal. Based on Samsung's reading, these RFAs appear to be re-renderings of RFA Nos. 7, 8, and 9. Samsung is willing to provide responses if RFA Nos. 10, 11, and 12 are re-rendered in the same manner, so that there is no ambiguity in the substance of the request.

Sincerely,

Ekwan E. Rhow