# EXHIBIT 9

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Raymond A. LaMagna
Direct: +1 213.229.7101
Fax: +1 213.229.6101
RLaMagna@gibsondunn.com

June 16, 2021

VIA ELECTRONIC MAIL

Hon. Douglas F. McCormick
United States District Court for the Central District of California
Ronald Reagan Federal Building
411 W. Fourth St., Courtroom 6B, 6th Floor
Santa Ana, CA  92701

Re:     *Netlist Inc. v. Samsung Electronics Co., Ltd.*, 8:20-cv-000993-MSC-DFMx

Dear Magistrate Judge McCormick:

To update the Court, the parities conferred on Tuesday June 15, which we summarize below.

### *Rule 26(f) Checklist*

The parties conferred on the ESI checklist as the Court suggested.  The parties agreed that, in the first instance, the timeframe for electronic discovery would be 2015 on, with the parties searching email, departmental share drives, custodian hard drives, and records/finance databases as applicable (in addition to paper documents if they exist).  The parties also agreed that search efforts would not be limited to the application of search terms, but would include a good faith effort to locate relevant, identifiable documents through investigation, including with input from custodians.  As such, the parties do not have a dispute regarding the check list items (although the parties may later disagree on implementation in practice).

### *Custodians and Search Terms*

Netlist provided sample search terms to Samsung last week, which it has now updated to include additional terms in both English and Korean.  Netlist has also provided initial custodians at Samsung based on its external knowledge (which Samsung will need to supplement as Netlist lacks visibility into Samsung's internal staffing).  A copy of Netlist's current disclosure is included in the appendix below.

We anticipate that Samsung will provide a similar disclosure in advance of our call with Court, and we will be prepared to address any concerns then.

### *Requests for Production and Interrogatories*

The parties have no new disputes to raise concerning Netlist's RFPs or interrogatories.  The parties conferred regarding Netlist's **RFPs 12 and 13**, which were earlier raised with the Court and request documents related to the parties' joint R&D efforts.  Samsung is still investigating the scope of potential responsive documents.  The parties therefore agreed to hold over any dispute on this issue until the parties' June 29 conference with Court.

Hon. Douglas F. McCormick – Page 2

***Requests for Admission***:

**RFAs 4 and 5** ask Samsung to admit that a set "ceiling" or "allocation" limit was imposed on Netlist's purchases as various times. Samsung objected on the basis that it was not clear to it whether the RFA was asking if Netlist set the "ceiling" or "allocation" or if Samsung did. The parties have now agreed that Samsung will substantively respond to RFA 4 and 5 by July 8 (when Netlist's other RFAs are due) based on clarification provided by Netlist that the request ask about ceilings or allocations imposed by Samsung, not by Netlist.

**RFAs 10, 11, 12** present the only disputed discovery for discussion during this week's call. These requests ask Samsung to admit two statements it made to Korean tax authorities (RFAs 10 and 11), and to admit whether those authorities agreed with Samsung's position that the withholding it made from Netlist's fees was necessary (RFA 12). Samsung objects that the RFAs refer to the Korean "Tax Authority" instead of by the formal title "Tax Tribunal" or "National Tax Service." Yet, despite Netlist clarifying that the requests refer to the formal authorities, Samsung still refuses to respond. Responses should be ordered. The text of RFAs 10, 11, and 12 and Samsung's responses are included in the appendix below.

We extend again our gratitude to the Court for aiding the parties in expediting the resolution of their discovery disagreements.

Sincerely,

*/s/ Raymond A. LaMagna*

Raymond A. LaMagna

Counsel for Plaintiff, Netlist Inc.

GIBSON DUNN

Hon. Douglas F. McCormick – Page 3

Case Name: *Netlist, Inc. v. Samsung Electronics Co., LTD*
No. 8:20-cv-00993-MCS-DFM

**APPENDIX of DISPUTED DISCOVERY REQUESTS and RESPONSES**

| RFA | Request | Samsung Response |
|---|---|---|
| 10 | Admit that Samsung stated to the Korean Tax Authority that Samsung was able to use patents belonging to Netlist without paying royalties as a result of entering into the Agreement. | Defendant incorporates by reference its general objections. Defendant objects to this request on the grounds that the terms "Korean Tax Authority" and "patents belonging to Netlist" are vague, ambiguous, and nonsensical. |
| 11 | Admit that Samsung stated to the Korean Tax Authority that the research and development efforts between Samsung and Netlist ended in the latter half of 2017. | Defendant incorporates by reference its general objections. Defendant objects to this request on the grounds that the term "Korean Tax Authority" is vague, ambiguous, and nonsensical. |
| 12 | Admit that the Korean Tax Authority disagreed with Samsung's position that a withholding of $1,320,000 as a tax on the $8 million NRE fee was necessary under Korean law. | Defendant incorporates by reference its general objections. Defendant objects to this request on the grounds that the term "Korean Tax Authority" is vague, ambiguous, and nonsensical. |

Hon. Douglas F. McCormick – Page 4

**Initial Discussion Items for Electronic Searches**

| No. | English | Korean |
|---|---|---|
| 1. | Netlist OR *netlist.com | 넷리스트 or "N社" |
| 2. | "Joint Development and License Agreement" OR JLDA | 공동개발 OR 공동연구 |
| 3. | "Article 14" | "14조" |
| 4. | "National Tax Service" OR NTS | 국세청 |
| 5. | "Tax Tribunal" OR TT | 조세심판원 |
| 6. | NRE | |
| 7. | withholding | 공제 OR 원천징수 |
| 8. | | "조심-2020-임시-1293" [i.e., NTS decision number] |
| 9. | | "2020중1581" [i.e., tax appeal case name] |
| 10. | HybriDIMM | |
| 11. | HVMMC OR HyperVault | |
| 12. | Alex Chen OR achen@netlist.com | |
| 13. | Chun K. "Chuck" Hong OR ckhong@netlist.com | 홍춘기 OR 홍사장 |
| 14. | Paik Ki Hong OR pkhong@netlist.com | 홍백기 |
| 15. | Ji Bum "JB" Kim OR jbkim@netlist.com | 김지범 |
| 16. | Sebastian Lee OR slee@netlist.com | 이석우 |
| 17. | Devon Park OR dpark@netlist.com | |
| 18. | Brian Peterson OR bpeterson@netlist.com | |
| 19. | Gail Sasaki OR gsasaki@netlist.com | |
| 20. | Steven Yu OR syu@netlist.com | |
| 21. | Angela Li OR alee@netlist.com | |
| 22. | Noel Whitley OR nwhitley@netlist.com | |
| 23. | Marc Frechette OR mfrechette@netlist.com | |
| 24. | Raymond Jiang OR rjiang@netlist.com | |

GIBSON DUNN

Hon. Douglas F. McCormick – Page 5

## Likely Custodians

| No. | Name | Deposition Date | Notes |
|---|---|---|---|
| 1. | Joo Sun Choi | June 29, 2021 | Headed Samsung sales in U.S. (SSI) when support and allocation was cut; involved in decision to cut allocation/support to Netlist. |
| 2. | Neal Knuth | July 1, 2021 | Southwest Regional Manager, Samsung Semiconductor (SSI). Mr. Knuth appears to have been a person with whom Netlist primarily communicated to place orders. |
| 3. | Steve Metz | July 2, 2021 | Attended key meeting(s) with Netlist concerning supply of products; involved in decision and communications regarding product allocation to Netlist. |
| 4. | Harrison (Hyuk Sang) Yoo | July 6, 2021 | Memory Sales Director; corresponded with Netlist regarding the JDLA negotiation, product availability, and the parties' respective performance of the JDLA. |
| 5. | Jung Bae Lee | July 9, 2021 | Samsung's signatory to JDLA |
| 6. | Hyun Ki Ji | July 13, 2021 | Product Planning Division; was involved in JLDA-related discussions and discussions re: product availability for Netlist. |
| 7. | Indong Kim | July 16, 2021 | Principal Engineer, Product Planning Team; involved in joint development efforts between Samsung and Netlist. |
| 8. | Byungyup Jeon | July 20, 2021 | Senior Professional, SEC Listed on Rule 26(f) disclosure by Samsung |

GIBSON DUNN

Hon. Douglas F. McCormick – Page 6

| No. | Name | Deposition Date | Notes |
|---|---|---|---|
| 9. | Young-Hyun Jun / 전용현 | | Former President, Solution Division, Samsung. Dr. Jun was involved in discussions and negotiations for the JDLA. |
| 10. | Lane (Ki Goon) Kim / | | Communicated with Netlist regarding support and ordering concerns; attended key meeting(s) with Netlist concerning supply of products. |
| 11. | Kyuhan Han / 한규한 | | Vice President, Strategic Planning Team, Memory Business; engaged in communications with Netlist regarding JDLA negotiations; recipient of Netlist's "Letter of Assurance" dated December 16, 2015 (SEC000022-24) |
| 12. | Seung Min (Jeff) Sung / 성승민 | | Director, Strategic Planning Team, Samsung Semiconductor; the individual who received Netlist's breach notice in June 2020. |
| 13. | Yong Hwangbo / 황보용 | | Director, Strategic Planning Team, Memory Business, Samsung; recipient of December 21, 2015 letter (SEC000025-26) and the sender of letter re: "withholding tax status from Samsung-Netlist transaction" (SEC000028) |