# EXHIBIT 10

```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                   (SOUTHERN DIVISION - SANTA ANA)



NETLIST, INC,                  ) CASE NO: 8:20-CV-00993-MCS-DFMx
                               )
        Plaintiff,             )           CIVIL
                               )
     vs.                       )       Santa Ana, California
                               )
SAMSUNG ELECTRONICS CO, LTD,   )     Thursday, June 17, 2021
                               )
        Defendant.             )
_____)


                   INFORMAL DISCOVERY CONFERENCE

         BEFORE THE HONORABLE DOUGLAS F. McCORMICK,
                UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For Plaintiff:            JASON C. LO, ESQ.
                          RAYMOND A. LaMAGNA, ESQ.
                          Gibson Dunn & Crutcher, LLP
                          333 S. Grand Ave.
                          Los Angeles, CA 90071

For Defendant:            JUMIN (CHRIS) LEE, ESQ.
                          MARC E. MASTERS, ESQ.
                          Bird Marella Boxer, et al.
                          1875 Century Park East
                          23rd Floor
                          Los Angeles, CA 90067

Court Reporter:           Recorded; AT&T; digital

Courtroom Deputy:         Nancy Boehme

Transcribed by:           Exceptional Reporting Services, Inc.
                          P.O. Box 8365
                          Corpus Christi, TX 78468
                          361 949-2988

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.
```

1  custodians to Netlist's counsel, and I think they will find
2  that there are SSI custodians included on that list, so I think
3  we can report that the answer to that question is yes.
4          **THE COURT:** Okay.  Let's -- unless there is anything
5  further, let's ask everyone to get me something on the 28th by
6  let's say 5:00 p.m., so that I'll have a chance to look at it
7  either on the evening of the 28th -- oh, I see that you guys
8  are actually at 9:30 on the 29th.  Maybe we ought to make it by
9  like 3:00 p.m. on the 28th so that I've got a chance to look at
10 it late in the afternoon on Thursday the 28th, and just tell me
11 what the issues are, if anything, in a couple of pages, and we
12 can always flesh them out.
13         It looks like I've got some time on the 29th to
14 discuss them with you, so if you need, you know, a little
15 longer than we're taking today, we've got the time and we can
16 run these issues to ground.
17         **MR. LaMAGNA:**  Absolutely.  And one quick question.
18 This is Ray again for Netlist.
19         Regarding RFAs 10, 11, and 12, I guess the issue
20 there was I think that when they were drafted, they were
21 drafted using capital letters for Tax Authority, and the
22 definition wasn't included to specify the specific tax
23 authorities by name which we've provided subsequently.
24         Does Your Honor prefer that those get responded to as
25 is or that Netlist simply serve yet again another -- the same

```
 1  request, but essentially providing the defined term in writing?
 2  And I'm just trying to cut down on make work disputes.
 3          THE COURT:  I don't have a view on that.  Why don't
 4  you ask Mr. Lee which he'd prefer, and he can let you know,
 5  because I don't -- I don't want to micromanage that process.
 6          MR. LaMAGNA:  That's great.  Thank you, Your Honor.
 7          THE COURT:  Okay.  All right.  Well, thank you guys
 8  very much for all your hard work.  I'm glad we've started to
 9  streamline some of the disputes and at least focus in on some
10  of the issues that are going to require a little more
11  attention.
12          And we'll talk to you on the 29th.
13          MR. LEE:  Thank you, Your Honor.
14          MR. LaMAGNA:  Thank you.
15      (Proceeding adjourned)
16
17
18
19
20
21
22
23
24
25
```

**CERTIFICATION**

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____                                  August 5, 2021
        Signed                                                    Dated


*TONI HUDSON, TRANSCRIBER*