RICHARD DOREN, SBN 124666
  rdoren@gibsondunn.com
JASON C. LO, SBN 219030
  jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
  mbenjamin@gibsondunn.com
TIMOTHY BEST, SBN 254409
  tbest@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
  rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

JASON SHEASBY, SBN 205455
  jsheasby@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>            Defendant. | CASE NO. 8:20-cv-993-MCS (ADS)<br><br>**DECLARATION OF RAYMOND A. LAMAGNA IN SUPPORT OF PLAINTIFF NETLIST INC.'s OPPOSITION TO DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT** |

## DECLARATION OF RAYMOND A. LAMAGNA

I, Raymond A. LaMagna, declare as follows:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP, a member of the California State Bar, and admitted to this Court. I represent Plaintiff Netlist Inc. in the above-captioned matter. I submit this declaration in support of Netlist Inc.'s Opposition to Samsung's Motion for Judgment. I have personal knowledge of the matters set forth herein, except where stated otherwise, and if called to testify, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is an excerpt from Volume 5 of *Corbin on Contracts* by Professor Arthur L. Corbin (1951), specifically Section 1001, along with the title and copyright pages thereto, as photocopied from the Los Angeles Law Library's collection.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 24, 2022, in Los Angeles, California.

*/s/ Raymond A. LaMagna*
Raymond A. LaMagna