UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:20-cv-00993-MCS-ADS | Date | February 4, 2022 |
| Title | *Netlist Inc. v. Samsung Elecs. Co., Ltd.* | | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:   (IN CHAMBERS) ORDER REFERRING MOTION FOR FEES AND EXPENSES (ECF NO. 288) TO MAGISTRATE JUDGE**

Plaintiff Netlist Inc. moves for an award of fees and costs against Defendant Samsung Electronics Co., Ltd., under Federal Rule of Civil Procedure 37(c)(2). Netlist argues Samsung failed to admit facts it knew to be true in response to requests for admission Netlist propounded, needlessly requiring Netlist to expend substantial fees and costs to prove those facts. (Mot., ECF No. 288.) Samsung opposes the motion, (Opp'n, ECF No. 294), and Netlist filed a reply, (Reply, ECF No. 300).

The Court refers the motion to the Magistrate Judge. In essence, Netlist seeks relief from purportedly obstructive discovery conduct. The Court referred all discovery matters, including discovery motions, to the Magistrate Judge. (Initial Standing Order § 8(a), ECF No. 26.) Netlist does not respond to Samsung's argument that the motion should be set before the Magistrate Judge. (*Compare* Opp'n 16 (raising argument), *with* Reply 7–8 (addressing Samsung's procedural arguments without discussing propriety of setting the motion before this Court).) As the parties acknowledge, the Magistrate Judge already has familiarity with the requests for admission at the heart of this motion. (*See* Opp'n 15–16; Reply 5.) Judicial economy favors referring this related discovery dispute to the Magistrate Judge.

      The Court defers to the Magistrate Judge to consider the procedural issues raised in Samsung's brief, (*see* Opp'n 14–18), and to decide whether to require rebriefing in compliance with Local Rule 37 and the Magistrate Judge's rules and procedures.

      The hearing on the motion set for February 14, 2022, at 9:00 a.m., is vacated. The hearing set for the same date and time on the other two pending motions remains on calendar before this Court.

**IT IS SO ORDERED.**

CC: Autumn D. Spaeth, U.S. Magistrate Judge