UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No. 8:20-cv-00993-MCS-ADS        Date February 14, 2022

Title *Netlist Inc. v. Samsung Electronics Co., Ltd.*

Present: The Honorable Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):

Jason C. Lo
Timothy P. Best
Raymond A. LaMagna

Attorney(s) Present for Defendant(s):

Michael Yoder
Ekwan E. Rhow
Marc F. Feinstein
Joseph O'Connor

**Proceedings:** Motion for Judgment, (A) Entry of Judgment as to Netlists First and Second Claims for Relief, and (B) as to Netlists Third Claim of Relief, for Judgment or, in the Alternative, Trial on the Third Claim for Relief (ECF No. 289) and Motion for Entry of Judgment Pursuant to Fed.R.Civ.P. 58(d) (ECF No. 290)

The motion hearing is held. Counsel address the Court. The Court takes the motions UNDER SUBMISSION and a ruling will be issued.

IT IS SO ORDERED.