UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:20-00993 MCS (ADSx)    Date: February 16, 2022

Title: *Netlist, Inc. v. Samsung Electronics Co., Ltd.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | CS 02/16/2022 |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Timothy P. Best | Ekwan E. Rhow |
| Raymond A. LaMagna | Chris Lee |

**Proceedings:**  PLAINTIFF'S MOTION FOR FEES AND EXPENSES FOR DEFENDANT'S FAILURE TO ADMIT REQUESTS FOR ADMISSION [288]

Case is called for hearing.  Appearances entered.

Argument by counsel as reflected on the record.

Plaintiff's Motion for Fees and Expenses [288], is TAKEN UNDER SUBMISSION.

                                                                                                    1:45
                                                              Initials of Preparer        kh