MICHAEL G. YODER (SB 83059)
myoder@omm.com
MARC F. FEINSTEIN (SB 158901)
mfeinstein@omm.com
JOSEPH R. O'CONNOR (SB 274421)
joconnor@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant Samsung
Electronics Co., Ltd.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**SAMSUNG ELECTRONICS CO., LTD.'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT AND REPRESENTATION STATEMENT**<br><br>Hon. Mark C. Scarsi |

**PLEASE TAKE NOTICE** that Defendant Samsung Electronics Co., Ltd. ("Samsung") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on February 15, 2022 (Docket No. 306), attached hereto as Exhibit A, and all prior orders, rulings, findings, stipulations, and conclusions it encompasses, including but not limited to: (1) the Court's August 5, 2021 Order Re: Motion for Judgment on the Pleadings (Docket No. 120), attached hereto as Exhibit B; (2) the Court's Order Re: Motions for Summary Judgment and Related Applications (Docket No. 186), attached hereto as Exhibit C; (3) the Court's Order Re: Motion for Reconsideration (Docket No. 215), attached hereto as Exhibit D; (4) the Court's Order Re: Motions *In Limine* and Proceedings at Final Pretrial Conference (Docket No. 243), attached hereto as Exhibit E; and (5) the Court's Order Re: Motions for Entry of Judgment (Docket No. 305), attached hereto as Exhibit F.

Pursuant to Ninth Circuit Rule 3-2(b), Samsung's Representation Statement is attached to this Notice of Appeal.

DATED: February 25, 2022        O'MELVENY & MYERS LLP

By:     /s/ Michael G. Yoder
            Michael G. Yoder
            Attorneys for Defendant Samsung
            Electronics Co., Ltd.

| | |
|---|---|
| 1 | **REPRESENTATION STATEMENT** |
| 2 | The undersigned represents Samsung Electronics Co. Ltd. ("Samsung"), |
| 3 | defendant and appellant in this matter, and no other party. Pursuant to Federal Rules |
| 4 | of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Defendant-Appellant |
| 5 | Samsung submits this Representation Statement that identifies all parties to the |
| 6 | action along with the names, addresses, and telephone numbers of their respective |
| 7 | counsel. |
| 8 | Plaintiff-Appellee in this action, Netlist Inc., is represented by the following |
| 9 | counsel: |

    RICHARD J. DOREN
      rdoren@gibsondunn.com
    JASON C. LO
      jlo@gibsondunn.com
    TIMOTHY BEST
      tbest@omm.com
    RAYMOND A. LAMAGNA
      rlamagna@gibsondunn.com
    BROOK M. WALLACE
      bwallace@gibsondunn.com
    MARISSA MOSHELL
      mmulligan@gibsondunn.com
    GIBSON DUNN & CRUTCHER LLP
    333 South Grand Avenue
    Los Angeles, CA 90071-3197
    Telephone: (213) 229-7000
    Facsimile: (213) 229-7520

    MATTHEW BENJAMIN
      mbenjamin@gibsondunn.com
    GIBSON DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, NY 10166-0193
    Telephone: (212) 351-4079
    Facsimile: (212) 351-4035

| | |
|---|---|
| 1 | JUNGEUN LEE |
| 2 | nlee@gibsondunn.com |
| | GIBSON DUNN & CRUTCHER LLP |
| 3 | 1050 Connecticut Avenue NW |
| 4 | Washington, DC 20018 |
| | Telephone: (202) 887-3717 |
| 5 | Facsimile: (202) 530-9636 |
| 6 | |
| | JASON G. SHEASBY |
| 7 | jsheasby@irell.com |
| 8 | IRELL & MANELLA LLP |
| | 1800 Avenue of the Stars Suite 900 |
| 9 | Los Angeles, CA 90067-4276 |
| 10 | Telephone: (310) 203-7096 |
| | Facsimile: (310) 282-5712 |
| 11 | Email: jsheasby@irell.com |
| 12 | |
| | A. MATTHEW ASHLEY |
| 13 | mashley@irell.com |
| 14 | IRELL & MANELLA LLP |
| | 840 Newport Center Drive Suite 400 |
| 15 | Newport Beach, CA 92660-6324 |
| 16 | Telephone: 949-760-0991 |
| | Facsimile: 949-760-5200 |
| 17 | |
| 18 | Defendant-Appellant Samsung is represented by the following counsel: |
| 19 | MICHAEL G. YODER |
| | myoder@omm.com |
| 20 | O'MELVENY & MYERS LLP |
| 21 | 610 Newport Center Drive, Suite 1700 |
| | Newport Beach, California 92660 |
| 22 | Telephone: (949) 823-6900 |
| 23 | Facsimile: (949) 823-6994 |
| 24 | |
| | ANTON METLITSKY |
| 25 | ametlitsky@omm.com |
| 26 | O'MELVENY & MYERS LLP |
| | 7 Times Square |
| 27 | New York, New York 10036 |
| 28 | Telephone: (212) 326-2000 |
| | Facsimile: (212) 326-2061 |

| | |
|---|---|
| 1 | MARC F. FEINSTEIN |
| 2 | mfeinstein@omm.com |
|   | JOSEPH R. O'CONNOR |
| 3 | joconnor@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 400 South Hope Street, 18th Floor |
| 5 | Los Angeles, California 90071 |
| 6 | Telephone: (213) 430-6000 |
|   | Facsimile:  (213) 430-6407 |

DATED: February 25, 2022            O'MELVENY & MYERS LLP


By:      /s/ Michael G. Yoder
              Michael G. Yoder
        Attorneys for Defendant Samsung
        Electronics Co., Ltd.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Samsung Electronics Co., Ltd.'s Notice of Appeal to the United States Court of Appeals For the Ninth Circuit and Representation Statement** was served on the 25th day of February, 2022 via the Court's CM/ECF electronic filing system addressed to all parties and counsel of record on the e-service list.

DATED: February 25, 2022     O'MELVENY & MYERS LLP

By: _____/s/ Michael G. Yoder_____
    Michael G. Yoder
    Attorneys for Defendant Samsung
    Electronics Co., Ltd.