# EXHIBIT

# TAB 2

## TAB 2: TABLE OF SERVICE OF COMPLAINT AND SUBPOENA FEES

| Date | Description | Amount | Supporting Material |
|---|---|---|---|
| **Service of Process Fees (Complaint)** | | | |
| 7/6/2020 | Service of Complaint on Defendant Samsung, a Korean corporation, which service was required in Korea via procedures outlined and required by the Hague Convention, $965.90. | $965.90 | *See* Tab 2-A. |
| **Service of Process Fees (Subpoenas)** | | | |
| 7/9/2021 | Service of a deposition subpoena to nonparty witness Steven Metz, **$711.45** (which required six service attempts) | $711.45 | *See* Tab 2-B. |
| 10/1/2021 | Service of a trial subpoena to witness Neal Knuth, $378.69 (the service fee only is requested in this category; the advanced witness fee and mileage is listed separately under Tab 6 below). | $378.69 | *See* Tab 2-C. |
| **Subtotal** | | $1,090.14 | |



**First Legal Investigations**
CA PI: 24171  AZ PI: 1551710  NV PI-PS: 1452

P.O. BOX 841441
Dallas, TX 75284-1441

TAX ID# 91-2199437

# INVOICE

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 52675 | 96037 |
| Invoice Date | Total Due |
| 7/31/20 | 965.90 |
|  |  |
|  |  |
|  |  |

GIBSON DUNN & CRUTCHER (L)- LA
ATTN: Mayra De Leon
333 S. GRAND AVENUE, RM 4629
LOS ANGELES, CA 90071

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

**TAB 2-A**

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 96037 | 52675 | 7/31/20 | 965.90 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 7/06/20<br>International Process | 101513 | ISP | GIBSON DUNN & CRUTCHER (L)- LA       SAMSUNG ELECTRONICS CO., LTD     INVEST CHG:   895.00<br>333 SOUTH GRAND AVENUE                                                           PDF/SHIP  :    70.90<br>LOS ANGELES       CA 90071<br>Caller: CAROLINE MONROY                Comment: FORMAL/S. KOREA<br>129 SAMSUNG-RO<br>Signed: DELIVERED TO CTL AUTH          Ref: 66889-00003 |  | 965.90 |

*** REPRINT ***                                     Total      965.90

**INVOICE PAYMENT DUE UPON RECEIPT**



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10416842 | 81450 |
| **Invoice Date** | **Total Due** |
| 7/23/21 | 8,826.67 |
| | |
| | |
| | |

Gibson Dunn & Crutcher (L)-DTLA
333 SOUTH GRAND AVENUE
ROOM 4629
LOS ANGELES, CA 90071

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

**TAB 2-B**

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81450 | 10416842 | 7/23/21 | 8,826.67 | 21 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/09/21 | 4706458 | BIM | Gibson Dunn & Crutcher (L)-LA<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES     CA 90071<br>Caller: Marissa Mulligan<br>8:20-CV-00993 -MCS-DFM<br>NETLIST V SAMSUNG<br>SUBPOENA TO TESTIFY<br>PLEASE SERVE<br>Signed: Steven Metz | STEVEN METZ<br>20620 KOMINA AVE.<br>SARATOGA      CA 95070<br>Comment: 6 attempts<br>Pages:    3<br><br><br><br>Ref: 66889-00003 M MULLIGAN | Base Chg :   203.25<br>Addt'lChgs:   508.15<br>Misc      :    18.24+<br>Fuel Chg :     18.29 | 711.45 |
| PROCESS-BRANCH IMMEDIATE | | | | | | |
| 7/21/21 | 4716221 | PDF | Gibson Dunn & Crutcher (L)-LA<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES     CA 90071<br>Caller: Lorelei Gerdine<br>20-CV-00993<br>NETLIST V SAMSUNG<br>MOTION TO COMPEL<br>PLEASE DELIVER<br>Signed: CHAMBERS | USDC-SANTA ANA<br>411 WEST 4TH STREET<br>SANTA ANA     CA 92701<br>Pages: 149<br><br><br><br>Ref: 66889-00003 M MULLIGAN | Base Chg :    46.75<br>PDF/Ship :    62.00<br>Misc      :     2.72+ | 106.03 |
| PDF COURTESY DEL.-RUSH | | | | | | |
| 7/21/21 | 4716342 | PDF | Gibson Dunn & Crutcher (L)-LA<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES     CA 90071<br>Caller: Lorelei Gerdine<br>20-CV-00993<br>NETLIST V SAMSUNG<br>DECLARATION AND APPLICATION UNDER SEAL<br>PLEASE DELIVER<br>Signed: CHAMBERS | USDC-SANTA ANA<br>411 WEST 4TH STREET<br>SANTA ANA     CA 92701<br>Pages:   57<br><br><br><br>Ref: 66889-00003 M MULLIGAN | Base Chg :    46.75<br>PDF/Ship :    16.00<br>Misc      :     1.57+ | 61.18 |
| PDF COURTESY DEL.-RUSH | | | | | | |

Total  Charges  for Ref. - 66889-00003 M MULLIGAN:     878.66

**INVOICE PAYMENT DUE UPON RECEIPT**



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 70029717 | 87068 |
| Invoice Date | Total Due |
| 10/15/21 | 488.69 |

Gibson Dunn & Crutcher-SJ
1881 PAGE MILL ROAD
PALO ALTO, CA 94304

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

**TAB 2-C**

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 87068 | 70029717 | 10/15/21 | 488.69 | 1 | | |
| Date | Ordr No. | Svc | Service Detail | | | | | Charges | Total |
| 10/01/21 | 9094988 | BIM | Gibson Dunn & Crutcher-SJ | NEAL KNUTH | | | | Base Chg : 346.25 | |
| PROCESS-BRANCH IMMEDIATE | | | 1881 PAGE MILL ROAD | 224 CALLE CORTEZ | | | | Misc : 9.72 | |
| | | | PALO ALTO  CA 94304 | SAN CLEMENTE  CA 92672 | | | | Fuel Chg : 31.16 | |
| | | | Caller: Kim Barry | | | | | Adv/Wit Ck: 110.00 | |
| | | | 8:20-cv-00993-MCS-DMF | Pages: 3 | | | | Check Chg : 11.00 | 488.69 |
| | | | NETLIST V SAMSUNG | | | | | | |
| | | | SUBPOENA TO APPEAR | | | | | | |
| | | | PLEASE SERVE ASAP | | | | | | |
| | | | Signed: NEAL KNUTH | Ref: 66889-00003 S CHOY | | | | | |

Invoice Amount: 378.69
Fees Advanced: 110.00
**Total Amount Due:** 488.69

Total   488.69

**INVOICE PAYMENT DUE UPON RECEIPT**