EXHIBIT

TAB 5-A

**TAB 5-A:  TABLE OF COSTS FOR DEPOSITION TRANSCRIPTS**

| Deponent | Depo Date | Invoice No. | No. of Pages | Per Page Cost | Transcription Cost[1] | Rough | Shipping & Handling | Total Transcript Costs |
|---|---|---|---|---|---|---|---|---|
| Sasaki, Gail (Netlist) | 8/5/2021 | 5186469 | 397 | $3.85 | $1,528.45 | $0.00 | $35.00 | $1,563.45 |
| Metz, Steven (former Samsung employee) | 8/6/2021 | 5187056 | 181 | $5.25 | $950.25 | $271.50 | $35.00 | $1,256.75 |
| Jiang, Raymond (former Netlist employee) | 8/8/2021 | 5189177 | 285 | $3.85 | $1,097.25 | $0.00 | $35.00 | $1,132.25 |
| Han, Kyuhan (Samsung) | 8/9/2021 | 5190986 | 180 | $5.25 | $945.00 | $270.00 | $35.00 | $1,250.00 |
| Kim, Indong (Samsung) | 8/10/2021 | 5195011 | 181 | $5.25 | $950.25 | $271.50 | $35.00 | $1,256.75 |
| Ji, Hyun-Ki (Samsung) | 8/11/2021 | 5239649 | 162 | $5.25 | $850.50 | $0.00 | $35.00 | $885.50 |
| Kim, Lane Kihoon (Samsung) | 8/11/2021 | 5198534 | 150 | $5.25 | $787.50 | $225.00 | $35.00 | $1,047.50 |
| Yu, Steven (Netlist) | 8/11/2021 | 5195887 | 268 | $3.85 | $1,031.80 | $402.00 | $35.00 | $1,468.80 |
| Hong, Paik Ki (Netlist) | 8/12/2021 | 5200952 | 357 | $3.85 | $1,374.45 | $0.00 | $35.00 | $1,409.45 |
| Kim, Ho-Jung (Samsung) | 8/12/2021 | 5201071 | 169 | $5.25 | $887.25 | $253.50 | $35.00 | $1,175.75 |
| Yoo, Hyeok-Sang (Samsung) (Vol. 1) | 8/12/2021 | 5201632 | 137 | $5.25 | $719.25 | $205.50 | $35.00 | $1,409.45 |
| Hong, Chuck (Netlist) | 8/13/2021 | 5201667 | 294 | $3.85 | $1,131.90 | $0.00 | $35.00 | $1,166.90 |
| Yoo, Hyeok-Sang (Samsung) (Vol. 2) | 8/13/2021 | 5201662 | 92 | $5.25 | $483.00 | $138.00 | $35.00 | $656.00 |
| Knuth, Neal (Samsung) | 8/14/2021 | 5203329 | 244 | $5.25 | $1,281.00 | $366.00 | $35.00 | $1,682.00 |
| Jeon, Byung Yeop (Samsung) (Vol. 1) | 8/15/2021 | 5204011 | 100 | $5.25 | $525.00 | $150.00 | $35.00 | $710.00 |
| Jeon, Byung Yeop (Samsung) (Vol. 2) | 8/17/2021 | 5210903 | 149 | $5.25 | $782.25 | $0.00 | $35.00 | $817.25 |
| McAlexander, Joseph (Samsung expert) | 9/14/2021 | 5265321 | 170 | $5.25 | $892.50 | $255.00 | $35.00 | $1,182.50 |
| Akemann, Mike (Netlist expert) | 9/16/2021 | 5270123 | 244 | $3.85 | $939.40 | $366.00 | $35.00 | $1,340.40 |
| Kam, Byung Wook (Netlist expert) | 9/20/2021 | 5273071 | 149 | $3.85 | $573.65 | $223.50 | $35.00 | $832.15 |
| Kidder, Douglas (Samsung expert) | 9/20/2021 | 5365325 | 267 | $5.25 | $1,401.75 | $400.50 | $35.00 | $1,837.25 |
| **TOTAL:** | | | | | **$19,132.40** | **$3,798.00** | **$700.00** | **$24,080.10** |

---

[1]  Certain of the attached transcript invoices include charges for expedited delivery (see also letter from Veritext immediately following).  All expedite charges have been deducted as shown in the attached letter and invoice attachments below and are not included in the above cost totals.



**Costa Mesa**
611 Anton Boulevard
Suite 500
Costa Mesa, CA 92626
P 800.660.3187

**Los Angeles**
707 Wilshire Boulevard
Suite 3500
Los Angeles, CA 90017
P 866.299.5127

**Sacramento**
One Capitol Mall
Suite 240
Sacramento, CA 95814
P 916.379.5553

**San Diego**
550 West C Street
Suite 800
San Diego, CA 92101
P 619.231.0403

**San Francisco**
101 Montgomery
Suite 450
San Francisco, CA 94104
P 415.274.9977

Raymond LaMagna
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA
90071-3197
Tel: +1 213.229.7000
Fax: +1 213.229.7520

Dear Mr. LaMagna:

We write to confirm the pricing and fees charged to Netlist for depositions in connection with the *Netlist v. Samsung* matter (C.D. Cal. Case No. 8:20-cv-00993-MSC-ADS).  Per our standard pricing with Gibson Dunn on other matters, the base price for deposition transcription for this matter has been set at **$5.25 per page** for the party booking and taking the deposition (i.e., the order for the original transcript).  The base transcript price is reduced to **$3.85 per page** for orders from non-taking parities (i.e., a defending party) when an original transcription order was already placed by the party booking and taking the deposition.

I note that several invoices in the above matter combined the base fee for the transcript with an expedite fee into one line entry.  I can confirm that the base fee component for these transcripts was according to the above schedule.  To avoid confusion, I have separately listed below the page and base transcript fees from the expedite fees that were billed for these invoices.  Our other invoices in the above matter either did not involve an expedited request or listed the fee for that request separately.

| Invoice No. | Deponent | Party Booking/Taking Deposition | No. of Pages | Unit Price | Base Fee for Transcript |
|---|---|---|---|---|---|
| 5186469 | Gail M. Sasaki | Samsung | 397 | $3.85 | $1,528.45 |
| 5189177 | Raymond Jiang | Samsung | 285 | $3.85 | $1,097.00 |
| 5196897 | Steven Yu | Samsung | 268 | $3.85 | $1,031.80 |
| 5200952 | Paik Ki Hong | Samsung | 357 | $3.85 | $1,374.45 |
| 5201667 | Chuck Hong | Samsung | 294 | $3.85 | $1,131.90 |
| 5210903 | Byungyeop Jeon, Vol. II | Netlist | 149 | $5.25 | $782.25 |
| 5265321 | Joseph McAlexander | Netlist | 170 | $5.25 | $892.50 |
| 5365325 | Douglas Kidder | Netlist | 267 | $5.25 | $1,401.75 |

I certify that the above is true and accurate.  Please contact me at (213) 254.3010 or nkirsch@veritext.com if you have any questions.

Best regards,

*Nina Kirsch*

Nina Kirsch
Regional Vice President

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq | | |
|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | **Invoice #:** | **5186469** |
| | 555 Mission St | **Invoice Date:** | 8/6/2021 |
| | Ste 3000 | **Balance Due:** | $3,922.10 |
| | San Francisco, CA, 94105 | | |

| **Case: Netlist Inc. v. Samsung Electronics Co., Ltd (8:20-cv-993-MCS (ADSx))** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4744081   |   Job Date: 8/5/2021   |   Delivery: Daily

| Location: | Los Angeles, CA | **Transcript Total Less** |
|---|---|---|
| Billing Atty: | Raymond LaMagna Esq | **Expedited Charge** |
| Scheduling Atty: | Jong-Min Choi \| Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow PC | **$3.85/pp = $1,528.45** |

| **Witness: Gail M. Sasaki** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Certified Transcript | 397.00 | $7.70 | $3,056.90 |
| Exhibits | 508.00 | $0.65 | $330.20 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

| Notes: | **Invoice Total:** | **$3,922.10** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$3,922.10** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 34 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| Please remit payment to: | To pay online, go to www.veritext.com | | |
|---|---|---|---|
| Veritext | | **Invoice #:** | **5186469** |
| P.O. Box 71303 | Veritext accepts all major credit cards | **Invoice Date:** | 8/6/2021 |
| Chicago IL 60694-1303 | (American Express, Mastercard, Visa, Discover) | **Balance Due:** | $3,922.10 |
| Fed. Tax ID: 20-3132569 | | | |

42700

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Timothy P. Best Esq<br>Gibson Dunn & Crutcher LLP<br>333 S Grand Ave, 47th Floor<br>Los Angeles, CA, 90071 | | |
|---|---|---|---|

| | | Invoice #: | **5187056** |
|---|---|---|---|
| | | Invoice Date: | 8/10/2021 |
| | | Balance Due: | **$4,554.80** |

| Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx)) | Proceeding Type: Depositions |
|---|---|

Job #: 4743983   |   Job Date: 8/6/2021   |   Delivery: Daily                    Matter #:                  66889-00003

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Timothy P. Best Esq |
| Scheduling Atty: | Timothy P. Best Esq l Gibson Dunn & Crutcher LLP |

| Witness: Steven Christopher Metz | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 181.00 | $5.25 | $950.25 |
| Transcript - Expedited | 181.00 | $5.25 | $950.25 |
| Exhibits | 73.00 | $0.65 | $47.45 |
| Realtime Services | 181.00 | $1.85 | $334.85 |
| Rough Draft | 181.00 | $1.50 | $271.50 |
| Surcharge - Video Proceeding | 181.00 | $0.50 | $90.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 6.00 | $150.00 | $900.00 |
| Attendance (Full Day) | 1.00 | $250.00 | $250.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |
| | Quantity | Price | Amount |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Exhibit Share | 1.00 | $325.00 | $325.00 |

Notes:   Daily Expedite

---

**THIS INVOICE IS 30 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | Invoice #: | **5187056** |
|---|---|---|
| | Invoice Date: | 8/10/2021 |
| | Balance Due: | **$4,554.80** |

42700

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID:20-3132569



| | |
|---|---|
| Bill To: Raymond LaMagna Esq | **Invoice #:** 5189177 |
| Gibson Dunn & Crutcher LLP | **Invoice Date:** 8/21/2021 |
| 555 Mission St | **Balance Due:** $2,942.05 |
| Ste 3000 | |
| San Francisco, CA, 94105 | |

| Case: Netlist Inc. v. Samsung Electronics Co., Ltd (8:20-cv-993-MCS (ADSx)) | Proceeding Type: Depositions |
|---|---|

Job #: 4736188   |   Job Date: 8/8/2021   |   Delivery: Daily                     Matter #:                 66889-00003

Location:             Las Vegas, NV

Billing Atty:         Raymond LaMagna Esq

Scheduling Atty:   Christopher J. Lee | Bird Marella Boxer Wolpert Nessim Drooks
                          Lincenberg & Rhow PC

*Transcript Total  Less Expedited Charge $3.85 /pp =$1,097.25*

| Witness: Raymond Jiang | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 285.00 | $7.70 | $2,194.50 |
| Exhibits | 327.00 | $0.65 | $212.55 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,942.05 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,942.05 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Invoice #:** 5189177
**Invoice Date:** 8/21/2021
**Balance Due:** $2,942.05

42700

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq<br>Gibson Dunn & Crutcher LLP<br>333 S Grand Ave, 47th Floor<br>Los Angeles, CA, 90071 | | |
|---|---|---|---|

| | |
|---|---|
| **Invoice #:** | **5190986** |
| **Invoice Date:** | 8/16/2021 |
| **Balance Due:** | **$5,766.90** |

| Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx)) | Proceeding Type: Depositions |
|---|---|

Job #: 4743996   |   Job Date: 8/9/2021   |   Delivery: Daily       Matter #: 66889-00003

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Raymond LaMagna Esq |
| Scheduling Atty: | Jason C. Lo Esq | Gibson Dunn & Crutcher LLP |

| Witness: Kyuhan Kenny Han | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 180.00 | $5.25 | $945.00 |
| Transcript - Expedited | 180.00 | $5.25 | $945.00 |
| Surcharge - Extended Hours | 3.00 | $95.00 | $285.00 |
| Exhibits | 86.00 | $0.65 | $55.90 |
| Realtime Services - Remote | 180.00 | $1.85 | $333.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Realtime Services - Remote | 180.00 | $1.85 | $333.00 |
| Rough Draft | 180.00 | $1.50 | $270.00 |
| Surcharge - Video Proceeding | 180.00 | $0.50 | $90.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 9.00 | $150.00 | $1,350.00 |
| Attendance (Full Day) | 1.00 | $250.00 | $250.00 |
| Surcharge - Interpreted Proceeding | 1.00 | $150.00 | $150.00 |
| Exhibit Share | 1.00 | $325.00 | $325.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

Notes:

| Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | To pay online, go to www.veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Invoice #:** **5190986**<br>**Invoice Date:** 8/16/2021<br>**Balance Due:** **$5,766.90** |
|---|---|---|

42700

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq | | | |
|---|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | | **Invoice #:** | **5195011** |
| | 1801 California St | | **Invoice Date:** | **8/16/2021** |
| | Ste 4200 | | **Balance Due:** | **$5,216.35** |
| | Denver, CO, 80202 | | | |

| Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx)) | Proceeding Type: Depositions |
|---|---|

Job #: 4743987   |   Job Date: 8/10/2021   |   Delivery: Daily          Matter #:          66889-00003

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Raymond LaMagna Esq |
| Scheduling Atty: | Raymond LaMagna Esq | Gibson Dunn & Crutcher LLP |

| Witness: Indong Kim | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 181.00 | $5.25 | $950.25 |
| Transcript - Expedited | 181.00 | $5.25 | $950.25 |
| Exhibits | 110.00 | $0.65 | $71.50 |
| Realtime Services - Remote | 181.00 | $1.85 | $334.85 |
| Rough Draft | 181.00 | $1.50 | $271.50 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 181.00 | $0.50 | $90.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 9.25 | $150.00 | $1,387.50 |
| Surcharge - Interpreted Proceeding | 1.00 | $150.00 | $150.00 |
| Exhibit Share | 1.00 | $325.00 | $325.00 |
| Attendance (Full Day) | 1.00 | $250.00 | $250.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

Notes:

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**To pay online, go to www.veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5195011** |
|---|---|
| **Invoice Date:** | **8/16/2021** |
| **Balance Due:** | **$5,216.35** |

42700

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq |
| | Gibson Dunn & Crutcher LLP |
| | 333 S Grand Ave, 47th Floor |
| | Los Angeles, CA, 90071 |

| **Invoice #:** | **5239649** |
| **Invoice Date:** | **9/1/2021** |
| **Balance Due:** | **$5,712.00** |

| **Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20cv00993MCSDFM)** | **Proceeding Type: Depositions** |

Job #: 4754492   |   Job Date: 8/11/2021   |   Delivery: Daily

| Location: | Los Angeles, CA |
| Billing Atty: | Raymond LaMagna Esq |
| Scheduling Atty: | Jason C. Lo Esq | Gibson Dunn & Crutcher LLP |

| Witness: Hyun-Ki Ji | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 162.00 | $5.25 | $850.50 |
| Transcript - Expedited | 162.00 | $4.73 | $765.45 |
| Surcharge - Extended Hours | 6.00 | $95.00 | $570.00 |
| Exhibits | 113.00 | $0.65 | $73.45 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Realtime Services - Remote | 162.00 | $1.85 | $299.70 |
| Realtime Services - Remote | 162.00 | $1.85 | $299.70 |
| Realtime Services - Remote | 162.00 | $1.85 | $299.70 |
| Surcharge - Video Proceeding | 162.00 | $0.50 | $81.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 8.75 | $150.00 | $1,312.50 |
| Exhibit Share | 1.00 | $325.00 | $325.00 |
| Surcharge - Interpreted Proceeding | 1.00 | $150.00 | $150.00 |
| Attendance (Full Day) | 1.00 | $250.00 | $250.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

Notes:

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5239649** |
| **Invoice Date:** | **9/1/2021** |
| **Balance Due:** | **$5,712.00** |

42700

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID:20-3132569



| Bill To: | Jason C. Lo Esq |
| | Gibson Dunn & Crutcher LLP |
| | 1881 Page Mill Rd |
| | Palo Alto, CA, 94304 |

| Invoice #: | 5198534 |
|---|---|
| Invoice Date: | 8/18/2021 |
| Balance Due: | $5,346.90 |

| Case: Netlist Inc. v. Samsung Electronics Co., Ltd (8:20cv00993MCSDFM) | Proceeding Type: Depositions |
|---|---|

Job #: 4759204  I  Job Date: 8/11/2021  I  Delivery: Daily                    Matter #:                    66889-00003

| Location: | Los Angeles, CA |
| Billing Atty: | Jason C. Lo Esq |
| Scheduling Atty: | Jason C. Lo Esq I Gibson Dunn & Crutcher LLP |

| Witness: Lane Kihoon Kim | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 150.00 | $5.25 | $787.50 |
| Transcript - Expedited | 150.00 | $5.25 | $787.50 |
| Surcharge - Extended Hours | 7.50 | $95.00 | $712.50 |
| Exhibits | 176.00 | $0.65 | $114.40 |
| Realtime Services | 150.00 | $1.85 | $277.50 |
| Rough Draft | 150.00 | $1.50 | $225.00 |
| Surcharge - Video Proceeding | 150.00 | $0.50 | $75.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 7.75 | $150.00 | $1,162.50 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Attendance (Full Day) | 1.00 | $250.00 | $250.00 |
| Surcharge - Interpreted Proceeding | 1.00 | $150.00 | $150.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |
| | Quantity | Price | Amount |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Exhibit Share | 1.00 | $325.00 | $325.00 |

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID:20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | 5198534 |
|---|---|
| Invoice Date: | 8/18/2021 |
| Balance Due: | $5,346.90 |

42700

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq | | Invoice #: | **5196897** |
|---|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | | Invoice Date: | **8/13/2021** |
| | 333 S Grand Ave, 47th Floor | | Balance Due: | **$4,076.85** |
| | Los Angeles, CA, 90071 | | | |

| Case: Netlist Inc. v. Samsung Electronics Co., Ltd (8:20cv00993MCSDFM) | | Proceeding Type: Depositions |
|---|---|---|

| Job #: 4744082 | Job Date: 8/11/2021 | Delivery: Daily | Matter #: | 66889-00003 |
|---|---|---|---|---|

Location: Los Angeles, CA
Billing Atty: Raymond LaMagna Esq
Scheduling Atty: Jong-Min Choi | Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow PC

*Transcript Total Less Expedited Charges $3.85/pp = $1,031.80* ↓

| Witness: Steven Yu | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 268.00 | $7.70 | $2,063.60 |
| Exhibits | 61.00 | $0.65 | $39.65 |
| Realtime Services - Remote | 268.00 | $1.85 | $495.80 |
| Realtime Services - Remote | 268.00 | $1.85 | $495.80 |
| Rough Draft | 268.00 | $1.50 | $402.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

| Notes: *2 real-time connections - Best, Mulligan | Invoice Total: | **$4,076.85** |
|---|---|---|
| | Payment: | **$0.00** |
| | Credit: | **$0.00** |
| | Interest: | **$0.00** |
| | Balance Due: | **$4,076.85** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

42700

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | **5196897** |
|---|---|
| Invoice Date: | **8/13/2021** |
| Balance Due: | **$4,076.85** |

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq | **Invoice #:** | **5200952** |
|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | **Invoice Date:** | **8/17/2021** |
| | 555 Mission St | **Balance Due:** | **$3,740.20** |
| | Ste 3000 | | |
| | San Francisco, CA, 94105 | | |

| Case: Netlist Inc. v. Samsung Electronics Co., Ltd (8:20-cv-993-MCS (ADSx)) | | Proceeding Type: Depositions |
|---|---|---|

Job #: 4744083   |   Job Date: 8/12/2021   |   Delivery: Daily                    Matter #:                                    66889-00003

| Location: | Los Angeles, CA | |
|---|---|---|
| Billing Atty: | Raymond LaMagna Esq | **Transcript Total Less** |
| Scheduling Atty: | Ekwan Rhow Esq \| Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow PC | **Expedited Charge** **$3.85/pp = $1,374.45** ↓ |

| Witness: Paik Ki Hong | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 357.00 | $7.70 | $2,748.90 |
| Exhibits | 702.00 | $0.65 | $456.30 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

| Notes: | **Invoice Total:** | **$3,740.20** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$3,740.20** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5200952** |
|---|---|
| **Invoice Date:** | **8/17/2021** |
| **Balance Due:** | **$3,740.20** |

42700

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq | | Invoice #: | **5201071** |
|---|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | | **Invoice Date:** | 8/17/2021 |
| | 1881 Page Mill Rd | | **Balance Due:** | **$5,583.60** |
| | Palo Alto, CA, 94304 | | | |

| **Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx))** | **Proceeding Type: Depositions** |
|---|---|

| Job #: 4743991 | Job Date: 8/12/2021 | Delivery: Daily | Matter #: | 66889-00003 |
|---|---|---|---|---|

Location: Los Angeles, CA

Billing Atty: Raymond LaMagna Esq

Scheduling Atty: Jason C. Lo Esq | Gibson Dunn & Crutcher LLP

| **Witness: Ho Jung Kim** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Original with 1 Certified Transcript | 169.00 | $5.25 | $887.25 |
| Transcript - Expedited | 169.00 | $5.25 | $887.25 |
| Surcharge - Extended Hours | 8.00 | $95.00 | $760.00 |
| Exhibits | 122.00 | $0.65 | $79.30 |
| Realtime Services - Remote | 169.00 | $1.85 | $312.65 |
| Realtime Services - Remote | 169.00 | $1.85 | $312.65 |
| Rough Draft | 169.00 | $1.50 | $253.50 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 169.00 | $0.50 | $84.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 9.50 | $150.00 | $1,425.00 |
| Attendance (Full Day) | 1.00 | $250.00 | $250.00 |
| Surcharge - Interpreted Proceeding | 1.00 | $150.00 | $150.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

Notes:

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

42700

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5201071** |
|---|---|
| **Invoice Date:** | 8/17/2021 |
| **Balance Due:** | **$5,583.60** |

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq | | **Invoice #:** | **5201632** |
|---|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | | **Invoice Date:** | **8/17/2021** |
| | 1881 Page Mill Rd | | **Balance Due:** | **$5,717.00** |
| | Palo Alto, CA, 94304 | | | |

| Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx)) | | **Proceeding Type: Depositions** | |
|---|---|---|---|
| Job #: 4743994   \|   Job Date: 8/12/2021   \|   Delivery: Expedited | | Matter #: | 66889-00003 |
| Location:   Los Angeles, CA | | | |
| Billing Atty:   Raymond LaMagna Esq | | | |
| Scheduling Atty:   Jason C. Lo Esq \| Gibson Dunn & Crutcher LLP | | | |

| Witness: Hyeok-Sang Yoo , Vol. I | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 137.00 | $5.25 | $719.25 |
| Transcript - Expedited | 137.00 | $4.75 | $650.75 |
| Surcharge - Extended Hours | 8.00 | $95.00 | $760.00 |
| Exhibits | 151.00 | $0.65 | $98.15 |
| Realtime Services - Remote | 137.00 | $1.85 | $253.45 |
| Realtime Services - Remote | 137.00 | $1.85 | $253.45 |
| Realtime Services - Remote | 137.00 | $1.85 | $253.45 |
| Rough Draft | 137.00 | $1.50 | $205.50 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 137.00 | $0.50 | $68.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 10.00 | $150.00 | $1,500.00 |
| Attendance (Full Day) | 1.00 | $250.00 | $250.00 |
| Exhibit Share | 1.00 | $325.00 | $325.00 |
| Surcharge - Interpreted Proceeding | 1.00 | $150.00 | $150.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

42700

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5201632** |
|---|---|
| **Invoice Date:** | **8/17/2021** |
| **Balance Due:** | **$5,717.00** |

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID:20-3132569



| Bill To: | Raymond LaMagna Esq |
|---|---|
| | Gibson Dunn & Crutcher LLP |
| | 555 Mission St |
| | Ste 3000 |
| | San Francisco, CA, 94105 |

| | |
|---|---|
| **Invoice #:** | **5201667** |
| **Invoice Date:** | 8/17/2021 |
| **Balance Due:** | $3,071.80 |

| **Case: Netlist Inc. v. Samsung Electronics Co., Ltd (8:20-cv-993-MCS (ADSx))** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4738026   |   Job Date: 8/13/2021   |   Delivery: Daily                    Matter #:                        66889-00003

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Raymond LaMagna Esq |
| Scheduling Atty: | Ekwan Rhow Esq | Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow PC |

**Transcript Total Less Expedited Charge $3.85/pp = $1,131.90**

| Witness: Chuck Hong | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 294.00 | $7.70 | $2,263.80 |
| Exhibits | 420.00 | $0.65 | $273.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$3,071.80** |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | **$3,071.80** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

42700

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5201667** |
|---|---|
| **Invoice Date:** | 8/17/2021 |
| **Balance Due:** | $3,071.80 |

## Veritext, LLC - California Region
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq | | Invoice #: | **5201662** |
| | Gibson Dunn & Crutcher LLP | | **Invoice Date:** | **8/17/2021** |
| | 1881 Page Mill Rd | | **Balance Due:** | **$4,141.15** |
| | Palo Alto, CA, 94304 | | | |

| Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx)) | | **Proceeding Type: Depositions** |
|---|---|---|

Job #: 4759363  |  Job Date: 8/13/2021  |  Delivery: Expedited          Matter #:                66889-00003

Location:            Los Angeles, CA

Billing Atty:        Raymond LaMagna Esq

Scheduling Atty:     Jason C. Lo Esq | Gibson Dunn & Crutcher LLP

| Witness: Hyeok-Sang Yoo, Vol. II | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 92.00 | $5.25 | $483.00 |
| Transcript - Expedited | 92.00 | $4.75 | $437.00 |
| Surcharge - Extended Hours | 5.50 | $95.00 | $522.50 |
| Exhibits - Color | 16.00 | $1.00 | $16.00 |
| Exhibits | 27.00 | $0.65 | $17.55 |
| Realtime Services - Remote | 92.00 | $1.85 | $170.20 |
| Realtime Services - Remote | 92.00 | $1.85 | $170.20 |
| Realtime Services - Remote | 92.00 | $1.85 | $170.20 |
| Rough Draft | 92.00 | $1.50 | $138.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 92.00 | $0.50 | $46.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 6.00 | $150.00 | $900.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 | $48.50 |
| Attendance (Full Day) | 1.00 | $250.00 | $250.00 |
| Exhibit Share | 1.00 | $325.00 | $325.00 |

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

42700

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | **5201662** |
| **Invoice Date:** | **8/17/2021** |
| **Balance Due:** | **$4,141.15** |

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| Surcharge - Interpreted Proceeding | 1.00 | $150.00 | $150.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$4,279.15** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **($138.00)** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$4,141.15** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

42700

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5201662** |
|---|---|
| **Invoice Date:** | **8/17/2021** |
| **Balance Due:** | **$4,141.15** |

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Timothy P. Best Esq | | |
|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | | |
| | 1881 Page Mill Rd | | |
| | Palo Alto, CA, 94304 | | |

| | |
|---|---|
| **Invoice #:** | **5203329** |
| **Invoice Date:** | 8/18/2021 |
| **Balance Due:** | **$6,166.95** |

| **Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx))** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4743985   |   Job Date: 8/14/2021   |   Delivery: Daily

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Timothy P. Best Esq |
| Scheduling Atty: | Timothy P. Best Esq | Gibson Dunn & Crutcher LLP |

| Witness: Neal Knuth | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 244.00 | $5.25 | $1,281.00 |
| Transcript - Expedited | 244.00 | $5.25 | $1,281.00 |
| Exhibits | 187.00 | $0.65 | $121.55 |
| Realtime Services - Remote | 244.00 | $1.85 | $451.40 |
| Rough Draft | 244.00 | $1.50 | $366.00 |
| Surcharge - Video Proceeding | 244.00 | $0.50 | $122.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 9.00 | $150.00 | $1,350.00 |
| Attendance - Weekend/Holiday | 1.00 | $800.00 | $800.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |
| | Quantity | Price | Amount |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Exhibit Share | 1.00 | $325.00 | $325.00 |

Notes:

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **5203329** |
| **Invoice Date:** | 8/18/2021 |
| **Balance Due:** | **$6,166.95** |

42700

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID:20-3132569



| Bill To: | Raymond LaMagna Esq | | |
|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | | |
| | 1881 Page Mill Rd | | |
| | Palo Alto, CA, 94304 | | |

| | | |
|---|---|---|
| **Invoice #:** | **5204011** |
| **Invoice Date:** | 8/18/2021 |
| **Balance Due:** | **$3,929.00** |

| Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx)) | Proceeding Type: Depositions |
|---|---|

Job #: 4758627   |   Job Date: 8/15/2021   |   Delivery: Daily          Matter #:          66889-00003

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Raymond LaMagna Esq |
| Scheduling Atty: | Timothy P. Best Esq | Gibson Dunn & Crutcher LLP |

| Witness: Byungyeop Jeon | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 100.00 | $5.25 | $525.00 |
| Transcript - Expedited | 100.00 | $5.25 | $525.00 |
| Exhibits | 60.00 | $0.65 | $39.00 |
| Realtime Services - Remote | 100.00 | $1.85 | $185.00 |
| Rough Draft | 100.00 | $1.50 | $150.00 |
| Realtime Services - Remote | 100.00 | $1.85 | $185.00 |
| Realtime Services - Remote | 100.00 | $1.85 | $185.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 100.00 | $0.50 | $50.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 4.00 | $150.00 | $600.00 |
| Attendance - Weekend/Holiday | 1.00 | $800.00 | $800.00 |
| Surcharge - Interpreted Proceeding | 1.00 | $75.00 | $75.00 |
| Exhibit Share | 1.00 | $325.00 | $325.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

Notes:

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | | |
|---|---|---|
| **Invoice #:** | **5204011** |
| **Invoice Date:** | 8/18/2021 |
| **Balance Due:** | **$3,929.00** |

42700

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice Total:** | **$4,079.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **($150.00)** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$3,929.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

42700

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **5204011** |
| **Invoice Date:** | **8/18/2021** |
| **Balance Due:** | **$3,929.00** |

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq | | |
|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | **Invoice #:** | **5210903** |
| | 333 S Grand Ave, 47th Floor | **Invoice Date:** | 8/20/2021 |
| | Los Angeles, CA, 90071 | **Balance Due:** | **$5,500.15** |

| **Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx))** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4744000   |   Job Date: 8/16/2021   |   Delivery: Expedited

Matter #: 66889-00003

**Transcript Total Less Expedited Charge $5.25/pp = $782.25**

| Location: | Los Angeles, CA |
| Billing Atty: | Raymond LaMagna Esq |
| Scheduling Atty: | Jason C. Lo Esq | Gibson Dunn & Crutcher LLP |

| **Witness: Byungyeop Jeon, Volume II** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Original with 1 Certified Transcript | 149.00 | $10.00 | $1,490.00 |
| Surcharge - Extended Hours | 5.50 | $95.00 | $522.50 |
| Exhibits | 298.00 | $0.65 | $193.70 |
| Realtime Services - Remote | 149.00 | $1.85 | $275.65 |
| Realtime Services - Remote | 149.00 | $1.85 | $275.65 |
| Realtime Services - Remote | 149.00 | $1.85 | $275.65 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 149.00 | $0.50 | $74.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 7.75 | $150.00 | $1,162.50 |
| Surcharge - Interpreted Proceeding | 1.00 | $150.00 | $150.00 |
| Attendance (Full Day) | 1.00 | $250.00 | $250.00 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

Notes:

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5210903** |
|---|---|
| **Invoice Date:** | 8/20/2021 |
| **Balance Due:** | **$5,500.15** |

42700

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Raymond LaMagna Esq
Gibson Dunn & Crutcher LLP
1881 Page Mill Rd
Palo Alto, CA, 94304

| | |
|---|---|
| **Invoice #:** | **5265321** |
| **Invoice Date:** | **9/16/2021** |
| **Balance Due:** | **$4,644.95** |

| | |
|---|---|
| **Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx))** | **Proceeding Type: Depositions** |

Job #: 4790919   |   Job Date: 9/14/2021   |   Delivery: Daily          Matter #:                   66889-00003

Location:              Los Angeles, CA
Billing Atty:          Raymond LaMagna Esq
Scheduling Atty:   Timothy P. Best Esq | Gibson Dunn & Crutcher LLP

<span style="color:red">Transcript Total Less
Expedited Charge
$5.25/pp = $892.50</span>

| Witness: Joseph McAlexander | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 170.00 | $10.50 | $1,785.00 |
| Exhibits | 113.00 | $0.65 | $73.45 |
| Realtime Services - Remote | 170.00 | $1.85 | $314.50 |
| Realtime Services - Remote | 170.00 | $1.85 | $314.50 |
| Rough Draft | 170.00 | $1.50 | $255.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 170.00 | $0.50 | $85.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 5.75 | $150.00 | $862.50 |
| Attendance (Half Day) | 1.00 | $125.00 | $125.00 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

Notes:

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **5265321** |
| **Invoice Date:** | **9/16/2021** |
| **Balance Due:** | **$4,644.95** |

42700

## Veritext, LLC - California Region
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Raymond LaMagna Esq
Gibson Dunn & Crutcher LLP
333 S Grand Ave, 47th Floor
Los Angeles, CA, 90071

| | |
|---|---|
| **Invoice #:** | **5270123** |
| **Invoice Date:** | 9/20/2021 |
| **Balance Due:** | **$2,360.70** |

| Case: Netlist Inc. v. Samsung Electronics Co., Ltd (8:20-cv-993-MCS (ADSx)) | Proceeding Type: Depositions |
|---|---|

| Job #: 4804970 | Job Date: 9/16/2021 | Delivery: Normal | Matter #: | 66889-00003 |
|---|---|---|---|---|

Location:       Los Angeles, CA

Billing Atty:    Raymond LaMagna Esq

Scheduling Atty:   Marc E. Masters Esq | Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow PC

| Witness: Michael P. Akemann Ph.D | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 244.00 | $3.85 | $939.40 |
| Exhibits | 106.00 | $0.65 | $68.90 |
| Realtime Services - Remote | 244.00 | $1.85 | $451.40 |
| Rough Draft | 244.00 | $1.50 | $366.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,360.70** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,360.70** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **5270123** |
| **Invoice Date:** | 9/20/2021 |
| **Balance Due:** | **$2,360.70** |

42700

## Veritext, LLC - California Region
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Raymond LaMagna Esq
Gibson Dunn & Crutcher LLP
333 S Grand Ave, 47th Floor
Los Angeles, CA, 90071

| | |
|---|---|
| **Invoice #:** | **5273071** |
| **Invoice Date:** | **9/20/2021** |
| **Balance Due:** | **$1,646.15** |

| **Case: Netlist Inc. v. Samsung Electronics Co., Ltd (8:20cv00993MCSDFM)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4805018   |   Job Date: 9/19/2021   |   Delivery: Normal          Matter #:                                66889-00003

Location:          Los Angeles, CA

Billing Atty:      Raymond LaMagna Esq

Scheduling Atty:   Jong-Min Choi | Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow PC

| Witness: Byung Wook Kam | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 149.00 | $3.85 | $573.65 |
| Exhibits | 59.00 | $0.65 | $38.35 |
| Realtime Services - Remote | 149.00 | $1.85 | $275.65 |
| Rough Draft | 149.00 | $1.50 | $223.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

| Notes: | | **Invoice Total:** | **$1,646.15** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$1,646.15** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **5273071** |
| **Invoice Date:** | **9/20/2021** |
| **Balance Due:** | **$1,646.15** |

42700

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq | | |
|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | | |
| | 1050 Connecticut Ave NW | | |
| | Washington, DC, 20036 | | |

| Invoice #: | 5365325 |
|---|---|
| Invoice Date: | 11/1/2021 |
| Balance Due: | $5,785.95 |

**Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx))**

**Proceeding Type: Depositions**

Job #: 4790953　|　Job Date: 9/20/2021　|　Delivery: Daily

Location:　　　　Los Angeles, CA

Billing Atty:　　Raymond LaMagna Esq

Scheduling Atty:　Timothy P. Best Esq | Gibson Dunn & Crutcher LLP

**Transcript Total Less Expedited Charge**
**$5.25/pp = $1,401.75**

| Witness: Douglas Kidder | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 267.00 | $10.50 | $2,803.50 |
| Exhibits | 339.00 | $0.50 | $169.50 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Realtime Services - Remote | 267.00 | $1.85 | $493.95 |
| Rough Draft | 267.00 | $1.50 | $400.50 |
| Surcharge - Video Proceeding | 267.00 | $0.50 | $133.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Concierge Tech Support | 5.50 | $150.00 | $825.00 |
| Exhibit Share | 1.00 | $325.00 | $325.00 |
| Attendance (Full Day) | 1.00 | $250.00 | $250.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

| Notes: | | Invoice Total: | $5,785.95 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $5,785.95 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | | |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | | |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | | |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

| Invoice #: | 5365325 |
|---|---|
| Invoice Date: | 11/1/2021 |
| Balance Due: | $5,785.95 |

42700