# EXHIBIT

# TAB 5-C

**TAB 5-C:  TABLE OF COSTS FOR REPRODUCING DEPOSITION EXHIBITS**

| Deponent | Deposition Date | Invoice No. | Charge to Reproduce Deposition Exhibits |
|---|---|---|---|
| Sasaki, Gail | 8/5/2021 | 5186469 | $330.20 |
| Metz, Steven | 8/6/2021 | 5187056 | $47.45 |
| Jiang, Raymond | 8/8/2021 | 5189177 | $212.55 |
| Han, Kyuhan | 8/9/2021 | 5190986 | $55.90 |
| Kim, Indong) | 8/10/2021 | 5195011 | $71.50 |
| Ji, Hyun-Ki | 8/11/2021 | 5239649 | $73.45 |
| Kim, Lane Kihoon | 8/11/2021 | 5198534 | $114.40 |
| Yu, Steven | 8/11/2021 | 5195887 | $39.65 |
| Hong, Paik Ki | 8/12/2021 | 5200952 | $456.30 |
| Kim, Ho-Jung | 8/12/2021 | 5201071 | $79.30 |
| Yoo, Hyeok-Sang (Vol. 1) | 8/12/2021 | 5201632 | $98.15 |
| Hong, Chuck | 8/13/2021 | 5201667 | $273.00 |
| Yoo, Hyeok-Sang (Vol. 2) | 8/13/2021 | 5201662 | $33.55 |
| Knuth, Neal | 8/14/2021 | 5203329 | $121.55 |
| Jeon, Byung Yeop (Vol. 1) | 8/15/2021 | 5204011 | $39.00 |
| Jeon, Byung Yeop (Vol. 2) | 8/17/2021 | 5210903 | $193.70 |
| McAlexander, Joseph | 9/14/2021 | 5265321 | $73.45 |
| Akemann, Mike | 9/16/2021 | 5270123 | $68.90 |
| Kam, Byung Wook | 9/20/2021 | 5273071 | $38.35 |
| Kidder, Douglas | 9/20/2021 | 5365325 | $169.50 |
| **Total:** | | | **$2,589.85** |

The invoices attached in of this Tab 5-C are the same as those attached to Tab 5-A, but are annotated to identify the specific fees constituting the reporter's charge for reproducing deposition exhibits included with the transcript.

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq | | |
|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | **Invoice #:** | **5186469** |
| | 555 Mission St | **Invoice Date:** | **8/6/2021** |
| | Ste 3000 | **Balance Due:** | **$3,922.10** |
| | San Francisco, CA, 94105 | | |

| Case: Netlist Inc. v. Samsung Electronics Co., Ltd (8:20-cv-993-MCS (ADSx)) | Proceeding Type: Depositions |
|---|---|

Job #: 4744081 | Job Date: 8/5/2021 | Delivery: Daily

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Raymond LaMagna Esq |
| Scheduling Atty: | Jong-Min Choi | Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow PC |

| Witness: Gail M. Sasaki | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 397.00 | $7.70 | $3,056.90 |
| Exhibits | 508.00 | $0.65 | $330.20 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

| Notes: | | Invoice Total: | $3,922.10 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $3,922.10 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 34 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**To pay online, go to www.veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5186469** |
|---|---|
| **Invoice Date:** | **8/6/2021** |
| **Balance Due:** | **$3,922.10** |

42700

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Timothy P. Best Esq
Gibson Dunn & Crutcher LLP
333 S Grand Ave, 47th Floor
Los Angeles, CA, 90071

| | |
|---|---|
| **Invoice #:** | **5187056** |
| **Invoice Date:** | **8/10/2021** |
| **Balance Due:** | **$4,554.80** |

| Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx)) | Proceeding Type: Depositions |
|---|---|

Job #: 4743983   I   Job Date: 8/6/2021   I   Delivery: Daily          Matter #:          66889-00003

Location:        Los Angeles, CA

Billing Atty:    Timothy P. Best Esq

Scheduling Atty:  Timothy P. Best Esq I Gibson Dunn & Crutcher LLP

| Witness: Steven Christopher Metz | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 181.00 | $5.25 | $950.25 |
| Transcript - Expedited | 181.00 | $5.25 | $950.25 |
| Exhibits | 73.00 | $0.65 | $47.45 |
| Realtime Services | 181.00 | $1.85 | $334.85 |
| Rough Draft | 181.00 | $1.50 | $271.50 |
| Surcharge - Video Proceeding | 181.00 | $0.50 | $90.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 6.00 | $150.00 | $900.00 |
| Attendance (Full Day) | 1.00 | $250.00 | $250.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |
| | Quantity | Price | Amount |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Exhibit Share | 1.00 | $325.00 | $325.00 |

Notes:   Daily Expedite

---

**THIS INVOICE IS 30 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **5187056** |
| **Invoice Date:** | **8/10/2021** |
| **Balance Due:** | **$4,554.80** |

700

## Veritext, LLC - California Region
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Raymond LaMagna Esq<br>Gibson Dunn & Crutcher LLP<br>555 Mission St<br>Ste 3000<br>San Francisco, CA, 94105 | **Invoice #:** **5189177**<br>**Invoice Date:** **8/21/2021**<br>**Balance Due:** **$2,942.05** |

| Case: Netlist Inc. v. Samsung Electronics Co., Ltd (8:20-cv-993-MCS (ADSx)) | Proceeding Type: Depositions |
|---|---|

Job #: 4736188   |   Job Date: 8/8/2021   |   Delivery: Daily         Matter #:                    66889-00003

| Location: | Las Vegas, NV |
|---|---|
| Billing Atty: | Raymond LaMagna Esq |
| Scheduling Atty: | Christopher J. Lee | Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow PC |

| Witness: Raymond Jiang | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 285.00 | $7.70 | $2,194.50 |
| Exhibits | 327.00 | $0.65 | $212.55 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$2,942.05** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,942.05** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Invoice #:**    **5189177**
**Invoice Date:**    **8/21/2021**
**Balance Due:**    **$2,942.05**

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq | | Invoice #: | **5190986** |
|---|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | | **Invoice Date:** | **8/16/2021** |
| | 333 S Grand Ave, 47th Floor | | **Balance Due:** | **$5,766.90** |
| | Los Angeles, CA, 90071 | | | |

| Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx)) | Proceeding Type: Depositions |
|---|---|

Job #: 4743996 | Job Date: 8/9/2021 | Delivery: Daily    Matter #:    66889-00003

Location:    Los Angeles, CA

Billing Atty:    Raymond LaMagna Esq

Scheduling Atty:    Jason C. Lo Esq | Gibson Dunn & Crutcher LLP

| Witness: Kyuhan Kenny Han | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 180.00 | $5.25 | $945.00 |
| Transcript - Expedited | 180.00 | $5.25 | $945.00 |
| Surcharge - Extended Hours | 3.00 | $95.00 | $285.00 |
| Exhibits | 86.00 | $0.65 | $55.90 |
| Realtime Services - Remote | 180.00 | $1.85 | $333.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Realtime Services - Remote | 180.00 | $1.85 | $333.00 |
| Rough Draft | 180.00 | $1.50 | $270.00 |
| Surcharge - Video Proceeding | 180.00 | $0.50 | $90.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 9.00 | $150.00 | $1,350.00 |
| Attendance (Full Day) | 1.00 | $250.00 | $250.00 |
| Surcharge - Interpreted Proceeding | 1.00 | $150.00 | $150.00 |
| Exhibit Share | 1.00 | $325.00 | $325.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

Notes:

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | **5190986** |
|---|---|
| **Invoice Date:** | **8/16/2021** |
| **Balance Due:** | **$5,766.90** |

42700

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq | | |
|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | **Invoice #:** | **5195011** |
| | 1801 California St | **Invoice Date:** | **8/16/2021** |
| | Ste 4200 | **Balance Due:** | **$5,216.35** |
| | Denver, CO, 80202 | | |

| Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx)) | Proceeding Type: Depositions |
|---|---|

Job #: 4743987   |   Job Date: 8/10/2021   |   Delivery: Daily            Matter #:                    66889-00003

Location:             Los Angeles, CA

Billing Atty:         Raymond LaMagna Esq

Scheduling Atty:     Raymond LaMagna Esq | Gibson Dunn & Crutcher LLP

| Witness: Indong Kim | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 181.00 | $5.25 | $950.25 |
| Transcript - Expedited | 181.00 | $5.25 | $950.25 |
| Exhibits | 110.00 | $0.65 | $71.50 |
| Realtime Services - Remote | 181.00 | $1.85 | $334.85 |
| Rough Draft | 181.00 | $1.50 | $271.50 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 181.00 | $0.50 | $90.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 9.25 | $150.00 | $1,387.50 |
| Surcharge - Interpreted Proceeding | 1.00 | $150.00 | $150.00 |
| Exhibit Share | 1.00 | $325.00 | $325.00 |
| Attendance (Full Day) | 1.00 | $250.00 | $250.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

Notes:

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**To pay online, go to www.veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5195011** |
|---|---|
| **Invoice Date:** | **8/16/2021** |
| **Balance Due:** | **$5,216.35** |

42700

## Veritext, LLC - California Region
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq |
| | Gibson Dunn & Crutcher LLP |
| | 333 S Grand Ave, 47th Floor |
| | Los Angeles, CA, 90071 |

| **Invoice #:** | **5239649** |
| **Invoice Date:** | **9/1/2021** |
| **Balance Due:** | **$5,712.00** |

| **Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20cv00993MCSDFM)** | **Proceeding Type: Depositions** |

Job #: 4754492    |    Job Date: 8/11/2021   |   Delivery: Daily

| Location: | Los Angeles, CA |
| Billing Atty: | Raymond LaMagna Esq |
| Scheduling Atty: | Jason C. Lo Esq | Gibson Dunn & Crutcher LLP |

| Witness: Hyun-Ki Ji | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 162.00 | $5.25 | $850.50 |
| Transcript - Expedited | 162.00 | $4.73 | $765.45 |
| Surcharge - Extended Hours | 6.00 | $95.00 | $570.00 |
| Exhibits | 113.00 | $0.65 | $73.45 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Realtime Services - Remote | 162.00 | $1.85 | $299.70 |
| Realtime Services - Remote | 162.00 | $1.85 | $299.70 |
| Realtime Services - Remote | 162.00 | $1.85 | $299.70 |
| Surcharge - Video Proceeding | 162.00 | $0.50 | $81.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 8.75 | $150.00 | $1,312.50 |
| Exhibit Share | 1.00 | $325.00 | $325.00 |
| Surcharge - Interpreted Proceeding | 1.00 | $150.00 | $150.00 |
| Attendance (Full Day) | 1.00 | $250.00 | $250.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

Notes:

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5239649** |
| **Invoice Date:** | **9/1/2021** |
| **Balance Due:** | **$5,712.00** |

42700

## Veritext, LLC - California Region
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jason C. Lo Esq | | |
|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | | |
| | 1881 Page Mill Rd | | |
| | Palo Alto, CA, 94304 | | |

| | |
|---|---|
| **Invoice #:** | **5198534** |
| **Invoice Date:** | **8/18/2021** |
| **Balance Due:** | **$5,346.90** |

| Case: Netlist Inc. v. Samsung Electronics Co., Ltd (8:20cv00993MCSDFM) | Proceeding Type: Depositions |
|---|---|

Job #: 4759204　|　Job Date: 8/11/2021　|　Delivery: Daily　　　　Matter #: 　　　　66889-00003

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Jason C. Lo Esq |
| Scheduling Atty: | Jason C. Lo Esq | Gibson Dunn & Crutcher LLP |

| Witness: Lane Kihoon Kim | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 150.00 | $5.25 | $787.50 |
| Transcript - Expedited | 150.00 | $5.25 | $787.50 |
| Surcharge - Extended Hours | 7.50 | $95.00 | $712.50 |
| Exhibits | 176.00 | $0.65 | $114.40 |
| Realtime Services | 150.00 | $1.85 | $277.50 |
| Rough Draft | 150.00 | $1.50 | $225.00 |
| Surcharge - Video Proceeding | 150.00 | $0.50 | $75.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 7.75 | $150.00 | $1,162.50 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Attendance (Full Day) | 1.00 | $250.00 | $250.00 |
| Surcharge - Interpreted Proceeding | 1.00 | $150.00 | $150.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |
| | Quantity | Price | Amount |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Exhibit Share | 1.00 | $325.00 | $325.00 |

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5198534** |
|---|---|
| **Invoice Date:** | **8/18/2021** |
| **Balance Due:** | **$5,346.90** |

700

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: Raymond LaMagna Esq | Invoice #: | **5196897** |
|---|---|---|
| Gibson Dunn & Crutcher LLP | **Invoice Date:** | **8/13/2021** |
| 333 S Grand Ave, 47th Floor | **Balance Due:** | **$4,076.85** |
| Los Angeles, CA, 90071 | | |

| Case: Netlist Inc. v. Samsung Electronics Co., Ltd (8:20cv00993MCSDFM) | | **Proceeding Type: Depositions** |
|---|---|---|

| Job #: 4744082 | Job Date: 8/11/2021 | Delivery: Daily | Matter #: | 66889-00003 |

Location: Los Angeles, CA

Billing Atty: Raymond LaMagna Esq

Scheduling Atty: Jong-Min Choi | Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow PC

| Witness: Steven Yu | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 268.00 | $7.70 | $2,063.60 |
| Exhibits | 61.00 | $0.65 | $39.65 |
| Realtime Services - Remote | 268.00 | $1.85 | $495.80 |
| Realtime Services - Remote | 268.00 | $1.85 | $495.80 |
| Rough Draft | 268.00 | $1.50 | $402.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

| Notes: * 2 real-time connections - Best, Mulligan | **Invoice Total:** | **$4,076.85** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$4,076.85** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | **5196897** |
|---|---|
| **Invoice Date:** | **8/13/2021** |
| **Balance Due:** | **$4,076.85** |

42700

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq | | **Invoice #:** | **5200952** |
|---|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | | **Invoice Date:** | **8/17/2021** |
| | 555 Mission St | | **Balance Due:** | **$3,740.20** |
| | Ste 3000 | | | |
| | San Francisco, CA, 94105 | | | |

| Case: Netlist Inc. v. Samsung Electronics Co., Ltd (8:20-cv-993-MCS (ADSx)) | Proceeding Type: Depositions |
|---|---|

| Job #: 4744083    |    Job Date: 8/12/2021    |    Delivery: Daily | Matter #: | 66889-00003 |
|---|---|---|

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Raymond LaMagna Esq |
| Scheduling Atty: | Ekwan Rhow Esq | Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow PC |

| Witness: Paik Ki Hong | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 357.00 | $7.70 | $2,748.90 |
| Exhibits | 702.00 | $0.65 | $456.30 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

| Notes: | **Invoice Total:** | **$3,740.20** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$3,740.20** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5200952** |
|---|---|
| **Invoice Date:** | **8/17/2021** |
| **Balance Due:** | **$3,740.20** |

42700

## Veritext, LLC - California Region
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq | | |
|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | **Invoice #:** | **5201071** |
| | 1881 Page Mill Rd | **Invoice Date:** | **8/17/2021** |
| | Palo Alto, CA, 94304 | **Balance Due:** | **$5,583.60** |

| Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx)) | Proceeding Type: Depositions |
|---|---|

| Job #: 4743991   |   Job Date: 8/12/2021   |   Delivery: Daily | Matter #: | 66889-00003 |
|---|---|---|

Location:  Los Angeles, CA

Billing Atty:  Raymond LaMagna Esq

Scheduling Atty:  Jason C. Lo Esq | Gibson Dunn & Crutcher LLP

| Witness: Ho Jung Kim | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 169.00 | $5.25 | $887.25 |
| Transcript - Expedited | 169.00 | $5.25 | $887.25 |
| Surcharge - Extended Hours | 8.00 | $95.00 | $760.00 |
| Exhibits | 122.00 | $0.65 | $79.30 |
| Realtime Services - Remote | 169.00 | $1.85 | $312.65 |
| Realtime Services - Remote | 169.00 | $1.85 | $312.65 |
| Rough Draft | 169.00 | $1.50 | $253.50 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 169.00 | $0.50 | $84.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 9.50 | $150.00 | $1,425.00 |
| Attendance (Full Day) | 1.00 | $250.00 | $250.00 |
| Surcharge - Interpreted Proceeding | 1.00 | $150.00 | $150.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

Notes:

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5201071** |
|---|---|
| **Invoice Date:** | **8/17/2021** |
| **Balance Due:** | **$5,583.60** |

42700

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq | | Invoice #: | **5201632** |
|---|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | | Invoice Date: | **8/17/2021** |
| | 1881 Page Mill Rd | | Balance Due: | **$5,717.00** |
| | Palo Alto, CA, 94304 | | | |

| **Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx))** | | **Proceeding Type: Depositions** | |
|---|---|---|---|

| Job #: 4743994 | Job Date: 8/12/2021 | Delivery: Expedited | Matter #: | 66889-00003 |
|---|---|---|---|---|

Location: Los Angeles, CA

Billing Atty: Raymond LaMagna Esq

Scheduling Atty: Jason C. Lo Esq | Gibson Dunn & Crutcher LLP

| Witness: Hyeok-Sang Yoo , Vol. I | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 137.00 | $5.25 | $719.25 |
| Transcript - Expedited | 137.00 | $4.75 | $650.75 |
| Surcharge - Extended Hours | 8.00 | $95.00 | $760.00 |
| Exhibits | 151.00 | $0.65 | $98.15 |
| Realtime Services - Remote | 137.00 | $1.85 | $253.45 |
| Realtime Services - Remote | 137.00 | $1.85 | $253.45 |
| Realtime Services - Remote | 137.00 | $1.85 | $253.45 |
| Rough Draft | 137.00 | $1.50 | $205.50 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 137.00 | $0.50 | $68.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 10.00 | $150.00 | $1,500.00 |
| Attendance (Full Day) | 1.00 | $250.00 | $250.00 |
| Exhibit Share | 1.00 | $325.00 | $325.00 |
| Surcharge - Interpreted Proceeding | 1.00 | $150.00 | $150.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

42700

### To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | **5201632** |
|---|---|
| Invoice Date: | **8/17/2021** |
| Balance Due: | **$5,717.00** |

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq | | | |
|---|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | **Invoice #:** | | **5201667** |
| | 555 Mission St | **Invoice Date:** | | **8/17/2021** |
| | Ste 3000 | **Balance Due:** | | **$3,071.80** |
| | San Francisco, CA, 94105 | | | |

| Case: Netlist Inc. v. Samsung Electronics Co., Ltd (8:20-cv-993-MCS (ADSx)) | | Proceeding Type: Depositions |
|---|---|---|

| Job #: 4738026   \|   Job Date: 8/13/2021   \|   Delivery: Daily | Matter #: | 66889-00003 |
|---|---|---|

Location: Los Angeles, CA

Billing Atty: Raymond LaMagna Esq

Scheduling Atty: Ekwan Rhow Esq | Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow PC

| Witness: Chuck Hong | | Quantity | Price | Amount |
|---|---|---|---|---|
| | Certified Transcript | 294.00 | $7.70 | $2,263.80 |
| | Exhibits | 420.00 | $0.65 | $273.00 |
| | Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| | Production & Processing | 1.00 | $50.00 | $50.00 |
| | Exhibit Share | 1.00 | $395.00 | $395.00 |
| | Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

| Notes: | **Invoice Total:** | **$3,071.80** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$3,071.80** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5201667** |
|---|---|
| **Invoice Date:** | **8/17/2021** |
| **Balance Due:** | **$3,071.80** |

42700

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Raymond LaMagna Esq
Gibson Dunn & Crutcher LLP
1881 Page Mill Rd
Palo Alto, CA, 94304

| | |
|---|---|
| Invoice #: | **5201662** |
| Invoice Date: | **8/17/2021** |
| Balance Due: | **$4,141.15** |

| Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx)) | Proceeding Type: Depositions |
|---|---|

Job #: 4759363  |  Job Date: 8/13/2021  |  Delivery: Expedited          Matter #:                     66889-00003

Location: Los Angeles, CA

Billing Atty: Raymond LaMagna Esq

Scheduling Atty: Jason C. Lo Esq | Gibson Dunn & Crutcher LLP

| Witness: Hyeok-Sang Yoo, Vol. II | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 92.00 | $5.25 | $483.00 |
| Transcript - Expedited | 92.00 | $4.75 | $437.00 |
| Surcharge - Extended Hours | 5.50 | $95.00 | $522.50 |
| Exhibits - Color | 16.00 | $1.00 | $16.00 |
| Exhibits | 27.00 | $0.65 | $17.55 |
| Realtime Services - Remote | 92.00 | $1.85 | $170.20 |
| Realtime Services - Remote | 92.00 | $1.85 | $170.20 |
| Realtime Services - Remote | 92.00 | $1.85 | $170.20 |
| Rough Draft | 92.00 | $1.50 | $138.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 92.00 | $0.50 | $46.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 6.00 | $150.00 | $900.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 | $48.50 |
| Attendance (Full Day) | 1.00 | $250.00 | $250.00 |
| Exhibit Share | 1.00 | $325.00 | $325.00 |

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

42700

### To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | **5201662** |
| Invoice Date: | **8/17/2021** |
| Balance Due: | **$4,141.15** |

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| Surcharge - Interpreted Proceeding | 1.00 | $150.00 | $150.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

| Notes: | **Invoice Total:** | **$4,279.15** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **($138.00)** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$4,141.15** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

42700

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5201662** |
|---|---|
| **Invoice Date:** | **8/17/2021** |
| **Balance Due:** | **$4,141.15** |

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Timothy P. Best Esq | | |
|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | **Invoice #:** | **5203329** |
| | 1881 Page Mill Rd | **Invoice Date:** | **8/18/2021** |
| | Palo Alto, CA, 94304 | **Balance Due:** | **$6,166.95** |

| Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx)) | Proceeding Type: Depositions |
|---|---|

Job #: 4743985   |   Job Date: 8/14/2021   |   Delivery: Daily

Location:          Los Angeles, CA

Billing Atty:      Timothy P. Best Esq

Scheduling Atty:  Timothy P. Best Esq | Gibson Dunn & Crutcher LLP

| Witness: Neal Knuth | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 244.00 | $5.25 | $1,281.00 |
| Transcript - Expedited | 244.00 | $5.25 | $1,281.00 |
| Exhibits | 187.00 | $0.65 | $121.55 |
| Realtime Services - Remote | 244.00 | $1.85 | $451.40 |
| Rough Draft | 244.00 | $1.50 | $366.00 |
| Surcharge - Video Proceeding | 244.00 | $0.50 | $122.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 9.00 | $150.00 | $1,350.00 |
| Attendance - Weekend/Holiday | 1.00 | $800.00 | $800.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |
| | Quantity | Price | Amount |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Exhibit Share | 1.00 | $325.00 | $325.00 |

Notes:

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5203329** |
|---|---|
| **Invoice Date:** | **8/18/2021** |
| **Balance Due:** | **$6,166.95** |

42700

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq | | |
|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | **Invoice #:** | **5204011** |
| | 1881 Page Mill Rd | **Invoice Date:** | **8/18/2021** |
| | Palo Alto, CA, 94304 | **Balance Due:** | **$3,929.00** |

| Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx)) | **Proceeding Type: Depositions** |
|---|---|

Job #: 4758627    |    Job Date: 8/15/2021    |    Delivery: Daily         Matter #:                         66889-00003

Location:          Los Angeles, CA

Billing Atty:      Raymond LaMagna Esq

Scheduling Atty:   Timothy P. Best Esq | Gibson Dunn & Crutcher LLP

| Witness: Byungyeop Jeon | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 100.00 | $5.25 | $525.00 |
| Transcript - Expedited | 100.00 | $5.25 | $525.00 |
| Exhibits | 60.00 | $0.65 | $39.00 |
| Realtime Services - Remote | 100.00 | $1.85 | $185.00 |
| Rough Draft | 100.00 | $1.50 | $150.00 |
| Realtime Services - Remote | 100.00 | $1.85 | $185.00 |
| Realtime Services - Remote | 100.00 | $1.85 | $185.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 100.00 | $0.50 | $50.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 4.00 | $150.00 | $600.00 |
| Attendance - Weekend/Holiday | 1.00 | $800.00 | $800.00 |
| Surcharge - Interpreted Proceeding | 1.00 | $75.00 | $75.00 |
| Exhibit Share | 1.00 | $325.00 | $325.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

Notes:

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5204011** |
| **Invoice Date:** | **8/18/2021** |
| **Balance Due:** | **$3,929.00** |

42700

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice Total:** | **$4,079.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **($150.00)** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$3,929.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

42700

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **5204011** |
| **Invoice Date:** | **8/18/2021** |
| **Balance Due:** | **$3,929.00** |

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq | | |
|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | **Invoice #:** | **5210903** |
| | 333 S Grand Ave, 47th Floor | **Invoice Date:** | **8/20/2021** |
| | Los Angeles, CA, 90071 | **Balance Due:** | **$5,500.15** |

| Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx)) | **Proceeding Type: Depositions** |
|---|---|

| Job #: 4744000   |   Job Date: 8/16/2021   |   Delivery: Expedited | Matter #: | 66889-00003 |
|---|---|---|

Location:          Los Angeles, CA

Billing Atty:       Raymond LaMagna Esq

Scheduling Atty:   Jason C. Lo Esq | Gibson Dunn & Crutcher LLP

| Witness: Byungyeop Jeon, Volume II | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 149.00 | $10.00 | $1,490.00 |
| Surcharge - Extended Hours | 5.50 | $95.00 | $522.50 |
| Exhibits | 298.00 | $0.65 | $193.70 |
| Realtime Services - Remote | 149.00 | $1.85 | $275.65 |
| Realtime Services - Remote | 149.00 | $1.85 | $275.65 |
| Realtime Services - Remote | 149.00 | $1.85 | $275.65 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 149.00 | $0.50 | $74.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 7.75 | $150.00 | $1,162.50 |
| Surcharge - Interpreted Proceeding | 1.00 | $150.00 | $150.00 |
| Attendance (Full Day) | 1.00 | $250.00 | $250.00 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

Notes:

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

42700

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5210903** |
|---|---|
| **Invoice Date:** | **8/20/2021** |
| **Balance Due:** | **$5,500.15** |

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq | | |
|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | **Invoice #:** | **5265321** |
| | 1881 Page Mill Rd | **Invoice Date:** | **9/16/2021** |
| | Palo Alto, CA, 94304 | **Balance Due:** | **$4,644.95** |

| Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx)) | **Proceeding Type: Depositions** |
|---|---|

Job #: 4790919    |    Job Date: 9/14/2021    |    Delivery: Daily                    Matter #:                       66889-00003

Location:            Los Angeles, CA

Billing Atty:        Raymond LaMagna Esq

Scheduling Atty:    Timothy P. Best Esq | Gibson Dunn & Crutcher LLP

| Witness: Joseph McAlexander | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 170.00 | $10.50 | $1,785.00 |
| Exhibits | 113.00 | $0.65 | $73.45 |
| Realtime Services - Remote | 170.00 | $1.85 | $314.50 |
| Realtime Services - Remote | 170.00 | $1.85 | $314.50 |
| Rough Draft | 170.00 | $1.50 | $255.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 170.00 | $0.50 | $85.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 5.75 | $150.00 | $862.50 |
| Attendance (Half Day) | 1.00 | $125.00 | $125.00 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

Notes:

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5265321** |
|---|---|
| **Invoice Date:** | **9/16/2021** |
| **Balance Due:** | **$4,644.95** |

42700

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq | | |
|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | **Invoice #:** | **5270123** |
| | 333 S Grand Ave, 47th Floor | **Invoice Date:** | **9/20/2021** |
| | Los Angeles, CA, 90071 | **Balance Due:** | **$2,360.70** |

| Case: Netlist Inc. v. Samsung Electronics Co., Ltd (8:20-cv-993-MCS (ADSx)) | | | Proceeding Type: Depositions |
|---|---|---|---|
| Job #: 4804970    |    Job Date: 9/16/2021   |   Delivery: Normal | | Matter #: | 66889-00003 |
| Location: | Los Angeles, CA | | |
| Billing Atty: | Raymond LaMagna Esq | | |
| Scheduling Atty: | Marc E. Masters Esq | Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow PC | | |

| Witness: Michael P. Akemann Ph.D | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 244.00 | $3.85 | $939.40 |
| Exhibits | 106.00 | $0.65 | $68.90 |
| Realtime Services - Remote | 244.00 | $1.85 | $451.40 |
| Rough Draft | 244.00 | $1.50 | $366.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

| Notes: | | **Invoice Total:** | **$2,360.70** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$2,360.70** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5270123** |
|---|---|
| **Invoice Date:** | **9/20/2021** |
| **Balance Due:** | **$2,360.70** |

42700

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Raymond LaMagna Esq
Gibson Dunn & Crutcher LLP
333 S Grand Ave, 47th Floor
Los Angeles, CA, 90071

| | |
|---|---|
| **Invoice #:** | **5273071** |
| **Invoice Date:** | **9/20/2021** |
| **Balance Due:** | **$1,646.15** |

| Case: Netlist Inc. v. Samsung Electronics Co., Ltd (8:20cv00993MCSDFM) | Proceeding Type: Depositions |
|---|---|

Job #: 4805018    |    Job Date: 9/19/2021   |   Delivery: Normal           Matter #:                              66889-00003

Location:           Los Angeles, CA

Billing Atty:        Raymond LaMagna Esq

Scheduling Atty:   Jong-Min Choi | Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow PC

| Witness: Byung Wook Kam | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 149.00 | $3.85 | $573.65 |
| Exhibits | 59.00 | $0.65 | $38.35 |
| Realtime Services - Remote | 149.00 | $1.85 | $275.65 |
| Rough Draft | 149.00 | $1.50 | $223.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,646.15** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,646.15** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **5273071** |
| **Invoice Date:** | **9/20/2021** |
| **Balance Due:** | **$1,646.15** |

42700

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Raymond LaMagna Esq | Invoice #: | 5365325 |
|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | Invoice Date: | 11/1/2021 |
| | 1050 Connecticut Ave NW | Balance Due: | $5,785.95 |
| | Washington, DC, 20036 | | |

| **Case: Netlist, Inc. v. Samsung Electronic Co, Ltd, Et Al (8:20-cv-993-MCS (ADSx))** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4790953  |  Job Date: 9/20/2021  |  Delivery: Daily

Location:  Los Angeles, CA

Billing Atty:  Raymond LaMagna Esq

Scheduling Atty:  Timothy P. Best Esq | Gibson Dunn & Crutcher LLP

| Witness: Douglas Kidder | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 267.00 | $10.50 | $2,803.50 |
| Exhibits | 339.00 | $0.50 | $169.50 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Realtime Services - Remote | 267.00 | $1.85 | $493.95 |
| Rough Draft | 267.00 | $1.50 | $400.50 |
| Surcharge - Video Proceeding | 267.00 | $0.50 | $133.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Concierge Tech Support | 5.50 | $150.00 | $825.00 |
| Exhibit Share | 1.00 | $325.00 | $325.00 |
| Attendance (Full Day) | 1.00 | $250.00 | $250.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

| Notes: | | Invoice Total: | $5,785.95 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $5,785.95 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | Invoice #: | 5365325 |
|---|---|---|---|
| Veritext | A/C Name: Veritext | Invoice Date: | 11/1/2021 |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | Balance Due: | $5,785.95 |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | | |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |