RICHARD DOREN, SBN 124666
  rdoren@gibsondunn.com
JASON C. LO, SBN 219030
  jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
  mbenjamin@gibsondunn.com
TIMOTHY BEST, SBN 254409
  tbest@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
  rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

JASON SHEASBY, SBN 205455
  jsheasby@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-993-MCS (ADS)<br><br>**PLAINTIFF NETLIST INC.'S NOTICE OF CROSS-APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT AND REPRESENTATION STATEMENT**<br><br>Before Judge Mark C. Scarsi |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that Plaintiff Netlist Inc. hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on February 15, 2022 (Dkt. 306). |

      **PLEASE TAKE NOTICE** that Plaintiff Netlist Inc. hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on February 15, 2022 (Dkt. 306).

      This is a cross-appeal. A notice of appeal from the Judgment was filed by the defendant Samsung Electronics Co., Ltd., on February 25, 2022, and has been docketed at the Ninth Circuit as Case No. 22-55209.

      Pursuant to Ninth Circuit Rule 3-2(b), Netlist's Representation Statement is attached to this Notice of Cross-Appeal.

Dated: March 4, 2022

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Jason C. Lo*
Jason C. Lo
333 South Grand Avenue
Los Angeles, CA 90071
213.229.7000
jlo@gibsondunn.com

Attorneys for Plaintiff Netlist Inc.

# REPRESENTATION STATEMENT

Pursuant to Federal Rules of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Netlist Inc. submits this Representation Statement that identifies all parties to the action along with the names, addresses, and telephone numbers of their respective counsel.

Netlist Inc. is represented by the following counsel:

RICHARD J. DOREN
 rdoren@gibsondunn.com
JASON C. LO
 jlo@gibsondunn.com
TIMOTHY BEST
 tbest@omm.com
RAYMOND A. LAMAGNA
 rlamagna@gibsondunn.com
BROOK M. WALLACE
 bwallace@gibsondunn.com
MARISSA MOSHELL
 mmulligan@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

MATTHEW BENJAMIN
 mbenjamin@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4079
Facsimile: (212) 351-4035

| | |
|---|---|
| 1 | JUNGEUN LEE |
| 2 | nlee@gibsondunn.com |
| | GIBSON DUNN & CRUTCHER LLP |
| 3 | 1050 Connecticut Avenue NW |
| 4 | Washington, DC 20018 |
| | Telephone: (202) 887-3717 |
| 5 | Facsimile: (202) 530-9636 |
| 6 | |
| | JASON G. SHEASBY |
| 7 | jsheasby@irell.com |
| 8 | IRELL & MANELLA LLP |
| | 1800 Avenue of the Stars Suite 900 |
| 9 | Los Angeles, CA 90067-4276 |
| 10 | Telephone: (310) 203-7096 |
| | Facsimile: (310) 282-5712 |
| 11 | |
| 12 | A. MATTHEW ASHLEY |
| | mashley@irell.com |
| 13 | IRELL & MANELLA LLP |
| 14 | 840 Newport Center Drive Suite 400 |
| | Newport Beach, CA 92660-6324 |
| 15 | Telephone: 949-760-0991 |
| 16 | Facsimile: 949-760-5200 |

17  Samsung Electronics Co., Ltd. is represented by the following counsel:

| | |
|---|---|
| 18 | MICHAEL G. YODER |
| 19 | myoder@omm.com |
| | O'MELVENY & MYERS LLP |
| 20 | 610 Newport Center Drive, Suite 1700 |
| 21 | Newport Beach, California 92660 |
| | Telephone: (949) 823-6900 |
| 22 | Facsimile: (949) 823-6994 |
| 23 | |
| | ANTON METLITSKY |
| 24 | ametlitsky@omm.com |
| 25 | O'MELVENY & MYERS LLP |
| | 7 Times Square |
| 26 | New York, New York 10036 |
| 27 | Telephone: (212) 326-2000 |
| | Facsimile: (212) 326-2061 |
| 28 | |

1 | MARC F. FEINSTEIN
2 | mfeinstein@omm.com
3 | JOSEPH R. O'CONNOR
  | joconnor@omm.com
4 | O'MELVENY & MYERS LLP
  | 400 South Hope Street, 18th Floor
5 | Los Angeles, California 90071
6 | Telephone: (213) 430-6000
  | Facsimile: (213) 430-6407
7
8
9 | Dated: March 4, 2022         GIBSON, DUNN & CRUTCHER LLP
10
11 |                              By: /s/ *Jason C. Lo*
12 |                              Jason C. Lo
   |                              333 South Grand Avenue
13 |                              Los Angeles, CA 90071
   |                              213.229.7000
14 |                              jlo@gibsondunn.com
15 |                              Attorneys for Plaintiff Netlist Inc.

# CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing Netlist Inc.'s Notice of Cross-Appeal to the United States Court of Appeals for the Ninth Circuit and Representation Statement was served on the 4th day of March, 2022, via the Court's CM/ECF electronic filing system addressed to all parties and counsel of record on the e-service list.

Dated:  March 4, 2022                    GIBSON, DUNN & CRUTCHER LLP

                                                By:  /s/ *Jason C. Lo*
                                                Jason C. Lo
                                                333 South Grand Avenue
                                                Los Angeles, CA 90071
                                                213.229.7000
                                                jlo@gibsondunn.com

                                                Attorneys for Plaintiff Netlist Inc.