# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Gabe Castillo Laughton | 2a. Contact Phone Number: 949-823-7169 | 3a. Contact E-mail Address: gcastillolaughton@omm.com |
| 1b. Attorney Name (if different): Joseph R. O'Connor | 2b. Attorney Phone Number: 213-430-8365 | 3b. Attorney E-mail Address: joconnor@omm.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
O'Melveny & Myers
c/o: Joe O'Connor
400 South Hope Street
Los Angeles, CA 90071

**5. Name & Role of Party Represented:** Defendant, Samsung Electronics Co., Ltd.
**6. Case Name:** Netlist, Inc. v. Samsung Electronics Co., Ltd.
**7a. District Court Case Number:** 8:20-cv-00993-MCS-ADS
**7b. Appeals Court Case Number:** 22-55209

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
- [X] DIGITALLY RECORDED
- [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: ____

**9. THIS TRANSCRIPT ORDER IS FOR:** [X] Appeal   [ ] Non-Appeal   [ ] Criminal   [X] Civil   [ ] CJA   [ ] USA   [ ] FPD   [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/27/2021 | 91 | Spaeth | Informal Discovery Conference | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 03/22/2022   Signature: /s/ Joe O'Connor

G-120 (06/18)