# EXHIBIT 3

**From:** Rex Heinke <rex.heinke@calapplaw.com>
**Sent:** Friday, April 8, 2022 10:42 AM
**To:** Yoder, Michael <myoder@omm.com>
**Subject:** Bond

[EXTERNAL MESSAGE]

> Netlist does want a bond posted. It does not want to wait on the ruling on its sanctions request.
> Thanks.