# EXHIBIT 4

| | |
|---|---|
| **From:** | Feinstein, Marc |
| **Sent:** | Monday, April 25, 2022 12:37 PM |
| **To:** | jlo@gibsondunn.com; rex.heinke@calapplaw.com |
| **Cc:** | Yoder, Michael |
| **Subject:** | Netlist v. Samsung, Case No. 8:20-cv-00993-MCS-ADS |
| **Attachments:** | 800131857 Samsung Electronics.pdf |

Jason and Rex –

I am writing to give notice that on April 26, 2022 Samsung intends to file an ex parte application for approval of supersedeas bond and stay of execution of the cost award dated April 1, 2022 in the amount of $55,385.04.  Attached is a copy of the bond, which is in the amount of $83,078.00, 1.50 times the amount of the cost award.  Please let us know Netlist's position on the application by tomorrow at 2 pm PT so that we may inform the Court of Netlist's position when we file the application.  Pursuant to the Court's Initial Standing Order dated October 27, 2020, "opposing papers must be filed no later than 24 hours (or one court day) following service," and "[i]f counsel do not intend to oppose the ex parte application, counsel must inform the Courtroom Deputy Clerk by telephone or email as soon as possible."  I will also call you by telephone later today to convey the information in this email and determine Netlist's position on the application.

Regards,

Marc


# O'Melveny

**Marc Feinstein**
Partner
mfeinstein@omm.com
O: +1-213-430-7274
M: +1-213-399-6209
F: +1-213-430=6407

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

# ATLANTIC SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

------------------------------------------------------------------------X

NETLIST INC., a Delaware corporation,

                Plaintiff,

-against-

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation

                Defendant.

------------------------------------------------------------------------X

BOND NO. 800131857

Case No.: 8:20-cv-00993-MCS-ADS

**SUPERSEDEAS BOND**

WHEREAS, SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, Appellant, has filed and is prosecuting an appeal to the United States Court of Appeals for the Ninth Circuit from the Bill of Costs filed the 1st day of April, 2022, against the said Appellant, and in favor of the Plaintiff, NETLIST INC., a Delaware corporation, in the total sum of *FIFTY FIVE THOUSAND THREE HUNDRED EIGHTY FIVE AND 04/100 ($55,385.04) DOLLARS.*

NOW, THEREFORE, **ATLANTIC SPECIALTY INSURANCE COMPANY,** duly authorized to transact business in the state of California and having an office and principal place of business for the State of California at One State Street Plaza, 31st Floor, New York, NY 10004, as Surety, and SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, as Principal, do hereby undertake in the sum of *EIGHTY THREE THOUSAND SEVENTY EIGHT AND 00/100 ($83,078.00) DOLLARS,* that if the above-named Appellant, SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, shall satisfy the Bill of Costs herein in full together with costs, interest, and damages for delay, if for any reason the appeal is dismissed or if the Bill of Costs is affirmed, and shall satisfy in full such modification of the Bill of Costs and such costs, interest, and damages as the Court of Appeals may adjudge and award, then this obligation shall be void, otherwise the same shall be and remain in full force and virtue.

Provided however this bond is hereby fixed in an amount not to exceed *EIGHTY THREE THOUSAND SEVENTY EIGHT AND 00/100 ($83,078.00) DOLLARS.*

DATED, New York, April 25TH, 2022

                *ATLANTIC SPECIALTY INSURANCE COMPANY*

                By: _____

                NEIL P. PEDERSEN
                Attorney-in-Fact

## UNIFORM FORM CERTIFICATE OF ACKNOWLEDGEMENT

**STATE OF NEW YORK**
**COUNTY OF NEW YORK** | SS:

On this 25th day of April in the year 2022, before me, a Notary Public in and for said County, personally appeared **NEIL P. PEDERSEN,** personally known to me, who being by me duly sworn, did say that he is the aforesaid Attorney-in-Fact of the **ATLANTIC SPECIALTY INSURANCE COMPANY** of New York, New York, a corporation duly organized and existing under the laws of the State of New York, that the seal affixed to the foregoing instrument is the corporate seal of said corporation, that the said instrument was signed, sealed and executed in behalf of said corporation by authority of its Board of Directors, and further acknowledge that the said instrument and the execution thereof to be voluntary act and deed of said corporation.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed by official seal the day and year last above written.

**William J. Pedersen**
**Notary Public, State of New York**
**No. 01-PE4997302**
**Qualified in New York County**
**Commission Expires June 1, 2022**

                                                                             NOTARY PUBLIC



# Power of Attorney

KNOW ALL MEN BY THESE PRESENTS, that ATLANTIC SPECIALTY INSURANCE COMPANY, a New York corporation with its principal office in Plymouth, Minnesota, does hereby constitute and appoint: **William J. Pedersen, Neil P. Pedersen**, each individually if there be more than one named, its true and lawful Attorney-in-Fact, to make, execute, seal and deliver, for and on its behalf as surety, any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof; provided that no bond or undertaking executed under this authority shall exceed in amount the sum of: **unlimited** and the execution of such bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof in pursuance of these presents, shall be as binding upon said Company as if they had been fully signed by an authorized officer of the Company and sealed with the Company seal. This Power of Attorney is made and executed by authority of the following resolutions adopted by the Board of Directors of ATLANTIC SPECIALTY INSURANCE COMPANY on the twenty-fifth day of September, 2012:

Resolved: That the President, any Senior Vice President or Vice-President (each an "Authorized Officer") may execute for and in behalf of the Company any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof, and affix the seal of the Company thereto; and that the Authorized Officer may appoint and authorize an Attorney-in-Fact to execute on behalf of the Company any and all such instruments and to affix the Company seal thereto; and that the Authorized Officer may at any time remove any such Attorney-in-Fact and revoke all power and authority given to any such Attorney-in-Fact.

Resolved: That the Attorney-in-Fact may be given full power and authority to execute for and in the name and on behalf of the Company any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof, and any such instrument executed by any such Attorney-in-Fact shall be as binding upon the Company as if signed and sealed by an Authorized Officer and, further, the Attorney-in-Fact is hereby authorized to verify any affidavit required to be attached to bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof.

This power of attorney is signed and sealed by facsimile under the authority of the following Resolution adopted by the Board of Directors of ATLANTIC SPECIALTY INSURANCE COMPANY on the twenty-fifth day of September, 2012:

Resolved: That the signature of an Authorized Officer, the signature of the Secretary or the Assistant Secretary, and the Company seal may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing an Attorney-in-Fact for purposes only of executing and sealing any bond, undertaking, recognizance or other written obligation in the nature thereof, and any such signature and seal where so used, being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed.

IN WITNESS WHEREOF, ATLANTIC SPECIALTY INSURANCE COMPANY has caused these presents to be signed by an Authorized Officer and the seal of the Company to be affixed this twenty-seventh day of April, 2020.

By _____
Paul J. Brehm, Senior Vice President

STATE OF MINNESOTA
HENNEPIN COUNTY

On this twenty-seventh day of April, 2020, before me personally came Paul J. Brehm, Senior Vice President of ATLANTIC SPECIALTY INSURANCE COMPANY, to me personally known to be the individual and officer described in and who executed the preceding instrument, and he acknowledged the execution of the same, and being by me duly sworn, that he is the said officer of the Company aforesaid, and that the seal affixed to the preceding instrument is the seal of said Company and that the said seal and the signature as such officer was duly affixed and subscribed to the said instrument by the authority and at the direction of the Company.



Notary Public

I, the undersigned, Secretary of ATLANTIC SPECIALTY INSURANCE COMPANY, a New York Corporation, do hereby certify that the foregoing power of attorney is in full force and has not been revoked, and the resolutions set forth above are now in force.

Signed and sealed. Dated ___25___ day of __April__, 2022

This Power of Attorney expires
January 31, 2025

Kara Barrow, Secretary

Please direct bond verifications to surety@intactinsurance.com



**Atlantic Specialty Insurance Company**
Period Ended 12/31/2021

*Dollars displayed in thousands*

| Admitted Assets | | Liabilities and Surplus | |
|---|---:|---|---:|
| Investments: | | Liabilities | |
| Bonds | $ 1,827,267 | Loss Reserves | $ 1,012,842 |
| Preferred Stocks | - | Loss Adjustment Expense Reserves | 307,403 |
| Common Stocks | 907,728 | **Total Loss & LAE Reserves** | 1,320,246 |
| Mortgage Loans | | | |
| Real Estate | - | Unearned Premium Reserve | 655,993 |
| Contract Loans | - | Total Reinsurance Liabilities | 24,180 |
| Derivatives | - | Commissions, Other Expenses, and Taxes due | 63,766 |
| Cash, Cash Equivalents & Short Term Investments | 174,241 | Derivatives | - |
| Other Investments | 20,131 | Payable to Parent, Subs or Affiliates | - |
| **Total Cash & Investments** | 2,929,367 | All Other Liabilities | 442,340 |
| Premiums and Considerations Due | 288,964 | **Total Liabilities** | 2,506,525 |
| Reinsurance Recoverable | 24,105 | | |
| Receivable from Parent, Subsidiary or Affiliates | 56,353 | **Capital and Surplus** | |
| All Other Admitted Assets | 59,690 | Common Capital Stock | 9,001 |
| | | Preferred Capital Stock | - |
| **Total Admitted Assets** | 3,358,479 | Surplus Notes | - |
| | | Unassigned Surplus | 165,606 |
| | | Other Including Gross Contributed | 677,347 |
| | | **Capital & Surplus** | 851,954 |
| | | **Total Liabilities and C&S** | 3,358,479 |

State of Minnesota
County of Hennepin

I, Kara Barrow, Secretary of Atlantic Specialty Insurance Company do hereby certify that the foregoing statement is a correct exhibit of the assets and liabilities of the said Company, on the 31st day of December, 2021, according to the best of my information, knowledge and belief.

*Secretary*

Subscribed and sworn to, before me, a Notary Public of the State of Minnesota on this 14th day of March, 2022.

*Notary Public*

My Commission Expires January 31, 2025

KERRI RIECHERS
Notary Public
Minnesota
My Commission Expires January 31, 2025