MICHAEL G. YODER (S.B. #83059)
myoder@omm.com
MARC F. FEINSTEIN (S.B. #158901)
mfeinstein@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
Telephone:  (949) 823 6900
Facsimile:  (949) 823 6994

EKWAN E. RHOW (S.B. #174604)
erhow@birdmarella.com
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, a Korean corporation,<br><br>Defendant. | Case No. 8:20-cv-00993-MCS-ADS<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is 400 South Hope St. Los Angeles, CA 90017. On April 26, 2022, I served the following:

DEFENDANT SAMSUNG'S EX PARTE APPLICATION FOR APPROVAL OF SUPERSEDEAS BOND AND STAY OF EXECUTION OF AWARD OF COSTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62(B); MEMORANDUM OF POINTS AND AUTHORITIES

DECLARATION OF MARC F. FEINSTEIN IN SUPPORT OF DEFENDANT SAMSUNG'S EX PARTE APPLICATION FOR APPROVAL OF SUPERSEDEAS BOND AND STAY OF EXECUTION OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62(b)

[PROPOSED] ORDER APPROVING SAMSUNG'S SUPERSEDE AS BOND AND STAYING EXECUTION OF AWARD OF COSTS PENDING APPEAL

The following parties in this matter have been served electronically by filing via the CM/ECF system and email:

Jason C. Lo
Email: jlo@gibsondunn.com

Raymond Angelo LaMagna
Email: rlamagna@gibsondunn.com

Timothy P. Best
Email: tbest@gibsondunn.com

Richard Joseph Doren
Email: rdoren@gibsondunn.com, khahm@gibsondunn.com

Rex Heinke
Email: rex.heinke@calapplaw.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on April 26, 2022, Los Angeles, California.

_____
Belinda Fregil