RICHARD DOREN, SBN 124666
   rdoren@gibsondunn.com
JASON C. LO, SBN 219030
   jlo@gibsondunn.com
MATTHEW BENJAMIN (*pro hac vice*)
   mbenjamin@gibsondunn.com
TIMOTHY BEST, SBN 254409
   tbest@gibsondunn.com
RAYMOND A. LAMAGNA, SBN 244821
   rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:   213.229.7000
Facsimile:   213.229.7520

JASON SHEASBY, SBN 205455
   jsheasby@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>              Defendant. | CASE NO. 8:20-cv-993-MCS (ADS)<br><br>**PLAINTIFF NETLIST INC.'S RESPONSE TO DEFENDANT'S EX PARTE APPLICATION TO STAY EXECUTION OF AWARD OF COSTS**<br><br>Hon. Mark C. Scarsi |

**RESPONSE TO DEFENDANT'S EX PARTE APPLICATION**

Plaintiff Netlist, Inc. does not oppose a stay of the execution of the award of costs in favor of Netlist, dated April 1, 2022. That position was conveyed, via voicemail, by the undersigned counsel to counsel for Samsung on April 25, 2022. Further, Netlist proposed that Samsung prepare a stipulation for their requested relief. Counsel for Samsung did not respond or further communicate on this issue after the voicemail at issue.

Dated: April 27, 2022                    GIBSON, DUNN & CRUTCHER LLP


By: /s/ *Jason C. Lo*
Jason C. Lo
333 South Grand Avenue
Los Angeles, CA 90071
213.229.7000
JLo@gibsondunn.com

Attorneys for Plaintiff Netlist Inc.