1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| NETLIST INC., a Delaware corporation, | Case No. 8:20-cv-00993-MCS-ADS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER ON EX PARTE APPLICATION APPROVING SAMSUNG'S SUPERSEDEAS BOND AND STAYING EXECUTION OF AWARD OF COSTS PENDING APPEAL (ECF NO. 328) |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD, a Korean corporation, | |
| Defendant. | Judge: Mark C. Scarsi |

# ORDER

The Court, having considered Defendant Samsung Electronics Co., Ltd.'s *Ex Parte* Application for Approval of Supersedeas Bond and Stay of Execution of Award of Costs Pursuant to Federal Rule of Civil Procedure 62(b), along with the memorandum of points and authorities and supporting declaration, hereby **GRANTS** the Application:

**IT IS ORDERED** that the supersedeas bond proffered by Samsung, in the amount of $83,078.00, is HEREBY APPROVED; and

**IT IS FURTHER ORDERED** that the execution of the award of costs in favor of Plaintiff Netlist Inc., dated April 1, 2022, and proceedings to enforce it, are HEREBY STAYED pursuant to Federal Rule of Civil Procedure 62(b) pending disposition of the pending appeal in this action.

IT IS SO ORDERED.

Dated: April 29, 2022

By: *Mark C. Scarsi*
Mark C. Scarsi
United States District Judge

cc: Fiscal