FILED

SEP 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>    Plaintiff-Appellee,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>    Defendant-Appellant. | No.   22-55209<br><br>D.C. No. 8:20-cv-00993-MCS-ADS<br>Central District of California,<br>Santa Ana<br><br>ORDER |
| NETLIST INC., a Delaware corporation,<br><br>    Plaintiff-Appellant,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>    Defendant-Appellee. | No.   22-55247<br><br>D.C. No. 8:20-cv-00993-MCS-ADS |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Netlist Inc.'s unopposed motion (Docket Entry No. 24)[1] to file under seal Volume 4 of the supplemental excerpts of record is granted.  The Clerk will file publicly the motion to seal (Docket Entry No. 24-1), the second brief on cross-appeal (Docket Entry No. 22), and Volumes 1 through 3 of the supplemental

---

[1] The docket entry numbers in this order refer to Appeal No. 22-55209.

MKS/MOATT

excerpts of record (Docket Entry No. 23). The Clerk will file under seal Volume 4 of the supplemental excerpts of record (Docket Entry No. 24-2).

The existing briefing schedule remains in effect.