UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 7 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NETLIST INC., a Delaware corporation, | No.   22-55209 |
| Plaintiff-Appellee, | D.C. No. 8:20-cv-00993-MCS-ADS Central District of California, Santa Ana |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, | ORDER |
| Defendant-Appellant. | |

| | |
|---|---|
| NETLIST INC., a Delaware corporation, | No.   22-55247 |
| Plaintiff-Appellant, | D.C. No. 8:20-cv-00993-MCS-ADS |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, | |
| Defendant-Appellee. | |

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

Samsung Electronics Co., Ltd.'s unopposed motion (Docket Entry No. 36)[1] to file under seal the unredacted third brief on cross-appeal is granted.  The Clerk will file publicly the motion to seal (Docket Entry No. 36-1), the redacted third brief on cross-appeal (Docket Entry No. 35), and Volume 1 of the further excerpts

---

[1] The docket entry numbers in this order refer to Appeal No. 22-55209.

MKS/MOATT

of record (Docket Entry No. 37). The Clerk will file under seal the unredacted third brief on cross-appeal (Docket Entry No. 36-2).

Samsung Electronics Co., Ltd. filed a notice of intent to file publicly Volume 2 of the further excerpts of record (Docket Entry No. 38). *See* 9th Cir. R. 27-13(f). Netlist Inc.'s unopposed motion (Docket Entry No. 42) to maintain under seal Volume 2 of the further excerpts of record is granted. The Clerk will unseal the notice (Docket Entry No. 38-1) and file publicly the motion to seal (Docket Entry No. 42). The Clerk will file under seal Volume 2 of the further excerpts of record (Docket Entry No. 38-2).

The existing briefing schedule remains in effect.