# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC.<br><br>Plaintiff(s),<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:20–cv–00993–MCS–ADS<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __10/30/2023__

Document No.:   __335__

Title of Document:   __Substitute Attorney (G–01) by plaintiff__

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

This Request form requires the corresponding proposed order form be submitted as a separate attachment. Obtain proposed order form (G–01) at court's website.

the Form advised filer if other attorneys remain, the G123 form should have been used.

Other:

Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: October 31, 2023          By:  */s/ Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS