# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC.<br><br>Plaintiff(s),<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:20−cv−00993−MCS−ADS<br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __10/30/2023__ | __335__ | __Substitute Attorney (G01) by Plaintiff__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The document is stricken .

DATED: November 3, 2023

　　　　　　　　　　　　　　　　　　　　 /s/ *Mark C. Scarsi*
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

G–112B (08/22)   **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**