**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| NETLIST INC. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:20-cv-993-MCS (ADS) |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

The Court hereby orders that the request of:

NETLIST INC.  ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute A. Matthew Ashley who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Irell & Manella LLP, 840 Newport Center Drive, Suite 400 Newport Beach, CA 92660
*Street Address*

Newport Beach, CA 92660                                 mashley@irell.com
*City, State, Zip*                                              *E-Mail Address*

949-760-0991                    949-760-5200                    198235
*Telephone Number*              *Fax Number*                    *State Bar Number*

as attorney of record instead of Brooke M Wallace (SBN 259169); Jason C. Lo (SBN 219030);
*List **all** attorneys from same firm or agency who are withdrawing.*
JungEun Lee (PHV); Marissa Moshell (319734); Matthew Benjamin (PHV); Raymond LaMagna (244821)

Richard Joseph Doren (SBN 124666); and Timothy P Best (254409) of Gibson, Dunn and Crutcher LLP

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                                  U. S. District Judge/U.S. Magistrate Judge