# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC.<br><br>Plaintiff(s)<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD<br><br>Defendant(s) | CASE NUMBER<br><br>8:20-cv-993-MCS (ADS)<br><br>(~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

NETLIST INC.    ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute A. Matthew Ashley who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

Irell & Manella LLP, 840 Newport Center Drive, Suite 400 Newport Beach, CA 92660
*Street Address*

Newport Beach, CA 92660                mashley@irell.com
*City, State, Zip*                              *E-Mail Address*

949-760-0991          949-760-5200          198235
*Telephone Number*    *Fax Number*          *State Bar Number*

as attorney of record instead of Brooke M Wallace (SBN 259169); Jason C. Lo (SBN 219030);
*List **all** attorneys from same firm or agency who are withdrawing.*
JungEun Lee (PHV); Marissa Moshell (319734); Matthew Benjamin (PHV); Raymond LaMagna (244821)

Richard Joseph Doren (SBN 124666); and Timothy P Best (254409) of Gibson, Dunn and Crutcher LLP

is hereby    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  November 8, 2023            Mark C. Scarsi   */s/ Mark C. Scarsi*
                                    U. S. District Judge/~~U.S. Magistrate Judge~~

G-01 ORDER (09/17)    (~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY