UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **FILED** |
| NOV 08 2023 |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>    Defendant - Appellant. | No. 22-55209<br><br>D.C. No. 8:20-cv-00993-MCS-ADS<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE** |
| NETLIST INC., a Delaware corporation,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>    Defendant - Appellee. | No. 22-55247<br><br>D.C. No. 8:20-cv-00993-MCS-ADS<br>U.S. District Court for Central California, Santa Ana |

The judgment of this Court, entered October 17, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT