UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **8:20-cv-00993-MCS-ADS** | Date | November 13, 2023 |
|---|---|---|---|
| Title | ***Netlist Inc. v. Samsung Elecs. Co., Ltd.*** | | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER REOPENING CASE (JS-5)**

On October 17, 2023, a Ninth Circuit panel issued a memorandum decision affirming in part and reversing in part the judgment of this Court. The panel remanded the case for further proceedings. (Mem., ECF No. 334.) A mandate issued on November 8, 2023. (Mandate, ECF No. 340.)

The Court directs the Clerk to reopen the case, which will proceed consistent with the memorandum decision and mandate. The Court orders the parties to file within 14 days a joint status report proposing a schedule for further proceedings. Alternatively, the parties may jointly stipulate for an order referring them to alternative dispute resolution proceedings and staying further proceedings for up to 60 days in order to complete those proceedings.

**IT IS SO ORDERED.**