MICHAEL G. YODER (SB 83059)
myoder@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

MARC F. FEINSTEIN (SB 158901)
mfeinstein@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

AMY R. LUCAS (SB 264034)
alucas@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Defendant Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DECLARATION OF AMY R. LUCAS IN SUPPORT OF SAMSUNG'S OPPOSITION TO NETLIST'S MOTION TO STAY**<br><br>Date: February 5, 2024<br>Time: 9:00 a.m. PT<br>Location: Courtroom 7C<br>Judge: Hon. Mark C. Scarsi |

# DECLARATION OF AMY R. LUCAS

I, Amy R. Lucas, declare as follows:

1. I am an active member of the Bar of the State of California and a partner with O'Melveny & Myers LLP, counsel of record for Defendant Samsung Electronics Co., Ltd. ("Samsung") in this action. I make this declaration in support of Samsung's Opposition to Netlist's Motion to Stay. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the redacted version of the Memorandum Opinion and Order filed as Docket No. 290-1 in *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, Case No. 2:22-cv-00293 (E.D. Tex. 2022) (*EDTX II*) on December 20, 2023.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Oral Order Granting Samsung's Motion to Stay filed as Docket No. 223 in *Samsung Electronics Co., Ltd. v. Netlist, Inc.*, Case No. 1:21-cv-01453 (D. Del. 2021) (*Delaware*) on December 1, 2023.

4. Attached hereto as **Exhibit 3** is a true and correct excerpted copy of Samsung's Complaint for Declaratory Judgment of Non-Infringement & Unenforceability and Breach of Contract filed as Docket No. 1 in *Delaware* on October 15, 2021.

5. Attached hereto as **Exhibit 4** is a true and correct excerpted copy of Samsung Electronics Co., Ltd.'s and Samsung Semiconductor, Inc.'s Answer and Affirmative Defenses to Netlist's Second Amended Counterclaims filed as Docket No. 62 in *Delaware* on November 15, 2022.

6. Attached hereto as **Exhibit 5** is a true and correct excerpted copy of Netlist's First Amended Complaint filed as Docket No. 23 in *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, Case No. 2:21-cv-00463 (E.D. Tex. 2021) (*EDTX I*) on May 3, 2022.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Final Judgment filed as Docket No. 551 in *EDTX I* on August 11, 2023.

8. Attached hereto as **Exhibit 7** is a true and correct excerpted copy of Volume 1 of the Pretrial Conference Transcript filed as Docket No. 426 in *EDTX I* on April 3, 2023.

9. Attached hereto as **Exhibit 8** is a true and correct excerpted copy of Volume 5 of the Trial Transcript filed as Docket No. 494 in *EDTX I* on April 28, 2023.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Netlist's Complaint filed as Docket No. 1 in *EDTX II* on August 1, 2022.

11. Attached hereto as **Exhibit 10** is a true and correct excerpted copy of the Memorandum filed as Docket No. 77-1 in *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, Case No. 22-55209 (9th Cir. 2023) on October 17, 2023.

12. Attached hereto as **Exhibit 11** is a true and correct excerpted copy of the redacted version of Netlist's Motion for Summary Judgment on Samsung's License Defense filed as Docket No. 314 in *EDTX II* on January 3, 2024.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the December 21, 2023 letter from Michael Yoder (O'Melveny & Myers LLP) to A. Matthew Ashley (Irell & Manella LLP).

14. Attached hereto as **Exhibit 13** is a true and correct copy of the December 27, 2023 letter from A. Matthew Ashley (Irell & Manella LLP) to Michael Yoder (O'Melveny & Myers LLP).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on January 3, 2024, in Los Angeles, California.

Amy R. Lucas