| | |
|---|---|
| 1 | MICHAEL G. YODER (SB 83059) |
| 2 | myoder@omm.com |
| | O'MELVENY & MYERS LLP |
| 3 | 610 Newport Center Drive, Suite 1700 |
| 4 | Newport Beach, California 92660 |
| | Telephone: (949) 823-6900 |
| 5 | Facsimile: (949) 823-6994 |
| 6 | |
| | MARC F. FEINSTEIN (SB 158901) |
| 7 | mfeinstein@omm.com |
| 8 | AMY R. LUCAS (SB 264034) |
| | alucas@omm.com |
| 9 | O'MELVENY & MYERS LLP |
| 10 | 400 South Hope Street, 18th Floor |
| | Los Angeles, California 90071 |
| 11 | Telephone:  (213) 430-6000 |
| 12 | Facsimile:   (213) 430-6400 |

*Attorneys for Defendant*
Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC. a Delaware corporation, | CASE NO. 8:20-cv-00993-MCS-ADS |
| Plaintiff, | **DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S NOTICE OF ORDER IN EASTERN DISTRICT OF TEXAS CASE NO. 2:22-CV-00293-JRG** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, | |
| Defendant. | Pretrial Conference: March 18, 2024<br>Time: 2:00 p.m.<br>Location: Courtroom 7C<br>Trial Date: March 26, 2024<br>Judge: Hon. Mark C. Scarsi |

# NOTICE OF ORDER

Samsung Electronics Co., Ltd. ("Samsung") respectfully submits this Notice in advance of the Pretrial Conference scheduled for March 18, 2024, to advise the Court of an order issued on February 28, 2024 in *Netlist v. Samsung Elecs. Co. Ltd.*, Eastern District of Texas Case No. 2:22-CV-00293-JRG ("Order"), which canceled the pretrial conference and trial dates in that action, with the trial dates "to be reset at a later date." *See* Order at 2.

A true and correct copy of the Order is attached hereto as Exhibit A.

DATED: March 2, 2024

O'MELVENY & MYERS LLP

By: */s/ Michael G. Yoder*
Michael G. Yoder
Attorneys for Defendant Samsung