JASON SHEASBY, SBN 205455
jsheasby@irell.com
MICHAEL HARBOUR, SBN 298185
mharbour@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile:  310.203.7199

A. MATTHEW ASHLEY, SBN 198235
mashley@irell.com
ERICKA DIMEGLIO, SBN 347855
edimeglio@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949.760.0991
Facsimile:  949.760.5200

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>　　　　　　　Defendant. | Case No. 8:20-cv-00993-MCS (ADS)<br><br>**NOTICE OF LODGING OF JOINT FINAL [PROPOSED] PRETRIAL CONFERENCE ORDER**<br><br>Judge Mark C. Scarsi<br><br>Final Pretrial Conference:<br>Date:　March 18, 2024<br>Time:　2:00 p.m.<br><br>Trial: March 26, 2024 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

# NOTICE OF LODGING OF JOINT FINAL [PROPOSED] PRETRIAL CONFERENCE ORDER

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Netlist Inc., by and through its counsel of record, and Defendant Samsung Electronics Co. Ltd., by and through its counsel of record, hereby jointly lodge the attached Joint Final [Proposed] Pretrial Conference Order.

Dated: March 4, 2024     Counsel for Plaintiff

*/s/ Jason Sheasby*

Jason Sheasby
A. Matthew Ashley
Michael Harbour
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

*Attorneys for Plaintiff Netlist, Inc.*

Dated: March 4, 2024     Counsel for Defendant

By: */s/ Michael G. Yoder*

Michael G. Yoder
O'Melveny & Myers, LLP
Attorneys for Defendant
Samsung Electronics Co., Ltd.

## ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filings is submitted, concur in the filing's content and have authorized the filing.

Dated: March 4, 2024                    Respectfully submitted,

                                        */s/ Jason Sheasby*

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- - 2 - -

Executed on March 4, 2024, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _____
Michael Harbour

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations