IRELL & MANELLA LLP
Jason G. Sheasby (205455)
jsheasby@irell.com
Michael D. Harbour (298185)
MHarbour@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:    (310) 277-1010
Facsimile:    (310) 203-7199

IRELL & MANELLA LLP
A. Matthew Ashley (198235)
mashley@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone:    (949) 760-0991
Facsimile:    (949).760-5200

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,,<br><br>Defendant. | Case No. 8:20-CV-0993-MCS (ADS)<br><br>**NETLIST'S PROPOSED STATEMENT OF THE CASE**<br><br>Judge Mark C. Scarsi<br><br>Final Pretrial Conference:<br>Date:  March 18, 2024<br>Time:  2:00 p.m.<br><br>Trial: March 26, 2024 |

11308227.1 01

Plaintiff Netlist, Inc. ("Netlist") submits the following Proposed Statement of the Case. The parties met and conferred, but were unable to agree on a joint proposed statement.

## STATEMENT OF THE CASE

Plaintiff Netlist, Inc. designs and sells memory and storage modules and systems. Defendant Samsung Electronics Co., Ltd. ("Samsung") manufactures computer memory and storage products. In 2015, Netlist and Samsung entered into a contract called the Joint Development and License Agreement, or JDLA for short. This case involves a claim that Samsung materially breach its obligations under the contract.

Section 6.2 of the JDLA required Samsung to "supply NAND and DRAM products to Netlist on Netlist's request at a competitive price (i.e., among customers purchasing similar volumes of similar products)." NAND is computer storage. DRAM is computer memory. The parties dispute how to interpret this provision. Netlist claims that this provision required Samsung to supply Netlist with NAND and DRAM products on Netlist's request. Samsung claims that it was only required to supply NAND and DRAM chips for manufacturing a specific NVDIMM-P product if this product was ever commercialized. Netlist claims that Samsung materially breached its contract with Netlist by failing to supply NAND and DRAM products upon Netlist's request.  Samsung claims that it did not materially breach the contract because it had no obligation to supply Netlist with NAND and DRAM products other than for the NVDIMM-P product.

The Court has already determined that section 6.2 constitutes a definite and binding obligation on Samsung. The Court has also already determined that Netlist complied with all of its obligations under the JDLA. It will be your job to determine whether Samsung materially breached JDLA by failing to comply with Section 6.2.


Dated: March 12, 2024         Counsel for Plaintiff

*/s/ Jason Sheasby*

Jason Sheasby
A. Matthew Ashley
Michael Harbour
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

*Attorneys for Plaintiff Netlist, Inc.*