JASON SHEASBY, SBN 205455
jsheasby@irell.com
MICHAEL HARBOUR, SBN 298185
mharbour@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

A. MATTHEW ASHLEY, SBN 198235
mashley@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949.760.0991
Facsimile: 949.760.5200

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>     Defendant. | Case No. 8:20-cv-00993-MCS (ADS)<br><br>**NOTICE OF DELAY IN PREPARATION OF REVISED JOINT DISPUTED JURY INSTRUCTIONS**<br><br>Judge Mark C. Scarsi<br><br>Final Pretrial Conference:<br>Date:  March 18, 2024<br>Time:  2:00 p.m.<br><br>Trial: March 26, 2024 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11305095

1  Plaintiff Netlist, Inc., by and through its undersigned counsel,
2  respectfully submits this Notice that the parties have been working diligently on
3  preparing revised jury instructions. Netlist sent its last proposal at 5:20 PM on March
4  12, 2024. Defendant Samsung Electronics Co., Ltd. sent its last proposal at 2:30AM
5  on March 13, 2024. Netlist is waiting for Samsung's final approval to submit a joint
6  document. As soon as that is received, Netlist will file.

Dated: March 13, 2024          Counsel for Plaintiff

*/s/ Jason Sheasby*
Jason Sheasby
A. Matthew Ashley
Michael Harbour
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

***Attorneys for Plaintiff Netlist, Inc.***