MICHAEL G. YODER (SB 83059)
myoder@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 1700
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

MARC F. FEINSTEIN (SB 158901)
mfeinstein@omm.com
AMY R. LUCAS (SB 264034)
alucas@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6400

*Attorneys for Defendant*
Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC. a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | Case No.: 8:20-cv-00993-MCS-ADS<br><br>**DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'s PROPOSED STATEMENT OF THE CASE**<br><br>**Final Pretrial Conference:**<br><br>Date:      March 18, 2024<br>Time:      2:00 p.m.<br>Judge:     Hon. Mark C. Scarsi<br>Location:  Courtroom 7C |

Samsung Electronics Co., Ltd. ("Samsung") hereby submits the following proposed Statement of the Case.

## **PROPOSED STATEMENT OF THE CASE**

The plaintiff in this case, Netlist, designs, makes, and sells certain types of computer memory modules and components. The defendant, Samsung, designs, manufactures, and sells computer memory chips, memory modules, and components in addition to engaging in other businesses. These products have various applications, including being used in personal computers, servers, and consumer electronics.

This case involves a dispute over a contract between Netlist and Samsung called the Joint Development and License Agreement. In that contract the parties made various promises to each other. Among other things, the parties agreed to collaborate on the development of a new technology for a memory module and to grant each other patent licenses. Samsung also agreed to supply memory chips to Netlist called NAND and DRAM, make a payment to Netlist, and provide a loan to Netlist.

The parties disagree about the scope of Samsung's obligation to supply NAND and DRAM under the contract. Netlist claims that Samsung was required to fulfill all of Netlist's requests for NAND and DRAM and that Samsung's failure to do so was a material breach of the parties' agreement. Samsung claims that its obligation to supply NAND and DRAM was limited to the parties' technology collaboration and the commercialization of the product the parties were seeking to develop together and denies that it breached the contract or that any breach was material.

Dated: March 13, 2024

O'MELVENY & MYERS LLP

By: */s/ Marc F. Feinstein*
Marc F. Feinstein
Attorneys for Defendant Samsung Electronics Co., Ltd.