UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:20-cv-00993-MCS-ADS | Date March 22, 2024 |
| Title *Netlist Inc. v. Samsung Elecs. Co., Ltd.* | |

Present: The Honorable **Mark C. Scarsi, United States District Judge**

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RESETTING TRIAL SCHEDULE

The Court held a status conference on March 18, 2024. (Mins., ECF No. 475.) Having considered the issues discussed at the conference, the Court resets the final pretrial conference for April 15, 2024, at 2:00 p.m., and the first day of trial for May 14, 2024, at 8:30 a.m.

**IT IS SO ORDERED.**