JASON SHEASBY, SBN 205455
jsheasby@irell.com
LISA S. GLASSER, SBN 223406
lglasser@irell.com
MICHAEL HARBOUR, SBN 298185
mharbour@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile:  310.203.7199

A. MATTHEW ASHLEY, SBN 198235
mashley@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949.760.0991
Facsimile:  949.760.5200

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>    Defendant. | Case No. 8:20-cv-00993-MCS (ADS)<br><br>**NETLIST INC.'S NOTICE OF EX PARTE APPLICATION TO RESET FINAL PRE-TRIAL CONFERENCE DUE TO CONFLICT WITH PREVIOUSLY SET TRIAL; MEMORANDUM OF POINTS AND AUTHORITIES** |

# NOTICE OF EX PARTE APPLICATION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE that, as soon as this matter may be heard, in Courtroom 7C of the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, CA 90012, Plaintiff Netlist Inc. ("Netlist") will and hereby does move to reset the Final Pre-Trial Conference ("FPTC") scheduled for April 15, 2024 at 2 p.m. (when Netlist's lead counsel and one of the two other primary trial counsel will be in a previously-set trial in Texas) to May 6, 2024.

This Motion is based on this Notice; the concurrently filed Memorandum of Points and Authorities; the Declaration of Jason Sheasby; the concurrently lodged Proposed Order; such matters of which this Court may take judicial notice; the other records, pleadings, and papers filed in this action; and any other documentary evidence or arguments that may be presented to this Court at hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 and L.R. 7-19, which took place on March 26, 2024, during which counsel for Netlist orally informed counsel for Defendant Samsung Electronics Co. Ltd. that Netlist would be filing an ex parte application to reset the FPTC for May 6, 2024. Counsel for Samsung informed Netlist that Samsung opposes Netlist's requested date of May 6, 2024. Pursuant to L.R. 7-19, the name, address, telephone number and e-mail address of counsel for Samsung are included below:

## LIST OF SAMSUNG'S COUNSEL

| | |
|---|---|
| **Amy Riley Lucas**<br>O'Melveny and Myers LLP<br>1999 Avenue of the Stars 7th Floor<br>Los Angeles, CA 90067-6035<br>310-246-6700<br>Fax: 310-246-6779<br>Email: alucas@omm.com<br>*ATTORNEY TO BE NOTICED* | **Gerard A. Savaresse**<br>O'Melveny and Myers LLP<br>7 Times Square, 33rd Floor<br>New York, NY 10036<br>212-326-2000<br>Email: gsavaresse@omm.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Anton Metlitsky**<br>O'Melveny and Myers LLP<br>Times Square Tower | **Marc F. Feinstein**<br>OMelveny and Myers LLP<br>400 South Hope Street 18th Floor |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

|   |   |
|---|---|
| 7 Times Square<br>New York, NY 10036<br>212-326-2000<br>Fax: 212-326-2061<br>Email: ametlitsky@omm.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Anwar L. Graves**<br>O'Melveny and Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5300<br>Email: agraves@omm.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Darin W. Snyder**<br>O'Melveny and Myers LLP<br>Two Embarcadero Center 28th Floor<br>San Francisco, CA 94111<br>415-984-8700<br>Fax: 415-984-8701<br>Email: dsnyder@omm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Emilie Winckel Hamilton**<br>O'Melveny and Myers LLP<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660<br>949-823-6900<br>Fax: 949-823-6994<br>Email: ehamilton@omm.com<br>*ATTORNEY TO BE NOTICED* | Los Angeles, CA 90071-2899<br>213-430-6000<br>Fax: 213-430-6407<br>Email: mfeinstein@omm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Marc J. Pensabene**<br>O'Melveny and Myers LLP<br>Time Square Tower, 7 Times Square<br>New York, NY 10036<br>212-326-2000<br>Fax: 212-326-2061<br>Email: mpensabene@omm.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael G. Yoder**<br>O'Melveny and Myers LLP<br>610 Newport Center Drive, Suite 1700<br>Newport Beach, CA 92660<br>949-760-9600<br>Fax: 949-823-6994<br>Email: myoder@omm.com<br>*ATTORNEY TO BE NOTICED* |

Dated: March 26, 2024

Respectfully submitted,

IRELL & MANELLA LLP

Jason Sheasby
A. Matthew Ashley
Lisa S. Glasser
Michael Harbour

By: */s/ Jason Sheasby*
Jason Sheasby

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

# MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Local Rule 7-19, Netlist respectfully requests that the Court reset the Final Pretrial Conference ("FPTC") currently scheduled for April 15, 2024 to May 6, 2024. Netlist's lead counsel in this matter and another member of its trial team will be in trial on April 15, 2024 in the Eastern District of Texas in the matter of *G+ Communications, LLC v. Samsung Electronics Co. LTD,* Case No. 2:22-cv-00078-JRG. Sheasby Decl. ¶ 2. The same counsel have another trial in the Eastern District of Texas set for trial on April 29, 2024: *Netlist, Inc. v. Micron Technology, Inc.* Case No. 2:22-cv-00294-JRG. *Id.* The same attorney is lead counsel in both of these trials, as well as the trial before this Court, and will be in Texas for trial preparation and trial from April 4 through the April 29, 2024 trial. *Id.* ¶ 3.

This Court's Standing Order states that moving a hearing date requires "good cause." Standing Order for Civil Cases § 4. Good cause exists here. On March 12, 2024, Samsung requested a continuance of the originally scheduled March 26, 2024 trial date. Dkt. 470. In a joint statement filed concurrently with that request, Netlist informed the Court that the two members of its three-person trial team who were most knowledgeable about the JDLA—Jason Sheasby and Lisa Glasser—had trials scheduled for April 15, 2024 and April 29, 2024 before Judge Gilstrap in the Eastern District of Texas. *Id.* at 4:18-5:8. On March 22, 2024, this Court issued an order continuing the Final Pre-Trial Conference to April 15, 2024 and the trial to May 14, 2024. Dkt. 479. Given that Netlist's lead counsel will be in Texas preparing back-to-back trials starting on April 4 through the April 29 trial, the next available date that lead counsel can attend the FPTC is May 6, 2024. Netlist will be substantially prejudiced if its chosen counsel is unable to attend the FPTC due to a pre-existing conflict.

In contrast, Samsung will suffer no prejudice if the FPTC is reset for May 6, 2024. Netlist reached out to Samsung on March 22, 2024—the day the Court's order setting the FPTC date was issued. Sheasby Decl. ¶ 4. Samsung did not substantively

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

respond until March 25, 2024, when it declined to agree. On March 26, 2024 the parties orally met and conferred. *Id.* Samsung acknowledged that it has no conflict on May 6, 2024. Samsung's only basis for opposing Netlist's request is that May 6, 2024 is just over one week before the beginning of trial. *Id.* ¶ 5.

Samsung's concern is unfounded and directly contradicted by its prior representation to this Court that the FPTC should take place one week before trial. The original FPTC date (March 18, 2024) was set with exactly this spacing before the original trial date (March 26, 2024) *at the request of Samsung's own counsel*. Dkt. 391 (MSJ Hearing Tr.) at 12: 2-4 ("The only request that I would make, Your Honor, is if we could do the final pretrial conference just the week before because of scheduling issues, that would be appreciated."). This spacing of the trial and FPTC dates requested by Samsung to accommodate its own counsel's schedule, and adopted by the Court, is equally appropriate now. Samsung claims that the case has somehow become more complicated, but the case is largely unchanged since the original setting. Moreover, Samsung has a large legal team (at least seven attorneys attended the last hearing, including four partners at counsel table) that should have no difficulty preparing for a 3-4 day trial starting more than a week after May 6.

Samsung asked Netlist to include in this submission a statement that Samsung "does not oppose accommodating Netlist's April 15 trial conflict." Sheasby Decl., Ex. A at 1. Samsung's requested statement is not accurate. Samsung stated during meet-and-confer that its "accommodation" is to set the FPTC on April 8 or 22—dates on which Samsung is aware that Netlist's key trial team members will be in Texas. *Id.* at 2-3. Samsung stated that Netlist should be able to appear because, at the status conference, while Netlist stated that while it could not start trial on April 9 due to the Texas trials, it also asked if the Court had availability a few days earlier. Dkt. 476 at 23:9-12. Samsung stated that it could not be prepared for an early April trial setting. Netlist's counsel is now scheduled to be in Texas continuously from April 8 through the April 29 trial for the intensive trial preparation associated with the two back-to-

back April trials. Samsung's refusal to agree to re-set the FPTC to May 6 has the effect (regardless of intent) of using scheduling of a hearing as a bludgeon. There is no basis to prejudice Netlist in this matter, or harm preparation for the other two trials, particularly given that the spacing of the FPTC and trial date Netlist is proposing is *exactly* the spacing that Samsung requested, and the Court adopted, for the March 26 trial date.

Netlist thus respectfully requests that the Application be granted.

Dated: March 26, 2024                                  Respectfully submitted,

                                                       IRELL & MANELLA LLP
                                                       Jason Sheasby
                                                       A. Matthew Ashley
                                                       Lisa S. Glassser
                                                       Michael Harbour


                                                       By: */s/ Jason Sheasby*
                                                           Jason Sheasby

## **PROOF OF SERVICE**

I, Jason Sheasby, am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party within this action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276. On March 26, 2024, I served the foregoing document on Defendant's counsel of record as listed below.

                                                       */s/ Jason Sheasby*
                                                       Jason Sheasby

**SERVICE LIST**

**Amy Riley Lucas**
O'Melveny and Myers LLP
1999 Avenue of the Stars 7th Floor
Los Angeles, CA 90067-6035
310-246-6700
Fax: 310-246-6779
Email: alucas@omm.com
*ATTORNEY TO BE NOTICED*

**Anton Metlitsky**
O'Melveny and Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-326-2000
Fax: 212-326-2061
Email: ametlitsky@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anwar L. Graves**
O'Melveny and Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5300
Email: agraves@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Darin W. Snyder**
O'Melveny and Myers LLP
Two Embarcadero Center 28th Floor
San Francisco, CA 94111
415-984-8700
Fax: 415-984-8701
Email: dsnyder@omm.com
*ATTORNEY TO BE NOTICED*

**Emilie Winckel Hamilton**
O'Melveny and Myers LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
949-823-6900
Fax: 949-823-6994
Email: ehamilton@omm.com
*ATTORNEY TO BE NOTICED*

**Gerard A. Savaresse**
O'Melveny and Myers LLP
7 Times Square, 33rd Floor
New York, NY 10036
212-326-2000
Email: gsavaresse@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc F. Feinstein**
OMelveny and Myers LLP
400 South Hope Street 18th Floor
Los Angeles, CA 90071-2899
213-430-6000
Fax: 213-430-6407
Email: mfeinstein@omm.com
*ATTORNEY TO BE NOTICED*

**Marc J. Pensabene**
O'Melveny and Myers LLP
Time Square Tower, 7 Times Square
New York, NY 10036
212-326-2000
Fax: 212-326-2061
Email: mpensabene@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael G. Yoder**
O'Melveny and Myers LLP
610 Newport Center Drive, Suite 1700
Newport Beach, CA 92660
949-760-9600
Fax: 949-823-6994
Email: myoder@omm.com
*ATTORNEY TO BE NOTICED*