**NOTE CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | Case No. 8:20-cv-00993-MSC-ADS<br><br>**ORDER GRANTING NETLIST, INC.'S EX PARTE APPLICATION TO RESET FINAL PRE-TRIAL CONFERENCE DUE TO CONFLICT WITH PREVIOUSLY SET TRIAL (ECF NO. 483)**<br><br>Hon. Mark C. Scarsi |

1     The Court, having considered the materials and arguments submitted by

2   Plaintiff, Netlist, Inc. in its Ex Parte Application to Reset the Final Pre-Trial

3   Conference Due to Conflict with Previously Set Trial ("the Application"), and the

4   declaration of Jason Sheasby submitted in support thereof, and having found good

5   cause, hereby **ORDERS** as follows:

6     The Application is **GRANTED**.  The Final Pre-Trial Conference is set for May

7   6, 2024, at ~~9:00am~~ **2:00 p.m.**

8     **IT IS SO ORDERED.**

9

10

11   DATED: MARCH 28, 2024

        _____

12                                         Mark C. Scarsi
                                           United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

~~Proposed~~ Order
Case No. 8:20-cv-00993-MSC-ADS