UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>    Defendant. | Case No. 8:20-cv-00993-MSC-ADS<br><br>**[PROPOSED] ORDER GRANTING NETLIST INC.'S EX PARTE APPLICATION FOR EXPEDITED RESOLUTION OF NETLIST'S MOTION TO QUASH**<br><br>Hon. Mark C. Scarsi |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 1 -

1  The Court, having considered the materials and arguments submitted by
2  Plaintiff, Netlist, Inc. in its Ex Parte Application to Expedite Resolution of its
3  Motion to Quash ("the Application"), and the declaration of Michael Harbour
4  submitted in support thereof, and having found good cause, hereby ORDERS as
5  follows:
6  The Application is **GRANTED**. Resolution of Netlist's Motion to Quash
7  Trial Subpoena on Gail Sasaki will be resolved without a hearing on the following
8  briefing schedule:
9  - Samsung's Opposition to the Motion to Quash will be due on April 15,
10    2024;
11  - Netlist's Reply will be due on April 19, 2024.
12  **IT IS SO ORDERED.**

14  Dated: _____, 2024

_____

Hon. Mark C. Scarsi

United States District Judge

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations