1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10         SOUTHERN DIVISION

11

12  NETLIST INC., a Delaware        )   Case No. 8:20-cv-00993-MSC-ADS
    corporation,                    )
13                                  )   **NETLIST INC.'S WITNESS LIST**
            Plaintiff,              )
14                                  )   Trial Date: May 14, 2024
        vs.                         )
15                                  )   Final Pre-Trial Conference: May 6, 2024
    SAMSUNG ELECTRONICS CO.,        )
16  LTD., a Korean corporation,     )   Judge: Hon. Mark C. Scarsi
                                    )
17          Defendant.             )

18
19
20
21
22
23
24
25
26
27
28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

Netlist, Inc.'s Witness List
Case No. 8:20-cv-00993-MSC-ADS

- 1 -

| Witness | Summary of Testimony/ Why Testimony Unique | Time for Direct Exam (hours | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| C.K. Hong c/o Irell & Manella LLP 1800 Avenue of the Stars, Suite 900 Los Angeles, California 90067 | Netlist CEO; Background about Netlist, Netlist's relationship with Samsung, the negotiation of JDLA, the technology covered by the JDLA, the joint development project, Samsung's breach of its supply obligation, and harm to Netlist. | 45 mins | | |
| Devon Park c/o Irell & Manella LLP 1800 Avenue of the Stars, Suite 900 Los Angeles, California 90067 | Netlist VP of Marketing and Sales; Background about Netlist, Netlist relationship with Samsung, the technology covered by the JDLA, the joint development project, Samsung's breach of its supply obligation, and harm to Netlist | 45 mins | | |
| Noel Whitley c/o Irell & Manella LLP 1800 Avenue of the Stars, Suite 900 Los Angeles, California 90067 | Netlist General Counsel; Background about Netlist, the technology covered by the JDLA, the joint development project, the negotiation of the JDLA, Samsung's breach of its supply obligation, and harm to Netlist | 25 mins | | |
| *Neal Knuth c/o O'Melveny & Myers LLP 610 Newport Center Drive, Suite 1700 Newport Beach, | Samsung sales representative for Netlist; Samsung's breach of its supply obligation and harm to Netlist | 20 mins | | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

Netlist, Inc.'s Witness List
Case No. 8:20-cv-00993-MSC-ADS

- 2 -

| | | | | |
|---|---|---|---|---|
| California 92660 | | | | |
| *Indong Kim c/o O'Melveny & Myers LLP 610 Newport Center Drive, Suite 1700 Newport Beach, California 92660<br><br>[possibly live and/or by deposition, with deposition plays pending motion] | Principal Engineer; Negotiation of the JDLA, Samsung's breach of its supply obligation, and harm to Netlist | 20 mins | | |
| *Steven Metz c/o O'Melveny & Myers LLP 610 Newport Center Drive, Suite 1700 Newport Beach, California 92660 | Samsung VP of Sales; Samsung's breach of its supply obligation its supply obligation, and harm to Netlist | 20 mins | | |
| *Harrison Yoo c/o O'Melveny & Myers LLP 610 Newport Center Drive, Suite 1700 Newport Beach, California 92660 | Samsung Director of Memory Sales; Samsung's breach of its supply obligation, and harm to Netlist | 15 mins | | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

Netlist, Inc.'s Witness List
Case No. 8:20-cv-00993-MSC-ADS

- 3 -

| | | | | |
|---|---|---|---|---|
| [live and/or by deposition] | | | | |
| *Joseph Calandra c/o O'Melveny & Myers LLP 610 Newport Center Drive, Suite 1700 Newport Beach, California 92660 [by deposition, pending motion] | Samsung VP of Sales; Samsung's breach of its supply obligation, and harm to Netlist | 5 mins | | |
| *Ho-Jung Kim c/o O'Melveny & Myers LLP 610 Newport Center Drive, Suite 1700 Newport Beach, California 92660 [possibly live and/or by deposition] | Senior Professional; Negotiation of the JDLA, Samsung's breach of its supply obligation, and harm to Netlist | 10 mins | | |
| *Byung Yeop Jeon c/o O'Melveny & Myers LLP 610 Newport Center Drive, Suite 1700 Newport Beach, California 92660 | Senior Professional; Samsung's breach of its supply obligation and harm to Netlist | 10 mins | | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

Netlist, Inc.'s Witness List
Case No. 8:20-cv-00993-MSC-ADS

- 4 -

| | | | | |
|---|---|---|---|---|
| 1<br>2 | [possibly live and/or by deposition] | | | |
| 3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | *Lane Kim c/o O'Melveny & Myers LLP 610 Newport Center Drive, Suite 1700 Newport Beach, California 92660<br><br>[possibly live and/or by deposition] | Samsung Sales Representative; Samsung's breach of its supply obligation and harm to Netlist | 10 mins | |
| 12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20 | *Hyun Ki Ji c/o O'Melveny & Myers LLP 610 Newport Center Drive, Suite 1700 Newport Beach, California 92660<br><br>[possibly live and/or by deposition] | Senior VP Samsung memory division; Samsung's breach of supply obligation and harm to Netlist | 10 mins | |
| 21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | *Larry Tedesco c/o Irell & Manella LLP 1800 Avenue of the Stars, Suite 900 Los Angeles, California 90067<br><br>[conditionally listed in case | Netlist's expert on harm and topics related to materiality of breach | 10 mins. | |

| | | | |
|---|---|---|---|
| Samsung's contemplated motion in limine to preclude percipient testimony related to the value of the supply obligation and license is granted] | | | |
| *Kyuhan Han c/o O'Melveny & Myers LLP 610 Newport Center Drive, Suite 1700 Newport Beach, California 92660 [possibly live and/or by deposition] | Samsung's VP of Device Solutions; Negotiation of the JDLA and Samsung's material breach of the JDLA | 10 mins. | |

**\*These witnesses below will only be called if the need arises**

Netlist also reserves the right to call any witness identified on Samsung's witness list and any witness, whether or not on the parties' witness lists, necessary to rebut evidence or testimony presented by Samsung.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

Netlist, Inc.'s Witness List
Case No. 8:20-cv-00993-MSC-ADS

- 6 -