JASON SHEASBY, SBN 205455
jsheasby@irell.com
MICHAEL HARBOUR, SBN 298185
mharbour@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile:  310.203.7199

A. MATTHEW ASHLEY, SBN 198235
mashley@irell.com
LISA S. GLASSER, SBN 223406
lglasser@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949.760.0991
Facsimile:  949.760.5200

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>             Defendant. | CASE NO. 8:20-cv-993-MCS (ADS)<br><br>**CHART REGARDING DAY 1 DEPOSITION DESIGNATIONS** |

Pursuant to Dkt. 498 (Trial Procedures), Netlist submits the following chart including all Day 1 deposition designations to which there is an objection, and the parties' related positions. The transcripts containing the parties' designations and counter-designations are attached hereto as Exhibits A-D.

Dated: May 13, 2024                Respectfully submitted,

                                   IRELL & MANELLA LLP

                                   Jason Sheasby
                                   A. Matthew Ashley
                                   Lisa S. Glasser
                                   Michael Harbour

                                   By: */s/ Jason Sheasby*
                                   Jason Sheasby

Dated:  May 13, 2024__


                                   By: */s/ Marc Pensabene*
                                   Marc Pensabene
                                   O'Melveny & Myers, LLP
                                   Attorneys for Defendant
                                   Samsung Electronics Co., Ltd.

## ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filings is submitted, concur in the filing's content and have authorized the filing.


Dated: May 13, 2024                Respectfully submitted,

                                   */s/ Jason Sheasby*

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations