JASON SHEASBY, SBN 205455
jsheasby@irell.com
MICHAEL HARBOUR, SBN 298185
mharbour@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile:  310.203.7199

A. MATTHEW ASHLEY, SBN 198235
mashley@irell.com
LISA S. GLASSER, SBN 223406
lglasser@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949.760.0991
Facsimile:  949.760.5200

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | Case No. 8:20-cv-00993-MCS (ADS)<br><br>**NETLIST INC.'S NOTICE OF EX PARTE APPLICATION TO PRECLUDE DISCUSSION OF OTHER SUPPLY AGREEMENTS**<br><br>Hon. Mark C. Scarsi |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

-i-

# NOTICE OF EX PARTE APPLICATION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE that, as soon as this matter may be heard, in Courtroom 7C of the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, CA 90012, Plaintiff Netlist Inc. ("Netlist") will and hereby does move for an order precluding Samsung from eliciting any testimony from Hyun Ki Ji regarding supply agreements Samsung may have entered into with any other party.

This Motion is based on this Notice; the concurrently filed Memorandum of Points and Authorities; the Declaration of Jason Sheasby; the concurrently lodged Proposed Order; such matters of which this Court may take judicial notice; the other records, pleadings, and papers filed in this action; and any other documentary evidence or arguments that may be presented to this Court at hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 and L.R. 7-19, which took place on May 14, 2024, during which counsel for Netlist orally informed counsel for Defendant Samsung Electronics Co. Ltd. that Netlist would be filing an ex parte application seeking an order precluding Samsung from eliciting any testimony from Hyun Ki Ji regarding supply agreements Samsung may have entered into with any other party. Counsel for Samsung informed Netlist that Samsung opposes Netlist's request. Pursuant to L.R. 7-19, the name, address, telephone number and e-mail address of counsel for Samsung are included below:

## LIST OF SAMSUNG'S COUNSEL

| **Amy Riley Lucas**<br>O'Melveny and Myers LLP<br>1999 Avenue of the Stars 7th Floor<br>Los Angeles, CA 90067-6035<br>310-246-6700<br>Fax: 310-246-6779<br>Email: alucas@omm.com<br>*ATTORNEY TO BE NOTICED* | **Gerard A. Savaresse**<br>O'Melveny and Myers LLP<br>7 Times Square, 33rd Floor<br>New York, NY 10036<br>212-326-2000<br>Email: gsavaresse@omm.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|---|---|
| **Anton Metlitsky**<br>O'Melveny and Myers LLP<br>Times Square Tower | **Marc F. Feinstein**<br>OMelveny and Myers LLP<br>400 South Hope Street 18th Floor |

| | |
|---|---|
| 7 Times Square<br>New York, NY 10036<br>212-326-2000<br>Fax: 212-326-2061<br>Email: ametlitsky@omm.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Anwar L. Graves**<br>O'Melveny and Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5300<br>Email: agraves@omm.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Darin W. Snyder**<br>O'Melveny and Myers LLP<br>Two Embarcadero Center 28th Floor<br>San Francisco, CA 94111<br>415-984-8700<br>Fax: 415-984-8701<br>Email: dsnyder@omm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Emilie Winckel Hamilton**<br>O'Melveny and Myers LLP<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660<br>949-823-6900<br>Fax: 949-823-6994<br>Email: ehamilton@omm.com<br>*ATTORNEY TO BE NOTICED* | Los Angeles, CA 90071-2899<br>213-430-6000<br>Fax: 213-430-6407<br>Email: mfeinstein@omm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Marc J. Pensabene**<br>O'Melveny and Myers LLP<br>Time Square Tower, 7 Times Square<br>New York, NY 10036<br>212-326-2000<br>Fax: 212-326-2061<br>Email: mpensabene@omm.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael G. Yoder**<br>O'Melveny and Myers LLP<br>610 Newport Center Drive, Suite 1700<br>Newport Beach, CA 92660<br>949-760-9600<br>Fax: 949-823-6994<br>Email: myoder@omm.com<br>*ATTORNEY TO BE NOTICED* |

Dated: May 14, 2024

Respectfully submitted,

IRELL & MANELLA LLP

Jason Sheasby
A. Matthew Ashley
Lisa S. Glasser
Michael Harbour

By: */s/ Jason Sheasby*
Jason Sheasby

| | |
|---|---|
| 1 | **MEMORANDUM OF POINTS AND AUTHORITIES** |
| 2 | Pursuant to Local Rule 7-19, Netlist respectfully requests that the Court |
| 3 | preclude Samsung from eliciting any testimony from Hyun Ki Ji regarding supply |
| 4 | agreements Samsung may have entered into with any other party. As described below, |
| 5 | Netlist will be irreparably prejudiced if the underlying motion is heard according to |
| 6 | regularly noticed motion procedures, and Netlist is without fault in creating the need |
| 7 | for ex parte relief. Samsung represented in opening that its witness Hyun-Ki Ji would |
| 8 | testify at trial regarding how no other supply agreement in which Samsung has entered |
| 9 | ever involved a supply commitment like Netlist represents it received in the JDLA. |
| 10 | Netlist promptly met and conferred with Samsung, and when it became clear the |
| 11 | parties were at an impasse, Netlist prepared this motion for relief. Netlist cannot seek |
| 12 | expedited resolution of this Motion under regular noticed procedures because under |
| 13 | those procedures the motion to expedite could not be heard and resolved until after |
| 14 | trial has completed. |
| 15 | Samsung represented during opening statements that Samsung witness Hyun |
| 16 | Ki Ji would testify about other supply agreements besides the JDLA: |

> "In fact, ***you will hear from Mr. Ji that Samsung has never entered into such an agreement*** promising an unlimited supply of memory products."

5-14-24 Trial Transcript (179:15-18). Mr. Ji should be precluded from offering any testimony about other supply agreements besides the JDLA at trial.

First, Mr. Ji was not disclosed as having such knowledge:

| | |
|---|---|
| Hyun-Ki Ji<br>c/o O'Melveny & Myers LLP<br>610 Newport Center Drive, Suite 1700<br>Newport Beach, California 92660 | JDLA negotiations / communications with Netlist post-execution of JDLA / Personally involved in JDLA negotiations and post-execution communications |

Dkt. 520 (Samsung witness list). For this reason alone, Mr. Ji is not allowed to testify as to this subject. *Ovieda v. Sodexo Operations, LLC*, No. CV 12-1750, 2013 WL

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

-1-

12122413, at *6 (C.D. Cal. Oct. 9, 2013) (precluding testimony on subject for failure to adequately disclose the subject matter of the witnesses testimony).

Moreover, Mr. Ji affirmatively testified at his deposition that he was not involved in sales at Samsung in any manner. Ex. 1 (Ji Depo Tr.) at 74:2-7.

Mr. Ji was not designated as a 30(b)(6) witness, nor is he the corporate representative at trial. Samsung is using this as one of the tools for allowing him to evade examination by Netlist in its case-in-chief. Because of this, he cannot testify as to the experience of the company as a whole.

.

Netlist thus respectfully requests that the Application be granted.

| | | |
|---|---|---|
| 1 | Dated: May 14, 2024, | Respectfully submitted, |
| 2 | | IRELL & MANELLA LLP |
| 3 | | Jason Sheasby<br>A. Matthew Ashley |
| 4 | | Lisa S. Glassser<br>Michael Harbour |
| 5 | | |
| 6 | | By: */s/ Jason Sheasby*<br>Jason Sheasby |

## **PROOF OF SERVICE**

I, N. Isabella Chestney, am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party within this action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276. On May 14, 2024, I served the foregoing document on Defendant's counsel of record as listed below.

*/s/ N. Isabella Chestney*
N. Isabella Chestney

## **SERVICE LIST**

| | |
|---|---|
| **Amy Riley Lucas**<br>O'Melveny and Myers LLP<br>1999 Avenue of the Stars 7th Floor<br>Los Angeles, CA 90067-6035<br>310-246-6700<br>Fax: 310-246-6779<br>Email: alucas@omm.com<br>*ATTORNEY TO BE NOTICED* | **Gerard A. Savaresse**<br>O'Melveny and Myers LLP<br>7 Times Square, 33rd Floor<br>New York, NY 10036<br>212-326-2000<br>Email: gsavaresse@omm.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Anton Metlitsky**<br>O'Melveny and Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>212-326-2000<br>Fax: 212-326-2061<br>Email: ametlitsky@omm.com | **Marc F. Feinstein**<br>OMelveny and Myers LLP<br>400 South Hope Street 18th Floor<br>Los Angeles, CA 90071-2899<br>213-430-6000<br>Fax: 213-430-6407<br>Email: mfeinstein@omm.com<br>*ATTORNEY TO BE NOTICED* |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anwar L. Graves**
O'Melveny and Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5300
Email: agraves@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Darin W. Snyder**
O'Melveny and Myers LLP
Two Embarcadero Center 28th Floor
San Francisco, CA 94111
415-984-8700
Fax: 415-984-8701
Email: dsnyder@omm.com
*ATTORNEY TO BE NOTICED*

**Emilie Winckel Hamilton**
O'Melveny and Myers LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
949-823-6900
Fax: 949-823-6994
Email: ehamilton@omm.com
*ATTORNEY TO BE NOTICED*

**Marc J. Pensabene**
O'Melveny and Myers LLP
Time Square Tower, 7 Times Square
New York, NY 10036
212-326-2000
Fax: 212-326-2061
Email: mpensabene@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael G. Yoder**
O'Melveny and Myers LLP
610 Newport Center Drive, Suite 1700
Newport Beach, CA 92660
949-760-9600
Fax: 949-823-6994
Email: myoder@omm.com
*ATTORNEY TO BE NOTICED*

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

-4-