UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 8:20-cv-00993-MCS-ADS |
| Title: | Netlist Inc. v. Samsung Electronics Co., Ltd. |
| Date | May 15, 2024 |

Present: The Honorable **Mark C. Scarsi, United States District Judge**

| Stephen Montes Kerr | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Jason G. Sheasby, Lisa Sharrock Glasser, A. Matthew Ashley, and Michael Harbour | Marc F. Feinstein, Amy R. Lucas, Darin Snyder, Marc J. Pensabene, Anton Metlitsky, and Emilie W. Hamilton |

_____ Day Court Trial          **Second** Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   **X** Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by
**✓** Witnesses called, sworn and testified.   **✓** Exhibits Identified   **✓** Exhibits admitted.
_____ Plaintiff(s) rest.          _____ Defendant(s) rest.
_____ Closing arguments made by _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.
_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.
_____ Jury Verdict in favor of _____ plaintiff(s)   _____ defendant(s) is read and filed.
_____ Jury polled.   _____ Polling waived.
_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.
_____ Judgment by Court for _____ plaintiff(s)   _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by _____ plaintiff(s)   _____ defendant(s).
_____ Case submitted.   _____ Briefs to be filed by
_____ Motion to dismiss by _____ is _____ granted.   _____ denied.   _____ submitted.
_____ Motion for mistrial by _____ is _____ granted.   _____ denied.   _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted.   _____ denied.   _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
**✓** Case continued to   **May 16, 2024, at 8:30 a.m.**   for further trial/further jury deliberation.
**✓** Other: Ex Parte Application to Exclude Discussion of Other Supply Agreements is deemed DENIED as moot [540]. The Court defers ruling on Ex Parte Application to Exclude Live Testimony of Mr. Hyun-Ki Ji [537]

                                                              6 : 31
                                        Initials of Deputy Clerk   SMO

cc: