UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 8:20-cv-00993-MCS-ADS |
| Title: | Netlist Inc. v. Samsung Electronics Co., Ltd. |
| Date | May 16, 2024 |

Present: The Honorable Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

Attorneys Present for Plaintiff(s):
Jason G. Sheasby, Lisa Sharrock Glasser, A. Matthew Ashley, Michael Harbour, Benjamin Manzin-Monnin

Attorneys Present for Defendants:
Marc F. Feinstein, Amy R. Lucas, Darin Snyder, Marc J. Pensabene, and Paula Mendez

___ Day Court Trial    Third Day Jury Trial

___ One day trial:   ___ Begun (1st day);   X Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
✓ Witnesses called, sworn and testified.    ✓ Exhibits Identified    ✓ Exhibits admitted.
✓ Plaintiff(s) rest.    ✓ Defendant(s) rest.
___ Closing arguments made by ___ plaintiff(s) ___ defendant(s).    ___ Court instructs jury.
___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.
___ Jury Verdict in favor of ___ plaintiff(s) ___ defendant(s) is read and filed.
___ Jury polled.    ___ Polling waived.
___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.
___ Judgment by Court for ___ plaintiff(s) ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s) ___ defendant(s).
___ Case submitted.    Briefs to be filed by ___
___ Motion to dismiss by ___ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by ___ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by ___ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to May 17, 2024, at 8:30 a.m. for further trial/further jury deliberation.
✓ Other: Ex Parte Application for Sanctions is GRANTED in part and DENIED in part [544]. Defendant's Rule 50 motion is GRANTED in part and DENIED in part. Plaintiff's Rule 50 motions are DENIED.

6 : 07

Initials of Deputy Clerk    SMO

cc: