# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 8:20-cv-00993-MCS-ADS |
| Title: | Netlist Inc. v. Samsung Electronics Co., Ltd. |
| Date | May 17, 2024 |

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Jason G. Sheasby, Lisa Sharrock Glasser, A. Matthew Ashley, and Michael Harbour | Marc F. Feinstein, Amy R. Lucas, Darin Snyder, Marc J. Pensabene, and Anton Witlisky |

___ Day Court Trial   Fourth Day Jury Trial

___ One day trial:   ___ Begun (1st day);   ___ Held & Continued;   **X** Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by ___
___ Witnesses called, sworn and testified.   ___ Exhibits Identified   ___ Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
✓ Closing arguments made by   ✓ plaintiff(s)   ✓ defendant(s).   ✓ Court instructs jury.
✓ Bailiff(s) sworn.   ✓ Jury retires to deliberate.   ___ Jury resumes deliberations.
✓ Jury Verdict in favor of   ✓ plaintiff(s)   ___ defendant(s) is read and filed.
✓ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ✓ Filed jury notes.   ✓ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by ___
___ Motion to dismiss by ___ is ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by ___ is ___ granted.   ___ denied.   ___ submitted.
___ Motion for Judgment/Directed Verdict by ___ is ___ granted.   ___ denied.   ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to ___ for further trial/further jury deliberation.
✓ Other: Parties are to meet and confer regarding any post-trial motions.

|  | 1 : 51 |
|---|---|
| Initials of Deputy Clerk | SMO |

cc: