JURY NOTE NO. ___1___

FILED
CLERK, U.S. DISTRICT COURT
5/17/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DATE: __5/17/24__

TIME: __1131__

CASE NO. 8:20-cv-00993-MCS-ADS

CASE NAME: *Netlist Inc. v. Samsung Electronics Co., Ltd.*

THE JURY HAS REACHED A UNANIMOUS VERDICT _____

THE JURY REQUESTS THE FOLLOWING:

Location of 'MOU' in the binder

The MOU is Exhibit 1111b.



REDACTED
_____
FOREPERSON OF THE JURY