JURY NOTE NO. __2__



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DATE: __5/17/24__

TIME: __12:40__

CASE NO. 8:20-cv-00993-MCS-ADS

CASE NAME: *Netlist Inc. v. Samsung Electronics Co., Ltd.*

THE JURY HAS REACHED A UNANIMOUS VERDICT __YES__

THE JURY REQUESTS THE FOLLOWING:

**REDACTED**

_____
FOREPERSON OF THE JURY