FILED
CLERK, U.S. DISTRICT COURT

5/17/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___OMO___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., <br><br> Defendant. | Case No. 8:20-cv-00993-MCS-ADS <br><br> **VERDICT FORM** |

# VERDICT

We answer the questions submitted to us as follows:

**QUESTION NO. 1:**

At the time the parties entered the Joint Development and License Agreement, what did the parties intend Section 6.2 to mean?

✓ A. Samsung agreed to supply NAND and DRAM products to Netlist without limitation to the parties' NVDIMM-P joint development project on Netlist's request at a competitive price.

___ B. Samsung agreed to supply NAND and DRAM products to Netlist for the parties' NVDIMM-P joint development project on Netlist's request at a competitive price.

*If your answer to Question No. 1 is option A, answer Question No. 2. If your answer to Question No. 1 is option B, do not answer Question No. 2, and have the presiding juror sign and date this form.*

**QUESTION NO. 2:**

Did Netlist prove that Samsung's breach of Section 6.2 was material?

✓ Yes

___ No

*Have the presiding juror sign and date this form.*

Dated: 5/17/24              Signed: **REDACTED**
                                    Presiding Juror

1