# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Netlist Inc<br><br>PLAINTIFF(S)<br><br>v.<br><br>Samsung Electronics Co., Ltd.<br><br>DEFENDANT(S) | CASE NUMBER<br><br>8:20-cv-00993-MCS-ADS<br><br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry   have/has been corrected as indicated below.

Title of scanned document: __FOR COURT USE ONLY: STATISTICAL CORRECTION__

Filed date: __5/28/24__   Document Number(s): __585__

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from   ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to   ☐ Western ☐ Southern ☐ Eastern   division. Pursuant to General Order 23-05, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern   division. The former case number _____ has been reassigned to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF   was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: __COURT USE ONLY STATISTICAL ENTRY   Erroneously issued docket number 585 and notice of electronic filing__

CLERK, U.S. DISTRICT COURT

Date: __5/28/2024__   By: __Linda_Chai@cacd.uscourts.gov__
Deputy Clerk