UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:20-cv-00993-MCS-ADS | Date June 20, 2024 |
| Title *Netlist Inc. v. Samsung Elecs. Co., Ltd.* | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER REQUIRING PARTIES TO FILE STIPULATION**

At the conclusion of trial, the Court ordered the parties to meet and confer on a schedule for post-trial motions. (Mins., ECF No. 551.) Trial concluded a month ago, and the parties have yet to propose a schedule. The Court orders the parties to file within seven days either a stipulation proposing a motion schedule to which they both agree or a stipulation for entry of judgment. Failure to comply will result in entry of judgment consistent with the verdict, which would trigger inflexible deadlines. *See* Fed. R. Civ. P. 6(b)(2); (*see also* Order Re: Request for Clarification 1, ECF No. 287 (stating court preference to resolve typical postjudgment motions before formal entry of judgment)).

**IT IS SO ORDERED.**