1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| NETLIST INC., a Delaware corporation, | Case No. 8:20-cv-00993-MCS (ADS) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING POST-TRIAL BRIEFING SCHEDULE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, | Hon. Mark C. Scarsi |
| Defendant. | |

1  The parties' Joint Stipulation Regarding Post-Trial Briefing Schedule is hereby
2  GRANTED.
3
4
5  Dated: _____, 2024
6
7                                                         _____
8                                                         Hon. Mark C. Scarsi
9                                                         United States District Judge