UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>　　　　　Defendant. | Case No. 8:20-cv-00993-MCS-ADS<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING POST-TRIAL BRIEFING SCHEDULE (ECF No. 588)**<br><br>Hon. Mark C. Scarsi |

The parties' Joint Stipulation Regarding Post-Trial Briefing Schedule is hereby GRANTED. Post-trial motions are due June 21, 2024; oppositions to the motions are due July 19, 2024; and replies in support of the motions are due August 2, 2024.

Dated: June 24, 2024

*Mark C. Scarsi*
Mark C. Scarsi
United States District Judge