DARIN SNYDER (SB 136003)
dsnyder@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

MARC F. FEINSTEIN (SB 158901)
mfeinstein@omm.com
AMY R. LUCAS (SB 264034)
alucas@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6400

MARC J. PENSABENE (*pro hac vice*)
mpensabene@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Attorneys for Defendant
Samsung Electronics Co. Ltd.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC. a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | Case No.: 8:20-cv-00993-MCS-ADS<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(B) OR, IN THE ALTERNATIVE, NEW TRIAL PURSUANT TO FED. R. CIV. P. 59** |

1

**[PROPOSED] ORDER**

2        The Court, having considered the materials and arguments submitted by

3    Defendant Samsung Electronics Co., Ltd. ("Samsung") in its Motion for Judgment

4    as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b), or, in the Alternative, New

5    Trial Pursuant to Fed. R. Civ. P. 59, and the Declaration of Amy R. Lucas in

6    support thereof, hereby ORDERS as follows:

7        (1) Samsung's Motion for Judgment as a Matter of Law Pursuant to Fed. R.

8    Civ. P. 50(b) is GRANTED, and judgment shall be entered in the form of the

9    [Proposed] Judgment attached as **Exhibit A** hereto (the "Judgment").

10        (2) Samsung's Motion for New Trial Pursuant to Fed. R. Civ. P. 59 is

11    conditionally GRANTED in the event that the Judgment is later vacated or

12    reversed.

13

14        IT IS SO ORDERED.

15

16    DATED: _____, 2024        _____

17                          The Honorable Mark C. Scarsi
                              UNITED STATES DISTRICT JUDGE

18

19

20    *[ALTERNATIVELY]*

21

22        The Court, having considered the materials and arguments submitted by

23    Defendant Samsung Electronics Co., Ltd. ("Samsung") in its Motion for Judgment

24    as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b), or, in the Alternative, New

25    Trial Pursuant to Fed. R. Civ. P. 59, and the Declaration of Amy R. Lucas in

26    support thereof, hereby ORDERS as follows:

27

28

(1) Samsung's Motion for New Trial Pursuant to Fed. R. Civ. P. 59 is GRANTED and the Court hereby orders a new trial.


DATED: _____, 2024

The Honorable Mark C. Scarsi
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NETLIST INC. a Delaware corporation,

            Plaintiff,

      v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,

            Defendant.

CASE NO. 8:20-cv-00993-MCS-ADS

**[PROPOSED] JUDGMENT**

Pursuant to Court's ruling on Samsung's Motion for Judgment as a Matter of Law Pursuant to Federal Rule of Civil Procedure 50(b) (Dkt. __), and the Ninth Circuit's Memorandum (Dkt. 334), it is ordered, adjudged and decreed:

1. Judgment is entered in favor of Defendant Samsung Electronics Co., Ltd. ("Samsung") and against Plaintiff Netlist Inc. ("Netlist") on Netlist's First Claim for Relief for breach of Section 6.2 of the Joint Development and Licensing Agreement ("JDLA").

2. Judgment is entered in favor of Samsung and against Netlist on Netlist's Second Claim for Relief for breach of Sections 3.1-.2 of the JDLA.

3. Judgment is entered in favor of Samsung and against Netlist on Netlist's Third Claim for Relief for Declaratory Relief.  Netlist did not properly terminate the JDLA pursuant to JDLA § 13.2, and Samsung's licenses and rights under the JDLA remain in full force and effect.

IT IS SO ORDERED AND ADJUDGED.

DATED:  _____, 2024

_____
The Honorable Mark C. Scarsi
UNITED STATES DISTRICT JUDGE