JASON SHEASBY, SBN 205455
jsheasby@irell.com
LISA S. GLASSER, SBN 223406
lglasser@irell.com
MICHAEL HARBOUR, SBN 298185
mharbour@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile:  310.203.7199

A. MATTHEW ASHLEY, SBN 198235
mashley@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949.760.0991
Facsimile:  949.760.5200

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| NETLIST INC., a Delaware corporation, | Case No. 8:20-cv-00993-MCS (ADS) |
|---|---|
| Plaintiff, | **DECLARATION OF MICHAEL HARBOUR REGARDING MEET AND CONFER OVER THE ISSUES PRESENTED IN SAMSUNG'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR NEW TRIAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, | |
| Defendant. | |

# DECLARATION OF MICHAEL HARBOUR

I, Michael Harbour, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I submit this declaration pursuant to this Court's order requiring "the parties to conduct a live conference of counsel" over Samsung Electronics Co., Ltd.'s ("Samsung") Motion for Judgment as a Matter of Law or a New Trial (the "Motion"). Dkt. 595 at 2-3.

3. On Monday, July 8, 2024, I participated in a meet and confer via telephone with Marc Pensabene and Amy Lucas, counsel for Samsung in this matter. Counsel met and conferred on the issues raised in Samsung's Motion, including the alleged juror bias issue, but were not able to reach a resolution.

Executed on July 15, 2024, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _____
Michael Harbour