| | |
|---|---|
| JASON SHEASBY, SBN 205455<br>jsheasby@irell.com<br>LISA S. GLASSER, SBN 223406<br>lglasser@irell.com<br>MICHAEL HARBOUR, SBN 298185<br>mharbour@irell.com<br>IRELL & MANELLA LLP<br>1800 Ave. of the Stars<br>Los Angeles, CA 90067<br>Telephone: 310.203.7096<br>Facsimile: 310.203.7199<br><br>A. MATTHEW ASHLEY, SBN 198235<br>mashley@irell.com<br>ERICKA DIMEGLIO, SBN 347855<br>edimeglio@irell.com<br>IRELL & MANELLA LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660<br>Telephone: 949.760.0991<br>Facsimile: 949.760.5200<br><br>Attorneys for Plaintiff Netlist Inc. | MARC J. PENSABENE (*pro hac vice*)<br>mpensabene@omm.com<br>O'MELVENY & MYERS LLP<br>1301 Avenue of the Americas Ste 1700<br>New York, New York 10019<br>Telephone:  (212) 326-2000<br>Facsimile:   (212) 326-2061<br><br>DARIN SNYDER (SB 136003)<br>dsnyder@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California  94111<br>Telephone:  (415) 984-8700<br>Facsimile:   (415) 984-8701<br><br>MARC F. FEINSTEIN (SB 158901)<br>mfeinstein@omm.com<br>AMY R. LUCAS (SB 264034)<br>alucas@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, California 90071<br>Telephone:  (213) 430-6000<br>Facsimile:   (213) 430-6400<br><br>Attorneys for Defendant<br>Samsung Electronics Co. Ltd. |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NETLIST INC. a Delaware corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>       Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**JOINT REQUEST FOR DECISION PURSUANT TO LOCAL RULE 83-9.2** |

## **REQUEST FOR DECISION PURSUANT TO LOCAL RULE 83-9.2**

Local Rule 83-9.2 imposes a duty on counsel under which, "[i]f the Court does not render and file its decision on a submitted matter within 120 days of submission, all counsel shall, within 130 days after the matter is submitted for decision, file with the Court a joint request that such decision be made without further delay." Pursuant to this Rule, counsel for Samsung Electronics Co., Ltd. ("Samsung") and Netlist Inc. ("Netlist") hereby submit this joint request.

Pending before the Court are the following motions:

- Samsung's Motion for Evidentiary Hearing and Limited Discovery Related Thereto (Dkt. 589), which the Court took under submission without argument on August 14, 2024 (Dkt. 617).

- Netlist's Motion for Entry of Judgment (Dkt. 593), which the Court took under submission on August 14, 2024 (Dkt. 617).

- Samsung's Motion for Judgment as a Matter of Law, or in the Alternative, for a New Trial (Dkt. 596), which the Court took under submission following oral argument on August 26, 2024 (Dkt. 633).

- Netlist's Motion to Strike New Evidence and Argument in Samsung's Replies (Dkt. 625), which the Court took under submission without argument on August 28, 2024 (Dkt. 634).

As of December 26, 2024, more than 120 days will have passed since the submission of the above motions.[1] Accordingly, in fulfilment of the duty imposed

---

[1] For Dkt. Nos. 589 and 593, the 120 day period has expired. For Dkt. Nos. 596 and 625, the 120 day period will expire on December 24 and December 26, respectively. The present notice is being filed shortly before the expiration of the 120 day period for these last two motions due to the upcoming holiday and to avoid troubling the court with multiple filings.

by Local Rule 83-9.2, counsel for Samsung and Netlist jointly submit this request that decisions be made on the above motions, with a copy of this request to the Chief Judge.

Dated: December 23, 2024

| IRELL & MANELLA LLP | O'MELVENY & MYERS LLP |
|---|---|
| By: */s/ Lisa Glasser* | By: */s/ Marc J. Pensabene* |
| Attorneys for Plaintiff Netlist, Inc | Attorneys for Defendant Samsung Electronics Co., Ltd. |