UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:20-cv-00993-MCS-DFM | Date January 13, 2025 |
| Title *Netlist Inc. v. Samsung Elecs. Co., Ltd.* | |

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING TRIAL DATE AND PRETRIAL CONFERENCE

Upon granting a new trial, the Court ordered "the parties to meet and confer and file a joint statement by January 7, 2025, proposing dates for a jury trial to begin no later than April 1, 2025." (Order 17, ECF No. 640.) The parties did not timely file a joint statement, instead opting to file independent statements providing argument the Court did not invite. (Samsung Statement, ECF No. 646; Netlist Statement, ECF No. 647; Samsung Resp., ECF No. 648.) The statements are stricken. Fed. R. Civ. P. 12(f). Trial is set for the date most convenient to the Court, March 18, 2025, at 8:30 a.m. The Court sets a pretrial conference for March 3, 2025, at 2:00 p.m.

The Court intends to try the case upon the final pretrial conference order, jury instructions, verdict form, and witness and exhibit lists used in the May 2024 trial. Any objections previously made to the instructions and verdict form are preserved and need not be resubmitted. Any request to modify the trial documents must be made by a duly noticed motion set for hearing at the status conference presenting good cause (or, as appropriate, satisfaction of Rule 16(e)) and attaching a redline tracking proposed modifications. Discovery remains closed.

IT IS SO ORDERED.