JASON SHEASBY, SBN 205455
jsheasby@irell.com
MICHAEL HARBOUR, SBN 298185
mharbour@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

A. MATTHEW ASHLEY, SBN 198235
mashley@irell.com
LISA S. GLASSER, SBN 223406
lglasser@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949.760.0991
Facsimile: 949.760.5200

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | Case No. 8:20-cv-00993-MCS (ADS)<br><br>**NETLIST INC.'S NOTICE OF UNOPPOSED EX PARTE APPLICATION TO RESET FINAL PRE-TRIAL CONFERENCE DUE TO CONFLICT WITH PREVIOUSLY SET TRIAL AND MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>**Current PTC Date: March 3, 2025**<br>Time: 2 p.m. PT<br>Location: Courtroom 7C<br>Judge: Hon. Mark C. Scarsi<br><br>**Trial:** March 18, 2025 |

# NOTICE OF EX PARTE APPLICATION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**: PLEASE TAKE NOTICE that, as soon as this matter may be heard, in Courtroom 7C of the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, CA 90012, Plaintiff Netlist Inc. ("Netlist") will and hereby does move for an order resetting the Final Pre-Trial Conference (PTC), currently set for March 3, 2025, to one week later on March 10, 2025, or to the first date thereafter when the Court is available. Defendant Samsung Electronics Co. Ltd. ("Samsung") has advised that they do not oppose this Motion.

This unopposed Motion is brought pursuant to Federal Rule of Civil Procedure 16, and Local Rule 16-9. Netlist is requesting to reset the PTC by one week because its lead trial counsel, and another member of its trial team, will be unable to attend the currently scheduled PTC due to a previously scheduled trial beginning in the District of Delaware on the same day, March 3, 2025.

This motion is made following the conference of counsel pursuant to L.R. 7-3 and L.R. 7-19, which took place on January 27, 2025. Counsel for Samsung informed Netlist that Samsung does not oppose Netlist's request.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Jason Sheasby, and any further evidence or argument as may be advanced at or prior to the hearing on this Motion.

Pursuant to L.R. 7-19, the name, address, telephone number and e-mail address of counsel for Samsung are included below:

## LIST OF SAMSUNG'S COUNSEL

| **Amy Riley Lucas**<br>O'Melveny and Myers LLP<br>1999 Avenue of the Stars 7th Floor<br>Los Angeles, CA 90067-6035<br>310-246-6700<br>Fax: 310-246-6779 | **Marc F. Feinstein**<br>O'Melveny and Myers LLP<br>400 South Hope Street 18th Floor<br>Los Angeles, CA 90071-2899<br>213-430-6000<br>Fax: 213-430-6407 |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

| | | |
|---|---|---|
| 1 | Email: alucas@omm.com<br>*ATTORNEY TO BE NOTICED* | Email: mfeinstein@omm.com<br>*ATTORNEY TO BE NOTICED* |
| 2 | | |
| 3 | **Anton Metlitsky**<br>O'Melveny and Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>212-326-2000<br>Fax: 212-326-2061<br>Email: ametlitsky@omm.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | **Marc J. Pensabene**<br>O'Melveny and Myers LLP<br>Time Square Tower, 7 Times Square<br>New York, NY 10036<br>212-326-2000<br>Fax: 212-326-2061<br>Email: mpensabene@omm.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| 8 | **Anwar L. Graves**<br>O'Melveny and Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5300<br>Email: agraves@omm.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | **Michael G. Yoder**<br>O'Melveny and Myers LLP<br>610 Newport Center Drive, Suite 1700<br>Newport Beach, CA 92660<br>949-760-9600<br>Fax: 949-823-6994<br>Email: myoder@omm.com<br>*ATTORNEY TO BE NOTICED* |
| 13 | **Darin W. Snyder**<br>O'Melveny and Myers LLP<br>Two Embarcadero Center 28th Floor<br>San Francisco, CA 94111<br>415-984-8700<br>Fax: 415-984-8701<br>Email: dsnyder@omm.com<br>*ATTORNEY TO BE NOTICED* | **Ryan Ken Yagura**<br>O'Melveny and Myers LLP<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles, CA 90067<br>310-553-6700<br>Fax: 949-823-6994<br>Email: ryagura@omm.com<br>*ATTORNEY TO BE NOTICED* |
| 17 | **Emilie Winckel Hamilton**<br>O'Melveny and Myers LLP<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660<br>949-823-6900<br>Fax: 949-823-6994<br>Email: ehamilton@omm.com<br>*ATTORNEY TO BE NOTICED* | **Leah Godesky**<br>O'Melveny and Myers LLP<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles, CA 90067<br>310-553-6700<br>Fax: 949-823-6994<br>Email: lgodesky@omm.com<br>*ATTORNEY TO BE NOTICED* |
| 21 | **Daniel M. Petrocelli**<br>O'Melveny and Myers LLP<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles, CA 90067<br>310-553-6700<br>Fax: 949-823-6994<br>Email: dpetrocelli@omm.com<br>*ATTORNEY TO BE NOTICED* | |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 27, 2025 | Respectfully submitted, |
| 3 | | IRELL & MANELLA LLP |
| 4 | | |
| 5 | | Jason Sheasby |
| | | A. Matthew Ashley |
| 6 | | Lisa S. Glasser |
| 7 | | Michael Harbour |
| 8 | | By: */s/ Jason Sheasby* |
| 9 | | Jason Sheasby |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Local Rule 7-19, Netlist respectfully requests that the Court reset the Final Pretrial Conference ("FPTC") currently scheduled for March 3, 2025 to March 10, 2025, or to the first date thereafter when the Court is available. Netlist's lead counsel in this matter and another member of its trial team will be in trial on March 3, 2025 in the District of Delaware in the matter of *Fundamental Innovation Sys. Int'l v. Anker Innovations Ltd.*, Case No. 21-339-RGA. Sheasby Decl. ¶ 2. Ex parte relief is warranted here because there is insufficient time for a hearing along the Court's ordinary scheduling guidelines, and Samsung does not oppose the application.

This Court's Standing Order states that moving a hearing date requires "good cause." Standing Order for Civil Cases § 4. Good cause exists here. Given that Netlist's lead counsel will be in Delaware on the currently scheduled date, the next available date that lead counsel can attend the FPTC is March 10, 2024. Netlist will be substantially prejudiced if its chosen counsel is unable to attend the FPTC due to a pre-existing conflict. Additionally, counsel for the parties conferred on this motion and counsel for Samsung does not oppose. Resetting the PTC for one week later will not disrupt the trial schedule. As noted in the Court's Order Setting Trial Date and Pretrial Conference (ECF No. 649), the Court intends to try the case upon the final pretrial conference order, jury instructions, verdict form, and witness and exhibit lists used in the May 2024 trial. Thus, any disputes to be discussed at the PTC should be narrowly focused.

For these reasons, Netlist respectfully requests that the PTC be reset for March 10, 2025, or to the first date thereafter when the Court is available.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

-1-

Dated: January 27, 2025,

Respectfully submitted,

IRELL & MANELLA LLP
Jason Sheasby
A. Matthew Ashley
Lisa S. Glassser
Michael Harbour

By: */s/ Jason Sheasby*
Jason Sheasby

## **PROOF OF SERVICE**

I, N. Isabella Chestney, am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party within this action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276. On January 27, 2025, I served the foregoing document on Defendant's counsel of record as listed below.

*/s/ N. Isabella Chestney*
N. Isabella Chestney

**SERVICE LIST**

| | |
|---|---|
| **Amy Riley Lucas**<br>O'Melveny and Myers LLP<br>1999 Avenue of the Stars 7th Floor<br>Los Angeles, CA 90067-6035<br>310-246-6700<br>Fax: 310-246-6779<br>Email: alucas@omm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Anton Metlitsky**<br>O'Melveny and Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>212-326-2000<br>Fax: 212-326-2061<br>Email: ametlitsky@omm.com | **Marc F. Feinstein**<br>O'Melveny and Myers LLP<br>400 South Hope Street 18th Floor<br>Los Angeles, CA 90071-2899<br>213-430-6000<br>Fax: 213-430-6407<br>Email: mfeinstein@omm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Marc J. Pensabene**<br>O'Melveny and Myers LLP<br>Time Square Tower, 7 Times Square<br>New York, NY 10036<br>212-326-2000<br>Fax: 212-326-2061<br>Email: mpensabene@omm.com<br>*PRO HAC VICE* |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

| | |
|---|---|
| *PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Anwar L. Graves**<br>O'Melveny and Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5300<br>Email: agraves@omm.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Darin W. Snyder**<br>O'Melveny and Myers LLP<br>Two Embarcadero Center 28th Floor<br>San Francisco, CA 94111<br>415-984-8700<br>Fax: 415-984-8701<br>Email: dsnyder@omm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Emilie Winckel Hamilton**<br>O'Melveny and Myers LLP<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660<br>949-823-6900<br>Fax: 949-823-6994<br>Email: ehamilton@omm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel M. Petrocelli**<br>O'Melveny and Myers LLP<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles, CA 90067<br>310-553-6700<br>Fax: 949-823-6994<br>Email: dpetrocelli@omm.com<br>*ATTORNEY TO BE NOTICED* | *ATTORNEY TO BE NOTICED*<br><br>**Michael G. Yoder**<br>O'Melveny and Myers LLP<br>610 Newport Center Drive, Suite 1700<br>Newport Beach, CA 92660<br>949-760-9600<br>Fax: 949-823-6994<br>Email: myoder@omm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Ryan Ken Yagura**<br>O'Melveny and Myers LLP<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles, CA 90067<br>310-553-6700<br>Fax: 949-823-6994<br>Email: ryagura@omm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Leah Godesky**<br>O'Melveny and Myers LLP<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles, CA 90067<br>310-553-6700<br>Fax: 949-823-6994<br>Email: lgodesky@omm.com<br>*ATTORNEY TO BE NOTICED* |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

-3-