1

2

3

4                                            **NOTE CHANGES MADE BY THE COURT**

5

6

7

8                              UNITED STATES DISTRICT COURT

9                             CENTRAL DISTRICT OF CALIFORNIA

10                                    SOUTHERN DIVISION

11

12  NETLIST INC., a Delaware          )   Case No. 8:20-cv-00993-MCS-ADS
    corporation,                      )
                                      )   **ORDER GRANTING NETLIST**
13           Plaintiff,               )   **INC.'S UNOPPOSED EX PARTE**
                                      )   **APPLICATION TO RESET FINAL**
14      vs.                           )   **PRE-TRIAL CONFERENCE DUE TO**
                                      )   **CONFLICT WITH PREVIOUSLY**
15  SAMSUNG ELECTRONICS CO.,          )   **SET TRIAL (ECF No. 650)**
    LTD., a Korean corporation,       )
16                                    )   Hon. Mark C. Scarsi
             Defendant.               )
17                                    )

18

19

20

21

22

23

24

25

26

27

28

- 1 -

1       Plaintiff Netlist Inc. ("Netlist") filed an unopposed ex parte application to

2 reset the Final Pretrial Conference from March 3, 2025, to March 10, 2025, due to a

3 conflict with a previously set trial. Having fully considered Netlist's Unopposed

4 Application, the accompanying Memorandum of Points and Authorities, and all

5 other pertinent matters, IT IS HEREBY ORDERED THAT:

6       Plaintiff's Ex Parte Application is **GRANTED**. **The final pretrial**

7 **conference is continued to March 10, 2025, at 2:00 p.m. Any motions to modify**

8 **the trial documents must be set for hearing at the conference.**

9

10       **IT IS SO ORDERED.**

11

12 Dated: January 30, 2025

13

14                       _____

                              Mark C. Scarsi
                              United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28