JASON SHEASBY, SBN 205455
jsheasby@irell.com
LISA S. GLASSER, SBN 223406
lglasser@irell.com
MICHAEL HARBOUR, SBN 298185
mharbour@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

A. MATTHEW ASHLEY, SBN 198235
mashley@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949.760.0991
Facsimile: 949.760.5200

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

NETLIST INC., a Delaware corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,

Defendant.

Case No. 8:20-cv-00993-MCS (ADS)

**NETLIST INC.'S UNOPPOSED NOTICE OF EX PARTE APPLICATION TO FILE OPPOSITIONS TO PRETRIAL BRIEFING ON MONDAY, FEBRUARY 17, 2025; MEMORANDUM OF POINTS AND AUTHORITIES**

**Current Opposition Due Date**: Friday, February 14, 2025

PTC Date: March 10, 2025
Time: 2 p.m. PT
Location: Courtroom 7C
Judge: Hon. Mark C. Scarsi

# NOTICE OF EX PARTE APPLICATION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE that, as soon as this matter may be heard, in Courtroom 7C of the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, CA 90012, Plaintiff Netlist Inc. ("Netlist") will and hereby does move to reset the due date for filing of Netlist's oppositions to Samsung's pretrial motions (Dkts. 653, 655, 655-1, and 656) from February 14, 2025 to February 17, 2025. Defendant Samsung Electronics Co. Ltd. ("Samsung") has advised that it ***does not oppose*** this Motion provided the due dates for Samsung to file oppositions to Netlist's pretrial motions (Dkts. 654, 657, 660, 661, 662) are similarly reset from February 14, 2025 to February 17, 2025. This change in schedule will in no way impact when the motions are fully briefed for the Court.

This unopposed Motion is based on this Notice; the concurrently filed Memorandum of Points and Authorities; the concurrently lodged Proposed Order; such matters of which this Court may take judicial notice; the other records, pleadings, and papers filed in this action; and any other documentary evidence or arguments that may be presented to this Court at hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 and L.R. 7-19, which took place on February 12, 2025. Counsel for Samsung informed Netlist that Samsung does not oppose Netlist's request to reset the due dates for oppositions to all pre-trial motion such that they are due on February 17, 2025, the date they would normally be due but for the national holiday that falls on the 17th.

Pursuant to L.R. 7-19, the name, address, telephone number and e-mail address of counsel for Samsung are included below:

**LIST OF SAMSUNG'S COUNSEL**

| **Amy Riley Lucas** | **Gerard A. Savaresse** |
|---|---|
| O'Melveny and Myers LLP<br>1999 Avenue of the Stars 7th Floor<br>Los Angeles, CA 90067-6035 | O'Melveny and Myers LLP<br>7 Times Square, 33rd Floor<br>New York, NY 10036 |

310-246-6700
Fax: 310-246-6779
Email: alucas@omm.com
*ATTORNEY TO BE NOTICED*

**Anton Metlitsky**
O'Melveny and Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-326-2000
Fax: 212-326-2061
Email: ametlitsky@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anwar L. Graves**
O'Melveny and Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5300
Email: agraves@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Darin W. Snyder**
O'Melveny and Myers LLP
Two Embarcadero Center 28th Floor
San Francisco, CA 94111
415-984-8700
Fax: 415-984-8701
Email: dsnyder@omm.com
*ATTORNEY TO BE NOTICED*

**Emilie Winckel Hamilton**
O'Melveny and Myers LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
949-823-6900
Fax: 949-823-6994
Email: ehamilton@omm.com
*ATTORNEY TO BE NOTICED*

212-326-2000
Email: gsavaresse@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc F. Feinstein**
OMelveny and Myers LLP
400 South Hope Street 18th Floor
Los Angeles, CA 90071-2899
213-430-6000
Fax: 213-430-6407
Email: mfeinstein@omm.com
*ATTORNEY TO BE NOTICED*

**Marc J. Pensabene**
O'Melveny and Myers LLP
Time Square Tower, 7 Times Square
New York, NY 10036
212-326-2000
Fax: 212-326-2061
Email: mpensabene@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael G. Yoder**
O'Melveny and Myers LLP
610 Newport Center Drive, Suite 1700
Newport Beach, CA 92660
949-760-9600
Fax: 949-823-6994
Email: myoder@omm.com
*ATTORNEY TO BE NOTICED*

**Ryan Ken Yagura**
OMelveny and Myers LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
310-553-6700
Fax: 949-823-6994
Email: ryagura@omm.com
*ATTORNEY TO BE NOTICED*

**Leah Godesky**
OMelveny and Myers LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
310-553-6700
Fax: 949-823-6994
Email: lgodesky@omm.com
*ATTORNEY TO BE NOTICED*

Dated: February 12, 2025

Respectfully submitted,

IRELL & MANELLA LLP

Jason Sheasby
A. Matthew Ashley
Lisa S. Glasser
Michael Harbour

By: *<u>/s/ Jason Sheasby</u>*
Jason Sheasby

IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

-3-

# MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Local Rule 7-19, Netlist respectfully requests to reset the due date for filing oppositions to pretrial motions from February 14, 2025 to February 17, 2025. Between the parties there have been nine motions.

This Court's Standing Order states that extensions of time require a showing of "good cause." Standing Order for Civil Cases § 4. Good cause exists here.

Trial is set to commence in this matter on March 18, 2025. Dkt. 649. The pretrial conference is scheduled for March 10, 2025. Dkt. 651 at 2.

The Court previously ordered that "[t]he Court intends to try the case upon the final pretrial conference order, jury instructions, verdict form, and witness and exhibit lists used in the May 2024 trial." Dkt. 649. The Court further noted that "[a]ny request to modify the trial documents must be made by a duly noticed motion set for hearing at the status conference presenting good cause (or, as appropriate, satisfaction of Rule 16(e)) and attaching a redline tracking proposed modifications. Discovery remains closed." *Id.*

On February 10, 2025, the parties filed nine pretrial motions (Dkts. 653, 654, 655, 655-1, 656, 657, 659-1, 661, and 662). Under L.R. 7-9, oppositions to those motions would ordinarily be due on Monday, February 17, twenty-one days before the PTC (March 10, 2025) – the date designated for the hearing of the motions. However, because Monday, February 17 is a federal holiday, oppositions are currently be due on Friday, February 14. *See,* FRCP 6(a)(1)(C).

While the parties worked diligently to narrow all remaining disputes, significant disagreement remains, including at least relating to the impact of Samsung's decision to concede that – under Netlist's proposed construction of the JDLA supply clause – Samsung's breach of the JDLA was material. In light of this concession

Netlist submits that the breadth of the parties' motions present a significant risk of prejudice if sufficient time is not allowed for opposition briefing. However, due to

the President's Day holiday on Monday, February 17, oppositions are currently due on Friday, February 14. Under this schedule, the parties are afforded only four days to respond to the filings of Monday, February 10.

Reply briefing will be due on Monday, February 24 – fourteen days prior to the PTC – regardless of the date on which oppositions are due. Thus, the Court will have the complete briefing on February 24 regardless of the date oppositions are due, and the granting of this motion will not impact the amount of time available to the Court.

Thus, there is good cause to move the deadline for oppositions to Monday, February 17.

Netlist thus respectfully requests that the Application be granted.

Dated: February 12, 2025

Respectfully submitted,

IRELL & MANELLA LLP
Jason Sheasby
A. Matthew Ashley
Lisa S. Glassser
Michael Harbour

By: */s/ Jason Sheasby*
Jason Sheasby

**PROOF OF SERVICE**

I, N. Isabella Chestney, am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party within this action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276. On February 12, 2025, I served the foregoing document on Defendant's counsel of record as listed below.

*/s/ N. Isabella Chestney*
N. Isabella Chestney

**SERVICE LIST**

**Amy Riley Lucas**
O'Melveny and Myers LLP
1999 Avenue of the Stars 7th Floor
Los Angeles, CA 90067-6035
310-246-6700
Fax: 310-246-6779
Email: alucas@omm.com
*ATTORNEY TO BE NOTICED*

**Anton Metlitsky**
O'Melveny and Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-326-2000
Fax: 212-326-2061
Email: ametlitsky@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anwar L. Graves**
O'Melveny and Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5300
Email: agraves@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Darin W. Snyder**
O'Melveny and Myers LLP
Two Embarcadero Center 28th Floor
San Francisco, CA 94111
415-984-8700
Fax: 415-984-8701
Email: dsnyder@omm.com
*ATTORNEY TO BE NOTICED*

**Emilie Winckel Hamilton**
O'Melveny and Myers LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
949-823-6900
Fax: 949-823-6994
Email: ehamilton@omm.com
*ATTORNEY TO BE NOTICED*

**Gerard A. Savaresse**
O'Melveny and Myers LLP
7 Times Square, 33rd Floor
New York, NY 10036
212-326-2000
Email: gsavaresse@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc F. Feinstein**
OMelveny and Myers LLP
400 South Hope Street 18th Floor
Los Angeles, CA 90071-2899
213-430-6000
Fax: 213-430-6407
Email: mfeinstein@omm.com
*ATTORNEY TO BE NOTICED*

**Marc J. Pensabene**
O'Melveny and Myers LLP
Time Square Tower, 7 Times Square
New York, NY 10036
212-326-2000
Fax: 212-326-2061
Email: mpensabene@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael G. Yoder**
O'Melveny and Myers LLP
610 Newport Center Drive, Suite 1700
Newport Beach, CA 92660
949-760-9600
Fax: 949-823-6994
Email: myoder@omm.com
*ATTORNEY TO BE NOTICED*

**Ryan Ken Yagura**
OMelveny and Myers LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
310-553-6700
Fax: 949-823-6994
Email: ryagura@omm.com
*ATTORNEY TO BE NOTICED*

**Leah Godesky**
OMelveny and Myers LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
310-553-6700
Fax: 949-823-6994
Email: lgodesky@omm.com
*ATTORNEY TO BE NOTICED*

IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

-4-