UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>　　　　Defendant. | Case No. 8:20-cv-00993-MSC-ADS<br><br>**ORDER GRANTING NETLIST INC.'S UNOPPOSED *EX PARTE* APPLICATION TO FILE OPPOSITIONS TO PRETRIAL BRIEFING ON MONDAY, FEBRUARY 17, 2025 (ECF No. 665)**<br><br>Hon. Mark C. Scarsi |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

11277536

- 1 -

## ORDER

The Court, having considered the briefing on Netlist Inc.'s Unopposed *Ex Parte* Application to File Oppositions to Pretrial Briefing on Monday, February 17, 2025, is of the opinion that said motion should be **GRANTED**.

**IT IS SO ORDERED.**

Dated: February 12, 2025

*/s/ Mark C. Scarsi*
_____
Hon. Mark C. Scarsi
United States District Judge