JASON SHEASBY, SBN 205455
jsheasby@irell.com
MICHAEL HARBOUR, SBN 298185
mharbour@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

LISA S. GLASSER, SBN 223406
lglasser@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949.760.0991
Facsimile: 949.760.5200

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | Case No. 8:20-cv-00993-MCS (ADS)<br><br>**NETLIST INC.'S NOTICE OF EX PARTE APPLICATION TO RESET FINAL PRE-TRIAL CONFERENCE DUE TO CONFLICT WITH PREVIOUSLY SET TRIAL AND MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>**Current PTC Date: March 10, 2025**<br>Time: 2 p.m. PT<br>Location: Courtroom 7C<br>Judge: Hon. Mark C. Scarsi<br><br>**Trial:** March 18, 2025 |

# NOTICE OF EX PARTE APPLICATION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**: PLEASE TAKE NOTICE that, as soon as this matter may be heard, in Courtroom 7C of the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, CA 90012, Plaintiff Netlist Inc. ("Netlist") will and hereby does move for an order resetting the Final Pre-Trial Conference (PTC), currently set for March 10, 2025, to one day later on March 11, 2025, or to the first date thereafter when the Court is available. Alternatively, if the PTC were held via Zoom, that would also accommodate the conflict. Defendant Samsung Electronics Co. Ltd. ("Samsung") has advised that they oppose this Motion.

  This Motion is brought pursuant to Federal Rule of Civil Procedure 16, and Local Rule 16-9. Netlist is requesting to reset the PTC because its lead trial counsel, Mr. Sheasby, and another primary member of its trial team, Ms. Glasser, are attending a previously scheduled trial in the District of Delaware. Mr. Sheasby and Ms. Glasser are two of the three attorneys who will present witnesses at the trial in this case.

  This morning, the Court in Delaware advised that the trial will extend to March 10, 2025, the date of the PTC in this case, because the Delaware court has a dark day the preceding week. Netlist therefore respectfully requests that the PTC be reset to March 11 (or, if more convenient for the Court, March 12 or 13), or alternatively be held via Zoom, so that its core trial team, including lead counsel, can attend without prejudice to Netlist.

  Samsung counsel is available on the proposed dates. Samsung initially claimed its lead counsel has a "conflict" on March 11 and 12, but when the parties spoke orally Samsung counsel ultimately described the alleged conflict as simply "trial prep." Samsung also acknowledges it does not have any hard conflict March 13. Finally, Samsung refuses to agree to mutually proceed via Zoom if acceptable to the Court. In short, Samsung seeks to take advantage of the hard conflict that arose today due to

the Delaware court's schedule by blocking Netlist's primary counsel from participating in the PTC.

This motion is made following the conference of counsel pursuant to L.R. 7-3 and L.R. 7-19, which took place on February 21, 2025. Counsel for Samsung informed Netlist that Samsung opposes Netlist's request.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Jason Sheasby, and any further evidence or argument as may be advanced at or prior to the hearing on this Motion.

Pursuant to L.R. 7-19, the name, address, telephone number and e-mail address of counsel for Samsung are included below:

**LIST OF SAMSUNG'S COUNSEL**

| **Amy Riley Lucas** | **Marc F. Feinstein** |
|---|---|
| O'Melveny and Myers LLP | O'Melveny and Myers LLP |
| 1999 Avenue of the Stars 7th Floor | 400 South Hope Street 18th Floor |
| Los Angeles, CA 90067-6035 | Los Angeles, CA 90071-2899 |
| 310-246-6700 | 213-430-6000 |
| Fax: 310-246-6779 | Fax: 213-430-6407 |
| Email: alucas@omm.com | Email: mfeinstein@omm.com |
| *ATTORNEY TO BE NOTICED* | *ATTORNEY TO BE NOTICED* |
| **Anton Metlitsky** | **Marc J. Pensabene** |
| O'Melveny and Myers LLP | O'Melveny and Myers LLP |
| Times Square Tower | Time Square Tower, 7 Times Square |
| 7 Times Square | New York, NY 10036 |
| New York, NY 10036 | 212-326-2000 |
| 212-326-2000 | Fax: 212-326-2061 |
| Fax: 212-326-2061 | Email: mpensabene@omm.com |
| Email: ametlitsky@omm.com | *PRO HAC VICE* |
| *PRO HAC VICE* | *ATTORNEY TO BE NOTICED* |
| *ATTORNEY TO BE NOTICED* | |
| **Anwar L. Graves** | **Michael G. Yoder** |
| O'Melveny and Myers LLP | O'Melveny and Myers LLP |
| 1625 Eye Street NW | 610 Newport Center Drive, Suite 1700 |
| Washington, DC 20006 | Newport Beach, CA 92660 |
| 202-383-5300 | 949-760-9600 |
| Email: agraves@omm.com | Fax: 949-823-6994 |
| *PRO HAC VICE* | Email: myoder@omm.com |
| *ATTORNEY TO BE NOTICED* | *ATTORNEY TO BE NOTICED* |
| **Darin W. Snyder** | **Ryan Ken Yagura** |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

| | |
|---|---|
| O'Melveny and Myers LLP<br>Two Embarcadero Center 28th Floor<br>San Francisco, CA 94111<br>415-984-8700<br>Fax: 415-984-8701<br>Email: dsnyder@omm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Emilie Winckel Hamilton**<br>O'Melveny and Myers LLP<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660<br>949-823-6900<br>Fax: 949-823-6994<br>Email: ehamilton@omm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel M. Petrocelli**<br>O'Melveny and Myers LLP<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles, CA 90067<br>310-553-6700<br>Fax: 949-823-6994<br>Email: dpetrocelli@omm.com<br>*ATTORNEY TO BE NOTICED* | O'Melveny and Myers LLP<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles, CA 90067<br>310-553-6700<br>Fax: 949-823-6994<br>Email: ryagura@omm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Leah Godesky**<br>O'Melveny and Myers LLP<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles, CA 90067<br>310-553-6700<br>Fax: 949-823-6994<br>Email: lgodesky@omm.com<br>*ATTORNEY TO BE NOTICED* |

Dated: February 21, 2025

Respectfully submitted,

IRELL & MANELLA LLP

Jason Sheasby
Lisa S. Glasser
Michael Harbour

By: */s/ Jason Sheasby*
Jason Sheasby

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

-3-

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Local Rule 7-19, Netlist respectfully requests that the Court reset the Final Pretrial Conference ("FPTC") currently scheduled for March 10, 2025 to March 11, 2025, or to the first date thereafter when the Court is available. Netlist's lead counsel, Jason Sheasby, and another primary member of its trial team, Lisa Glasser, have a previously scheduled trial in the District of Delaware in the matter of *Fundamental Innovation Sys. Int'l v. Anker Innovations Ltd.*, Case No. 21-339-RGA. Sheasby Decl. ¶ 2. The Court in *Fundamental* informed the parties in that case today that the trial will extend to March 10, 2025 because one of the days the preceding week will need to be dark. *Id.* Ex parte relief is warranted here because there is insufficient time for a hearing along the Court's ordinary scheduling guidelines.

This Court's Standing Order states that moving a hearing date requires "good cause." Standing Order for Civil Cases § 4. Good cause exists here. Given that Netlist's counsel will be in Delaware on the currently scheduled date, as a result of a scheduling conflict over which Netlist and its counsel did not have control, the next available date is March 11, 2025. Netlist will be substantially prejudiced if its chosen counsel is unable to attend the PTC. Mr. Sheasby and Ms. Glasser are two of the three attorneys who will present witnesses at trial. They are Netlist's long time trial counsel and the most knowledgeable Netlist attorneys on the JDLA issues, having litigated it for years in the Eastern District of Texas as well as in the 2024 trial in this Court.

Resetting the PTC for the next day, March 11 (or on March 12 or 13, or having the hearing proceed entirely via Zoom if the Court is amenable) will not disrupt the trial schedule. As noted in the Court's Order Setting Trial Date and Pretrial Conference (ECF No. 649), the Court intends to try the case upon the final pretrial conference order, jury instructions, verdict form, and witness and exhibit lists used in the May 2024 trial. Thus, the PTC should be narrowly focused.

Netlist advised Samsung of the conflict immediately after it arose. Samsung stated that it opposed this motion. However, Samsung counsel is available on the

proposed dates. Samsung initially claimed its lead counsel has a "conflict" on March 11 and 12 and refused to identify what it was, and whether it could be moved. When the parties spoke orally Samsung counsel ultimately described the alleged conflict as simply "trial prep," and again was unable to identify any reason that it could not be shifted to another day (or another time the same day). Samsung also acknowledges it does not have any hard conflict on March 13 but nonetheless refused to agree not to oppose a request to move the PTC to that date.

      Samsung similarly stated that it is not willing to mutually conduct the PTC via Zoom. Samsung offered only a purported compromise of Samsung appearing in person and Netlist via Zoom, which is clearly unworkable, including because Netlist counsel would not be able to see the participants and displays by Samsung in the physical courtroom. Indeed, Samsung counsel stated that its own opposition to mutually proceeding via Zoom was that it perceived that Zoom presentations would be inadequate, even if all parties were similarly situated.

      For these reasons, Netlist respectfully requests that the PTC be reset for March 11, 2025, or to March 12 or 13 if more convenient for the Court.

Dated: February 21, 2025,           Respectfully submitted,

                                         IRELL & MANELLA LLP
                                         Jason Sheasby
                                         Lisa S. Glasser
                                         Michael Harbour

                                         By: */s/ Jason Sheasby*
                                                Jason Sheasby

# **PROOF OF SERVICE**

I, N. Isabella Chestney, am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party within this action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276. On February 21, 2025, I served the foregoing document on Defendant's counsel of record as listed below.

*/s/ N. Isabella Chestney*
N. Isabella Chestney

## **SERVICE LIST**

| **Amy Riley Lucas**<br>O'Melveny and Myers LLP<br>1999 Avenue of the Stars 7th Floor<br>Los Angeles, CA 90067-6035<br>310-246-6700<br>Fax: 310-246-6779<br>Email: alucas@omm.com<br>*ATTORNEY TO BE NOTICED* | **Marc F. Feinstein**<br>O'Melveny and Myers LLP<br>400 South Hope Street 18th Floor<br>Los Angeles, CA 90071-2899<br>213-430-6000<br>Fax: 213-430-6407<br>Email: mfeinstein@omm.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|
| **Anton Metlitsky**<br>O'Melveny and Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>212-326-2000<br>Fax: 212-326-2061<br>Email: ametlitsky@omm.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | **Marc J. Pensabene**<br>O'Melveny and Myers LLP<br>Time Square Tower, 7 Times Square<br>New York, NY 10036<br>212-326-2000<br>Fax: 212-326-2061<br>Email: mpensabene@omm.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Anwar L. Graves**<br>O'Melveny and Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5300<br>Email: agraves@omm.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | **Michael G. Yoder**<br>O'Melveny and Myers LLP<br>610 Newport Center Drive, Suite 1700<br>Newport Beach, CA 92660<br>949-760-9600<br>Fax: 949-823-6994<br>Email: myoder@omm.com<br>*ATTORNEY TO BE NOTICED* |
| **Darin W. Snyder**<br>O'Melveny and Myers LLP | **Ryan Ken Yagura**<br>O'Melveny and Myers LLP |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

| | |
|---|---|
| Two Embarcadero Center 28th Floor<br>San Francisco, CA 94111<br>415-984-8700<br>Fax: 415-984-8701<br>Email: dsnyder@omm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Emilie Winckel Hamilton**<br>O'Melveny and Myers LLP<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660<br>949-823-6900<br>Fax: 949-823-6994<br>Email: ehamilton@omm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel M. Petrocelli**<br>O'Melveny and Myers LLP<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles, CA 90067<br>310-553-6700<br>Fax: 949-823-6994<br>Email: dpetrocelli@omm.com<br>*ATTORNEY TO BE NOTICED* | 1999 Avenue of the Stars<br>8th Floor<br>Los Angeles, CA 90067<br>310-553-6700<br>Fax: 949-823-6994<br>Email: ryagura@omm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Leah Godesky**<br>O'Melveny and Myers LLP<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles, CA 90067<br>310-553-6700<br>Fax: 949-823-6994<br>Email: lgodesky@omm.com<br>*ATTORNEY TO BE NOTICED* |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations