DANIEL M. PETROCELLI (SB 97802)
dpetrocelli@omm.com
RYAN YAGURA (SB 197619)
ryagura@omm.com
DREW BREUDER (SB 198466)
dbreuder@omm.com
LEAH GODESKY (SB 336854)
lgodesky@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

MARC J. PENSABENE (*pro hac vice*)
mpensabene@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Attorneys for Defendant
Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | Case No. 8:20-cv-00993-MCS-ADS<br><br>**DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S MARCH 3, 2025 WITNESS LIST** |

Pursuant to Local Rule 16-5, the Court's Standing Order Re: Jury/Court Trial, and the Court's February 27, 2025 order (ECF No. 690), Defendant Samsung Electronics Co., Ltd. ("Samsung") hereby submits this March 3, 2025 Witness List of individuals who may be called to testify at trial in this matter.

In submitting this list, Samsung specifically reserves the right to amend, supplement, or otherwise modify these disclosures in response to rulings of the Court on pretrial motions, rulings during trial, or testimony and witness disclosures presented by Netlist. By including a witness on this list, Samsung does not take any position regarding whether an individual is within the subpoena power of the Court and does not waive any objections related thereto or as to the admissibility of testimony of any individual, all of which are reserved.

Subject to and without waiving the foregoing, Samsung submits the following list of individuals it intends to or may call as witnesses at trial, including current estimates of time for its direct and cross-examination of witnesses:

| Witness's Name,[1] Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Chun Ki "Chuck" Hong<br>c/o Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067 | JDLA negotiations; Netlist's procurement of NAND and DRAM; supply agreements; materiality of Samsung's alleged breach of JDLA; Netlist financial documents, condition, and | | 1.0 | [To be filled in during trial] |

---

[1] Witnesses who will be called only if the need arises are marked with an asterisk *.

| Witness's Name,[1] Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | public disclosures / Unique because is Netlist's CEO, directed Netlist's operations involving Samsung | | | |
| Paik Ki Hong c/o Irell & Manella LLP 1800 Avenue of the Stars, Suite 900 Los Angeles, California 90067 [by deposition or trial testimony designation] | Netlist's procurement of NAND and DRAM and other products; supply agreements / Supervised Netlist's procurement and sales of products | | 0.3 | [To be filled in during trial] |
| Raymond Jiang* c/o Irell & Manella LLP 1800 Avenue of the Stars, Suite 90 Los Angeles, California 90067 [by deposition designation] | Netlist's procurement of NAND and DRAM and other products from Samsung until 2018 / Directly communicated with Samsung regarding allocation and sales | | 0.15 | [To be filled in during trial] |
| Hyun-Ki Ji c/o O'Melveny & Myers LLP 610 Newport Center Drive, Suite 1700 Newport Beach, California 92660 | JDLA negotiations / communications with Netlist post-execution of JDLA / Personally involved in JDLA negotiations and | 1.0 | | [To be filled in during trial] |

| Witness's Name,[1] Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | post-execution communications | | | |
| Douglas Kidder* c/o O'Melveny & Myers LLP 610 Newport Center Drive, Suite 1700 Newport Beach, California 92660 [conditionally listed in the event Netlist's damages expert, Larry Tedesco, testifies] | Rebuttal to Netlist's damages expert | 0.3 | | [To be filled in during trial] |
| Indong Kim c/o O'Melveny & Myers LLP 610 Newport Center Drive, Suite 1700 Newport Beach, California 92660 | Joint development project performance / Supervised joint development project and directly communicated with Netlist regarding project | 0.6 | | [To be filled in during trial] |
| Kihoon "Lane" Kim* c/o O'Melveny & Myers LLP 610 Newport Center Drive, Suite 1700 Newport Beach, California 92660 [by deposition designation] | Samsung's interactions with Netlist following execution of JDLA including product allocation and sales; Samsung's supply agreements / Knowledge of Samsung's supply agreements | 0.15 | | [To be filled in during trial] |

| Witness's Name,[1] Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Neal Knuth c/o O'Melveny & Myers LLP 610 Newport Center Drive, Suite 1700 Newport Beach, California 92660 | Samsung's interactions with Netlist following JDLA / Involved with allocation and sales to Netlist and directly communicated with Netlist regarding sales | 0.6 | | [To be filled in during trial] |
| Steven Metz c/o O'Melveny & Myers LLP 610 Newport Center Drive, Suite 1700 Newport Beach, California 92660 | Samsung's interactions with Netlist following JDLA; Samsung's supply agreements / Involved with allocation and sales to Netlist, supervised Neal Knuth | 0.75 | | [To be filled in during trial] |
| Gail Sasaki c/o Irell & Manella LLP 1800 Avenue of the Stars, Suite 900 Los Angeles, California 90067 [live or by deposition designation] | JDLA negotiations; Netlist public disclosures; purchases of NAND and DRAM / Netlist's CFO, involved in JDLA negotiations, certified company financials | | 0.3 | [To be filled in during trial] |
| Hyeok-Sang "Harrison" Yoo* c/o O'Melveny & Myers LLP | Samsung's interactions with Netlist following execution of JDLA | 0.5 | | [To be filled in during trial] |

| Witness's Name,[1] Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| 610 Newport Center Drive, Suite 1700 Newport Beach, California 92660<br><br>[live or by deposition designation] | including product allocation and sales; Samsung's supply agreements / Knowledge of Samsung's supply agreements and global allocation process | | | |
| Steven Yu<br>c/o Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067 | Netlist's procurement of NAND and DRAM and other products from Samsung from 2018 to present / Directly communicated with Samsung regarding allocation and sales | | 0.35 | [To be filled in during trial] |

Dated: March 3, 2025

O'MELVENY & MYERS LLP

By: /s/ *Daniel M. Petrocelli*
Daniel M. Petrocelli
Attorneys for Defendant Samsung Electronics Co., Ltd.