1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10  NETLIST INC.,                        Case No. 8:20-cv-00993-MCS-ADS

11                 Plaintiff,            **ORDER RE: PROPOSED VOIR DIRE**
12                                       **QUESTIONNAIRE**

13          v.

14  SAMSUNG ELECTRONICS CO,
15  LTD.,

16                 Defendant.

17

18          The Court proposes the following written voir dire questionnaire. To facilitate

19  preparation and administration of the questionnaire, by March 11, 2025, the parties must

20  file a joint statement either consenting to the proposed questionnaire or proposing

21  modifications and, if the parties cannot agree on the proposed modifications, setting

22  forth the parties' respective positions thereon. The Court will finalize the questionnaire

23  after reviewing the parties' joint statement without hearing further argument.

24
25  Dated: March 4, 2025

26
                                         _____
27                                       MARK C. SCARSI
                                         UNITED STATES DISTRICT JUDGE
28

1

Thank you for performing your civic duty and participating in jury service today. Please answer the following questions to the best of your ability. If you are unsure how to respond to a question, please mark YES as your response.

| No. | Question | Response | |
|---|---|---|---|
| 1 | The Court read you a statement of the case. Have you heard or read anything about this case from the news, social media, or any other source? | ___ YES | ___ NO |
| 2 | Have you formed any opinions about this case that would prevent you from being a fair and impartial juror? | ___ YES | ___ NO |
| 3 | Is there anything about the parties or the case that would prevent you from being a fair and impartial juror? | ___ YES | ___ NO |
| 4 | The lawyers who will represent the parties at trial are Jason Sheasby, Michael Harbour, A. Matthew Ashley, and Lisa S. Glasser of Irell & Manella LLP, who represent Plaintiff Netlist Inc.; and Daniel M. Petrocelli, Ryan Yagura, Drew Breuder, Leah Godesky, and Marc J. Pensabene of O'Melveny & Myers LLP, who represent Defendant Samsung Electronics Co., Ltd. Do you know any of these attorneys? | ___ YES | ___ NO |
| 5 | Have you, any member of your immediate family (e.g., a spouse, significant other, child, parent, or sibling), or any of your close friends had any business dealings with, or been employed by, any of the attorneys or law firms listed in Question 4? | ___ YES | ___ NO |
| 6 | The presiding judge in this case is Mark C. Scarsi. Do you or anyone close to you know Judge Scarsi or any of the court staff present in the courtroom? | ___ YES | ___ NO |

| 7 | Individuals who may testify at trial include Chun Ki (C.K. or Chuck) Hong, Devon Park, Noel Whitley, Neal Knuth, Indong Kim, Steven Metz, Hyeok-Sang (Harrison) Yoo, Ho-Jung Kim, Byung Yeop Jeon, Kihoon (Lane) Kim, Hyun-Ki Ji, Larry Tedesco, Kyuhan Han, Paik Ki Hong, Raymond Jiang, Douglas Kidder, Steven Yu, and Gail Sasaki. Are you familiar with any of them? | ___ YES | ___ NO |
|---|---|---|---|
| 8 | Have you, any member of your immediate family, or any of your close friends had any business dealings with, or been employed by, Netlist Inc. or Samsung Electronics Co., Ltd.? | ___ YES | ___ NO |
| 9 | Do you have any prior knowledge, experience, or interactions with Netlist Inc. or Samsung Electronics Co., Ltd., that would make it difficult for you to be a fair and impartial juror in this case? | ___ YES | ___ NO |
| 10 | Do you hold or have you ever held stock in Netlist Inc. or Samsung Electronics Co., Ltd.? | ___ YES | ___ NO |
| 11 | Have you, any member of your immediate family, or any of your close friends ever had a particularly positive or negative experience with products offered by Netlist Inc. or Samsung Electronics Co., Ltd.? | ___ YES | ___ NO |
| 12 | Would you tend to favor one company, its witnesses, and its employees over another based on whether the company is big, small, domestic, or foreign? | ___ YES | ___ NO |
| 13 | Have you ever been involved in a contract dispute, or have you ever been in a situation where you believed that someone breached a contract? | ___ YES | ___ NO |

| 14 | Do you currently own or have you ever owned a business, or have you ever been involved in a business dispute? | ___ YES | ___ NO |
|---|---|---|---|
| 15 | Do you have a background in technology, information technology, or engineering? | ___ YES | ___ NO |
| 16 | Do you have any specialized or technical knowledge of or experience with patents and other intellectual property, computer hardware and software, memory components, microchips, or NAND and DRAM products? | ___ YES | ___ NO |
| 17 | Are you, any member of your immediate family, or any of your close friends studying, planning to work in, or currently working in a legal profession (e.g., as a lawyer, paralegal, or legal secretary)? | ___ YES | ___ NO |
| 18 | Have you served on a jury in a civil or criminal case before? | ___ YES | ___ NO |
| 19 | Have you ever been a witness in a civil or criminal case? | ___ YES | ___ NO |
| 20 | Have you ever filed a lawsuit, been sued, been charged with a crime, or otherwise been a party in a court proceeding? | ___ YES | ___ NO |
| 21 | Do you have any opinions about the court system that would make it difficult for you to be a fair and impartial juror in this case? | ___ YES | ___ NO |
| 22 | Would you have difficulty reaching a verdict solely based on the evidence presented at trial? | ___ YES | ___ NO |
| 23 | Are you aware of any reason why you would not be able to follow the law as instructed by the Court? | ___ YES | ___ NO |

| 24 | Witnesses in this case may testify in the Korean language with the assistance of an official court interpreter. The Court will instruct you that you must accept the interpreter's translation of testimony and that you must not make any assumptions about a witness or a party based solely on the use of an interpreter. Would you have any difficulty following this rule? | ___ YES | ___ NO |
|---|---|---|---|
| 25 | The Court will instruct you that you cannot do any research or investigation, including on the Internet, on any issues in the case, and that you cannot communicate with others about your jury service. Would you have any difficulty following this rule? | ___ YES | ___ NO |
| 26 | Trial will proceed Tuesday through Friday from approximately 9:00 a.m. to 5:00 p.m. The Court takes a break of at least 15 minutes after approximately every 90 minutes on the record. Mobile devices may not be used in the courtroom. Would you have any difficulty following this schedule and rule? | ___ YES | ___ NO |
| 27 | Is there anything else, including anything related to any other question, that you would like to tell the Court in connection with your service as a juror in this case? | ___ YES | ___ NO |

Please keep this questionnaire with you. The judge will ask you which questions you answered with a YES. If you answered any questions with a YES, please write down the numbers of those questions here. _____

_____