DANIEL M. PETROCELLI (SB 97802)
dpetrocelli@omm.com
RYAN YAGURA (SB 197619)
ryagura@omm.com
DREW BREUDER (SB 198466)
dbreuder@omm.com
LEAH GODESKY (SB 336854)
lgodesky@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

MARC J. PENSABENE (pro hac vice)
mpensabene@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Defendant*
Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**JOINT MOTION TO APPOINT ANN PARK AS INTERPRETER**<br><br>Judge: Hon. Mark C. Scarsi<br>Location: Courtroom 7C |

Plaintiff Netlist Inc. ("Netlist") and Defendant Samsung Electronics Co., Ltd. ("Samsung") (collectively, "the Parties") file this Joint Motion to Appoint Ann Park as Interpreter for Korean witnesses pursuant to Fed. R. Civ. P. 43(d) in the above cause and would show the Court the following:

Ms. Park is well qualified as a Korean interpreter. A copy of her CV is attached as Exhibit A to this motion. Parties agree that Ms. Park will not be utilized by either side for trial witness preparation.

DATED: March 5, 2025                    O'MELVENY & MYERS LLP

                                        By:    */s/ Ryan Yagura*
                                               Ryan Yagura
                                               Attorneys for Defendant Samsung
                                               Electronics Co., Ltd


DATED: March 5, 2025                    IRELL & MANELLA LLP

                                        By:    */s/ Michael Harbour*
                                               Michael Harbour
                                               Attorney for Plaintiff Netlist, Inc.

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 5, 2025                  **O'MELVENY & MYERS LLP**

                                      By:   */s/ Ryan Yagura*
                                            Ryan Yagura

# EXHIBIT A

# Ann Park
### Korean <> English Translator

**General Qualifications:**

- Native fluency in both English and Korean
- Master's degree in Linguistics
- Certified court interpreter in Virginia and Maryland
- Passed all phases of the language testing for the Federal Bureau of Investigation (FBI)
- U.S. Department of State Simultaneous Interpreter Contractor
- Associate Member of the American Translators Association
- Test examiner, National Center for State Courts
- Lecturer, Korean-English interpreting, Rutgers University, Asian Languages and Cultures

**General Legal Deposition Interpreting/Translation Experience**

**[IPR deposition & trial/hearing interpreting highlights]**

**Hitachi v. Samsung Display Device**
January 1998 – October 1998:
- Provided Korean to English document translations of technical, financial, marketing, accounting, and sales documents
- Served as project leader and check interpreter during discovery (depositions)

**Texas Instrument, Inc. v. Hyundai**
November 1998 – March 1999
- Provided Korean to English document translation of technical, marketing, and other documents

**OKI Electric Co., Ltd. v. LG Semicon, Inc.**
April 1999 – August 1999
- Served as interpreter of record at depositions

**Alcatel USA, Inc., et al. v. Samsung Electronics Co., Ltd., Samsung Telecommunications America, Samsung Information Systems America, Inc.**
November 1999 – January 2000
- Scheduled to serve as interpreter of record during trial (Case settled during trial) (two interpreters of record retained for the trial)

**LG Philips LCD Co., Ltd. v. NEC Corporation, et. al.**

April 2000 – January 2001
- Provided Korean to English interpretation/translation of technical, marketing and sales documents.
- Served as project leader and interpreter of record at depositions

**Siemens v. HEI**
August 2000 – November 2000
- Served as interpreter of record at depositions

**Asahi v. Samsung Techwin**
July 2003- November 2003

- Provided Korean to English and English to Korean interpretation/document translation during discovery.
- Served interpreter of record at depositions

**LGE v. Quanta, Asustek**
November 2003 – April 2004
- Provided Korean to English and English to Korean interpretation/document translation during discovery
- Served as project leader and check interpreter at depositions

**Kumon v. Daekyo America**
December 2003 – April 2004
- Served as interpreter of record at depositions
- Provided document translations

**Tessera v. Samsung Electronics**
July 2004 – December 2004
- Served as check interpreter at depositions
- Served as interpreter of record at trial

**LPL v. Tatung, CPT et al.**
November 2004 – November 2006
- Served as check interpreter at depositions
- Served as interpreter of record at AAA arbitration hearing
- Provided Korean to English document translations
- Served as the Interpreter of record at trial

**Funai v. Daewoo Electronics, Co., Ltd.**
March, 2005 – May 2008
- Served as interpreter of record at depositions
- Scheduled to serve as neutral/sole Interpreter at trial (Case settled before trial)

**NTN v. Iljin Global, Iljin USA**
February, 2006 – June 2006
- Served as interpreter of record at depositions
- Provided document translations
- Scheduled to serve as interpreter of record at trial (case settled before trial)

**Matsushita v. Samsung Electronics**
November 2005 – July, 2006
- Served as check and Interpreter of record at depositions
- Served as interpreter of record at trial

**Toshiba v. Hynix (ITC)**
April, 2006 – July, 2006
- Served as interpreter of record during at depositions
- Scheduled to serve as interpreter of record at trial (no Korean witness testimony)

**LPL v. CPT**
May, 2006 – July, 2006
- Served as check and interpreter of record at depositions
- Served as check and interpreter of record at trial

**LPL v. Viewsonic**
December 2006 – October 2007
- Served as check interpreter at depositions
- Served as interpreter of record at trial

**Nichia Corp. v. Seoul Semiconductor**
March 2007 – October 2007
- Served as interpreter of record at depositions
- Provided Korean to English document translations of marketing and technical documents
- Served as neutral/sole Interpreter at trial

**Pioneer v. SDI**
September 2007 – May 2008
- Served as check interpreter at depositions

**Hitachi v. LGE**
November 2008 – July 2009
- Served as interpreter of record and check interpreter at depositions

**Sharp v. Samsung Electronics (ITC)**
April 2009 – August, 2009
- Served as check interpreter at depositions

- Served as neutral/sole interpreter at trial

**LP Display v. Viewsonic**
January, 2009 – June, 2009
- Provided technical/sales/marketing document translation
- Served as check and interpreter of record at depositions
- Served as interpreter of record at trial

**UMPAC v. SEC**
July, 2009
Geneve, Switzerland
- Served as neutral/sole Interpreter of record before the Arbitral Tribunal in Geneva,Switzerland

**Murata v. Samsung Electro-Mechanics (ITC)**
February 2010 – July 2010
- Served as check interpreter at depositions
- Served a**s** check interpreter and interpreter of record at trial

**Fractus v. SEC (Eastern District of Texas, Tyler Division)**
June, 2010
- Served as interpreter of record during trial

**Yuyama v. JVM**
October, 2010
- Provided technical document translation
- Served as interpreter of record (neutral/sole) Interpreter at trial

**Samsung Electronics v. Spansion (ITC)**
September 2010 – December 2010
- Provided technical document translation
- Served as check interpreter at depositions
- Served as interpreter of record (neutral/sole) at trial

**Crossmatch Tech v. Suprema, Inc. (ITC)**
March, 2011
- Served as interpreter of record (neutral/sole) at trial

**Flashpoint v. LGE (ITC)**
April 2011
- Served as interpreter of record (neutral/sole) at trial

**Nippon Steel Corporation v. POSCO Steelworks Corporation**
January 2014 to September 2015

- Provided document translations
- Served as check interpreter at depositions

**Apple v. Samsung Electronics**
December, 2013 and March, 2014
Sydney, Australia
- Served as one of the neutral Interpreters at trial

**Apple v. Samsung Electronics (ITC)**
**February, 2014**
- Served as interpreter of record at trial (neutral/sole)

**Black Hills Media v. LGE (ITC**)
September 2013 – Feb. 2013
- Served as check interpreter at depositions
- Served as interpreter of record (neutral/sole) Interpreter at trial

**InterDigital v. Samsung Electronics (ITC)**
July 2013 and Feb, 2014
- Served as check interpreter at depositions
- Served as interpreter of record (neutral/sole) at trial

**Kaneka v. SKC Kolon, Inc.**
April 2014
- Provided document translation during discovery

**Adaptix v. LGE**
July 2014
- Served as interpreter of record during depositions

**Cresta v. LGE**
- July, 2014
- Served as interpreter of record during depositions

**CCP v. Samsung Electronics**
October 2012, May 2013 and July, 2014
- Served as interpreter of record at depositions

**CCP v. Samsung Electronics**
July 14-15, 2014 (arbitration)
- Served as interpreter of record (neutral/sole) during the AAA arbitration in New York

**Paice v. Hyundai Motor Group (US District Court, Baltimore)**
October 2013 – September 2015
- Served as interpreter of record at depositions
- Served as interpreter of record at hearing
- Served as interpreter of record at trial

**Nokia v. Samsung Electronics (ICC)**
September, 2014
- Served as interpreter of record at the arbitration (ICC)

**MTel v. SEC (EDTX, Marshall Division)**
December, 2014
- Served as interpreter of record (sole) at trial

**Ushijima v. SEC (EDTX, Austin Division)**
August, 2014 & February 2015
- Served as check interpreter at depositions
- Served as Interpreter of record (sole) at trial

**ContentGuard v. SEC (EDTX, Marshall Division)**
September, 2014 through September 2015
- Served as check interpreter in depositions
- Served as Interpreter of record (sole) at trial

**Imperium v. SEC (EDTX, Sherman Division)**
July & August, 2015
- Served as check interpreter in depositions
- Scheduled to serve as interpreter of record at trial, but the witness was released

**Verasonics v. Alpinion**
**Arbitration**, **Seattle, WA**
June, 2016
- Served as interpreter of record

**GE v. LGE**
**AAA Arbitration, NY**
September, 2016
- Served as interpreter of record at the arbitration (sole interpreter)

**NDrive v. LGE**
**AAA Arbitration, NY**
March, 2017
- Served as interpreter of record at the arbitration (sole interpreter)

**HLDS v. HP, DELL & Indirect purchasers**
**Antitrust cases**
**Depositions**
**October 2014 – August 2016**
- Served as check interpreter at depositions throughout the case

**CoreWireless v. LGE (EDTX, Marshall Division)**
September, 2016
- Served as check interpreter at depositions
- Served as interpreter of record (neutral/sole) at trial

**Nokia v. LGE**
**Arbitration, Paris, France**
January, 2017
- Served as interpreter of record

**Netlist v. SK Hyincs (ITC)**
**February, 2017 – May, 2017**
- Served as both check and interpreter of record at depositions
- Served as interpreter of record (sole) at the hearing in May, 2017

**Nongshim, Ottoggi**
**Antitrust case**
**Deposition, San Francisco**
October 2017
- Served as Interpreter of record

**LG Chem Antitrust case**
**Deposition in Chicago and San Francisco**
September through December 2017
- Served as prep interpreter

**Prisua v. SEC**
**Patent infringement case**
**Trial, US District Court in Miami**
February 2018
- Served as interpreter of record (sole) at trial

**Fair Trade Commission v. Qualcomm**
**Antitrust case**
**Deposition**
**San Francisco, California**
March-April, 2018
- Served as interpreter of record

**Apple v. SEC**
**Patent Infringement case**
**Trial, NDCA**
April 2018
- Served as interpreter of record

**Kaneka v. SKPI (CDCA)**
**Patent Infringement case**
June-September, 2018
- Served as check interpreter at depositions
- Provided document translation

**LG Chem v. ATL (ITC)**
**Patent infringement case**
February-July 2018
- Served as check interpreter at depositions
- Served as interpreter of record (sole/neutral) at trial in July, 2018

**Ajinomono v. CJ (ITC)**
**Patent infringement case**
May, 2018
- Served as interpreter or record (sole/neutral) at trial

**Netlist v. SK Hynics (ITC)**
**Patent infringement case**
July – August, 2018
- Served as both check and interpreter of record at depositions
- Served as interpreter of record (sole/neutral) at trial

**Immersion v. SEC**
**Contract dispute**
**Arbitration, Honolulu, Hawaii**
August, 2018
- Served as interpreter of record at the arbitration

**KAIST IP v. SEC (EDTX, Marshall)**
**Patent litigation**
Trial, Marshall Division, TX
October, 2018
- Served as interpreter of record at trial (duo)

**Meditox v. Daewoong (ITC)**
**Trade secret case**
July 2019 – February 2020
- Served as interpreter of record at depositions
- Served as check interpreter at trial

**LGC v. SK Innovation (ITC)**
**Trade secret case**
October 2019 – December 2019
- Served as interpreter of record at depositions

**Dynamics v. SEC (ITC)**
**Patent litigation**
November, 2020
- Served as interpreter of record (sole/neutral) at trial

**LG Chem v. SK Innovation (ITC)**
**Patent litigation**
March, 2021
- Served as interpreter of record (sole/neutral) at trial

**The People of the State of California v. Vitol Inc., SK Energy Americas, Inc., SK Trade International Co. Ltd.; AND DOES 1 – 30, Inclusive (Case No. CGC-20-584556): Antitrust case**
April 2021 – October 2022
- Served as interpreter of record (neutral/sole) interpreter at depositions

**Lashfy v. KISS (ITC)**
**Patent litigation**
April – July 2021
- Served as check interpreter at depositions
- Served as interpreter of record (neutral/sole) at trial

**Acorn v. SEC (EDTX)**
**Patent litigation**
May, 2021
- Served as interpreter of record (sole/neutral) at trial

**Theta v. SEC (EDTX)**
**Patent litigation**
January, 2022
- Scheduled to serve as interpreter of record (sole/neutral) at trial
  Case settled before trial

**LGE v. Yunda, et al. (ITC)**
**Patent litigation**
April – September 2022
- Served as check interpreter at depositions
- Served as interpreter of record (neutral/sole) interpreter at hearing

**SHI v. PetroBras et al. (SDTX)**
**Commercial dispute**
August – September 2022
- Served as interpreter of record (neutral/sole) at depositions

**U.S.DOJ (Dept. of Justice) antitrust investigation re: potential merger of Korean Air and Asiana Airlines**
October – November 2022
- Served as sole check interpreter (two primary interpreters) during depositions

**Netlist v. SEC (EDTX)**
**Patent litigation**
November, 2022 – April 2023
- Served as both primary and check interpreter at depositions
- Served as interpreter of record (neutral/sole) at trial

**MRI v. SEC (ITC)**
**Patent litigation**
April 2023 – July 2023
- Served as check interpreter at depositions
- Served as interpreter of record (neutral/sole) at trial

**Hafeman v. LGE (WDTX)**
**Patent litigation**
February 2023 – April 2023
- Served as check interpreter at depositions
- Served as interpreter of record at trial

**Constellation Design v. LGE (EDTX)**
**Patent litigation**
March – April 2023
- Served as check interpreter at depositions

**U.S. DOJ (Dept. of Justice) antitrust investigation re: potential merger of Korean Air and Asiana Airlines**

Meetings between DOJ delegation and representatives from KDB (Korea Development Bank) and Asiana Airlines

May, 2023
- Served as sole interpreter for the meeting

**Serendia v. Jeisys (EDVA)**
**Patent litigation**
June - November 2023
- Served as check interpreter at depositions
- Served as trial prep interpreter
-

**Samsung Display v. BOE (ITC)**
**Patent dispute**
July - August 2023
- Served as both primary and check interpreter at depositions
-

**Pantech v. OnePlus (ITC)**
**Patent litigation**
August 2023
- Served as interpreter of record at depositions

**Medytox v. Hugel (ITC)**
**Patent dispute**
September 2023
- Served as interpreter of record at depositions

**Pantech v. LGE (ITC)**
**Patent litigation**
October 2023
- Served as interpreter of record at depositions

**Evolved Wireless v. SEC (EDTX)**
**Patent dispute**
November 2023
- Served as interpreter of record (court-appointed/sole) at trial

**Cosmax v. Jonathan Rosenbaum et al (Superior Court of New Jersey)**
**Trade dispute**
December, 2023
- Served as interpreter of record at depositions


**SDC v. BOE (ITC)**
**Patent dispute**

January 2024
- Scheduled to serve as interpreter of record (sole) at trial as agreed by the parties
- Trial canceled due to a summary determination ruling


**[Simultaneous Interpreting Highlights]**

- US Department of State seminars and conferences
- Executive Development courses at various business schools at Cornell University, Harvard University, University of Pennsylvania, Stanford University, University of Texas at Austin, Duke University, Arizona State University and Michigan State University
- Microsoft seminars and conferences, Redmond, WA
- IBM seminars and conferences, NY and several other locations
- HP seminars and conferences, Silicon Valley and Houston
- Oracle seminars and conferences, Silicon Valley and other locations
- Cisco seminars and conferences, Silicon Valley and other locations
- Sun Microsystems seminars and conferences, Silicon Valley and other locations
- GE seminars and conferences, Crotonville, NY
- Google seminars and conferences
- World Business Forum, New York
- SHRM (Society of Human Resource Managers) conferences, Houston, TX
- GPTW (Great Place To Work) seminars and conferences
- 6 Sigma seminars at Arizona State University
- Success Forum, Financial Planner conference
- Annual FMI Foods Convention, Chicago
- Annual Prudential insurance annual conferences
- Annual ICCM call center manager conferences
- Annual Quest Software Conference
- Annual Comdex conference, Las Vegas, NV
- Samsung annual financial top executive seminars, NY
- Annual Rotary Club & Lions Club conventions, U.S. and overseas
- Annual Select USA conferences, various cities around the US
- Annual Climate Change conferences around the US

**Teaching Experience**

- **Rutgers University**
  New Jersey, January – May, 2023
  Lecturer, Korean-English interpreting, Asian Languages and Cultures

- **Full Gospel Korean Language Program**
- Alexandria, VA, 1996-1998
  Teacher, Teaching English/Korean to K-6 grade school students and adults

**Education:**

    M.A. in Linguistics, George Mason University, Fairfax, Virginia
    Attended 1-year M.A. Program in Multicultural Counseling, George Mason University
    B.A. in English Language and Literature, Kookmin University, Seoul, Korea