DANIEL M. PETROCELLI (SB 97802)
dpetrocelli@omm.com
RYAN YAGURA (SB 197619)
ryagura@omm.com
DREW BREUDER (SB 198466)
dbreuder@omm.com
LEAH GODESKY (SB 336854)
lgodesky@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

MARC J. PENSABENE (pro hac vice)
mpensabene@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, New York 10019
Telephone:  (212) 326-2000
Facsimile:   (212) 326-2061

Attorneys for Defendant Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO APPOINT ANN PARK AS INTERPRETER**<br><br>Judge:      Hon. Mark C. Scarsi<br>Location:  Courtroom 7C |

1  The Court, having considered Plaintiff Netlist Inc. and Defendant Samsung
2  Electronics Co., Ltd.'s Joint Motion to Appoint Ann Park as Interpreter, hereby
3  ORDERS as follows: The Motion is GRANTED.
4
5  IT IS SO ORDERED.
6
7  DATED: _____, 2025
8                                     The Honorable Mark C. Scarsi
                                       UNITED STATES DISTRICT JUDGE