JASON SHEASBY, SBN 205455
jsheasby@irell.com
MICHAEL HARBOUR, SBN 298185
mharbour@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

LISA S. GLASSER, SBN 223406
lglasser@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949.760.0991
Facsimile: 949.760.5200

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | Case No. 8:20-cv-00993-MCS (ADS)<br><br>**JOINT STATEMENT RE: PROPOSED VOIR DIRE QUESTIONS**<br><br>Trial Date: March 18 2025<br>Time:         9 a.m. PT<br>Location:   Courtroom 7C<br>Judge:       Hon. Mark C. Scarsi |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

-i-

Pursuant to the Court's March 4, 2025 Order, Dkt. 694, the parties submit the following joint statement regarding the Court's proposed voir dire questionnaire:

The parties propose only one modification to the proposed questionnaire. The Court's proposed Question No. 4 identifies the lawyers representing each party at trial and asks the jury if they know any of the listed attorneys. The parties propose that the Court remove A. Matthew Ashley from the list of lawyers who will represent Plaintiff Netlist Inc. and Mr. Drew Breuder from the list of lawyers who will represent Defendant Samsung Electronics Co., Ltd. Neither Mr. Ashley nor Mr. Breuder will be appearing at the upcoming trial.

The parties consent to the remainder of the proposed questionnaire.

Respectfully submitted,

Dated: March 11, 2025                      Respectfully submitted,

                                           */s/ Jason Sheasby*

                                           Jason Sheasby
                                           Lisa S. Glasser
                                           Michael Harbour
                                           **IRELL & MANELLA LLP**
                                           840 Newport Center Drive, Suite 400
                                           Newport Beach, CA 92660

                                           ***Attorneys for Plaintiff Netlist, Inc.***

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

-1-

Dated: March 11, 2025

By: */s/ Daniel M. Petrocelli*
Daniel M. Petrocelli
O'Melveny & Myers, LLP
Attorneys for Defendant
Samsung Electronics Co., Ltd.

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filings is submitted, concur in the filing's content and have authorized the filing.

March 11, 2025                    Respectfully submitted,

*/s/ Jason Sheasby*
Jason Sheasby

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

-2-