JASON SHEASBY, SBN 205455
jsheasby@irell.com
MICHAEL HARBOUR, SBN 298185
mharbour@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

LISA S. GLASSER, SBN 223406
lglasser@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949.760.0991
Facsimile: 949.760.5200

Attorneys for Plaintiff Netlist Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | Case No. 8:20-cv-00993-MCS (ADS)<br><br>**NETLIST NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION, DKT. 704**<br><br>PTC Date: March 17, 2025<br>Time:     1 p.m. PT<br>Location:  Courtroom 7C<br>Judge:    Hon. Mark C. Scarsi<br><br>Trial Date: March 18 2025 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

-i-

1

2   Netlist files this notice to inform the Court that in light of Samsung's Response

3   to Netlist's Ex Parte Application Regarding Recusal (Dkt. 707) Netlist withdraws the

4   Application (Dkt. 704).

5

6

7

8

9

10   Dated: <u>March 12, 2025</u>                    Respectfully submitted,

11                                                  */s/ Jason Sheasby*

12

13                                                  Jason Sheasby
                                                    Lisa S. Glasser
14                                                  Michael Harbour
                                                    **IRELL & MANELLA LLP**
15                                                  840 Newport Center Drive, Suite 400
                                                    Newport Beach, CA 92660
16

17                                                  ***Attorneys for Plaintiff Netlist, Inc.***

18

19

20                           **<u>CERTIFICATE OF SERVICE</u>**

21        I hereby certify that, on March 12, 2025, a copy of the foregoing was served to

22   all counsel of record via the Court's ECF System.

23

24                                                  */s/ N. Isabella Chestney*
                                                    N. Isabella Chestney

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

-1-