JASON SHEASBY, SBN 205455
jsheasby@irell.com
MICHAEL HARBOUR, SBN 298185
mharbour@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

LISA S. GLASSER, SBN 223406
lglasser@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949.760.0991
Facsimile: 949.760.5200

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | Case No. 8:20-cv-00993-MCS (ADS)<br><br>**JOINT STATEMENT RE: RECUSAL**<br><br>PTC Date: March 17, 2025<br>Time:      1 p.m. PT<br>Location:  Courtroom 7C<br>Judge:     Hon. Mark C. Scarsi<br><br>Trial Date: March 18 2025 |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

-i-

Pursuant to the Court's March 10, 2025 Order, Dkt. 699, the parties submit this joint statement to notify the Court that neither Samsung nor Netlist seeks recusal of Judge Scarsi. Neither Samsung or Netlist are reserving the right to seek recusal of Judge Scarsi at a later point in time based on Judge Scarsi's past work at O'Melveny & Myers, or his past or current professional or personal relationship with any O'Melveny & Myers lawyers.

Dated: March 12, 2025              Respectfully submitted,

                                   */s/ Jason Sheasby*

                                   Jason Sheasby
                                   Lisa S. Glasser
                                   Michael Harbour
                                   **IRELL & MANELLA LLP**
                                   840 Newport Center Drive, Suite 400
                                   Newport Beach, CA 92660

                                   ***Attorneys for Plaintiff Netlist, Inc.***

Dated: March 12, 2025

                                   By: */s/ Daniel M. Petrocelli*
                                        Daniel M. Petrocelli
                                        O'Melveny & Myers, LLP
                                        Attorneys for Defendant
                                        Samsung Electronics Co., Ltd.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

-1-

# **ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filings is submitted, concur in the filing's content and have authorized the filing.

March 12, 2025                              Respectfully submitted,

                                            */s/ Jason Sheasby*
                                            Jason Sheasby