JASON SHEASBY, SBN 205455
jsheasby@irell.com
MICHAEL HARBOUR, SBN 298185
mharbour@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile: 310.203.7199

LISA S. GLASSER, SBN 223406
lglasser@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949.760.0991
Facsimile: 949.760.5200

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | Case No. 8:20-cv-00993-MCS (ADS)<br><br>**NELIST CHART REGARDING DAY 1 DEPOSITION DESIGNATION DISPUTES**<br><br>Trial Date: March 18, 2025<br>Time:         9 a.m. PT<br>Location:   Courtroom 7C<br>Judge:       Hon. Mark C. Scarsi |

Pursuant to Dkt. 698 (Trial Procedures), Netlist submits the following chart, attached hereto as **Exhibit A**, including all Day 1 deposition designations to which there is an objection, and Netlist's position. The transcripts containing the parties' designations and counter-designations are attached hereto as Exhibits 1-5. Samsung declined to participate in the submission of a joint chart because they disagreed with its format and declined to provide a time by which they would be prepared for a joint submission. Dkt. 698 requires the submission by made to the Court by 7:00AM the day before the proposed deposition plays.

Dated: March 17, 2025

Respectfully submitted,

/s/ Jason Sheasby

Jason Sheasby
Lisa S. Glasser
Michael Harbour
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

*Attorneys for Plaintiff Netlist, Inc.*

-1-