DANIEL M. PETROCELLI (SB 97802)
dpetrocelli@omm.com
RYAN YAGURA (SB 197619)
ryagura@omm.com
DREW BREUDER (SB 198466)
dbreuder@omm.com
LEAH GODESKY (SB 336854)
lgodesky@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

MARC J. PENSABENE (pro hac vice)
mpensabene@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Defendant*
*Samsung Electronics Co., Ltd.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

NETLIST INC. a Delaware
corporation,

   Plaintiff,

  vs.

SAMSUNG ELECTRONICS CO.,
LTD., a Korean corporation,

   Defendant.

Case No.: 8:20-cv-00993-MCS-ADS

**SAMSUNG'S RESPONSE TO
NETLIST'S SUBMISSION OF DAY 1
DEPOSITION DESIGNATIONS**

1

1    Samsung submits the following chart, attached hereto as **Exhibit A**, in

2    response to Netlist's Chart Regarding Day 1 Deposition Designation Disputes

3    (ECF. No. 710) to provide the Court with a statement of both parties' positions

4    concerning objections and counter-designations for day 1 deposition disputes.

5    The parties stipulated to procedures regarding trial disclosures and

6    exchanges.  That stipulation was negotiated at length in advance of the 2024 trial in

7    this matter, ECF No. 498, and both parties agreed to adopt the same procedures for

8    the 2025 re-trial.  *See* ECF No. 698 at n. 1.  With respect to deposition designations,

9    the stipulation requires that "the parties will cooperatively work together to prepare

10   a **chart** reflecting any disputes to be presented to the Court no later than 7:00 a.m.

11   PT the following day (i.e., the calendar day before the testimony is played or read)

12   unless the Court prefers another time.  The parties will meet and confer in good

13   faith on the format of such **chart**."  *Id.* at 6 (emphases added).  During the 2024

14   trial, following these procedures, both parties submitted charts detailing disputed

15   deposition designations to the Court.

16   At approximately 10:30 p.m. last night—after the parties had already

17   exchanged several iterations of their designations, counter designations, and

18   objections in chart form, and after they met and conferred[1] concerning those

19   exchanges—Netlist's counsel informed Samsung for the first time that they

20   intended to deviate from the stipulation and submit lengthy argument, citing case

21   law and making detailed evidentiary arguments in a submission akin to a brief.

22   Samsung repeatedly objected and reminded Netlist's counsel that this was

23   specifically discussed in connection with the original stipulation and the parties

24

25   [1] Samsung further notes that the parties' stipulation requires that "[c]ounsel with
26   **final decision-making authority** shall attend this and all other meet and confers
     regarding objections to deposition designations."  ECF No. 698 at 6 (emphasis
27   added).  Netlist dispatched two associates to attend this meet and confer, and they
     acknowledged they lacked authority to commit to certain positions.  Samsung was
28   represented by counsel of record, Marc Pensabene.

2

SAMSUNG'S RESPONSE TO NETLIST'S SUBMISSION OF DAY 1 DEPOSITION DESIGNATIONS

1  agreed **not** to make such lengthy arguments in the joint submission, instead

2  agreeing to the submission of a simple chart.

3       Samsung advised Netlist that this submission was contrary to the parties'

4  agreement and that, if Netlist insisted on filing its pseudo-brief, Samsung would

5  need adequate time to prepare its corresponding submission.  Samsung, therefore,

6  asked that the party-agreed filing time of 7:00 a.m. be extended to allow Samsung

7  time to prepare it's corresponding legal arguments.  Netlist refused to allow

8  Samsung the fair opportunity to prepare its submission.  Instead, undeterred by the

9  parties' prior agreements and written stipulations, Netlist filed its papers this

10 morning without any explanation of Samsung's position.

11      Attached as **Exhibit A** is Samsung's response to Netlist's unilateral filing.

12 Samsung's response combines Netlist's submission (correcting a number of errors

13 in Netlist's submission) with a statement of Samsung's position.  The transcripts

14 containing the parties' designations and counter-designations are attached hereto as

15 Exhibits 1-5.

16

17

18       Dated:  March 17, 2025            O'MELVENY & MYERS LLP

19

20                                         By:  */s/ Daniel M. Petrocelli*
                                           Daniel M. Petrocelli
21                                         Attorneys for Defendant Samsung
                                           Electronics Co., Ltd.

22

23

24

25

26

27

28

SAMSUNG'S RESPONSE TO NETLIST'S SUBMISSION OF DAY 1 DEPOSITION DESIGNATIONS