DANIEL M. PETROCELLI (SB 97802)
dpetrocelli@omm.com
RYAN YAGURA (SB 197619)
ryagura@omm.com
DREW BREUDER (SB 198466)
dbreuder@omm.com
LEAH GODESKY (SB 336854)
lgodesky@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

MARC J. PENSABENE (pro hac vice)
mpensabene@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Defendant*
*Samsung Electronics Co., Ltd.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC. a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | Case No.: 8:20-cv-00993-MCS-ADS<br><br>**CHART REGARDING DAY 3 DEPOSITION DESIGNATIONS** |

1

1    Pursuant to ECF No. 698 (Trial Procedures), Samsung submits the following

2    chart including all Day 3 deposition designations to which there is an objection, and

3    the parties' related positions.  The transcript containing the parties' designations

4    and counter-designations is attached hereto as **Exhibit 1**.

5

6    Dated: March 19, 2025                     Respectfully submitted,

7

8                                              By:  */s/ Daniel M. Petrocelli*
                                              Daniel M. Petrocelli
9                                             O'Melveny & Myers, LLP
                                              Attorneys for Defendant Samsung
10                                            Electronics Co., Ltd.

11

12   Dated March 19, 2025

13                                            IRELL & MANELLA LLP

14                                            Jason Sheasby
                                             Lisa Glasser
15                                            Michael Harbour

16
                                             By:  */s/ Jason Sheasby*
17                                            Jason Sheasby

18

19                                  **<u>ATTESTATION</u>**

20
            Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed,
21
     and on whose behalf the filings is submitted, concur in the filing's content and have
22
     authorized the filing.
23

24   Dated: March 19, 2025
                                             */s/ Daniel M. Petrocelli*
25                                            Daniel M. Petrocelli

26

27

28

                                          2