# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Netlist Inc., | **CASE NUMBER** |
| | |
| | 8:20-cv-00993-MCS-ADS |
| PLAINTIFF(S)/PETITIONER(S) | |
| v. | |
| Samsung Electronics Co., Ltd., | **ORDER TO REASSIGN CASE** |
| | **DUE TO SELF-RECUSAL** |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:
The judge's impartiality might reasonably be questioned. 28 U.S.C. § 455(a), (b)(5).

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

This self-recusal has been Ordered:
- ☐ within 120 days of the Court being assigned said case.
- ☑ after 120 days of the Court being assigned said case.

March 19, 2025
_____
Date

Mark C. Scarsi
_____
United States District Judge

---

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge _____Wesley L. Hsu_____. On all documents subsequently filed in this case, please substitute the initials _____WLH_____ after the case number in place of the initials of the prior judge so that the case number will read: ___8:20-cv-00993 WLH(ADSx)___.

This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ *Previous Judge*   ☐ *Statistics Clerk*