# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT

          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

              MARK C. SCARSI, U.S. DISTRICT JUDGE



NETLIST, INC.,                 )
                               )
         Plaintiff,            )
                               )
              vs.              )
                               )  8:20-CV-993-MCS
SAMSUNG ELECTRONICS CO.,       )
LTD.,                          )
                               )
         Defendant.            )
_____)
                               )
                               )




               REPORTER'S TRANSCRIPT OF JURY TRIAL


                           VOLUME I

                     Los Angeles, California

                     Tuesday, May 14, 2024




               _____

                   AMY DIAZ, RPR, CRR, FCRR
                   Federal Official Reporter
                   350 West 1st Street, #4455
                      Los Angeles, CA 90012


    Please order court transcripts here:  www.amydiazfedreporter.com



             AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER
```

|   |          |                                                              |
|---|----------|--------------------------------------------------------------|
| 1 | 13:54:01 | that it thought were the most important.  It said that the |
| 2 | 13:54:03 | parties would produce a new class of memory solution.  It |
| 3 | 13:54:06 | said that the market for that new product could be as big as |
| 4 | 13:54:11 | $2 billion.  It said that the party had cross licenses to |
| 5 | 13:54:15 | their respective patent portfolios.  It mentioned the amount |
| 6 | 13:54:18 | of money that Samsung was going to invest. |
| 7 | 13:54:20 | But the evidence will show, and you will get to see |
| 8 | 13:54:22 | this press release, there is not a single mention of a supply |
| 9 | 13:54:25 | agreement. |
| 10 | 13:54:26 | In addition to these communications from Netlist, |
| 11 | 13:54:31 | you will hear other evidence about how the parties acted |
| 12 | 13:54:34 | after they signed the JDLA.  That evidence will show how |
| 13 | 13:54:37 | Samsung performed under the agreement.  Samsung made the |
| 14 | 13:54:41 | required payment.  It sent the money for the required loan. |
| 15 | 13:54:45 | Netlist then used that money right away to pay off its debt, |
| 16 | 13:54:49 | so that it could keep its collateral. |
| 17 | 13:54:51 | Samsung also performed its technical part of the |
| 18 | 13:54:53 | collaboration. |
| 19 | 13:54:55 | You will hear from Mr. Indong Kim.  Mr. Indong Kim |
| 20 | 13:54:59 | was the vice president at Samsung.  He was the person at |
| 21 | 13:55:03 | Samsung who led the joint development of the Dash P Project |
| 22 | 13:55:07 | on Samsung's side.  And he will explain that Samsung met |
| 23 | 13:55:10 | numerous times with Netlist after the JDLA was signed.  And |
| 24 | 13:55:13 | the evidence will show that Netlist always had enough NAND |
| 25 | 13:55:17 | and DRAM for the Dash P Project. |

```
13:55:19   1              But Mr. Indong Kim will also explain that Netlist
13:55:25   2    decided to abandon that project.  Instead, it wanted to work
13:55:28   3    on a different one.
13:55:29   4              The evidence will also include other aspects of what
13:55:33   5    the parties were doing after the JDLA was signed.
13:55:35   6              The evidence will show that after the JDLA was
13:55:38   7    signed, Netlist executives decided to focus more on reselling
13:55:44   8    products to generate more revenue instead of their own
13:55:46   9    products.  This was separate and completely independent of
13:55:49  10    the work the parties had been doing under the JDLA.
13:55:52  11              Now, you've already heard many times that Samsung is
13:55:56  12    one of the world leaders in memory components.  Not
13:55:59  13    surprisingly, it has many, many customers.
13:56:03  14              Netlist has been one of those customers since 2002.
13:56:07  15    And it is still one of Samsung's customers even today.
13:56:11  16              Because Netlist had been a long-time customer at
13:56:15  17    Samsung, the folks at both Netlist and Samsung knew the
13:56:19  18    process for Netlist to purchase components.  That process
13:56:23  19    will show that it's a little bit complicated.  This was
13:56:26  20    completely separate from the JDLA, and it was completely
13:56:29  21    independent of the JDLA.  It began long after the JDLA --
13:56:34  22    before the JDLA was signed, and it continues now.
13:56:37  23              You are going to hear from Mr. Steven Metz.  At the
13:56:41  24    time, Mr. Metz was a vice president of sales for Samsung, and
13:56:45  25    he had responsible for a lot of customers in the United
```

08:37:49

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

MARK C. SCARSI, U.S. DISTRICT JUDGE

NETLIST, INC.,                )
                              )
        Plaintiff,            )
                              )
    vs.                       )
                              )   8:20-CV-993-MCS
SAMSUNG ELECTRONICS CO.,      )
LTD.,                         )
                              )
        Defendant.            )
_____)
                              )
                              )

REPORTER'S TRANSCRIPT OF JURY TRIAL

VOLUME III

Los Angeles, California

Thursday, May 16, 2024

_____

AMY DIAZ, RPR, CRR, FCRR
Federal Official Reporter
350 West 1st Street, #4455
Los Angeles, CA 90012

*Please order court transcripts here:  www.amydiazfedreporter.com*

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

13:43:34  supply?
13:43:34  A. Yes. Netlist would need a DRAM and NAND, those
13:43:58  components.
13:43:58  Q. And are the NAND and DRAM products that Netlist would
13:44:02  need to develop, produce and sell a standardized NVDIMM-P
13:44:07  specialized products -- specialized or generic products?
13:44:32  A. So all those were generic products, generic and
13:44:43  standardized products.
13:44:44  Q. And is the controller that Netlist would need in order to
13:44:49  develop, produce and sell a standardized NVDIMM-P a
13:44:53  specialized or generic product?
13:44:54  A. It was a specialized product.
13:45:15  Q. And did Samsung or Netlist ever get to the point where
13:45:22  they were able to productize or commercialize a standardized
13:45:27  NVDIMM-P product?
13:45:29  A. No, it didn't, they didn't.
13:45:48  Q. Was the joint development project under the JDLA a
13:45:53  success?
13:45:53  A. No, it was not.
13:46:04  Q. Why not?
13:46:05  A. Because the joint development project itself, the
13:47:01  objective, as I indicated to you earlier, was
13:47:06  standardization. It was to standardize this new product --
13:47:11  newly standardize this new product. And from the beginning
13:47:17  point, from early on, Netlist, when we needed to work

```
13:47:24   1  together, from early on, they had the discipline to actually
13:47:32   2  file lawsuits based on their patents against other companies,
13:47:37   3  so based --
13:47:38   4              MR. SHEASBY:  Object.
13:47:40   5              THE COURT:  Can you wait until this is done, please?
13:47:41   6              Please continue.
13:47:44   7              Let's not interrupt each other.
13:47:46   8              Go ahead.
13:47:46   9              THE WITNESS:  So based on that, they were not able
13:47:49  10  to -- they indicated that they would not be able to work in
13:47:57  11  terms of the JEDEC.
13:48:01  12              JEDEC is the organization that is involved in
13:48:05  13  standardizing NVDIMM-P, and they said they would not be able
13:48:11  14  to work in terms of JEDEC.
13:48:13  15              So we could not even begin our collaboration for
13:48:23  16  those standardization efforts.
13:48:26  17              THE COURT:  Counsel, do you have an objection?
13:48:27  18              MR. SHEASBY:  I apologize.  I do, Your Honor.  I
13:48:29  19  have two objections.
13:48:30  20              One is that it's already been decided that Netlist
13:48:34  21  has complied with all of its obligations under this
13:48:37  22  agreement.  This is clearly being elicited to try to subvert
13:48:41  23  that previous determination.
13:48:43  24              And it's irrelevant and it should be stricken.
13:48:45  25              THE COURT:  Okay.  I will overrule the objection.
```

```
13:48:48   1                    The answer can stand.
13:48:50   2                    Go ahead, counsel.
13:48:50   3   BY MR. FEINSTEIN:
13:48:51   4   Q. Mr. Kim, when Netlist decided not to join in the
13:48:56   5   standardization effort, did Samsung proceed to work with
13:48:59   6   other members of JEDEC, the standards body, to pursue the
13:49:04   7   standardization of NVDIMM-P?
13:49:06   8   A. Yes, it did.
13:49:34   9   Q. Can you just name a few of the JEDEC subcommittee members
13:49:38  10   you work with?
13:49:39  11   A. I can say, among others, Google, Dell, IBM, Qualcomm.
13:49:58  12   Q. What was the result of the effort by Samsung and those
13:50:02  13   other companies to standardize NVDIMM-P?
13:50:08  14   A. So up until the point where I was directly involved in
13:50:46  15   those efforts, which was up until 2018, so the related
13:50:53  16   standard specifications was actually completed to a level
13:51:00  17   that -- where it was implementable, that is the completion
13:51:06  18   level, up to that point.  And eventually, to my
13:51:09  19   understanding, the standardization -- or standard
13:51:13  20   specification had been promulgated as of 2021.
13:51:17  21   Q. Outside of the joint development project under the JDLA,
13:51:23  22   did you have discussions with Netlist about projects it was
13:51:27  23   working on?
13:51:27  24   A. Yes.  I did have discussions about a product called
13:52:02  25   NVvault, as well as a concept relating to HybriDIMM.
```

```
1  15:43:38    obviously you will have that argument.
2  15:43:40           Let's go to 27.
3  15:43:44           MR. SHEASBY:  Your Honor, there is one other issue
4  15:43:45    on 26, which is there are two other established facts, there
5  15:43:49    is no waiver, and that Netlist complied with all its
6  15:43:52    obligations.  And both of those have been bubbling underneath
7  15:43:56    the surface.
8  15:43:57           THE COURT:  Yeah, I've heard you say that.
9  15:44:02           MR. SHEASBY:  And we -- we handed you up a brief.
10 15:44:05           THE COURT:  Yeah.
11 15:44:06           MR. SHEASBY:  And so those were just as definitively
12 15:44:10    established by the Ninth Circuit as this one.  Just as
13 15:44:13    definitively established.
14 15:44:14           They raised the waiver defense, the waiver defense
15 15:44:17    was denied on summary judgment, now it was affirmed by the
16 15:44:20    federal circuit.  They raised -- they were found to have
17 15:44:24    waived any impossibility defense, or any defense that we
18 15:44:28    didn't comply with the obligation.  And it was denied by the
19 15:44:31    federal -- that was affirmed by the federal circuit.
20 15:44:35           And so one of the things is it seems to me there at
21 15:44:39    least needs to be equity in which you are pointing to one of
22 15:44:41    the three critical factors, all of which are relevant to this
23 15:44:46    case, and giving it prime of place, whereas the other two are
24 15:44:50    just as important.
25 15:44:55           THE COURT:  Counsel?
```

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

```
15:44:56   1              MR. PENSABENE:  Your Honor, Samsung has never made
15:44:59   2   an argument about waiver in this case.  We have never made an
15:45:02   3   argument about impossibility.  And there really has been no
15:45:06   4   argument that, you know, somehow they breached first and then
15:45:10   5   we are breaching.  None of those arguments have been made.
15:45:13   6              And to have this jury instruction loaded up with
15:45:17   7   arguments that neither party is making makes absolutely no
15:45:20   8   sense and is purely intended to confuse the heck out of the
15:45:23   9   jury.
15:45:24  10              THE COURT:  I think so, too.  I don't think we need
15:45:25  11   these in here.  I think we are talking about the breach,
15:45:29  12   whether it's material.  I don't think that these are -- that
15:45:33  13   these help clarify the issues for the jury.
15:45:35  14              So that will be denied.
15:45:38  15              Again, you can put that on your list of things to
15:45:40  16   appeal.
15:45:40  17              Let's go to 27.  Netlist and Samsung dispute the
15:45:43  18   meaning of the following words in their contract.  Samsung
15:45:46  19   will supply NAND and DRAM products to Netlist on Netlist's
15:45:50  20   request at a competitive price, ie, among customers
15:45:55  21   purchasing similar volumes and similar products.  Netlist
15:45:58  22   claims that the words mean that Samsung agreed to supply NAND
15:46:01  23   and DRAM products to Netlist without limitation to the
15:46:03  24   parties NVDIMM-P joint development project at Netlist's
15:46:09  25   request at a competitive price.  Samsung claims that the
```