# EXHIBIT B

08:33:13

```
 1                    UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3               MARK C. SCARSI, U.S. DISTRICT JUDGE

 4

 5
     NETLIST, INC.,                )
 6                                 )
             Plaintiff,            )
 7                                 )
                  vs.              )
 8                                 )   8:20-CV-993-MCS
     SAMSUNG ELECTRONICS CO.,      )
 9   LTD.,                         )
                                   )
10           Defendant.            )
     _____)
11                                 )
                                   )
12

13

14

15           REPORTER'S TRANSCRIPT OF JURY TRIAL

16
                          VOLUME I
17
                    Los Angeles, California
18
                   Tuesday, March 18, 2025
19

20

21           _____

22             AMY DIAZ, RPR, CRR, FCRR
              Federal Official Reporter
23           350 West 1st Street, #4455
                Los Angeles, CA 90012
24

25
       Please order court transcripts here:  www.amydiazfedreporter.com
```

                AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

```
14:41:04  1   business with all its customers.
14:41:05  2            And so when you see a lot of the evidence in this
14:41:09  3   case, you have to ask yourself:  What is going on here?  Is
14:41:14  4   this the normal customer relationship or is this this one-off
14:41:19  5   deal?  And the evidence is going to be very clear that the
14:41:25  6   supply that was going back and forth had to do with the
14:41:28  7   customer relationship, not this one-off special deal that had
14:41:32  8   to do with jointly developing a product.
14:41:34  9            And I'm not sure it was clear from Mr. Sheasby's
14:41:38 10   remarks, but that product never happened.  It -- it never
14:41:44 11   came to market.  And one of the reasons it didn't come to
14:41:49 12   market is because as soon as the ink was dry on this
14:41:52 13   contract, Netlist refused to do the joint work.  It tried to
14:41:58 14   convince Samsung to start working on a different product, but
14:42:03 15   the product was dash P.  That is what it says in the
14:42:09 16   contract, dash P, and Samsung ended up having to do the work
14:42:17 17   on its own to try to develop this product, and by the time it
14:42:19 18   got done, a new type of product was out, and this became
14:42:22 19   almost obsolete.  So this product never happened.
14:42:26 20            But the point is that what they were supposed to
14:42:32 21   work on was only this one particular product.  You can see,
14:42:36 22   "Developed product means a dash P product."  Okay?  And I
14:42:40 23   won't take you through all the other definitions, but they
14:42:44 24   are all about the dash P product.  There is an appendix to
14:42:48 25   this document, and you will see it, all about the dash P
```