1  JASON SHEASBY, SBN 205455
jsheasby@irell.com
2  MICHAEL HARBOUR, SBN 298185
mharbour@irell.com
3  IRELL & MANELLA LLP
4  1800 Ave. of the Stars
Los Angeles, CA 90067
5  Telephone: 310.203.7096
Facsimile:  310.203.7199
6

7  LISA S. GLASSER, SBN 223406
lglasser@irell.com
8  IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
9  Newport Beach, CA 92660
Telephone: 949.760.0991
10  Facsimile:  949.760.5200

11

12  Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

13
CENTRAL DISTRICT OF CALIFORNIA

14
SOUTHERN DIVISION

15

16  NETLIST INC., a Delaware corporation,

17                    Plaintiff,

18         v.

19  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,

20                    Defendant.

21

| | |
|---|---|
| | Case No. 8:20-cv-00993-WLH (ADS) |
| | **NOTICE OF FILING OF EXHIBITS TO D.I. 733 (NETLIST INC.'S REPLY IN SUPPORT OF REQUEST FOR ISSUANCE OF INSTRUCTION)** |
| | Date:       March 18, 2025 |
| | Time:       2 p.m. PT |
| | Location:   Courtroom 7B |
| | Judge:      Hon. Wesley L. Hsu |

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

-i-

1       Plaintiff Netlist respectfully provides notice of filing of Exhibits 1 and 2 to D.I.

2   733 (Netlist Inc.'s Reply In Support Of Request for Issuance of Instruction).

3

4

5   Dated: <u>March 20, 2025</u>          Respectfully submitted,

6

7                       */s/ Jason Sheasby*

8                       Jason Sheasby

9                       Lisa S. Glasser
                        Michael Harbour

10                      **IRELL & MANELLA LLP**

11                      840 Newport Center Drive, Suite 400
                        Newport Beach, CA 92660

12

13                      ***Attorneys for Plaintiff Netlist, Inc.***

14

15                  <u>**CERTIFICATE OF SERVICE**</u>

16      I hereby certify that, on March 20, 2025, a copy of the foregoing was served to

17

18  all counsel of record via the Court's ECF System.

19                      <u>*/s/ Jason Sheasby*</u>
                        Jason Sheasby

20

21

22

23

24

25

26

27

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

-1-