# Exhibit 1

FINAL 11/12/15

# JOINT DEVELOPMENT AND LICENSE AGREEMENT

This Joint Development and License Agreement (this "Agreement") is made and entered into as of November 12, 2015 ("Effective Date") by and between Netlist, Inc., having its principal place of business at 175 Technology, Suite 150, Irvine, CA 92618 (hereinafter referred to as "Netlist") and Samsung Electronics Co., Ltd., having its principal place of business at 129 Samsung-ro, Yeongtong-gu, Suwon-Si, Gyeonggi-do, Korea (hereinafter referred to as "Samsung"). (Each of Netlist and Samsung is referred to as a "Party" and collectively the "Parties".)

WHEREAS, Samsung develops and manufactures, among other things, memory components and memory modules, and Netlist develops and manufactures memory components and memory modules;

WHEREAS, the Parties intend to work together to jointly develop an interface and associated technologies for certain memory modules and promote such interface to standards-setting organizations;

WHEREAS, the Parties are concurrently executing an agreement for convertible note financing; and

WHEREAS, in connection with their collaboration hereunder, the Parties wish to grant to each other a cross license under each Party's patents.

NOW, THEREFORE, in consideration of the mutual covenants and promises contained herein, the Parties agree as follows:

## Section 1. DEFINITIONS

"Background IPR" of a Party means Technology and IPR which is owned or controlled by such Party prior to the Effective Date or created or developed outside the scope of the JDP and without use of or reference to the other Party's Confidential Information.

"Capture Period" means a period of five (5) years beginning on the Effective Date, subject to Sections 10.1.4 and 10.2.4.

"Change of Control" means (i) an acquisition of a Party or its Parent Company by another entity, including by way of merger or consolidation of such Party or its Parent Company with or into another entity, as a result of which transaction the shareholders that had Control of the Party or its Parent Company immediately prior to such transaction do not have Control, immediately after such transaction, of such Party, or its Parent Company, or the surviving entity; or (ii) the sale to another entity of all or substantially all of the assets of a Party or its Parent Company. Such other entity that acquires Control or assets pursuant to the foregoing is referred to herein as the "Acquirer". An internal reorganization as a result of which ultimate Control of the entity in question does not change is not a Change of Control.

sf-3584904

1

CONFIDENTIAL

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
CASE NO. 8:20-CV-993-MCS (ADS)
Netlist Inc.
VS. Samsung Electronics Co., Ltd.
PLAINTIFF'S EXHIBIT  0047
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

Exhibit PX 0047

SEC000001

0047.1

FINAL 11/12/15

"**Subsidiary**" means, with respect to a first entity, any other entity that is directly or indirectly Controlled by the first entity, but only for so long as such Control exists.

"**Technology**" means inventions, creations, know-how, processes, designs, design information, databases, schematics, layouts, RTL files, libraries, interface information, specifications, algorithms, software and other copyrightable material (in object code and source code format), technical information, IP blocks, and other developments and technology.

"**Term**" means the period beginning the Effective Date and ending with the expiration of the last to expire of the Licensed Patents.

## Section 2. COLLABORATIVE DEVELOPMENT WORK

2.1  JDP. The Parties shall perform the collaborative development work in accordance with the Product Specifications and the Development Milestones as set forth in Appendix A ("Development Milestones") and the Statement of Work set forth in Appendix B ("Statement of Work"). For the avoidance of doubt, the scope of JDP shall be limited to the items specified in the Statement of Work and be limited to demonstrations and high-level discussions, without disclosing detailed information, as provided in Section 2.1.1 unless the parties agree in advance to expand the scope as contemplated in Section 2.1.2. Notwithstanding anything to the contrary, Samsung shall be under no obligation to complete any phase of the JDP, and reserves the right to suspend the JDP at any time for any reason.

  2.1.1  Initial Phase. The initial phase of the JDP as set forth in the Statement of Work shall be limited to (a) demonstrations of products and technology, and (b) high-level discussion of performance metrics, product roadmaps and industry trends, and evaluation/characterization data. Neither Party shall disclose any detailed specifications, schematics, algorithms, or source code during this initial phase. The Parties may only proceed to subsequent phases upon the approval of the management of both Parties.

  2.1.2  Subsequent Phases. Upon the approval of the management of the Parties, subsequent phases of the JDP shall proceed in accordance with the Statement of Work.

  2.1.3  In all Phases in JDP, Netlist shall identify whether each Deliverable is Non-Patent Background IPR or not before Netlist's delivery of such Deliverable to Samsung for Samsung's decision to receive such Deliverable. Samsung may not receive, at its sole discretion, any Deliverable which is identified as Netlist's Non-Patent Background IPR.

2.2  Deliverables. Each Party shall provide the Deliverables to the other Party as stated in the Statement of Work in accordance with the Development Milestones.

2.3  Acceptance. Samsung shall evaluate the Developed Product in accordance with the Product Specifications. Netlist shall provide Samsung with samples and relevant information and reports therefor. In the event that, as a result of such evaluation, the Developed Product does not

4

sf-3584904

CONFIDENTIAL

FINAL 11/12/15

**Appendix B**

## Statement of Work

| Milestones | R&R Netlist | R&R Samsung |
|---|---|---|
| 1. Hold workshop to level-set on Netlist technology & view of the market- by December 1, 2015 (the parties acknowledge that the workshop discussions will be consistent with Section 2.1). | a. Explain product roadmaps for NV Vault and Hypervault products<br><br>b. Provide product definition & specification for: current NV Vault & HyperVault products and components thereof i.e. controller logic and data buffer, as well as for other data IO related products where potential partnership opportunities may exist (ex. data buffer for DDR4 and beyond) including the following information:<br>- Architecture (detailed block diagram),<br>- Data IO path definition i.e. speed / timing,<br>- Required command sets & addressing scheme<br>- Memory/Flash device management scheme<br>- Component requirement<br>- Required SW (BIOS, API, Library, Host side requirements, special algorithm for NVDIMM operation and data management)<br>- Power/thermal evaluation<br>- End to end Data protection<br>- Test chip/proto type demo<br><br>c. Tutorial on test & qual process for data buffer and NVDIMM products including:<br>-Evaluation/characterization details for critical passive devices i.e. super capacitors<br>-Evaluation/characterization for other passive/active devices | a. Share DRAM and NAND roadmap and discuss how to help Enable Netlist's NV Vault & Hypervault products<br><br>b. Explain Samsung's view of the key trends in DRAM and NAND industry and where the industry is likely to head including overview of relevant future products<br>- potential post DDR4 solutions<br>- expected impact of Apache Pass and PRAM in general<br><br><br><br><br><br><br><br><br><br>c. Share Samsung's current status and plan for NVDIMM-P development work.<br>- Technical details about preliminary specification<br>- Development plan |

SEC000017

0047.17

CONFIDENTIAL

FINAL 11/12/15

| | | |
|---|---|---|
| | - Test script and related documentation<br>- Application level test<br><br>d. Share use case analysis for current NV Vault and HyperVault products including, to the extent possible, impact on system resource utilization and modeled or measured advantage of Netlist product over alternative technological solutions for each use case ex. NVDIMM-P vs. DRAM + PCIe SSD<br>   - CPU, cache, memory, storage resource impact<br>   - Required SW stack change and its impact<br>   - results at application & behavior level i.e. Verilog with a description of the evaluation method | d. Share Samsung's view of design constraints ex. maximum tolerable system resource usages, performance impact, and cost |
| 2. Jointly develop specification for NVDIMM-P product- by March 31, 2016 | Joint development of specification. Details to be discussed. ||
| 3. Joint standardization of form factor, interface, and protocol in JEDEC JC 40,45- by end of 2016 | The Parties will work together to standardize NVDIMM-P Product specifications with appropriate standards bodies as set forth in Section 5.1 of the Agreement. Samsung's current view is that the appropriate standardization body is JEDEC JC40,45. Details to be discussed. ||
| 4. Joint development of the specified product-customer sample by December 1, 2016 | Joint development of the specified product-customer sample. Details to be discussed then formalized in a follow-up SoW. ||

SEC000018