# Exhibit 2

Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
  mmasters@birdmarella.com
Kate S. Shin - State Bar No. 279867
  kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
  clee@birdmarella.com
Jong-min Choi - State Bar No. 329474
  jmchoi@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-DFM<br><br>**DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFF NETLIST INC.'S FIRST SET OF INTERROGATORIES**<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

PROPOUNDING PARTY:   PLAINTIFF NETLIST INC.

DEFENDANT:   DEFENDANT SAMSUNG ELECTRONICS CO., LTD.

SET NO.:   ONE

3728789.2

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S SECOND SUPPLEMENTAL RESPONSES TO
PLAINTIFF NETLIST INC.'S FIRST SET OF INTERROGATORIES

**RESPONSE TO INTERROGATORY NO. 1:**

Defendant incorporates by reference its general objections. Defendant objects to this interrogatory on the basis that it is overbroad. Defendant also objects to this interrogatory on the basis that it seeks information not relevant to any party's claim or defense nor proportional to the needs of the case. Defendant is willing to meet and confer regarding the proper scope of this interrogatory.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

Defendant incorporates by reference its general objections. Defendant objects to this interrogatory on the basis that it is overbroad. Defendant also objects to this interrogatory on the basis that it seeks information not relevant to any party's claim or defense nor proportional to the needs of the case. Defendant also objects to this interrogatory on the basis that its fact investigation is not yet complete. Defendant reserves the right to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows, to the best of their knowledge and to the extent they are able: Seung Min Sung (Principal Engineer), Ho Jung Kim (Senior Professional), Hyun Ki Ji (Senior Vice President), and Kyuhan Han (Vice President). Each of these individuals was involved with the negotiation and execution of the Agreement. Each of these individuals resides in South Korea, except for Mr. Kyuhan Han, who resides in Germany.

**INTERROGATORY NO. 2:**

==Describe each instance in which Samsung or any of its affiliates ignored, denied, reduced, limited, restricted, or declined to fulfill Netlist's requests or orders for NAND and DRAM Products since November 12, 2015, including the reasons why such requests or orders were not fulfilled.==

**RESPONSE TO INTERROGATORY NO. 2:**

Defendant incorporates by reference its general objections. Defendant objects to this interrogatory to the extent that it seeks a legal conclusion. Defendant also

objects to this interrogatory on the basis that the terms "ignored," "denied," "reduced," "limited," "restricted," or "declined" are vague, ambiguous, and nonsensical.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Defendant incorporates by reference its general objections. Defendant objects to this interrogatory to the extent that it seeks a legal conclusion. Defendant also objects to this interrogatory on the basis that the terms "ignored," "denied," "reduced," "limited," "restricted," or "declined" are vague, ambiguous, and nonsensical. Defendant also objects to this interrogatory on the basis that it has not yet completed its investigation of the facts relating to this action, and reserves the right, without assuming any obligation, to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows, to the best of their knowledge and to the extent they are able: due to the nature of the semiconductor industry, where supply is severely limited and shortages are frequent, Defendant is not always able to support every request and/or order from its customers. When customers make individual requests for NAND and DRAM products, Defendant's salespeople offer what they can based on the limited allocations that are available, which are based on prevailing market conditions. It is more common than not that a customer's request is not supported in full, because requests are generally made without regard for market conditions or for Samsung's available inventory.

As such, Defendant has indicated routinely to Plaintiff throughout the time period from November 12, 2015 to present – as it would with any other similarly situated customer during the same time periods – that it is unable to support individual requests for product. ==The decision on whether Defendant can support each individual request is made based on overall market conditions.==

In addition, through a diligent investigation of the facts available to it at this time, Defendant has identified the following instance within the relevant time

periods in which Plaintiff's purchase orders were rejected and/or cancelled: in or around July 2017, Defendant cancelled several purchase orders due to a request from Plaintiff.

**INTERROGATORY NO. 3:**

Identify all Persons, including Persons at any of your affiliates, directly or indirectly responsible for addressing or fulfilling Netlist orders for Samsung NAND and DRAM Products since January 1, 2015, and the time period for which they held such responsibility.

**RESPONSE TO INTERROGATORY NO. 3:**

Defendant incorporates by reference its general objections. Defendant objects to this interrogatory on the basis that it is overbroad. Defendant also objects to this interrogatory on the basis that it seeks information not relevant to any party's claim or defense nor proportional to the needs of the case. Defendant is willing to meet and confer regarding the proper scope of this interrogatory.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3:**

Defendant incorporates by reference its general objections. Defendant objects to this interrogatory on the basis that it is overbroad. Defendant also objects to this interrogatory on the basis that it seeks information not relevant to any party's claim or defense nor proportional to the needs of the case. Defendant also objects to this interrogatory on the basis that its fact investigation is not yet complete. Defendant reserves the right to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows, to the best of their knowledge and to the extent they are able: Kihoon Kim (Principal Professional), Hyeoksang Yoo (Principal Professional), Kyong Yong Lee (Principal Professional), Tae Jin Jeong (Senior Professional), Ha Ryong Yoon (Vice President), and Neal Knuth (Senior Professional). Each of these individuals was involved in the sale of NAND and DRAM products to Netlist in various capacities for certain time periods from January 1, 2015 to present. In addition, Steve Metz

any patent infringement issue or any research and development project. Defendant also objects to this interrogatory to the extent that it seeks material protected by the attorney-client, work product, or other applicable privileges. Defendant also objects to this interrogatory to the extent that it seeks confidential, proprietary, or trade secret information. Defendant also objects to this interrogatory on the basis that it mischaracterizes Defendant's legal position. Defendant reserves the right to supplement its response.

Subject to and without waiving its objections, Defendant responds as follows, to the best of their knowledge and to the extent they are able: in 2015, prior to negotiation of the Joint Development and License Agreement, Plaintiff contacted Defendant with allegations of intellectual property infringement.

DATED: July 8, 2021

Ekwan E. Rhow
Marc E. Masters
Kate S. Shin
Christopher J. Lee
Jong-min Choi
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: _____
Christopher J. Lee
Attorneys for Defendant Samsung Electronics Co., Ltd.

3728789.2

12

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFF NETLIST INC.'S FIRST SET OF INTERROGATORIES

# PROOF OF SERVICE

*Netlist Inc. v. Samsung Electronics Co., Ltd.*
Case No. 8:20-cv-00993-MCS-DFM

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067-2561.

On July 8, 2021, I served the following document(s) described as **DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFF NETLIST INC.'S FIRST SET OF INTERROGATORIES** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address clee@birdmarella.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 8, 2021, at Los Angeles, California.

Christopher J. Lee

3728789.2

DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFF NETLIST INC.'S FIRST SET OF INTERROGATORIES

**SERVICE LIST**
*Netlist Inc. v. Samsung Electronics Co., Ltd.*
Case No. 8:20-cv-00993-MCS-DFM

Jason C. Lo
Matthew Benjamin
Raymond A. LaMagna
Marissa Moshell
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Email: jlo@gibsondunn.com
Email: mbenjamin@gibsondunn.com
Email: rlamagna@gibsondunn.com
Email: mmulligan@gibsondunn.com
**Counsel for Plaintiff Netlist Inc.**

3728789.2