UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 8:20-cv-00993-MCS-ADS |
| Title: | Netlist Inc. v. Samsung Electronics Co., Ltd. |
| Date | March 18, 2025 |

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Jason G. Sheasby, Lisa Sharrock Glasser, and Michael D. Harbour | Daniel M. Petrocelli, Ryan K. Yagura, Marc J. Pensabene, and Leah Godesky |

___ Day Court Trial   First Day Jury Trial

___ One day trial:   X Begun (1st day);   ___ Held & Continued;   ___ Completed by jury verdict/submitted to court.

✓ The Jury is impaneled and sworn.
✓ Opening statements made by   Plaintiff and Defendant
___ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to   March 19, 2025, at 8:30 a.m.   for further trial/further jury deliberation.
✓ Other: Court orders the parties to meet and confer and then submit their positions on their oustanding issues by no later than 8:00 p.m. tonight.

6 : 02

Initials of Deputy Clerk   SMO

cc: