DANIEL M. PETROCELLI (SB 97802)
dpetrocelli@omm.com
RYAN YAGURA (SB 197619)
ryagura@omm.com
DREW BREUDER (SB 198466)
dbreuder@omm.com
LEAH GODESKY (SB 336854)
lgodesky@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

MARC J. PENSABENE (*pro hac vice*)
mpensabene@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, New York  10019
Telephone:  (212) 326-2000
Facsimile:   (212) 326-2061

Attorneys for Defendant
Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>             Defendant. | CASE NO. 8:20-cv-00993-WLH-ADS<br><br>**DEFENDANT SAMSUNG'S PROPOSED VERDICT FORM**<br><br>Location: Courtroom 9B<br>Trial Date: March 18, 2025<br>Judge:  Hon. Wesley L. Hsu |

# **VERDICT**

We answer the questions submitted to us as follows:

**QUESTION NO. 1:**

Did Netlist prove by a preponderance of the evidence that at the time they entered into the JDLA, the parties intended Section 6.2 of the JDLA to mean that Samsung agreed to supply NAND and DRAM products to Netlist without limitation to the parties' NVDIMM-P joint development project on Netlist's request at a competitive price?

_____Yes

_____No

*Have the presiding juror sign and date this form.*

Dated: _____    Signed: _____

                                                              Presiding Juror