# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 8:20-cv-00993-WLH-ADSx |
| Title: | Netlist Inc. V. Samsung Electronics Co., Ltd. |
| Date | March 20, 2025 |

Present: The Honorable **Wesley L. Hsu, United States District Judge**

| Patricia Gomez- AM / Vanessa Figueroa - PM | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Jason G. Sheasby | Daniel M. Petrocelli |
| Lisa Sharrock Glasser | Ryan K. Yagura |
| Michael D. Harbour | Marc J. Pensabene |
| | Leah Godesky |

Day Court Trial ___  3rd Day Jury Trial

☐ One day trial:  ☐ Begun (1st day);  ✓ Held & Continued;  ☐ Completed by jury verdict/submitted to court.

☐ The Jury is impaneled and sworn.
☐ Opening statements made by
✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
☐ Plaintiff(s) rest.   ☐ Defendant(s) rest.
☐ Closing arguments made by   ☐ plaintiff(s)   ☐ defendant(s).   ☐ Court instructs jury.
☐ Bailiff(s) sworn.   ☐ Jury retires to deliberate.   ☐ Jury resumes deliberations.
☐ Jury Verdict in favor of   ☐ plaintiff(s)   ☐ defendant(s) is read and filed.
☐ Jury polled.   ☐ Polling waived.
☐ Filed Witness & Exhibit Lists   ☐ Filed jury notes.   ☐ Filed jury instructions.
☐ Judgment by Court for   ☐ plaintiff(s)   ☐ defendant(s).
☐ Findings, Conclusions of Law & Judgment to be prepared by   ☐ plaintiff(s)   ☐ defendant(s).
☐ Case submitted.   Briefs to be filed by
☐ Motion to dismiss by ___ is ___ granted. ___ denied. ___ submitted.
☐ Motion for mistrial by ___ is ___ granted. ___ denied. ___ submitted.
☐ Motion for Judgment/Directed Verdict by ___ is ___ granted. ___ denied. ___ submitted.
☐ Settlement reached and placed on the record.
☐ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
☐ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
☐ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to   March 21, 2025 at 8:30 a.m   for further trial.
✓ Other:   Juror 21 is excused by the court. Defendant shall file their brief re jury instruction 28 forthwith, response is due tonight.

6 : 24

Initials of Deputy Clerk   pg & vdr

cc: