JASON SHEASBY, SBN 205455
jsheasby@irell.com
MICHAEL HARBOUR, SBN 298185
mharbour@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile:  310.203.7199

LISA S. GLASSER, SBN 223406
lglasser@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949.760.0991
Facsimile:  949.760.5200

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>          Defendant. | Case No. 8:20-cv-00993-WLH (ADS)<br><br>**STATUS REPORT ON ENTRY OF JUDGMENT**<br><br>Date:       March 18, 2025<br>Time:<br>Location:  Courtroom 9B<br>Judge:      Hon. Wesley L. Hsu |

IRELL & MANELLA LLP

-i-

The parties respectfully submit this joint report on the entry of judgment.

**Netlist Statement**: In light of pending Federal Circuit appeals, as well as pending district court cases in which Samsung is raising a license defense based on the JDLA as a reason to either stay the appeal, stay entry of final judgment, or argue that judgment cannot be final, the parties were unable to come to terms on any alteration to the standard schedule for post-trial briefing. Netlist respectfully requests that judgment be entered on this case as soon as feasible. Netlist also notes that full post-trial briefing already occurred after the previous trial held by Judge Scarsi, and therefore the briefing the parties would need to submit to this Court already is complete in substantial part.

**Samsung Statement**: Samsung respectfully submits that entry of judgment should be deferred pending the Court's ruling on Samsung's post-trial motion(s). It is well-established that district courts can, in their discretion, decide to resolve post-trial matters before formally entering judgment. *See, e.g.*, *Juno Therapeutics, Inc. v. Kite Pharma, Inc.*, 2020 WL 2220207, at *2-4 (C.D. Cal. Jan. 7, 2020) (setting schedule for Rule 50(b) and Rule 59 motions and deferring entry of final judgment); *Beryl v. Navient Corp.*, 2023 WL 4570626, at *3 (N.D. Cal. July 13, 2023) (district court "delayed entering judgment … to allow [the parties] to queue up post-trial motions").

Nothing in Federal Rule of Civil Procedure 58 requires the Court to enter judgment before ruling on post-trial motions, or specifies any particular deadline for entry of judgment. And while Rule 58 directs that the Court should generally enter judgment "promptly," it expressly provides that the Court may "order[] otherwise." Fed. R. Civ. P. 58(b)(1). Netlist seeks to rush to judgment so that it can present the jury's verdict to various other tribunals as a *fait accompli*. But because the Court may

**IRELL & MANELLA LLP**

still vacate the verdict, the efficient course of action here would be to hold entry of judgment until resolution of Samsung's post-trial motion(s).

Accordingly, Samsung proposes the following briefing schedule:

- Any post-trial motion(s) by Samsung will be filed by April 14, 2025, 21 days after the issuance of the jury's verdict, and 8 days before post-trial motions would ordinarily be due were judgment entered today. *See* Fed. R. Civ. P. 50(b); Fed. R. Civ. P. 59(b).
- Netlist's opposition(s) will be filed by May 5, 2025.
- Any reply/replies by Samsung will be filed by May 19, 2025.

Dated: <u>March 25, 2025</u>               Respectfully submitted,

                                           */s/ Jason Sheasby*

                                           Jason Sheasby
                                           Lisa S. Glasser
                                           Michael Harbour
                                           **IRELL & MANELLA LLP**
                                           840 Newport Center Drive, Suite 400
                                           Newport Beach, CA 92660

                                           ***Attorneys for Plaintiff Netlist, Inc.***

Dated:  March 25, 2025

                                           By: */s/ Daniel M. Petrocelli*
                                               Daniel M. Petrocelli
                                               O'Melveny & Myers, LLP

                                               Attorneys for Defendant
                                               Samsung Electronics Co., Ltd.

IRELL & MANELLA LLP

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 25, 2025, a copy of the foregoing was served to all counsel of record via the Court's ECF System.

                                    */s/ N. Isabella Chestney*
                                    N. Isabella Chestney

IRELL & MANELLA LLP

-3-