FILED
CLERK, U.S. DISTRICT COURT

03/24/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ hc ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>Defendant. | Case No. 8:20-cv-00993-WLH-ADS<br><br>**VERDICT FORM** |

1

## VERDICT

2           We answer the questions submitted to us as follows:

3

4  **QUESTION NO. 1:**

5           At the time the parties entered the Joint Development and License Agreement

6  ("JDLA"), what did the parties intend Section 6.2 to mean?

7           __✓__  A. Samsung agreed to supply NAND and DRAM products to Netlist on

8                  Netlist's request at a competitive price, not limited to use in the joint

9                  development project.

10          _____  B. Samsung agreed to supply, pursuant to the JDLA, NAND and DRAM

11                  products to Netlist only for the parties' NVDIMM-P joint development

12                  project, on Netlist's request at a competitive price.

13

14  *If your answer to Question No. 1 is option A, do not answer Question No. 2, and have the*

15  *presiding juror sign and date this form.*

16

17  *If your answer to Question No. 1 is option B, answer Question No. 2.*

18

19  **QUESTION NO. 2:**

20          Did Netlist prove that Samsung materially breached its obligations under Section

21  6.2?

22          ____ Yes

23          ____ No

24          *Have the presiding juror sign and date this form.*

25

26  Dated: 03/24/25          Signed: ████████ REDACTED

27                                   Presiding Juror

28

1