JASON SHEASBY, SBN 205455
jsheasby@irell.com
MICHAEL HARBOUR, SBN 298185
mharbour@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile:  310.203.7199

LISA S. GLASSER, SBN 223406
lglasser@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949.760.0991
Facsimile:  949.760.5200

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>              Defendant. | Case No. 8:20-cv-00993-WLH (ADS)<br><br>**NOTICE OF LODGING OF PROPOSED JUDGMENT**<br><br>Hon. Wesley L. Hsu |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

-i-

Pursuant to the Court's Order Re: Entry of Judgment (Dkt. 765) Plaintiff Netlist Inc. ("Netlist") lodges the Proposed Judgment filed concurrently with this Notice. Netlist provided Defendant Samsung Electronics Co., Ltd., ("Samsung") with a copy of the Proposed Judgment on March 27, 2025. On March 28, 2025, Samsung responded as follows: "Samsung has no objections to the form of the proposed judgment you sent yesterday at 11:54 am PT. Samsung reserves all rights to seek vacatur or reversal of the judgment once entered, for example through post-trial motions or appeal."

Dated: March 28, 2025

Respectfully submitted,

IRELL & MANELLA LLP
Jason Sheasby
Lisa S. Glasser
Michael Harbour

By: */s/ Jason Sheasby*
    Jason Sheasby

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations