JASON SHEASBY, SBN 205455
jsheasby@irell.com
MICHAEL HARBOUR, SBN 298185
mharbour@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile:  310.203.7199

LISA S. GLASSER, SBN 223406
lglasser@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949.760.0991
Facsimile:  949.760.5200

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | Case No. 8:20-cv-00993-WLH (ADS)<br><br>**[PROPOSED] JUDGMENT**<br><br>Hon. Wesley L. Hsu |

Pursuant to the jury's Verdict (Dkt. 770), the Court's Order Re: Motions for Summary Judgment and Related Applications (Dkt. 186), the Ninth Circuit's Memorandum (Dkt. 334), and the Court's Order Re: Entry of Judgment (Dkt. 765):

1. Judgment is entered in favor of Plaintiff Netlist Inc. ("Netlist") and against Defendant Samsung Electronics Co., Ltd., ("Samsung") on Netlist's first claim for breach of the supply provision in the parties' contract, Joint Development and Licensing Agreement ("JDLA") § 6.2. Netlist shall recover nominal damages in the amount of $1.00.

2. Judgment is entered in favor of Samsung and against Netlist on Netlist's second claim for wrongfully withholding Korean taxes in breach of Section 3.1 of the JDLA.

3. Judgment is entered in favor of Netlist and against Samsung on Netlist's third claim for declaratory relief. Netlist terminated the JDLA pursuant to JDLA § 13.2, and Samsung's licenses and rights under the JDLA have ceased.

Dated: _____

Hon. Wesley L. Hsu
United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

-2-

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations