UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | Case No. 8:20-cv-00993-WLH (ADS)<br><br>**JUDGMENT** |

Pursuant to the jury's Verdict (Dkt. 770), the Court's Order Re: Motions for Summary Judgment and Related Applications (Dkt. 186), the Ninth Circuit's Memorandum (Dkt. 334), and the Court's Order Re: Entry of Judgment (Dkt. 765):

1. Judgment is entered in favor of Plaintiff Netlist Inc. ("Netlist") and against Defendant Samsung Electronics Co., Ltd., ("Samsung") on Netlist's first claim for breach of the supply provision in the parties' contract, Joint Development and Licensing Agreement ("JDLA") § 6.2. Netlist shall recover nominal damages in the amount of $1.00.

2. Judgment is entered in favor of Samsung and against Netlist on Netlist's second claim for wrongfully withholding Korean taxes in breach of Section 3.1 of the JDLA.

3. Judgment is entered in favor of Netlist and against Samsung on Netlist's third claim for declaratory relief. Netlist terminated the JDLA pursuant to JDLA § 13.2, and Samsung's licenses and rights under the JDLA have ceased.

Dated: 4/7/2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE