UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>　　　　　Defendant. | Case No. 8:20-cv-00993-WLH-ADS<br><br>**ORDER GRANTING NETLIST, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL [777]** |

　　　The Court, having considered the materials and arguments submitted by Plaintiff, Netlist, Inc. in its Application for Leave to File Under Seal ("the Application"), and the declaration of Michael Harbour submitted in support thereof, and having found compelling reasons, hereby **ORDERS** as follows:

　　　The Application is **GRANTED**. The following documents SHALL BE FILED UNDER SEAL as follows:

- 1 -

| Document | Portions to Be Sealed |
|---|---|
| The Declaration of Michael Harbour in support of Netlist's Motion for Fees and Expenses under Federal Rule of Procedure 37(c)(2) | Columns 2, 4, and 5 of the Table on lines 6:8-19 |

In accordance with L.R. 70-5.2.2(a), Netlist is directed to file the sealed and redacted documents pursuant to the protocol outlined in L.R. 79-5.2.2(c). The Clerk will not convert the proposed sealed document submitted with the Application into a new filing.

**IT IS SO ORDERED.**

DATED: April 29, 2025

                                                HONORABLE WESLEY L. HSU
                                                UNITED STATES DISTRICT JUDGE