JASON SHEASBY, SBN 205455
jsheasby@irell.com
MICHAEL HARBOUR, SBN 298185
mharbour@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310.203.7096
Facsimile:  310.203.7199

LISA S. GLASSER, SBN 223406
lglasser@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949.760.0991
Facsimile:  949.760.5200

Attorneys for Plaintiff Netlist Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | Case No. 8:20-cv-00993-WLH (ADS)<br><br>**STIPULATION TO MODIFY POSTTRIAL BRIEFING DEADLINES**<br><br>Judge: Hon. Wesley L. Hsu |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

-i-

1  WHEREAS, Samsung Electronics Co. Ltd., ("Samsung') will be filing a motion for a new trial on May 5, 2025;

3  WHEREAS, Netlist, Inc. ("Netlist") and Samsung have agreed to a stipulated briefing schedule to give both parties sufficient time to prepare their respective briefs on Samsung's new trial motion;

6  WHEREAS, the agreed briefing schedule set forth below does not affect any date set by the Court;

8  IT IS HEREBY STIPULATED AND AGREED by and among Netlist and Samsung, through their undersigned counsel of record, as follows:

10 The Parties agree to modify the briefing schedule for Samsung's motion for a new trial. The Parties agree that Netlist will have 28 days to file its opposition to any new trial motion, and Samsung will have 14 days thereafter to submit a reply brief. The parties accordingly stipulate to the following deadlines:

| **Brief** | **Deadline** |
|---|---|
| Samsung's Opening Motion | May 5, 2025 |
| Netlist's Opposition | June 2, 2025 |
| Samsung's Reply | June 16, 2025 |

Dated: May 1, 2025         Counsel for Plaintiff

*/s/ Michael Harbour*
Jason Sheasby
Lisa S. Glasser
Michael Harbour
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Attorneys for Plaintiff Netlist, Inc.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

-1-

|   |   |
|---|---|
| Dated: May 1, 2025 | Counsel for Defendant |
|   | By: */s/ Marc Pensabene* |
|   | Marc Pensabene<br>O'MELVENY & MYERS LLP<br>Attorneys for Defendant<br>Samsung Electronics Co., Ltd. |

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Michael Harbour*
Michael Harbour

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

-2-