UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>　　　　Defendant. | Case No. 8:20-cv-00993-WLH-ADS<br><br>**ORDER APPROVING STIPULATION TO MODIFY POSTTRIAL BRIEFING DEADLINES [781]** |

The Court, having considered the parties' Stipulation to Modify Posttrial Briefing Deadlines, hereby **ORDERS** as follows:

| **Brief** | **Deadline** |
|---|---|
| Samsung's Opening Motion | May 5, 2025 |
| Netlist's Opposition | June 2, 2025 |
| Samsung's Reply | June 16, 2025 |

The Stipulation is **GRANTED**.  **IT IS SO ORDERED.**

DATED: May 8, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. WESLEY L. HSU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

- 1 -