UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 8:20-cv-00993-WLH-ADS | Date | 7/30/2025 |
|---|---|---|---|
| Title | Netlist Inc. v. Samsung Electronics Co., Ltd. | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|
| Holidae Crawford | Amanda LeGore |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jason G. Sheasby | Daniel M Petrocelli |
| Lisa Sharrock Glasser | Marc J. Pensabene |

**Proceedings:** EVIDENTIARY HEARING RE MOTION FOR NEW TRIAL PURSUANT TO FED. R. CIV. P. 59 [784]

The matter is called and counsel state their appearances. Court and counsel confer.

Witnesses called, sworn and testify.

The Court took the Motion UNDER SUBMISSION and a ruling will be issued.

IT IS SO ORDERED.