DANIEL M. PETROCELLI (SB 97802)
dpetrocelli@omm.com
RYAN YAGURA (SB 197619)
ryagura@omm.com
LEAH GODESKY (SB 336854)
lgodesky@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

MARC J. PENSABENE (pro hac vice)
mpensabene@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Attorneys for Defendant Samsung Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC. a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-WLH-ADS<br><br>**SAMSUNG ELECTRONICS CO., LTD.'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT AND REPRESENTATION STATEMENT**<br><br>Hon. Wesley L. Hsu |

**PLEASE TAKE NOTICE** that Defendant Samsung Electronics Co., Ltd. ("Samsung") hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

1) the Judgment entered in this action on April 7, 2025 (Docket No. 775), attached hereto as Exhibit A;

2) the Order re Motion for a New Trial entered in this action on August 4, 2025 (Docket No. 813), attached hereto as Exhibit B; and

3) all prior orders, rulings, findings, stipulations, and conclusions encompassed in the Judgment, whether written or oral, including but not limited to the Court's February 27, 2025 Order re: Motions Filed in Anticipation of Third Trial (Docket No. 690), attached hereto as Exhibit C.

Pursuant to Ninth Circuit Rule 3-2(b), Samsung's Representation Statement is attached to this Notice of Appeal.

DATED: August 29, 2025                O'MELVENY & MYERS LLP

By:   /s/ Marc J. Pensabene
Marc J. Pensabene
Attorneys for Defendant Samsung
Electronics Co., Ltd.

---

1
SAMSUNG'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT

# REPRESENTATION STATEMENT

The undersigned represents Samsung Electronics Co., Ltd. ("Samsung"), defendant and appellant in this matter, and no other party. Pursuant to Federal Rules of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Defendant-Appellant Samsung submits this Representation Statement that identifies all parties to the action along with the names, addresses, and telephone numbers of their respective counsel.

Plaintiff-Appellee in this action, Netlist Inc., is represented by the following counsel:

> JASON G. SHEASBY
>   jsheasby@irell.com
> MICHAEL D. HARBOUR
>   mharbour@irell.com
> NORA ISABELLA CHESTNEY
>   ichestney@irell.com
> IRELL & MANELLA LLP
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, CA 90067-4276
> Telephone: (310) 277-1010
> Facsimile: (310) 203-7199
>
> LISA SHARROCK GLASSER
>   lglasser@irell.com
> A. MATTHEW ASHLEY
>   mashley@irell.com
> IRELL & MANELLA LLP
> 840 Newport Center Drive, Suite 400
> Newport Beach, CA 92660-6324
> Telephone: 949-760-0991
> Facsimile: 949-760-5200

Defendant-Appellant Samsung is represented by the following counsel:

> DANIEL M. PETROCELLI
>   dpetrocelli@omm.com
> RYAN YAGURA
>   ryagura@omm.com

| | |
|---|---|
| 1 | LEAH GODESKY |
| 2 |   lgodesky@omm.com |
| | O'MELVENY & MYERS LLP |
| 3 | 1999 Avenue of the Stars, 8th Floor |
| 4 | Los Angeles, CA 90067-6035 |
| | Telephone: (310) 553-6700 |
| 5 | Facsimile: (310) 246-6779 |

MARC J. PENSABENE
  mpensabene@omm.com
ANTON METLITSKY
  ametlitsky@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

DATED: August 29, 2025                    O'MELVENY & MYERS LLP

                                               By:    */s/ Marc J. Pensabene*
                                                    Marc J. Pensabene
                                                      Attorneys for Defendant Samsung
                                                      Electronics Co., Ltd.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Samsung Electronics Co. Ltd.'s Notice of Appeal to the United States Court of Appeals For the Ninth Circuit and Representation Statement** was served on the 29th day of August, 2025 via the Court's CM/ECF electronic filing system addressed to all parties and counsel of record on the e-service list.

DATED: August 29, 2025        O'MELVENY & MYERS LLP

By:    */s/ Marc J. Pensabene*
       Marc J. Pensabene
       Attorneys for Defendant Samsung
       Electronics Co., Ltd.