| | |
|---|---|
| DANIEL M. PETROCELLI (SB 97802) | MARC J. PENSABENE (pro hac vice) |
| dpetrocelli@omm.com | mpensabene@omm.com |
| RYAN YAGURA (SB 197619) | O'MELVENY & MYERS LLP |
| ryagura@omm.com | 1301 Avenue of the Americas |
| LEAH GODESKY (SB 336854) | Suite 1700 |
| lgodesky@omm.com | New York, New York  10019 |
| O'MELVENY & MYERS LLP | Telephone:  (212) 326-2000 |
| 1999 Avenue of the Stars, 8th Floor | Facsimile:   (212) 326-2061 |
| Los Angeles, California 90067-6035 | |
| Telephone:  (310) 553-6700 | |
| Facsimile:   (310) 246-6779 | |

*Attorneys for Defendant Samsung Electronics Co., Ltd.*

*Additional counsel listed on the following page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC. a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | Case No. 8:20-cv-00993-WLH-ADS<br><br>**JOINT STIPULATION FOR APPROVAL OF SUPERSEDEAS BOND AND STAY OF EXECUTION OF AWARD OF COSTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62(B)**<br><br>Hon. Wesley L. Hsu |

IRELL & MANELLA LLP
JASON G. SHEASBY (205455)
jsheasby@irell.com
LISA GLASSER (223406)
lglasser@irell.com
MICHAEL D. HARBOUR (298185)
MHarbour@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist Inc.*

# STIPULATION

WHEREAS, on August 25, 2025, the Clerk of Court entered a Bill of Costs, taxing costs in the amount of $268,682.54 in favor of Plaintiff Netlist Inc. ("Netlist") and against Defendant Samsung Electronics Co. Ltd. ("Samsung," together with Netlist, the "Parties") (Dkt. 818);

WHEREAS, on August 29, 2025, Samsung filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit (the "Appeal") (Dkt. No. 819);

WHEREAS, Samsung desires to stay any execution of the Bill of Costs while the Appeal is pending before the Ninth Circuit;

WHEREAS, Netlist desires to remain secure in its ability to timely execute on the Bill of Costs following resolution of the Appeal;

WHEREAS, Federal Rule of Civil Procedure 62(b) provides that "[a]t any time after judgment is entered, a party may obtain a stay by providing a bond or other security";

WHEREAS, Samsung has tendered a supersedeas bond from Atlantic Specialty Insurance Company ("ASIC"), a corporate surety, in the amount of $403,023.81, attached hereto as **Exhibit 1**;

WHEREAS, the bond amount constitutes approximately 150% of the amount of the Bill of Costs;

WHEREAS, at this time, the Parties believe that such amount provides a fair estimate of the total costs entered by this Court, as well as interest, fees, and costs that may accrue during the pendency of the Appeal;

WHEREAS, pursuant to L.R. 65–4, ASIC, as corporate surety, has filed a duly authenticated copy of a power of attorney appointing the agent executing the supersedeas bond, as shown in Exhibit 1;

WHEREAS, ASIC is qualified to serve as a third-party surety and has executed a declaration attesting to the same pursuant to L.R. 65–3, as shown in Exhibit 1;

WHEREAS, Samsung's attorney of record, as the party presenting the supersedeas bond, has executed a certificate in the form prescribed by L.R. 65–5 and 65–6, attached hereto as **Exhibit 2**;

WHEREAS, pursuant to Federal Rule of Civil Procedure 62(b), the supersedeas bond must be approved by the Court;

WHEREAS, all documentation required under L.R. 65–7 to be presented to the Court prior to approval of the bond has been submitted with this Joint Stipulation;

NOW, THEREFORE, pursuant to L.R. 7–1, IT IS HEREBY STIPULATED by and among the Parties and through their counsel of record that:

1. Pursuant to Federal Rule of Civil Procedure 62(b) and L.R. 65–7, the supersedeas bond attached as **Exhibit 1** shall be approved;

2. Pursuant to Federal Rule of Civil Procedure 62(b) and L.R. 65–7, the execution of the award of costs in favor of Plaintiff Netlist Inc., dated August 25, 2025, and proceedings to enforce it, shall be stayed during the pendency of the Appeal pending disposition of the Appeal.

**IT IS SO STIPULATED.**

DATED: September 17, 2025    Counsel for Defendant

By: */s/ Marc J. Pensabene*
Marc J. Pensabene
O'MELVENY & MYERS LLP
Attorneys for Defendant Samsung Electronics Co., Ltd.

DATED: September 17, 2025    Counsel for Plaintiff

By: */s/ Michael Harbour*
Michael Harbour
IRELL & MANELLA LLP
Attorneys for Plaintiff Netlist, Inc.

3
JOINT STIPULATION TO APPROVE BOND AND STAY COSTS

**ATTESTATION**

Pursuant to L.R. 5–4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filings is submitted, concur in the filing's content and have authorized the filing.

DATED: September 17, 2025        By: */s/ Marc J. Pensabene*
　　　　　　　　　　　　　　　　　　　Marc J. Pensabene
　　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Samsung
　　　　　　　　　　　　　　　　　　　Electronics Co., Ltd.