# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC. a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | Case No.: 8:20-cv-00993-WLH-ADS<br><br>**ORDER GRANTING JOINT STIPULATION FOR APPROVAL OF SUPERSEDEAS BOND AND STAY OF EXECUTION OF AWARD OF COSTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62(B) [823]** |

1  The Court, having considered the Parties' Joint Stipulation for Approval of Supersedeas Bond and Stay of Execution of Award of Costs Pursuant to Federal Rule of Civil Procedure 62(b) and the attached Exhibits, and for good cause shown, hereby **GRANTS** the Joint Stipulation:

**IT IS ORDERED** that, pursuant to Rule 62(b) of the Federal Rules of Civil Procedure and L.R. 65–7, the supersedeas bond proffered by Samsung, in the amount of $403,023.81, is **APPROVED**;

**IT IS FURTHER ORDERED** that the execution of the award of costs in favor of Plaintiff Netlist Inc., dated August 25, 2025, and proceedings to enforce it, are hereby **STAYED** pursuant to Federal Rule of Civil Procedure 62(b) pending disposition of the pending appeal in this action.

**IT IS SO ORDERED.**

DATED: September 22, 2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE